1

# EXHIBIT A

The Ardmore Book Club

The Journey of An Author and A Stolen Book Manuscript

February 4, 2021 – September 21, 2022

Pre-Registered Copyright Dialog, August 22, 2022, Updated March 30, 2023

This is prepared expressly for preliminary understanding of what transpired in real time between February 4, 2021 – August 22, 2022. This is preliminary content and should never be misunderstood for anything other than as it appears. This is not suitable in its current format for written publication of any kind. It is strictly comprehensive background documentation of people, dialog, confessions and circumstances otherwise not presented.

All rights and permissions belong expressly to Pamela Chapman. This material will be additionally edited for US Library of Congress copyright.

1

# Table of Contents

Companies & Offices Inclusive of & before February 4, 2021 & thr. August 22, 2022.   1

Individuals Inclusive of and before February 4, 2021 & thr. August 22, 2022.

I.  Kamala's Table a.k.a. Kamala Nation, Kamala Harris, VP US of America   5

II.  "Book Committee" Redwood Library from prior to March 30, 2021   9

III.  Bill Martin & Tom Hockaday   10

IV.  Newport Hospital Foundation   10

Pre-contacted Agreements, Date-Time Stamped with Witnesses for Publication
of Author's Book   12

    February 12-28, 2021   12
    April 13, 2021   13
    May 13, 2021   14
    May 17, 2021   15
    May 18, 2021   15
    May 21, 2021   16
    May 23, 2021   16
    May 28, 2021   17
    June 25, 2021   17
    June 28, 2021   17
    July 2, 2021   18
    July 4, 2021   18
    July 13, 2021   19
    July 14, 2021   19
    July 19, 2021   19
    July 21, 2021   20
    July 22, 2021   22
    July 23, 2021   22
    July 27, 2021   23
    July 28, 2021   24
    August 5, 2021   24
    August 6, 2021   24

Pamela y. hapman
pamelahapmanrevs.net
401-662-0510

| August 31, 2021 | | 25 |
| August 31, 2021 | wrong page number, but near | 672 |
| September 8, 2021 | wrong page number, but near | 719 |
| March 17, 2022 | | 26 |

State of Calfornia Legal Precendent: Entertainment Industry Makes Verbal Promises Legally Binding #Metoo Movement

27

John Friend and the Anusara Yoga Crisis                                                              29

Supreme Court Ruling: Google Transmitting Real Information in Real Time                   30

US of America Colony Law: Massausettes Bay, Plymouth Colony, Connecticut Colony, and New Hampshire Colony; Sweden, Continental Europe, & England, 17ᵗʰ century, ending 1750
    Plaintiff Litigation: Phenonomenon, Confessions, Consistency, Witnesses                31

The Occult: Adolph Hilter, Henrich Himmler, Nazism, the Jewish People, and Cause of WWII
1461
Secret "Occult" Societies: Yale's Skull & Bones, Freemasonry, Bilderberg (Chatham House Rules), US House Ways & Means, + 6 Others                                                        xx

Overview                                                                                            41

Esmond C. Harmsworth IV, Aevitas Creative Management                                        42

Newport Hospital Board of Trustees and Lifespan Health Systems Administration            49

    Board of Trustee Members 2019                                                            51
    Board of Trustee Members 2021                                                            51

Redwood Library Board of Trustees and Administration                                        51

    Carolyn DuPont, Development Director, Redwood Library                                    53
    Redwood Library Board of Trustees 2021 (Sept – Sept)                                    55

The Game, Abbreviated                                                                        56

Written Notes, date-time stamped with permission of the speakers.                          57

Patrice Chapman
JChx.chapman@comcast
5053862-05-10

"No one gets away with anything except those whose voices are not heard or remembered."
Matt Lauer, August 19, 2021

We wrote and agreed that all date-time stamps with witnesses should be legal in a court of law in any legal proceeding.                                              3:44PM July 2, 2021

*"They don't want her to make any real money because then this whole Shit Show is real."*
Jay Sweet, July 4, 2021

"The defendants pay all attorney, court, and associated legal fees because of the size of the lawsuits and the fact they were in a position and possession of resources unavailable to the plaintiff, **Pamela Chapman**."
July 19, 2021

*"If they perjure themselves, the entire discovery process can be taken back into defendants to remind them of their own language documented and quoted. **Matt Lauer** tried to perjure himself. Over a long day of deposition, he finally confessed to that which was previously discussed . **Gretchen Carlson** also provided testimony to this experience herself."*
July 23, 2021

"Now, I will be sued in a court of law because I know exactly what my medical profession tells not to do."
Andrew Parsons

*"So why do you do it?"*

"To best you like none before, and I thought I could best you and win and get away with it because it was in the energy realm, and I did not have to own any of it. I was going to tell everyone you had a history of being crazy instead."                                   Andrew Parsons 9:01AM 5-20-22

Witnesses:  Susan Petrovas, Whitney Slade, Maura Lindsey's husband, Tom Cahill, MD agreed to be a witness to this confession.

*"In real time and real space we validate everyone simultaneously into the new age of energy."*

*"This is the acknowledgement & official time start of the New Age of energy because we validate you all are here together now."*
May 21, 2021, Eric Schmidt (Former CEO for 10 years of Google)
& Wendy Schmidt (11th Hour Racing) & Pamela Chapman (Author)

Pamela Chapman
pchapman@envos.net
Litism2o846

**Companies and other Offices Involved**

Aevitas Creative Management, Boston, MA, New York, New York
Simon & Schuster, New York, New York
Viking Penguin, Penguin Random House, New York, New York
Ink Well Management Literary Agency, New York, New York
NBC/Universal Productions, Los Angeles, CA
Anesthesia Associates of MA, Canton, MA
Lifespan Health Care Systems, Providence, RI
Newport Hospital Foundation, Newport, RI
Van Beuren Charitable Trust, Newport, RI
Redwood Library and Athenaeum, Newport, RI
Newport Art Museum, Newport, RI
Island Moving Company, Newport, RI
The Four Winds Society, Big Sur, CA


Office of the Vice President, US Government, Washington, DC
Office of the First Lady, US Government, Washington, DC
Office of the Speaker of the House, US Congress, House Ways and Means, Washington, DC
Office of the Senate Majority Whip, Washington, DC
Office of the Senate Minority Whip, Washington, DC
Office of the Cabinet Secretary, US Government, Washington, DC
Office of House Ways and Means, US Government, Washington, DC


**Individuals inclusive before and after Febraury 4, 2021 through April 2021**


V.   **Kamala's Table a.k.a. Kamala Nation, Kamala Harris, VP US of America**

Many people quickly separated themselves out in obvious tiers of social mobility, professional ability, and leadership qualities. It was obvious to everyone regardless of one's age, who had clout, position, opportunity, stategy, and who did not. The interns were well established and distinquishable at the start from the leaders, diplmats, policans, and other major players. Second string was well identified, and obvious from the first.                July 2, 2021


**van Beuren Charitable Trust, Newport, RI**
Elizabeth Lynn, 56, Executive Director, Jamestown, RI
Rebecca Bertrand, 36, Executive Director, Newport Film, ED Newport Historical Society (1-1-23)
Roger Kass, (esq.), 61, NYC, Wesleyan '84, NYU Law
Andrea van Bueren Kass, 56, Artist Director, Newport Film, Middletown, RI; NYC, UVT
Barbara van Beuren Glascock, 66, SVP, Newport Hospital Foundation, Anbau, NYC, Ports. RI
Stephen Glascock (husband), 52?,Portsmouth, RI; NYC, Anbau Real Estate Development

**Hamilton Family Charitable Trust, Wayne, PA**
Anne, F., Mrs. S. Matthew V. Jr., 68, Newport, RI, Bryn Mawr, PA, Steamboat Springs, CO, Palm Beach, FL
Matthew Hamilton (husband),
Dorie Hamilton Benson, 40, 132vWebster Street, Newport, RI
Daniel Benson, (Husband), 45, Treasurer, Redwood Library Board of Trustees


**AR Capital**
Nick Schorsh, 61, Chairman and CEO, Newport, RI, Virginia, PA
Shelley Schorsh, 60, Newport, RI, Virginia, and PA
Elizabeth Kahane, 61, Newport, NYC, NYC, NY State, photographer
William Kahane, (esq.)75, Co-founder, AR Capital, Newport, NYC, Occidental, Stanford MBA, UCLA Law
Harry Kahane, 20, son


**Other Members:**
Patricia Fernandez, 64, Chair, Newport Flower Show; Sumter, South Carolina
Michael Fernandez, 65, SVP Chief Communications Officer, Enbridge, Calgary, Canada
Former President, Burson-Marsteller, NYC; Former Press Secretary Senator Hollings, SC
David W. O'Leary, 62, President US Life Insurance Division, Genworth Financial (South Carolina) UCONN '82
Linda A. O'Leary, wife, Manakin Sabot, VA, St. John's Island, South Carolina
~~Michael Roth~~, 66, President, Wesleyan University, Wes '78, Brentwood, CA
~~Keri Weil~~, Wife of Michael Roth, Middletown, CT, Brentwood, CA
~~Pamela Dorman,~~ 66, SVP, Viking Penguin, New Canaan, CT?, Wesleyan University '79
~~Richard Pine,~~ Co-founder, Ink Well Management Literary, NYC
Kimberley Witherspoon, 59, Co-founder, Ink Well Management Literary Agency, New Salem, NY & Madison, CT, Brown University
Jonathon Karp, 55, CEO Simon and Schuster, Brown University, Brooklyn, NY
   Nancy Graham, SVP, Scribner, Simon & Schuster
   Beatrice of York, 34, London
   Sarah Ferguson, 63 London


Kamala Harris, 58, VP United Stated of America, Former Senator, Ways and Means, Howard University '86, UC Hasting Law '89. Former Attorney General State of California
Nancy Pelosi, 82, D-CA, Speaker of the House
Mitch McConnell, 80, R-KY, Senate Majority Whip, US Government, Ways and Means
Chuck Schumer, 71, D-NY, US House of Congress, Ways and Means, Harvard '71, Harvard Law '74
See quote from Nov 2022, NY Public Library Lions Gala regarding the importance of authors & books.
   His wife, Iris Weinshall is the COO of the New York Public Library System.


David Ciccilini, 61, D-RI, US House of Congress, Brown University, '83 and Georgetown Law '86
Gina Raimondo, 51, D-RI, Secretary of Commerce, Former Governor State of RI, Harvard '93, Yale Law '98, Oxford '2002. Former Law Clerk of federal judge Kimba Wood, NY

Redacted Habman
jmsobapman@comcast
Internet295 fr

## Associates—Not full-fledged "daily" members:

Esmond Harmsworth IV, JD, 55, founder of Zachary Shuster Harmsworth Literary Agency, now Aevitas Creative Management, Boston, MA, Newport, RI, Brown University, Harvard Law
Tara Plochocki, esq. 41, Washington, DC
Carolyn Crosson Gilpin, 62, Hartsdale, NY, Charlestown, RI. Conn College, MS. Journalism, Columbia U. Wroiter of Children's history books.
Cynthia Parent, 63, Originally from Suffield, CT, Pomona College
Noam Zilberstein, 28, PhD student Cornell University, Formerly Google, Oakland CA, now Glen Falls, NY
Jerry McIntire, esq. 79, Tate & McIntyre, Providence RI, Jamestown (See May 25, 2022)
~~Robert "Bobby" McDermott~~, 28, Jamaica Plain, MA,
~~Justine Rudock~~, 27, Melbourne, Australia (formerly, Portsmouth, RI)
~~Justin Ramel~~, 30's Los Angeles, Formerly of Melbourne Australia
~~David Kehoe~~, 27, North Kingston, RI

## Appearances by:

~~Shomo Zilberstein~~, 61, Professor, Artificial Intelligence, UMASS, Amherst, MA
Karen Rothblatt Zilberstein, 57, Clinical Director, Home Within, LICSW, Amherst, MA
Jerry McIntire, esq. 79, Tate & McIntyre, Providence RI, Jamestown (See May 25, 2022)

## Kamala's Workgroup:

Tara Plochocki, esq.  Partner, Lewis, Baach, Kaufman, Middlemiss, Washington, DC
Diane Crosson McEnroe, esq. 61, Sidley Austin, NYC, Wellesley College, UCONN Law
Carolyn Crosson Gilpin, English Tutor and graduate, Columbia School of Journalism, Hartsdale, NY, Charlestown, RI
Alberto Villodo, Shaman, Founder of The Four Winds Society (Educational Foundation)
Marcella Lobo, Shaman, President, Four Winds Society, Big Sur, California
Nola Ganem, Middletown, RI
Monique Burgess, 52, Newport, RI and US Virgin Islands (House Boat)
  Tom Burgess (husband), Entrepreneur and creator of digital apps
  Cameron Burgess (daughter), 25, First mate for family boat charter business,
  Cole Burgess (son), 23,
Bethany DiNapoli, 55, Founder, Executive Director, Independent School Chairpersons Association, Newport, RI
Dominique Alfandre, 64, Former ED Island Moving Co. Newport RI, Washington DC, Florida, and Paris, France.
Nora Diedrich (Delaney), 67, ED, Newport Art Museum, Newport, RI
Andrew Parsons, MD, 57, Board Certified Anesthesiologist, Portsmouth, RI
Noam Zilberstein, PhD student Cornell University, Glen Falls, NY; Formerly Google, Oakland CA,
Cynthia Parent, Google-?, CA
Maura Lindsey, 62, owner, Tresor Estates, Newport, RI
Tracey Ann Moore, 64, Newport RI and Middletown, RI
Tara Gragg, 33-ish, Newport, RI Dancer at IMC
Steven Sabo, Gragg's husband,

Pamela Chapman
https://sophisticateddldoc
10|04|2022 in

Jana Hicks Jagoe, 75, Newport, RI, Paris, France
Elise Fagnoli, 32, Dalton Wade Real Estate Group, Pomfret, CT,
Rhonda Fagnoli, manager Eileen Fisher Store, Copley Plaza, Warren, RI,
Kayla Abbate, 29/30, Talent Acquisition, Dell Technologies, Portsmouth, RI
  Kathy Abbate, 58, (mother)
  Richard Abbate, 58, (father), North American Managing Director, Igus Inc. RI, Portsmouth, RI
  Sean Abbate, 23, (brother)

Caroline "Dolly" Briggs, 61, Newport, RI
Skelley "Daisy" Briggs, 26, Newport, RI and Nashville TN
Allegra Chapman, 26, Newport, RI and New York City
Antonia Chapman, 29, Newport, RI and New York City
Elizabeth Ross, 20's, Newport, RI and New York City
Virginia "Tully" Ross, 20's, Newport, RI and New York City
Harling Ross, 20's, Newport, RI and New York City


**Associated with the Workgroup:**
Christine Bush, esq. Hinckley Allen, Providence, RI
Wendy Schmidt, Menlo Park, Nantucket, Newport, Ri
Jean Gorham, 87, Newport, RI (Mastermind of The Game)
Roger Kass, see above, Crossover from Kamala's Table
Rebecca Bertrand, see above, Crossover from Kamala's Table
Jonathon Karp, see above, Crossover form Kamala's Table
Christine Bush, esq. Hinckley Allen, Providence, RI
Marcella Lobo, wife of Alberto Villodo
Grenville Craig, (see above)
Peter Bramante, ED IMC, Tiverton, RI
Lauren DiFedes, Dancer, IMC, Newport, RI
Shauna McGuire, IMC Director of Marketing
Kristin MacManus, Formerly of US Trust, Portsmouth, RI
Kaitlyn Johndrow, Preservation Society, Newport, RI, and Lakewood Ranch, Florida
Maggie Johndrow, Johndrow Wealth Management, Farmington, CT, Fairfield, CT
David Johndrow, Father of Kaitlyn, Lakewood Ranch, Florida, and Bristol, CT (formerly)
Francine Weiss, PhD, Curator, Newport Art Museum
Merrill Allen, Director Marketing, Newport Art Museum
Nancy W. Grinnell, Former curator, Newport Art Museum
Leslie Grosvenor, Newport, RI,
Tom Hockaday, Portsmouth, RI
Bill Martian, Portsmouth, RI
Laurianne Florio, 63, New Britain, CT
Diana Florio Beardsley, 56, Kensington, CT
Dina Karousos, 50, Portsmouth, RI
Kaylie McCullough, Mott Chase Real Estate, Newport, RI

Patricia Chapman
pats.chapman@cox.net
401-662-9516

**VI.** **Book Committee, Redwood Library from prior to March 30, 2021**

It was suggested members of this space read and re-read *Barefoot in Heels* 1-3 times. They were asked to edit the manuscript as an exercise. They also give a copy to **Jonathon Karp**, CEO of Simon and Schuster, who attends summer functions at the organization with **Esmond Harmsworth IV**. |Note: This is what the group does with illegally obtained manuscripts. It is said they might have 12 manuscripts upstairs in the attic chambers.|

Carolyn DuPont, 82, Former Development Director, Redwood Library, Newport, RI
Alice Ross, Interior Decorator, NYC, Newport, RI (daughter of Caroline DuPont)
James Ross, esq. (formerly of) Cravath Swain, currently President of Board of Newport Restoration Foundation and founder Rossrock Company
Elizabeth Alexander Goddard, (formerly) ED Newport Art Museum
Thomas P.I. Goddard (formerly), President Newport Historical Society
Caroline Goddard (daughter)
Libby Goddard (daughter)
Kate Alexander Fields, Owner of landscape design firm, Newport, RI
Tobie Fields, Retired Commander USN, Formerly of US Trust and landscape design firm. (See May 25, 2022)
Bill Egan, Venture Capital, Partner Alta Communications, Boston, MA, Newport, RI Private foundation
Jackie Egan, (wife) associated with private family foundation. Boston, MA, Deray, Florida and Newport, RI
Suzie Conklin Nance (Sister of Jackie Egan), Hypnotherapist, rental real estate.
Robert Manice, Goelet Family, NYC, Dover, MA, Newport, RI
~~Heidi Manice~~ (Wife)
Sandra Orsloff, Aquidneck Island, NYC and Boston, MA
Michael Holt Massey III, Aquidneck Island, Boston, MA, NYC (husband of Sandra Orsloff)(Honk Kong Hilton, Publications)
Micheal Holt Massey's Daughter—actual identity is Michael Holt Massey himself
Benedict Leca, ED Redwood Library, East Greenwich, RI
Leora Leca (wife), Professor, Art History, RISD
Esmond Harmsworth IV, Partner, Aevitas Creative Management
Nonie Drexel O'Farrell Burnham, Jamestown, RI
Elena Wilcox, Sotheby's Gustave White Real Estate
Jed Wilcox, (husband), Newport, RI, formerly of New Britain, CT
Jerry McIntyre, esq., McIntyre & Tate, Providence, RI
Christine "Tina" Wilcox McIntyre – sister of Jed Wilcox, wife of Jerry, family foundation
Samantha Bradshaw (daughter), (formerly) Teacher St. Michael's Country Day
(Husband)
Payton Bradshaw, 26 (daughter)
Ali Bradshaw (daughter)
Gwen Bradshaw (daughter)
Armin Allen, New York, New York
John Piexinho, Richmond, RI
Caroline "Dolly" Briggs, Newport, RI

Patricia Hartman
pinnelhartman@cox.net
[redacted]

I.      **Redwood Library Board of Trustees 2021 (Sept – Sept):**

R. Daniel Prentiss, Esq. – President; Frank Ray – VP; **Daniel Benson** – Secretary (Married to Anne Hamilton's daughter, Dorie Benson); **Michael Holt Massey** – Treasurer. Edwin Garry Fisher, MD – Honorary Board Member & Past President.

Marvin Abney, Josiah Bunting III, **Jacelyn Egan**, Michael Gewirz, John Grace, John Harris II, Washington (Rip) Irving III (Author), Dodie Kazanjian, **Elizabeth Leatherman**, Aida Neary, Janet Pell, **Earl A. Powell III** (Rusty Powell III and former employer of Carolyn DuPont at The National Gallery)

II.     **Bill Martin & Tom Hockaday's House**

According to Bill Martin, between 300- 500 people passed through between October 2020 and April 2021, including Andrew Parsons, MD and the membership of the Workgroup. It was where relationships were forged, and where Andrew Parsons read *Barefoot in Heels* nightly while Kristin MacManus scrolled financial data on various persons of interest and shared with the group.

According to Bill Martin, the persons of interest from their house that they chose to move forward in a newly formed Thievery Ring to promote their special interests include:  Kayla Abbate, Kylie McCullough, **Kristin MacMannis** (who was chosen by Rusty Powell III last October 2021 as a person he would mentor in fraudulent financial schemes), Tara Gragg (IMC dancer), Lauren DiFedes (IMC dancer. Her father is a wealthy business man in Texas), Tracey Jonsson (Founder and ED, Newport Art House).

Bill Martin would have selected them for any new project that came along. Tom Hockaday would have actually managed them with Bill Martin completely in the background and absent from the work at hand. David Ciccilini, D-RI always knew this. These Thievery Rings are a bit of a pyramid scheme to have a number of groups and people under one particular leadership. Kamala Harris is always involved with this group, so is David Ciccilini. We also learned Bobby McDermott's mother is involved in fraud schemes not unlike Tara's mother, Linda Plochocki who wanted to move toward this in her own fraudulent participation schemes. 4:00PM May 27, 2022

III.    **Newport Hospital Foundation**

**Board of Trustee Members 2019:**

Nory Dotterer Cullen – President; Edward Feldstein, Esq. - Vice Chair; David Gordon (dead) – Secretary, Michael Dawson, VP, Finance, Treasurer.

Gail Alofsin, Sister Therese, RSM (Salve Regina), Lawrence Aubin, Sr., Timothy Babineau, MD (CEO/President of Life Span, Providence), Holly Bannister, MD, Carol Bazarsky, Peter Capodilupo, William Corcoran, esq.  Crista Durand (President – CEO, Newport Hospital for Lifespan), Rita Gewirz, Bradford Gray MD, Anne Hamilton, Patricia Norton Kidder, Elizabeth Leatherman, Paul Leys, Juliette McLennan,

Pamela Chapman
jpmchapman@cox.net
401-662-9516

Jonathon Pardee, Sandra Pattie, James Purivance, Isabella Ridall, Sarah Schochet-Henken, <u>Barbara van Beuren,</u> <u>Sharon Wood Prince</u>.

**<u>Board of Trustee Members 2021</u>:**

Nory Dotterer Cullen – President; <u>Barbara van Beuren</u> – Vice Chair; Juliette McLennan – Secretary; Michael Dawson – Treasure.

<u>Gail Alofsin</u>, Sister Therese, RSM (Salve Regina), Lawrence Aubin, Sr., Timothy Babineau, MD (CEO/President of Life Span, Providence), Holly Bannister, MD, Carol Bazarsky, Peter Capodilupo, <u>Crista Durand</u> (President – CEO, Newport Hospital for Lifespan), Edward Feldstein, Rita Gewirz, Bradford Gray MD, <u>Anne Hamilton</u>, Victoria Johnson, Patricia Norton Kidder, <u>Elizabeth Leatherman</u>, Paul Leys, Juliette McLennan, Jonathon Pardee, Sandra Pattie, James Purivance, Oliver Quinn, Isabella Ridall, Sarah Schochet-Henken, <u>Sharon Wood Prince.</u>

## IV.    <u>Anesthesia Associate of MA/St. Luke's Hospital</u>

Over 90 plus persons were copied on an email that was sent to <u>James O'Rourke, MD</u> Marion, MA. His wife attorney, <u>Laura D. O'Rouke, esq.</u> has a copy of the email and the distribution list.

## V.    <u>Kate Quigley Lynch</u>, Wes '82

She has a list of 14 Wesleyan University alumni who were directly sent a pdf copy of <u>*Barefoot in Heels*</u> by <u>Andrew Parsons, MD</u> around September 2019. At a minimum are <u>Shakir Farskh</u>, '84 and <u>Jim Glickman,</u> Wes '84, Roxbury Latin '80. She volunteered to hold the list of names because someone did not want to expose themselves.

## VI.    <u>Island Moving Company</u>

<u>Peter Bramante</u>, Executive Director. <u>Dominique Alfandre</u> and <u>Bethany DiNapoli</u> are co-chairs of an ongoing Capital Campaign since 2016/2017. They have been working closely together all this time. <u>Dominique Alfandre</u> retired as the Executive Director in December 2017 after 37 years in that position. <u>Bethany DiNapoli</u> is said to have been on the board now for 14-17 consecutive years. <u>Monique Burgess</u> was involved on the board for nine consecutive years. Both <u>Monique Burgess</u> and <u>Bethany DiNapoli</u> dance themselves weekly, and their daughters each took class from IMC. <u>Monique's</u> daughter entered her freshman year of college as a dance major, and left after the first semester exposed as a possible anorexia nervosa patient. <u>Dominique Alfandre's</u> best friend since at least 2016 has been <u>Nora Diedrich</u>, Executive Director of the <u>Newport Art Museum</u>.

## VII.    <u>Other Individuals Persons</u>

Donald Jagoe (ref: Jean Gorham)
Cathy Wicks, (February 4, 2021, instigator)
Patty Gibbons, (wife of Larry Gibbons, DO, and Kings Grant neighbor)
Michael Knowles, MD, Newport Hospital psychiatrist, Kings Grant neighbor.
~~Heidi Knowlan~~
Elizabeth Leatherman, Commonwealth Club, Redwood Library, Newport Hospital Foundation,
    Newport Historical Society
Ruth Taylor
James Varley, 79, Southington, CT
Jay T. Varley, 56, New Hartford, CT
Dean Varley, 49, Bristol CT
Maureen E. Varley Roberts, Bristol, CT (Married, but uncertain about the name),


## Other People involved, but not directly implicated unless in the dialog.

Peter "Jed" Wilcox, Newport, RI, brother of Christine "Tina" McIntyre, wife of Jerry McIntyre, esq.
Elena Wilcox, Newport, RI, wife of Jed
Claire Nelson, Newport, RI
Guru Singh, Head of Kundalini Yoga
Gabby Bernstein, Kundalini Yoga
Tara Flynn, Major Gifts, Preservation Society Newport County
Peter Hatfield, US Trust Practice Manager, Providence, RI
Ashly Householder, Former curator, Preservation Society, Newport County
Steve Punzak, MD, One Medical Passport, AAM, Willington, CT
Patty Gibbons, Portsmouth, RI


## Pre-contacted, Consented Language, Date-Time Stamped, with Witnesses for Publication of *Barefoot in Heels*


### February 12-28 2021

Privately, Kamala Harris, and Pamela Dorman, SVP Viking Penguin, Wes '78 reviewed just about every page of *Barefoot in Heels*, as if she were interviewing an author. It appeared everyone in Kamala's Table knew the entire book.

For Viking Penguin, she initially verbally offered $2 million. Alberto Villodo immediately said, *"It had to be absolutely $4 million."* Over the course of the next ten days, the valuation went to $8 million then $12 million, until she said, *"I can offer you $14 million, but not anything higher than that."*

She said her imprint, Pamela Dorman Books, was over extended with author, Jo Jo Moyes, and some other books. It is said she paid Jo Jo Moyes $300,000 for a 2-book deal and Moyes is currently working on her 4th book. One of Moyes' books has become a Netflix Original Classic which Pamela Dorman Books directly

12

Gamesa L. Chapman
pm.chapman@cox.net
401-662-0510

received the sale monies from Netflix, not the author, because her imprint is the holder of the rights and permissions for the book. Authors do not receive any monies from any book sold to the film industry. The imprint from the publishing house holds all the rights and permissions for any book bought from an author.

Alberto Villodo soon learned through Kimberly Witherspoon, Inkwell Management, they had no intention of ever buying the book because Hope van Beuren didn't want the book. Kamala Harris said to everyone, *"Just make the book go away, any way possible."* That was the mission and order throughout the entire ordeal. No one told Pamela Chapman.

If Pamela Chapman were to be offered a book deal ultimately worth $360 million, it would have been discounted by the following:

- Mark Halpern, NBC/Universal will prove the author had plagiarized it through the use of a stolen and printed copy with another author's name on it. He would then grab it himself, and sell it to the film industry thereafter on behalf of himself.
- Hope van Beuren couldn't understand why anyone would ever want to read it. She said I can't offer any money. Yet, Pamela Dorman said, *"We always pick these up for less than $100,000."* Therefore, in the end, if they destroyed the opportunity for the book to become sold to a publishing house, they said, *"You can always sweep it up for less than $100,000."* That was the entire intent of ratcheting up the book and movie offer, then killing it, by saying, *"No one wants to read it anymore."* It had been illegally sold and illegally distributed without publisher or author rights and permissions.


