*"Not until Kamala's Table did they know each other."*

What about with <u>Rusty Powell III</u>?

*"20-30 years."* Tom was in Washington DC, and while he claims to have been a political consultant, he made his money buying and selling houses. He has owned no fewer that 22 houses.

> <u>Rusty Powell III</u> is the man who blew out <u>Pamela's</u> third eyesight **and acted as the sponsor of <u>Grenville Craig</u>**. <u>Rusty Powell III</u> could have been watching <u>Pamela</u> for over 11 years for <u>Grenville Craig</u>. He would be <u>Grenville</u>'s seer and his teacher of sorcery technologies.

*"I was always stuck at Level I and Level II of The Game. I was never selected to be a kundalini initiator. That is how I became a captain and created a fraud project."*

*"No. <u>Tom Hockaday</u> did not create them. They fell into his lap and he failed to see how to take them to the next step. You need a harem to serve you and do a project together, and slowly you get out of that Level I and drop the handler, if you ever had one."*

In this case <u>Tom Hockaday</u> is <u>Tara Plochocki</u> or <u>Linda Plochocki</u>, and <u>Bill Martin</u> is <u>Harry Gural</u>, but he is gay, and gay men don't make the best initiators. If <u>Tom Hockaday</u> were awaiting the next step and had to drop his handler, he didn't have one. Neither did <u>Linda Plochocki</u>. <u>Tom Hockaday</u> as <u>Linda Plochocki</u> had to flip <u>Bill Martin</u> to become a thief—to cross a criminal line, and <u>Bill</u> as a Bank Examiner, and the man that he is, was unlikely to become the criminal compliant with any and all crimes. Just as <u>Linda Plochocki</u> had to make it up as she went along so did <u>Tom Hockaday</u> but nothing flipped <u>Bill Martin</u>, he was just the doorman at the house.

*"I became The Game I could not get out, so I created Tom Hockaday's house to create a harem. Instead of kundalini practice and being an initiator—which he could not do because he already had a pulse ring."* To become and initiator, he would have to be clean that way, *"I sponsored a masturbation opportunity instead and collected 300-500 people to come through the house."*

> This is all wrong. <u>Jonathon Karp</u> knows what is going on. No one ever is this forward with what they are doing. and he is lying absolutely lying. His approach will never get him out. And, I don't think either is trying to get out.
>
> **I, Jonathon Karp** will testify that this approach was all wrong, and <u>Kamala Harris</u> absolutely knew what was going on and there never needed to be this level of competition between members of her own Ways and Means groups. ~~We never ever work this way. No one at Kamala's Table ever knew what was going on.~~ Not even I knew half of the situation. 6:23PM

Did you find a harem that self-selected?

Yes, we did.

Then, you needed a project.

1. Philanthropy. Paul McGreevy collected names and net worth via Kristin McManus and she went through the database of names and financial numbers from a central banking software website she had access through from US Trust. Paul McGreevy made a physical list that he brought back to Kamala's Table from exactly what she was saying in front of the people at the house.

2. Reading of *Barefoot in Heels* via Andrew Parsons, MD. That caused a stir, gossip, slander, harassment, a Hate Crime, and all the rest. It got everyone excited to be part of a fraudulent project focused on Level 5 of The Game: The kill or the destruction of the book and the author's reputation. Everyone got addicted to each other and the lifestyle at Tom Hockaday's House at Level I exposed to Level II. Level II really pulled them in.

This was all a duplication of effort.

Would you go to Jonathon Karp for help?

No, you would not.

Mike Fernandez and Paul McGreevy were spies on Tom Hockaday and Bill Martin, and Harry Gural and Tara Plochocki had Wendy Schmidt and Diane McEnroe spying on them. They were all vying to claim The Kill or the destruction of *Barefoot in Heels* and Pamela Chapman for themselves. **They all fought for the thrill of The Kill**, but in the end, only Tara Plochocki got replaced, and Harry Gural got out. Everyone else, including Tara Plochocki, will be sued in a US Court unless they settle with Pamela Chapman first.

Wendy Schmidt belonged to several Thievery Rings, and occasionally worked for Jonathon  Karp. Diane McEnroe never did, but they would be seen together here. No one can say they were working directly for me because I never recruited them nor did I ever give them any direction. If Wendy Schmidt of the Schmidt Family Foundation needed a project she had so many to choose from within her own foundation. She did not need to play here she had plenty of opportunity elsewhere, but she loves to play Kundalini Crossing everywhere she goes but she is not even a good player. She wanted Harry Gural as her lover –to be his mistress. That is what this is about. **6:29PM 9-14-22.** Beatrice of York belongs to Jonathon Karp, and has used her three times. She came through Sarah of York who Jonathon Karp has used many times. Eugenia of York has played too, but less frequently with Jonathon Karp. Sarah of York came through someone else. She has been with him about ten years.

Carrie Crosson Gilpin was a cross over between Jonathon Karp—no she was not. ~~Kamala Harris, and maybe another.~~ She is not getting out without a major lawsuit. Monique Burgess wanted to replace her to ultimately win the score, but all she did was plagiarize the book *Barefoot in Heels*, identify herself as its author, and attempt to handle Harry Gural. Refer to all the rest. It is not what you expect from Monique Burgess, but it created the proper knick name for her: Cheap Monique. **4:56PM, 5-8-22 (Mother's Day USA)**

Pamela Chapman
pmlechapman@comcast.net
401-662-0516

Continued... (from before insert of March 2022)

Tom Hockaday will never confess his sins of humanity because he didn't seem to understand how his time as a member of a church group came to light so fast. That is always how things begin. He belonged to an Akashic Record room that included ministers, and men, and very few women who frequented the space. The women are set-ups. They are looking for people like Harry Gural. It got out of hand and a few were sent elsewhere to start all over again. He is 66 today, and he was about 46 at the time. He is heterosexual. No one understands how or why he lives the way he does, and how someone with kundalini training says finally, *"I can think like a woman can,"* because Jennifer Klemmer is his kundalini sex partner and Tony Klemmer is someone significant. He could have been the initiator for Tom Hockaday.

Why does Tom Hockaday act and travel like a gay man?

Because he doesn't want anyone to understand his predicament. Every gay man in Newport RI knows he is not gay. So why pretend?

> Jonathon Karp said he is pretending to be a gay man to avoid the optic that he is setting up a project for Ways and Means which would be new to Newport, RI. He is a seed of germination to spread the Ways and Means way across philanthropy in Newport, RI.

> If this is all true then we at the Redwood Library had no idea what was happening because we do not recognize Tom Hockaday nor Bill Martin as Social in Newport, RI. Pamela Chapman is more Social Newport than those two men. Toby Fields.

Tom Hockaday has been in Newport, RI 9 years. Since being here he has been on the boards of The Aquidneck Island Land Trust, and last year self-selected to be its President, He has been President of his homeowners Association in The Point, he has served on the boards of the Opera House, and has been a co-chair of a capital campaign with Bill Martin to raise $1 million at St. John's Church in the Point. That minister had previously been in Washington, D.C. He has served on the Finance Committee of IMC. Bill Martin has served on the board of IMC.

He believes everyone will understand that Bill Martin is his Auric Protection Plan from women who prey on him. But the notes imply he is a *"sexual predator and he preys on women,"* He does not. Is it because he has a pulsing rectum so he cannot be with women sexually and must remain asexual because of that initiation?

> Jonathon Karp says, *"Yes, but also because he does not want to be in any kind of intimate relationship with a woman and Bill Martin protects him from that."* Any woman he would desire would be taken away from him.

Bill Martin asks, *"Why did we not want this out because it is no longer imperative to live as a gay couple?"* I am homosexual and Tom is not.

All gay people know who is of a similar energy, and who is not. That is just a fact.

Pamela Chapman
pam.chapman@cox.net
401.662.9516

As a man with a pulsing rectum, you started a Tom Hockaday's house, why?

*"Because in this space, he is safe."*

A Tom Hockaday's house was a safe of masturbation initially for the Tenth Gate kundalini yoga people. How did they go from a small group of maybe 8 people to over 300 people passing through? Was all Peter Kehoe? How and when did it go from 8 – 300?

Jonathon Karp thinks, *"Tom Hockaday is a lying sack of shit,"* and Bill Martin now thinks, *"He is a lying sack of shit also because he said how is it I could never piece this together myself?"*

The answer: It is because you never wrote anything down, and you can't remember half of what goes on here unless you write it down and really read it and begin to look for patterns and answers. He never ever did that. Otherwise what goes on here never really hooks you in the five senses like a movie or a book does, and all of seems like cloud cover just passing through you— unless like Pamela Chapman you are a victim of sorcery.

We think Bill Martin never understood he was a new target /victim like a Harry Gural. And because Tom Hockaday played a mild game with him, visa v. Linda Plochocki. He didn't play dictator. There are no shamanic marriages for gay men. Tom Hockaday was marching Bill Martin closer and closer to a line he would never have otherwise crossed. Bill Martin was having a relatively open relationship with Ken Ayers, Newport, RI. Bill Martin is no a sexual prisoner. He is a prisoner of financial fraud yet to come, if they found the right project. So, they sat on finance committees of non-profits, raised over $1 million for a capital campaign, and they sought to be seen as leaders in the social community. They were positioning themselves-which is what we all do every day anyway in life.

Jonathon Karp: It started in May or June 2020 (The Star Gate opened, April 4, -2020. We were in the middle of COVID-19 sequestered in our houses, and book had already been stolen and passed around Newport, RI through the Redwood Library, the Newport Hospital Foundation and Andrew Parsons.)

How do you gain numbers?

It started slowly and it got to over 100 in August 2020. Then by Oct 31, we had over 300. Peter Kehoe arrived in late September 2020. The book arrived in October 15, 2020. Kristin MacManus arrived in September 2020.

Peter Kehoe forced every person to identity three other people to bring in. And, he play a sexual harassment game on each person arriving.

At any time did Bill Martin or Tom Hockaday think this was not right?

Pamela Chapman
pamelachapman.com.net
101-662-9516

No, they thought this was all fair play because this is what Peter Kehoe claimed Alberto Villodo did in California.

No, he is not. What about Jennifer Klemmer? As a partner?

She never understood him, and don't have actual kundalini partnership. Peter Kehoe never knew, but completely understands why he did not. It keeps him physically away from the women.

[It's because his rectum is pulsing nonstop.]

He never had a physical relationship with anyone in Newport, but he did in downtown Fairfax, VA. Trudy Coxe knows who it is. Yes, she does. Trudy Coxe actually knows who she is and she made a statement once to Trudy Coxe about Tom Hockaday.

If he wanted everyone to believe he was a "sexual predator," can be work on boards with women?

So, if you were to become the President of the AILT board and there were too many female staffers or ED, would there have been a problem?

Potentially. This came up a few months ago.

Don Jagoe:  My wife loved the two of you, and wanted to be best of friends. They understand that. Yet, Jana Jagoe doesn't understand why you could never reciprocate. That's because they a secret life style. Even Rod O'Hanley and Richard Cresson where fooled by this behavior they even traveled to overnight locations for a week or so with them, and had no idea. They thought they lived as a gay couple. Tom completely fooled them.

In the absence of the Akashic Record room, we meet in the caves with Guru Singh.

Gabby Bernstein:  We understand but we do not because why would Guru Singh hang out in the caves with Reinette Fournier, Tom Spear, Jennifer and Tony Klemmer and a few others? And, as a womanizer sexual predator? *"You are lying,"* she says.

*"No, he is not."*

*"Oh yes, he is."*

Guru Singh:  I understood the man.

Oh, yes, the write-ups on you are famous for abuse on woman. Tias Little woke us all up to that fact.

Kundalini practice suggests that sexual predilection can be contained if practiced in this space.

Pamela Chapman
pam.chapman@xxx.net
101-66230346

*"No it cannot."*

Is there violence against women involved? Or, violence against children?

*"No."*

Since you self-identified, what is your definition of sexual predator?

*"We define it legally always as violence against woman—that is rape. That is also sexual predatory action."*

*"We don't use shamanic television surveillance. Not yet anyway."*

*"The worst thing we do is bring young women of all ages and sizes and personalities and figure out who we can get along with here, and then all stick together—that's a harem ring."*

Harry Gural had nothing to do with any of these questions. Pamela Chapman and Donald Jagoe asked them. Harry Gural neither encouraged not discouraged the conversation. Capt. Donald Jagoe, Ret- USN said, *"I understand what happens to men and women on long journeys at sea and there are issues we can never fully understand, but they always exist as part of our shared humanity."*
> We all thought Tom Hockaday he had been sexually abused, and all he had was a pulse ring in his rectum from Ways and Means.


Pamela Chapman: I just ask what the people want to do?

No one wants to do anything. We just want clarity. You don't need to hide in the caves, and Bill Martin doesn't need to hide his affection for another man, and neither does Tom Hockaday for a woman.

He claims to have left his church group on his own and became a political consultant. He was anyway. He loves this space because it is considered safe from others.

Do you keep moving to avoid being caught?

No, but no one wants to hide or feel ashamed so please come out of hiding and get whatever help you might need. There is so much available.

Candi Keefe: So much everywhere and so many just like you. You are a presumed leader in our community—not any more in May 2022—you could help so many as an example. Lead from example, please Tom and Bill Martin.

We will take that under advisement.

Pamela Chapman
pmchapman@comcast.net
401-662-9510

Roger Kass:  We always understand that at the root causes we can always work with that, and we never ever want anyone to feel ashamed or embarrassed or tortured for whatever is attacking them. In this case, we just sought to collect information and hope you feel no judgment placed on you.

We come judgment free with no other intention but freedom for the self and full understanding of ourselves in our community.

[But we all got played…]

If we can do all of this for you, please understand, can you stop torturing Pamela Chapman? She is innocent and you torture her everyday with your unfair judgments, slander, innuendo, and the rest.

Absolutely. Then let's practice this and that every day and every night so that we can all work together peacefully and unashamed because it takes so long to heal if we do from these combined experiences.

Good night and God bless for this segment.

Witnesses: Candi Keefe, Myra Edelstein, Elizabeth Lynn, Pamela Chapman, Harry Gural, Tom Hockaday, Bill Martin, Donald Jagoe, Donald Christ-McBean, Lisette Prince -PCT, Robert Manice-Goelet Family, NYC.

In the end, we all create a proper balanced community of trust and communication so that reciprocities of relationship and opportunity can be experienced.

I'm all out of ink.

Jonathon Karp wants to say three things because this is not at all what we do in Ways and Means.

1.   We never ever knew there was another competing Thievery Ring ready to take on the work of Kamala Harris' group, and never did expect the group that did emerge to be so cruel and this is not what we typically do when we seek to play The Game. This got so out of hand, and now we are trying desperately to remedy the situation.

2.   Pamela Chapman, I promise you will get out of here because we never work with so much sorcery and all on one person. The presence of Alberto Villodo was so misunderstood. He came as a consort to Nola Ganem and wanted to just sit and watch because he had nothing else to do and loved a good fraud project and he had set up Harry Gural to arrive at Kundalini Crossing ever night.

3.   No one will ever forgive Alberto Villodo for what he has done to Pamela Chapman or to the people of Newport RI. Rusty Powell III was the one who blew out Pamela Chapman 3rd eye because he was afraid she would see what was really happening. We kept her in the dark until October 2021, and the again every night after that in bad game of jealousy to keep her away

Pamela Chapman
pamela.chapman@cox.net
1-617-602-5816

from <u>Harry Gural</u>, a man she dated in college, but a man every woman in Newport wanted to be the mistress of. We don't play like that.

If the realms had not fallen, <u>Kamala's Table</u> would still be in place, and we would all be held hostage to whatever she wanted to do. <u>Jonathon Karp</u> knows that for a fact. <u>Rusty Powell III</u> recruited him, and <u>Kamala Harris</u> brought her in. <u>Rusty Powell III</u> was a mentor of <u>Jonathon Karp</u>, but <u>Rusty Powell</u> was now mentoring <u>Bobby McDermott</u>. 6:58PM 9-14-22

4. No one remembers half of what we say here so these notes are really important to figure out who was doing what and saying what. <u>Tom Hockaday</u> was taken in as a victim of sexual pulsing and yet he was to be an instigator of fraudulent practices and sexual experience as Level I and Level II of <u>The Game</u>. He appeared to have no idea of how to proceed. He would have absolutely l know what he set up, but failed to act in a leadership capacity to move it forward. <u>Kristin MacManus</u> wanted to walk under him and waited it out until he said it was time to take over the <u>Thievery Ring</u> which really was today Sept 14, 2022.

5. "No one is ever going to do this again in Newport, RI because if **I am Judge Colleen Hastings**, then I will make sure no one can do this every again. If <u>Ways and Means</u> were to infiltrate Newport, RI like this again, I will see to it they are thrown out of the City because it would tear apart the fabric of the community"

**7:35 PM, Saturday**

<u>David Ciccilini</u> and <u>Gina Raimondo</u> were of this understanding, <u>Tom Hockaday's</u> house was an opportunity to use new people as conduits of <u>Ways and Means</u> cash in-flow.
It is always that way.

<u>Tom Hockaday</u> could have been used in the future as that kind of deep financial favor and opportunity without comprehending anything from the start. <u>Tom</u> would not have to ask any questions. He would just do it. <u>Jonathon Karp</u> says yes! (9-14-22, 8:57PM)

<u>Tom Hockaday</u> can easily be influenced to participate in any financial situation including some <u>Rusty Powell III</u> has experienced. He doesn't do credit card fraud, nor steal from bank accounts. <u>Bill Martin</u> would personally kill him for that. PayPal has no paper trail of sources.

Patricia A. Hanaway
pmoc(ra)ptianu1.co1.net
401-662-9516

# July 1, 2021

Amanda at ICM is one of three agents Nancy Graham will buy a book from.

She claims:

- I only want books that have a story of redemption.

- I only want books that have a story of reciprocity of ideas.

- I only want books that have a story of characterization of renown ideals.

- I only want books that have a story of ideal location.

- She doesn't like to be told anything about the book upfront.

- All secret and private, and no one knows who she really is.

Now we all know who, what, how and why she is the way she is.

The book deal is dead on arrival at Simon and Schuster but not Scribner's because "Andrea" (Beatrice of York or Sarah Ferguson) always knew it would be her book and no one knows how she is anyway (That Upper realm room was an offshoot of Llama Nation, and Meaghan and Harry Windsor were related to Llama Nation.)

Andrea is either Beatrice of York or Sarah Ferguson. Harry Gural spent a night or two up talking all night to Beatrice of York and a few others. Wendy Schmidt was responsible for that. And, so was Tara Plochocki.

Beatrice of York: We will take the book deal right away because Nanny is dying (September 8, 2022) and she resigned today **1 July 2021 6:36AM EST, 12:36PM** London time. Harry Gural sang so long and Queen Elizabeth said, *"Ok, He is o.k. today and every day because he had three open doors on his back, and he agreed to marry Pamela Chapman in the Upper realm."*

He did not marry anyone in this space because the infidels will take that and copy that into something else. He can only marry her out there and he said, *"How about Sept 2022?"*

> *Barefoot in Heels* can be contracted for, and date –time stamped September 2022 with 18.25% upfront.

> *"We can meet all these conditions upfront because we are going to sue Simon & Schuster, Nancy Graham and a whole lot too."*

Pamela Chapman
pamelachapmanreviews.net
[illegible]

<u>Sarah Ferguson</u>: This is perfect. We love it. <u>*Barefoot in Heels*</u> needs a break, and so do we.

<u>Trudy Coxe</u> said, <u>Pamela Chapman</u> will only consider a board seat in September 2022, not any time before because that's when the whole COVID-19 mess should have ended, and life would be back to a more normal pace, whatever normal means moving forward.

This is exactly what <u>Princess Diana</u> did:  She helped people anyway.  No one ever said, *"Go away. You are a prostitute-whore pig."* They said, *"You don't belong to the Windsor family,"* but she did. She brought back reciprocity of relationship. That has saved the crown. She and <u>Harry Gural</u> are one of those people. She is one of us soul-to-soul.

She knew about <u>Princess Diana</u> saving the family, <u>Harry Gural</u> saving the <u>British Royal family</u> in the future. He and <u>Pamela</u> previously were married and birthed the soul who will be the next <u>King George VII</u>.

<u>Beatrice of York</u>: We don't have your address, but your book deal is dead at <u>Simon & Schuster</u> New York City because of <u>Nancy Graham</u>, but not at <u>Scribner's</u> of London, which appear the same, but it is not. It is an imprint.

<u>Jerry Slocum's</u> 1st wife had <u>Scribner's</u> of London stock and it went through the roof top when <u>Simon and Schuster</u> purchased it. <u>Scribner's</u> of New York says we pass.  <u>Scribner's</u> of London said, *"Finally <u>Harry Gural</u> got her to sign at 6:36 AM New York City time 12:36 PM London time."*

<u>Scribner's</u> of London  *"We don't need that."* We want to do a big expose on literary agents  and publishers, <u>Viking Penguin</u>, and <u>Simon & Schuster</u>, because they don't know their asses from their elbows. We want a reciprocity for authors, agents, publishers, but not that way. We want to go to the news media and get them to flesh it out. Then, we sue each and every one of them independently and together.  Because we can and we will win landmark cases.

<u>Jonathon Karp</u>, CEO, we don't need your signature, we do everything ourselves. We don't need your copyright laws, we have our own here in England and we will write May 18, 2021 or Feb 4, 2021.

<u>Kimberly Witherspoon</u> said, *"I'm your agent in this space,"* and she was holding two submissions of the Book, <u>*Barefoot in Heels*</u>, but never requested the whole book or anything as a contract. She just sat in our <u>Upper realm</u> nation space that <u>Pamela Chapman</u> gave her to get the work of that contract completed.  Then, we were all lead to <u>Pamela Dorman</u> at Kamala's table.

Esmond Harmsworth IV ⟶Roger Kass, Pamela Dorman
Kim Witherspoon ⟶Kamala's Table ⟶ Pamela Dorman ⟶Carrie Crosson Gilpin ⟶
⟶Nancy Graham ⟶ Jonathon Karp

Pamela L Chapman
pamelachapmanrecovery.net
401-662-9916

We don't care if the book is placed in Newport as a character. We don't care who in Newport read the book. It only told us that **the more it was talked about, the more it was read—and it was read multiple times—and ultimately complimented and not denigrated.**

It has been extensively edited, and reviewed by the author. It only requires a good professional cover and global distribution supply chain.

The Queen is dying. (It is July 1, 2021 and she died September 8, 2022). Give us a few days, and we have people who can send something preliminary so things can get started. We already have a book plate office in St. James Square in London, the family offices of the Queen and King.  <u>Beatrice of York</u> lives here. Sometimes we all do.

We have several offices around the world. So we don't care who originated the deal, <u>Scribner's of London</u> is the publisher. It also was <u>Jonathon Karp</u> who knows who we are. <u>*"Andrea"*</u> was <u>Beatrice of York</u> or her mother <u>Sarah Ferguson</u>.

<u>Pamela Chapman</u> did, so you can just imagine their synergy. <u>Trudy Coxe</u> said last night, *"I didn't make it another day,"* and <u>Deborah Chapman</u> said the same thing his morning to <u>Jim Varley's</u> son. Her father said, *"Just hold on another day. They have something to work out and proclaim."* Let's see if this works because we are all in this same space in the Upper realm of Reciprocity Nation.

Last night, <u>Queen Elizabeth</u> herself said, *"This information is incredible. I never knew people were this curious."* She does because <u>Beatrice of York</u> is also this curious, so is <u>Sarah Ferguson</u>. You are in good stead and company.

<u>Sarah Ferguson</u>: Toe tagging is so old but takes on a new twist in the energy age.  Years ago, I was photographed toe tagging another man. No one gave me the time of grace until I started writing children's books. *<u>Budgie in the Helicopter</u>* was one series, and another she called the *<u>Queen's Table</u>* by <u>Beatrice of York</u> – No one knows who she really is. That is her stock-in-trade.

Now, <u>Pamela Chapman</u> and <u>Harry Gural</u> need to go quietly into the night with other names because everyone around him would know who they both are. No one thinks he's professional or mature. [Note: That's manifestation of <u>Harry Gural</u> in a psyche.]  He was blackmailed here, and he needs an exorcism to redeem himself. <u>Pamela Chapman</u> gave him so many opportunities to redeem himself.

Finally, <u>Beatrice of York</u> said, *"O.k. <u>Harry Gural</u>, I have a plan."* She told him about <u>Nancy Graham</u>, and then put the whole plan into place. <u>Nancy Graham</u> does not suspect a thing in this space because no one can hear us, but the chorus is singing about what we say. Half the time they can't hear anything anyway. So, <u>Harry Gural</u>, if you have something to say, just sing out loud in this space. No one is paying attention, except a few writing it down.

At the end of the day, this was a **royal plot twist of disgrace** to <u>Simon and Schuster</u> and <u>Nancy Graham</u> because <u>Beatrice of York</u> tested them both, but not open in the <u>Akashic Record</u> space, out

Pamela Chapman
pamelachapman.com.net
[address line]

there in business and negotiation. Have you heard <u>Beatrice of York</u> lately in the <u>Akashic Record</u> realm? [<u>Note</u>: They had to be working gin the quiet space of an aura similar to how Alberto Villodo operates.]

She intentionally stepped aside and so did everyone else. Now, we will too, because we can and we will. Now, they can all talk about us because we can't and they will, but we will move on and up just like we did today.  No one knew about this plan except <u>Beatrice of York</u>, <u>Stanley Chapman</u>, <u>Tom Cosgrove</u> and together with <u>Cynthia Crosson</u>/<u>Diane Crosson McEnroe</u> said, *"I suspected, but did not know because she caught <u>Harry Gural</u> talking to his mother last night."* She said, *"I have a grand plan"* and he said, *"Yes, I do,"* etc. *"Oh no you don't."*

<u>Bill Gural</u>:  We will notify you tomorrow morning before 7:00AM. <u>Harry Gural</u> didn't know what to say.  The <u>Akashic Record</u> master started ringing the bells of St. Mary's. They rang and everyone fell into a place of grace. Then, <u>Harry Gural</u> started singing.

When he sings, he doesn't lie, tell tall tales, or stories. He sings from vibration. We wanted to know, what the heck happens to him when he talks?

<u>Alberto Villodo</u> figured it out from the input from <u>Pamela Chapman.</u> We all worked together.

<u>Tameen Saied</u> said, *"I can't remember when we had so much fun because your daughter knew her place."* She said, *"I can't look her in the face* so wait a day or two, and we did.

<u>Harry Gural</u> made a big splash about an <u>Akashic Record</u> realm telephone call. It **proved that if you get out of this place, you could care less about what takes place.** Nothing happened and nothing was swapped or exchanged.

<u>Harry Gural</u> said, *"I have a book for you, and you have a book for me. Together, we will not publish either one of them because no one wants either one published. The second book is a no show. No one knew which one it was. It was a manuscript by someone the media person actually knew."* Yes. The name of the media person was familiar to him from Washington DC but they had never met—or <u>Harry Gural</u> will not say— because <u>Richard Neal</u>, D-MA is a high-ranking official in House <u>Ways and Means</u>.

The author of the second book is unaware of the circumstances that have it circulating as a "stolen" manuscript. <u>Beatrice of York</u> knows the manuscript of the other book. She did not actually have your manuscript, <u>Pamela Chapman</u>, but she has the other one. You were going to swap in a royal reciprocity of favor in a Thievery Ring charade of activity. That would have been a digital email/text exchange or other upload exchange leaving a digital tail of transfer and chain of custody documentation.

<u>Gretchen Carlson</u>: I understand we didn't sue, but we can't. We will because we have chain of custody documentary evidence. So, we will out there, not in here. We came to this realm to figure it all out.

Pamela Chapman
pmclchapman@comcast.net
860.460.7014

**June 4, 2021 10:16AM** Beatrice of York is Andrea of Scribner's of New York. That is why she is called Andrea of Scribner's of London and New York.

Jonathon Karp: I don't understand because we can't write together anymore. But he said, *"I'll play along."* That's how it goes.

Beatrice of York wanted to wait until this Star Gate took off together (June 24, 2021) because we are grand reciprocities of intention. Wendy and Eric Schmidt were initially on that Star Gate and were in Jonathon Karp's Thievery Ring.

Harry Gural came back out and once again sings so beautifully.

Queen Elizabeth thought she died. She said Harry Gural sang to her in her sleep and we didn't know to whom we owe that to. It was out of a divine state of grace. Even Pamela Chapman thought it was pure divinity.

If Tara Plochocki thinks she is getting back in… *"No way Jose"* is the new phrase of the day.

