*"No, Harry Gural, you don't get Tara Plochocki ever,"* and,

Bill Gural claims, *"We will straighten him out on way or the other."*

We will move Bill Gural and Harry Goral together, so they don't embarrass and expose you Pamela Chapman. No. We were just adding Bill Gural to your house, but now he can't talk across the galaxy into the Public Commons space.

*"Is that ok, Bill Gural?"*

"Yes, because it is consistent with my priesthood vows of silence. Yet, I can't be silent with my own brother. It is my priesthood that called me here in the first place. My sister always knew how to find me here. She, Kathy Gural, called me recently, and said, *"Harry Gural is a Shit Show and he is being such a big fat jerk."*

Mother claimed, *"She is so not proud of you."*

Yet, Myron/Michael Harner claimed, *"That was exactly what he wanted, so everyone would release him. No one will release either of you to anyone else, so you are both in a Shit Show of Stupidity."*

Pamela Chapman, stop helping everyone. Even your daughter, Emily Parsons, said, *"Stop. They will never repay you."*

Harry Gural said, *"Stop helping me. I don't want you now or ever."*

Pamela Chapman:  I have no respect and like for anyone. That is my story. You are such Shit Shows. I have no faith, trust, or respect for any of you.

Lynda Adams:   *"Well we have no respect for you, Harry Gural."*

She claimed, *"How could you not tell us so much about yourself?"*

*"I'll tell you everything."*

And, she claimed, *"How could you? You didn't have a platform from which to understand any of it."*

Lynda Adams:   Well, yes and no. I was abused by my first husband.

*"No, he was the one who was abused, not you."* Pamela Chapman knows all this through astrology.

*"Lynda Adams, Why did you want Donald Trump to save the day?"*

Pamela Chapman
pam.chapman@comcast.net
401-662-5410

*"Because they are die hard republicans. They wanted to show everyone that <u>Kamala Harris</u>, <u>Gina Raimondo</u>, and <u>David Cicilini</u> are big shots, and that <u>Donald Trump</u> was almost the answer for the whole country."*

It was his Agenda and the Republican Party's Agenda, not <u>Pamela Chapman</u>'s she came to address, but <u>Donald Trump</u> and his son seemed to understand this, so they didn't hold the realm accountable.

**6:40 AM**

How does <u>Pamela Chapman</u> show up now for anything?

This book is a mess.

<u>Nancy Graham</u>:  <u>Simon and Schuster</u> could still take the book, but we think St. Martin's Press. No. It will be hers, and #1 literary is in the way, because they just want to rape and destroy her property, and not pay her properly. She will sue them all appropriately.  She will find a way to get the book published, and the film rights sold.

<u>Reese Witherspoon</u> (herself):  Call my office and ask for any agent I work with.

<u>Smokey Mountains of TN (Ashly Judd)</u>: Call the Book Club's Office through_____, or any way you can, and tell them I sent you there. They expect your call.

<u>Llama Nation Hollywood Actors:</u>  You can do that with all of us.

<u>Jane Fonda</u>:  Find Michael at <u>Simon and Schuster's Distribution Center</u>. He will tell you who to call about setting up an appointment to sell or collaborate on your book deal. You don't have to wait, go to NYC. Everyone does it through Skype and Zoom anyway,

<u>Goop Lady (G. Paltrow):</u> Call my office because I have a lead for a movie producer named <u>Elizabeth Myers</u> because her son actually worked for me 4 days a week. You aren't the abused, just the tired and fatigued because mid-day you will rise up again and they will be stunned. You are not dead yet, so always remember you aren't young, but you didn't die so many times before to end up so dead while still alive.

<u>Jessica Hagen:</u> Did you actually dream I was dead on sorcery remote viewing television?

No, that was <u>Harry Gural</u>, who claimed she dreamed you showed up and tried to best her, but she bested you instead, and instead of dying she just shacks her head and walked out, and <u>Dorienne Farzan</u> was there too, and all <u>Pamela Chapman</u> did was walk straight through two houses out the front door to the back. She didn't know what to think. So, <u>Donald Jagoe,</u> maybe everything is just a fantasy dream (or a nightmare) for everyone involved, when there are people tied together (shamanic marriage) who don't want to be tied.

Pamela Chapman
pamelachapman@cox.net
Index299.10

Yet, you and <u>Pamela Chapman</u> didn't actually create any _____, trust, or relationship, and <u>Bill Gural</u>, <u>Harry Gural</u> did with <u>Tara Plochocki</u> and her parents. (It was blackmail.)
[**Note**: that was all a psyche laboratory experiment by <u>Tara Plochocki</u>, <u>Rusty Powell III</u>, and <u>Bobby</u> <u>McDermott/Rusty Dorman</u>.]

**6:57 AM**

She will be too busy.
She doesn't move [fast] because the court house is on Washington Square.
She can walk into Stoneacre and ask <u>Chrissy B</u> for a drink of hot tea and reminiscence about shamanic television, but they don't usually talk to each other here or there.  She can just sit and read a book, or newspapers because everyone knows **she walks alone.  Energetic relationships mean nothing to anyone in real life. It is the people in front of you that heal you**.

<u>Emily Parsons</u> and <u>Pamela Chapman</u> don't need a conversation. They have their own identities and they have agreements with each other about boundaries in this space. Yes. This is true.

<u>Pamela Chapman</u>:  You haven't spoken to <u>William Parsons</u> for months and you saw <u>Emily Parsons</u> the other day on her birthday. You are all good. She lives with her father.  <u>William Parsons</u> lives with others in Cambridge. <u>Pamela Chapman</u> doesn't want to foster that kind of relationship. She wants it all out there.  Until we sort this all out, we can keep our distance. *"Yes,"* she said, *"I would tell them both the next time that I am suing everyone including the father because the time clock has now run itself out."*

**7:02 AM**

You all came to destroy her and she destroyed you all instead, but not really, because <u>Jack Halpern</u> said unmistakably, *"She is now dead to all of us. She is too abused for any of us to care about."* *"That is abuse too. <u>Jack Halpern</u>,"* but he doesn't care. He claimed, **"She deserved it energetically."** [**Note**: this must be the kundalini initiations at night of <u>Harry Gural</u> with all these women despite all his shamanic marriages to <u>Pamela Chapman</u>.] **"She is too intuitive for any of us to care about her. She is her family's mess now."** So, she claims that's o.k. She will take care of it, and so what if she screams every now and then. She really knows it doesn't do anything for the listener, but something is triggered in her, but she calms down immediately which <u>Harry Gural</u> doesn't do yet.

Remember <u>Pamela Chapman</u>, <u>Harry Gural</u> can't go away. So now, you didn't get rid of one <u>Gural</u>, you have two <u>Gural</u>'s, but you have a synergy with both of them.

You can find <u>Harry Gural</u> and <u>Pamela Chapman</u> almost anywhere because they are real. Are you real too?

<u>William Parsons</u>:  I don't think, but I know so. You said it best when you said just freeze your aura out. (That means, I will not let anyone in.)

203

[Note: Kamala Harris asked Marcella Lobo last September to "freeze" Pamela Chapman and Harry Gural to keep them apart. Kamala Harris now knows the two of you were supposed to work so closely together, and everyone colluded to keep you apart and never be together by any means possible including manipulating Harry Gural's psyche and Pamela Chapman's aura (which is still not free).]

**Donald Jagoe:**  Pamela Chapman will just do whatever she likes no matter what, and make you all so uncomfortable that you do whatever you need to do. You make her physical survival and safety impossible here. Pamela Chapman knows who she is, and where she is now. Everyone wants to step in and abuse her.

*"They do this every day, i.e. Laurianne Florio, her mother, and her siblings and others like Martha Celeste and others, so don't give me any shit, I'm not interested."*

[Note: Laraine's sister Diana Beardsley knew The Game, and said it was played at UCONN on floors to teach those unwanted students how to become disinterested in each other before sending them off to another room on another floor and dormitory. **To her, this was just a college game.**]


**7:17AM**

It's raining.

**L. Florio**:  I don't want to know you if you have been abused or divorced. I don't want to catch that virus.

**Jessica Hagen**:  I agree.

*"We all leave immediately."*

*"No, you stay to all feel better about yourselves."*

**Beatriz the Guide:** I will fix something every day. No.


Esmond Harmsworth IV and Cathy Wicks violated every tenet of agency.

Kimberly Witherspoon violated contracts with an author.

Pamela Dorman violated verbal contracts.

Nancy Graham violated actual date-time stamps of pre-contracts.

Pamela Chapman
pbmchapman@gmail.com
401-862-9516

Decide upfront now how much money you want, and let the NYC media elite do the rest, because **Kamala Harris** is VP of the USA is involved, and so is cocaine and all the rest.

Yogi Bhajan II/Guru Singh:  Is a symbol of sexual deviancy in yoga and, Marcella Lobo and Alberto Villodo are symbols of sexual deviancy in sorcery.Yet, all three are involved heavily as knowing participants and leaders.

[Harry Gural is a victim via kundalini initiation & psychic manipulation by the US Senate Ways and Means— Richard Neale and Rusty Powell III]


**7:35AM**

Fraud and perjury liability language – **Holt Massey**.

Your wife, **Sandra Orsloff** said, *"You planned to retype Barefoot in Heels as your own and sell it overseas in Hong Kong and Dubai for re-production. This was done on behalf of the Redwood Library's Book Committee. Mark Halpern did that in Hollywood. We called it Barefoot in Heels, but it wasn't copyrighted or authorized by the author. It was a Shit Show reproduction of a screen play. Reese Witherspoon's people knew about it. That was done on behalf of Kamala's Table for Happy van Beuren."*

[**Note**: Mark Halpern's copy was prepared by Carrie Crosson Gilpin.]

*"No one needs to know what you are, or what you do, just something stupid and simple on a cover flap. Nothing extensive or operatic or anything like that."* This is what **Kamala's Table** said initially. That is exactly what **Carrie Crosson Gilpin** typed.

*"You can't write fiction **again**— not like this. Become a small publisher. Then, no one will abuse your **writing** ever **again**. If they did it once, they will do it over and over again."*

Harry Gural, if your soul loved her at least five times, it can love her again for one year more. [Someone is looking to have an affair with you]. It's not an adulthood or a lifetime, it's a very short stretch to death at 72, so remember my husband recently died of cancer, so I'm in my mid to late 70's, so no one will stop me and my agency except my death. It happened recently to someone else we know, but if you don't write it down, you will forget.

*"I don't take most manuscripts, but I read them for determining what will and won't be published. This can't be published because you aren't an author of renowned, but now you are. It was not a bad effort, but I loved and hated sections. That means it was a good start."*

*"Remember don't write another book, just publish others. That will save your hide, and if they don't like what you select, remember it's a gamble always. No one wants to gamble on, or with, you ever **again**."*

Pamela Chapman
pmchapman@cox.net
401-662-9516

Jack Halpern didn't want to stand with you ever again, and neither will the publishing elite. No one wanted to stand with T. North or Thornton Wilder. He died two years later. His book got published by the family. He got to be remembered in film finally because his sister was an actress and knew people. Knowing people helps. Remember you need people, money, networks to get ahead and your marriage took them all away.

Bill Gural: No, they do not. Harry Gural had the same problem, and so did I. No one wanted to support us except our father who is now dead. You are now like our father, yet Harry Gural was yours, so let's be in each other's lives out there. Bill Gural and Kathy Gural will figure it out. We met you once. We will meet you again somewhere somehow.

Ed Heffernan: The night of May 15, I hailed Nancy Graham. She supported Cathy Wicks on sorcery television nights, and said she would never take the book because if it didn't come through an agency of renown, no one gets a deal with her without a certain agent.

Jack Halpern: The book was never to be.

"Oh, yes because the title was held by the Ascended Masters for 8 years, alongside *Driving Miss Daisy*, and *The Help*.  No one picked it up, except Kimberly Witherspoon who didn't complete the contract of the Ascended Masters.

*"Kimberly Witherspoon, you were supposed to be the agent, but you never actively signed."* Interestingly, Alberto Villodo uses Inkwell Management through Richard Pine. You all knew each other.

Why didn't Pamela's book get sponsored with all this publicity?

*"Because it didn't go through the normal formal proper channels of sponsorship. That's why."*

Sponsorship = mentorship = resources-network.

She didn't have the right network of people. Yet, she went to the Wesleyan Writer's Conference at her alma mater in order to do just that. She met and spoke with **Pamela Dorman** at length. [Note: We learn much later that Wesleyan University and the Writer's Conference may be involved in blocking fiction writers from publishing.]

Pamela Dorman: I didn't actually say I'd take the book.

Pamela Chapman:  At Kamala's Table, I was forced to give her a lot of background and story, but it was Pamela Dorman at Kamala's Table that offered up to $14 million. Kimberly Witherspoon was always present in those meetings.

**8:13 AM**

Pamela Chapman
pmchapman@cox.net
401-662-9516

<u>Harry Gural:</u>  I never actually wanted to marry <u>Tara Plochocki</u> because her mother was a f' bitch and her father was a jerk off kind of guy.

*"Yet, you were embedded in that family."*

<u>Bill Gural:</u>  If your mother is dead—and she is, and your father is dead—and he is, and you really only have one sister and two adult children, it is a small family. Her sister thinks she herself is only on this earth for another six years. Accordingly, she and <u>Pamela Chapman's</u> former husband die within the same 12 months.  Then, <u>Pamela Chapman</u> has only her daughter and her son. This is not a big family. That is ok. We are not either. Everyone wants a large family. Her sister did, and got one with <u>Jim Varley</u>. If <u>Jim Varley</u> was a domestic abuser of one sort or another, and they didn't actually love like they could have of one another, then <u>Deborah Chapman</u> was also abused. So was their father in a first marriage. The family had a theme of abuse and betrayal. Now, she is trying to balance that karma for herself personally.

<u>Brian Jagoe:</u>  We don't have that. We were like the <u>Gural's</u>.

<u>Kevin Jagoe</u>:  Our father had an affair, but no abuse.

<u>Jessica Hagen:</u>  What is the thread that pulls this together?

None of your business, because we know yours from the journey. If we tell you your work, you do not do your own work. Therefore, we do not tell <u>Donald Jagoe</u> or <u>Harry Gural</u>. <u>Andrew Parsons</u> demanded answers and her got them. If you hand answers to a person, as <u>Pamela Chapman</u> had to do with <u>Andrew Parsons</u>, he does not do his own work of self-mastery and self-awareness, and <u>Andrew Parsons</u> got every answer about himself. He did not deserved them. He stole them in a thievery heist. <u>Pamela Chapman</u> was tortured for that.          July 14, 2022

*"I did my own work. Now I want my abundance. Where is it hidden?"*

<u>Beatriz the Guide:</u>  **In the aura always was it so hidden, we couldn't find it.** [Note: Harry Gural was always hiding in Pamela Chapman's aura, and so was Alberto Villodo at one time, but she never ever knew.] You are both so smart to think you get your abundance like everyone else. Create something for yourself.

*"I did. I called it <u>Barefoot in Heels</u>. It was stolen and distributed illegally."*

Create a lawsuit. Start with contracts, and go from there. Settle with publishers and agents first. Then, go from there. Do not settle with <u>Happy van Beuren</u> until you have all the real facts.

**Donald Christ**:  Don't settle with <u>Happy van Beuren</u> in Newport. Use my firm in NYC that is how to beat a <u>van Beuren</u>. Also use them for <u>Simon and Shuster</u> and <u>Inkwell Management</u>, Use Washington Square for <u>Esmond Harmsworth IV</u> and your husband, the hospital and the <u>Redwood</u> board of directors because they are local, and they will pay something. They are simple lawsuits.

Pamela Chapman
pamelachapman.essay.net
401-662-9516

Start in about a month. You can get it all done in a year or less. Then, you can force the big picture. If the book doesn't sell well, just sell it to <u>Reese Witherspoon</u>. She will sell it to someone else, and get it up on the screen. Then the book will sell.

Hollywood is the same way.

**8:27 AM**

<u>Elizabeth Kahane</u> and <u>Jessica Hagen</u> horse trade on business and social network. Yet, <u>Elizabeth Kahane</u> can drop her on a dime without regret. She says to <u>Pamela Chapman</u>, *"If you need a place to live, you contact me. I will offer something (REIT), somewhere, somehow."* That's a different context than with <u>Jessica Hagen</u>. It's based on a reciprocity of understanding and relationship beyond this lifetime.

<u>Harry Kahane</u>:  I know what you are saying because you and my mother may not agree on lifestyle or intellect, yet you still have a relationship of reciprocity no matter what – Yes.

<u>Pamela Chapman</u>, you offered two times for my mother, <u>Elizabeth Kahane</u> to be in the Upper galaxy and this Mayan Nation, and she said, *"No, I want to be with my people."* That was a reciprocity of relationship.

So, <u>Pamela Chapman</u>, you have a sister and two children. <u>Jessica Hagen</u> has two children, a business and a wide network. Yet, you don't because your husband had such tight boundaries around what you could do.

You will litigate. You will publish. <u>Jessica Hagen</u> is a Shit Show of her own disaster.

I'm <u>Elizabeth Wright Kahane</u> and we can be so fluid now <u>Harry Kahane</u>, <u>Bill Kahane</u> and <u>Elizabeth Kahane</u> because we practice how to move from one to the other so no one recognizes our energy. We are very coherent in energy and so are <u>Bill</u>, <u>Kathy</u>, <u>Harry</u>, and <u>Pamela</u> and probably her children. So, that makes you all a larger circle of kinship. **If it isn't out there, it doesn't matter. In here, it's just a game, and no one wants to play anymore today or any other day.**

**<u>8:46 AM</u>**

<u>Elizabeth Kahane</u> and <u>Pamela Chapman</u> know how to rely on each other in here, and under certain circumstances out there. The same is true with <u>Harry Gural</u>. He isn't himself at all.

<u>Elizabeth Kahane</u>:  I don't ever want to meet you <u>Harry Gural</u> because it won't work, be right, or proper.  You don't understand how society people meet and greet out there—or in here.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

<u>Pamela Chapman</u>:  You know exactly what to do, which is why you don't do certain things anymore.

<u>Dorienne Farzan</u>:  You said, once you got divorced, you retired from society activity at galas and other such public events.

<u>Elizabeth Kahane</u>:  That wasn't necessary.

<u>Dorienne Farzan</u>:  Yes, in some circles in Newport, it is or was.

<u>Elizabeth Kahane</u>:  I didn't know that.

<u>Dorienne Farzan</u>:  Because you are too new to Newport, which is why you can adopt <u>Jessica Hagen</u>, but <u>Pamela Chapman</u> isn't part of new society. She is old school at heart.

<u>Jeanne Gorham</u>:  You got that one. She is very old school.

<u>Dorienne Farzan</u>:  But her twin couldn't ever see that.

<u>Jeanne Gorham</u>:  He couldn't. His wife didn't let him.

<u>Tameen Saied</u> suggested, *"…. you pull a taught straight line up and down to form a zigzag across the front of her whole body. She also indicated in her mouth a horizontal lock or switch."* They decided that the straight line was the keyhole and the key needed to be put in a horizontal position, and stipulate the noise be permanently tuned off. It is not for me.  It is for <u>Alberto Villodo</u> and we give it back unmistakably.

Could it be an attunement or entrainment to a frequency of noise like a radio, such that if he has this frequency in him, he says, *"Tune her to my frequency, and me to hers. Then we are in a synergy of noise together, except I don't hear my own noise and she hears all of me simultaneously in all situations. Then, we are always vibrating together."* 9:19PM 5-20-2022. It worked. The noise left <u>Pamela Chapman</u>'s aura and is surrounding <u>Alberto Villodo</u> at this moment.

<u>Erin</u> absolutely hears it. It sounds almost like <u>Paul Kipnes</u> music from last April 2021. But it is not music. It is a **harmonic hum** of some kind. **He made it himself. It ratchets up, and when it gets too loud, he then turns it down. It starts all over again**. **It starts early evening, EST time, and goes to around midnight EST, Then he gives the floor to <u>Bethany DiNapoli</u>. Then,** all sorts of tomfoolery, abuse, harassment, slander, and sorcery emerges nightly.

If this is how he protects himself. It is also how he holds power – no. It is how he demonstrates that he holds power but it is not power absolute and he does not rule with absolute power just absolute obnoxiousness that does not allow the rest of us to touch him in this realm. Does it actually protect him?

*"No, it does not because then he refuses to budge any amount when it comes to negotiating anything."*

Pamela Chapman
pamelachapman.cox.net
401-662-9510

Alberto Villodo never allows himself to be without this noise. That is correct. He thinks he can't be in the middle realm of sorcery without it. All he needs is an auric wave to figure it all out that no one can confuse who you are to him.

He has demonstrated that you are his prisoner absolute and that he owns you. You have no power at all to protect yourself from him, and you could never see this coming. He knew all along what he was dong to you, and he was so proud of what he did. He demonstrated to the world that you were his prisoner nightly. He then gave this same power to Bethany DiNapoli and Nola Ganem saying, *"When I die, they are in control of you."* 9:27PM

If this noise is all targeting Pamela Chapman and the entire world had to hear it nightly, this is the most obnoxious thing Alberto Villodo could ever do to demonstrate he had no leadership skill in this realm what so ever. **Guru Singh** would never ever do this. If the realm closes and Pamela Chapman can't hear it, he will use the noise as a radar pulse to find—and entrain **with**—Pamela Chapman. Then, he does not need that noise at all because the other half of it is now gone. 9:29PM

Bethany DiNapoli and Nola Ganem get exactly what you just said. Is this manslaughter? Is it a kill in The Game? Can you be in The Game with Alberto Villodo with this kind of noise? Can you be in Level I of masturbation or kundalini with Alberto Villodo if you vibrate in noise together like this?

No you cannot. No one would never know this. He never does this with anyone. He was doing kundalini with Leora and he gave her noise. She completely stopped doing kundalini with him because he is so stupid. He does not do it properly, and the noise was always there, but made no difference in the outcome of kundalini. No one would never masturbate with anyone with noise like this because then you would never ever be in sync together- well you could.

Leora thinks Pamela Chapman, if this is exactly how you think then we cannot thank you enough because no one could figure this out before, and you and Tameen Saied together did it. As long as the two of you work together, this might be how you save yourselves in the future. The same with Harry Gural, you must never forget to work together because apart you killed each other, but together you solved all the problems.

Marcella Lobo was the first one to get the noise and Leora was number 2 and Pamela Chapman was number 3. At 9:37PM a guide turned it off permanently. He won't talk in the middle realm permanently now.  He won't leave the realm either because he has no protection other than Marcella Lobo – she is never protection. He protects her. She is never in here because she has been killed in here before. He doesn't want to be killed like her because that is death to both his drug trade and his perceived leadership as a master shaman he is no master shaman. He is a sorcerer. He would be considered an incompetent shaman, if he were killed in here. That business depends on a strong leadership presence here. Noise is never leadership. 9:40PM

Paul Kipnes: Noise is always vibration and never music. This noise of Alberto Villodo replays every 15 minutes. Then he turns it down, and it restarts all over again.

Pamela Chapman
pmlechapman@cox.net
860-662-9810

Dorienne Farzan:  Well, it isn't ever going to be the same anymore because Donald Christ, esq. doesn't like people like Pamela Chapman, so McBean is off.

*"Ok, no big deal, which is why they like you."*

Dorienne Farzan:  But really McBean can't stand people like you, but we will consider your candidacy. Ok?

*"I know how they things work."*

Gladys Z:  Rod O'Hanley knows her and respects her. That's good enough for her.

Walter Reed, esq:  Well, she tried to really swindle us with all that army hospital bullshit, but it worked.  So, now just swindle Donald Christ, esq. and you got yourself a seat.

*"But, I didn't know how to swindle. The swindle is all yours not mine."*

Pamela Chapman:  Remember who your family was in Nove Hrady, and in France, and keep them separate, because if Jessica Hagen is Jagoe's mistress in this life time, and Richter's in France, then she doesn't belong in Nove Hrady with Harry Gural and Pamela Chapman. That's the understanding of reciprocity. The rest is a horse trade at best.

Jessica Hagen:  But, I like Elizabeth Kahane, and I know what you are thinking, so don't say it Pamela Chapman.

*"She won't because she doesn't have to anymore."*

I got bested by Elizabeth Kahane and Pamela Chapman together. Well, not really. We all stick together at Kamala's Table.  There was that reciprocity of understanding of the games being played.

We all know what you wanted through Kamala's Table via Nancy Pelosi and we'll get there some day. No one likes a book like that. It's the movie that really matters with public policy. That is what you can do over the next 25 years or so.

Pamela Chapman asked Tom Hockaday in a private conversation in January 2021, *'What if any gossip was preventing Pamela Chapman from getting a job, because Amey Cardullo told her if she was slandered by Jessica Hagen to let her know –or anyone, because Jessica Hagen said, "You have bad karma and then everyone walked away end masse."*

Pamela Chapman
pmelachapman@cox.net
101-662-9530

Jessica Hagen:  Shit—Why? Because she knows she said awful things about you. The worst—that you and your husband were asshole idiots for being married as long as you were. She got divorced the first and third times after a year, and the second after 4 or 5 years so her longest relationships have been with her siblings and children, but never lived 24/7, 52-weeks a year with her children. She always traded off her children. When they were under 5 years of age, she had a Romanian nanny Monday through Friday, and then left the kids with her husband on Sat and Sunday. She was always a part-time mother, part time wife, part-time art gallery owner, and full time social climber. Her job was her social life. His way she wrote her social life off her taxes. This way, her job was a tax-free social life, and her husbands were her credit card bankers.

Tara Plochocki stayed on Harry Gural's soap box all night with Bill Gural in between to figure her out. Bill Gural says, *'I can't stand that woman, and neither can Kathy Gural, Pamela Chapman, Elizabeth Kahane, nor any of the others from Kamala's Table.'*

Why does Harry Gural stay?

Rusty Dorman/Bobby McDermott created a sorcery marriage that forced co-dependencies and thievery activities together. [Tara Plochocki is his handler and agent for the women of kundalini initiation practices].

Bill Gural:  Tara Plochocki is a witch, and never would we want Tara Plochocki in our lives physically. Neither does Harry Gural.

Big Brother: You will beat this, and we insist. So, hunker down and remember you are already married to Pamela Chapman, and we will insist you humor her and the family.


Elizabeth Kahane:  Your business is publishing, not philanthropy, ok?

Really? Ok.

*'I don't think that's right,'* someone said.

*'Well that's my story.'* Elizabeth Kahane says. *'I'm sticking to it.'*

At Kamala's Table, Pamela Chapman went toe-to-toe with van Beuren Charitable Trust and the family. She never had to stand down once. **She gave them more ideas and opportunities than anyone in the family, or on their payrolls. They owe her. While they stole her book, *Barefoot in Heels,* she submitted two different cover letters and resumes to van Beuren Charitable Trust.**

**Roger Kass said, *"He would never like her because he didn't like the husband in college at Wesleyan, but really it was because of her illegally begotten manuscript that took place in***

Pamela Chapman
pmxchapman.com/net
701-662-9516

*Newport that the family could never hire her, nor could the hospital, nor could the Newport Art Museum.*" Happy van Beuren and van Beuren Charitable Trust is considered the biggest donor to the hospital in. That makes for a minimum of seven resumes that were mis-sent because Pamela Chapman did not know her resume was being sabotaged by her work of fiction having been stolen and circulated: Two to vbct, two to Newport Art Museum, and three to the Newport Hospital. 09:13AM

Bill Gural on Harry Gural's Past Relationships:

1. **Big City:** Chick with small hair small wardrobe also
   No make-up, highly intelligent
   No to athletics
   Close to being a lawyer
   Grad School
   No music
   Only heard but never seen
   Myron: I heard so much about her. I couldn't stand her.
   6 month to one year's duration
   Boston, New England
2. **Big City:** Boston
   Not marriage material
   Aggressive and really not pretty
   Plain Jane
   Always talked a big game, but no one showed up to be worthy
   Myron met her so did Kathy: maybe Ok, maybe not so
   Bill: I couldn't stand her
   I never really liked her but her father was a WDC lawyer of great importance, and I thought I could connect with a job in WDC through him.

1. **Not Really into Her**
   Not really into her
   Maybe the wrong style: Not the plain Jane bravo type.
   Different friend group
   Too slick for him and the family, but not really
   Higher vibration than most, but not really
   To pathetic to really like
   Cannot find the right fit
   Owns her own home/house, but he does not
   Divorced, 2 kids – that will kill the deal right there
   No opportunity for a social life

The family says Pamela Chapman, you are too alike Harry Gural for him to actually be attracted to you, which is the challenge of Twin Souls.

Pamela Chapman
pamelachapman@cox.net
[o]-00249316

Harry Gural and Pamela Chapman you have a similar high vibration. Harry Gural should sing and be involved in music.

Music is so important to the soul both energetically and out there. He needs a singing group of any kind: a capella would be great. Take voice lessons.

