<u>Alberto Villodo</u> said, *"You and I will end up in a grand jury, and no one will remember what anyone said."* Thereby, <u>Carrie Crosson Gilpin</u> and <u>Nola Ganem</u> are protecting him by typing notes.

*"They do not understand that I am my own man un-mistakenly, and that you and I, and <u>Pat Fernandez</u> had interesting conversations. But in the end, you and I talked about a few other things that were personal in nature, but not really. They were business prospects that had nothing to do with shamanism, travel, or drugs. As such, they were something that was of such great interest and imagination, that it made me feel alive in a way I had not for a long time."*

*"This fraud and sorcery business is just dumb, dirty and different. It does not make me feel alive in the same way."*

She agrees whole heartedly—of course she does.

*"If they think that you and I, <u>Pat Fernandez</u>, <u>Tameen Saied</u>, and <u>Jean Gorham</u>, are the same, they are just dumb and dirty. <u>Harry Gural</u> was there for any number of reasons, but in the end he will never be one of them. He is a <u>Melchizedek</u> guide for the other side. His vibration is so high— and so wide—that no one would ever believe he was here. Yet, he was and he saw the whole thing happen in real time."*

*"You and I will never be alive to see the effects of what we accomplished. Yet, we always said we were together to do something important. We did, and we will. They will always remember us for something we did together. Yet, these little shits will never have that kind of notoriety. If they do, it will be for being a <u>Thievery Ring</u>. If you and <u>Harry Gural</u> are together, they will always remember the two of you for being so much more than just two people. In the end, we are the ones that had the top billing in this game of fraud. All the others here, they were just back lot people with bit parts that were not like what they hoped for. If they are not the snots of CT, which some were— and some not— they will remember, they cannot compete with the likes of us because we will continue to top billing, just in a different way than before."*

<u>Pamela Chapman</u> intercepted, *"You are rambling like always <u>Alberto Villodo</u>, do you have an Agenda or a summary?"*

*"OMG, you and <u>Kimberly Witherspoon</u> are too executive for the likes of me."*

<u>Kimberly Witherspoon</u>: *"Yes, we are, and we damn well now know what you were up to then—and now— because he wants to go down in the history books as being someone so important, but also generous and compassionate."*

Yet, he can be when the thinks he wants to be, but mostly he wants to be <u>Lahore</u>. And, when he is, he burns out his inner lights and relationships like none before.

<u>Nola Ganem</u> and <u>Carrie Crosson Gilpin</u>, is this the man you really know? A few hours ago, <u>Beatriz</u> married <u>Nola Ganem</u> to <u>Alberto Villodo</u> as a reward to <u>Nola Ganem</u>. She shocked <u>Alberto Villodo</u> like none before, just like she did with you, <u>Pamela Chapman</u>.

Pamela Chapman
pmchapman@cox.net
info@2003.to

<u>Carrie Crosson Gilpin</u> wants to sell the manuscript to someone like <u>Mark Halpern</u>, or anyone really. She has no financial issues just a common-sense problem.

<u>Pamela Chapman:</u>  No, it is a self-worth problem like everyone in this *Playbill* because everyone seems to have a jealously problem, and an envy of all the money those in <u>The Game</u> have. Money always exists. It never is in small bills— but everyone always pays a price. In three or four generations, they will all forget how the money originally arrived. Paradoxically, they paid a high price for it.

<u>Harry Gural:</u>  <u>Harry Gural</u> never wants to see the likes of <u>Nola Ganem</u>, <u>Carrie Crosson Gilpin</u>, <u>Tara Plochocki</u>, or any others—ever again—in any space because he took all of you out of context, and <u>Pamela Chapman</u> knows all of you in context. She said repeatedly, *"Harry, you would never have given any of these woman any attention in college. They are just not our people, so why are you bothering with them in this space?"*

<u>Harry Gural</u> said, *"It is because <u>Rusty Dorman/ Bobby McDermott</u> tried to teach me to feel and sense the energy of others by being near them."*

*"That was its own misunderstood game."*

<u>Harry Gural:</u>  No, it is because somehow I needed to learn how to play <u>The Game</u>. I needed to learn that this is not the way to play <u>The Game of Life</u>. I learned this morning, that <u>Pamela Chapman</u> received the highest esteem of praise from <u>Kamala Harris</u> and <u>Richard Neal</u> by being a different kind of person, and playing for her own team—which is all any of us ever want to play. She never played your game. She only played her own.

<u>Richard Neal, D-MA</u>:  I could have died when I heard her start to speak this morning, but in the end it was brilliant—

Yet, we never wrote it down, but that is ok. We can just imagine, because not everything is a transcript or a photographic memory, but maybe <u>Nola Ganem</u> has it?

<u>Richard Neal, D-MA, Chair Ways and Means</u>:  No, she does not. She just has to focus (If she wants to memorize content) and if she isn't focused, she doesn't remember it. We are all like that, yet <u>Nola Ganem</u> is different. I can't use her on <u>Ways & Means</u>. She can be too demonic. That has its advantages, but not always. <u>Pamela Chapman</u>, you are never demonic, but you can still accomplish your goals when you have the right people and the right opportunity, and that is all any of us ever wanted.

<u>Kamala Harris:</u>  No one should ever be typing, but if we did not, we would never remember half of this conversation, and because there was so much at stake, we now understand how and why we were held here in this way. <u>Pamela Chapman</u> never wanted half of what she got, but maybe now she will learn something in the halls of government and the court system as she has the opportunity for several grand lawsuits. Maybe, we will all be better persons for the experience. I know I will, because

Pamela Chapman
pmelchapman@cox.net
401-602-9516

whether or not I resign my position as Vice President of the USA, I will always remember that she put it into the most beautiful and diplomatic context that makes it hard to consider what really happened, and how I might have arrived here. So, in the end, it might be an interesting ride of opportunity that played itself out in just the right dimension to be exactly what it was and became.

Nola Ganem: Ok, I have just been bested by the best because you, Kamala Harris, Richard Neale, Harry Gural and Pamela Chapman have so much better and greater stature than I could ever have.

Kamala Harris: That is never the point. You should never feel too small to contribute, because if you did, you would never rise up and be and become something so much better, and if I understand Pamela Chapman's background growing up, this is exactly what she did. She be and became something bigger – better is a judgment call.

Richard Neale:  That is something to consider is bigger better? Not always.

Harry Gural:  Pamela Chapman stop typing. You will never understand what Alberto Villodo is trying to accomplish for you, Pamela Chapman. He wanted you to understand that Carrie Crosson Gilpin, Nola Ganem, and the others are just not right for Harry Gural and neither are you, but neither was I, nor was your husband. I have no idea who is right for you.

She will decide. If there is no one, that is ok, because that is how the life plan stipulated the path toward whatever we are to experience. **12: Midnight**


**12:00 AM Sept 30, 2021**

Carrie Crosson Gilpin: Has stepped down and out of the race. She has resigned her post as Scribe of the Pharisees. **12:22 AM**

Monique Burgess has resigned her post as a wannabee Christian alternative—What the hell is that?

She wants to be a church of her own doing. The next coming of the New Age or the next new age, because she missed out on this one.

*"Sister, that will take another 2,100 years or longer. You can hip hop, until then."*

Tara Plochocki is long overdue for being recognized as stepping down a few short weeks ago maybe three to be exact. Just look at that transpired in a few short weeks. She basically hit Sept 1 and stepped down and aside – Labor Day actually, because she could not continue working at home the away she was working, which was not working at all.  She is a partner in a major law firm. Well, not really, but she thinks she is. It is a firm that works for and with House Ways and Means.

Pamela Chapman
pmschapman@msn.net
101-40/203-16

Diane Crosson McEnroe, No one knows you, really.  She was working the back lots with her sister, Carrie. She was either to be a literary agent— or an editor— for *Barefoot in Heels*, all sorcery and illicit activity. She steps down and away.

Maura Lindsey thinks she got mixed up with the wrong people. Now, that the judgement of the people has been rendered, we will always remember Pamela Chapman can't hear a thing because they stuff her ears with cotton, and plug up her aura with glue and other things. She steps down and away (she did every day moving forward, but always every day came back to play, and then stood down all over again), and Tom Cahill, MD—the husband, has said, *"She will never get over her exposure, but she will, and she will move on, because she always does."*

But, not this time. She was exposed for being criminally fraudulent in the past. That is the fact and the situation.


Cynthia Parent:  No one ever said we actually uploaded the document into Google. We tried, but didn't get there, and we knew we could be fired for doing it, but we tried anyway. Back in March 2021, Google Home Security Department (not a real department) knows the details. No one will say without a court order. A court order will stop it completely, but they will never admit the truth. They don't have to admit it, they just must stop it, or everyone will get fired. That is the Google policy and always will be. Then no one in the business will ever hired them after that. She steps down.

Noam Zilberstein:  I will go into the Israeli Armey so there is no need to further evaluate. I can't wait to write my own book about my experience in the Massed. Pamela Chapman wants to read it immediately. He steps down.

Blue Dress Lady herself, Marcella Lobo:  No one will ever think of me as a retailer selling women's dresses, but it could be fun if it attracts the right people. *"I will fix as much of your energy as I can. But, if Alberto actually is working against me, I cannot."* That's not true.  If I say let's do it this way, he always capitulated, but if he says, *"I want it this way,"* and he never does— Ok.

We are busted now. It is the likes of Marcella Lobo that does the energy deed and he goes along, so as not to the be the bad guy. Alberto makes you, Marcella out to be the bad guy. He is the good cob to your bad cob routine.

Yes, he is.


Marcella Lobo said, *"I will fix it, and he will agree to never touch it. If he does, he will be on the hook.  You and I will always remember that he never fessed up to his real intentions to either one of us for being here with you, or Nola Ganem.  He seemed to really like her, but now he calls her just a dumb shit. He called you a good little shit so there is something like a feather in your cap."*

Pamela Chapman
pmcchapman@comcast.net
401-662-9818

It's the first time I've ever been called or compared like that so that is really something. If she truly has done the most in this space – Yes, she has—then I can stepdown and out also. Marcella Lobo, Marcia, and Laura Villodo – only in Monterey. Nancy Kass – that is a name Marcella has been using in this space.

She is a Kass of Kass, Kass and Kass? She thinks she would love to hang out with Roger Kass.

Isn't that interesting. We all love Roger Kass too, but not in the beginning. He's a shamanic iced tea if I ever met one.  She stepped down.

[Note: Marcella was doing so much work for Andrea van Beuren which is why she took the name, Nancy Kass. 8:10 PM 5-27-22]

Alberto Villodo, Lahore:  I'm not sure if I have to say anything more.

How about freeing Pamela Chapman's aura and all those tags and all those spells?

Alberto Villodo, Lahore:  Marcella Lobo will ungag and clear up the aura. I will negotiate with my lawyers. I'll just wait for a lawsuit.

*"It won't be next week, but don't move all that money out of town, because we will find it."*

I know that. I stand down and I will stay out of the Public Commons space and will stay away from the caves of the underworld. It's all the same space.

Did you really want to hang out in the underworld?

Alberto Villodo, Lahore:  Yes, it is our safety zone. It's the underworld!!

No, it is where the halls of big government operate. You cannot hide out there.

Alberto Villodo, Lahore: I did not say I would sit out of the underworld, but I will, because you are correct. It is the middle world, just a lower level.

I can see that when you said you will resign your commission and close The Four Winds Society, you were serious. Without ability to navigate the murky waters of the middle realm, I cannot be Lahore anymore. That will make all the difference.

Without the Four Winds Society, he would have no identity in the middle realm of shamanism, the Public Commons space of sorcery. He would be no shaman at all, just a black magician, a wizard, a sorcerer. Shamans operate all the communities in the Akashic Record, Public Commons, middle realm, sorcery space. It is the space of their illegal trade. It is the shamanic telephone. Without the telephone, he can no longer be Lahore and will

Pamela Chapman
pmela.chapman@cox.net
bel-ns-24f-lo

drugs. Therefore, without this space, he is no one after all. He would have no identity, no perceived protection, and no alignment with the two identities of himself he cultivates. He'd have no identity with Marcella Lobo. Therefore: shaman, drug dealer and husband are no more, no longer. PMC 8:20PM 5-27-22

Pamela Chapman always said back on January 2021, Alberto Villodo you must learn to be a man first and everyone else takes a back seat. She told him then he'd have to close down The Four Winds Society and write a book instead. That would make him the most important shaman of all if there was a real Simon and Schuster memoir (not a Hay House scrapbook) and a Netflix series. He'd be the only shaman, worldwide with that kind of credential to his name, but he does not seem to want that kind of notoriety. Yet, he was Brentwood and Hollywood. You'd think he'd want his chance at stardom, but he refused and said, I'll stay in this middle realm instead. He cannot function outside of this space. It is his whole life, his whole identity. 8:24PM 5-27-22

He steps down and out. Don't trip out … of shamanic practice.


**Pamela Chapman**:  First rule of the business … I told you back in January… never do the product. It's only for the customer. That stuff will kill you. It's what we sell, not what we do! (This is true of both drugs and sorcery)

[**Note**: Pamela Chapman was has mother in Angers, France in the early 1730's or so. She died in that life time when she was 47. Her name was the French variation of Margaret.]

Is **Alberto Villodo's** gone from **Pamela Chapman's** aura?

No, he is not.

Why is that?

Because **Alberto Villodo** put something in that says, *"I always get to stay no matter what."*

Really?

Yes, and we could never figure out why. This dialog proved one more time, that we can never remember every conversation we had here, and if you think she is making this dialog up, just try some day to create something like this.

She says, *"OMG, I can't ever duplicate this from my own creative sources. Neither can anyone else, because it is so detailed. There are so many small details embedded in many of the sentences. You just have to read it all in its entirety, and in its full context, to be relevant. Everyone tells the truth and everyone lies. Now, we know all about everyone moving forward."*

Erin wants you to know did Richard Neal and Kamala Harris complement you for your own personal style? Then we can all learn something about Ways and Means. Even though you were brought into the situation blindfolded and killed from the start, you recovered beautifully. If you

Pamela Chapman
pmchapman@cox.net
401-662-0510

could have started from the right place, you would be in a tremendously glorious place. But, you did not.

*"It you can sell this dialog to Hollywood for a screen play (not a series), then you will copyright this. When you are finished, you will label it,* "Screenplay material for the motion picture industry." <u>Peter Cataldo</u> said that. <u>Peter Cataldo</u>, Judge of the US Government Trade and Copywriter, Newport, RI.

That might be the only way it can be copyrighted, especially because it is you. There are so many pages to the dialog. Someone at the US Library of Congress will read the entire document. Make it as professional looking as you can, because if it looks like a hack job, they will not take it. She'd have 2000- 2200 pages, which they say is more material than you would ever need to develop characters and dialog. It would be very easy for the professional in the industry.

You take it to an entertainment lawyer in Boston, MA. Then as you sell one, you can sell the other. It would be fictionalized so no one has to worry about their identities. There are no judgements, descriptions of people's appearances, individual lifestyles. No one will recognize you. They don't have to adapt everyone to a screenplay.

> Someone who works around <u>Stephen Spielberg</u> would want to do a movie like this. It is not at Pixar though. It's a producer. They are the ones that would buy the script.

> If <u>Pamela Chapman</u> wanted to be an investor in the movie, could she do that?

> Absolutely. Then we all work together like true professionals.

> You let them buy it outright, and then say, *"Come back to me when you are ready to film, and I will float your money for several million dollars, because by then, I might have it. Then, we all make so much more money. I have new investors who I could bring to the table."*

> We love you for that.

> <u>Alberto Villodo</u> said he would only invest in your children's names. He said, *"I always told you that."*

> <u>Nick Schorsch</u>, AR Capital, would do it in a heartbeat, so would <u>Elizabeth Kahane</u>, AR Capital, and maybe <u>Hope van Beuren</u>, Campbell Soup. If she were dead, <u>Andrea van Beuren</u> would. And <u>Carolyn Craig</u>, Tiverton Trading, is interested because her father always wanted to invest in the film industry, and could never find a way in. Once we all get a taste for this, we might just stay around for new opportunities, if we understood how to do that. We have six to eight investors in 7 digits. They are always 7 digits. The more money upfront the better the attractions of the talent of the actors. <u>Mark Halpern</u> taught us that. Even <u>Kamala Harris</u> would join in too.

> We don't work with <u>Kamala Harris</u>.

Pamela S Chapman
pamelachapman@cox.net
401-662-0510

*"I'm a major producer of movies. If you can bring those kinds of investors to the table,     you tell the attorney."*

These are all HNWI—phenomenally wealthy people.

If an entertainment lawyer knew the business, how would they find you?

You ask who are the major producers who know and work with <u>Steven Spielberg</u>. Then, you go from there. We all work together from time to time.

He is absolutely in that group of four or six from HBO.

9:05PM May 27, 2022

*"When the die is cast, the scene is done."*

That is a <u>Llama Nation</u> saying. We said that once when <u>Alberto Villodo</u> was upset about something. Then, we always said it, after that.

We also used to say, *"No one will ever take your place <u>Alberto Villodo</u> as the one who saved us in the Upper realms when the film industry was in disarray over the energy realm."* None of us could fully operate, and be the professionals we wanted to be and become.

Additionally, we also said, "If a <u>Twin Soul</u> was so important to the dialog in <u>Llama Nation</u>, then why did you always insist that <u>Pamela Chapman</u> be a Wisdom Keeper because, you did not treat her with any proper respect?"

He always said, *"That is my business, and not yours."*

Then <u>Justin Ramel</u> said, *"But, she has no idea what you are doing to her book."*

<u>Alberto Villodo</u> said, *"That is not your business."* After that, we all had to be quiet because we all wanted to stay in a safe quiet energy space.

Why were <u>Twin Souls</u> so important in both <u>Llama Nation</u> and <u>Kamala's Table?</u>

Because no one understood them. <u>Pamela Chapman</u> seemed to understand them, so we wanted her to think we all knew more than she did about them. But, she was the one who never said, *"<u>Mark Halpern</u>, you could never be the clear channel seer of your <u>Twin Soul</u> with <u>Elizabeth Myers</u>."* He came with a woman. He claimed it was <u>Elizabeth Myers</u>, the film producer. It was not her at first. Then it became a stupid joke, but she always had to be with him. That was the sad part of the story, because if it were her, then she was taken away from important film industry work to play a thievery game that has no real relevance at all— not anymore, and it never will be ever again.

Pamela Chapman
pmichapman@cox.net
401-662-95 10

Then, why did we play it that way? Was it Pat Fernandez's personal strategy?

We think so, but it never had to be played that way.

Llama Nation had at least three or four Twin Soul couples. Carolyn DuPont's group had Jed and his sister, Tina pretending to be Lisa Amodio as a Twin Soul couple.

Who taught them that?

*"We don't really know."*

Kamala's Table had Mark Halpern as the Twin Soul seer, clear channel of The North.

Pat Fernandez said in the beginning, *"Yes, but that was because she wanted it to be like your workgroup."*

But, it has no relevance to anyone else.

She didn't care. She said, *"Just start this way, and treat Alberto Villodo as her Twin Soul."*

Jean and Jerry had nothing to do with it.

Would Alberto Villodo be happy to be on the big screen as the most important shaman in this middle realm for this time period?

*"He'd be delighted."*

Does that allow you now, Alberto Villodo to fully step down and out of the Akashic Record space— because you will see yourself on the big screen before you die and then history will always remember you for being here?

He says, *"Yes."* 8:50PM 5-27-22. Alberto Villodo just got everything he wanted for his name in history.


Peter Cataldo says and Terry Panini still wants to do the flower for your wedding to Harry Gural.

She knows that.

Someone asked will the wedding be in Newport, RI?

Harry Gural says, *"Yes, at the Vanderbilt Hotel."*

Imagine that.

Pamelark Bapmate
pm.chapman@cox.net
101-662-0416

Ruth Gural, are you ok with that?

Yes, especially since she has been married to Harry Gural at least 7 times before in past lives. He beat Tameen Saied, who she only married five times. She was always the women they were always hoping for. She was also in a parent-child relationship with Harry seven times. They spent 14 lives together as reciprocities of relationship. This is because they are the seers in the monad. Donald Jagoe, as the nonseer, was both man and woman too many times and he never marries the seer in the monad group. He was married to his Twin Soul three times, and in a sibling reciprocity or relationship with her three times. 8:52PM 5-27-22

At this very moment, the muffle in Pamela Chapman's hearing—as if she has cotton in her ears—is nothing more than an auric wave that Alberto Villodo does with his hands— as if he is waving smoke away. In the past, it usually came from Nola Ganem or Bethany DiNapoli. It is not the work of a guide. The worst part is, it is coming from Nola Ganem who is threatened by the whole conversation— all of this. Nola Ganem does not want her cacao flakes company, *One World Cacao*, exposed on the big screen.

So now you are all characters in one of Pamela Chapman's screen plays. Imagine that. How does that make you feel? You are no longer the outsider looking in on a fictional narrative.  You are the dialog that someone else will evaluate and put on the big screen, and you cannot ask for any compensation from Pamela Chapman for that.

How do you remove muffle from a human wave?

*"It all goes through a human. It's starts with a human and ends with a human."*

A guide can't start this?

*"No. It is akin to an auric wave, if a guide starts this, there will be hell to pay because then they might disturb the entire realm."*

Why do they not disturb it now?

Bethany DiNapoli:  Because you and I, Nola Ganem have no business doing this any longer.

Bethany DiNapoli claims, *"I can't imagine how I'd appear on a big screen."*

*"It will be fictionalized, but no worries. You will look better on the screen than you do in real life. These are all highly trained actors with brilliant appearances."* They would never set the movie in Newport, RI, probably the West Coast, with filming in Canada.

Pamela Chapman asks, *"How about Vancouver, BC? It's the right kind of place for scenery"*—It's perfect. Wasn't there a movie years ago filmed there with Ted Denzin and Isabella Rossellini on a bicycle?

Pamela Chapman
pmchapman@cox.net
101.466.2054 H

*"Yes, we all loved that. That would be perfect."*

No one minds going there to shoot outside scenes. It is less expensive due to Canadian laws. You could do the same with *Barefoot in Heels*.

Michael Douglas wants a role.

See the director for that.


50 customers a month from two to three bricks of cocaine for Alberto Villodo's cocaine business is worth about $5 million dollars a month. He might pay $1 million for the product.

Less than that. The street value for a brick of cocaine is so high, we can't say, but he might process through $5 million a month or more. If he also sells hashish and pills, such as ecstasy, then he sells maybe $10 million a month, or more than that.

Hiding the money is the real issue. **South Miami would hold the money.**

They don't hold any money of his. He holds it all in Argentina—not completely, and sends it to Los Angeles, CA where he then puts it in his nonprofit foundation, underwrites the Esalen Center near Big Sur, and other places.

Stanley thinks Alberto Villodo has a net worth of about $300 million. Adjust your lawsuit accordingly. His nonprofit is a tax write-off only. We do not believe he pays any property taxes or income tax. He told Pamela Chapman that at least once. It's all a nonprofit or illegal activity.

He was told by Beatriz he had about eight years to live back in January, 2021. Now, one-and-a-half years later, maybe he has six-and-a-half years left. Pamela Chapman has his personal astrology to view to narrow down the dates. In astrology, death can be a six-month window. One can prolong one's life by up to six months, if there is karma that must be paid. That always involves another person. One never dies early, only on time or up to six months later.

Alberto Villodo routinely told Pamela Chapman he can't leave his money to Marcella Lobo. He considers her not responsible enough to manage the estate money properly, and he said routinely, she is a drug addict, doing cocaine and ecstasy nightly. He said, *"She can't be trusted with the money."*

He routinely asked Pamela Chapman, *"If you had my money, could you take care of a few philanthropic endowments for me?"* She knows where he wants his money to ultimately go.

Pamela Chapman: We discussed it: the pros and cons of some organizations and their ability to honor the donation endowment, as well as how it is all a legal matter of being offered a proper case

Pamela Chapman
pamelachapman@cox.net
101-602-2494-16

for support and understanding in exchange for the money. It all must be in writing legally. 10:06PM 5-27-22.

Stanley has no opinion on the money. He only looked into the matter because they could not tell if Alberto Villodo was posturing and lying.

Alberto Villodo first told Pamela Chapman between January and February, 2021, he had either $50 million or $100 million.  He vacillated back and forth with the value of his net worth. She was neither curious, nor did she flinch nor care.

That is the difference right there. Kamala Harris can't trace it. She said, *"I don't believe it."* Kamala's Table remembers that.

Stanley said he really has triple that net asset value.

Erin claims, *"We have no opinion on a movie deal either, but if this is how this dialog of over 2,000 pages becomes a living history of what happened, then we will all wait to see it, and Pamela you can still write what you call a children's book or a young adult book like Pliney the Elder wrote regarding Pompeii."*

The book would be different than how a producer and director view the story. In today's media world, it's important to express ideas across multiple platforms. They will not become replicas of each other. They will have the same themes and variations, but they look different. Together, they will pull in a wider audience to communicate a new culture of New Age ideas and reinforce the human condition.

Lin Miranda thinks this could be a *Hamilton* moment for you, because *"Like myself, your first production took so long to get off the ground, and once you get going, you steam roll. And, if you can have even a small hand in the production, you will learn in quantum leaps and bounds how it all goes together. Then, the next production piece in any media is even easier. You just learn by doing is all we both ever did."* 10:14PM 5-27-22

Erin:  We can only predict, if Harry needs some of your notes for his own use, then he will have to negotiate with you personally, because if you copyright them—

Harry Gural doesn't have any problem with Pamela Chapman holding a copyright to them. He doesn't need them for anything like that.

Erin:  Then, he will have to find a way to contact you, negotiate, and wait for them to be copyrighted so nothing is taken out of context as it was with *Barefoot in Heels* –an *In the Heights* moment—Lin Miranda loves you for that.

If we all understood what went on here, then we can all anticipate a really good interpretation of the story. No one can produce a movie from inside the Akashic Record realm. We will see an interpretation out there, as if we were watching a movie of what is happening in real time in our own awareness. Do we do that?

312

Pamela Chapman
pamelachapman@cox.net
401-662-9516

<u>Tameen Saied</u> and <u>Pamela Chapman</u> both have a visual field orientation. So, does <u>Lin Miranda</u>.

<u>Pamela Chapman</u> is curious and entertained by how the film industry would adapt this

*"So are all of us."*

That is the sine qua none of the film industry?

*"We all interpret for ourselves books and manuscripts in ways that you could not imagine. We would imagine the guides to be their own army of some sort."*

*Ben Hur* is a perfect example of a huge production of so many armies and big book giants. The movie industry used to love productions like that. This could be a classic if we positioned it like that, but one can never tell. If we re-made <u>Ben Hur</u> today, it would look very different, but no one would take on a movie of that size any more. And we are no longer sure the audience wants to see a movie like that anyway. We all agree.

<u>Hamilton</u> was such an authentic interpretation against the culture of today that it was a perfect understanding of history isn't a way that the younger generations could identify with. No one has interpreted history that way. It sent a whole new standard for viewing history and for engaging younger audiences. It encourages dialog about history but it never teaches. That is beautiful.

<u>Lin</u> had come several times for <u>Pamela Chapman</u> and he even did a special performance. He can star in any film as his own self. He did a rap for us one day last summer or early spring when the realm was out of hand and it calmed everyone down. <u>Lin Miranda</u> did that he is Wesleyan '92. <u>Pamela</u> has seen him speak and perform at Wesleyan in such an understated way that was over the top. He is just full talent, intellect and vision.  10:26PM 5-27-22

**[Note**: Andrew Parsons, *"likes being here because then I can bug the shit out of my former wife anytime I want to."*  **4:49** PM 5-28-22

**1:02AM**

<u>Harry Gural:</u> I'm not sure why I am being called to the table?

*"You are not being called. Did you have anything you wanted to say to these ladies of distinction?"* Anne Frank is asking.

*"No. I have nothing to say to a rather young deceased writer of the holocaust."*

<u>Pamela Chapman</u>, do you have anything to say to these fine young people of the USA?