**April 13, 2021, 10:29 PM**

With Pamela Dorman, Pamela Dorman Books, Viking Penguin, Penguin /Random House, the author receives residuals on everything including podcasts, magazine articles. The justification was because *Barefoot in Heels* is and never will be a typical book, and Pamela Chapman is not your typical writer-author. *"She is a Lightening Rod/sword in the Hebrew mysticism school of kabbalah (which is true). She is a "Merkabah, a chariot of fire, a wheel of life."*

Carrie Crosson Gilpin "green-lighted in on the project." One – two years after the publication of the book, *Barefoot in Heels,* the movie project will begin. There is a need for an agent in Hollywood to auction off the book for movie and/or film rights. Mark Halpern was calling for an auction right now. He had no business in that.

They referred themselves to Carrie Crosson Gilpin *"Because you personally know the author."*

*"No way could Nancy Graham, SVP, Scribner, execute the Barefoot in Heels manuscript without the help of Carrie Crosson Gilpin because firstly, Carrie Crosson Gilpin would cover up, and secondly because Carrie Crosson Gilpin has ambition enough to attempt the project, as editor, but she was never under Nancy Graham's employ."*

*"The two women thought it would be a win-win"* except for when Pamela Dorman said *"Carrie Crosson Gilpin isn't qualified, or professional enough."* Instead Carrie Crosson Gilpin wanted to *"steal, delete, and de-fraud the author's— Ms. Chapman's, voice in the narrative."*

Pamela Chapman
pamchapman@arts.net
101 or 2.04 m

Carrie Crosson Gilpin re-wrote the narrative for Mark Halpern as a screen play with the original author's name on it. Others said, *"No, it is his name on it."* They planned to sell the screenplay with her name and copyright for the Hong Kong/Dubai reproduction market (see Michael Holt Massey, Redwood Library.) They had competing interests, or the two were  in-distinguishable, one from the other. It was said Justin Timberlake, Martin Sheen, Reese  Witherspoon, and Nicole Kidman (Llama Nation) were interested in the screen play.

*"Nancy Graham, she's just not physically, emotionally or intellectually up for the challenge      of publishing Barefoot in Heels. She is said to be drunk and working from home from the time      of the beginning of the COVID-19 outbreak. Carrie Crosson Gilpin's father was said to be a drunk, therefore they can work      together."*


## May 13, 2021, 11:50 AM

Final Receipt of Acknowledgement for the Deal, 12:08PM

$45 million upfront
20% over $240 million
10% over $321 million
50% podcasts
75% all other residuals

The author has no rights, permissions, or compensation for selling as a film. All is retained by *Scribner's, Simon & Schuster.* The author receives compensation as a screenwriter editor, and photographer for her book jacket photo.

The author has editorial content input, and final approval for the cover and book jacket.

End of Receipt of the Deal at 11:57 AM

Witnesses:

Donald Christ, Esq., Edward Heffernan, Plano, Texas, Nancy Graham's husband, Carrie Crosson Gilpin, Harry Gural, Tameen Saied, Pamela Chapman


**Then at 8:42/8:43 PM as** Final Receipt of Acknowledgement of the Deal

The financial deal became $55 million upfront.

Witnesses:
Donald Christ, Esq., Edward Heffernan, Nancy Graham, SVP, Pamela Chapman, Harry Gural, Alberto Villodo

Pamela Chapman
pamelachapmanpress.net
401-662-0510

**May 17, 2021 9:58 PM**

Final Receipt of Acknowledgement of the Deal

$75 million upfront
10% over $160 million
10% over $240 million
10% over $320 million

Nancy Graham, SVP as Editor,
With the employ of Andrea's Editing Team. This became Beatrice of York, British Royal Family
Susan Hagadorn II Editorial -- who later became Diane "Cynthia" Crosson McEnroe.

**Then at 10:53 PM Acknowledgement** of Receipt that Carolyn Crosson Gilpin has stood down from participation in the book deal.

**May 18, 2021, 12:41 PM**

Release (by Carrie Crosson Gilpin) of her copy of *Barefoot in Heels* to *Scribner's,* Simon & Schuster New York to a woman named Susan Hagadorn, said to Cynthia Parent's sister-in-law, but was Diane Crosson McEnroe, who was said to be responsible for the manuscript's editing.

The financial deal includes:
$100,000 photo credit
$100,000 cash for book jacket write-up
$100,000 for reciprocal relationship writing support
$100,000 extra for "jackass monkeying around"
$100,000 for petty cash

$500,000 into a money market account at Merrill Lynch which then transfers into another money account that is a charitable trust account of JP Morgan Private Banking, NYC.

The money would be available in 2-4 weeks—**12:41 PM**.
A business contract will be delivered in 4-6 days –**12:06 PM**

Other conditions included:
- No reciprocity arrangement for additional materials.
- No other imprint of Simon & Schuster.  Materials belong to *Scribner's* of London (British Royal Family) and NYC.
- No reciprocity arrangement for additional materials to any bookstore or author book fair. *Scribner's* takes care of everything, only attend events if the author wishes to attend them.
- No reciprocity of arrangement to book clubs, lectures, any other gatherings, the internet, or in person, except if you want to be involved. **12:16 PM**

Patricia Chapman
patriciachapman@cox.net
101-06-20846

Acknowledgement of completion of the deal 12:40 PM, Tuesday May 18, 2021

Witnesses:
Nancy Graham, SVP *Scribner's*, Cynthia Crosson McEnroe of *Scribner's* Editorial Office, "Alyssa" – *Scribner's* Editorial Assistant, Donald Christ, Esq., Harry Gural, Alberto Villodo-12:17 PM, Carl Helmetag.


## May 21, 2021, 1:50 PM EST & 7:56PM EST & 9:32 PM EST


Acknowledgement of Receipt of the Final Deal, 1:53 PM EST

- The deal includes payment such that it will be transferred to JP Morgan Private banking, NYC.


*"In real time and real space we validate everyone simultaneously into the new age of energy."*

*"This is the acknowledgement & official time start of the new age of energy because                    we validate you all together now."*

May 21, 2021, Eric & Wendy Schmidt & Pamela Chapman


Witnesses:
Eric & Wendy Schmidt (Google), Nancy Graham 2:04PM, Pamela Chapman 2:04 PM, Amey Cardullo, Esq. 2:04 PM, Turner Scott Esq. 2:04, Donald Jagoe, Harry Gural, Alberto Villodo, Donald Christ, Esq. 2:05 PM, Dorienne Farzan 2:05 PM, Roger Kass, Esq. 2:05 PM, Kamala Harris –VP, USA 2:05 PM, Pamela Dorman 2:05 PM, Kimberly Witherspoon 2:05 PM, Edward Heffernan, Joseph Fins, M.D.


### Then at 7:56 PM EST

$120 million such that 15% upfront in a *Barefoot in Heels* account with the names of the        author and her son and daughter. All other conditions exist as previously recorded on May  18, 2021.


## May 23, 2021, 20:04 PM EST

No one on the face of the planet can duplicate the effort because Eric & Wendy Schmidt [said], *"There can be only one Google, only one Pamela Chapman. Therefore, it is a unique one-time deal."*


Acknowledgement of Receipt of the Final Final Deal, 20:04 PM EST

$150 million, with every other condition the same. (witness: Edward Heffernan)

Pamela Chapman
pamelachapmanart.com.net
101-662-95 Ix

"Nobody else can have this deal except <u>Pamela Chapman</u>, and **"No one can occupy this place in history again, ever again".**

signed <u>Natalie Rose</u>, <u>Kate Middleton</u>, British Royal Family, England,
<u>Eric and Wendy Schmidt</u>

**<u>May 28, 2021, 9:04 PM</u>**

Transfer to <u>St. Martin's Press, NYC</u> for $150 million and receive payments as 15%, 10%, 25%, 25%, and 25%. It's unlikely this ever occurred.

<u>Self-Acknowledged Witnesses as Scribes of the new Contract Language:</u>

<u>Jonathon Knapp</u>, CEO Simon & Schuster; <u>Nancy Graham</u>, SVP, *Scribner's*; <u>Betsey Karmin</u>, esq; <u>Donald Christ</u>, esq; <u>Amey Cardullo</u>, esq; <u>Turner Scott</u>, esq; <u>Elizabeth Gilbert</u>, author; <u>Pamela Chapman</u>, <u>Harry Gural</u>, <u>David O'Leary</u>, <u>Lyndsey Grant</u>/<u>Linda A. O'Leary</u>

**<u>June 25, 2021, 9:27 PM</u>**

Acknowledgement of the Purchase of *<u>Barefoot in Heels</u>* by <u>Scribner's</u>, <u>Simon & Schuster</u> to be $240 million,

**Then at 10:03 PM**

Acknowledgement of the Purchase of *<u>Barefoot in Heels</u>* by <u>Scribner's</u>, <u>Simon & Schuster</u> to be $310 million,

**Then at 10:23 PM**

The final paperwork contract will be signed no later than July 15, 2021.

<u>Witnesses:</u>

<u>William Parsons</u>, <u>Edward Heffernan</u>, <u>Nancy Graham</u>, SVP, <u>Jonathon Knapp</u>, CEO <u>Simon & Schuster</u>, <u>Pamela Chapman</u>

**<u>June 28, 2021, 4PM</u>**

The same deal as June 25 with the following understandings:
- Residuals are paid at 38.5% for the size of the deal.
- Payable seven times a year, with the 7th on December 31.
- Audit numbers of gross profits and distribution numbers will be provided.
- Remainders are no longer taken back anymore.
- Waterstone's will buy direct without a consignment.

Pamela Chapman
pmchapman@cox.net
(401-862-9510)

- Barnes and Noble.
- Amazon only takes so many books a time.

No deal is final until reviewed by <u>Edward Heffernan</u>, Bear Sterns Alumna

### July 2, 2021

The book was <u>dead on arrival</u> at <u>Simon and Schuster</u>, <u>Scribner's</u> even though <u>Nancy Graham</u> and then <u>Jonathon Karp, CEO</u>, promised her that at least in six-eight-ten weeks it would be published.

They swore to themselves that by the 4th of July 2021, they would pull the plug and declare that they never intended to publish the contract they dictated and date-time stamped. They just strung her along.

<u>Nancy Graham</u> claimed she ultimately didn't want the book for three reasons:
- It didn't come through her trusted agents.
- She couldn't figure out how to pay with a paper transfer of assets which is the least costly form of payment.
- She didn't want a new version of *Eat Pray Love* which she over saw at *Riverhead Books* because she couldn't stand to bear another Zeitgeist moment when a publication like that is ever again published. *Eat Pray Love* (memoir) came through her trusted channels of literary agents. The author was in the industry as a journalist.
- They can't predict the popularity of books. They have no way to predict whose voice in literature will be popular. So, they just publish certain authors that come through their personal trusted agents, who are impossible to identify.

No one will question the lawsuit. You just need the right attorney. <u>Yale University</u> can help you.

### July 4, 2021

<u>Nancy Graham</u> said, *"I can't do the deal, but I'm having fun pretending to do the deal."*

<u>Jonathon Karp</u>:  We didn't do any deal with you today or any other day because we can't and we won't deal with you his way.

<u>Pamela Chapman:</u> But you did.

<u>Jonathon Karp:</u>  But we won't.

<u>Pamela Chapman:</u> But <u>Pamela Chapman</u> has signed contracts with time-date stamp and witnesses.

<u>Kamala Harris</u>: That will do in legal courts for something.

Pamela Chapman
pamelachapman@comcast.net
101-662-9516

**July 13, 2021**

These two women, <u>Pamela Dorman</u> and <u>Nancy Graham</u>, are sitting at the crossroads with it tied down to <u>Kamala Harris</u>, her goons, <u>Happy van Beuren</u>, and a long cast and crew of others.

<u>Pamela Dorman</u> claimed she'd pay $14 million, but no higher.

<u>Nancy Graham</u> claimed she'd pay $310 million but the company is                attempting to be sold by Viacom/CBS. It has yet to find a buyer.

**July 14, 2021, 8:08 AM**

The author files with the US Library of Congress for a **Certificate of Registration** as author/owner of *Barefoot in Heels* with all rights and permissions.

**July 19, 2021, 3:28PM – 3:58PM**

$240 million upfront, with 25% ($60 million) at the close of the deal to close on good faith.
20% on the next $320 million
26 % on the next $440 million
25% on everything else

Payable every 2 months, 7 times a year with the 7th at the close, 12/31/xx.

<u>Pamela Chapman</u> holds the copyright to sell as a book, not <u>*Scribner's*</u>; nor <u>Simon & Schuster's.</u>
*Scribner's* sells the book to Waterstones outright and gets a good rate of return.
*"If they don't like the book jacket, it gets changed. No, we like it. We don't know how to do what you do. Yes, let's work together to sort it out."* 3:57 PM

*"Viacom/CBS says we can do the deal because <u>Sullivan and Cromwell</u> will insist on the full $310 million upfront. So, <u>Nancy Graham</u>, let's hope this is a runaway best seller and it should be."*
We don't do residuals anymore like the past.

We do not pay for photographs or graphics or anything else.

We do 50% on podcasts. We do 50 % because it is a production expense that <u>Pamela Chapman</u> does not want to underwrite.

<u>Pamela Chapman</u> provides her own photograph.

All monies go through J.P. Morgan Private banking.

Pamela Chapman,
pmes.chapman a cox.net
10.1.o62.99.16

<u>William Parsons</u>: What about when the securities top off or Viacom/CBS sells Simon & Schuster?

No problem. They are a diversified portfolio that your person can redistribute anyway you like it.

**Date – Time: 3:35 PM July 19, 2021**

Hard copies of these contracts— We send them out by mail, FedEx and DHL.

*"That's great"*, says <u>Pamela Chapman</u>.

Witnesses:
<u>Nancy Graham, SVP</u>, <u>Jonathon Knapp CEO</u>, <u>Donald Christ esq</u>, <u>Pamela Chapman</u>, <u>Dorienne Farzan</u>, <u>Amey Carullo esq</u>, <u>Turner Scott esq</u>, etc.

**<u>July 21, 2021</u>**

Scribner's of London (British Royal Family esp. <u>Beatrice of York</u>) can't do a book deal with <u>Pamela Chapman</u> because <u>Kamala Harris</u> is a big fraud, liar, and a cheat, and because if they do, they are in violation of contract law.

Scribner's of NYC (<u>Nancy Graham</u>) just renegotiated a contract the other day, and validated at least $60 million upfront (as 24% of the deal), but there was no date—a date isn't important because contracts can take years to execute.

It was just a travesty last night when <u>Kamala Nation</u> decided to exploit <u>Simon & Schuster</u>, and then <u>Jonathon Knapp</u>, CEO said at **4:15 am,** they **can't take a book deal of this size or volume because <u>Kamala Harris</u> will excoriate them.**

[**<u>Note</u>**: Somewhere it also says for Viacom/CBS to do this size of a deal requires approvals from US Senate <u>Ways and Means</u>, which is <u>Kamala's Table</u> which is <u>Mitch McConnell</u>, R-KY and <u>Nancy Pelosi</u>, D-CA].

So, now you might consider, when you are 67, you might meet on some library steps somewhere. You won't ever meet there because you don't live anywhere near each other, and you won't want to visit West Virginia because when <u>Betsy Karmin, esq.</u> said, *"I won't ever read a book like that because **Kamala Harris** herself destroyed the book repeatedly.  She traded it for the constitution of the Unites States of America, and her own presidency"*—all because <u>Happy van Beuren</u> didn't want anyone to touch her beautiful family—or Newport, RI where she grew up at bois d'ore, and no one likes that house. It seems to have bad karma—except her family lives in Middletown, RI.

<u>Roger Ailes</u> would tell you, *"You must make as much money as you can because if you don't, you will sell yourself short, so make sure you sell at the top of your game, and no one sells at the bottom"* except for <u>Sandra Orsloff</u> and <u>Holt Massey</u> who said, *"You don't publish at $100,000."* So, they were going to sell the copy to the Hong King Hilton publisher (a very specific company), a reproduction copy. So, $150,000 has to be the bottom of the barrel if reproduction is at least that much—Then, you will quickly see that a $1,500,000 is the bottom of the barrel

Pamela Chapman
pamelachapman.group.net
404-662-9034 fn

for you, Pamela Chapman because Lisette Prince has calculated the value at $3 billion based on the capital she knows is involved. So, who owns the book now?

Pamela Chapman does.  This makes the investment of Simon & Schuster at least $2 billion now. She gets the other $113 million for owning the rights to the book.

If the book deal is $313 million, then she gets one-third. Simon & Schuster owes her at least 25% up front. $113 million = $250 million which is what Ed Heffernan said in the beginning. So, who is lying now? What is the reality now, Pamela Chapman?

Gretchen Carlson/Fox News: There is no one to remember that quote and I won't rewrite what I wrote ever because in the end we did this to remember that Pamela Chapman will go to court. So, she is her own scribe and we are her own witnesses, now and forever.

Nancy Graham:  I must honor the contract once again, except this one is larger at the other end.

William Parsons:  Then, we negotiate until it is right on paper.

Nancy Graham:  We might never tell you the right numbers.

William Parsons:  Then, we always send for an audit every year. It can be done next week because this will go on until the contract is signed, sealed, and delivered. The money is transferred into a real account she can withdraw from. Ok Nancy Graham?

Yes, because she now understands you, Pamela Chapman, will be destroyed every night when you wake up between 12AM – 2AM, and they will help you awake until they destroy your money, your book, and your character. At night after 10:15PM, they come out like thieves and wolves to holler, and then they scream, shout, and disturb the peace until Pamela Chapman confesses to three things, or admits something about her finances so that they can block her money, and her character. What's it all about now?

[Note: They were in a masturbation – kundalini ring in a quiet space while Pamela Chapman was being hollered, screamed at, and accosted.]


**July 22, 2021**

Pamela Chapman: The deal is global distribution which she and the book require. **The book is worth $3 billion on the open market**. Edward Heffernan knew this back in May 2021 and Lisette Prince confirmed it yesterday. No one appears to want to cash flow $3 billion in sales?

Pamela Chapman
pmechapman@cox.net
401.68.20516

**July 23, 2021**

**12:40PM**

**You get the contract from Simon & Schuster because if you don't everything will fall down** because Kamala Harris isn't the worst the deal in town just business, and no one wanted to…

Richard Neal, D-MA Ways and Means:  Cut the deal now.

Does he have any sway over Jonathon Karp, CEO?

All I know is if Viacom/CBS waits for an M&A deal that goes through Ways and Means, then if Donald Trump knows anything, he knows AOL/Time Warner can't cut a deal until Mitch McConnell says it is ok. That is standard practice.

Does Mitch McConnell say, *"Cut the deal for Barefoot in Heels?*

Absolutely, because no one can afford to listen to your questions anymore. Your lack of informational knowledge is your ace in the hole. You are no CIA Massad, but yet you could be.

Roger Kass: *"My heart skips a beat at that one."*

That is her real personality. Ok, it's a bit obnoxious, but it gets the deal done every day.

How long does a contract and check take because my accountant needs to know?

"By August 21, 2021, you will have a signed contract in hand."
                    Mitch McConnell, R-KY, Nancy Graham, SVP Scribner's,  Jonathon Karp,
                    CEO, Simon & Schuster, Richard Neal, D-MA, Chair of Ways and Means


**July 27, 2021, 10:29 PM**

Carrie Crosson Gilpin was to copy the entire file of content of knowledge of interviews and notes about author, Pamela Chapman and her manuscript, *Barefoot in Heels* and transfer it to Nancy Graham's group and "Andrea" (Who ultimately was Beatrice of York, or her mother Sarah Ferguson, and connected via Thievery Ring to Jonathon Karp, CEO Simon & Schuster.)

Witnesses:
Sharon Ramel, Jeffery Allen, Carrie Crosson Gilpin
Dorienne Farzan, Gretchen Carlson, Tom Hockaday, Tameen Saied, Jonathon Knapp, Nancy Graham, SVP, Scribner's, Simon & Schuster


Purported Family Connections:

Pamela Chapman
pmchapman@cox.net
401-662-0510

Carrie Crosson Gilpin and husband Ed Gilpin, are related to Mark Halpern supposedly through Mark Halpern's sister's son. He also has a son, Matthew, that was said to have attended St. George's School, Middletown, RI, but he attended Tabor Academy in Marion, MA, were he met Denise Roberts, a Newport wealth manager, a past president of several non-profit boards of trustees, and especially the Newport Art Museum where Pamela Chapman had been a past trustee when she was president of the Board.  Mark Halpern is said to have often traveled to Newport, RI.

It was also purported that Mark Halpern could be a first cousin to Nancy Graham's husband, so they were always attempting to say they were extended family, and attended holiday meals together.

This is not true at all, put how they presented themselves for over a year. (2:28PM, May 20, 2022)


**July 28, 2021, 4:00 PM**

The book deal can no longer be an outright sale because the author now owns all rights and permissions. [**Note:** It can be a long-term renewable 18-year lease.]

Nancy Graham is intentionally willing and committed to a marketing, sales, publishing and distribution deal worth $360 million upfront to the author.

The financial deal:

Tender an offer worth $360 million with 25% payable upfront at the signing of the deal. Payout is 38.5%, seven times a year with the seventh payable period at the close of the calendar year on December 31.

The deal includes providing audit numbers annually of gross profits and distribution numbers. There are no remainders ever taken back.

Waterstone's will buy direct without consignment because they get a better deal that way than with consignment and remainders.

Barnes and Noble does consignment and remainders. A profitable deal can be made due to the size and influence of the book, *Barefoot in Heels.*

Amazon acquires books in smaller numbers and does not offer remainders.

No deal is final until approved by witnesses: Edward Heffernan, CEO, Alliance Data Corp, Bear Sterns Alumni, Plano Texas, Pamela Chapman, William Parsons, Putnam Investments, Boston, and Nancy Graham, SVP.

Pamela Chapman
Pam.chapman@comcast.net
401-662-9516

**August 5, 2021, 1:34 PM**

Pamela Dorman proposes to be an agent for the author to contract for the author with Knopf Doubleday, Penguin Random House for formatting, marketing, printing, sales and distribution. No actual dollar amount is suggested other than she has a new health, wellness and spiritual imprint and really wants to do business together. She suggested as the "agent" to Knopf Doubleday, she personally could make a phenomenal rate of return on the investment for herself.

The same day, Ms. Dorman asked the author about typeface, spacing, publisher's software, and book jacket graphic design. There appeared to be a serious interest and intent on the future publication of the book.

**August 6, 2021, 12:46 PM**

According to Nancy Graham, SVP, Simon and Schuster, for the size of the deal, the ROI is better if the deal goes through, than to payout in a legal lawsuit from the author through Simpson, Thatcher and Bartlett (or another law firm).

The offer from Nancy Graham is as following:
$240 million plus 38.5%, payable seven times a year.
The deal is referenced with date-time and witness stamp of July 28, 4 PM, but that deal was for $360 million plus 38.5%, payable seven times a year.

*"Barefoot in Heels is a timeless classic, so if Simon & Schuster doesn't want it, Viking Penguin will deal but they won't pay upfront, or in the future. That's the way Viking Penguin plays."*

**"Barefoot in Heels is about betrayal, and where and when does it end? Now, the author has to ask herself, does it end in abuse?"**

**How many times do you cut the same deal, and never have it actually materialize?"**

*"Barefoot in Heels is dead to most people. Not exactly. They are still reading, and re-reading it today and tomorrow, and every day forward. Who won't want to make money from the experience?*

Pamela Dorman:  Viking Penguin actually suggested an annual reading of **Barefoot in Heels** in the same manner of James Joyce's *Ulysses* and Melville's *Moby Dick*.

[**Note**: On September 16, 2021, Pamela Chapman suggested the authorized author-approved snack while engaged in the public reading of *Barefoot in Heels* is graham crackers with lemonade and raspberries with a twist of maybe a hybrid mint leaf.]

Pamela Chapman
pmwchapman@cox.net
401-662-0591b

**August 31, 2021**
**8:44AM**

## Jonathon Karp, CEO Simon & Schuster

"We take _Barefoot in Heels_ now unconditionally with all rights and permissions previously granted to Pamela Chapman. We will have the former financial deal backed by House Ways and Means Committee since Kamala Harris herself acted as a Judas in the public trail and hanging of Harry Gural who acted as Pamela Chapman's traitor par excellence."

If Jonathon Knapp says Simon and Schuster will unconditionally print _Barefoot in Heels_
Does her old contract still suffice?
        Yes and no. Pamela Chapman owns the rights and permissions and she always will. She can  "lease" the rights to print and distribute.

[Note:  Jonathon Karp was at Kundalini Crossing in Newport. He comes with Mark Halpern which means he comes with Tara Plochocki, and Bobby McDermott, Barney Frank, and plays with Roger Kass, Becca Bertrand, Harry Gural, Esmond Harmsworth IV, Nancy Graham, Scribner's.]

[Jonathon Karp: Jonathon Karp and Nancy Graham were both previously at Riverhead Books. 1-6-22 2:37PM]


## Legal Precedents from the Entertainment Industry to Make Promises Legally Binding


### Mark Halpern, Harvey Weinstein and Hollywood

**Actresses say:** Not on your life, because if Mark Halpern is doing that to another woman he is tied for high treason because in our Universal Studios industry you never ever give a woman a cocktail while acting because if you get her drunk, she will scream bloody murder because that is how Harvey Weinstein drove his picture making. That is exactly how we all knew we were in his harem of women. Is this man, Mark Halpern, this stupid?

If he is, he will get a subpeona from more than a few of us. Pamela Chapman will be unable to sue him if he has any money left over, after we nail his ass to the cross because we will get to him first and foremost.

It provides an M.O. for how these men get women to do for them exactly what they want them to do, and it comes from Thievery Rings in The Game of Sexual Obedience, which in the end is to destroy another human being. In Hollywood, you would not kill the actress. Well, yes you would, because you would make her a woman of his harem, and not any other. Each studio director has his harem of actress women who star under contract for all of his motion pictures, and no one else can have her. He takes her away from her friends and family, and makes her service him as a reciprocity of gratitude for the opportunity to star in his motion pictures. Absolutely the culture which is what Ashy Judd and others stopped in 2019, before the in The Big Book Story. Other media giants fell, but not Mark Halpern because he was hiding in a political Ways and Means Thievery Ring with Kamala Harris and Ways and Means, and Harvey Weinstein wasn't.

Pamela Chapman
pmchapman@aol.net
401-662-9515

**[This is exactly the same game as Hollywood played out. It's now in publishing and with Mark Halpern.]**

**[Legally what happened with Pamela and Simon & Schuster and Viking Penguin is exactly what Harvey Weinstein did, and went to jail for. Promises made, but not delivered.]**

**[This is also Alberto Villodo who promises to mentor Pamela Chapman, but abuses her instead]**

Harvey Weinstein was never protected; he just didn't get caught. If you all can get to Mark Halpern in 6 months or less, go for it. Just bring him down for your own industry protection. In the end, we all have enough money from all of this. Just get the sucker, because we have all the documentation for what he did to all these women. He offered several opportunities to these women, but never delivered. Just like it says, he swindled Carrie Crosson Gilpin and Ed Gilpin into deals that were not real.

It is against the law if you are waiting for a part that never shows up. You are not technically under contract, but you are promised, and he never delivers so we all take his calls, but it never materializes, just like with *Barefoot in Heels* and casting last summer. His swindle is he brings you into the ring and tries to keep you close and never offers you a part in anything including Marcella Lobo. You kept asking, and asking, and begging which sets up the dynamic for him to abuse you.

17 women came out against Harvey Weinstein and 3 for Matt Lauer (more) and maybe 5 more. There are many more.

Legal precedent:
Just like Scribner's and Simon & Schuster and large contracts, which were more than just promised, they were date-time stamped with witnesses.

The **Actresses say** the House Ways and Means is supposed to stay out of the Hollywood motion picture business because of the Hollywood Black List of communist sympathizers that put them all up in a grand inquisition, so **the culture is to keep the government out of our theater production business. Whether or not that happens, we can't say**.

Kamala Harris says today, "No motion picture studio is invited to a Ways and Means meeting, but it can be roped into a Thievery Ring through other business, but never to be at the fore front for the front line. (pause) Harry Gural is considered second string. Tara Plochocki is now considered third string because she will lose her law license. Any of the people involved here who go to federal court, lose their front-line credibility and can no longer play a high stakes game of fraud. If you get caught, you must step aside. Harry Gural you are never coming back, so don't ever think we will seduce you or send you a prompt invitation to the grand inquisition of our own doing.
Kamala Harris 6:31PM -6:34PM 4-16-22. ][from draft p. 1347]

Pamela Chapman
pmbchapman@comcast.net
101-603-0516

## Clifford "John" Friend and the Anusara Yoga Crisis

The four links below describe in detail the 2012 scandal of John Friend, the founder of the school (an entrepreneur's empire) of Anusara yoga. At its height, he had 600,000 students and 1,500 certified teachers who had spent thousands of dollars and traveled the world to meet up with him to obtain the "ivy-league of yoga certifications."