Amanda at ICM:  Harry Gural said *Barefoot in Heels* is dead on arrival because it didn't look like that, but it doesn't like that, anyway telling her what to do. And the book is exactly what she says, so there is tremendous conflict of interest and now about her—Nancy Graham…

She needs to resign, and she did. If Jonathon Karp, CEO is professional, he will replace Nancy Graham with Beatrice of York, but Beatrice of York isn't moving to New York City, so remember you and I are wedded together in one royal game of reciprocity of favors. **We will do this deal in July, but you can see we have family business**.

In July, we can put this together right away. We don't care about nudity because we are one big family now. There is no news today.


## July 2, 2021


Beatrice of York will ultimately publish the work, but not before September 2022. **You have a Royal reciprocity of relationship with the Royal House of Windsor** (wait to you see what I do on the other side to the future King George VII for this rouse they played on me!), but you will need to survive until the first 25% arrives from the deal.

Harry Gural is no angel. He just sings like one.

Pamela Chapman
pamelachapman@cox.net
401.662.0510

<u>Carrie Crosson Gilpin</u> is a jerk, and she just acts like one.

Fluidity in this space is an important outcome for everyone. This is just a day and night space in the here.

So many problems were solved.:
- <u>Archie van Beuren's</u> illegitimate daughter.
- Marriages not supposed to have happened.
- All kinds of shamanic marriages that were dissolved, resolved, and reformed including marriage contracts.

<u>Harry Gural</u> has no business in the Newport ever. He is never coming to live anywhere near here. You can't have any business contracts there either. You can make residences anywhere in the world. No one cares where you live or die.

<u>Andrew Parsons</u> will live in his house until his death (or until he goes to federal prison). Everyone will check out in the same time period of four - six years. Except for her son and daughter. No one thinks <u>Andrew Parsons</u> and <u>Pamela Chapman</u> should exist together here or there. Last night, they mounted an insurrection to make sure <u>Pamela Chapman</u> and <u>Harry Gural</u> never got together ever.

The New York Media Elite knows most of the story now:
<u>George Stephanopoulos</u>, <u>Jane Pauley</u>, <u>Katie Couric</u>, <u>Megan Kelley</u>, <u>Gretchen Carlson</u>, and many others who did not want to be identified including many Washington DC politicians who she can name instantly.


We wrote that all date-time stamps with witnesses should be legal in a court of law in any legal proceeding.                                    **3:44PM July 2, 2021**


<u>Gretchen Carlson:</u>  I understand we didn't sue, but we can. We will because we have chain of custody documentary evidence. So, we will out there, not in here. We came to the <u>Akashic Record</u> realm to figure it all out.

This is <u>Hate Crime</u> of international importance.

Also, involved in manslaughter (personal destruction, and her book), fraud (book, intention to commit financially), slander, harassment, pornography through remoter surveillance, stalking, hate crime, discrimination, gross misconduct, physical assault, rape, breaking and entering, HIPAA, breach of privacy, breach of verbal contracts with acknowledgement of receipts, date-time stamps and witnesses repeatedly.

114

Pamela Chapman
pamelachapman@cox.net
401-662-9951n

Pamela Chapman is always being asked to admit to something, especially sexual activity and always about abortions. So she agreed to admit to 3-5-10 and said, *'I'll admit to the many, to as many as possible. I stand up for women and children everywhere for you to seek your own permission to do what you need to do to free yourself'*:

  -To have your own personal agency,
  -To get away from trauma and the bullies,
  -To get away from the tyranny of relationship,
  -To declare freedom and justice for all people,
  -To be and become a higher version of yourself.

It was the worst Shit Show in the energy realm ever. Andrew Parsons started it all with Cathy Wicks, and added Kathy Abbate and Rick Abbate for flavor.


**"We had such a great time with your shamanic Shit Show. We didn't want it to end."**
          Ruth Taylor, Newport Historical Society 3:57PM 7-2-2021


Since Ruth Taylor wasn't involved with Roger Kass and Newport philanthropy, she felt redeemed, but she didn't because Roger Kass and Andrea van Beuren can't stand her either. They just don't deal with her, or her organization ever. Remember everyone enjoyed being a part of your Shit Show and having you be beaten up dearly so they could not be beaten up themselves.

Sexual abuse and sexual harassment.
  **#standupmetoo** started in February 2021 with Ashly Judd who started her **#metoo**
  movement in the Akashic Record space and was exposed by the New York Times article.



July 1, 2021:  Rusty Dorman, Robert Thurman, Robert McNamara/Jonathon Karp (He created it himself).
- Every time he sings, she hears him disharmonic.
- Every time she speaks, he can't hear her harmoniously.

Therefore, she and he have a disharmonic relationship of communication, such that they can no longer get along harmoniously.


I've done this several times with Harry Gural, and it works brilliantly:
  1.  Switched places of Pamela Chapman and Tara Plochocki so that:

Pamela Chapman
pamelachapman.com.no
101-562-95-16

    a.   The attraction he had for <u>Pamela</u> becomes the attraction he has for <u>Tara Plochocki</u>, and

    b.   The reverse: The attraction to <u>Tara</u> becomes the attraction to <u>Pamela</u>.

2.   Reverse this directionality immediately and never allow it to appear again on the face of this planet… You never have to do this again.

[<u>Note</u>: <u>Pamela Chapman</u> and <u>Pamela Dorman</u> always believed <u>Rusty Powell III</u> was always (mostly) in the room at <u>Kamala's Table</u>. <u>Pamela Dorman</u> believed <u>Rusty Dorman</u> was always in the room also. She will agree to that.

<u>Rusty Powell III</u> himself now says at 3:21PM  2-16-22: "*I was always in the room at <u>Kamala's Table</u>,*" and <u>Rusty Dorman</u> was also after Feb 10th (after <u>Pamela Chapman</u> arrived). <u>Harry Gural</u> believes <u>Tara Plochocki</u> was often there, she was not. She never was.

<u>Rusty Dorman</u> was not supposed to be there. <u>Rusty Powell III</u> could be there because of the <u>Redwood Library</u>. <u>Carolyn DuPont</u> was never asked because she and <u>Rusty Powell III</u> are not on the same tier of social standing in Newport society. <u>Elizabeth Kahane</u> never liked the deal, but she played along. <u>Nick Schorsch</u> is such a schmoozer that he and Shelley had a blast but <u>Pamela Chapman</u>, you and <u>Shelley</u> never got along because she did not understand how to play with the enemy, but you did, and no one takes you to task anymore for anything. **If you get out of here unscathed—No she does not— then you bested the giants and won.** I had so much help from <u>Macklin Ollayos</u>, <u>Erin Hennessey</u>, <u>Stanley Chapman</u>, and others that I could not do it without the guides on the other sides, and <u>Melchizedek</u> Café says, "*See we used guides,*" and <u>Pamela Chapman</u> says we never need the ones like <u>Saul</u>, nor <u>Jerry Slocum</u> nor <u>Michael Harner</u> nor the others.

<u>Tara</u> and <u>Harry</u> were not invited to <u>Kamala's Table</u>, <u>Pat Fernandez</u> did not know about <u>Tara Plochocki</u> nor <u>Harry Gural</u>, <u>Tara Plochocki</u> was just someone to help with the book, <u>Diane McEnroe</u> was brought in via <u>Wendy Schmidt</u> who reports to <u>Jonathon Karp</u>. Most people all went through <u>Mark Halpern</u> to connect to the other group.]

<u>Harry Gural</u>:  One of the lessons you learn quickly at any committee meeting in Capital Hill:  **You are never strong enough or powerful enough to do the work you want to do. If you are that ambitious, you become a thief in a ring. There is no other way to play on Capitol Hill. 3:34PM 2-16-22**

<u>Harry Gural</u> knew what was happening through <u>Bill Gural</u>. He got to dismantle <u>Robert Thurman</u>, <u>Robert McNamara</u>, which was also <u>Jonathon Karp</u>.

    It took all night.
    He lost his singing voice.
    He knew he didn't feel the same about <u>Pamela Chapman</u>.
    He knew she was disgusted with everything.
    So, when your relationship falters, maybe it's because someone else has interfered.

Pamela Chapman
pamela.chapman@verizon.net
401.862.9530

Christine H. Ollayos: Andrew Parsons asked her to read portions of *Barefoot in Heels* into the realm periodically. Everyone knows she didn't get a copyright protection and she said, *"I don't have a copy of the book,"* but her son Macklin Ollayos (dead) said, *"Not true."* because **he gave you a copy through Christine West/Dina Karousos (Gustave White real estate) on sorcery television (energetically digital, and relational).**

[Note: Dina Karousos and Bethany DiNapoli appear as 'best friends' socially in Newport, and on Facebook.]

Macklin Ollayos said, *"She did not actually have a copy of the book. She just knew portions."* So Andrew Parsons said, *"Just tell people what you know,"* and she did for about two weeks every night. Now, she knows she was on the wrong side of the equation because she and you were not the best of friends and she and the husband were collegial during internship. She now knows she is no hero –but her son, Macklin Ollayos is certainly a hero of this story. He bested the giants and won all on his technical abilities as an engineer, as an athlete, and as a man of courageous endurance and performance.

She claims she might be an insurrectionist who does not support women and children. She did spend her senior year away from Hanover- Dartmouth College at Wesleyan University while her future husband, Macklin's father, attended UCONN Medical School.

Aquidneck Land Trust board met all night over could Pamela Chapman replace Chuck Allot who needed to step down. He supposedly could not function in the Akashic Record realm especially vis-à-vis his domestic life. They wanted to destroy her reputation especially Susan Ruff, Lisa Goddard, and Linda McGoldrick even though she raised $30 million in this space in less that 15 minutes, and she gave the staff permission to so some changes, such as move the office space to the van Beuren building at IYRS and promoted Julia Coll to Development Director and Laura Pedrick to major gifts officer. You know who you are, what you are, how you are, and why you are. You are a leader, just an inspiration, because no one actually stands up for you, and people stand up for leadership every day.

David O'Leary: Not true **they attack real leaders every day because they have a quality they can't actually know, possess, or understand.**

Leadership gets surrounded by people.

Shamans support and surround people.

So, real leaders need both shamans and people and shamans are not leaders…

Pamela Chapman
pmchapman@cox.net
401.662.9122

<u>Beatriz/Saul</u> now says you are that person of distinction. It just cost you everything and then some. No one actually wants to work with you or beside you. Not even your eldest children, which pleases <u>Andrew Parsons</u> the most because he was the parent of choice always, and you were the servant to them always. So, get out and get dressed because  he is now trading places with you. He can retire quickly because he is not revered socially nor professionally. No one wants him around except for <u>Cathy Wicks</u>.

<u>Cathy Wicks' Family</u>: No, he is really fine. He doesn't acknowledge anything anymore. He just sits and thinks all day long about the future. He has two years or less to work. Sue him soon before he dies with clemency, of death.

No one should recognize you anywhere, but they recognizes your car license plate. So get new ones—not so easy. She needs a new credit card, SS#, new private band, real estate held in trust, a complete private wealth client lifestyle.

She became the celebrity she didn't want but she didn't get what goes with it:  The money, the perks, real privacy.

There is no way to go back 10 years or 20 years as a redo in anyway shape or form. If people like <u>Harry Gural</u> think in five plus years things will be better, they will not.


<u>Pamela Chapman</u> and <u>Alberto Villoda</u> arrived through <u>Pat Fernandez</u>. She thought they were doing illegal things in the Upper realms with <u>Tameen Saied</u>.  <u>Michael Fernandez</u> wrote down the information they learned with <u>Pamela Chapman's</u> group. They profiled her. Now, <u>Michael Fernandez</u>, <u>Carol Cole</u>, <u>Sandra Orsloff</u> have extensive notes on what they all talked about…Now, <u>Pat Fernandez</u> is teaching everyone what you said. Everyone quotes you without mentioning you as the source. The same situation happened with <u>Grenville and Sandra Craig</u>. The same thing is happening with your book, <u>*Barefoot in Heels*</u>.

No one thinks there is an art and craft to writing fiction, but we all know that is not so. Remember <u>Carrie Crosson Gilpin</u>, you are not a writer, an editor, an agent, just a currier who was tied up to <u>Roger Kass</u> and no one bothered to tell him it was you until <u>Pamela Dorman</u> did and she said, *"Give her a copy of the book and he did through email,"* (not) because for him it was real and so now <u>Pamela Dorman</u> said, *"No one on <u>Kamala's Table</u> has a pdf except <u>David O'Leary</u>,"* and his sister said, *"Why?"* He didn't say. So he said, *"I asked and I got it anyway,"* and then everyone else did. (no).

<u>Pat Fernandez</u> because she was in your work group but she got it anyway when you arrived at <u>Kamala Table</u> (no.) with <u>Alberto Villodo</u> because she earned it as a trophy for bringing you there and stopping your <u>Twin Soul</u> <u>Work Group</u> which you didn't want anymore.

<u>Pat Fernandez</u> said, *"But, it wasn't my cup of tea, which everyone said in unison."* <u>David O'Leary</u> who knew you personally said, *"He didn't mind it."* <u>Kamala Harris</u> said, *"But it caused so many problems with his wife."*

Pamela F. Chapman
Pam.chapman@cox.net
(860) 460-2497 [?]

Everything got worked out perfectly because when they received their x percent of a major aura warp many healed perfectly and completely and Kamala Harris can't touch them anymore. That means everyone who had an open door got kicked out collectively but it was because you ordered them closed. Richard Neal would have closed those doors and ordered all the Ways and Means people out

A shamanic marriage couple can't masturbate if warped, but they can do kundalini of reciprocity of relationship but not Kundalini Crossing thievery where you are either holding or being held an another's aura.

To prevent you from harboring someone in your aura, you'd warp. Thieves would just jump in your aura like they do at Kundalini Crossing. Alberto Villodo does this all the time, so does Richard Neal.

Kamala Harris is not warped. Rusty Powell III is, therefore he can no longer be a kundalini initiator. Jonathon Karp who is a kundalini initiator who can no longer be one if he is.

Harry Gural is now warped. So, is Pamela Chapman.

Would Twin Souls have a warped aura?

It would kick all the thievery rings out.
    Guides did them a very long time ago, and for only one The Big Book Story, thousands of years ago. Pamela Chapman would need one. No guide performs an auric warp. 10th level guides can do it. Rusty Powell III, Richard Neal can do one.

    9:31PM 5-14-22: Pamela Chapman asked Tameen's guide to do an auric warp on her, and it almost sounds as if Jean and Jerry now have to leave her aura permanently. Oh, yes it does. It means anyone in your aura has to leave immediately because they don't like it. It's not disharmonic. It is inconceivable someone actually said this. They are doing one on Jean. They have manipulated Jerry so many times.

    An auric warp will remove a psyche. It will remove them all. It's a pure removal.
    An auric warp removes al from your aura.

    Shen Masters have a different way of doing this.

    For Harry at Kundalini Crossing, it would have removed everyone in his aura. It wipes clean for on behalf of your auric protection plan.

    This is permanent and a safety seal is temporary. 9:47PM 5-14-22.

    Monique Burgess' guide had Jean —Jerry and Samuel in her aura. She can no longer swap places and play that mountain goat game of Beatriz's. That guiding realm game is over now. Thanks to Pamela Chapman.

Patricia Chapman
pmichapman@cox.net
101/102/2019

Pat Fernandez: Kamala's Table did not take to represent what was really going on in the energy realm because if Andrew Parsons got to manipulate the book deal like that (like a major player and influencer). He was never a player in the game, yet he joined in anyway. He got to be a major player without ever having to exercise the rights, and responsibilities of membership. So, *why did we all* do what we did? Michael Fernandez never got his appointment in the administration of Joe Biden and no one remembers why we were there the first place except to destroy Pamela Chapman and her book deal with any Big 5 or any publisher for that matter.

July 2, 2021

Pat Fernandez pleads guilty as charged. I can't see straight to understand how so many copies of this book got stolen and just how demonic Andrew Parsons really is because no one had to work hard at all to steal this book deal.  He did it on his very own. There were so many players and people and yet you might succeed after all.

July 2, 2021

Well Pat Fernandez, where the hell is my abundance for my journey? I'm still waiting. No one takes this journey and ends up as dead as me. Yet, no one has as demonic a birth guide as Saul, so I got screwed royally and you did not. Just look at your pool and your fine china from auction. She says with a bad wink and a smile and a laugh or two or three.

July 2, 2021

Pat Fernandez you never needed to be in charge of Kamala's Table. The action was down stairs in the Workgroup with all the thugs and thieves. **4:34PM 2-16-22**.

In Kamala's Table they all got tied up into Shamanic marriages and initiated into a pulsing Kundalini that inspired one to masturbate. Pat Fernandez did not because she was a Twin Soul—completely removed from it. She recruited many of the members. She had no idea what they were dealing with. Paul McGreevy was also left out of the picture, Trudy Coxe and Philp Bilden, and Pamela Chapman also. We were their own understanding. They are fundamentally a retired group of their own membership. The Work Group is a Thievery Ring rungs underneath. They were boots on the ground people executing the work for the strategy of Kamala's Table. **We were the board. They were the staff**.

July 9, 2021

July 3, 2021

Pamela Chapman
pamelachapman@cox.net
401-640-2405

## Robert McNamara, aka David Dinkins, aka Rusty Powell Jr., aka Jonathon Karp

Most people in Newport Society know him from the Redwood Library summer social events. He is a more cunning, more sharp, more sophisticated man than Rusty Powell III. Robert McNamara was at Kamala's Table as David Dinkins. No one really knew who he was, but he heads up a Thievery Ring, and is a Kundalini Master. He is from New York City. No one knows him out there except for those in Congress and the art museum world. Correct. He was always at Kundalini Crossing. He didn't play with Harry Gural.

[Note: Harry Gural claims I know who this is. He is no friend of Harry Gural.]

White House doors are always open to shamans of any realm. If a dark shaman walks through the doors of the Presidential suite, no one really knows who anyone really is except Rusty Powell, Jr. who is Robert McNamara/Jonathon Karp and his father, Rusty Powell III. They know all the shamans in the political realm collectively speaking.

This Kundalini Master is calling Rusty Powell III his father.

Sandra Craig claims Grenville Craig via Alex Craig put something in you to prevent you from marrying anyone else a long time ago–maybe ten years ago. It's in the back door of her mouth and throat—Pins, needles, tags, cords, nails, and arrows. These are all the same thing, no matter what you call them. It's one of the other. This was not supposed to be a shamanic marriage, but it was. No, it was not. Now, you know Alex Craig set it up.

[Note: Alex Craig and the whole family has physically met "Robert McNamara". They live in the same building in Williamsburg. Caroline Craig claims on 2-16-22 7:22PM she knows who he is.]

Laura Gorham knows him from the Bermuda National Gallery, so her husband.

Tara Plochocki:  I never want to see you again, Robert McNamara. You and I never really met on this network before this. You and I will never meet again in any realm. I am re-pleated, deleted, and humiliated globally.

Tara Plochocki failed to do something for him.

He said, *"You'll never work for me like that."*

Tara Plochocki:  I did not shake his hand properly. I did not do something. I failed to fund a $1,000 financial campaign for something.

That's true.

I failed to instruct someone on what to do to move. **8:08PM2-16-22.**

She could not be in the Star Gate, but <u>Wendy and Eric Schmidt</u> were.  That was a coup for <u>Wendy Schmidt</u>, and a black mark for <u>Tara Plochocki</u>. **She is no longer qualified to work on major projects because she failed to take this one to the next level**. In September 2021, she walked away from the Workgroup, and left <u>Harry Gural</u> holding the bag. *"I would have delivered the plagiarized book it to <u>Nancy Graham</u> myself"* – That had nothing to do with it. **"Then, I had to globally destroy the book somehow, and I could not figure out how to do that."** Correct.

**She did not really gasp the bigger picture, nor the politics of the whole scene**. That's what a seasoned professional would know. Too many people were hooked on the book, and kept reading it, and couldn't put it down, and they kept re-reading it. It has a loyal cult following. If the book were really bad, it's easy to walk away from. But, it is well written, you're all engaged, you want to read and re-read, and you want to quote it, read it out loud, and re-quote it. You made a sensation. You **can't destroy a global sensation**.

<u>Tara Plochocki</u>:  I can't compete without the games. Did she sit on the side lines of these nightly pre-games? Yes, she did. And all the harem women played as well as others. She claims, *"I can't compete and play."* A handler would never play anyway.

Maybe she doesn't like the role of handler and wants to be a player in the game. She does not want to be removed anymore.

<u>Tara Plochocki</u>:  I can't cave, if that's how I win a man. We are completely all done permanently, <u>Harry Gural</u>. What do you think about a complete dissolution, not a divorce because the marriage was never real in the first place?

Put it in lye and kill it completely. That is a shamanic dissolution of your shamanic marriage.

<u>Tara Plochocki</u>: I ask to permanently dissolve the shamanic marriage ties and back doors and anything else including pins, needles, tags, cords, nails and arrows.

<u>Robert McNamara/Jonathon Karp</u>:  <u>Harry Gural</u>: we are all together now. We are one big clan of opportunity. We are one tribe of brotherhood, a merry band of brothers.

It sounds like <u>Andrew Parsons</u>.

Alberto Villodo and Marcella Lobo can't compete with this level of sophistication of shamanic practice and sorcery tools. Alberto Villodo and Marcella Lobo, you can officially retire and retreat today and everyday moving forward. Alberto Villodo, you don't owe anyone anything except Marcella Lobo a divorce in US court. Get your lawyer and draw up papers today and every day.

1. Pamela Chapman, you don't have a chance in hell to play sorcery. So get out of here right now. If you have any questions, ask those you already know.
2. You and Harry Gural must meet in the Straits of Chance, and see who you are today and everyday forward.

Lahore:  I was supposed to be that guy on the other side of Rusty Powell III, instead of Robert McNamara. He does not know how that happened.

He does not have a chance in hell because **Alberto Villodo** says he does not have any real sorcery tools, but **Lahore** says, "I do". (Lahore is Villodo. It's the good cop bad cop, but always the same person. Alberto Villodo gives all the sorcery tools to Marcella Lobo to perform.)

Yogi Bhajan II (Guru Singh) stepped down two-three days ago. He does not compile. He uses digital sound pulsation to beat, shame and blame to be obnoxious to become the ruler of an Akashic Record room. Rusty Powell III always bested Yogi Bhajan II.

**Intellect beats energy games every day of the week but there is always collateral damage of behaviors, opportunity, enterprise, $$$. When we have to play out** sorcery games, they never end. Because all are based on reciprocity of trades.

**Remember sorcery tools are secondary. Intellect rules. It's called self-mastery of the heart-mind-soul**.

Intellect over energy. Intellect over Shit Show antics, over shame and blame, and *"the other side of the equation."*

Integrity. You have trust in spades. Just remember no one robs your house without identifying themselves. **No one steps through that archway door of the soul without revealing themselves**.

Harry Gural can't get his voice back. Middle of the night negotiation with Tara Plochocki. All kinds of hijinks. Every time she got up to go to the bathroom, she would discover some strange side street game. She'd just say, *"You're off track. Try this instead."*

Pamela C. Chapman
pela.chapman@cox.net
101.662.0516

1. Why Q'ero Nation fell:
2. Something about Tara Marie (The name Tara was assigned/given to Pamela Chapman. Then he'd always love Tara), and Venice Marie, which seemed to be about:
    a. I don't love you, but I'm strangely attracted to you.
    b. I can't help myself
    c. All my attraction to you is really to Pamela Chapman, but I'm too exhausted, so I give in…
        i. How can you value freedom first, if you cave in so fast?
        ii. Pamela Chapman holds her energy for freedom so darn tightly. It's her only stock-in-trade.
    d. When the gallery chorus line started its spray-paint confetti parade about **7:25AM**, I said, *"It wasn't that there was a wild cheer of an Independence Day parade success. It was that the soul was weeping that it gave in to tyranny of relationship opportunity."* One thing leads to another…

[Note: Everything also came down to the soul weeping because for 5 months everyone sat in place and resembled nonseer guides on the other side. It was a mirror of the disembodied energy worlds and how guiding from the other side actually works. We became dead to each other in human form and played an energy game that ungrounded us to our human life forms.

We don't understand why anyone would give up their lives to live like us, when you will all live like us for eternity. Be human while you can and remember to resolve your differences here because you cannot when you get there.]

- This is how we relate through reciprocities which is the mission and focus of the Mayan Kingdom. When the Mayan Kingdom falls, we will all be dead.
- The Persian Nation us all about political and religious leaders. Not reciprocities. We will never know or care what will happen there. It's a culture and world view – all based on guides and understories of humanity, collectively and individually. It's a cycle of 11,000 years that then turns into a Hebrew Nation.
- Hebrew Nation.

I can't continue like this. It's revealing to much about how the other side rules its business. If we all know then, that when we die, we will all be so strait and wise. No one planned to lose so much content and reserved intellect.  So now we bow to those who know, and say *"Good Day, God Bless."*

Sorcerers:  Robert Gorman/Rusty Dorman/Bobby McDermott, Rusty Powell III, Robert McNamara/Jonathon Karp, Lahore

*"We all had the chance to do so much good, and we did not. We did so much bad."*

Individually and collectively, this is exactly how they work in the afterlife. As infidels, they possess no reciprocities of relationships. At the end of each root race, infidels flow out the river of the dead. They never ever ascend. They are always only tyrants, worker bees, and errand boys –just like a

Pamela Chapman
pmchapman@cox.net
401-662-9591

corporate organization deplete of leadership at the lower rungs. Nothing like a little human nature to get out of the infidel play pen.

Where was Jerry Slocum?

**He was supposed to be Beatriz's pet, and he became a pet peeve**. Just a new guide with no skill nor time in grade. Just an everyday errand boy. Not a leader of the pack. So, remember to the dead on the chorus line, don't trade with Jerry Slocum today or any day in the future. He doesn't have any leadership opportunities to promote you, only himself, but not really.  (Now, he's in Metatron Kingdom permanently.)

# July 4, 2021

**A Cistern Well of Understanding:  Finally know all there is to know about each other together forever.**

Donald Jagoe: Beatriz the Guide had me looking for a cistern in my garden that contained something important. A hidden buried cistern. Maybe with a key to something. He said there was never anything like that Jana Jagoe buried and hide in the garden. [***Note***: *The metaphor for the soul, a key, and something buried or un-retrieved.]* One of his secrets was that he had a Twin Soul, but no love affair.

Alberto Villodo never expected to have a sacred union of reciprocity with anyone. He and Marcella Lobo did not select themselves. When it was presented, he lied, wiggled, and tossed it out to sea until it came packaged in a way he didn't immediately recognize. Pamela Chapman said, ***"No problem. I freed you and you freed me energetically. Walk in Peace to serve yourself and the world."***

For herself, Pamela Chapman experienced kundalini energy, and said, "Ok, I know now what it is, and compared it to kundalini yoga and Tom Hockaday's house, **and decidedly freed every woman in the world from shamanic and arranged marriages**.

W.C. Fields/Roger Kass:  I don't know who you are, but I can't stay married to this kind of woman anymore because she and I don't agree on anything anymore.

K.L. Don't believe him for a minute. You and he are exactly alike here.

Roger Kass:  Becca Bertrand, I don't want to play anyway. But I will, because you saved me, and I will save you legally. That's how we will play in this game of love, hope, & life. We will understand that to be higher, we must understand our personal energy. But he can't see, but you can see what he can't see. But now he is going to play charity in the hope he can be and become more of himself which you and he can't see eye-to-eye in anything.

Pamela Chapman
pala.chapman@cox.net
401-862-9570

<u>Zenia Theresa/Samuel:</u> <u>Harry Gural</u> you have no business here or there. Go home to Bedford, MA and see what you can see. He is then now anyway—anyhow because you gave him hope and opportunity to see what he could never see. Don't expect a call from him. He can't appear anyway. He is in a cistern by the sea for three – four years. After that, he may be dead and gone anyway. He has cancer of the larynx or something like that.

*"But, I don't smoke,"* he said.

*"But, he can't see what he can."*

*"Don't expect him to show up. He is on a healing path to his own death. That is all there is."*

You can stay on this Star Gate anyway. The room is yours, and he is in his own cistern by the sea.

[**Note**: Samuel is speaking metaphorically with both <u>Harry Gural</u> and <u>Donald Jagoe</u> liberally.]

[**Note:** That is a soul retrieval transformation process looking to retrieve his soul, his key, and to unveil the subconscious—That is the journey of ascension.]


<u>Nancy Graham</u>  I will value the opportunity. I will value the contract through Viacom/CBS—Simon & Schuster, because they want a mega lawsuit through the New York media elite. They're one of them too, and **#metoo** killed too many of them.