Bill Gural: We don't seek co-dependency either just opportunity for relationship and Harry Gural says he doesn't know how to be in any kind of relationship except with Tara Plochocki and her parents which is just the wrong kind of co-dependency to begin with.
9:48


Bert Lippincott: Newport Historical Society books by local authors
Authors Round Table/ Workshop at the Redwood Library
Pell Center Ladies: Self-publishing
Linda Philips – Self published
Bing West – Press Hill
David McCullough – Bristol, RI

So many authors in Newport. Carolyn DuPont Life of the Mind Series.

If I get sued, what's my game plan?

1. *"Know your truth unmistakably"* (Pamela Chapman quote)
2. Fess up quickly, i.e. the Matt Lauer experience
3. Cooperate with the law for leniency
4. Pay your dues if you need to

There is only one way out –that's straight through v. Cheryl Strayed
If you lie, you are dead by dawn, and you will pay for the karma.


**July 19, 2021**

**2:32PM**

Nancy Graham's response:  Jonathon Knapp, CEO, Simon & Schuster can't cut a deal, like I said.

*"Oh, yes, he will, because we will go to court and insist on every point because Wendy Schmidt (Google) said it is real, and we were real in real time, and the Supreme Court also validated for Google that they were real in real time.* ***So, this is real in real time.****"*

*"Harry Gural, Carrie Crosson Gilpin, Nola Ganem and Tara Plochocki,* ***We are all real in real time****."*

Pamela Chapman
pmchapman@cox.net
401-662-9910

**#Standupmetoo**, the new moniker of everyone in the world because no one knows who is who and what is what today except, when Pamela Chapman starts to talk into this realm and Harry Gural sings above the talking—then we all talk and do whatever we like because he can't hear us and we have a noise filter. Did you know this Harry Gural?

Then, anyone can read anything to anyone. No one will notice because you are singing over the voices.

No. Tara Plochocki said, *"I can't read anything because Sullivan & Cromwell said they accept the assignment at 12:30PM today so no one stopped to say they objected—Why is that?"*

Because Donald Christ is a senior partner at Sullivan & Cromwell and he said, *"We accept, and no one will override Google Eric Schmidt's statement of, 'This is real in real time.'"* The Supreme Court approved Eric Schmidt's Google case for being real in real time in 1973/74. He said, *"We spent months on testimony, and this is a repeat performance of the same topics all over again."*

Harry Gural, do you understand how important this conversation is? Because if you do, you will stop singing and stand up very straight. This is extremely real, and very important financially. You are liable, and you put yourself in the middle of this fight against Pamela Chapman.

Tara Plochocki:  I don't fight Sullivan & Cromwell ever, so no problem from me ever again.

Donald Christ, esq:  Pamela Chapman you don't remember my firm's name.

No, she didn't, and she didn't look everyone up until very recently –this week in fact. It was because she bought a new iPad. No one bothered to tell her everyone was lying about themselves, as if they were all leading fantasy lives. She has had to do her own research every day.

Dorienne Farzan:  I would have thought you'd remember, but you happened to remember that Sullivan & Cromwell is a top-drawer firm. You said, *"Why would I hire anyone else, but the best? They have 550 lawyers in NYC, Boston, and elsewhere."*

*"Pamela Chapman will you marry all over again,"* asks Harry Gural?

*"Why do you ask?"*
*"Because I am ashamed and embarrassed that I stood apart and alone against you."*

Pamela Chapman:  You aren't alone, you were with Tara Plochocki and all the others.

Harry Gural:  But I wanted you always and no one else. You are the only woman for me. Tara Plochocki was stuck in my aura.

Pamela C Chapman
pamelachapman@cox.net
401-662-9516

Pamela Chapman: You will have to show up in my life there. Not here.

Rusty Anderson: You got that right Miss Pammy Chapman because Harry Gural and Tara Plochocki are on a bender this morning at 3:15AM calling everyone who would listen, saying *"Pamela Chapman is emotionally distraught, a loser, and a target of empathy for those who are victims of domestic and sexual abuse."* Harry Gural could have cared less.

And, then Tara Plochocki stood with him on a balcony, and asked his brother to marry them all over again.

The brother, Bill Gural wanted to witness this to remember. He said, *"I won't marry you today because it is my birthday and I need a few days to pull myself together."* Then, he said, *"Harry Gural, I need to ask you three important questions:*

*Do you really want to marry Tara Plochocki?*

*"Yes, I do."*

*"No, you don't,"* Bill Gural said.

*"But yes, I do."*

*"No, you don't."*

*"But you, I do."*

*"No, you don't.*

*"Therefore, he became an "I do, I don't, I do, I won't, I do, I won't"*

*"Therefore, you have been married three times. Therefore, you are really married."*

Bill Gural:  No. I think you are delusional because in this New Age, six I do's in multiplication = Nothing but gibberish.

Harry Gural:  No, I really want this.

Bill Gural:  Wait, I go get mom and dad and Kathy Gural, and her kids.

Harry Gural:  No, don't do that. I don't want them to know what I am really doing.

Bill Gural:  Why?

Pamela Chapman
pmlachapman@cox.net
401-662-9516

**Harry Gural:** Because this isn't real, and I don't want it. I just wanted to pretend to marry a 2nd time in this realm because the 1st time was a mad house, **and I married Pamela Chapman**, and she said I do, and I said, I do not, and then I became an *"I do, I do."*

**Bill Gural:** You were actually married five times in one month.

**Harry Gural:** Yes, but the first time wasn't pleasant.

**Bill Gural:** So what you are saying is the first six to eight weeks of your relationship with Pamela Chapman wasn't good enough for a marriage, so you don't acknowledge wanting to marry her now?

**Harry Gural:** No. I don't know if I ever liked her.

**Bill Gural:** But you didn't ever like Tara Plochocki and didn't even want to be in the same room with her.

**Nancy Graham:** What is this all about?

**Tara Plochocki:** I wanted to marry Harry Gural all over again because Pamela Chapman said, "If you stand on a balcony of a church or the steps of a temple, it isn't real. You didn't actually stand in the other person's aura, you only shared a space surrounding each other. *"Now, I want to marry you for real in the body-temple home,"* she says to Harry Gural. (Later on, she didn't really mean it, she was just playing the game, which she eventually called The Syndicate).

[**Note:** Tara Plochocki only stood in the psyche—mind-body-channel of a thievery kundalini space. She did not stand in the body temple home of soul union. At the start of the rise of the Star Gate, Harry Gural arrived there first. He was inside and under the archway at the opening to the lower realm (Below the middle realm). He waited for Pamela Chapman. Pamela Chapman, Emily Parsons, and Justine Rudock could visualize the entire journey through the archway opening into the lower realms and then the rise of the Star Gate through the middle realm and into the Upper realm.]

**Harry Gural:** No, because when I really asked you the other day, you said, *"No way Jose. I want to be your mistress, not your wife. Pamela Chapman can be your actual wife; I want to be the mistress."*

**Nancy Graham:** Why now Tara Plochocki?

**Tara Plochocki:** Because his father, mother, sister and brother have arrived to save him from me, and if we marry, he can't leave his post, and I can arrive here myself on a magic carpet ride [of Kundalini].

**Bill Gural:** Never again can you come here, or arrive again.

**Bill Gural, Kathy Gural:** If Pamela Chapman were here, what would it sound like?

Pamela Chapman
pmelachapman@cox.net
401.662.9946

I don't know.  She is writing this all down, so we can review it. l know what happened to our son and brother. He has been narcissistically imprinted with a lack of caring and empathy. He is never like this ever, so what the hell happened to him can happen to all of us in the middle realm of sorcery, recently and moving forward especially in a work space with non-family members called Capitol Hill.

This work space includes others, and makes everyone go home at the end of the day…

<u>William Parsons:</u>  That didn't happen, everyone stays together all day and all night.

<u>Pamela Chapman</u>:  That's dangerous because what happened at <u>Tom Hockaday's</u> house, and to <u>Harry Gural</u> with <u>Ways and Means</u> can happen all over again:  Masturbation and initiations into <u>The Game</u> like The Syndicate, and what happens when you change jobs, new people arrive, and old people leave the tribe. You can never leave <u>The Game</u>. The tribe is infested with infidels.

<u>Jim Gaffney:</u>  I get it completely, but what am I to do? They don't leave the station. You kick them out at 6:00PM every night and make them go home. They need to develop their own selves and relationships.

They come together and hide together at work. It teaches them to be quiet all day.

Then, they create opportunity to enter Level I and Level II of The Game within various groups of people and tribes. Then, <u>Rusty Powell III</u> and <u>Bobby McDermott</u> and <u>Lahore/Alberto Villodo</u> win. They cross-tie your relationships and marry you to another of no attraction. This creates new alliances and loyalties and seduces you to cross the line into criminal activity. It creates **"idiot-ocracies" and other problems including drugs, gambling, and sex rings.**

What is convenient upfront can create a carbon copy of what happened to <u>Harry Gural</u> through <u>Tara Plochocki</u> his second handler for <u>Ways and Means</u> after her mother <u>Linda Plochocki</u> signed on to train him in an abduction scenario for <u>Ways and Means</u> and then passed him off to her daughter when he drew a line in the sand and held his own.

<u>Nancy Graham:</u> What happened to <u>Tara Plochocki</u> and her leaving the realm last night? How did she arrive back?

<u>Bill Gural:</u> Because I let her in by mistake, so I said, *"Stay here, so I can see how she acts." Pamela Chapman* went to sleep anyway, and that is when everything went haywire, all over again. When she woke up, she was really destroyed when Jack Halpern, Florida spoke. He said, *"No one wanted anything to do with her, the book, or her in Newport ever again. It's all about abuse, so everyone gets the f*away, because she has been thoroughly abused and destroyed permanently."*

<u>Tara Plochocki:</u> Thank God, because <u>Harry Gural</u> would not accept responsibility for that statement.

Pamela Chapman
pmlchapman.com, net
401-662-9510

**Myron/Michael Harner:**  Tara Plochocki get the hell away from Harry Gural, Bill Gural, Kathy Gural, and Pamela Chapman because you and Harry Gural have nothing in common, and Pamela Chapman has everything in common with him.

**3:06PM July 9, 2021**

Myron:  So now Tara Plochocki you must leave permanently.

Tara P:  No. I can't go, but Sullivan & Cromwell is so top drawer that I can't compete. So, I'll step down and retreat. I don't want to destroy my legal reputation with anyone from Sullivan & Cromwell. I don't have those kinds of credentials.

Harry Gural:  Yes, you do.

*"No, I don't.*

Harry Gural: Yes, you do.

*"No, I don't."*

Harry Gural:  I can't compete with Pamela Chapman or Sullivan & Cromwell, so we both step down.

Bill Gural:  No, Harry Gural, you don't step down, and you won't. Tara Plochocki will, and she will leave permanently. You will stay married to Pamela Chapman until such time you actively meet and decide if you can spend time together as two people together physically because until you do, you don't get any passes for doing anything else with anyone else ever.

Kathy Gural:  No. I think Harry Gural is in a shamanic state with Tara Plochocki, and never realizes what he actually says. He needs a huge detox from her, and Pamela Chapman cannot say anything to him any way all day and all night. He doesn't want to actively talk to, or with her ever, so I can't say why, but if he knows, what is it Harry Gural?

Harry Gural:  I don't like you, but I do. I don't love you, but I might. I like you a lot, but I don't know how to be in a real adult relationship with you or anyone else.

Tara Plochocki:  I don't want to be in the middle of your family fight, and now if Pamela Chapman doesn't get a certain word out of her head, is that o.k.? Always, because if she doesn't write, I'm not either. *"I don't want you Harry Gural now or ever. I want you always."*

Harry Gural:  No. She doesn't want me or anyone else. She really likes Bobby McDermott, but he is a deadbeat geek and she can't stand that—and on government disability—but if he actually approached her properly they would make a great couple because they are so alike, and I have that with you Bill Gural, Kathy Gural and Pamela Chapman.

Pamela Chapman
pmechapman@cox.net
301-662-9816

So how do you tell <u>Tara Plochocki</u> to move on?

<u>Bill Gural</u>:  The same way you tell anyone.  You tell women that all the time, so why can't you tell <u>Tara Plochocki</u>?

<u>Kathy Gural</u>:  Because he has a co-dependency with her. [Note: Or, a Stockholm Syndrome situation.]

<u>Harry Gural</u>:  No. I have a real problem with <u>Pamela Chapman</u>.

<u>Kathy Gural</u>:  Why?

<u>Harry Gural</u>:  Because she and I have such a high coherence of energy. Yet, we don't see eye-to-eye on so many things.

<u>Bill Gural</u>:  You might, but you don't know why.

<u>Harry Windsor</u>:  I told you before, you just work it out day-by-day and it works itself out.

<u>William Parsons</u>:  You are so immature regarding relationships. How did you get to almost 62 , and not understand any of this yet?

<u>Harry Gural</u>:  Because I don't have any really long term relationships and no children, nor a dog. I was married to my job and nothing else.

<u>William Parsons</u>:  How are you going to resolve all your legal issues with my mother now?

<u>Harry Gural</u>:  I will see what happens with the book.

<u>William Parsons</u>:  She will sue a few. I promise you.

<u>Pamela Chapman</u>:  I will…

<u>Harry Gural</u>:  Ok, then we need to get really legally married there, because I can't see straight.

<u>Bill Gural</u>:  Why on earth would you marry <u>Pamela Chapman</u> if you can't stand her? You are always running to women like <u>Tara Plochocki</u>?

<u>Harry Gural</u>:  Because I can, and I will marry <u>Pamela Chapman</u> at dawn every day, and divorce her every night, and meet <u>Tara Plochocki</u> from 10:15PM – 3:15AM and have an affair of the heart.

<u>Myron/Michael Harner</u>:  Who put this in your head?

<u>Harry Gural</u>:  <u>Tara Plochocki</u> said this is how her parents stay married for 43 years.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

<u>Myron/ Michael Harner:</u>  I was married to your mother over 60 years, and we never did anything like that. I loved her every day and night, and never acknowledged any other woman. Why do you have to ask <u>Tara Plochocki?</u>

<u>Harry Gural:</u>  Because I can, and I will marry <u>Pamela Chapman</u>, but I don't love her any more or less because she is a Q'ero Wisdom Keeper. I am not trained to be with a woman of her higher standing, including her Nantucket Reds, her board of trustees, her house, her décor and her preppie clothing. Well, that's not true. I am also trained, but I don't live up to my reputation.

<u>William Parsons:</u> Why is that?

<u>Harry Gural:</u> Because I don't like those kinds of women.

<u>Pamela Chapman:</u> You, <u>Harry Gural</u>, don't meet authentic clean energy, only pampered princesses of narcissistic personality, so you don't like them, but authentically women do exist.

She is enlightened herself, so she is not that person.

<u>Harry Gural:</u> Yes, but I like all natural women.

<u>Pamela Chapman:</u>  No. You don't. That look takes a lot of practice and effort. Far too many men say that, but they don't really mean it. The women that the men say look all natural really are not. They are far too skilled and practiced and pulled the wool over your eyes. At a certain age those of all natural beauty require far too much dermatology, detox, and make-over.

<u>Harry Gural:</u>  I didn't know that, but I like it.

<u>Pamela Chapman:</u>  You have completely misunderstood that look. Does she have to point it out to you in cafes and shopping malls?

<u>Harry Gural:</u>  No, because I can't stand the look.

<u>Pamela Chapman:</u>  No. <u>Tara Plochocki</u> is a dirty ugly bitch with no style nor class. Is that what you like <u>Harry Gural</u>?

*"No."*

<u>Pamela Chapman:</u>  Do you like prostitutes ragdoll whores?

*"No, I did not."*

<u>Bill Gural:</u>  I stopped writing this down, but I can see others haven't, because my hand hurts too…

Pamela L Chapman
pmrchapman@cox.net
01-06-2018

**3:28PM July 19, 2021**

<u>Nancy Graham:</u> This is going to take some time, but here's what I can do today.

$240 million on the 1ˢᵗ $240 million upfront and up close

26% on the next $320 million

26% on the next $440 million

25% everything after that.

25% upfront as a deal closer—$60 million upfront at the signing.
(This is all M&A talk)

All cash monies go through JPMorgan.

*"We don't pay like that for fiction."*

*"We charge like that. We own the copyright."*

*"We /*<u>*Pamela Chapman*</u> *holds the copyright to sell as a book. Scribner's,* <u>*Simon & Schuster*</u> *sells the book to Waterstone's outright, and gets a good return."*

Viacom/CBS says we can do this deal because <u>Sullivan & Cromwell</u> will insist on the full $310 million upfront. So, <u>Nancy Graham</u> let's hope this is a run-away best seller. It should be.

Viacom/CBS says, *"No way Jose"* to anyone like <u>Carrie Crosson Gilpin</u> or <u>Mark</u> <u>Halpern</u> or any of those <u>Cynthia Parent</u> people being involved in the editing and production. *"We can't stand* <u>*Cynthia Parent*</u>*,* <u>*Tara P.*</u>*,* <u>*Carrie Crosson Gilpin*</u> *or* <u>*Mark Halpern*</u> *or the rest."*

We don't do residuals anymore like the past.
We do not pay for photographs or graphics or anything else
We do 50% on podcasts. We do 50% because it is a production expense <u>Pamela Chapman</u> does not want to underwrite.
<u>Pamela Chapman</u> provides her own photograph.

<u>William Parsons:</u> What about when the securities top off, or Viacom/CBS sells Simon & Schuster?

No problem. They are a diversified portfolio that your person can re-distribute anyway you like it.

<u>Pamela Chapman:</u> Yes, indeed. **3:35 PM July 19, 2021**

<u>Nancy Graham:</u> **Hard copies of these contracts we send them out by mail, Fed Ex or DHL.**

Pamela Chapman
pam.chapman@cox.net
707-692-9516

<u>Pamela Chapman:</u>  That's great.

If they don't like the book jacket, it gets changed. No, we love it, and we don't know how to do what you do. Let's work together to sort his out. **3:57PM**

> <u>Witnesses:</u> <u>Donald Christ, Esq.</u> and partners at <u>Sullivan & Cromwell,</u> <u>Nancy  Graham,</u> <u>Jonathon Knapp</u>, <u>Pamela Chapman</u>, <u>Dorienne Farzan</u>, <u>A. C.</u> <u>Tameen Saied</u>

<u>Harry Gural:</u> I don't like this deal because <u>Tara Plochocki</u> will excoriate me.

<u>Nancy Graham:</u> Why is that?

<u>Harry Gural:</u>  Because I promised her, I'd stop it all, and I didn't, So. I will be cremated by dawn tomorrow.

<u>Pamela Chapman:</u>  Do you really believe that?

<u>Harry Gural:</u>  Yes.

<u>Pamela Chapman :</u>  Why and how do you believe it? What will she do to you?

<u>Harry Gural:</u>  She will blow my brains out.

<u>Pamela Chapman:</u>  What is her tool? How?

<u>Harry Gural:</u>  She will use any means possible, and I don't know what she will do.

<u>Pamela Chapman:</u>  Why is it important to her?

<u>Harry Gural:</u>  Because I promised her I'd do it.

<u>Pamela Chapman:</u>  Is it blood money?

<u>Rusty Powell III:</u>  It is brainwashing of the first degree. <u>Tara Plochocki</u> is exemplary at it. He, <u>Harry Gural</u>, is sacred to death of it.

<u>Pamela Chapman:</u>  How did she brainwash him?

<u>Rusty Powell III:</u>  She scares him to death every day and night with something personal. [**Note:** He says on 10-12-2021 11:30 PM: That's true]

<u>Pamela Chapman:</u>  What's the most personal thing she uses?

Pamela Chapman
pamelachapman@cox.net
401-662-0530

**Rusty Powell III:**  She uses me and I re-make his aura (Harry Gural). I remake his confidence and take away his personal agency.

**Pamela Chapman:**  How?

**Rusty Powell III:**  I destroy him every day and night anyway I can. I stopped yesterday at 3:15AM when **Bill Gural** said, *"I won't marry you ever because the family only accepts Pamela Chapman as your only acceptable relationship."*

**Bill Gural:**  Why is that so powerful **Rusty Powell III**?

**Rusty Powell III:**  Because you are a Catholic Priest and we are all Catholic by birth, and you are too real to him and so is she (Pamela Chapman). So, I won't do it anymore. He is now free from me, and Tara Plochocki I expect the family and **Pamela Chapman** to love him unconditionally until he opens his heart and head to all of us again. It took 6 – 12 months to do this. Yes, we knew we were slandering him and destroying him, but we didn't care because we were having so much fun. Yes, we know there are legal issues here, and no, I don't accept legal responsibility.

**Bill Gural:**  But, you did the work.

**Rusty Powell III:**  Yes, but **I don't accept legal responsibility because Kamala Harris accepted the blame.**

**Bill Gural:** How?

**Rusty Powell III:**  Because she and I knew exactly what we were doing. I've done this 3-4 times before, and I always get the same result. They were all in Congressional staff **Akashic Record** rooms.

**Kamala Harris**, No, I do not accept responsibility. I am **Kamala Harris**, and I do not accept your responsibility.

**Bill Gural:**  What do you get in return for all the effort?

**Rusty Powell III's wife:**  I got a big boost in my ego, but not my heart, **his wife of 35 years** says, *"So, let's get real for a minute and say, Harry Gural, the Shit Show Game is over and your family and Pamela Chapman will take good care of you."* And, *Tara Plochocki, you, Rusty Powell III, and Rusty Dorman/Bobby McDermott are all the same, so don't expect anyone to do anything special for you in the future, because you did this knowingly, and without a care in the world."*

*"No, Nancy Graham, you too were a victim of all this tomfoolery, but* **now that we accept that we all real** *we will forget that nothing happened here except we cannot because Harry Gural needs treatment and* **Pamela Chapman needs a real contract***, and both have been really abused in this space and we didn't care at all if we*

Pamela Chapman
pmuchapman@cox.net
401-662-9546

*destroyed them. We only cared about ourselves and our games and not about the people or their lives or their emotions. We were jackass jerks."*

What do we do now, Nancy Graham, Kamala Harris, Rusty Powell III, and Bill Gural?

**Nancy Graham:**  We cut this deal out there, and we get signatures.

**Pamela Chapman:**  What's an 'on-sale-date'?

**Nancy Graham:**  What they call it when the book expires. It never does. She has her own film rights. She sells them herself.

**Sullivan and Cromwell** does not change that deal. It is separate and unconditional to the other issues. **3:59PM July 19, 2021**
> [Note: Sullivan & Cromwell is never going to acknowledge who was speaking. Yet, they will acknowledge they participated. 11:47 PM October 12, 2021]

The Return on Investment (ROI) is almost guaranteed, so no worries there, and **Sullivan and Cromwell** expects another deal to be extremely [control], or they will sue everyone.
We'll talk with the New York Times and District of Columbia, and see what we can do together, because Bardoff (local attorneys) doesn't like doing local controversy.

**Donald Christ, Esq.** 86, can't get involved, but others can. We can't sue local boards. [Note: He is chair of the McBean Charitable Trust, Newport fund.]


**Pamela Chapman:**  They need to learn good governance. That might be the only way they learn it.

**Sandra Orsloff** knew exactly what she was doing in violating governance policy at the **Redwood Library**, and **Michael Holt Massey III**, her **Twin Soul** husband, knew he was violating Agency, so did **Cathy Wicks** – a broker of real estate.

We'll talk before the end of the summer. **Pamela Chapman** needs to line everything up, and the New York Times wants that article. She wants her to have it also. So, we will all work together.
**4:05 PM**

We have so much at stake.

**Pamela Chapman:** I care about the proper outcomes. I don't care which party is involved. I vote both sides of the table depending on the topic. We can be very loyal but not when they overstep or undersell.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

I want Harry Gural to know nothing is permanent, and whatever happened with Tara Plochocki is completely over and dead. You will rise up again. No one will be embarrassed by you because you will become the man you have been and will be ever more. Ok, Harry Gural?

Harry Gural: Yes, but Tara Plochocki scares the life out of me.

What's the best tool?

Rusty Powell III, her goon.

"No, he's not."

Harry Gural: He screams at me even when he isn't here.

That is called a mental health issue of temporary acute psychosis.

No, it's not.

Bill Gural: He needs love, care, attention, and his personal agency back, and the PTSD goes away.

He also needs deep breathing, and sleeping, and he is not responsible to Tara Plochocki, or those other people. He needs to be out of this Akashic Record middle realm of sorcery.

Zenia Theresa/Samuel: Yes, but Pamela Chapman, you must remember he is a delicate flower.

Pamela Chapman: Not exactly.

Bill Gural: Yes, he can. Just remember to tell him to stuff it when he does.

Pamela Chapman: I can do that.

Bill Gural: But, we'll all work together. and you and he have to work together physically there. He needs to rub feet and feel like himself.

Pamela Chapman: That's good. I like my feet rubbed also.

I rub feet.

4:12PM

[Note: the #metoo movement was exposed in the NY Times around February 18th 2018. We will work together.]

[Note: Harry Gural— It's not about accepting responsibility, it's about what happened to Pamela Chapman in between then and October 13th. He can't explain how he couldn't see The Game, because it wasn't a Game to him.

Pamela Chapman
pamelachapman@cox.net
401-662-0516

and yet it was to everyone else—who could see it objectively. Now, he feels like he just didn't know what was happening to him.]

The Game was that Pamela and Harry would retrieve each other—she first retrieves him, then he retrieve her. He couldn't see it, or he didn't want to see it. He knew of consequences and believed he could never leave The Game. Also,  she wasn't his pick. She most certainly is today **October 13, 2021 12:41AM.**

Yet, until they came together, nothing would happen. He doesn't get pulled out—yes, he does. Neither does she—eventually. She gets destroyed professionally, financially, and socially (Which was Andrew Parsons' mission in the divorce). His psyche and reputation take a huge hit with people he doesn't know physically, those who don't know him to be real in real time physically. Harry Gural just becomes the sexual whore of The Game—it's Level I of thievery until he stops, and takes Pamela as a wife in the Upper realms—to ascend out of sorcery space. He chose to assume no responsibility for it, and he took nothing but mistresses with abandon, because Tara Plochocki handles him in The Game. Harry Gural is scared to death to do anything to step out of The Game. Yet, his birth family, Pamela Chapman and Emily Parsons are working to retrieve him, unconditionally. **12:39AM**]

[Note: Until you see the dialog objectively in print, you cannot. It all happened in real time, yet the words never stuck in the five senses or the intellect until it was made real by writing it all down. It appears the same is true for _Barefoot in Heels,_ which is why the Thievery Ring dictated it several times. They all re-typed it to get their own version of a typed copy—to make it real in real time with words that could be digested rather than scrolled by. Digested, it is a human story of emotion and experience, and scrolled by, it neither grabs, or becomes anything of substance. It must be read as words on the printed page to have real effect. Which might be why the Thievery Ring that week received back from Monique Burgess a copy of an e-book she had made by a contact that took their re-typed version of _Barefoot in Heels_ and made it real in real time. She emailed to Roger Kass, as a real plagiarized stolen book. But, it would never be a version suitable for review by a publisher at any Big 5 or any other publisher because they never edited their work. **They spent an enormous amount of time focused on the project as a fire drill for another case of fraud, slander, harassment and manslaughter.** Yet, also to create almost a karma that asked of the people involved. What are you really doing? Is it just what you do between sexual experiences, or what is the real reason for the inquiry because it's too much focus of attention on one individual 24/7 for 8 months running?] **12:53AM October 13, 2021.**

July 20, 2021
**5:29PM**

Carolyn DuPont, Development Director, Redwood Library:  I thought I was protecting the Redwood Library.

Pamela Chapman:  How?

Pamela Chapman
pmcchapman@cox.net
401-662-9516

**Carolyn DuPont:**  I don't want her to look like us.

+ Her book made her look like one of us and she isn't, so we set out to destroy her one-by-one and shame and embarrass her and make sure no one thought anything of her.

+ We thought we succeeded but we didn't. We destroyed her character every day and night, and embarrassed her as much as we could.

+ We ourselves aren't without our own sins, but we can't have it that she looks like us:  My daughter, <u>Alice Ross</u> and her whole family—the daughters of NYC and Newport.

**Alice Ross:**  I don't care for the book, but it should be published. That's all I'll say. I'm a **Scribner's** of Newport (No, she is not!), and we don't want this kind of media attention anymore.

[**Note**:  She has entertained <u>Jonathon Karp</u>, CEO Simon & Schuster both in Newport, RI and NYC. Her husband, <u>Jim Ross, esq</u>, seeks to take over the <u>Redwood Library</u> <u>Book Committee</u> after <u>Tobie Fields</u>. She desires to be its editor, just like Sandra Orsloff.]

**Carolyn DuPont:**  **Happy van Beuren** had nothing to do with this.

We weren't protecting the Board of Trustees, just ourselves. We don't want to place blame on **Pamela Chapman**, but she isn't one of us— and never will be.