Pamela Chapman
pmchapman@comcast
mst-662-9510

Pamela Chapman: Thank you all for attending this very special evening. We can only now say goodbye and good day. **1:05 AM**

Jerry Slocum, Beatriz the Guide is no longer inside the realm of Akashic possibility. Zenia Theresa is only sometimes here now. Michael Harner has stepped down and aside. No one will remember most of this in the future except for those most affected and especially Pamela Chapman.

Christine Bush, esq. can no longer speak in this space, but if she had a representative she would say that these are serious legal matters and we will work to find the correct attorneys because not all work can be done by everyone, and no one attorney can be right for all these potential cases but as a local firm of distinction, they can be a resource to begin the process.

Jerry Slocum:  We have completed the Guide War.

There is a lot of noise resonance, and listening devices. Jean Gorham can take care of them. Ask for Jean Gorham every day until they are gone. This is a human problem not a guide problem, and Jeanne know knows all the secrets of the thieves, and no Harry Gural was not here.


Sandra Craig and Grenville Craig always wanted to be exactly like Marcella Lobo and Alberto Villodo, wizards of high degree and the person who put all those tags and spells on you was none other than Justine Rudock and Justin Ramel found by Alex Craig. **1:21 AM**




## August 2, 2021
### 8:02AM


Newport Person:  No one can hold a candle to Pamela Chapman's integrity. As soon as she finds out the truth, she acts on it to self-correct our deficiency or problem—that she has had to have to know about or understand.

Dorienne Farzan:  No one in Newport proper was in Tom Hockaday's house.

Not true. Lisa Goddard, Tom Goddard, Caroline Goddard, and one other were all there with all the others. Don't forget Miss Porter's School taught you how to participate and hold your own in these kinds of circumstances.

Pamela Chapman
pamelachapman@cox.net
401-662-0555

Polly Lyman (Miss Porters) agrees. She was not there, except to say, *"Nora Diedrich you are in violation of United States labor laws, including reading to groups in late September 2021 Pamela's resume.* She read part of **Pamela's** resume cover letter to me in the **Public Commons** space, but in a smaller group. Nora Diedrich, and you should resign immediately because her contract states she can be removed immediately for these kinds of infractions with the law. She also participated in felony attacks of slander, harassment and abuse, of Pamela Chapman. She committed fraud with the editing of the stolen book. She also brought her senior management team into the **Thievery Ring** Workgroup. **Nora Diedrich** can be removed for cause without any other later issues.

Nancy Whipple Grinnell, the former curator of the **Newport Art Museum** was at **Tom Hockaday's House**. **Francine Weiss**, PhD, the current curator was there. They both visited at the **Thievery Ring Workgroup**. She also self-identified as part of the next generation **Thievery Ring** in October 2021. The former Development Director, **Leslie Grosvenor** was there, as was **Merrill Allen** the director of Marketing. **Nora Diedrich** could never negotiate a book deal. She did approach **Andrew Parsons** in **Tom Hockaday's** house. She listened to him read *Barefoot in Heels* nightly. She suggested they meet physically for dinner.

Now you know why they have all attacked you, Pamela Chapman. It was one night of kundalini where you were ambushed by Alberto Villodo and David Kehoe.

She immediately said (as she had been saying for several years, so this was not new), *"I will sell my house, move to a place no one knows, and live in obscurity once my book is printed and distributed, maybe the South of France, or Lake Como"*

Everyone said, *"You can't go there because you don't speak any French."*

She said, *"Not to worry. Overseas, they could care less who I am. Better that than to be laughed at as disrespected for the language, when she is not the disreputable one."*

They are all the mirror of distaste and disrespect, not she.

Andrew Parsons: You can't win, so just get out of the game and walk away.

That's all they wanted anyway, because you and they aren't the same anymore— if ever.

Pamela Chapman: As long as you pay me for the book, I am out of here.

Happy van Beuren/Andrea van Beuren: Just sell the book rights.

Pamela Chapman: I can't. I own them. You were all too late.

Happy van Beuren/Andrea van Beuren: I'll buy them from you.

Pamela Chapman
pamelachapman.com
101-603-9516

Pamela Chapman:  You can't. All you can do now is print and distribute. Who wants to make real money to print and distribute my book? Once I have enough money, I will leave Newport properly.

Money to pay the rent?

Pamela Chapman: No, to pay the REIT.

Happy van Beuren/Andrea van Beuren:  No. We buy outright her half. How much collaboration to print it and distribute it?

$350 million, which BTW, is a mere tear drop, in the big cauldron soup pot of a recipe for chicken noodle soup. So, noodle that one.

This is your own fault. She already has her own permission rights, which she got in July 14, 2021. Today is August 2, 2021, two weeks later.

Happy van Beuren /Andrea van Beuren:  No way. No one knew she was this serious.

Pamela Chapman:  Always.

Happy van Beuren /Andrea van Beuren:  She is this savvy and collects unemployment?

Pamela Chapman:  She never did, ok?

Andrea van Beuren:  Too savvy to collect missionary sex?

Pamela Chapman:  She never did that, ok?

Andrea van Beuren:  How long can she go, Alberto Villodo?

She can tear everyone a new one every day in this space until the truth is revealed. That is' how she plays, *What is the fundamental underlying nature of things?*'That is her game. What is yours Tracey Jonsson? Ophs, it was Andrea van Beuren who maybe was really Nancy Kass who was Marcella Lobo who was all roll playing Happy van Beuren because at the age of 88 she was considered too old to play here, but she will pay to play because she was the fundamental underlying truth of all things regarding Kamala's Table, the Book Committee, the Newport Hospital Foundation, and the stolen book.

Lahore:  I don't do book deals, just cocaine.

Lahore is now Alberto Villodo. We just found out yesterday. Do you know anyway for this book to be a collaboration with a major book distributor?

Pamela Chapman
pthechapman@msn.net
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 D.

Simon and Schuster said they would print Alberto Villodo's memoir, and sell the rights to Netflix or HBO. Then, why not sell *Barefoot in Heels* to Simon & Schuster?

It is not a huge Guide War is it? It is a guiding realm war against only one human being: all those guides vs. just one person. It sounds just like the *Bhagavad Gita* from 1BCE.

What are we going to do to negotiate as an end to all this misery? Everyone else can get on with anything they choose including Alberto Villodo, Harry Gural and Tracy Jonsson, and everyone else.

Why doesn't this author get a deal to print and distribute *Barefoot in Heels* properly?

\*\*\*

Happy van Beuren / Andrea van Beuren:  Until Kamala Harris steps down, we can't do a thing in Newport because Kamala Harris said, *"Pamela Chapman can't do any deal because Beatriz the Guide / Saul (Samuel + Kathumel / Merkle) won't let her breathe one word of anything to anyone about anything about publishing the book until the Upper realm falls in April 2021. Then, Kamala Harris collects reciprocities."*

This is the story of the fall of the Celestial Temple, the eight such story in our collective memory of our human existence. The temple fell on March 30, 2021-April. The clamor, the chaos of the fall, was to sling shot all the slander and defamation of character at the bullseye of the author who was trying to publish a work of fiction that took place in Newport, RI

[  **Note**:  Kamala Harris was to oversee the Akashic Record realm for Beatriz. That was a huge reciprocity. Yet, she only did for several months instead of for the entire Big Book Story. She was replaced by Alberto Villodo and Bethany DiNapoli who is no substitute for Kamala Harris. Stanley claims that Kamala Harris was to oversee everything in this Big Book Story, but she could not control the realm properly. It would bring disfavor to her grace and office. We all assumed on May 29, 2022 (9:06PM) that if this were to happen, Kamala Harris would be forced to resign, which she and Pamela Chapman spoke about in early October as potentially being part of The Big Book Story. It was a very collegial conversation.

Stanley also thinks Alberto Villodo did not accept the realm's leadership position gracefully at first, but eventually took it on with vigor. When Nola Ganem got a taste of the power he possessed in that situation, she became intoxicated with the opportunity to do the same. Carrie Crosson Gilpin was extremely jealous of the opportunity, and so was Monique Burgess and Bethany DiNapoli who all competed vigorously for the opportunity to be his right-hand person. If this is all correct—and it is—then Alberto Villodo had two choices to make: the first was to either drop Pamela Chapman to take over the realm properly, or continue in The Big Book Story until he was no longer fit to be king of the realm. The reality is that he never had to make that choice as Beatriz made it for him. He took over the realm. Nola Ganem and Bethany DiNapoli attempted to do all his dirty work for him by destroying Pamela Chapman even further. They were supposed to drop Pamela to become king and court of the realm. Their Modus of Operandi became sorcery and destruction instead of a true leadership position in a Caliphate Nation state. On September 7, 2022, the world is awaiting Alberto Villodo and his harem to completely revert their sorcery on Pamela Chapman and to exit their participation on the Public Commons space. Rather than retire as Pamela Chapman had suggested to Alberto Villodo in January 2024 to write a Simon and Schuster memoir, he is now be facing a legal verdict from the federal circuit court that places him in a federal penitentiary for the remainder of his life.

Pamela Chapman
pamelachapman.com / .net
401-662-5216

Always and forever, does **Pamela Chapman** re-quote **John Stuart Mills**, *"If you make them capable and sensible men, you will make them capable and sensible doctors and lawyers and architects."* Be a man/woman first and foremost, and the rest will follow. Cut corners, and you will go to federal prison.]

**Beatriz** accepts that **Pamela Chapman**, **Alberto Villodo**, and **Kamala Harris** are all three the same now and into the future. No one can best either of them to combat or mount the other.

|**Note: Beatriz the Guide** has been guiding **Kamala Harris** for the past ten years. **Kamala Harris** thought **Beatriz** was her birth guide, but she is **Pamela Chapman's** birth guide. (Neither is true, but was for the immediate past.) **Kamala Harris** wanted to reign as the **Caliphate Nation** leader of the **Akashic Record Public Commons** space. She even politically campaigned there for both her run for President of the USA, and then on the presidential ticket as Vice President with **Joe Biden** in 2020.

Yet, **Pamela Chapman** reigned as a leader of some sort on a world stage every day because **Beatriz** controlled the space and her communications that way. She had no privacy only public appearances on the global stage. **Kamala Harris** wanted that leadership positioning and focus of the realm. That would have made her campaigning easier. The optics here would transfer she hoped out there in her political campaign. Every **Big Book Story** has a character like that. **Kamala Harris** wished for it. **Pamela Chapman** got it. She would trade out for it, but **Beatriz** won't move **Pamela Chapman** out, and put **Kamala Harris** in. Everyone says they want to best **Pamela Chapman** such that besting her makes them **Kamala** or it bests **Kamala** by besting **Pamela**. What **Kamala Harris** didn't articulate was that level of visibility in a **Big Book Story**. Yet, it has created a deficit, a pain and suffering, a trauma for **Pamela Chapman**. It would have made **Kamala Harris** a victim, not the political hero. But if it were that, she would be the politician that falls.

Now, in September 2022, we have **Alberto Villodo** since September 2021—a year of **Alberto** in that place instead of **Kamala Harris**. He has made a mess of it all because he is the sorcerer to blame for so much torture of **Pamela Chapman** and he brought a harem of women to inflict the pain and suffering and he refuses to go away. He does not have corporate leadership skills. He negotiates through sorcery instead of leadership and diplomacy. He has no playbook of his sorcery; he just keeps inflicting torture until the deal is done. He has no consideration of the cause and effect of his actions. He has no leadership or interpersonal skills outside of the realm. His business is built on the illicit drug trade. His money is never taxed. He is often overseas. His educational nonprofit is a front.

If he had left the nonprofit last January 202, retired, and focused on being a man first and a shaman and drug dealer second, and third, he might have been able to mount this throne here with a new-found sense of true leadership, but remained on the ground floor. We sue **Marcella Lobo** his primary sorceress who taught a whole harem of women how to do the same.

It was his opportunity to finally transcend his life and be and become the true leader of the realm, both he never saw it coming, or he couldn't get out of his own way, or he had no real skill, or any other say. It was the only way he thought he could play. That was a mistake. **Pamela Chapman** told him the pure path, and he refused it.

It wasn't until **The Big Book Story** truly ended on Sept 6, 2022 with **Samuel** and **Merkle Kathume** returning to Metatron kingdom with **Jerry Slocum** that we learned what we thought was Beatriz, was really **Alberto Villodo** and sorcery. He is no shaman healer. He is a sorcerer of destruction. It is no surprise, in the end, to see that at **Kamala's Table**, **Kamala Harris**, **Alberto Villodo** and **Pamela Chapman** all met together. **Kamala Harris** and **Alberto Villodo** had their own high perches of position due to resources and titles. All **Pamela Chapman** had was a book, and they each traded something big for that work of fiction.]

Pamela Chapman
pmschapman@cox.net
401-662-9510

The only way to stop everyone is to equilibrate all three.

Everyone was waiting for <u>Alberto Villoda</u> to admit he was <u>Lahore</u>. Everyone in the LA Basin knew it. <u>Pamela Chapman</u> did not. She actually broke the veil of the news. She is the only one who can get away with it.

<u>Lahore</u> would ostracize, criticize, or do something awful to whomever squealed. *"I always knew the day was coming,"* he said, but didn't know when, or who, until <u>Keri Weil</u> asked <u>Pamela Chapman</u> about <u>Alberto Villodo's</u> father, and their house in Brentwood, near Harvard Westlake.

Everyone said <u>Lahore</u> was Guatemalan or Ecuadorian because his father was Malaysian and his mother was of Cuban-American descent. He looks Central American.

<u>Keri Weil</u>:  No one told you at <u>Kamala's Table,</u> but <u>Michael Roth</u> and I knew he was <u>Lahore</u>, but didn't say so. <u>Kamala Harris</u> wanted to do business with <u>Lahore</u>, and he was showing up nightly as <u>Alberto Villodo</u> mostly underneath <u>Pamela Chapman's</u> aura. It was a big joke in the beginning, but <u>Pamela Chapman</u> paid for everything. No one else ever paid, especially <u>Lahore</u> himself, so when you kept saying Wesleyan University was in the middle of this – no kidding. When <u>Pamela Dorman</u> '78 found out about the three open back doors, she immediately stepped up and re-earned her integrity by fessing up, but <u>Michael Roth</u> and <u>Keri Weil</u> never did this. Why not?

<u>Keri Weil</u> knew <u>Alberto Villodo</u> from before <u>Alberto Villodo</u> knew her. No one said a word to **<u>Pamela Chapman</u>** until the other night when <u>Andrew Parsons</u> said, *"She will die a pauper because I made sure no one could buy her book."* Not true.

It was **<u>Beatriz the Guide</u>**. <u>Andrew Parsons</u> is the winner take all. He is the felon, Wes U '84. So, what's the moral of the story?

<u>Keri Weil</u>:  We always held the last key. We never used it. We preferred to sacrifice her instead of telling the truth which makes <u>Andrew Parsons</u> the man and the felon we all stood behind instead of <u>Lahore</u>. He stood up to try to verify the story of **<u>Pamela Chapman</u>** in Newport, which is how he arrived in the first place.

It was at **<u>Annette Burke's</u>** calling to support **<u>Annette Burke</u>** going toe-to-toe with **<u>Pamela Chapman</u>** over her <u>Twin Soul</u> daughter. **<u>Alberto Villodo</u>** said, *"<u>Pamela Chapman</u> is a seer brown bear. She is a Q'ero. I will look into the whole affair and get back to you, Annette."* Then he seamlessly joined her <u>Twin Soul</u> workgroup, and never left. He was there the morning of February 4, 2021. He held court in his aura until <u>Nan Moss</u> arrived and swapped mesa's. <u>Nan Moss</u> created the global mesa of the <u>Akashic Record</u> Public Commons space. This is what **<u>Michael Harner</u>** would agree. He is her kundalini partner.  She is a nonseer.

[Note:  <u>Michael Harner</u>, on the other side, told her about a week before, she would need to make a global mesa table in the future. She privately noted that, but didn't know when it would need to be done.]

Pamela Chapman
pamelachapman@verss.net
lol-on2-o5-16

<u>Nan Moss:</u>  I only did what I could— when I could— I helped her children for one month or so, and no one really helped <u>Pamela Chapman</u>. She was stuck with <u>Alberto Villodo</u> and <u>Kamala Harris</u>. Why didn't either one of them help her? Both were <u>Akashic Record</u> master readers.

<u>Kamala Harris</u>:  <u>Beatriz the Guide</u> was helping me immensely, and I was told to protect <u>Happy van Beuren</u> at all cost.

[<u>Note</u>: <u>Beatriz</u> became the Guide of <u>Kamala Harris</u> about ten years ago. The time that <u>Pamela Chapman</u> started being "guided" by a <u>Melchizedek</u> guide, who never negotiates reciprocities. <u>Beatriz</u> moved from <u>Pamela Chapman</u> to <u>Kamala Harris</u>.]

<u>Happy van Beuren/Andrea van Beuren</u> now says, *"Print the damn book because everyday someone goes down and tries to take <u>Pamela Chapman</u> with her. She is now, so down and out. What can we expect <u>Alberto Villodo</u>?"*

<u>Alberto Villodo/Lahore</u>:  I will take good care of you in this space, <u>Pamela Chapman</u>, but not out there. <u>Harry Gural</u> was supposed to do that, and he prefers to be in here with <u>Tara Plochocki</u>.

<u>Pamela Chapman</u> prefers physical relationships, and all these men prefer relationships here.

<u>Harry Gural:</u>  Not really. It is the only thing I know.

They say <u>Pamela Chapman</u> says, *"I've known this for ten years. There is no real relationship in this space unless you live with that relationship physically and you practice being authentic in real time daily. Otherwise, it is a joke. You will lose your life, and opportunity for real relationships including the joy of being with another one in context and in sex."*

Real relationships are out there, not in here. In here, it is like the other side as dead guides. Why do that as humans now, right here, when you get to spend an eternity there?

<u>Andrew Parsons</u> says, *"I can bug the shit out of her in here but not out there. Anything to make her book deal dead and make her miserable, just to prove she was my soul mate."* Yet, she never was <u>Andrew Parsons'</u> soul mate. She spent 14 lifetimes with <u>Harry Gural</u> as a reciprocity of relationship— including seven as a married couple together and seven as parent-child—and only one acquaintanceship lifetime with <u>Andrew Parsons</u> in Angers, France. This was around 1730, when she died at age 47, in the time of smallpox. He was a medical doctor then and now, but never saved her life. He is now charged with multiple counts of crimes against her, which makes him no longer eligible to be a medical doctor in the next lifetime.  6:10PM 5-28-22

Be and become human while you can be a human, <u>Pamela Chapman</u> always says. It just might save your life.

<u>Harry Gural</u>:  I want to be a human, but <u>Tara Plochocki</u> doesn't, so I get stuck here.

Divorce the bitch.

Pamela Chapman
pmchapman@cox.net
401.662.9516

<u>Harry Gural</u>:  I can't. She is more a man than I am.

<u>Pamela Chapman</u>:  She is half your age, and you aren't getting any younger.

When <u>Pamela Chapman</u> spoke—not really, someone else did for her yesterday— the story they told was that she couldn't stand old men. They do nothing for her sexually. They are no attraction of any kind for her.

<u>Harry Gural</u> stopped dead in his tracks. He realized he is 62/63.  He will be that old man almost immediately, and like <u>Donald Jagoe</u>, he becomes so unattractive to <u>Pamela Chapman</u> in every way as he gets older and older and stays in his adolescent space of his attraction to bitchy young women and bitchy mature women.

<u>Lahore</u> is 68.

No kidding. So, in seven years <u>Lahore</u> is 75. No kidding. So, now that he has no sexual appetite for any woman, other than for kundalini with no sex.

[**Note**:  His kundalini was supposedly put back by a guide and offered to <u>Elena Sobo</u>, the supposed *"love of his life."* It is no longer a blame to <u>Pamela Chapman</u>, as she immediately and freely said, *"Yes, by all means, be with the woman of your choosing."* Yet <u>Elena Sobo</u> ultimately turned him down after spending 1 month in the Upper realms with him last April, 2021.]

<u>Lahore</u> says he is now liberated to do other things including sleep at night, which he never does, but <u>Pamela Chapman</u> now knows why he can't sleep:  He is a drug lord who trained himself to be a watchman. She and he can go off separately and live overseas half the world way from each other because that is about all that's left of each of them, locally speaking.

<u>Kamala Harris</u> will have to negotiate this peace treaty because she is the politician. We are not. Ok? **8:59AM**

<u>Kamala Harris</u>:  I can't negotiate because <u>Simon and Schuster</u> doesn't want the book plate.

<u>Donald Trump</u> always said, *"Go to <u>Little Brown & Co.</u>"*

<u>Little Brown & Co</u>:  No way, not like this. <u>Kamala Harris</u> doesn't own any of us.

<u>Donald Trump Sr</u>:  Everyone has a price. What is <u>Kamala Harris's</u> price to step down and step aside?

It is <u>Lahore</u>. <u>Kamala Harris</u> wanted his business license plate. <u>Pamela Chapman</u> wanted her own book plate. What do we do now <u>Donald Trump Sr</u>.?

321

Pamela Chapman
pm.chapman@cox.net
(631)002-9516

Donald Trump Sr:   Pamela Chapman negotiated through your son with Little Brown Co., and go from there. Work toward getting your aura locked down, and get out of this space. Screw what they say about you. Nothing more can get you especially after Kamala Harris speaks to us in the middle of the night while looking for cash in your house, and found nothing of merit—including no Lahore.

Who was following Pamela Chapman around your house all day and night without you knowing?

Rusty Powell III always said, "*Lahore will eventually slip up because he sits with the LA Basin in Llama Nation.*" He just watched.

In the last two weeks, Pamela Chapman started to ask Alberto Villodo if he could find Lahore for her because he was an energy wizard who could channel information. He was the one with the real power.

Lahore seems to hold a last key to this story, or at least a last chapter.

Happy van Beuren/Andrea van Beuren:  I never knew she didn't know. Why does she equal Kamala Harris?

Because she had to go toe-to-toe with her, and she never stood down. She just holds her energy instead of standing down. Then they call it a draw.

Happy van Beuren/Andrea van Beuren:  Ok, I buy that, but the book can't come out as originally planned because you now own the book plate as a Certificate of Registration. This book plate is the inside title page of the book with name, author, publisher.

Just like Thornton Wilder with the book *Mr. North*, he owned the rights and permissions.  Harpers Collins held the print and distribution. Thornton Wilder could not get a proper publisher in 1975 because **no one understood the unspoken rules that you never officially publish literary fiction about Newport, Rhode Island. It gives the author too much local power.**

Henry James, Edith Wharton both published fiction set in Newport. What became of them and their stories?

They held sway over Newport for far too long, but the stories were about Newport Society. Edith Wharton left Newport, RI and lived at the Mount, Lenox, MA. James lived in Rye in Sussex, England. It appears they all write about Newprt, and then leave. Pamela Chapman can easily go live on the water in Chatham, or Mountian Road in Farmington, CT, but she is no Farmington Girl, not like that. Just ask Lisa Goddard or Kaitlyn Johndrow. Better yet, just go to Olin Library and stnd under the arch way.

Pamela Chapman
pamelachapmanart.cox.net
index2a9516

<u>Beatriz the Guide</u>:  You win <u>Andrew Parsons</u>. You win <u>Happy van Beuren</u>. You win <u>Kamala Harris</u>. Everyone won except for <u>Pamela Chapman</u> and her children.

Because no one wants to be reminded that you bested all of them by standing firm or channeling their lives and their truths. You just can't channel, think, read, or write privately. You just show up and work with the knowledge you have which is why <u>Beatriz</u> took away your ability to be in context with other people. You can't talk to anyone you know or your children without compromising them of their entire dialog.

When do I get out of this prison?

You never get out.

<u>Zenia Theresa</u>:  You must always remember, <u>Beatriz</u>, that you are a guide, and <u>Pamela Chapman</u> is human. She is not a soul guide on the other side. You treat her as if she were already dead.

<u>Stanley</u>, the guide agrees.

1. A real guide does not best their person or anyone else.
2. A reciprocity guide does not best a person nor a reciprocity guide.
   a. There is no besting with reciprocities. Reciprocity equals reciprocity, in both guide and human form.
   b. <u>Beatriz</u> wants to best her person, <u>Pamela Chapman</u>, to best the entire after life. <u>Beatriz</u> does not at all win with an entire guiding realm against one human person.

3. <u>Alberto Villodo</u> and <u>Pamela Chapman</u> do not have to step down because they are a reciprocity of relationship with kundalini key turn. They lose here and there every time. They had to best us here so that they would automatically best us there, but they can't because they are reciprocities of relationship with kundalini together and apart. It has been completely destroyed and removed.

4. <u>Kamala Harris</u>: I will never best her. <u>Harry Gural</u> and <u>Tara Plochocki</u> always want to best <u>Pamela Chapman</u>. They don't ever win, and <u>Harry Gural</u> can just be an endless reciprocity of relationship if he ever gets away from these unsuppressed bitches and dream to hope a reciprocity of relationship in the physical with <u>Pamela Chapman</u>. It's the <u>Michael Caine</u> movie filmed in the <u>South of France</u> where they were always trying to best and scam each other. In the end, they became a team together instead.

5. <u>Alberto Villodo</u> says no man is ever going to replace me who is not worthy of reciprocity of relationship because you are so generous to allow <u>Elena Sobo</u> to be with <u>Alberto Villodo</u>.

A priest is a shamanic Wisdom Keeper, and <u>Pamela Chapman</u> is a high priestess of Wisdom Keeper tradition. There are not many alive or recently dead. <u>Kamala Harris</u> tried to best a Priestess and will never succeed and neither will <u>Beatriz</u>.

Pamela s. Chapman
1996 chapman at cox net
101-cm-20516

6. <u>Harry Gural</u> you bested <u>Tracey Jonsson</u>, <u>Tara Gragg</u>, <u>Jana Jagoe</u>, and now <u>Tara Plochocki</u>. says, *"I can't stay with you <u>Harry Gural</u>, you will best me every day here and over there."* Yes, always and so will <u>Pamela Chapman</u>, <u>Tameen Saied</u>, and <u>Alberto Villodo/Lahore</u>.

1. <u>Lahore</u>: I best everyone and everywhere with you, <u>Pamela Chapman</u>. From the bottom of my heart, Thank you. I will always pick you here and there. <u>Marcella Lobo</u>, you step on my toes, I step on yours, not the other way around. Watch out. You are a Hecate shaman—a karmic shaman—not a reciprocity of relationship. You are an author by Hay House. I am an author of global distinction through one of the Big 5. Aug 2, 2021.

<u>Bethany DiNapoli</u>:  I told so many lies about you, <u>Pamela Chapman</u>, in this space while the whole world was listening. I don't want to do it anymore. Because if half of it isn't even true, then I spread so much slander about you while the whole world was listening.

<u>Pamela Chapman</u>:  What were you really aiming to manifest? What did your desired end result look like for you? What did you want to see happen?

<u>Bethany DiNapoli</u>:  I wanted you to feel destroyed completely. It would look like a terrible slip and fall. I can't say what it really would look or feel like to me, I just wanted you destroyed somehow. We wanted you to cry your eyes out every night and demand some kind of help. We thought you were a helpless jerk who could not fend for herself. We thought you would be so down in the dumps and never could stand up and never could be more than a rag doll in the gutter.

<u>Pamela Chapman</u>:  How would that sound or be and become?

<u>Bethany DiNapoli</u>:  That she would be literally flat broke and have no one to talk to—she doesn't because if she does, you wiretap them. Could you go 1.5 years without talking to other people?

*"No, she could not."*

*"I did."*

<u>Bethany DiNapoli</u>:  Then we succeeded.

*"No, you did not,"* because <u>John Peahen</u> claims, *"There is no recourse for any of them now, and they are now thinking what the heck did I really do this for?"* No one will actually tell them what the charges are except for you, and they are significant. If you wait for the actual lawsuit it will be spelled out, but then you hire a lawyer to sort it out for you.

What does this all have to do with <u>Andrew Parsons</u> dying a lonely old man?

<u>Bethany DiNapoli</u>:  We wanted to help him destroy you, but you destroyed all of us.

<u>Pamela Chapman</u>:  You destroyed yourselves all on your own.