Each of these articles provides exceptional quotes that parallel the founding of The Four Winds Society, the style of power, charisma, sexual practice, and Wiccan or shamanic ritual consistent with the practice and empire of Alberto Villodo, and the existence of all-female Wiccan Coven (or masturbation clinic) as a way to raise *"sexual/sensual energy in a positive and sacred way."*

The parallels to Alberto Villodo are uncanny. They will not be fully described here. That is its own paper. Pamela Chapman has read all of Alberto Villodo's books over the past ten years. She never viewed him as a guru, just a savvy entrepreneur who charged thousands of dollars, often $14,000 for a 9-day "energy medicine" retreat. He too started his own brand of shamanic practice in the Western world lifted from Peruvian shamanism. Drug-use was not just tolerated; he was a dealer. The application of the term Wiccan Coven is academically and legally detailed in another section of this paper. It is the term consistently used with John Friend to describe his lifestyle surrounded by consenting females who practiced initiation and other rites which were meant *"to raise sexual/sensual energy in a positive and sacred way,"* but were perhaps said The Daily Beast, "a pretext for his own sexual gratification."

John Friend was associated with "AnusAura, which means 'illuminated anus.'"

According to a quote from New York Magazine, there was a website that created embedded messaging that presumes John Friend was involved in kundalini sexual practices not as a reciprocity of relationship for soul mates in a magnanimous relationship, but as a style of secret sexual practices in his all-female Wiccan Coven.

*"It is a sacred yoga system in which the Anal Chakra is manipulated in order to tune into the forces of Puni and Mani that exist throughout the entire universe."* The school was "rooted in the teachings of Slinkananda" (literally stealth bliss), the site went on to say, and run by "Bob Buddy, the founder of AnusAura [—a play on Anusara—]. He is known for his exciting events and 'hands-on' (important in kundalini initiation) teaching methods." The website, https://glorian.org/books/the-yellow-book/the-kundalini, connects Anus Aura (kundalini by way of John Friend) to the Church at Ephesus (Turkey) in the Book of Revelations in the Bible. The Church of Ephesus (Cult of Artemis, that deals with an initiation rite of girl around the age of puberty and described in the Trojan War.) refers a moral decline of the church, as evidenced through kundalini practices (Pamela Chapman) *"The church at Ephesus had **aligned itself with the powers of darkness and embraced the vile nature of corrupt politics**. For this, Christ warns the church in Revelation, that their prominence and blessing will be removed."* https://www.currentargue.com/life/faith/2018-01-27...

John Friend is also quoted in words that any person recruited, abducted, or otherwise participating in any group of persons in an energy space associated with Kamala Harris or Ways and Means has been introduced to: *"I have taken Wiccan oaths over the years where death is actually the consequence of telling the truth."* https://www.patheos.com/blogs/wildhunt/2012/04/details-of-john-friends-blazing-solar-flames-coven-emerge.html

Pamela Chapman
pamelachapman@comcast.net
301-662-0510

https://www.thedailybeast.com/john-friend-anusara-scandal-inside-the-wiccan-sex-coven

https://nymag.com/news/features/john-friend-yoga-2012-4/

https://www.washingtonpost.com/lifestyle/style/scandal-contorts-future-of-john-friend-anusara-yoga/2012/03/28/gIQAeLXThS_story.html


## Supreme Court Ruling: Google Transmitting Real Information in Real Time

The Supreme Court validates Google in real time, all together.


*"In real time and real space we validate everyone simultaneously into the new age of energy over the Akashic Record realm."*

*"This is the acknowledgement & official time start of the new age of energy because we validate you all are here together now."*

May 21, 2021, Eric Schmidt (Former CEO for 10 years of Google)
& Wendy Schmidt (11th Hour Racing) & Pamela Chapman (Author)

We all now acknowledge receipt of this Wednesday, May 26, 2021 8:43AM

Eric Schmidt, **"I will openly submit my wealth to stopping this (the thievery of books and authorship by uploading the content online through Google) in perpetuity because we fought like crazy to prevent this all the way to the Supreme Court in 1973/1974."** (May 26, 2021)

The Supreme Court said, **"Yes, the transmission of information over Google via a digital energy current is real in real time."**

Eric Schmidt stated the Supreme Court says it's valid if Eric and Wendy Schmidt testify openly in court what Google was doing was real in real time. There were many months of open testimony before any one started believing Google. That was 1973-1974.

They created a time table in the open Google platform across all channels simultaneously across the world. The Supreme Court said, *"Ok, we believe you."*

*"If these publishing people don't pony up in three day's time, we will have world heresy,"* says Wendy and Eric Schmidt.

This happened last night when Google said, *"This is what happened to us with Google and open documents. We all transmitted electronically the whole book to the whole world in Google docs."*

Last night at **3:47AM** EST they all said, *"No, it's a real book, but it is a lost opportunity because it is not and can't be copyrighted because it wasn't and couldn't be published by a major publishing house."* Yet, it was on July 14, 2021.

Pamela Chapman
Pamelachapman@cox.net
401-862-9561

**Legal Precedent:  US of America Colony Law:** *Massachusetts* **Bay, Plymouth Colony, Connecticut Colony, and New Hampshire Colony; Sweden, Continental Europe, & England, 17ᵗʰ century, ending 1750**

American Journal of Sociology, Vol. 86, No. 1 (Jul., 1980), pp. 1-31 (31 pages), The University of Chicago Press

While looking for a source to purchase Flora Danica in Copenhagen, with a side train trip from Copenhagen to Stockholm, Pamela Chapman learned the traditional red wooden Dala Horse is linked to pagen times, and the Swedish witch trials. It was fascinating reading about how many people were literally burned at the stakes, tortured into confessions, banished from local parishes, or fined for sorcery and the performing of "magic".

Pamela Chapman had been joking for over a month, that her experience was leading to legal litigation that could be called, *The Newport Witch Trials of 2022-2023*. No one thought she meant anything like the Salem Witch Trials of 1692-1693, even though Newport was the backdrop for a film industry movie last fall about the Salem witch trials.  She quickly learned all over Europe, England and Sweden, there were a large number of executions due to witchcraft, also known as sorcery and magic from the 14ᵗʰ century through 1750. It is mostly performed by women, which is exactly what we experienced in this Big Book Story of 2021 - 2022, and it was centered in Newport, Rhode Island. The men performing sorcery appear to have harems of women offering the reciprocity of "energetic" sex (masturbation or kundalini) in return. Usually, it is the women who provide the action of the sorcery and magic on behalf of the man, even though the man often teaches it. Similar to a politician, he does not do the sorcery technology himself, someone else does it for him. Then, they service each other sexually in a orgie experience between two people of the group experience.

[Unless otherwise noted, **the wording below is borrowed exactly** from the AJS.]

**The witch craze answered the need** for a redefinition of moral boundaries, as a result of the profound changes in the medieval social order. These executions and accompanying demonological theories that enjoyed widespread and popular acceptance can be explained through the anomie which permeated society at that time.

Definition of anomie:  in societies or individuals, is **a condition of instability resulting from a breakdown of standards and values or from a lack of purpose or ideals**.

**Witchcraft is a kind of technology** and the magicians' main function is to cope with relatively ad hoc interests and tensions. Magical powers can be forced to serve human needs through the magician's correct use of formulas.

These were the essential characteristics of European witchcraft practice before the witch hunts for the 14ᵗʰ to 17ᵗʰ centuries:  It's technological nature, its adhoc purposes, and it's extremely specific goals (Love potions, specific spells, and the like) ... The witch so far had a special position vis-a-vis

Pamela Chapman
pmelachapman@comcast
401-662-9516

the gods (or deities).  With the correct technological use of spells, and potions, he could compel them to perform specific actions.

European witchcraft between 1450 and 1750 was conceived of as a virulent and dangerous blend of sorcery and heresy (contrary to Christian doctrine). Sorcery includes anything that aims at negative supernatural effects through formulas and rituals. Heresy is the pact with the Devil, the Witch's Sabbath in the form of a black or inverted Mass. The Witch's Sabbath initiated new witches into sorcery with the climax of a huge orgie which was considered promiscuous sex between the devil and the witches.

Witchcraft was regarded as a routine day-to-day almost impersonal technology until the 14th century. They were classified as good or bad depending on the objectives of their magic.

In England, persons accused of witchcraft/sorcery were considered to have committed legal crimes against men.  The worst witch hunts were in Germany, Switzerland, and France.

The punishments were torture, death by decapitation, burnings at the stake, banishments, fines. 80-85% of these were women. Children were also involved.

As historical reference, "In classical Greece and Rome, magical processes were employed to produce rain, prevent hail storms, drive away clouds, increase wealth and the like, but they were also used for evil purposes. (Baroja 1965; Hughs 1965)

Until the 1200's the Catholic church's official policy was summarized in the _Canon episcopal_ which regarded witchcraft and sorcery as a mere illusion.

**Pope John XXII (1300's) had a fervent belief in the power and reality of magic**. He gave the impetus and encouraged inquisitors (witch hunters) to persecute relentlessly all sorcerers, magicians, owing to his fear that witch craft practices were rapidly spreading. The actions of the Pope reinforced already growing fears about witchcraft/sorcery.
> It was a battle to the end:  the catholic church (God) vs. sorcery/witchcraft (Devil)

After the 14th century, systematic theory was devoted to witch craft and promoted through books written on the subject. Experts—demonologists— specialized in its theory, and inquisitors and witch hunters put it into practice. The shift to the new demonological theories was precisely what was needed to enable those to persecute legitimately hundreds of thousands of witches.

Witchcraft reached a peak with the publication of _Malleau maleficarum_ (the Witch's Hammer) in 1480. Demonological theories reached a peak in which witchcraft constituted an independent antireligion. The witch lost her powerful position vis-a-vis the dieties:  her ability to force the dieties to comply with her wishes was replaced by a total subordination to the devil. **In short**, the witch became Satan's puppet.

Pamela Chapman
pamchapmanrecovery.net
103-692-9510

The total ideological transformation in the perception of the witch took place in the 1400's when the <u>Dominican Friars theory</u> of witch craft was widely accepted. They based their beliefs on a dualistic assumption which viewed the world as a battlefield in which a struggle between the godly sons of light and the satanic sons of the darkness was played out. Witchcraft was the exact opposite of what was supposed to be Christianity.  [This is what is happening now, 2022.]

1650 marked the end of the worst almost remarkable aspects of the witch craze. It lasted until after the end of the Thirty Years War in 1648. It lasted from 1618 – 1648 that killed 4.5 to 8 million people. Germany saw population declines of 50%. It was a war church (Reformation that splintered Catholic Europe and expanded Protestantism) and states (The Hapsburgs in Austria and Spain vs. the Bourbons of France). There were trails until 1750 in some places. During the whole period in Europe between 200,000 and 500,000 were executed (burned, drowned, beheaded, strangles or hanged) on accusations of witchcraft. Germany almost exclusively used bonfires, Switzerland had to wipe out whole villages to keep them down. Lorraine, France, burned them to the stakes.

It was a battle to the end. The Catholic Church vs. Sorcery/Witchcraft

In Switzerland and Germany, 85% of the victims were women. In Switzerland, almost every woman was considered a witch. The **witch hunts in their most intense form were in regions where the catholic church was the weakest** (Germany, France and Switzerland)

Old single women were persecuted at the beginning of the craze. Then, they were replaced by younger and married women toward the middle and the end. No particular group of women was spared from persecution.

Anthropologists suggest **sorcery serves a useful function such as** alleviating anxiety, integration, and creates cohesion; witchcraft as part of the relationship network among different groups in a stratified society; sorcery and witchcraft accusations arise in times of rapid social change because of social inequalities, various authority figures or links with the social structure itself, with witch craft as using symbols in magical practice as utility, meaning, efficiency, and universality. [<u>N</u>ote: Reiki energy medicine is the same way.]

15 books were published on the subject of witch craft/ sorcery after 1435. Jacquier's Falgellum *haeretticorum fascinariorum* (1458) was a turning point. He defined witchcraft/sorcery—for the first time—as a new evil form of heresy, claim that witches or those practicing sorcery were qualitatively different from the rest of humanity.

Before 1435, the Catholic church's official positon on witchcraft/sorcery pointed out the beliefs in witch craft/sorcery were mere fantasies and he who believed in witchcraft had lost his faith. He claimed witches were organized and used to fly (hallucinations due to drugs in ointments) to the atrocious Sabbath ceremonies (usually Friday and Saturday nights) where they indulged in sexual orgies with the devil and feasted on roasted unbaptized infants. This paved the way to the new conception of the witch, hence –bad: They eat babies.

30 years later, the *Malleus maleficarum* appeared. It was one of the first books to be printed on the recently invented printing press.  It had no fewer than 20 editions. It's the textbook in witch hunting. It became the most influential and widely used handbook on witchcraft.

- The first section of the book proved by argumentation the existence of witches/ sorcery and those that practice sorcery and devils. He or she who practices sorcery, but yet does not believe in the existence of witches, is himself a victim of witchcraft practices.

Pamela Chapman
pmchapman@cox.net
101-662-9916

- The second part tells how to identify a witch – the signs, techniques and tests to use. Prior to this, there had been no easy definition of a witch.
- The third section focuses on the legalities of investigating and sentencing a witch. It connected witchcraft with womanhood… *"Witchcraft is chiefly found in women because they were more credulous and had poor memories, and because witchcraft comes from carnal lust which is in women insatiable."* [**Note:** It's because the witch is always connected to the devil, who he himself has such insatiable lust, and they always end in a sexual orgie together.]
- The **book's recommended way to destroy the devil was to burn his host (burn the witch, burn the woman)** using green wood for the slow burning of the grossly impenitent. The authors encouraged the use of torture to elicit confessions.
- The book provided the moral backing for a horrible endless march of suffering, torture, and human disgrace inflicted on 1,000's of women.
- Here, in this <u>Big Book Story</u>, just <u>Pamela Chapman</u> suffered and was tortured to death, and given all the blame and the shame. This is itself is backwards.

So, in this <u>**Big Book Story**</u>, the sorcerers and devils treated <u>Pamela Chapman</u> as the victim who in history, the victims were the women— but they were the witches and sorcerers, <u>Pamela Chapman</u> is never the witch. She had no abilities whatsoever, never. In this story, all the <u>Thievery Ring</u> people were the true witches. They blamed <u>Pamela Chapman</u> for what they were. They tried to try, hang, and burn her, except they were the ones who were to blame. They used every ounce of torture and tactic to murder her. Yet, history claims they themselves are the ones to be tried, tortured, hung, burned, decapitated, drowned, and destroyed completely.

Increased urbanization, changes in trade and commerce, changes in the monetary system bring change in society. Extreme and rapid externality change brings internal change to moral boundaries in society… Stress and confusion created by these circumstance were further aggravated by external catastrophes especially the devastating epidemic of bubonic plague which decimated the population of Europe and lasted with aftershocks into the 18th century. The physical climate of Europe underwent severe changes in those fateful centuries – the onset of the Little Ice Age and the appearance of the great comet of 1528 (which might not have been real—just imagined, and widely gossiped). This caused great fear and anxiety.

Bubonic Plague, climate change/ Little Ice Age, of 1303 and a comet all tipped society into   fear and aggravation and broke down the moral boundaries between people.

> Little Ice Age:  Winters were bitterly cold and prolonged, reducing the growing season by several weeks. These conditions led to widespread crop failure, famine, and in some regions population decline. The prices of grain increased and wine became difficult to produce in many areas and commercial vineyards vanished in England.

> The Black Death/Bubonic Plague:  Arrived in Europe, Oct 1347 when 12 ships from the Black Sea docked at Messina. Most of the sailors aboard the ships were dead. Those alive were covered in black boils and oozed blood and pus.  Over the next 5 years, The Black Death would kill more than 20 million people in Europe – 1/3 of the continent's population. It attacks the lymphatics and originated from fleas that travel on rodents.  It arrived between 1347 – 1351 and had aftershocks into the 1700's.

In the 1400's there was a decline in the church's authority. It was noticeable. The Catholic church began to need an opponent who it could divinely hate, so that a re-definition of moral boundaries could take place. Only the most rapidly developing countries where the Catholic church was the weakest, experienced a

Pamela Chapman
pamelachapman.crea.net
301-602-9516

virulent witch craze (Germany, France, Switzerland). Where the Catholic church was the strongest (Spain, Italy, Portugal) hardly had any witch craze. It is the largest threat to the church's legitimacy. Protestants (the Reformation) persecuted witches with almost the same zeal as Catholics.

The *Malleus maleficarum* took part in a moral crusade striving to restore the integrity of the old ethical moral community. Witches were the only deviants who could be construed as attacking the very core of the social system, through anti-religion.

As a result of the severe economic stress, the entire feudal social order crumbled and immense sadness, and a feeling of doom pervaded the land. It was intensified and aggravated by the severe climatological changes, demographical revolutions, and the disruption of family and community life all of which were perceived as signs of impending doom. [**This might be a prelude to COVID-19, 2020-2022.**] The individual was confronted with an enormously wider range of competing beliefs in almost every area of social and intellectual concern, and conformity to a church structure were weakened. [Pamela Chapman did say, *"Close the churches, the temples and the mosques…"*] The existential crisis of individuals was expressed in terms of anomie, alienation, strangeness, powerlessness and anxiety. This created a fertile soil in which the Dominican Friar solution could flourish.

The strain felt by the individual—it is said mostly women, was he was part of a cataclysmic cosmic struggle between the sons of light and the sons of darkness (despised witches), and if one could play out that struggle between the light and the dark, they could thus play a real role in ending the cosmic struggle in a way that would bring salvation nearer. This threatened the individual's moral boundaries, and the witch hunt craze's own extensive polar support. [**Note:** Anything that threatens a person's moral boundaries, or triggers a persons to cross their own ethical boundary line is The Game of Ways and Means, and Kamala's Table. Welcome to 2021 and 2022, history repeats itself.]

How women became the change:  structural and functional changes in the family, changes in the status and role of women, and rural to urban demographic changes.

The medieval family was property holding, and the heart of industrial life of the community. In this home, the woman possesses a central role as a housekeeper, mother and as a breadwinner.

The main functions of a married woman were to reproduce male heirs for the family property and to make her husband richer by her dowry. Women were subordinate to men, and they were considered a possession of men. They were regarded as dangerous and seductive. There was a correlation between prostitution and witchcraft/sorcery.

Pamela Chapman
pmchapman.com/net
404-04-20424

**The Mayflower** with 102 passengers arrived in Plymouth Harbor, MA December 16, **1620.**

Harvard University was founded in 1636 mainly to educate clergy.

**The Pilgrims wrote a code of laws in 1636, one of the five crimes** for which a person would be put to death was ***"forming a solemn compact with the devil by way of witchcraft/ sorcery."***

  **Roger Williams would have created laws for Providence and its Plantations** after **1636.** (The previous name—only recently voted by the electorate for change—was the State of RI and the Providence Plantations).

**The Puritans arrived 10 years, 1646. They had stern witchcraft/sorcery laws,**
under Gov. John Winthrop of the colony.  At that time one of Windsor, CT was arraigned and executed at Hartford for being a witch. A year later, 1648, three MA women were convicted and executed.

**Witchcraft was a peculiarly a female provenance**.  Over 300 persons were accused of witchcraft in the 1600's in New England, only 3 of them were RI residents. The accusations were not made in RI.  Of 116 persons on a list of the accused witches, 37 were male, 79 were women, most elderly or middle-aged.
**Witchcraft gave women a public voice they rarely possessed.**

Witchcraft accusations, trials, and hangings occurred in the **Puritan colonies** of:  MA, Plymouth, Connecticut, and New Hampshire on a yearly basis. The accusations came to a horrific climax in 1692 when 160 people were charged with witchcraft. 19 were hanged, one was crushed to death in an attempt to make him plead guilty.
  On another website, Pamela Chapman read on September 17, 2022, that the only reason    why the deaths in the trials ended was because the Governor's wife, herself was accused of   witchcraft.

**Connecticut's witch hunt** occurred between 1647 and 1697. At least 34 men and women from across the Connecticut colony were formally charged with witchcraft/sorcery. **11 were hanged at the Hartford Statehouse.** In New Haven, William Meeker was accused of cutting off and burning his pigs two ears and tails as he cast a spell. **A book by Cynthia Wolfe Boynton uncovers the history of Connecticut witch trials. Windsor Historical Society has something on the topic.**

The Providence Plantations was settled by Roger Williams and followers in 1636. They were trouble makers and heretics from MA.
  Roger Williams would have created laws for Providence and its Plantations.
  There was a 1647 death penalty for witchcraft in Rhode Island.
    ***"We don't burn witches. We hang them."***

In 1638-9 an influx of refugees arrived with Anne Hutchinson after she was convicted of heresy in Boston. She was excommunicated and banished. Nearly all refugees went to RI, where they founded Portsmouth and Newport, RI. **Tolerance became a way of life in Newport and Portsmouth.** Quakers. Jews, Catholics, Huguenots were all welcome. **Now, in 2020 -2022 with the COVID-19 Pandemic, we have a bona fide global Hate Crime focused on Newport RI.  Pamela Chapman while a single, middle-aged woman (the demographic worldwide between 1400's- 1600's) is most certainly NOT a witch. She has a list of over 130 persons performing witchcraft/ sorcery technology on her mostly between Feb 4, 2021 and September 16, 2022, and several between July 2011 – August 29, 2022.**

Pamela Chapman
pmchapman@cox.net
1014442049 m

Newport, RI was one of the most free places for black slaves – They were all freed here. We had an underground railroad. Now we have a Hate Crime.

In 1640 accusation against Anne Hutchinson and two men of "Aquiday Island" (Aquideneck Island) was widely cited as slanderous. http://rebelpuritan.blogspot.com/2012/05/there-be-witches-too-many.html

The first case of witchcraft in Boston, 1688: A poor Irish washerwoman had been accused, tied and hanged for bewitching a child named Glover.

When the Salem, MA and Andover, MA trials began in 1692, the first victim was tried, convicted and hanged. The new Governor of the Colony, Sir William Phipps (from England) authorized legal prosecutions. They brought their witchcraft superstitions from England.

Cotton Mather, (1663- 1728) minister, Cambridge, MA believed in witchcraft. In 1692, he was called upon for moral and theological support. He wrote a book. He was convinced Satan was resorting to its use in order to hinder the spread of Christianity in the new world.

Ministers justified their theory that *'The Devil could assume the shape of an innocent and pious        person, as well as a wicked one, for his own purpose.'*

*History of New England* John Palfrey 1878
*The Witchcraft Delusion in Colonial Connecticut* John M. Taylor
*Entertaining Satan* John Putnam Demos 1982
*New England Rarities Discovered,* by John Joselyn 1692
*On Witchcraft, The Wonders of the Invisible World,* Cotton Mather, 1692
An incomplete list of witchcraft investigations from 1651 well into the 20th century:
http://www.spelwerx.com/timeline1651_today.html

During and through the 1400's -1600's, there was no clear demarcation between real science and magic. And here we go again!

There was much confusion about the moral boundaries of society. Frequently, there was fear of impending doom. Those who survived run scared due to the epidemics and Little Ice age, and the comet. They all thought the world was ending. A feeling that society had lost its norms and boundaries, and the uncontrollable forces of change were destroying all order and moral traditions. These developments allowed many contemporary thinkers to overstep the boundaries of reality and enter into the realm of magic, fantasy, and make-believe.

History repeats itself, and here we are.

By persecuting witches, society led by the church attempted to redefine its moral boundaries. Deviance served the social functions of emphasizing and creating moral boundaries, and enhancing solidarity. In fact, the witch craze was ficticious deviance created for the purposes of re-establishing moral boundaries and enhancing solidarity of society.

Pamela C Bagwell
pmmchapman@cox.net
303-862-0536

## Overview
(Originally, drafted August 2021.)

Ms. Chapman was thrusted into the Akashic Record Public Commons space, previously referred to as "Shamanic Space" on February 4, 2021 by Alberto Villodo when Andrew Parsons, MD, Cathy Wicks, Portsmouth, RI, and Kathy Abbate and Rick Abbate, 97 King Charles Drive Portsmouth RI – direct abutting neighbors of the author, came and rattled her body awake at about 5:45 a.m. –or thereabouts. She had no idea what was causing the shaking in her body. She specially asked Shaman, Alberto Villodo (who was in Argentina) and Tameen Saied (who lives in Chennai, India) what was happening to her? Both were available to her in a private "shamanic space" in what the shamanic tradition would refer to as the upper realm. Both had with Pamela Chapman for at least two to four weeks participating in a conversation about Twin Souls in a Twin Soul group put together by Jean Gorham and her dead Twin Soul, Jerry Slocum, a man who died in 2017. When he was alive, he was considered the pinnacle of Newport, RI society, and the founder of Slocum Gorham, a boutique investment group open to those by invitation only. Ms. Chapman was the facilitator of the group, not by choice but by design of Jerry Slocum. He was familiar to Ms. Chapman from when he was alive.

Ms. Chapman had absolutely no training or understanding of the Akashic Record space, and at no time did anyone anywhere explain to her how the Akashic Record field "game was played". She didn't play any game. It was said she played it her own way, which would be honest and forthright. Yet, everyone took advantage of her and her unpublished book, a work of literary fiction completed in 2015. They worked diligently to destroy her, the book, *Barefoot in Heels,* and her ability to earn any form of living. After all, the ex-husband, 10 years after a legal divorce, still wanted to destroy her in any way possible, because he lacked his own understanding and responsibility for how a 32-year relationship could fall apart.

The experience from February 4, 2021 onward has been nothing short of numerous criminal charges of every kind of slander, harassment, abuse, fraud, assault, torture, manslaughter, and several others. The criminal charges begin with the illegal possession and distribution of her book *Barefoot in Heels* obtained through the handing off of the book by a legitimate literary agent to: her ex-husband, and then by extension a large group of doctors at Anesthesia Associates of MA and other associated parties; a private book committee of the Redwood Library and Athenaeum; and Newport Hospital Foundation and Life Span Health Systems executive offices at Newport Hospital, and then by extension to a group of doctors and nurses. It also extends to the Executive Offices of the President and Vice President of the United States of America and the leadership of the US Congress and the US Senate.

Pamela Chapman
pamelachapman.com.net
[t] 000 000 0000

<u>Ms. Chapman</u> wrote down the dialog from conversation ongoing in real time. All participants knew she was writing down the conversations, and all knew she would use it for a legal lawsuit for actions committed against her. It is clearly scribed numerous times throughout the dialog that they were compliant and knew exactly what she was doing and for what reason. All the confessions of the participants were freely offered and never coerced. The author has over 2,000 pages of writings, written in over 12 bound books and a stack of Xerox papers over 5 inches deep. It took from September 16, 2021 until September 16, 2022 to type and then a few more days to proofread the document. It could be further edited for more enhanced read-ability, but that could take many months. This a draft for legal purposes only.

## Esmond C. Harmsworth IV

Descendant of Viscount Rothermere. Graduate of Brown University and Harvard Law School.
Reference: https://literary-agents.com/esmond-harmsworth/
> 9 Arlington Street, Boston, MA
> "Four Winds", 639 Bellevue Avenue, Newport RI 02840

Founding partner of Zachary, Shuster (Todd), Harmsworth (Esmond) Literary Agency. It merged in December 2016 with Kuhn (David) Projects to become <u>Aevitas Creative Management</u>.  According to its website it is "A full service literary agency" with more than 20 agents in six cities: NY, Boston, WDC, Los Angeles, Seattle and London.

He is the founder of the Esmond Harmsworth 1997 Charitable Foundation, 545 Boylston Street, Suite 1100, Boston, MA.

The first Viscount founded the *Daily Mail*, London, England. The family business is still controlled today by the 4th Viscount.

> History:

- <u>Pamela Chapman</u> submitted a proper agent query submission on **Monday, June 17, 2019 8:44 AM** via the <u>Aevitas Creative Management</u> website portal for a fictional manuscript, *Barefoot in Heels*.
- She received a reply on **Friday, June 21, 2019 1:05 PM EST**. It read, *"Dear Pamela, Please do send me this, Thanks! Esmond."*
- She submitted a full pdf copy of the manuscript on **Friday, June 21, 1:10 PM**.
  She received an email rejection from <u>Esmond Harmsworth's</u> private email account, charmsworth@aevitascreative.com on August 12, 2019 that read:

Pamela Chapman
pmschapman@cox.net
401-662-0516

Dear Pamela,

I really appreciate you sending is BAREFOOT IN HEELS.

We enjoyed reading it, but we felt the pace was too slow. It could work as a thriller but it would need to be much faster. Having the protagonist be in the psych ward, telling us her memories, made it seem a little static.

But thank you for sending it and we wish you best of luck with it.

Esmond


Pamela Chapman has source information from Sandra Orsloff— NYC, Newport, RI, Boston, MA— personally. She is a former trustee and Chair of Governance for the Redwood Library Board of Trustees; the Treasurer of the Commonwealth Club, Boston;  a "best friend of Cathy Wicks— Andrew Parsons MD's seven-year intimate relationship; and wife and Twin Soul of current Redwood Library trustee, Michael Holt Massey III —Officer & Treasurer of the Redwood Library.