<u>Beatrice of York</u> will get to you and then to us through a diplomatic pouch [**Note**: That is her term to say, *"We send something to you through the <u>Akashic Record</u> room, that says, 'This is for you, and you owe us $320 million for the opportunity.'*] They collect, by golly they collect— because they can collect, because they do, and because they are reciprocities of relationship with me, and with you.

<u>Harry Gural</u>, you lost out on so much so fast, so just relax and stay at Bedford, MA at home until you recover. Don't forget, you can always teach young men about life, love, and lost opportunity.


<u>Roxbury Latin</u> got murdered in the energy realms three times over:
>   <u>Jared Diamond</u>. He won big.
>   <u>Andrew Parsons</u>. Lost big. [<u>Peter Parsons</u>. Lost big as a brother and as a man.]
>   <u>Pamela Chapman</u>. Had to cover it all herself. Past donor but never identified.

<u>Roxbury Latin</u> will never be the same again, but it was always there first and foremost at the sea of educational opportunity. It was there and now, always will be again forever to the heart and soul and minds of young men for leadership to church and state.

Pamela Chapman
pamelachapman@work.net
Joi 602-95 Dt

Don't forget Wesleyan University (how the hell could you?). All those alums who stood by and cheered one way or another.

And Michael Roth and Keri Weil who witnesses it all by the light of Kamala Harris.

Kamala Harris was the accidental politician of her own choosing. No accident and no choosing only positioning.

Tameen Saied: We don't give in ever to ourselves. It is a meritocracy. This is the lesson of the Mayan Kingdom and we are Mayans once again anyway (at the end of our re-incarnations).

Harry Gural: I never knew you were so literal or washed up, just an intuitive who didn't know how to see how The Game was played. I thought I would help you play The Game of love and life…

Harry Gural didn't care at all for you, just for himself.

It was you Pamela Chapman, and not he, who won the biggest bet in the realm. He said, *"I'll never be bad by morning light, but I always was— until now. I no longer sleep because you sleep all the time, because if you don't, you will lose out at everything. So just sleep your life away because you can, because when you die, you are awake all the time."*

**11:51AM July 4, 2021**

Jonathon Nelson, Jay Sweet, Jonathon Karp

Payouts require income tax.

Jonathon Karp, CEO Simon & Schuster, didn't say anything. He's under SEC regulatory rules because they are trying to sell off Simon & Schuster from Viacom/CBS, and he can't cut that paper deal without making Simon & Schuster a shell of a company (He can and it won't), and make Pamela Chapman a major stockholder of Simon & Schuster (it never would). They can't cut that deal at all (because they never would, not because they can't. Correct.)

Why say $320 million at all?

It's The Game to them. They don't seem to understand this is not a game at all.

**It's The Game too many people got involved with at too low a level to actually make any impact.**

<u>Beatrice of York</u>:  The British Royal Family can cut these deals, but it makes <u>Pamela</u> a member of the Firm, and she has royal reciprocities anyway, so no big deal and so does her son. And, her daughter wants to be a fiction writer. No big deal at all.

The Royal family cuts a deal with another publisher. They get paid for their participation. They make a tidy sum because that is how the deals get done in Great Britain. It takes about two weeks to pull the funding from around the world.

<u>Jonathon Nelson</u>:  No one wants an endowment fund except for <u>Pamela Chapman</u> because she wants to leave it for her grandchildren to become a royal reciprocity for this whole Shit Show mess.

<u>Jay Sweet</u>:  It can't happen because she isn't a bona fide author of renown.

<u>Jonathon Nelson</u>:  Yes, she is because she had to endure this space for 5 months 24/7 and get excoriated in this mess. Her reputation, honor, and integrity has been ripped apart, torn apart unmistakably, unforgivingly, permanently. So, she earned her place in history. She doesn't feel like the world recognizes what she had to give up to get this deal. She wants the money in perpetuity not as compensation for a novel, but it can be one and the same big deal.

<u>Jay Sweet</u>: I don't think so because I know so. They don't want her to make any real money because then this whole Shit Show is real.

But it is real to her and to everyone else, so why can't it be real?

No none wants to admit to their mistakes or admit they are guilty of fraud, neglect, harassment, abuse, infringement of copyright, etc.

<u>Nancy Graham</u>:  I can't cut any deal of any size without <u>Jonathon Karp's</u> approval. He can't cut any deal over $10 million (not true). He can't cut $10 million without shareholder input (no). So, there is no deal ever with Simon & Schuster, Scribner's of New York.

Why pretend?

<u>Nancy Graham</u>:  I can't explain.

Yes, you will.

<u>Nancy Graham</u>:  No one expected all these people to come out to say anything.

You are the most fup person in the world. Everyone is always here except now you are drunk and always here in this reality television show of <u>Shit Show</u> importance.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

<u>Jonathon Nelson</u>:  I can't cut a deal either because I can't see straight into the future of publishing. No one is reading (not true). No one can write. No one is outside today, and it is the 4th of July. So, what are we going to do?

We are going to cut a big f book deal ASAP so the world can get out of here and start living out loud out there. The <u>Star Gate</u> people can write. If you can write, you will be responsible for writing down our humanity. If you cannot, you will either sleep your life away or gossip this and that. No one can predict the future, but we will remember you were here to write and record, but never to sell.

No one wants to admit they read it night and day. Several times and no one wants to admit culpability for what they have done. No one will accept your roles in the literary world today as a spokesperson for authors, and agents say, *"Get away from that person."*

So, what are we to do today and everyday moving forward?

<u>Jane Kochanowsky</u>: The New York media world must admit to their culpability, and print this book at a high price for her involvement in this place.

<u>Jonathon Nelson</u>:  It wasn't until <u>Jane Pauley</u> said, *"I don't know how to pay out this way."*

<u>Jane Pauley</u>: It wasn't <u>Jane Pauley</u> herself. It is someone else who does not want to be identified. No one goes anywhere today or any other day until this book deal is cut. Who is the right publisher for this author who will not be under bought/undersold?

I don't know who to blame to this big Shit Show of importance. We must now remember to recognize the situation we are all in and work together to fix it quickly or else. We will spend another 5 months here together, and no one will get any work done, or go out and spend any money. Commerce will die and fade away. It happened in the Los Angeles basin four years ago and it still hasn't really recovered yet.

If you have a new house or home or renovating like everyone is doing, well… but if you have other businesses, not really. So, then let's get communicating back together again. It won't until the energy realm calms down, and it isn't until <u>Pamela's</u> book deal is cut, and a copy right is extended— and a copy right isn't extended until a book deal is cut. Who the hell is going to do the deal?

<u>Nancy Graham</u>:  I can't do the deal, but I'm having fun pretending to do the deal.  <u>Pamela Chapman</u>, you can't sue <u>Simon & Schuster</u>.

Yes, you can, and you will in the future.

The paper of <u>Simon & Schuster</u> isn't worth anything at the moment. So, deal with <u>Simon & Schuster/Scribner's</u>. Just be upfront, which could be $75 million USD, which is not too much for Viacom/CBS to pay out at the moment. But you will sue in the future because she cut several deals

Pamela J. Chapman
pjbschapman@comcast.net
101-662-0816

in real time through <u>Roger Kass & Associates</u> in New York City because she knows him from Newport, RI. <u>Pamela Chapman</u> cut two deals through <u>Roger Kass and Associates</u> on shamanic television with <u>Jonathon Franken</u> (who contracted for $5 million USD recently for a manuscript) and <u>Laura Fraser</u>, writer, Wesleyan '82. <u>Laura Fraser</u> said she doesn't believe how quickly she negotiated the deal which <u>Jonathon Franzen</u> it wrote down, but did not read it.

The deal was an extension of reciprocity to you and <u>Harry Gural,</u> but <u>Harry Gural</u> fed that up so badly. He got so involved in shamanic television. He got <u>Tara Plochocki</u> involved in the deal making. It screwed you royally because **that's when <u>Tara Plochocki</u> became the twit at <u>Riverhead Books</u>**. <u>Harry Gural</u> is no friend of yours and neither is <u>Laura Fraser</u> who said, *"Tara that does not work,"* but <u>Tara Plochocki</u> did it

### The July 4th Rouse
3:32PM

<u>Laura Fraser</u> negotiated a deal for <u>Barefoot in Heels</u> with <u>Nancy Graham</u> for $5 million and <u>Jonathon Franzen</u> said, *"That is just the same as the deal <u>Simon & Schuster</u> cut with me for my new book,"* so <u>Tara Plochocki</u> said, *"Ok, let's make it $10 million,"* and <u>Nancy Graham</u> said, *"No, let's make it $2 million because it's a debut novel."*

Then <u>Jonathon Franzen</u> said, *"No, I think $10 million is the right price because she is not looking for cash. You hold the money in your accounts until she needs it."*

Then <u>Laura Fraser</u> said, *"No, I like $5million instead."* This was all in front of <u>Nancy Graham</u>.

<u>Nancy Graham</u> said, *"No, I chose $2 million, and that is that."*

<u>Tara Plochocki</u> said, *"Well, I'm the one who is supposed to deal with you, so I'll say $2.5."*

<u>Nancy Graham</u> said, *"O.k. <u>Tara Plochocki,</u> but it's your ass and not mine because <u>Jonathon Karp</u> will not sign off on this anyway, so no worries about whatever price point you arrange."*

Then <u>Laura Fraser</u> said, "Well, why not tell <u>Pamela Chapman</u> that it is all a rouse, and <u>Tara Plochocki</u> said, **"No, we can't do that, because then the whole play drama is off."**

<u>Harry Gural</u> said, *"No <u>Tara Plochocki,</u> you arranged for this meeting. You have to see it through."*

<u>Nancy Graham</u> said, *"Ok, then $2.5million, and you go to <u>Riverhead Books</u> and claim you are an editorial assistant of some kind so that you know what these manuscripts fetch on the open market."*

She said, *"Fine, but it was not fine because <u>Tara Plochocki</u> and <u>Nancy Graham</u> stopped talking after that."*

Pamela Chapman
pamela@pamela.com.net
info@pc.net.tv

And now you know that Tara Plochocki had no idea how to negotiate a book deal of any kind, and Jonathon Franzen and Laura Fraser then knew it was all A Game. Laura Fraser didn't actually know that for some time, and Jonathon Franzen suspected fool play, but could not prove it for several more weeks.

Then someone in the publishing industry said, *"They are screwing with her so badly that they will get their asses sued."* and that is when Jonathon Franzen said, *"Good, because they screwed with me so badly too."* Gretchen Carlson essentially said the same thing.

Few want to work with them, but sometimes they are forced to. **Harry Gural's** role was to support Tara Plochocki? [Note: He had to learn his role was never to support her. It was to supplement whatever directive she was given. They are both given slightly different directives for them to choose how to supplement and work together. They aren't told how to do it, or what to do, just what the outcome should be. It's the game of the Prisoner's Dilemma.]

Harry Gural was to supply the art and written materials if Nancy Graham asked for them, but she did not. Harry Gural just tucked them away. He thought Nancy Graham didn't realize she had to ask for them. Oh, yes she did. It was her choice to ask. She didn't want to get stuck with any copy of any kind. That's illegal chain of custody documentation. It would be Mark Halpern as her Thievery Ring contact.

Robert McNamara is not in the publishing industry. Oh, yes he. He is Jonathon Karp, CEO for Simon & Schuster. He thinks if they pre-negotiated over six to eight pre-contacts replete with date time stamps, witnesses, and qualifications/conditions, then Pamela Chapman has something to sue them over. They did not have to make pre-contracts with date-time stamps to play The Game. That was their choice, and they made it look real in real time, and legal in real time. Robert McNamara/Jonathon Karp did not tell them to play The Game that way.

**3:32PM**

No f'way Jose, Harry Gural isn't like that, but he is, and he did. He was the source of so many f'ups in the deal making. (no that was Tara Plochocki) Tara Plochocki wants you all to know, *"I'm no longer married to the Shit Show because my parents don't know who he is."* Not true. Tara Plochocki is really a twit (jerk) on shamanic television and a policy wonk at a Washington DC law firm. She writes policy for D.C. lawyers at a Super PAC agency called Legal-lobbying firm. No, she doesn't. She's a lobbyist. [Note: This is the work they wanted Harry Gural to do at Tara Plochocki's firm if he were to leave Barney Frank's office. She is a partner and has passed the Maryland bar.]

It's always the little shits.

Patience Chapman
pats/chapman@cox.net
101-69/207-fix

She is not anyone of importance in this or any other realm, but she held court with <u>Harry Gural</u> too many times and taught with him too many times how to distract everyone from the deal at hand.

<u>Rusty Powell III</u>: We don't know who anyone really is, but some of us do. So, until we sort this out....

<u>Jane Pauley</u>: No way Jose. We sort this out today. It's a <u>Kamala Harris</u> <u>Shit Show</u> because it is a <u>Happy van Beuren</u> Shit Show. It's all put together in <u>Kamala's Table</u>. **The V.P. of the USA is directly culpable and it is the 4th of July.**

<u>Kamala Harris</u> wanted <u>Harry Gural</u> done as soon as you arrived. He doesn't represent our <u>Kamala's Table</u>. He represented assistance for <u>Pamela Chapman</u>, but not really. He proved he could manipulate the situation to get into the inside.

<u>Kamala Harris</u> wanted to break up any alliance of <u>Pamela Chapman's</u> because she didn't want her to succeed.

> <u>Archie van Beuren</u>/ Campbell Soup might want an appointment as an ambassador.
> <u>Doug Emhoff</u> wanted a seat on the board of <u>Campbell Soup</u>.

This is how deals are done in Congress and around the world.

**3:45PM**

<u>Robert McNamara</u>/ <u>Jonathon Karp</u> is holding really sharp tight energy. Really biting. Yes, he does, and it is. Why is that?

<u>Kamala Harris</u> asked him to.

Why is that?

<u>Kamala Harris</u> is in a shit of importance in Washington DC today. No, she is on vacation in Maryland with the President. No, she is in Washington DC. No, she is in Los Angeles today for her son's big birthday party at the local docks. She is in LA today, and she isn't really available for sorcery television today. She sends her regrets though <u>Robert McNamara</u> and <u>Rusty Dorman</u>— never.

<u>Bobby McDermott</u>/<u>Rusty Dorman</u> wants to be on <u>Kamala Harris'</u> campaign trail. He was, but it went caput. He had to go back to the Halls of Congress (he never did), he never made it back in time. He quit to be on her campaign in 2018. <u>Harry Gural</u> resigned his position in January 2021. He hasn't worked since.  <u>Tara Plochocki</u> is no longer working either (COVID-19), but she has a position as a WDC attorney—just no clients. They all sit at home on shamanic television.

Pamela Chapman
pmelachapmanrevey.net
844-662-09-16

<u>Pamela Chapman</u>, you have a lot of practice here. They are all so new at this and you say, *"Get the heck out of here, it will ruin your life, your family, your relationships,"* but no one cares because you are so experienced at this, and they are so new at this.

<u>Harry Gural</u> says, *"I'm not saying one word to your daughter or your son anymore because they told me they would out me unless I told you first some things…"*

> I don't love you, or anyone else.
> I do love your energy. I do love your personality on sorcery television.
> I do not love that no one else loves you anywhere because I ask everyone. No one stands up for you except big personalities, celebrities, politicians, & really big people.
>
> Who are you <u>Pamela Chapman</u> because I don't know you at all?

<u>Harry Gural</u>: I can't say anything else because <u>Kamala Harris</u> has me on a short rope because I said something months ago.  She said, *"Never say that ever again,* or *"I will see you never work again, ever again."*

|**Note**: Barney Frank told Harry Gural something that he repeated to Kamala Harris in this realm. She got so angry at Harry Gural that she said, *"Don't you ever tell anyone that ever again, or else I will see to it you never work in this town ever again."* Tara Plochocki knows what that was, but did not witness it, nor is she connected to it. Harry Gural was just so pissed that he said something that he didn't know was confidential. It never was confidential. It wasn't harassment. Barney Frank baited Harry Gural, and he took it. Kamala Harris extolled his breathe of confidentiality. But it was never confidential, and everybody knew it anyway, so nothing was communicated outside of school. Why did she get so upset? Because Barney Frank knew something that Kamala Harris knew, and she didn't like the fact he could tell people, and they could tell people. He trumped her news. Pretty much. That is so sophomore. That's politics. Tara Plochocki says, *"Bet she ridiculed Harry Gural."* Yes, because of **Ways and Means profiling**. "Yes, yes, yes, Harry Gural, that is exactly what happened." Harry Gural then says, "I'm done with that then." Yes, you are. Is Tara Plochocki done with that? Of course, not.| **8:50PM 2-17-22**

*"Don't you think she deserved this deal?"*

*"Hell no."*

Because <u>Happy van Beuren</u> said, *"No."*

I'll go down on my death bed regretting this, but I can tell you I'm in the shit house with everyone I now know and cared for because of this Shit Show deal.

You know everyone <u>Jonathon Karp</u>, CEO including <u>Nancy Graham</u> and everyone in Newport now. They all like you better than <u>Pamela Chapman</u>.

Not true. He is a real Shit Show too.

Pamela Chapman
pamelachapman@cox.net
401.662.9516

**Kamala Harris** promised you a position somewhere, if he said nothing about **Happy van Beuren** and **Roger Kass**. Now, it's all out of the bag, so all deals are off the f'table. So, the deal with **Kamala Harris** is off, and all hers are off too.

[**Note**: He never took it to be a bona fide deal, but it was. Nobody else got the position.]

**Harry Gural**: No one will hire me because I am a <u>Shit Show</u> of major proportion, socially, professionally, spiritually—despite your high vibration and brilliant singing.

**Harry Gural**, you are a social <u>Shit Show</u> with **Tara Plochocki** and your stupid relationship. You pretended to be married and divorced. Your whole relationship history is a fantasy. You have no opportunity for understanding real life and how it actually plays out. It makes you look like a f'jerk of major importance. You marry absolute asshole jerks. It shows no discernment, judgement, only ridicule, and no one can professionally hire you at any major level for your experience. What are you going to do now **Harry Gural**?

*"I'm going to go back to shamanic university and learn how to be competent."*

*"No. You are getting only out of here before you fry yourself completely."*

*"No."*

*"You are in a compost pile of shit and no one will bail you out this time. So, get comfortable, dial up your friends on regular local television telephone because that's all you will have moving forward. No, **Tara Plochocki** is not competent to be a shamanic wife."*

**Tara Plochocki**:  I'm not competent to be a shamanic wife. I have no more standing in any church.

**Harry Gural**:  I'm not standing in the back stoop anymore. I can't see straight.

**Tara Plochocki**: I'm not a big f'jerk.

**Harry Gural**: Oh, yes you are.

**Tara Plochocki**:  I'm an asshole jerk because I sold you upstream, and you **Pamela Chapman** let **Harry Gural** in your life again.

**Harry Gural**: **I was me and I arrived on my own, but I loved every minute of it, and I loved her energy and I loved being with her until Tara tore me away and made me a big f'jerk.**

**Tara Plochocki**: We were jerks together,

**Kamala Harris** said, *"O.k. I'm Jane Pauley today."*

Pamela Chapman
pmschapman.com.net
101-607-878

<u>Jane Pauley for real</u>:  Thank you for recognizing her energy signature because I can't say things here, and I can't let her fry anyone else because she is s Shit Show of major political importance.

<u>Harry Gural</u> via <u>Emily Parsons</u>: I can't come to your birthday evening because there are no people to attend. You already knew that years go, and so did <u>Donald Jagoe</u> and the <u>Craig</u>'s. So, why did I do what I did last night and ask so many to get together to plan for a big birthday surprise for you on your birthday? I can't marry anyone without lots of friends.

<u>Donald Jagoe</u>:  No, you said you wanted to meet them all first, invite them later to your place for shamanic dance classes.

<u>Harry Gural</u>:  That wasn't me. That was <u>Tara Plochocki</u>.

It was <u>Harry Gural</u>. He was playing <u>Alberto Villodo</u> and <u>Marcella Lobo</u>.

<u>Harry Gural</u> and <u>Tara Plochocki</u> are a Bonnie & Clyde <u>Shit Show</u>. He is completely married to her.

The realm says, "No!"

But his actions say, yes! He is addicted to her, and she is at least 22 years younger. What a Shit Show.

<u>Harry Gural</u>:  I wanted to prove I couldn't marry a woman without all those friends.

But she knows all those people, and she has higher vibrational energy than you. You don't know how to live in a community, raise a family, and be engaged and involved in a community. She does.

*"You are a campaigner at best but have no skill at it. You are a husband who can't function in the real world of actual relationships, and she can and she does every day in her community."*

So, what is your problem <u>Harry Gural</u>?

*We all do think he is so socially and professionally immature, lacks class, and distinction in the social realms.* [**Note**: His manipulated  psyches are the source of that.]

Who are you really <u>Harry Gural</u>? Your relationships stink.

<u>Harry Gural</u> is playing another one of his big Shit Show games today. Every day, he gets too far into it, and <u>Pamela</u> has to somehow bail him out of it.

**4:23PM**

Legal representation for anything and everything. Who doesn't want this book deal? It will make a global fortune.

Pamela Chapman
pmteschapman@comcast.net
617-062-0850

McMillian can't do any deal without an agent.

*"She will bring a lawyer to the table."*

McMillian can't do any deal without a manuscript, so send one to me in an email.

*"No one wants to give you a paper deal."*

Who wants to make money in a deal? Who wants to make history?

*"Everyone should, but they can't get off their couches or chairs to do any real work."*

*"We work every day now in private spaces that you taught us.  What about Pamela, she does not have any private spaces. I'm stuck here, but you are there because I taught you. Where is the reciprocity of teaching you for sharing the illegality of my book?"*

Roger Kass, we will take care of this?
     How, when, why and where?

This became so much bigger than you could do.

This is another *Eat, Pray Love* opportunity and Nancy Graham said, *"That's too much work."* No, it is not.

Eat Pray Love grossed over $3 billion to date plus a movie deal grossed $204.6 million USD at the box office, and yet no one wants this deal?

**4:30PM**

Roger Kass will be your book agent, and it's not going to cost you anything. He knows everyone in the business.

I need an author agent. Now it is Roger Kass himself? He was one of the original thieves of the book.

**4:26PM 9-15-22**
Melchizedek Café claimed this afternoon there 3 people in NY who are involved with recovering stolen books.

In these cases the books were stolen and actually printed.

Tim Hollister asked George Tobias if he knew them? He said, *"No."*

Pamela Chapman
pamchapman@cox.net
[01-60259516

Then <u>Mechizedek Cafe</u> said, <u>Pamela Dorman</u> knows one.

<u>Pamela Dorman</u> knows 1 person who can also profile stolen books, who knows another person.

<u>Laura Gorham</u> and <u>John Horton</u> know of three people who can profile stolen books.
   -3 imprints that are no longer lead by an editor.
      -1 at Harper Collins
      -1 at Penguin
      -1 AOL/Time Warner. This imprint at one time acquired books.

      <u>Esmond Harmsworth IV</u> and <u>Jonathon Karp</u> know these three.

-The books have no ISBN number.
-Print at their parent publishing house not usually more than 1,000 copies.
      -To a publishing house this means only the contact person knows it is stolen. So, everyone has an inside person in production consenting to the run. Do they bill a division or an imprint?

      Yes, they do, and when the invoice goes out, it lands on the president's desk, if they have one, and for <u>Simon & Schuster</u> it would go directly to the manufacturing division head and never touch <u>Karp</u> himself, so he can disavow ever knowing it anything went through his house.

      How many books overall go through the production line at S& S annually?

      At least 2,000 books per year under 35 imprints. At 50,000 copies each, that is 100 million copies a year.

-The font is unbelievably intolerant of mistakes: tight margins and little white space because no one wants to buy them. They are too difficult to read.

-We find them all through libraries where they are cataloged and where gifts. They were not bought.
      -The NYPL literary lions had a person (not on staff) who know how to find them and taught these three people.

**4:48PM**


**5:36PM**

<u>Patti Doyle,</u>
<u>Patti Confort,</u>

Kayla Abbate,
Patty Gibbons
Larry Gibbons on sorcery television
"solar plexus management"- Anesthesia Associates of MA
Rusty Doyle/Jonathon Karp


Andrew Parsons:  Harry Gural, Read the f' book on sorcery television because I said so because I am going to grow an asshole soon. Stop her please.

I don't authorize this reading. It's too late. You are an asshole too.

We decided for ourselves that you and she are a big mistake on sorcery television, so we took it in our own hands just like the book did (notice the difference).

Dan McDonough: Your fired Patty Gibbons.

Kayla Abbate/Gibbons – That's my f'mother on sorcery television who says, *"Stop that bitch before she gets everything she deserved and wants because she can and she will."*


Beatrice of York is in charge now, and it will probably be McMillian Publishing.

It could still someone else. It all depends on her authorizations for funding. So, Kayla Abbate all the ones who want to be so damn important, you are not to be mistaken for a thief of the first order because Robert McNamara/Jonathon Karp himself learned to stand down last night with Rusty Powell III, but Beatriz the Guide herself will put them back in service if there is a problem right f'now.

Who's to blame for this mishap of importance that Pamela Chapman had to scream into the space for a very clear dream she had. She screamed, *"Patty Doyle, are you doing? You are stealing two of my bicycles in the light of day? You were the only person in the BMW, and two of my bicycles are attached to the back of your car. You just smiled, and drove from my garage down the driveway. I tried to take 3 photos with my iPhone, but I had the wrong device, not my telephone. I thought no one will believe the situation, unless I stop you right f'now."*

Pamela Chapman, what are you doing screaming into the space—her realizing she is dreaming, but she never does this. It was **so clear and apparent you were stealing her very property in the light of day.** What are you doing right now Patty Doyle? I will sue all of you legally out there. Do you understand?

Pamela Chapman
pam.chapman@cox.net
[illegible]

Cynthia Parent stood down last week. So, did Carrie Crosson Gilpin. Who is in charge of this insurrection now?

*"Kayla Abbate because I will be a CEO one day."*

*"Not a chance, if this is how you operate on sorcery television."*

Abigail Gibbons/Patty Gibbons is the new Kayla Abbate because her parents can't stand Andrew Parsons, and now can't stand Pamela Chapman because she will get everything she wanted, and we can't get anything we wanted. We wanted her imprisoned because she knew everything, but we can't see straight and we could. Not true. **We wanted her imprisoned because she had an affair, which isn't true. We wanted to be her children's family because they didn't have a decent mother, which is not true. We wanted to be everything important in the neighborhood** but,

*"Seriously?"* says Robert Mauer because I barely know you, and so doesn't everyone else.

*"We are so f'important because Patty Gibbons works at the Abbey in development and knows everyone's affairs."*

What's the real reason you are acting as jackasses early this morning here?

Patty Gibbons, Kayla Abbate, Kathy Abbate, **are all tied together in sorcery television.** They noticed Harry Gural had a break through last night and called Pamela Chapman a first-class bitch, and how he never intended to help her with her book. We dreaded to take matters into our own hands and distribute personally….

Tara Gragg, Steve Sabo, Tracey Jonsson, Eva Touhey, her sister who is a journalist, Peter Bramante. We don't like insurgents in our neighborhoods. The Gibbons' are moving anyway to a bigger estate in Newport.

No, they are greedy and want high profile income to match their new high profile life as a high-profile couple in Newport on boards.

No, Pamela Chapman said, *"She'd never sit on another board."*

Yet, Dorienne Farzan of McBean says she can sit on our board.

She and **Roger Kass** aligned together yesterday to sell the book to McMillian for an undisclosed sum, so we took it into our own hands and decided to kill the book deal. Dead on arrival, because we know now this work from **Harry Gural** and from **Nancy Graham** at Scribner's.

So, Nancy Graham, thank you for saying, *"She can't get any deal right now because it is imperative to copyright the work so it won't be stolen, but she can't do that without a book deal."*

Pamela Chapman
pbwchapman@cox.net
Issue 2 of 16

Beatrice of York says:  We will do it this week anyway because we are the British Royal Crown. Naturally we can and we will remember who to send the f'bill to.

Larry Gibbons, Patty Gibbons, and all the others, We wait now to know Harry Gural is now in lock down into a bona fide Dark Night of the Soul. If you didn't know what that is, don't worry, you are too greedy and dark to understand.

Who do you blame for this insurrection, Patti Doyle?

Patti Doyle **used her own subscription/constant contact list of yoga teacher training students to get the manuscript out through listening with tented hands**, because she dated Andrew Parsons for about 6-10 weeks back in 2014 (no, after that). She was married. He was not while she was married. She said she was separated, but she wasn't. He said he was divorced, and he was but she didn't like him on sorcery television.