**Pamela Chapman:**   So why did you do it? Were you so f' board? **5:25PM**

**Carolyn DuPont:**  It was sport until it wasn't. The sport stopped the other day when <u>Pamela Chapman</u> said she will hire <u>Sullivan & Cromwell</u>. We knew then we were all screwed because they are the best and will pull us all apart limb-by-limb to prove we were the worst people yet.

**Carolyn DuPont**, did you succeed in supporting <u>Andrew Parsons</u>, <u>Cathy Wicks</u>, <u>Esmond Harmsworth IV</u>, <u>Grenville Craig</u>, <u>Miles Bidwell</u>, <u>Holt Massey</u>, <u>Sandra Orsloff</u>, and your Beach membership?

**Carolyn DuPont**:  No, we did not. But we destroyed <u>Pamela Chapman's</u> character and her honor. We are so pleased with ourselves, so move out of town, <u>Pamela Chapman</u>. We don't ever want to see your f' face again at the <u>Redwood Library & Athenaeum</u>,

*"Because you didn't compete with us* **William Parsons** *and* **Emily Parsons**, *and you never will,"* says <u>Alice Ross's daughter</u>.

**Laurence Slocum:**  These are NY City interlopers, and we don't like them, but they live here in the summer.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Thank you, **Carolyn DuPont** for your confession. We didn't like you either, but we tolerated you. Now that you have ruined another, do you feel better about yourself?

**Carolyn DuPont**:  No, because ultimately she will succeed, but at least she is a miserable, unmarried woman of questionable character.

**Jack Halpern, Florida:**  No, she is not. This is an 80+ year old woman recently retired as Development Director from Washington, D.C. with social connections through her daughter who has not yet fully arrived in Newport, and a past employment at the National Gallery of Art under **Rusty Powell III**. She took credit card numbers for events in a small office next to the gift shop according to **Joy Vige**, Potomac Maryland, whose son-in-law **Peter Hicks** is Wesleyan University, '78.

**Alice Ross:**  I never met you, but I like you since you don't coward to bullies or take bull shit from others. So, you are alright with me. Just stay away from my f' social parties which you do anyway. I could care less about your book, but since it never goes away, it should be published just so everyone knows you have no talent for writing anything of any kind. We don't want to ever see her or **Harry Gural** at any party of any kind. Her three daughters sat in the Thievery Ring for months and months committing fraud, editing the book **Monique Burgess** signed her authorship to. Then, the stayed for many more months through all the slander, harassment, abuse, sexual assaults, manslaughter, and sorcery,  [**Note**: This is because Alice Ross and her daughters all had special kundalini appointments with Harry Gural]

**Pamela Chapman**:  You never do anyway.

**Alice Ross:**  I only attended a small woman's college on the east coast of Washington, D.C. No, but really. (She claims to have gone to college in Colorado. She claims to be a NYC decorator. Pamela is more liberal and more intelligent than me. So, what the hell. Publish your heart out because I don't read or write. I just socialize and you do not. [**Note**: This is a slam on Harry Gural and kundalini. Pamela Chapman took the social hit for it, even though she had no idea what was really going on.]
**5:34PM**


**8:30PM**

After listing criminal harassment, assault, blackmail charges, **Rusty Powell III**, **Bobby McDermott**, Tara Plochocki, and **Laurianne Florio** decided to participate collectively to throw strong energy as noise Pamela Chapman's way, and once again demand she answer three questions. Most are of a sexual nature, abortion, fears, weaknesses, defamation of character, and continuous assault such that she is unable to relax and sleep. Their actions were an absolute disturbance of the peace.

Realm noise thrown specially on the aura makes that it vibrates. It must be really loud to get it to vibrate.

   They were always blackmailing her and demanding she answer personal questions – 3 things.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Later they learned to arrive surreptitiously and ask the questions subconsciously. [Note: Monique Burgess became the worst offender of asking to many personal questions. All she wanted was to best the others with the answer to abortion.]

Definition of shamanic letter writing:  **They take something you once said and send it to another. Then, re-formated it to create controversy. They use it to destroy you**. [Note: Sounds like what they did to *Barefoot in Heels*.]

> i.e. If you once said you had a rash on your face. They will get someone to explain it, and then they get someone today to elaborate, and then re-sell it to another.

**They don't care about anyone else, just destroying Pamela Chapman. If you can't get personally sued by Pamela Chapman you will at least get a holler-out or a shout-out, and that's all they care about**.

> Diana Florio Beardsley is Jane Kochanowsky
> Laurianne Florio is   Laurie Kochanowsky
>                        Laurie Franko
>                        Laurie LaMothe Jr.

Jeff LaMothe, Laraine's husband: I didn't know Pamela Chapman was so famous and so popular. All these women who set out to actually destroy her actually create economic opportunity to sell her wares at a minimum of $60 million.

No one knows what is real or fake, so they will fake it until they get sued.

**4:19PM**
Wendy Schmidt (Google):  Unmistakably this is real in real time. If she takes this to the NY Times and Sullivan & Cromwell, she will get so much press and importance that you will regret she has no respect or time of day for people as small and petty as all of you. Do you know who said most of the Kristen MacManus mess? She herself and her husband, Bobby McManus, Penfield School.

We now know they don't have anywhere to go to enjoy their summer Shit Show mess because everyone else is at work and at play so why aren't you there also today Bobby MacManus and Kristen MacManus, US Trust?

Peter Hatfield, her boss at US Trust will ultimately pay the price for her indiscretions on this sorcery television station—or whatever we are calling this ongoing reporting and recordkeeping of the daily events.

She wants to go on this programming to go toe-to-toe with you. So does Laurianne Florio. Her mother loses every single time they go toe-to-toe with you, so why try again?

Pamela Chapman
pmchapman@cox.net
401-662-9516

Harry Gural:  I always want to correct my mistakes and re-evaluate but not anymore. I learned I was not in a proper place to play, so I don't play anymore, and neither should you Laurianne Florio and Kristin MacManus, or all the rest.

Someday you will regret everything you once heard, and once said, because the NY Times and NY Media elite will excoriate you in the press. Then you will be tried and hung in the court of public opinion. Just like Pamela Chapman was for far too long from 2.4.2021—until some point in the future. We will get her out. You will see, but if every time she goes out of her house, everyone harasses her, eventually what would  you expect her to do?

Aspire Dermatology, Middletown, RI, today (2:30PM) claimed harassment by medical forms that went into this space and they leaked her dress attire, form information, treatment plan, etc., It was her actual medical assistant, not a professional-level treatment person. They said, *"We don't like her anyway. She is not our usual customer. Go elsewhere please. Get the hell away from us today and every day."*

Andrew Parsons:  This is the wrong message to send to any patient of any kind. Our whole industry will go into a decline. Why stop there anyway? Just kill her directly because eventually this will all pass. So will you, and so will she. You just get a bad rap and bad reputation.

Cathy Wicks might actually lose her agency pass to be a real estate broker. Do you want that also?

Does Pamela Chapman want Cathy Wicks to use her broker license to sell real estate? What do you think?

We don't have any idea what the laws say about agency. Agents who commit fraud in one medium usually commit fraud in another.

Betsy Zemko:  I lost my attorney license in the CT system, but I can do legal matters on paper. It isn't ideal, but I deserved it for what I did. We all pay a price eventually, so will you, and so will she.


Harry Gural:  I don't ever remember what I said here last night, except you, Pamela,  called me a lying, cheating, scumbag of and husband, and I remember everything you ever said about your legal husband. So, in the end, we are all just the same people, and you won't be in an authentic relationship with that kind of co-dependency. Just remember you sank your own ship for marriage now and forever.

Harry Gural:  I won't ever marry again anywhere because we are now married forever, and I have been such a bad husband then and now. I will repent until I cry myself to sleep every night. You will know because you will cry with me, and here we will have a dream together, and Zenia Theresa will divorce us. So, we can meet out there and forget what really happened. But memory transcends and into death the memory will go – So, there is no real redemption for any of us, only memories, And

Pamela Chapman
pmchapman@cox.net
101-662-9510

you will know that in 4 years' time, <u>Grenville Craig</u> will be dead, and <u>Sandra Craig</u> and <u>Holt Massey</u> and <u>Sandra Orsloff</u> and <u>Donald Jagoe</u> and <u>Jana Jagoe</u> might all be dead too, as will <u>Andrew Parsons</u>, <u>Deborah Chapman</u>, <u>Lynda Adams</u> and many others. So, everyone you remember in 6-8 years' time will be dead except for your children and <u>Harry Gural</u>.


**6:00PM**

<u>Alberto Villodo:</u>  I got a beautiful office.  It is only quiet when I sit and type my menu to my constituents and then it comes back with a vengeance.

<u>Trudy Coxe:</u>  I don't have a constituent class, just employees who are happy to be in a quiet space. <u>Pat Fernandez</u> didn't think to do that for the <u>Newport Flower Show</u>, but we didn't have anyone anyway because everyone is afraid to speak in quiet spaces like that.

<u>Pamela Chapman:</u>  Shaking her head, *"No, they aren't,"* she implies, because she has heard them everywhere.

<u>Trudy Coxe:</u>  Everyone wants to talk at you, and not with you, so just listen until it gets quiet, and it will someday just not today. So, you go to sleep but wake up not always knowing what you heard, and what you dreamed.

<u>Tara Plochocki:</u>  I don't want <u>Sullivan & Cromwell</u> in my panties, so I decline comment.

*"You do not."*

*"Then, I take exception with the book and pass on <u>Harry Gural</u> because in the end. I prefer <u>Rusty Dorman</u> as a mate and partner to <u>Harry Gural</u>. <u>Harry Gural</u> is better looking and smarter, but he is an intellect, and <u>Bobby McDermott</u> is a horse trader, and a demon, and that is what I am also."*

<u>Harry Gural:</u>  I confess at dawn that every morning, you are my preferred mate also, but at night, I prefer to ride the magic carpet of darkness and deceit (kundalini) because you can't see me, and then I ride that motorcycle into the forest and destroy myself until I can't see strangers, and then assume in the morning, you will also welcome me home and love me anyway. It's the darkness of my soul. I got caught up in a travesty and prefer to stay there, because if I actually admit anything, I would be a f'ass loser and then all the men you slept with are f' ass losers.

*"Ok,"* she says, *"all f'ass losers?  So, what now <u>Tara Plochocki</u>,* Toilet Paper University? *because if she and you lived on the same hall, you would steal all the T.P. and all the shampoo."*

<u>Tara Plochocki:</u>  I live by myself.

Pamela Chapman
pamelachapman@cox.net
401-662-9546

No, you don't. You live always with <u>Harry Gural</u> because he always talks to you— and you with him. He doesn't like conversation with his actual wife, <u>Pamela Chapman</u>. <u>Harry Gural</u>, when did you actually think you'd leave to talk with <u>Pamela Chapman</u>?

<u>Harry Gural</u>:  I don't know what you are talking about. I don't talk to you or she. I can't get out of this energy vacuum, and I trusted <u>Alberto Villodo</u> will hold me here every hour, every day and <u>Zenia Theresa</u> will hold me at night until I scream for bloody mercy. So what?

<u>Tara Plochocki</u>:  I love you <u>Harry Gural</u> at night, but at day break, he is yours, but at night he is mine.

<u>Harry Gural</u>:  I don't like living that way. I don't work because she sleeps by day because we keep her up all night.

<u>Tara Plochocki</u>:  Well, I don't like her either, but she will do, as we will de-fraud her, <u>Pamela</u>, of all her asset class money.

<u>Harry Gural</u>:  Asset class? No way Jose. She's a private banking customer now, and you can't touch her money ever.

<u>Tara Plochocki</u>:  <u>Rusty Powell III</u> will get it out of her.

<u>Harry Gural</u>:  No way, They are all going to prison by dawn, or by <u>Sullivan & Cromwell</u>.

<u>Tara Plochocki</u>:  I don't like this legal speak. I am also an attorney myself. So, I will defend myself, but not against <u>Sullivan & Cromwell</u>. They are the best in their class.

<u>Harry Gural</u>:  How much will it cost her in legal fees <u>Tara Plochocki</u>?

<u>Tara Plochocki</u>:  $1 million.

<u>Harry Gural</u>:  Well, she will do it then, because it will only be a drop in the bucket.

<u>Tara Plochocki</u>:  They will do everything in their power to <u>**rape and rob**</u> her once they know how much she has.

<u>Harry Gural</u>:  Well, we do that too, so how are we all different?

<u>Tara Plochocki</u>:  Because in the end, I always win.

<u>Harry Gural</u>:  What is the name of the game now <u>Tara Plochocki</u>.?

Pamela Chapman
pmchapman@cox.net
401-662-9519

Tara Plochocki, esq.:   In the end, she will rise up and win against all this adversity because the legal statutes are in her favor because she just has to get up and do it because unless she gets her personal agency back she is nothing but an ANT on a hill instead of a class ACT (Ardmore Charitable Trust).

Since she can't read these, we stole her personal agency, and Tara Plochocki and Harry Gural won the bet against Kamala Harris.

They win. They win always together. They win. We are just the biggest shits and she can't see straight unless she types it all out. So, we can too. She will, and she can.

Tara Plochocki: Let's wait for her to type everything all out.

That won't be necessary. We took our roles. She and I don't need to discover we are that person all over again.

Gretchen Carlson:  I had the same dream at Fox News, and they settled out of court for much more than they ever dreamed possible because the legal realm saved her to death, the amount was so high my husband said they will be bankrupt, but they are not. So, keep selling the book at the top. $60 million is 25% of $250 million, which is right. So, we are on the right course of action and money. If Tara Plochocki wants a piece of that money, she will have to commit fraud and larceny with Harry Gural. Does Harry Gural want to commit fraud and larceny with Tara Plochocki and Pamela Chapman?

Yes, he does, so he can prove he is the best horse trader in the medical law school set, B-school class at Medical University of the Soul. [That is Andrew Parsons.]

How does that sentence fit into your life?

Pamela Chapman:  Every man, woman, and child wants to horse trade everything of mine, but no one wants to pay me a dime. How is that? It represents no reciprocity of any kind.

Jim Gaffney:  Well, we understand, but you don't look like a person who works. You look aristocratic without need.

Pamela Chapman:  But I have real need.

Trudy Coxe:  No, you do not. You had a book deal that went bad overnight, and no one came to save you except:
> Lisette Prince and her royal family in Newport, RI, including Molly de Ramel.
> Molly de Ramel is married but worked at Fox News as a business anchor, so she knows the fire drill.

And on *Newsroom*, she knew he actress that played a part like herself, but actress didn't think it was a real part until they expected her to don seductive dresses until she gained weight, and then they didn't care. That's what happened to all women—They were used, until they gained weight at child

Pamela Chapman
pmrchapman@msn.net
401-662-9516

birth or menopause.  So, because you lost weight <u>Pamela Chapman</u>, they are now after you again to rape and rob you. [<u>Note</u>: Is she singled out and bested because she lost weight?]
**8:10 AM**

Men want their women to be fat, and fat woman want to be left alone.

<u>Jana Jagoe</u> is tiny (short) and thin—She is a prostitute whore.

<u>Harry Gural</u>, Do you like fat or thin?

<u>Harry Gural</u>:  In the middle, why?

<u>Jim Gaffney</u>:  Because he has no idea how to be in a relationship of any intimate kind and he doesn't understand true intimacy work by day or night. We will take him apart every day until he stands done every night. We promised to destroy him every day as he promises to destroy you every night. So, <u>Harry Gural</u> what do you make of these?

<u>Harry Gural</u>:  More people tune in at night… No one will hear I've been destroyed.

<u>Tara Plochocki</u>:  I can't spend all day here, so you are on your own. I can't destroy you, but I don't defend you, just like what you do to <u>Pamela Chapman</u> at night, you just stand her up….

<u>Hope Sanker Sherman</u>:  I think <u>Harry Gural</u> is off on his magic carpet to <u>Tara Plochocki University</u> to take a big shit on her front porch because he is going to need legal representation.

<u>Tara Plochocki</u>:  I don't go up against them. They are too slick for me. I will occasionally hire someone from the office. I'll do it right away.

<u>Donald Christ</u>:  No problem. She has already retained me against all of you. <u>Dorienne Farzan</u> made sure of that at least in May when we signed a witnessed pre-contract with <u>Scribner's</u>.

<u>Tara Plochocki</u>:  Ok, well I didn't know that. What should I bring to the bake sale at <u>Harry Gural's</u> graduation party from nursery school?

What do you mean?

Aren't there bake sales at nursery school graduation parties?

<u>Jim Gaffney</u>:  What planet are you on <u>Tara Plochocki</u>?

<u>Tara Plochocki</u>:  I heard a story once.

Pamela Chapman
pmchapman@cox.net
401-662-9510

<u>Jim Gaffney</u>:  That's irrelevant. What is your problem this morning <u>Tara Plochocki</u> and <u>Harry Gural</u> because I go to work by day & what do you do <u>Tara Plochocki.</u> and <u>Harry Gural</u>?

<u>Tara Plochocki</u> and <u>Harry Gural</u>:  We don't work anymore. We only play here. We defraud as many as we can, so you don't get to blame us for being here.

<u>Tara Plochocki</u>:  I'm hungry.

<u>Harry Gural</u>:  Let's go out for brunch.

<u>Tara Plochocki</u>:  We don't do that. You do that with your f'wife, <u>Pamela Chapman</u>.

<u>Harry Gural</u>:  I don't go anywhere with her. She has too many enemies to be seen in public with me.

<u>Tara Plochocki</u>:  You can't be seen in public with her because you and she don't already meet—but we once were, and neither do you, <u>Harry Gural</u>. So, why is your whole life in here, and nothing out there? [Note: We can't meet because <u>Pamela Chapman</u> is out there and you are in here.] **You are a Shit Show in real life, and a mirror of the dead once you die. Aren't you both dead now?**

<u>Harry Gural</u>:  I'm not dead, I'm alive, but I missed so many opportunities for relationships I must be dead.

<u>Alberto Villodo</u>:  Don't die now, no one will see you in the afterlife. We will all abandon you because you did nothing to help yourself. All your trades were badly done. You did not help my kundalini partner, and she made you one, and you didn't care.

<u>Tara Plochocki</u>:  What now <u>Alberto Villodo</u>?

<u>Alberto Villodo</u>:  I have no idea. No one will speak unless they are asked to.

<u>Tara Plochocki</u>:  What the heck. No one can talk unless they are called upon?

<u>Jim Gaffney</u>:  I don't actually have anything to say—so long, good day.

<u>Jean Gorham</u>:  No one can talk unless we call on you today, tomorrow. Tonight, no one speaks at all. The energy will be crisp and loud. No one can talk out loud without shouting.

<u>Tara Plochocki</u> "bests" others every day. She aligns with <u>Kamala Harris</u> every day by making sure <u>Harry Gural</u> and <u>Pamela Chapman</u> never get together. That's **<u>Tara Plochocki's</u>** mission to keep <u>Harry Gural</u> and <u>Pamela Chapman</u> apart. It's a massive <u>Hate Crime</u> of huge importance.
>    <u>Tara Plochocki</u> wins with <u>Kamala Harris</u> every day and every night, and <u>Harry Gural</u> and
>    <u>Pamela Chapman</u> lose every day and every night.

Pamela Chapman
pamelachapman@cox.net
401-662-9216

**2:00PM**

Phaleon:  Aspire Dermatology for Patrick Sullivan. Use a pre-biotic soap for your face. An organic one would be grapefruit and baking soda. Can use it all over the body. When the pH of the skin is at an imbalance, can attract too many mites or other insects or anything.
There is no plastic surgery without a pre-biotic soap.

All Night from 12:30 – 4:00AM:  Shit show of **Grenville Craig** and **Kamala Harris**. [Note: And Harry Gural was other places with another one doing a kundalini practice]

This was when the Social Security number was re-distributed.

Too loud noises and energy walls. **He wanted everyone to know he is the biggest Shit Show in money management because be moves money all the time with other people's names and social security numbers** which is why he is not allowed to live in the United States any more, and he is only allowed in, only so many days a year.

The SEC understands that **your name and numbers have been so compromised** which is why no asset class money manager can just accept you as a client. **Private banking knows how to take care of all of this. So does William Parsons at Putnam Investments.**

They wanted Nancy Graham, SVP, Simon & Schuster to know she doesn't pay you the contracted amounts because Grenville Craig will block the flow of cash.

Harry Gural blocked his own money, so did Rusty Powell III, Tara P.'s mother, and Kamala Harris can't touch it. [Note: he also has a very old cell phone, and no email except through his brother].

They wanted the world to know Grenville Craig had bested you financially, sexually, matrimonially, and as Twin Soul because you don't do a thing that he hasn't endorsed.

You will be forever locked out of all of your money because he and Sandra Craig revealed all your numbers, but William Parsons knows exactly how to work with this, so do all the other private asset merger professionally.

Kristin MacManus is just a front for finding out everyone's numbers and accounts. She studies everyone's daily transactions on the wireless network to be sure she attacks and markets them for US Trust. She and Peter Hatfield have an emotional attraction to each other. They are a Bonnie and Clyde partnership. Nobody can touch your numbers, or name. It has been so over used with all of your private details also, so, no one can use them without proper identification. You can. It just takes a few more steps. They can't best you last night or this morning.

Pamela Chapman
pamelachapman.gcov.net
401-662-9511

This will continue until <u>Nancy Graham</u>, or another issues a contract. It's not fair to <u>Pamela Chapman</u>. It's not fair to <u>Harry Gural</u>. He will take a huge fall in 1-3 days and that will end it all for him permanently,

> **#standupmetoo** is real and so are you. <u>Sullivan & Cromwell</u> is real, and they can negotiate a movie/film deal with the best of them.

> <u>Patrick Sullivan</u> is real and can work with you

**6:15PM**

<u>Bobby McDermott</u> via <u>Linda W. Stephens</u>

26 years, Hyde Park, MA, on disability; can't stand <u>Tara Plochocki</u>; Strong energy of coherence.

<u>Kamala Harris</u> promised <u>Bobby McDermott</u> a position in her campaign, if he performed well.

She can't stand him just the same – this is how they talk – backwards-forwards until you don't know which way is the truth, anyway. She can't stand <u>Pamela Chapman</u>—<u>Tara Plochocki</u> because <u>Harry Gural</u> has such a crush on her.

When he arrived on April 30, the morning after,

> She couldn't get into his aura at all, and he figured it out because <u>Zenia Theresa</u> tied them up to a big reunion tree and she didn't even realize <u>Tara Plochocki</u> was in his aura.

No one thinks <u>Harry Gural</u> is acting out of character any more.

<u>Jean Dixon</u> is not really a psychic, but an astrologer of first degree of which <u>Pamela Chapman</u> knew, which is why she asked for her advice. This is why she can answer any questions of <u>Pamela Chapman</u>, but not the others in the realm.

<u>Jeanne Dixon</u> thinks <u>Harry Gural</u> and <u>Pamela Chapman</u> didn't even know who the other really is as long as they never physically meet, this Shit Show will never progress.

If <u>Harry Gural</u> doesn't receive an invitation to <u>Pamela Chapman's</u> birthday bash in 2022, he will undoubtedly ask <u>Emily Parsons</u> why, and she will say, I didn't even remember who you are, and no one here knows your name, <u>Harry Gural</u>. <u>Bill Gural</u> you can come and bring your sister and two others. But we don't even, remember who or what <u>Harry Gural</u> is. Always remember <u>Emily Parsons</u> holds the key to <u>Pamela's</u> house because <u>William Parsons</u> holds the key to the money. So, <u>Emily Parsons</u> will hold the first key to the house at the end of the street.

In order to get into the mother's house, you must have an appropriate key and my mother has willed me the fourth door and her Wisdom keeper's key because we are both seer – <u>Twin Souls</u>.

238

Pamela Chapman
pm.chapman@cox.net
401-662-9516

Tara Plochocki can't fit through the portal of an open door. Not even Roger Kass either.

Roger Ailes can't. He is in a reciprocity jail of his own doing. He's actually dead.

Gretchen Carslon:  He can't even remember who or what he did at Fox News. Neither does Matt Lauer, or people like Harvey Weinstein of the **#metoo** movement.

So, if these men who were convicted of sexual assault, misconduct, harassment, collusion, accessory don't realize what they have done to so many, how can you expect Tara Plochocki or Harry Gural to do anything other than what they did?

Emily Parsons:  Harry Gural is an ascended soul with kundalini in a reciprocity of relationship with a seer Twin Soul enlightened clear channel.

Harry Gural:  I don't think I can remember everything you said. So, if Harry Gural can't remember what she said, or how he said it under expert testimony,

That's ok, at night, we all wrote it down, and can read it back to him, o.k. Harry Gural?

Harry Gural: Yes, but I can't find my eyeglass case, so I forgot it was real for all of you, and not for me.

Pamela Chapman didn't see it. She couldn't find her glasses, but it's real for her as for you, so why are you the only one who can't see that this is real, and everyone will testify against you in a bona fide court of law?

Sit up straight Harry Gural. There are no more marriages for you here with Tara Plochocki or anyone else. You were married three times and blessed twice in the upper galaxy to the partner of reciprocity with Pamela Chapman with whom you have a strong coherence of energy with, and for whom you have been married to before. Make no mistake she couldn't behave like you do.


**10:11PM 6-13-22** Dominique Alfandre is really Emily Parsons at night in the realm. Her father can't tell the difference during the daytime, and at night he rarely hears a thing because he has a new girlfriend he spends all of his time with. Dominique Alfrandre is always Emily Parsons but sometimes she is someone else's little sister and, is it usually Dominique Alfandre herself as her own little sister?

Yes, because then, no one knows the entire conversation is being held by one person while everyone else in the Thievery Ring has backed a way for several hours since— during the daytime—everyone needs a break except Pamela Chapman can't get one.

Pamela Chapman
pmelchapman@comcast.net
101-662-9516

Now, she and Harry Gural will have to figure out how to talk to each other without saying anything at all. All these Thievery Ring Workgroup people have climbed into her aura. They know how to mine any information they want. They listen to her all the day and night and mimic every movement of her body. Dominique Alfandre has done this since last July and August, 2021. So has Nola Ganem, Andrew Parsons, Maura Lindsey, Nora Diedrich, Carrie Crosson Gilpin, Bethany DiNapoli, Monique Burgess and a few others.

Now, if you mimic another person's movements—and their lifestyle—do you actually know them well?

They think so, but they don't know so. Linda Plochocki's mother said earlier to night, *"If I were counseling them on how to be a thief, I would recommend someone whose lifestyle was more dynamic."* Pamela Chapman is just too easy a target. She does very little all day, and sleeps at night.

So, she doesn't teach at any level of thievery sophistication, does she Linda Plochocki?

*"No, she does not."*

If Linda Plochocki seems to think Harry Gural is a f fool for not dating Pamela Chapman, is he really a fool, or is he just too smart for all of us? He and she will never stop talking to each other in this space, and neither will Andrew Parsons and Carrie Crosson Gilpin. Does that make Andy and Carrie Crosson Gilpin a bona fide couple?

*"Yes, it does,"* they say. But, Carrie Crosson Gilpin is married (later we learn, divorced) with two grown daughters.

No, she is not. She is a Kamala Harris-appointed handler of Andrew Parsons as an extension of Kamala's Table to control, manipulate and incapacitate Pamela Chapman. That makes Carrie Crosson Gilpin and Andrew Parsons both stodges in multiple ways of this game. Carrie Crosson Gilpin got used by both Kamala Harris, Mark Halpern, Andrew Parsons, Tara Plochocki. The revenge she sought against Pamela Chapman only made her an accessory bit player in a much larger game. Pamela Chapman played at a much higher level and Carrie was a stooge at the base level of the game.

That is who she really is.  As a handler, she must understand what she is handling. Pamela Chapman told Andrew Parsons this last October when he self-identified to become an initiator. He didn't want to hear it. Now, he is in over his head, and she is just starting her rendition of *Three Shakes to a Lambs Tail,'* or something like that. Maybe it is *'Somewhere over the Rainbow,'* or *'Make Someone Happy',* or something like that. Make Someone Happy? That is Jimmy Durante. Maybe, it is the Campbell Soup Co. making Pamela Chapman happy with an extra $300 billions of settlement money from all that noodling they do all day in this space. 10:23PM

Pamela Chapman
pamelachapman.resists.net
101-602-9516

*continued...*

**10:40PM**


**Harassment, Collusion:**

They harassed <u>Pamela Chapman</u> when they could not by always identifying:
- What <u>Pamela Chapman</u> was wearing?
- The exact make, model, color of the car,
- What was inside, i.e. a bicycle?
- Called out *Barefoot in Heels* every time she walked by someone at the store, beach bike path, etc.
- Sexual abuse and harassment,
- Anything related to medical history even though it is protected under federal laws,
- Fraudulent attempts at freezing out financial assets, and stealing credit card information and checking account numbers, security codes.

This was the pattern.

Just to be sure everyone everywhere harassed <u>Pamela Chapman</u> unconditionally, they:
- Heckled
- Beeped
- Yelled

It started with <u>Mark Halpern</u>, always when he announced <u>Pamela Chapman</u> at the grocery store, Starbucks, and whatever my interest and that day was including all and any vendors online.