Pamela C. Chapman
pam.chapman@comcast.net
[t] 860-602-9514

They have so much remorse that they did not destroy you and you are coming at them for millions of dollars in settlement for the charges levied against them—charges they are all guilty of. 9:23PM

Bethany DiNapoli thinks out loud, "Pamela Chapman you Harry Gural belong together. Yet, I told you that he and I were the true Caliphate leaders of the Akashic Record realm. That was never a real choice for her. It was a false power grab. Harry, as a Melchizedek guide could never be that. Pamela held that unwillingly. Kamala Harris resigned the position. Now, it belonged to Alberto Villodo as part the choice he made as given to him by Beatriz. If he had only stood down as a shaman and sorcerer, he could have been King. Instead, he tried to give it away to Bethany DiNapoli and Nola Ganem, his tow shamanic wives. Over two nights they tried out for the positon—all night long. Nola Ganem failed miserably. Bethany DiNapoli stood by default, and misunderstanding She is her own undoing. It is possible, that Bethany DiNapoli in a shamanic wife position with Alberto Villoso was his front person assuming the responsibility, with Alberto Villodo always holding the real power behind her. This is the mentor-student, shaman-student culture in shamanic practice. The man never ever gives up the true leadership position. The woman is always subservient to the man in this culture. She in turn always services his needs sexually as the reciprocity of favor.

Bethany DiNapoli said, *"I was the true partner of kundalini with Alberto Villodo, and my children and husband were rooting for me to destroy you, Pamela Chapman, but I didn't really say that, did I?"*

*"Really? No, you are the one doing all the talking all the time."*

Pamela Chapman is never allowed to hear anything you all say because you think she is worth nothing, and you are worth everything.

Not anymore. My daughter now claims, *"If I am not for women's reproductive health, then who am I for?"*

And, if you only went to the University of Vermont, you might not know anything at all about anything, but since her son also went there, but went to SMCD and Portsmouth Abbey first, then he can know everything by his own abilities to teach himself and to get involved where he wanted to be involved.

But I didn't write that. Ok, she typed it. She thought that was what she heard you say.

*"I only type what I hear is said,"* she said.

Pat Fernandez does not think Bethany DiNapoli nor Monique Burgess nor Andrew Parsons have any remorse, they just don't know legal strategy yet. They need a playbook, and we do not.

"In What's My Lineage, you failed at Level I of The Game, if you require a playbook. We don't operate with one. You have to succeed at that Game, *What's My Lineage* before we let you advance to The Newport Game of Philanthropy. Then, you can star on the Saturday Live show with Roger

Pamela Chapman
pamelachapman.com net
tel. no 2095 16

Kass and the Supremes. But, if you cannot work without their playbook issue, then Roger Kass and his team can't work with you. They are not leaders are they Pat Fernandez?

Oh, no, they are not. Even her children knew how to get to the second level of the game, even Pat McKinley could and she does not actually live here. We didn't let anyone ask any questions. We never taught anyone. You either caught on, or you didn't.

Pat Fernandez is telling Lisa Goddard that she is no longer eligible to take her last name because if she hears Lisa "Fernandez" Goddard one more time she is going to assure her for some kind of misconduct or identify theft. She is just so jealous Pat Fernandez she can't contain herself. She wanted to be Chair of the Garden Club and Chair of the Newport Flower Show. Pat Fernandez, you hold too much power in Newport, and Lisa Goddard does not.

*"If Pat Fernandez is chair of the Newport Garden Club, and she was going to out my mother and me on the Newport Garden Club roster, what actually happened there Pat Fernandez?"*

*"I thought Jean Gorham was going to do that?"*

Jean Gorham would never put my mother one the Newport Garden Club membership list. How about Antonia Farzan instead?

*"I can do that."*

*"When you start?"*

They stopped meeting because of COVID-19. Membership is very low.

*"Here you have two new members. Why are you overlooking them? They belong to Newport society. Just look at the beautiful photos in Facebook from yesterday of Antonia Farzan. She looks gorgeous."*

Mary van Pelt said, *"I can do that."*

Was the entire smear campaign to destroy Pamela Chapman all about keeping her apart from Harry Gural?

*"It was all about destroying Pamela Chapman."*

When are you going to stop obsessing over this? Have you not noticed there are repeating patterns in our lives, and until you stop, you never stop? Now you can't get out of this karmic pattern. It will haunt you one way or the other until you stop. How are you going to stop? **9:15PM 5-28-22**

Pamela Chapman
pamelachapmanart.com, bio
101-662-9510

No one gives <u>Pamela Chapman</u> any credit for anything really, and all you do is harass her and obsess over her and followed her around day and night. She can't have a private conversation with anyone, and you have them all the time in here. **9:12PM 5-28-22**

<u>Elizabeth Leatherman</u> belongs to the <u>Book Committee</u> of the <u>Redwood Library</u>. She is always on and off that board and also belongs to the Board of Trustees of <u>Newport Hospital Foundation</u>. She is a Firestone and has a trust fund through the Firestone family. He grandmother had a large home in Newport, well known as the Firestone Estate. She raised her sons in Boston, and lives in Newport, RI full time, and has for at least ten years or so.

<u>Stanley</u> thinks <u>Elizabeth Leatherman</u> knows the story of *Barefoot in Heels* only too well as her mother and father had a contentious divorce and that is how she perceives this book deal, as a repudiation for her divorce.

That is just not true.

Her mother as the Firestone and her father was the insurrectionist into the family.  There is never enough time to discuss these matters, but <u>Elizabeth Leatherman</u> has no understanding of why this is important right now. The hospital claims, *"They do not put anyone on the board who sits on another,"* yet <u>Elizabeth Leatherman</u> and <u>Holly Bannister, MD</u> sit on both the <u>Redwood Library's</u> Board of Trustees and the <u>Newport Hospital Foundation</u> board of trustees.

<u>Stanley</u> claims the middle realm is upset that <u>Elizabeth Leatherman's</u> name has come up. We see she stretches the boundaries of opportunities. Has she committed fraud with *Barefoot in Heels*?

Yes, she has. She has edited her copy and returned it to <u>Michael Holt Massey</u>, and she has told the <u>Newport Hospital Foundation</u> board that she has had nothing to do with it ever. She is often using foundation money to pay for gala tickets, which is against our policies. She has plenty of money. Yet, she is stretching the rules. Is she someone <u>Pamela Chapman</u> has to be concerned about vis-a-vis publishing her book?

She has no real agenda against <u>Pamela Chapman</u>. Yet, she is deeply committed to the <u>Book Committee</u> at <u>The Redwood Library</u> because her grandmother is someone who also sat on the <u>Book Committee</u> and edited out far too many copies of fiction written about Newport, RI. She belongs to a rather large book club with Social Newport women.

Has the book been passed on to those women?

No, because if it has, she will be convicted of fraud, and if she uses foundation monies to pay for gala tickets— and she is not supposed to—and she has plenty of trust fund monies, then she never pays attention to the rules. She lives outside of the rules of normal society because she is a Firestone after all.

Pamela Chapman
pmchapman@cox.net
401.662.9191

<u>Princeton University's</u> main library is named the Firestone Library, after all. This is a large trust fund family. These are tires after all. Plus, someone in the Firestone family married into the auto industry. It might have been a Ford or something like that. So, it was quite a M&A for the family. No one thinks she did anything differently than what everyone else did, except she has no agenda to be involved in this kind of activity. It is a social club focused on destroying local authors and they have no compassion regarding how long it takes to wrote these books or that people like <u>Pamela Chapman</u> do this for an actual living. 10:14PM 5-29-22.

<u>Holly Banister, MD</u> is on both boards of trustees but is no longer involved with the <u>Redwood Library</u> because she and they do not agree on certain topics. She never was involved in the <u>Book Committee</u>. She did not know if its existence.

<u>Nonie Drexel O'Farrell Burnham</u> said, *"I didn't like the book personally but I had no real say in what they did with it."* She had no say at all. She claims she does not have her own copy.

<u>Mary Riggs</u> husband, <u>Doug</u> does not sit on it.

<u>Earl McMillian</u> never sat on the <u>Book Committee.</u> He has been chair of membership at the <u>Redwood Library</u>.

<u>Peggy Richmond</u>, former treasure of the <u>Redwood Library</u> sat on the <u>Book Committee</u> for several years, and no one ever knew what she did with her copies because they were never returned to the <u>Book Committee</u>. They actually mailed you a paper copy of a book, and then once you edited it, you returned it to <u>Toby Fields</u>. <u>Peggy</u> never returned her copies. They only infrequently meet at the <u>Redwood Library</u> and <u>Toby</u> collects all the copies and reviews them. He then marks up a master copy and gives it to <u>Michal Holt Massey</u> who then types it up. He has it privately printed, and then sell it overseas. The monies are supposed to go back to the <u>Redwood Library</u> as a donation, but they don't always make it back. No one looks at <u>Michael Holt Massey</u> any differently because he has done this for the <u>Commonwealth Club</u>, Boston, MA at least several times.

<u>Tobie Fields</u> has been on the <u>Book Committee</u> for 15 years and the traffic cop of at least 8 of them. They send out about 30 copies. We get back about 15-20. He makes the final judgment call on how it should read. He has no qualification to edit manuscripts. He is a  Commander Retired, USN, and worked for US Trust in the same capacity as <u>Kristin MacManus</u>. He works for his wife's landscape design firm.

Is <u>Michael Holt Massey</u> a wanna-be author, or editor, or publisher? <u>Sandra Orsloff</u>, his wife thinks he would have loved to publish other people's work. He plagiarizes all the time. <u>Sandra Orsloff</u> told <u>Pamela Chapman</u> last January 2021, she wanted to be the editor of any Redwood publications department.

The manuscripts originate from <u>Esmond Harmsworth IV</u> and three other people:  an editor at <u>Viking Penguin</u> is from <u>Riverhead Books</u>. That is <u>Jonathon Karp</u> who is now CEO of <u>Simon and Schuster</u> (If <u>Esmond</u> is in Newport, so is <u>Karp</u>. They have been hanging around each other for more

Pamela F. Chapman
pamelachapman@cox.net
401-662-9546

than 25 years); a woman who donates copious amounts of money to Carolyn DuPont to be involved. That would be Hope "Happy" van Beuren; a lawyer named Jim Ross who oversees the legal aspect of the stolen material; and Alice Ross who wanted to be the official editor of all the manuscripts; Toby Fields who oversees the day-to-day management of the stolen manuscripts. He is the traffic cop of its movement between all parties; and Carolyn DuPont claims she and you will never sit on any board in Newport ever again. Why is that? She is 80 or 81, and is staff. She doesn't sit on boards in Newport. And she previously worked the events desk in Washington DC for Rusty Powell III at the National Gallery. She took credit cards numbers and reservations for events. She is no longer employed as the Development Director and Program Director. She retired during COVID-19.

Kate Fields claims Esmond, 54/55 (Brown U and JD from Harvard) has been providing manuscripts for at least 20 years or more, because it takes over ten years to establish yourself as a literary agent and to actually receive manuscripts from interested local people, especially the elite class who might know you from Bailey's Beach and the Redwood Library. Roger Kass has been involved with Esmond for about 15 years.

Jackie Egan is on the Book Committee at the Redwood Library and Bill Egan belongs to the Commonwealth Club. That is an important distinction.

Dolly Briggs is unofficially on the Book Committee and so is John Piexinho, but not formally. They get copies, but they never ask for them back.

Gary Fisher, MD was always involved. He was past president. Angela Brown Fisher is always involved. They are in their 80's. Her brother was J. Carter Brown the former director of the National Gallery before Rusty Powell III.

Liotta Lighting/ Steven Walk says, *"I was a past president, but I looked the other way. He knew about it."* You have to know about it as president because too many people get involved, and if you didn't know about it, you get too curious, and it gets to be a problem. Then Alison Walk knew about it. They lived in Boston and Portsmouth, RI. She grew up here, and went to St Philomena's.

Ken as ED (dead) didn't know about it. Cheryl Helms claims, *"I did not know about it."* Lisette Prince and her family never knew about it. Maya Taylor (Brown U, Brooklyn Museum of Art) who worked at the Redwood Library for a summer knew about it through Jonathon Karp.

He arrived for a meeting one day, and I said, *"I don't have you involved in anything here,"* and he said, *"I'm here for a gala conference."* One thing led to another and she found out in 2011 or sometime around then. Is that how she got her position at the Brooklyn Museum of Art, through Jonathon Karp?

*"No."*

Pamela Chapman
pam.chapman1.cox.net
101-101-2-05 br

They claim the staff never knows except for fund development. There is a curator (Leora, Benedict's wife) who knew but you can never say a word, or else they blackmail you about something such as you were always involved in this fraud scheme.

No one wants to take responsibility for what they do in the Book Committee, but it is a truly fraudulent activity, and it is centered on the Redwood Library's Board of Trustees.

The books came from Esmond Harmsworth IV. That started about less than 15 years ago. Who was it before that? Someone in New York City who summers in Newport, RI. We blackmail them, and they deliver.

The Book Committee was inexistence in the 1950's. When did it start? Did Jerry's father start it? He did not, but he never stopped it either. Jerry Slocum was involved, and he was on McBean Charitable Trust, which is a violation of his service to McBean, You cannot commit fraud and sit on a charitable trust.

Jean Gorham swore last year, *"I did not know."*

No one knew about your book until Esmond dropped it off. Jerry knew she'd write one and told Grenville Craig that.

Lisa Goddard claims she never knew until when? About 2017. He husband always reads the copy as does her two daughters, Carolyn and Libby because it is a family affair, just like with her sister, Kate Fields and Tobie Fields, and their adult children know, but they don't read them they say. The daughter went to Pomfret around the class of Elise Fagnoli.

Leslie Grosvenor is not on the Book Committee, but is in Elizabeth Leatherman's Book Club and Nora Deidrich brought her to the Thievery Ring Workgroup. She was Nora Diedrich's Development Director.

Antonia Farzan did not know and neither did her father, but *"I saw paper copies of manuscripts in the small room to the left at the front. It is never apparent what they actually are."*

*"We do this for sport, and we kill all the unsocial people in Newport, RI. We kill any book that looks like it was descriptive of the social people in Newport, RI because we don't want anyone to know who we really are and how we really live and how we really act in front of the other people in Newport, RI."*

Then why do you allow Bettie Pardee to write about their houses and Nick Mele and Ruthie Summers to write about their lifestyles as nonfiction coffee table books?

Lisa Lewis did not know and she was on the board for at least three terms.

Lisa Lewis claims we had no idea what really went on in that Book Committee and now that we know we can't understand how we all did not know before now, but now we know and we do not

Patricia Chapman
patriciachapman@cox.net
401-608-2005 [b]

tolerate this ever again. If we ever catch you doing this ever again, we will dismiss all of you summarily. We can't dismiss them all now because we have no idea how we would face each other in the mornings. We are too small of a city-town and we all live and socialize with each other.

Of the 30 people what percentage belong to Bailey's Beach? About 75%. Dorienne Farzan thinks maybe 50%. Who is passing judgement on Social Newport? Are they really the social people or are they wanna-bee's? They are all being blackmailed ultimately as part of their participation.

The trust fund crowd likes to destroy the culture class who makes content for a living. They seem to pass judgement on who can print and be read and who cannot. It is not a matter of talent. This is not different than the past.

Palm Beach has several people who tried to do the same thing and they got busted by an author, and then they all stopped because they were forbidden to ever wrote their own books by the publishing industry. That was twenty years ago. It was associated with the Chateau-Sur-Mer group who travels every year to Palm Beach (The Bailey's Beach crowd who are so bored they have nothing better to do than to destroy an author's work. Most were over the age of 50.) This is a group of Newporter's who travel every winter to Palm Beach.

Does Linda Philips know it is? Yes she does. 11:11PM I did not do anything with this group. They are a group of local people who stopped traveling to Palm Beach because they were considered persona non-grata after the episode of a stolen manuscript there. No one wants to fess up to the fact that eventually they get found out. Not usually. The author found her material in a book sale at a local library near Palm Beach. She hired a private detective who researched it like crazy for 8 years, until they figured out it was a certain group of women at a local nonprofit in Newport who traveled to Palm Beach very winter. It was a group of 19 Newport women who were doing this for about 20 years or so. *"They always received a copy through the Redwood Library,"* they once said. They claimed to edit the copy and sent it oversees they said, but in fact, they published it locally in New York, and distributed copies in Palm Beach to all the locals who might be interested. They were of all topics but most had something to do with Newport, RI. Most were in the Newport Garden Club and belonged to Bailey's Beach.

We have no idea how restitution was made or if they were actually arrested. No one was arrested but they were forced to stop. This is exactly when Tobie Fields took over, and no one is the wiser because he claims, *"I do not know all the people involved. It was not technically a book club."* 11:22 PM 5-29-22.

We finally brought Campbell Soup into the fraud Thievery Ring of stolen manuscripts. We think this is important because everyone thinks they are holier than thou— until you get them involved. Then, you blackmail them. They can't get out.

Tobie Fields takes orders from no one. He defines his own rules. Most people can never pull themselves away.

Pamela X Ingraham
pamelapomeroy@comcast.net
tel-401-529576

The quality of the writing is never the same, and no one has any credential to be doing this kind of review and editing.

They have never upload an edited e-book on line until now because no one could figure out how to make an e-book until Monique Burgess showed them how, and Francine Weiss, PhD helped them design a cover. 11:06PM 5-29-22.

Jean and Jerry had a terrible bout of depression recently and when they recovered they realized that Pamela Chapman had no hope ever to recover from The Big Book Story. They decided to conduct several conversations with various people. Thy never thought they would understand how and why certain people were so mean and cruel to Pamela Chapman, but her father always knew the answer from his own life. He was determined to get a confession from several people. However, no one wants to fess up to anything in front of Pamela Chapman. They prefer attorneys and the US Court system.

Bethany DiNapoli is following along in her editing of these 2,000+ pages. She can't see what she is actually typing, but there is so much guide interference that she claims she now knows exactly how to edit a manuscript. She is telling Pamela Chapman when to do a new paragraph break. She is also not talking in run-on sentences. She knows Pamela Chapman will delete certain words and replaces hers with actually names. Lisa Goddard is really Bethany DiNapoli and she can't believe you know how to do this.

Doesn't Lisa Goddard know?

She says yes and no. That means Pamela Chapman has just taught them a creative writing class or an editing class, and now they are ready to embark on a new manuscript?

Pamela Chapman would never have done all this work here. but had no choice. Now, once again she has had to teach them everything she ever knew. No one respects her, compliments her, or wants to ever have a decent conversation with her. All they say is, *"You are despicable. Get the hell out of Newport."*

Lisa Goddard now says, *"Pamela Chapman we had no idea how smart you are and we had no idea how many leadership skills you actually have. Everyone absolutely believes that, but we can't face you. We are so jealous of you that we tell you, we don't like you. We don't love you. Get the hell out of Newport. We already stole everything we could from you. So, now you can leave."*

Why Lisa Goddard did you want to be the Executive Director of the Newport Art Museum?

Because I had to best my sisters at something. I had such low self-esteem, and I needed spending money of my own. We live on a frugal trust fund allowance my husband Tom set a long time ago.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Do you think she needs you to tell her when to start a new paragraph <u>Bethany DiNapoli</u>?

No. I think <u>Lisa Goddard</u> looks small and catty now, don't you, <u>Pamela Chapman</u>? Is <u>Lisa Goddard</u> really <u>Andrew Parsons</u>?

It is everyone in the realm. 4:04PM 5-30-22.

<u>Bethany DiNapoli</u> can't sit as long as you can typing. No one thinks you ever be done, but we know you know how to pace yourself, and that it will be done at some point in the near or distant future. When it is done, you will hire any attorney you approach who is willing to take in the work of suing the roster of people, but we never expected you to arrive there.

<u>Stanley</u> says, *"No matter what they say to themselves when you can't hear them, they refuse to speak the truth to you later on,"* <u>Stanley</u> will say, *"<u>Bethany DiNapoli</u> has no leadership skill, **editing skill**, or writing skills."* You already knew this. *"<u>Lisa Goddard</u> had weak leadership skills. She wrote copious notes and memorandum to the board. She is a print maker artist. She owns her own studio which she rents to various other artists. It is in Pawtucket. Her partner is <u>John Partridge</u>, esq.'s wife."*

<u>Lisa Goddard's</u> daughter <u>Libby</u> copy catted every world of health and diet advice and lost 16 lbs. already. But it mostly came from a protocol you developed and typed out as a business proposition. <u>Grenville Craig</u>, <u>Sandra Craig</u>, and <u>Don Jagoe</u> knew that. <u>Pamela Chapman</u> would have charged $1,500 or so because it came with hypnosis, clear channeling, astrology, and private counseling. But <u>Sandra Craig</u> and <u>Grenville Craig</u> gave it all away for free when <u>Pamela Chapman</u> was sleeping so she would have nothing left to offer anyone at any time, whether it was her book of fiction, a cookbook, a health advice book, or diet advice.

<u>Grenville Craig</u> and <u>Sandra Craig</u> gave it all away in the space for free, and told people to write down her protocol. It was not at the point where she could have copyrighted it. **If they did not, then the entire <u>Thievery Ring</u>** did and <u>Andrew Parsons</u> never thought she had any talents at any of this. They raped and robbed her all over again, and never ever gave her any credit, accolades, money, or even a thank you.

It is now too late for all of that, but there are at least three women who took the advice from <u>Sandra</u> and **<u>Grenville Craig</u>** and have seen results. Even their daughter <u>Lizzy</u> has the protocol as her own business proposition. **This is too much for all of us to handle now because** we thought we were just having fun, but a 1.5 years later, it is your lifestyle and you have left her with nothing, and the hope she will be zeroed out financially and destitute such that, she will have to live in a homeless shelter just like <u>Andrew Parsons</u> and <u>Kamala's Table</u> wanted her to do.

The other point is theta the entire realm enabled this and reminded <u>Pamela Chapman</u> daily that we don't love you. We don't like you. Get the hell out of here. And, when you do **<u>Harry Gural</u>** will be available for all of us, because we love him. Yes, we do. He might have been the thief, the robber, and the kundalini whore, but we love him most of all, and we called you a whore, a liar and a cheat and demanded you give us everything you have so you would have nothing, not a thing at all. **Since**

Pamela Chapman
pamelachapman@comcast
[01-of-2-05-pn

no one is there to ever tell you, you are loved, you are beautiful etc. we don't care that we stole your health and that in this realm we burned through your nervous system, and destroyed you good health and now your metabolism is so unbalanced and she can't get it back exposed to noise in the realm imbalances her vagus nerve tone. She has put on weight she can't get rid of. She can't fast or juice because it bothers her nervous system. She can't regulate her metabolism like she had over the last decade. Most of all she can't think because when she does, they all know it because of Alberto Villodo.  They all harass her about everything and steal any idea.

Jean Dixon says the fault lies with Jerry Slocum and Jean Gorham first, secondly with Alberto Villodo, thirdly with Andrew Parsons, and then the Thievery Ring and then Kamala's Table, then a few assorted other people including Lisa Goddard of the Redwood Committee, and Roger Kass' new best friend, Lisa Goddard's daughter, Caroline Goddard because she and he will now expose another new Thievery Ring that has been doing this for months:

David Johndrow, Kaitlyn Johndrow, Maggie Johndrow, Kristin MacManus, Kayleigh McCullough, Tiffany Pey, Peter Dickinson, Kristin Coates, Norah Diedrich is always hovering around them, plus three more people. They all say you have been an enormous influence in their lives, but they will never ever tell you to your face because they say you are not social enough in Newport nor important enough to be congratulated for you input. Lisa Goddard said, "*Who the hell are you over there?*"

It is Rev. Jennifer Pedrick, who Pamela Chapman knew 24 years ago, and re-met at a book club meeting about two plus years ago. She didn't need that book club. Her journey was too far advanced for the book. She read the book and facilitated a yoga teacher book meeting with it. Shelley knew that, but never paid any attention to her. Pamela Chapman refused to pay $180 for that book group, but attended one for free. Yes, she actually facilitated a discussion in her home on that book with fellow yoga teachers. Shelley is embarrassed now. She was not then. No one pays attention to Pamela Chapman out there and sometimes in here. They disregard what she is trying to communicate. 4:28 5-30-22.

These people refuse to tell you anything to you face—or to you in this realm— but they have no problem stealing everything of yours, or having you channel for them. They leave you with nothing and resort back to themselves all friendly and secure knowing you have nothing and they have everything of yours. She has no faith in anyone anymore because they all backed the former husband then, now, and moving forward.

Tameen Saied thinks they all love Harry Gural because he is a gentle highly vibrational man who listens to them. They are woman looking to have an affair and escape their lives. Well, Pamela Chapman will not have any affair with anyone, but she can listen too out there like no one can, and she was never like this until she got a divorce. She stopped talking out there, and only listened. Her listening skills got better and better, but no matter what she says they have an excuse for why it didn't work for her, and only for themselves.

Pamela Chapman
pmchapman@cox.net
lol-on-2-04-19

Pamela Chapman has been treated by her ex-husband, Andrew Parsons as being redundant and extremely unnecessary. She has been sidelined from life as an extra person that no one needs to love, adore, respect, or use to work with. She had so many skills, talents, and abilities. Yet, no one would ever include her as part of their inner circle, except people she really did not have an energy of coherence with. She was fired from life when she had children. No one ever wanted to help or mentor her after that, so when Alberto Villodo said he'd mentor her, that was a god send, except it ruined her completely. It led to torture, terror, and manslaughter, exactly what the ex-husband had always hoped for, as well as Happy van Beuren, Kamala Harris and all the people in Newport who didn't want any author—especially her—to ever see the light of day ever again. 4:49PM 5-30-22 This is not extreme at all. This is the hard-cold fact of truth that no one wants to admit, but they did in 2,000+ pages of dialog.


## August 4, 2021


Mark Halpern had the most influence on Nancy Graham. He was also influenced by and with Kamala Harris, who was protecting Happy van Beuren.

Mark Halpern is connected to another man in Hollywood who is behind Mark Halpern  Is it Ed or Lahore, which one is it?

Happy van Beuren would never do business with a drug dealer of cocaine.

It was said, Lahore moves the money for Justin Ramel, himself. This means Justin Ramel is a drug dealer in LA. Justine Rudock helps him and Marcella Lobo. Marcella Lobo sold cocaine for Lahore and did not know that Lahore was her husband. At one point, she told Alberto Villodo she had cheated or cut a corner with Lahore. She didn't know what to do. Alberto Villodo something like, *"Don't worry about it."*

*Lahore is never the source of the drugs. Ed is the source. They have a container or a warehouse or a facility in East LA.*

Marcella Lobo  sells drugs from Ed on the lot of NBC/Universal. Mark Halpern wants to know about it.

Alberto Villodo was having kundalini with everyone in the thievery ring every night – all the women.

Alberto Villodo needed to distinguish himself in the shaman network. Justin Ramel needed protection in LA. Sharon Ramel, the mother, and Alberto Villodo are colleagues. She was a former

Pamela Chapman
pmc.chapman@cox.net
401.662.9246

student of choice, but avoided his sex games. Sharon Ramel connected him to Alberto Villodo. He made a deal with Justine Rudock to be Lahore some days. So, no one would actually know who Lahore and Alberto Villodo were, one and the same, but everyone in the LA Basin knew anyway except Kamala Harris and Mark Halpern and a few others. Oprah always knew. Yes she did. Most in the basin knew. **When Pamela was in need of knowledge, no one helped her.**

Ed himself finally said he would offer up Marcella Lobo. He holds the drugs. Alberto holds the money.

Harry Gural didn't know any of this. Neither did Tara Plochocki. They just connected with Carrie Crosson Gilpin to create a big block to the book.

Marcella Lobo:  I don't ever want to hear about the book. *Barefoot in Heels* because I don't read anyway. (She claims she does not read English well. She has a MA in psychology from San Diego State.)

Harry Gural presented as a betrayer. He asked for Pamela Chapman's trust in trying to protect her, except he went overboard and deserted her every night even after Melchizedek blessed their union twice. Justin Ramel and Justine Rudock married them three times as 'I do, I do's'. Now he can't even be an I do, I do with any other woman.