Esmond Harmsworth IV sent her entire pdf of Barefoot in Heels illegally (without author rights, permissions, or acknowledgement) on **August 19, 2019** via email to the following:

- Roger Kass, esq. husband of Andrea van Beuren, board member of the van Beuren Charitable Trust. Mr. Kass was a former associate at Pryor, Cashman, Sherman & Flynn, NY. He is an alumna of Wesleyan University 1984, the same year as Andrew Parsons, MD. It was said he had an arrangement whereby in exchange for a seasonal guest pass at the local private Sprouting Rock Beach Association, known locally as Bailey's Beach, Esmond Harmsworth IV would provide Roger Kass with any submission that was either written by a local Newport, RI author and work of fiction whose setting took place in Newport, RI.
    - No work of literary fiction has been published about Newport since Thornton Wilder's copyright in **1976** of *Theophilus North.* This book was published privately by the family, and is still today, 5,000 copies at time. It is distributed by Harper Collins. Mr. Wilder was unable to find any major publisher willing to take on the print and distribution of the book by an author and playwright who had won three Pulitzer Prizes. It was written at the end of his life. It became a movie that was filmed in Newport, RI.
    - Prior to that, Edith Warton's the *Age of Innocence,* was published as a book in October **1920** by D. Appleton & Co. It had ben serialized in four parts for a magazine, then published as a book. It describes life in the 1870's in New York, Europe, and Newport. RI. It. She won the Pulitzer Prize for Fiction for the work. By this time, she had left Newport and moved to the Mount in Lenox, MA.
    - Before that, Henry James' in **1906** published the 32-page, A Sense of Newport.
    - Now, 100 years after Edith Wharton, Pamela Chapman has encountered undue pressure, blackmail, and sorcery to stop the acceptance by a major publisher of her

Pamela Chapman
pmchapman@cox.net
401-662-9510

book, *Barefoot in Heels*. It is not about Newport, RI itself, except for its serene beauty, livability, backdrop for the human condition. Newport, RI is merely the backdrop of the fictional narrative, a place she has lived for almost 25 years.

- Roger Kass, esq. would have sent it to the van Beuren family of three siblings, their spouses, and including matriarch, Hope "Happy" van Beuren, a direct descendent of the founders of Campbell Soup. She is also a direct descendent of Nathaniel Hill, a wealthy investor and former senator from the state of Colorado. She grew up in the spacious grand palais home known locally as bois d'ore on Narragansett Avenue, Newport, RI. It would then also have gone to Elizabeth Lynn, the Executive Director of the van Beuren Charitable Trust, Newport, RI, and Becca Bertrand, Executive Director, Newport Film founded by Andrea van Beuren. It then when to first cousins associated with the Hamilton Family Charitable Trust, Wayne, PA

- Roger Kass, esq. would have sent it to the Newport Hospital Foundation and the executive offices of Newport Hospital, managed by Lifespan health Systems, Providence, RI. The President, Christa Durand has read the book so have various doctors and nurses. His sister-in-law, Barbara van Beuren Glascock is the Senior VP of the board of trustees and his cousin-in-law, Anne Hamilton sits the board. She is often a co-chair or significant participant of the summer gala committees, as might be her daughter, Dorrance "Dorie" Hamilton Benson.
  - Ann Hamilton, Bryn Mawr, PA, Newport, RI, Palm Beach, FL, and Steamboat Springs, CO, has played a role in illegibly reading it to the author in a private space of Kamala Harris, VP of the United States of America. Her daughter, Dorrance "Dorie" Benson of Webster, Street, Newport, RI and other Hamilton family members have all read the book. Her husband, Daniel Benson, is Treasurer of the Redwood Library.

- According to Sandra Orsloff, The entire board and some staff of the Redwood Library & Athenaeum, and especially Carolyn DuPont, and Benedict Leca, Executive Director.
  - Michael Holt Massey III, Sandra Orsloff's husband. He then sent it to Andrew Parsons, MD as a response to a social conversation suggesting he would really like to get his hands on the book. He was acquainted with Mr. Massie through his girlfriend, Cathy Wicks, who enabled the social encounter.
    - Over 90 doctors, nurses, and hospital staff of St. Luke's Hospital and Anesthesia Associates of MA received pdf copies (see Laura O'Rourke's list) directly from Andrew Parsons, MD.
    - See Kate Quigley Lynch's Wes '82 list of Wesleyan alumni Andrew Parsons sent pdf copies.
    - Andrew Parsons claimed he sent over 30 copies to friends and family.
    - Cathy Wicks submitted about 75 e-mail copies of the manuscript asking, *"Do you like this, or not? My boyfriend of six years doesn't think it's very good, and I need to know if you think this story could be real?" "No one answered the email,"* she said. She

Pamela Chapman
pam.chapman.associates
401-662-0510

> *"wanted to support <u>Andrew Parsons</u> because it is the work of his ex-wife, and claimed the author was slandering her boyfriend."*

- ▪ <u>Andrew Parsons</u> and <u>Cathy Wicks</u> have read the book repeatedly nightly at <u>Tom Hockaday's House</u>. <u>Bill Martin</u> claims between 300-500 people came through. This includes most of the people associated with the 30-40 resumes <u>Pamela Chapman</u> sent out in Newport, RI.
- ▪ <u>Kathy Abbate's</u> family received a pdf copy as a reciprocity of favor for joining him on Feb 4, 2021 to shake <u>Pamela Chapman</u> awake. <u>Kayla Abbate</u> was also a door keeper at <u>Tom Hockaday's house</u>. Her parents are an immediate next door neighbor. They have tree issues with <u>Pamela Chapman</u>. <u>Andrew Parsons, MD</u> said, *"Help me, and you will have this on her to help you fight her for those damn trees she planted."*

- Several assorted persons of interest in Newport, RI including <u>John Peixinho</u>, <u>Armond Allen</u> and several others on a known distribution list of reciprocity of understanding.

- Someone associated with <u>Kamala Harris</u>. The dialog and notes, as presented, will allow for a more detailed line of questioning to understand the chain of custody of the book from <u>Esmond Harmsworth IV</u> to <u>Kamala Harris</u>, and her group, known as <u>Kamala Nation</u>, or <u>Kamala's Table</u>. <u>Pat Fernandez</u>, who helped organize it with local "donors" initially called it a Super PAC. <u>Kamala Harris</u> was said several of these groups around Capitol Hill. This one was populated by local persons or those with interests in Newport, RI.

- After delegating the book to a Workgroup of persons who would re-work it to re-package it for a secondary market, the book ultimately returned to <u>Roger Kass</u> as an e-book, edited first by <u>Carrie Crosson Gilpin</u>, then by the entire Workgroup and had the author name of <u>Monique Burgess</u>. A second copy of the e-book as purported to have been sent to Google Play authored by the penname Diane <u>Gilpin</u>, who is <u>Diane Crosson McEnroe</u>.

- Persons of interest may include the following:
  <u>Mark Halpern</u> of NBC/University Productions Studios and Halpern Associates may have given a copy to <u>Carolyn Crosson Gilpin</u> of Hartsdale, NY and Charlestown, RI. The author knows <u>Ms. Gilpin</u> from her freshman and sophomore years at Hartford College for Woman. <u>Ms. Gilpin</u> then retyped the manuscript in a manner that made the work no longer resemble the author's words organization, or finished product. It's flow and narrative voice had been destroyed. It was said she attempted to write a screen play.

  <u>Carrie Crosson Gilpin</u> was said to have dictated the work to <u>Cynthia Parent</u>, 62, Google "Home Security", Menlo Park, CA, and former suitemate of the author.; <u>Noam Zilberstein</u>, 27, Google Home Security, Berkeley, CA and son of <u>Karen Rothbatt Zilberstein</u>, Wes '84; <u>Tara J. Plochocki, esq.</u>, Barnard College, University of Michigan Law School, partner at Lewis, Baach, Kaufman, Middlemiss; and <u>Harry Gural</u>, Wesleyan University '83, former Senior Legislative Analyst for <u>Barnie Frank</u> and a former intimate friend of the author  at

Pamela Chapman
pamelachapman.com.net
(401)662-5816

Wesleyan University. Ms. Gilpin, Ms. Parent, Ms. Plochocki, and Mr. Gural spent many nights in the Akashic Record space from April 2021, onward making sure the book was poorly edited, and publically read to anyone who would listen. They often read parts out of order. Many thought the book began at Chapter 10, which is over 300 pages into the book. Together with Alberto Villodo and Marcella Lobo, they colluded to uphold Andrew Parsons' Hope van Beuren's, and Kamala Harris' mission to destroy the author's ability to sell her manuscript to a "Big 5" publisher, and to destroy and malign the author herself. As a group, they committed themselves to stopping at nothing to malign, slander, harass, and abuse the author, and through fraud and gross misconduct, destroy the author's intellectual material and her right to sell it properly for fair wage in the literary market of the western world. It is akin to two primary counts of manslaunder: the book, and the person.

Carolyn Crosson Gilpin of Hartsdale, NY and Charlestown, RI, worked closely with Pamela Dorman of Pamela Dorman Books, Viking Penguin, Penguin Random House. Carolyn Crosson Gilpin has a file of notes and interviews from the time that Pamela Dorman said repeatedly at Kamala Table, that Pamela Dorman would buy the manuscript, first for $2 million, then quickly went to $4 million with the insistence of Alberto Villodo, who was present. Several days later, the offer went $8 million *"due to the author's personal branded notoriety"* from the February 4, 2021 early morning Global Mesa in the Akashic Record or middle realm of shamanic/ sorcery space. A week to 10 days later, Pamela Dorman held an offer at $14 million but never proffered paperwork. Through Kamala's Table and Q'ero Nation, Kamala's Table opened the realm three times during the evening prime time hours of about 7:30 -11PM to read a declarative statement that Viking Penguin would be the publisher of Pamela Chapman's book. Prior to these statements, she had Pamela Chapman sanitize her LinkedIn profile, removed items for sale in the Facebook Marketplace and set her Facebook account on private viewing only. Not until Pamela Chapman said she had done these task did Pamela Dorman appear in available to read her statement in the Akashic Record realm. Pamela Chapman had no idea these statements would be read. She was told, that is was important to strip her social media accounts due to her notoriety.

She repeatedly said, as did Mark Halpern, that Pamela Chapman would have a check for 25% of the $14 million by early May 2021. At no point did Kimberly Witherspoon (Brown University '84 and whose husband is an attorney) who stated publically during the Global Mesa that she would be the agent for Ms. Chapman's book, *Barefoot in Heels*, because her office was sitting on two submissions, six months apart, to her book.

Ms. Dorman quietly counseled Ms. Witherspoon to sit on the submission, and not to do anything with signing her as an author. Ms. Witherspoon was put into a Q'ero Nation space for a few days by Pamela Chapman to work on the paperwork. Pamela Chapman and the author had a private conversation verbally out loud (initiated by Ms. Chapman because she is a clear channel clairaudient) for over an hour and a half in a clear channeled space of the author. It was akin to a meeting and interview to explore agency representation. Alberto Villodo, Big Sur, California, Shaman and founder of the Four Winds Society, created the space on February 3, 2021, under the leadership of someone named Q'ero Dave. He

Pamela Chapman
pamelachapman@cox.net
401.862.0936

represented himself as a 52-year old twin soul with a twin soul partner, named Kathy and a girlfriend he couldn't get rid of. He claimed he was a computer programmer in CA, yet he was a 27 –year old unemployed friend of the author's son. This person, David Kehoe, St, Michael's Country Day and St. George's School, University of RI, of South Kingston, RI has been to the author's house in the past. The girl friend turned out months later to be Alberto Villodo's wife, known as Marcella Lobos or Laura Villodo, or Marcia Lobo Villodo. Reese Witherspoon became a daily conversation with the author—he had easy and quick daily access in what would be termed a private Akashic Record room or shamanic space in the Upper Celestial Realm of Shamanic practice.

At some point in early March, around March 4, 2021, Carrie Crosson Gilpin arrived to interview Ms. Chapman in the Kamala Harris Aksahic Record space and said she'd write an interview for the New York Times about the author and the book. It became apparent Pamela Dorman no longer wished to purchase the book. She claimed she was over extended in her manuscript purchases. She said Ms. Gilpin could courier the manuscript to Nancy Graham, SVP of Scribner's at Simon and Schuster. Nancy. Graham (Yale University) had been the editor of Riverhead books or 15 years at Viking Penguin and was a colleague of Pamela Dorman's. Mark Halpern is a relative of both Carry Crosson Gilpin's husband and Nancy Graham.

A 4th to 5th distant cousin of the author said Carrie Crosson Gilpin sent an email with her version of the screenplay, for *Barefoot in Heels*. which is about 100 pages, to a Universal Studio's office to pitch part of the book as a televisions pilot. At no time did the author know about any of this. Reese Witherspoon said one of her associates had seen the email and thought it was such a poor presentation and not properly written, and that it was a stain and a slander of the author's work. It was meant to destroy Pamela Chapman's opportunity to sell it as a major motion picture. It was said recently that Mark Halpern frequently works this way. With the book being uploaded to a zipped Google Books file with the authorship name of Mark Halpern on it, should Pamela Chapman attempt the sell the book to any Big 5 publisher, publishing software would indicate that Pamela Chapman plagiarized her own book. Pamela Chapman has extensive digital files to prove that she is the author un-mistakenly and absolutely. Under some scenarios, if Nancy Graham were to copy the book, she'd have to say it is really Mark Halpern's work and that Ms. Chapman plagiarized him and not the other way around. No publisher could then take the book, and Mark Halpern would then sell the material himself to Hollywood. This is major fraud.

Ashly Judd, an actress with whom the author has spoken to in private, as introduced by Mark Halpern, *"Mark Halpern escaped the #metoo movement, but was guilty. Everyone in Hollywood seems to know what he does, but he escapes being caught criminally."*

He appeared in Kamala Harris's Table, as the "Shit Show Game Show" host each day taking over as an Master of Ceremony of the day. He had an obnoxious way of overpowering the conversation. He said, *"I am the Twin Soul of producer Elizabeth Myers,"* the producer Pamela Chapman said she would prefer to have produce a film based on the book, *Barefoot in Heels*.

Pamela Chapman
pmwchapman@cox.net
1u1oiqpo015.1x

Mark Halpern said he and Elizabeth Myers were Twin Soul seers of the north, and that he was a clear channel. He was none of those things.  Most days Mark Halpern appeared with someone who introduced herself as Elizabeth Myers but it could have been anyone or no one.


Esmond Harmsworth IV said, *"I returned it on my personal computer. It has a date time stamp return to Pamela Chapman's original submission to Aevitas Creative Management. The communication was all in a proper chain of custody documentation with submission and rejection on her personal computer, which is backed up on an external hard drive."* (May 26, 2021)

8:49AM May 26, 2021, Esmond Harmsworth IV said, *"I don't want to play The Game anymore. It got so out of hand that I want my personal agency back, but I can't get it back because I've been shut down by my father's agency."*

*"In reality, he is dead, but he is not, because he told me explicitly last night at 2:45AM"*, Esmond said, *"My ass is grass all over Newport, NYC and Palm Beach because you all know me explicitly now, Harry Gural now too. And, no one wants you, Pamela Chapman to have this money. They want Nan Graham SVP Scribner's NYC to cut a real short deal, really fast."*

Ed Heffernan, Plano Texas says, *"I will know you"*. We have date-time stamps with names from May 18, 19, 20, time stamped, 12:40PM. (May 26, 2021)


It took until February 4, 2021 to reveal what had happened. Pamela Chapman had no idea at all. She lost several job positions in fundraising in philanthropy, including two at van Beuren Charitable Trust, three at the Newport Hospital, two at the Newport Art Museum and numerous others because of this stolen manuscript.

At least two –three times a day, someone attacked Pamela Chapman to assault her, beat her up to beat her into submission to declare her faults, short coming, and her whole sexual history, such that she would be completely defamed, slandered and left to rot—manslaughtered to the highest degree. She will sue for everything, not to mention the Michael Holt Massey III debacle to send the book to Hong Kong with a separate cover and his own authorship for the illegal marketplace in Hong King and Dubai. Carrie Crosson Gilpin,  Cynthia Parent, and Diane McEnroe were brought in to do the same.

- Carrie Crosson Gilpin sent a poorly edited plagiarized screen play version to Universal Productions.

- <u>Mark Halpern</u> intended to have a plagiarized version of *Barefoot in Heels* uploaded to a literary data base to prove to <u>Pamela Chapman</u> she plagiarized the very book she wrote, and could no longer enter into contract with a major publisher.
- <u>Holt Massey</u> intended to submit a version to the "Hong Kong Hilton" for the overseas reproduction market.
- <u>Monique Galuti Burgess</u> authored a plagiarized e-book, which she digitally submitted to <u>Roger Kass</u>.
- <u>Diane Crosson McEnroe</u> "authored" a plagiarized e-book presumed to be uploaded to Google Play or another online platform.

<u>Eric and Wendy Schmidt</u> helped get <u>Cynthia Parent</u> to stand down but he said, *"I won't admit any of this in a court of law due to my own legal issues with getting Google's website up and running."* Similar legal issues of copyright infringement, intellectual rights, and other factors existed with getting Google up and running.

No one knows how many illegal copies really exist but everyone seems to be able to quote lines and sections from the book.

Slander, liable, fraud, copyright infringement, sexual abuse, sexual harassment, HR harassment, domestic abuse, torture, manslaughter, and others. "I will best you into submission, and then continually best you every day until you are nothing, but beaten to death," said—<u>Andrew Parsons</u>, all over the illegal distribution of her intellectual property that she had no idea was stolen and widely distributed in a small community where she lived, socialized and attempted to obtain a position in fundraising in the non-profit industry. No one cooperated with her, and no agent or non-profit would support her offer of a work of fiction or resume for fund development.

For all of his actions, <u>Andrew Parsons</u> one night in the summer of 2021 unexpectedly declared an unabashed victory for all who could hear, *"I win, I win, I absolutely positively win! I am king of my own space and king of the world."*

## **Newport Hospital Board of Trustees and Lifespan Health Systems Administration**

Received a copy of *Barefoot in Heels* from <u>Roger Kass</u> in August 2019.

She knows several of the Board of Trustee members. They are acquaintances in Newport.

<u>Andrew K Parsons MD</u> worked at Newport Hospital in Anesthesiology about June 2019 – April 2020.

Pamela S Chapman
pamelachapman@cox.net
101-662-9516

<u>Human Resources Discrimination</u>

During this time, the author applied for three positions in the Development Office without the knowledge that either he worked there, or that the entire board and staff had read copies of _Barefoot in Heels_ illegally. She has copies of all cover letters and resumes submitted.

She also applied for two positions at <u>van Beuren Charitable Trust</u> as a portfolio manager during the same time frame. <u>Roger Kass</u> is a family member on that board of directors.

She knows several of the Board of Trustee members. They are acquaintances in Newport.


<u>Monday, March 29, 2021</u>
**1:29PM**

Present: <u>Christa Durand</u>, President, Newport Hospital, <u>Laurianna D.</u> (Development), Lifespan, <u>Hope van Beuren</u>, <u>Roger Kass</u>, <u>Becca Bertrand</u>, <u>Mark Halpern</u>, <u>Deborah Chapman</u>, <u>Pamela Pantos</u>, <u>Simone Joyeax</u> (subsequently dead).

<u>Hope van Beuren</u> committed $4.5 million investment in the movie, _Barefoot in Heels_.

Backdrop against Newport Hospital and the <u>Redwood Library</u>. <u>Hope van Beuren</u> asks that <u>van Beuren Charitable Trust</u> work with each board to insure proper governance moving forward.

This city is too tightly controlled by too few people, and you can't move an inch without bumping into someone.

<u>Hope van Beuren</u> isn't a woman to be trifled with. If you want to trash talk <u>Pamela Chapman</u> again, you can because we reason she did not get a job in fundraising in this town because she is too qualified to work with idiots who all populate fundraising departments across Newport County.

<u>Simone Joyeax</u> claimed before she died, _"<u>Pamela Chapman</u> would make $1,000 an hour as a top skills fundraiser. That is what Jeff and Richard charge. <u>Pamela</u> is CEO, Chief Operating Officer, and Chief Information Officer of Chapman & Co."_

<u>Hope van Beuren</u> has $7 million on <u>Barefoot in Heels</u>.

How to make a living doing something meaningful for you. Until you do, you do not.

Pamela Chapman
pmcchapman@cox.net
401-662-9515

**Board of Trustee Members 2019:**

Nory Dotterer Cullen – President; Edward Feldstein, Esq. - Vice Chair; David Gordon – Secretary, Michael Dawson, VP, Finance, Treasurer.

Gail Alofsin, Sister Therese, RSM (Salve Regina), Lawrence Aubin, Sr., Timothy Babineau, MD (CEO/President of Life Span, Providence), Holly Bannister, MD, Carol Bazarsky, Peter Capodilupo, William Corcoran, Crista Durand (President – CEO, Newport Hospital for Lifespan), Rita Gewirz, Bradford Gray MD, Anne Hamilton, Patricia Norton Kidder, Elizabeth Leatherman, Paul Leys, Juliette McLennan, Jonathon Pardee, Sandra Pattie, James Purivance, Isabella Ridall, Sarah Schochet-Henken, Barbara van Beuren, Sharon Wood Prince.

**Board of Trustee Members 2021:**

Nory Dotterer Cullen – President; Barbara van Beuren – Vice Chair; Juliette McLennan – Secretary; Michael Dawson – Treasure.

Gail Alofsin, Sister Therese, RSM (Salve Regina), Lawrence Aubin, Sr., Timothy Babineau, MD (CEO/President of Life Span, Providence), Holly Bannister, MD, Carol Bazarsky, Peter Capodilupo, Crista Durand (President – CEO, Newport Hospital for Lifespan), Edward Feldstein, Rita Gewirz, Bradford Gray MD, Anne Hamilton, Victoria Johnson, Patricia Norton Kidder, Elizabeth Leatherman, Paul Leys, Juliette McLennan, Jonathon Pardee, Sandra Pattie, James Purivance, Oliver Quinn, Isabella Ridall, Sarah Schochet-Henken, Sharon Wood Prince.


**Redwood Library Board of Trustees and Administration**

There is a culture and practice of discrimination, bias, fraud, slander, illegal acquisition of author manuscripts, illegal practice of reading and editing author material, organizational acceptance or rejection of the right of the author to gain industry publishing rights.

According to a story, Elizabeth Lynn, Executive Director of van Beuren Charitable Foundation, took a conversation from a Board of Trustees meeting to Hope "Happy" van Beuren regarding the interest of the Redwood Library Board of Trustees (or a smaller group of them) to vet any and all local individuals and their works who aspire to be published fiction writers, especially anyone deemed of social acceptance in Newport, Rhode Island.

Elizabeth Lynn conveyed this information to Hope van Beuren, and potentially the family board of van Beuren Charitable Foundation, such that Hope van Beuren met privately with Carolyn DuPont and reached an understanding. In exchange for a personal donation from Hope van Beuren, Carolyn DuPont would make sure that Redwood Library trustee, Esmond Harmsworth IV would send any and all manuscripts he obtains through his literary agency, Aevitas Creative Management, (and

Patricia Chapman
prince[...]motorcycrs.[...]
1-[...]-602-9516

previously, <u>Zachary, Shuster & Harmsworth</u>, Boston, MA) quietly and illegally to <u>Roger Kass, esq.</u> <u>Roger Kass, esq.</u> in turn was to, and has, provided a seasonal guest pass to <u>Esmond Harmsworth IV</u> for <u>Bailey's Beach</u>, also known as the <u>Sprouting Rock Beach Association</u>, the "most elite" private beach association in Newport, Rhode Island.

<u>Esmond Harmsworth IV</u> also has this arrangement with <u>Michael Holt Massey III</u> of Boston and Newport, RI. He is married to <u>Sandra Orsloff</u> of Newport and New York City. At least one or two times in the past, <u>Michael Holt Massey III</u> has retyped and submitted these manuscripts overseas in markets such as Hong Kong and Singapore for illegal sale and distribution of the manuscript. According to his wife, she began retyping *Barefoot in Heels* for the same purpose, but stopped. <u>Esmond Harmsworth IV</u> received privileges at the Commonwealth Club of Boston in exchange for granting <u>Michael Holt Massey III</u> access to these manuscripts.

It was suggested by <u>Sandra Orsloff</u> that <u>Andrew K. Parsons MD</u> himself, who she and her husband know socially, that <u>Michael Holt Massey III</u> could get his hands on the manuscript that <u>Andrew Parsons, MD</u> knew his wife had written, but couldn't find. It was said he was paranoid about what it might reveal about himself, even though it was fiction. Fiction is neither fact, nor a memoir. He claimed he needed to read that book to prove to himself and everyone else, *"He just wasn't that man"*. His actions of widely distributing the manuscript was a paradox of activity: the very thing he tried to suggest was not him, he proved to everyone. If he really had not wanted anyone to read it, he should never have distributed it the way he did.

There is an unspoken understanding that <u>Carolyn DuPont</u>, 81, most recently Development Director, and currently, <u>Alyssa Gadreau</u>, Development Associate maintain a list of any and all members and donors that will eventually seek agents and publishers.

The <u>Redwood Library</u> sponsors a monthly writer's circle meeting, which has met for several years. <u>Pamela Chapman</u> was not aware of its founding and did/does not attend. She is a proprietor member of the <u>Redwood Library</u>, which gives her voting rights at Annual Meetings and makes her eligible to be a Trustee of the 501(c)3 Board. She has held this level of membership since approximately 2004.

<u>Carolyn DuPont</u>, 81, 5 Berkeley Street, Newport RI, former Development Director and mother of <u>Alice Ross</u>, married to <u>James H. Ross, esquire</u>, former attorney at <u>Cravath, Swaine & Moore.</u> Who live at 1 Berkeley Street, Newport, RI and NYC. Her three granddaughters: Elizabeth, Virginia "Tully", and Harlan Ross belonged to the <u>Thievery Ring</u> Workgroup of <u>Kamala's Table</u>.

Pamela Chapman
pitrea chapman@cox.net
401-662-9556

## Carolyn DuPont, Development Director, Redwood Library
## July 20, 2021, 5:29 PM

Carolyn DuPont, 81:  I thought I was protecting the Redwood.

Pamela Chapman:  How?

Carolyn DuPont: I didn't want you to look like us. Her book made her look like one of us, and she isn't. So, we set out to destroy her one-by-one, shame and embarrass her, and maybe make sure no one thought anything else.

Carolyn DuPont: We thought we succeeded, but we didn't. We destroyed her character every day and night, and embarrassed her as much as we could.
[Note:  Jackie Egan led an inquiry that made her look like she was a 25-year old "kid" who needed a parent or at least adult intervention. Jackie Egan is the sister of Suzie Conklin Nance.]

Carolyn DuPont: We embarrassed without effort our own sins, but we didn't. I can't accept that she looks like us.

Carolyn DuPont:  My daughter Alice Ross and her whole family, well just her daughter of NYC and Newport. Plus, her three granddaughers were involved.
[Note: Alice and Jim Ross host Jonathon Karp, CEO Simon and Schuster socially speaking.]

Alice Ross: I don't care for the book, but it should be published. That's all I'll say. I'm, a New Yorker, and in Newport and we don't want this kind of media attention anymore.

Hope van Beuren had nothing to do with this.

*"Yes, she did, as a deal with Carolyn DuPont and Esmond Harmsworth IV."*

Carolyn DuPont: We were not protecting the Board of Trustees, just ourselves, and we don't want to place blame on her (Happy van Beuren) but she isn't one of us, and never will be.

So why did you do it?

Were you so f' bored? **(5:25PM)**

*"It was sport, until it wasn't.  The sport stopped the other day when Pamela Chapman said she will hire Sullivan and Cromwell. We knew then, we were all screwed because they are the best, and will pull us all apart limb-by-limb to prove you were the worst people yet."*

Pamela Chapman
pmecchapman@cox.net
101-602-9316

**Pamela Chapman:** <u>Carolyn DuPont</u> did you succeed in supporting <u>Andrew Parsons MD</u>, <u>Cathy Wicks</u>, <u>Esmond Harmsworth IV</u>, <u>Grenville Craig</u>, <u>Miles Bidwell</u>, <u>Holt Massey</u>, <u>Sandra Orsloff</u>, and your beach membership (<u>Bailey's Beach</u>), <u>Happy van Beuren</u>, <u>Roger Kass</u>?

**<u>Carolyn DuPont</u>:** We were successful, but we destroyed your character, and we are so pleased with ourselves. So, move out of town. We don't ever want to see your fucking face again at the <u>Redwood Library and Athenaeum</u>.

**<u>Alice Ross Daughter</u>:** Because you don't compete with us <u>William Parsons</u> and <u>Emily Parsons</u>. You never will.