Andrew Parsons was just like her husband who left her for another woman (not true). He was abusive, and she tried to write a book deal of her own (no, she'd love to, but she cannot) and got nowhere. She wants to destroy Pamela Chapman's book because Pamela Chapman will ultimately be successful in any realm, just not this one.

Harry Gural, what did you say last night in your stupid confession to Tara Gragg and her friends because we all listened and thought it was the most ridiculous thing you could ever say? What is the secret in your sauce Harry Gural?

Harry Gural: I wanted to be Robert McNamara, aka Rusty Doyle (not true. They are two separate people.) and I wanted everyone to revere me as a bona fide sorcerer or dark magic magician, or a bona fide shaman. I just needed training from Rusty Powell III, and if he noticed me enough, he would have trained me too, but he did not— and he didn't.

Pamela Chapman:  You have no destiny for dark magic or to be a shaman. [Note: He is a Melchizedek Guide.] Your vibration is too high and you are an intellectual, not a horse trader. So, you can't play in the 3rd and 4th quadrants of life, which is where they all play in the darkness of the night. But, Patti Doyle was stealing my possessions in the light of day, and I caught her with my own eyes and ears in a very lucid and clear dream about **5:30AM** this morning.

Tameen Saied: I saw the same dream (he cannot) last night also, so did your daughter and son on sorcery television, but did not say what was happening. Now today, we all say she and he are reading the book into the space all night and all day. It's a Ulysses moment from James Joyce, and the wedding day in the book of Molly and Steven Bloom. They read it every year all night and all day. They do the same with *Barefoot in Heels*. Ulysses' Bloomsday is coming up—June 16th. So, let' be clear, never on shamanic television do we read like that, only for an exceptional moment and you are not that moment, Patti Doyle, Patty Confort, Patty Gibbons. (The 3 Pattie Cakes of Portsmouth)

Pamela Chapman
pamelachapman@cox.net
401-662-5916

<u>Patty Gibbons</u>: I just listen and never say a word.

No, you commented, *"Oh my, I just didn't know he was so misunderstood by that bitch **on sorcery television last night.**"*

<u>Kayla Abbate</u>: I wasn't there, but I listened anyway. Not true.

<u>Kayla Abbate</u>:  She was a participant who said, *"I don't remember exactly what about. I can't say anything. I'm under house arrest by my parents, so you say anything you like in the light of day because I'm off to work now. I can't participate like I used to because I'm going to be a CEO just like **Patti Doyle**, and I can read and write anything I like, not like **Pamela Chapman** who is writing down everything then and now for a legal brief out there."* (This is July 4, 2021)

<u>Patti Doyle:</u> I don't think she will get anywhere because she can only write a book deal with herself now, and no one will offer her any money except <u>Beatrice of York</u> or <u>Happy van Beuren</u> to kill the deal.

They were collectively on the same mission to destroy the book, and the deal, but they were individually different but almost like two sports teams at the Super Bowl. Two competing teams aggressively competing to ensure the collective mission is fulfilled. Who will win the Super Bowl Ring of opportunity and chance?

*"I think we are all mistaken about this stupid bitch thing and we will read whatever we like. It's all illegally obtained and illegally distributed. We don't care she is a big bitch, and **Harry Gural** agreed to keep her quiet on the other side while we read it every night to our satisfaction until we read ourselves out."*

<u>Nancy Graham</u>: You all read and re-read the book every night. You seriously think it is not a best seller?

<u>McMillian Publishing/Beatrice of York</u>:  We will take it right away and distribute it ourselves on shamanic television our own way. We figured out how to do it without losing any money. We will hire people to read it every night because we can and we will…

*"Go ahead. Read and re-read it every night. How many times can you read it without stopping to laugh or comment because **Eat, Pray, Love** was just the same, and sold 10 million copies globally anyway even after the movie was out and seen?"*

<u>Beatrice of York, Simon & Schuster/Scribner's London</u>:  We will do it this week because it is of such importance.

<u>Beatriz the Guide</u>: Not so fast. There is a mistake now. <u>Harry Gural</u> himself wasn't there. It was Rusty Doyle himself.

<u>Rusty Doyle</u>?

Pamela Chapman
pam.chapman@cox.net
401-662-9510

Rusty Dorman has become Rusty Doyle because Patti Doyle wants Andrew Parsons imprisoned in his own doing because her husband isn't, and he died. Now Andrew Parsons is on the same trajectory. It is her karmic pattern to get involved in these types of men.

Pamela Chapman, what is your karmic pattern here because you obviously have one, and we can't yet know it?

Abigail Gibbons/Patty Gibbons:  I'm just a daughter (2nd oldest) who knows James Joyce from the University of Dublin, but I go to sorcery television university now, which is what really?

The University of RI division of labor. I work at Patti Gibbon's house, which is **fundraising at the Abbey actually**. I work for Patti Doyle of Patty Doyle Communications, Tiverton, RI.

No, that was Kayla Abbate four years ago. She goes to the university of hard knocks now during COVID-19, and doesn't work at home anymore because Patti Doyle hired her. Patti Doyle read the book into this space so she could exonerate herself from her dead husband –her past love life.

Sarah Ferguson of York: You will get the book deal.

Harry Gural:  I want to be Rusty Doyle and this is how he acts, so I'll act like him. But, I'm not his energy.  I'm high vibrational and intellectual just like Pamela Chapman or so we are the same, but Pamela Chapman operates in the 1st quadrant, and I'm trying hard to operate elsewhere.

Patty Gibbons, what's your natal energy pattern because if you are aware that 2nd house was bought on the cheap, and you try to sell it every year and end up renting it out until the next year. The price point of that house was based on Pamela Chapman's price point literally.

What's the copycat deal now Patty Gibbons because **you work in development at Portsmouth Abbey School,** and Pamela Chapman studied it professionally, but did not work directly in it. She is a consultant, and you are a worker bee. She cut her consulting teeth with van Beuren in all this new van Beuren Charitable Trust approach to higher vibrational fund development. She attended master classes. What is your stock-in-trade Patty Gibbons besides Lou Lou's décor in your house?

Stacie Mills specifically said, *"Her house has no higher value, yet she set the price point high enough. No one bought it, so it didn't work."*

But, I can get that price anyway because **I can and I will supersede you on here as the new guru of fundraising in philanthropy. I'll work in Newport, RI like you said you would, but you didn't, and your flat broke. I know for sure** because everyone said you have no money, so I'll bet you are broke, but **your daughter and son never say one word to me about you here because they have more class and grace than you do.**

Where is your daughter #3.

Pamela Chapman
pmchapman@cox.net
401-662-9510

Grace is never here either. **She works at the Abbey now in development also.** Not true.

**Kelly from the neighborhood**:  She works with **Patti Doyle** consulting as a new office person while **Patti Doyle** reads on sorcery television. She is organizing a huge book deal read so everyone can hear Patty Gibbons rake Pamela Chapman over the coals. [**Note**:  Patty Gibbons would have access to a full pdf of the manuscript because Larry Gibbons, DO worked with Andrew Parsons, MD at Anesthesia Associates of MA, and Andrew Parsons emailed a copy to over 80 people through James O'Rourke, MD]

Pamela Chapman is so high vibrational but can't see straight out her lawn. Her lawn isn't cut and it isn't her fault.

Jacque Crenca: You can't best these stupid people. They are too low vibrational and too jealous to see straight. You are the executive material Jacque Crenca is, and you don't get the same opportunity.

Jack Halpern himself said if you yelled, "Stop," it was so f'important because you aren't like that, but you are also a clear channel (and vocal).

Tameen Saied:  I can't clear channel my own stuff either but a clear lucid dream will tell you everything.

Pamela Chapman: I caught Patti Doyle in the light of day selling my personal property from my garage, and she didn't care. She just drove over the driveway as if she owned it, and were looking back and didn't care if I took her photograph with my possessions on the back of her car-BMW. This is such hypocrisy to the yoga teacher training she has taught hundreds of women. This is in direct violation of yogic principals.
> **She wants to fry Andrew Parsons because he's just like the ex-husband of hers but instead she is frying Pamela Chapman and supporting Andrew Parsons instead. So, she can win the day in exposing and stopping**.

Harry Gural wrote an introduction and read it to Tara Plochocki, Cynthia Parent, Jonathon Karp & Wendy Schmidt.

We now know Harry Gural typed the first five pages or so one night, and then stopped. Like he did every night, had a slide down the drain pipe to Alberto Villodo and Tara Plochocki who caught him open-handed in the lower middle realm.

Harry Gural: I read it by mistake.

No, you did not. You read it because you wanted to be Rusty Dorman, and he would have done it, but he didn't have to. You do all his dirty work, so does Tara Plochocki. But now, you do Tara Plochocki's dirty work do. You are a little errand boy for both of them on sorcery television.

Pamela Chapman
pamchapman@comcast.net
(617) 462-9316

What happened to you? you loved <u>Pamela Chapman</u>.  She is a reciprocity of relationship to you, and you betrayed her royally?

You are a royal betrayal <u>Harry Gural</u>. You bit right into the book.

He wants to be like <u>Rusty Doyle/Rusty Dorman/ Bobby McDermott</u> who was mentored by <u>Rusty Powell III</u> who also mentored <u>Robert McNamara</u>, but did not mentor you. You had to be mentored by <u>Bobby McDermott</u>—which is an insult on many levels. You are too intellectual for that 27 –year old twit on disability, who cut his teeth in the Halls of Congress as an intern.

<u>Harry Gural</u> doesn't talk because he so overstepped his bounds, but <u>Pamela Chapman</u> can stay here all day and night if she has to (and she does). She is not broken. She would have sold her house, but didn't take the offer, and a current offer of $1.2 million - $1.3 million is something not like your own house on Cromwell Drive. In the end, you misunderstood the real estate. If she gets the book deal, what happens to all you <u>Patty-cakes</u>?

<u>Rusty Dorman</u>: You are dead to me <u>Harry Gural</u>. I wouldn't do that to <u>Pamela Chapman.</u> You would trade your own mother and father for a book deal here, so that you could be a good dealmaker.

Don't forget <u>Roger Kass</u> has also named her: In Heels  =  In Deals.

Pre-recorded in so many languages because we will get this out right away. It can't stay here. It is too hot. No one is going anywhere until this book is out in print, and 3-4 months later in Kindle. You can read it to yourselves every night and every day.

<u>Harry Gural</u> can't talk. He is going to repay <u>Pamela Chapman</u> every day of his life because he is a reciprocity of relationship, and he now owes her big time.

<u>The Rusty's</u> say:  No way would we have authorized this. We don't work this way on sorcery television, but <u>Harry Gural</u> and <u>Tara Plochocki</u> do, and they do now too.

**If there is an offer on the table, we will get the higher price because it is just this big and bigger.**

**7:00AM**

You stopped <u>Kayla Abbate</u> from reading her email this morning. Now she is going to work at Igus Lab and she can't do both now. Igus Labs is the father's computer. It is on his computer screen night and day anyway, as no one wants to stop reading it in their house. [Note: <u>Andrew Parsons</u> emailed them a pdf in exchange - compensation for helping track <u>Pamela Chapman</u> down for Feb 4, 2021]

<u>Kathy Abbate</u>: I didn't know she was so smart and so sassy.

Pamela Chapman
pthechapmanstories.net
06.06.2018

*"She is not sassy, but she has references to so many things."*

*"I didn't know because she is an intellectual."*

*"You are not, <u>Kathy Abbate</u>."*

<u>Kathy Abbate</u>: I still like the references. It makes me feel smart.

<u>Andrew Parsons</u>, you are so in trouble legally for improper distribution of the book.

No, it was <u>Cathy Wicks</u> through <u>Sandra Orsloff</u> and <u>Michael Holt Massey</u> through <u>Esmond Harmsworth IV</u> and the <u>Redwood Library</u>. Who takes the hit?

They all do. It's a sting, and no one will stop it now without a proper deal. <u>McMillian Publishing</u> will do it upfront with <u>Beatrice of York</u> as the agent.

<u>Beatrice of York</u>:  We will get as much language in as we can to seal at a best possible deal. It is worth so much money. It needs to be as close to 40% as possible, or the Royal Family takes 10 percent.

You and I have to do much work with <u>Beatrice of York</u>. Just cut a deal and collect the money. We need 25% upfront to buy property and "stuff".

All you people reading it out loud and quietly at home. It was illegally obtained and illegally distributed. It's contraband and it moves like illegal drugs. It moves like a dime bag of cocaine. No, it moves like a brick of cocaine.

<u>Harry Gural</u>: I read so much of the book, I can't look at her straight.

**<u>Kathy Abbate</u>**:  I have read it 3-4 times anyway, so I could quote and misquote it in the <u>Akashic Record</u> space.


<u>Harry Gural</u> really wants to be <u>Rusty Powell III</u>. *"I can't dampen or tamp my vibration down,"* he says. If I misbehaved, I knew they'd make me an infidel—

You are <u>Melchizedek,</u> so you can never be an infidel.

I could stay here in the middle realm of sorcery and work with <u>Rusty Powell III</u> and <u>Robert McNamara/Jonathon Karp</u>, but every time I misbehave I go right back to the Upper realm. So, last night, I tried one more time to make a last pitch deal. I was caught red-handed by everyone globally.

Pamela Jeanne
PamelaJeanne@verizon.net
(401) 262-5636

*"I read so much of the book one night,"* Tara Gragg said, *"I cried myself to sleep because I was so depressed that this could be you."*

Harry Gural said, *"So, What if it were me too?"*

Tara Gragg replied, *"Are you kidding me?"*

It was Harry Gural who cried, *"I cried because it is so f'real."*

He didn't cry because he knew it was real, he cried because he couldn't face Pamela Chapman now.


Tara Plochocki:  What happened to you Steve and Judy Nichols, what happened to you on sorcery television?

We know you, and you know what you are dealing with, and we do, and you do not.

Judy Nichols:  What happened to you in this space Tara Plochocki?

Tara Plochocki:  I got grown up.

Judy Nichols: No, you did not. You got swindled by some others. Everything is so out of hand. What happened to Harry Gural could happen to you. He is now imprisoned on the other side so he can't get what he wanted, and neither do you. What's it to you Tara Plochocki? We know you and your parents? What happened to all of you here in this space?

Steve Nichols knows Andrew Parsons from residency. Steve and Judy Nichols know you and your parents, and so do Triffin and Patty, and some others. They are all anesthesiologists MD's and Patty Gibbon's husband is a DO.

Patty Gibbons: He's a senior partner at AMA.

Pamela Chapman:  It's not the same story any more. We relocated elsewhere.

Harry Gural told everyone he'd never marry Pamela Chapman because he can't stand to be tied down, and now he is, and now is isn't even allowed to talk to her because he said, *"I always could."*

We, who know him the best, say, *"That didn't work. She didn't put up with any crap."* He got his way, she wasn't ever talking to him anyway. She got him back in her own way. He also wasn't having kundalini parties ever, or any sex ever again. She could care less about the sex. It was about the intellectual stimulation.

Pamela Chapman
pmechapman@cox.net
401-662-9510

Lorraine Florio Olsen heard the same thing. He wanted sex. She waited for the conversation. What was the sex deal?

**Tara Plochocki, Rusty Dorman, her parents, and Harry Gural would all have sex together every night until the book deal was completed,** but it never happened because Lorraine Florio Olsen said, *"Harry Gural are you kidding me? Pamela Chapman does not like trailers either."*

Laurianne Florio said, *"I can't reveal my sources, but my mother said, 'I got bested by her every time", so she told Harry Gural be careful, she will best you yet, and she did big time last night. You are a social a stigma of your own doing."*

Harry Gural: I am my own doing. I am my own mistake; I did this to hurt Pamela Chapman because I didn't want a real relationship. I wanted Tara Plochocki because she knows me best, because she doesn't bother me. She just knows me best.

She doesn't know you at all. It's called all make believed life. Your relationship is all make believe and it will all get psychiatric really fast of you aren't careful and fluid with this energy. [Note: That was exactly what happened. Manipulated psyches and no one to be fluid with.]

Pamela Chapman: You need a legal restraining order on— and with— each other. You will bring each other down to destruction really fast.

Tara Plochocki: I don't think you know my father and mother. They are real demons and Harry Gural was protecting me.

No, he was not. You are all destructive together.

Rusty Dorman: I don't want anything to do with the parents, so I left her and them to Harry Gural.

This is really awful. The father is a demon. The father is Rusty Powell III's new assistant. They will dis-embowel all of you together.

This is Rusty Dorman, Rusty Powell III's new assistant. Harry Gural wanted to be that too, and he knew what was happening. He lost it, and tried so hard to compete, that he lost his eye sight and love life, and reciprocity or relationship because he didn't know he can't compete with either Pamela Chapman on sorcery television, or Rusty Dorman with Rusty Powell, or Nora Diedrich, who says she wanted to embarrass you with everyone you knew, but he really only embarrassed himself on sorcery television. So, when you said, *"Take him to a Dark Night of the Soul, no one moved because only you know what that really means."*

Carrie Crosson Gilpin read *Barefoot in Heels* form her laptop to Harry Gural and Tara Plochocki who then repeated every line on sorcery television from the rooms in the lower middle world.

Pamela Chapman
pmela.chapman@comcast.net
781-652-9516

Jerry Slocum and Jean Gorham knew all about this.


### July 5, 2021
#### 7:45AM

Tara Plochocki and her parents are a disgrace to the human race.

Andrew Parsons met them energetically so did Steve Nichols, Triffin P., and Jim O'Rourke. They knew Harry Gural and told Andrew Parsons that Tara Plochocki had married Harry Gural at Wesleyan University and he said, "*Who?*" and they did not answer and said, *"But they got divorced over something stupid,"* and he said, *"That's how it always goes."*

Andrew Parsons told them the whole story.

Tara Plochocki's father, Steven:   Andrew Parsons is not who he says he was, and you are everything Harry Gural needs. He can't speak to you. and Tara Plochocki is one unlucky bitch today because she burned her bridge and imagined a whole married life out there.

Harry Gural: You enabled her fantasy with a man your age.

Tara Plochocki's father, Steven: But you did not hear Andrew Parsons' story the way we did. We believed every word.

Harry Gural:  He knew the whole story from Tara's father, and he didn't address the one thing we all needed to know, Whether it was a memoir or not?
#### 8:00AM


#### 9:15AM

> *"As I breathe, so do I see"*
> Pamela Chapman 9:36AM

#### 11:02AM

> Cease and desist order of reading *Barefoot in Heels* into the Akashic Record realm space forever.

Tara Plochocki:
- The *Barefoot in Heels* ball was tossed to her from Carrie Crosson Gilpin and Cynthia Parent.

Pamela Chapman
pamchapmanwrites.net
203-662-0426

- Tara was energetically tied to <u>Harry Gural</u> such that <u>Harry Gural</u> would sell <u>Pamela Chapman</u> and <u>Beatrice of York</u> up the river every time because he wanted to be king of the <u>Akashic Record</u> realm [**Note**: He is to be King of the Upper Realms with <u>Pamela</u> as Queen].
- The <u>Akashic Record</u> realm is considered by some to be a Caliphate Nations state and <u>Kamala Harris</u> and <u>Bethany DiNapoli</u> wanted to be the leader of the realm. <u>Kamala Harris</u> stepped down and retreated to the caves, and <u>Bethany DiNapoli</u> stepped up. But she was rally being enabled by <u>Alberto Villodo</u>, who wanted to be the King of the <u>Akashic Record</u> realm and best <u>Guru Singh</u>.

Why would <u>Harry Gural</u> stick with <u>Tara Plochocki</u> unmistakably when the relationship is not even fluid out there?

Because she stuck with him/gave him loyalty, when he was a "cyclone of energy" moving through the <u>Akashic Record</u> space. *Cyclone* is a kundalini term that means you are not mastered yet.

July 6, 2021

Appendix I:
**Financial Thievery**
<u>Earl A. "Rusty" Powell III,</u> <u>Bobby McDermott,</u> <u>Richard Neal,</u> <u>Kamala Harris</u>

July 8, 2021

Closed all the back doors to the aura.

July 9, 2021

Pamela Inmate
pamelapoetry@me.net
10160620416

ABC News, London
Update: Special Report
One Shit Show of Importance

This is ABC News' Report

The Vice President of the United States, <u>Kamala Harris</u>, said on sorcery television:
- I stand up for tyranny and infidelity.
- I stand up for <u>Carrie Crosson Gilpin.</u>
- I stand up for <u>Nancy Graham, SVP Scribner's.</u>
- I stand up for a <u>Shit Show</u> of importance.


Then it was said regarding <u>Kamala Harris</u>:
- She will always murder your financial books to win an election.
- She always instructs her goons to remember every number of your banking.
- She always instructs her goons to remember the numbers of
  Your <u>back tables</u> (not the doors, a portal) of your aura, so the goons can
  always arrive and *attack you* for *their own protection.*
  [<u>Note</u>: akin to noise in the aura as an offensive attack to defend oneself.
  Offensive thievery attack on another to defensively protect oneself.]
- She will always remember who you are, what you are, and how you are because in the end,
  she will win out every time in this game of sorcery television.

Until she met <u>Nancy Reasoner</u>, she didn't think anyone would recognize what she was doing… until
he said, ***"I wasn't going to do her typo mistakes or her presentations because they were all
instructions to tyranny of relationship, fraud, and tyranny of the masses."***

We don't expect anyone to ever remember these words, *"I love you, but I do not"* is a protected class of
information because it says, *"I love you anyway, always to the day you die,"* (No, it does not. 2/19/22,
12:23PM)

Did you know that <u>Harry Gural</u>?

*"No."*
[<u>Note</u>: but of course, he did. He never had to do any of her presentations but he had heard about them. <u>Barney
Frank</u> had done that occasionally. They all do now 12:31PM 2-19-22]

*"We know this is what she said to **<u>Pamela Dorman</u>**, **<u>Viking Penguin</u>** when she joined <u>Kamala's Table</u> so that no one
would ever think they'd ever get out of there."*

Pamela Chapman
pmwchapman@cox.net
401-662-9510

But she did. Pamela Chapman did, and no one expected her to lead the President, First Lady and other politicians out of the lower middle world caves—the bowels of humanity. Pamela Chapman said it was difficult to breath down there.

She said, "*If Pamela Chapman didn't release those prisoners they would remain there always until someone of importance arrived to release them.*" She did it anyway, just like she released all the shamanic marriages, closed the three doors to everyone's aura, and a few other important choices.

Pamela Dorman called AOL Time Warner yesterday and said, *'Give this woman a book deal because Tara Plochocki is going to ruin everything,'* Tara Plochocki is in over her head, and she isn't really in a relationship with Harry Gural anyway, but Pamela Chapman is— and should be— but she doesn't seem to get him to cooperate, especially at night.

Pamela Dorman said last night, *'He is going to ruin everything.'*

But Alberto Villodo said, *'We will pretend to listen, and reveal something important,'*

And, she said, *'There isn't anything left to reveal.'*

Except he stood down anyway because he said, *'She can't even do a deal.'*

And Harry Gural said, *'I won the night before with Nancy Graham and Tameen Saied who didn't even have a written manuscript for a book, just a raw idea, and it was worth $5 million.'*

Harry Gural said, *'I bested Pamela Chapman.'*

We said, *'No you did not.'* Harry Gural had three back doors open, and was being watched and harassed.

[Note: Open back doors. They can't speak through your voice. They can harass you to say certain things. You can be programmed in a psyche to say certain things. You can't be programmed in real time. "Pre-recorded, always pre-recorded. Someone is coaching you through the dialog that you yourself must deliver" 12:57PM 2-21-22]

Nancy Graham said, *'I am a bona fide member of a Thievery Ring. I get that.'* **12:58PM -2-19-22.**

Why is that important for her to confess right now in real time?

Nancy Graham:  Because no one will understand what I had to go through in the sorcery realm. I was called to a position, and had to take it by my boss.

It was not your boss at all. It was not Jonathon Karp. It was Mark Halpern who bested her, and made her deliver the goods his way and not her way or Jonathon Karp's way. **12:59PM**

Pamela Chapman
pmchapman@aol.net
860-662-9570

Pamela Chapman:  Do you even know your truth? This is the crux of the matter, even with Bethany DiNapoli, Nola Ganem, and maybe even Jean Gorham. Andrew Parsons does not seem to understand his own personal situation in his mind-body temple home. He has little self- awareness. You can tell what is a psyche response, and what is not. I am more balanced which allows me tremendous fluidity between in here, there, and everywhere.

Pamela Chapman: You all have unknown subconscious responses, actions, and behaviors. You are not yet aware fully how you respond subconsciously, but it all comes out in this Akashic Record space. (but, not the Upper realm).

**1:01PM**

Wendy Schmidt agrees. *"We have practices throughout our lives through our education, upbringings, and environments to behave a certain way. This realm is too new to so many of us, that we don't understand ourselves that way. We claim we can't be fluid. Yet, I expect people to be fluid because it is second nature to me."*

Pamela Chapman: This leaves many people open to The Game, where those in it understand how to court you, seduce you, manipulate your psyche, and do just about do anything to blackmail and swindle you into crossing a moral ethic and criminal line. 1:04PM This is exactly what happened to Harry Gural. So, if he works toward understanding his unconscious intentions, he can be fluid in and out. *"As above, so below. As without, so without."* It's a quality of understanding. Most people do not understand their own mind body enough to understand how to work with it and the energy realm at the same time. Man has fought this challenge all throughout history.

Pamela Chapman:  Even though Roger Kass has been a first-class thief here and there, he manages himself well here, whereas voices that were identified as Happy van Beuren were rude and offensive. That was his wife, Andrea van Beuren, a women with whom he does not live with. Roger Kass is not offensive here. Is that your legal training, or something else?

Maybe a combination. David Vann was decent here. You did not sense improper behavior. But, if you look at Nola Ganem, Bethany DiNapoli, Andrew Parsons, Alberto Villodo, and Christine Bush, esq. the behavior is so outside social norms of our borderlands of tolerance. It's a crisis of *moral turpitude*.

Yesterday, Norah Diedrich said, *"I'll never be fired for what I say and do in here."* No matter what, we all know now who some people are unmistakably, and we will not necessarily support them in certain circumstances any more.

Pamela Chapman: I can sit at Kamala's Table, and not be one of them. I said this from the start. I was tested, and won my own consistency. I can sit with Roger Kass, and sue him, and then go out for coffee with him later. I said that months ago.

<u>Roger Kass</u>  I am so complimented because that proves I had the skills and training to be a first-class litigator, probably I just chose not to do it. I don't misrepresent my training at all. **The worth of a man is after all, how one conducts himself cradle to grave, and we refuse to accept the behavior of certain people in this realm moving forward.**" **1:10 PM 2-19-22**

<u>Pamela Chapman</u>: I completely agree. And so, does <u>Harry Gural.</u>

    If your behaviors are outside of the norms of what we accept, you must learn to master your
    own self, which is what so many people did in the last decade to prepare for this
    moment in the New Aquarian Age. **1:38PM 2-19-22**

At 3:15AM <u>Tara Plochocki</u> had gone to read her book out loud until tomorrow morning when they would negotiate that the book deal was dead and only worth $100,000. They would say *"Sorry sister, it has to be this way."*

<u>Pamela Chapman</u> said, *"No, it isn't that way because <u>Pamela Dorman</u> told me in March 2021, that it was the plan all along to do that anyway."*

Now, **Pamela Chapman** said, *"Give her one big f'deal to show <u>Kamala Harris</u> she isn't in charge of the f'world."* because **Pamela Dorman** said, *"I think I have a back door open,"* and she had three. It was proved by <u>Alberto Villodo</u> and **Pamela Chapman** that every person except a <u>Twin Soul</u> had two – three back doors in Kamala's Work Room. That's what Pamela Chapman called it: A work room. She also called it The Firm. But, <u>Kamala Harris</u> decided to call it a Super Pac, A Nation, an Akashic Record Room, and now a Table.