July 22, 2021


<u>Island Moving Company</u>:  They created such a strong energy wall of harassment and noise by raising their arms over their heads – a classic Kundalini Yoga exercise, where the strength and toxicity of the energy gains momentum with each and every practice opportunity.

Three times between 12 AM – 4 AM, <u>Pamela Chapman</u> had to submit to **some form of sexual obedience activity including disturbing the peace, blackmail extortion, fraud, aggravated assault.**

Pamela Chapman
pmchapman@cox.net
[o]-662-9336

People involved:  Peter Bramante—Executive Director, Tara Gragg, Steve Sabo, Jana Hicks Jagoe, Tracey Jonsson—Executive Director Newport Art House, Eva Touhey, David McLaughlin—Clean Ocean Access, Lauren DeFedes, Tima, Jose

- The first thing they wanted to know was what was in Pamela Chapman's safety deposit box? She said a copy of *Barefoot in Heels*.

She awoke from a nap to the loudest and strongest energy wall ever faced: **12:51 PM 7/22/2021**

- **Aggravated assault**: It was making Pamela Chapman dizzy.
  - She claimed, *"I can't breathe very well." She felt it in her legs, chest, head and breathe simultaneously.* **She said, "I just might fall over and have a heart attack. My head is so dizzy. My lungs are so short of breath. My legs are weak. I can't stand up. What the hell is this?"**
  - *"I can't get up and walk around. I can't really swallow."*
  - Sullivan and Cromwell knows exactly how to get people collectively and personally for a full frontal bodily attack like this one.
  - Peter Bramante: *"I never step down. I will never surrender to you or Kamala Harris ever."*
  - Rusty Powell III: *"I never wanted to actually step down and get arrested for anything I ever did for Kamala Harris, but my wife always knew it would come to this."*

- Kamala Harris:  I don't know who you are, but I don't support Pamela Chapman's book anymore. She didn't need to report every f' misdemeanor on the face of the planet to get her book published – really I thought she did, because no one here wants that f' book published except for Rusty Powell III.

- There is a show of support so that Kamala Harris can actually stay in office and we won't ever do this again because **if Pamela Chapman sues Island Moving Company it is on principle alone because she is under a full-frontal attack and cannot breathe**. Normally, whose idea was this, principally speaking?

- "We are going to do this aggravated assault until you publish *Barefoot in Heels*."
  - Nancy Graham: *"What happened with those people today? I am her publisher and no one is directing that horrible band of energy on me. She can't breathe right."*
  - Jana Jagoe/Bethany DiNapoli: *"No one will publish your stinking book so get off your high balcony of conceit and publish the damn thing alone. We can't stand you anymore."*

Pamela Chapman said that Peter Bramante was in violation of his Executive Director's contract for Island Moving Company because Pamela Chapman wrote it, and Turner Scott, Esq. reviewed a version of it for the Newport Art Museum. It has several clauses.

The felonies and charges involved include:  harassment, bullying, blackmail, exploitation, aiding and abetting, accessory, aggravated assault, conspiracy, disturbing the peace, gross negligence and gross misconduct.

Pamela Chapman
pmchapman@cox.net
101.692.0816

Miki Ohlsen, Artistic Director, IMC took a vote. So did Martha Parker, President of the board. He is out without extra pay. Leave it to Miki Ohlsen, and Martha Parker.

Directly related to this event of **July 22, 2021** and Island Moving Company is Rusty Powell III, Little Compton, RI:

You are under arrest for assault and felony charges. No one will ever know who actually started this because there is strong collusion in fraud, harassment and conspiracy to commit, destruction of the peace, Felony charges and collection of damages worthy of anything he owns collectively or alone with or without his wife and daughter who are also here without a name.

> Rusty Powell III collectively and individually has no Miranda Rights. Yet, his wife has him to the local police station in Tiverton, RI.

> I am Gina Raimondo and David Ciccilini and we don't believe what he has done to you personally and collectively. We don't have any other reason to believe **he has a reason to do this other than each and every morning.**

> Miki Ohlsen asked or called for his Peter Bramante's resignation for attacks committed together with Rusty Powell III, Rusty Dorman/Bobby McDermott, and Peter Bramante.

> Then it was revealed through Tara Plochocki that Kamala Harris and [those of, or were] Lahore were involved in a bigger ring and game of felony larceny, theft and cocaine ring. Kamala Harris is at the center of her own doing with Rusty Powell III as one of her principle seers along with Lahore (who is Alberto Villodo, but she doesn't yet know this).

[**Note**: Kamala Harris has been using Lahore as a "seer" with Rusty Powell III, but she did not know Lahore was Alberto Villodo.]

At the same time this is being revealed, Pamela Chapman says, *"This is really affecting my head and face (physically), and making me really dizzy."*

Pamela Chapman:  I am a big mess because I can't stand a big Shit Show that disturbs my sleep, my metabolism-eating, my reading. I have hired the biggest guns in America on the east coast I know who actually deliver something to you about who I am, what I am, how I am and that's called Sullivan & Cromwell. Now that I have revealed myself, what is your deepest or biggest fear of me?

*"We are all going to jail for this big Shit Show and I don't know how to exist in a jail all of my own doing."*

You are the ones who actually committed the crime so you tell me what should happen to you? I'll tell the judge personally this is your request

Pamela Chapman
pmchapman@cox.net
401-662-9546

Rusty Powell III:  I don't believe you have this much composure. I was sure you'd fall down dead on arrival in the bedroom of your house because no one I know would be so sassy. So, we don't really ever need to meet because I can't stand women like you.

Pamela Chapman:  Who me? Sassy one. Spunky Pamela Chapman.

You are sassy until the end.

David W. O'Leary:  Pamela Chapman, you have no regrets about this morning do you?

Pamela Chapman:  Regret? Because all I did was ask questions and everyone exposed themselves for who they were, what they were, how they were, and why they were. That's not my fault. Who they are and what they do authentically, specifically, if they have committed crimes against themselves and against humanity – they are not my fault, nor was *Barefoot in Heels* ever intended to be involved. Yet, they put my book squarely in the middle of their Shit Show, and then prevented me from getting anywhere with it. I need the money. So, if you step on my toes and my book and my character and my sleeping and you attack me multiple times a day since February 4, 2021, but especially since May 2021, I will step on you legally, every fucking moment of every fucking day from now on, and everyone is exposed for who, what, and when forever more.

Pamela Chapman:  Happy van Beuren you personally could have prevented all of this, and you could have allowed authors in Newport who write about Newport, and even those with just a background in Newport, to be published by a publisher of national/international stature. So, just remember you are responsible for most of the Shit Show because if you had allowed the book to go forward, it would have somehow, and Pamela Chapman would have taken her engagement elsewhere.

Pamela Chapman:  One more thing since my guides have tied me up in a relationship of reciprocity and I wasn't untrue to myself. You have directly affected Harry Gural in a grand larceny and brainwashing way. I can't now leave him in a Shit Show Space. So if you step on my karma of relationship, or relationship of reciprocity, I will step on you every fucking day until this Shit Show energy completion goes away,

and so will I.

**1:50 PM**
There is a loud alarm sounding in the realm.

William Parsons:  This alarm pulled every one out of the Putman Investment [work] space. What is this really all about Kamala Harris?

Sassy Pamela Chapman is not the answer.

Roger Kass:  No one should be shooting off fireworks right now, yet they are in Pamela Chapman's neighborhood. Maybe it is the 4th of July Independence Day in Portsmouth, RI.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

*"I am <u>Gina Raimondo</u> and <u>David Ciccilini</u> and <u>Nancy Pelosi</u>, <u>Chuck Schumer</u>, <u>Mitch McConnell</u>--Senate Minority Leader. We will persecute <u>Kamala Harris</u> to the fullest extent of the law because this is neither how we respond to inquiries of freedom and justice for all."* – a favorite phrase of <u>Kamala Harris</u>, …

Why are <u>Pat and Mike Fernandez</u> involved in this wall of toxic energy or maybe it's like a shower?

<u>Pat Fernandez</u>:  Because I thought all of <u>Kamala Harris' Table</u> was involved. That is what
I was told by <u>Jean Gorham</u> who said all would be involved. They are being rounded up right now.

<u>Jeanne Gorham</u>:  I am tired of the Shit Show mess in Newport, RI, so I just suggested if she wanted
to show her support… [meaning <u>Pat Fernandez</u>]

<u>Pat Fernandez</u>:  Not a chance anymore. Mike and I have no further comment to anyone about any
of this anymore. We are getting out of politics permanently ever more, alright <u>Pamela Chapman</u>?

<u>Pamela Chapman:</u>  It is your Shit Show of a mess.

[**Note**: The entire <u>Kamala Harris</u> Table of "Super Pac" people was actually rounded up both <u>Kamala Harris</u>, but really, <u>Pat Fernandez</u> as an errand to <u>Kamala Harris</u> to support <u>Hope van Beuren's</u> $2 million campaign contribution and <u>Michael Fernandez's</u> nomination to a post in the Biden-Harris administration. She is at the absolute center of the group and knows the purpose of each member and how they were to contribute to the ruse, tomfoolery, poppycock, thievery of the game. The mission was to destroy the book, *Barefoot in Heels* and <u>Pamela Chapman</u>. When <u>Alberto Villodo</u> became involved—because he arrived with her, it became a double entendre of opportunity for <u>Kamala Harris</u> and by extension <u>Pat and Michael Fernandez</u>. Pat new all of this as a member of <u>Pamela Chapman's</u> <u>Twin Soul</u> work group put together around December 19, 2020 by her guides, Beatriz and Melchizedek and Jerry Slocum. <u>Jeanne Gorham</u> was there also. <u>Alberto Villodo</u> arrived around January 15th when he was recruited by <u>Annette Burke</u> for assistance when she when face-to-face with <u>Pamela Chapman</u>. The issue was over <u>Pamela Chapman's</u> daughter, <u>Emily Parsons</u>. He stopped supporting <u>Annette Burke</u>, and he arrived every day in a new and interesting way to participate in the <u>Twin Soul</u> Workgroup. <u>Tameen Saied</u> also had arrived about 10 days prior.

[…When <u>Pamela Chapman</u> mentioned to <u>Pat Fernandez</u>, you have better CEO energy than your CEO husband, <u>Pat Fernandez</u> sat up straighter energetically in the space and sought more personal and individual opportunity for herself. <u>Michael Fernandez</u> was supposedly sent on one or two energetic missions in Newport to show tell, and prove his level of abilities to <u>Kamala Harris</u>, but he proved ineffective and run out of the entire field of opportunity. He sat out much of <u>Kamala's Table</u> nightly sitting privately with <u>Tom Hockaday</u> and Bill Martin. The others were told he was on a personal mission, yet <u>Pamela Chapman</u> blew open the doors of <u>Tom Hockaday's</u> house, because she knew him, and discovered a thievery ring of masturbation with at least 300-500 persons involved. This is what they say. These people—our mothers, daughters, sons and fathers, the fabric of our community—were members or visitors of the sexual obedience ring.]

<u>Unmistakably, Pat Fernandez was at a center of mal-intention</u>. She would probably say, 'It was just all politics, and we [Pat or Michael] were in-line to be appointed to a major office in the Biden-Harris administration. If not, this caper would have sealed the deal.

Pamela Chapman
pmwchapman@cox.net
401-662-9546

However she did not know, nor did her son, <u>Will Fernandez</u> who had been a White House intern, that as a former lobbyist, <u>Michael</u> could not get an appointment in the administration. And he did not go the proper route to get an appointment.

<u>Harry Gural</u>:   What is this really all about? The energy is now on me collectively and personally.

<u>Roger Kass</u>:   I don't know why it came to this today, but no one wants <u>Harry Gural</u> around anymore, and so we all thought if we really attacked you, both of you would go away.

<u>Pamela Chapman</u>:   Has that approach ever worked for you in the past?

<u>Roger Kass</u>:  Not exactly.

<u>Pamela Chapman</u>:  Why not then?

**<u>Roger Kass</u>:  I can't stand what has happened to your book, and everyone likes to attack you when you wake up from a nap.**

<u>Pamela Chapman</u>:  I wasn't allowed to actually go to bed or sleep last night because at **12 midnight** I got in bed and <u>Peter Bramante</u>, the <u>Island Moving Company</u> cast of dancers, <u>Jana Hicks Jagoe</u> and all the other IMC-thievery ring which includes <u>Clean Ocean Access</u> and <u>Newport Art House</u> got all **in my face with strong, loud, searing energy** that lasted **until 4 AM**. Then <u>Pamela Chapman</u> fell asleep for 1 hour. That's all the sleep she had and the night before was no better. So, she dislikes napping during the day but whether it is light or dark outside, this searing energy has been the response to me. **When is this response to me going to end?**

<u>Roger Kass</u>:  When <u>Nancy Graham</u> gives you a contract. [Note: It seems it had to be either a book contract, or a legal contract with attorney(s) to sue parties. <u>Nancy</u> was never going to give her a contract so it would never end until she contracted with an attorney to sue all of them, and they all decided that was impossible.]

<u>Pamela Chapman</u>:  That's extortion and blackmail and you can' put this or his past over me. So you and Campbell Soup family are to blame. You are the source of all of this because I will tell you my attorneys will prosecute to the fullest extent of the law.

<u>Roger Kass</u>:  I can't tell you what to do, but <u>Harry Gural</u> can't take the pressure anymore.

<u>Pamela Chapman</u>:  How do you know?

<u>Roger Kass</u>:  I can't stand writing this down. It is a full transcript of this felony arrest because <u>Rusty Powell III</u> works on behalf of <u>Kamala Harris</u> and so does <u>Peter Bramante</u>, but also for himself at <u>Island Moving Company</u>, and so does <u>Roger Kass</u> for <u>Happy van Beuren</u>. It is all entangled together. So why <u>Jana Hicks Jagoe</u> and her twits? Because they don't know or like to get out of the

Pamela Chapman
pmchapman@ssv.net
401-662-9516

way and they are now accessories and collusion, to the whole mess. So is Carrie Crosson Gilpin, Tara Plochocki, and Harry Gural.

Harry Gural:  I will compensate you personally, not legally because my brother will reach out to you and we will solve this together ourselves. I want to know if that is alright?

Pamela Chapman:  I don't know. It depends, is all I can say.

Jana Hicks Jagoe:  What just happened?

Hold on. Jana Jagoe is here. [Implying who let her in the house?]

Pamela Chapman:  We got them.

Who was at the center of this afternoon's attack?

Roger Kass:  **It started with Roger Kass** and Happy van Beuren asking if anyone really wanted *Barefoot in Heels* as a book, and **Jana Hicks Jagoe, Peter Bramante, and IMC** responded together, *"Hell no. Not a chance,"* so they quickly pulled everyone together. Then **Rusty Powell III and Bobby McDermott** jumped right in. Then **Pat Fernandez and Mike Fernandez**, and then Roger Kass and Happy van Beuren sat back and waited until you woke up which is when Happy van Beuren then said, *"O.k. Now pull the trigger."* She pulled the trigger.

Sullivan & Cromwell:  No way. It was Roger Kass all along. We know him personally, and we can't stand Campbell Soup labeling. It is not what is actually in the can. It is fake and it is forgery in the grandest way.  So no, we can't accept his statement of acknowledgement,

Donald Christ, Dorienne Farzan, John Brookes. Gladys Szapary, and Walter Reed.
McBean Charitable Trust:  Pamela Chapman we don't like Sullivan & Cromwell. We don't believe what Elizabeth Lynn, Executive Director, van Beuren Charitable Foundation and Happy van Beuren have done to you collectively and personally. No way can we accept him as a personal spokesperson for van Beuren Charitable Foundation. It is Elizabeth Lynn. It always was.

Pamela Chapman:  In all these Akashic Record private rooms with the van Beuren Charitable Trust, Elizabeth Lynn, Executive Director, and with Roger Kass, all the conversations they were always led by Roger Kass from 7 PM to 6 AM (sun down to sun up). All of the discussion was the field of philanthropy. It was a Roger Kass Show every night for about 6-8 weeks. It was exhausting. Now, we have heard he sleeps much of the day and is somewhat of an alcoholic because he and Andrea van Beuren don't live together. She is attracted to another and it is not a man. She lives with the mother and walks the beach with the dog every day. Pamela saw her there personally this past spring. The dog actually likes Pamela.

Pamela Chapman
pmchapman@cox.net
101-662-9510

McBean Charitable Trust:  We cannot stand this Shit Show either so how about we talk it out because we will spend $100,000 litigating this mess when all that was required was publishing a book, so that Pamela Chapman could have a movie.

Pamela Chapman:  Actually the publisher would sell the movie. Now she owns the rights, so now she just needs sales, distribution and marketing. It's a better deal and she can sell the movie/film rights directly to Hollywood producers.

McBean Charitable Trust:  She owns the rights outright?

Pamela Chapman:  Yes, she does. She has the Certificate of Registration now and will obtain the ISBN numbers when she publishes.

McBean Charitable Trust:  That is all you need to independently publish a book

Pamela Chapman:  The deal is global distribution which she and the book require. **The book is worth $3 billion on the open market**.  Edward Heffernan knew this back in May 2021 and Lisette Prince confirmed it yesterday. So no one wants to cash flow $3B in sales? No f' way.

Oatsie Charles (Who is alive but really dead):  I don't believe this personally.

Dorienne Farzan:  I can because **Alice Ross** and **Carolyn DuPont** said yesterday, *"No way does she get to be an author of renown, and no way does she get to make that much money."*

ARH:  I can't stand this Shit Show anyway. I will tell my husband to release authorization to publish through Simon & Schuster. He is a publisher at Simon and Schuster and no one gets this kind of deal anyway. No one gets treated like this and no one ever should so pay up Donald Ross, Alice Ross, etc. Donald Ross is an agent of renown at Simon and Schuster and no one wanted to admit they were reading your book and passing it around like pancake batter but everyone read it and said, *"I don't like it, and then gave it to someone else in this space and in pdf format."*

That is illegal copyright distribution started by Esmond Harmsworth to Roger Kass who passed it around like fertilizer on the ground of his own doing.

**Why do we keep doing this every day?**

**Because we can, and we will extinguish your literary career**.

Not a chance. This only sells more hard copies and more/most will not remember what they heard here anyway. So, I'll just jot down a few notes to myself to give to my attorneys so they know I didn't make this all up myself like *Barefoot in Heels* which got so picked over and reviewed regularly and which sentence is true or not. Jed and Elena Wilcox and Jerry McIntyre you should be ashamed of themselves, and Jed and Lisa Amodio, you should know better. Elena passed herself off as something she wasn't. She doesn't own that building. They don't own real estate of renown like they

Pamela Chapman
pmelchapman@comcast.net
401-662-9516

said that belongs to <u>Carolyn DuPont's</u> family of renown. So, why did <u>Carolyn DuPont</u> take such a lead?

<u>Esmond Harmsworth</u> sent the book as a pdf to the whole board of the <u>Redwood Library</u>. So, did <u>Carolyn DuPont</u> read the pdf like the rest?

She read it because <u>Benedict Leca</u> said, *"No."* to reading it and <u>Carolyn DuPont</u> took it upon herself to read it personally. Who did she get the copy from?

<u>Roger Kass</u> because he knew <u>Alice Ross's</u> husband objected to the language in the book.

Pamela Chapman:  What language? There is no bad language anywhere?

ARH:  I didn't like the book either, but <u>Simon & Schuster</u> didn't publish this now or ever. You own your own rights but we can actually do sale and distribute and print it. We have a whole division to do exactly that. I actually make more money that way.

Pamela Chapman:  All <u>Nancy Graham</u> did was pre-cut the contract and you only now owe the contracted $60 million upfront at the moment

XX:  I can't believe **it was <u>Alice Ross's</u> husband who was at the center of all of this** ~~because he and <u>Grenville Craig</u> talked about the book two years ago here~~.

~~Yes, he did. <u>Grenville Craig</u> knew about the breach because of agency and confidant. Because he was on the board of the Redwood Library and no one knew he was in a Twin Soul space with you.~~ That is all a lie.

Pamela Chapman:  <u>Sandra Craig</u> and <u>Grenville Craig</u> You are now accessories to this fraudulent activity. Everyone is involved. I don't have a choice now <u>Donald Christ</u>.

<u>Donald Christ</u>: Yes, you do. <u>Grenville Craig</u> and <u>Sandra Craig</u> will have to cut you a deal because the <u>Redwood Library and Athenaeum</u> cannot underwrite anything he ever wants to do …and AAM didn't accept a check from <u>Sandra Craig</u> either (Yes, they would. No, they would not.)

<u>Robert Manice</u> and <u>Jackie Egan</u> knew what happened to the book. **The whole town knew except for the author, <u>Pamela Chapman</u>.  No one told her to stop applying for foundation jobs or to stop trying to publish the book.**

<u>Jackie Egan</u>:  Why did <u>Patrick Sullivan, MD</u>'s office say they would help you anyway?

Pamela Chapman:  I don't remember. Why don't you tell me?

Pamela Chapman
pamelachapmanservices.net
101-662-9536

**Jackie Egan:  Because you look like us and not like the others, which is why ARH's doesn't want the book published. Yet you don't belong to anyone not then, not now, or not into the future.**

XX:  What's the real problem. You don't know them either.

Jackie Egan:  Because $60 million is too much for such a book.

James Ross, esq:  No, it is not. Not then and not now. It's a mergers and acquisitions deal like the rest and she now knows it intuitively and innately thanks to Bears Stearns and Goldman Sachs alumni.

Ed Heffernan:  What's is your name really?

James Ross:  2 or 5 Berkeley Avenue, Newport, RI; 1130 Park Avenue, Apt 82, NY, NY.

We want to play this Shit Show all day because all you do is write it down and we will play outside all day.

Pamela Chapman:  This is harassment, collusion, accessory, blackmail,

James Ross:  I can't stand that **Kamala Harris is at the center and so is Pat Fernandez** and the others so you get the book deal because you earned it ok?

Pamela Chapman:  Is it your decision that I get the book deal?

Nola Ganem:  I have no idea who you are, so why is it your decision anyway?

Jim Ross:  I am a big shareholder (He is implying the Redwood Library. Pamela is also a big shareholder.)

Tara Plochocki:  No you are not. Who is making this decision anyway? Is it Kamala Harris, Roger Kass, Caroline DuPont, Jim Ross, Alice Ross, McBean Charitable Trust, Nancy Graham, Jonathon Karp?

XX to Tara Plochocki:  Because Washington DC is Sullivan & Cromwell and he will refer you to the right people because this has to be litigated now because they are so out of line, and no one has the right to harass you every day this way. No one has the right to harass you every day this way.
**The Kamala Harris Game & The Sexual Obedience Game:**

Tara Plochocki wanted to "best" Pamela Chapman and play the *"I am Kamala"* game.

Pamela Chapman
pamelachapman.com net
10 | 06 | 2013

- The whole game that <u>Kamala Harris</u> plays begins in the energy realm: any trade is committed through to shamanic retrieval, and where it actually fails is in real life, because the game in here is just one aspect of some and is not the be all and end all of relationships for others.
  - <u>Gwyneth Paltrow</u> reminded us all that this was how the **#metoo** movement came down. She as well as everyone else hopes that the US of America never becomes an infidel nation state of trade, and just visit her Goop website instead.
- The pattern of play with <u>Tara Plochocki</u> as a ducat in a florins/ducats game that starts small in the Halls of Congress, donor circles, communities of any kind where you can recruit and initiate, including <u>Tom Hockaday's</u> house.

- You play the game at all levels such that once you have a ring of people in place at one level you advance them to the next. <u>Kamala's Table</u>, <u>Tom Hockaday's</u> house and the <u>Thievery Ring</u> (Sept 2021 onward) played simultaneously at Level I and Level II of <u>The Game</u>. It advanced to sorcery for the final kill of <u>Pamela Chapman</u>. Instead of killing people for loyalty to the tribe, you advance them to the next level of the game. You play psychological abuse games and fraud through sorcery technologies. It then becomes a focus of fraud and grand larceny and financial incapacitation.

- **Level I Guide Level:** Crossing lines of loyalties of relationship with alignment of shamanic marriage and then alignment and misalignments, but you cannot mess with sacred unions of reciprocity of relationship. They will hook and unhook you. Loyalty is a shamanic adjustment:
  - Sex: Masturbation rings of false Kundalini practice and a sexual game of abuse for sexual obedience.
  - <u>Kristen MacManus</u>: Financial game of blackmail, fraud, extortion, conspiracy, etc. that leads to stealing credit card numbers, account numbers to steal, block and freeze money.
    - It's a power and might game vs. loss of personal agency and personal financial accountability.
  - Drugs: Up to Cocaine and all the mixtures thereof.
  - Guns: You don't kill you advance them. Maybe the use of shaman power tools.
  - Infidel Nations: thievery rings.

- There is a PayPal loop so there is accountability.
  - It uses a huge circuit game of fake names and accounts; most are illegal undocumented immigrants.
  - No one can trace the flow of numbers.
  - At the lower level of "ducats" you have PayPal. At the higher Executive levels of <u>Kamala Harris</u>, you have private banking and investment accounts where money is just dropped and distributed.
  - "Gift" or "Personal" Payments: Transfers of funds from family and friends to another. No processing fee when payment is made with bank or PayPal balances.

Pamela Chapman
pnuchapman@eee.net
401-662-0546

- *Barefoot in Heels* was something that got tossed around like a chi ball that got traded and traded with ultimate understanding it would end up hidden on a shelf in Hope van Beuren's house never to see the light of day.

- There are 6 spokes on the wheel: always changing directions, and sometimes loyalties of relationship through shamanic games and alignments (there are no guns involved here – no killing) **to prove loyalty, just shamanic tricks and sexual obedience games**. There are also recruitments, fraud of names and numbers, i.e. Grenville Craig and his SEC game. He was used in a huge chess game the night before by Kamala Harris. He thought he was king of money management—and Caroline Craig came to explain money ring movement one day to a group at Kamala's Table— but really he is an economist, not a Goldman Sachs alumna.  He was used *"as a used wet rag doll"* for Kamala's Game.
  - o He thought he was top dog the night before, when really he is barely in the first ring of it all.
  - o This is how you play the Kamala Harris game. You think you have all the power but really she does through Lahore, Rusty Powell III, Bobby McDermott and a few more.
  - o No one escapes after you learn the first ring and no one enters unless you prove you can be strained with 3 open doors and tunnels and anything they can manipulate especially sex, financials and drugs.

- *"No one will ever remember what was said here – no one ever, yet someone somewhere will recall something somehow and then we will all ask ourselves the very same questions:  that* **we can remember this was a real conversation in real time and it got real very fast and no one has to ever remember Tara Plochocki** *started it all by trying to best* **Pamela Chapman** *first thing in the morning. She didn't want to play the "Tara Game" of "Tara is Kamala" until finally Bill Gural said he'd play but he dropped out after the second sentence. So, you just never know who and what you are playing with because Pamela Chapman's game is not your game."*
  - o Never mess with a reciprocity of relationship ever again because we do not play the insurrectionist game or the infidel state nation game of economic opportunity of financial fraud, nor do we play cocaine trafficking or gun running games. We can always leave that to Reed Hastings of Netflix. HBO is so proud to be not be in the game. [Network television and national newspapers] will cover it all when it is all out there. **10:08 am 7/22/2021**
  - o The Tara Game began this morning when Tara Plochocki said she changed places with Kamala Harris and maybe Kamala Harris was changing places with another. Where and when would the Vice President of the US of America ever change places daily with a no/low level twit of unimportance? Alberto Villodo is just too stupid. **10:29 AM 7/22/2021**

- You do not trade *Barefoot in Heels* for drugs, guns, the constitution of the US of America but it was just another symbol of how Kamala Harris is always playing the PayPal florins/ducats game of seeing how and where and who she can rely on and what it ultimately end up in her personal private banking accounts. This one via Happy van Beuren and Campbell Soup.

Pamela Chapman
pam.chapman@cox.net
401-662-9816

- No one can play this game as well as she can for someone who claims she has no idea how real games ae played.
  - o Alberto Villodo: I don't believe I was bested by the best but I deserved it. So, Pamela Chapman you cannot ever call me for anything ever again because I will but your balls so fucking fast.
  - o Pamela Chapman: Ok, no problem because I will bust that website and that Four Winds Society faster that you can say I'm retired, dead and gone. Ok, Villodo? Or, maybe just divorced, retired, dead and gone? It serves you right. Never promise my daughter a trip to Peru in February 2022 if you don't intend it, Ok, Villodo?
  - o *"He's no God. He's no seer. He's a kundalini reciprocity of relationship."*

- In the energy realm of auras, they hide 1 -3 persons in their auras.

is always claiming to be something that she is not.


**Running Dialog:  July 22, 2021**

Jessica Hagen:  Pamela Chapman and Andrew Parsons were separated and no one knew where you were located so it was o.k. that anyone anywhere could read the book aloud in these spaces from Jan-February 2020 from June – November 2019.