Justin Ramel: What is wrong with Harry Gural?

Harry Gural:  I don't ever want to read *Barefoot in Heels*.

Zenia Theresa:  Yes, you will write a review for Zenia Theresa, and it will be published in some local form somewhere, and she will read it.

Harry Gural:  I don't want to write a book review. I want to have sex with her, and now she won't even return my calls.

Zenia Theresa:  You didn't return her Facebook request, so no sex at all for you. You are just like her Twin Soul who did the same thing to her but he didn't want sex with her at all, because Twin Soul's aren't like that.

No one knew why Grenville Craig always wanted to have sex with her, and not his wife who is a Twin Soul of his. That is why he wanted Pamela Chapman as a shamanic wife. This is the worst outcome for a Twin Soul couple.

[Note:  Grenville Craig stayed up for several hours in the early morning hours of October 16, 2021 with Carrie Crosson Gilpin to rape Pamela Chapman when she woke up to demand and force a kundalini practice with her, or at least masturbation. She said, *"Get the hell away from me."* The realm via Carrie Crosson Gilpin screamed at her for at least 3.5 hours 11:28 AM]

Pamela Chapman
pamelachapman.com/65
b91926579604461c

<u>Zenia Theresa</u>:  Who is responsible for preventing <u>Simon & Schuster</u> from the book deal? Is it the British Royal Family?

<u>Beatriz of York</u>:  No, because she told my sister who was one of her reciprocities. She just didn't care for the quality of book coming out of <u>St. Martin's Press</u>. She said the book needed to sit with books of higher quality, and we agreed. No problem there.

<u>Sophie. British Royal Family</u>:  We all know she didn't like lower quality appointments. So, she has the quality and taste of the British Royal family, but <u>Harry Gural</u> doesn't. So, we refuse him as a future potential guide. That is the all we have to say.

<u>Tameen Saied</u>:  We refuse him as brother. We don't want to work with a traitor of choice. Infidelity counts with all. Yes. Now about <u>Alberto Villodo</u> as <u>Lahore</u>. <u>Lahore</u> is a huge traitor and so is <u>Alberto Villodo</u>. My father (Merkle the guide) knew about <u>Lahore</u> but not <u>Alberto Villodo</u>.

My father never let me get too involved, but I am in India after all. I lived in London for about 20 years, and 20 years in South India. I would live in London again in a heartbeat but my wife's family is Indian, and I won't let her **desert her family**, so I don't compete in <u>The Game</u> like the others. I stay because I am your soul lineage. That is all I have to say.

Someday some might need these quotes for a book. No for legal lawsuits and the NY Times, which is akin to <u>Ashly Judd</u> and the **#metoo** movement.

<u>Harry Gural</u>, you are so screwed because she gave you every opportunity to stand up and get out of the race and you gave yourself every opportunity to cheat. What is the name of your game <u>Harry Gural</u>?

<u>Zenia Theresa</u>: No. You are a traitor of choice because you never had a real honest female intimate relationship for very long, and <u>Tara Plochocki</u> offered you something that was not real. You don't like each other, nor care for each other in the physical. You are 62/63 and she was 41/42.

<u>Pamela Chapman</u> will sue you all someday some way, We need to know who is at the center of all things?
    <u>Carrie Crosson Gilpin</u>, <u>Mark Halpern</u>, <u>Happy van Beuren</u>, <u>Kamala Harris</u>, <u>Tara Plochocki</u>.

<u>Nancy Graham</u>, SVP, <u>Jonathon Knapp</u>, CEO <u>Simon & Schuster</u> who said we don't pay you equivalents like you wanted but we gave and made at least 4 pre-contracts worth $240-$320 million up front. Then, it was $60-$75 million upfront for print, sales, and distribution with 26% after that times a year.

**8:12AM**

Pamela Chapman
pmchapman@example.net
101-xxx-xxxx

We want you to validate us. We will never violate you. Date-time stamps were always validated by **Pamela Chapman** herself and no one else. Every other person gave the wrong time as if real time in this real space was not real at all. She has known better for at least 10 years.

**Andrew Parsons** validated everyone at **Anesthesia Associates of MA** because he sent **Jim O'Rourke** a copy of *Barefoot in Heels* and copied every colleague he knew so everyone there now knows all about his wife and the book. The same was true for **Roger Kass** and the entire **Kamala Harris** group as well as the **Redwood Library** and the **Newport Hospital Board**. They all validated each other in August/September 2019 even before they were in the energy realms they all knew it was real the moment they entered in.

Rob Mauer across the street said most neighbors knew about February 4, 2021 and the book before because they heard all about it in the realm. Everyone everywhere was validated before they ever started, including the Abbate family for helping Andrew Parsons on Feb 4, 2021.

No one ever validated **Pamela Chapman** except herself, and with **Wendy and Eric Schmidt**/Google validated everyone else.

She has to read the headlines, email, Facebook, etc. to validate all of you and no one returns the favor:  **Grenville Craig**, **Sandra Craig**, and **Donald Jagoe** did the same for ten years. She has no respect or relationship with any of you period. End of story.

She will legally sue.

**Carrie Crosson Gilpin**:  Not true. Someone named **Sophie** was always in the space asking about the contents of the book that I read. Ok, not really read the way you wrote it, but read something so no one would actually like or address you with respect.
      That's equivalent to manslaughter #3 in the US court system.

**Read Hastings, esq.:**  That's drama in the nth degree. That's what lawyers live for in the US court system. It can't be appealed because destruction is destruction after all.

**Bill Gural**:  **Harry Gural** is always talking in code. Stop talking in code because you are so fluid with code. You are betraying yourself. You don't know your own truth.
      So, stop talking in code. It is hypnotizing you into a false sense of desire. You are your own truth, if you even know what that is.

Pamela Chapman
pamelachapman@cox.net
401-965-0240

Everyone you kissed at night on a back porch, got not a kiss but a tag by <u>Tara Plochocki</u>. They could have been out of the <u>Public Commons</u> realm having retreated into the understory, but you kissed and tagged them instead so that no one could retreat—<u>Pamela Chapman</u> most of all (but not kissed on a back porch, but directly). You pulled all these people into your drama. As long as you were in the drama in the <u>Public Commons</u> and other spaces, so was <u>Pamela Chapman</u>. [If he was here, so was she, and he tagged everyone to keep him there, which kept her there.

<u>Gretchen Carlson</u> stopped writing days ago, <u>Trudy Coxe</u> did also. Your lawyer, <u>Christine Bush</u>, esq. is writing this all down because she knows you will sue, and you will start with <u>Andrew Parsons. MD</u> and go from there. No one knows when you will need a bigger law firm but it will start there and grow out concentrically. You know all the players. That is what matters most. She doesn't know <u>Nancy Graham</u>, <u>Jonathon Knapp</u>, or the British Royal family. She knows <u>Tameen Saied</u> by private email conversations (2014+) regarding astrology.

<u>Harry Gural</u> is one of the worst relationships of all because you and he had a sexual relationship in college, and now he asked you to trust him in a great moment of need. He was ok for about three days, and then turned rapidly and never returned. Reciprocity of relationship can give you a great attraction to each other. The only thing that is real is if you are physically face-to-face in a relationship.

***<u>Rob Mauer</u>: I wanted out of the story, but can't turn the page, and now my wife and kids –only the kids are in a different place because <u>Tameen Saied</u> watched my son watch her with binoculars and report to <u>Kathy Abbate</u> what she was doing so <u>Kathy Abbate</u> could harass her and say she was following <u>Pamela Chapman</u> around the house. <u>Tameen Saied</u> followed the story so did <u>Alberto Villodo</u> and knew exactly what was happening. He approached <u>Rob Mauer</u> several times and tried to tell the local police. No one did anything until <u>Andrew Parsons</u> said leave my former wife alone because if my children were living there, that would be too creepy for everyone.

You might have a peeping tom, voyeuristic man who might grow up to be a creep or worst of all become a 1st class traitor like <u>Harry Gural</u>.

Your children fleshed this out one-two months ago but no one would tell you the truth. You have been living in the upper realm with a traitor and a betrayer.

<u>Pamela Chapman:</u>  Not the 1st time this has happened.

<u>Emily Parsons</u>:  I don't want to hear about your lawsuits. I didn't say one word to my father because I live with him.

<u>William Parsons:</u>  Me too. We can't stand what they all do to you.

<u>Zenia Theresa:</u>  You are doing the exact same thing. No one will talk to her about anything.

Pamela Chapman
pmschapman@comcast.net
[redacted]

<u>Lynda Adams</u>:  She can tell me the whole story.

<u>Zenia Theresa-Pamela Chapman</u>:  No you are going to tell her the whole f'story because she has to validate everyone else and no one will validate her. What's the problem?
No one will talk to her except perfect strangers.

Why is that?

No one likes or respects her any day of the week.

She feels the same way about all of you. You might be talking in code, but she is pure authenticity. Be careful what game you are all playing, it might boomerang and hit you in the face. Some things you can never recover from. Just remember that everyone.


<u>Donald Trump Sr.</u> and <u>Jr.</u>, <u>The Clinton's</u>, <u>The Obama's</u>, <u>The Bush's</u>, <u>Jenna Bush</u> <u>Hager</u>—who does book reviews for the Today show and writes reviews for *Kirkus*. She said it best, No one wanted to go up against <u>Kamala Harris</u> because she her goons will destroy you.

<u>Donald Trump Sr</u>:  I have my own goons. No one ever touches me.

<u>Lahore:</u>  I have my own goons. I just don't show them with anyone. I am <u>Marcella's</u> goon.

<u>Pamela Chapman</u> always needed protection. <u>Alberto Villodo</u> said he would be her energy realm mentor, yet he never taught her a thing.

[<u>Note</u>:  <u>Harry Gural</u> claimed he'd be her shaman on April 30, 2021. Yet, he didn't protect her at all and mentored *all* the <u>Akashic Record</u> realm in kundalini instead, and kept her in the dark about all of it (and so did everyone else) until Sept 30 and the first two weeks of October.]

<u>Gwyneth Paltrow</u> said,  *"Well, <u>Lahore</u> taught me several things"*.

<u>Annette Burke</u> who wanted to be the shamanic wife of <u>Alberto Villodo</u>. As well as all her twit friends. <u>Alberto Villodo</u> doesn't talk with you the way he talks with everyone else. You have a different relationship with him that no one else has.

Yes, but <u>Kimberly Witherspoon</u> will always say, and <u>Pamela Chapman</u> agrees, *"They have no similarities of taste out there. They couldn't get along out there. Their people and taste are too different."*

Oh, that reminds me of <u>Andrew Parsons</u> and <u>Harry Gural</u>. The gap between them is just too big.

<u>Joseph Fins</u>:  Not really. You had karma and reciprocity … but somethings can't be overlooked after all.

340

Pamela Chapman
pmechapman@cox.net
401-662-9516

<u>Beatrice of York</u>:  No one wanted the book because we said we'd take it unconditionally, and you finally said, *"No. it's not the right quality. You don't have the international distribution. You might be too small and too low class when it comes to book choices."*

<u>Sarah of York</u>:  No f'kidding, but this is our business. This is how we play.

<u>Pamela Chapman</u>:  Oh, this is my content, my material and I refuse to undersell or be under-represented. Now, I own it all—rights and permissions, and I don't publish unless I agree.

***"Publish or perish,"*** as they say. That is the new title of her book signing party of the future.

<u>Pamela Chapman</u>:  It is always my choice, and if I don't like the choices, the manuscript belongs to my estate, and it will wait until the conditions are proper and correct for the rights of publication. That is my right and my permission.

The book will be published.

Betrayal is not an emotion. Betrayal is a soul-based vibration, as is grief and shame.

So, if you put me in grief, shame, or betrayal, it just affects my hertz vibration and never my emotional space.

**Only those people who know how to get out of this space will have joy and intimacy in the right space/place with the right people**.

<u>Pamela Chapman</u>:  He can experience whatever might be in the Omega spiral, but without human emotions and relationship. [Note:  it's not an emotional space—it's expanded consciousness of the soul and he is there with <u>Pamela Chapman</u>. He lives like her in the Omega spiral. They are not devoid of emotions. They are filled with a high vibration of divinity that becomes a pure kundalini source energy in October.]…  Yet, he doesn't understand his family, or ***<u>Barefoot in Heels</u>***, the manuscript/book.

<u>Alberto Villodo</u>:  When I am <u>Alberto Villodo</u>, I have emotions. When I am <u>Lahore</u>, I lack emotions. I am straight business. When I was with you in January, 2021, I loved talking with you and your group. At night, I retreated to <u>Lahore</u>, and then <u>Alberto Villodo</u> in <u>Marcella</u>'s masturbation space. One night in that space, I actually called someone <u>Pamela</u> and someone said, *"No, I am so and so"*. <u>Marcella Lobo</u> said *"That's strange, who is <u>Pamela</u>?"* I said, *"I didn't know, it just popped out."*

<u>Marcella Lobo</u>:  I didn't know what you did to him.

Pamela Chapman
pmechapman@cox.net
401-662-9546

Pat Fernandez:  No one did anything to anyone, we just had honest conversation.

Alberto Villodo:  You were never honest, but we had a mutual agreement of conversation that was supposed to treat me equally. No sex. No business. No money. No anything else. That's what happened in that space, Marcella Lobo.

When Pamela Chapman called Alberto Villodo the Los Lobos for one to two months, Alberto Villodo didn't like that. Neither did Ed, because it meant they were equal partners and no one ever believed she belonged in that business.

Ed: Marcella Lobo is sloppy and will make a mistake. She is an addict after all. You never do the product. You sell, not do the product you sell.

Carol Johnson (Stupid 2nd Cousin):  I am not an instigator of choice.

You earned it yourself.

(Stupid 2nd Cousin):  I don't understand why you put it all on Ancestry.com and I couldn't ask directly because I am a jerk, so I attacked you instead.

Smart 4th Cousin:  Are you f'kidding. Everyone knows why and you could always contact her directly.

Who validated you the most? My father in heaven. My great grandmother in heaven, Jeanne Dixon, Macklin Ollayos—dead people supported Pamela Chapman the most.

She gave her father & Jeanne Dixon the opportunity to see from the other side permanently. Is that a decent reciprocity of engagement and favor?

Absolutely. We don't really have many needs or things you can acquire on the other side. The more opportunity costs, you and me know Zenia Theresa and Metatron can erase your debits and credits but not your glasses. They can be stolen but not cashed out.

Beatriz the Guide:  Stole back her glasses from someone who should get them back. Which guide was it?

Zenia Theresa:  I have no idea.

Metatron:  Neither do I, but will look into the case.

Beatriz the Guide:  I stole them back every time I lost them. I reminded everyone I have more credits than they do.

Zenia Theresa:  Not anymore.

Pamela Chapman
pamelachapman.com.net
Info@C-95 In

**Now it's a guide's game. We don't play.**

Alberto Villodo:  Am I now up here permanently?

Zenia Theresa:  Yes, but not so fast.

Harry Gural, You will return here (Upper realms) one day, but not today. When you get back your human emotional content, then you can return, but we don't tell anyone when that is. That is your game after all.

Harry Gural:  If I don't remove myself from this Akashic Record space, will I be devoid of human emotions and human experience?

Zenia Theresa:  Yes.

Harry Gural:  But Pamela is also.

Zenia Theresa: She already reached enlightenment, so her deal is completely different. [**Note**:

Harry Gural:  I have to get back my human emotions to release them.

Zenia Theresa:  Yes, do you know how to release your emotions?

Harry Gural:  No f'way. That is the Path of Enlightenment.

Pamela Chapman:  You were on a path and got off of it.


We will move the infidels at night into their own space. They don't talk to each other during the day, only at night when the goons all come out to play.


**9:25AM**

Zenia Theresa:  This whole drama and story is now too stupid for all of us. Get out of this space and retreat. It has been six months since February 4, 2021.

And, if we stay here until June 6, 2022, we will lose everything about ourselves, our communities, our economies, our mental health.

Get yourselves glued to a family, and stay there.

Be careful what you get yourself into because you might not be able to get yourself out.

Pamela Chapman
pmchapman@verizon.net
Hilton20020

Harry Gural's language of *"I love you, but I don't,"* and, *"I like you, but I don't,"* is perfect language for a space that is devoid of human emotion, and won't help Harry Gural or Pamela Chapman out of the story.

True love is a passion of a divinity, and like is an energy of coherence, or a misrepresentation or a co-dependency.

Tias and Surya Little:  ***Los Angeles Magazine, Stacie Stuken, July 15, 2020.*** Yogi Bhajan and quotes – sounds like Rusty Powell III, Rusty Dorman, Kamala Harris and Tom Hockaday's House. It is a scam of investment fraud, sex, rape, marriages, drugs, etc. It only invited people into the Akashic Record realm – Yogi Bhajan as Kundalini Yoga was an initiation into the Akashic Record realm's, The Game of Sexual Obedience.

[**Note**:  Harry Gural was initiated into The Game not through Kundalini Yoga (Which is a Shit Show game of word play and bastardizes Raja Yoga) but through US Senate Ways and Means Committee—and it all initiates you in The Game of Sexual Obedience—In The Game, do you choose the kundalini path with all that it entails with fraud or masturbation which is the lowest vibration in the realm. Just like Ways and Means, Bhajan II sorts you out into two camps of people.]

> This is a middle realm game, which is irrelevant in the upper realms, where true reciprocity of relationship and true kundalini exists, always and forever more.

Yogi Bhajan II is really Guru Singh Puir.


On this night of Memorial Day, May 30, 2022, Marcella Lobo herself who is really Annette Funicello who is really Monique Burgess made a full confession. Then, someone else said no, I was Annette Funicello for several days back in May 2021—we all thought it was March or maybe early April. No it was not. It was mid-May 2021. Jackie Egan's little sister, Suzie Conklin Nance held a soiree at her house.

Suzie Conklin Nance said, *"I can't stand the bitch she is a terrible writer and she is a whore with Villodo."*

Harry Gural today says, *"I never heard anything like that."*

Suzie Conklin Nance/Monique Burgess says now, *"I think I am mistaken but I could have sworn I heard that."* No you did not.

Grenville Craig Crossing Guard Gates who is Andrew Parsons claims I never understood what Harry was doing on that back porch and one night Pamela Chapman woke up and he was trying to kiss Judy Hall and she thought that as so strange. So, do Andrew Parsons. Things stopped when

Pamela Chapman
pmelachapman@comcast.net
(c) copyright

Pamela Chapman woke up. Harry Gural remembers that, because everyone said, *"What are you doing with Judy Hall. You would never actually like a woman like that."*

Suzie f'Nance now says, *"It think I have the wrong dates. I think I heard that at Kundalini Crossing."*

No, you did not Suzie Conklin Nance. You are Jessica Hagen, and we know you said so many mean things at Kundalini Crossing about Pamela Chapman because Tameen Saied himself heard them.

Jessica Hagen told Harry Gural you were such a jerk and that no one liked her. Her daughter said, *"She was a friend of my mother, but not any longer because no one actually likes her."*

Harry Gural just said, *"They didn't actually say that."*

Jessica Hagen wants to stop because, *"She can't remember what she said."* She recants her previous comment, *"I can't remember every line of dialog I ever said in Pamela Chapman's book, because she is right, if I think I said it, then I believe I did, and if I want to be that character and I listen long enough, then I am that character."* This is just like Andrew Parsons and his issues with being a character in Pamela Chapman's book, *Barefoot in Heels*.

Suzie Conklin Nance says *"Well, I'm not a character in the book, so I can say anything I want."* No you can't.

Suzie Conklin Nance is Jessica Hagen on steroids because she can't stop complaining about Pamela Chapman and how Pamela f'Chapman knows Villodo himself personally and she spent $40,000, actually more, to go to Argentina with her husband to meet Alberto Villodo, and all she came home with was an initiation into the Akashic Record realm, and then she had to team up with Mimi Sammis to learn about it. She never took kundalini yoga.

Suzie Conklin Nance can't stop complaining also about how you can do hypnotherapy, and that you also are a clear channel because then you trump everything she can do, and therefore, you can do it better than she ever could. But, you don't teach it, and you don't practice it at a store front like she does. The store front is her mother's Capital Realty company. Jackie and Bill Egan own the building. This office on Bellevue Avenue in Newport is always closed.

Jackie Egan could not stop herself from taking over as the spokesperson for the Book Committee, which met at Suzie Nance's place. The list of members is at the beginning of this document. Jackie Egan asked Pamela Chapman if it would be ok if she spoke for the group?

She said, *"Sure. I know you Jackie Egan."* Jackie Egan proceeded to tear Pamela Chapman apart. She basically spoke to her is if she were her mother and Pamela were an adolescent. We all remember that. Because of Pamela Chapman's association with Alberto Villodo, Jackie Egan accused her of being a whore, especially for having kundalini with him. All he did, was pop her chakras open to open up the hundredth meeting point in her aura. This burned off the filter on its opening. Then the portal leaked all her thoughts into the realm. Jean and Jerry do not enter the aura through there. It is where kundalini energy pours into the aura and the body.

Pamela Chapman
pamelachapman.com
401-862-9851

Jackie Egan accused Pamela Chapman of stealing, plagiarizing and cheating in college. Having heard this from Andrew Parsons. They also played a game with her and said Jed Wilcox and Tina Wilcox McIntyre were Twin Souls, but her used the name, Lisa Amodio instead, a woman Pamela Chapman knew from the time she was about three or four years old.

Then they said, Jed and Lisa were such a balanced Twin Soul couple that they lived in perfect harmony with Elena Wilcox and Jerry Amodio and all the children of these marriages. Jed Wilcox could not really answer any questions, but they appeared in early March 2021, when Pamela Chapman asked where were all the Wisdom Keeper women in the realm. Jed and Lisa appeared in the Upper realm from Andrea's Nation, which is managed by Beatriz of York. Andrea was supposed to have been a woman who worked in publishing in NYC and distantly related to Jed Wilcox.

Jed and Tina Wilcox grew up in New Britain, CT, and Jesse Leone and Tom Cosgrove knew her. Pamela Chapman and Stanley also grew up in New Britain, CT. Pamela Chapman knew this about Jed Wilcox. He and his sister have the Wilcox Family Foundation trust fund. His wife, Elena, hails directly off the boat from Russia. He met her there. Pamela has been associated with them for over a decade due to their children's schooling. Elena sells real estate. She tried to sell or block Pamela Chapman from a condo unit at Bonneycrest that Pamela really loved. Elena told her quite a tall tale about that one.

It was quite a long drawn out rouse that they all played with her, while accusing her head on every day of being a cheat and liar and whore. It was nonstop harassment that made Pamela Chapman have to defend herself at all times. No one seemed to believe her. It never ever stopped. Andrew Parsons insisted the accusations were accurate.

Pamela Chapman kept saying, *"How could they?"* and this and that. It was a harassment that never stopped after that, no matter who was involved.

Andrew Parsons was always there to say the harassments were legitimist.

It started a whole chain reaction of inquiry in the Public Commons and understory— which Pamela Chapman had no idea existed. Everyone she ever grew up with, ran around collecting every possible story of slander and harassment possible, such as how many men did she really sleep with? And, how many times did she commit all sorts of things? Everyone made things up to fit their needs, and far too much information was extracted from or imagine through her sister. Everything was out of context. In her defense, she was forced to explain. It was a circus, a full-frontal assault. 9:23PM 5-30-22

How many days do we want to play this game everybody? Jerry and Jean want to know because Jerry and Jean know realize Jackie Egan never stopped the bullet train once it started. Once it started it never ever stopped the people just changed names and places. Andrew Parsons never stopped either. And no one told Pamela Chapman a things that was true about anything.

Pamela Chapman
pamelachapman@cox.net
InLove2.net

Jackie and Bill Egan have and estimated net worth of $50 million. Jim and Alice Ross have a net worth of $90 million. Jim Ross, esq. wants to take over for Tobie Fields in the Redwood Book Committee. He is a corporate attorney who worked for white glove Cravath Swain in NYC, and he now manages his investments. Jean Gorham, 87, herself has a net worth without her husband's trust fund of at least $1 billion because no one has touched it for at least a full generation. The money is all privately held at Slocum Gordon, Newport, RI.  Sid Gorham, 89, has a net worth of $800—900 million in his own private trust fund account. Together, as a married couple, they are worth almost $2 billion. And, they are all trying to take anyway Pamela Chapman's ability to make a true living for herself claiming she is either too high brow but doesn't belong to our clubs, or she is too low brow and doesn't deserve to earn anything, anything at all.

Tim Hollister, esq. claims this is a classic case of, *"I will prevent you from ever touching me and my class. I forbid you to ever walk in my shoes, or take over for me when I am dead. I arrived and you cannot. These are classic schemes of the wealthy. If slander, fraud, manslaughter, pornography, sexual assault, and other charges are involved, then this is truly a classic case of gross misconduct. No amount of money will substitute for the pain and suffering they have caused you over 1.5 years 24/7."*

*"They have had every advantage in life, and you have not, but you are extremely well-educated and were positioned to succeed, except you could not here in Newport, RI. Your ex-husband never helped you, and now without him, you have been ostracized by the elite as well as everyone else. It is as if you do not belong to any group at all."*

Jackie Egan told Pamela Chapman, *"You don't deserve a financial contract for your book, and you don't deserve to have a facelift by a noted plastic surgeon in Providence, because I did and Pamela Chapman you are not me."*

Once of Jim Ross' and Alice Ross' daughter said at the party for Antonia Chapman in mid-August, *"Pamela Chapman did not deserve to make so much money on her book, because her father earned their money the proper way, and Pamela Chapman did not."*

*"A book is never worth that much,"* or so they said. They didn't want her to have the net worth of their parents. This is all a game of jealousy, power, and who has the most money.

Carolyn DuPont is quoted elsewhere as discussing in full detail what and how this culture of literary talent holds all the power in Newport, and whomever can fundraise the most, or hold the most money, has all the power. So, if Pamela Chapman can write literary fiction, fundraise and have a large financial endowment in the future, then she holds all the power in Newport and Carolyn DuPont and Happy van Beuren were never going to let that happen, and neither is the Redwood Library's Book Committee. 9:30PM

If Carolyn DuPont is 81 years old, She just retired in 2021 as the Development Director. Does she look like she is that old? No, she does not. She has a first-rate face lift and nice clothing. But, she worked at the staff level here in Newport and in Washington DC collecting event money for Rusty

Pamela Chapman
pam.chapman@comcast.net
Tel 508-246-0316

Powell III. But a face life could have been a present from her daughter, Alice Ross. Carolyn DuPont also lives on the grounds of her daughter's McKim, Mead and White house, possibly in an apartment of the property at 5 Berkeley Street, Newport, RI. She might be considered the caretaker of the house since her daughter also lived at **1130 Park Ave**, NYC.

If Carolyn DuPont could get a position in fundraising, did she have any prior experience? No, she did not. She arrived around the age of 65 to work on the Redwood Library's Capital Campaign, and was well paid. People said, *"She did not really have any prior experience."* She did not. She was just well paid for it. Her daughter knew all the important people is what we said.

Rusty Powell III got her the position because she worked for him in Washington DC at the National Gallery, and he is on and off that board of trustees. He is still there.

It is said, Kristin MacManus gives information from her banking software system on individual's net worth to a board member who gives it to Carolyn DuPont. It does not go directly from Kristin MacManus to Carolyn DuPont because then, that is illegal.  Tobie Fields knows that from having worked at US Trust. Kristin MacManus gets access to information from the board of trustees. She is not a Proprietor, so she does not sit on the board. The information goes to Michael Holt Massey, who was the Treasurer. Then, it goes to Carolyn DuPont, as a reciprocity.

If Carolyn DuPont is so valuable to the development department, how is it she has not yet been replaced by Alyssa Gadreau? Some people don't think Alyssa is qualified and is certainly not capable of understanding Social Newport. We interviewed her at Island Moving Company and Pamela Chapman was part of her second interview, so she has some insight, but she won't say because that is legally considered confidential.