**<u>William Parsons</u>:** No problem. You didn't grow up here. We did.

**<u>Laurence Slocum</u>:** These are NYC interlopers, and we don't like them, but they live here in the summer.

Thank you, <u>Carolyn DuPont</u>, for your confession. We didn't like you either, but we tolerated you. So, now that you have ruined another, do you feel better about yourselves?

**<u>Carolyn DuPont</u>:** No, because ultimately she will succeed, but at least she is a miserable unmarried woman of questionable character.

**<u>Jack Halpern</u>:** No, she is not. This is an 80-year old (Carolyn DuPont) recently retired Development Director without social connections. [Note: She only arrived in town at about age 65 to work in a Capital Campaign at the <u>Redwood Library</u>. She previously worked for <u>Rusty Powell III</u> at the National Gallery and he is currently in 2021 on the Board of Trustees of the Redwood Library. She herself is divorced.]

**<u>Alice Ross</u>:** I never met you, but I like you since you don't cower to bullies or take bullshit from others. So, you are alright with me just stay away from my fucking social parties, which you do anyway. I could care less about your book, but since it never goes away, it should be published just so everyone knows you have no talent for writing anything of any kind.

**<u>Alice Ross</u>:** We never want to ever see <u>Pamela Chapman</u> or <u>Harry Gural</u> at any party of our kind.

**5:34 PM**

You never do anyway.

I only attended a small woman's college on the east coast of WDC- No not really.
She is more liberal and more intelligent than me so what the hell, publish your heart out because I won't read or write, I just socialize, and you don't.

Pamela Chapman
pmschapman@cox.net
401-662-0516

Jackie Egan, Suzie Conklin Nance, Robert Manice, Jed and Elena Wilcox. This was a conversation about being vetted socially to be a proper author.

It was about Pamela Chapman's sexual history, and how they could secure a unit for her at 111 Harrison Avenue. Elena Wilcox claims they own the entire building of Beechbound (They do not!) and that she owns the unit. They claim Jed Wilcox and Lisa Amodio are Twin Souls married to other people.

[Don't forget Jed's sister is married to Jerry McIntyre's wife. Jerry McIntyre is an officer of the Opera House board. Jed Wilcox grew up in New Britain, CT—west end, attended Moreland Hill School and Tabor Academy.] Supposedly, Elena Wilcox owns the unit as a REIT and she'd consider REIT'ing it as long as all the furniture stayed there. As such, Pamela Chapman couldn't bring many of her own things there to live with her on material possessions.

They went on and on about vetting her socially to destroy her reputation, such that she cannot have a book deal, or a board seat anywhere in town, or any social credibility anywhere in Newport or elsewhere. She doesn't deserve a book deal according to them, nor a social life either. [Note: When did any of this become important when selling and publishing fiction? Nobody cares about who the author is. The content of the work stands on its own.]

Since when did any of this affect publisher's actions to buy a manuscript?

When Ways and Means steps in with multiple overlapping Thievery Rings. Andrew Parsons appeared to lead the Thievery Ring Workgroup all on his own over time. Pat Fernandez you never needed to be in charge of Kamala's Table. The action was downstairs in the Workgroup with all the thugs and thieves.
4:34PM 2-16-22


**Redwood Library Board of Trustees 2021 (Sept – Sept):**

R. Daniel Prentiss, Esq. – President; Frank Ray – VP; Daniel Benson – Secretary (Marred to Anne Hamilton's daughter, Dorie Benson); Michael Holt Massey – Treasurer. Edwin Garry Fisher, MD – Honorary Board Member & Past President.

Marvin Abney, Josiah Bunting III, Jacelyn Egan, Michael Gewirz, John Grace, John Harris II, Washington (Rip) Irving III, Dodie Kazanjian, Elizabeth Leatherman, Aida Neary, Janet Pell, Earl A. Powell III (Rusty Powell III and former employer of Carolyn DuPont at the National Gallery WDC and House Ways and Means, Tiverton, RI), and Jeffery Siegal.

Pamela Chapman
pamelachapman@cox.net
101.662.0510

## Written Journal

### May 26, 2021
**8:49AM**

Esmond Harmsworth IV said, *"I returned it on my personal computer. It has a date-time stamp returned to Pamela Chapman's original submission to Aevitas Creative Management."* The communication was all in a proper chain of custody documentation with submission and rejection on her personal computer, which is backed up on an external hard drive.

**8:49AM May 26, 2021,** Esmond Harmsworth IV said, *"I don't want to play The Game anymore. It got so out of hand, I want my personal agency back, but I can't get it back because I've been shut down by my father's agency."* In reality, he is dead, but he is not, because, *"He told me explicitly last night at 2:45AM that, My ass is grass all over Newport, NYC and Palm Beach because you all know me explicitly now."*

Harry Gural now too, and no one wants you, Pamela Chapman to have this money. They want Nan Graham SVP Scribner's NYC to cut a real short deal, really fast, and Ed Heffernan, Plano, Texas says, *"I will know you"*. We have date-time stamps with names from May 18, 19, 20, time stamped, 12:40PM.

Esmond Harmsworth IV now asks, *"Did you write his all down?"*

She replied, *"Yes, I did."*

What happens next?

Nana Graham, SVP, Scribner's, Simon & Schuster:  How on earth can you write this fast?

*"I can. Everything has slowed down in real time for me to do this, not like real conversation."*

Can Andrew Parsons' time slow down for him too?

He said, *"No, I was mistaken. I thought she wrote everything down in real time to write the book, Barefoot in Heels,"* and she said, *"Hell no. I couldn't have done that. Anyone who is anyone knows those first 100 pages came from memory and imagination far after the fact of the situation."*

Barbara from nursing at Newport Hospital says, *"It is exactly what happened ten years ago, you must be a really good writer, because I can't ever remember what I did last night or last week."*

Andrew Parsons says, *"Well, it is exactly what everyone said."*

Pamela Chapman said, *"How could it be? You were not there."*

Pamela J. Chapman
pamchapman@comcast.net
401-862-0316

He replied, *"I just know it's all true."*

She said, *"How? You were not there all the time."*

But everyone in the story says exactly the same thing, *"How could her memory be exact?"*

Andrew Parsons says *"Because it was a true calling for me to destroy what you wrote down after two years' time."*

Pamela Chapman:  This is how it all rolled out with some imaginary stuff.

Andrew Parsons:   Everyone demands and knows what is true and what is fantasy.

Pamela Chapman:  It's just story telling on steroids, you see. Donald Mass knows. He writes books about it—(Yes he does.) I must be a really good storyteller then, because the Vice President of the USA got so hair triggered by it that Pamela Chapman gets herself magically landed into a meeting late at night about her behavior over other people's behavior over it. Truth be told, that Happy van Beuren can't sleep over it.

Roger Kass says, *"It is ok, mummy dear, because Andrea and I will take care of all of it. You go to sleep now dear. I become your surrogate caretaker, and everyone goes to sleep now including Pamela Chapman."*

Harry Gural witnessed yet another night of tyranny commanded by the VP against President Joe Biden, against democracy, because she thinks Pamela Chapman has too many leadership skills, until, of course, someone like Alberto Villodo or Jerry Slocum (dead) screws her from the tyranny of her lost and stolen book, mere intellectual property that no one wants to pay her for.

After all, Happy van Beuren and the Redwood Library Book Committee all claim, *"She is a nothing, a nobody,"* and they all stand next to, and behind, her former husband Andrew Parsons, MD, whom they do not know—He qualifies for absolutely nothing in Social Newport. He just had a bad day in a divorce filing, so much so, that he brought down the whole world through Esmond Harmsworth IV, Kamala Harris, and Simon & Schuster. There will be a large uprising that could have been diverted if only more people understood investment accounts. Nana Graham's husband does and so does Ed Heffernan and so do her children, especially William Parsons who is in the investment industry.

*"Get on your high horse (because she authored fiction) and ride out of town now, because when you get your investment account, no one will speak to you unless you tell them all the truth you know to be true."* However, they will have decided for themselves based on reading the book and talking to each other:  Two truths and a lie, two lies and a truth.

What is it to Nana Graham? How many lightbulbs does it take to screw in your head this morning because Pamela Chapman has written this all down and will convert it to a pdf and sent it around the world for commentary. She will place it on a new rooster of nightly must reads.

Pamela Chapman
pam.chapman.coach.net
101-662-9510

Real conversation doesn't go this slowly does it <u>Sandra Craig</u>?

It can, but it does not, especially if something is yelled at you. You remember how you felt in certain circumstances. You replay the trauma of it all like combat scenarios in war. No one ever forgets trauma, war, or concentration camp scenarios which is why Victor Frankel, *Man's Search for Meaning*, and Elie Wiesel, *Night*, and <u>Pamela Chapman</u>, *Barefoot in Heels*, can write these books.

The witnesses want <u>Kamala Harris</u> gone by morning, but not a chance. Everyone goes on lock down for a few days until the next round. Someone some night is going to pull a trigger, and burn down democracy across this nation of ours. It will be from someone from Wesleyan University or Yale University, or some private university across the world because we all have been schooled in leadership, personal agency, and fellowship. This is our legacy, our democracy, our personal rights.

*"We will not stand by, and stand down for tyranny, or against democracy, or against our constitution-base nations. In the Upper realm, we will exist together. <u>Kamala Harris</u>, and most of the legislative branches of government exist in the <u>Akashic Record</u> realm."*

*"We do not, and we don't stand down for tyranny, or against democracy."* You just want all your stool pigeons because one of these days someone like <u>Pamela Chapman</u> will say something shamanic or just plain endearing and empowering and she will cause the world to rise up and say, *"Hell no, we won't go."* Someone will bring all of you down stairs to the dungeon. *"We don't go there with you because she has already been there too many years. <u>Noor Saied</u>, Chennai India went down there and freed her."*

She will just say, *"Bugging out, B.O.B.O. now,"* because it was so damn real in their body, mind soul, and is now stuck in contraction in her musculature.

<u>Andrew Parsons</u> thinks he is on the chopping block. He is now elevated to the US Government at the Executive Branch. Someone is whispering to <u>Pamela Chapman</u>. *"Who is it?"*

It's <u>Alberto Villodo</u> saying, "I will not rest until <u>Kamala Harris</u> of our government has stood down.

The entire world and <u>President, Joe Biden</u> says, *"Who are you <u>Pamela Chapman</u>, because I don't do that and look where I am, President of the World?"*.

*"No, you are not,"* but <u>Kamala Harris</u> says, *"If you falter or stand down, <u>Joe Biden</u>, I will be the leader of the <u>Akashic Record World</u> and all will stand down to me, 'bar none',"* which is <u>Pamela Chapman's</u> term for, *"Are you kidding me <u>Kamala Harris</u>?"*

<u>Andrew Parsons</u> and <u>Cathy Wicks</u>, where the hell are you? Call with your tree neighbors and ask, <u>Pamela Chapman</u>, *"Who the hell did you sleep with 14 years go?"* She replied, *"What are you kidding me? I sleep with only myself and no one else. I was on a path of destiny, but you were not, and you were not, and neither were you over there."* There were no sexual partners no matter what <u>Grenville Craig</u> claims because his only

Pamela Chapman
pmchapman@cox.net
401.662.9951

partner could only be his <u>Twin Soul</u> wife and neither me nor <u>Nola Ganem</u> could remove that from him.
(reference: p, 5B…)

*"So, <u>Roger Kass</u> how do you feel now, has mummy finally gone to sleep? Did you drug her, or is she dead yet, so you can take over the world with <u>Andrea van Beuren</u>, siblings, and Campbell Soup cans? At the end of the day, all that money does not free you from destroying yourself or writing wrongs or establishing personal agency, does it Roger-Dodger Kass?"*

No one remembers anything unless you write it done. *"The pen is mightier than the sword."* (A <u>*Barefoot in Heels*</u> quote) <u>Pamela Chapman</u> has been excoriated by the world for speaking out in fiction form (what a paradox). Now she needs a bona fide publishing contract.

*"So once again, <u>Alberto Villodo</u>, how do you spell New York Times best seller list 1,000 weeks plus? Is it the Ardmoore Book Club or the Ardmore Charitable Trust? It's an ACT you see, not an ANT to be stepped on, you see. It's the new ABC's of publishing."*

We all live in Newport at *Saturday Night Live* in Newport RI with <u>Roger Kass</u> and the Supremes, nothing but drama. <u>Mark Halpern</u> and <u>Kamala Harris</u> will kill anything <u>Pamela Chapman</u> writes or produces. <u>Kamala Harris</u> will just plagiarize her works, and then call them her own.

We are all real in real time, and here with <u>Roger Kass</u> and the Supremes. We know if we go all the way to the Supreme Court like Google did, they will set the record straight that we are all real in real time around the world simultaneously. We all said this in May of 2021, but we see when it comes to legal matters, people in Newport, RI don't want to believe it, but the Supreme Court does, and so should you.

Google paved the path so we don't have to fight tooth and nail. We were all here. We wrote it all down because no one on the face of the planet could write and type like this. This is how the film industry started the **#metoo** movement and removed sexual harassment from the entertainment industry. The entire dialog goes around and around. It is the same looping story with the same people. It fits a repeating pattern.

(reference p. 7b…)

<u>Alberto Villodo</u> has two issues with <u>Andrew Parsons.</u>

He can't understand why you were so stupid?

<u>Andrew Parsons</u>:  <u>Alberto Villodo,</u> not, at all.

Why has <u>Harry Gural</u> not understood his role in freeing <u>Pamela Chapman</u>?

<u>Alberto Villodo</u> has two problems with <u>Pamela Chapman</u>.

Pamela Chapman
pam.chapman@cox.net
[redacted]

<u>Twin Soul</u> seers with kundalini means nothing to her, but everything to <u>Alberto Villodo</u>. Why is that?

<u>Alberto Villodo</u>:  Because she helped me meet my <u>Twin Soul</u>. She told me not to touch <u>Ivey DeJesus</u> in this life, and I did. Then, she said, *"I told you not to do that,"* but then he made an issue of undoing it and now he and see are a little unnerved by what he has done in this space. <u>Ivey DeJesus</u> is someone <u>Pamela Chapman</u> has met in a yoga TT in NY. <u>Ivey</u> didn't like him when she met him at Esalen in Big Sur, and then he drooled over her in a shamanic journey, which was never a shamanic journey, but rather a conversation in the <u>Akashic Record</u> realm.

He said, *"She looked beautiful."* He didn't like that you told him it was problematic, and it would be if he tried to make her his <u>Twin Soul</u> so instead he made everyone around you a <u>Twin Soul</u> but <u>Pamela Chapman</u> could have cared less. He did it to punish <u>Pamela Chapman</u> for what she told him about meeting <u>Ivey DeJesus</u>, but it went right over her head. She could have cared less.

On September 15, 2022, we all had a long conversation between <u>Harry Gural</u>, <u>Pamela Chapman</u>, <u>Jonathon Karp</u>, and <u>Esmond Harmsworth</u> and <u>Roger Kass</u> about kundalini relationships. We now recall <u>Alberto Villodo</u> had the ideal kundalini partnership in his own <u>Twin Soul</u> who Pamela <u>Chapman</u> helped him meet because she arrived on February 4, 0221 and refused to back down from shouting at and harassing <u>Pamela Chapman</u>. <u>Pamela Chapman</u> actually knew her form a five-day yoga teacher training in New York. <u>Alberto Villodo</u> met her in the past at Esalen, Big Sur, CA, but did not like her at all.

He said he took himself on a shamanic journey to meet her. Then he told <u>Pamela Chapman</u> the most amazing story of just how beautiful she was in a dress at least a few thousand years old. He thought she was the most beautiful person he had ever seen.

We learned a few months later, he has no sight to see with on journey, and he takes fraudulent shamanic journeys with his students and clients. <u>Pamela Chapman</u>, and any seer could actually see a shamanic journey. In May 2021, the <u>Twin Souls</u> including <u>Emily Parsons</u>, <u>Rebecca Rex</u>, <u>Rupert Nesbitt</u>, and <u>Pamela Chapman</u>, and a few others took <u>Alberto Villodo</u> to the upper world of shamanic journeying to see how he would do. We all arrived and watched. He just stood there, said nothing, and did nothing, nothing at all, as if he had no idea where he was. We eventually left because we could all tell he had no business at all claiming he was taking students up there to reveal whatever was to be known.

Around 2018, <u>Pamela Chapman</u> put one of his students to the test in a soul retrieval. <u>Pamela Chapman</u> could hear it, and she had idea. What <u>Pamela Chapman</u> heard and the story she was told were completely different. He admitted later on that he gives all people on soul retrievals the story of his own soul retrieval to better understand himself. But in fact, he can't see, but claims he is the seer. He can only see with sorcery.

Another incident with Donald Jagoe in tow about a year later, proved again Alberto Villodo was there to help a student, Karyn Chabot, who had tagged Pamela Chapman, and Pamela had no idea what it was about. Neither Alberto Villodo nor Karyn Chabot could see, and they did not speak until the end. Pamela and Donald could see the whole scene, and said nothing at all.

So, Alberto Villodo lied about what he saw with Ivey DeJesus, and a whole lot more. With his own Twin Soul, it was merely a conversation in the Akashic Record realm of the middle world of shamanic journeying. After a long conversation with Alberto Villodo about not getting himself caught up in Twin Soul politics, he took himself on another journey to try to remedy the situation that he had just caused. In fact, all he did was make a shamanic middle realm telephone call—which was a private shout out in the Akashic Record realm to meet with her.

If he learned anything this morning, he would have known, Ivey DeJesus, his Twin Soul, was his best opportunity for a kundalini marriage that he was always looking for. Also, his best opportunity to play kundalini games at Kundalini Crossing and come out on top. Instead, he harassed, maimed and defamed Pamela Chapman for a relationship that would have been impossible to obtain. The quantum physics of her kundalini do not match at all with Alberto Villodo. It was a long conversation, but we all learned far more than any blog post could tell us about Twin Souls, relationships, kundalini partnerships, and soul mates. Alberto Villodo, like Grenville Craig, failed to understand what is truly possible and what is not. And, when it is not, they cheat, lie, cut corners and use sorcery to bend the unbendable. That is the foundation of all of the trouble. He should have sought out Ivey DeJesus, his Twin Soul, nonseer with kundalini. He knew that on about February 8, 2021. **8:05PM 9-15-22**


*Continued,*

Alberto Villodo and you have nothing on common. Yet, you and he had some great conversations in January 2021. Pamela Chapman has this unbelievable ability to do that with people. Yet, no one wants to talk to her. When they are open to conversation, usually they are productive and revealing even when just laughing and having some fun. That does not mean you like each other. It is just that you can work together. That happened until March 8, 2021, when it was no longer possible. Everything fell apart. Through sorcery technologies, he took away her ability to privately read, write, type and think. He abused her after that via noise, harassment, and so much more. He supported the demise and manslaughter of her book and herself, and the rising up of Harry Gural and her ex-husband, Andrew Parsons. He has done this before.

Alberto Villodo has no real life outside of the Akashic Record realm of the middle realm of shamanic journeying and sorcery. He has no place to retreat to, or from. He is always here, and always awake. He has nowhere to go, and nothing to do. His life and his work are all here in the Akashic Record realm.

Pamela Chapman
pamelachapmanforever.net
10.00.02-95 pm

I could not understand why you and Harry Gural liked each other, but you do. Now, you can't be together because we destroyed you, and I hate myself for that because your ex-husband had so much fun in this space, and you did not. I wanted you and Kimberley Witherspoon to be friends, but I forced that on you through sorcery technologies. 11:56PM 5-12-22.

If Alberto Villodo does not prove to be worthy of a law suit properly, we will pull him apart limb-by-limb and make this right for you, Pamela Chapman, because he is the one mostly responsible for your torture: reading writing, thoughts, hearing, noise, harm, he was in charge of the harem by default. He and Marchella Lobo single-handedly taught and sponsored these Thievery Ring Workgroup women how to do all their sorcery curses that they targeted on you. 11:58PM

He made Pamela Chapman miserable, and he enjoyed it. He is always watching her through sorcery remote viewing on what they call shamanic/ sorcery television. He was always watching her change her clothing, and he watched her naked in the shower. He took away her ability to listen to the news and any music. If she watches any film, someone like Nola Ganem is always listening to the background conversation on the film. It was her opportunity to practice eavesdropping. Then she repeated it like an echo into the Akashic Record space. She told everyone when Pamela Chapman laughs at a line in the dialog on the screen. It is all part of a much larger profiling scheme. He also scratched his head—which was also her head— all the time. He talks to her while she is urinating. He also took over her energetic voice. He made her voice his voice so as to have her sound just like him while in the Akashic Record realm such that everyone would think she was him. He took over all of Jean Dixon's channels. He can't even imagine how he will appear in a lawsuit.

## May 27, 2021

With the astrological Grand Mutation of December 21, 2021, it is the start of The New Age of Aquarius which will move society into the air houses from the earth houses. This move society into telecommunications, writing, communications, freedom from slavery and serfdom, and toward social justice. The Magna Carta was signed in June 1215, during the same astrological signs. This is that time again to establish the government's role in society once again.

## May 28, 2021
### 12:17PM

Tax Relief brought donors to Kamala's Table. They paid $20,000 each or less, which was put in a slush fund that paid for COVID-19 relief and other such funds.

Pamela Chapman
pam.chapman@cox.net
101-662-8946

Kamala's Table got money for the PayPal slush funds and learned how to manipulate donors and others, just like with House Ways & Means.

No one at Kamala's Table knew what to do with *Barefoot in Heels* as a book once Pamela Chapman showed up, because *Barefoot in Heels* was never supposed to be a book or a movie in anyone's head, except the Melchizedek guides on the other side held it in a vault, safe and secure until it was time to release it. Only clear channels could ask and receive and answer about it. It could not be read by psychics or other mystics.

House Ways and Means:  We don't like you Harry Gural. We hate Pamela Chapman. She asks too many questions. David Gillette doesn't ask anything, and he does not want to know. No one tells me anything anymore because he tried to tell you it was all Senate controlled though Mitch McConnell's office.

You, Pamela Chapman had no interest in any of this. All you wanted was a book deal, and a film deal. No one needs you to be involved in the future because you didn't have any interest in any of this. This made you perfect because you had no agenda other than your book. So please print the book before you bring down the all of the Halls of Congress,  and anything else she didn't know anything about.

David O'Leary: I don't know any of this but you were perfectly cast because no one thought you had any interest, and you don't really know how any of this works. You just showed up and that was what Kamala Harris said made you so damn powerful. In the future give this woman some damn credit and information so she doesn't ask so many questions because when you give her stupid insipid information she just starts trying to manifest what is the ultimate cover-up.

Doug Emhoff, Kamala's husband, told Mark Halpern, *"I'll kill you personally if a film deal actually goes through."* So. Mark Halpern "hired" Carrie Crosson Gilpin to prepare a stupid script to kill the deal. If Carrie Crosson Gilpin were not so good at being stupid, maybe she would have actually paid attention to it, but then Wendy Schmidt recruited Cynthia Parent and Kamala Harris recruited Tara Plochocki which messed the whole thing up.

Tara Plochocki went straight to Harry Gural and demanded that she needed him so much, but he didn't need her at all. You didn't need her at all. Let her go and help me prevent this book deal and film deal because I will lose everything I ever wanted through Rusty Dorman/Bobby McDermott and Rusty Powell III and Richard Neal. Harry Gural why did you cover up Richard Neal?

Harry Gural: I didn't want to implicate myself in anything further. I don't know what I didn't know, and Tara Plochocki knew everything.

Tara Plochocki:  I didn't know who Pamela Chapman was, nor did I think Harry Gural had any real interest in her because she and I are so different, and Harry Gural feels for me like hot cakes (no). It was because Rusty Powell III sewed up their energy together with sorcery magic to make him so

Pamela Chapman
pmclapmanreevi.net
bel-oo2012-16

loyal, so blue, so true. No one would ever experience him leaving me for anyone else until his brother, the catholic priest showed up.

Richard Neal: I didn't figure anything out until this morning when Harry Gural said, *"I'm getting kundalini heat with a past girlfriend."* Then, I knew Harry Gural would stop all this "idiot-ocracy", except he did not.

Tara Plochocki:  That is because he loves me more than she.

Harry Gural:  No, I said it didn't feel right.

Tara Plochocki: Well, that does not work for me. It never did.

*"You stupid shit she is enlightened and a clear channel, but she doesn't have to channel everything. She just feels for the energy."*

Bill Gural:  Harry Gural said I can't even remember how I, Bill, arrived in the Akashic Record realm space. He didn't'. He was surrounded by Peter Bramante, ED of IMC and all their staff and board members and others in Newport, RI.

DWO:  I couldn't imagine what they were planning to do.

Kamala Harris:  I wasn't going to let them do anything, except Harry Gural had to profess his love for Tara Plochocki, leave the Upper realm permanently so Richard Neal and Kamala Harris could underscore and rewire his personality permanently.

But, Pamela Chapman said, *"We aren't there, and neither is Bill, so you can't do that Harry Gural."*

Then Kamala Harris said unmistakably, "Harry Gural, you never win. You don't even know what The Game is, and she played five ways simultaneously. That is when Beatriz knew she and Harry Gural needed a little help, so this morning she got 30 -50 people to walk into the dreamscapes and planted a dream that revealed Jim Langevin D-RI, Richard Neal D-MA were perpetrators, so that Harry Gural could to figure out why he and Tara Plochocki were always chasing one another.

Her mother, Linda Plochocki was the second woman and Melissa the third in Harry Gural's nightly routines of talking to each of them in the early days when he was first initiated into Ways and Means. Then, Richard Neal D-MA would step in and have sex with each of the women, or that is what they would say.

Richard Neal's wife: "No f'way Jose. I was always here.

No, you were not. You have a personal slush fund from Mitch McConnell, and a free mortgage, but you are not in the Akashic Record space.

Pamela Chapman
pmwchapman@verizon.net
401-662-0516

Harry Gural: I don't have any other understanding.

Pamela Chapman: I have none.

All we know from last night is that we need a circle of shamans to surround the infidels to drown them out. Alberto Villodo is not a real shaman, and he doesn't protect Pamela Chapman. Lahore (who is Alberto Villodo) protected Kamala Harris, but not Pamela Chapman.

Harry Gural:  Tara Plochocki, I never want to see your f' face again.

*"But you never actually see her out there anyway. Tara Plochocki, I never want to be near your f'energy ever again."*

What reciprocity did Tara Plochocki get from Richard Neal?

Tara Plochocki: I got a fake marriage and an avatar life which was a big f'mistake, and I got to be a Scribe of the Pharisee Nation with Cynthia Parent, Carrie Crosson Gilpin, Tracy Jonsson who doesn't seem any different to me now.

**12:50PM**

June 14, 2021

The dilettante     vs.    the professional writers          …. vs. the culture creative class

Agent                      Press                                        Literature

The pampered, privileged, indulged, entitled "cultural elite"  = pampered class of artists

vs.

Musicians, actors, artists  = culture class, most tend not to be fabulously successfully

In 2008, before the great recession, the reality of the culture class:
    Most had college degrees
    Median income $34,800

The creative class is expected to financially "struggle".

The cultural elite are the skilled, the accomplished. They are of wealth or explicit power.

Pamela Chapman
pmechapman@cox.net
401-662-9501

Puritans give to the poor, but not to the idle. Artists are seen as ideal dreamers.

## June 17, 2021

<u>Harry Gural</u> thought he was talking with **Pamela Chapman,** but it was **Pamela Dorman,** Viking Penguin Books. **Pamela Dorman** said about the book publication, *"Don't worry Harry Gural, it won't happen, because if it did, it was just a shit show of Kamala Harris who gave it up for Hope van Beuren."*

He heard it the <u>Public Commons</u>, therefore other people also overheard the conversation. Thereby everyone everywhere knew it was just a fraudulent scam except for the author, who got played by everyone in the <u>Public Commons</u> in a game of Grand Theft, and manslaughter because they played every form of abuse including sexual harassment and sexual physical abuse, emotional abuse, collusion, physical assault, identity theft, credit card theft, and social security card number theft, breaking and entering, and stealing <u>Pamela Chapman's</u> cash, online banking access. The list goes on and on. There was no form of misconduct and manslaughter excluded. Sorcery technologies were overplayed and strongly influenced the outcome of all intentions.  No one dared to tell the author the real way to play whatever game was being forced on her. She knew nothing. She had no training in anything this way. No one pulled her aside to instruct her despite people close by with exceptional skill and practice.

In the end, actual attorney's will play their own legal game in actual court houses. Together, they will tap more than a shoe because <u>Pamela Chapman's</u> way to play straight through goes right through the legal system. Any acknowledgement of receipts with date time stamps and attorney witnesses is about as thorough as you can get. That was <u>Turner Scott's, esq.</u>, Newport, RI's idea. Several conversations were documented this way with <u>Turner Scott, esq.</u> and <u>Amey Cardullo, esq.</u> Newport, RI, and <u>Timothy Hollister, esq.</u> West Hartford, CT.