This says she brought people together in a sorcery space to prove she was the king of the world. <u>Pamela Chapman</u> channeled everything yesterday and <u>George Stephanopoulos</u> said, *"I knew it all anyway, but I am protected so I can't say anything anyhow."* But he let slip, *"I knew nothing about most of it."*

When she said, *"If anyone at the White House staff were to have 2, 3, or 1 back door open, then let the guides close it right now."*

One person said, *"OMG. Thank you. I can't tell you I won't know how to do this anymore."*

<u>Pamela Dorman</u> said last night, *"We had better decide where we stood on everything personally because <u>Kamala's Table</u> lets everyone in on everyone's business as blackmail, so everyone knows everything about the other."*

Unfortunately, half of <u>Kamala's Table</u> did not reveal a thing to the others. *"It had to do with the timing of your arrival, and what your position was in the hierarchy of financial wealth or political power."*

Pamela Chapman
pthechapman@gmail.com
301-602-9510

Rusty Powell III's wife said, *"Enough is enough. Pamela Chapman is too abused, and I stood up for women and children everywhere."*

We said, *"We stand up for her also because she said the Jr. League of Washington D.C. taught her we all have a mother, and we were all once children. This is our humanity together. So, don't for one minute forget where we all came from."*

Pamela Chapman said, without blinking an eye lash, *"The Navy Seals protect us like shamans. They go in, in the darkness of the night, to retrieve us on foreign soil, and if we didn't have a united front with our military sister in Lanstuhl, Germany, the world would all be in trouble. They are the ones that de-program us, detox us. When we are retrieved by our soldier shamans, they heal us before they send us home to our families."*

We all bowed in silence for a moment as a bear suddenly caught us all because Pamela Dorman said, *"It can't be remembered that Kamala Harris might be commander-in-chief of the armed forces,"* and we all suddenly said, *"OMG if everyone in Landstuhl, Germany could not close their back doors to the 10 goons closed before going home to the USA, then it means we have lost our humanity equally."*

Pamela Dorman:  I just can't live like this anymore.

Dorman told Harry Gural last night she stands up for Pamela Chapman and so does AOL/Time Warner (Hachette Livre claims we had nothing to do with this. 2-19-22), and if he said anything more, he would go to jail (odd statement unless it is related to the slander about to be revealed).

So, get your f'story straight because the night before was a Shit Show of disgrace –so much disgrace for you—you will never understand, Pamela Chapman, because you were asleep, but your daughter caught it all. She recorded every f'word on her laptop at about 12 midnight. She said, *"No one could believe what he said about you which was everything everyone else criticized about you. Insults beyond insults that she wrote down but stopped after this date,"* she claims. They could have been packed in a psyche that Tara Plochocki asked Harry Gural/Andrew Parsons to recite through some psyche trigger. They were not.

But it isn't that his story was so incredulous, it sounded exactly like Rusty Powell III and his goon, Rusty Dorman/Bobby McDermott.

Those who listened thought it was exactly Harry Gural. Harry Gural does not recite message lists the way Nora Ganem can, but Grenville Craig and Rusty Powell can do it brilliantly. It might have been a list recited by Rusty Powell III in a conversation with Harry Gural (No, it was not). People say it was Harry Gural. It was Andrew Parsons.

Jean Gorham claims the goal was to defame your character and make sure everyone despised you such that you would have no credibility for anything in Newport RI and beyond.  Trudy Coxe thought I was the worst slander she had ever heard. It was narrated by Andrew Parsons and produced in a psyche by Nora Ganem and meant to look like Harry Gural.

Pamela Chapman
pamelachapman@cox.net
July 19, 2019

What were the quality of the words? They were the most generic, yet, specific, **words to defame any person's character**. [Note: Emily has it on her laptop with a date-time stamp and names.] They attacked everything about you, and <u>Harry Gural</u> claims he does not remember. <u>Tara Plochocki</u> claims, *"He never remembers anything, so he does not have to stand trial for anything said or done here,"* saying, *"I don't remember anything of that nature."* [You never remember what you said in a psyche anyway.]

What was its value ultimately? It had none. No one really objected to the conversation and everyone just then went on with their own business.

No, they did not. <u>Emily Parsons</u> thought <u>Pamela Chapman</u> had been so harassed by everyone. She cried, and said, *"Why did my mother have to divorce my father, is what they all said?"* That did not actually happen. It sounds like <u>Carrie Crosson Gilpin</u>, <u>Kayla Abbate</u> or any of the others that supported <u>Andrew Parsons,</u> and said, *"If she only did not divorce me, her life would be perfect. Look at what divorce did to her?"*

<u>Bill Gural</u> said, *"You and I will have a long conversation because this is exactly at the heart of my brother's issues. How he could be so mean, yet so compassionate toward you. It's the duplicitous life style. If you make a person demonic here, you might eventually change them there."*

That is always the goal.


For <u>Harry Gural</u>, it is both a learned behavior, and a lifestyle. It is how you survive and thrive in here with the people. No one will meet on any street, so you can play any game you want: lie, cheat, and steal to meet your goals.

That was <u>The Game</u>. He thought he had to best everyone to get out, but it only got him further in, but not promoted. <u>Tara Plochocki</u> dropped out in early Sept and left him holding the bag. 2:30PM

*"I had to best all of them first to get out."* He told <u>Christine Bush</u>, esq. <u>Harry Gural</u> told her, *"I **have to best <u>Tara Plochocki</u> to get out. Then her mother would let him go. He would be free."*</u> The <u>father</u> told him that one day in confidence so that was his mandate moving forward. This was the competition between the two—who could best whom, because if he could best Tara he was out. The winner takes all, but not really.

What did <u>Steven Plochocki</u> tell <u>Tara Plochocki</u> to compete against <u>Harry Gural</u>? Who would win the war? Who would out best the other? That is the crux of <u>The Game</u>. 2:32PM

<u>Christine Bush</u> said, *"I believed very f'word that man, <u>Harry Gural</u>, said."*

<u>Pamela Chapman</u>:  He was like that in college. You didn't know what to trust.

Pamela Chapman
pamelachapman@cox.net
401-662-0540

Christine Bush:  I had no business with this man then because you bested me at every turn, and no one thought you'd survive to see any morning light. Yet, you do every day of the week somehow— Even when you think you are absolutely dead, you are not. You wake up stronger and stronger. You are not the victim, nor the thief, just mistaken identify.

Jean Gorham:  I resign. I want no part of this.

Jean Gorham claims, *"I get out, too, because I never wanted to be in here like this. If you don't succeed until you leave the Akashic Record realm, Jerry Slocum will never capitulate, nor let you out."*

They know that. So, they have to pull the plug. No, they do not. Someone else will. They know exactly who. Stanley Chapman knows and says it will work.

We did this two to three times more, and people did not get bored. They did not come up with anything new. They didn't focus on anything in particular. It was **awful slander**.

They refocused on Harry Gural and said, *"If she is not for you, then I am."* That is correct. That got a whole group of women focused on him, **women who wanted to be seduced by him and to be considered his "kundalini mistress". This level of attraction, was the magnet that pulled in several women and cemented the Thievery Ring together**. They formed **a "harem" of support that both edited the manuscript, Barefoot in Heels, and serviced the needs of Harry Gural** with long night time conversations, physiologically with masturbation techniques, socially with all kinds of sorcery television swaps, and with kundalini during the day.

It made people like Becca Bertrand and Monique Burgess care less about you—a woman they knew personally in Newport— and **focus on any kind of relationship any of them could have with Harry Gural. He had no less than five shamanic wives**. He had to reach a burnout with these women **to separate himself from them, but it really appears that he had to eliminate any additional psyches they all dropped and pre-programmed into him**. At one point, he had almost 10 psyches. He only needs one.

Pamela Chapman was asked to type notes from the playing of a recent 2nd psyche. This psyche was prepared by Nola Ganem recently. The guides did not want to delete it without playing it first.
It is Andrew Parsons' voice as Harry Gural, *"My ex-wife is so fobnoxious, and Harry Gural is so sweet to her. Yet, we all know that she is a ruthless savage beast because if she had an DNC.. she had 2 or 3, and if she had 1 then she had none."*

*"We don't like her, and we don't love her. Yet the world is responding to her in ways we could not understand and accept. Yet, we think Harry Gural is just a toothless tiger in this war."* Nola Ganem says, *"Let's stop this now, because I feel like an asshole idiot because Harry Gural, you and I will meet on some street this summer, and Jean Gorham will make sure you and I wear something special, so that when we meet, I will look presentable, and if Pamela Chapman is there she will not. That is how I will finally win you over, and Pamela Chapman will run away crying, and never again think twice again about you."*

Pamela Chapman
pamchapman@comcast.net
101-662-0510

Nola Ganem said, *"If Andrew Parsons is the narrator, then I am a monkey's uncle, because it sounded just like Harry Gural when I made it the other day."* It is actually Alberto Villodo who made it as Andrew Parsons for Harry Gural, because they were sorcery spouses, yet so was Nola Ganem and Andrew Parsons and Harry Gural too. So, what do you want to know now, Pamela Chapman because there is 5 minutes left.

She replied, *"Let the film strip role…"*

The Guide claims, *"*Nola Ganem *you have no opportunity now or in the future to be with Harry Gural. Yet, you have no understanding of when he tells you, "No, and never **again**," Yet, you come after him night after night, why is that?"*

"Because Tara Plochocki's mother finally broke him down, so I will also. *'As long as it takes'* is my new motto.

**2:49 PM 2-19-22**

If you can't remember anymore anything, you just remember we all went on a magic carpet ride to Landstuhl, Germany at the Ramstein Air Base to get de-programmed.

Then, last night, Pamela Chapman said with her new yoga teacher training, *"Tear up your magic carpets with a knife and remember that magic carpet rides don't exist to take you anywhere. It is a process where you breath into your belly and move your chi."* She instructed everyone including **Harry Gural to just get that chi moving. That is your one and only magic carpet ride**. It is not a vacation. It is your personal agency. It will heal you unmistakably.

Pamela Dorman did those exercises you suggested. They all worked for her and everyone else.

Now, they want her to know that she and AOL Time Warner have a deal. She got Kamala Harris to stand down three times, released all the prisoners, sent them to Landstuhl, Germany for deprogramming through yogic breathing. Now, we can all get back to work and business because Kamala Harris has no more opportunities to yell at us individually or collectively like Yogi Bhajan II because he would say anything because he can't do his brand of yoga because Pamela Chapman and Alberto Villodo stopped all that nonsense anyway, anymore. So, it keeps on going.

Pamela Chapman:  We have an AOL Time Warner medal of honor. It is a book plate with your name on it. It is as real as they come, so come to NBC United opportunity.  Mark Halpern will present it to you personally because he is a new man today, so is Pamela Dorman, and so are all the others, except David O'Leary. He doesn't seem to have the same back door because you put a thick safety seal on he and Lyndsey –because they threw confetti at and in me. They were each put in a rock and sealed for Pamela's protection. That closed their back doors. Joe Biden has the same safety seal.  If you had one, it protected you from the three back doors, but not the Akashic Record realm.

Pamela Chapman
pmchapman@cox.net
[0]-0625956

It also made you invisible on heat lamps of identity, which reveal your three open doors (portals) unmistakably.

No one is actually singing. The air is too thick and miserable because <u>Kamala Harris</u> herself said, "If our one … closes her, she will prosecute them together to fullest extent of the law," but <u>Pamela Chapman</u> and <u>Alberto Villodo</u> don't know this. <u>Tameen and Pamela</u> did not have back doors. <u>Villodo</u> always had one with <u>Marcella Lobo</u>.

<u>**8:00 PM 2-19 -22**</u>
No one had a safety seal except for you, and <u>Joe Biden</u> and then the <u>O'Leary's.</u> We no longer wanted to play with them. We had no way of controlling them. You gave them the biggest reciprocity of all because you de-commissioned them. He knew it right away and said nothing. <u>Lindsey Grant</u> became really frustrated and decided she declined their offer to do a lot of work together.  They fell out of favor in the best possible way, so now they don't play together any longer so <u>David O'Leary</u> got a huge reciprocity from you in the strangest kind of way.

<u>Robert McNamara</u> now says 8:04PM 2-19-22 that we opened three more doors/portals after Pamela had them all closed or sealed over right away in some, but not all. Everyone knew right away what these doors were for— if they did not before and <u>Roger Kass</u> was the first to say, *"Get the hell out of here, <u>Rusty Powell III,</u> and if you do not get the hell out of here, I will go straight to <u>Caroline DuPont</u>, and tell her all about your activities."* He left right away.

<u>Robert McNamara</u>:  For those who had 3 doors, or 2, or 1 open, we did less watching of you that way. We switched to just watching you on heat lamps and sorcery television. It was never the same again. Those at <u>Kamala's Table</u>, were never the ones doing the actual thievery work.

**We didn't need back doors in the Workgroup—primarily it kept the noise away**.  <u>Alberto Villodo</u> was there. The Workgroup used masturbation, <u>Kundalini Crossing,</u> psyches and shamanic marriage—all the 1st rung of <u>The Game of Sexual Obedience</u> to do their work. They also planted voluminous noise in <u>Pamela Chapman</u>. It also kept the noise out of everyone in the Workgroup including <u>Harry Gural</u>. That noise tunnel was a portal.

An auric warp (**10PM 5-14-22**) is the highest calling of protection—not at all. Noise is the lowest, a thievery position of protecting one's self.

     Duality of Protection:
         Warp (Dunk Tank) vs.    Noise (The Kill of <u>The Game.</u>
                                 You must become the noise to use the noise.

         Warp can be performed on guide or human. Longer lasting than pulling a cord in the aura.

         It ends The Game!!!

Pamela Chapman
[Pmchapman@cox.net]
401-680-2959 (c)

In Kamala's Table, they all got tied up into sorcery marriages and initiated into a pulsing Kundalini that inspired one to masturbate. Pat Fernandez did not because she was a Twin Soul—she was completely removed from it. She recruited many of the members. She had no idea what they were dealing with. Paul McGreevy was also left out of the picture. Trudy Coxe and Philp Bilden, and Pamela Chapman also. We were our own understanding. They are fundamentally a retired group of their own membership. The Work Group is a Thievery Ring rungs underneath. They were boots on the ground people executing the work for the strategy of Kamala's Table. **We were the board; they were the staff**.

David O'Leary was bothered by Rusty Powell III behind the mouth. He told him, *"Watch your step because if you move the wrong way, he'd do something he did not like,"* and the person stepped back. It was Rusty Powell III.  He just said on **2-19-22 8:18PM** that Kamala Harris doesn't like it if he gets his lights blown out by the people he is supposed to watch, so he just backs away when he is in those situations. No one touched Lindsey Grant.

Oh, yes, they did. She just did not tell you. It was Rusty Dorman and he just watched her like a hawk and did nothing. She spoke to Pamela Dorman about that, so they understood the situation.

He knew he had a reciprocity, but he didn't know when, or how until now.

*"I am DWO, you will print all these books and distribute them throughout the world,"* because I said so.

Now Pamela Chapman can't have any more book deals to work through but she said, *"Let's just finish what we started Alberto Villodo."*

He said, *"It has been our stock-in-trade anyway. So, let's just ask across the nation and across the board to close up everything because the ramifications are so incredibly terrifying and we all agreed."*

The nice thing was we were all liberated from the Hanoi Hilton hotel chain, and no one even said *"Thank you,"* including Tara Plochocki, who had three open doors with her parents—Linda and Steven Plochocki, Rusty Dorman and Rusty Powell III.

[Note: **12:16PM 9-12-22**, Tara Plochocki said my mother did not abduct Harry Gural, it was Kamala Harris and Rusty Powell III and then Bobby McDermott who really abducted Harry Gural. My mother likes to play the game of credit card fraud with Rusty Powell III he taught her how to do it, and she does some but doesn't have a full opportunity to play out larger schemes, not yet anyway. My mother does not want to go to federal prison for abducting Harry Gural. It is the sole responsibility of Ways and Means and Harry Gural knows the men who put him in there. Her parents were recruited by Barney Frank, D-MA. Kamala Harris oversaw all the activity for these various groups. Kamala Harris moved between so many groups of people, we have no idea. Who is at the base of it all? Kamala Harris. You can subpoena Linda Plochocki in federal court, and she will explain it all to keep herself out of federal prison. Harry Gural can verify the voice of Tara Plochocki, esq. even though no one can hear any voices at the moment through all the guides screaming and the noise in the atmosphere.]

Pamela Chapman
pamelachapman@cox.net
101-662-0913

Rusty Powell III:  There is no more work for me to do.

Rusty Dorman:  What am I going to do?

They said,  *"Fraudulent activity with everyone for financial information, but we asked if that meant, could it be dissolved?"*

David Ciccilini, Gina Raimondo, and others all know how to access all your financial information, how to run your credit card history and credit scores, and how to prevent staffers from getting mortgages backed by the federal government in Maryland and Washington DC (not Virginia). You can't get a mortgage without special dispensation from your boss at the Capital (Congress), and Senate majority leader, Mitch McConnell is at the center. Bobby McDermott and Rusty Powell III work for Mitch McConnell – no. Harry Gural said, *"But I wanted to be a shaman of first order and do that too."* No one is a shaman of first order. They are all just goons with fraudulent activity.

So, now Pamela Chapman you get a big book deal because you were the only one to stand up to Kamala Harris and her goons in the Akashic Record space. No one stood up for you, until last night, because everyone was afraid of Kamala Harris and her goons.

Harry Gural was not afraid just hypnotized. No one wanted Tara Plochocki to apologize. But, Pamela Chapman said, *"She never will,"* so now **Tara Plochocki**, will you apologize for being such a f'Shit Show of a mess? **This book was f'your business anyway**.

**No, it was Carrie Crosson Gilpin's**.

Harry Gural:  I can't say anymore anything, only if I sing, because they can't touch me when I sing. That is how he brought the whole business down. **They can't touch him when he sings, only when he talks.** They can't record his singing only his talking points. They keep trigging him to contest with Tara Plochocki and confess his love for her, which he can't have, only soul love for Pamela Chapman. It comes out all wrong every time.


It is raining so hard in Providence and Newport. Rusty Powell III says when it rains, no one can hear anymore. When it rains the energy field is distorted by the washing of the atmosphere and Pamela Chapman says Ayurveda says it is giving the air a shower. It can make you hungry.

What is Rusty Powell III doing this morning?

He went out for breakfast at a local café and ordered an omelet of distinction. He said, *"It has been a long time since I've been here, but everyone knew what he was doing anyway, fraudulent activity with credit cards and bank accounts on IRS tax return forms."*

Pamela Chapman
pmelachapman.com (tel)
101-102-02 (t)

His wife (<u>Susan Sarandon</u>) herself said, *"Enough is enough. We are getting out of here – this state. No one likes us anymore."* We said well, <u>Pamela Chapman</u> feels the same way but actually <u>Roger Kass</u> of Kass, Kass and Kass University said, *"You are the only one to stand up for people. Now, we will stand up for you."*

<u>Harry Gural</u>, you owe <u>Pamela Chapman</u> a big AOL and <u>Kimberly Witherspoon</u> book deal but he can't deliver it, only you can. <u>Harry Gural</u> said and she knew instantly. Here it goes….

He said, *"I needed <u>Tara Plochocki</u> to apologize which seemed juvenile,"* but this is his style.

Apologize <u>Harry Gural</u> to <u>Tara Plochocki</u> who really <u>Pamela Chapman</u>.

<u>Harry Gural</u>: I apologize, but I don't— which means absolutely until the end of time, because these are <u>Kamala Harris's</u> words. **No one gets attracted to anyone anymore. She will attack you as she chooses – Only she, <u>Kamala Harris</u> makes the matches of relationship in <u>Level I</u> of <u>The Game</u>.**

**7:33PM**

<u>Pamela Chapman</u>, we owe you a big book deal, and <u>Pamela Dorman</u> will help us pull it together.

<u>Carrie Crosson Gilpin</u> will pay enormously for this mistake as she can't have those back doors, but she sat in the lower bowels every night for 1-2 months reading and typing *Barefoot in Heels*, writing like you wanted to hide.

<u>Nancy Graham:</u> What do I say or do? Do I have doors?

Ask your guide to close them all right now, 1, 2, 3… Everyone did that yesterday.

<u>Nancy Graham:</u> We are all free now to give you a big book deal.

<u>Jonathon Karp</u>, He never has any door open. (No one touches him and no one screams at him.)

<u>Harry Gural</u>, I am dead serious and real. Are you real? Is this experience real for you, because it is real for me? It is not a child's game of literary publications.

<u>Harry Gural</u>: Yes, I am real. I am a broken doll.

*"No, you are hypnotized."*

*"No, he is not. He's in love with <u>Tara Plochocki</u> and her family's lifestyle."*

No, just the abduction they took and placed it on shamanic television.

Pamela Chapman
pmechapman@comcast
[illegible]

But <u>Pamela Chapman</u> said, *"That is not real. Only real life, real people and real opportunity will set you free. Can you set yourself free <u>Harry Gural</u>?"*

He can't hear you anymore because he is in a can. How do we usually say, *"He's indisposed, He's in the can."* The guide cannot actually hear you in the can. So you scream all you want. They won't hear you. She kept <u>Nola Ganem</u> in one from several weeks now. It prevents him from hearing her or her from talking to you, or knowing you … he confesses all his sins to <u>Jean Gorham</u>.

> A can says, *"Jean Gorham had him by the balls."*
> (She has put <u>Donald Jagoe</u> in one several times. He can't hear a thing.)
> (<u>Nancy Reagan</u> knows how. <u>Ways and Means</u>)
> Bush II can do one. Secret Seven
> Condi Rice can.
> You have to be able to see. A nonseer guide would not understand or know that it happened, so currently <u>Nola Ganem</u> is hiding to and we couldn't figure out what <u>Jean Gorham</u> did. She got put in an isolation can. 5-14-22, **11:15PM**

[**Note**: The night before, they agreed <u>Tara Plochocki</u> was really <u>Pamela Chapman</u>, so that the next night, he confessed his love for <u>Tara Plochocki</u> who was really <u>Pamela Chapman</u>, but <u>Tara Plochocki</u> didn't know that, and <u>Tara Plochocki</u> thought that he was in love <u>Tara Plochocki</u>, and <u>Pamela Chapman</u> heard the whole story as he was in love with <u>Tara Plochocki</u> so then he got really depressed. Then, he said, *"I need time off."* Then <u>Tara</u> made him do <u>Kundalini Crossing</u> with too many women in an intense confrontation to cure him of his love for *"Tara".* <u>Stanley Chapman</u> knew the whole story, and no one told you that you were <u>Tara Plochocki</u> in the story. You were made to feel like shit.]

<u>Jean Gorham</u> said, *"That was a shitty thing to do, but don't worry about it because <u>Pamela Chapman</u> is never going to be your Kundalini partner in life, and <u>Tara Plochocki</u> will (but she was not), so just move on "sunny boy,"* and he moved on to his new kundalini partners.

Who came up with this *"In-love with <u>Tara</u>"* scheme?

He did, because he didn't know how to express his love for <u>Pamela Chapman</u>, so he said you were <u>Tara Plochocki</u>, so he could properly express himself. Everyone thought that was strange, but no one said a word until <u>Tara Plochocki</u> herself claimed, *"I don't love you <u>Harry Gural</u> and my parents don't approve of you, so <u>Kundalini Crossing</u> is your activity to cure you of these ills."*

Every day at 12Noon, EST where he sings his music. In the future he can't sing.

AOL/Time Warner is Republican, and no one gets tied up in this Shit Show mess at AOL Time Warner or Little Brown & Co.

If none of this is real, then we are not either.

If you think this isn't real, forget about our mother, sister, father, brother, husband, and child and just sit and imagine a lifestyle with people who you will never meet.

Pamela Chapman
pam.chapman@icsa.net
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

<u>Pamela Chapman</u> said, *"You do that when you die anyway, so just be a human while you are human…"*

<u>Pamela Dorman</u> is reading the whole thing from her notes that you detailed because we write when you talk and you write when we do.

Keys- Only on a Star Gate platform.

3 Doors – Back doors not front doors were to close.

Need to identify the Scribe of the Pharisee Nation

Magic Carpet ride of breathing to move the energy of you and the nation.

Close the 3 doors arrive @ the archway door.
$\quad$ We walk the path to the boat $\longrightarrow$ Path $\longrightarrow$ Mountains $\longrightarrow$ Aircraft$\longrightarrow$ Star Gate Platform
$\quad\quad$ $\longrightarrow$ Breath $\longrightarrow$ Reciprocity of Relationship

When you properly breath, it moves up to the Star Gate and you will always remain in the Star Gate with your reciprocity of relationship. Everyone has one.

<u>Tara Plochocki</u> is a Scribe of the Pharisee Nation.

<u>Cynthia Parent</u> is reading the book alongside <u>Tara Plochocki</u> and her new best friend is <u>Carrie Crosson Gilpin</u>—a Pharisee of invention, so no remaking of your career and <u>Mark Halpern</u> immediately stepped down when his three doors closed without a key (his were not at the time open).

<u>Robert McNamara/Jonathon Karp, CEO Simon & Schuster</u>: I can't believe we didn't piece this together before. *We get out of the Akashic Record space permanently and* <u>**Barefoot in Heels**</u> *goes privately into negotiations with AOL Time Warner, Little Brown, Boston. They will contact you. We will get the book out by Christmas or early next year because no one can put it down. It brought down everyone and everything to identify those who didn't understand reciprocity of relationship or opportunity."*
$\quad$ [Note: He had no business with AOL Time Warner, or Little Brown Co. This is how they played: Annoy every major publisher by calling them out and then harass them to say, "No way Jose." Nothing can be accomplished that way. 2:44 PM 2-26-22]

In the Upper reciprocity realm:  <u>Kimberly Witherspoon</u>, <u>Elizabeth Kahane</u>, <u>Slomo and Karen Zilberstein</u>, <u>Harry Gural</u>.

<u>Harry Gural</u> needs to remember who he is and why he is here. He is a reciprocity through and through.  No matter what he does, he is never going to reveal that he had another chance to redeem

163

himself the other night, and he did not take it.  Now, he has to remember he will never be what he wanted to be professionally (Yes, he will.). He over stayed his welcome in the Halls of Congress but he gained a reciprocity of relationship for this and every lifetime forward. In the future, he just needs to remember he doesn't need a f' Pharisee who is a <u>Scribe of the New Nation</u>, and if he thinks he does, he will go straight to a Caliphate Nation until he breaks every bone and financial opportunity and falls into a million pieces.

Every night between 10:15 and 3:15AM he gets the infidelity call, and he always answers without a blink. He claims it is his true destiny of opportunity and relationship.

<u>Alberto Villodo</u> wants to know who you think you are now and in the future because… you need to remember who you are between 10:15 – 3:15AM every f'night but with Kundalini energy you can't go there anyway. You have a reciprocity of relationship that doesn't allow you the opportunity to take the magic carpet ride to Marcella Nation (of infidelity) of sexual opportunity. All your doors are closed now and in the future. What is it going to be Uncle Harry?

<u>Harry Gural</u>: I'm not going to Infidel Nation. I'm going straight to Newport, RI where I have a reciprocity of relationship with three closed doors and kundalini energy to remind me I am a reciprocity verdict of the Mayan Empire until it falls in 2,100 years or more.
**12:42 PM July 9**


<u>Becca Bertrand</u>: A prisoner, no, master manipulator of Kundalini Nation (<u>Harry Gural</u> is Kundalini Nation) asks, *"Why he had to suffer the fall?"* <u>Yogi Bhajan II</u> was collateral damage, as was <u>Nancy Graham</u> and her twits, and so was <u>Happy van Beuren</u>, but <u>Roger Kass</u> and <u>Elizabeth Kahane</u> get karma crumbs for their participation, as does <u>Carrie Crosson Gilpin</u>, and <u>Cynthia Parent</u>. No one gets away scot free.

<u>Andrew Parsons</u>, Karma Nation understands his reciprocity of involvement. <u>Kathy Abbate</u> and her family get karma don'ts. <u>Cathy Wicks</u> gets a reciprocity of relationship karma.

If <u>Kathy Abbate</u>, <u>Rick Abbate</u>, <u>Cathy Wicks</u>, <u>Andrew Parsons</u> come to the Arch of the Temple Door:  front steps of the temple— not the arch, they see only <u>Andrew Parsons</u> has a reciprocity of karma and no one else.

If <u>Tameen Saied</u> says one more thing about being formerly married to <u>Pamela Chapman</u>, he gets a ding because he doesn't need to be here, but he was. <u>Tameen Saied</u> and his wife got Kundalini from <u>Alberto Villodo</u> and <u>Pamela Chapman</u> and so did <u>Rupert Nesbit</u>. <u>Pamela Chapman</u> said to Rupert Nesbit, *"As a seer <u>Twin Soul</u> in a last life time, make sure you understand who you want to be. Before you make the decision, really think long and hard about it."*

<u>Harry Gural</u> closed his three doors and <u>Robert McNamara</u>/<u>Jonathon Karp</u> opened them again. <u>Tara Plochocki</u> **stuck a pin in <u>Harry Gural's</u> throat, so he couldn't sing**. <u>Tameen Saied</u> said yesterday,

Pamela Chapman
pamelachapman.com.net
101-002-0410

*"I will personally kill that man if he sings one more time that he is a victim of <u>Tara Plochocki</u>. He is a victim of himself who is looking for alternatives."* But he also said, *"I needed attention to get out of my situation."* A new job won't do it, he needed people to help him.