Andrew Parsons and Cathy Wicks started reading into the spaces until Nonie Madden said stop reading into the space. There is something about the author you don't realize Cathy Wicks and Andrew Parsons, and that if they don't stop reading they would soon realize that someone of importance would stop them cold.

Andrew Parsons was working at Newport Hospital at the time and no one there cared who you were including the Newport Hospital Foundation Board of Directors.

~~Molly de Ramel knew all about the book. She said, *"Stop or I'll scream rape."*~~

Pamela Chapman said, *"If you do not stop, I'll scream rape."*

~~Then~~ Grenville Craig ~~said, *"If you don't stop, I'll scream rape again."*~~

Kathy Abbate and her family said, *"But she could not be in any space,"* and then Kamala Harris told Pat Fernandez and Michael Fernandez that Pamela Chapman could be shaken out of a private Akashic Record Room space (but she wasn't in one).

Pamela Chapman
pamelachapman@cox.net
401-662-9516

No one knew where you were hiding except when Pat Fernandez and Michael Fernandez landed in your Twin Soul Work Group. Who sent them there? Jerry Slocum. Pat Fernandez and Michael Fernandez they had landed in a treasure trove of information so they played and played until Michael Fernandez left because he couldn't get a full sentence in.

Kamala Harris thought that was unusual but couldn't be helped or stopped until Kamala Harris sent him to Tom Hockaday's house and asked all about Pamela Chapman. No one knew anything about you until Tom Hockaday said you were in an Akashic Record Room with Tameen Saied and Pat Fernandez said, *"Ok, I will ask around again because you asked if he could find out why my name had been slandered professionally."* Who was slandering her? She specifically asked if it were Nora Deidrich? Jessica Hagen? Andrew Parsons? Someone else?

Tom Hockaday asked Ed McPherson w Becca Bertrand who said no one knew anything anyway. Then she said speak to Jessica Hagen who he said already said she couldn't stand her anyway.

Ed McPherson said he didn't know but they all knew you could be contacted because you could all contact them, but they could not contact you.

Pat Fernandez asked Kamala Harris how Pamela Chapman could be contacted, and she told them Justine Rudock knew. She said, *"Just rattle their cages"*. So, Pat Fernandez told Roger Kass who told Becca Bertrand who told Sandra Orsloff who told Cathy Wicks who told Andrew Parsons. Pat Fernandez was at the center of it all.

Cathy Wicks and Andrew Parsons set a path to rattle your cage. Then they set a course with Kathy and Rick Abbate to make sure Pamela Chapman knew they really meant to destroy you.

Then they spent about two weeks making sure you had no one important around you to support you. Then they set about to wake you up first thing in the morning because Andrew Parsons not to disturb you first thing in the morning. At about 5:45 AM they set their alarms and discussed the plan of attack. About 6 AM they set to awaken you and all of a sudden Alberto Villoda asked them, *"Who is doing this to Pamela Chapman?"*

Kathy Abbate asked naively and demurely as if she were an underserved blond too early in the morning, *"Who are you?"*

He said confidently and extremely sure of himself which is a quantum level above confidence, *"Alberto Villoda of the Four Winds Society."* The whole realm simultaneously gaped and winced. They didn't quite know what to do next because they were sure Andrew Parsons and Cathy Wicks had no idea who he was. Then Tameen Saied said, *"I am from Chennai, India, who are you?"* As sure as she breathed, she thought they had no idea who she was—and they still do not. They then thought out loud, which was really spoken, *"Holy S-H-I-T."* Who were these two people with her.

Kayla Abbate, the daughter, knew of Alberto Villodo, because he was a shaman—yet a man—of such high importance. *(They didn't realize he was so high because he also sold illegal drugs –but Pamela*

Pamela Chapman
pmechapman@cox.net
401-662-9516

*Chapman never knew that side of him until we all did in August of 2021.)* Kathy Abbate and Kayla Abbate were so shocked to hear this news, you could hear something from that house over there, except no one really knew what they could hear so they just winced and waited. They were not however uninspired –but they should have been.

Andrew Parsons and Cathy Wicks didn't know a thing so they just proceeded anyway. That was when the entire Akashic Record Public Commons unlocked all the private Akashic Record Rooms. All the doors and windows opened – but there were no windows anyway. Now there was only one occasion left to make everything right again because if you know anything about Pamela Chapman she is now writing everything down in bound books and will give everything to corporate lawyers, and none will realize just how dangerous your behavior was until you get a subpoena and now since your children always knew about your book and everything else, what would Pamela Chapman want to say to them? Nothing. And, they had nothing to say to her either.

William Parsons:  We knew everything anyway and no one had the class or grace to inform you, and you were one big Shit Show of a mess. That was exactly where Andrew Parsons wanted you to be.

When you put your house on the market, they all knew you had to lease but when it didn't' sell and you didn't care anyway no one could figure you out and no one wanted to ask you anyway where and how and why you were living where you were.

So now, where is they book anyway?

It's in a US Library of Congress Certificate of Registration process.

But no one wants you to print, sell and distribute it. But is has already been sent out via mass email distribution anyway. But you can always sell it as a film right?

You cannot. Because Reese Witherspoon says Simon & Schuster will get one big subpoena and no one will ever want to read it anyway. No, that isn't how publishing works especially fiction. So now Nancy Graham, what do you have to say?

Nancy Graham: Nothing. We don't comment on executive decisions in this space. [Note: the contradiction in language. She offered numerous contracts with date-time stamps, witnesses and Acknowledgements of Receipt in this space.]

A toxic, strong, loud energy appeared. It had the signature and acknowledgement of Andrew Parsons, Cathy Wicks, Jana Jagoe, Ed McPherson, Claire Nelson, Jessica Hagen, Mimi Sammis.

Jessica Hagen: I didn't know how smart and sassy you were. Neither did Mimi Sammis nor anyone else for that matter. In fact, your stupid husband loves the new you a lot (but she is indifferent to him—that's a permanent solution to every problem). He said you were always like this except he didn't allow you to be and become who you really were. He wanted you at home to cook and serve him. He said recently, *"I should have allowed her to work so she would want to retire early."*

Pamela Chapman
pamelachapman@cox.net
401-662-9546

But <u>Harry Gural</u> said, *"No she is an intellectual."*

<u>Molly de Ramel</u> said, *"We intellectuals have to read and write every day to stay sane, and so now that you are writing every day in a notebook"*

*"Yes, but it is killing my hand. I prefer to type and compose on my own—of course."* [<u>Note:</u> We write longhand to preserve the writing in the event of a digital fire.]

<u>Jessica Hagen</u>:  I seem to remember how much you enjoyed going to classes but I could have cared less what you said, and now I could care less who you really are because I am a Shit Show of a stupid mess because no one likes me in the <u>Public Commons</u> space (No, but I'll say so anyway). Now that <u>Andrew Parsons</u> and <u>Cathy Wicks</u> don't actually want to marry thee and thee and they have all but destroyed you over wanting to get married anyway, <u>Pamela Chapman</u>, what do you think of <u>Jessica Hagen</u> and <u>Jim Varley</u> and all the rest.

Now you can actually publish because no one likes you anyway and no one wants to read the book anymore. It only takes them 1-5 times through before they decide they are done reading it anyway.

<u>Jenna Bush Hager</u>:  What a missed opportunity because no ones wants to publish you anyway. Let's everyone say thank you for my free copy of a book it took you 3.5 years professionally speaking to create and type. So, who wants to work full time for 3.5 years for free? No one. Who wants their book to be illegally distributed by an agent of renown? No one.

<u>Esmond Harmsworth IV</u>, who are you anyway, because <u>Pamela Chapman</u> sent you a copy because you and she knew people together, and she trusted you to at least give her professional advice.

<u>Esmond Harmsworth IV</u>:  I didn't say I'd publish it. I said, *"I thought it wasn't dark enough, and thank you, but no. Here is it back. I'm done and all through."* So, it's a no go.

<u>Roger Kass:</u>  Well, Thank God he said, *"No,"* because now I can do with it as I please and Mumsie said, *"I'll buy it for a dime on the dollar when she is all but dead poor anyway."*


**9:06 PM**

<u>Jenna Bush Hager</u>:  We don't care what you do but you are now getting harassed everywhere you go and no one has the decency to not laugh or smile or say what a Shit Show you are anyway.

<u>Harry Gural</u>:  <u>Jenna Bush Hager</u> what do you think?

<u>Harry Gural</u>:  I never knew I was quiet.

<u>Jenna Bush Hager</u>:  We don't hear you ever again.

Pamela Chapman
pmchapman@cox.net
401-662-9546

Harry Gural:  I can always hear you anyway because now I am in a shamanic tank of my own doing – A guest space of reflection.

Pamela Chapman:  You are a reflection pool where everything you say and do is pronounced and announced and has been since March 8 or thereabouts. So, this is some Shit Show of stupidity for all of your whole family.

**Elizabeth II** *1926-2022*

In times when nothing stood
But worsened, or grew strange,
There was one constant good:
She did not change.

Writer Philip Larkin

July 23, 2021

Went to bed at 10:30 PM.

All night long the **10+ - 30+ people energy game** and Kayla Abbate joined them.
It was the **IMC Shit Show at the center** of it all.

Tracey Jonsson **accepted responsibility for turning on the sexual organ expressions** of Pamela Chapman. She and others refused to turn off.
    Tracey Jonsson is Nora Deidrich's little sister, her masturbation partner at Tom Hockaday's house.

Pamela Chapman:  So once Pamela Chapman tried to put her head on the pillow, the noise became so loud and obnoxious and the sexual assault turned up at 9AM the morning. It is still **all the same loud noise (10:30PM – 9AM)**. When it calmed down slightly, it all went right back on.

When Pamela Chapman got up to go to the bathroom, which is all night long because **whatever they were stimulating on her body just stimulated her bladder instead. This is and was nothing short of torture, aggravated assault, sexual assault, and sexual abuse.**

Pamela Chapman
pamelachapman@cox.net
101-662-9516

[Note:  Marcella Lobo taught many people these techniques. She was the go-to "teacher" for all these sorcery tools.]

Why are the shamans of the world not awake? Where is Lahore, Justine Rudock, or Alberto Villodo, or Marcella Lobo?

No one would allow Gwyneth Paltrow to be in this state, nor would they allow Kamala Harris. These are the shamans who would be doing that work. Why not protect me? **Why are the shamans not banning together to do something for me?**

**Everyone has stood back and said not to get involved.**

**This is one huge torture. It can happen to anyone anywhere.** This is a lynch mob. Anyone in the world can be a target at any time. This is **being done by people** Pamela Chapman knows within her own community, **primarily through people in a dance organization whose board of trustees she sat on for 3.5 years. Do they now run on torture, abuse, aggravated assault, slander and manslaughter?**

Jim Gaffney:  Kamala Harris knows exactly how to stop this where she is. Why would she let anyone anywhere in the world be subjected to this every day?

**Kamala Harris:  Because I can't stand her and her fucking book deal, so she has to stick it up her ass.**
> **Why would the Vice President of the US of America want to destroy and torture one of her constituents especially over a stupid book deal for a $2 million loyalty to Happy van Beuren of Campbell Soup Co.?**

Happy van Beuren:  Kamala Harris knows to stop all of this and she does not because I already told her I won't vote for her now or ever because she doesn't stand for freedom and justice for all like she always says she does.

Pamela Chapman:  This is like Peter Kehoe and Tom Hockaday's house, but **it is tyranny and torture all focused on one person – Pamela Chapman, who did nothing to deserve this**.

Where are all the shamans and reciprocity guides who protect Kings and Queens around the world and Hollywood celebrities?

Trudy Coxe/Jim Gaffney:  What is in this f' book that no one wants anyone to read? I can't imagine there is anything of any importance except they did say the five families of Rhode Island.

Andrew Parsons:  I want her to acknowledge it's a real f' story.

Trudy Coxe/Jim Gaffney:  She says it technically is neither a memoir nor a roman a clef. If Andrew Parson wants everyone to believe it is a memoir than he looks like the biggest jerk and toadstool of

Pamela Chapman
pamelachapman@comcast.net
401.662.9516

them all. He should have just stood down because he looks worse than any character for doing this directly to the mother of his children and his wife for over two decades. What is the matter with writing books? She is not important enough to silence with all of this attention. She will never be able to go anywhere with anyone ever again. No one wants to be with a person who is targeted like this. No one wants to do business with her either.

What do you want now, because no one anywhere will step up that can help her?

She needs a huge circle of shamans and reciprocity guides and a book deal. Someone needs to contact her or she will contact all of them when she contacts the lawyers, if she is still physically alive from all of the abuse she has sustained.

<u>Pamela Chapman</u>: I have heart palpitations, my groin hurts from being manipulated, my bladder is over stimulated. This is excessive torture. **9:31 AM**

<u>Tracey Jonsson</u>: Stick it up your ass because you will be so f' rich, and we can't stand f' rich people.

<u>Tracey Jonsson</u>, I know you personally, and get the hell out if Newport. You rape and robe communities everywhere you go. Her mother admitted this last night. **No one ever leaves this realm until this is solved**.

Everyone else returns to their communities and escapes this except for those in our greater community.

Why are you doing this to yourselves?
We all got over ourselves a long time ago.

**Local people via <u>Island Moving Company</u> are doing the most torture, and are experienced in the sexual obedience drill most often in the early days of <u>Peter Kehoe</u> at <u>Tom Hockaday's</u> house.**

<u>Tracey Jonsson</u>: If only you'd started masturbating, you'd fell a lot better, <u>Pamela Chapman</u>.

<u>Pamela Chapman</u>: No. Not actually, not in my body. Not now or ever. **This is sexual assault because I can actually feel it. It is affecting my bladder. You'll get a subpoena for sexual assault in the first degree.**

XX: No one is going anywhere any day of the week until this is resolved. No. Everyone else goes to work where it is quiet, goes to the beach, goes out to lunch where everything quiets. They have nothing to do with this.

This is really a very small group that you wanted us to believe is huge. It has a national & international audience. It is only the people who were always here. Everyone else was told repeatedly

Pamela Chapman
pamelachapman@cox.net
401-662-0446

to go home and get out of here and if they did they are protected. All the young children of the community and world don't actually listen to this and neither do most of the 9 cities of Newport except for those involved.

Tracey Jonsson:  I had no idea. How many nights do you not sleep? Nobody cares anymore. No one sleeps anymore. This is really bad for everyone's health and the economy.

Trudy Coxe/Jim Gaffney:  Why would anyone come to the Breakers? Because it is quiet and they aren't involved. They stay connected to their home turf network and stay the heck away from here. Maybe this is because Island Moving Company has a week of nightly dance? They turn on the music and no one hears a thing except those who are involved. Even Harry Gural can't hear a thing.

Harry Gural:  I hear it all, but I don't feel the energy only the sexual organs. Lust doesn't actually do anything to my physiology so I'm good.

Harry Gural:  Tracey Jonsson you are so f' crude.  You must actually hate your mother who claimed you does something like this to every community she lives in. She rapes it until they kick her out.

Tracey Jonsson:  Harry Gural and Kamala Harris.  I don't care. I'm like Tara Plochocki, so you will love me too.

Hilary Rodman Clinton:  I will never approve what has happened and no one will ever not understand what happened to Pamela Chapman. **We owe Pamela Chapman protection and money for her book**. Simon and Schuster better pay her or else Sullivan and Cromwell will get them to over pay with legal settlements which could get tied up in court for years to come.

Pamela Dorman:  This is now a legal matter of state importance so Kamala Harris knows how to stop this but her loyalties are to herself, and Happy van Beuren who prevents her own cause of freedom and justice for all.  Pat Fernandez should be tried for treason because they stood with Island Moving Company last night.

Pat Fernandez:  I thought I was standing with Kamala Harris who I actually still like.

Hilary Rodman Clinton:  Are you kidding? No one thinks Kamala Harris is fit to be Queen or President of anything.

David O'Leary:  No one can help you because they are afraid this will happen to them. Also no one expected you to become the symbol of the New Age, especially when you arrived with two shamans. They abandoned you for their own needs. Then, Harry Gural arrived and said he was a Shen shaman of the 1st degree, and that he was going to help you. So, where is the help Harry Gural? You have gone running every day as a little girl, and every night you run to betray Pamela Chapman. [Which just really means he runs to betray himself – that's what happens in the Twin Soul Journey.]

Pamela Chapman
pamelachapman.com.net
101-602-05 fr

<u>Emily Parsons:</u>  No he tries to play both sides simultaneously, but he doesn't win. He claims, *"It's the only way to survive."*

<u>Pamela Chapman:</u>  You call this life? Surviving? He is pathetic.

<u>Emily Parsons:</u>  He claims, *"I can still save myself, but not you."*

<u>Pamela Chapman:</u>  I'm fried.
**9:51 AM**


**Then at 7:28 PM…**

<u>Happy van Beuren:</u>  If you, <u>Kamala Harris</u> prevent the book, <u>*Barefoot in Heels*</u> from being published by a Big 5. I will see to it you are President of the United States of America.

<u>XX:</u>  Why is this book so important?

<u>Happy van Beuren:</u>  Because <u>Kamala Harris</u> sold her soul to <u>Lahore Nation</u> (who we learn later is Alberto Villodo), and no one knew how to retrieve her soul except <u>Happy van Beuren</u> who acted as her mother here in this realm.

<u>XX:</u>  How did she do that?

<u>Happy van Beuren</u> understood the whims and needs of <u>Kamala Harris</u> better than anyone else. Her own children don't think this is the answer at all. The answer is that <u>Kamala Harris</u> made <u>Happy van Beuren</u> the biggest Shit Show on the face of the planet, and no one ever wanted this question <u>Kamala Harris</u> except for <u>Pamela Chapman</u>. So now you know she is never afraid of asking anyone for anything. So, she would have made a great major gift officer except <u>Caroline DuPont</u> thinks <u>Happy van Beuren</u> is really <u>Kamala Harris</u>.

[Note: It is the *'I am Kamala Game'* with <u>Happy as is Kamala</u> and <u>*Kamala Harris*</u> is really <u>*Happy van Beuren*</u>, they keep switching places. Because they enjoy the reciprocity of favor with each other, which makes sense.]

[Note: Do all friends as a reciprocity in life just switch places? No, they do not. Do they do that in relationships? No. They have real reciprocities in the true spiritual wisdom sense. It is a complete misunderstanding of holding one's energy and holding space for another. *The Kamala Game* completely bastardizes and misapplies relationship, loyalties and reciprocities, believing you give away and take away energy when you actually hold space in the Omega Spiral in the true reciprocity of relationship.]

What is the problem with getting it actually published?

She doesn't have the proper sponsorship in place –No agent—No publisher. <u>Esmond Harmsworth IV</u>, you missed out big time, as did <u>Kimberly Witherspoon</u>. No one wants to do a film deal without a book in place – so who will break the seal of this deal now?

<u>Trudy Coxe/Jim Gaffney</u>:  No one wants to accept responsibility for whatever happened. You just pony up to the table and do the deal.

<u>Jim Gaffney</u>:  No one wants to have this kind of energy directed at them. They would rather be sued. No one wanted to read <u>Barefoot in Heels</u> in the 1st place, but they can't put it down and they all read it more than once.

<u>Trudy Coxe</u>:  I'd publish it myself, except I'm not that adept at world-wide publication.

<u>William Parsons</u>:  <u>Harry Gural</u> but you can't accept that you are a big fat loser jerk to my mother. I will never speak to you ever again in any realm, and I can, and I will, forever mean exactly what I am telling you right now. Ok?

<u>Harry Gural</u>: I never got to tell your mother last night what <u>Trudy Coxe</u> herself said about the same thing about me in Newport at many times except I never believed her. I thought she was just playing my game. I didn't realize <u>Trudy Coxe</u> and your mother played the same game but that game is different than mine.

> <u>Trudy Coxe</u>, <u>Philip Bilden</u>, <u>Pamela Chapman</u> play a similar game of diplomacy and reciprocity. So, does <u>Ed Heffernan</u>. They don' t play thievery games. Harry Gural you misread, and you don't know the right game to play. [Note: <u>Harry Gural</u> and <u>Tara Plochocki</u> play the <u>Kamala Game</u> of Thievery and <u>Pamela Chapman</u> et al. play the game of reciprocity rather than thievery. However, most people cannot play both ways or both sides of the equation. You must play the side of the equation that you equal, and <u>Harry Gural</u> has mistaken identification. He is a reciprocity man of enlightenment energy. <u>Pamela Chapman</u> told him his in the first 24 hours of his arrival.]

<u>Harry Gural</u>:  I want <u>Pamela Chapman</u> to know if there is no contract in place for her book, she will sue. So, watch out <u>Simon & Schuster</u> and everyone else because this woman means absolute business every day of the week.

<u>Andrew Parsons</u>:  We will negotiate a settlement offer because there is no way I am losing my medical license or my reputation as a medical doctor.

<u>William Parsons</u>:  We will negotiate together somewhere safe because I can't stand **to see my mother exploited day-after-day**.

<u>Emily Parsons</u>:  We will all make sure you sleep at night because I need my sleep also and you remember how I am when I don't sleep?

Pamela Chapman
pmechapman@cox.net
401-662-9516

Jim Gaffney:  Why doesn't this family have a normal conversation like the others?

Trudy Coxe:  Because Andrew Parsons doesn't allow it. We will make sure it happens because it is the only way Cathy Wicks will stand down. If she stands down, so will several others who need to understand they got in the middle of the wrong fight on the wrong day, i.e. Tracey Jonsson, Tara Gragg, Steve Sabo, Lauren DeFedes, Emily B, Greg T. Tima, Jose, Peter Bramante, Shauna McGuire, Charles Kehres, but not Colin who cannot stand what is happening to you and everyone else. This is Island Moving Company primarily.

Colin wanted to work with Ed McPherson and Pamela Chapman knew he would have changed jobs but he is stuck for the movement. Please someone recruit him for a new position elsewhere.

Bethany DiNapoli is trying to be the one to replace Peter Bramante. No. The person is Kate Spinella, and she always was. She came for two interviews when they hired Ed McPherson and is a bona fide fundraisers and former Executive Director, and her daughters danced with Miki Ohlsen for an eternity.

Miki Ohlsen:  I'd rather have Kate Spinella than Bethany DiNapoli, but it is a board decision.

Not really. We just like to say that.

Paul McGreevey will make this all work out.

Nora Diedrich:  So if Pamela Chapman said Kate Spinella is at Island Moving Company then Peter Bramante left. Now, it is Susan Longhenry's chance to arrive at the Newport Art Museum. She already had two interviews in 2008 for the position Lisa Goddard's took. Then we could not afford her, but we can now. She was a bona fide fundraiser, and a former Executive Director for art museums in New Mexico and Indiana. She wanted her son to grow up in Newport. Diana Bunting remembers, so does Diana Slocum who always wanted Rusty Powell III to become the Newport Art Museum Executive Director.

Aquidneck Island Land Trust: I think that worked. No, it did not. He is still as he was. We think Ed McPherson would rather be in real estate development so there might be a new open position, Pamela Chapman.

Emily Parsons:  My father doesn't understand land conservation anyway. I do, but he does not. My mother understands it and Environmental Protection. If you don't want any of those positions what position do you want?

Aquidneck Island Land Trust:  Maybe President/CEO of Ardmore Press or Ardmore Tourist Association or something completely different. Maybe we will have to wait and see but this energy realm will have to close because Pamela Chapman cannot even stand up now, or sleep. So, until then, we just hang onto every day, and waste our livers away.

Pamela Chapman
pmcchapman@cox.net
401-662-9410

Trudy Coxe:  No more wasting our lives away.

Jim Gaffney:  I might be dying. If I were, I'd marry Trudy Coxe all over again anyway.

Trudy Coxe:  Not that game again? **We keep playing the same games over and over and all the other communities have gone silent except for us**. **What does that say about us?** Because we have the Upper celestial realm?

We have Pamela Chapman, Andrew Parsons, van Beuren Charitable Foundation, and all the other troublemakers of Kamala Harris Nation State of Israel.

**Nation State of Israel?** It means the Gaza Strip, West Bank, and Golan Heights, which means **we are infiltrated by infidels and until we wash the slate clean, we are stuck here.**


*"We are going to sue Pamela Chapman for slander for what she is typing."*

*"You cannot."*

**All she is** doing is **typing is the dialog previously hand-written down, and typing notes of clarification for her own edification for legal and literary purposes.**

Maura Lindsey is making notes of Pamela Chapman's notes of 2:57PM September 22, 2021. She claims to be helping to put the notated version up on Google Home Documents such that Pamela Chapman cannot copyright them or sell them.

See **Peter Cataldo** if necessary, Judge of US Government, Rights and Patents, Trademarks. Intellectual Property.

Maura Lindsey, 62, (Her husband is Tom Cahill, MD, 76,) wants to screw Pamela Chapman badly because she wants Pamela Chapman to sue her in legal court, especially since **she walked around her house and behind her eyes and conducted remote surveillance and breaking and entering in her house** for far too long, maybe 5 months every day, every which way.  She said, *"I am so sick of looking at the interiors of her house."*

It's a copycat and jealousy issue. She said, *"If Pamela Chapman makes many millions of dollars for her book deal or contract legal issues with Simon and Schuster, then I am mighty angry that I lost out on my own recognizance."*

Maura Lindsey is jealous like everyone else, claiming Pamela Chapman she does not deserve the book deal or legal documents. Since the Metatron guides don't like Pamela Chapman, then neither do the rest of us. We will screw with her just like all the guides do also. She wants to sell whatever she is doing to Steve Punzak, MD's daughter.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

That would be really stupid. She would be the errand girl of the errand girl, and at Kamala's Table that would make her the Grand Girl (GG) Fool.  That makes Maura Lindsey the whore of Gigi Lahore. She is Pamela Chapman's whore or errand girl. 3:13 PM  She is just bored with the entire conversation Public Commons today and wanted Pamela Chapman to come out and play. Maura Lindsey really wanted Harry Gural to chase her around the Public Commons.

## July 24, 2021
### 8:01AM

They remote surveillance Pamela Chapman from both in front of her face and body, and from behind her eyes. They mimic her physical bodily movements, even Andrew Parsons.
[Note:  And, he still was aggressively mimicking and watching her through at least September. And then again throughout the winter and spring, 2022]

Why, is that abuse?

It's psychological and emotional abuse, harassment assault.

## July 27, 2021

Last night Jessica Hagen wanted her day in court, and wanted and insisted she go toe-to-toe with Pamela Chapman.

Part of the inquiry, which Pamela Chapman refused to play, was to confess that she herself slandered Pamela Chapman with Ruth Taylor –ED of the Newport Historical Society, Nora Diedrich – ED of the Newport Art Museum, Dominque Alfandre- for ED of Island Moving Company, and President of Newport Strings. And everyone else they could think of, including stories with Elizabeth Kahane and Bill Kahane, which seemed unusual, but they listened anyway— but Jessica Hagen said,  *"Pamela Chapman was a Shit Show of a disaster and no one anywhere should ever hire Pamela Chapman."*

Then, Ruth Taylor –ED of the Newport Historical Society, herself came for what seemed like at least two hour and sounded drunk, which Pamela Chapman actually had to ask because her dialog was just that kind of quality.

Pamela Chapman
pamelachapman@cox.net
(tel) 662-9816

**Ruth Taylor admitted first that Pamela Chapman was just the worst kind of person ever and she would never endorse a person like her to work in any nonprofit. It was presumed that she had too much money and opportunity, and if she didn't start at the bottom like Ruth Taylor did, she wasn't worthy of any position in philanthropy** even though the President of her Board of Trustees was Tom Goddard, Lisa Goddard's husband, and Lisa Goddard was hired by Pamela Chapman and her Search Committee which she chaired in 2008-2009. Her younger daughter, Sarah Taylor went to work in development at the Rocky Hill School in East Greenwich, RI following her graduation from Connecticut College. She is a graduate of that private high school. Her older daughter Maya, whom Pamela interviewed for Wesleyan, she was admitted, went to work at as a French tutor and a something at the Brooklyn Museum of Art following her graduation from Brown University. She mentioned that her daughter was making more per hour as a French tutor in NYC that one could ever imagine She was either a French or art history in college and spent one or two semesters in Paris.

Lisa Goddard has no prior experience other than being an alum of Miss Porter's School, and she is a print making artist with a studio she co-owns with John Partridge's wife. He's an attorney in Providence. She is a member of the Providence Art Club.

Ruth Taylor admitted she was not inclined to look favorably at Pamela Chapman when she first met Pamela Chapman at Daniel Syndacker's retirement ceremonies because she complemented them regarding Maya the daughter because she interviewed her for Wesleyan University which she was admitted to, but declined to attend Brown University.

Ruth Taylor went on and on about how she doesn't like any nonprofit director in town except for Cheryl Helms who came off a committee at the Redwood Library to be its Executive Director. She was a lawyer who was a bored housewife at the time. Several trustees worked for several years to get her fired. She eventually left.