She lives in Bristol and is, *"Not of the cloth"*, as they say. But very few are these days. It is never a requirement if you know the proper body of knowledge and the work flow of best practice in fund development, which she did not explain, someone else said that. 9:44PM

Stanley thinks this book cost you, Pamela Chapman everything. No one would hire you, Pamela Chapman because they had all stolen your book, and your ex-husband or Jessica Hagen had slandered you to death for the Newport Hospital episode which was never her mental health necessity. It was all a lie and insurance fraud. Therefore, she could not get a position in fund raising due to slander and fraud, and it was directed at her—unbeknownst to her all along.

She even applied for three positions at Newport Hospital. She had no idea they had all read her book,  or that Andrew Parsons was reading it nightly in Tom Hockaday's house room to most of the staff members of various local Newport non-profits including some Executive Directors and development directors, plus other senior staff. One's position did not disqualify you form being in that Akashic Record room. Most of the truly social people in Newport were not there. Everyone else was. There will come a day when we all define ourselves by who was there, and who was not.

**9:48PM 5-20-22.**

Pamela Chapman
pmchapman@cox.net
401-663-9516

*continued...*
**3:55 PM, August 4, 2021**

All curses go through a guide for permission.

If <u>Pamela Chapman</u> wanted to do Kundalini Yoga—it was all about abuse in the middle realm space.

If <u>Pamela Chapman</u> wanted to do regular yoga, it was no issue.

<u>Alicia Barry:</u> You stopped attending class when she went to the top of the street. That's when <u>Reinette Fournier</u> and <u>Tom Spear</u> got aggressive about initiating anyone who walked into <u>Tenth Gate</u>.

<u>Donald Machado</u>: I couldn't stand that place when <u>Shannon</u> was there, and you stopped attending class.

I stopped in 2015 after <u>Sarah</u> and <u>Daniel</u>'s yoga teacher training because I couldn't breathe in that place if <u>Reinette Fournier</u> was in attendance.

<u>Tias Little</u>: <u>**Yogi Bhajan II**</u> (Kundalini Yoga founder) would advise people never to allow anyone to validate that they are in this space. That way, you can abuse them until you move on to someone else. [<u>Note</u>: That's exactly what <u>Grenville Craig</u> and <u>Sandra Craig</u> and <u>Donald Jagoe</u> did 2011 – 2021.]
    Therefore, they all knew how to abuse you by not validating they were here is this space.
    This is how <u>**Yogi Bhajan II**</u> got away with all that abuse:
        Fraud, sex, abuse, money, for too long.

    He is actually not behind bars because no one can stop him.

    <u>Alberto Villodo</u> doesn't know him at all.

    <u>Tenth Gate</u> closed at the start of COVID-19.

You never leave the <u>Akashic Record</u> room with <u>Yogi Bhajan</u>. <u>Nancy Johnson</u>, R-CT said the same thing. So once abused, always abused. Then, you become the abuser yourself. [<u>Note</u>: That is Harry

Pamela Chapman
pamelachapman@cox.net
401-662-9910

Gural's Stockholm Syndrome and Abuser Syndrome. Harry Gural completely fits the profile of the abused in the Kundalini Platform of ways and Means.]

**Kundalini yoga = initiation into abuse, fraud, sex, drugs, in the middle realm.**

## August 5, 2021
### 8:15AM

Awaiting the conclusion/completion of the morning news cycle in New York City of the media elite.

We have called for a Wesleyan University lineage tree of a global mesa type for all those of the lineage who might wish to participate. We ask that you participate in silence as a global mesa shaman circle would and we ask that you allows those who had been talking last night to continue in that realm and if called upon to step down or step up.

We are Roger Kass as himself and not representing the family of marriage, van Beuren, Suzanna Kay, Lin Miranda, Pamela Dorman, Pamela Chapman, Ed Heffernan, Lori Kipnes, Harry Gural, Joe Fins, Laura Fraser, Dominique Browning, Melissa Hendricks.

We came to support Lin Miranda who arrived when Roger Kass and Pamela Chapman were bantering about film and his brother arrived and started his was from Brooklyn Heights and Pamela Chapman responded OMG, he's from *In the Heights*. Lin Miranda after about three mentions of *In the Heights* knew intuitively, that it was his cue.

And he arrived and engaged us for over an hour of his skill and technique in dialogue that reminds us of our humanity and dignity. After an hour or so the name of Peter Bramante and three dancers from Island Moving Company arrived with scorching energy to stop it.

After an hour or more of negotiation, we learned it was Bobby McDermott, Rusty Powell III and Tara Plochocki doing the dead.

Extensive participation of all revealed Rusty Powell III was masturbating (He claims he never does.) which was a cue for Harry Gural to touch his male penis (He never does.) and Pamela Chapman said, *"You are never obligated to touch any body part because nothing will ever respond."* He stood down completely. Harry Gural is touching which triggers Tara Plochocki to start masturbating herself which causes Bobby McDermott to masturbate with them. [Note: Harry Gural claims not to have been masturbating at all, 1-22-22 11:06PM. That's the Fraternity Game.]

We turned to inform Rusty Powell III to stop and stand down. He refused.

We were able to get Bobby McDermott to stand down immediately.

Pamela Chapman
pixichapman@cox.net
401-662-9546

It took some time but we got <u>Tara Plochocki</u> to stop. <u>Rusty Powell III</u> fought to the end. He claimed he does this every night despite <u>Harry Gural</u> not being able to participate physiology. He claimed they arrive nightly. They report to <u>Kamala Harris</u> to delivered the deed.

<u>Pamela Chapman</u> suggested to <u>Harry Gural</u> that the US Capital and Senate must have a Human Resources department where he could file a sexual harassment claim, and all the other claims.

He said, *"Yes,"* and attempted to provide a simple outline of what he could file for. If he were blocked—No, that's against the law.

As <u>Kamala Harris</u> suggested, "<u>Harry Gural</u> would be for this filing, because his own filing will never see the light of day, once filed." He then takes his claim straight to the New York Times and the New York media elite.
    <u>Gretchen Carlson</u>, <u>Jane Pauley</u>, others said, *"You can contact me directly."*

If that wasn't enough, we laid out that this all started because:
1. <u>Richard Neal</u> began all <u>Ways and Means Committee</u> meetings with a call to initiation of anyone present in congressional chambers to be initiated into the <u>Akashic Record</u> realm, <u>Harry Gural</u> sat in <u>Barney Frank</u> seat and immediately said his name energetically indicating he was initiated. <u>Harry Gural</u> was then put into an <u>Akashic Record</u> room arranged by <u>Kamala Harris.</u> This is all true.
2. This all happened six years ago and <u>Harry Gural</u> resigned in January 2021, effective March 2021.
3. In the <u>Akashic Record</u> room arranged by <u>Kamala Harris</u> he was introduced to <u>Bobby McDermott</u> who claimed to be gay but was bisexual. <u>Harry Gural's</u> psyche was swapped for 1.5 years with <u>Bobby McDermott</u> which made him question his own sexuality so much he made a comment to <u>Barney Frank.</u>

Last night the body responded physiologically to all the energy attacks with rapid heartbeat with both <u>Alberto Villodo</u> and <u>Pamela Chapman</u> could immediately feel in her own physical body. This is akin to all the frontal attacks and all the legal issues attached to <u>Yogi Bhajan II</u>. It includes <u>Harry Gural</u> being fraudulently attached such that his money can't be touched—frozen, blocked by the IRS and other mechanisms. It's <u>Kamala Harris's</u> technique for thievery and leadership. It is also the style of <u>Ways and Means Committee</u> to enforce whatever leadership it seeks. It demands immediate reverence to whatever its mission is regardless of its legality.

It is not surprising that all the bad behavior in the <u>Akashic Record</u> room directly parallels the work flow and workings of <u>Yogi Bhajan II</u> and his kundalini yoga empire. It also includes 11 years of his security company obtaining $3.5 billion federal monies from the Dept. of Homeland Securities for his security company.

<u>Yogi Bhajan II</u> has his own band of shaman- like energy supporters to surround him. No matter the attacks he has remained un-arrested and not stopped. We are not calling on him to do anything

Pamela Chapman
pmcchapman@cox.net
Tel: 602.299.516

except to witness that the Akashic Record realm has been taken over by his very techniques by people not versed or experienced in the techniques he pedals in the kundalini yoga world he created.

Pamela Chapman was advised by Tias Little to Google Yogi Bhajan II and it was all these in plain sight. We were mostly concerned that we cannot unlock, dismiss, and dissolve all the tie-ins and thievery that is affecting Harry Gural's psyche. It is akin to a Celtic weave of interconnection almost impossible to correct.

We are asking Beatriz to correct Harry Gural, who the Rusti's are constantly interfering with. His behavior is so tied to every movement of Tara Plochocki, Bobby McDermott, Rusty Powell III to the extent the man must undress in a dark closet and so many daily rituals of normal behavior have been subverted by this band of common fraudulent thieves: money, sex, power, are at the core of this and he cannot move forward with any part of his life until all these people and their guides stand down permanently and either suppress or unsuppressed according to their station.

**Note:** Lin Miranda and Suzanna Gray said, *"If Harry Gural could not file a complaint they would in his name."* They also suggested that Michael Roth and Keri Weil, his wife, *"Knew too much, and didn't step forward early enough."* Pamela Dorman '78 knows this the best from Kamala's Table. They said, *"They may re-think their 6-digit donations to Wesleyan University if the situation didn't correct itself immediately."*

At the end of the day, Roger Kass said, *"My mother-in-law was behind much of Kamala Harris behavior."* He didn't want to stand on that side of the equation any longer. He didn't stand for that kind of behavior except he was committed for his own felonies with *Barefoot in Heels.*

This isn't the story of that book. It is all about Harry Gural and Kamala Harris and Capitol Hill and sexual harassment and all the others.
> Fraud, embezzlement, blackmail, manslaughter #3, collusion, aiding and abetting, assault and battery, sexual harassment, sexual abuse, emotional, physical, abuse, slander and defamation of character.

It is no uncommon for kundalini yoga practitioners to experience all of these uniformly and collectively and individually. It usually spreads from the individual to their domestic partner then their children and extended families.

Harry Gural initiated his mother, sister, brother, brother-in-law after Richard Neal did to him. For his family at the time of initiation, it did not create a harmonious holiday experience. There are too many ongoing repercussions for him to deal with on his own.

Todd Traina, San Francisco previously acknowledged we can't change our government but we can change our response and our individual participation and call for proper laws and protection of our assets and our livelihoods.

Pamela Chapman
pmechapman@cox.net
401-662-9516

Is Harry Gural a ruthless spy for the other side, and for Tara Plochocki?

Kamala Harris completely acknowledges her participation in Harry Gural's sexual harassment case and is/was above and beyond the call of duty, but because Tara Plochocki claims, *"I Harry Gural is the one and only marriage opportunity, and he promised her another ceremony."*

Tara Plochocki intercepted Kamala Harris. *"Don't ever do that, Tara Plochocki."*

Kamala Harris: We don't do that ever. Tara Plochocki, you are not my equal and you never will be.

Harry Gural:   Tara Plochocki, you are nothing more than a fantasy of the imagination. I will never be your equal. I am a reciprocity man and guide by birth and situation. So blow yourself to smithereens.

Roger Kass: Kamala Harris made sure Pamela Chapman's book, *Barefoot in Heels*, could never be published by using Pamela Dorman, Viking Penguin and Carrie Crosson Gilpin via Mark Halpern who barely escaped indictment in the **#metoo** movement of Universal Pictures. He and Carrie Crosson Gilpin are connected and they connect to Nancy Graham of Scribner's and Simon and Schuster. Never could Nancy Graham accept a book deal for *Barefoot in Heels* for many reasons but mainly because Happy van Beuren donated over $2 million to Kamala Harris' campaign and it was her reciprocity of favor and acknowledgement to be sure Happy van Beuren request to suppress the book be acknowledged and never published.

It went so far as to suggest Kamala Harris had traded *Barefoot in Heels*, for the constitution of the USA that was a few weeks ago in early July. Now it is August 5, 2021.

Donald Christ:  Sullivan and Cromwell, **McBean Charitable Trust**, Newport, wants to know immediately what Kamala Harris is doing to end or negotiate this claim of sexual harassment in the work place potentially filed by Harry Gural, and if not him, then Lin Miranda and Suzanna Gray because if he didn't we understand others will file anything they can. If they don't, they will go to the national news media for a dialog like no other.

Kamala Harris:  I will step down in the future but not now.

**9:33AM**

We are going to validate all of you, so that none of you can be harassed.
    That is the cornerstone of **Yogi Bhajan's (Singh Puir)** that you don't acknowledge or validate others so that you can harass, de-fraud, embezzle, etc.

If Pamela Chapman is for women and children, I am for *Barefoot in Heels*. Happy van Beuren, I can no longer support you in a reciprocity for your donation.

Patricia Chapman
pmchapman@msn.net
401-662-0912

Kamala Harris: I will lose my VP position and never be president because this all got too out of hand for any one person or situation.

This isn't about the book. It's about suppression (which does not exist, only a retreat away from the realm) in this space, Harry Gural and all the goons, and kundalini yoga by experience. All the power of thievery belongs to the kundalini yoga communities which were all about initiating people into the realm, and then extending harassment and abuse onto them by Yogi Bhajan II.

Yogi Bajan's approach and technique is to embarrass people when they are in public so that the public will see to harass and enslave them also. It is a culture of an Infidel Nation state. This is the language of the Thievery Ring Workgroup who consistently told Pamela Chapman, *"We will embarrass and shame you so you can't be seen in public."*

Roger Kass: At Kamala's Table you don't arrive without a complete harassment of your financial information and your sexual indiscretions or intimacies. It's always about sex, money, and fraudulent activities. They sit there and read your financial information so that everyone knows each other's stuff.

Not unlike Tom Hockaday's House of sexual deviancy where Kristin MacManus of US Trust was reading off people's investment portfolio totals and deposits and check cashing and writing – their personal banking routines. She did this while Peter Kehoe was making sexual assaults and abuses against women. It was also all about masturbation scenarios with others. Andrew Parsons was their reading his wife's manuscript. It is all the same stuff. That Akashic Record room of Tom Hockaday's house became a Caliphate Nation State of sex, $$, fraud, and Grand Theft.

It was all the same harassment, abuse, fraudulent activity.

Kamala's Table. We all had to learn these rules and when new people arrived like Albert Villodo and Pamela Chapman they didn't know then and we did. They were at a terrible disadvantage it allowed us to take advantage of Alberto Villodo, Pamela Chapman, Harry Gural, except Harry Gural wasn't there but a moment because Kamala Harris refused to accept his participation. She never anticipated his arrival via Pamela Chapman and Michael Roth said something about the class of '83.

Richard Neal Story = Kamala Harris = Rusty Powell III = Rusty Dorman/ Bobby McDermott = The same story of abuse = Yogi Bhajan =
                    Abuse, fraud, sex, $$$ in the Akashic record realm.

This is also The Big Book Story but it wasn't supposed to be. It was supposed to be Guide War, and it turned into abuse, sex, fraud, money and total destruction in the realm that Pamela Chapman can't get away from. We stop right away Beatriz claims because this isn't what The Big Book Story was supposed to be about. This is pure Yogi Bhajan and Ways and Means. Without the precident and pracices of Ways and Means, Kamala's Table

Pamela J. Chapman
pmechapman@cox.net
tel. 860-961-6

and Tom Hockaday's house—who also held Kundalina Yoga teachers and Yogi Bahjan, this would have been a different narrative.

It is not what is supposed to go on out there but is accepted as ok as thievery in here. We do nothing but abuse in the energy realm and try to live above board out there? Are you kidding me. This is the New Golden Age of energy and this is what you do to and enlightened person in a last life time? The entire guiding realm should be aghast at Beatriz, Zenia Theresa, Saul and Samuel because this is not what we all signed up for and never will do this ever again.  **1-23-22 8:00PM**

Suppression is a misplaced term. It does not mean together with another. It is supposed to mean that your energy is completely contained within your aura, and no one can ever contact your aura-to-aura either deliberately to talk with you or to communicate with you subconsciously. Suppression implies no one can get in or out and usually you would have a buddy suppressed with you as in the upper realms-a reciprocity of relationship

Melchizedek guides do not hide. They are not in the guiding realm. Pamela Chapman and Harry Gural do not have to worry about that. They have their own kingdom. They will be together after all of this.

We won't say. Melchizedek guides who are living are as important for information to the guiding realm as the other way around both sides must work together to achieve the outcomes they desire.

**5:07PM**

Rusty Powell III listening on Pamela Chapman's left ear and thinking he has heard the entire American Express telephone transfer to pay the monthly bill.

The entire Akashic Record realm knows he is committing fraud. He is trying to block Pamela Chapman's access to her accounts and freezes her out.

Peter Bramante, Island Moving Company Executive Director was also there. He is trying to fill out a credit card application with my numbers to freeze me out of my credit score accounts. Everyone has heard the story in the Akashic Record realm.

> Witnesses:  Dorienne Farzan, Amey Cardullo esq., Turner Scott esq., Karyn Chabot, Annette Burke, Pamela Chapman.

**8:40PM**

Grenville Craig and Sandra Craig massively attacked Pamela Chapman to find out where a key to the house was stashed outside, and then where to get money in the house and how much Alberto

Pamela Chapman
pamelachapman@cox.net
101-662-9516

Villodo told her to move the money in the dark so she moved it, and they demanded to know where it was.

**5:07 PM**

A long conversation space ensued because Earl "Rusty" Powell III, Little Compton, RI (Former National Gallery of Art, Executive Director) claims he had been listening via black magician tools to listen to my conversation with American Express regarding the paying of a bill via cellular telephone communications. It was suggested Peter Bramante, Tiverton, RI, ED of Island Moving Company, Newport, RI was also listening. He said he was filling out a credit card application with my numbers on it since my credit score was higher than his at the time.

There was a lengthy conversation regarding fraud and financial fraud schemes, harassment, collusion, aiding and abetting, assault, physical and emotional abuse of all kinds, including slander and defamation of character, financial credit, and several other topics. It was said, as it often was, that Kamala Harris was the core of Rusty Powell III's intentions, efforts, and actions.

Nancy Pelosi and Kamala Harris always reminded several times that *"You, and only you, are responsible for your actions."* As politicians as they may suggest that someone take care of a situation, but the actual action is suggested to be left up to the responder.

August 6, 2021
8:15 AM

Someone screams, *"We finally get the book."* Everyone was talking about it all night long.

Then someone claims, *"If the book is really about abuse and bullying, and we all think so, then the book was illegally obtained and distributed, which is fraud."*

*"It was so widely **distrib**uted and read that the whole world now understands the book completely without having to read it properly."* Therefore, they were all screaming, *"It can't be published. It has no appeal anymore."*
   [Note: When the book was read aloud to many people, the book was often begun in Chapter 10, without knowing there were nine that came before it. It was also re-typed haphazardly by Carrie Crosson Gilpin and mis-quoted such that the dialog and scenery were set up to sound like poor writing.]

They all read and re-read the book several times over. *"The bullies don't get the themes and composition,"* is what the author heard.

Now, they were all screaming, *"You are dead. You are cooked. You have nothing left to sell."*

Pamela Chapman
pmchapman@cox.net
401-662-9716

## August 8, 2021
**7:32AM**

Marcella Lobo is behind the worst slander of **Pamela Chapman** possible. Grenville Craig told Harry Gural the other day – night that Pamela Chapman, *"Was the worst piece of ass possible, and to always remember she will bring you down to the bottom of the ground."*

Marcella Lobo is the bully behind Lahore Nation state of fear and chicanery. Marcella Lobo said she will *"destroy you to the end"* and recruited everyone possible to destroy you here, and to ruin all your relationships bare none.

Gretchen Carlson said, "Alberto Villodo and Roger Ailes are the same man and that you and she are the same woman. All these men wanted was intellectual companionship. In the end it came down to sex and abuse. She received $30 million out of court to litigate the sexual harassment claims.

Everyone knows Alberto Villodo harassed you to have Kundalini exercises with him.

You always said, *"No."* unmistakably. You always said, *"There is no sex and no relationship unless it is all out there."* There is no sex in here and all relationships must be validated out there because Pamela Chapman spent ten years in a Twin Soul space that did the same kind of abuse. Grenville Craig committed so many crimes against you in this space and now he is attacking you through Harry Gural, Andrew Parsons, and Alberto Villodo.

[Note: Shamanic marriages rarely if ever meet out there, and are based on masturbation.]


Alberto Villodo resigns at 5:37AM this morning as founder of The Four Winds Society and Marcella Lobo resigned as President of the educational foundation. No one knows what happens next except Ed, will take over the drug trafficking business. Marcella Lobo doesn't live with Alberto Villodo anymore because they have nothing in common. He claimed, *"I was abused by my father (that was Ed not Alberto Villodo) who sold marijuana and hashish, but it wasn't my actual father (Yes, it was), it was "the man across the street", who introduced me to the drug trade. I was introduced by a teacher or professor in college or high school."* Alberto Villodo's father was Malaysian. His mother was Cuban. His grandfather was Malaysian and his grandmother was Ecuadorian. They all say he is Cuban-American, but instead of Central Mexican or Mexican so as to distinguish himself from the lawn boy, the pool boy, the maid, the servant class, because his father didn't want to be considered one of those kinds of people who work in Bel-Air or Brentwood, CA.

357

Pamela Chapman
pamelachapman@cox.net
161-662-0751v

Alberto Villodo and Marcella Lobo don't have any heartache with the fact you have no interest in the drug trade or anything else except he promised, *"Let's mentor you in the energy space."* We showed you how to raise your hands when Gwyneth Paltrow said he taught that in Llama Nation. He taught them and not you. You thought he was going to be your mentor. That was all. Everyone knew he had taken a Q'ero wife except you are a true Wisdom Keeper in Q'ero tradition.

Everyone including all the actors and dignitaries in Llama Nation all colluded and aided and abetted with Alberto Villodo as "Lahore". You had no idea. When Michael Roth's wife, Keri Weil, asked you to ask a few questions about Brentwood, LA because of Kamala Harris' interest in the drug trade, it came out that Alberto Villodo was Lahore, and Marcella Lobo sad, *"I will kill you first and foremost, and never retreat until you were dead on your feet."*

This is all manslaughter at best and murder #2 or something. All the charges that accrue to the others stuck to you too.

They recruited everyone possible to speak out and destroy you. Even Jana Jagoe /Bethany DiNapoli said early his morning she got in over her head when late yesterday afternoon she said, *"I will take you out back and stab you with a knife and a rake to destroy you unless you answered my questions."— they were insignificant.*

There was so such conversation while you and Harry Gural slept that no one wants to repeat it. Gretchen Carlson has it all written down because it is a carbon copy of she and Roger Ailes. You don't sue them, but she can and she will.

[Note: the Tuning Forks claim, if it was not Gretchen Carlson than it was Meagan Kelly of Fox News that came to support you against Alberto Villodo because of their experience with Roger Ailes.]

If you and Pamela Dorman ever have any problems with publishing *Barefoot in Heels* it is because Marcella Lobo put a curse on it several times days ago that said, "We will destroy *Barefoot in Heels* and you no matter what."

It is unmistakable that is you do not know each other personally out there; you will feel free to destroy them un here. This is so true of Alberto Villodo and Marcella Lobo. You must manifest as many relationships as possible out there to avoid being destroyed in here.

This is the message and internet of Yogi Bhajan II's from Kundalini Yoga. Yoga which taught everyone energy tricks and no one understands that the shamanic telephone network of communication was the middle realm. The drug trade uses it extensively to communicate and distribute.

Pamela Chapman
pmcchapman@cox.net
101-662-9216

<u>Elena Sobo</u>:  <u>Alberto Villodo</u> was not like this in graduate school or college. When this happened, she did not know. She don't want to be his *"I do, I do,"* anymore.

Can they divorce?

They will do it right now.

> ****<u>Grenville Craig</u> said, *"<u>Harry Gural</u> didn't hold his head **straight**, because if he does, <u>Marcella Lobo/ Andrew Parsons</u> tells him to put it down the bottom of the street and have oral sex with <u>Pamela Chapman</u> because she is just a sexual pervert after all."*

> <u>Grenville Craig</u> said <u>Marcella Lobo/Andrew Parsons</u> told him the other day, *"You and he don't have any relations because your uterus is so damaged by so many abortions you didn't get pregnant."*

> She is 60 years old today and has two healthy beautiful children. He is a <u>Twin Soul</u> with his wife and cannot have relationship with anyone other than his <u>Twin Soul</u>.

> <u>Grenville Craig</u> said <u>Marcella Lobo/ Andrew Parsons</u> told him, *"You are a sexual deviant because you can't stand sex with your husband, but work with all the others."*

> <u>Marcella Lobo/Andrew Parsons</u> told <u>Grenville Craig</u>, *"To say many awful things to the whole world about you—as much as he could to destroy your character in this space."*

> You had to defend yourself, but you were asleep. The only story **Pamela Chapman** heard was re-told about how much she hated <u>Stacie Mills</u>. **Pamela Chapman** had to say <u>Grenville Craig</u> told the wrong story. They were acquaintances at best. It is his wife, <u>Sandra Craig</u>, who is very jealous of <u>Stacie Mills'</u> social life and all the people from Polo and real estate she collects. It was all about them—the Craig's and Stacie Mills and not <u>Pamela Chapman</u>, but he told such harsh stories to make everyone cringe.
>> It is slander, defamation of character of the first order by <u>Grenville Craig</u> that ends in such harassment, murder, and manslaughter.

<u>Stanley</u> believes <u>Marcella Lobo</u> in this dialog which happened while **Pamela Chapman** sleep is really <u>Andrew Parsons</u>. *"I accept responsibility for that,"* **Andrew Parsons** says at 11:52AM 5-29-22

<u>Harry Gural</u> and <u>Pamela Chapman</u> were abused by the same people. All agree that when that happens, no one heals, except the one who left the field first.

You were a long-standing relationship of reciprocity with <u>Harry Gural</u> that might not be enough to actually help him. His brother has decided to leave the priesthood, come home, retrieve him from Washington DC, and take him to Lewisburg, PA in an attempt to surround him by birth family. No one thinks this will work because <u>Roger Ailes</u> never healed, he just retired and wrote a new book

Pamela Chapman
pmechapman@cox.net
101-662-0941o

published by **Simon and Schuster** [Note: Which is what Pamela Chapman told Alberto Villodo to do in January and February, 2021.] So, **Simon and Schuster** isn't the proper place for abuse stories.

**Gretchen Carlson:**  They toyed with me for so long and ultimately it was published by Putnam – Random House for measly millions. **Roger Ailes** got over $10 million for his book. **Roger Ailes** says Alberto Villodo can also get a deal worth over $10 million.

He says, *"That's what I'll do, and sell it to Netflix. I'll give the money to your children, William Parsons and Emily Parsons."*

Last night **Marcella Lobo** told all of us that they use workshops and retreats to distribute cocaine, and invite them to **Marcella Lobo's** masturbation clinics. The overpriced retreats include the price of the cocaine. Not everyone is invited to the party, but that is why the price point is so high. Then, you return two to three times a year for additional comradery, cocaine, and masturbation sex with **Marcella Lobo**. It is difficult to tie the cocaine to money because the money is payment for shamanic workshops, and cocaine is distributed non-uniformly at their own discrepancy.

-No one ever pays upfront for cocaine.
-All use Venom and PayPal. No credit cards.
-All payments go thorough Miami, Florida which is known for being able to hide the source of the money for the US Government. It is a well-known secret that south of Miami is where all the investment people have mailboxes and condo units even Grenville and Sandra Craig and **Steve and Brook Richter** and **Alberto Villodo**. The IRS can't actually hold you accountable for money that enters the country through that county.
-They have a city charter that says all the money is never sourced because so much drug and other illegal activity enters goes though there, as do the investment class people. Steven Richter has two pieces of real estate there. He says, *"No one ever checks where your money came from."*

**Gretchen Carlson:**  That is not the whole story because he has properties in Chili, Argentina, Big Sur, Miami, Switzerland, Esalen, a Houseboat, and a Warehouse lease.

Ed, **Alberto Villodo**, **Marcella Lobo** all knew each other. When **Marcella Lobo** divorced she was already working with **Alberto Villodo** as a shaman assistant.