It was just a game to kill the fiction book, **Barefoot in Heels,** for **Hope "Happy" van Beuren**, and then ultimately for <u>Andrew Parsons</u>, MD the ex-husband of **Pamela Chapman** who fraudulently obtained a pdf copy of her book from a literary agent the same way <u>Happy van Beuren</u> did. He was determined to force her into financial, social, emotional, and physical incapitation as a punishment for both writing a book of fiction and for divorcing him ten years ago.

<u>Kamala's Table</u> baited her with large sums for the book, but planned to drop her and the money cold and say, *"Oh, so sorry it could not go through, you plagiarized your own book."* Then, <u>Mark Halpern</u> would pick it up and sell it himself to NBC Studio Productions. This made the book dead for the author, and her money from selling the book completely dried up. Otherwise, the money deal was too big, and it would fall to <u>Ways and Means</u> to stop it. In the end, they would force less than

Pamela Chapman
pmschapman@cox.net
401-662-9946

$100,000 because, after all, everyone, everywhere would have already illegally read it. Actually, in the end, they would pay nothing. That was the plan. Force the author into financial incapitation. The entire private Kamala Harris group, known as Kamala's Table, knew this. They played with Pamela Chapman everyday this way.

They looked for ways to destroy her name, character, book and opportunities including with Alberto Villodo and Harry Gural as relationships. They stopped at nothing because after all Kamala Harris says, *"You just don't know what it will be that brings down the person, but it is always senseless, baseless and simple."* All politics are local and this one was local indeed to Newport RI, Los Angeles, and Washington D.C, and Little Compton, RI. In the end, it zigzagged back and forth, but it includes a #metoo movement, the Executive offices of the White House and Capitol Hill. All of it was done to completely satisfy the whims, desires, needs of Andrew Parsons, MD, 58, the ex-husband, Happy van Beuren, 88, and the politics of Kamala Harris and her entourage of Ways and Means.

Harry Gural:  You and I are all through. I just acknowledged that I played you for a two- bit whore, because I can't understand how you didn't know how to play any of these games, but you listened all along and you knew everything in real time.

Tara Plochocki:  Pamela Chapman, you are so smart, and so dumb- founded because you had absolutely no idea of the sorcery realm, and because of that, you had no idea how to play. Alberto Villodo, himself, was supposed to mentor you. Yet, he didn't even touch you, so what was Harry Gural supposed to do? Could he have served you as your mentor?

Harry Gural: No, because every time I tried to help her, I got crucified by someone, maybe Rusty Dorman (Bobby McDermott) himself, but someone always put the squeeze on me.

Harry Gural says, *"Pamela Chapman you just didn't know anything about anything, and no one was this naïve except for Jana Hicks Jagoe on Feb 7,2021, yet everyone was quick to help her, and no one was helping you, but Kimberley Witherspoon says you didn't seem scared or worried because you had Alberto Villodo near you, but he never helped you."* Once Pamela Chapman became his Q'ero spouse, everything changed. The relationship soured. It deteriorated simultaneously. Nothing was ever the same again. She didn't know anything about being a Q'ero wife, was never asked and neve agreed to it. All she knew was that he would mentor her.

Alberto Villodo wants to know if you type, and I write what actually happens? You just re-type and re-type until it looks right – no you actually see it as printed material and suddenly if looks very real and different.

Amy Cardullo, esq. says the same thing. She had someone type up a few pages and it looked like a transcript.  She told Turner Scott, esq. she thought it might be the way to go. No one knew who she was until someone recently asked, *"Are you really an attorney?"* She said, *"Yes,"* quite frankly. *"Why do need one?"* The woman said *"No, but she did get in touch with her because this is a legal matter of importance."*

Pamela Chapman
pmlachapman@cox.net
401-662-9516

**Then at 11:44 AM EST**

Regarding this date-time stamp moment of June 23, 2021, the publically acknowledged illegal distribution of *Barefoot in Heels.*

Dan McDonough, Head Portsmouth Abbey School. He claims to know the names of everyone reading the manuscript into the Public Commons.

Kate Quigley, Wesleyan University. She knows several persons at Wesleyan who received a pdf copy of *Barefoot in Heels* directly (especially, Roxbury Latin School graduates of Andrew Parsons', year group)

Cynthia Parent, Google Home Security: She may have directly or indirectly uploaded a zip file of a modified version of the manuscript to Google Books or another digital location. Noam Zilberstein is her accomplice and co-conspirator. His mother was a friend of the author's from Wesleyan University, and a woman she spent several weeks with in Israel in the decade of her 20's. Mark Halpern was rumored to have put his name on as the author so that the author's work (Pamela Chapman's) would appear to have been plagiarized by the author herself.

[Note: Alberto Villodo acknowledged on September 16, 2021, around 6:30 PM, that he had previously met Cynthia Parent at a retreat and knew her by name when she appeared on the scene with Carrie Crosson Gilpin, yet he did not acknowledge this previously, and did nothing to stop the fraud with the book despite Pamela Chapman knowing her as a suitemate freshman year at college.]

Pamela Dorman, SVP *Pamela Dorman Books*, Viking Penguin, Penguin Random House.

Laura Dedajian-O'Rourke, Esq. She knows the medical community it was distributed by Andrew Parsons, MD as a pdf format that was directly sent from the author, Pamela Chapman to Esmond Harmsworth IV, as submitted to Esmond Harmsworth IV, Aevitas Creative Management Literary Agency. The distribution was via email to her husband, James O'Rourke, MD by Andrew Parsons, MD and copied to a myriad of others. This was so he could say he only sent it to one person, yet he "copied" all the others.

[Note: on September 16, 2021, 11:45 PM, all AAM Doctors think they have a right to read whatever they like of *Barefoot in Heels* into this Akashic Record Public Commons space because they can't stand Andrew Parsons for what he did to you. Reading it illegally is an action for or in support of Andrew Parsons and against the author, Pamela Chapman.]

Roger Kass, esq. – Knows who received illegal pdf copies to the van Beuren family, its charitable trust foundation, and the Hamilton family members and the Hamilton Family Charitable Trust, all of which are associated with the publically traded Campbell Soup Company.

Pamela Chapman
pmchapman@cox.net
tel 662-9516

Andrew Parsons & Cathy Wicks, Portsmouth, RI, know the whole distribution tree of their own doing.

**11:51 AM EST**

Stephen Punzak, MD (Boston College, UCONN Medical School), One Medical Passport, Willington, CT, obtained a pdf copy through the James O'Rourke, MD email. He then went on to read it into the Akashic Record Public Commons space on Sept 16, 2021, at 11:05 PM. It was a global audience.

He claimed Anesthesia Associates of MA (AAM) would sue the author for the Grand Cayman reference, which was completely made-up by the author.

He previously sued AAM for what he claims to be a $7 million settlement for plagiarism of his own intellectual property and business, which he claimed was duplicated by AAM at Boston University. Now, he in turn repeats the act and illegally obtained intellectual property of the author, Pamela Chapman. Pamela Chapman read him the riot act for reading what he claims to be three pages, maybe more, because he wanted to get Andrew Parsons back for something. However, the action was against Pamela Chapman not Andrew Parsons.

Steven Punzak, MD knows personally the legal the ramifications of stolen intellectual property and distribution of stolen material – Grand Theft.

Jessica Hagan claimed, *"What he read was completely out of context."* Yet, he claimed it was all true. It was a section regarding Rwanda.

Pamela Chapman:  How could it all be true, I wrote it? He claimed he had heard a similar story. He obtained the pdf book in August 2019 directly in an email from Andrew Parsons along with over 80 other people, and never until today acknowledged he had this copy. How many times has he read it in this space and how many people has he distributed it to?  He is a greedy entrepreneur full jealousy and envy for anyone who made ROI capital, or venture capital money in the mid- to- late 2000's, especially those neighbors of his in Dover, MA who were making millions creating companies that they then turned around and sold. That became his dream too with One Medical Passport. All he had to do was create, prove its market value and sell it for millions and he too could belong to the Dover set of the young and the wealthy. Pamela's book fits his pattern of envy and jealousy for a large payout for only a few year's worth of work. In the recent month, he offered Pamela Chapman $3 million for the book, to which she said, *"No way Jose."* He would have turned around to sell and profit from it himself. This was validated by Ross Musumeci. MD, MBA (Wharton)

Andrew Parsons, MD himself tried to read it into the space after Stephen Punzak, MD. Andrew Parsons claimed, *"I have no self-modulation."*

Pamela Chapman
pamelachapman@cox.net
101-00200310

<u>Pamela Chapman</u> asked him verbally out loud, *"Do you need an anti-depressant because he claimed he doesn't sleep, and does not know what to do with himself except to read <u>Barefoot in Heels</u> at night, every night."*

<u>Pamela Chapman</u> said, *"This is not <u>Tom Hockaday's</u> house, whose main entertainment was listening to <u>Andrew Parsons</u> read while there was group masturbation. This was a global audience. Your own daughter is an author. Would you want this done to your daughter's work?"*

He said, *"No,"* Yet, he is attempting to set a precedent. And then he said, *"I had nothing else to do."*

Someone said, "This is gross misconduct."

He said, *"He doesn't want the book actually published. Before, he was attempting to secure an audience so that now no one will read it later."*

This is not how the book industry works.

<u>Stephen Punzak, MD</u> told him, *"If you read it often enough, someone will forget she actually wants to sell it as a book, and no one will actually buy it."* He is playing <u>Andrew Parsons</u> as a fool so that <u>Andrew Parsons</u> himself will cause his own downfall by reading the part of himself, and claiming he couldn't possibly be that man. Yet, in his eyes he is reading his own lines. The two men play besting fraternity games with each other all the time. <u>Andrew Parsons</u> was bested by <u>Stephen Punzak</u> and he lost big time because this was global. However, this is all illegal, and it made <u>Andrew Parsons</u> look small, and idiotic: a man without discernment, class, grace, and culture. <u>Andrew Parsons</u> was made to look like the fool, the jerk, the idiot by <u>Stephen Punzak</u>. However, it was mal-intent by <u>Stephen Punzak</u> against the author herself. It was real in real time.

August 2019, <u>James O'Rourke, MD</u> told <u>Andrew Parsons MD</u> to read and re-read the book until he got so sick of it that stopped because he seemed so upset by the words in the book. We all knew it was illegally obtained and we did nothing to stop the book from being read or distributed. So, <u>Jim</u> thought if he read and re-read it that would make him stop. We all knew he became obsessed with it, and yet we didn't do anything to stop it. Now AAM is in a major collusion battle between the book deal and the incident at Newport Hospital because that was medical malpractice and AAM held his malpractice insurance. We thought it was because he told us things about your medical history that was a violation of HIPPA rules and regulations. It was also medical insurance fraud. He said you were so acutely psychotic that you couldn't see straight, and that you had become a fragment of your original self. She was on a path of enlightenment, and in an energetic space akin to the Shamanic upper celestial temple space with a <u>Twin Soul</u>, and <u>Sandra Craig</u> and <u>Grenville Craig</u>. She could never prove where she was or inititate anyone there. And, since the <u>Craig's</u> were such terrible sponsors, they made it the worst outcome yet.

<u>Grenville and Sandra Craig</u> were such bad <u>Twin Soul</u> sponsors due to their not being enlightened themselves, and his hell-bent need to prove to <u>Rusty Powell III</u> that he could be a sorcerer and a thief like no other. They played all kinds of sorcery tricks on <u>Pamela Chapman</u> – something she knew absolutely nothing about. Her <u>Twin Soul</u> was AWOL, absent, and no help or protection at all.

Pamela Chapman
pamelachapman@comcast.net
401-662-5711

She was abused by the entire situation being told every whim of <u>Grenville Craig</u> and then <u>Sandra Craig</u> was a necessary <u>Twin Soul</u> initiation, when in fact it was not. <u>Twin Soul</u> are usually a completely private fraternity. No one ever talks about it, and it completely safe. Her initation was that she was labelled acutely psychotic and delusional. No one initiated into the <u>Akashic Record</u> realm is ever called that, are they?

When he was in the <u>Akashic Record</u> realm no one thought he was acutely psychotic and delusional despite all the <u>Thievery Ring</u> Workgroup issues and sorcery he was involved with. It cost him his job, and everything else in his life, including a woman he had dated for seven years who wanted to be married in June 2022. Instead he married five other women here and is physically now living with another.

Self-Acknowledged Witnesses:
<u>Jonathon Knapp, CEO Simon & Schuster</u>, <u>Nancy Graham, SVP, Scribner's</u>, <u>Elizabeth Gilbert</u>-author <u>*Eat, Pray, Love*</u>, <u>Lori Kipnes-Bailen</u>, <u>Julie Kesh Gilbert</u>, <u>Pamela Chapman</u>, <u>Harry Gural</u>, <u>Caroline Gilpin</u>, <u>Turner Scott, Esq</u>., Newport, RI

June 23, 2021
**11:00AM**

All previously contacted book deals will be augmented by additional language to include <u>Akashic Record</u> space reading and distribution. June 23, 2021. There were 31 points written out. Witnessed up front:  <u>Jonathon Karp</u>, <u>Carrie Crosson Gilpin</u>, <u>Nancy Graham</u>, <u>Lori Kipnes Bailen</u>, <u>Elizabeth Gilbert</u>, <u>Pamela Chapman</u>, <u>Harry Gural</u>, <u>Julie Kersh Gilbert</u>, <u>Turner Scott, esq</u>.

People writing it all down included: <u>Nancy Graham</u>, <u>Lindsey Grant</u>, <u>Pamela Chapman</u>, <u>Betsey Karmin, esq</u>. <u>Donald Christ, esq</u>. <u>Amy Cardullo, esq</u>. <u>Turner Scott, esq.</u>, <u>Cynthia Parent</u>, <u>Carrie Crosson Gilpin</u>, <u>Harry Gural</u>, <u>Jonathon Karp</u> -**11:38AM,** <u>Elizabeth Gilbert</u>, <u>David O'Leary</u>.

<u>Dan McDonough,</u> Portsmouth Abbey School knows who is reading the book into the space. He knows them all personally.

March 23, 2021 Public date 11:44

Pamela Chapman
pmeelchapman a cox.net
101.0462.0910

<u>Kate Quigley</u> knows several people at Wesleyan got a personal copy of *Barefoot in Heels* directly from <u>Andrew Parsons</u>. <u>Shakir Farsakh</u> read the whole thing, so did <u>Cynthia Parent</u>, <u>Pamela Dorman</u>, <u>Laura D. O'Rourke</u> knows the medical community that received pdf's of the book. <u>Esmond Harmsworth IV</u> distributed the book locally in Newport to several people, so did <u>Roger Kass</u>. <u>Andrew Parsons</u> and <u>Cathy Wicks</u> together created a whole distribution tree. **11:51AM, June 23, 2021**

## June 25, 2021
**9:27AM – 9:57AM**

$310 million June 25, 2021 10:03PM Before and no later than July 15, 2021.

Witnesses: <u>William Parsons</u>, <u>Ed Heffernan</u>, <u>Nancy Graham</u>, <u>Jonathon Karp</u>, <u>Beatrice of York</u> 10:23AM

## June 28, 2021
**4:00PM**

<u>Caroline Craig</u> provided an overview of moving financial accounts and her father's approach. She gave 5 people's names as an example and provided both the presumption of true and false identification numbers. They move money all day with these SS#'s because the federal SEC has taken away their ability to move around lots of investment numbers. They always use <u>Mary Teixeira's</u> number and a few others so <u>Mary Teixeira</u> can't even leave the family office or get another position anywhere.

- Any combination of numbers is screwed except if it is yours for real, and then they ask for all kinds of secondary information, which they already know.
- Secondary level is called voice activation system – They cannot pass it.
- Direct knowledge of the person- They say they pass, but they do no.
- Understand that you and they will never meet again, which is called Wet Paint every August in Newport at the Newport Art Museum.

Patricia Chadwick
pmchad@mail.comcast.net
101-662-9416

- Pamela Chapman has not spoken to Sandra Craig since 2017 when she left the board. They ignore her at Wet Paint.
- They have been using their family numbers. There is a need to file to return the numbers for interstate and international banking privileges.
- They don't speak to you because they knew you were not in the Akashic Record Public Commons space, and since you were a Twin Soul and not dirty, you would expose them un-mitigatingly for who they were.
- You and they were two different from them and the events. They were dirty, and they stole your numbers.
- Stanley Chapman: Beatriz came to rape and rob Pamela Chapman of everything in her life.
  - o How on earth do you deal with a guide like that, especially if you are enlightened?
    - Note: Beatriz and Zenia Theresa are both Metatron Guides who together are Satan. When they all come out, it is a Lucifer Rebellion. Which might happen every 11,000 years or longer.

Zenia Theresa, why don't you just end this, or just kill her off instead?

Beatriz the Guide: I always get my way and I will bury you someday anyway and I will make you pay for everything you did in Ankara, Turkey.

Pamela Chapman: What did I do?

Tameen Saied: This is bull shit, and you know it.

Grenville Craig: We love to play this way because we always did.

Pamela Chapman: I'm tired of the story now. Go away and bother someone else. You are just too boring and stupid to me. You don't understand anything real or important.

Really? Because I think that of you. Get them away from me. We are too different. Let them play with their own kind. No one in Q'ero nation liked them. They were so immature and not properly socially trained.

Mary Teixeira hasn't really worked a day in her life. She just collects mail and local things for Grenville Craig and Sandra Craig, and has a Social Security number they can use.

Grenville Craig also demonstrates a copy cate syndrome personality. He can't accept that you and he are not married here, like you and Donald Jagoe, who is her nonseer Twin Soul – and so are Grenville Craig and Sandra Craig.

Pamela Chapman and Alberto Villodo are a soul union of a reciprocity of relationship joined through a scared marriage of the Leika Nation and seen by all seers who witnessed in the third eye.

Pamela Chapman
pamelachapman.com.net
401-602-9516

Pamela Chapman could witness the ceremony. Alberto Villodo could not—but he never said so. Months later, it was a false ceremony. Only Melchizedek guides on the other side can perform them. Their soul union was never a strong one, as they had never been married together on a past life, as she had been with Tameen Saied – 5 times, and Harry Gural -7 times.

Harry Gural and Pamela Chapman are a deep reciprocity of relationship as they are part of their original monad group. Tameen Saied is also the third of four seers in that grouping.

Your SS#'s numbers are abolished in the Akashic Record realm.

Gina Raimondo: No one can actually use them but eventually you will get others because everyone everywhere knows them by heart by now because Grenville Craig has given them away and here in front of an international audience so many times. (Tara Plochocki made every person at Kundalini Crossing memorize it.)

Grenville Craig thinks he is important and is trying to be accepted and validated by Rusty Powell III. They were all in Tiverton near Sandywoods at one time, and both sit on the board of the Redwood Library.

Peter Bramante: I don't want anything to do with this level of fraud, and credit card numbers. I collect people's donations and grant monies, and I can't be involved anymore. [Note: Yet he was at one time writing down all her numbers he said on a credit card application to use her credit score.]

Grenville Craig:  You can't leave now, you brought yourself and more. We are you Peter Bramante.

Rusty Powell III has been to Grenville Craig's house for dinner parties, and they don't understand why you don't involve yourself with their level of business.

Marlon Brando once said, "You are my local stool pigeon now, and I will make you pay every day for knowing who I am."

Andrew Parsons:  I don't believe my ex-wife is involved with these goons or this type of ring of thieves, but she doesn't play these games, and never will so she could walk right into Tom Hockaday's house and never really know what she came for, or what she sees.

Grenville Craig:  She and I don't have shamanic sex. She could care less. (He cannot.)

Andrew Parsons: No kidding, I don't get her to do anything like that anyway.

Alberto Villodo: No fucking kidding, because I knew that right away. She and I have an understanding that transcends all this bullshit.

Grenville Craig: How did you do that?

Pamela Chapman
pmchapman@cox.net
401-662-9546

Alberto Villodo:  Because we had a reciprocity of relationship and understanding.

Donald Jagoe:  Well, I don't ever have that, and she didn't care for me in this space only out there for such a short period of time, but I thought she actually liked and respected me, although she really did not. She is, or thinks, she is more of an intellectual.

Carrie Crosson Gilpin: She just didn't start at the right place in life to really become a first-class intellectual whore or something like that. High Class Whores are never who you think they are, and some are, and some are not.

Carrie Crosson Gilpin, she is no High-Class Whore, more a low-class one who attended Connecticut College for Women.

Carrie Crosson Gilpin:  I got my degree, and so did you, but my daughters went there too because they went to public school, and boarding school makes you want to get the hell out of there and go someplace really big to see how everyone else lives.

Emily Parsons: It's a microcosm of a small world that gets too bloody small. The only way to balance out is to go someplace really big.

Samuel, the guide will only say this one more time, **Harry Gural**, you will never be a transvestite or a gay man, o.k.? He knows he tried. [Note: His psyche had been swapped with Bobby McDermott for about 1.5 years or more and that man is bisexual. It caused Harry Gural to question, but he always knew deeply and from a young age he was not.]
**Pamela Chapman**, you will never be a high society dame, Ok?

She is nodding vigorously, *"Yes."*

Tameen Saied:  You don't compete with **Pamela Chapman** in any realm, got that, **Harry Gural**?

Donald Jagoe:  You can't write everything down unless you intend to sue. Names never mean anything to her. It is the energy system not their name. If you want to write with another, automatic writing, you just connect automatically and Shas am, you are connected.

Grenville Craig said it was because you were a Twin Soul. No anyone anywhere can do it.

Automatic writing classes induce you into the Akashic Record realm.

Kim Chandler:  Innerlight Yoga has these classes all the time. She only indicates those who want to write with each other.

Writing with you Grenville Craig is different. Most of the time, Grenville Craig didn't do it. She talks out loud and they listen. Grenville Craig and Sandra Craig automatically write with you. If Donald Jagoe and Pamela Chapman were writing, so were Grenville Craig and Sandra Craig. Grenville Craig

Pamela Chapman
pmelachapman@sbcnet
111-602-0516

said he knew you'd write a book, and he wanted to see how you would do it. Thus, the [automatic writing] notes were crazy.  She threw them away, and so did <u>Donald Jagoe</u> because no one could read them anyway. <u>Sandra Craig</u> and <u>Grenville Craig</u> still have their notebooks. <u>Grenville Craig</u> said, *"Moleskins are the best because they are separate books."*

<u>Pamela Chapman</u> had them that's why they were used and she must have many Moleskins of other notes, and seven or more other diaries, and in the last ten years at least seven other books like the one she is now using. So, she always kept small notes mostly quotes and tidbits of information.  This is from before the internet age and Google. She keeps files of files and <u>Donald Jagoe</u> basically said, *"Everything needs to be in a better online system,"* but he would never share any basic information on how to do anything. She was always bold to do it herself, figure everything out herself, because no one would ever help her unless she cried herself silly, and she never did.

<u>Tameen Saied:</u>  That's pathetic. They didn't help you at any time. So, there is absolutely no reciprocity given by <u>Grenville Craig</u>, <u>Sandra Craig</u>, or <u>Donald Jagoe</u>. All Twin Souls.

<u>Carolyn Craig</u>:  They are all so generous to each other, and to others, but never to you?

<u>Beatriz the Guide</u>: <u>Grenville Craig</u>, <u>Sandra Craig</u>, and <u>Donald Jagoe</u> owe her everything. No one will ever see the other, ever again.

<u>Zenia Theresa</u>:  They will continue to rape and rob you until they kill you off.

<u>Grenville Craig</u>:  I suspect we will die first, but then she will be 67 or 68. Who starts life at 68?

<u>Alberto Villodo</u>:  No f'kidding. I am 68 now, and I can't count how many times <u>Marcella Lobo</u> says I will die so f'soon, so we had better start living.

<u>Beatriz the Guide</u>:  We blocked everything we could from her.

<u>Mark Halpern:</u>  No, because if those notebooks and *Barefoot in Heels* contain what he thinks, we will make you a really good offer. The movie is major motion picture quality.

<u>Mark Halpern</u>, who knows <u>Denise Roberts</u> and his son, <u>Matthew Halpern</u>, went to St. George's, no he went to Tabor Academy with <u>Denise Roberts'</u> son and daughter.

<u>Head of St. George's School</u>:  We figured that out a long time ago, but since no one tells the truth not ever, I can't say a word.

<u>Dan McDonough</u>, Head, <u>Portsmouth Abbey School</u> appeared real and honest.

<u>Head of St. George's School</u>: I didn't play your game, I played my own just like everyone else has said including <u>Becca Bertrand</u> and <u>Carrie Crosson Gilpin</u>.

Pamela Chapman
pamelachapman@comcast.net
401-662-9816

Donald Jagoe: I played my own game with the Craig's, and you played yours, but you reached Ascension, and I did not. You got a halo, and I did not. You got to explain shamanic alignment, kundalini, reciprocity of relationship (but not really), because all those relationships lasted only 1 minute and then they turned on her and created chaos… And rumors aren't my cup of tea.

Pamela Chapman:  I'm bored with the game. What is your point? You're wasting my time and my life.

Carrie Crosson Gilpin:  No, it's our game and we lie, cheat, and blame you for everything so we can win at your expense.

Pamela Chapman:  Where is my book deal?

William Parsons:  We will do everything privately.

Carrie Crosson Gilpin:  Now, why is your son involved?

Pamela Chapman:  It is the new family estate business. I would have left it to the estate to publish anyway.

It will get published in one year's time, more or less. *Barefoot in Heels* is so important, it won't wait. Yes, it will wait until after June 6, 2022 and suppression of some kind takes place because books can't be read when it is so loud in the energy realm.

Grenville Craig:  wanted to be that Shit Show game show host like Mark Halpern and best Rusty Powell III. He wanted Pamela Chapman to be buried alive so Sandra Craig and Jana Jagoe could be Queen of First Order.

Zenia Theresa: Game Show night is officially over, and no one will ever be one again. I can't imagine how you have survived, only by your own wits.

Grenville Craig:  No. She reads and she gets excited by what she reads about. She will live in her own world out there in her books, but it is out there, not in here.  She knows the difference between reality and life in real time vs. what's actually in a book. She can only read so much and then she has to go, she puts it down out there in real time, and she has gone through cycles of a lot of reading or art and then she puts it all down and goes out there until she is back to a big cycle of reading. That's how it all might be.

Zenia Theresa: Harry Gural and you can't speak until there is suppression of every enemy. It will never happen. Harry Gural won't suppress. He doesn't want to. He is in a solid dunk tank and you are not. You will never suppress. You and Harry Gural are symbols of the New Age of Energy.

Pamela Chapman
pamchapman@cox.net
401-662-9510

Your soul contract clause didn't have you sign up for this. **Beatriz the Guide** signed you up when she knew <u>Donald Jagoe</u> was never going to show up. <u>Donald Jagoe</u> was never going to commit to the journey He will never understand why he wasn't chosen as a first-class man of distinction. He and <u>Jana Jagoe</u> thought they were hot shots. No one ever remembers why they could have ever thought that. <u>Pamela Chapman,</u> no one ever thought you had any grace or class or anything like that. Just a short shot of missed opportunities.

<u>Sandra Craig</u>:  You said if only you had been with a family like <u>The Grenville Craig's</u> with all that education, travel, languages, what you have become… Well, you had been at least in the last two life times, and <u>Sandra and Grenville</u> as stable hands in Anjou, France.

<u>Zenia Theresa</u>:  No one will help you suppress/ retreat. You must train <u>Harry Gural</u>.

<u>Pamela Chapman</u>:  He doesn't listen or respond to me. He isn't my responsibility. No man ever listens to me anyway. He must help himself. I cannot.

That is about the way it is anyway, but we tell you to work together.

*"But, he doesn't work with me, only **against** me."*
<u>Zenia Theresa</u>:  They want to know who you slept with sexually, to make you a 1st class whore. And they wanted to …

<u>Donald Jagoe</u>:  If you are a prostitute or whore, so are all of them. And, if you had multiple pregnancies, so did they, except you had a good-to-great fiction book, they don't. So, they are all so f' jealous especially **Happy van Beuren**.

<u>**Martha O'L**</u>:  No one thanks you didn't play their stupid games, you just can't be bothered. They are a waste of time to you, but not to us. We live to play here, and you play to live there.

<u>Hachette Livre:</u> We play to live out there and make lots of money, so does <u>Pamela Chapman</u>, but no one wants to allow her any money, why is that?

No one wants you to be and become like them, but we are all the same most days. <u>Happy van Beuren</u>, we are all not the same. If you insist, I will destroy you, until you prove to me you can be and become me. There is no book deal anywhere that accepts those conditions except in Newport, Rhode Island, where she holds the key and the gate to literary publication: fiction not nonfiction.

<u>Bing West:</u>  But I know, and I published anyway.