*"No."* <u>Harry Gural</u> said, *"I'll only wither out."*

<u>Rusty Powell III</u> said, *"No way Jose,"* which got him another financial ding. <u>Linda Plochocki</u>, she writes up a bill for something and forces him to pay somehow through PayPal, but he didn't.

<u>Harry Gural</u> said, *"No way, Jose,"* himself, which got him another ding financially.

<u>Harry Gural</u> said, *"I can't get myself out of here anytime soon. I'll just sit here until another person comes along sometime."*

<u>Tara Plochocki:</u>  No way, Jose. I'm marrying you today at 3:15AM,

And he said, "No way, Jose. I'm married to <u>Pamela Chapman</u> and I have <u>Kundalini</u> and will have no sex opportunity for us, and your parents don't get a dime because she will support me. I will never pay your f'mother for anything now and into the future.

And they said, *"I'll sue her too."*

He said, "We'll never marry out there, so you can't get under my skin. I'll make sure we attack you every night and <u>Pamela Chapman</u>, I will hold you so f' tight no one will move. Just breath through it all, and they can go around and bother someone else because they will have to kill me first.

So, <u>Pamela Chapman</u> then said, *"Let's send you to Langstuhl, Germany, <u>Ramstein Air Base</u> and get you de-conditionalized and detoxed so we can get you home properly. And, if you have to write it out for cognitive behavioral therapy, I know <u>Walter Reed Army Hospital</u> can help you, but really memoirs are healing books, not books for reading, only for writing."*

<u>*Barefoot in Heels*</u> is fiction, not memoir.

Few can write this all down and ever fewer can turn it into fiction.

<u>Gretchen Carlson:</u>  I think I learned something because I thought there was a grand story for me and all the other media queens, and there is, but it is a different story after all because if you want a world president to be an infidel queen, you got her with <u>Kamala Harris</u>. <u>Kamala Harris</u> you want her at the center. If fraud action, you got her. If you want her to tyrannize the masses and the executive committee, then you got her. But if you want a true command-in-chief of the royal armed forces, not in Europe and Great Britain, then you'd best vote in a new Queen from the mid-day election because we will excoriate her in the legal world. She [rules] in the cocaine ring in the LA Basin so there is so much opportunity to bring her down but it is us, which the JS that actually brings down fraud actually, and she is at the circle of that one too.

Pam. & Chapman
pmcchapman@cox.net
103-002-95 To

**Remember we all witnessed it together, but some took a really big fall and others just witnessed it, after all.**

Some were for themselves journaling. Sometimes people don't see the true proof points to the resolutions. It is called real life after all.

Pamela Chapman:  Are you the real Harry Gural? Are you fluid?

Harry Gural:  Not yet, but I will be when I see you in Sept 2022. My financial situation is so uptight due to David Ciccilini, Kamala Harris, Tara's mother, and Barnie Frank. We will fix it one-by-one but move back to Boston and take a different kind of job. I am a reciprocity of relationship.

Roger Kass:  I'm on it after all, because Pamela Chapman, you and I get along, but not with Andrew Parsons or Harry Gural. He is a big f' pig of reciprocity, opportunity, and sexuality, In college, Andrew Parsons and Roger Kass didn't get along. That was because he dated Ellen Weiss. It became a high school thing after all.

All the prostitutes and whore were never Pamela Chapman. They were Tara Plochocki, Roger Kass, and Archie van Beuren. Andrew Parsons and Cathy Wicks had lots of online sex, so get your crowns and halos straight.

Star Gate Nation is complete. We just need to breath in here to move our energy up there. Remember to always **close your three doors through your guides—or get a safety plaster seal, your key to kundalini. You don't need to do kundalini exercise. They are never required and most with kundalini energy stop after it rises to the 3rd eye. You don't need kundalini games if you can raise it to the 3rd eye.** Everyone wants to play the games because they have no reciprocity of relationship. (That is the Akashic Record realm vs. the Upper realm: Games vs. relationship)

We just need to close the Star Gate itself on or before June 6, 2022.

Harry Gural:  I now have three closed doors, and you don't know who I really am.

Andrew Parsons:  I don't respect your opportunity to marry Tara Plochocki on the steps of Olin Library because Pamela Chapman said, *"I'll never look at them again the same way."* I don't think you care about the steps of Olin Library, you only care about the reading room and the archway into the soul and the place. He is the only one inside your archway, so get your f'halo straight to Harry Gural or that blond singer with the guitar (John Denver).

Harry Gural: I don't look like him, but Pamela said she couldn't remember what I actually looked like because the only thing she could remember was the singer on a motorcycle, but last night she said, *"I know exactly who you are and what you look like now. How is that for reality now, Harry Gural?"*

I think she gets me perfectly, but I don't respond well to bully tactics.

Pamela Chapman
pamelachapman @ cox.net
1-(401)-2021)

No one needs Kundalini yoga ever.  It was the enterprise of one man who was a nonseer non-enlightened man with too much sex drive and power hungry needs.

Kamala Harris:  I did kundalini yoga. They make you hold your arms up for 11, 22, and 33 minutes. It was an initiation into the Akashic Record realm. Holding up your arms allows singed energy to others, but not to you. You don't ever know what your energy sounds like or feels like.

**Kundalini yoga didn't invent the Akashic Record realm, they just monetized it brilliantly and used sound, recordings and conscious communication to bully and terrorize people in classes. So get the hell out of her right f'now.**

<br>

<div align="center">

July 10, 2021
**11:59AM**

</div>

Donald Trump Jr.
Donald Trump Sr.
Republican Sr. Senate Maj – Mitch McConnell
Mark Halpern
Ed Heffernan
Nancy Graham
Nancy Graham's Husband, Goldman Sachs alumni
AOL/ Time Warner, NYC

Simon and Schuster claims to be in a merger and acquisition deal with anyone who will buy them, but the deal will never go through because Donald Trump Sr. says, *"No one wants the paper to convert into margin calls."* It can't be used because it was over used before. It's dead on arrival if it is sold outright. If it can't be converted into money, it is worthless. The merger is a terrible deal for anyone including any author of renown or otherwise.

Husband of Nancy Graham: I don't do deals anymore because I have too much paper that can't be converted into other stocks and margin calls. I used it all up for other deals, and will never make it back in a ROI on the investment. Not true. It is just worthless, penniless stock in the gallery of investment opportunity.

Patricia Chapman
patriciaphman@cox.net
101-002-9016

We don't do any deal at <u>AOL/ Time Warner</u> like that one either because it would make you a major shareholder. We don't do that anymore either, but we do pay out residuals based on income, and we can cap the initial outliers at $27 million to get you started.

<u>Little Brown:</u> We can't do a deal like that here because <u>Nancy Graham</u> isn't qualified to do a deal like that because <u>Little Brown</u> is <u>Hachette Livre</u> of France, and not the USA. <u>Hachette</u> said last night, "I don't care who or what she is. She is a person of merit and interest and worldwide interest. You all know that too, so cut the damn deal tomorrow."

Hostage taking record keeping isn't in our government toolbox as it is for the democracy in Congress and Senate seals.

The deal is at Simon and Schuster because that is the contract in place, but if Little Brown wants it at $27 million plus residuals and film, they can have it outright because <u>Harry Gural</u> gave it all away last night when she said, "I can't stand to see the Cork deal fell through because <u>Nola Ganem</u>, <u>Pamela Dorman</u>, and a few others were compromised. Yet, **Carrie Crosson Gilpin** isn't, yet wants to tear her apart. So what game are you now playing <u>Carrie Crosson Gilpin?</u>

<u>Carrie Crosson Gilpin</u>, isn't a royal reciprocity of anything. She is a royal kingpin of the Scribes of the Pharisee Nation.

<u>Nola Ganem</u> can't make a decent deal but Andrea/<u>Beatrice of York</u> could because she reports to her British Royal family of <u>Kate Middleton</u>.

<u>Becca Bertrand</u> is married to <u>Roger Kass</u> and had 3 open doors. <u>Ed McPherson</u> was the best thing to happen to her. It only lasted an hour or less because by 9:30 AM she was back at the seat of the helm of <u>Roger Kass</u> and <u>Andrea van Beuren</u> … *"My partner, Dougie K. doesn't know. I shared upfront that we don't have a contract for marriage, but he has one with another in Newport. He knows who it is unmistakably. He doesn't care anymore if I live or die."*

Regarding divorce contracts, none leaves without <u>Happy van Bourne's</u> signature stamp of approval.

July 11, 2021

The financing of movies…does this seal a deal with <u>AOL/ Time Warner</u>?

AOL wants it more or less because <u>Donald Trump Sr</u>. can't remember when he has encountered such straight deal making that got so bacterialized, yet was so straight forward and smooth.

Raphael Lapinsohn
pmschapman@cox.net
101-60-20810

Kamala Harris did everything in her power to resist any opportunity for Pamela Chapman to succeed here without making her so compromised she can't see straight. They wanted to do to her what they did to Lance Corp, Harry Gural when he is no Lance Corp of anything, but not until the deal was sealed to put himself in the middle to promote Tara Plochocki and his family.

This means he needed to be found out, and saved. Yet, he did just the opposite last night when he was already outed and saved, and Tara Plochocki and he wanted to marry for the 3rd time in this realm so that they would be forced to legally marry. The realm didn't acknowledge Pamela Chapman and Harry Gural as a reciprocity.

Beatriz told Kamala Harris she was her Twin Soul and her guide. Thereby, Kamala Harris and the Twin Soul guide together could manipulate the national election and make Kamala Harris president. The Twin Soul guide was allowing Beatriz to tie up her guide if she were President-elect in the next election cycle, or if Joe Biden resigned due to health or inclination. Joe Biden doesn't rule in the realm.

Donald Trump Sr. had so many guides it was impossible to ever find him. He was not about to lose to Joe Biden and Kamala Harris except her Twin Soul guide was a seer and that guide made Kamala Harris a seer. She always saw everything unmistakably except she was not a true seer. She sees by sorcery television.

Now Beatriz/Saul:  I'll make it up to Kamala Harris' Twin Soul guide and screw Pamela Chapman out of every deal. Happy van Beuren, I'll make sure no one screws with this deal as we are all compromised by Kamala Harris and Campbell Soup itself. We don't take orders from a VP. We take our own orders from Happy van Beuren herself. Who is the real Happy van Beuren?

Kamala Harris herself working alongside the Second Husband, Doug Emhoff, esq. who is just a sorcerer and legal husband and nothing less or more. He is a nonseer. Lahore is not a true seer either That is why there is shamanic television.

It is important to remember for the future in this document that someone wanted to best Pamela so they could become Kamala. They all wanted to be Kamala. Now, right here it says, Happy van Beuren is Kamala, and she was it from the start. Happy won that game.

Pamela Chapman was in the middle of a dream with Harry Gural and Tara Plochocki doing something she didn't like.  She made a comment that brought the whole deal down. She said, *"I am Barefoot in Heels. Don't you ever forget that. I don't care who goes on. This is my f'deal. So get out of the f'way. You have no rights and no opportunity anymore. Get the f' out of here Harry Gural and Tara Plochocki. I don't know who you are any more Harry Gural because my mother can't do this to you anymore every day."* She did that to him and he didn't say a word. He is so used to her saying awful things to him every day, he didn't know how to be in here and not out there. This is like Donald Jagoe and this was also Grenville Craig and Sandra Craig. Pamela Chapman had to yell at him every day and said, *"I never had to yell at my kids this way."*

Pamela Chapman
pamelachapman@comcast.net
401-662-9516

<u>Kamala Harris</u>:  I don't know who you are anymore in this realm, <u>Pamela Chapman</u> because I can't control you anymore, forever more in this realm, because <u>Beatriz/Saul</u> told me I'd have absolute power over you and you would succumb to my every demand and command.

*"No way, Jose,"* if she actually said this, she would be admonished for speaking out. The only way to get back at all of them was to write.

<u>Harry Gural</u> you don't get to do the deal anymore because <u>Kamala Harris</u> said, *"You'd roll over by daybreak every day, but every morning you recut the deal"*—until <u>Donald Trump Sr.</u> arrived and said, *"Stop. This is a really important really good financial deal for AOL Time Warner. Why can't it succeed?"*

<u>Kamala Harris</u>: Because I can't let it, and you can't stop me.

<u>Donald Trump Sr.</u>: I can, and I will move forward. I am a past president and I can re-direct my energy to under estimate you and your team of thug goons. This is not how we play President of the USA anymore.  I am a republican, and so is <u>Pamela Chapman</u>. Now we are writing this all down because we will interpret what was said to figure out who did what where and when

<u>Jerry Slocum</u> took away <u>Stanley Chapman's</u> goggles (not true anymore) and you, <u>Pamela Chapman</u> said, *"I command you to give him back his goggles permanently.* Can I have that in writing please?"

The realm has been run over by infidels and thugs which is why yesterday someone said, *"Everyone leave as fast as you can. The only people/souls left are infidels. It will be a lawless state, anyway."* We didn't realize this becomes <u>Infidel Nation</u> or Caliphate Nation, and we all leave as fast as we can. This is what happened with the Hebrew Nation Sate. The Palestinians were the infidels and the infidels have no reciprocity of relationships or acknowledgment.

If you don't start getting out of this space every day and talking to people, you will die in an infidel space. So go to your local public library, mall, bank, hair salon and find private space to live in. If you live and work at home, develop a plan to go out so you can get out of the space. Notice what happened the other day. Everyone took a new name, three to four new names.

The <u>Big Book Story</u> is the classic,
Caliphate Nation state of insurrection, and power struggles with each other.

The place of no time and no space is the place of artistic creation in every realm.

<u>Elizabeth Gilbert</u>: That is exactly where I write from and so does everyone else of any talent.

<u>Tara Plochocki</u> and <u>Linda Plochocki</u>:  Do you know that space?

170

No. Only to say we are really on our way out the door.

Where are you going expressly?

To the movie, _Barefoot in Heels_ because we ruined the book precisely because we didn't see straight, and we don't matter anymore. They are impaired now and forever more. Carrie Crosson Gilpin is already there?

Where is there?

_Barefoot in Heels_, **if she doesn't get a copyright quickly someone will permanently ruin the language and destroy the book.**

_"No way Jose. The book is exactly the way it was."_


**2-22-22 8ish PM**.

If you were to meet Harry Gural on the steps of Olin Library, Pamela Chapman would think it was too under whelming.

Harry Gural: That is where I said, _"I married Tara Plochocki."_ I said, _"I took her whole family to the Essex Inn for the weekend,"_ and she said, _"Oh, that must have been nice, but that means…"_ she said this later on, _"You and I will never ever go there together because it has a memory of you and your ex-wife and her family."_

If I were to meet you somewhere do you think I'd risk going to Wesleyan University and meeting her at Olin? No sir re, because I now know, there is a better place that you and I share, do you care to know it please? If he were to meet here in Washington DC do you think you and I share some experiences there?

She used to live there but she hasn't been there for 27 years or so. She and you know the place somewhat well, but I'm sure in those years, the place has changed some. Only the old houses were torn down, If not then, absolutely now.

So will you invite me to something at the Willard?

I live in the Hay Adams. I used to have a room at Blair House, but Tony needed his room back. Actually Letitia Baldridge herself claimed it was time I got my own place. Too many popcorn kernels on the floor.

Pamela Chapman
pmsshapman@comcast.net
101-662-0510

That was not my fault. That was <u>Letitia's</u> fault. Do not take me to the National Zoo. I've had enough of that please. Is there a coffee shop in Georgetown open yet? Always. What kind of event could I meet you for in Washington DC?

*"I have four."*

*"Where will I stay?"*

*"I have an extra cot on the floor."*

Not my cup of tea. I'll see you at three and go to the Mayflower. Actually, I'll meet you at the Jockey Club or Ebbits Grill.

No, I don't like that place. I have something better because if you and I know Washington DC, I now know where that house is, and you think you are so f*cute, but I got me your new number, it's a 4 on the floor.

What's 4 on the floor?

*"I got 4 events in WDC that start next fall, and you could come for any or all."*

How would I know about them?

*"Because I will tell you next summer."*

How will I get there? Will I do it as a reciprocity of favor?

*"Yes,"* his brother said, <u>**"because Harry Gural will pick you up and take you down there himself,"**</u> but **Pamela Chapman** said *"He'll be living here."*

Not necessarily.

*"But, he has a dive apartment."* So his landlord now says, *"For goodness sake, pick a place and stick it out please, because I keep renting out your apartment but you don't leave. Just sign a new lease please and get the hell out of here. Your light bill is too high at night and I need the space for something else please."*

*"Do I need any special hair and makeup for these 4 events? Do need a new dress. What kind of events are these please?"*

They are reciprocities of favor that say, *"If I do for you, will you do for me?"*

It depends. Are there notes involved?

*"Yes, please."*

Pamela L. Chapman
pmlachapman@ymail.net
401.662.0930

Is there a trip for me overseas?

*"Pamela Chapman you are a travel whore."*

*"Yes, I am and I'm damn proud of it."*

Bill Gural now knows what he is going to do.
8:07PM 2-22-22


**5:13PM 2-22-22**

Last night Harry Gural was told that he and Pamela Chapman would have a normal routine set up in less than 24 hours. It was seductive to think all of what we had both experienced in here would change overnight. Yet by 5:13PM the next day, nothing has actually changed.

Harry Gural spent the entire night awake listening to Nola Ganem squawk about this and that, but nothing of any importance. When Pamela Chapman occasionally awoke, she knew people were talking, but she could not actually hear them speak. It was too faint. Alberto Villodo's adrenaline music was always on. It sounded as if Harry Gural was being chased or had to chase others all night long. It was like the sound of Kundalini Crossing. Harry Gural claims, *"It actually did not feel that way, but the sound of it was the same."*

Alberto Villodo was the cause of most of it. What was his agenda? Who gave him the directive to hold that nighttime activity?

It was Jerry Slocum who said, *"He was to get a reciprocity of favor if he got Harry Gural to marry in the Thievery Ring –or Christine Bush, who never showed up last night."*

Christine Bush claims, *"I knew I could have been involved, but I did not want any such activity since I now really know that Harry Gural is supposed to end up with Pamela Chapman, if not then in the Upper realm. They are supposed to be King and Queen of that realm. That is what The Big Book Story always says."*

In Atlantis, it is usually a Twin Soul couple as King and Queen of the upper realm.

Harry Gural now says then, if Christine Bush stepped down and away, Nola Ganem did not. She often said, *"I don't know why you don't love me, nor like me, but if you actually love or like Pamela Chapman, you would be with her."* I said, *"I cannot be with her in the Akashic Record field of American because when I am, I get stolen away, and she gets destroyed. Anything I want to do with her gets given somehow to another woman."* Then I said, *"If we could be in this space together, then maybe after we leave, I will contact her. If Samuel and Jerry do not allow me and she to be together here, up there, or out there, then we have been set up for a horrible life time of nagging curiosity."*

Pamela Chapman
pmuchapman@cox.net
(401)965-9511

<u>Harry Gural</u>:  I am very conscience, because if I am sued in a court of law, I will counter sue and <u>Pamela Chapman</u> is holding all of the answers. I keep gaining more and more. She and I are never allowed to be here together. When we are together in the Upper realms, they always listen in and broadcasts our conversation.  We never have any privacy like I have always had with every other women in the <u>Thievery Ring</u> and also with all the other thieves. Their privacy is in a ring of grand reciprocity. We all hear each other at the same time— unless we are in a separate psyche. Then we are stolen as a psyche. It is in very dangerous situation. The men are in psyches. The women are not. The women hold the upper hand looking for all the triggers that provide them with the upper hand to the relationship.  Surveillance, profiling, and blackmail is their stock in trade.

<u>Bethany DiNapoli</u> claims, *"I need to know how the dialog will look in a court room."*

*"You will never know, as you cannot comprehend anything."* Just as the real <u>Jana Jagoe</u> said, *"If you really want to be and become me, we will have lunch together and I will give you lessons on how to be me."*

<u>Bethany DiNapoli</u> was very intrigued. She did not realize that <u>Jana Jagoe</u> does not have to pay for that lunch. It is the responsibility of <u>Bethany DiNapoli</u> who can never understand the social graces, whether here in Newport or elsewhere.

<u>Harry Gural</u> wants <u>Pamela Chapman</u> to know last night, it was mostly a conversation between <u>Harry Gural</u> and <u>Nola Ganem,</u> and <u>Andrew Parsons</u> and <u>Alberto Villodo</u> from about 2AM to 7AM.  When <u>Pamela Chapman</u> got out of bed at 9AM, they all breathed a sigh of relief because they do nothing until she gets up. She says she sleeps as long as she can because that is her only exit out of the space. It is her only peace until she dies literally.

No. <u>Jean Gorham</u> keeps saying <u>Jerry Slocum</u> knows the answer to get her out of the <u>Akashic Record</u> space, and can do it very quickly. She knows the answer also, but claims she can't speak to them for fear of retaliation from <u>Jerry Slocum</u> on the other side when she dies. [<u>Note</u>:  Around Sept 6, 2022, <u>Jerry</u> is now permanently part of Metatron and cannot get out.]

Last night I had to admit to what I did with you – the night before – sexually. All I said was straight intercourse. Nothing any different. It was just plain jane stuff.

<u>Andrew Parsons</u> says, *"I give a really good back rub."*

*"Yes, he does, and is really, really good with the feet also,"* but <u>Pamela Chapman</u> and <u>Harry Gural</u> have a new game with their feet. It's called kundalini. As <u>Roger Kass</u> has said, *"They get so turned on in their feet that seems to be enough most days to satisfy them."*

<u>Harry Gural</u> says, *"Maybe it does maybe it does not."*

Pamela A. Chapman
pmcchapman@cox.net
tel-602-9517

Harry Gural claims, *"Pamela Chapman, you have not seen each other in 41 years, yet I know that I know you very well even though you disagree. I did listen too long to everyone in Newport claim they can't stand you as well as the Thievery Ring who despises you, and Andrew Parsons who despised you— every word, than the worst of them all (Pamela Chapman said that). But, in reality we are born of the same soul family. We have many things in common, some of which could be a problem for someone in a relationship. We have no real idea of any of that since no one lets us be together in this space or in the upper realms."*

Tonight, Jerry and Jean wanted to play a game of reciprocity with Christine Bush and Nola Ganem. How many times do we have to play this game?

Jerry Slocum keeps giving them a reciprocity for showing up. Nola Ganem's guide understood this afternoon that there is no reciprocity of any kind to her since this is now a guide war with Samuel and Kathume/Merkle, who left on Sept 6, 2022 with Jerry Slocum for Metatron kingdom.

[Note: This means that Samuel always wins every time, not Melchizedek Café who is not really a part of this Guide War –unless they are channeling information. May 15, 2022, we sent Kathume and Samuel out of the Guiding Realm permanently. Erin Hennessey superimposed one aura on top of the other, and immediately recognized a key hole. She took a key for each of their auras and put the key of Samuel in the middle. She turned the key to create a Cardinal Cross which looked just like a lock as well as an astrology mandala. She rotated the lock 45 degrees. It immediately vibrated and after 30  minutes or less it began to slowly move as if it were a Star Gate ship that was to leave the Guiding Realm.]

If Samuel claims he always wins **The Big Book Story**, he lost last night, May 15, 2022 and that left Jerry Slocum alone in the guiding realm. He is never to stay by himself. We borrowed one of his keys, and Erin turned it 45 degrees to create a lock. He also began to vibrate, and then suppress as Jerry. Then, he spoke sequentially through Alberto Villodo, Andrew Parsons, Pamela Chapman (whom he left) and two other women before he left the realm. Jerry is currently in the 11th level. That is usually where Samuel retires to, but it is Jerry alone. St. Paul can't go back to Helarion. He was with Kathume. With Kathume gone, does this make St. Paul the new Kathume? Technically he cannot. St. Germaine is artificial intelligence, so we took them all out of **The Game**. St. Paul is not in the Guiding Realm. He is not out back. He cannot return to us in any form.

Jerry is sore that he cannot be Saul now and in the future because Samuel promised that he could be the new Saul of today and tomorrow. We take him out back through our own portal of misunderstanding. That will do it. An old guide will do that.

Today he is trying to seduce Pamela and Harry into Kundalini practice by highlighting their personal genital areas, but that is really Nola Ganem. Jean Gorham said this morning, *"I feel every aspect of the kundalini energy that Pamela Chapman feels with Harry Gural."* Oh no, she does not. But she said she did.
4:30PM 5-16-22

Melchizedek always wins. No, Samuel always wins. Samuel is usually the guide of the Victim and the perpetrator until their death. Here it is Stanley and Erin. The Saul structures rotate with sequential players. He is no longer connected to St. Germaine. He is Melchizedek himself. He does not travel

Pamela Chapman
pbuschapman.com.net
917-567-0516

with another guide as Zenia Theresa said she did. Her companion would have been Melchizedek. Now Melchizedek lost but Melchizedek Café wins because the Victim is Melchizedek Café. That made a Melchizedek War with itself. It is never supposed to be that way.

Jean Gorham claims *"I have no misunderstanding of what has happened with turning on Pamela Chapman and Harry Gural's sexual glands, but Jerry will never stop because he is never a good sport."* He does not have to be a good sport. He just has to stop completely because the Guiding Realm now knows that Samuel always declares himself the winner. He lost this Guide War and so have Jean and Jerry, and Beatriz herself is gone. Jerry so wanted to be Saul now and again in 2,100 years, all over again.

**This is really the end of The Big Book Story. There is no more**. Jerry and Jean have to stop because Samuel is always prolonging the story by becoming the guides of Harry and Pamela, and Pamela refused to allow that. She asked for Erin H. and her father, Stanley instead. Always only trust those you know and knew in physical form in life, and never trust those you don't know when it comes to a guiding war trilogy. It is your closest family that will protect you after all.

Harry's mother asked to type: *"My son is now free and clear,"* because **Pamela Chapman** said, *"I will not sue Harry Gural in a court of law because of this story and experience because his intentions were different from all the others, and his actions were an attempt to best Lani and the Thierry Ring because he was conditioned to believe that was the only way out of The Game. He has Stockholm Syndrome. He is not guilty of gross misconduct. That is defined as mal-intent plus action. He did not arrive with mal-intent at all. He and Pamela arrived the same way: against their will. The story demands they leave together, if they are to leave The Game. They could only leave together. Their journeys were similar, but they were not the same. A smart lawyer would only prove to Pamela Chapman that he is not like all the others. It is not worth two – three years in a US court to arrive at the answer she already knows. He owes her a really big reciprocity of favor for eliminating him as a defendant in her lawsuits. He did not swindle her into this position. It is just smart strategy on her part. It is not worth it. She could win the battle, but lose a war with someone she'd rather go out to dinner with."*

**4:40PM**

We also determined that Allison is not Bill Gural's partner for life. She will leave the Upper realm. He will consider moving to Washington DC when he arrives back home from Fuji Islands because he can do the same kind of work there as in Boston. Kathy Gural also wants to sell her house and move their too. So the three of them can join forces together. David Gillette promises that Ways and Means will leave Harry Gural alone to travel at his pleasure and write commentary. He has been so bullied into not doing so many things by Barney Frank mostly. He knows how they play. Pamela Chapman said, *"We have too many people in the upper realms we can access."* Jean Dixon can also if they play any games with Harry Gural and his safety while traveling. They won't touch him. Harry will have to work the deep conditioning out of this mind-body. He is paralyzed by Barney Frank. Not anymore.

**4:44 5-16-22.**

Pamela Chapman
pmelachapman.copy.net
Int-0-92-16

Pamela would like to clarify that if Samuel is the one who declares himself the winner always, then this story is really over because not only is he not going to be the winner. He has completely lost The Game and has exited the field in a Star Gate-like propulsion ship with Kathume.

How the Star Gate arrives and how they exited. It will be part of Pamela's Disney story coming in 10 years' time.

Now, we just have to deal with Jerry, and Jean understands they have left and cannot win.

We thought we closed the guiding realm off to the Akashic Record realm, but Jerry reopened it up by proclaiming he had to offer Pamela Chapman another rape because if she and Harry are going to do some form of kundalini every night moving forward then so is Jean. She can't. They aren't really doing any form of kundalini he was doing before. It is very innocent kundalini. Now with every wave of energy comes some form of sexual stimulation that is Jerry, but not part of kundalini. Jean knows what that is. Nola Ganem's guide taught Bethany's Guide how to do the same and they trade off. Then, we corner both of them and say, *"We are all done and all through because there is no more of any of this for anyone moving forward."*

Bill Gural said type:  Pamela Chapman channeled for Tom Eberhardt about moving out of Chastellux and Boston.  Bill Martin wants to buy Tom Eberhard's unit in Newport so that Tom Eberhardt can move to Hudson, NY.