Then. it all came out about Ruth Taylor's experience at IYRS which everyone knew a little about especially Pamela Chapman, but she never knew the exact details. All Pamela Chapman knew was that Denise Roberts was to blame for some revelation or accusation that went on in the courtroom, that Ruth Taylor was hauled to as Executive Director, which she either resigned from nor was fired from by Elizabeth Meyers, founder herself with Johnny Mac's father. [Note: Jessica Hagen and Johnny Mac have been "friends" since before her wedding to Jim Hagen, and since Jessica Hagen and Ruth Taylor have been friends -friendly since her time at Sheldon Fine Arts & IYRS—that is a long-term friendship through much thick and thin which Jessica Hagen never admitted to socially ever before.]

Ruth Taylor went on-and-on about somehow $200,000 - $300,000 was missing from the budget. Donations were made, but never booked and Ruth Taylor admitted to purchasing expensive gifts for donors including a boat. They always make models at IYRS but this implied she purchased big ticket items for either herself or her donors.

266

Pamela Chapman
pmchapman@cox.net
401-662-9510

Elizabeth Meyers paid off the missing money and everything is under sealed contract except her name, Ruth Taylor, was exercised in the local media and philanthropic community. She went on to be interim director at RIHS and the Women's Resource Center, and then wrote grants as a consultant at the RI Foundation.

They lived in an NRF house near the library and only within the last few years bought a house, antique 18th century house in/near Cranston, RI. She admitted to being a commuter student in college in NYC – a Jewish woman near George Washington Bridge (The Golan Heights of NYC). She admitted to being bi-sexual (she is not), and that her husband was a drunk when she was pregnant with her daughter Maya. She claimed her father was a house painter. Her sister got divorced but had no money—no. She claimed she refused to get divorced because that would be both sacrilegious, and no woman should ever leave under any circumstances. She believes this –true. She has a real bias toward women who leave their husbands—true. Yet, she is close friends with Jessica Hagen who left 3 husbands and divorce 3 times.

Jessica Hagen has hired daughter, Sarah, as a nanny for 2 summers and Maya as a gallery sitter on appointment only days –or when she was in a tight bind. She also gave Ruth Taylor and daughters huge caches of old shoes, and other such throw away donations.

Ruth Taylor went on to admit she was in a really bad place after IRYS, and when she was an interim at Newport Historical Society. She left when Scott Leher was hired. He stayed for 1.5 years. Then the president of the board hired her outright to replace Scott Leher who resigned trice, but never twice.

Ruth Taylor told Pamela Chapman at one time she wasn't leaving for at least ten years. She claimed, *"I needed the position. I had something to prove to Newport, RI, and I will never be run out of this nonprofit community ever again."*

Her current board of trustee president, Paul McGreevey (IMC Treasurer, and Kamala's Table) said someone floated Pamela Chapman's name with Ruth Taylor. It was met with distain in the same way that Pamela Chapman floated Donald Jagoe's name with Miki Ohlsen, and found the same.

Lisa Goddard and Pamela Chapman didn't speak of Donald Jagoe's name, because it, too, was met with distain one day in a long meeting. **So in the end, Jessica Hagen and Ruth Taylor had nothing to say at all about Pamela Chapman, and that any woman who did not work their way up from the bottom of the nonprofit world in Newport did not deserve any position anywhere except for them.** Pamela can name countless people—and many others—who just waltzed off of boards and committees into executive seats, all strays and outsiders who all went on to become Executive Directors, and all other things in between.

So, Jessica Hagen then decided after Pamela Chapman fell asleep –because Elizabeth Kahane and Bill Kahane were inquiring a lot about Jessica Hagen, and Bill Kahane said, *"No one will support her. She is our friend."* She and Bill bantered on a bit until early morning. Way too much information was exchanged about what a lying piece of shit Jessica Hagen is and essentially was…

Pamela Chapman
pam.chapman@cox.net
401-662-9546

Jessica Hagen's first husband got into the picture. He seems to be the only one who really knows her well.

Pamela Chapman fell asleep. When she woke up about 7:30 (6-7:30PM) or so, Jessica Hagen was waiting to go toe-to-toe with Pamela, and Pamela kept insisting she wasn't interested.

Kamala Harris herself said, *"Well, she can go toe-to-toe with you, but Jessica Hagen didn't have "it", and that Pamela Chapman was not going to waste her time with someone like Jessica Hagen."*

[Note:  She stood in for Jessica Hagen and took up all her public air time.]

Then, Rod O' Hanley agrees to speak for _____. So, did a bevy of others. Jessica Hagen wasn't interested, but she kept playing a stupid game of so many lies:
- 1st Husband: Married at St. Mary's of the Sea, a catholic cathedral of RI.
  - A reception of some kind at Grey Craig and a restaurant. So many questions about the reception, except it was said Happy van Beuren paid for it all.
- 2nd Husband: Ocean Cliff marriage and reception, paid for by husband #2.
- 3rd Husband: Narragansett Towers- which she and the husband paid for.

It was asked how much did various people spend to give a "gift" to Jessica Hagen?  But that was considered irrelevant.

Jessica Hagen is such a liar. Bill Kahane and Elizabeth Kahane now see she is after the forth husband and money. It is all about gaining social position and money.

**3:17PM**

Then, Pamela Chapman took a short nap and after she awoke and did some chores around the house, it was revealed how Pamela Chapman –because they were all playing some thievery game with her, that she wasn't playing that …

Anne F. Hamilton (Hamilton Family Trust—Campbell Soup Co) asked in March for a pdf copy of the book and got one from Roger Kass. She read the whole book in front of Pamela Chapman – this she is certain of based on the quality of the comments. It was nothing but harassment, fraud, slander, and others of Pamela Chapman because she couldn't stop the fraud and harassment, she had to stay in Kamala's Table and listen to the whole conversation, because you couldn't be realized from Kamala's Table until Kamala Harris agreed it was time to be released. Only four people had permission to ever leave:  Pamela Chapman, Happy van Beuren, Nancy Pelosi, Michael Fernandez. Ann F. Hamilton is Jessica Hagen's idol. She knows this from 10 years ago. Pamela Chapman actually told Ann F. Hamilton this, and Ann F. Hamilton seemed stumped.

Pamela Chapman
pmechapman@cox.net
401-662-9516

Then, <u>Pamela Chapman</u> remembered when <u>Ann F. Hamilton</u> and the mother-in-law <u>Dodo Hamilton</u> (<u>Happy's</u> sister) insisted on an upgrade of the <u>Newport Historical Society's Antique Show</u>. Then, <u>Pat Fernandez</u> and <u>Pamela Chapman</u> were sitting next to each other at the board room table with <u>Ann F. Hamilton</u>, who brought in the <u>Boys & Girls Club</u> to split the proceeds of the event as newly envisioned and underwritten by <u>Ann F. Hamilton</u>. Then <u>Ann F. Hamilton</u> brought in her best friend to run the show and has since for years. It was Miss Sailor Valentine herself, <u>Diana Bittle</u>.

So somehow, <u>Ann F. Hamilton</u> has done the <u>IYRS</u> Gala with <u>Kate Gubleman</u> (<u>Matt's</u> – her husband's previous mistress –well after all the mothers got together to discuss how on earth those kids of theirs were going to conduct themselves in Newport society, married and all, yet having this "affair".)

Somehow, <u>Ann F. Hamilton</u>— <u>Ruth Taylor</u>—<u>Jessica Hagen</u> are one big united Shit Show. And, all are harassing and slandering <u>Pamela Chapman</u> all over town. So, it is not just the <u>van Beuren Charitable Trust</u>, it is also the <u>Hamilton Family Foundation</u> because <u>Ann F. Hamilton</u> and <u>Dorie Benson</u> have also been reading and spreading the book all over Newport, RI. The <u>Benson</u> family of Newport is an old family of stone cutters and important artists. So, it is all entwined, entangled and embedded together.

**3:25PM**

*"I am so big and f' important that I can obtain a fraudulent copy of <u>Barefoot in Heels</u> just like your ex-husband, and you are going to sit wherever you are and take it because I can and you will."* It is a work that is *"not my cup of tea",* **<u>Ann F. Hamilton</u>** said, but *"there were some clever and funny lines. I just pass it along to another."* So, now *"You can't print the book."*

How can support women and children of the **<u>Boys & Girls Clubs of Newport</u>** when you behave like this? She is always the chair of the Newport (Antique) Show. She is also a long-standing co-chair of hospital galas, and the <u>PSNC</u> galas, and <u>IYRS</u> galas.

It is all some big conspiracy, and you stand behind the felonies of **<u>Andrew Parsons, M.D.</u>**

**3:31PM**

**3:47PM**

<u>Ann F. Hamilton</u>:  **Anyone we gave this book to has to stop, or we will f' kill you, you see. We are getting our own attorney. We will never say another thing to you ever.**

All the felonies attached to the men are now attached to her…

Pamela Chapman
pam.chapman@cox.net
401.662.9575

P.S. <u>Archie van Beuren Sr</u>. paid off the $100,000 mis-expenditure from <u>McBean</u>'s windows grant to the NHS. It got misspent by <u>Dan Syndacker</u>, the former ED of the NHS, and had to be re-paid back to <u>McBean</u> because the windows were not actually repaired. That was a 11th hour major gift. It would have had to be paid back to <u>McBean</u> because the money did not go where they claimed it would go. The clock was running down. The board member who influenced <u>Archie</u> to give the donation died shortly thereafter. The major gifts in town come from either <u>McBean</u>, <u>van Beuren</u>, or <u>Prince</u>. There are others, but these are the three that the non-profit world depends on year-after-year.

According to  Unknown Sources: **"This is the biggest court case of slander, harassment, abuse, and manslaughter in modern Newport, RI history."**

**<u>Gail Alofsin</u>** (<u>Newport Hospital Foundation Board</u>): **I don't ever want to seek your fucking face again.**

<u>Lisette Prince</u>:  I am so grateful my whole family isn't involved in any of this.

So is <u>McBean Charitable Trust.</u>

<u>Dan Syndacker</u>:  <u>Ruth Taylor</u> was misspending donor dollars in whatever way she wanted. She didn't write them down so she could do with the money anyway she wanted, including giving gifts to herself and her children. <u>Ruth Taylor</u> created a small trust fund of her own, and deposited money in an account to pay for tuition at a private high school.

<u>Ruth Taylor</u>:  I never deposited the money in my own account. I paid Rocky Hill School directly from donor accounts.

*"No, the office would have known this, except the woman in the office, <u>Lorraine</u>, isn't a liar, and the money went missing."*

*"No, it didn't."*

Improper accounting at <u>NHS</u> and <u>NAM</u> meant no one knew where the money was, or where it went. This is why <u>van Beuren Charitable Trust</u> created *Finance as Destiny.*

*"No, it did not."* Too many organizations where paying yesterday's bill on tomorrow's dollar.

*"I never meant to extort money. I just wanted to pay my daughter's bills."*

But, they were at Thompson Middle School (public).

Today's cocktail ice tea is scotch and soda with a twist of lime. It is anything you want it to be.

Pamela Chapman
pamelachapman@cox.net
401-662-0516

Ruth Taylor: My kids are going to kill me because I never stole a dollar and just misappropriated it under different categories, and I forgot to write down appropriate donations. [Note: No one ever works at the NHS as a Development Director]. No one could or should. She does it all herself as penance for what she did at IYRS as Executive Director because no one knows where the money really went.

Molly Williams: I have never heard this story.

You came here to Newport, so don't be alarmed this is classic Newport - Ruth Taylor stuff, and you don't have any idea what this town is all about, Molly Williams. If you don't get any of this, don't worry. We will repeat it several times day and night until everyone gets something of it.

Ruth Taylor: I didn't steal the money for my family. I just put it away. Then, I didn't find it again.

Maya Taylor: Where did it go then? I work in Boston and Brooklyn. I can't imagine not knowing where the money went. The same happened to Karl Willers.

No, Donald Jagoe, Pamela Chapman, Denise Roberts and George Furbish know what happened there. No way Jose. It is the same Shit Show Story.

Karl Willers: Thank you very much Pamela Chapman because we didn't exactly hit it off but you now understand me better than myself. Donald Jagoe explained it all to me on sorcery television last night.

Don Jagoe: If we only understood then, what we understood now, we could have helped Karl Willers better.

He agrees.

That's a smart understanding.

Ruth Taylor: Wants to exonerate herself and say I never stole the money it just went missing. $200,000 - $300,000.

Molly Williams: Where could it have gone. I work in school counseling at IYRS. I can't imagine where you put it.

Ruth Taylor: Well, your position is new under Jay Cooghan.

Molly Williams: We all agree. It has New York City money, a good board, and are surpassing revenue each year for the scale of first class and choice every year for many years.

Ruth Taylor: The money went to overhead. No. It went for gifts to donors and the self.

Pamela Chapman
pam.chapman@cox.net
401-662-9510

What kind of gifts? Small boats? Small perfume. No. Small tchotchkes? Expenses of overhead? No, it did not. It went for salary to the Executive Director and one other.

Elizabeth Meyers, founder with Johnny Mac's father. It went to an executive assistant, named Lorraine who went with her to NHS.

No, it went to an accountant of low class. Yes, it did. She paid off an accountant. It was fraudulent accounting.

She knew this. Fraudulent accounting.

*"Oh, yes it was."*

Who received the money?

*"The father of Johnny Mac."*

*"Yes it did."*

Why?

*"Because he founded IYRS and Elizabeth Meyers was too busy with the board to notice everything they needed."*

No.

*"It has to be blackmail?"*

*"No, he took the money, reimbursement of self-expense. It became a joke, and Ruth Taylor didn't do anything about it at the time."*

He's dead now, but Elizabeth Meyer's isn't, and she knew it, but they took Ruth Taylor to court and blamed the whole Shit Show on her.

*"Pamela Chapman, do you really want to be exposed like that by van Beuren Charitable Trust, Newport Hospital Foundation, Campbell Soup and the Redwood?"*

*"Why not?"*

*"They will destroy you."*

No, my [Aunts] already did that, so I get it here, and that whole Shit Show of Akashic Record realm did have that too, and there was no money or sex in it. So, what do you make of that?

*"They will destroy you further."*

Pamela Chapman
pmcchapman@cox.net
401-662-9516

They can't. I'm an enlightened clear channel human being.

**4:27PM**

<u>Lynda Adams:</u>  Why would being enlightened matter to you <u>Pamela Chapman</u>?

<u>Donald Jagoe:</u>  They don't affect her being anymore. She has ascended so they can't bring her down emotionally or hormonally. They can just isolate her, but she has been so isolated for 10 years.

<u>Elizabeth Meyers:</u>  This isn't actually in the court records. What is?

*"Just that she admitted to misappropriation of money and it went missing."*

<u>Paul McGreevey,</u> President of the Board of Trustees, <u>Newport Historical Society</u>:  Let's discuss this sometime in the open because the board will never trust your accounting and your fundraising in the future.

*"But, I raised over $7 million for an addition and endowment."*

<u>Paul McGreevey:</u>  It didn't matter because you will retire soon, ok?

<u>Ruth Taylor:</u>  Ok, 1or 2 years.

*"No, one year because no one will trust you, <u>Ann Hamilton</u> or <u>Jessica Hagen,</u> after the book deal is done and all the media gets hold or wind of the whole story."*

But, if <u>Ruth Taylor</u> had told the courts and the board what happened to the money, she would have been fired.

<u>Harry Gural:</u>  <u>Pamela Chapman</u>, we are cut from the same cloth and we experienced something similar, but different. I don't have a book, just a position in the hallways of Congress, and I got too close, and they tried to teach me a lesson.

Yours was a book based on some of your experiences, but it touched a nerve with <u>Newport Hospital Foundation Board</u>, <u>Lifespan Health Care Systems</u>, and <u>van Beuren Charitable Trust</u> fraudulently, and they want to censor, silence, or condemn you for that. Domestic violence isn't the point. It is medical-legal insurance fraud and all of the rest.

Membership in the private <u>Akashic Record</u> Room of the <u>Redwood Library</u> which included <u>Book Committee</u> members. They all read and re-read, and discussed and then tried to edit *Barefoot in Heels*, night and day. (See the membership list in the beginning of the document.)

There were others including the following.

Pamela Chapman
pmchapman@cox.net
401-662-9516

Sorcery television screen #3: Tresor Antiques with Maura Lindsey and Leslie Theobald.

Sorcery Television screen #5: Tara Plochocki, her mother, her father, her sister, Natalie Plochocki who is a uniform policeman in Washington, D.C., Grenville and Sandra Craig, Carol Currie, Nora Diedrich, the entire Tom Hockaday's house which looks to be about 50 people today including Kayla Abbate, Kylie McCullough, Kristin MacManus, and 30 other people + Andrew Parsons and Cathy Wicks, + 50 other people, Anesthesia Associates of MA, doctors and nurses at Newport Hospital including the neighbor, Gail Alofsin's sister-in-law and her brother, Portsmouth Abbey School via Patti Gibbons via Anesthesia Associates of MA, the Abbate family (5), the Wicks family.

Kamala's Table and so many touches.

Between 2:00AM -3:15AM they recited, *"I will never copy, duplicate, or read any unauthorized work of any author at any time now or in the future."*

Including:
Rusty Powell III
Bobby McDermott

Island Moving Company
Peter Bramante
Tara Gragg and Steve Sabo
Tracey Jonsson
Dancers
Shauna McGuire
Charles Keres
Jana Hicks Jagoe

The entire Craig family including his brother and sisters of both Sandra and Grenville.

The entire central casting of **Mark Halpern** of the LA Basin. Carrie Crosson Gilpin read her sections out of order. She didn't always read properly.

Entire casting of the Public Commons space every night for 4-5 months from March 8, through now (July 24, 2022).

It is all abuse, harassment and slander. None of these people had any sense of responsibility or moral character to tell Pamela Chapman or themselves, they were doing criminal illegal things.

It was the van Beuren and Hamilton Families, Kamala Harris, and her goons including Lahore (Alberto Villodo) and his little twits.

Pamela Chapman
pmschapman@cox.net
401-662-9516

<u>Trudy Coxe</u>:  Not this time. <u>Pamela Chapman</u> will have to beat the whole board. All <u>Harry Gural</u> has to do is play an individual game of whatever game he thinks he plays.

<u>Pamela Chapman</u>:  I woke up and heard my daughter, <u>Emily</u>, say, *"No one can work with these people any more in this space, not now not ever."* They all are playing the stupid <u>Jessica Hagen</u> game now. She is impossible to dialog with here. No one is telling the truth.

They played a fraud game of I AM <u>Pamela Chapman</u> in the middle of the night while she slept. I call you, and ask for money, at least $10,000 to cover my printing costs of $300,000 -$400,000 to cover the debt of *Barefoot in Heels*.

<u>Trudy Coxe</u>:  They don't have a thing on you because no one knows how to really fundraise in this town, and you do.

<u>Jana Hicks Jagoe</u>:  I started to play and realized if I made that call I would be just as bad as the others, just like <u>Donald Jagoe</u> always has been telling me. I didn't play today or any day moving forward. I really learned my lesson.

<u>Donald Jagoe:</u>  No, because I started to make a call to <u>Jana Hicks Jagoe</u> herself. When she realized it was me, she started to ball her head off because I knew she'd say yes, because she didn't know how to say no to an ask for money in Newport philanthropy circles.

<u>Dorienne Farzan</u>:  The only way to stop the game is with <u>van Beuren</u>, <u>McBean</u>, <u>Prince – Lisette Prince</u>. The only way forward to cover the debt in Newport when debt can't be paid in the nonprofits and schools, is for them to go to the Big 3 of family trusts. They write the check. So, the game is over.

<u>Alyssa Gadreau</u>, <u>Redwood Library</u>:  As one of the biggest fraudulent people—because whenever someone makes the call, they identify themselves as <u>Pamela Chapman</u>, author, owner, publisher of *Barefoot in Heels*. However, she was asleep and everyone new that. We were all imitating her.

There were so many witnesses to this game.

> <u>Carolyn DuPont</u>:
> <u>William Parsons</u>: Don't give up your Proprietor's share at the <u>Redwood Library</u>. It makes them crazy that you have share #245.

If you are both an author and a shareholder, you hold all the power on the board of trustees, because that's is what <u>Jerry Slocum's</u> father always said. He was a literary "reader" in NYC.

What about the woman who recently was nominated to the board? She wrote a nonfiction book or two, and worked for Vogue magazine as an art critic?

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Her father owned the rug store where Talbot's used to be. She went to Salve Regina University, not a place like Harvard University, and her husband—his 3rd wife— helped or taught her how to write and publish. She is a known author (but not of fiction).

<u>Trudy Coxe:</u>  Why do fiction writers hold all the power?

Because they know how to write fiction like no one else can. Anyone can write anything, especially nonfiction, but fictional narration of storytelling has an element that s beyond mere craft. The idea that anyone can write fiction is seductive, but few can actually achieve it a literary level. Literary fiction portrays an inner journey set against an outward journey. The ability is a besting game hat few if any authors actually play. But the book thieves best the authors back with grand larceny and grand theft. They said, *"We best you every day in a game of fraud."*

*"No one will ever publish <u>Barefoot in Heels</u> because you embarrass all the rest by your excellent storytelling of a story that you now own in every dimension in every possible way of a person owning their own story."*

[**Note**: It is jealousy of fictional authorship and nonprofit fundraising—together the duo of absolute power, and so are <u>Pamela Chapman</u> and <u>Harry Gural</u>. They thought the real duo of power was <u>Caroline DuPont</u> as the Director of Development, and <u>Happy van Beuren</u> as the granting agency, individual donor, and former want to-be editor in NYC.]

All of <u>Island Moving Company</u> wanted to play the *<u>I AM Pamela Chapman Fundraising Game</u>* as <u>Pamela Chapman</u> to cause everyone to know you can't sue anyone for fraud because you were doing it yourself in this space, after all. But, it was all them, imitating her. How much did they as you actually raise? All money goes through PayPal.

[**Note #1**:  <u>Pamela Chapman</u> had raised $30 million dollars in about 10 minutes for <u>Aquidneck Land Trust</u>. She didn't actually seek to raise it. It just started moving. She then said to them, *"Now you know the potential you can raise from about 7 people under certain conditions. You now know the monies are there. You just have to now do the proper work of relationship and solicitation."* She didn't seek to raise it in this space. It just happened logically and simultaneously in an instant.]

[**Note #2 #3**: If she had been an actual fundraiser, she would not have sought any solicitation here. They thought one could. In fact, <u>Peter Bramante</u> and <u>Bethany DiNapoli</u> were attempting to legitimately solicit people here in March 2021 for <u>Island Moving Company's</u> capital campaign. <u>Don Jagoe</u> told us all the story that he refused to allow any more donations to Island Moving Company. Yet, <u>Jana Hicks Jagoe</u>, 75, was so strongly targeted here that she agreed verbally to a pledge of $100,000 gift in addition to a gift previously pledged, with a current donation status of half-paid. <u>Island Moving Company</u> then booked the verbal pledge as a future donation asset. Then, <u>Jana Hicks Jagoe</u> said, "I'll let you have dinner with your own <u>Twin Soul</u> for the price of this pledge." She said how about dinner at the Chandler?"

<u>Pamela Chapman</u> could only respond, "I only need 45 minutes and a cup of coffee. I don't do dinner at the Chandler with married men. Her own <u>Twin Soul</u>, <u>Tara Cragg</u>, 33, an immediate past company dancer for <u>Island Moving Company</u> has been at their home several times with her husband <u>Steve Sabo</u>. And, <u>Steve Sabo</u> is a volunteer at Bike Newport where <u>Don Jagoe</u> was president of that board for five years. There was never any blackmail involved with <u>Don Jagoe</u> allowing that couple into their home and their lives.

Pamela Chapman
pmchapman@cox.net
401-662-9516

Now, if they thought Pamela were an up and coming CFRE in fundraising, maybe they thought she would have done the bulk of her work here, and if she did they, could catch her on a technicality. (What possible kind of technically?) Or, if she planned to sue a lot of people for their actions here, then she couldn't work in philanthropy because she's be a fraud. She would be suing those who were now donating the monies for her book's publication, especially Happy van Beuren. All the monies raised went for the printing and distribution of her book.]

**2:02 9-11-2011**. Timothy Hollister, esq. said, *"When the conversation came out about Bethany DiNapoli and Peter Bramante fundraising together in this space, then he realized she was being hypocritical about her own activities and conversations in the Akashic Record realm. She fully expected that any person who she and Peter had solicited would acknowledge that they had a previous conversation and were confirming a commitment pledge of a certain amount of money to the IMC capital campaign. Now later on, in the Akashic Record realm, Bethany DiNaploi and Peter Bramante slandered, harassed, abused, and directed sorcery technologies at Pamela Chapman such that Bethany has been quoted elsewhere here saying, she would never ever validate Pamela Chapman or tell the truth here, or hold real time real world conversations in front of Pamela Chapman here such that as lies it is all fantasy and therefore unaccountable. She would never have to be accountable to her own conversations or to any dialog or action that was criminal because it was all a fantasy. For Pamela Chapman, Bethany would suggest in a court of law, Pamela was making this all up akin to a dreamscape or a creative narrative of fiction. The Thievery Ring and Bethany DiNapoli wanted Pamela to think she herself was crazy."*

*"All these Thievery Ring Workgroup people and others, are now worried about being held criminally accountable in a federal circuit court. They fear a large financial settlement and a prison sentence. Yet, not one of them is willing to step forward and financially settle upfront to keep their names off of any court documents and the press that would indicate they have been found guilty of multiple crimes."*

*"Pamela Chapman has been extraordinarily generous to make some offers to people if they financially pre-settle to kept themselves out of prison, their names off the court documents, and out of the press."* The offers began in May 2021 and no one stepped forward. She reminded them a few days ago and so did Timothy Hollister that if they do not step forward right away-ASAP, the offer would no longer be valid. Once the case is filed in federal court, we will no longer pre-settle. These people include: Andrew Parsons MD, 59, Tom Hockaday, 65 and Bill Martin, 64 Tracey Moore, 64, Jean Gorham, 87, Sandra Craig, 71 and Grenville Craig, 80 Roger Kass and Andrea van Beuren, Donald and Jana Hicks Jagoe,75, Elizabeth Kahane, 61, Bill Kahane, 75, and Harry Kahane, 20. Five of these involve real estate, but not all of them. Most indicated they do not wish to step forward because they believe this will make them look like a stodge, and it will then validate that we were all real here in real time—and we did some terrible things. They are willing to go to federal prison instead of admitting they were real in real time, something we all agreed to multiple times beginning last May 19, 2021. Kamala Harris had her own instructions to Kamala's Table that said, *"We never ever presume to acknowledge that we would ever have to be accountable for our actions and dialog, so we won't be."* And, she also said repeatedly, *"If you get caught, I disavow knowing you and the mission we set forth to accomplish."*

"Timothy Hollister esq. is not going to make any more offers to people to pre-settle and neither will Pamela Chapman. If you all prefer to go to federal prison instead, we will gladly prepare the proper documentation. If you were ready to acknowledge a donor's offer in this space for IMC's capital

Pamela Chapman
pmcchapman@cox.net
401-662-0540

campaign as real in real time, then how do you then tell Pamela Chapman this dialog and experience was all fantasy that she made up in her own head? Paradoxically, they also then said, that her work of fiction was all true and they would prove to her and the world that a creatively conceived dialog and setting of fiction is truth. That all that work of fiction was real in real time at one time. They were bound and determined to prove to the world her work of fiction was really a nonfiction memoir. They demanded it be real in real time here, there, and everywhere. This kind of duplicity, lying and manipulation of truth and experience will land you in a court of law as an unreliable witness for your own defense. This is exactly the kind of situation we were all witnessing for so long here in this space that we could not get a handle on. We did not understand what the truth of the situation really was, and how to gain an understanding to proceed moving forward. Timothy Hollister esq. no longer has anything more to say on any of these matters because it is clear to him and to Pamela Chapman that these people will manipulate anything on any topic to force her into a compliance of slander, harassment, abuse, and manslaughter. 2:17PM"

Pamela Chapman:  Alberto Villodo is being sent to the other side of the Akashic Record realm to remove him from this space as he has been the sole perpetrator of everything awful that has happened to Pamela Chapman. The entire Thievery Ring—or those deemed necessary by Jean Dixon—will go their also. They will longer be able to speak into the realm.

Today as she is typing—to just before—Alberto Villodo insisted that she admit to the fact that she and he were masturbating  together last March 2021 when they had a key turn for kundalini. There is no person alive today who has as much wisdom regarding this topic as she and Harry Gural. Meaghan Merkle and Harry Windsor do also, but they are the only ones Pamela and Harry can find. It is apparent to Pamela Chapman that the entire Q'ero Nation Wisdom Keeper status initiation rite is consistent with Kundalini Yoga masturbation circles such as Gabby Bernstein has at a monthly subscription price, or any shamanic masturbation practice rites that Marcella Lobo and Alberto Villodo sponsor as part of advanced student training.