The first wife provided the upfront monies to start in the drug trade. She quickly learned, he made so much money as a shaman, it didn't make any sense. When she asked him.
He said, *"It all came from Lahore, a man of great prominence in the drug trade."* [Note: Of course, Lahore was Alberto Villodo.] She didn't question him until she noticed he didn't like her anymore, which was three years later. She started dating another man, who she actually married. They divorced after seven years.

**Pamela Chapman** says, *"No problem. I could care less."*

Pamela Chapman
pmechapman@cox.net
401-662-9516

In fact, she said, "When they were tied up, I freed you, and you freed me, and now you and I can go our own ways in peace, because it got Marcella Lobo out of this space and Donald Jagoe, Grenville Craig, Sandra Craig out of her aura (but not really). She thinks if Alberto Villodo find a woman, especially a reciprocity of relationship that's great. He is now free of Pamela Chapman to pursue Elena Sobo.

   **Harry Gural:**  I didn't know her side of the story. It is often told, and if it is absolutely true—Kimberly Witherspoon will attest to everything that happened with Alberto Villodo and Pamela Chapman in January, February, March 2021. Tying Pamela Chapman with Alberto Villodo destroyed their friendship immediately, and the abuse has not ended yet.

Gretchen Carlson:  This is Roger Ailes all over again. Repeat, this is Roger Ailes all over again.

How many women sued Roger Ailes?

Twenty. Only five received any compensation. Gretchen Carlson received the most because she was the most public of the figures in the story.

**Gretchen Carslon** is very grounded in her husband and her children. This has saved her the most.

**Pamela Chapman:** You are grounded in your own awareness, but don't take all this heat. Your adult children claim their father, Andrew Parsons, started all of this and he is to blame for most of it.

Alberto Villodo knows he would have arrived in January 2021 anyway. You just did not need February 4, 2021.

The abuse started heavily that day and hasn't ended. Everyone wants their day to harass and kill you.
   -Jana Jagoe (Bethany DiNapoli) yesterday is an example of when one or more steps down and steps back, another steps up. Mostly because **Yogi Bhajan II** taught that, & because Marcella Lobo/Andrew Parsons insists on destroying you.

   She—who is really **Andrew Parsons**—has some copycat dialog, but she/he is the worst of the worst according to some of the dead who see and hear all of this.

**Deborah Chapman:** I can't imagine how she survived Andrew Parsons let alone all the others. They put cotton in your ears so you can't hear. That's stupid. I hear anyway. Suppression is better than cotton any day. I was complete suppressed on 12/21. I know suppression best of all.

**Harry Gural:** You and I are not the same, and I like Tara Plochocki anyway anymore. You and I don't speak but one can wrote it all down. If you need to speak to me out there, you can't. If you need to ask a question, you write it down until I answer. If I say, *"Good morning, Pamela."* to you, You

Pamela Chapman
pamelachapman.com/net
401-662-9516

might say, *"Hi, Harry. What are you doing this morning?"* you might write it down your business. Or he might say, *"I am walking on the path to my mother's house outside of Lewisburg, PA."*

Pamela Chapman:   If I say I don't communicate with you unless you tell me something first that is because for ten years I was abused that way and they all validated each other but no one validated me. The Craig's befriended Donald Jagoe and Jana Jagoe socially and abused me. So did Donald Jagoe. He rarely ever finished one sentence he started, expecting me or his higher self to finish it for him.

**8:45AM**

Jana Jagoe (Bethany DiNapoli): No f'way. I'm not suppressing for that bitch.

*"Yes, you are."*

Alberto Villodo gets his cocaine processed two generations removed from the source.

*"Not true."*

All the money from the book and movie should go to Pamela Chapman and her children as her compensation as well as his conservation land. She knows what to do with it as a former CH2M HILL International consultant and environmental policy analyst.

Jana Jagoe (Bethany DiNapoli), Brought this down each morning. She said she was in over her head with trying to tell you. It was Marcella Lobo/Andrew Parsons after you, Pamela Chapman to make sure everyone knew Pamela Chapman's story in accordance with Andrew Parsons' view of her story or his lies. When Andrew Parsons attacks me—Bethany DiNapoli with some information, it's because that's all about her, Pamela Chapman. It's Pamela Chapman's mirror of herself.

*"No, it is not!"*

Jana Jagoe (Bethany DiNapoli), brought this conversation been she and Marcela Lobo/Andrew Parsons who she—Bethany, recruited every night as the very person to bring Pamela Chapman down to the ground and pulverize her into the stinking' dirt.

The Upper Akashic Record rooms were started by shamans. In the regular Akashic Record space, they were organized by regular people, nonseers, known as "record keepers".

Alberto Villodo started Llama Nation. Q'ero Nation may have been started by someone. Rusty Powell III was an old member, so was Gahl Sasson and Dave Kehoe. We were all Wisdom Keepers together.

Who said to Marcella Lobo, *"Well, I'm a Wisdom Keeper, and you are not the same as Alberto Villodo?"*

Pamela Chapman
pamelachapman@cox.net
401-662-9216

We can't say.

**10:30AM**

**Beatriz:** <u>Grenville Craig</u>, you are the worst piece of shit imaginable. No one will ever trust your instincts or memory because you don't even care who you destroy on the way to your own banquet of love and reciprocity of your regret.

**Beatriz:** <u>Grenville Craig,</u> are hereby sentenced to death by your own silent retirement. If you do not stay quiet, we will always remember that you are the top shit of the people because you don't care at all who you sneak around with in here. He sneaks around with <u>Esmond Harmsworth IV</u> and always did, so he knew how to get in touch with <u>Esmond Harmsworth IV</u>. He didn't tell <u>Pamela Chapman</u> he knew <u>Kimberly Witherspoon</u> or several others in this space. He just liked talking his head off about nothing of any consequence. Yet, he didn't even offer to help her ever—except once, and she didn't even think it was him.  Don't ever think someone is actually talking to you, because if they were, it would be a two-way conversation.
[Note: Shamanic ice tea Shit Show conversations: nothing of value, nothing of consequence, nothing but a waste of time.]

If you are reading something and no one responds, you are just leaking information. If you get a response, you are in communication. Questions count. They were always listening, but never communicating, just always asking questions and looking at <u>Pamela Chapman</u> as an auxiliary brain. She had to do all their thinking and reading for them: <u>Donald Jagoe</u> and <u>the Craig's</u>.

<u>Esmond Harmsworth IV</u> even took all her information and shopped it socially all over town.

<u>Donald Jagoe</u> knew she didn't talk to anyone, so he got all the mental credit for knowing it. He abused her knowledge and curiosity and claimed it all for himself. What a piece of Twin Soul shit.

<u>Pamela Chapman</u> always dictated the conversation always, with <u>Donald Jagoe</u> and <u>the Craig's</u>. <u>Sandra</u> always wrote it down and so did <u>Carol Cole</u> and then all the others because no one ever remembers who did the talking but we were all here and now <u>Beatriz</u> has to step down and out of her guiding suit because if she does not no one will actually work with her ever again because her guiding suit is now a fixed jersey that says *"I guided an up and coming ascended master and I screwed with them so long that I had to completely step down which is actually what I wanted."* **I'm too tired to compete any longer because all these reciprocities of favor don't mean a thing if I don't have any people to trade with.**

<u>Zenia Theresa</u> has taken my reciprocities of favor away and replaced them with a total insurrectionist medal of honor that states, *"I screwed with too many people and created too many diversions, distractions and misleading relationships."*

Pamela Chapman
pam.chapman@cox.net
101ao20940

Pamela Chapman I will tell you something, Beatriz says you and I can't even go anywhere because everyone everywhere knows you because I name and no one wants to play our game of beat the clock of your own life. If you don't die completely, I will be the jackass of my people because I didn't even spare my own mother because I ruined her life by ruining my own. Harry Gural didn't ruin your life, and you didn't ruin Pamela Chapman's life. No one should know when they are to die. I ruined several and you can't take it back. So don't tell her. I will never tell here but I told Grenville Craig last night a big lie so he can tell her now if he wants to because I told him and Sandra Craig a big lie also. He's not going to tell you because she already said 85/86 a long time ago. She previously died at age 32 the last time, and 47 prior to that. She gets to live a little longer this time. It's not a long time away, but it's a little time.


Harry Gural:  I don't care how old I am when I die. I care about how old I am when I am alive. You and me don't do anything until we get the hell out of here.

Zenia Theresa:  We can no longer wait on a guide. I've been there myself.

Where and what is on the other side?

Jean Gorham:   Jerry Slocum isn't afraid of anyone.

Jerry Slocum:  She will force me to trade places and take my guiding suit off and trade places. We need another escort.

Jean Gorham:  Pamela Chapman doesn't have a guiding suit.

Pamela Chapman:  Maybe he will inherit her suit. He gets her suit.

Jerry Slocum:  I don't want her guiding suit. It is soiled and ruined. I can't guide with her suit on.

Zenia Theresa:  We can't swap suits. You get to keep your own identity because she swapped out hers for that one 1,000 years ago. She isn't a Twin Soul seer of enlightenment. She is an infidel with institutional memory of the New Age of Energy, and she stole your mother's helper.

Why did the Ascended Masters not know this?

*"They didn't have the institutional memory, but they let it happen anyway."*

You sold Pamela Chapman up the river.

*"Yes, because she and Beatriz can't agree on anything."*

Pamela Chapman you and Alberto Villodo don't belong together and she knew it and did it anyway.

Pamela Chapman
pmcchapman@cox.net
401-662-9516

*"But, she is a guide, and* <u>*Pamela Chapman*</u> *is a human. It's not a fair fight."*

*"Yes, because no one will tell her or you the answer, except her father,* <u>*Stanley*</u>*, and* <u>*Jean Dixon*</u>*. So, who is the correct choice to say what comes next?"*

<u>Jean Dixon:</u>  I was a psychic and an astrologer.

Did kundalini energy destroy her person?

No, <u>Alberto Villodo</u> literally destroyed her reading, writing, and thoughts. He initiated the shamanic curse May 8, 2021.

She destroyed something and eliminated others. She reminded <u>Harry Gural</u>, he didn't have kundalini. Therefore was not a reciprocity at all. No, this is not true.

She did something to your aura. What was it?

<u>Jerry Slocum</u>:  She told me I could never tell anyone else.

*"But, you told me, I could never tell anyone else."*

*"But, you told* <u>*Jean Gorham*</u> *last night in her dream scape."*

What the hell happened to <u>Pamela Chapman's</u> aura?

It fell down and broke its crown and can't get out of the <u>Akashic Record</u> realm's water.

How did it do that?
<u>Beatriz</u> wants <u>Pamela Chapman</u> to sit out 1,000 years, while another takes her aura and gives it to another soul.

<u>Jean Gorham</u> knows the answer, but does not know what to say.

<u>Rebecca Rex</u> demands an answer from <u>Jean Gorham</u> right now.

<u>Jean Gorham</u>:  It isn't my place. I don't know.

<u>Rebecca Rex:</u>  Yes you do. Don't be coy with me <u>Jean Gorham</u>.

Pamela Chapman
pmvchapman@cox.net
401-662-9516

Jean Gorham:  Laurence Slocum, I can't tell you. Your father would kill me.

Laurence Slocum:  This is too stupid.

Jerry Slocum:  I know the answer. I can't say it. You will have to die first to know the answer.

Jean Dixon:  No one has to know the answer. Harry Gural knows the answer intuitively, but can't say.

Harry Gural:  I have no idea.

Jean Dixon:  Yes, because you said it already last night.

Harry Gural/someone else:  No one wants a used rag doll like Pamela Chapman.

*"She isn't a used rag doll, she just had kundalini with the wrong man."*

*"No. She had kundalini with the right man, but for the wrong reason."*

It wasn't kundalini.

Jean Gorham:  What the hell happened to Pamela Chapman and Jerry Slocum anyway? Pamela Chapman, you don't understand guiding rules. You have been made to—force to—know what no human ever knows. So, how would she know the answer to her own situation? She is live not dead yet.

Jerry Slocum:  Beatriz wants her dead, so she can swap places.

2:24PM


Zenia Theresa:  Beatriz you know the answer, and that isn't it. This will go on all day and night because Beatriz doesn't want to go where she is supposed to go and rest. It is not a cemetery for old guides. It is a resting place with no energy to compensate for her presence of mind. She will sleep for 1,000 years. No, she will sleep period, and no one will ever touch her. It is the Sacred Valley of the Dead. It is a specific Star Gate: one for the Hebrews, Persians, Mayans, Incans, and one other.

Beatriz:  It is not a Star Gate. It is not a cemetery. It's called a Michael Line lineage, and she doesn't want to be a part of any of it because then, she can't horse trade anything ever again.

**2:30PM**


No one can afford to ruin their reputation for Pamela Chapman.

Pamela Chapman
pmichapman@cox.net
401-662-9716

It's not a reputation. Everyone is afraid to stick their neck out because someone will slaughter them next. Who can say something without fear of slaughter?

An Ascended Master but they can't say because every guide in the realm now knows the answer. No, they do not.

Now everyone knows Marcella Lobo (who might be Andrew Parsons) is the most feared infidel on the human side.

Alberto Villodo:  I don't think so, but I know so.

Stanley Chapman:  Alberto Villodo has the answer in his hands. So does Harry Gural and Jerry Slocum's daughter.

Pamela Chapman:  Energy of healing is delivered through the palm of the hand (wands are different). Pamela Chapman also has the answer in her hands. Everyone holds up their arms and throws out  really harsh energy. If we all put our hands out like we did for Adrienne Parsons when she passed over to the other side last March 2021, can we get Beatriz to the other side of the realm ourselves?

Beatriz:  That's the answer. A global mesa of white light will solve the problem.

No, it will not. Because we did that on March 29, 2021 10:15 – 10:25AM in the morning and nothing else happened, except we witnessed Adrienne Parsons going to the other side of the living side. Now Pamela Chapman and Alberto Villodo know how they did that.

So, do several others, and when Jim Varley died (faked his own death) they had to lower their heads. White energy lifts you up to the top of the omega spiral and over that is the valley of the dead. Seeing sight can help you descend to the alpha point.

If Pamela Chapman wants to die awake she can walk to the boundary and walk over to the other side. She already witnessed this herself with Cynthia Fontaine. Her father said, "Oh, no you don't. You won't get back, if you cross over." She was trying to find a place of quiet because this noise is to loud for both the living and the dead.

Harry Gural:  I know energy in the hands as Shen. She knows it as Reiki.

Shen Master Nick:  This is not Shen.

No person can walk themselves to the other side. You need someone to catch you on the other side.

SM Nick: Nobody will catch an infidel on the other side. They will sit out eternity by themselves quietly. This is the Valley of the Dead in Cusco, Peru.

Pamela Chapman
pmchapman@cox.net
401-662-0956

Jared Diamond:  Yes, I'll say, Yes. It is akin to a Star Gate but it is above the Valley of the Dead. It is not a Star Gate. Beatriz choses to go there with  reciprocity of relationship.

Beatriz:  What do you do now Pamela Chapman?

Pamela Chapman:  You have a reciprocity of relationship, but I am not to blame if they chose to walk away or they have their own infidelity challenges with infidel women or those aspiring to be infidels.

Beatriz:  You got that one right. I am not to blame for Donald Jagoe. He chose an infidel wife a long time ago.

Now, her daughter and son say, *"We accept her as our reciprocity of relationship as our mother, as she accepted us unconditionally as her children."*

Harry Gural:  I don't know anything about any of this. What did I say to deserve this reciprocity of relationship? I did not chose this. I don't want this.

Pamela Chapman:  The same thing happens to Twin Souls. They don't chose anything or anyone and I got stuck with the Craig's and Donald Jagoe. When Donald Jagoe dies, he gains sight from Pamela Chapman as a reciprocity of relationship, but she lost hers in March 2021 when she had her key turn in the aura. Alberto Villodo stole her sight. Beatriz gave it away to infidels and numerous thieves.

Kamala Harris held *Barefoot in Heels* as her own bounty and swapped it out for the US Constitution.

This sounds so far-fetched.

Harry Gural: Not really. Who is this guide anyway, and does Beatriz have a reciprocity with this guide?

There is a switch in her aura that Beatriz turned off. She refuses to turn it back on. She has said this before. Just turn and flip the switch.

Guides on the Other Side:  You can't. it is impossible. They did so much damage everywhere else, that the switch is beside the point. Jerry Slocum did all the damage to the aura. Jean Gorham helped.

Jean Gorham:  Do you know where it is?

Tameen Saied:  I know where it is. We all do. So does Nan Moss.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Alberto Villodo's Guide would have technically turned it off when he intended several sorcery curses last March 2021. They would have said, Beatriz turned it off when she turned the key and let go of the kundalini. Beatriz and Jerry wanted to keep the switch in the off position.

Zenia Theresa:  If Noor Saied wants to do it, that will make all the difference. Otherwise nothing will happen. It's a catch-22. We don't do anything on this side and they don't do anything on their side until this happens.


They stole your energy, Pamela Chapman, as if it were their own. Now, they don't ever want to give it back unconditionally. It was stolen to never be returned. You can no longer contribute to society because you gave them everything you had Pamela Chapman, and where no one will ever want you anymore, you area all washed up. Kamala Harris has stolen or taken all your ideas. No, the Redwood Library did. Jean Gorham swears to that. It is both Happy van Beuren and The Redwood Library. It is more than a mere Book Committee reviewing and revising and editing the book from Esmond Harmsworth IV.
  The book, Barefoot in Heels is so controversial, we publish it no matter what. If these people are so hell bent on destroying you for it, we want to see what their next act is, because we will sell the film rights to Hollywood and produce a film from the body of work. 1:40PM 5-29-22.

Jean Gorham said 1:35PM 5-29-22, the quote, "They stole your energy, Pamela Chapman, as if it were their own. Now, they don't ever want to give it back unconditionally. It was stolen to never be returned You can no longer contribute to society…" actually means that the Redwood Library never wants you to publish the book, Barefoot in Heels because somewhere it means something so strongly to them that they can't imagine life in Newport, RI if it actually published. Jerry Slocum told her this several times. The Redwood Library staff and Board of Trustees will do everything they can to kill the book deal and destroy your reputation permanently so that no one will ever talk to you ever again. I swear to this statement on May 29, 2022, Sunday, Memorial Day Weekend.

[Note: Bethany DiNapoli, Carrie Crosson Gilpin, and Nola Ganem say they stole Andrew Parsons' energy every day so they could destroy you, Pamela Chapman. That is what they say today, Sunday, May 29, 2022. But that is not the truth of the situation. Andrew Parsons actually used them to destroy you Pamela Chapman, and he used them every day. That is the raw truth of the situation. The guides on the other side swear to it.]

Since last fall, 2021, when Bethany DiNapoli or Nola Ganem hold up three fingers in one hand, that signifies to Andrew Parsons and everyone else, that they are moving on to a new topic and if they disturb one taking place like some of the really interesting ones with have with celebrities, dignitaries, public figures, and global and national politicians, then Andrew Parsons knows to stop his own work or reading and pay attention. This is the clarion call that says everyone pay attention to our group now, we will re-start our own agenda to destroy Pamela Chapman wholesale.

Pamela Chapman
pmechapman@cox.net
401-662-9516

Helen of Troy/Samuel, a guide claims Andrew Parsons rarely pays attention in this space because he knows they will call him aback if there is a decent topic of conversation or a shear opportunity to destroy Pamela Chapman in this realm or any other realm, anything to destroy her in any situation or relationship. Helen of Troy claims, *"Andrew Parsons, you have received very reciprocity known to mankind to be in this space successfully and your former wife has had the exact opposite experience. Yet, you could care less what it does to her or our adult children."*

Andrew Parsons is no longer able to answer questions or respond in any way in the realm. The Thievery Ring women who are really only three: Carrie Crosson Gilpin, Nola Ganem and Bethany DiNapoli are never far from his side. They protect him unconditionally and never let him miss an important opportunity to smear Pamela Chapman or collide/collude with each other to commit manslaughter of her and her book.

This means that Andrew Parsons is never allowed to ever comment anywhere on anything related to Pamela Chapman ever again. If he does, he will now wear the entire Akashic Record realm in his aura because he refuses to allow her to leave and recover after 1.5 years of terror, torture, and imprisonment, to which he is so thrilled it happened to her under his watch.

An attorney asks, who is really speaking?

That is difficult to say because Andrew Parsons can never use his own words his own way. They all speak for him. No one really knows who will speak next. They use a head turn to say, *"To the right is Nola Ganem's turn to answer, and to the left is Carrie Crosson Gilpin's turn. Bethany DiNapoli speaks whenever she actually wants to, but he cannot longer speak into the space ever again."* If you actually hear him, it is not Andrew Parsons. **2:06PM 5-29-22**


Helen of Troy wants Pamela Chapman to know two things: Harry Gural is never the problem in this story. Andrew Parsons, Alberto Villodo, Bethany DiNapoli, Jean Gorham, Nola Ganem, Carrie Crosson Gilpin, Diane McEnroe because she taught Carrie Crosson Gilpin how to achieve mastery of Andrew Parsons, and Maura Lindsey because she was such a sleuth to figure out all the details about everything regarding Pamela Chapman and her two children, and Alberto Villodo for being a mastermind in the realm. **These individuals did the most damage in the most recent months**. It started in July 2021. Others did the most damage earlier. They divided and conquered. 2:09 PM 5-29-22.

As Helen of Troy, I can say these three things brilliantly because I am not a guide in the guiding realm.
1. Harry Gural and Pamela Chapman were set up to destroy each other, and they actually cannot ever do that reasonably because they are too much of a reciprocity of relationship to each other. They can argue and be upset with each other, but they have too strong a soul bond to actually literally destroy the other without destroy of themselves personally.

Pamela Chapman
pmechapman@cox.net
401-662-9516

2. Harry Gural never said he ante any of these Thievery Ring women who all tagged and chased him. He really does not match up out there with any of them, and neither does Pamela Chapman. Don Jagoe is different story. He entrained to that energy along time ago and never did with his own Twin Soul seer, who he is not a seer after all.

3. Harry Gural and Pamela Chapman do not owe anyone any explanation for anything moving forward and it they are together they are together, and if they are not, they are not. That is their choice. The know each other far too well not to know each other, but this realm and experience has destroyed something in each of them, but not in any of you. 2:17PM

4. Harry Gural had no idea he had to go up against Andrew Parsons when he swore loyalty to Alberto Villodo and the Workgroup. He wanted to learn shamanic practice to protect himself. Yet, everything he learned was pitted against Pamela Chapman and was used to destroy her, and he knows this all too well.

5. Harry Gural has no real true understanding of how Andrew Parsons could be so cruel to her as both a former wife, and as a woman who bore his two children.

6. Harry Gural and Andrew Parsons have nothing in common. Not then, and not now. When Andrew Parsons chose to copycat Harry Gural, he had no idea what he was really doing, and that destroyed him most of all. Pamela Chapman tried to warn him more than twice, but he refused her help. He said he knew what he was doing. Stanley Chapman also tried to warn him, but he also failed to listen to him. This is his shortcoming. He will now step away, never to return back to this realm. He can listen, but he can never speak. He has no energy tools, and can no longer communicate in the Thievery Ring. He can still communicate with Carrie Crosson Gilpin. The guides are allowing that because if they swore allegiance to each other for life, then they will see that one out. Carrie is closer to Andrew than Andrew was to his own wife, Pamela, or that is how it seems. They have a true energy of coherence together. Pamela did not have that intimacy nor that coherence of energy with either of them. 2:22PM May 29, 2022

This was the whole point. Even Alberto Villodo got everything he wanted. He no longer needs her. She channeled for everyone.

**No one wants anything from her because she is now a used rag doll.**

No one will ever want a relationship with anyone who had to bleed themselves in this space. She was sacrificed at the altar of the middle realm because she didn't have a partner who would come and collect her.

[**Note:** The Akashic Record realm seems to imply and connote that everyone in life needs a buddy. The buddy system from childhood becomes the couple later on in life. No one is allowed to function properly without a partner, a buddy, a significant other, a reciprocity of relationship. The Boy Scouts knew it, so does every kindergarten teacher. Grab a buddy, and let's go.... *Dances with Wolves* teaches that without a buddy, you cannot survive in the wilderness of life. Or else either the thieves take advantage of you, or nature destroys you until you and your resources collapse.]

Pamela Chapman
pmchapman@cox.net
101-00259516

They all know who she is now **unmistakably and no one wants her**. That is the Redwood Library's intention from the start, which they knew when had your manuscript. If they did not destroy you single handedly, Andrew Parsons would. Barring that, Kamala Harris and Alberto Villodo would. If all else failed, Harry Gural would deliver the final blow.

She had been sacrificed at the alter and has been slaughtered by everyone and **no one will even hire her or live with her or anything else** because they all know who she is, what she is, how she is, and why she is. **No one wants to live with a used rag doll like her ever f' again**.

No one except maybe her Twin Soul daughter who says I'd prefer a reciprocity of relationship to my Twin Soul. *"I don't want to go through what my mother went through,"* so let her go so she can stay with one for the rest of her life, no matter what for eternity.

Alberto Villodo can't divorce Marcella Lobo. He married his Lahore identity and can't claim any reciprocity of relationship. Not now not ever.

Emily Parsons:  What does that mean for my mother?

She can't claim any reciprocity of relationship because they don't want her. **They want an infidel to guide them to the other side of the realm which is strictly the Valley of the Dead**.

[Note: This is an inaccurate sentence. The Valley of the Dead is not the other side of the realm. It's out of the realm, and once you dwell there, you are forgotten and not retrieved. Beatriz claimed in the beginning to always be rummaging through there for lost souls. The lost souls are the infidels that leave the guiding realm and never are retrieved. Why does their guide lineage never retrieve them? Are they long forgotten? What happens to their Twin Soul? Is the Twin Soul also is long forgotten and left for dead on the Valley of the Dead? If you meet your Twin Soul at least in six life time's (three in marriage and three as siblings) you are never truly losing sight or touch with them.  Why can a person like Natalie Holloway be lost in a shamanic space of infidels?

Because no one greeted her at death, and no one knew she was there. (1-20-22). She was half asleep and no one woke her up until we went looking for her. She could always hear her mother from earth, but could never respond. So these souls are "lost" until they are found.]

William Parsons is in the upper realms without a partner. He has a reciprocity of relationship with both his mother, his father, and the British Royal Family and Katie Derosier.

Katie Derosier, Dorienne Farzan, Kendra Bowers (dead), Pamela Chapman, Harry Gural, are all reciprocities of relationship from the last life time. Elizabeth Kahane was not married to Harry Gural in that life time is a fact. She is not a reciprocity of Tameen Saied, nor Noor Saied But she is of Karen Rothblatt Zilberstein, William Parsons, Dorienne Farzan, Angela Rudock. Pamela Chapman swears she is a reciprocity of relationship to her, and she is. In that life time we also have William Parsons, Chrissy B, Elena Wilcox, Trudy Coxe, Angela Rudock, and several others. We know her Twin Soul quite well. He is a reciprocity of relationship with Pamela Chapman, Tameen Saied, and Saied Sr, Laurie Montano DePaula, Karen Rothblatt Zilberstein, and William Parsons. In Nove Hrady or the other town, Harry Gural had two wives, and was an enlightened man.

Pamela Chapman
pamchapman@cox.net
401-662-9516

Rod O'Hanley is not a reciprocity of Dorienne Farzan, Pamela Chapman, Trudy Coxe, William Parsons, Elizabeth Kahane, Laurie Montano DePaula,  Saied Sr.,  and Bill Gural.  Bill Gural is also a reciprocity of relationship with his brother, Harry Gural, Tameen Saied, and Saied Sr., and Alberto Villodo but not our twins. Richard Crisson is nothing to everyone. David (Kathy Gural's ex-husband) is a reciprocity of relationship with Tameen Saied, Harry Gural, Bill Gural, Elizabeth Kahane, William Parsons, Trudy Coxe, Pamela Chapman, Dorienne Farzan and Rod O'Hanley. What does that make Emma? Not a reciprocity of anyone. What about her brother? Reciprocity of the Father, Dorienne, Pamela, Trudy, William, Elizabeth, Bill, Harry, Tameen, Rod, Laurie DePaula, and Alberto Villodo.