*"But you don't really live here full-time. Full-time equivalent lifestyles are very important."*

<u>Happy van Beuren</u>, you have to get out of Newport where you grew up. Dodo Hamilton, your sister went to Philadelphia suburbs just like <u>Ronald Lee Fleming</u> once said, *"She and Dodo didn't make up their minds about Newport, so they always come and go dramatically…"*

Pamela Chapman
pamela.chapman@cox.net
401-662-9517

**12:56 PM**

This Shit Show is never going away so <u>Harry Gural</u> must stop at night and so must those goons who never stop harassing <u>Pamela Chapman</u>. If **Kamala Harris** & **Rusty Powell III** like last night at 12:30 AM don't stop harassing her every night, from 10:15PM– 3:15AM and every morning and afternoon.

We will stop at nothing to abolish them from every realm of life and don't think we won't or we won't.

We all don't live like this either, so stop sticking around and stop responding to these Shit Shows because everyone else in the world has except Newport, RI.

## June 30, 2021

[The higher chorus call at 4PM: *Long live the Queen of England*]

Instructions for the death of the Queen (who did not die until September 8, 2022).

Atlantis was considered an advanced kingdom that sank in a night and a day into the ocean, around 9,600 BC. It started when the gods divided the world after the battle with the titans. This was a <u>Big Book Story</u>.

**12:52PM**

<u>Carrie Crosson Gilpin</u> wants to read several passages of the <u>*Barefoot in Heels*</u> book to the whole world because she said, *"I can, and I will."* She gained an illegal copy of the book from <u>Happy van Beuren</u> and <u>Roger Kass</u>.

*"I've been doing this nightly,"* she says every night and every day. So, has <u>Cathy Wicks</u>, <u>Andrew Parsons</u> and several others of dubious character.

<u>Nan Moss:</u> *"Oh, no you don't,"* because they hope <u>Jonathon Karp</u> will say, *"No, to the whole Shit Show and the book deal."*

<u>Gretchen Carlson,</u> Fox News said this morning, *"Write up a history of the whole affair to get ready for a media expose next year."*

Pamela's Baptism
pnwchapman@cox.net
401-662-9516

<u>Roger Kass:</u> I don't want to be a part of that. I want to make documentary films with my brother. I'll get a divorce. I live in NYC in a building with <u>Janie Kochanowsky.</u> Andrea lives in Newport/Middletown, RI but we have three houses there: one for me, one for my children, and one for <u>Andrea</u>. I want the book to be out in the world legally, but it's not yet, and no one knows who to blame, who to know, and what to vet.

<u>Pamela Chapman</u>: I need a contract outright, or I will copyright the book myself with my own imprint, and sell it myself.

<u>Tara Plochocki:</u> You don't have to. I want to redeem myself,

*"But you don't, so don't spoil all the fun."*

And we said, *"What for? It's all big business now."*

And <u>Harry Gural</u> said, *"I know, but we can still have our own business because we are protected by legal marriage, and we don't get caught exposing others on our fun Shit Show of this experience."*

"But, you are not legally married, and you don't have any time in this lifetime or any other. You will be demonized in this life and all others, but you will meet again.

In another day or two, we will know who is really here or not, because if <u>Tara Plochocki</u> is, we will be here for another 40 days and 40 nights until this Shit Show ends, and a book deal is signed legally, with 15 – 25% is paid upfront. No union is appropriate.

[Note: <u>Harry Gural</u> got kundalini for the first time here this morning, and he knows he is really a man by desire.]

<u>Harry Gural</u> said, "I didn't know this was real until I heard <u>Pamela Chapman</u> speak to all the others two days ago, "I will sue you all," but that wasn't enough because no one stood down after that.

The New York City media came to help <u>Gretchen Carlson</u>, <u>Megan Kelly</u>, etc.  How do we tell people we are fluid and real in this space because they are not, and we are?

There is no other hope for <u>Harry Gural</u> to know he made himself into one big Shit Show of an Idiot Nation State with <u>Tara Plochocki</u> who is not even a legal wife, nor girlfriend in real life, just an aspiration of hopes and dreams. He and she aren't real, but they say they are. He wears a wedding ring to work sometimes, and so does she, so how is this not real to you?

This Shit Show ends here. Some of you pick and choose what's real, and what is not but not <u>Pamela Chapman</u>. Then the book is real, and she is not—or something like that.

<u>Harry Gural:</u>  I said, "I would stand up for her in a 1,000 years, but not now, and…

Pamela Chapman
pmela.chapman@cox.net
401-862-9510

Harry Gural, you always said things like, *"I want to marry her this summer or fall,"* but you cannot. You married Tara Plochocki two - three times already. You re-marry every night at 10:15PM, and every morning at 3:15AM. You have some kind of physical sex in the realm.

You tried to have intercourse with Pamela Chapman here, and you succeeded in getting her mule bonda moving. You said, *"I can't do that with any other woman."* Was that real?

Harry Gural:  I never had that experience before. Yes, it was real for Pamela Chapman, but not for me, because Tara Plochocki was on the other side of the experience in a back door.

If you remember, Alberto Villodo and Marcella Lobo, the same thing happened before in private conversation.

Pamela Chapman said, *"Get the hell out of here."* It also happened the day after April 30th when Alberto Villodo was clearing tags and closing two back doors on Harry Gural.  She arrived as Melissa, and said, *"You have to come home now at 9:30PM for a date with me,"* and he had to go. He said, *"I have a girl friend the night before,"* but now we know, she is just a shamanic/sorcery wife. [Note:  She was so obnoxious and demanding. She claimed he had a nightly meeting to attend with colleagues from Capitol Hill.]

**1:10PM**

Now, I am writing it all down because I will need to see a lawyer or two or three because I will sue each and every one of you for hypocrisy and negligence, fraudulent work flow and everything else.

Alberto Villodo said, "We caught you all this morning after Harry Gural got Kundalini."

And Tara Plochocki said, *"But you said you would never go and learn here."*

And he said, *"I'll come back for you in a day or a week. I won't stay. I cannot, because I don't love her. I love you, and not me either. Grow up Tara Plochocki because Hebrew Nation fell because of people like you and people like Pamela Chapman."*

Go ahead and sue who you can because Tara Plochocki will need to grow up strong and new because her bosses at the legal firm can't stand her too, but we all know Harry Gural will just come back and pick her up, and take her home again each and every night for eternity.

You are here Harry Gural on the Star Gate Nation as a reciprocity of favor and relationship and you will abide by our rules here and there because Zenia Theresa/Samuel will force you to choose every day a new day or a new war until you vomit up your sins and your relationship with Kamala Harris. You will be made an example of because you fell so far down the drain pipe of learning, hope, and love. So, forget your magic carpet and Menlo Park (Wendy Schmidt), you are going home to Boston and relearning and retracing your steps in life because you can and you will.

Pamela Chapman
pmchapman@cox.net
401-662-9510

Your mother is dying and she needs your help and you will protect your mother, brother and sister in this life in her house and you will forget Washington DC and you will relearn who you are and probably will teach something simple and fun because you can't go to any Menlo Park (Wendy and Eric Schmidt), or Congressional staffing meeting anytime soon. You spent your last dollar on a book deal called *Barefoot in Heels*, and your last relationship with Tara Plochocki.

So, you can and you will just move back home and live in a house in Bedford, MA. Not until then will you do anything else.

Jonathon Karp:  McMillian said they'd can't take you—and they can— but they cannot, because Tara Plochocki got someone to say, *"Tameen Saied put them up to it,"* but he did not.

Tameen Saied said: *"She is my Twin Soul, and a really good editor, but not a good negotiator."* She can't cut a M& A deal like this one. [Note: Even Tameen Saied fell for the Twin Soul Game that everyone played from Kamala's Table to the Redwood Library Book Committee to Llama Nation all the way throughout the entire story right up until May 24, 2022]

Jonathon Karp: We can, and we will negotiate because it is a bigger deal. The money is there, not with paper money. So, it's a good deal every day of the week. A paper deal has restrictions such as, one can't have more than $10 million/year. Not really, just sort of. Your son knows the language and can deal within its realms.

It's a great deal, but only for a few people who really understand how it really works and Pamela Chapman does. So, they can do it in time for the 10th of July – That is too late because every month you say the next month, and nothing happens. We said on or before July 15, 2021.

*"We will honor on or before July 15, 2021. We can't do 15% upfront only 25% upfront on $320 million, and he said ok."*

**1:22PM**

We said, *"All that language of legal liabilities is only ours not yet adjudicated, but we will use it anyway. We can get the ball rolling on this. If we can, we will sue, but if not, we will still win in the court of justice. Every person deeply involved will pay dearly in this and other lives."*

Tara Plochocki, you will pay dearly in this and several others and be crucified at night fall every day and every night for 40 days and 40 nights because we can, and we will. This will cement you in the Mayan Hall of Fame for being a truculent thief and beggar and prostitute whore to Harry Gural, Rusty Dorman, **Robert McNamara (Kundalini master himself in a thievery Ring with Diane Crosson McEnroe, Cynthia Parent, and Wendy and Eric Schmidt, Nancy Graham, Jonathon Karp, Mark Halpern)** and Kamala Harris and Carrie Crosson Gilpin.

Pamela Chapman
pmichapman@comcast.net
1614 662 5946

Everyone is up all day and all night with this Shit Show and Pamela Chapman is the only one who sleeps after 2AM. So, a 3:15AM meeting of Tara Plochocki and Harry Gural is always there and at sunrise they kiss and say good morning, see you tonight.

Harry Gural cannot come to Stoneacre. We don't want to see you here. Only people of honor and character. You said you'd show up, and you did not. Alberto Villodo did the same thing with Peru. HE promised to take her children there and he never intended to ever show up.

This Shit Show is too long and we wrote it down.
    Gretchen Carlson, Megan Fox Kelly, George Stephanopoulos, Pamela Chapman


**1:28PM**

We are going to sue and/or expose the entire world to this Shit Show of Stupidity.

If there is no book deal by July 15, 2021, we will copyright ourselves and begin our caseload of lawsuits so if you are not inclined to take on this deal speak up now or forever hold your peace.

Nancy Graham, SVP, Simon and Schuster, Scribner's of NYC:  Yes, I will do the deal, but my way is Jonathon Karp's way. He is CEO of Simon and Schuster. He will sign the paperwork himself as the next *Eat Pray Love* publishing fame and fortune. 1:31PM June 30, 2021

No one can steal the deal at this price point because it is a paper transfer of paper assets not cash and most do not understand how that works, but she seems to, and her son knows how to do it.
    -No one else gets this deal but you.
    -No one gets to plagiarize your own words but you, and we have a long list, and we will get them to you.

She will deliver to Simon and Schuster through Carrie Crosson Gilpin who will write a good review.

*"No, she will not."*

We already have one through Christopher F. Buckley Jr. and Joseph J. Fins, M.D. H'PhD, Wes '82 and '22 and others.

*"You gave up everything in your life for this deal (No, she technically did not). So, now you will only spend what you can and leave the rest for the next 7-10 generations."*

The Royal House of Windsor's trust fund contains stock in the old Scribner's of London. We will ferret out anyone who ruins this book, or this movie deal. No more Shit Shows anytime soon.

Pamela Chapman
pamelachapman@cox.net
leleon2-4950

**Scribner's of London will write you up a contract, a book deal** that can't wait for a monarch's state funeral. Deliver a preliminary contract to sign and <u>Andrea/Sarah or Beatriz of York</u>, will get the copyright down and submitted finally. |<u>Note</u>: This is Beatrice of York.|
**1:39PM**

**Witnesses:** <u>Dorienne Farzan</u>, McBean. <u>Donald Christ</u>, esq. McBean, <u>Lisette Prince</u>, <u>Robert Manice</u>, <u>Tameen Saied</u>, <u>Andrea van Beuren</u>, <u>Roger Kass</u>, <u>Happy van Beuren</u>, <u>Pamela Chapman</u>

<u>Andrea van Beuren</u>: 30 physical copies of *Barefoot in Heels* are in our own household 1:42PM

This is how <u>The Game</u> is played, but not all the time because you pick and choose and so did <u>Harry Gural</u>. He is culpable too.

> You need discernment to know how to hold them, how to fold them, and how to be fluid in this space.

<u>Tara Plochocki</u> was <u>Cynthia Parent's</u> "little sister" at <u>Viking Penguin</u>, <u>Riverhead Books</u>. Why Riverhead?

We did not know. Later on, we learned <u>Nancy Graham</u> of <u>Scribner's</u> and <u>Jonathon Karp</u>, CEO of <u>Simon and Schuster</u> both came from <u>Riverhead Books</u>. It is presumed that <u>Tara Plochocki</u> came through <u>Kamala Harris</u> and <u>Rusty Powell III</u> and <u>Bobby McDermott</u>. The needed a fraud project to advance to.

"<u>Mary Lapinski</u>": Someone you once knew <u>Alberto Villodo</u> and someone <u>Mark Halpern</u> works with and someone you once called <u>Leora</u>. Yes. She works directly at <u>Mark Halpern's</u> group. She is holding a poorly composed typed screen play of *Barefoot in Heels* by <u>Pamela Chapman</u> that was emailed through <u>Carrie Crosson Gilpin</u>. It was a screen play for a shamanic retreat at <u>Alberto Villodo's</u> house on March 8, 2021.

> *"Do not circulate. Hold until I tell you to release it in its entirety."*
> <u>Mark Halpern</u>

> *"I will never release this horribly composed screenplay."* Someone released it
> recently to <u>Reese Witherspoon's</u> people who looked at it and said, *"No way,*
> *Jose."*
> June 30, 2021, 3:02PM

*"Someone who knows <u>Mark Halpern</u> claims it isn't going anywhere because if <u>Mark Halpern</u> wanted to screw you he would have already."*

Pamela Chapman
pam.chapman@cox.net
401.662.9510

<u>Los Angeles person</u>:  Why is that?

*"Because he never holds on to anything for too long."*

Ok, because he and you don't have any other opportunity to converse, he will say, *"I can't hold this conversation like this because <u>Reese Witherspoon</u> knows everything about you now, and never ever will she ever buy your f' book jacket."*

The <u>Tuning Forks</u> say, *"It is <u>Andrew Parsons</u> saying all of this."*

*"No, it is not."* <u>Reese Witherspoon</u> knows who it is already.

And, <u>Andrew Parsons,</u> if you think you can out smart a <u>Tuning Fork</u>, think again. He and <u>Carrie Crosson Gilpin</u> are in such alignment in this space that you and he have no history that looks like you could go together now.

Thank you, I appreciate that like you can't believe. If <u>Reese Witherspoon</u> wanted the book or the film, she buys it outright. She can option the movie. This means she can hold the rights to film for 5 years. She does not yet publish books, but she has a book club like <u>Oprah's Picks</u>. These books sell stories that sell opportunity for film. Many female producers are doing the same thing. Most stories come from works of fiction. If you want to gauge the future of the movie industry, just look to the fiction books being published. Books drive film. Then, people like <u>Reese Witherspoon</u> have more options to choose from both to produce— and to star in.


<u>Simon and Schuster/Scribner's</u> has no issue with this. It was illegally obtained, bastardized and plagiarized with no permissions, or payment to the author.

<u>Harry Gural</u>:  I'm not going to re-pay you for everything I took from you because <u>Tara Plochocki</u> isn't allowed to see or know me ever again. I have been so humiliated professionally speaking. I can't speak in this realm ever again.

**7:23PM**


Today we learned <u>Nancy Graham</u> did not want to be accountable for the money. Too many books in recent years never made back the investment cash paid out to authors. Authors were not uniformly paid. No one knows who the best agents and real authors are.

**7:27 PM**

It's a Shit Show of <u>Nancy Graham's</u> house of finance. That is her husband's realm not hers and she isn't qualified to understand what the problems are in her house of publications. She is still drunk on alcohol (yes) and tranquilizers (Maybe, not these) because she hurt her back years ago. (No) That is why she is difficult to work with. (No)

<u>Jonathon Karp</u>, CEO, did you know this? No, I didn't know about the drugs and alcohol, but I will sign too for the money and responsibility because she isn't able to show up for office hours in New York City any day of the week and hasn't since COVID-19 started. No one is working in New York City. They are all working from their summer cottages on Long Island Sound.  Newport, Rhode Island isn't the only city to have issues here. It is just the epicenter of injustice. <u>Pamela Chapman</u> isn't the only one having issues. She is just the epicenter of injustice. It is not her karma. It is her destiny to be a teacher in the temples of her body. She can be a leader of the people out there, not here, ok?

**7:32PM**

<u>Jonathon Karp</u>, CEO: I will execute the contract with Andrea (<u>Sarah Ferguson</u> or her daughter, British Royal Family) as soon as I get back next week because I left yesterday for Nantucket (code for kundalini with <u>Wendy and Eric Schmidt</u>).

<u>Jonathon Karp</u>, CEO: I will let you know next week what we will actually do together. I can do it quickly. How is that, o.k.?

<u>Nancy Graham</u>, is she qualified to lead the <u>Scribner House</u> of London in New York City?

*"She is her own <u>Shit Show</u>. She can't decide on anything. She can't get out of bed in the morning to cut any deals, or to work on any major editing. She is too drunk to remember one day to the next what to do."*

**7:35PM**

The name of this Star Gate is the Mayan Kingdom. The next will be the Persian Nation not India nation. There is no Indian Star Gate, only Persian Nation, Hebrew Nation, Mayan and Inca Kingdoms.

The Incas are the Mayans from the Leika root race. Correct. The Incans are not the Q'ero's of Peru.

Reciprocity of relationship is the true path of redemption (ascension) in any ancient wisdom state:
    Twin Soul reciprocity
    Soul lineage reciprocity
    Reciprocity of relationships over many lifetimes not of your native lineage.

<u>Harry Gural</u> is not going to walk away from this one, as he can't afford the loss.

Pamela Chapman
pamchapman.com.net
401-662-9516

**7:44PM**

Gretchen Carlson
Amey Cardullo, esq.
Donald Christ, esq.
Michael Paddon
Pamela Chapman

Zenia Theresa/ Samuel/Steven got three reciprocities for Zenia Mario (new name so she used them to get this information.)

The Mayan Kingdom is always a kingdom in the Akashic Record realm. They use reciprocities of relationship as a condition of their society (as does the guiding realm). No one will ever remember all of this, but we wrote it all down. So, will you in the future. It will last 2,100 years. Then we will go to a Persian Nation that is really a mix of Pakistan, India, and the general area, but never Nepal and Tibet. That belongs to China. The Persian Nation state is not under the fall of the Hanging Gardens. It will pre-cede an earthquake that will start the sixth root race. The earthquake will be akin to the flood. Noah's Ark is a celestial temple in Turkey. The earthquake will be a cataclysmic interruption That is the start of the Persian Star Gate. It always is held in the Pleiades Star Gate System.

> The Persian Star Gate system if called Pleiades (Taurus 28-29 degrees). Those are the Seven Sisters. The Incans and the Leika were the Aries root race. What is the constellation in Aries that started the Star Gate?

[Note: It can't be in Aries because there are no fixed stars in Aries, and nothing would hit an Aries star to initiate a Star Gate the way it would at Taurus 29 degrees—is the only place in the Star Gate system that is holding several stars simultaneously. You must look to the fixed stars of multiple stars. There are 7 Star Gates with multiple stars. The others are all antiquated. No, they are complicated to understand.]

Mayan Kingdom – Reciprocity
Persian Nations – Independent from each other
Hebrew Nation – Uniformity of spiritual understanding
Incan Kingdom – Reciprocity.

**8:04PM**

Old Persia: Achaemenes Empire, 1st Persian Empire
-Ancient Iranian empire of West Asia
-Founded by Cyrus the Great
-Babylon, Capital
-Zoroastrianism
-559-330 BC

Pamela Chapman
pamela chapman.recover.org
101-062-9515

-35 million people
-Succeeded by the Empire of Alex the Great, 28th Dynasty of Egypt
-**Eastern Imperial Eagle**

7th Root races (evolutionary cycles)


## June or July

**[Ref: White Staples Lined Flip Pad]**


Tom Hockaday's house's gatekeepers: Kristin MacManus, Kylie McCullough, Kayla Abbate. At the house,

&mdash;You always get a partner.
&mdash;You see how, and hear how it all goes.
&mdash;Make a donation to charity, or you buy something.
&mdash;Make a swap or transact something, anything. Whatever they can get you to transact.

Jennifer Klemmer and Tony Klemmer (married and living in the Point section of Newport, and Kundalini yoga qualified), with Reinette Fournier, Tom Spear, and Guru Singh. Nothing much happened, and no one enjoyed themselves anywhere 6 times a week for two years before.

So, when they were introduced to Tom Hockaday and Bill Martin by someone, they all started hanging out together here. Then, they all decided to invite the kundalini yoga students of Newport and beyond. It was not until Peter Kehoe arrives in October/November 2020, that the house took off between 10PM – 4AM. Most people don't leave unless they have a job that pulls them out. Cathy Wicks did not leave, neither did Andrew Parsons. Trudy Coxe got released by Bill Martin. She did not know where she was, or who released her. She did not arrive on her own.

Francesca Craig, Tom Hockaday, and Bill Martin, even Harry Gural were put in Akashic Record rooms presumably under the banner of a church in Greater Washington, D.C., usually Montgomery County. They were innocent social gatherings, until there not. This is how Tom Hockaday's house started out. It took less than two nights for it to turn into a meeting of nighty masturbation, but which the local kundalini yoga people they knew exactly what to do.

Of course, we will see later on these notes that kundalini yoga misunderstood the role of masturbation I raising one's kundalini energy, and its use as a bonding energy in intimacy between two people. It appears Tom Hockaday and Bill Martin knew exactly how to arrange and sponsor such meet and greets from their time in Washington D.C., Instead of a church it was at their house, or it could have easily been sponsored by St. John's Church on the Point. If it had been, it could have ruined the reputation of that church for decades to come. Reinette and Tom Spear, who were

Pamela Chapman
pmelchapman@cox.net
101.00.2015 ic

there form the start, owned the local kundalini yoga studio in Portsmouth. They would have known kundalini yoga's preferred middle of the night activities especially with the accompaniment of Guru Singh, the founder of Kundalini yoga in the USA.

Harry Gural was in one of these so-called church groups for two months. You could leave anytime you wanted to. Harry Gural was introduced to a woman there. He had one date so-called date with her there, and said "*I have to go, and never returned.*" He was 56, and single, and she was 46, and never married. This happened to Harry Gural after a year after he was initiated by Ways and Means in a work meeting. That woman could have evolved in this handler, similar to Tom Hockaday meeting Bill Martin and then living together physically for over a decade and longer. That is a true fluidity of experience.

Could you leave the church group?

Francesca Craig (Grenville V. Craig's sister who works at the French Embassy, and in the Point section of Newport, RI):  Yes, but it took several weeks, (Harry Gural could leave from the beginning) because you initiated into a Thievery Ring in that time frame. Just like at Kamala's Table. Rusty Powell III was not involved with the church groups, but always knew about them.

Carole Cole:  I can't imagine why this is news Pamela Chapman. People do this all the time in here.

|**Note:** Carole Cole is a Twin Soul of Miles Bidwell, her third husband. Her second husband was a minister at Emmanuel Church, Newport, RI.|

*"No, they do not."* "This is a ring of induction that once you have arrived innocently enough, and gotten in deep enough, then you are somehow not able to get out. That is when there is some kind of fraud or activity that you would not normally choose yourself. Just like Kamala's Table. Then, there is the language of exchanging loyalties, and all the other kinds of activities that are not normal team building skills or watchmaking."

Tom Hockaday and Bill Martin, with a number of kundalini yoga people, found a way to bring a large number of people together. They all had their experience at this whether it was from their own inductions into Ways and Means or form kundalini yoga or in the case of Peter Kehoe, Alberto Villodo and Marcella Lobo.

It really accelerated when Peter Kehoe of South Kingston and his approach arrived. He, of course, was trained by Alberto Villodo and Marcella Lobo, and had a sex ring of his own at Naval Undersea Warfare Center (NUWC), Newport, RI where in his division, he married everyone and their spouse to other people. Then he demanded they all have masturbation sex with their new partners every morning before work. He ordered it. He was creating  a Thievery Ring of his own in his workplace at NUWC, a government contractor to the US Navy, Newport, RI.

Tony Klemmer actually brought Peter Kehoe into Tom Hockaday's House. Tony Klemmer was a past Director of Institutional Advancement at Portsmouth Abbey School, and a Portsmouth Abbey

Pamela Chapman
pmechapman@cox.net
401-862-9570

graduate. He previously worked for a consultancy in Boston and was earning a PhD at Salve Regina University. Tony Klemmer also brought Kehoe's son, David Kehoe, 25/26, who we all know personally from the Newport private school ecosystem. He is a St. George's School graduate. David Kehoe, a past chief of Q'ero Nation, a past Q'ero husband of Marcella Lobo, and a kangaroo pouch for carrying Alberto Villodo in his aura for months at a time. There was a history of domestic sexual abuse inflicted on him from his father. He brought a woman named Kathy into Tom Hockaday's house. He met her on an airplane, and told William Parsons and Nick Larsen, she was his girlfriend. She lived in greater Boston. She met David McLaughlin, ED of Clean Ocean Access at the house, and ultimately hired her as his development director. She moved to Newport. Pamela Chapman was interviewed for that position twice and lost out to a women half her age who was at Tom Hockaday's house with all or most of the other staff, including his so-called girlfriend, Eva Touhey, who is half his age and the age of Pamela's children. She is his longest serving paid staff member.

Eva Touhey and her older sister, who is free-lance journalist, went on to formed the first base of the Thievery Ring Workgroup with Tracey Jonsson, who is a best friend; Tara Gragg, who is President of Tracy' nonprofit—Newport Art House— and a former IMC dancer; Jana Hicks Jagoe, who is Tara Gragg's Twin Soul; David McLaughlin-ED COA; Peter Bramante-ED IMC; most of the IMC dancers, especially Lauren DiFedes; several staff members; and several board of directors [sic] ultimately including the board president, Martha Parker, a Workgroup that plagiarized, edited and distributed Pamela's stolen book. Lest we forget that IMC's co-chairs of their campaign, Bethany DiNapoli and Dominique Alfandre-former ED IMC, and long standing IMC board member Monique Burgess who is a first cousin—in— law and best friend of Bethany DiNaploi, with Dominique's best friend and playmate Nora Diedrich-ED Newport Art Museum were deeply involved in all the criminal activity of this stolen book and the manslaughter of the author. We must add that Andrea van Beuren the founder and Artistic Director of Newport Film, was deeply involved at Kamala's Table. So was Becca Bertrand, ED New York Yacht Club Restoration Fund, Newport, RI. That makes six nonprofits deeply involved.

At Tom Hockaday's house, there was no discussion of illegal drugs, the use of PayPal, nor was their discussion on whether you were a democrat or a republican, but this is Rhode Island. 95% of all registered voters belong to the same party. There was Andrew Parsons reading a stolen book, *Barefoot in Heels* nightly, and fomenting gossip, slander, harassment, abuse, manslaughter, a Hate Crime. Kristin MacManus was their nightly with her central banking software reading people's financial assets, spending patterns, and account balanced in real time. She could tell you in real time if Pamela had just written a personal check, the number of the check and how much it was for. She held nightly conversations regarding how to solicit a donation, and for how much, from various donors at all these local nonprofits. Trudy Coxe's staff were there also, as was most of the local nonprofit staff. Dina Karousos, of Gustave White, Sotheby's real estate, Pamela's broker for the sale of her house was their nightly listening to all of this while she was simultaneously representing Pamela Chapman to sell her home. After 18-months on the market, Pamela's contract expired December 21ish 2020. She did not renew it.

Pamela Chapman
pamelapmanchapman@cox.net
401.662.9540

At Tom Hockaday's house, David Ciccilini, D-RI arrived by himself, as did others from Kamala's Table: Michael Fernandez, Paul McGreevey, Pamela Dorman, Trudy Coxe. Some knew where they were, others did not.

If Tom Hockaday/Harry Gural does not fess up to two things tonight about Ways and Means/Kundalini Crossing, I will surely spill the beans on him and his illicit activity that started through in Ways and Means.

This is a metaphor for what Harry Gural is doing, but never told Pamela Chapman.

Tom Hockaday:  Ok, Pamela Chapman, you want me to spill those beans—

Pamela Chapman:  All over the floor.

~~Tom Hockaday~~:  Then, I'm not interested because you always over sweep. I'll get in trouble with Richard Neal, D-MA. [Then that sends us back to the very beginning. Let's just start at the very beginning of how this all came to being.]

Pamela Chapman:  Not always.

Rod O'Hanley wants a taste.

~~Tom Hockaday~~:  Harry Gural isn't a decent man because he and Tara Plochocki have had too much kundalini sex or masturbation. (He's prostituted out to Kundalini Crossing, and she is his gatekeeper and handler.) Maybe with the mother and father too. (That was his training.)

Pamela Chapman:  How much is too much?