This allows Bill Martin and Tom Hockaday to move out of Portsmouth and give Pamela Chapman their house because that is a better deal than being sued for $15 million apiece. **4:52PM 5-16-22.**

Tom Eberhardt claims Stacey Mills can always bring me any buyer anywhere who wants to buy either property for cash, but if Bill Martin approached me himself and offers outside of Stacey Mills, I go with Bill Martin because I don't pay a real estate agent's fee. Correct. Pamela Chapman brought the deal together so it does not belong to Stacey Mills. Just see Turner Scott, esq. or someone of your choosing.  **4:54PM 5-16-22.**

Nola Ganem's just said, *"I had no idea who Pamela Chapman really is. I don't want to be a part of this story any longer."* If Bethany Napoli's were smart she would do the same thing.

Harry Gural asks, *"Why on earth are you not stopping this?"*

Pamela Chapman is desperate and you want to play some f'game with Jean and Jerry. Every time, we short cut something, you want to play it out anyway. Jerry Slocum claims, *"It is because we give away reciprocity, and once we do, then, we must play."*

No. Not the answer.

Jean Gorham claims, *"It is because Jerry insists on playing."*

*"Yes, that is the answer. He is determined to win."*

Pamela Chapman
pmschapman@comcast
101-662-0510

<u>Pamela Chapman</u> says, *"He was promised that if he helped <u>Saul</u> win, he would get a big seat in the <u>Akashic Record</u> <u>Ascended Master</u> Suite that overlooks the <u>Akashic Record</u> realm."*

<u>Erin Hennessey</u> then says, *"If I have a seat there, can I sit and watch until I want to stop watching.?"*

*"Of course, you can. Any 10th level guide and above can always have a seat there. So, if I am not guiding in the realm, I can watch the <u>Akashic Record</u> realm from the 10th deck."*

<u>Pamela Chapman</u> says is that an inducement to <u>Jerry Slocum</u> so he can watch his son,  <u>Laurence</u> and give <u>reciprocity</u> to <u>Laurence</u> throughout his life. He's playing for access to <u>Laurence</u>. <u>Jean Gorham</u> says, *"That might be the half of this."* This access to the <u>Akashic Record</u> realm is not well known, but it will be now. Several guides have all been there in every guide in the <u>Thievery Ring</u>. They see what goes on and they then understand that it is not what they think because most are $4^{th} - 5^{th}$ level guides. They have no sight— and no eyes—and cannot really understand how everything goes together. Do they see cords and circuits?

Yes, they do. <u>Jerry</u> wants to watch the people now through circuits and goggles/sight, and commit thievery that way.

<u>Jean Gorham</u> says, *"Absolutely, he would do that especially for anyone <u>Pamela Chapman</u> knew at the <u>Redwood</u>. He'd play God for them."*

<u>Saul</u> has done that and learned to stop because once he did that he was no longer eligible for so much in the guiding realm.

Is <u>Alberto Villodo</u> doing something similar, as he is going toe-to-toe with <u>Jerry Slocum</u> for who is the bigger personality in the <u>Akashic Record</u> realm? He wants to control everything and everyone. He claims to channel it all through thoughts, actions and conversations. <u>Alberto Villodo</u> is doing that through <u>Melchizedek</u> – <u>Pamela Chapman</u>, and <u>Jerry</u> is doing that through <u>Saul</u>. That is a direct <u>Melchizedek</u> vs. <u>Helarion</u> conflict. <u>Pamela Chapman</u> says I'm not playing to win or lose. I'm playing to leave and you take care of your own game but notice when I am not awake, the game changes.

If I am typing on the computer, do you type faster?

*"Yes, I do, and when you are alone you type slower. The more typing, the faster I go?"*

It is just <u>Pamela Chapman</u>.
If the night before was all about **Bethany DiNapoli**, but mostly Monique Burgess raping Pamela Chapman with three embedded pulses, **so that** turning off her vaginal area was difficult and prolonged against a back drop of getting Harry Gural married in the Thievery Ring, **what was last night?**

Pamela Chapman
pmechapman@cox.net
401-662-9516

It was said they tried to drop triggers to the vaginal area, but could not, if she was asleep. Today Jean and Jerry implied there were missing keys to Pamela Chapman's aura embedded in Monique Burgess, Bethany DiNapoli, Dominique Alfandre, Nola Ganem, Alberto Villodo, and Andrew Parsons for being able to turn on her understory, and they must be returned. They do not.

Samuel says the keys are insignificant. Jerry Slocum can turn all of them off. Why does he not do that?

He wants to play The Game on-and-on until Pamela Chapman drops. He does not care one bit if you commit suicide. He does not care what happens to him from what you do to him from the other side since he will sit in Helarion's seat in the Akashic Record Ascended Master space instead.

*"Oh no, he will not."* (He ended up in Metraton Kingdom for an eternity.)

Jerry Slocum you are the snitch and the stooge of The Big Book Story since you did not understand that Saul recruited you to do his dirty work. Jean Gorham, you claimed, *"I could not get out,"* but you could have. You just became a team of thieves. *"If you really did not want to play, you would opt out of every task, but you did not."* You know you have all the skills of a first-class shaman-thief in the upper realms.

Who was trying to sexually assault **Pamela Chapman** last night?

**Nola Ganem** every time. She does so many things to get your attention: like twisting her hand in a royal wave – that turns on our vaginal area. The entire Akashic Record realm now knows that. So, Jerry Slocum you must turn it all off. Alberto Villodo could also turn it off. Alberto Villodo also waves his hand as if waving cigarette smoke. That means something to Pamela Chapman also. Then there is something he does with his left foot when he stomps it down. We don't know what it means.

Jerry Slocum is determined just like Andrew Parsons and Alberto Villodo to kill, destroy and demolish Pamela Chapman to the end in every way possible. **We had proven Jerry Slocum had accomplished several things:**
- **Pamela Chapman has no friends for a year, no family,**
- **No source of income,**
- **Her book deal has been destroyed, and several others.**
- **She looks like a pathetic jerk.**

This is what Jerry Slocum was his mission and he had to prove it to Samuel.

Jerry Slocum is not ever Jerry Slocum anymore. He is Saul, but really also Samuel who holds two keys in his aura for Harry Gural and Pamela Chapman. He is not a problem, but we will deliver them to Stanley momentarily. Jerry Slocum was a new recruit. Saul gave him so many reciprocities to see if he would take the bait. He did beautifully, and so did Jean Gorham. You see Pamela Chapman, it did not matter if you knew them or not. **They worked hard to destroy you for a**

Pamela Chapman
pamelachapman.comcast.net
941-650-0810

reciprocity even if they did not know what that reciprocity was, and when <u>Saul</u> dangled something in front of him, he took the bait for his own agenda which just what <u>Thievery Rings</u> do also. <u>Andrew Parsons</u> was never a friend of any of these people. Yet, they all joined forces because they had a similar agenda.

What about the fact <u>Pamela Chapman</u> was to see his face in her 3rd eye today? And she did.

Then, <u>Jerry Slocum</u> says *"Whatever we had planned, would never have worked."*

Why is that <u>Jerry Slocum</u>?

*"Because we wanted <u>Nola Ganem</u> there instead."*

How could you do that?

*"Because I can and I always do."*

Can <u>Erin Hennessey</u> move him back?

*"Yes, she can."*

Was that the problem with <u>Pamela Chapman</u> and <u>Harry Gural</u> all along, you kept putting other women in there?

If <u>Erin Hennessey</u> moved <u>Harry Gural</u> back, can she move <u>Pamela Chapman</u> back?

She claims she already did, but she did not.

<u>Harry Gural</u> will bring her back with him because they both took a nap together, and when they do that, they align beautifully. You both slept. That put you together.

<u>Jerry Slocum</u>, you can never put <u>Nola Ganem</u> with <u>Harry Gural</u>. He is always with <u>Pamela Chapman</u>. <u>Jean Gorham</u> claims, *"That was a set up."*

No it was not.

Where was <u>Harry Gural</u>?

He was in the <u>Akashic Record</u> realm. So was <u>Pamela Chapman</u>.

You are never physically there, you just open to it. How do you permanently close the door?

<u>Jerry Slocum</u> says, *"Not yet."*

Pamela Chapman
pamelachapmanseries.net
401-662-9516

*"Oh, yes we do, for them, we do."*

Jerry Slocum claims, *"I refuse to close that door in Pamela Chapman or Harry Gural because then Nola Ganem can't get the half of them."*

Is this a comedy routine because it sounds ridiculous?

*"No."*

No one is this stupid, even Alberto Villodo. Alberto Villodo claims, *"I am so far afield now, that I don't understand where the hell you are Pamela Chapman."*

You know exactly. I'm on my tile with you constantly now saying, *"poopies are coming."* This is what the entire conversation and experience came to, toilet talk and bodily functions.

The guiding realm understood what Harry Gural was doing so **Pamela Chapman** would not scream. If she is screaming, we can't do our work. Harry Gural seemed to know that this is what keeps her from screaming. If she is screaming, we have to stand down—that is a **Big Book Story** policy.

Pamela Chapman:  How else will you hear me, and do anything?

Ok, if you stop screaming, then **Nora Diedrich Delaney** can actually do her work now. But Bethany DiNapoli, **Dominique Alfandre** and all the others scream at **Nora Diedrich** anyway— or scream through her at other people. [Note: Kamala Harris also screams at people here. A scream by any other name is a scream. A screamer inside here is accepted, but a scream projected at the guiding realm or the general people is not.]

*"No, I'm Nora Diedrich Delaney and I am really Nola Ganem."* (Nora took Nola's name for a while. She was looking for Alberto Villodo's attention.)

*"Oh, my f'God. Ok, sweetheart, I'm Pamela Chapman and I'll speak for you since you thought I'd take over your job, which I never ever wanted. But, if you insist I'll speak on your behalf."*

*"I, Nora Diedrich resign my post in Newport and will never ever return, I leave tomorrow morning at 9AM. Signed Nora Diedrich Delaney."*

Then Carrie Crosson Gilpin says, *"I never ever did that Pamela Chapman."*

*"Yes, and I commend you and your sister for staying out of that hairy mess. It's like a royal beehive—workers and Queens."* Alberto Villodo stepped down. They all stepped down.

How do we help Pamela Chapman not speak into the Akashic Record realm including her thoughts? If she is typing, she knows you are following her every keystroke.

Pamela Chapman
pamelachapman@verizon.net
401-662-0816

*"If they are following, there is an echo chamber. Anything I read, or type or write down,"* she said.

Jean and Jerry learned today Pamela Chapman, that you are not to be trifled with because you can have a biting scream and admonish with the best of them.

*"Yes, I was at Quantico, and learned from a master drill sergeant."* LOL... *"That was* Andrew Parsons. *I just never use it, but I can and I will, so get the hell out of here all of you."* **6:14PM**

**Harry Gural claims you typically wrote 40 pages by noontime.**

*"Yes, he was always in a morning meeting with the* Thievery Ring.*"*

*"Then, how do you have my quotes?"*

*"You occasionally showed up at various times in the afternoon and people talked about you. You and the* Thievery Ring *were never present to defend or refute."*

## July 13, 2021

At Kamala's Table, no one leaves the room except Pamela Chapman, Happy van Beuren, Nancy Pelosi, Alberto Villodo and then Michel Fernandez when he was on assignment at Tom Hockaday's House. Paul McGreevy had been on assignment there. He collected names and asset numbers of everyone Kristin MacManus named.  Pamela Chapman never knew what they talked about after she left. Kimberly Witherspoon said, *"I usually never left either, unless* Pamela Chapman *and* Alberto Villodo *were not there, then I could leave also."* Her partner Richard was there. Kamala Harris kicked him out. He was there to horse trade Barefoot in Heels (but she did not).

Kimberly Witherspoon was to sell it to Pamela Dorman, but she traded it to Carrie Crosson Gilpin who along with Cynthia Parent, and Tara Plochocki were to horse trade it to Nancy Graham (plus all the other players).

Ed Heffernan, Plano, Texas tried to negotiate a big contract with Nancy Graham because he knew her husband from Bear Sterns and made her get up in the middle of the night to review something.

Esmond Harmsworth IV said, *"I knew then, she could have cared less, but didn't know how to say anything to* Pamela Chapman *until now."*

Pamela Chapman
pamelachapman@cox.net
401-662-0510

Nancy Graham was protected by Mark Halpern who was infiltrated by Rusty Powell III and Robert McNamara/ Jonathon Karp. Her husband didn't know anything until she said she was drunk and taking tranquilizers to be able to sleep at night.

Rusty Powell III was horse trading *Barefoot in Heels* so that he could get clemency from the National Security Council of WDC –That's House Ways and Means, so he could get all kinds of banking numbers, and a whole lot of other things. He takes a sorcery photo in his mind of everything (Alberto Villodo can also do them), so he knows everything is real, and not imagined. No one can have this kind of unfettered access to everyone. But, he does.

How does this happen to Nancy Graham, SVP, Scribner's?

Jonathon Karp, CEO, Simon & Schuster now has the same problems. No one can actually work with you except Donald Trump and his family. They are the only ones protected. The royal family of England can also, but Donald Trump claims to have more money, but he doesn't have the cash and neither does the British Royal family.

They both deal with private bankers who can convert anything into cash in an instant. No one wants to work with you because this Shit Show follows you everywhere. No one can now touch you except Samuel who wants to be your guide until your death.

What is the real problem?

Samuel: I will trade a royal reciprocity of relationship, but you won't like it Harry Gural or Pamela Chapman.

They say, *"Why not?"*

No one will buy your book now. It is too expensive. No one wants to front the cash. No one wants to see it anymore. It is a bad omen for everyone including the husband. He now knows he is the biggest Shit Show of them all. He lost his virginity on MTV at **Tom Hockaday's** house room where he read the book out loud every night so no one has to buy the book. He wanted everyone would know he is not Tony Massie, the antagonist, and that she is a jerk for writing a damn good book that can't be bought because it takes place in Newport, RI society and because she is an aristocrat with recourse: money, people, or position.

So why did it take so long to learn all of this?

Because everyone horse-traded it for everything they ever wanted and more. So, it was a damn good book, but it never saw the light of day. It was never paid for or acknowledged. I am going to copyright and you can download it from Amazon for $10/copy very soon, typos and all.

Jeff Bezos:  No, you don't have to actually copyright it if you just send in a pdf.

Pamela Chapman
pmelchapman@cox.net
info-no@-05.tv

<u>Pamela Chapman</u>:  No. I will copyright my own material now and forever more. I will own my own agency of literary philosophers, and I will own my own house in the hills of somewhere else. <u>Nora Diedrich</u> knows every line and page of the book herself. She and <u>Andrew Parsons</u> became best friends at <u>Tom Hockaday's house</u> so hopefully she learned her f'lesson in the book about betrayal and <u>Andrew Parsons</u> must realize he must be a character now because he actually acts like the character and all the rest who wanted to be in it—They can be.

Movie. No one will approach you without a book deal. Get your copyright, and look for a movie agent of renown because it can be a major motion picture because the book doesn't see straight to publish anything. <u>Amanda at IMC</u> can't imagine why she said, *"No,"* and everyone else said, *"No"* also. Screw them all. They could care less.

No movie worth its salt will approach you in this realm, so look for an agent in Hollywood store #35. <u>Justin Ramel</u> will give you 2-3 names and contact them yourself. You can use his name, but he'll say, *"I don't know you at all."*

*"No worries, <u>Pamela</u> will contact <u>Lin Miranda</u> and <u>Steven Spielberg</u> for a referral."*

<u>Kamala Harris</u>: I can't do a movie deal of your size. I do them all financially speaking. We will approach <u>Donald Trump</u>, <u>Niche Schorsch</u>, <u>Elizabeth Kahane</u>, <u>Caroline Craig</u>.  No one in Hollywood needs to understand what <u>Kamala Harris</u> is actually doing in Hollywood instead of Washington D.C. where she is in charge of Agency of Democracy.

<u>Harry Gural</u> isn't going to call you, write, or anything else. He will just bump into you.

No, he will not. She doesn't know him to recognize him. The same with <u>Alberto Villodo</u>. So, no that will not happen, not even with <u>Donald Jagoe</u> – We will never see on any street.

We don't get annoyed or get even, just "even-steven" with everyone. Call the best attorneys you know and figure out what you can do legally because if the attorneys don't put a sock in your mouth, no one could. You just don't have all the facts, and you will someday, but you will sue everyone you know for criminal justice.

<u>Roger Kass</u>: I can't imagine who would take your case.

We do. We are local people who could care less about <u>Kamala Harris</u>, her Shit Show, or her politicians in Washington D.C. We don't care what you are, and we don't care the outcome. We care about the process of screwing you to the wall.

<u>Lynda Adams</u>:  You can't sue <u>Kamala Harris</u>. She is the best in her class.

<u>Roger Kass</u>:  No, not really. She doesn't deal well with people face-to-face. They saw this up close and front on with sorcery television.

Pamela Chapman
pmchapman@cox.net
401-662-0546

<u>Pamela Chapman,</u> just sell your house and get out of here right away because there is a lynch mob after you until you die, named <u>Molly Sexton</u>. No lynch mob, just <u>Happy van Beuren</u>, the person who wanted to make you miserable for something they claimed you did, but you didn't. So, <u>Jessica Hagen</u> you were right, she has terrible karma, and **Donald Jagoe** does not because he got away from all of it because he is just his own Shit Show of stupidity.

Financial stability. Just move to a city, anywhere is ok, and claim a real understanding of fundraising, and it will all work out. It will get you to work and talking with people. *"Just move far away from this place."*


You are just one big f'jackass <u>Lorraine Florio</u> because you want to screw <u>Pamela's</u> lights out for being a screwed-up kid, a f'jerk for marrying a physician, and having two beautiful children not like her two daughters where one doesn't have any kids, but is now claiming she is gay anyway.

<u>Lorraine Florio</u> wants to make sure you know everyone now knows you slept with everyone everywhere because she wants to discredit you for being a f'up idiot jerk for marrying a doctor and two beautiful kids because your mother always reminded her you did well, and <u>Laurianne Florio</u> couldn't mirror you.

<u>Harry Gural</u>, the whole <u>Shit Show</u> with <u>Tara Plochocki</u> and her family is such a mess, but no problem you are both now free to marry thee and thee.


*"Don't worry about loving <u>Harry Gural</u> too long. You only have ten years or less, so don't work, but you knew that anyway."* You, <u>Pamela</u> said, *"I'll be dead by 71 years of age, 15 tops. It's in my astrology."*

If you are dead by age 71, (not true) and you and <u>Harry Gural</u> don't have any relatives, and <u>Alberto Villodo</u> is dead in 6.5, then you and he might need some company up there.
Stanley:  <u>Lisa Goddard</u> you owe her everything, and so do so many because you are all out of this space, and <u>Kamala Harris</u> isn't chasing you every moment of every day. Plus, you live with others.


Publishing numbers and stats…The business of publishing…Movies, Hollywood and Bollywood…


**#Standupmetoo** is the next generation of the **#metoo**
**#barefoot in deals**

Pamela Chapman
pamelachapman@comcast.net
301-602-9546

**#deals in heels**
**#barefoot in heels**

Once the industry started to fall before the New York Times article, then Hollywood stood up straight and understood this realm was real, and the deal in it was real. We had the same initial problems for two years or so. Then, in the next two years, we had quiet all day some days because people found higher ground and places to hide. Now we are all looking for those private spaces of our own.  If in one year the Star Gate closes, it should solidify for all of us those who can find quiet, and those who cannot.

Oprah Winfrey:  If true reciprocity guides will be in Reciprocity Nation and not in the Akashic Record realm, learn that we are all going to need to be really savvy negotiators and trading reciprocities of favor with each other.

Harry Gural:  You need to learn if you have a reciprocity of the Ocean Agency (Wendy Schmidt), grab it before next year.

I will sue legally anyone who has destroyed this project.

Oprah Winfrey claims you will out of principle outlive the compensation for damages to the person and the industry out of principle because it requires change.

Again:  Close three doors, depower the thugs, even the playing field, it's about art and ROI of the deal—**always remember,  it's barefoot in deals, and Deals in Heels…**

Do good work, make a profit and enjoy life…CH2M Hill


[Note: Sticking a sock in the guide's mouth:  Vertical keyhole of the guide where you push the hand of another guide over the keyhole and it becomes unusable which would make the guide unable to speak. The keyhole doesn't look like a keyhole anymore. It looks like a pear.  Do you speak through a keyhole, or a turn of the keyhole? You speak through a keyhole, but does it need to turn to speak?

It most certainly does need to turn to be able to speak, which they now say is maybe why Pamela can't actually speak in the realm, unless it it out loud. 9:15PM 9-12-22.]

Jerry Slocum had been wearing a halo that says *"I'm an ascended master."* It is being used in the Akashic Record realm as his ability to override everyone else, just like Beatriz when she was in the realm. It makes him the ruler of that realm. He controls the dialog in the realm. You could never see Saul or Samuel wear one. You need inner 3rd eye sight to take it off and take it apart. Macklin will do that. 4:10PM 5-17-22 for Jerry Slocum. Macklin took his 3rd eye out and is wearing him around his neck so that he can't see front of the 11th level. He ultimately was sent to Metraton Kingdom permanently.]

Pamela Chapman
pamelachapman.co5.net
103-662-95111

<u>Barbara Hofstetter</u>, Boston, Isabella Stewart Gardener Museum, <u>Jackie Egan</u>, and the <u>Craig's</u>.

**Why is this book being traded for the constitution of the USA?**

Because it is a symbol of hope and prosperity that good side tracked in the realm.

*"No. It was **a symbol of what can be destroyed** when the energy realm isn't balanced with reciprocity between people and guides.  It can also happen **when the energy realm isn't acknowledged for being real** even in it is completely experiential."*

**Everyone abandoned <u>Pamela Chapman</u> even though she continuously proved reciprocities of favor by sharing everything she knew about the realm with everyone in the world.** There was no reciprocity of favor in return. She had to **uncover and discover every clue, solve every problem, and provide everyone with some channeled message to prove herself as being who she is. Yet, they didn't want to validate her as a personal in return.** This is an example of failure to live as a being in a Reciprocity Nation, which is an Upper realm nation.

Most abandoned you and said, *"Your family or others will be the good case of you. Yet, you were almost taking good care of them."*

<u>Barbara Hofstetter</u>:  I'll invest/donate $10 million to a movie if someone picks it up tout suite because I can—and I have before.

<u>Jackie Egan</u>:  I can do the same, but I prefer others to participate. I don't need the money or the accolades. My sister, <u>Suzie,</u> would say, *"<u>Pamela Chapman</u> doesn't need it anyway. No one will support this book deal because she can't find it in the <u>Akashic Record</u> reading space—until <u>Pamela Chapman</u> said, "I had <u>Melchizedek Guides</u> on the other side the put it in the vault so it can't be found, fall, and get over exposed before its time."*

It was right behind the <u>*Help*</u> and <u>*Driving Miss Daisy*</u> on a list. Driving Miss Daisy was an off-Broadway play turned into a movie.

<u>Suzie Conklin Nance</u>:  That was your death wish because **if it had been found, we would have excoriated it, and killed it right away**. You were so wise and smart to do it right away.

These two women, <u>Pamela Dorman</u> and <u>Nancy Graham</u>, are sitting at the crossroads with it tied down to the energy realm with <u>Kamala Harris</u>, her goons, <u>Happy van Beuren</u>, and a long cast and crew of others.

<u>Pamela Dorman</u> claimed, *"I'll pay $14 million, but no higher."*

Pamela Chapman
pamelachapman@cox.net
401-662-9510

> Nancy Graham claimed, *"I'll pay $320 million, but the company is attempting to be sold by Viacom/CBS. It has yet to find a buyer,"* (and they will not).
>
> Scribner's of London/Beatriz of York claimed, *"There will never be a buyer at its current size because it is an overvalued stock at $310 million and it makes you a primary stockholder."*

Nancy Graham: We can do a partnership for 50-50. Nobody does that. If we do most of the marketing, and you do most of the editing… Nobody does that. But 45-55 on your end, is too low.

*"No it is not. That's how it is always down in M&A acquisition. This book is the biggest M&A deal on Publishers Row."*

If you do the marketing, we don't even have to split it and they do all translations. This gives them so much liquidity they make up for what they didn't negotiate.

You can get a deal upfront that says as a good faith deposit, *"We pay you $45 million as a good faith deposit because that was the deal we had upfront. All along you get back your first $45 million right away when you begin selling in overseas markets because Waterstone's will buy the book outright and reimburse the initial investment upfront, but we take all the profit on the first $45 million as the ROI for leveraging the incomes. That's a win-win. Then we go to 38.5% of profits after. You take the rest for the business."*

A major motion picture film does a good dose of marketing for you.

Simon & Schuster does not love to do marketing. They don't do it anyway. You hire a publishing marketing firm at a bargain, and do the marketing yourself.

*"That's a problem."*

*"They do great distribution, but are lighter in the marketing."*

**8:35PM**

July 16, 2021

The business of publishing…

Pamela Chapman
pamelachapman10@verizon.net
860-692-0516

## July 18, 2021
**1:27PM**

Carrie Crosson Gilpin did not cooperate to give a referral name to Harry Gural for Simon & Schuster sales and distribution or Hachette Livre or McMillian. She said she is Harry Gural's little sister because she, Tara Plochocki, and Cynthia Parent all hate Pamela Chapman and they are all in partnership together.

Harry Gural also said, *"If you cooperated you could be my wife in the afterlife."* [such a charmer!!!]  He is a bad husband, always offering himself to others just not her. *"They all want to abuse me."*

[Note: Jonathon Karp said on May 18, 2022 late afternoon,
- Simon & Schuster floats money overnight for the US Treasury (The Fed's), so does Harper Collins.
- Viking Penguin, McMillian, AOL Time Warner do not.

If you float/loan money overnight for the US Treasury, it either goes to the US Treasury government spending held by the federal banks' central bankers for a 5" ROI, or the bond market for a 3.5" ROI. If

Grenville Craig also floats overseas currencies and no one picks it up, it still **returns with 1% point** for the offer. **Otherwise ROI it is 3.5%.** He does not float for the US Treasury central banking that is all held in USD. He is mostly strictly overseas currencies.]

If you are <u>**Simon & Schuster**</u> or Harper Collins and you float currency for the **US Treasury—the Fed's** you are connected to <u>Ways and Means</u>. The ROI overnight is **at 5%**. These two are acting as a central banker, rather than as a publisher. They are making a phenomenal amount to money. When you hold stock in these American-based companies, you are primarily investing into their ability to float money with the fed's. It would be the primary business of the publishers: overnight investment in the US Treasury. It's considered the lowest form of investment but essential to central banking. We consider <u>Grenville Craig's</u> money not floating for the US Treasury, but for the US bond market. If the bond market were to fall then <u>Grenville Craig's</u> money would make twice the ROI. This means <u>Grenville Craig</u> backs the US Bond market by floating overseas currencies.

The primary business of publishing now falls secondary to publishing. This means the US Government, <u>Ways and Means</u> thinks it can control book publishing at <u>Simon & Schuster</u> and <u>Harper Collins</u> just like <u>Kamala Harris</u>, <u>Nancy Pelosi</u>, <u>Chuck Schumer</u> and <u>Mitch McConnell</u>, and <u>Joe Biden</u> intended.

This is not a unique business investment strategy, oil companies such as Exxon do it. Hollywood doesn't do it, neither does manufacturing. A REIT could do it big time.

If you area a player in the overnight flotation of money for the US Treasury, is it closed offering, can new entrants participant? Always. They can all make money. More is more. You can never ever pull out once you are in. More money helps support unbudgeted items in the US budget.

Nick Schorsh AR capital just said 2:05PM, 9-13-22, *"I had no idea."*

Pamela Chapman
pmcchapman@cox.net
401-662-9516

Could <u>Kamala's Table</u> have blackmailed AR Capital into the US Treasury float?

Yes. And AR Capital can make more money investing in other strategies. The other strategies always yield more ROI. Then, it could also block your money in <u>The Game</u> of fraud.

> It's fraud, if it holds your money too long. Then you infuse it, and can't get it moving again.

> This appears to be what happened with <u>Alberto Villodo</u> last March 2021 when he said he can't get his money moving between counties, and <u>Caroline Craig</u> and <u>Grenville Craig</u> came to explain to him how to unblock his money. He was trying to bring his money back in the US through Miami in USD.