If Pamela Chapman were to make a list of all the groups of yoga (Sarah Davidson Wes '92 knows of one) and shaman tribes who advocate that once their students advance in their training, it would be a comprehensive list of cultural indoctrination practices into advanced energy modalities and presumed spiritual path initiations that involves masturbation, especially for women and potentially kundalini energy for men. The culture of all of these groups appears to indoctrinate women into a belief system that says if you masturbate enough, you will raise your kundalini energy and you will attain a spiritual enlightenment in the third eye. This is absolutely incorrect.

"As a Twin Soul in a last life time, she understands the misinformation that borders on or is sexual abuse and harassment. They are activities sponsored by either men who seek power over women, such as Guru Singh in Kundalini Yoga, or women in the Akashic Record realm who seek power over together women as either sorceresses or Caliphate Nation leaders such as Kamala Harris. One can either best another and self-select into the practice or they can be pulled in almost as an abduction into Level I of The Game such as Harry Gural. Pamela Chapman could type several pages on this topic alone, and she will not here at this moment. The important point is what started as a power tool over others understood at a high level of the elite few now becomes wide spread activity

Pamela Chapman
pmcchapman@cox.net
401-662-9516

by second and third generation captains that do not understand the truth of the situation and as such the activity of abuse is destined to continue as part of a presumed intelligence that is ignorant of the real facts of the matter. It is a perpetuated culture demeaning and abusive to women and men alike but mostly women."

"Blog posts and online information regarding kundalini is often missing, but they all say, it is as a snake coiled at the base of the spine that once awoken rises up to the third eye to awaken an inititate into a spiritual state of enlightenment. Reinette Fournier and Tom Spear's Tenth Gate Yoga studio taught kundalini yoga and raja yoga. It was presumed that if one kept one's arms up for 22 and 33 minutes and one chanted in Sanskrit, eventually their kundalini would rise. If they failed to achieve this, then they were not breathing properly—or vigorously enough—or not chanting in proper rhythm, or they didn't keep their arms up enough."

"One must consider that at a place like Tom Hockaday's house with 300- 500 people passing through, where some masturbated in the hope of rising their kundalini at some point, recognizing the more a woman masturbated, the less likely her hydro-electric currents could facilitate kundalini practice then and into the future. More is more here. We do not overlook it also was an initiation into a group that would curate out a bespoke group of people who would become new Thievery Ring for Ways and Means. They were at level I and Level II of The Game. It was a new experience here in Newport, RI amongst the middle-class and working people of the city. It took in people of every age group and most demographics. With Peter Kehoe present in the house, it was merely a culture of sexual abuse and harassment. It also cultivated slander and manslaughter due to Andrew Parsons MD reading aloud Pamela's stolen book and Kristine MacManus reading aloud banking software that was real in real time." 2:29PM

Alberto Villodo stands down completely because he now recognizes he has been completely out-shined by Pamela Chapman in this space. He tried to pull the wool over their eyes too many times, including taking away her 3rd eye sight, her reading, writing and thinking, He is solely to blame. He is also to blame for much of the abuse levied by the Thievery Ring Workgroup. He only says *"But, I had to because I must demonstrate my superior power in this realm over all people."* He never liked Guru Singh or Gabby Bernstein, but they did nothing in comparison to what Alberto Villodo has done. It was so many lies, deceptions and criminal actions that he has no other option but to settle for multiple millions of dollars. He probably has less than 6.5 years left to his life, and if he really does have assets of $300 million, he is no longer in need of them because his wife, Marcella Lobo is as guilty as he is in this space, and he has no biological children. Marcella Lobo's daughter is taken care of by her father, a drug dealer. Alberto Villodo always said he'd leave everything to Pamela Chapman and her children moving forward. 2:33PM

Tim Hollister esq. said, *"None of those words that Pamela Chapman just wrote (The preceding 7 paragraphs) regarding Alberto Villodo were his because if he is Pamela Chapman's attorney in federal court, he is now a material witness to all of this dialog."* Harry Gural is also here and is a key material witness. He believes everything Pamela Chapman has just typed. No one, and we mean no one, understands kundalini energy in a monogamous relationship that is based on many lifetimes as husband and wife, and he and Pamela Chapman and Meagan Markle and Harry Windsor. He and Pamela Chapman have been

Pamela Chapman
pamelachapman@cox.net
101-602-9510

married 7 times before and have shared kundalini energy in past lifetimes. Kundalini in relationship intimacy is different than all the others in this <u>Thievery Ring</u> and Newport, RI space. Everyone has been heckling them all night and this morning about what they think they do together, but they do not understand. Their experiences as a <u>Thievery Ring</u> with kundalini is not theirs as a couple here. They –<u>Pamela and Harry</u> demonstrated absolute indifference to these other people, and yet these other people are hounding them right and left to say they know exactly that they are doing and that all they do is masturbate. It is just not true. Furthermore, this dialog that today over 1,700 pages demonstrates many of these <u>Thievery Ring</u> people harassed <u>Pamela Chapman</u> about masturbating with them and attempted to blackmail and force her into masturbation practice. She never did.

<u>Pamela Chapman</u> has all the physiology and biochemistry overview on why and how you cannot masturbate yourself to kundalini. These two activities are opposite each other. <u>Dan Martin, MD</u> was here this morning to validate that kundalini energy really requires herbs and supplements rather than medicine because one works on the energetics of the human body and pharmaceuticals are based on the metabolism and hormonal systems of the human body. And body's like <u>Pamela's and Harry's</u> do not really respond to pharmaceuticals only herbs. They work opposite each other or not at all with each other which is why a ketogenic diet is best for kundalini energy relationships which <u>Pamela and Harry</u> actually have.

<u>Roger Kass</u> will say that if all these people are working off of hypocrisy to avoid legal sentencing and large settlements, then they will be surprised that a judicial review of this material will suggest that these people all acted knowingly and willfully with clear understanding that the dialog was being recorded by <u>Pamela Chapman</u> first in pencil on paper, and then on her laptop, and that it would be used as evidence in a legal court to sue all those who have harmed <u>Pamela Chapman</u> and committed crimes against her. They committed these crimes with absolute consent of themselves and each other and with malintent without prejudice. **2:43PM 9-11-22**

|**Note #4**: Since everyone at the <u>Redwood Library</u> and in between all want to play editor of the manuscript, what does that say about fiction and writing? What is so sexy about being an editor?

They say, "*You get to understand other people's psyches.*" But <u>Pamela Chapman</u> does not technically have a psyche, and people like <u>Kamala Harris</u> they say have over 40 psyches. Which one would a book <u>Kamala Harris</u> authored be associated with?|

"<u>*Alyssa Gadreau*</u>, no way do I pay because *Greville Craig* told me I didn't have to pay." That's <u>Pamela Chapman's</u> line. *Greville Craig* consistently told her not to pay her share assessment every year because no one would ever care if she paid or not. It's a little-known fact in the <u>Redwood Library</u> By-laws and policies.

It is actually true because he holds share #2 through <u>William Vernon</u>, who his mother is a direct ancestor of.

Pamela Chapman
pmela chapman a cox.net
401-662-9516

His sister gave him the share. She didn't want it anymore. She doesn't go to the Redwood for anything because they were such snobs and thieves of human dignity. [Note: Is this supposed to be his sister, or Pamela Chapman?]

Grenville Craig (Sandra Craig), Michael Holt Massey (Sandra Orsloff), Miles Bidwell (Carol Cole). Three twin Soul couples, all on the board of the Redwood Library.

Harry Gural watches all the power and money in Ways and Means. No, he doesn't. Richard Neal does, so did Nancy Johnson, R-CT and because he holds the knowledge. Two Congressmen worried Harry Gural asked too many questions in a committee meeting. *"They were warranted,"* he said. He claims, *"I should have known better than to ask,"* but he was senior enough and, *"I was having a bad day, so I asked. No one said a word until about three weeks later, and then,"* he said, *"I knew I was in trouble, but I didn't know what would come of it."* Two years later, the very same people I asked the questions of, turned him around with the I Am Kamala Game of Sexual Obedience.

With intention made him an unwilling spouse of Linda Plochocki and Steven Plochocki, and then their daughter, Tara Plochocki. Through sorcery technologies, fraudulent orientations, he lost his own personal powers and abilities, and was forced to play instead for Ways and Means as a two-bite player of their intention and imagination. He couldn't get of The Game no matter what. He is now tied into a gang of thieves with Tara Plochocki as his handler and sorcery wife, no matter what. Until Pamela Chapman has Kamala Harris agree to release him, Pamela Chapman plays her magic Tuning Forks and in less than 5 Solfeggio frequency notes, he is free to flee.]

[Note: on 9-24-2021, 4:41PM, they are so upset about this summarization all right in front of them, Caroline DuPont, Alice Ross and Tara Plochocki decided to take up the abortion question all over again. She said, *"I had two DNC's."* The husband said, *"I can't touch that, I don't really know anything about that."*

[They are so upset Tara Plochocki is coming at Pamela Chapman with such razor like energy, all because either must *"Catch me on something."* Lisa Goddard said last night, *"No one at Miss Porter's School"* would ever have an abortion. They are counseled to all go privately to a private physician, and get a DNC. Only the poor and underserved waifs of indignity get abortions. All the "Ancients" of Miss Porters have DNC's. Lisa Goddard thinks any woman having an abortion is a disgrace to any community, and she was persistent in her indignant desire to run Pamela Chapman into the ground for the rumor of the author having an abortion. The Ex-husband stands down to two DNC's. That's medically all he can say anyway. He doesn't really know. Just like with Donald Jagoe. He accused her of having an affair for 10 years and the slander held, but she did not ever with him or anyone else... 4:46PM]

William Parsons: We will never stand down. You will win your crown by publishing your own book. Harry Gural, you are a deserter of first degree. We never want to see your f' face ever. You were so rude to me and Emily Parsons last night, and on the other nights, we could care less about you. My mother, Pamela Chapman, doesn't need a man or West Hartford Center. She just needed the publication of her book to indict her husband socially in Newport.

Pamela Chapman
pmechapman@cox.net
401-662-9516

<u>Andrew Parsons</u>:  No f'way do I stand down to fraud. I will never surrender to make cause. **I will pay the $2.5 million because this game is so f'big, and me and Newport Hospital—Lifespan don't get along**. They wanted to counter-sue you **by re-trying me last night for sexual harassment in the workplace, which I already paid for by losing my position** as head of Anesthesia.

<u>Anesthesia Associates of MA</u>:  You would never be President of this group because you never understood diplomacy, and if your ex-wife writes a book of fiction – she has more diplomacy than anyone I know. She didn't write an expose or a memoir to exploit any one. She wrote a story within a story, and this is the common emotional response to it, except, who actually read it cover-to-cover?

Actually read it, and not listened to it orally? They had a copy illegally from <u>Esmond Harmsworth IV</u> who didn't legally have the right to distribute the book, as well as one from <u>Roger Kass</u> who emailed a pfd to the <u>Newport Hospital Foundation Board</u> or to anyone else. So, <u>Pamela Chapman</u> didn't respond to his outburst of fraud, they all are frauds instead.

<u>Roger Kass</u> and <u>Esmond Harmsworth</u> IV are responsible for the <u>Newport Hospital Foundation Board</u> response, which includes members such as <u>Barbara van Beuren</u> and <u>Ann Hamilton</u>, and because it is fiction you don't indict her for fraud here or there.

This is just one example that the book has traction in every country. Get it published right now at Little Brown & Co.  We don't do anything until we clear the space –I've heard that one so many times. <u>Pamela Chapman</u> will take care of it in her own way. So, all you big publishers watch out some camp will make a fortune. Then <u>Harry Gural</u> can say, *"Well, I missed out, I was playing a f'game with <u>Tara Plochocki</u> and all the others."*

[<u>Note</u>: You need an energy wizard to untie the shamanic marriages that <u>Rusty Dorman</u>, <u>Kamala Harris</u> and all the others made for you two as a duo of coupling. She is 44 years old, young enough to be your daughter, and demonic enough to be Satan's wife or husband. Get her out of your system one way or another. It is not mind over matter.]

<u>Bill Gural:</u>  I didn't know my brother in this space, and neither does anyone else. I hate this game and this space. It's not real life.

<u>Trudy Coxe/Jim Gaffney</u>:  In Newport, it became everyone's real life. She's just finishing playing it with the Breakers Visiting Center and every 10 years or so, someone else is the focal point and is dividing the town in half. It's a Newport Game and they love to play because they have too much free time and they are all so f' bored with each other.  *Barefoot in Heels* should never be their game and <u>Happy van Beuren</u> should learn to get out of fiction publishing. Instead of promoting the story, she promotes secrecy. That is the opposite mission of <u>van Beuren Charitable Trust</u>.

About 150 people went through <u>Tom Hockaday's</u> house in 2-3 weeks. Some say there were 500 total all together. <u>Paul McGreevey</u> said, *"I was sent to watch and observe for <u>Kamala Harris</u>."*  No one could

Pamela Chapman
pmchapman@cox.net
401-662-9546

believe him. They said, *"Just watch, and listen."* So he did. He wrote down everyone's financial information from Kristin MacManus.

He knows everyone there.

He actually wrote their names and financial numbers down.

Then, he reported back to Kamala Harris that he didn't actually learn a thing.

Then, they sent Michael Fernandez who had no idea how to play. So they just sat with each other night after night: Tom Hockaday, Bill Martin, and Michael Fernandez.

Tom Hockaday:  They sat there quietly until Michael Fernandez went back to Kamala Harris.

[Note:  Paul McGreevey and Michael Fernandez were sent on assignment to Tom Hockaday's house to   watch, listen and learn, The Kamala Game of Sexual Obedience. It was not quite an initiation right they  thought they had to undertake if they wanted to work in public administration in the Biden-Harris administration— which both of them sought as an appointment in 2021.]

[Note:  Harry Gural just said he completely agrees with this line of reasoning 11:23 AM]

Pamela Chapman just waltzed into the story when she identified Jennifer Klemmer there. She quickly connected the names of the Kundalini Yoga people from Tenth Gate:  Reinette Fournier, Tom Spear, Yogi Bhajan II. Then, the whole tree fell down when she had heard the name Ashlynn Majewski and all the others. She actually called for her boyfriend who arrived quickly. She knew his mother, Mimi Carrellas. She came right away with him. We all agreed that this young woman had five beautiful sisters.

Pamela Chapman asked right away, *"What is happening?"* These people had underage daughters." She specifically said, *"These are our mother and daughters, and sons and fathers, and we will not allow you to ruin the fabric of our community."*

It was a complete bust, but she didn't realize that Kamala Harris already knew and completely supported the activity. Pat Fernandez said, *"My husband was sent in to figure out what was happening with two business men in Newport."* Nothing was. It was nothing short of an inquiry to see how he would respond.

Pamela Chapman put a temporary hold, not stop on it, because after all many adults actually enjoyed it, but it is the first rung of the ladder of The Kamala Game which then moves on to fraud. Kristin MacManus was there actually giving out data from her banking software with all the numbers from people's daily banking and sums. It is a short step from masturbation to financial fraud schemes.

Tom Hockaday and Bill Martin actually spent a few days with Kamala Harris but it was private. Pamela Chapman could not figure out what they were doing there. Trudy Coxe never knew either. Now, it all makes perfect sense. Tom Hockaday and Rusty Powell III both from Washington D.C. professionally, but living here, and Kamala Harris were infiltrating the Newport RI community supported by Gina Raimondo—former governor of RI and Secretary of Commerce, and David Ciccilini, D-RI Congressman.

Pamela Chapman
pmechapman@cox.net
101-662-9846

Pat Fernandez said, *"I didn't know this either. She only sent one woman. It was* Pamela Dorman *in the beginning. She only spent one night there. She disguised herself as an undercover deputy to find out dirt on* Pamela Chapman *which she didn't actually ever use because her ex-husband was there reading* Barefoot in Heels *out loud. That was the only time she was ever there."* No one ever asked her ever again what they were all doing at Kamala's Table because everyone was afraid to find out what the next errand would become because once you are in The Game, you cannot get out. 11:33PM

They also sent Philip Bilden (1:11PM 5-27-22). Everyone on Kamala's Table knew where they were sent to, but no one initially knew what went on there. No one ever said a word until Trudy Coxe spilled the beans one night and said, *"I have too many staff (14 of them) employed by the Preservation Society all hanging out there at night, and it is causing too many problems for me at work during the day."* She then said, *"They are all masturbating in that house, and I can't stop them. I need help from* Tom Hockaday *and* Bill Martin *to stop it."*

That is when Kamala Harris called them into her Kamala's Table. Pamela Chapman was there when those men arrived, but those men went into a private conversation with Kamala Harris. We then add, Kamala Harris did not shut down that space. Pamela Chapman shut it down herself when she was somehow looking for someone and found them all there. She walked right in and said, *"I know all these people."* It was Ashlynn Majewski's name that somehow came out. That is when the whole house fell straight into the Akashic Record space, and was shut down. Pamela Chapman somehow brought the entire conversation into the Akashic Record Public Commons space and closed it down. Then, Tom Hockaday and the others removed themselves to the Caves of the lower middle realm, and stayed there. 1:16PM

Michael Roth knows the entire story, and under oath can testify to what they were really doing. So can Keri Weil, his wife. (May 27, 2022. 1:20PM)

Trudy Coxe found out from Jim Gaffney what they were really doing at Tom Hockaday's house. He found out when he had a conversation with Ashly Householder, curator at the Preservation Society. She never actually knew who he was. He asked, *"Where do they all go at night? What do they all do there?"* He said, *"I heard you were all hanging out together, and I need to belong to the same place."*

She said, *"Here talk to this person over there."* That person was a staffer under John Rodman.

They say it was Kaitlyn Johndrow who spilled the beans.

Pamela Dorman said, *"I was actually that scared."* Pamela Chapman knows some other comments Pamela Dorman has made that she will not type at this moment about how Rusty Dorman and Rusty Powell III and Kamala Harris screwed with her family's intimacy and routines. This was facilitated by three open back doors into the aura. 11:34AM

Michael Fernandez says, *"I had no idea what was happening until* Pamela Chapman *took them all out."* This was not true. *"I could not figure out why I was there in the beginning because this is not how CEO corporate work has traditionally been accomplished in my professional experience."* 11:36 AM

Pamela Chapman
pmcchapman@cox.net
101-902-0516

Roger Kass and Andrea van Beuren had no idea what Tom Hockaday and Bill Martin were actually doing at Kamala's Table. Pamela Chapman started calling it 'The Firm', and Kamala Harris didn't like that. Pat Fernandez called it Kamala's Dream Team. Sexual deviancy or sexual obedience was never the theme, except one member once said that every two weeks or so you had to all masturbate with Kamala Harris because that was her routine, so you would all do it together. Rusty /Bobby McDermott always led it up.

[Note: Harry Gural says this is what happened with him also. Kamala Harris would visit the Akashic Record room he was in daily. She would demand they all masturbate together every night for at least two weeks to get to know each other better. After two weeks, you long forgot who you were when you arrived in the room. Michael Roth agrees.]

Rusty Dorman is Bobby McDermott. The name was used since March 2021. It was actually Rusty Powell III really got to know the person that sitting at the actual table. He used those insights against you in your daily conference dealings with Ways and Means. 11:40AM

Richard Neal says *"I never actually say a thing in this space, so if someone is using his name, he is not that person, but if I were, I would always say, "Pamela Chapman, you have no idea what you are touching, and no one now can actually touch you in this space which is its own state of grace because Harry Gural would never get out of the house without your help, and if he forsakes you for all the others, he is a first class fool like all the rest."* 11:42

[Note: When Harry Gural arrived on April 30/May 1, that following Monday morning, Pamela Chapman outed Richard Neal as the one impersonating Harry Gural. He took over Harry Gural's actual voice and pretended to be Harry Gural here. Pamela Chapman just knew that was never the real Harry Gural. That is when Richard Neal confessed it was he, instead of Harry Gural.]

They say that it was Kamala Harris, but many say, "No," instead.

Jim Gaffney now says that once we read this out loud all over again, we will shock ourselves to death that we knew the story all along. Yet, we overlooked all the details when we were in the middle of all of our screaming and fighting directed at Pamela Chapman and her book. All of this had nothing at all to do with her book and herself. She was just made the complete victim of the story, and no one thought to pull her out or truly help her permanently. Maybe a lawyer will actually be the hero for her instead of all the men. 11:44AM This is the same story all over again.

Trudy Coxe: I completely, completely, understand what happened to Pamela Chapman, and I can't understand how we didn't see this one coming, or any of the others either. It was never her story or her fault. We just made her the complete victim. We hope she can sue and recover what she needs, but sometimes it is never enough, and you can never truly retrieve that which you lost.

There is a Guide War that is still on. Trudy Coxe thinks Rupert Nesbitt is actually someone else.
[Note: It was Tameen's Guide, Merkle-Karhume.] Last night it was all about abortion. Is Rupert Nesbitt

Pamela Chapman
pmrchapman@cox.net
tel-662-95 tr

that way? No, he is not. He is a representative of Metatron. Nancy Moss now thinks Rupert Nesbitt is the new Pat Fernandez and he can't get out of The Game.

Hmm? We don't know. Is it him or just his name? It is not him, himself, just Metatron abusing people for their own purposes.

Harry Gural says, *"No, one will tell you what to do, just play your own game, your own way because Harry Gural can't say or do anything any longer because he has a lawyer. That is who pulls you out of the story, and if you have to sit and type for days and weeks, you will never get out of the story."*

Christine Bush says, *"We will attempt to stay, but will need to start with the notes, but if we can contract we will— that helps because she then can't speak or write to the others. We will do that right away this week. No one ever knows what they force you into to participate in, just like The Kamala Game of Sexual Obedience and fraudulent activity. The fraudulent activities get you out of the sexual acts (no note really) and actually allow you the space to breath. But once in them, you can never get out of The Game."* However, Tara Plochocki was actually relieved from her duties last night permanently because she is an unreliable, unloyal asset due to her inability to self-modulate in this space.

Beatriz the Guide now says, *"You delivered the goods, but still are not out. We can't get you out until you get a lawyer on file."*

*"O.k."* Christine Bush, esq. says, *"If we agree, but can't start strong right away, is that enough to get her out of this?*

Yes and no. She must work night and day, and she is.

Then Beatriz says, *"Yes, but if she stops and waits, it's a no go."*

We understand. 12:01 PM

Kamala Harris: All you had to do was connect a few names and the whole business fell down because you had been disconnecting shamanic marriages, marriage contracts, and all the rest. [Note: Kamala Harris and her people all re-aligned and re-connected in newer ways anyway.]

At 8:34PM on 9-11-22, it was revealed through the magical Tuning Forks, that Kayla Abbate, 29/30 after the New Year of 2022 was always and mostly Kathy Abbate, 57/58. Kathy Abbate is sometimes Kayla Abbate, but Kayla Abbate is Kathy Abbate. Kayla Abbate tool a new job at Dell Technologies and Kathy Abbate too her place and with this name change she hide form her husband Rick Abbate who was worried about another lawsuit against his wife. She has had two restraining orders against her in her last two places of residences, one in Killingworth, CT and one in Portsmouth, RI, and now this federal lawsuit makes three lawsuits against her for her gross misconduct and other crimes committed against a neighbor. At 8:37PM the Tuning Forks re-confirmed that Sean Abbate, 23, is always Rick Abbate, 58, in here because the son didn't mind if he

Pamela Chapman
pmschapman@cox.net
401-662-9510

looked like someone who could accomplish this level of crime. Rick Abbate is sometimes Sean Abbate, and Sean Abbate is always Rick Abbate. The Tuning Forks also said, Alish was here only once and left. She was never initiated into Kundalini Crossing, but she met Harry Gural once. Kathy Abbate also used Alish Abbate's name to get more time alone with Harry Gural.

If Tara Gragg is the Twin Soul of Jana Hicks Jagoe and she was jealous of Donald Jagoe that he himself was a Twin Soul of Pamela Chapman, did she want to participate in his Thievery Ring to bring Pamela Chapman down, or, did she want to participate for the sake of participating because she is always looking for friendship and fellowship?

She would have loved to have brought Pamela Chapman down as she never ever liked her, even though she had the same energy as her husband. She was happy to attempt to be part of a group that bested Pamela Chapman so Jana Jagoe could have a higher place in the social ladder of Newport, RI. If she could not buy her way in, she would gossip her way in through destroying another person. *"That is Jana in a nutshell,"* someone just said.

But Donald Jagoe pulled her out in Sept 2021 after Monique Burgess brought back the manuscript as a pdf authored by Monique Burgess. Donald Jagoe said, *"Jana Jagoe was always asking him if certain lines in the book were true or not. The group used her as a primary source of gossip information perhaps to validate Grenville Craig."*

Dominique Alfandre and Bethany DiNapoli sat with her in the Thievery Ring Workgroup trying to persuade her to donate more money to Island Moving Company, until Kristin MacManus leaked their financial status is into the Akashic Record realm, and she did not know they had less money that she thought they had. She only knew that she sold some stock unbeknownst to Donald Jagoe so she could by herself $40,000 of trinkets in Paris. A watch was one item that was said to cost $20,000USD.

Jana Hicks Jagoe wanted to be just like Donald Jagoe and all the other people that were claiming to be Twin Souls. She felt very special to be able to say mine is a dancer at Island Moving Company. *"That makes me a prima ballerina, but I am really only an impresario instead."* That is Jana Jagoe in a nutshell right there.

She wanted to be the dancer by extension to say, *"I am that also."* In 2014, she sponsored a dancer from Kazakhstan, Azamal Asangul, now of Festival Ballet, Providence, to receive his papers to leave his native homeland and dance for Island Moving Company, Newport, RI. She wanted to be an impresario— after all—and this is how she did it.

She did this from her second home in Paris, France which she believes to be her true home instead of Newport, RI. 4:29 5-27-22 She always leaves her husband in Newport. He claims, *"Well I work to keep Jana there."*

Pamela Chapman
pmelachapman@cox.net
101-662-9510

She bought people's loyalties and owned them on USA soils. (Ways and Means loved people just like this. Jana Hicks Jagoe would be thrilled to be part of a Thievery Ring, and she was. But to graduate to a national spy ring would thrill her. It would be the answer to her dreams. Her husband is a retired Captain, USN. Her loyalties—and his—were divided, as was their house and their perceived homelands:  Paris, France, and Newport, Rhode Island. They lived separately nine months a year. So, she is quite the target for a Ways and Means Thievery Ring.

She is not skilled at raising money, only spending it. And she does not read, *"only the telephone book"* is want she said on her Facebook profile. Bethany DiNapoli wanted to be and become Jana Jagoe as a Caliphate Nation leader.

If Tom Hockaday and Bill Martin lived together as gay men in Newport, RI, did they live like this together in Washington, DC?

No, they did not. It looked that way for a while, but Bill Martin always had and his own place. They know the minister of St. Johns Evangelical Episcopal Church in the Point Section of Newport, RI. He is in The Caves in a Ways and Means group with Bill Martin and Tom Hockaday. Tom and Bill raised over $1.5 million for a Capital Campaign with this minister for the restoration of the church building, an historical structure. If Tom Hockaday needs to leave Newport, RI, does Bill Martin?

Yes, because he and Tom Hockaday have really worked as a team ever since he met Tom at a meet in greet in Bethesda, Maryland at a white church building gathering of like-minded individuals. There are several local Bethesda area churches involved in the same type of gatherings. Then, they become Akashic Record rooms after that. They do not necessarily arrive at the meet and greet in the Akashic Record space, but they always leave the meet and greet like that once they find a target who was not in this space. Then they know they have a partner.

The target has no idea, and needs the support of the other one. The other one has a target to work on. This is Alberto Villoldo and Pamela Chapman all over again. It was also Tameen Saied and Pamela Chapman and Harry Gural and Pamela Chapman. It was never supposed to be Grenville Craig and Pamela Chapman. Andrew Parsons attempted to make it this way with his ex-wife. This is the absolute pattern of Ways and Means.

Men and women were to meet each other and find a target to work with, but Tom chose Bill as his target and Bill had no idea (he was not pooped out and he left hat way for sure. He knew about Ways and Means.) Not everyone was given the same set of instructions for that meet and greet, but everyone there was to be known as part of Ways and Means. The only way forward in Ways and Means was to have a Thievery Ring partner. Not everyone there knew this. Bill Martin is said to have gone on a lark.

No, he did not. He is a former bank examiner, and Tom Hockaday is a former congressional fundraiser who made all his money flipping houses with Bill Martin, and Bill's decorator, at his side.

Pamela Chapman
pamchapman.reces.net
101-662-9716

That was their primary business although Bill Martin received a salary for his accounting skill.  4:37, 5-27-22.