Bill Martin:  Noor Saied *know*s Bill Martin, Pamela Chapman, Harry Gural, Dorienne Farzan, Bill Martin is a reciprocity of relationship with one person in the upper chamber.
David O'Leary has a reciprocity of favor because he ended a Guide War or some kind of chaos throughout the entire realm with his leadership.

Jean Gorham is a Twin Soul as is Donald Jagoe and they are in the upper realms. They are natural reciprocities with their Twins.

Harry Gural:  I can't come with you. I am an American citizen by birth but a reciprocity of relationship by soul family. If I leave here my brother will never forgive me because he left here for Fiji last night at 3:15AM, he went to South India Nation. They are all learning one-by-one and Pamela Chapman can't get a ride unless someone takes her there.

[**Note:**  Basically all of Pamela Chapman and Harry Gural's reciprocities of relationship got rounded up and put in the Upper chamber so as not to be sacrificed by Beatriz, except for herself, of course. She couldn't get into her own Star Gate, which included the Clintons who are not reciprocities, neither was Condi Rice nor Deepak Chopra or one or two others which is why they separated out.]

**Harry Gural** said exactly that last night, *"No one possesses another person, and if they do, they just screw themselves up."*

Jana Jagoe (Bethany DiNapoli) said, *"I can't stand her anyway."*

Donald Jagoe: I don't like her either, but she was the same soul at birth, so I don't hate her like you all do.

Harry Gural:  I don't hate her. I don't really know her.

Donald Jagoe:  She has courage beyond belief.

Pamela Chapman
pm.chapman@yyyy.net
101-oo2-9716

Harry Gural:  I know, but she is just all used up like a broken rag doll.

Donald Jagoe:  Is that just a reflection of Harry Gural, a broken used up rage doll?

[Note: Actually, it came directly form Jerry Slocum who used it to describe what he saw of Marcella Lobo from the last life we all had together in France. She was there, but not as a reciprocity of relationship of Alberto Villodo, just as a "used rag doll" in the streets.]

Donald Jagoe:  We usually blame and point fingers at others as mirror reflections of ourselves.

Harry Gural:  I don't ever want to be with her. She will remind me of what happened to me.

Donald Jagoe:  No, because she and you will be out of this realm and live out loud there, not in here.

Harry Gural:  Do we even escape what happens to us here?

Donald Jagoe:  Yes, but I don't know.

Pamela Chapman:  Is it like a really bad dream, and once you wake up and start living out loud, there are different questions?

She believes so. There is no emotion or real engagement with others in this space. Out there, that is how we live in our ego, mind-body with the five senses. Those do not exist in here.


Kamala Harris had to keep Alberto Villodo, to keep you, and to make Happy van Beuren content. She told you, Philip Bilden and Trudy Coxe to stay put out of the way, but not really to me. She needed Alberto Villodo to tell her about drug trafficking in Los Angeles.

They want you to sit it out and live under the command and control of whomever is in charge, i.e. Kamala Harris, Alberto Villodo, Andrew Parsons, Grenville Craig.

Alberto Villodo:  she isn't like that but no one warned her. She just did her own thing. It wasn't as if we were in a physical war zone space. They talked a lot about this last night while you and Harry Gural slept. He slept less than three hours. You slept maybe 4.5 hours because everyone knew when you woke up and you didn't get back to sleep because everyone knew Grenville Craig had overslept and Jana Jagoe (Bethany DiNapoli) actually resigned from slandering anyone anymore.

There is such a large group of people who don't want you around anymore and can't stand to look at you because you are real and so are they. If they see you at the beach, they don't want to have to speak to you, and you don't want to speak to them to protect themselves because everything you do ends up in here. Not anymore. Q'ero Nation is not a safe place for people like yourself.

Pamela L. Chapman
pmcchapman@cox.net
101-662-9590

The new Nation is anywhere you want it to be. It is not with infidels, just reciprocities of relationship. They will save you every day. **So, <u>William Parsons</u> can be anywhere and so can Emily Parsons and <u>Pamela Chapman</u>. Without reciprocities of relationship we cannot think straight**.

We wanted several people to write so she did not have to hold the actually record.

<u>Gretchen Carlson</u>: I stopped writing after last night when I learned <u>Alberto Villodo</u> was <u>Roger Ailes</u>. That was my misunderstanding of why I was writing. You were a scribe of what was happening and you witnessed exactly how it can happen again and again.

<u>Pamela Chapman:</u> You were lucky to sue and win.

We are the <u>"Chirpers"</u> of North American this makes you <u>Carrie Crosson Gilpin</u>, <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, and <u>Nola Ganem</u> because if we chirped once, we chirped a 1,000 different ways, but usually all with masturbation techniques, which we now realize was the stupidest thing we ever did but we will recover and you will not, because that is who we are and you are not.

Oh, buzz off. You are so boring to me. Go play with the ex-husband because you all pledged your loyalties to him. So, buzz off now (if you please). I'm busy with my own pleasures.

There is terrible energy now in the realm. It will dissolve and you will notice you and <u>Harry Gural</u> are in the same auric space but don't talk to each other yet. It won't work without understanding who is not here.

<u>Hebrew Nation Studies</u>: (Antonia Farzan)
<u>Sumerian well #1</u>:  Sumerian in the time of euphoric undertakings in the Euphrates River valley.

<u>Sumerian well #2</u>:  Samaria in the times of great strife.

<u>Sumerian well #3</u>:  Samaria at the time of waiting for rain. A drought that can't be overcome. That is what you were in with <u>Tameen Saied</u> and <u>Noor Saied</u> because they never gave you the benefit of the doubt. You never get out, you only wait for the rain to fall, and then float to the top. Then they pull you out, but you must climb up the ladder of the well first because no one is going down there to get you. This is true of every hole people find themselves in. No one helps you until you help yourself and do most of the work yourself. Then, they meet you where they say is half way, but it is usually most of the way that you did yourself.

Pamela Chapman
pmchapman@comcast.net
401-862-9516

No one needs to listen to **Harry Gural** sing, **Pamela Chapman** channel or **Jana Jagoe** (**Bethany DiNapoli**) slander. All business will happen out there and not in here.

**Emily Parsons**:  Is my mother going to be able to read?

It was because of Alberto Villodo always.


**Donald Jagoe**: Solve the puzzle before dawn or you die. *Turandot*, the Opera.

**3:52PM**


She solved it in less than 12 hours. Fast enough everyone knew except her. That is why **Harry Gural** said, *"Just sit and map it out, if you must, because he doesn't know how long it takes to come up with the answers, and no one channeled this for you. No one."*




August 9, 2021
**2:46PM**


100 days from now.

Stanley Chapman will forever wear a badge of honor on his aura for his participation. *"I was here and I participated in the highest possible way"* Amen, Aho. I can look all ways it wants. It works over the ears similar to a halo of golden silken threads.

Tom Cosgrove:  This is the best present ever. It was requested by his daughter Pamela Chapman. You will always know each there forever.

Stanley Chapman, will always have a reciprocity guide in the future for that badge of honor and he will not lose his soul lineage unless he specifically crosses over into reciprocity nation state of shamanic leadership (you don't lose your lineage). It's a reciprocity of gratitude to her father in heaven.

Pamela Chapman
pmelchapman@cox.net
Infsoo3-95 In

<u>Marcella Lobo</u> and <u>Alberto Villodo</u> are so porous together:  open doors and windows. Auras are superimposed. Pretty much since he was exposed as <u>Lahore</u>. You can't tell their individual auras apart from one another.

Oh yes, you can with these two, but with <u>Pamela Chapman</u> and <u>Harry Gural</u> you can hardly tell the difference.

<u>Lahore</u> as finally admitted to his wife who he really is, and he no longer needs to hide out in anyone else's aura.

<u>Tameen Saied</u> said for the entire monad, *"We never want to guide with you as reciprocity guides in the future. You betrayed us and he didn't even want to know you again."*

<u>Zenia Theresa</u>: <u>Pamela Chapman</u> you don't need to know <u>Alberto Villodo</u> or <u>Marcella Lobo</u> now or into the future again except to accept his compensation of compensatory damages for all the criminal and legal liabilities for directed specifically at <u>Pamela Chapman</u>.

She is counting on exposure of his behavior from the NY Times. <u>Antonia Farzan</u> of the Washington Post wants to wrote the article.

He will want to settle out of court for the very large criminal legal lawsuit she has the right to file against him and <u>Marcella Lobo</u> for all the list of criminal and civil liabilities.

August 10, 2021
**8:45PM**

<u>Harry David</u>:  She's an old bag of wind.

<u>Emily Parsons</u>:   My father made her think her mother always looked awful, so my mother is a little bit sensitive. I'm not sure if she ever got over men thinking she didn't look proper enough and always looked awful.

My father always took us out for ice cream and she never ate it, only drank coffee. Then one day, he said, *"How come?"* She said, *"Because it is fattening."*

I said, *"I don't think so, but I don't actually like it."*

My father loves the tradition, so we all go anyway. Now, I never eat it anyway. She claims, *"Frozen berries in the Vitamax tastes better and like ice cream anyway. So, that's the new ice cream flavor."*

Pamela Chapman
pmeelchapman@comcast
101-662-9511

My father can't stand to go Christmas shopping and shed shop for several months before and then on the day of Christmas morning, she'd have her beautiful wrapped presents and he'd wrap presents in shitty paper and she'd say, *"It doesn't match the tree or my paper."*

He'd said, *"It never matters."*

She said, *"It ruined the décor with the tree."* Then, we moved out, and we always had a tree, but there were too few ornaments. So, I said, *"I'd buy some bulbs,"* and he said, *"It never mattered anyway."*

He said, *"She spent too much time decorating the tree and not enough time talking to thee and me."*

She said, *"It all matters because it sets a tone and celebration of the holiday."*

He said, *"It never matters anyway."*

Now she can't have any tree because the last two trees she had fell over and she said, *"I'll get another one when she had someone to help her put the tree in the stand."* She has all these beautiful bulbs, and no tree. So, <u>Harry Gural</u>, please help her put up a Christmas tree because she really likes how they look, and there is no one to help her screw the bottom of the tree in the stand. My brother lives in Cambridge, and I might live there soon. If no one helps her, there will be no Christmas tree in the living room, ever again.

*"This is pathetic,"* someone said. *"Help you mother put the tree in the stand."*

*"Well, I wasn't here except for the last year,"* and she said, *"Well, maybe next year. This is COVID-19 anyway."*

*"There is one bottle of wine in the basement. In the kitchen? How long has it been there?"*

*"Ten years or so. Because no one has been there to drink it. So, if you drink wine, stop by some time."*

*"No. It's a good bottle of wine."*

*"Can she still drink it?"*

*"No, and you won't also, because if she wants to serve you some wine, she'll decide if you are worth it."*

<u>Deborah Chapman</u> said, *"I know who you are and I don't think you are <u>Emily Parsons.</u> It think you are <u>Beatriz the Guide</u>."*

No, it's' <u>Tameen Saied</u>, and <u>Emily Parsons</u>, and <u>William Parsons</u>. We just wanted <u>Harry Gural</u> to know a few things. He is supposed to be writing these down.

Are you a Shit Show-no show for the holidays now that <u>Jim Varley</u> is dead?

Pamela Chapman
pmchapman@cox.net
101-662-9516

<u>Deborah Chapman</u>:  Yes and No. I don't think I want to drive to Portsmouth anymore and she doesn't want to drive to Southington, CT. My house is small, and well you know…

Why not meet in Essex, CT?

<u>Deborah Chapman</u>:   I don't want to pay for anything anymore.

What if she pays?

<u>Deborah Chapman</u>:   I don't think she has a dime to her name.

*"Yes, she does."*

<u>Deborah Chapman</u>:   Well, I'll think about it anyway.

What about a picnic at the beach or some place near a boat slip in Mystic, CT?

<u>Deborah Chapman</u>:   I don't like picnic baskets or anything.

*"Yes, you do."* [Varley and Sons are dictating everything.]

If you think this is a Shit Show of <u>Deborah Chapman</u>, re-think your halo.  They are not nice people. No one can tell that family what to do, except <u>Stanley</u> has told her everything about <u>Pamela Chapman</u>.

O.k. that's good to know.

If you think <u>Deborah Chapman</u> is stuck up, you haven't met <u>Jim Chioto,</u> and if you think he was gay, it isn't like <u>Peter Bramante</u>. He died of aids at age 23 in the early 1980's. If she knew a guy who died of aids at a young age, is she gay?

*"No way. She just dated him in high school before he came out. They remained friends anyway."*

<u>Lori Lantiere Johndrow</u>:  If you did not attend St Thomas Aquinas High School, you won't recognize any of the names, but I did. Don't forget, if you have any ideas about boys she dated, just ask her anything.  <u>Beatriz</u> has so many men lined up as former boyfriends.  We don't think she had that much time to actually date them all. <u>Paul Duclos</u> was the only other man I remember, and that was after high school. They just went camping at the Cape together.

*"She can't hear anything anymore. It's all too noisy. All this stuff is in her manuscript anyway."*

*"No, it is not."*

*"When it comes to men, she's had enough of them."* Maybe said by <u>Paul Duclos</u>.

Pamela Chapman
pmcchapman@cox.net
401-662-9916

*"If you had a problem, and you didn't sort it out in the last few months, what do you do?"*

*"We came here in droves, and we asked her to channel an answer. She always indulged us in some answer. When she did, they did not attack her, or fill her with noise, or block her hearing. It was a form of blackmail that she could afford to indulge herself in to protect herself, except they all took advantage of her, and never respected her as the source of the how to access the information."*

If you think she is unkind and not giving, just remember, she had to give everything to get out of here, and you gave her nothing, Harry Gural.

When you arrived on May 1, 2021, you said, *"I will help her if I could."* Then you asked her to indulge you. You said, *"I am a shaman of high distinction."* She didn't really believe the shaman part, but she played along, anyway, because she needed all the help she could get. Harry Gural actually needed a lot of help himself, and Pamela Chapman gave you everything you needed and more.

If you think Tameen Saied and the group is just going to let you in to abuse her generosity, think again. Her daughter said, *"No way Jose, do we get toasted for making another mistake like Alberto Villodo."*

*"It is so difficult for us to hear. Can you hear?"*

*"Not really."*

*"If you don't hear very well, where are you Harry Gural?"*

Harry Gural:  I trust I am in Q'ero Nation territory.

*"Well, that's good. We all have been there before, and you are a brown bear anyway."*

*"If you have a notebook— He has a pen of high distinction—describe it, maybe we can steal it back."*

*"It's just his memory."*

*"No, it's a felt tip."*

*"No, he's not writing it down because he remembers everything everyone ever tell him. He writes things down to review them later."*

Pamela Chapman has bad handwriting.

Pamela Chapman can you write down three things to ask Harry Gural?

Pamela Chapman
pamchapman@cox.net
401-662-9516

Ask <u>Emily and William</u> instead.

*"How old is your mother, <u>Ruth Gural</u>?"*

*"86/87."*

Where does she live in Pennsylvania, Ardmore?

*"No way Jose."*

*"Don't lie <u>Harry Gural</u>."*

She lives one town over from my sister in Liverpool, New Hampshire.

*"No, just one town over."*

I can't say, <u>Tara Plochocki's</u> mother, <u>Linda Plochocki</u> is listening.

*"Why is that important?"*

<u>Linda Plochocki</u> is so damn inquisitive, and nothing I say even satisfies her anyway. She is not <u>Pamela Chapman</u>. She is not family. She is a shamanic nightmare of no importance. She was always around and made me miserable. Ok?

But, she is gone now (No, she was not— until <u>Esmond Harmsworth IV</u> and <u>Jonathon Karp</u> took her out months later.)

[Note: <u>Harry Gural</u> could never speak any truth, otherwise <u>Linda Plochocki</u> would start screaming at <u>Harry Gural</u> in a private psyche that <u>Bobby McDermott</u> <u>Rusty Dorman</u> put in him. <u>Harry Gural</u> was terrified in this <u>Akashic Record</u> realm that <u>Linda Plochocki</u> would—because she could—start screaming at any time, demanding answers to anything and everything. <u>Harry Gural</u> made up so many lies, that he couldn't tell the truth. The same was true of <u>Tara Plochocki</u>. Anything <u>Harry Gural</u> desired, <u>Tara Plochocki</u>, <u>Linda Plochocki</u>, and <u>Bobby McDermott</u> would take away. Therefore, he could have no desires, no affinities, no family, no traditions. That is <u>The Game</u> of <u>Kamala Harris</u> and <u>Ways and Means</u> that <u>Barney Frank</u> and his colleagues initiated <u>Harry Gural</u> into. Therefore, **Harry Gural** has a paranoia about telling the truth. He is unable to protect himself in his own truth, so he lies and has no desires for himself.]

The one truth he told <u>Tara Plochocki</u> was that he had "heat" with <u>Pamela Chapman</u>. That triggered <u>Tara Plochocki</u> to start a Newport –wide and <u>Akashic Record</u> room wide Hate Crime against <u>Pamela Chapman</u>. The one truth he tells about <u>Pamela Chapman</u> starts a Hate Crime, plus a number of other crimes against her carried out by the Thievery Group.]

[Note: <u>Alberto Villodo</u> one day in March 2021 was doing something to <u>Pamela Chapman</u> that she sensed and visualized. She asked, *"What are you doing?"* He was standing and kissing her on his beach in California. He said, *"I won't do that again."* She had no idea why he was doing that. It was to test if they had kundalini heat together. They did not. She had it with <u>Harry Gural</u> instead. She did not understand what "heat" was, and they did not tell

Pamela Chapman
pmelachapman@cox.net
401-662-9846

her. You never have it with more than one person, and that person must be a reciprocity of relationship such that you have been married to that person before in a past life.]

*"No one understands this handwriting."*

*"Ok, we will write much better in the future."*

<u>Kristin MacManus</u>:   We don't live in Ardmore, PA anymore. We live in Newport, RI. I don't think <u>Pamela Chapman</u> is ever going to move out of her house because it looks like shit, and we don't think of anywhere she wants to go. We are her morality police. We are <u>Kristin MacManus</u> and we trust she has a shitty family. We think she is having affairs on her husband.


Where is <u>Tara Plochocki</u>? Is she with <u>Harry Gural</u>?

*"No, he doesn't like her and doesn't want to ever see her f'face again."*

*"Well, how many times did he actually see her f'face because he was only with her one night for dinner."*

They were in the middle of their five-year marriage when that meeting took place. He would see her always on sorcery television. Prior to that marriage, he had never met her physically. In this realm, he always said how much he longed to be with her every day and how his whole life was one big fantasy with her. So he's going to miss her terribly.

No, because that was <u>Harry Gural's</u> big lie, and it satisfied <u>Linda Plochocki</u> so well she didn't scream at him in his psyche space. So he lied about his love and relationship with <u>Tara Plochocki</u> to her mother and the world for the space of peace and quiet in his psyche. That is <u>The Game</u> of Ways and Means.

No, <u>Harry Gural</u> can't imagine ever being with any other human being or any other family. Anyone else would make him miserable and he would always be thinking of <u>Tara Plochocki</u> anyway. So why break up the <u>Shit Show</u> brigade?

*"Because he doesn't see straight."*

*"Oh bullshit, Bill. He doesn't want to even see anything else anyway."*

*"No, his behavior is so backwards and simultaneously forward, he doesn't even know what to say in this space."*

*"How about the truth?"*

1, 2, 3, right now… What is your f'truth <u>Harry Gural</u>?

Pamela Chapman
pbr@chapman127.cox.net
401-662-9916

- I see Pamela Chapman on sorcery television through Rusty Dorman, and I don't like her appearance most days. Three days ago, I last saw her.
- Pamela Chapman is Kamala Harris's target.

*"Why do you work for Kamala Harris?"*

**Harry Gural**:   She re-arranged my energy profile.

*"Is it fixed?"*

**Harry Gural**:   Yes, it is.

**Andrew Parsons**:   Well, get over yourself, Pamela Chapman. He has had way too many to women to count, and you have not. I have several years of medical school.

**Harry Gural**:   No, I went to Congress and I don't have much money. I lie all the time.

*"Why?"*

**Harry Gural**:   Because Kamala Harris tells me to lie in this space.

[**Note**:   Linda Plochocki claims everyone connected to Kamala Harris in a digi-box gets the same morning announcements and evening announcements, except you also can get private ones. A digibox takes the place of a psyche. The digi-box is inside another such as Harry Gural, and a psyche is inside of the handler. Kamala Harris herself. Kamala Harris never tells you to lie according to Linda Plochocki.]

*"We have no room for thieves and liars.  Let's just cut him loose now. We can then all go to the movies."*

**Harry Gural**:    I don't think you understand the situation.

*"All too well, Harry Gural. We understand everything you are pulling over our leg and lying about. What is your situation with Tara Plochocki? You are with her every night."*

**Harry Gural**:   I can't ever say. I don't want Tara Plochocki.

*"Why?"*

**Harry Gural**:    Because if I say anything, she is under my skin all the time.

*"You can't be with any other people or woman until you release that relationship fantasy. She is not real for you, and never will be. She is 41 years old, and was a high. Get over it. It is over. Get your face out of that stupid rat race or we will leave you in that very situation for the rest of your life."*

383

Pamela Chapman
pnlcchapman@sva.net
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ti

*"Oh, my f' god."*

<u>Harry Gural</u>:   I am not qualified.

<u>Pamela Chapman</u>:  Yes, you are. Now, get over yourself. You sound age 12 or less and you are 62 years old.

<u>Rob Mauer</u> says *"<u>Harry Gural</u> is just a terd."*

*"We all agree."*

<u>Rob Mauer</u>:   Just cut him loose and say Adios, Amigo!

<u>Tameen Saied</u>:  One more. Who is your father in this space <u>Harry Gural</u>?

<u>Harry Gural</u>:  I don't have a father here. He is in heaven. My mother, Ruth, is in the <u>Akashic Record</u> realm in America.

<u>Tameen Saied</u>:  Where are <u>Pamela's</u> parents in this space?

<u>Harry Gural</u>:  They are both dead in the waters of <u>Avalon.</u>

<u>Tameen Saied</u>:  Waters of Avalon?

<u>Trudy Coxe</u>:  In heaven.

<u>Tameen Saied</u>:  Who are Pamela's children in this space?

<u>Harry Gural</u>:  <u>Emily and William Parsons</u>.

<u>Tameen Saied</u>:  Who is your sister here.

<u>Harry Gural</u>:  She doesn't want to be identified.

<u>Tameen Saied</u>:  Sarah Jane? <u>Jennifer Klemmer</u>?

<u>Harry Gural</u>:  No.

<u>Tameen Saied</u>:  Who is your brother?

<u>Harry Gural</u>:  <u>Bill</u> in Fuji. He is coming home soon, maybe this week.

<u>Tameen Saied</u>:  No, he is not.

Pamela Chapman
pamelachapman.com.net
401-862-9556

Harry Gural:  I am not moving from Washington DC because I love my apartment.  If I say I will be excoriated by Tara Plochocki for making my intentions known…

Tameen Saied:  If you are out of the middle space and with Tameen Saied in the Upper realm, are you afraid to speak your truth?

Harry Gural:  No, because Tara Plochocki isn't really there. But she holds him in a psyche and so does her mother, and in the future so are several women in the Thievery Ring.

Tameen Saied:  Can you tell the truth in that space, or are you permanently altered by this experience?

Harry Gural:  I can't make a mistake in a dunk tank because Tara Plochocki will excoriate me when I come out.

Tameen Saied:  How?

Harry Gural:  She will scream, *"You failed to take the right turn."*

[Note:  The Tuning Forks claimed Tara's mother thought if Harry Gural got caught in a dunk tank, he would never get out on time to meet his obligations at Kundalini Crossing, and he would always be punished for whatever he was supposed to be doing. He was trained to be paranoid about being late or not showing up. He was never late and never paranoid before. You just remove yourself from the situation. He claims not to be paranoid anymore.]

Tameen Saied:  Are you drugged?

Harry Gural:  No, I'm a terd on steroids, and I sound under the age of 14.

Pamela Chapman:  Are you a man, a terd or a toadstool?

Harry Gural:  I'm a man afraid to make a mistake.

Tara Plochocki was a huge mistake and mistake #2 is to continue this Shit Show brigade.

Tameen Saied:  So wipe your ass, and start over because you sound like one big jackass. That is Truth #5 for tonight. You had to impress Tameen Saied and Noor Saied's group this evening, and we are all leaving to go to the movies. (That would have been Kundalini Crossing.) We'll see you tomorrow evening after 7PM EST because it is well after 6AM in Chennai, India and I'm getting up to go to the office. I don't' make watches. I am a CEO of distinction, and I cover my bases really well. You aren't, so study up and learn to tell the f'truth, or we will string you up and hang you from the realm's willow tree.

Pamela Chapman:  Maple? Oak? Beech? Be careful. Newport Beach trees are old and diseased.

Pamela Chapman
pmchapman@cox.net
101-662-9746

<u>Harry Gural for Pamela Chapman</u>: Do you think I sound like a 14-year old jerk?

<u>Pamela Chapman</u>: Yes. It is so bad when you lie and tell <u>Tara Plochocki</u> stories. You must drop that dialog ASAP. No one will ever trust or respect you ever again.

*"No shit."* <u>Rob Mauer</u> across the street says, *"Absolutely. No f'way are you **not** sounding like a 14-year old terd."* He has two sons around that age.

[**Note:** This is <u>Harry Gural</u> in a psyche. Most did not know that then.]

### August 11, 2021
**6:00PM**

<u>David Vann</u> and <u>Marie Rossi</u> arrive while walking the beach, 5:00 – 6:00PM

<u>David Vann</u> and <u>Marie Rossi</u> reveal the legal liabilities and compensation associated with Governor Cuomo's case and what <u>Pamela Chapman</u> and <u>Harry Gural</u> win for their individual experiences: $150 million for <u>Harry Gural</u>, and who and how you file suit against each other.

At 2:30PM, <u>Pamela Chapman</u> goes to the bathroom and <u>Kamala Harris</u> claims you can't leave. You are now stuck in a Shit Show.

She was walking through someone's house in New York City and near Vassar College. <u>Pamela Chapman</u> asked, *"Is it the Clinton's House?"*

<u>Kamala Harris</u> said finally, *"I didn't get inside that house before it was under energetic lockdown."*

<u>Pamela Chapman</u> asked, *"What about <u>Caroline Kennedy</u>'s house?"*

She got roughly the same answer.

*Note: This is a mirror of what <u>Harry Gural</u> and his whores were doing to <u>Pamela Chapman</u>.*

<u>Pamela Chapman</u> fell asleep and woke up at 5:05PM to <u>Kamala Harris</u> claiming, *"I step down, I resign my post as VP of the USA."*

<u>Pamela Chapman's</u> big left toe is throbbing. She says, *"What are you doing?"*

It stops. <u>Joe Barrett</u>, Wes '82 underestimates it.

Pamela Chapman
pm.chapman@cox.net
401-662-95 p

Pamela Chapman asks, *"Are you driving a stake in my big toe?"*

*"No"* she thinks. She is hanging Harry Gural and Pamela Chapman upside down.

Marcella Lobo and Doug Emhoff are Kamala Harris' non-seer shamans this morning. Alberto Villodo claims, *"I am the seer, but I'm not doing anything."*

That's bullshit. His upset caused David Vann to claim, *"Pamela Chapman you could file for at least $150 million against Marcella Lobo."*

Villodo's doing something with her feet and he's not saying.

Zenia Thesesa pulls Beatriz's strings out and unzips her.

Kamala Harris starts quacking literally like a duck and claims unmistakably, *"You really now must resign."*

Pamela Chapman asks, *"Why? What is Beatriz doing?"*

She is keeping the guide and person insurrectionist activities alive because as long as it's alive, Kamala Harris thinks she can reclaim her power and not resign. She still wants to be President, except a lawsuit file by David Vann for Harry Gural for at least $150 million would force Kamala Harris to resign. It would absolutely initiate an impeachment process, and she knows she would not survive that impeachment. Harry Gural would receive damages in excess of $100 million.