~~Tom Hockaday~~:  Every night for 2-3 weeks. Twice a night. That gets really boring.

Not for everyone.

[Note: this is a reference to Kundalini Crossing that began on June 19, 2021. Pamela had no idea. Nobody told her a thing. She had no contact forever knowing anything about it. People used so much sorcery directed on Pamela Chapman to prevent her from conversation, participation and knowledge of anything here, especially anything related to her book, and Harry Gural. It was a non-stop hurricane, or tornado of holistic destruction, physical torture, and manslaughter.]

Ways and Means isn't a social club. It is the business in the Halls of Congress. If you don't understand something, you are never allowed to ask in open session. You must wait until you return to your office cubby hole, and then tent your hands and ask a buddy.

Pamela's Jameson
1906 Chapman Brown Inc
401-680-2505 16

<u>Harry Gural</u> asked in open session about PayPal. He specifically asked, *"Why is the federal government so upfront with using PayPal when there are other mechanisms in place to do the same thing?"*

He never received a straight answer, but the response he got was so out of character for the chair of the committee, <u>Richard Neal</u>, D-MA, that he knew he had touched a nerve. The nerve was so triggered that several days later, it was apparent that <u>Richard Neal</u> knew who asked the question because someone <u>Harry Gural</u> rarely encounters in the office came by the have a short chat with him about nothing of importance. It was <u>Nancy Pelosi</u> herself, Speaker of the House.

He did not just have a faux pas because he asked <u>Richard Neal</u> two questions. He the second one he got, *"Shut the f up, not here."*

So many people on the government side got so pissed and out of whack they said, *"OMG."* <u>Harry Gural</u> got a tongue lashing from <u>Barney Frank</u> (But he had retired, so we don't who this person really is) for something else. That was not the same issue. It was not for speaking out, but that is why he got it.

<u>Pamela Chapman</u>:  <u>Harry Gural</u> isn't responsible for the actions of others, only himself. Why shoot the messenger?

*"We were always trying to do proper governing, and keep the financial records balanced."* <u>Ways and Means</u> always plays with the numbers, and <u>Richard Neal</u> oversees the budget.

How would <u>Harry Gural</u> know that?

Contextually, he had worked there for 15 years. <u>Nancy Johnson,</u> R-CT most senior ranking woman on Ways and Means ever, said, *"Elected Congressmen spend 17 years gaining acceptance on the Hill as an elected official. That is how long it takes – 8 -9 political campaigns that you win in your home state."*

You won't know about <u>Ways and Means</u> and the budget unless you are in those meeting. You know <u>Richard Neal</u> is chair of the committee to oversee it, but you never know how anything is done until you listen in on those meetings. There are no formal physical meetings or meeting minutes, and <u>Richard Neal</u> reports in chambers on outcomes in open sessions of Congress.

<u>Harry Gural</u> is at <u>Ways and Means</u> listening in, just like <u>Rusty Powell III</u>. They never understand anything until sometime later explains properly. But no one ever explains anything unless the conversation reveals something you can grasp. No one identifies themselves. You either recognize the voice, or you do not.

Why send <u>Harry Gural</u> to a meeting in the first place?

~~Barney Frank~~ said, *"I needed to be relieved, and set free of my own misunderstanding that I was never important enough in <u>Ways and Means</u> to understand the important questions."* When <u>Harry Gural</u> asked two questions, it

Pamela Chapman
pmchapman@cox.net
401-662-9116

*was in the same meeting over three hour. He didn't get the message clear enough never to ask any questions. So, we took advantage of him. We did what we always did. We set out to destroy him. So, if you don't keep your mouth shut in Ways and Means, then, we can't stand the likes of you, and we set out to destroy you."*
[**Note:** Barney Frank was retired at the time.]

What kinds of questions got you off balance?

After that day, Harry Gural just knew to keep his mouth shut until such a time when things could be explained. You either just catch on, or you do not. You either have the inclination and adapt, or you do not. And, the questions Harry Gural asked indicated he wasn't of the right rank and seniority to ask—or so one could think. But he certainly had the intellect. We have no idea if an unelected official can ask anything at all. Harry Gural was no spy.

Someone told him about three months before initiation to protect his financial accounts moving forward because if you work for the federal government long enough they begin to look into your financial accounts in a way you can never imagine. [That helps prevent financial manslaughter in The Game]

Two or three days after initiation into Ways and Means, he was involuntarily put into Kamala Harris's Akashic Record room of six people. That is when a new level of harassment started, and a lifestyle he could never get out of, until now. He became The Game involuntarily that he could not get out of, and he was paranoid that he would be further blackmailed and extorted if ever whispered one word of any of the is to another person. He also knew he was never allowed an intimate relationship with any woman of his choosing ever again. That was taken away from him with the initiation of him through Richard Neal and Kamala Harris.  Sorcery technologies played a huge role in maintaining him in an abduction, a lifestyle of prostitution through kundalini and forced masturbation, and a lifestyle of fraud. It requires a commitment to a Stockholm Syndrome lifestyle just to stay alive.

It was here in Kamala Harris' place, he was assigned to Tara Plochocki's mother, Linda Plochocki of Gainesville, VA, and Bobby McDermott a very young former Congressional intern of Jamaica Plain, MA.  Richard Neal appeared nightly at about 4AM. Harry Gural was assigned to keep three women awake, one after the other. He was to practice "Shen" energy similar to Reiki on each of them, offering energy to these women, one after the other. He just talked to each of them for two or three hours each sequentially all night long. It was ultimately a set up for his arrangement with the Plochocki family to turn him into a kundalini lineage master, a man who would be forced to initiate others into a kundalini-fraud lifestyle.  This first grouping of people he stayed with for about seven months. Then, he was released to the Plochocki family. He was no longer visited nightly by Kamala Harris and Richard Neal. This is a similar pattern—an exact replica for training Harry Gural to become a kundalini master and sending him onto the battlefield of Kundalini Crossing, a form of prostitution, but without pay, only blackmail and extortion. It was a set-up of behavior that slowly walks you to a line that you are then forced to cross, and never get out of.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

The core group of <u>Ways and Means</u> membership are never released, and people like <u>Harry Gural</u> and <u>Rusty Powell III</u> are, usually after three to four hours. It is seven days a week, 24/7. After a while you stop listening and focus on your work instead. This is a similar pattern—an exact replica, to <u>Pamela's</u> involvement with <u>Kamala's Table</u> where only a few are released, usually at night. Then, you involuntarily arrive all over again the next morning. It meets 24/7.

There were two topics from one of the first, but not the first, three-hour session for which <u>Harry Gural</u> attended were he asked two questions. The first topic was about PayPal, and was discussed above. The second topic was about homeland security. He has authored research papers for a joint Senate-House committee on the topic. His question directly related to the focus of a recent paper he authored.

His question was regarding PayPal, and its involvement in reimbursement to individuals in government, as well as for campaign contributions, and ways to send money to people discreetly. It is quoted paragraphs above.

The response: *"We had only recently started in, and we reported on it, but didn't explain it."*

*"We don't account for what we don't account for."*

You just don't get it <u>Pamela Chapman</u>. You can never actually understand if the money arrives, but we always imagine that it does, but if it doesn't, it went somewhere else where it could go anyway. So, all is well that ends well. The money keep flowing. (It's just like central banking.)

Who started PayPal in <u>Ways and Means</u>?

<u>Richard Neal</u> said we need a new way to send money all over the federal government without anyone really knowing where it came from. Maybe around 2015. They were  just getting the hang of how to really make it work at a higher volume of money and how to apply it in more profound ways. *"We had never used it this way but it works great."* EBay really started a wide usage of PayPal in the general public, but in the beginning it was a target of so much phishing.

<u>Tom</u> Hockaday is not a PayPal expert. <u>Bill Martin</u> is a former bank examiner. He thinks if M.O. were into PayPal, all of the donor world would be screwed.

<u>Pamela Chapman</u> agrees, *"We'd never know who donated what to whom, and where."*

<u>Pamela Chapman</u> says, *"Don't forget donor-advised funds do the same thing, regardless of whether they are held at Fidelity or a large community foundation."*

PayPal has workings in illegal drugs, illegal kickbacks, and illegal campaign contributions so all is not lost.

Pamela Chapman
pmichapman@comcast.net
101-662-9416

Can Kristin MacManus lead up a PayPal insurgency in the Newport nonprofits?

Can PayPal be the accepted recipient of a McBean or van Beuren Charitable Trust grant application? [**Note:** If you applied the Ways and Means pattern of money flow, you'd never really know where the money went to, and it would make an absolute mockery of Elizabeth Lynn's efforts with Finance as Destiny.]

[**Note:** Pamela says that PayPal can act like a banker as well as a creditor as if moneys were deposited here rather than in a traditional local bank, into would re-direct the flow of charitable giving from larger granting groups including donor advised funds and charitable trusts. If PayPal received money from a donor-advised fund, you would never be able to trace it, origins to destination. It would be anonymous money in play which is what Ways and Means is advancing. Philanthropy in the nonprofit sector is a microcosm for cash inflow and experimenting with what can be done, not to mention bringing people together like a Thievery Ring to watch how they play together. You either fit together or you don't. How do we recruit new board members and how do we force them to make donations and what is the vehicle of cash inflow? It is a perfect platform for experimenting at a local level before joining a national group committed to this pattern of pay.]

Tom Hockaday, and the Redwood Library Book Committee, Kamala's Table, and the Thievery Ring Workgroup of Kamala's Table. Is this what we want for the future of Newport and its non-profits?

All these nonprofits overlap together in a way that not only does the donor ecosystem overlap but so do all of the missions for creating the community that we all want to live in. It gets to the core of who we are in this City-by-the-Sea? Are we now The Game we can't get out of? **12:56 PM September 16, 2022.**

Harry Gural told Pamela Chapman from the beginning in May 2021 and after that he could never tell her about this past, or his work, and how he really arrived here, or reveal his lifestyle. He did not. Everyone else did. **12:58PM 9-16-22**.

Roger Kass:  I get the Shit Show, but really, if we all do our accounting through PayPal no one will ever know anything about the source of it.

Harry Gural, was the question worth the lack of an answer? Because you paid dearly, and the Office of Management and Budget never wanted you because you refused to date a Lila Delman Associate (real estate).

"*We never thought you were so curious Pamela Chapman.*"

Guru Singh:  There is really no issue here, so we can all go back to our nightly activity soon (Which was Kundalini Crossing.)

Pamela Chapman
pmclachapman@cox.net
401-662-9510

*"No, you cannot. No one can remember what was said here, only the few and the proud. OMG, It's Riders of the Lost Ark."*

There is another layer here, so another time someone will flush it out. So, if we were smart, we just speak out truthfully now, and get it over with unless you wish it at 3:15AM.

What is your pleasure?

Kamala Harris:  We never expected this today but Harry Gural asked Pamela Chapman who was critical in the story? This is how Tom Hockaday's name came out. So why are Tom Hockaday and Bill Martin such insurgent infidels in Newport, Rhode Island? That is the main question.

It will be answered by the people somehow.

Elizabeth Lynn, ED VBCT: If we are a McBean or van Beuren Charitable Trust, you will always remember we give money to your organizations, so if you are dirty, or unkind to this community we will always remember and adjust accordingly.

Tom Hockaday:  I don't ever hear her name so I forget she is in there.

Roger Kass:  Never ever underestimate what van Beuren Charitable Trust will do for you, Tom Hockaday, and Bill Martin because this is just the beginning. There was no new real information shared, just a reciprocity of understanding, so no one needs to be upset with anyone.

*"We all agree."*

If Harry Gural had to take it on the chin for asking two questions, then Pamela Chapman has also for writing it all down.

*"No, there is no penalty for it, just time."*

Roger Kass:  van Beuren Charitable Trust and Elizabeth Lynn, VBCT, and Myra Edelstein, Salve Regina University, all want you to know that nothing illicit was said here, and there is no illegality to the discussion. We just wanted a clarification and understanding of how and why Tom Hockaday and Bill Martin's house in the Akashic Record realm had hundreds of people of every age go through, and the topic was always masturbation with some abuse, and mishandling of records (financial, social, work place—resumes, and book publishing industry manslaughter for many, including Kristin MacManus informing Andrew Parsons of every dollar and cent of Pamela Chapman's and her monthly expenses, aiding and abetting and then collusion with Andrew Parsons of destroying Pamela Chapman's book, Beyond & Here as Andrew Parsons read out loud nightly. The financial and publishing manslaughter also created slander and discrimination of Pamela Chapman to prevent her from obtaining a position at a local nonprofit in fundraising.

Pamela Chapman
pinchapman@cox.net
101-663-2956

We learned much later on **Tom Hockaday**, and potentially **Bill Martin**, tried to create these groups four times. With "initiation" into **Ways and Means** and a pulsing rectum as part of that initiation, **Tom Hockaday** belonged to **Jonathon Karp**, CEO of **Simon and Schuster** who is a special friend of the **Redwood Library's Book Committee**, attendee at summer gala events, and the relationship partner of **Esmond Harmsworth IV**. **Pamela Chapman** ended his **Akashic Record** room in March 2021, and then permanently when the realms collapsed into each other by April 1, 2021. She also stopped his individual pulsing rectum, with the rest of the world who pulsed, on October 3, 2021.

This should have at least temporarily blocked his progress at setting up his own **Thievery Ring** to advance himself in **The Game** he can't get out of. **Kamala's Table's** progress presumably was transferred to the **Thievery Ring Workgroup** but attendance was like **Ways and Means** was 24/7. That ended also when the realms collapsed into each other. Without these once in a lifetime events, they too were trapped in **The Game** they could never get out of. Some arrived voluntarily for a mission they either understood, misunderstood, or where seduced into. Either way, once in, you can't get out unless you belonged to a protected class.

**Tom Hockaday** declared more than once that his kundalini partner is **Jennifer Klemmer**, Point Section, Newport, RI.

**Kamala Harris** said many months later that anyone caught in **The Game** cannot longer be used on the front line and they are then held in reserve in a constant frozen state of paranoia.

**Tom Hockaday** will never come out again. He thinks there is a problem with **van Beuren Charitable Trust.**

It is always **Bill Martin** speaking for **Tom Hockaday**. He is sacred to come out and talk.

That is not the half of it. It's never a politician. **Rusty Powell III** is a huge problem, but not. **Rita Rogers**, 89, knows. **It's Sandywoods all over again. Yes, it is.** Then **Ruth Taylor** now knows. Yes, she does. Sandywoods was its own **Thievery Ring** and **Grenville Craig** always wanted in, and **Rusty Powell III** kept him on the sidelines which is how **Grenville Craig** came to misuse his Twin Soul sponsorship space in the Upper realms and target **Pamela Chapman** as a thievery victim of his very own personal target. The general theme is one can never discuss some topics and if you do, you will die by morning light. (You don't die, you get abused by **Ways and Means**, in this case **Jonathon Karp**).

**Sandywoods** was an **Akashic Record** space centered next to **Tiverton Trading Post** in Tiverton, RI. **Grenville and Sandra's Craig's investment co. is called Tiverton Trading. Rusty Powell III** ran it for a long time. It started in the 1970's and has been in some form or another up until Feb 4, 2021, the date of the Global Mesa. Was it **Ways and Means**?

It was a room dedicated to certain topics unique to the membership. It was a masturbation clinic for some time that became a **Thievery Ring**, and **Rusty Powell III** ran it. He lived in Little Compton and Washington DC.

Pamela Chapman
pam.chapman@comcast
401-662-9526

Sandywoods never had a building of its own, but Sandywoods is an arts center in Tiverton, RI.  So, if Tom Hockaday's House were to replace Sandywoods, then the two would be operating simultaneously and have crossover membership. We noticed Tom Hockaday and Bill Martin visiting Kamala's Table in March 2021.


Ruth Taylor:  This is a lot like Tracey Moore. No one will give you the correct information. Maybe in a deposition, but never publically because the consequences are so severe.

No, they are not.

When Rusty Powell III dies, his secrets will never die. His secrets are all open wounds and cost the taxpayers a bloody cent.

Not really. It costs someone daily.

Who pays?

Someone always pays, but never the ones you think.

It's always a cash stream inflow vs. outflow. Always inflow is the issue with Ways and Means. We never care about the deficient because deficient budgets mean nothing to us. (Correct.)

NBC News NYC:  This is never news, not anymore, and never do we get it from a political consultant (Tom Hockaday) in Newport, Rhode Island.

So, what is your real name and title because mine is Mark Halpern, and yours is Bill Martin and Tom Hockaday, who refused to budge and say one word because he doesn't understand that this isn't going away and the entire community will demand answers until we arrive at a logical understanding. This is exactly why your name came up. Now, we know everyone involved is all tied into Tom Hockaday's House somehow, including the book, *Barefoot in Heels*, so it really is all part of the same narrative arc of the story of The Game that was played out in Washington DC, Newport, RI and Bur Sur, CA and elsewhere.

Nancy Pelosi/Gina Raimondo: We never know who is really writing or talking. The writing is to legible to be Pamela Chapman's. So why is it so legible.

Tameen Saied, Alberto Villodo:  Because she is writing on lined paper. I can see her clearly in her kitchen.

*"You can't even escape our ruin and we will torture you every day to make you stay a victim of our sins."*

Pamela Chapman
pbrschapman@cox.net
(0)xxx20546

*"No, you will not. We will adjudicate, and I will sue you all the rest."*

So, we are Hinckley Allen. That's Lisa Goddard.

Bailey Banks and Biddle want you to all know I understand why I can't get hired but we don't understand how it leaked into this space, and Pamela Chapman, I know you call me this, and no one cares. But Grenville Craig did, and so did Kristin MacManus and Sandra Craig and several others. So, I can always claim slander. Yes, he can. No, you cannot because your position could never be filled based on your background checks. And, it wasn't done properly in a timely manner.

It was a background check based on verifiable information on the internet, not slander, innuendo or observation, sure facts of the situation.

Partridge & Snow (Lisa Goddard herself) says no one can use their name because they are part of a legal team with Sullivan & Cromwell and Simpson Thatcher and Bartlett.

So, there is something we need in the future we can always come back and ask a few questions.

Trudy Coxe: They didn't give us what we needed.

Yes, it did. Background research for another time.

Bill Martin: I know Tom Hockaday will confess. It is a matter of time. The type of confession, no one can speak here. Not taxpayer anything. Politician greed and reimbursement just like Travelgate with Hilary Rodham Clinton that he fleshed out and G.S. agreed a while back that this is just how Washington DC works and so did Wiley Buchannan's grandson. Nothing is new hear.

Candy Keefe: We can't imagine what this man has done to Newport, RI. We wanted to live in a beautiful City-by-the-Sea. This isn't the kind of man or couple we seek at our galas or on our nonprofit boards or in our local government or our own political PACs and companies. But he is in our energy Akashic Record space, so we must flesh out something so we all have an understanding how and when he stands so there will never be another Tom Hockaday House or Sandywoods that attracts all of us including our son and daughters especially those under age of maturity, because no one cares anyone anymore at the door of the Akashic Record realm space.

How could you get out of there if you didn't have the right connection? Bill Martin and Tom Hockaday always released those they thought didn't belong, but you didn't necessarily know it was either of them that released you, but it was usually Bill Martin, who released people in social Newport, RI.

Pamela Chapman: That is a slippery slope and I know how to leave those spaces because Kamala Harris finally taught me, but when you don't leave at your own discretion, there is always an issue. That's is always true.

Pamela Chapman
pamelachapman@cox.net
401-662-9510

This is part of the Insurrection of the People. Pamela Chapman only asked s few questions. It's all up to you, what you want to do with this conversation.

We talk until later tonight. No, because Tom Hockaday will never confess his sins of humanity because it started in St. Louis and he didn't seem…., not did not. It started in Montgomery County just outside the District. Tom Hockaday went to a church in Bethesda. Did it have the minister that transferred to St. John's Church in the Point Section in Newport, RI? A little white episcopal church on Wisconsin in Bethesda. Pamela and Andrew know that church.


### From March 18, 2022

I am Bill Martin, a former bank examiner, I never ever committed fraud—true, until Tom Hockaday's Akashic Record room and the book, *Barefoot in Heels*. I am not a masturbator, but I practice kundalini, and I did so with Tom Hockaday, Harry Gural, Pamela Chapman, and Iona Ross.

Then, **I Bill Martin** am a handler. No, you are not. Tom Hockaday is your handler and you walked into a party in Bethesda, MD and met Tom Hockaday. It was a Ways and Means hookup so that you would find a buddy to investigate, and they both ended up together. Tom Hockaday had already been initiated into kundalini practice with a pulsing rectum, but they claim Bill Martin was not. He was initiated, but not that way.

**I, Bill Martin** am Tom Hockaday's Auric Protection Plan so he is in danger of losing his place in Newport Society. Is he even in it in the first place?

He is a devotee or member of the Guru Singh kundalini yoga practice of masturbation and Guru Singh's people. Is he merely Gabby Bernstein?

*"No. He is not,"* because Gabby Bernstein would say, *"I am never Tom Hockaday, and he is never me."*

We never speak *again* because Jonathon Karp and I never speak out there, but only in here.

*"No, I speak to Jonathon Karp."*

*"No, never."*

*"I speak to Guru Singh."* Correct. He speaks directly to Ways and Means. He has a $30 billion contract in Homeland Security. Guru Singh has enough wealth and a huge government contract, and a very lucrative Kundalini Yoga business.  He speaks to Ways and Means directly.

You could compare Alberto Villodo to Guru Singh both form Brentwood, both with a shamanic workshop – Kundalini Yoga practice—businesses that specialize in the Akashic Record realm, and both have lucrative multi-million-billion dollar businesses, except Alberto Villodo's is in cocaine and

97

Pamela Chapman
pam.chapman@cox.net
101.602.92.16

hashish and Singh's is in government contracting. No wonder Kamala Harris of Brentwood was interested in learning more about Alberto Villodo. It appears these men are similar, and both know the Kundalini Crossing practice. Alberto Villodo took on numerous students or adherents of his brand of shamanism because when the energy realm blew open around 2015 in California everyone was running for cover. You were either on the side of Gabby Bernstein or Alberto Villodo. Kamala Harris said, she learned what she knew from Gabby Bernstein.

Guru Singh is close to Tom Spear and Reinette Fournier formerly of Newport and now of Tiverton, RI. They ran Tenth Gate Yoga in Portsmouth, RI for over ten years. Pamela did hatha, vinayassa and yin yoga there, but never kundalini yoga. Guru Singh had very close ties to Tenth Gate and was always there twice a year. He sponsored trips to India that Tenth Gate took students on.

Did Guru Singh go through NUWC (homeland security) here in Newport?

*"No one knows."*

Does Jack Reed, D-RI even have any idea?

*"He would have no idea. He is a senator."*

Peter Kehoe is a division manager at NUWC. He is not Ways and Means. He was ordering his local reports to masturbate with shamanic spouses that he arranged, including rearranging and ordering their spouses' into shamanic marriages. Nikki Lucenti, a local realtor will testify to that if she was ordered to. Nikki Lucenti was a spokesperson for the NUWC spouses that were ordered in shamanic marriages because Pamela Chapman, Rupert Nesbitt, Nancy Moss, and Gal Sasson freed a whole bunch of people of those relationships. Pamela Chapman became a cornerstone of Tom Hockaday's house's, *Rickshaw, Rickshaw* game. This was The Game Andrew Parsons and Cathy Wicks and Rick and Kathy Abbate played on Pamela Chapman that morning of Feb 4, 2021.

Michael Fernandez and Paul McGreevy were sent to Tom Hockaday's house from Kamala's Table for some kind of reconnaissance mission. Were they being instructed on the next level of The Game for themselves, if they wanted to play?

Tom Hockaday has to go cold turkey to get out of kundalini practice. He hasn't pulsed since October 3, 2021, when Pamela Chapman freed him and everyone else of the curse of pulsing associated with kundalini. His house did not sponsor kundalini, but he did with the Tenth Gate people because Jennifer Klemmer was a kundalini yoga certified instructor and she was Tom Hockaday's kundalini partner, not her husband.

Tony Klemmer worked for someone like a Bain in Boston, and then Portsmouth Abbey School, Institutional Advancement, before leaving to set up his own educational consulting company. If the house was to ultimately become the next kundalini initiation site, did he have an initiator picked out, or was that the job of Guru Singh? (never) Who was really in charge? (Should have been Tom Hockaday because Bill Martin did not know enough to know. He was merely a target.)

Pamela I. Chapman
pmchapman@verizon.net
(401) 662-9713

They got shut out by Tara Plochocki and Harry Gural who became ground zero for Kundalini Crossing. Harry Gural had been a man in a holding cell with Ways and Means and had no place to go until *Barefoot in Heels* showed up, and the book drew them to Newport, RI. It is all connected into a tangled web.  We also think Rusty Powell III brought Tara Plochocki and Harry Gural in to create a whole new community in Newport, RI. Wendy Schmidt practices kundalini in Nantucket, and there are people in Palm Beach.

According to The Game, Tom Hockaday's house held the Akashic Record room of Level I of The Game for further instruction. He never advanced.

It also held Level II through Kristin MacManus and Andrew Parsons—financial fraud and publishing fraud.

In October, several people, including Kayla Abbate, Cole Burgess, Kylie McCullough, David, Kaitlyn and Maggie Johndrow all said, *"I want to be next generation Thievery Ring."* They had all met and cemented an understanding at Tom Hockaday's house. So, no one was new to the other.

*Barefoot in Heels* was still in play for a final blow of destruction. Philanthropy was always on the table (It's a cash inflow business), and if you understood The Game, you awaited further instruction (like a spy ring). It was as if philanthropy was to become the vehicle of fraud.

Kundalini Crossing is dead, and Harry Gural is out of The Game regrouping.

Tom Hockaday's house was the germ seed to grow a new workgroup—executioners of projects based on masturbation instead of kundalini, and awaiting word of the next project. So much duplication of effort, and head on competition. So many competing groups including Wendy Schmidt and Jonathon Karp. But, now we know he was here from the beginning with Tom Hockaday and Guru Singh maybe Jonathon Karp.

He is not. He belongs elsewhere in Ways and Means. So much overlap.

Tom Hockaday came to Kamala Harris looking to figure out what to do next. He didn't have enough direction.

(We all thought he was there because Trudy Coxe could not understand what her people were doing at night. Jim Gaffney got the answer form Ashly Householder. This is in the notes under Jim Gaffney. Jonathon Karp said on 6:09PM 9-14-22, *"This is what we thought as happening."* That was after Michael Fernandez and Paul McGreevey were there on a reconnaissance mission. Philip Bilden was never there. We also think Tara Plochocki ultimately wanted to join Jonathon Karp's people. So, she arrived to be a part of the book fraud, and naturally brought Harry Gural, who didn't have to be here. But she was his handler, and not allowed to have his own intimate relationships.

Jonathon Karp claims, *"They have never had this much competing interest—the completion between two or more groups."*

Pamela Chapman
pam.chapman@cox.net
401-965-9876

*"You were all competing with yourself for top dog. One group besting the other."*

That actually didn't happen. Some people emerged and others became sorcerers. It created an opportunity for sorcery in a way that had not previously been present. The best way—or the fastest way—to best another and to strike the kill was through sorcery. That really ratcheted up the game in a way that was far too destructive. **Kamala Harris said media fraud projects allow for the most involvement.**

1. Does Tom Hockaday lack leadership to create direction, or
2. Can you not proceed without direction from a syndicate boss?

It's both, and maybe that is the art of it.

No, because if you go too far, we cut you down—never, and if you don't go far enough, you never get out, advance, or you get stuck.

"Tom Hockaday was never stuck," according to Bill Martin. He would say he as satisfying his own curiosity with masturbation and COVID-19 and one thing happened after another. It seemed organic how it all came together. There was no formal playbill but Guru Singh would have known but would not actually direct it just watch it. Reinette and Tim had no idea. Neither did the Klemmer's.

Harry Gural got stuck in a Caliphate Nation State of Bethany DiNapoli and Dominque Alfrandre absolute control of everything and used Norah Diedrich Delaney as an example. She is not a real relationship; she is just utterly controlled by Dominique Alfandre and Bethany DiNapoli.

Tom Hockaday claims, *"I work for David Dinkins, who is Jonathon Karp, CEO Simon & Schuster."* He self-identified when Pamela Chapman asked him who sponsored you in the Akashic Record space?
6:15PM 9-14-22; Jonathon Karp swears this is not true. Bill Martin claims, "We don't know Jonathon Karp or Esmond Harmsworth IV."

Why did you show up at Kamala's Table?

Tom Hockaday:  I was never part of Kamala's Table. You were the victim in the beginning, and I knew what Kamala's Table's project was—not they did not.  See the previous comment on Jim Gaffney and Trudy Coxe. Kamala Harris knew through Rusty Powell III and had sent three of their pole there it figure it out and to watch.

How long have you been associated with Jonathon Karp?

*"Less than ten years."*

Pamela Chapman
pamelachapman.ess.net
101-662-92 00