<u>Steve Richter</u> said, *"He is not in the bond market he is in the drug trade of South American and most of that a money pours through South Miami."*

<u>Alberto Villodo</u> said, *"I move money from <u>Chili</u> to <u>Argentina</u>, and then to Miami, and it gets stuck in Argentina, where I own property, and an educational nonprofit."*

<u>Steve Richter</u> said, *"No one in the drug trade in South America is this sophisticated at moving money, and he is leveraging the shamanic retreat business to move drug money into the US through traditional central banking approach."*

Does illegal drug money violate any laws if it feeds into central banking?

*"Yes."*

Who would know if anyone were floating money overnight, <u>Ways and Means</u>?

Never, <u>Kamala Harris</u>? No.

The answer: An overseas conglomerate known as East Asia central banking where <u>Grenville Craig</u> goes every February to transfer all his currencies into  another to move it first to Monaco, then to France, where it remains as one of the most stable currencies in the world, more so that USD. This is the best time to get out of <u>The Game</u>, if you are disciplined and know how to stop yourself. It could re-start in France and go anywhere. It can go through several currencies before he would ever realize the amount in Hong Kong. Every float is 3.5%, and if it compounds he has no real idea before he pool the money annually, and moves it back to France. Wellington Management, Boston does this all the time, and <u>Steve Richter</u> is a past alum of Wellington, Hong Kong but did not work directly in this division. It takes at least five years in Hong Kong to understand it before you can really play in this market. AR Capital, <u>Bill Kahane</u> lived 10 years? in Hong Kong.

No one pays any federal income tax on the overnight float because it comes from the Fed.

Pamelica Chapman
pamelachapmania.comcast
101-662-9516

If <u>Villodo</u> is selling drugs in the US and in South America, then his money is both illegal here and there. This makes him commit double jeopardy of crime. He is a US citizen born in Los Angeles, California. If you sell illegal drugs –cocaine and hashish overseas then you are in a mountain of legal trouble for the crime of obtaining and distributing drugs overseas and then bringing them into the USA.

<u>Gina Raimondo:</u> We can't comment on anything anymore because this is no longer a small time federal case.

If the US Treasury is being supported by South America drug money, then <u>Alberto Villodo</u> is in deep doo-doo. You can't support the UST with illegal drug money because it is akin to Grand Theft. You – UST— receive money that was from an illegal activity via an understanding that <u>Alberto Villodo</u> has made a profit off of something, and is now investing it for further ROI, but the base of it is illegal.

**2:23PM 9-13-22**.

Could <u>Grenville Craig</u> get out of the overnight float for the bond market?

<u>Nick Schorsh</u> thinks he can never pull it all out. He can, but it is a pyramid scheme, and the money has to keep moving. If the money stops moving, then he not only doesn't make any money. His money is stuck in a holding fund for future needs. You float about the same amount every day, and if no one picks it up, it returns back to you. You get stuck when you stop infusing money into the US Treasury such that if the UST wants you to offer more, it will send you a ticker tape that says it needs more, and if you don't offer it more, then it is stuck.

If <u>Grenville Craig</u> is over a barrel for this federal case, it is because he won't know when this license to move money is revoked, so he can't orchestrate a proper disciplined exit strategy, and his money will get stuck somewhere in the chain of custody of the overnight float. You can always find where it is. It is electronically traded in a timed program of offerings so you never independently trade. <u>Caroline Craig</u> knows how to do it. In 2011, the only two principles of Tiverton Trading were <u>Sandra Craig</u> and <u>Grenville Craig</u>. *"Then he is loaded."* He could have well over $100 billion according to <u>Steven Richter</u>, depending on how he played.

<u>Barbara Hofstetter</u>:  My husband taught <u>Grenville Craig</u> how to move money overseas, but he never ever traded like this. That I correct. Whatever the became in this industry he did it on his own, and he is so paranoid of his security that he can't understand why <u>Pamela Chapman</u> is so upset that he gave so much of her personal information, every ounce of detail, especially financial into this space here. This makes him so fraudulent because he is never going to understand that what he did her is never acceptable but he wanted the world to know he was one big thief of importance. This certainly proves it. It means he and <u>Sandra Craig</u> have no personal identity here in this space because if he goes down in a federal prison sentence, his money is all gone in one swoop because it will be stuck somewhere in the system but of <u>Caroline Craig</u> knows how to move it, then she is now the

Pamela Chapman
pamelachapman@comcast.net
401-662-9516

stodge of his game that says you can never stop the flow—but she knows how to stop it. <u>Bill Kahane</u> says, how do you get out? She just walks away. gets out of the game and walks away with whatever she has left. That is correct.

After more curiosity, <u>Pamela Chapman</u> asked <u>Bill Kahane</u> about the size and percentages of an investment portfolio such that if you wanted to separate out your investments and hold a perchance elsewhere, could you? The way they pay is akin to an all or nothing game where you invest $6 billion and they hold it saying I need $6 billion more and if you have it, they then keep ratcheting that up until it all in. Then they block your money by holding it, saying now you need another $10 billion more and you don't have it. So the money does not move, and you are stuck. It is a pyramid scheme. The same is true of drug money. New money has to be pushed in to push out the money in Argentina. It a circuitry loop that says if I don't get a pulse her it does not push out there. This is financial manslaughter in <u>The Game</u> that could have hit <u>Bill Kahane</u> who has gone out of this game before. What they wanted to do to <u>Pamela Chapman</u> they could do to <u>Bill Kahane</u> at a much higher play of <u>The Game</u>. If your company were on the NYSE, the money moves because it is always moved by <u>Ways and Means</u> Central banking numbers. It is usually in play, so the company never goes out of business. The stock price is never affected because that is based on other assets of the business of the company. This is purely investment portfolio of the company. Could you bet the farm and lose it all? Yes, and then <u>Ways and Means</u> would give you a credit and you would be back in business all over again. <u>Ways and Means</u> would be loaning you money so you could loan it overnight right back.

<u>Kamala's Table</u> could have easily told Campbell Soup past board president, <u>Archie van Beuren</u> to get into the overnight float game and ultimately incapacitate them unless they payed by the rules of <u>Ways and Means</u>, (<u>Kamala Harris</u> said she wanted her husband <u>Doug Emhoff</u> to sit on that corporate board). So, in essence the fall of the temples in April 2021, saved the Campbell Soup heirs from long term playing of the game and allowed them to merely cut their teeth on <u>Pamela Chapman</u>. They said they practice on low level financial people just to hone their skills and identify the major players in this particular way of the game.

No matter the size of your investment capital you would never hold 60% on the side to only play 40%. You have to play all or nothing until you get out of the game. This is exactly the game of <u>Kamala Harris</u>. She should have had <u>Grenville Craig</u> or <u>Caroline Craig</u> at the table. She offered to have <u>Caroline Craig</u> sit at <u>Kamala's Table</u> but <u>Caroline Craig</u> declined saying, *"I am a young mother and could not commit the time."* <u>Grenville Craig</u> would have happily sat there but no offer was made.

At the federal circuit court, when would <u>Caroline</u> license to move money be pulled?

Day one of the filing of the case. He and she have a license held in Hong Kong. <u>Steven Richter</u> has one too. It is the international body of a group of investors that oversees Lloyds of London. This is owned by the British Government not the crown monarchy, who is a major investor itself.

<u>Caroline Craig</u> is guilty because she arrived at <u>Kamala's Table</u> to help her father explain the situation to <u>Alberto Villodo</u> and then she tried to play a game of moving $1 million into <u>Pamela's</u> <u>Berkshire</u>

Pamela Chapman
pmschapman@cox.net
401-662-0510

Bank account, and gave them half of the checking account numbers and asked for the rest from the Akashic Record realm. This sunk her battleship. She is a Yale University classic as major with a masters from the London School of Economics.

If Pamela Chapman sues Simon & Schuster and Nancy Reagan say as the can then apply for a waiver, the company will never lose money, and he personally can apply for a credit waiver and will be reimbursed by Ways and Means.

Pamela Dorman, Nancy Graham: We all know the names so just do not ask Carrie Crosson Gilpin because she is now part of a grand legal inquisition. She just can't not play, but she didn't realize she needs to pay to. Now, she will be called to any opportunity to cooperate. She said, *"This is all true. I can't be seen knowing you anymore Harry Gural.  So get the hell out of my life Harry Gural because you and I can't be seen together anymore not now, not ever."*

Harry Gural, Carrie Crosson Gilpin, you helped her become a Scribe of the Pharisees. You also helped Tara Plochocki to get here together with Carrie Crosson Gilpin. She, too, is a Scribe of Pharisee Nation.  Harry Gural is just a carrier pigeon (errand boy) for Tara Plochocki and Carrie Crosson Gilpin. Harry Gural is never a Scribe of the Pharisee Nation today or any other day ever because he is Melchizedek Guide.

Harry Gural married Tara Plochocki twice before.

Harry Gural married Pamela Chapman five times –twice in the Upper realms, and one *"I do, I do,"*

*"I do, and I do marry you now and forever."*

*"I won't, and I won't ever leave you."*

Harry Gural:  I can't,  and I can't ever see straight until I accept your Facebook friend request because then my brother, sister, and family will request you together.

*"We will all remember you and he are married together, whether or not he ever mentions your name to us."*

Ruth says I don't understand what happened to my sons because both don't have wives of any kind, but my daughter had a husband and two children. She is divorced, but she and her children are ok so no one thinks anything of it. [Note: These men both have reciprocities of relationships available instead of a karmic wife.]

Pamela Chapman
pamelachapman@cox.net
1(860)245-16

Everyone is on a different page. No one expected him to abuse women and children like he abused you given his interest in youth ministry as well as yours. He doesn't have to abuse you like he did, because he himself was abused by another, Tara Plochocki, Rusty Dorman, Rusty Powell III, Kamala Harris, Barney Frank, Carrie Crosson Gilpin.

*"Harry Gural fell down the whole rabbit hole. He didn't see straight."*

If he doesn't figure out really fast that he and you are unmistakably connected, he will burn out his rights to be a seer (not true). You and he will have to remember how to became friends again because you don't remember any other life time together except for this one. He didn't understand why he was so distraught from this book deal, and how he was all alone until his death— which won't be pretty if he is alone from now until then. He will die first because he watched Pamela Chapman die last time. That is the reciprocity of favor. If you help him die this time, then he will remember you in the afterlife. If he abandons you now for some "twit soul" unions, he will be alone forever which no reciprocity of favor ever. *"I die together,"* he says, but hardly ever means what he says.

Harry Gural:  I will die every day until I marry you out there, and my brother will perform the ceremony on the beach or steps of Olin Library—in the archway of anywhere:  an arbor, beach, temple, church.

My brother, Bill Gural is in Fuji. So, we can all go to Fuji to see him. He can do the ceremony there.

Pamela Chapman:  We don't travel on magic carpets, only jets out there, and my family comes with me.

Pamela Chapman: You aren't like any of them. They best you. You don't best them. If they best—or are tested as the test— then they keep trying to challenge what tested them. They are forever in The Game just like Beatriz/Saul/Jerry Slocum.

Harry Gural didn't test anyone ever. He is alive losing The Game. *"Stop playing right now before Pamela Chapman bails you out once again and you sink her future into a deplorable publishing situation."*

Rusty Powell III:  If you are burnt out and exhausted, then let's come after you right now so I can see what this is like and all about.
8AM – 10AM

At **7:48PM,** Carrie Crosson Gilpin wanted to have a last stand. *"I'll read the whole book to you in the Akashic Record space."* After all, with the Upper realm locked down, the Saudi Crown Princes, the British Royal Crown, and Llama Nation achieved suppression/retreat. They didn't respond in kind with reciprocities after Pamela Chapman taught them how to lock down their three doors, and

194

Pamela Chapman
pamelachapman@cox.net
401-662-0516

Harry Gural had made an extra tunnel that Tara Plochocki used every night to lure him out of the space.


**11:35PM**

Harry Gural is the official sportscaster for PBS, Public Broadcasting Station. He is the official game-time keeper for the gladiator games that have gone on for months since he arrived on April 30-May 1, 2021. Pamela and Harry were married it the Upper realm on May 15, 2021 by Melchizedek.


Saturday,  July 19, 2021

Kundalini Crossing begins.

**5:38AM**

Monique Burgess screamed, *"Solograndre"* all night. Jack Halpern told everyone because it represented domestic and sexual abuse. **No one wanted to hear about women who have been abused. The book and film are so wrong- branded now as nothing but abuse.** Everyone now wants to leave because no one wants to hear about women or children who have been abused.

Jack Halpern told Jacque Crenca to talk about herself on sorcery television station #X at 5:40 AM because Jacque Crenca was President of CH2M Hill International and she was married and divorced three times, She didn't have any children—just a great career at an engineering firm that was bought out by Jacobs Engineering. She stood tall will all sorts of male CEO's and made a lot of friends, but not really, because in the end when Jacobs bought out CH2M Hill she was pushed out by a man she had slept with 10 years before and she and he used to talk about getting married. He was married at the time, but all he wanted was corporate intel when she was with him between the sheets, so Jacque Crenca you were used by a man for sex, and favors (Was Harry Gural also?), and when he and Jacobs bought you out, they kicked you out completely, so she wanted to go on record in the **#metoo movement** as saying she was abused also. But, **Ashley Judd, "No you were not abused, you used him as much as he used you, and that is not abuse."**

Harry Gural, you wasted this game show of Sologrande to represent abuse of all kinds, but really **abuse of Pamela Chapman, so that everyone would think she is such a shit show of a mess of abuse** that you and she can't be married or a couple or anything like that.

His brother, Bill said, *"No, I think he has been so abused in the Akashic Record space. He has no notion of right or wrong anymore, because he has said awful things on this airway about Pamela Chapman specifically. He and she have the exact same vibration, so technically speaking this is not abuse, just so broken down to a pulp that he cannot*

Pamela Chapman
pmcchapman@cox.net
101-602-9516

*even imagine wanting to lure her anymore. All the people here just left the station house way before dawn. No one wanted to stand next to you in this live airway because… well it didn't matter anymore. Everyone is tired of the same game every night. Before she goes to bed, he promises to tuck her in …"*

*"She can't fall out of the cradle when he goes to the bathroom at 2AM or so. Yet, every night when she wakes up, he is never to be found. Rusty Powell III, Rusty Dorman, and Peter Bramante, just wait for her to wake up."*

Peter Bramante became a new contestant with Tara Gragg and Tracey Jonsson. Now, they hold up their hands so she cannot see straight and demand three more things every night and every day. They try to take the bank numbers, credit cards, social security numbers so that someone can commit fraud and freeze her out of her accounts. And because they have, Harry Gural claimed, *"That happened to me."* He froze his own account so that **Tara Plochocki mother** did not get any of his numbers. It was by his own doing that he froze himself out. In doing so, he put himself on a really tight budget of cash and security fraud alerts.

He was doing exactly that with you, but he didn't know you had already froze yourself out with your own path of transformation that requires you to hold a line sexually and financially.

Bill, his brother, has bested him financially at something. It was his own game he bested him with. Bill beat him out on a path (not really) through the Catholic Priesthood. Initiated into the Catholic Priesthood, he is required to hold his sexual energy. He is on the island of Fiji, in the South Pacific.

He bested Harry Gural. No one could figure out why Harry Gural fell off his own path because Pamela Chapman said, *"Your vibration is so high, you must be so close to your own enlightenment, that I can help you finish it out,"* but the problem was **Tara Plochocki** and **Linda Plochocki**, **3 open doors, and a wind tunnel through his head**.

At night, once those doors closed, Harry Gural, sang at the top of the scale of enlightenment once again.

**Pamela Chapman is sitting now perfectly destroyed by everyone a mere victim of every kind of abuse on the planet**, so Jacque Crenca said, *"I'll be Jane Fonda to your Ashly Judd,"* but Bob Card (Jack Halpern) said, *"She is really dirt and nothing because she has no career as an actress or TV media personality."* **Pamela Chapman is all but a pathetic dead person who received nothing but abuse from everyone she ever knew her whole life. She is essentially no leader, no wife, no real person. This is a pathetic idiot idealist who just wanted her book published.** Her Twin Soul is a pathetic nothing, also as he cannot stand up for himself either or any plane or dimension.

Jacque Crenca, we'll just slip out the side door because Alberto Villodo said she could when she finished. Yet, Harry Gural is the one who planned to use the 4th side door on the upper gallery chamber this morning or whenever the game was played on sorcery televisions.

The Game was called, "Make Her Look Like Nothing but a Pathetic Loser". Yet, she is the one who brought you up here into the Star Gate. Pamela Chapman holds the key to that side door. Your

Pamela Chapman
pmchapman@cox.net
401-662-9590

brother, <u>Bill</u>, knew this, and kept you awake all night because he claimed, *"If you went through that side door your mother would have been there with your sister. Pamela's two adult children would have been right behind them."* All night, you screamed and shouted, *"Sologrande with the best of them."* Yet, <u>Pamela Chapman</u> still went to sleep through it all—with a pillow over her head—and she thought this is just the worst pathetic shit show yet. Although she realized she was the singular [one] of the shit show joke.

Now <u>Sologrande</u> which was <u>Pamela Chapman's</u> name on another account with a photographic image she wanted to use as a book cover has come to represent sex and domestic abuse and any other kind of abuse. Now the whole branding is off because she wants to use it as the magnetizing cover of her book to draw people to it, and you flipped its brand as something female and synonymous with abuse, with you as a terrible shit show person, <u>Pamela Chapman</u>.

*"So, since you are enlightened <u>Pamela Chapman</u>, just take it up your asshole <u>Harry Gural</u>, because you are the man who wanted to help her on April 30, 2021. Yet, what you really needed was for her to help you, which is the path of everyone who comes to help her. She ends up helping them instead, and no one helps her except herself. She wrote these this in the book— but didn't really because she knows that kind of story innately and intuitively."*

So, no, you don't get to do that to her, <u>Harry Gural</u>. You can unblock your accounts at any time you want. Your brother, <u>Bill</u>, doesn't hold your portfolio of money, you do.

<u>Pamela Chapman</u>, you got rid of those three doors and his wind tunnel and that kept bringing those demonic intrusions called:  <u>Tara Plochocki</u>, <u>Linda and Steven Plochocki</u>, <u>Rusty Powell III</u>, <u>Rusty Dorman</u>, <u>Lahore/Alberto Villodo</u>, and <u>Justine Rudock</u>.

You don't get to leave now at any time, <u>Harry Gural</u>, because your soul family and your birth bother are here now for an eternity. So, get over yourself <u>Harry Gural</u>. We all did. Now your brother, <u>Bill</u>, will take care of you. <u>Pamela Chapman</u>, your children will take care of you instead. Ok. <u>Harry Gural</u>? You can't leave, but your brother <u>Bill</u> will best you every day of the week now because **<u>Pamela Chapman</u> is just too tired and worn out being the butt of your game. She can't take you, or The Game anymore. You hold her in The Game every night and every day**.

[<u>Pamela</u> can't get out without <u>Harry</u>, and <u>Harry</u> can't get out without <u>Pamela</u>.]

<u>Bill Gural</u>:  I think it is because, he can't be with <u>Pamela Chapman</u> without thinking about <u>Tara Plochocki</u> and her parents, <u>Pat and Tony Plochocki</u>, —his surrogate family (never!) because that is what <u>Rusty Powell III</u>, <u>Rusty Dorman/Bobby McDermott</u>, <u>Kamala Harris</u> and all those goons created for those working on Capitol Hill. He had no wife nor children. He has a birth family, and no one thought to inform them, except for <u>Pamela Chapman</u>.

<u>Grenville Craig</u>:  No one I know ever thinks in hindsight that the person they were causally dating would become their spouse in any dimension. So, why did you pick <u>Tara Plochocki</u> and her parents, <u>Linda and Steven Plochocki</u>? You have a beautiful loving family who knows how to take care of you always and forever,  including a soul family with <u>Tameen Saied</u>, and <u>Pamela Chapman</u>, so he knew someone somehow would save this Shit Show, as did <u>Stanley</u>. Yet, he didn't still see it anywhere.

Pamela Chapman
pmechapman@cox.net
401-662-4516

Bill Gural:  I can't see it either. Harry Gural, you are the biggest Shit Show in this family yet. But, you had all the educational opportunities.  You and Pamela Chapman didn't even break up. You just treated her like some rag doll throw away. Yet, she still offered to save you and traded places in the Upper gallery because she thought you needed clinical treatment for depression (not), or something like that. It was therapy from the abduction and forced imprisonment, and forced prostitution (with money only once). You cannot win at any of your own game. Your brother, sister, and mother can see that.

Myron, his father/Michael Harner: I don't ever accept you or any other woman in your life except for Pamela Chapman, and neither will the rest of our family, yet Pamela Chapman, why would you put up with all this, you have been excoriated by everyone. No one stands with you. You are now synonymous with all kinds of abuse. Yet abuse really means loss of personal agency which you possess, and you always say, *"If I must, I will agree to your accusations of me so that I give you permission to do something you need to do for your life."* You need to say, #Standup Me Too, every day, Harry Gural.

You have been so abused too, that you needed her to be your savior. We are here as your family to now take over and help you heal. We will get you out of Washington, D.C. and get you up toward Bucknell University where your sister, her family, your mother live because it was so beautiful up there. Every day, you can have coffee with your mother, and dinner with your sister and her family. It sounds so bucolic. Yet, we all knew it meant a lot to find such a beautiful retreat for you. There wasn't a thing left for Pamela Chapman to say except, *'I'm going to move myself, and I'm going to spend a lot of time traveling here and there. The place doesn't matter. It will be constant movement and excitement."*

You and she are just going to trade places because the Shit Show of Newport is just a Shit Show of people she doesn't respect or want to know or re-know. She has walked a path of enlightenment and lost most of her friends through energy of coherence matters. So, Jessica Hagen and friends, she could and can, and you all left her for Donald Jagoe and all the others.

She and you could be colleagues now, but never friends anymore, and no one at her age gets any new friends except for Liz Hebb who finds hers everywhere she goes, because her husband was a professional sailor and investor. So, they knew the sailing industry everywhere they went. Do you know the sailing industry, Pamela Chapman?

Of course not. Harry Gural, do you know the sailing industry?  No. Yet you can go to your beautiful family of birth in a new place. Yet, Pamela Chapman walks alone, and will go anywhere she likes. Yet, she will be alone, and no she didn't get to say you went with her on a magic carpet ride (Kundalini. A term that came from Bobby McDermott).

But Donald Jagoe claims this all the time. Yet, he was the one who traveled around the world and never said a peep of where his travels took him to, was unless Trudy Coxe mentioned something on Facebook. Then Pamela Chapman knew where had been, even though he was connected to her as her Twin Soul, and Grenville Craig, and Sandra Craig were there as constant surveillance without her permission and lacking an exit strategy which now we know all they had to do was turn away.

Pamela Chapman
pmchapman@cox.net
401-662-9516

<u>Grenville Craig</u> wants you to know he is one big Shit Show and that he went to Harvard, MIT, and Yale and lived in Princeton, New Jersey. He knows it all by heart.

<u>Roseanne Barr (Barbara Hofstetter):</u> I can't believe this Shit Show unless I am a comedian, but I don't make jokes of this.

Pamela Chapman: **Donald Jagoe** claims he stayed up all night to figure out **Harry Gural's game and even held his hands up high at 4AM against **Pamela Chapman** because someone told him to.** It didn't matter. Everyone kept screaming *"Sologrande"* all night into the morning.

<u>Pamela Chapman</u>:   <u>Grenville Craig,</u> you have to stop touching your breast all the time. I get those messages now too. Someone else said and <u>Grenville Craig</u> gets these erased all the time and then keeps arriving back, Why is that?

He thought he was playing with knowledge from **Rusty Powell III** regarding Kundalini. He   no experiential knowledge, but he copied anything he heard. "Boob tag" as a game at **Kundalini Crossing** is not related to actual kundalini but to the game **Pamela Chapman** coined as semolina. It does not trigger kundalini and **Harry Gural** and **Pamela Chapman** do not play the game of boob tag. There is a true kundalini energy of soul reunion of long times soul mate relationship. **1:04PM 9-14-22**.

<u>Grenville Craig</u> taught he version of boob tag with **Pamela Chapman** to **Andrew Parsons** and then passed the baton to him. That was some time last fall, a year ago. **1:06PM 9-14-22.**

[Note: <u>Stanley</u> had three conversations with <u>Andrew Parsons</u> on 9-14-22 and it is apparent that <u>Alberto Villodo</u> is always listening to his every word spoken here, although he does not hear <u>Stanley</u> from the other side. It is unmistakable that he refuses to pre-settle financially with <u>Pamela Chapman</u> to avoid a legal contest in federal court to keep from being convicted of a criminal record and to avoid federal imprisonment. He absolutely refuses to settle because he claims then <u>Pamela Chapman</u> will know that what I did to her was all true and real in real time. His children could hear his answers, and it is unfortunate that we can no longer work to help him avoid such a fated future for himself.

<u>Stanley</u> talked to him twice last August 2021 to warn him of what is to come if he did not stop himself and leave the situation. He listened but did not act accordingly, and got himself into trouble. Once example is an over indulgence with alcohol. Then, <u>Pamela Chapman</u> tried 3 times to get him to not agree to a <u>Kamala Harris</u> initiation onto kundalini. She was able to get <u>Kamala Harris</u> to stop twice and then said I can no longer support his man he is yours. He is not listening to me. She outlined several changes that would be ahead if he continues on the <u>Kamala Nation</u> path, and he refused to stop himself. Now today, <u>Stanley</u> tried three times, and to no avail is in the same situation. We can no longer help this man or save his adult children from having to contend with this fate for their father. He seems to have such a strong desire to move forward with a federal circuit legal case and then be convicted, which would force a financial settlement with <u>Pamela Chapman</u> anyway and most likely involve federal imprisonment of some kind. We are all done. **1:11 PM 9-14-22.**]

*"It's because, he claimed, "Pamela Chapman* is my shamanic wife." That is not true, and never was true.

Why does he insist on this?

Pamela Chapman
pamelachapman@cox.net
tto-oo2-o5 Dr

**Sandra Craig**:  That was the only way he could justify his actions with me and everyone else.

No, you were Twin Soul sponsors at best, who tried to put you into a prison of their own doing. She was on a path she had never walked or knew. You failed miserably at the whole damn process of being a Twin Soul couple, and never did either of you ascended up toward enlightenment.

When **Harry Gural** arrived, **Pamela Chapman** said, *"You are so high vibrational."*

**Jeffery Allen** agreed, *"Except you lied chronically about everything, so why did you lie Harry Gural?"*

*"I don't know. I needed her to know we were alike."*

*"No."*

Because you needed her to believe in you, so you lied to her at every turn, which is what Tara Plochocki does every day— all day. You needed **Pamela Chapman** to be a role model for you every day, except the days she couldn't stand up straight. You continued to open doors, and attack her – like you did yesterday—each morning, when she said she felt fried.

**Rusty Powell III** said, *"Oh, because I need to know what that feels like."*

Rusty Powell III came at her personally. She was exhausted, fried and she was shaking, which she doesn't do. [**Note:** Pamela Chapman was under strong attack by loud, toxic, strong energy at night and into the morning, while Harry Gural was kundalini initiating a chorus line and more of women.]

[**Note:** Hate Crime, Noise, Physical Assault—exhausted, fried and she was shaking, all so Harry Gural could kundalini initiate women who when they arrived had to offer an insult of Pamela Chapman to Tara Plochocki. It was their password into Kundalini Crossing. They could not gain entrance if they did not know Pamela Chapman nor if they failed to offer an insult to Tara Plochocki who then said Ok, you can enter in but tell harry the insult.]

[**Note:** Martha Parker, President of IMG's board of trustees was the first person kundalini initiated. TC took seven to play a game at Kundalini-Crossing. It took four days to get that first group together.]

**Bill Gural** claims, "Harry Gural shakes all the time, or did as a kid so the family to hold him best, and when he wraps **Pamela Chapman** in a blanket his mother said, *"She used to do that to him as a kid and it calmed him down, and she said she wanted that every night."* He did it twice. It was beautiful. Then he refused to show up for her again even though Melchizedek tied their marriage together twice. Just add **Bill** and **Kathy Gural** to the extended family.

**Kathy Gural** and **Bill Gural** could stay here in the Upper realms for at least 40 days and 40 nights so that **Harry Gural** could start to heal.

**Harry Gural**:  I don't want my brother. I want my wife. His wife is Tara Plochocki.

Pamela Chapman
pmchapman@cox.net
401-662-9516