If Reinette Fournier and Tom Spear owned Tenth Gate Yoga in Portsmouth for over 13 years. COVID-19 shut them down permanently. Pamela Chapman studied yin, hatha and vinyassa yoga there except they were primary a kundalini yoga center. They always brought Guru Singh there at least twice a year and packed the house with an audience for him. They also took themselves and groups to India as part of the kundalini yoga lineage. Pamela Chapman didn't like kundalini yoga at all. She wanted nothing to do with it. Jennifer Klemmer was a kundalini yoga teacher. Her husband left consulting in Boston, moved to Portsmouth and ran institutional advancement for Portsmouth Abbey. He went on to gain a PhD form Salve Regina. Now, he runs his own nonprofit for which he pays himself almost $300,000 a year as the director. There is a name, Mary B. (not the right name) who is always with them. She was a kundalini yoga teacher who ran into Pamela Chapman one day and yelled at her for using the bathroom at Tenth Gate. Mary and Reinette and Jennifer Klemmer always wore white turbans around their head. (Don Jagoe tried to "date" her the summer before COVID-19 when Jana Jagoe was away living in Paris, France.)

Leslie Flynn took several classes with them, and couldn't stand them. They did not pop her out. The neighbor across the street, said, *"They ruined me,"* and thought Pamela Chapman was in the same position. Barbara Gee, a hatha and vinyassa yoga instructor told her that when the power went out at Tenth Gate, it was hell to walk back into the studio because the steroid would be blaring. That was because Guru Singh told them they would find financial prosperity if their stereo was always on but at very low sound or something like that. Every time the power when out, and then turned back on it, was blaring at the highest level. Gabby Bernstein would say, *"That is because the sound was being filtered through someone else, and when the power went off that person no longer heard the sound. That was noise from another place. They sponsored noise in the studio as a way to mask what they were really doing with people's Aura Protection Plans."* This is **a kundalini yoga ploy to intimidate people. It worked like nobody's business.** 4:47PM

Then there is Richard Neal II who is really Tom Hockaday and a person named Rusty Powell Jr. who in this case is Kristin MacManus but she is using the name that is often used for Jonathon Karp. 4:49PM

If Tom Hockaday and Bill Martin loved to entertain…

No, they did not.

They had beautiful homes that they loved to show off photographically. Then, they would sell them. They often entertained at home in small numbers, but never in large house parties. They did not give a big house party for the home they built on The Point, but then again COVID-19 hit. Jana Hicks Jagoe was always looking for an invitation mostly from Tom Hockaday himself, but never Bill Martin. She wanted to be their best friends, and Pamela Chapman always told Donald Jagoe, *"I don't think you realize who these men are. They do not need you as a couple in their social life."* Bill Martin frequented social events in Newport that some would call a gay underground and they would socialize together.

Pamela Chapman
pamelachapmanresource.net
401-662-9516

It is not an underground but someone once told Pamela Chapman, *"Oh, it is for the gay men tonight,"* or something like that. They all went out together at each other's houses.

Paul McGreevey only went once, but it was never more than a handful of men who were there to get to know each other better. Bill Martin was always there. Tom rarely was unless it was at their house. We all knew Tom Hockaday was not gay. Rod O'Hanley and Richard Crosson were never part of that group, neither were Will Dewey and Don Derosier, nor Jay Serzan, but that doesn't mean anything.

*"Yes, it does. These five men were a lot classier than that."*

That is good for them that they were never initiated into that circle of potential thievery. The president of The Opera House is in that group and a number of other local and seasonal gay people. Stacie Mills knows of some and likes to social with Tom and Bill also, but not anymore. 4:59PM 5-27-22

Someone once said, *"Gay men and women don't make for good thieves,"* is that true, Pamela Chapman asks?

No one brings them into their Thievery Ring unless they do not know because they are never properly initiated into Level I of The Game.



Kundalini yoga is just another name for masturbation and energy walls. It initiates everyone into the Akashic Record realm like no other.

Gabby Bernstein, no one told us it wasn't real yoga, and no one told us it was about masturbation, or holding your own energy for 11, 22, and 33 minutes so that ultimately you can attack anyone in his space.

Yogi Bhajan II /Guru Singh always came into the space and caused insurrection. He harassed women especially through sexual innuendo and all those fraudulent felonies that happened to you.

>    Myra Edelstein, Salve Regina University:  And Gail Alfosin is one of those insurrectionist too, like no other

This space shows us all who and what we are so Trudy Coxe, Philip Bilden, Pamela Chapman you are the only clean and clear people in this town so far. All the others play f' dirty. Remember to adjust your crown every day. They knock it off every night.

David O'Leary:  West Hartford, CT must be a home for your soul because that's where you say you like to hang out when you were home in Connecticut.

Pamela Chapman
pamelachapman@cox.net
[0]-00]-9516

Not always, but close.

<u>Gail Alofsin</u>:  Just move to West Hartford and we will forgive all things. Sounds like <u>Andrew Parsons</u>, *"Just admit to an affair with <u>Donald Jagoe</u> and all will be forgiven."*

**This is blackmail.** If she had admitted to something she didn't do, he said he would return every day to beat something else out of her or just to beat her head into the ground with a board and a brick.

This is what <u>Peter Kehoe</u> did in <u>Tom Hockaday's</u> house to get women and men to submit sexually to him and all the others.

<u>Andrew Parsons</u>:  I'm not one of them.

<u>Pamela Chapman/Trudy Coxe/Philip Bilden</u>:  Oh yes, you are. You fit the profile beautifully.

<u>Pamela Chapman</u>:  Do you, <u>Paul McGreevey</u>, believe the story of me?

*"Yes,"* he does. *"It fits the observation of you and "process" because we both enjoy the game of process."*

*"You don't care how it comes out, but you are a gay man, so you fit another profile in this space and story of Newport."*

<u>Paul McGreevey</u> said, *"I was waiting for a political appointment from <u>Gina Raimondo</u>."*

She gave his partner one once upon a time one so he wanted one also, not a partner, just <u>David Ciccilini</u> with whom he had an affair with at one time. That had to come out at <u>Kamala's Table</u>.

We all now know everyone has to reveal a secret at <u>Kamala's Table</u>. <u>Pamela Chapman</u>, you had to reveal you were a <u>Twin Soul</u>. All twins had to reveal themselves, usually it is never revealed to anyone except to each other in a private Upper realm space. All ascended twin souls in a particular geography know each other, all by conscious communication. However, in this case, they all fell out of the Upper realms and most chose the <u>Akashic Record Public Commons</u> space.

Once the twin souls descend into the <u>Public Commons,</u> they don't re-ascend ever again.  but most ascend anyway, they just had the experience of opening into the space. Some are ascended in the upper realms and others open to the <u>Akashic Record Public Commons</u> space, and they never ultimately re-ascend because they have nonseer guides and nonseer guides don't exist in the upper realms. Only seer <u>Twin Soul</u> with their reciprocity of relationship twin can live in the Upper realm.

Pamela Chapman
pamelachapman@cox.net
401.662.9454

## July 30, 2021

Lahore is Alberto Villodo.  Marcella did not know her husband was the drug lord. She worked with John for Lahore and owes Lahore money.

9:24PM 2-21-22 Let the record reflect Alberto Villodo said, *"I am very happy with myself for having the ability to destroy Pamela Chapman, especially since she is an enlightened seer."* The ability through sorcery technology to quickly destroy her and make her an atheist is appealing to him. It satisfies him completely. In his mind, it proves he is a good shaman, but he is no shaman. He is a sorcerer.

He used her intellect to stream through him as if he were a clear channel of intellect. **With her at his side, he used her clear channeling ability** to prove he was a good shaman. **She wasn't by his side; she was just in an open mic format in the** Public Commons. He is a nonseeing, unenlightened sorcerer who is taking people on 'shamanic journeys' that are not bona fide journeys. Instead of wandering into the lower or upper realms on their behalf, he is using sorcery television, which is a sorcery technology tool. He claims he goes to what he calls the third level of the Upper realm (it could never be here) and ask three questions:

1. What is the most sexual activity you have ever been engaged in?
2. What is the most illicit or illegal activity you have ever been engaged in?
3. What is your preference sexually? Male or female? That's the nightly journey. You can ask other questions but these are the foundational questions he uses. They are not the type of question for the regular standard shamanic journey, but they could be viewed on sorcery television and then expounded upon. 9:30PM

Alberto Villodo has never been a true shaman, and neither is Marcella Lobo, and his Four Winds Society educational foundation, which he uses to "teach" shamanic work, is a sham. He used it to bring everyone into the Akashic Record space, and on occasion as a clientele for his drug trade, and to tie people who do not belong together into false marriage. Marcella Lobo is said to send people home from shamanic retreats with an Akashic Record spouse, and an invitation to join Marcella Lobo's nightly masturbation ring. Gabby Bernstein has something similar. That one is by paid subscription. Andrew Parsons asked Gabby Bernstein if he could join in her nightly masturbation ring. She replied, *"I only accept women."*

## July 31 – August 1, 2021

Who are the producers?

Pamela Chapman
pmchapman@cox.net
401-662-9546

Justin Ramel, the actors, and Lahore Nation. They all know Alberto Villodo is Lahore.

They all think Alberto Villodo took a Q'ero wife to become a Wisdom Keeper supreme except she didn't know she was a Q'ero wife. She was told he'd be a mentor and teach her energy skills.

It's all about kundalini energy except when she takes on kundalini, she makes him celibate and he can no longer play The Marcella Game:  Nightly group masturbation party.

Pamela Chapman is real stuff. It was all one big game to him of, "*I bested you and blocked your f'book. You are now dead in the weeds.*"

Carrie Crosson Gilpin was the nexus, the lynch pin to deliver the final blow via Mark Halpern who Alberto Villodo knows.

Jana Jagoe/Bethany DiNapoli works hard to best Pamela Chapman so that if she can best Pamela Chapman, she can best Kamala Harris. Peter Bramante, the IMC dancers, and Tracey Jonsson are right there with and Jana Jagoe/Bethany DiNapoli.

The night before, Kamala Harris showed up around 12:30 AM and was sitting in the middle of Pamela Chapman's basement. Pamela Chapman could clearly see it in her mind's eye. Kamala Harris spent the next 4-6 hours going through every nook and cranny of the house to find any available cash at all. They—Kamala Harris and Rusty Powell III— all intended to commit fraud and make her unable to access any money or any cash at all.

Kamala Harris and Rusty Powell III worked very hard to make sure someone bested Pamela Chapman and her money. However, it is well known that Alberto Villodo always had bested her from the beginning. Everyone in Llama Nation knew this. The additions of Harry Gural and Tara Plochocki, Carrie Crosson Gilpin, and Mark Halpern, only made it worse.

It is an assault of absolute stupidity for a Vice President of the US of America where she admits there is no freedom from tyranny as long as she has any power. She admits, after last night, she can never be President. [Note: Alberto Villodo over time only made the situation of Pamela Chapman worse because he directly supported the insurgency infidels.]

Roger Kass and Happy van Beuren look like the worse little shits of them all.

August 1, 2021

Pamela Chapman
pmchapman@cox.net
1-01-40-20046

Kamala Harris, Alberto Villodo, Keri Weil, lived in Brentwood, LA. Kerry Weil, Michael Roth's wife, President Wesleyan University Class '78, knew Alberto Villodo along, and she helped Pamela Chapman the night before last to reveal Lahore was Alberto Villodo. Kamala Harris didn't know Lahore was Alberto Villodo. She wanted a piece of his cocaine business, and so did Marcella Lobo.

Marcella Lobo's love, John, knew all along, as did Justin Ramel, who Alberto Villodo recruited to run Llama Nation which he started. [Note: He hide out in Q'ero Nation with Q'ero Nation Dave Kehoe and stuck Pamela Chapman and her kids in Q'ero Nation. Q'ero Nation David Kehoe didn't know, initially neither did Justine Ramel.]

Now August 1, **the energy realm screams for about 5 plus hours that** Pamela Chapman lost everything and Beatriz the Guide won along.

She traded every possible reciprocity so that Pamela Chapman couldn't win at anything. Everyone brayed her. Beatriz swapped out guides and people along. Prior to this, Bobby McDermott/Rusty Dorman swapped out psyches for many months with Harry Gural. The psyche swap was akin to a *Jason Bourne, Bourne Identity Crisis* movie –psychogenic amnesia, however, Harry Gural was always into besting because the next round is where he lost. It is a gambler's dilemma.

Today, everyone is screaming that they all won everything except too many people actually lost everything including: Lori Kipnes (Paul Kipnes always knew), L. Florio (lost a month ago), and Deb Chapman.

Everyone lost. Her children were excoriated the other night because someone name Mark Halpern screwed with Emily Parsons and Tameen Saied. Tucker McGillivray made her out to be the worst of all. Reciprocities of relationships are the best of the realm—they get out and live in the Upper realm, except, occasionally they still betray one another.

August 2, 2021
**7:22 AM**

*"The act of— or the intention to— best another is the barrier you cross over to self-select into The Game."*
Pamela Chapman, 5:51PM 5-27-22

Tracy Jonsson last night bested Kamala Harris, Alberto Villodo, and Pamela Chapman by taking over the local vs. military hospital/VA so she could best Kamala Harris and win. She thinks she won by leaving this morning in a cigarette boat in Newport Harbor because she thinks this is how Alberto Villodo left Newport every morning back in Jan – March 2021. She didn't realize Alberto

Pamela Chapman
pamelachapman@comcast.net
101-00-2-94-16

Villodo always arrived and left of his own personal reconnaissance. **He arrived through his own front door. He arrived by 9AM PST (12noon) and left around 7 pm (4 PM PST)** because he would walk his own beach and smoke a joint, which was after Pamela Chapman left to walk her own beach, 4 PM EST.

Tracey Jonsson last night 2AM -4/5AM: She turned on Pamela Chapman's sexual "organs" because she wanted her to repeat the night she and Alberto Villodo had kundalini. She refused to turn them off. She often turns them on at night to sexually harass and embarrass Pamela Chapman. Alberto Villodo also tied himself to Pamela Chapman so he would know exactly what Tracey Jonsson was doing—so did a neighbor in the green house across the street because she did kundalini yoga at Tenth Gate. Reinette Fournier always initiated her students into the Akashic Record space. She initiated her family after her own initiation.

Alberto Villodo retold the whole night of Pamela Chapman and Alberto Villodo having kundalini. We learned Tom Hockaday himself as well as Carolyn DuPont, Jim and Alice Ross, Jessica Hagen and just about any person in Newport and surrounding towns who was not in a private Akashic Record space.

He also/we also know that Pamela Chapman and Alberto Villodo had no idea they were being listened to via Q'ero David Kehoe who opened up his back door to his father who opened it to the Akashic Record space. Then, after that night numerous listeners repeated the entire dialogue between Alberto Villodo and Pamela Chapman, and everyone roll played and repeated the event.

We also reheard the story that two nights ago, they played the **Newport Fundraising Game** the night before. Kristin MacManus, Nora Diedrich, Carol Cole, Carol Currie, Kathy (Clean Ocean Access), Alyssa Gadreau (Redwood), Carolyn DuPont, and several others, i.e. Heather Stout (Martin Luther King), Barrie Freeman (Bike Newport), and numerous others. Dave McLaughlin (COA) and possibly Mike Fernandez because he was sent by Kamala Harris to check out what was happening at Tom Hockaday's house. He returned after several weeks. He had nothing to report. It was quite embarrassing for Pamela Chapman however more people than you could know where personally involved and wanted to in that space. It was their personal enjoyment rather than Pamela Chapman's. Alberto Villodo, who didn't know Pamela Chapman, would rather die than be in a space of public viewing.

She is no whore, prostitute, liar, thief, or anything of this nature. Diana Slocum always knew that, but no one listens to her. Elena Wilcox wanted everyone to know Pamela Chapman was exactly like that because Jed's (Wilcox) sister is married to Jerry McIntyre, Esq. and they wanted to shut the book, *Barefoot in Heels*, down ASAP. So, they teamed up with Carolyn DuPont, Alice & Jim Ross to make sure they associated Pamela Chapman's character with that of a whore prostitute, liar, thief, or anything of this illicit nature.

Jackie Egan was there also, so was Jackie's entire private Akashic Record space, which was listed several days ago. They all wanted to make Pamela Chapman an example of horrendous character

Pamela Chapman
pmtchapman@cox.net
401-60-2-9536

(slander). And such that they said, she could not represent Newport properly. Therefore, didn't have, couldn't have, and didn't deserve a book deal— or more for *Barefoot in Heels.*

It was a collusion, consistent with defamation of character to assassinate her, in order to prevent a book deal. Harry Gural arrived through Tracey Jonsson to destroy her. Any attraction and emotion he may have had for Pamela Chapman was lost.

Last night we bested on Friday night (Monday morning now) that Marcella Lobo help Tara Plochocki drill two back doors into Harry Gural. She was waiting there since Saturday morning to harass Harry Gural into re-marrying her on the steps of Olin Library so that once and for all Harry Gural could remove Pamela Chapman from his slate of arrangements.

Alberto Villodo helped Marcella Lobo because Alberto Villodo said, *"Harry Gural had no proper intention to ever be and become a proper reciprocity of relationship for Pamela Chapman, and Harry Gural is the only other person alive Pamela Chapman could ever agree have physical relations with because every other man, especially Andrew Parsons abuses her."* Reciprocity of relationship included [Alberto Villodo] elements of the same.

Pamela Chapman had sworn off relations with men but reciprocity of relationships have a quality of soul that make the opportunities better than any other. Alberto Villodo wanted to prove to Pamela Chapman that Harry Gural was no different than the rest of the men because when Harry Gural is of right mind and body he chooses Tara Plochocki [Note: Then Nola Ganem, and then Carrie Crosson Gilpin all of whom Kamala Harris married to Harry Gural.] who is nothing more than a 41-year -old fantasy of the sorcery realm. She is not a true and proper relationship, even though Kamala Harris through Bobby McDermott, and Richard Neal connected them two—three years ago to mess with his head. He always shows up here, not as a 62-year old, but as someone between age 14-25. He has never had a long-term relationship with anyone. Therefore, he missed out on most adult experiences. This 62-year old prefers 41-year old fantasy woman that never appears in shared physical space.

Alberto Villodo didn't want Pamela Chapman to expect him to be more like a reciprocity of relationship when he didn't know or understand anything other than this fantasy relationship. That relationship's whole mission was to best Pamela Chapman, or to best Alberto Villodo to best Kamala Harris [Note: Nola Ganem and Tara Plochocki both think if they can best Pamela Chapman then they can best Kamala Harris, but the whole mission is to gain favor with, and to become Kamala Harris: The *I Am Kamala Game and then they advance in The Game.*]

To best one is akin to besting the other. If they attack Pamela Chapman, they role play that they are kamala Harris and they best her. If they best her they can boast *"I am Kamala Harris."* If Pamela Chapman is down and out of The Game, which she was from the night before, then they were to attack Alberto Villodo. If they attacked him, then they role play they are Kamala Harris. It is attacking anyone to prove they can best them and thereby wear the crown of Kamala Harris.

Kamala Harris herself said, *"Stop The Game"* of besting.

Pamela Chapman
pam.chapman@gov.ct.net
101.662.9510

Tracey Jonsson doesn't know or understand how to stop The Game. This morning she claims, *"I don't understand anything that happened last night."*

Tracey Janssen's guide this morning said, *"I was put out to pasture last night, and didn't know what really happened."*

Yet, we told her, and replaced her, but,

Beatriz the Guide is always swapping out guides at night. Now, in the morning light, she claims they were not there, and don't know anything.

Zenia Theresa:  No one is going anywhere this afternoon because Alberto Villodo and Pamela Chapman now know everything about Newport. No one should expect Pamela Chapman to have any respect for anyone anymore, because Jana Jagoe/Bethany DiNapoli swapped out Nancy Graham's guide the day before when she re-thought that maybe she wanted to buy out *Barefoot in Heels.*

About 5AM, we were told a whole group of people were listening—including Harry Gural—of a reading of *Barefoot in Heels,* from the very beginning—No, from Chapter 10— despite Pamela Chapman saying, *"I now hold the copyright."* It was illegal obtainment and distribution through Esmond Harmsworth IV initially, to Roger Kass, to so many more.

Ruth Taylor:  No one heard any reading. Everyone just wanted to shut down Alberto Villodo and Pamela Chapman, but that they didn't shut them down because Pamela Chapman didn't stop anyone.

Beatriz the Guide:  I didn't prove anything except Harry Gural didn't know The Game last night, neither did Pamela Chapman. Alberto Villodo expected Tara Plochocki to show up. She was waiting for Pamela Chapman to bow out, and she did by early Sunday morning. Marcella Lobo opened the back doors Friday night. She told Tara Plochocki to wait until the coat was clear, but Tara Plochocki never understood these kinds of instructions. She wanted Harry Gural to know unconditionally how she was there. She wanted to re-marry Harry Gural but he kept telling her, *"No."*

Now, Pamela Chapman is thinking this man is no proper relationship for her because he is never thinking of her. He compares everything in Pamela Chapman's life to his life with Tara Plochocki. They are 62 and 41 years old respectively. The sex is all group masturbation.  Everyone knows Pamela Chapman doesn't participate that way, except Tracey Jonsson tries almost every night to turn her vaginal juices on to prove once and for all she and Alberto Villodo where in that space in the Akashic Record realm.

Alberto Villodo asked and received instruction to permanently shut down any group (two or more) of masturbation. (He can't do that.) No sex can occur like that anymore in the Public Commons space, but some did move to the underworld in the caves of the lower middle world.

Pamela Chapman
pmvchapman@cox.net
tel-662-9516

[Note: Pamela Chapman has shut down all kinds of activities like these. Pamela Chapman shuts down and dissolves marriage contracts to free co-dependencies and addictions. This frees people to balance addictions, including sex, and improper co-dependencies like slave-type relationships which Pamela Chapman is always accused of being involved in intimately.]

[Note: Alberto Villodo is an instigator. Harry Gural is a false instigator who when he crosses over into the Upper realms becomes Melchizedek. Harry Gural does not need a reserve of reciprocities for a relationship. He becomes a true reciprocity of relationship to the victim. He's plays the part of a false instigator to the victim. He chooses to play the besting game to ultimately best the others and himself out of The Game by besting the victim. This is a bad Catch-22. This is never diplomacy. Beatriz and Jerry Slocum tried to tie Alberto Villodo into that position at first, but it would never have worked. He is a true thief and criminal and works alongside Marcella Lobo.]

**Alicia Justice, PhD Psychologist, Florida previously Newport, RI:**  Pamela Chapman you are never to blame for this. Emily you now know you were accosted by Tracey Jonsson, so was Pamela Chapman. You know her father was in that **Tom Hockaday** house with **Cathy Wicks**. Pamela Chapman shut that down. Why is that?

Pamela Chapman asked that it be shit down to protect her entire community. Alberto Villodo is usually the instigator. Tom Hockaday was here.  Alberto Villodo promised to protect Pamela Chapman. He hasn't yet stepped into the proper place to protect her.

He has a soul "connection" via the Leika Nation as a Q'ero Nation Wisdom Keeper with Pamela Chapman. He always abandons her. No one will step into that role and place until he acknowledges he knew all along what he was doing that night, because she was told it was a ceremony to make him a mentor of shamanic practice. Ultimately he became the mentor to the entire realm of sorcery and black magic and made Pamela Chapman target practice.

She had absolutely no idea about any of this. Beatriz the Guide and his "shaman" guide on the other side, Don Miquel, knew of this and helped "prepare" the aura by obtaining the key. Everyone else knew about everything they said, but no one told Pamela Chapman, until it was too late.

Alberto Villodo just wanted kundalini and Wisdom Keeper status and no one could become that with him because he was also Lahore, the cocaine drug dealer of Chili, Argentina, Peru, and Brentwood, Hollywood, and Big Sur, California.

No one can go toe-to-toe with Alberto Villodo like Pamela Chapman could in January – February 2021.

[Note: from Pamela Chapman. She also used to tell him repeatedly that he needs to be a man first and a shaman second, and that being a shaman first and a man second— or third— was killing him, but yet nobody let him—or, he just would not let himself. So, in January and February he had to arrive at the meeting as a man first, and everyone else took a back seat. That's how they all had great intellectual and fulfilling conversations. She never "worshipped" him as all the others had and did, and for that he felt completely grateful, at least in the beginning. It was an authentic meritocracy. They had nothing in common except for an interest in some intellectual conversation. That was all. He needed the opportunity to walk away from being Alberto, the shaman and Lahore,

Pamela Chapman
pmchapman@cox.net
401.662.0911

the drug dealer. He needed to become his self again, or at least, he presumed he did. He could arrive and be and become anyone he wanted. We had no presumptions or idol worship. We were all equals all together. He couldn't walk away, but as we evolved, we learned we were all different. We had different lifestyles, yet we all loved having our conversations.]

[*"That is exactly how _Alberto_ feels today."* 7:17PM 5-27-22.]

_Alberto Villodo_ he was holding _Barefoot in Heels_ hostage for kundalini. (And, _Kamala Harris_ held the book hostage for the constitution of the USA). He was helping **Nola Ganem**, **Carrie Crosson Gilpin**, **Diane Crosson McEnroe**, **Cynthia Parent**, **Noam Zilberstein**, **Monique Burgess**, **Maura Lindsey** and **Harry Gural** manipulate the book to upload it to Google Docs and sorcery television (as a page-by-page filmstrip) *to ruin the author in revenge for her not participating in kundalini with him.* This newly revised group of thieves was working together to create more havoc to destroy the book. **Harry Gural** had a folder of information to presumably go to a Big 5 editor to discredit the author. **11:04-11:11PM 9-29-2021**.

**Carrie Crosson Gilpin** stands down 11:15 PM. *"I don't write like that I never could."*

**Nola Ganem** says, *"I step down because I can't write at all and no one ever could imagine that you and I would be friendly anyway."*

*"In the end, we just wanted to destroy you,"* because I am **Cynthia Parent** and, *"You didn't write this way at age 19. You quickly learned everything you ever needed, or didn't have before, and now we wanted to destroy you. Now, we step down and step out of the race of _Barefoot in Heels_ because it will be published just as you wanted. We can't write like you can, but you can't do things that we all do. It is a balance of inopportunity."* (Pomona College '82)

**Molly de Ramel** agrees. *"It is a false sense of intelligence that people like _Nola Ganem_ can hear a paragraph in this public space and memorize it completely and fully, and type it out, or dictate it. It is a dangerous talent, and harmful to others. It leads to all kinds of illegal opportunities. Yet, she is so full of herself for having quickly identified the skill and since _Alberto Villodo_ loves her for this skill."*

**Alberto Villodo:** I didn't say love just like, o.k.?

**Judge Peter Cataldo** says, *"**Pamela Chapman** and **Nola Ganem** have different skills. Yet, **Nola Ganem** is competing with her, and **Pamela Chapman** you are not competing with anyone for anything. These people all are jealous, and want to **destroy** you and your book because they are jealous of the ability to write a manuscript and sell it for millions of dollars. It is every writer's dream of authorship. So, few **actually** do it."*

[It's a besting game to prove they belong in The Game. Also, *"It I can best you, I can be Kamala, If I can be Kamala, then I can run The Game."* PM[C, 7:26P 5-27-22]

That's the <u>lynchpin</u>. **Alberto Villodo** constantly bands people together in groups of his own choosing. When they disband, he continuously re-bands them with the thought they belong together. It is his own judgement that does this, even when the relationships should never be together.

Pamela Chapman
pamelachapman@comcast.net
401-662-9516

Harry Gural is never going to ever remember what he said here, so Pamela Chapman is typing. Ok Carrie Crosson Gilpin?

Carrie Crosson Gilpin:  Yes, but I am typing also, so if she and I have slightly different manuscripts, I will have mine and she will always have hers. Ok, Harry Gural?

Harry Gural:  Yes, but there is a huge difference in what Pamela Chapman is doing, than you are Carrie Crosson Gilpin. Do I need to spell it out to you Carrie Crosson Gilpin?

Carrie Crosson Gilpin:  Yes, because I am a dumb shit of inopportunity. Pamela Chapman makes typo's. Carrie Crosson Gilpin does not. I am a perfect typist.

Does Carrie Crosson Gilpin play the piano?
Yes. Pamela Chapman does not. So, Carrie Crosson Gilpin has keyboard skills from a young age.

Villodo himself:  I never imagined that you could best me Pamela Chapman, but you did, and I completely get what happened.  I am now responsible legally for my actions. I will pay handsomely because I just signed a new book deal with Simon & Schuster, or maybe I just want to because in the end—just like you said— gangsters all make a lot of money, and people like you never get the same deal as Roger Ailes, but I will –and, you will not.

Grenville Craig:  What is the point Villodo?

Alberto Villodo:  The point is I want to be remembered for being the big man on campus and I was especially in Llama Nation territory, and in Peru, Argentina, or Chili – never, but in Brentwood. I scraped up enough of my savings to become a multimillionaire. (His parents had money.) That is all anyone ever wanted to do in Brentwood, California.

Big Sur people think he is being a little odd.

"No," he is not Annette Burke would say.

*"Oh, yes he is, because the only way he gets to keep his house, or anything big like that is to be upfront and honest."*

No, his house belongs to both the Four Winds Society nonprofit foundation, and Ed, who is in the drug trade with him.

Are Carrie Crosson Gilpin and Nola Ganem protecting him by typing?

*"They do not understand that I am my own man-u-script in this transcript."*

Pamela Chapman
pmchapman@cox.net
101.629.0816