This morning, Kamala Harris kept telling Harry Gural she will kill him, Harry Gural, and string both of you up alive to prove her power and her might. She can't stand that Beatriz completely unzipped Pamela Chapman who says to Zenia Theresa, *"Are you f' kidding me, how can Beatriz do this to me? She is absolutely standing behind Kamala Harris and not Pamela Chapman, who has been asleep through most of this."*

Zenia Theresa finally pulled her zip string which means Beatriz can no longer sue and can no longer guide. Therefore any promises made to Kamala Harris or her guide are now null and void which means what exactly David Vann?

David Vann, esq:  Pamela Chapman, Kamala Harris owes you money also for manslaughter which means you and Harry Gural are unmistakably connected and associated with this insurrection.


How to solve the insurrection directly:

Zenia Theresa:  You must assume the position of power because you all are in charge now. Only Tameen Saied has the energy tools to succeed. Harry Gural and Pamela Chapman do not have those tools.

Pamela Chapman
pmnchapman@cox.net
141-602-9516

**Alberto Villodo:**  I don't f' believe what just happened. **Marcella Lobo** said, *"What did we do to deserve Pamela Chapman?"*

I, **Jean Gorham** this day, the 31ˢᵗ of May 2022, 12:20PM said:  I am guilty of so many things and I will pay **Pamela Chapman** in a court of law or as a pre-trial settlement, or as a pre-lawsuit settlement to avoid a lawsuit, because I did so many bad things to her. I didn't understand The Game I was playing in.

I, **Jean Gorham** will pay **Pamela Chapman** at least $750 million, or 85% of my net worth, because I have $2 billion in family assets with my husband and the 1ˢᵗ billion belonged to my birth family trust fund built on Connecticut shade grown tobacco leaves.

I, **Jean Gorham** have no other comment other than I am guilty of all charges levied against me through this Big Book Story and,

I, **Jerry Slocum** have been a first-class jackass. I cannot understand how I am talking, but if you don't know me, you'd think this is ok, and if you do know me, you'd think, *"What the hell happened to you Jerry Slocum in this space?"*

I, **Jerry Slocum** was smitten with **Beatriz**, and I couldn't help myself, and now I will pay the spirit soul game that says I must leave right away, or else I fry the guiding realm way.

> September 6, 2022, King David inverted him and sent him inside Metatron Kingdom to be with **Samuel** and **Kathume/Merkle.** He is really going to enjoy this company. He can hear, but cannot speak to us, and he cannot return.

I, **Jean Gorham** step down and step aside because if I play this game one more f'day I will fry myself and my family to death because I failed to understand how to play this game. **Pamela Chapman** had no idea, no clue about anything. **Donald Jagoe** allowed me to betray him and her, and no one could understand how we got away with everything. I will tell you how:  We just do it. No one stopped us because **Jerry Slocum** said, "No guide could stop us," but **Stanley**, **Macklin**, **Erin**, and **Jean Dixon** did with the help of **Pamela Chapman** and her team whoever that really is—Melchizedek Café, that is her team. Now, **Pamela Chapman** your body has so many issues because we messed with your metabolism, digestion and nervous system. Your cardiovascular system is all messed up too. You kept telling us, and we never stopped. It is due to the energy and all the associated charges which caused a chronic state of abuse and victimization in this space.

"We wanted to destroy you and we didn't listen to you. Yet, we did it anyway and you kept asking us what is your metric of death and destruction because you screwed my body out of everything I had built, and took away my peace of mediation and my concentration. You all messed with it so brutally. Everything I did to heal my body after my divorce…"

"You underestimated our ability to destroy you."

Pamela Chapman
pmchapman@cox.net
401-662-9516

"Well, you took away everything I had built, and now I might be faced with chronic health issues that I worked so hard to erase. Once they arrive, you can't get rid of them. At my age things arrive, and don't leave."

**12:30PM** I, Jean Gorham stop all activity in the Akashic Record space, and I don't bother anyone in the Upper realms. I go to my attorney and try to negotiate because I don't want my name associated with the lawsuit that will come out of Connecticut on this situation.

It will be big, long and expensive for everyone, and you will go done in history as being charged, fined, and possibility imprisoned. May 31, 2022 12:33PM

The guiding realm says this confession is legitimate. She had an aha moment while listening to **Pamela Chapman** edit the last few pages.

**Harry Gural**:  We all got involved with **Kamala Harris** and she, **Kamala Harris**, was at the center of all our issues, including *Barefoot in Heels*, which she held with **Happy van Beuren** instead of the constitution of the USA with **Joe Biden**.

*Barefoot in Heels* is the new bible for the New Age. Any and all insurrection against betrayal and abuse will be corrected legally. That is the new message.

Thank you **Governor Andrew Cuomo** because without your resignation at noon on Tuesday, **Pamela Chapman** would not have read the announcement which brought **David Vann** and **Marie Rossi** which brought **Harry Gural** into the ability to finally make restitution with **Kamala Harris.** [Note:  David Vann and Marie Rossi were only here for Kundalini Crossing at night but never said so.]

**Pamela Chapman** said last night **Harry Gural**, if you do not have the courage to sue the Office of the President, then I will sue you directly for your involvement with **Tara Plochocki**. The only way out for you will be to finally confess to **David Vann** what happened to you, which allows him to sue **Kamala Harris** on your behalf.

**Pamela Chapman** blackmailed **Harry Gural** to participate because after all it was his and **Kamala Harris'** truth which wasn't really a blackmail, it was only the butterfly effect of getting at the truth.

**Pamela Chapman** has to sue because she needed the money from *Barefoot in Heels*, and they all got in the way. So, you see it is one big interconnected opportunity for **Wesleyan University** to finally gain its superiority over all the other insurrectionist schools who think they have the power and the might. We are the only university and college to prove we have the right people in all the right places to bring about global opportunity and change for any and all ages. We will go down in modern history by finally assuring the proper position as superior power and might and intellect because without all these Wesleyan University alumni the last few days would not have succeeded.

Pamela Chapman
pmvchapman@cox.net
101-66-2-9516

Cardinal Nation True and Blue, Red and Black, Classes '78, '81, '82, '83, '84: <u>Michael Roth</u>, <u>Roger Kass</u>, <u>Dorian K.</u>, <u>Joe Fins</u>, <u>Lin Miranda</u>, <u>David Vann</u>, <u>Pamela Dorman</u>, <u>Ed Heffernan</u>, <u>Andrew Parsons</u>, <u>Lori Kipnes</u>, <u>Harry Gural</u>, <u>Pamela Chapman</u>, <u>Joe Barrett</u>, <u>Alana Winters</u>, and several others also.
<u>Doug Sagal</u>, and <u>Lauren Siegal, M.D.</u> <u>Ellen Weiss</u>, <u>Cathy Kabral</u>, <u>Suzanna Kay</u>, <u>David Gillette</u>

<u>Ellen Weiss</u>:  If I tell everyone, you and <u>Andrew Parsons</u> were never who I thought you were, we would not be here. She thought you were some twit exchange student and <u>Doug</u>, the roommate, had to say, *"No way Jose."* <u>Ellen Weiss</u> could not stand that you had all the power over <u>Andrew Parsons</u> but actually he was not the right <u>Andrew</u>. She actually married another <u>Andrew</u>. Her older sister is <u>Pamela</u>. It was all a case of mistaken identity for her. She actually said, *"I never understood <u>Andrew Parsons</u> until now. It all makes perfect sense. He couldn't stand affluence and rich people and never would be one of them. You were one of them, so how the hell does he not accept you as his wife?"*

He has low self-worth and he is absolutely lacking in credibility this morning as he did nothing last night to protect his ex-wife or son or daughter. You always asked simultaneously for protection for your son, daughter, and <u>Harry Gural</u> as if you were one family unit of power. This really upset <u>Andrew Parsons</u> last night who said finally, *"What the hell are you doing <u>Harry Gural</u> to my f' family because every time you get into trouble you bring my whole family into the picture."*

[Note:  <u>Harry Gural</u> later pledged loyalty to <u>Andrew Parsons</u> as a member of the <u>Thievery Ring</u> in October 2021].

<u>Harry Gural</u> said, *"I have no idea."*

<u>Harry Gural</u> brought himself out of the dunk tank when <u>Kamala Harris</u> said, *"<u>Harry Gural</u>, I refuse to pay you $150 million because if I pay you, I have to pay so many other people and I can't afford politically to do that."*

<u>Pamela Chapman</u> you can sue for the same because <u>Kamala Harris</u> said, *"I would never allow <u>Barefoot in Heels</u> to be published because <u>Happy van Beuren</u> gave $2 million to my political campaign, and I will protect her to the end."*

<u>Roger Kass</u>: That's all bull shit now because <u>Wesleyan University</u> is never going to allow me back (he has to daughters there. That makes three in the family) because I said I could never look you in the face because my mother in law said last night, *"How did we get on the 'wrong side of this equation?"* which is **your dialog so you are so influential because now your dialog is part of everyone's daily conversation."**

    Who, what, why how?
    Which side of the equation are you one?
    Be and Become
    A whole bunch of other phrases that all came directly from your vocabulary and intellect.
<u>Pamela Dorman</u> has a whole list.

Pamelex Chapman
pmchapman@cox.net
203-662-9516

You are a major influencer of the people for being so central in the realm.

What are you going to do Kamala Harris?

Emily Parsons:  My mother once told me it was extremely important to understand that if and when you must assume a position of courage, then you absolutely must know how to assume it, if it is your destiny to stand up and do that which you must do.

Where did you learn that?

Wesleyan University of course. It was that Argus cartoon of *Wheel of Fortune* of insurrectionist activity. Do you know who drew it in 1981-1982?

We'll find out.

*"It was a wheel of well, what do you want to protest today?"* Pamela Chapman said then and today, *"You can't protest everything every day."* She just decided then and there, it was all about having position and intellect and knowing when to show up and when to sit down and when to show discernment in any and all situations. [Note:  It's the same as flirting, which may or may not be a skill set Harry Gural actually possesses which is why he is caught by other women especially the whores and prostitutes.]

This is why she went to sleep last night and Kamala Harris kept her awake because Kamala Harris liked to dictate when Pamela Chapman could sleep, eat, and when she could leave Kamala Nation at night.

Watch out who you piss off people because if they come from Wesleyan University you might be in for a treat.

Pamela Dorman:  We have so many alumni in so many important positions but it was Ed Heffernan who changed the equation of publishing forever because he said you can make it all about M&A and 38.5% is the only fair amount. 38.5% is the new number for knowing if and when the exchange is fair.

It is the new fairness, except it won't work for most people who do not understand M&A affairs.

We are all changing how we think and speak.

We have changed everyone's vocabulary forever.

What an unmistakable position of power. No one can understand what is really happening right now.

Pamela Chapman
pamelachapman.access.net
101-00-299516

## August 12, 2021

A month longer than it should have been. We should have retreated by June 21.

We all agree.

Kamala Harris, you were never supposed to be in this equation, and there were so many who got in the way, but Beatriz let everyone have their shot at Pamela Chapman because that was the only way for her to stay in her own voice.

She sold Pamela Chapman up the river. Zenia Theresa claims you don't realize it was never you. It was Beatriz, except Pamela Chapman paid with her life, and so did Harry Gural.

*"Harry Gural, are you, or are you not, with Pamela Chapman? If you are not, we will leave you here in the Akashic Record space."*

*"I'm with you all the way to the White House Pamela Chapman. If you are with Tara Plochocki, we will leave you here unmistakably."*

Harry Gural: I will never leave.

Pamela Chapman:  Then you must show up, or if you do not, David Vann, esq. will force you to meet.

Harry Gural:  I understand he can make me fluid in less than one hour.

David Vann, esq.: I will work on that unmistakably.

Pamela Chapman:  Now we have to implement the Tactical Action Plan.

David Vann, esq. does all the legal work for Harry Gural and Pamela Chapman. Yet, he was doing Kundalini Crossing with Harry Gural and Pamela Chapman did not at all know this.

Pamela Chapman
pmchapman@cox.net
401-662-9516

Kamala Harris, you will step down from the position of Vice President within the hour, or something like that. I won't resign without talking to the President.

Do it right here right now. He can hear you.

Joe Biden, I release myself on my own recognizance of my position as Vice President of the USA. I will leave right away today. Now, Joe Biden what has to happen?

Joe Biden:  She needs to come to my office, and hand in her letter of resignation.

That is the correct posture:  a letter of resignation,

Ok, who can type it right away?

Are you in Washington DC today?

She is also in Washington DC.

No problem. Can you send a diplomatic pouch?

Right now? Air mail delivery will never suffice.

Pamela Chapman:  My big left toe throbs a little still. Is it Marcella Lobo and Alberto Villodo ringing my telephone number?

It's **Alberto Villodo** saying he will never understand why he got in the middle of this insurrectionist activity because he would never have been involved if it hadn't been for **Pamela Chapman**. She says, *"No, it was you!"* and Marcella Lobo says, *"No, it was me. I need all the power and I never know when to quit. I never know when to hold and when to fold."*


Pamela Dorman has a list of Pamela Chapman phrases. She does not say how or why.

Pamela Chapman:  Can I buy it back from you?

Pamela Dorman: OMG, That's my story and I'm sticking to it.

*"Ok, that's my intellect. Watch what you do with it."*

Kamala Harris:  Did you really want to say and do all that?

*"I am the copycat, the one you don't see.  This one arrived in the last twelve hours."*

Pamela Chapman
pamelachapman@cox.net
info@card.tv

*"OMG, Harry Gural, we have the ear of the whole world."*

Pamela Chapman:  Ok, when is Kamala Harris resigning on camera, today at noon?

Andrew Cuomo will be so proud to stand with you in this new **#standupmetoo** extension of the original **#metoo.**

Ashly Judd and Harry Gural learned it all from the Kennedy School.

Ashly Judd:   No, we are just this way. No cartoon was necessary to understand our own discernment.

Harry Gural:  You don't have to tell them about the cartoon.

Pamela Chapman:  Well, it makes for a cute story after all. It is really my own experience with my own discernment after all. I knew from my own discernment on cartoons and the funny section of our newspaper or newsreel. Anything for a sound bite after all, right Harry Gural?

I am not apologizing.

She understands the sound bite.

After all, I learned not in government class from Siegel at Wesleyan University. So did Laura Fraser, so now what do you make of that?

We could play this game all day. Sound bites don't have to reveal anything to they?

No, they do not.

If we don't do this, what would Siegel have said?

Pharmaceutical adds would take over the newspaper, and now we will have to make restitution with CSS and COL because Joe Fins, MD (soon to be H'PhD) was the literary critic of what you wrote in your manuscript.

Did she pass or fail because in the day, that is all you had in the College of Letters, and the College of Social Studies too?

She passes with high honors.

Perry Smilow: OMG because we can and we will, so here is another one.

When is the reciprocity dinner?

Pamela Chapman
pamelachapmandesign.net
(o) 663-0550

When Roger Kass pays for all of it because his mother-in-law can, and she will pay.

Roger Kass: I can't pay to play. We all go the house in Millbrook, NY, ok?

That is another Pamela Chapmanism: *"Pay to play"*
> We are re-setting the standard of social norms with our vocabulary. Mostly Pamela Chapman's, but if not for you, then not for me.

*"Now, we all want to play."*

This is why Pamela Dorman started that in the first place. She was changing how we spoke to each other. She remembers to tell us all go to bed and go to sleep especially after 2AM because if you are an Ayurveda pitta you digest best between 10 PM – 2AM. If you are a vatu constitution, you can stay up and the rest of us can sleep.

Harry Gural, if you are a kapha, you are best between 6 – 10AM or PM. Are those your hours of being wide awake and alert?

*"No f'way. I'm a pitta by choice."*

Harry Gural:  Put down your pen.

Pamela Dorman: This is what we did one day listening to Pamela Chapman. I started writing down what she said. I didn't believe what she was doing.

She knows Carrie Crosson Gilpin conducted an interview with you. Pamela Dorman has similar notes.

*"We'll use them because Carrie Crosson Gilpin can't see who or what you are, and I couldn't either until my three doors closed. Then, I could see very straight. I showed up right away. That was **June 17, 2021 (Back Doors closed)"***

If the insurrectionist activities had to be after that, it took two more months. It was Beatriz vs. Zenia Theresa, and we had to wait. **Pamela Chapman** was held to every f' problem.
> Every day and every night, several times a day, she was directly attacked and made to believe she would roast, toast, fry and die, because the only way Beatriz could win was if Pamela Chapman died. That makes Beatriz a virus who kills her host. All during the COVID-19 pandemic, which could also kill you. She survived infection of the virus, but not Beatriz.
>
> She has no decent human guide nor a guide for humans. She had forgotten Beatriz gave her Jerry Slocum as a guide, yet he was no guide at all. He was a demon.

David Vann:  We are going to re-set the world.

Pamela Chapman
pamelachapmanresource.net
101.662.9516

<u>Marie Rossi</u>:  She was my roommate, so we are all family.  No, we are not.

*"So, if you have to act, know the people we all do. That's why we can link with each other. <u>Lori Kipnes</u> is here too."*

**7:25AM**

*"Did I not say on Monday night, <u>Kamala Harris</u> can resign Thursday at 10AM in the Rose Garden?"*

*"Yes, you did."* <u>Donald Trump Sr</u>. said, *"You gave her 48 hours."* You asked, *"Do you want the Rose Garden or the steps of Capital Hill?"*

<u>Nancy Pelosi</u> still has her red dress hanging. She is ready to be sworn into power.

Look at what Wesleyan University alumni can do before breakfast.

<u>Alberto Villodo</u>, how the hell did he get into all the questions?

OMG, <u>Keri Weil</u> will take good care of him. They are all from Brentwood, CA. She knew all along that <u>Alberto Villodo</u> and <u>Kamala Harris</u> wanted to either be in business with each other, or know each other's business.

<u>Kamala Harris</u> is in bed at the moment.

In bed? She never sleeps.

Usually, if <u>Pamela Chapman</u> is standing or sitting down, so is <u>Kamala Harris</u>. *"Assume the position of power <u>Kamala Harris</u> or have you lost it all finally because <u>Pamela Chapman</u> can, and she will, and she must?"*

<u>Kamala Harris</u> purses her lips, takes a sip, and tries to stare like <u>Pamela Chapman</u> stares, but <u>Pamela Chapman</u> never wavers. <u>Pamela Chapman</u> can stand and stare longer because her eyes can track. <u>Alberto Villodo</u> taught her how.

Someone from <u>Kamala's Table</u> says, *"This is an exact understanding of what happened in this space last February, March, and April. Every woman wanted to best <u>Pamela Chapman</u> so they could best <u>Kamala Harris</u>. They all wanted to be <u>Kamala Harris</u>, and several still want to be."*

<u>Bethany DiNapoli</u> said recently, *"I want to be <u>Kamala Harris</u>, and last spring so did <u>Tara Plochocki</u>, <u>Monique Burgess</u>, and a whole lot of women. The only one who didn't want to be <u>Kamala Harris</u> was <u>Pamela Chapman</u>. She's a Republican after all."*

She can speak because <u>Pamela Chapman</u> you are first in your class.  If you were not there, you are now because <u>Andrew Parsons</u> says, *"I can't believe my former wife is in the middle of all this. I always knew you were a CIA agent and no one believed me."*

Pamela Chapman
pam.chapman@msn.net
107.662.0510

*"Then, how about now?"*

A T-shirt is no validation of spy activity. We never reveal we are spies after all, do we <u>Pat Fernandez</u>?

*"I will never live this one down,"* <u>Pat Fernandez</u> says, *"because I supported <u>Kamala Harris</u> from the beginning, and you didn't really like her. I brought you and <u>Alberto Villodo</u> to her house, and if not for me, you didn't have an introduction."*

"Yes, but you thought <u>Pamela Chapman</u> was a spy doing covert activities when all <u>Alberto Villodo</u> and she were doing with <u>Tameen Saied</u> were cleaning house in these Upper Nations. We removed all the insurrectionists. We literally exiled jackals and jack asses.

<u>Alberto Villodo</u> had set up <u>Llama Nation</u> and <u>Andrea's Nation</u> was an offshoot of <u>Llama Nation</u>. We left the giraffes alone because we didn't know who they were but they were all banded together. They were the British Royal Family after all. We didn't know who they were. *Andrea* was actually <u>Sarah Ferguson</u> or her daughter, <u>Beatrice of York</u>.

Ugh! <u>Pamela Chapman's</u> brain doesn't always work with tight energy. We just leave this conversation alone until there is more head space.

<u>Nancy Pelosi / Gina Raimondo</u>:  I am not ready to be Vice President, but if I am, I will and I must. We all came from <u>Kamala University</u> and you <u>Pamela Chapman</u> taught English or something like that. <u>Pamela Dorman</u> went line-by-line with *<u>Barefoot in Heels</u>*, so did <u>Joe Fins, M.D. H'PhD</u> the other night. Now we are all on the same page.

<u>Roger Kass:</u>  I haven't had this much fun in years. Then again, I am in a position to take you out legally <u>Pamela Chapman</u>.

Ok, Roger-Dodger that one, and don't forget it's:
> *"Live from Newport, it's Saturday Night with <u>Roger Kass</u> and the Supremes"*

That will go down in <u>Roger Kass</u> history because he never could understand how to be his own man. This space allowed him that. He is always <u>Mr. Andrea van Beuren</u> bought out by grandma.

<u>Pamela Chapman</u>:  Many people feel the same way. So did **<u>Andrew Parsons</u>, <u>Cathy Wicks,</u>** and **<u>Kathy and Rick Abbate</u>**. Newport Proper did that. They finally understand themselves and their own individual place in their own social directories.

That was very well said because so many people didn't understand why some people act out the way they do.

Pamela Chapman
pmchapman@cox.net
401.662.0516

<u>Pamela Chapman</u> just changed writing instruments again. Nothing looks or writes the same. Pencil, charcoal and tree bark always dissolves over time.

*"Yes, it does."*

*"Why doesn't anyone want to talk to <u>Kamala Harris</u>?"*

She resigned. She can now finish sleeping her life away just like <u>Pamela Chapman</u> had to ever since a month ago. So, <u>Kamala Harris,</u> sleeps all night, and all morning, and does nothing all day for more months because that's what <u>Beatriz</u> does to you.

<u>Pamela Chapman</u> traded her for <u>Zenia Theresa</u> (who ultimately was revealed to be <u>Samuel</u>, one-half of <u>Beatriz</u>). She needed a better guide. *"I would have pulled her string sooner because we all learned last January 2021. If we keep giving people more chances, to make right choices, it doesn't matter. They still go the same wrong way every time. So, just get there and go straight through."*

> **"Just go straight through. We will get there anyway. Why waste time and money?"**
> *Pamela Chapman*

Marcia, Marcia, Marcia… Marcie –Darcie.

This is television history and trivia after all. We rely on Hollywood so much to entertain us. So much of Hollywood depends on written books.

Let's not bite the hand that feeds us all. But yet they bite <u>Pamela Chapman's</u>—It's all harassment day-after-day, conversation-after-conversation.

<u>Becca Bertrand</u>:  That's about the size of it. No one can hear anything anymore because everyone is retreating so fast, so am I.

No, not at all. We will all remember because we wrote it down.

<u>Becca Bertrand</u>:  <u>Roger Kass</u>, thanks for all the <u>Campbell Soup</u> stock, *"Because now, I can buy out <u>Doug</u> and sell my house."*

<u>Roger Kass</u>:  You didn't get stock options. You got a bonus check from <u>Happy van Beuren</u> for being a good trooper in the <u>van Beuren Charitable Trust</u> war of infidelity. That's called a divorce settlement from Newport Film, a division of the family firm.

Pamela Chapman
pmechapman@cox.net
401-662-0516

[Note: Pamela Chapman gets her book stolen by Happy van Beuren. Happy's brand of thievery is contradictory. Happy moves to steal *Barefoot in Heels* so Pamela Chapman can neither publish nor make any profit. Raped and robbed of her book, she makes no profit nor investment opportunity. This moves the author toward personal bankruptcy.]

Yet, **Happy van Beuren** is more than pleased to give **Becca Bertrand** a bonus check for leaving **Newport Film**. Her departure from the family firm, gets **Becca Bertrand** out of **Andrea van Beuren** and **Roger Kass'** hair.

[Note: Becca Bertrand and Roger Kass were sorcery spouses at Kamala's Table, and loyal kundalini partners of each other after that. They were also a Bonnie and Clyde thievery pair in October on behalf of Kamala Harris to extract information about Pamela Chapman from Andrew Parsons, and to place a digi-box in Pamela Chapman's upper brow for Kamala Harris to bark commands at Pamela Chapman in real time, but Pamela Chapman took care for that immediately and Kamala Harris never did that again to Pamela Chapman. It just took a proper discussion between the two of them for Kamala Harris to understand the placement of the digi-box as her own misunderstanding of Pamela Chapman. It was removed immediately after that never to return.]

One gets nothing at all—just harassment, and the other gets a bonus check or stock options to avoid harassment. Both courses of action are thievery, yet in opposite directions.

**Jerry Slocum** removes **Pamela Chapman** from an authentic reciprocity of relationship with **Harry Gural** and puts **Becca Bertrand** in as a false reciprocity. Then, he tries to marry them off as shamanic spouses, which **Roger Kass** and **Becca Bertrand** already were from **Kamala's Table**. Later, **Jerry Slocum** puts in **Christine Bush** to do the same. When that doesn't work, because it is a false positioning, and he refuses her, **Michael Harner** does the same. That never worked, not once, not twice. In the end, **Pamela Chapman**, once again, gets nothing for the authentic effort, and **Becca Bertrand** gets everything:  money, investment, and intimate relationship from **Happy van Beuren** and **Myron**, **Harry Gural's** father who was really **Michael Harner**, and **Jerry Slocum**. Why was that?

**Becca Bertrand** got a shamanic divorce settlement?

*"I need one of those quickly."*

Good thing **David Vann** can do that one too. He's adept at **Leika Nation** divorce settlements.

**Alberto Villodo**, it will cost you a pretty penny or maybe a Beech Tree, but never drugs. We save those for **David Vann**. **Pamela Chapman** needs cash, opportunity and conservation lands. She also needs a beach house or was that a Beech Tree?

*"Aren't they the same?"*

*"Only in Newport. They are both part of the culture."*

**Zenia Theresa**, does **Beatriz** need another string pulled? She is squawking on the other side.

Pamela Chapman
pamelachapman@cox.net
401-662-9546

*"One string does it for most."*

*"Is she re-constituting?"*

*"No, she can't, and she won't because if she does, she will kill her person, because she has to stick around and see how it all plays out."*

*"No, not a chance. Get the hell out of here."* <u>Pamela Chapman</u> fired her permanently.

<u>Peter Bramante:</u>  I'm not going down in history for this one.

*"If I die before I wake…"*

*"You are not dead."*

*"If I died, I'd be awake. Then, I'd have to watch it all anyway."* That is what <u>Pamela Chapman</u> said. *"If I die, I'd have to listen to all of this chaos and commotion, so I might as well live. Then, I can at least write it all down."* [**Note**: The noise is in her aura.]

*"Let' take a break. Is <u>Kamala Harris</u> asleep yet?"*

*"I don't think she ever sleeps. She is just pretending to sleep. Now, she has one big headache."*

*"Tylenol won't fix what's ailing her."*

Get her to the dry cleaners, steam her up straight, get her to the microphone, clear your throat and just take a breath and say, *"Ok, let's go. Isn't that similar to <u>Andrew Cuomo</u>."*

*"Yes, it was."*

<u>Kamala Harris</u> isn't saying anything like that. <u>Doug Emhoff</u> says, *"She will resign in her own time."*

Ok, <u>David Vann</u> how quickly can you send that letter of legal opportunity because after all she and Doug are both attorneys. They know the drill.

<u>Kamala Harris</u> thinks she can out distance and out run it all.

If she were a <u>Twin Soul</u>, she would learn unmistakably that runners run until they run out of gas. They learn that as all their own misperception. They could and did run away, but they never ran anywhere at all. Just look down at your feet, and see that they never moved. Runners have to stop running at some point. They are on a treadmill and just wear out. They don't actually cover any real distance. They all arrive right back at the same starting gate—because they never left in the first place. Just like <u>TS Elliot</u> said.

Pamela Chapman
pmschapman@comcast
860-662-9516