Once again, today at 10, 12noon or 3pm?

Never 3PM. It's too late in the day. It's never too late when you are overdue. Yet, the administration just began. You can resign by daybreak or night fall or something like that because the sun never sets in the United Kingdom. A sun always rises somewhere in Great Britain.

*"She needs a new pen, <u>Beatriz</u>."*

*"What did you do with her original pen?"*

*"That one that does not work well on any level."*

*"<u>Harry Gural</u>, just don't talk or walk backwards ever again."*

<u>Harry Gural</u>: I won't talk backwards ever again.

*"You have such a great sense of humor and I can't believe I never knew yah!"*

*"It's a filter of energy."*

*"This pen is like **writing** with a bad brick."*

*"BTW, never arrive in this place to smack a brick or a board over someone's head."*
[**Note**: Like Andrew Parsons always said about doing to Pamela Chapman] or swat on the back, but always carry the right pen.]

[**Note**: This is her auric key, a penknife. They all look the same. A penknife is not unique to a writer.]

<u>Pamela Chapman</u>:  I don't want to play this game all day.

*"But, I can. Let's retreat, and see what we all get."*

<u>Kimberly Witherspoon</u>:  I don't want to retreat, because if I do, I won't find out what happened to you.

<u>Pamela Chapman</u>:  What happens to me happens to you, don't forget that.

<u>Kimberly Witherspoon</u>:  I will and I won't because we can't tap our feet together.

[**Note**: We always tapped feet together as our own rhythmic language of laughter and fun together as one. We are the toes and heel tapping sisters.]

<u>Pamela Chapman</u>:  Yes, we will. Just remember it's better to tap after 4PM, and when you tap, think of me tapping.

Pamela Chapman
pamelachapman@comcast.net
401-862-9946

<u>Marcella Lobo</u> claims, *"It's just not the same. She always needs someone energetically on the other end to execute her favorite private plans."*

That's really interesting. Do you feel like you are alone in the world?

OMG never ever. That's the whole point, except when we need to actually have our private movement and we can't, and we don't, that kills us unmistakably.

Together we are always better, always and forever more. Except there is a Zoom call coming in. Not at 8:16AM – well London time is different so is Frankfurt and Milan. (Paris is dead, <u>Jana Jagoe</u> killed it.)

*"No way. She isn't anybody and no one remembers why or how she came. We do but we won't say."*

*"<u>Mark Halpern</u> doesn't stand a chance because he's not taken with the <u>Jana Jagoe</u> story, the movie by the motion picture industry."*

*"That's because <u>Jane Fonda</u> is better than the rest and she had that master plan all charged up. She and <u>Martin Sheen</u> knew how to spin a yarn instead of <u>Mark Halpern</u>."*

*"Yes, they did. But no one knew what to expect from them."*

Everything <u>Kamala's Table</u> did was a joke, but really it was just a dress rehearsal—or other things. And, don't forget everyone was forced in over their heads into territory that they should not have been in.

*"Good thing we from <u>Wesleyan University</u> know how to navigate new waters and find our way back home again."*

**8:20AM**

*"This is like trying to write in mud. I'm all in, all out, all done. That's a quote from another."*

*"It's August. European vacation month. It's the President of the US's vacation. It's peak time on Martha's Vineyard or Nantucket. They are all here on the East Coast with us."*

*"It's Thursday, and the sun has risen on the East Coast of America".* We were all so global at some point and if we weren't, we translated for <u>Tameen Saied</u> in Chennai, India, and <u>Alberto Villodo</u> on the West Coast.

*"So, <u>Kamala Harris</u> has reassigned in here and we are waiting for her headache to be over so she can resign out there."*

What got her?

David Vann and Marie Rossi:  With a $150 million suit filed by Harry Gural either directly or through Pamela Chapman, because after all, we all know each other.

Kamala Harris said unmistakably, *"Really, you really all know each other?"* That made it so real for Kamala Harris.

A big lawsuit if filed on behalf of Harry Gural at the Office if the President by, and through, people we all went to Wesleyan University with, made the lawsuit exceptionally real for Kamala Harris. She should not forget, Michael Roth and Keri Weil, President of Wesleyan University and his wife, sat at Kamala's Table.

That did not make it real for Kamala Harris. It was real for her because she knew them, but so did Pamela Chapman and Pamela Dorman. Kamala Harris over looked that one fact. Keri Weil grew up in Brentwood where Alberto Villodo grew up and where Kamala Harris lives. It's the Brentwood Wesleyan connections that got to Kamala Harris the most. Pamela Dorman and Pamela Chapman from Wesleyan University must have really gotten to her also. She said, *Barefoot in Heels* can never ever be published.


On May 31, 2022, Grenville Craig admitted his instant babbling of Pamela Chapman's social security number and her sister's number were planted by Jonathon Karp, CEO of Simon and Schuster.

Kamala Harris just said, *"Her sister's?"*

*"Yes."*

Kamala Harris:  We didn't' stipulate that.

*"Well it happened. Why did you do that Kamala Harris?"*

Kamala Harris:  We did it to financially ruin Pamela Chapman to destroy her credit history and to destroy her ability to not be secure against identity theft. If she were, then she could not gain access to her money or have any credit history after that.

Does Grenville Craig know that?

Yes, because he and Rusty Powell III always talked about stealing social security numbers. He used them as bait for other information and to horse trade, if necessary depending on his needs.

Harry Gural understands completely what Rusty Powell III was doing, but her sisters number had nothing to do with anything. Grenville Craig should have known what he was doing.

Pamela Chapman
pamelachapman.com 867
303.492.6930

*"He did."*

Sandra Craig should have stopped him. She did not because she also enjoys having the upper hand with people like Pamela Chapman.

*"What kind of people are those?"*

People of enormous personal power because she has known he knew all along what he was saying. No one thought to stop him?

*"No."*

Jonathon Karp did not really need to do that, but he did.

He says, *"I now realize that is a crime."*

It is fraudulent to steal and use social security numbers because they are personal identification numbers that once stolen make it impossible to recover from.

*"No, they replace them, but they don't tell you what the new number is. Then they track what happens to the number over time. Pamela Chapman will have no problem transferring money once we report the crime."*

You tell your lawyer. If you tell the social security administration, they will record it, but they will not prosecute anyone because so many numbers are stolen, and most are through Ways and Means.

Diane Crosson McEnroe was framed by Ways and Means, and as such, lost her credit history. This lowered her credit score. Will Pamela Chapman have the same fate?

*"No, because Ways and Means is not investigating Pamela Chapman ever, and Nancy Johnson will see to that. She can hear this. If she has any difficulty Pamela Chapman will speak directly to Nancy Johnson herself."* 6:24PM 5-31-22.

If Nancy Johnson is not alive, she will speak to Gina Raimondo. Gina Raimondo said, *"We told her she is free and clear from what we needed, and if Lin Miranda, producer and creator of Hamilton does a Broadway show from these notes, the state of Rhode Island owes her a huge reciprocity, as well as if her book, Barefoot in Heels is a major motion picture film produced in Hollywood. We have no issue with her. She will have no issue with us."*

This was her plan all along. Happy van Beuren and others passed the wrong judgement on her.

*"They know that. It won't happen again,"* Gina Raimondo said.

It always does.

Newport Academy of Beech Trees…

If you know Newport lineage like we do, then you know <u>Grenville Craig</u> quit 'The Beach', and then complained about quitting. Well, <u>Sandra Craig</u>, his wife complained they didn't get along with anyone at the private beach club, and <u>Harold Sands</u> –the man who sponsored his membership, didn't understand that <u>Grenville Craig</u> couldn't fit in or belong to such a group of people.

Sometimes there are mistakes made at 'The Beach', but we call it Sandywoods. That was a private middle space who took its name of an arts center in Tiverton, Rhode Island. It is adjacent to Tiverton Trading Post. It had about 20 members including <u>Rusty Powell III</u>. It is purported to have been started by the name <u>Earl McMillian II</u> to represent <u>Earl McMillian III's</u> father. <u>Earl McMillian</u> owns <u>McMillian Yachts</u> in Portsmouth, RI. They are both on the board of trustees of the Redwood Library. It appears <u>Rusty Powell III</u> acts as the father/mentor of <u>Earl McMillian</u> and <u>Jonathon Karp</u>. <u>Earl McMillian</u> calls <u>Rusty Powell III</u> his father, and <u>Jonathon Karp</u> is referred to as <u>Rusty Powell Jr</u>. <u>Grenville and Sandra</u> call their investment company, Tiverton Trading, and <u>Grenville Craig</u> appears to have been in that space 18 years or so. <u>Ruth Taylor's</u> father was a member of Sandywoods. She is the outgoing Executive Director of the <u>Newport Historical Society</u>.

If you are a Sandywoods of Tiverton, never even leave that place. Never travel over the bridge onto our native soil because you will never ever fit in Newport at any Academy or Ivy League University. Did you understand <u>Peter Bramante</u> how and twisted and fired that one up? It was for you and for all people—liberty and justice for all.

After all, <u>Kamala Harris</u> always ended every conversation with both, *"Liberty and justice for all,"* and *"Let's create enterprise."*

<u>David Vann</u>, you really understand the masterplan. Now, you can charge up your own mission and vision of freedom and justice for all, mixed in with some enterprise investment opportunity called one big fat compensation plan. Let's call it freedom and justice for <u>Harry Gural</u>. He deserved it for all that got compromised in his character, mind, social life and all the rest.

[**Note:** What about the abuse, harassment, and defamation of <u>Pamela Chapman's</u> character? There are no <u>Tara Plochocki's</u>, after all, just other opportunities elsewhere out there. They are not in the energy realm. If one has to listen to <u>Pamela Chapman</u> say one more time, *"Relationships are out there, and in here,"* or, *"If they start here, they must end at out there. They should never start and stop in here, or else you ruin your life."* If they do start and stop here, just get yourself a shameanic spouse who you will never meet physically. The reciprocity for marriage is the man gets to masturbate as often as he desires with a woman on the other end of the experience, while the woman has the experiences of controlling the man through "handling", which usually starts in psychic manipulations.]

[**Note #2:** <u>David Vann</u> of <u>Simpson, Thatcher and Bartlett</u>, NYC, claimed to have arrived for <u>Pamela Chapman</u> – they lived on the same dormitory floor at college. His wife was her literal college roommate on the same floor in the same dormitory. But, just like <u>Christine Bush</u>, esq. who arrived in the energy realm in September 2021 after <u>Pamela Chapman</u> telephoned her physical office in Providence looking for legal representation in these criminal cases, he –and she—pushed <u>Pamela Chapman</u> aside claiming they each prefer to take on <u>Harry Gural</u> as their legal

Pamela Chapman
pamelachapmanpress.us
Volume 24536

case. Both parties took to Kundalini Crossing games and exercises with Harry Gural. Pamela Chapman had no idea of any of this.]

**8:38AM**

**Zenia Theresa:**  If you are a **Reciprocity Nation** in the Upper realm, you retreat with an intimate physical relationship intimacy. If you retreat in the middle realm, you do not have intimacy of reciprocity, but you are always open—just not intimate— through the space. In the **Akashic Record** realm, if you retreat individually without relationship, and then re-surface, you will never retreat again.

**Emily Parsons** says, *"Pamela Chapman is excluded from the normal routine, business, and experience of both the Akashic Record realm and the Upper realm… You were never included from what we all had to deal with for so long for one year or more. You were never exposed like we were."*

Pamela Chapman was publicly and globally exposed. That was its own disharmonic unity. Everyone said and did horrible things. She was forced to completely expose her entire being, and yet she is so private anyway. She was beaten to death and despair and disrepair physically several times every day. No one listened to her nor did they dare stand up for her —otherwise someone would attack them  also.

Put yourself in her place. No one would, except we repeatedly exposed the character, integrity, and quality of so many people in our individual communities to show us all their sides. We can now go back to school, and back to work, but maybe we want to change our relationships, or daily living conditions. Or, maybe we want to initiate a legal lawsuit because we can and we will…

**Lori Kipnes** said it best when she said, *"We put Andrew Parsons out in a public tribunal. He was tried by the people and so was Pamela's book, Barefoot in Heels. Based on the sheer number of people who will defraud and horse trade that which doesn't belong to them, to what illegal steps will you take Andrew Parsons, MD? To which improper circle of people will you relate with to get your agenda completed? Don't get involved Andrew Parsons, M.D. where you don't belong, but step up where you should."*

[**Note:** Andrew Parsons wanted to emulate, but never ever understood Harry Gural. Months later he learned his insecurity could be partially based on the sheer number of times Pamela Chapman and Harry Gural were married in past lives—", or the sheer number of times they were in parent-child reciprocity of relationship lifetimes—". In this life time if they are together, it would be their 15th lifetime together. She has no prior reciprocity with Andrew Parsons. He also felt insecure about Kundalini Crossing which he did not seem to understand. His lack of comprehension triggered him to self-identify and volunteer to be a Kundalini Crossing initiator through Kamala Harris.]

We will have to remember Newport wanted **Pamela Chapman** to pay for all of its sins—the sins of all of its people in Social Newport and the nonprofit realm. She is not thievery, and never forces women, or men, to pay with sex, money, and fraud. What you are accusing her of is exactly— and probably—what you yourself are guilty of.

Pamela Chapman
pmchapman.consult
leidi2651

<u>Pamela Chapman</u> you are now with <u>Harry Gural</u>. If he doesn't show up physically out there, remember you and he have no choice now but to be reciprocities of relationship in <u>Reciprocity Nation</u>.


It is important to record that <u>Reed Casper, esq.</u> has all the notes. We will sue <u>Andrew Parsons, MD</u> through <u>Amey Cardullo, esq.</u> unless otherwise professionally and legally counselled out there. We all know each other. Any lawsuit with <u>Andrew Parsons</u> is a continuation of previous matters.

These lawyers will allow for a fluency of understanding. If we retreat, there is no fluency correct?

*"Yes, but one must have an understanding of one's experiences. If you were in a relationship and fluency was a problem or a game…"*

*"Yes, flesh out anything about your partner, and <u>Harry Gural</u>, if you were leading a fantasy life, just remember real life never ever pans out that way, even if you rehearse for it all day, every day."* Real life has a way of always giving you a different response. <u>Pamela Chapman</u> knows that like no other.

*"<u>Harry Gural</u>, you know you need more than just a fantasy life?"* Always know you must resolve relationships on this human side to get along as guides on the other side.

If we have retreated, do they say, *"When the <u>Star Gate</u> closes we are all done and all through with you and all of this?"*

*"Yes, unless you choose to reappear. Then you will no longer be able to retreat."*

<u>Harry Gural</u>:  <u>Alberto Villodo</u> you only want to be in space?

<u>Alberto Villodo:</u>  Yes, that's all I know.

<u>Pamela Chapman:</u>  Why not try something new. Then, you can finally release <u>Marcella Lobo</u> and re-acquaint with <u>Elena Sobo</u>.

<u>Alberto Villodo:</u>  I'll think about you night and day because Netflix won't take my story but <u>Pamela Dorman</u> at <u>Viking Penguin</u> publishing can.

<u>Pamela Chapman:</u>  If you were in the <u>Akashic Record</u> realm for five-ten-fifteen years, did anyone ever think they'd make it back to privacy?

Pamela Chapman
pamelachapman.com
301.00.00.00

No one realized it was a one-way ticket, that once through you could no longer leave. Everyone thought it could be undone until they realized it couldn't, especially students of Kundalini Yoga who said, *"Holy Shit, what the hell happened to me in that class?"*

That's exactly what happened to several students of yoga. Then, we all just said, *"Oh well."* Then, we looked puzzled, until we mastered ourselves more than four months later. But, no one told us how. That was the allure of Kundalini Yoga, but no one knew that was the actual core foundation of Kundalini Yoga, not even a kundalini yoga teacher. They eventually do.

*"Who is now here?"*

Tameen Saied, Harry Gural, Emily Parsons, William Parsons, Nan Moss. Kimberly Witherspoon, Kate Brierley/Becca Bertrand. This is the original Q'ero Nation group from last February 2021.

Tameen Saied knows Pamela Chapman. You are a conscious communicator.

Pamela Chapman:  It's the only way I play.

Ashly Judd said it best when she said, *"This is how we got the #metoo movement where it is today."* And, it may be how we get Andrew Parsons, Grenville Craig, Alberto Villodo, Newport Art Museum, Newport Hospital Foundation, Lifespan Health Systems, Redwood Library, Happy van Beuren, van Beuren Charitable Trust, Kamala Harris, Richard Neal, Rusty Powell III, and Bobby McDermott.

Tameen Saied:  Pamela Chapman gave away far too much information. She felt she was forced to in order to survive. Every day, several times a day, they took her to the whipping post of humanity, and that's too much for any one person to take. [Note: This is only August and by January 26, 2022 she was all done, and all through, and could take no more of this. Now it is June 1, 2022 and her physical health has been compromised by all of this.]

If Andrew Parsons made her that way, branded her with that scarlet A, then everyone else just believed him, but in the end, she didn't take a gun to her head. She got even with her pen, **until she met January 26, 2022. This is some critical date of decay for Pamela Chapman.**

*"I think you can ban or censor her book."*

*"I still hope Pamela Dorman of Viking Penguin publishing wants to make money and history."*

Pamela Dorman:  Yes, she does. We will talk about it out there.

*"This means we can all go back to work and back to school."*

Pamela Chapman
pamelachapman@cox.net
401-662-6930

Emily Parsons, are you ok with your father?

Emily Parsons: Yes, and if my mother is ok, then we will all get back together again. We all know what he did and who he really is. We will always remember my mother was not the problem. He and they are, but to attack my mother's character just reflects them, and she and we lose all respect for what he and they did to her.

If the only way you know how to play is to attack, just remember Gail Alofsin, Carolyn DuPont, and Jed, Elena, and Tina Wilcox, we know who you really are. At the end of the day, we all live in a small community and we all meet and socially overlap.

Justine Rudock, we all love you, and will always remember you living here in Portsmouth, Rhode Island. The world is not as big as you think, if you are part of an extended family network even if it is through the British Royal Family. Grenville and Sandra Craig, you just aren't of that class and we hope the SEC gets you, and if not, David Vann esq. or another lawyer will. Pay now or pay later, just don't pay to play.

**9:27AM**

Justine Rudock:  Pamela Chapman, you will make history because no one thinks you have a brain.

Yes, they do, and a sense of humor, but not really, because they all think they can just walk all over you. You always said, you are doing this to all of them, so if they don't have the courage to act, then you do it on their behalf. This will re-establish you as some leader. Then you can decide where you really want to live, and what kind of work you really want to do.

Roger Kass:  We will absolutely meet, because all these people are my people too.

Justine Rudock:  People bring each other together. They are responding to each other. You just didn't know they are all having private small conversations just by calling each other out, and others can hear them or re-direct. The dead are like that also.

Pamela Chapman:  As above so below. As within, so without –fluidity…

Harry Gural:  Pamela Chapman kept questioning, *"Why are you so different in here? What is your true character?"*

Pamela Chapman:  I will sue unmistakably. That's my true character within and without.

Pamela Chapman believes David Vann, esq. will force Harry Gural to be fluent with what happened to him, and to confess to who was really involved.

Pamela Chapman
pmchapman@cox.net
(401) 662-9546

*"No, I will always understand, so will* <u>Bill Gural</u>, <u>Kathy Gural</u>, *and* <u>Ruth Gural</u> *too. Just remember family can always pull you out of any mess."* That's always a <u>Zenia Theresa</u> message.

The trouble with <u>Pamela Chapman</u> was she was always trying to protect her children, and they respected her for that. It was a tail chasing a head, spinning around as an ouroboros.

Yes, and no, because as you said, *"You always tried to make peace with our farther, and he lied about you to people like* <u>Patty Gibbons</u>, <u>Grammie,</u> *and others. They always got in the way."*

<u>Rob Mauer</u> across the street was always trying to understand what happened in here. He has five children to protect. Too much in this realm is focused on sex, fraud, and money. It is a class on real life.

<u>Pamela Chapman</u>:  Ten years later <u>Eileen Raposa</u>, and others, do you finally feel relieved of that <u>Cathy Cesario</u> scenario of <u>Akashic Record</u> realm leadership supremacy where she was looking to create a hub for readings?

*"No f'kidding.* <u>Jenny Armor</u> *will never be the same again."*

*"You will be better."*

<u>Jenny Armor</u>:  Yes, but I had to change my whole life to accommodate the initiation.

<u>Pamela Chapman</u>:  Did you initiate your husband?

<u>Jenny Armor</u>:  No, because <u>Cathy Cesario</u> didn't tell you how.  He didn't come out until much later. People did tell me how, but I didn't do it.

<u>Pamela Chapman</u>:  Did he think you were crazy?

<u>Jenny Armor</u>:  I never told him.

<u>Eileen Raposa:</u>  I never told anyone, but we were a huge support community. That was the difference between you and me.

<u>Pamela Chapman</u>:  In January 2021, the Upper realm group of <u>Twin Souls</u> actually revealed that if we could have only share stories, we would all have understand better.  As <u>Twin Souls</u>, we always walked a different challenging path of learning what and how to learn, and then to show discernment. We mastered, and most will never know how, why, or when, or how to integrate that wisdom into their daily lives.

<u>Pamela Chapman</u>:  It is all quantum physics anyway.

<u>Pamela Chapman</u>:  Will Hollywood require you to always be in this space to play?

Pamela Chapman
pthechapman.essay.net
privacy.net to

<u>Ashly Judd:</u>   If they do, they will all cut off their faces to spite their noses, And, if companies require you to be here to cooperate, *"Just say, no!"*

*"No way Jose,"* is the new catch phrase.

Kundalini Yoga should now be completely dead. <u>Kamala Harris</u> is definitely over politically.

*"We'll come back another day."*

Does <u>Harry Gural</u> want to stay in the <u>Akashic Record</u> realm, or be in private retreat with a reciprocity of relationship space?

*"He doesn't actually know."*

Most people will retreat— except for the criminals and thieves.

<u>Pamela Chapman</u>:  I don't want to play with infidels. The thief of thieves only end up dead. They all best each other in a way that takes <u>The Game</u> to the extremes. If you win one day, you will be tested. You will never stay at the top. Life is a ferris wheel after all. Tarot will tell you that. The wheel of fortune always spins:  if you are up now, you will be down another day.

*"Ok, I'm <u>Harry David Gural</u>. I will retreat."*

<u>Alberto Villodo</u> is hearing all of us.

<u>Harry Gural</u>, the jobs you want, you will never get. And, <u>Terri Conners</u> can now stay at <u>Newport Film</u>, permanently. You are no longer a competitor for <u>Becca Bertrand's</u> position as Executive Director of <u>Newport Film</u>.

<u>Pamela Chapman</u> resents that people will know what she does, and how she thinks.

No, because you change your ways. You are that smart. You never show your cards unless you are adversely provoked. So, don't worry about that. You can't walk around town exposing people only when they sleep—as the <u>Thievery Ring</u> does later on. You have lined your ducks up straight in a row, and no one explained what really happened to you. You could actually sue <u>Andrew Parsons</u>, <u>Anesthesia Associates of MA</u>, and <u>Newport Hospital Foundation and Lifespan Health Systems</u> for medical malpractice, and all the rest. It will make the task of legal indiscretion so much easier.

Medical malpractice is not <u>David Vann's</u> specialty.

We can do it another way through <u>Reed Casper, Esq</u>. Get <u>Amey Cardullo, esq.</u> on board, and we will take care of it. It shouldn't go to trial. It is a long tense negotiation. She understood that, and <u>Jerry McIntyre, esq.</u> didn't want you to ever have the real answer for anything. Now everyone knows what

411

Pamela Chapman
pamelachapman333.net
101-101-20145

he really is, and what he stood for. So, <u>Jessica Hagen</u> you were wrong about <u>Jerry McIntyre, esq.</u> but you are so much like he himself anyway, anyhow.

There is a reason we write this down. Then when we go back, we better understand ourselves and the story.

<u>Pamela Dorman</u>:  We will pay, and she will recover.  When we all play fairly, we all win grandly, especially with exceptionally large deals.

<u>Hachette Livre</u> does too. So, if you are not publishing with <u>Pamela Dorman</u>, come see someone somewhere. This book will get out there somehow. She needs more money upfront to start to live because you all suppressed her ability to get out there and really live.

This will be yet another opportunity to sue <u>Andrew Parsons</u> to see how the other professional half-lives (legal), how they act, and how they be. After two consecutive lifetimes as a medical doctor, it's time to change his personal history and put that one to bed.

*"So, has <u>Kamala Harris</u> woken up yet to her own personal story?"*

*"No one in this realm wants to see her f'face again. Step down and step out of the race and never ever enter our personal homes, drawers, and cabinets ever again. It's not just harassment and assault. <u>Kamala Harris</u> is breaking and entering into our personal physical spaces."*

<u>Pamela Chapman</u>:  She's always rummaging through our houses. She spent 7.5 hours one night recently in my house. She started in my basement. I saw her in her usual sitting position in a chair in the middle of my basement. When she stood up, she systematically rummaged through every ceiling tile, cabinet, and drawer. It was <u>Kamala</u> <u>Harris</u> herself doing all of this.

**10:03AM**

<u>David Vann esq</u>:  If <u>Harry Gural</u> doesn't sue, you and I will.

<u>Pamela Chapman</u>:  No problem. I'll flesh <u>Harry Gural</u> out that way if necessary. He will have to sink or swim. His choice.

**I have no problem suing everyone for what they did to me. I call it #standupmetoo.**

*"OMG, with <u>Alberto Villodo</u> as <u>Lahore</u>, no one ever wanted to admit to you personally, you were in over your head. Now he is himself. How about that one <u>Jane Fonda</u>? We turned the table on those men <u>Ashly Judd</u>."*

*"We are soul sisters for sure, or something like that."*

412

Pamela Chapman
pamelachapman.com net
[illegible]

Marie Rossi and her friend who dated, no they did not date, nor were they sexually intimate. She didn't attend college. Harry Gural only socialized with each other. [She implied Becca Bertrand at Kundalini Crossing and otherwise times.] OMG, you and he are more serious, and not into drugs and neither was she. Yes, but we are still friends.

Harry Gural:  There is a woman at the Kennedy School Harry Gural dated. No, he hung out with her, but they did not date or sleep together. For whatever reason, Marie Rossi pretended she knew her. Marie Rossi never stood down from that conversation, but I knew, and Pamela Chapman knew Marie Rossi was never at Harvard Business School when I was at the Harvard Kennedy School. I hung out with her for about one year. Her name does not come up in here because she married and has two children. The only family member I told about her was my father. She never met my family. I met hers, but that was her doing not mine. I never thought I would really marry her, and we talked about marriage a little, but I never liked the whole conversation.

Harry Gural:  Then I met Molly. She and I started dating, and I stopped talking to the other woman. I met the other woman working at Boston-PBS. Then, when I was at the Kennedy School, we started hanging out together, but I never took her that seriously. That is the Marie Rossi story. We think Marie Rossi pretended she knew her from college, but the connection isn't there, but Marie Rossi never dropped the conversation.

Harry Gural:  Someone told David Vann who she was, and then they played that game for a while, but no one knew her outside of the realm. We had no idea how incompatible she and I really were. My brother told me she got married, but I never thought I told him. Bill met her, and Bill is now shocked they spent a whole year together because never ever would we have supported her as a wife of mine because they had too little in common. She did not attend college. She worked in financial accounting. Bill met her because there was a scene about something in here that required he speak to her.  One thing leads to another. She started to pretend she was Cathy Cabral. That ended badly when Harry Gural spent a night in November 2021 in cocktail ice tea with her.

He said, *"I have no idea who you really are."*

She told him a lie.

He said, *"Ok, prove it."* She told him a few things. He asked her a few thinks about their sex life, and when he was satisfied with who he was talking to, he said, *"I am all done with the likes of you Marie Rossi because this is not a person I chose to spend my life with."*

Marie Rossi would not let it go because she wanted to punish Pamela Chapman who was not at Kundalini Crossing.

There were the people who knew about what happened in this situation:  the woman, David Vann, and Bill Gural. It was not a sexual relationship, and that made all the difference to everyone eventually. Once Bill heard that, he stopped. We think she was always chasing him, and never once did he really decide to actually date or sleep with her.  So, Pamela Chapman when you said you spent

more time just sleeping with <u>Harry Gural</u>, then we knew, if they didn't sleep together it wasn't of any meaning, and now if you were married in 7 past life times, we understand why you didn't need anything else from him.  But <u>Harry Gural</u> said, *"I don't know why we didn't just get married for the 8th time after college. We could have been married to each other."* We missed the boat. **6:22PM 6-1-22**

<u>Kamala Harris</u>—  Breaking and entering in the middle of the night and won't let <u>Pamela Chapman</u> out of the <u>Akashic Record</u> space. She acts on her own as a bully ----the Office of the President can't be sued that way (Yes, it can) ------------ ---<u>Zenia</u> <u>Theresa</u> pulls <u>Beatriz's</u> strings and <u>Kamala Harris</u> quacks like a duck to prove Beatriz is in <u>Kamala Harris</u>.

*"We bring in the legal team --- We all can't wait to read it about it in the NY Times."*

**10:10AM**

<u>*Barefoot in Heels*</u> was so horse traded and read into this general public space, but not by the author and never with her permission or knowledge. It's not a "funny" game. It's a very serious game of fraud, and you all don't belong in it. You can't use <u>Harry Gural</u> and <u>Tara Plochocki</u> for your agendas.

Every day in this energy realm, <u>Pamela Chapman</u> is put in peril while you all played fun and games in a game you don't belong in with her book and her public reputation, and her family.

When you have plenty of money and endowment, you have no interest in helping the people that need the opportunities for jobs, professional careers, and publishing books. These people need the money, and you're all playing a game for your own personal amusement. At the end of the day, **Pamela Chapman** have no respect for anyone and you all stole <u>Pamela Chapman's</u> personal space, thoughts, financial opportunities, book manuscript, etc.

Everyone gets to remember all the generosity <u>Pamela Chapman</u> extended unconditionally to everyone in this space. As <u>Emily Parsons</u> said, *"What are you ever going to do for my mother? You never show her or us any reciprocity. You might show <u>Andrew Parsons, MD</u>, but not us."*

Privately, when no one could hear or write, <u>Pamela Chapman</u> said, *"There are very unkind words that could be diverted at all of you, but I don't need to say them. You will say them to your own face when you look into your own personal collective mirrors every day."*

Regarding my ability to read, write, and go anywhere, I need it all privately, not in here publically which <u>Alberto Villodo</u> initiated and as of June 1, 2022 failed to stop.

Pamela Chapman
pchapman@cox.net
[illegible]

When Alberto Villodo arrived in January 2021, he insisted on knowing everything you were doing at all times. He also wanted to know everything you were reading, writing, and thinking because he was both Alberto Villodo the shaman, and Lahore, the cocaine drug kingpin dealer. This was especially important on Feb 4, 2021 and beyond.

[Note: One year later on 1-27-22, it all sounds exactly like Andrew Parsons, MD]

He also sat in Pamela Chapman's aura mostly at the time of Kamala's Table. Pamela Chapman did not know it. It was Kamala Harris, herself, who said he was in the aura because Pamela Chapman failed to be able to leave Kamala Harris' Kamala's Table Akashic Record room at night without Alberto Villodo stepping out of the aura. Otherwise, Pamela Chapman would never have known he was there. It was his own brand of protection through Pamela Chapman without her permission.

Alberto Villodo provided no privacy, no place to escape to, unless it was his personal private "study" which he would not let her in even for 5 minutes in April 2021 to write a personal check. This situation was especially problematic for her to write personal financial checks and balance financial accounts. Yet, in that same month, April 2021, he gave that personal private study space to Elena Sobo, a wanna-be relationship of shamanic marriage. Then, again in May 2021, her gave it full time for several days to Carrie Crosson Gilpin to type *Barefoot in Heels* from the original pdf manuscript into her own computer.

[Note: The Valley if the Dead is where nonguides exist together outside of the guiding realm. It can be access through the 11th guiding level portal, which is a one-way door to another realm. This realm prohibits access to the guiding realm, or any person in the guiding realm. It was initially suggested to be infidel territory, but it is not. Infidel territory and shamanic territory are different. Those can exist at any level outside of the middle and Upper realms. This is a particular place only accessed through two portal doors. One is on the side of the Guiding Realm and the other is through the 11th level.]

Beatriz (Saul who is Kathume/Merkle plus Samuel) told Pamela Chapman many months ago that in the end of The Big Book Story, she goes to infidel territory. It is akin to a cloistered environment and no one gets out without someone coming to retrieve them. That is the Valley of the Dead. Beatriz told Pamela Chapman many months ago she is always rummaging through the Valley of the Dead looking for various souls she find elsewhere. In Cusco, Peru the Valley of Dead is in a fertile river valley. When it dries up periodically throughout history, the shamans swap the space of the Valley of the Dead for a mountain area nearby. Then, the Valley of the Dead regenerates. The Michael Line linage ley lines also swap out spaces and allow the ground below it to regenerate to its natural flora and fauna. It can take 800 years or longer for regrowth to occur. **7:24PM 1-27-22.**

Prior to when Pamela Chapman was attacked on February 4, 2021, and she was working with Alberto Villodo and Tameen Saied, Alberto **Villodo** always said, *"He would protect her,"* but he didn't.

Pamela Chapman
pmockhapman at cox.net
401-662-5616

In the **Akashic Record** space after March 30, 2021, he protected himself, and Marcella Lobo. He protected Harry Gural, Tara Plochocki and Carrie Crosson Gilpin and others over her. He sold out *Barefoot in Heels* for his own personal enjoyment and insisted on preventing *Barefoot in Heels* from being published.

He also prevented **Pamela Chapman** from knowing he was Lahore. Only recently she started asking for Lahore's assistance because Alberto Villodo was not helping her. **Tameen Saied** caught Lahore many times on his "heat lamp" in the 3rd eye remote viewing her and the interiors of her house, including when she was in the shower.

All those in Llama Nation including Justine Rudock and Reese Witherspoon, Jane Fonda, knew Lahore was Alberto Villodo. He also knew Dan Brown was not married to Shelley Long and that they were not twins. He set up a Twin Soul story of deception for people in Llama Nation, just as the Redwood Library Book Committee group set one up with Jed Wilcox and his sister. Pamela Chapman was led to believe Jed Wilcox and Lisa Amodio (who was really his sister Tina McIntyre) were in the Llama Nation offshoot of Andrea's Nation.

Everything was a show of lies and deception. Alberto Villodo's completely exposed Pamela Chapman in the Akashic Record realm so people like Andrew Parsons, Peter Bramante and Rusty Powell III could attack night and day. He did nothing to protect Pamela Chapman, even though he said he would always protect her. He aided and abetted Harry Gural and Tara Plochocki. He often said he was working with Harry Gural to prove he—Harry Gural, was not a good match for Pamela Chapman.

It goes on and on.

After the fact, **Alberto Villodo** started calling **Pamela Chapman** his "shamanic wife", which to her knowledge she never was. He only used the term when she was in hair salons and with the Long Wharf Shen medicine practitioners. He would say phrases like, "*Be careful, that is my shamanic wife you are working one.*"

Marcella Lobo can't stand Pamela Chapman. She flashed an image of herself on sorcery television one night. It was a naked image of her groin with legs spread wide. It was Villodo's sorcery television she shared with her for only a few nights. He said, "*Don't worry about that, it is just an image of Marcella that she uses to taunt people with.*"

Marcella Lobo also threatened **Pamela Chapman** numerous times both in the beginning and in the end to say she would, "*Clear her to shreds and violate her to make her go away.*"

Marcella Lobo always colluded with **Sandra Craig**, **Grenville Craig**, **Jana Jagoe** (actual) and all the infidels including **Bobby McDermott**, **Rusty Powell III**, and **Kamala Harris**.

Marcella Lobo was particularly pissed when **Pamela Chapman** asked questions that revealed Alberto Villodo was Lahore. Marcella Lobo said she would never forgive **Pamela Chapman**.

Pamela Chapman
pms.chapman.resds.net
203-667-2940

At Kamala's Table, we tried to rip apart the drug business they were in. What we found was always a twisted version of something Mark Halpern knew.

When Pamela Chapman first met him, Alberto Villodo claimed he was worth between $30-$50 million. He claimed his house on the Pacific Coast Highway across from the beach in Big Sur is worth $20 million. Then periodically he claimed he was worth $100 million, which is the net worth he told Kamala Harris. He is now said to be worth $300 million. He pays no income tax. His property, including his house and car, are said to belong to his nonprofit educational foundation.

Pamela Chapman told him in January 2021 to retire from shamanism and close the Four Winds Society. He claimed he was an enlightened seer who can't see anymore, but then he claimed only Lahore see's, and Alberto Villodo cannot. But, in fact, he is not a seer at all, nor is he enlightened. No shaman is enlighten. They are masters of moving between the Upper and middle realms. The middle realm is their stock-in-trade. Pamela Chapman is not know this.

David Vann, esq: This is a major lawsuit brewing.

*"How am I going to get my privacy back in the energy realm?"*

David Vann, esq: Today is **Feb 1, 2022 2:21PM**. Let's all validate that you and I are both here because you never will get your privacy back.

Albert Villodo was the man who took her privacy away **March 8-9, 2021**. Jean Gorham knew about all of this. Alberto Villodo intended all of this, and Jerry Slocum enabled it from the Guiding Realm. He was wearing her guiding vest which was transferred to him from Beatriz in November 2020. Jerry Slocum and Jean Gorham are a major collusion of everything that happened.

Kamala Harris:  You are the biggest jerk Alberto Villodo, and you always knew what you were doing. Pamela Chapman did not. What did you say could make known of all of this David Vann?

David Vann, esq:  We start at $240 million.

Zenia Theresa:  What if he doesn't have the money? He has only cocaine, properties, an unwritten memoir, and a Netflix original?

Alberto Villodo claims he doesn't like his wife and doesn't talk to her. She has had two bona fide physical affairs, and she claims 40 shamanic husbands. She runs a masturbation clinic in the middle of the night, and sells cocaine to as many as she can. She is a drug addict on cocaine at night, and pot and cigarettes during the day.

Marcella Lobo recently wrote a book out via Hay House that basically tried to get the reader to think she is an enlightened shaman, medicine wheel warrior. Alberto Villodo told Pamela Chapman he helped her write the book. Tameen Saied and Pamela Chapman told him months ago she is a Hecate

Pamela Chapman
pamelachapman.personal
personal240940

shaman with karma, according to her personal astrology, the details of which **Alberto Villodo** provide to **Pamela Chapman**. This means she is an old woman shaman with too much karma.

**Pamela Chapman** had to "do" reciprocity or relationship kundalini initiation for 3-4 days. It is nothing like **Kundalini Crossing**. All she had to do was pop her 7 chakras open to allow kundalini energy to flow from the 100th meeting point above the skull into the aura and body. At that point, she declared, *'I free you of Marcella Lobo and you free me of the Craig's and Donald Jagoe." "I free you, you free me and you and I are now free to go our separate ways."*

That was how **Pamela Chapman** understood the situation. It was never ever explained to her. **Alberto Villodo** let it go at that, except he put so much noise in her aura to protect himself. It tortured her though September 2022. It has to be transferred to be let go of.

He claimed he always wanted kundalini. He brought **Nola Ganem** to **Kundalini Crossing** nightly.

Alberto Villodo refused to validate his presence with her. **Kundalini Yoga** claims this is a classic abuse tactic. He has always validated his students. He validated all the women in the **Thievery Ring**. **Annette Burke** and **Natalie Griffith** (Glastonbury CT) have both been students and night time partners in **Marcella Lobo's** masturbation ring. They were set up for marriage with **Alberto Villodo**, which never happened. It was always **Annette Burke** supposedly, but **Natalie Griffith** was led to believe it could also be her. It is always set up as a mentorship with a female student. **Pamela Chapman** only knew this after the fact from **Annette Burke**.

Alberto Villodo:
Go back to folded Pages…

**Zenia Theresa/Samuel:** No, it's a lawsuit now for sure.

**David Vann, esq:** I can't play here, always out there. Albert Villodo, how do you plead?

Alberto Villodo: Guilty as charged.

Marcella Lobo: No fway. I really liked **Stevie St. George** when **Pamela Chapman** played her one day. I didn't like **Eva St. James**—who she played another day, but she and I live totally different lives and I never thought for one minute anyone would ever sue us for sexual harassment or sexual abuse.

Pamela Chapman: It goes on and on every day. Something stupid, and always sorcery tactics.

**Alberto Villodo** can mimic certain movements. He always knows when I'm naked in the shower, in the car, or walking the beach. It is akin to stalking.

On January 31, 2022, Alberto Villodo asked her about her weight. What does she weigh today? He gets some kind of channeled response. Then he harasses her for their weight such as he did last spring when he said you've put on too much weight (because he is watching her in the shower).

Gretchen Carslon said *"It was classic Roger Ailes."*

Alberto Villodo always said, *"I'm just looking out for you."* Yet, he was always remote viewing on sorcery television—especially in the shower, a technology she did not possess. **3:34 PM 12-1-22**

**Alberto Villodo** had been watching **Pamela Chapman** on sorcery television as Lahore since the start, not as Alberto Villodo.

**He told her a week ago or so,** *"You're putting on weight and you need to reduce yourself."* This is classic sexual harassment.

Gretchen Carlson said, *"He is Roger Ailes— but worse because—well, of all those things and others, but its Roger Ailes all over again, and David Vann, esq. you know the rest."*

Every time he—Alberto Villodo got into a mess, he asked **Pamela Chapman** to channel something for him in the middle realm so that no one could realize he was actually Lahore, **but he was always the whore of Lahore.**

He actually said one day last spring that it was really important that Pamela Chapman stay in the middle space during the day specifically so she could clear channel for him and all his situations. He was co-dependent on her abilities to channel, and she basically said, *"No way Jose. I'm not here for your channeling purposes."* Besides, where was the reciprocity for her for that?
He wanted her aura as protection. She did not know this, yet he filled it with noise. He wanted her clear channeling abilities to cover up for his inability as a nonseer—which he never wanted to have to admit to as a shaman, because then he is no shaman at all. He is a fraud.

Essentially, he asked Pamela Chapman to be the true shaman for him, as he does for his students. She can never be a shaman as she is clear channel and belongs in the Upper realms. She belongs to Melchizedek Café, not shamanic territory.

He uses sorcery television and the three-question ritual instead of traditional journeying. For soul retrieval work, he uses his own soul retrieval for all the soul retrievals he and his students do for others. This is major fraud and misrepresentation. He also wanted to use her in the Akashic Record realm as a conversationalist because he said his wife was not like her. This too is Roger Ailes. —this is why he set the intention to want to know everything she was reading, writing and thinking. This set up so much trauma for her.

He told Pamela Chapman at one point that he tells his students what to charge as a fee for shamanic training and he then recovers half of their fee for seeing for students and making an appearance and for becoming the seer behind them. Pamela Chapman asked, *"How many people can you reasonably see*

Pamela Chapman
pthechapmanleventies.net
203-561-2054a

*for?"* And she never got a straight answer, but the more students you train, the more appointments he has to service as the seer behind all these women who are his servants. They are his front people who screen attract and cultivate a clientele around the work that he then sees for. His financial return is embedded in the shamanic trainings. These "students" pay him half the fee. This is absolutely true they say. 7:58PM 2-2-22

Alberto Villodo was always looking for something from Pamela Chapman, and if she did not respond, he hounded her. So much so, that **Harry Gural** one night said, "***Alberto**, you can get your Kundalini up without her, just push it up your chest."* **Harry Gural** created a diversion and it worked for **Alberto Villodo**. **Pamela Chapman** had no idea **Harry Gural** knew anything about kundalini energy or practice.

Pamela Chapman tried to tell Alberto Villodo kundalini was dead, but he was so pissed because he didn't have any erection without her. The Wisdom Keeper auric key turn establishes a monogamous relationship. Alberto Villodo also knew something about kundalini energy and practice that she did not. He never said otherwise. For kundalini practice, which she knew nothing about, she said, *"No way Jose. I didn't do anything and won't because you never validated you were here in my life or out there."* He had to be show up physically. He did not. He claimed he never would.

Then, we learned he did this with two other women before her. He lied about that.

He claimed Elena Sobo was the love of his life. It wasn't actually Elena Sobo, it was someone else we didn't know who, but he gave her his private auric office in May, just like he gave it to Carrie Crosson Gilpin in April 2021.

Pamela Chapman said, *"O.k. no problem. You can have each other. I set you free."* but he really wasn't having an extension of a former physical relationship with her, or any at all. That woman dumped him.

Alberto Villodo lied again, *"Well, I just was always taken by her."*

**Pamela Chapman** thought **Elena Sobo** and **Alberto Villodo** were brother and sister in Anger, France, where **Pamela Chapman** was their mother. Actually, it was not Elena, **Leora** nor Leora's friend.

There is too much lying, deception, and swindling going on. **Marcella Lobo** is one of the biggest swindles. Alberto Villodo claims he does not love her, but he can't leave her either. This is so typical of abuse. Roger Ailes does the same. In the end, we leave…

**Marcella Lobo** is his right-hand man in cocaine dealing, and in the bad cop in sorcery technology. He said, *"I'm afraid of her, but not really."* **Donald Jagoe** said the same thing about his wife numerous times. Every time we give **Alberto Villodo** or **Donald Jagoe** a second chance to resurrect himself and leave, they choose to stay with their spouses.

**Pamela Chapman:**  How much can I get now, **David Vann**?

Pamela Chapman
pmchapman@comcast.net
1-860-295-16

David Vann:  At least $240 million, cashier's check or cash?

Pamela Chapman:  I told him to stand up straight. I told Marcella Lobo several times when she told me, *"Get out of Dodge City. You have no business with my husband,"* I said, "You stepped on my karma, so I step on yours." In the beginning, he was looking like a carbon copy of Donald Jagoe and Jana Jagoe. I said, *"No way Jose, I am never going to repeat, look at, or think about anything like that ever again."* I knew exactly my position and response from the beginning.

Forever from the beginning, every sentence Alberto Villodo muttered, had the word fuckin' in the sentence. He also could not stop scratching my head or then the back of my neck, which was a mirror of his own actions. I said, *"I would grab his balls and twist them if I could, but I don't have that male anatomy."* I also refused to do it to myself in order to do it to him. He is so sore that he didn't have any sex of any kind at all with me because for some reason his guide said, *"I'm not putting that kundalini genie back in the bottle,"* and I said, *"You will be a better man for holding all your sexual energies."*

**1:18PM**

Alberto Villodo also said, *"I will your children the return on the three movies he invested in."* It was a Kamala Harris and Mark Halpern Shit Show where we all invested in our three movies and he said, *"Your children could have the profits from me."*

Alberto Villodo also said, "Marcella Lobo isn't a good president of my foundation. She doesn't know what she is doing. She is only a figure head and he doesn't know what to do with the property in Argentina. Maybe, she thought I could help him and his foundation give away and conserve the land. [**Note**: *"This is so classic Roger Ailes."* According to the New York media elite, which today is Gretchen Carlson (1:04PM 2-2-22)]

Pamela Chapman said, *"I'd always help him intellectually and professionally, just pay my expenses, and I'll visit the land."*

He also didn't know what to do with his properties at Esalen, California. We spoke extensively about that one day and I did a paper chase for him on them. That's between he and his attorneys.

I also knew bits and pieces about his money transferring and laundering. It moves from Chili to Argentina and the apartment condo in South Miami and then back to Big Sur, California. Any monies made in South America are then obscured once they hit South Miami. Not one then knows where they originate form.

There is all this fraudulent money moving.  They got Caroline Craig and Grenville Craig one day with Lahore and Alberto Villodo (who are one and the same) and Justin Ramel to discuss it. (This means Grenville Craig and Caroline Craig knew Lahore was Villodo and kept it from Pamela Chapman.) Pamela Chapman mistakenly walked into the conversation meeting as an offshoot of

Kamala's Table, and they all clammed up so fast. They spoke nervously. They dismissed Pamela Chapman so quickly, it was breathtakingly uncharacteristic.

She thought, *"What the hell was that?"* They claimed they were meeting to understand how to move money that was blocked in Alberto Villodo's money system of movement. Somewhere in the supply chain of money, it was blocked and not moving.

Caroline Craig showed him how to rearrange and quickly transfer millions day-after-day to get it back to its origins or destinations. Alberto Villodo is not doing anything technically illegal, he is just hiding transfers of money, so that no one really knows how much is really moving. He has more assets than he claims. If he had monies that were actually blocked and not moving, it was because he had no monies coming in. Therefore, nothing could move forward. This is exactly how Grenville Craig makes his money. Caroline Craig (Yale, London School of Economics) is the anointed one in the family now to move all the family assets day by day.

[**Note**:  You can move it without a fresh infusion of cash, but it moves a lot slower, and it arrives just as it looked from the beginning. It just means his assets are more significant than they look on the books. This is how companies cook their books. All this money he claims goes through an educational nonprofit. Then, this nonprofit has so many loop holes in it, that it could take years to uncover. No, because it is tied up in the drug business and his house is ~5% owned by the nonprofit as his office.]

He can't do that moving forward. They will make him liquidate that house as an off-sector asset. He has such classic abuse syndrome behaviors that the right attorney can help you. Just keep looking until you find someone you like.

**Pamela Chapman:**  What do you do legally about a man who claims, *"I never met you."*

*"We all agreed we were real in real time too many times, and we were all here together."*

[**Note**: He sees you on sorcery television at least three times a day, but you never see him, and that shamanic marriage means you never meet out there, because we all know what happened to you in here. And Pamela Chapman knows two women: Annette Burke, Jamestown, RI and Natalie Griffin, Glastonbury, CT who know his routine now. That's right. Annette Burke claims, *"I never really understood any of this. He is not the man I once knew and wanted to marry, but since he, and I no longer have that relationship, and he is no longer technically a shamanic guy husband, I had to let him go."*]

**Pamela Chapman:**  Does he make you pledge oaths of loyalty?

Absolutely. If you do not, he refuses to work with you. And, Pamela Chapman did he do this to you? No, he did not, and yet I had to carry all that noise as his protection. That was too much to bear. He took away all my thoughts, reading and writing because he claimed, *"I just have to know what she is all about."* That human-initiated activity set up all the abuse from everyone else. Also, the ex-husband he claimed, he'd help keep away from her from Feb 4, 2021, was a false promise. They pledged loyalty oaths to each other in the Thievery Ring Workgroup. He aided and abetted and

Pamela Chapman
PamelaChapman.com Inc
Index©2023

colluded with the very man he said he would keep me away from. Each man's abuse became a lot worse and demonic.

How did you first meet Alberto Villodo?

**Pamela Chapman:** I met him because I faced off Karyn Chabot and Annette Burke about my daughter, Emily. It was an Akashic Record reader at Newport Equestrian Center – the daughter of the owner. They said, she had a Twin Soul named Tucker. I immediately heard everything. When I faced off in the energy realm with Annette Burke and Karyn Chabot who I know personally, Annette squealed and squealed. She called for immediate help from Alberto Villodo.

He arrived right away. He took one look at Pamela Chapman and said, *"You are a seer Brown Bear and I do not go up against one of my own. I will sort this out and get back to you because Annette Burke was my student. I promise you, and I am a man of my promise."* He promised Pamela Chapman. *"My **word** is my bond,"* he said.

He arrived shortly thereafter with Pamela Chapman. He never left. That was mid-January, 2021. He was in Peru or Argentina. At the end of the week, he flew home to Big Sur, California. The conversational dynamic shifted after that. He is a different person around Marcella Lobo. Pat Fernandez was always a part of the conversation. We never had private conversations. Pamela Chapman was conducting a "Twin Soul" workgroup. He just joined in, as had Tameen Saied.

[**Note**: This is classic Roger Ailes also. He thinks he has come to save the day and he thinks he will solve all your problems day-after-day and once he arrives he never actually goes away. 1:55 PM 2-2-22, Gretchen Carlson]

**Karyn Chabot:** I would have loved this relationship, and so would have Annette Burke, who is legally married to a Harvard man.

**Annette Burke:** I had a completely different relationship with Alberto Villodo. I spent at least ten years getting to know him, and Marcella Lobo. I never knew her as Marcia/Marcie Platt.

**Annette's Husband, Ed:** Alberto Villodo always arrived every August 15th and wrote a book on our property. I never knew he and my wife were to be married.

It was just a promise for the future. He always said, they would become shamanic "spouses" when Annette Burke became a full-fledged shaman—for which he would be her "mentor". That is the marriage, and he becomes her permanent full-fledged seer. She never knew when that would be.

[**Note**: She is a non-seer. She cannot see on her own. Alberto Villodo would always be the seer behind her, but he cannot see either. So, they make the stories of what they think they might see, and collect the fees from the client for the service.]

**Nola Ganem:** I didn't know that deal. I had a similar deal with Marcella Lobo that said, *"When I become a full-fledged shaman, I would become his shamanic wife also."*

Pamela Chapman
pfsw.chapman.comcast.net
(401) 368-2555 (cell)

She never had to. She became a shamanic wife twice, and she is no shaman. Alberto Villodo claimed *"Nola Ganem was exactly like Marcella Lobo, so similar, that he had to marry her."*

Pamela Chapman had no history at all with Alberto Villodo and never waited years or months to be and become anything with Alberto Villodo. She never had Marcella Lobo's blessing for Alberto Villodo to connect with her in any way. Marcella Lobo told Annette Burke, when Pamela Chapman connected with Alberto Villodo, *"I had nothing to do with that."* because Annette Burke was promised to Alberto Villodo through Marcella Lobo as an acceptable shamanic wife, and Annette Burke had waited years for that.

**Note**: Alberto Villodo did actually marry Nola Ganem in very early October. A week later, he asked Harry Gural to sleep with her to take her off his hands. He also re-married her again in January, 2022. He claimed in October 2021, he didn't want to be married to her any more, and in January 2022, he surprised us all after he learned she has a Borderline Personality Disorder. He said, *"I can usually spot those upfront and never want those kinds of personalities as my shamanic spouses."* He told Pamela Chapman that he married Nola Ganem in October 2021 after she doggedly chased him and said, *"Well, I never had to ask her for masturbation or kundalini exercises, she just easily stripped naked in front of me (sorcery television) and said, 'O.k. I'm now ready, take me anyway."*

- Alberto Villodo promised to be my mentor and actually taught me absolutely nothing, no matter what I asked of him. All the members of Llama Nation also knew what he was up to with Pamela Chapman but could say absolutely nothing or their own safety would be jeopardized. He promised them safely  in Llama Nation in exchange for their loyalty.
- He committed fraud against her book in a major collusion that did damage to her book, *Barefoot in Heels*.  In May 2021, he gave Carry Crosson Gilpin his private "office" so that she could re-type the book in quiet. This benefitted Kamala Lehner and Mark Halpern and Pamela Dorman. He knew the scam from Justin Ramel. He was the leader of Llama Nation. His mother was a Four Winds Society student. She co-created the noise in his aura.
- Justin Ramel taught Alberto Villodo all about the Kamala Harris - Happy van Beuren scam, but told Pamela Chapman absolutely nothing. Alberto Villodo pieced the whole fraudulent situation together with all of the members of Kamala Nation, but told Pamela Chapman nothing. He also knew Kamala Harris from Brentwood, CA and Mark Halpern— NBC/Universal Pictures. He knew not only the book, but that the entire Kamala's Nation/Kamala's Table was a scam—The Kamala Game which is the classic Game of Sexual Obedience. He played perfectly into it. Yet, he told her nothing.
- He taught Harry Gural every kind of sorcery trick in the book, and gave Harry Gural and Tara Plochocki protection. He was there to make sure Harry Gural arrived into the Akashic Record space every night to meet all the ladies and men at Kundalini Crossing. He told Pamela Chapman absolutely nothing at all.
- During the day-time, the begged Pamela Chapman to walk around with him because he needed her clear channeling. He was only an Akashic Record reader (She did not know this). He told her he was an enlightened seer whose seeing as a little off, and a little slow. In fact,

Pamela's Journal
pittsburgh...com
101-00-200 10

he lied. She did not know enough to understand then that a shaman is never a clear channel, and is never enlightened—ever. They are the world's Akashic Record readers and "Watchmen" in the middle realm.

- He promised he'd take Pamela Chapman and her adult children to Peru to Machu Picchu and got her children involved in saying we'd all go together. We'd film a documentary, Star Gate Nation, and travel in the area.
- Some dialog sounds typical of a man wanting to have an affair, but he never wanted to meet in person, never in the flesh. There really was no affair what so ever, just abuse, harassment, and slander.

Beatriz said, "Well, *Pamela Chapman, Why didn't you ask Alberto Villodo about his desires?"*

The answer was, "Because Marcella Lobo was having a physical affair with John and another."

They claim they do not sleep together, Alberto and Marcella, and never Pamela and Alberto— doesn't this all sound so typical, i.e., *"I love her, I just don't ever sleep with her. She spends too much money on clothes."* He said, *"There was always a package from Neiman Marcus at the door."* Pamela Chapman asked, *"Does she wear Johnny Was?"* He said, *"I don't think she gets dressed up like that."*

[Note: This is classic male dialog for, "I need a female lover because mine is just preoccupied with other matters."]

And Pamela Chapman said, *"But, that is a typical look for a Neiman Marcus California woman."* Pamela Chapman also suggested she go and work at a dress shop in Monterrey because Alberto Villodo always said she lacked structure during the day and appeared as a bored housewife with nothing to do except get high on cocaine and masturbate with a group of women in the middle of the night. That was what Stevie St. George told her anyway.

But Marcella Lobo wasn't really into selling blue dresses in Monterrey even though it would get her out of the house and mingling with people every day. It seemed as if that was what she really wanted: daily structure, to mingle with other people, and to sleep with John, but in the absence of that to sell "blue" dresses because after all, the color didn't matter.

Annette Burke: That's not true.

Pamela Chapman: Better check her closets.

David Vann: This all sounds so typical of a man wanting to have an affair, but he never wanted to meet you in person, in the flesh.

Pamela Chapman: Oh, he promised he'd take me and my adult children to Peru to Machu Picchu. He got my children involved in saying we'd all go together.

Marcella Lobo: That's not what he ever told anyone. He'd never promised that to anyone.

Pamela Chapman
pmchapman@comcast
101.ea2.0516

**Pamela Chapman**:  But he did.

If he went to Machu Picchu that's where he and **Marcella Lobo** got married (no it was Los Angles, California), and he said he'd never bring anyone else there ever again. [**Note**: Is this just their stupid Shit Show?]

**Pamela Chapman**: Well, he promised me and my children.

[**Note**:  And, he claimed he never went back on his promises. His word was his bond.]

A sacred union of the Leika Nation is in the 3rd eye and was witnessed by several others. He became a Wisdom Keeper in Q'ero Nation and so did **Pamela Chapman** because she is a Twin Soul seer who is also enlightened and **Marcella Lobo** is none of these. [**Note**:  Melchizedek said in Jan 2022 that Beatriz/Saul researched the sacred union ceremony and staged a fake union. Melchizedek is the only one to properly perform them.]

The other women can't ever be full-fledge shamans because only men are Wisdom Keepers, and the ceremony makes the male a mentor and Wisdom Keeper, and the woman a non-seer student who becomes mentored by the male, and services him in kind for his teachings. This male-female dynamic is akin to a marriage. These women always require a seer man behind them. In this case, it is always Alberto Villodo who stands behind all his nonseer students and occasionally picks one to become his Wisdom Keeper "bride." He has done his three times. **Pamela Chapman** did not know this then, nor for months on end.

Independent of any sacred union ceremony, **Pamela Chapman** told Alberto Villodo to stop seeing for these other women. It was a karma for him and them to have him "see" for them. But he is a blind seer. Therefore, all Wisdom Keeper men cannot see unless they use sorcery television. The only true shamanic journey is the one you take for yourself, and if you are a seer, you will see the journey. Rusty Powell III is a seer shaman Wisdom Keeper. He too, cannot take you on a shamanic journey, or do one on your behalf without shamanic television.

A person does not need a broker between themselves and the Divine. This really is a brokerage between you and your higher self. Sorcery television never visualizes the higher self-ever. A shaman can never see your higher self, only you, if you self-master and journey for yourself. The whole practice as a business is questionable at best. It's a scam. So is Kundalini Yoga. It is neither kundalini, nor yoga.

It is an initiation into the Akashic Record realm and abuse practices therein.  Alberto Villodo likes to compete with Guru Singh. Both are Los Angeles multimillionaires many times over, except Guru Singh belongs to Ways and Means and has a legitimate $50 billion contract for homeland security with the US Government. Alberto Villodo is merely in the illicit cocaine, hashish, and pill business. Guru Singh has a fleet of cars like Jay Leno. He has been sued for sexual abuse. Alberto Villodo has a black Mercedes sport cope convertible he claims, and houses in foreign countries—Chili, Argentina, maybe Switzerland, and a home on the coast in Big Sur.  **Pamela Chapman** will make sure

Pamela Chapman
pamelachapman.com/shop
101-062-0516

he is the next poster child for **#standupmetoo.** It's an LA thing after all. Is he Roger Ailes, Harvey Weinstein and Guru Singh all wrapped up together? Or, is he just a Harvard-Westlake wanna-be from Brentwood CA who got stuck in an undergrad and PhD program at San Jose State? Let's just get to the core foundation of the problem.

He tried one afternoon to see Pamela Chapman for Annette Burke. Pamela Chapman did not know. Alberto Villodo could not see a thing, and Pamela Chapman heard the whole dialog of Annette Burke, and so did Donald Jagoe and the Craig's. He did not know we could hear, and neither did Annette Burke. We did not hear Alberto Villodo, but he saw nothing and neither did Pamela Chapman. She lied about the whole visualization. He completely lied to Annette Burke and she completely lied to Pamela Chapman. In the end, Annette Burke made up a scenario of a soul retrieval that sounded ludicrous at best. It was Alberto's own soul retrieval. He has nothing else to go on. He can't retrieve anyone's soul, not even his own.

He claims, *"I gives everyone my soul retrieval to learn insights and comments from others about myself."* It was an inconceivable story Annette Burke told Pamela Chapman. It sounded like the description of a confusing, misunderstood dream. Then and now, she thought the whole soul retrieval encounter was a sham.

Then, Karyn Chabot tied to get Alberto Villodo to read and follow she and Pamela whenever Pamela journeyed in the middle realm. Pamela had no idea why Karyn Chabot had tagged her so that any journey in the middle realm always had Karyn Chabot hanging on her front door. So, after never saying one word, she had Donald Jagoe go with her one night, and while she played a game with us and neither of us said one word, it appeared that Pamela Chapman and Donald Jagoe could see her and the whole scenario in a wooded area on a path with trees. Alberto Villodo was behind her and saw nothing, Nothing at all. Then in the end, she walked past us, and said *"I understand now."* But, it turns out that was not directed at Pamela Chapman. It was her conversation with Alberto Villodo. For a "seer" shaman, he had two encounters with Pamela Chapman where she either heard or saw the whole thing. Neither Annette Burke, Karyn Chabot or Alberto Villodo saw, heard, or knew a thing.  It was all a lie.

[Note: The shaman culture might honor women. Yet, is set up as patriarchal and sexually abusive as one needs to understand harems and shamanic servitude vs. legal marriage. It is not a true western cultural model. This is the male-female dynamic in the Wisdom Keeper tradition. 2-2-22]

[Note: On 2-2-22, Pamela Chapman told her daughter earlier in the day that it is possible that an outcome of this litigation is to instill a code of ethical standards on shamanic trainings, teachings, workshops, etc. State regulations or if there are national shamanic groups—we don't think there are any, at retreat locations, like Esalen or the Four Winds Society. Instill ethical standards that claim we do not operate like that. Isa G. does that in Berkeley because she marries Buddhism with shamanism to make it ethical and higher performing. That is her own arrangement such that women are not subjected to masturbation chatz or drug intoxication. That **Shamanic practice** does not become synonymous with **The Game of Sexual Obedience.** The Game fits perfectly into shamanic practice models, and Kundalini Yoga. This means it is an Akashic Record realm culture of the Caliphate Nation state. 8:05PM]

Pamela Chapman
pmchapman@cox.net
401-862-9510

[Note:  Someone just said you win your case hands down. Call someone in Boston as soon as you type up your answers. Just say you have so many notes and can put together a dossier of quotes and we go from there. BTW, might you know a literary agent in one form or another? Yes, because there are at least two of us firms in Boston. Actually, three. I know who we are –somewhat. These notes are invaluable because they give all the answers and you were the progenitor of them. They are her words and the channel, so if others have them she was the force that directed them day-after-day, and she is the one writing notes and comments on them to put dialog and information in context. That's what wins you the case. Notice Kamala Nation/Table always has 4-6 shamans at it beck and call to organize and maintain itself. So, does Ways and Means. 8:07PM 2-2-22]

Many of us thought shamans were energy medicine doctors, but not really. Many thought they were mind-body-soul practitioners, but really they are Kundalini Yoga teachers, operating and manipulating in the middle energy realm, which is all thievery and lies.  Noor Saied says Punjab culture does not *"force a deception"* nor lies, but a *"peaceful existence."*
That's perfect. That is Punjab Watchman culture in the middle realm.

Every time Alberto Villodo helped these ladies, you see….

He claims, he never did. He had to come face-to-face with you when Annette Burke didn't know how to go toe-to-toe with you about leaking and gossiping about her daughter, Emily Parsons. So instead, Alberto Villodo went toe-to-toe and aura-to-aura with her instead. These women gossip all night long about every little piece of information they hear anywhere. They cause damage to people via gossip. Karyn Chabot said, Alberto Villodo said it was important to share all this information together to learn from one another. But it was gossip. All gossip leads to slander which leads to harassment which ends as abuse and manslaughter. So is gossip the doorway in to see if you can cross the line into besting another or becoming a slander queen?

This is exactly what happened at Tom Hockaday's house.

Pamela Chapman has a definite lawsuit here. It must pay handsomely because if Grenville Craig and Andrew Cuomo and all the others say different things, but the same, we will remember that the New York Times claimed or Andrew Cuomo himself (Yes in his short concession speech sitting at a microphone) that he doesn't think he crossed the line, but social mores / social norms have changed unmistakably. Pamela Chapman does not ascribe to higher ranking energy modulation being equivalent to sex, fraud, sorcery, and all the rest.

Pamela Chapman's name was never on any list of the Four Winds Society. All the books she read by Alberto Villodo came used via Amazon except for One Spirit Medicine, which she recommended up to six years ago to everyone. Her son even bought a copy for his father.

[Note:  Pamela Chapman's bought a $49 series of videos via PayPal. PayPal then becomes the purchaser of the series on any list of The Four Winds Society. She began viewing the first of eight videos, but stopped after the first 10 minutes thinking. *"This is last forever and our emotional institution."* She still maintains access to the series, she never ever wants to waste her the time actually viewing it. 2-2-22 8:29PM]

Pamela Chapman
pmchapman@cox.net
401-662-9756

We will all stop now.

Beatriz, stop all this unfettered access and give me back my personal agency and privacy because this is too much exposure for any one person and Alberto Villodo never had to live like this, but Pamela Chapman does, just because she knew him (and he wanted to control her reading, writing and thinking). He sounds just like Andrew Parsons, except instead of being a doctor who writes prescriptions, Alberto Villodo is a drug lord, and a shaman. Marcella Lobo is a sorcerous, both men like to keep Pamela Chapman a prisoner in the realm.

When Pamela Chapman went to see Shaman Nick on March 26, 2021, Alberto Villodo screamed energetically at Shaman Nick, *"Best to watch out. She is my shamanic wife."* And Pamela Chapman thought, ***"Who the f' are you? I am no shamanic spouse because if I am, I want special perks and a new black American Express card."***

Alberto Villodo wanted me to be a kept woman without paying for anything, anywhere. He offered to buy me a whole catalog of *Mindy n Me* (Kimberly Witherspoon heard the whole conversation after 90 minutes at a hair salon), but Pamela Chapman knew that was a Mark Halpern Shit Show. No, it was not. He offered to buy me the whole catalogue and said, *"Pick out a few outfits, and I'll send them along."*

Annette Burke:  He does not do that with anyone.

Pamela Chapman:  He did that with me. But we knew it just couldn't be. He was having a fun afternoon at the hair salon with Kimberley Witherspoon and Pamela Chapman, and this generosity just leaked out of him, but the package never ever arrived in time for anything.

Once Mark Halpern said, *"Don't worry, you are tied to him because I can't sleep with my wife either."* With Elizabeth Meyers (my producer of choice – at least she was), he claimed they were Twin Souls and he was the seer, clear channel of the North.

[Note: He's like a stupid Greenville Game. There are no male clear channels Twin Souls. He didn't have his story line straight. Pat Fernandez didn't explain the process correctly, as the Twins Soul resource of the Kamala Nation]

Mark Halpern overplayed that he was not only The Game show announcer for Kamala Harris in this realm, he also was the seer of the north who held all the Twin Soul power of a monad group. He included Dan Brown and Shelley Long, and Jared Diamond and Leora, as the other Twin Souls of some Ascended Master group. In actuality, none of them were Twin Souls, nor were they married to one another. He claimed Leora was Mark Halpern's wife, and a wealth manager, but in reality, she was a former kundalini partner of Alberto Villodo who works at NBC/ Universal Productions, and helps sell cocaine for Marcella Lobo.  She also wore Alberto Villodo's noise in her aura like Pamela Chapman.

Pamela Chapman
pamelachapman@comcast.net
401-862-9518

[**Note:** According to Jean and Jerry, there was to be a new Serio Guiding Group of Twin Souls. They were was looking for a fourth pair for the afterlife. At its conception, it contained, Mark Halpern and Elizabeth Meyers, Shelley Long and Dan Brown, and Jared Diamond and Leora. Since Donald Jagoe wasn't qualified, Jerry claimed, the fourth pair could then be Pamela Chapman and Alberto Villodo instead. Since Mark Halpern was in charge of the group as the seer of the North, he said Pamela Chapman belonged in the east. It was a Shit Show triad of Pat Fernandez and Mark Halpern to push a group of people into a position of power and obstruction.]

[**Note:** Actress Shelley Long claims to have grown up in Thousand Oaks, California and knows Donald Jagoe's family. It is true. Her husband also graduated from Wesleyan University.]

Mark Halpern was always trying to be Pamela Chapman's agent for brand ambassadorship such as cars, herbal tea, condo REIT's, supplements, Mindy-n-Me clothing, and Jessica Hagen Fine Art & Design, and other businesses.

What Mark Halpern really did was bring Carrie Crosson Gilpin to Pamela Dorman to have her abolish *Barefoot in Heels*. Carrie Crosson Gilpin wrote a terrible screen play and sent it to three producers and screen writers. Reese Witherspoon knows about the submission by Carrie Crosson Gilpin through her screen writers. It is fraud.

Mark Halpern made Pamela Chapman hold a meeting while walking the beach to select actors for the movie version of her book. The actors said later Mark Halpern does this all the time and no one pays attention to him. This I how Pamela Chapman met and spoke one-on-one with Ashley Judd, Jane Fonda and several others. Most were in Llama Nation which she later learned was set up by Alberto Villodo.

Mark Halpern claimed, *"I did not know Alberto Villodo was Lahore."* It was a finely-tuned kept secret in Llama Nation even with his wife, Marcella Lobo. He played Pamela Chapman like a two-bit whore because he could— and he did—None of the actors could say a word about anything because Lahore protected each of them in the energy realm, but he never protected Pamela Chapman, as he promised. He claimed his word was his bond. Yet, he promised to be a mentor, and a protector. He just wanted her clear channeling abilities as a source of his own power. Then he filled her with "noise" to prove he held all the power in the realm. He also took away her privacy as a symbol of his almighty power.

So, Alberto Villodo, you are a shitty shaman, a terrible husband, a horrible reciprocity of relationship, but Pamela Chapman got back at you because she told everyone you can't ever have and erection ever again, and that you claimed in the middle realm that you can't channel without her. She also proved he was a fraud as shaman. He can never be the seer he claims to be. He is unable to journey for others or perform a proper soul retrieval for another.

Leora claims Marcella Lobo owed Lahore money, and she once told Alberto Villodo, *"I don't know what I'm going to do about the debt payment."* He said, *"Just be upfront with him."* She said, *"I can't, because he is really vicious."* He said, *"I don't think you will be punished, but I don't really know."* She said, *"Maybe, but I can't say so."* She had no real understanding of who he actually is or was.

Pamela Chapman
pmchapman@aol.com
401.662.9551

*"I can't be Lahore and have Marcella see me,"* he said. When did he think he would have to fess up to being Lahore? He was functioning as both Lahore and Villodo simultaneously. It caught up with him on August 1, 2021.

He told Pamela Chapman later, or after the fact, he knew it was coming because one day, Justine Rudock called for Lahore, and he said, *"Yes, Villodo here."* Then, he realized it was only a matter of time. **He lied for a long time to a lot of people about his double life** as a shaman and a drug lord. **He lied** globally to the entire Akashic Record realm, to his legal wife, Marcella Lobo, and Pamela Chapman, but not to Llama Nation. He needed to be free once again. A shamanic divorce of this global, 24/7, 18-month Shit Show for Pamela Chapman starts at $500 million.

Leora always knew Alberto Villodo was Lahore. So did Justine Rudock and Justin Ramel. Justine Rudock never could say one word to Marcella Lobo, and she was Marcella Lobo's shamanic daughter. Justine's loyalties are to Marcella Lobo and Kamala Harris. Justin Ramel's loyalties are to Lahore, and Kamala Harris. Leora reported to them all. It started with Mark Halpern and then Alberto Villodo, followed by Marcella Lobo. Leora was a shamanic wife and a kundalini partner.

According to Leora, Alberto Villodo **had never participated in a Wisdom Keeper ceremony, which is why he desperately wanted that shamanic trophy. It's a male trophy that says he has a kundalini female partner who is a dedicated monogamous relationship. It is definitely monogamous, and he didn't realize it. That means there is no sex or kundalini with any other partner.** As of 2-2-222, she does not know if he can actually have sex with another partner. She can. He claims he cannot, but what would he have done with Elena Sobo back in May 2021? At Kundalini Crossing, he plays in the mouth and the level of the 3rd eye, but never in the abdomen. He doesn't actually make Kundalini Crossing with Nola Ganem, just northern crossings. He jumps in the jaw.

Andrew Parsons and Grenville Craig have both had kundalini initiations to make them initiators of other people. Yet, both have such low kundalini energy, that they can never play at the level of a true Kundalini Master. Grenville Craig asked to be the door man at Kundalini Crossing because he could not perform at any other level, but he never considered that as a Twin Soul married to his Twin Soul he can't actually play Kundalini Crossing games without his Twin Soul wife present. The same issue happened with masturbation and marriage (shamanic/ sorcery) with Nola Ganem. Grenville Craig can't actually masturbate in the energy realm with other women without his Twin Soul wife. Yet, he desperately wanted to marry Nola Ganem so that he could. That shamanic marriage lasted about three hours before or Sandra Craig demanded a shamanic divorce between Nola Ganem and her husband.

**On June 4, 2022 at 9:30AM,** Alberto Villodo admitted that Pamela Chapman was not important enough to play any Thievery Ring game with. *Instead of playing with her, he played it on her*, but that was not the important part of the confession.

431

Alberto Villodo said, *"I can't stand men who abuse women."* He was considerate to Pamela Chapman of the fact she said her husband was this and that. But, once he learned through Justin Ramel, and then, Mark Halpern at Kamala's Table, that Pamela Chapman was the target of Kamala Harris' group's thievery to destroy both her and her yet to be published book, *Barefoot in Heels*, Alberto Villodo *immediately opted to play along.* This ran in parallel to what the Redwood Library's Book Committee planned to do. Additionally, it mirrored Andrew Parsons' attempts to do the same.
There were three simultaneous attempts for all to commit the same crimes against *Barefoot in Heels*, and its author. If it survived thievery— not once, but three times— it will stand the literary test of time. It fought its battle on the frontlines of Washington DC, New York City, Boston, Los Angeles, London, and that forgotten City-by-the-Sea. ***********************

Alberto Villodo is never far from a Thievery Ring game himself in his drug trade business, and if he had a new group to play with, he was even more stimulated to play than by himself, especially with Nola Ganem at his side.

When the Kamala Harris Thievery Ring became a Workgroup (coined by Pamela Chapman herself) to carry out the thievery itself, **Alberto Villodo** arrived in a sidecar with **Nola Ganem. She had been chasing Villodo diligently.** When she finally caught his attention, **he wanted to spend every day with her, so he arrived as her auxiliary companion.** He sat in his office smoking in his big wicker fan chair on the sewn taut cushion, and she sat on the floor at his feet Indian style in nothing but yoga clothing, her back to the legs of the chair, at every morning and afternoon Workgroup meeting. She was often chanting, *"Cacao Flake, Cacao Flake, where are thou my little Cacao Flake?"* It was the dog that chased her.

It was not Alberto Villodo's group, but from his place of high command at own his desk with his military troop of toy soldier figurines, he very quickly took it over as the de facto leader. He pushed out Tara Plochocki, Carrie Crosson Gilpin, and the presumption of Harry Gural. Nola Ganem never moved from her perch on the floor. He was both the oldest member of the group at age 68. Yet, he was just a tag along. To earn his place, he gave away—with Marcella Lobo's help— so many sorcery tricks, curses, and technologies that he became the figure head—just like his Peruvian desk top figurines always said—always the figure head for sorcery television, black magic tricks, masturbation, and kundalini practice. All he had to do to change his day, his relationships, or to play a little sorcery game, was to re-arrange the clay figurines on his desk. He often gave them names, married them together, marched them across his desk, place them in small social arrangements, and at his own whim, he'd knock one over and out of the game.

He did not understand he was the leader of the group until Tara Plochocki fled in September 2021—he knocked a figurine in its head –this is how he played his own game as he danced his way to fame, and shed any and all blame— Harry Gural was really to be the leader with Tara Plochocki except Harry Gural was never a Caliphate Nation leader of any kind. Harry Gural played his own game to beat the group to get out of The Game, but always forgot that only with Pamela Chapman

Pamela Chapman
pchapman.com
10.04.2021b

could he get out. He was <u>The Game</u> he could have gottenout of. He just forgot that it was wth <u>Pamela</u> and not <u>Tara</u>.

<u>Harry Gural</u> was never to be the leader of this group. This is a <u>Workgroup</u> and it belonged to <u>Tara Plochocki</u> and <u>Carrie Crosson Gilpin</u>. <u>Harry Gural</u> had exceptional project managements skills the others all lacked. <u>Tara Plochocki</u> and <u>Carrie Crosson Gilpin</u> were both the Scribes of the Pharisees, copying the book to get it to the next level of fraud.

<u>Tara Plochocki</u> tried to blackmail <u>Harry Gural</u> to put a dossier together to email to <u>Nancy Graham</u>. This would be a criminal charge against his name for the email. He didn't take the bait. He held all and said, *"I'll just wait."*

The <u>Workgroup</u> was akin to either a base-level or middle-level team of workers in an organizational structure who take orders from the top. In this case the orders originated directly from <u>Kamala Harris</u>. <u>Harry Gural</u> and <u>Tara Plochocki</u> just happened to be aligned with another <u>Kamala Harris</u> group.

In this Big Book Story, if <u>Kamala Harris</u> was not going to manage the Workgroup directly, she needed to assign a manager. That should have been <u>Carrie Crosson Gilpin</u>, who lacked the skill, or <u>Tara Plochocki</u> who often abdicated leadership and skill to <u>Harry Gural</u>. If <u>Kamala Harris</u> dropped out of the story, the next in line in the Guide War to replace her was <u>Alberto Villodo</u>. <u>Nola Ganem's</u> desire for <u>Alberto</u> brought him to the forefront of his own <u>Game</u>. Sex seduced him into <u>The Game</u> and once in, what he did next, how he played, was his own decision. That is Level 2 of <u>The Game</u>. He didn't have to play the way he did. It was never <u>Harry Gural's</u> place to run that group. He is <u>Melchizedek</u>. It also was not <u>Alberto's</u> place to give away leadership of the realm to <u>Bethany</u>, <u>Nola</u>, <u>Dominique</u>, <u>Andrew Parsons</u>, or <u>David Johndrow</u>.

> It is important to note, he was introduced to <u>The Game,</u> not once but twice, first with <u>Kamala's Table</u> and then with the <u>Workgroup</u>. His preferance of play is with a Harem of unsophisticated women with himself as the center, even though at a moment's notice he will say, *"I have a PhD in medcial antropoloogy. I am the founder of an international school of shamanicsm. I travel the world for my students —and they in turn adore me. I have written over ten books on shamanic practice and self-healing through the path of shamanic rite. I live in a $20 milion house off Pacific Coast Highway in Bur Sur, California. I grew up in Brentwood California. I have at least $100 million in assets."*
> "I j'adore unsophisticated women." This he admitted to <u>Jean Gorham</u> and <u>Kimberly Witherspoon</u> in a game well- played one afternoon. It was then we knew, if we all stood in the same room together, he would walk to the otherside to his own people. Jean is Wellesley. She is married to three generations of Princeton. Kimberley is Brown, and Pamela is Wesleayn. Alberto is San Jose State.

<u>Steven Plochocki</u> said *"No, it is a contest between you, <u>Harry Gural</u> and my daughter, <u>Tara</u>."* When he was the one remaining, he was taken to a harem bath and never could get out. The psyches held him. <u>Alberto Villodo</u> insisted that the leader have the demonic sorcery qualities of he himself, and his top

choices were <u>Nola Ganem</u> and <u>Bethany DiNapoli</u>. Both women were the shamanic wives of his future. It was not his place to give this away. He was to have been King, if he had prepared properly. Several women of the Workgroup chanted, *"I will best <u>Pamela Chapman</u> to be and become <u>Kamala Harris</u>."* It was <u>Alberto Villodo</u> who was to become <u>Kamala Harris</u>. Never a harem woman, ever. They lack all kinds of skills and place in business and society. Never did they succeed. They started at Level I and II of <u>The Game.</u> <u>Pamela Chapman</u> was at Level Five working a different angle of intellect and wisdom with <u>Melchizedek Café.</u>

<u>Alberto Villodo</u> and the <u>Harem</u>, including the male attendants, wanted the trophy of scratching <u>Pamela Chapman</u>'s aura to discover the secrets to certain facts about her past. <u>Alberto Villodo</u> made himself the frontier line which must be crossed to do any sorcery work in any realm. Sorcery technology of every kind was used. Noise was <u>Alberto's Villodo's</u> his greatest lethal weapon. <u>Andrew Parsons</u> thought his greatest weapon was his magic wand of sexual misperception.

We later learned that <u>Rusty Powell III</u> and <u>Jonathon Karp</u> played the more sophisticated game of sorcery like none before. But then again, they were the CEO's of America's Fortune 500, and while one might be Brown and the other one Harvard, Cardinal Nation, true and blue, red and black, Wesleyan University alumni always know which side of the equation the sophistication is on.
9:40AM

**On June 4, 2022 at roughly 7:30AM,** <u>Andrew Parsons</u> read a statement that he said came through his guide. Since early last night, he spoke as if he were his guide, speaking almost nonstop. During the night, while <u>Pamela Chapman</u> slept, he said terrible things about <u>Harry Gural</u>. Then when morning came, he said he was moving on to <u>Pamela Chapman</u>. No one wanted to hear anything. They expected he would read one of his letters that he previously had read at night last November and December 2021 while <u>Pamela Chapman</u> slept. Everyone knew it would contain terrible language of slander and harassment, at best. No one stopped this guide/person from narrating the statement. As soon as he began, everyone knew immediately it was no guide. It was <u>Andrew Parsons</u> himself.

According to the prepared statement (which is pre-meditated manslaughter, rape and sexual assault), he said, *"I will never ever stop raping <u>Pamela Chapman</u>."* He began with a pornographic descriptive example of having sex with <u>Pamela Chapman.</u> Everyone screamed for him to stop talking, but he did not.

He said, *"I will rape her nonstop every day for the next 10 years if I am to be charged with rape in a court of law."*

He said, *"If I am to be charged with rape—and collusion to commit rape—instead of having <u>Kayla Abbate</u> do it, he would do it himself, or he would marry <u>Kayla Abbate</u> to commit the act of rape for him against <u>Pamela Chapman</u>."*

Pamela Chapman
pic.chapman@govcbd
js-Gov2-05-10

Then, he said he will always remember that Harry Gural's name was spoken (not true) by Pamela Chapman in an act of sex when they were younger. As such, Harry Gural is never allowed to live in his house with Pamela Chapman because it was a house he paid for many years ago from his professional efforts. This is akin to saying, *"I can have all the girl friends I want, but you cannot have any partners without me."*

He has a new girlfriend who was exposed last night by accident. It was because Harry Gural asked a question of Stanley Chapman. Triffin P, and Jim O'Rourke know exactly who she is. They know this because she spent several days languishing around the OR suite at Hawthorn Medical Center, Dartmouth, MA. Then, they could not understand why she was there. She works in payments at the front desk at Hawthorn Medical's group practice. No, it is not this person. It is nurse Theresa Ferriera of Cory's Lane, Portsmouth, RI, and greater Burlington, Vermont.

Pamela Chapman was told several things about Andrew Parsons from Beatriz in November 2020. This woman fits exactly an intimacy that was fated to occur in Andrew Parsons's life. He has then officially broken up with Cathy Wicks. He has been with this new woman since at least Thanksgiving and Christmas time because William Parsons said they exchanged Christmas presents. Emily Parsons claims, *"The woman is always at the house."* She moved inland lives there now.

Pamela Chapman can confirm this because anytime she drives by the house – it's a shortcut through a neighborhood to her own—she sees the car. Pamela Chapman thought the car belonged to a friend of Emily Parsons by the Vermont license plates, but it is Andrew Parsons' girlfriend instead. She seems to be there daily. She moved in. That woman said here, *"Pamela Chapman is never the woman you think she is,"*

We had to tell her, *"No, Andrew Parsons is not the man you think he is."*

But, she took his side and said, *"There is something wrong with Pamela Chapman."*

We said, *"No, there is something wrong with you, because no woman could tolerate being with such an abusive man."* But by day, she is not listening to this realm, and by nightfall, they pull each other out through conversation and intimacy.

Nola Ganem said, *"I always knew about that relationship as his third and fourth shamanic wife."*

No, she did not.

Alberto Villodo claimed, *"I too always knew, and asked her questions at night."*

He did not.

The other comment from the statement is, Alberto Villodo is never the man you think he is, neither is Grenville Craig. Therefore, he is in decent enough company. If she is to take a $300 million

Pamela Chapman
pmchapman@comcast
401-662-9476

settlement from <u>Alberto Villodo</u> and $25 billion settlement from <u>Grenville Craig</u> and a mere few from <u>Andrew Parsons</u>, <u>Andrew Parsons</u> claimed, *"She does not need my money, too."*

If <u>Pamela Chapman</u> takes <u>Andrew Parsons</u>' money as a settlement, then he will automatically go to prison, because this is never how you treat an ex-wife, or the mother of your children. But as a sorcerer he will be lucky to stay alive. In previous centuries, we would burn, hang, or decapitate him. Never will he thrive.

<u>Andrew Parsons</u> said, *"If I had gun— and he does of one sort—, I would come to her doorstep, and shoot it at her head. Then, all his male 'gizz' would kill her in the face."* He said, *"Since she will never swallow it because she refuses, it gives her stomach nausea—too much fructose."* he said. *"Then, I will knock her out cold because I am the sexual male equivalent of a deadly weapon that every woman wants to possess."* It was never a gun; **it was** always himself who was the deadly sexual assault weapon.

Someone said, *"If you must go to trial with this man, it will take no longer than two days for a judge to throw the case out, and declare him the absolute guilty party. He never will see the inside of his house ever again.* **No man gets away with his kind of sexual assault whether or not he thinks he is just playing a game.***"*

She has repeatedly told him she will sue him in a legal court of law, and he repeatedly claimed, *"Then I have every right to fully commit anything I want. If I am going to pay, I will play and do now whatever I damn well please to you whenever I want."*

<u>Emily Parsons</u> said, *"I am so embarrassed that he is my father, and I'm worried I will never ever get a professional job in Boston because of his reputation. My brother is already established professionally, and I am not, yet. He ruined my chances by bringing ruin to the family name."*

*"No, not for her or her brother because neither she, nor he, is ever in collusion with their father. She just has to live with him for the time being. Once she moves out, she will never live with him ever again. The family will support her financially until she can fully support herself."* 10AM

Someone—maybe an attorney, maybe not, said, *"If you and Andrew Parsons have any more of these conversations, he will never see the inside of his house ever again, because we will have him arrested and put in a jail cell until such time Pamela Chapman's notes are ready to submit to an attorney and judge for financial remuneration for the long list of charges against him. He never considers that he is really guilty.* **He thinks the US court system can't place a judgement against him for something that happens in the** <u>Akashic Record</u> space of the middle realm of sorcery and shamanic practice.*"*

<u>Pamela Chapman</u> always says it is like the <u>Salem Witch Trials</u>, but it is not. It is always about the outcomes of his actions. He wanted everyone to think it was not he who was speaking, but rather his guide, but never do guides speak with the toxicity of wording that he was using—Oh yes, they do. It is not unlike the <u>Thievery Ring</u>, where they all spoke in one voice, both guides and persons. As one voice, if he or his guide intended the conversation, the actual dialog came out through

Pamela Chapman
pmchapman@comcast.net
1-646-269-16

another. Stanley always knew there was yet one more act of hatred toward Pamela Chapman that Andrew Parsons himself would commit. Is this it?

*"No, it is not. Oh, yes, it is."*

Tim Hollister, esq., said that if he needed to be a legal witness to his act, he is it, and never ever did he agree with the sexual description Andrew Parsons had of Pamela Chapman. He and Pamela Chapman have had a prior sexual relationship, and never once did he think she was the woman Andrew Parsons claims she is. Harry Gural is in the same position, and he would say the exact same thing, and so would Joe Fins, MD. So there are three men who will vouch for the fact that Pamela Chapman is not the whore that Andrew Parsons wants the world to believe she is. All four men graduated from Wesleyan University, two with very high distinctions from their colloquia programs. The men: a doctor, a lawyer, and a politician. If we make them capable and sensible men first and foremost, we will make them capable and sensible doctors—NYC medical ethicist, lawyers—federal and Supreme Court admitted,  and politicians—Capitol Hill, Washington DC. Thank you John Stuart Mills.

Wesleyan University says we disavow knowing Andrew Parsons and we celebrate Pamela Chapman, Harry Gural, Tim Hollister, and Joe Fins because we never ever treat people this way. We have a humanitarian cultural understanding of tolerance of and for all people, and Andrew Parsons does not. Just like Pamela Chapman, we stand up for women and children always, and never ever to we tolerate behavior or any man like Andrew Parsons. He has colluded to commit together with the others the worst sins against another. He has no understanding of the consequence of his actions no matter what you tell him, or how many times you say it. 10:25AM

Andrew Parsons was merely an economics major who went on to graduate from medical school. His Roxbury Latin School upbringing did not guarantee that he learned any social manners, or how to treat women in relationship. His married brother does not have this same issue, and they both have similar schooling and military training. They are both divorced. Yet, the brother remarried, and is still married to this day.

Andrew Parsons has committed many acts of parental alienation since before his actual divorce. He said, *"I can't get divorced. I don't know my children very well. I don't have the kind of relationship with them, like you do. I also have lost touch with my friends and golfing. You can't divorce me. I don't have any social life to speak of. I need to catch up, in order to get a divorce."* He said that the spring of 2009.

Two years later, he had more than caught up by playing the game of parental and social alienation. That was June 2011 when a second official divorce filing was made in the Newport County court house. He never stopped slandering Pamela Chapman. Jim O'Rourke can attest to that. 10:10 AM

Some guides cut Pamela Chapman and the Upper realm off from some conversation twice this morning. Pamela Chapman and Harry Gural could not hear a word said. Then, they reconnected them after the fact. If the guides could cut them off like that, why can't they do it permanently? Pamela Chapman has been begging them to do just that. They claim they aren't ready, and that it

Pamela Chapman
pamelachapman.essays.net
[redacted]

can't be done. It was done exactly that way for their own benefit this morning. There is no more need for anyone in the Upper realms to talk to anyone in the lower realms ever again. *"We never want to hear their conversations at all. Bar none,"* as it is said.

Andrew Parsons did not say the word *abortion* like he always does, but he did use the term in a sentence as a DNC. He will stop at nothing to destroy Pamela Chapman, just as he told her in 2009, *"I will stop at nothing, if you continue with this divorce proceeding."*

She said, *"Ok, go ahead."* She had no other defense other than to call him out on it. She had no idea he could get everything he ever wished, imagined, or intended. Which is exactly what he got here, plus he received a digital pdf copy of her manuscript, which he could then print out. This realm made everything he intended—or thought he needed—too easy for him. She got no protection from anyone, and cannot get the guiding realm to support her, even though she spent ten years in the Upper realm before February 4, 2021. Why can't she return back to that private reciprocity Upper realm right now?

We think Frances is working with Andrew Parsons' guide to prove he is really not the despicable man Pamela Chapman claims him to be. He is the man who actually claims she is despicable instead. But, an enlightenment woman is never despicable. It is a Hate Crime of global importance because once the people decided to hate her, then the guides of people of the Thievery Ring followed suit. They hold a mirror to their people. Then, acted the same.

There are four guides always who wanted her destroyed the most: Andrew Parsons', Bethany Napoli's, Nola Ganem's and Alberto Villodo's guide. They all worked initially through Jerry Slocum, who always worked side-by-side with Jean Gorham. Just like Kamala Harris, Beatriz never told them how to destroy Pamela Chapman themselves, she just set it up. They did all the dirty work their own way, and pulled in all sorts of people to help them.

No person wants this game to continue. It is always the same. The people like Andrew Parsons and then their guides never back down. They get more vicious in their targeting. If this does not stop, one day she will be killed outright. No one roots for her. They root for him and say, *"He is not as bad as she claims he is."*

Legally, you needs to stop because no one now knows who is speaking, and Pamela Chapman is typing every note.

Andrew Parsons:  I can't stand Pamela Chapman. I never thought she could carry out the lawsuit because of the situation she is in here. I intended to block her from hiring a lawyer, and if she did hire one, I would follow every word she typed. I would contradict her, the case, and the descriptions, and block her from ever legally winning her case. 10:20AM 6-4-22.

No one thinks he is playing a game. No one thinks he is innocent. They are all guilty together because they speak in one voice and can steal another's voice and use their own words. They blackmail each other into guilt. So does Kamala's Table. All are blackmailed into silence.

Pamela Chapman
pamelachapman@comcast.net
401-662-9500

She has to yell all night long, which she did last night to get the attention of the Guiding Realm—It was to no avail. Not one guide would help her. Even her father said he could not. The guides screamed and streamed so many dialog lines, and she could barely hear a thing. No one would allow Pamela Chapman and Harry Gural to talk. They said, "*Once Harry Gural and Pamela Chapman started any kind of kundalini practice that night, they would scream, "Abortion, abortion…" until they stopped.*"

Harry Gural and Pamela Chapman did nothing. She want to sleep and Harry Gural stayed awake and listened to the conversation. He was attacked by Andrew Parsons just like Pamela Chapman was by Andrew Parsons this morning. He was said to have said many things that he never actually said— nor would have ever intended to say. [Note: This is exactly what is happening still on June 9, 2022. We never knew what was truly happening on June 4, 2022, but even today it is just as they said over a year ago, but now we have the force field to actually stop it, and we will. 12:58PM June 9, 2022].

Frances made sure Andrew Parsons is in a private chamber of his own doing in the Akashic Record realm, but he was not. (He is now on June 9, 2022) Why does Andrew Parsons get privacy and Pamela Chapman does not?

Alberto Villodo's guide is preventing the realm from closing. The guide can stop the realm from closing by demanding that it stay open to allow a dialog of high importance between all the realms. His guide kept the entire world awake day-after-day and night-after-night so he could destroy himself wholesale, but he did it by trying to destroy Pamela Chapman instead. Is he destroyed enough now because she has been made to live a completely destroyed existence?

If he gotten out of the Four Winds Society and retired and stopped his drug dealing he could have been King of the realm, but his insecurities and paranoias prevented him from seeing his own opportunity at global stardom. He stayed at the bottom rung of his own game.

> Pamela Chapman will recover beautifully someone said because if Nora Cushing herself has to hear one more f word of this transcript she will make sure no one in that Thievery Ring ever steps foot in Newport, Rhode Island ever again. We can't stand all of this thievery and sorcery, but we discovered three nights ago when Pamela Chapman was researching European witch hunts, it is all exactly the same—exactly the same from 600 years ago. We put an end to this practice by executing the witch then, and we will now never let them win ever again. 1:04PM. June 9, 2022

We cannot comment on what Alberto Villodo has done to her reputation by his character assassinations, physical assaults, and all of his collusion efforts with Andrew Parsons to destroy her authorship and her lifestyle, but we will say wholeheartedly that she will recover somehow and he will not, because he is going to be made an example forever of what never to do in the sorcery realm. Alberto Villodo and the rest of the Thievery Ring expect Andrew Parsons to take the fall for them all, including: Marcella Lobo, Nola Ganem, Jean Gorham, Monique Burgess, Bethany DiNapoli, Dominique Alfandre, Nora Deidrich Delaney, Carolyn Crosson Gilpin, Diane Crosson McEnroe, Grenville Craig, Earl "Rusty" Powell III, and numerous others. Everyone who colluded

Pamela Chapman
pbhcchapman@comcast
401-662-9510

with him will be subject to a major lawsuit. She will win her case, so if you care to settle out with her before the lawsuit begins to leave your name off of the lawsuit, beware of the settlement balances you will submit to her. No one opted to do that. They overlooked that in a federal circuit court, it is not the same legal defense they mount as in a county or state courtroom. They go straight to federal prison. No one wanted to be the stodge or the snitch and admit anything upfront. Then, it would validate her entire experience.

If you are like **Alberto Villodo** and **Andrew Parsons** and believe she will never be able or fit to file a lawsuit, then you will soon learn the joke you played is actually on yourself. She was made to live the burden of this experience through sorcery, manslaughter, abuse, harassment and slander. It is a pain and suffering and torture 24/7 for 1.5 years nonstop with every person she has ever known and those she has never met. It is all global in real time. Andrew Parsons was thrilled to be able to destroy her this way. He said repeatedly, "I never have to write my own book. All I had to do was come here, and it would all take care of itself just like a magic wand of sorcery takes care of all of his intentions. He did not need a pen to be his sword. He used a magic wand instead. Which is mightier? (She always said, *"The pen is mightier than the sword."*)

As a side note, the founder and name sake of the agency, David Black Literary Agency, Brooklyn, NY, is also thievery. David Black himself steals fiction manuscripts and has them published illegally. It is always literary fiction that is stolen by the agency industry. That is because no one can ever tell who wrote it. They often use a penname as the author, but not always.  It is an automatic, "kill" or manslaughter which is Level 5 of The Game. It is a thievery act immediately connected to a kill. So it is Level 2 and Level 5 of The Game, and does not require any act of sex in any realm. It bypasses the sorcery of the witch's' coven or Witch's Sabbath practices and eliminates the promiscuous group sexual acts.

For the author, it has everything to do with the financial loss which the creates an entree to the top levels of Ways and Means. Kamala Harris herself said stolen manuscripts include several overlapping Thievery Rings that pull in the widest network across all media. It is a way to manipulate the media in all realms, and it always starts with literary works of fiction. It is the base of the entertainment industry.  Literary fiction provides the content for the major motion picture industry and home streaming programming. As a sport, it is the easiest way to gamble oneself to the top of a thievery network. This then provides an extensive network of introduction to anything one could desire. Literary thievery operates almost exclusively now in the sorcery realm with an understanding in the physical realm. It quickly separates out who is sophisticated enough to play at the highest levels, and who can only play in the position of errand boy. Others would say. It easily identifies who is the snitch and who is a stodge.

There is one additional aspect to these comments. Pamela Chapman always said several people in his game were not sophisticated enough to play. She said they were sloppy and unprofessional, and use sorcery as their intellect. How does a person who does not play the game understand this?

She herself operates at a more sophisticated level. This game forced her to operate with people who use a technology of sorcery she can never reciprocate. They are not at her caliber of wisdom,

Pamela Chapman
pamelachapman.com.net
401-662-97-10

intellect, understanding, and sophistication—but it always point out how and why she and Andrew Parsons and Bethany DiNapoli and all the others never get along. He plays at the low level of sorcery, and prefer the inclusion, technology and understanding of the people at this level. She does not. This is the story of her marriage, Island Moving Company and all the others. This sorcery and thievery is could be the technology of the Hate Crime. Jean Gorham herself said numerous times, socially Pamela Chapman is not like these Thievery Ring people. She is more like ourselves socially. Yet, Jean Gorham still took every opportunity to destroy Pamela Chapman through the sorcery technology Jerry Slocum taught her. Happy van Beuren said socially, *"She looks and writes too much like us, and that is the reason she must be destroyed in every realm."* Why Happy van Beuren would you ever want to destroy a mirror to yourselves socially, unless you are the devil himself, or made a contract with one in Washington DC? 11:09AM

There is still one other aspect. No one ever forgets who they slept with, and if you think she slept with 52 men and was always sleeping around, then Andrew Parsons, why did you then become attracted to her?

Because he himself was that person. Once he entered here, and discovered both a Thievery Ring with shamanic wives and kundalini practice, he wanted to be and become all of those things simultaneously. It is the witch's banquet. He became a Kundalini Crossing initiator despite not having the personal internal energy to actually do it, and he married five times, although it was only four women. He married Nola Ganem twice. He claims he almost married Kayla Abbate, 30, but decided not to marry the next-door neighbor's daughter whose parents arrived with him on Feb 4, 2021.

He also quickly aligned with Grenville Craig who desperately wanted exactly what Andrew Parsons wanted:  to simultaneously be the thief of thieves, and to have as many Kundalini Crossing and shamanic wife experiences as possible. Grenville Craig had been trying for 20 years to become that thief of thieves in the eyes of Jonathon Karp and Rusty Powell III, but could never actually arrive there until he became as Twin Soul sponsor. He desperately wanted Pamela Chapman as his shamanic wife even thought he could never perform that way, nor would she. He wanted to destroy her financally just like all the others, but in reality, he just rally wanted to be a witch, a sorcerer, a black magician.

Grenville Craig could not differentiate The Game of financial thievery, and its many Thievery Rings of fraud and SEC rulings, from sorcery, shamanic practice, witchcraft and sexual practice in the middle realm. This is such an internal conflict for Grenville Craig that he cannot distinguish nor define. He wanted to be all of it all together at one time. In reality, he wanted to be both SEC king of financial opportunity in the international game of transacted currency, and the leader of a Witch's coven to prove he was a giant of sexual gratification and missed opportunity.

<u>Grenville Craig</u> desperately wanted the trophy of being the best at besting <u>Pamela Chapman</u>, and he and <u>Andrew Parsons</u> with <u>Alberto Villodo</u> commented vigorously over who had known her best, and who between them could win the trophy as having destroyed her better than the rest.

The gambler's game of besting is the conflict that pits one side against the other, and drives the narrative forward. Since no one wins until the other one is dead, no one ever leaves The Game of besting until the final execution.

<u>Andrew Parsons</u> is the whore he thought his ex-wife was, but she can never be the whore because she is never the thief. **He is always the whore and the thief simultaneously—that is** <u>**The Game**</u>. He is also the sorcerer, the black magician, and the witch of misperceived <u>Akashic Record</u> realm practice. He jumps in <u>The Game</u> too quickly before he understands both <u>The Game</u> and its consequences. He claims he can handle anything, and will always stay on top of the situation. Yet, these shamanic spouses manipulated his psyches, and created both an addiction to alcohol and an addiction to playing <u>The Game</u>. He will never see who he really was in <u>The Game</u> and will always claim, "*My ex-wife is the problem.*" **but as it was over a decade ago, he was the problem he could never overcome. 11:16AM**

You cannot actually say anything about who his <u>Thievery Ring</u> is connected to. It is possible that all literary <u>Thievery Rings</u> overlap, and that all roads eventually lead to <u>Ways and Means</u>. All the major publishing houses have large financial endowments built by the aristocratic families of yesterday. The literary agents were the ivy league 'readers' of the Social 400. <u>Tim Hollister</u> published a nonfiction book through a literary agent at the <u>David Black Agency</u>. He was never exposed to the thievery of the fiction publishing business. His agent actually helped him finish his draft copy prior to obtaining a publisher, a member of the Big 5. <u>Kimberly Witherspoon</u> rarely publishes with a Big 5, but has contracted with <u>Pamela Dorman</u> and <u>Viking Penguin</u> in the past. The pre-existing relationships of literary agents with a Big 5 publisher are the reason authors get published, while other do not. 10:53 6-4-22.

<u>Jonathan Karp</u>, CEO Simon & Schuster, aka <u>Rusty Powell Jr.</u>, <u>Robert McNamara</u>, and <u>David Dinkins</u>, admitted to always being able to scan <u>Pamela Chapman's</u> body and cause pain, pulsing and sensation anywhere he intends. Her right knee is in such pain today since waking up, she can't put pressure on it when she stands up. Prior to that, she had a strain in the back of her knee. This morning the strain of the stretch moved to pain on the left inner side. Pain and ailment does not usually move that way. <u>Jonathon Karp</u> demonstrated through sorcery and black magic that he knows exactly where he applies pressure, pulsing and pain anywhere he likes in her body. 12:55PM 6-4-22 This reminds her of what <u>Bethany DiNapoli</u> and <u>Monique Burgess</u> did to her last summer.

2:04PM

**Alberto Villodo did not want Pamela Chapman to have any peace, and to be completely open to him. That is a nuanced misunderstanding. He wanted raw power without relationship, without co-dependency. That is his prisoner's dilemma.** He picked the wrong woman for what he truly desired. But, so did Andrew Parsons, and **Grenville Craig, who actually both wanted simultaneously the raw power but through a relationship of co-dependency without being the provider of anything.**

These men were too stupid to know that none of them could get what they wanted from Pamela Chapman. It was impossible even at the level of quantum physics, which was playing a higher game of energy. Yet, the three men kept Pamela Chapman ignorant of the ways in which the Akashic Record realm actually worked, ignorant of the way its people play The Game, and without any sorcery technology to level the playing field.


**At 12:20 PM on June 5, 2022,** Stanley and Jean Dixon removed several people from the caves in the lower realm because they thought that they would lose their ability to eventually leave the caves. In the caves, one's higher self can remove you completely from the energy realm. This might be what happens to some before they die for any short period of time.

Stanley and Jean Dixon wanted Pamela Chapman to know they can always tell her things out loud, but for the time being they will have limited access.

Stanley and Jean Dixon are really two other guides but that is never the problem moving forward because if Tameen's Guide—Merkle/Kathume is the one Melchizedek decided would be the one to return Pamela Chapman to normal functioning energetically, then we will honor that. If he does not, then Helen of Troy – Samuel/Fred can, but she won't now. Because she is doing something else for Pamela Chapman. Correct. So, if Tameen's s guide does not do that. What will happen? He'll do it.

This morning and last night we had long conversations with Alberto Villodo and his guide.

This Star Gate is scheduled to close tomorrow, June 6, 202 after opening on April 4, 2020.

If the Star Gate closes and you are on the Akashi Record realm side can you return?

*"Yes."*

There are still too many guides trying to read and harass you and make you think they are real people in both realms, but mostly the Akashic Record realm, but they are all guides and this is what we have been dealing with for the last several months. All the people's misbehavior turned to the guides and they in turn misbehave just like their person did, just like all the others.

This morning Alberto Villodo confessed:

- He never thought anything of you, but enjoyed talking with you and your group immensely in Jan 2021.
- He really respected your children, but he in turn betrayed them also.
- He said he really enjoyed your company, but betrayed you also.
- He dislikes men who mistreat women, but he in turn sought the loyalty of Andrew Parsons and he in turn was also loyal to Andrew Parsons. He thought nothing of betraying you for that.
- He was seduced into the thievery of the book deal because it supports his claim, *"I am the most powerful of all."*

If Andrew Parsons had been able to talk into the realm—and he could not— we would have expected, he and Alberto Villodo to trade off and then blend into one voice. He is behind a blockage, and he will not be able to talk into the Akashic Record realm for several days. But he will always be connected to Caroline Crosson Gilpin.  They will either chose to be quiet with each other. And they will, because Caroline Crosson Gilpin cannot be removed from the Kamala Harris assignment of being Andrew Parsons' handler. Andrew Parsons is perceived to be a Kundalini initiator, but he is not a master, and will never have his own Thievery Ring beyond this group in sorcery and thievery practice. She had no idea he could be having a sexual relationship with a new woman. We do not know if it is sexual or not. You cannot assume anything.

No one can have a conversation any longer because once we start, the guides get annoyed and start over riding all the conversations.

We finally understood a really bad gossip chain this morning. It came from an understanding that Allison and Bill Gural had a deep misunderstanding. Allison was connected to David Johndrow who was connected to a long chain of bad sexual gossip. Her reason for being in the Upper realm was to arrive at Kundalini Crossing to be with Harry Gural, because she liked Harry Gural better than Bill Gural. For whatever reason, Bill Gural has had 3 women in his life secondary to Harry Gural but Harry Gural only dated one, and did not sleep with any of them. We did identify for Bill Gural his very own reciprocity or relationship that has nothing to do with his brother at all. Bill Gural and she have been married twice before and have been parent-child 3 times before. They all know who they are now. We broke the preexisting pattern of women and the Gural brothers.

We also learned that Donald Jagoe was an errand boy for Jean Gorham. He didn't miss a trick to aid, abet and collude with Jean Gorham and Jerry Slocum in both the Upper realm and the middle realm. All these people used Pamela Chapman as a focal point for their own agendas that had nothing to do with her. They worked tirelessly to take her down and embedded her in their own agendas that she not only had nothing to do with, and was completely ignorant of. She was never aware of the backstabbing focused on her, but on but was really beside the point. This is part of the **Hate Crime,** and David Johndrow, Laurianne Florio, Kristin McMannis, Kylie McCullough, Kaitlyn Johndrow, Diana Beardsley and a few others were a part off.

444

All the bad gossip came back to the Thievery Ring Workgroup. None of it could be verified in the ex-husband, so the world globally in the Akashic record realm bought it hook, line, and sinker. It is all slander, harassment, manslaughter, and financial ruin.

Of the noise happening now, we thought it belonged to the Star Gate, and that when the Star Gate closes, Jerry has to go away, and so does the noise. The noise actually all belongs to Alberto Villodo and he pipes it all into Pamela Chapman. Jerry leaves because the Guiding Realm will eventually be closed, and so will the Akashic Record realm. That is correct. Jean Gorham said, *'We never thought we' ever close the realm."* He was told, *'We could keep it open for several years."* That is not the point. Alberto Villodo took over the upper realm. So when you were the only person who could hear noise, no one had any problem with the status quo. Pamela Chapman had to keep asking, *"Can't you hear that?"*

Finally, the guides working with Pamela Chapman were attuned for inner hearing, and they could hear it. They had to open the entire Upper realm to it, which is easy enough to do. We won't let anyone pull the whole conversation through you any longer Pamela Chapman—yet they did just that. That chatter gets heard by the realm, but the realm can talk anyway and it's hard to talk in the Upper realm when that happens.

On June 9, 2022 8:57PM, we realized that the guiding voices of the last several days was all Alberto Villodo and all the noise belongs to Alberto Villodo. He acts just like Jerry did, and reads everything of Pamela Chapman. There is almost no difference in what Alberto Villodo does and what Jerry Slocum does. The difference is that Alberto Villodo is a man who used sorcery to do it, and Jerry is dead.

Alberto Villodo is never the man he claims to be, never ever. He is always saying one thing and doing another. He is completely unreliable and he prides himself on that.

Alberto Villodo is never ever going to admit to what he did, but like Harvey Weinstein who said, **"I can't prove I didn't do that, so I will take the guilty sentence,"** or something like that. The **#metoo** movement started in the Akashic Record realm in Greater Los Angeles. They had 1,900 pages of notes that the New York Times reporter prepared. They used them in a court of law. That is a legal precedent. They used them to get the person to admit to what they had done. It took them 12-14 months of conversation and integration in the Akashic Record realm to gather all the facts and dialog, but everyone legally sued was found guilty thanks to the notes. No one told Pamela Chapman to take notes. Yet, the dialog is all here. We will use it absolutely.

We also learned this morning about the conversation that started at Q'ero Nation, and then went to Kamala's Table, who in all fairness started it. Khaled Hosseini's two books were published by Riverhead. The books were never optioned for film. Nothing ever happened. *A Thousand Splendid Sons* is a book about his mother's journey. *The Kite Runner* is his own personal story. No one bothered him about that conpareed to what Pamela Chapman had to endure with *Barefoot in Heels.* The author highly desires those two books to be translated into film productions, but Riverhead holds the rights and permissions which he sold when he sold his books. We learned that when Nancy Graham was at Riverhead and Jonathon Karp was under her, they rarely moved the books from paper to film. Khaled Hosseini's wants those stories on film. At one time, last year, possibly in

Patricia Chapman
pmachapman@cox.net
404-00-200540

April or May, 2021, <u>Natalie Portman</u>, producer and actress, said she might be interested in producing and starring in, *A Thousand Splendid Suns*. So, these two movies, and approximately four to five others, all sitting at <u>Riverhead</u>, need to become films, and the literary world— once again—is holding up verbal story telling on film.

So, the literary agent has tremendous power, and when an author sells a manuscript to the publishing world, they lose all contracts in the future over the fate of these narratives for film from paper.

Just like <u>Pamela Chapman</u> said in the beginning, we authors need better representation and our own ability to hold the copyright to our own works and maintain the right to sell the work to the film industry. Literary agency is a huge media funnel. It is abusing authors, and stealing too many good stories simply for the thrill of the steal, and for <u>Ways and Means</u> to vet its new recruits and augment its burgeoning <u>Thievery Rings</u>.

<u>Roger Kass</u> wants to say he agrees with this because we will never understand how the <u>van Beuren</u> family had to be at the center of this story—It was <u>Happy van Beuren</u>.  <u>Roger Kass</u>, are you <u>Happy van Beuren</u>'s errand boy to move a manuscript set in Newport simply because you are family—but an outsider married in? Like the mafia, must you prove your worth to the family by doing their dirty work? In the mafia, we only let you in when you have killed someone. Then, we own you. You can never leave, and blackmail becomes our currency.

<u>Roger Kass</u> committed fraud in the name of <u>Happy van Beuren</u>, but truth be told, <u>Happy van Beuren</u> offered him $3 million to get the job done. 12:53PM She said she would have paid up to $20 million more. It's in the notes previously written. We need more good film. The stories come from literary works. If we don't publish, the film industry will perish.  No one wants authors to stop writing, but if authors have little chance of being represented, and author works are stolen, then why would anyone ever write? You need to be an insider, but even insiders are not protected. <u>Seb Junger</u> and <u>George H Colt</u> (*The Big House*) also had their own experiences of missing manuscripts.

<u>Roger Kass,</u> what does stealing *Barefoot in Heels* do for you (aside from $3 million from Happy)?

<u>Eaglebrook</u>, the son, claims, *"He was always here, when the rest of the family was hiding out in the middle realm caves. He never ever hide. He was always a part of the conversation."* He wanted to stay, and he was simultaneously protecting <u>Becca Bertrand</u>. He was also a bridge with her between Kamala's Table, <u>the Workgroup</u>, and with, <u>Esmond Harmsworth IV</u>, <u>Kundalini Crossing</u> and <u>Harry Gural</u>,. <u>Andrea van Beuren</u>, his wife, stayed in the caves with her mother, <u>Happy van Beuren</u>, until such time that she came out and spoke for her mother. We think she is still in the caves today.

<u>Terri Conners</u> claims, *"I have no idea where <u>Andrea van Beuren</u> is today, and I work with her every day. I have heard nothing from her here."* She also claims, *"<u>Roger Kass</u> he can be a real jerk but he stayed to be part of the conversation. He deserves a medal for that because if <u>Anne Hamilton</u> is in the caves— and is not coming out— then the family has made the decision to go into exile instead of playing in the community."*

Pamela Chapman
pmochapman@wxit.net
[tel-no2-63-to]

Barbara van Beuren is here, but her husband is not. If Andrea van Beuren is not in the caves, then they claim, *"We never talk again in this realm."* They learned their lesson at Kamala's Table. No one will ever bother Pamela Chapman ever again because they claim, *"We had no idea of the ramifications of Happy van Beuren's actions and it is too big for us to bear"*—Archie van Beuren said that. The members of the van Beuren family all learned important lessons, and Happy van Beuren chose to hide, but Roger Kass did not.

Pamela Chapman said, *"Roger Kass, I respect you for that, and I hope your children will too."*

We are Cardinal Nation after all. I feel connected to Wesleyan University in a new way, and if Lin Miranda actually does something with this dialog, we will absolutely love you for that, but Happy van Beuren will no longer play in the energy realm after this experience. She is 88 years old.

Dodo Hamilton, her dead sister, told her in the beginning –last May 2021, from the other side, *"You don't know what you are doing. and that you should stand back,"* but she chose not to. Dorie Hamilton Benson, the granddaughter, was at Kamala's Table, and Suzie Nance's Redwood Library Book Committee Akashic Record room. She is currently in the Akashic Record realm.

The grand children of Happy van Beuren are mostly here except for two of them. Matt Hamilton, Anne Hamilton's husband, and Dorie Benson's father is not her either. Someone in the family would say, *"We think the responsibility of the family will be met legally, and the fact they chose to retreat is neither innocence nor guilt."*

Barbara van Beuren: We agree, but they will have to learn how to be responsible adults here in a way that we were not before because we had no idea how fast trouble starts. Like a wildfire it takes everyone out simultaneously.

We think that is well said.

Stanley says, *"We think that was an important lesson for all of us to learn. You had the lead role in that also. Everyone will meet their legal obligations. We don't think anyone will suffer financially from any settlement."*

Pamela Chapman has repeatedly told you all very large remuneration values, and no one winced nor cared. No one thought they were real, so when you get your settlement bill, don't be surprised. You can ask for anything you like because this is an unusual case never to be repeated in our lifetime, and since she was held to a global spot light, 24/7 for 1.5 years that is an impeccably long period of time in this energy realm. There is no retreat, except for sleep. Any works we do from this experience, or from her book, we only want done at the highest level of production, so no one needs to worry about that. Monique Burgess was wrong about her name in a Broadway show. Not to worry, we will change all your names. Ok, Monique Burgess?

Stanley now says, *"We will allow you, and Harry Gural to talk amongst yourselves."* 1:11PM

Pamela's internal
pamelapman@comcast
401xxx2xxx

If no one speaks to anyone in the Akashic Record realm for several days, it is because they cannot find the person they want to speak to, and no one will know how to do that for at least a few months or longer. It breaks open when you speak to one another one day and all of a sudden you move to the left or right and someone is right there. You got there because you had the person on your mind, and suddenly you drew them to you. Tameen Saied and Pamela Chapman understand that. We've done that. No one in the Upper realm has to worry about that. You will never draw or be drawn again. 1:15PM

**On June 6, 2022,** Grenville Craig can't stop slandering Pamela Chapman over every bloody topic in her life including stocks, wedding dress price tags. He can't stop trying to best Andrew Parsons over who knew his wife better than Grenville Craig.

Grenville Craig claims to be an expert on every topic in Pamela Chapman's life. Yet, there is so much slander, harassment, and misinformation. He always has the wrong perspective. He has missing details that if known could have put the conversation in a proper context, otherwise it is wrong, and misunderstood. This has been going on for ten years. In the Akashi Record space, he has been a man utterly eager to spill any and all information, true or false, diplomatic or not, on Pamela Chapman.

Sandra Craig is the same way, but she learned to be quiet in this space. She has a copycat syndrome complex and over ten years, unbeknownst to Pamela Chapman she wrote down everything she said, did or thought. Grenville Craig also has his own documentation and is overly eager to share in any energy realm. Grenville Craig did this with Brooke and Steven Richter on Dec 21, 2022 through the next seven days. He also did this with Andrew Parsons and the Thievery Ring Workgroup. Now everyone worldwide appears to perceive themselves to know every detail of Pamela Chapman's life, especially the Thievery Ring and their associated people, and all the shamanic spouses of Andrew Parsons.

Earlier today, Grenville Craig admitted he never expected to get caught, which is why he did it. He never ever thinks he will be caught at anything. Mary Teixeira, his family office manager, said they have $3 billion in US banks that they consider to be "chump change". It is her expense account that she never uses. She said you can sue them for that amount, $3 billion. We decided on $25 billion because Alex Craig, Lizzy Craig, and Caroline Craig are all involved, and they do not value money. They have too much of it. Claire Craig, we don't have any information on we also have nothing on the adopted French son. Lizzy Craig is married to an Italian man she knew in high school. He is from greater Rome, Italy. Caroline lives in Williamsburg, Brooklyn in the same building as Alex Craig. Alex Craig has been living in London where he went to college. Claire is supposedly in greater New York City, and so is Sandra Craig's brother with the surname Cuccia. He is an attorney. She has an apartment in the same building as her mother. The brother might also live in the same building.

Pamela i hapman
pamelachapmanresonled
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 PE

Jonathon Karp will see Pamela Chapman in court over a breach of contract. Philip Schiff, esq. is often the counsel for Simon and Schuster. She does not care if he defends Simon and Schuster. We sue Simon and Schuster and Jonathon Karp, CEO and Nancy Graham, SVP over the contracted book deal for $350 million from between $240 million and $320 million plus 38.5%, which is worth something more than the base amount. We will sue Jonathon Karp for $75 million and Nancy Graham for $45 million for financial manslaughter, gross misconduct, slander, harassment collusion and anything else. Jonathon Karp will be sued for sorcery. Jonathon Karp will be personally reimbursed for his settlemenet through Ways & Means (a waiver credit), as a payment for previous services rendered to the federal government. The contract amount will come as a waiver, not based on US income tax, but on stock price, that if it fluctuated, will be immediately corrected. So, nothing is coming from Simon & Schuster's balance sheet, or Jonathon Karp personally. The money for Jonathon Karp will be deposited somewhere offshore such as the Bermuda National Bank that he can then get access to. Pamela Chapman can be paid from Jonathon Karp personally in 3 installments paid over 2 months' time.

We sue Sandra Cuccia Craig and Grenville Craig, Elizabeth "Lizzie" Craig, Alexander Craig and Caroline Craig *with* Rusty Dorman, Earl "Rusty" Powell III, and Jonathon Karp and Justin Ramel as material witnesses. We look for $25 billion from the Craig's. Grenville Craig is 81 years of age in July 2022. He has somewhere between 3 -3.5 years left to live. Sandra Craig is slated for 2 years after that. He has at least $100 billion he collects in Hong Kong every February and converts to USD currency. Then, he re-distributes it in multiple currency markets.

If he is in a legal lawsuit court battle, his money will stop moving automatically because the SEC will but a hold on all his transfers of assets that move between multiple countries including Monaco, where he holds a passport, as well as a passport for Italy, and the EU. They have had long term real estate apartments in Paris, Rome, Monaco, NYC and Miami, and Alex Craig lives in London. They maintain a home on Indian Avenue, Middletown, RI. All the real estate is usually held in a trust with Sandra's name and the name of the trust which is Latin and is something like the old and the new. Barbara Hofstetter claims that is exactly the same my husband used for something he held as an asset, and since Pamela Chapman claimed they are both major copycats, *"He stole that from my dead husband who was Grenville Craig's first boss in Princeton, NJ."* **You can list me as a material witness if you need to.**

We sue Alberto Villodo and Marcella Lobo collectively *with* the material witnesses of Jonathon Karp, Rusty Powell III, Justine Ruddock, Justin Ramel for $500 million

We sue Jonathon Karp, CEO and Nancy Graham, SVP, and then each individually for an average of $240-$320 million plus 38.5%--however we place a valuation on that. We say $350 million.

We sue Jean Gorham for $1.5 billion and $750 million from Nola Ganem because their money comes from the same origin. They have as material witnesses, Don Jagoe, Nola Ganem, Alberto Villodo, Bethany DiNapoli.

Pamela Chapman
pmschapman@comcast.net
407-460-9456

We sue Aevitas Creative Management for $50 million, and Esmond Harmsworth for another $50 million because his paternal lineage are Viscounts and the owned the Daily Mail of London. He has a JD degree from Harvard University.

Most of the other people, except for several, we sue for $25 million each, and we have inner knowing for several peoples of their real financial worth. We go from there, some higher and some lower.

We sue all in one lawsuit.

We look for $5 million apiece form Jana Jagoe and her husband Donald Jagoe.

Pamela Chapman has no interest in suing David O'Leary but will sue his wife, Lindsey Grant for getting them involved in Kamala's Table. Pamela Chapman wants at least 30,000 shares of preferred MCI stock because he worked there –and he has more than Pamela Chapman does in that particular stock. She needs it for her grandchildren, and he has it. She will require something else too, maybe a new kitchen – in the house of her choice either Washington, DC or in greater Newport, RI, wherever she lives and wants one, maybe $250,000 because it was Lyndsey Grant's new kitchen in a magazine that got Pat Fernandez to cultivate and recruit Lyn Grant. David was not happy over that once, once he realized what she had done.

It cost David O'Leary about $10,000 in donation to join Kamala's Table because she wanted to play in the big leagues with Pat Fernandez and Kamala Harris. The settlement will be approximately $800,000. If a new kitchen is less than that she will use the remainder to build an indoor/outdoor lap swimming pool. She is not just in it for the money. Just remember to tell David O'Leary the cost of graduate school would have been less expensive, but that was never their future anyway.

We look for reciprocity of misunderstanding because this went on for far too long. They exposed every inch of Pamela Chapman's life and opinion in front of the entire world in real time 24/7 since February 4, 2021, and with the Craig's and Donald Jagoe since at least mid-July of 2011, over ten years before. Not one inch of her life has been spared. She has had a total loss of privacy, and the loss of ability to meditate, and physical harm to her body from all the stress, noise, and other toxicities specifically levied at her. The pain and suffering it has caused is far too great. She repeatedly said in this space, "I will kill myself to be relieved of this terrible fate of harassment, abuse, manslaughter, gross misconduct and sorcery and all the rest."

Phil Schiff Wes U '83 said it should take about 7 months in court for Simon and Schuster to pay out. It probably won't be settled before trial date because Simon and Schuster does not play that way, but we are confident we have all the proof we need.

The Simon and Schuster way does not preclude another publisher from printing and distributing the book, _Barefoot in Heels_, nor does it exclude them from paying for the book at the proper level of remuneration for the value of its exposure, likeability, readability, and for the history it has made and for the understanding that it will be a classic for many years to come based on what happened here

Pamela Chapman
pamelachapman.com.net
101-662-0546

in the energy realm. It is also a classic tale of the human condition. The entire world will want to read the book. It is the very reason for how and why we were all pulled into this space together listening to Pamela Chapman be pulled apart limb-by-limb over this book. First we brought a number of Thievery Rings together. Then, we destroyed her book. When the fraud over the book was complete, sorcery rings and witchcraft took over. She was pummeled to death, day-after-day. So many thieves and sorcerers worked diligently around the clock and calendar to make sure neither her book, nor she ever saw the light of day.

On this day, we had an idea for a Charitable Trust that Pamela Chapman has written up elsewhere and will fill in later. It is with Lin Miranda and Pamela Chapman.  The source of the endowment is 20% of the net from ticket sales for a production of Lin Miranda's using these dialog notes. Included on that board are Lin's wife, Emily Parsons, Gretchen Carlson, Ashly Judd, Natalie Portman, and Ed Heffernan. The mission statement involves storytelling in media, film production, theater performance and literary publication. It is on separate paper. 8:05PM

**On June 7, 2022 8:47PM,** Lorraine Florio Olsen just said that if Laurianne Florio has to pay Pamela Chapman $7.5 million for what she has done in here, then I would say that friendship is well over and done with. And, if Lori Lantiere Johndrow and her family have to pay $25 million for what they did here to Pamela Chapman, then who the hell wants to ever talk to that woman ever again?

We said, *"Well, who the hell are you talking to Lorraine Florio Olsen?"*

She said, *"My dead husband John Florio."*

And, we said,  *"I really don't think so, because we cut him off unmistakably a long time again."*

She said, *"No, I talk to him every night when I go to sleep, but then again I don't really sleep, I just lie awake and listen. Now, that Bethany DiNapoli has finally quieted down, there are some decent conversations I can actually overhear, and they are clearly interesting lines being said from the Upper realms."*

We said, *"Oh yeah, like what?"*

And, she said, *"Pamela Chapman and Harry Gural are so damn cute together, but not really. I think if she were a lot younger, and he were still single, then they should have married all long time ago."*

Stanley asked, *"When did you first get that impression?"*

She said, *"Sometime last fall."*

And, we said, *"Then, why did you still play?"*

Pamela Chapman
pmchapman@comcast.net
401-662-0436

*"Because* <u>John Florio</u> *(dead) kept telling me to play."*

*"No. She still played because she loves* <u>The Game</u> *of besting."*

Just like <u>Laurianne Florio</u> said a while ago this evening, *"She can't imagine how* <u>Pamela Chapman</u> *can't overlook what she said."*

And we said, *"Oh yeah, she told you multiple times to stop. That this was no game, and if she didn't stop, she would never ever talk or write to her again,"*

Then months later, she said, *"Well, that's ok.* <u>Pamela Chapman</u> *will forgive me anyway, because we are friends."*

*"No.* <u>Pamela Chapman</u> *told you what the boundaries were here, and what her rules were, and you played anyway. You dismissed exactly what she told you. Now, you think you may actually have to take responsibility for what you did. You can't even begin to imagine what that looks like. You and* <u>Lori Lantiere Johndrow</u> *have been friends all your adult life have you not?"*

*"Pretty much."*

And have either of you been friends with <u>Pamela Chapman</u> as adults?

*"No, they have not."*

You are all good friends in middle school, but you both stayed together, and with your husbands sailed together on Long Island Sound, but did you ever stop in Newport to see <u>Pamela Chapman</u>?

*"No, they did not."*

Did <u>Pamela Chapman</u> see <u>Laurianne Florio</u> as an adult?

A few times, but then she stopped. <u>Pamela</u> had issues with spending time with <u>Laurianne Florio</u> with either or both her young children and her husband around. She couldn't just dump her children and run to spend time with a woman with no children. <u>Pamela Chapman</u> had two small children in tow always. With her husband around, it was difficult, but that was a different story.
<u>Laurianne Florio</u> didn't understand. They had a completely different lifestyle. One time she, <u>Andrew Parsons</u> and <u>Laurianne Florio</u> and <u>Jeff LaMothe</u> went to dinner in Asian restaurant in West Hartford Center. <u>Jeff LaMothe</u> described challenges he was having with <u>Laurianne Florio</u>. She was very withdrawn from all social life and other conversation. All she did was play games online in her spare time. That is about when we all departed as friends in person.

They also took <u>Laurianne Florio</u> and <u>Jeff LaMothe</u> to a Red Socks game, but that was different. So once again, as adults we didn't socialize well together, but you did not need to come to this space and best <u>Pamela Chapman</u> just because she was divorced and you were not. We understand the envy and jealousy of your mother and her competitiveness with my dead mother. <u>Lorraine Olsen Florio,</u>

Pamela Chapman
pmchapman@aol.net
01/06/2013

you don't get to best Catherine Chapman 13 years after she died. You don't get to best Pamela Chapman just to prove you and your dead friends had a weekend or church-based social obligation with each other that did not include Stanley and Catherine Chapman. You all need to put aside these petty little jealousies and figure out how you will answer your legal obligations.

Pamela Chapman advised you to see Tom Mullins, esq. in Farmington. Then all together, you can all read him in. Pamela Chapman has no problem working with him. In the end if he comes to Newport to negotiate, we will have coffee in the end on a wharf somewhere because a wharf is a better vantage point that my father's front porch. You should earn some money from these people Ok, Mullins? Whatever your first name is. 9:02PM

They are incredulous that you not only survived the inquisition, Pamela Chapman, but you came out on top in the legal battle. But, then again, you did all your own homework so far. Any lawyer loves that. You don't make it difficult to defend you, and with the monetary value of these settlements, it makes the legal battle a financial discovery challenge, so we all make up our billings in financial discovery. With over 100 people to legally review and discover, we make a killing. This is never a problem. Those financial discovery challenges are there anyway. The dialog just pieces the puzzle together upfront for everyone. Then, we set the attorneys free to do their own professional thing.

Lorraine Olsen Florio has two issues. If one daughter had more money than the other, then both don't pay equally. And, if I pay for them – She can't. Then, why can't they pay equally?

They pay a percentage as a penalty to teach then the lesson to stop doing this. If you prefer to go back a few hundred years, they would be executed for their participation. Which do you prefer?

*"Payment in monetary currency."*

Since they were my friends a few decades ago, it's no problem they won't speak to me ever again. I will just have you speak to Tommy Mullins. And, if he is not married, I will just wave my hand and tell him he can have her or her or her, and then let him tell me which one he picked. If he is 58 /59 years old today, a good guy—and decent looking—we get you dates like crazy in Newport, Rhode Island especially for an attorney. Can my realtor show you some property Tommy Mullens?

The two of you—Harry and Pamela— are so cute, but we don't want you together. If you are together, it means we failed. The Game is over.

If you agreed to play, you took the gamble that you would fail. If you were a politician in electoral campaigns, then you always have to concede that there will come a time when you may not win the election, and you will have to face the fact that you wanted to play—and you played your best hand, and lost anyway. These are the rules of the game. If you agree to play, you agree you could lose, but maybe you have a gambler's mentality that says I never ever lose. I just stay and stay until I either win or destroy myself just the same.

BTW, I take American Express and a number of other currencies. If they are too foreign, we meet at the Hong Kong Hilton and we float until we understand what you owe me, ok Lorraine Florio Olsen? Do you understand now?

Do you take Starbucks gift cards?

*"No, just ask Jagoe. We only have one currency in that department, and what the hell is it Jagoe?"*

*"Black American Express gift cards is all she takes in that department."* He knows first-hand they are the only gift card she knows, so don't get too sassy or else she will best you into that department as well.

Even I have to think how I pay $10 million together for Jana Jagoe and Donald Jagoe. What do you think Donald Jagoe, a Twin Soul with no sight?

*"I think I got whipped, and should have balanced my karma a long time ago, but I had to let Jana Jagoe spend down all her money."*

You could have both left the marriage with more than we all thought, and like I told you many times, if she were forced to spend only her own money, she would have spent less. But, she spent it down because she was always going to spend you down. And, now between the Craig's and Jean Gorham well, let's see how it all goes. What do you think Donald Jagoe? Pamela Chapman told him, and told him, and told him, so many times, and he did not listen. He heard, but chose to do nothing. So, now if he didn't want to hire a lawyer for a divorce from Jana Jagoe to spilt his assets up, he will do it for Pamela Chapman instead, and the two of you—Jana and Don— get to stay together right to the end.

*"That will balance his karma but good,"* someone just said. Then when his house is emptied out, the two of them can look at each other, and for the first time figure out if they really like each other –forget love—and decide why they played that way in the first place so long ago. After all, look at where it got them in the end?

He only claimed to want her, while she sought another. But, without a divorce and warehouse for whatever she bought, the marriage was one big roll-a coaster. He only wanted her to come home to him. Now being forced to lower their endowment portfolio, they will eliminate the social climbing and the monetary transaction of relationship to finally—once in their married life—figure out, what are their values together? And, do they have a real relationship or not?

He desperately wanted her to leave Paris altogether and come home to him to claim, *"I only loved him best of all."* If we take away all the material possessions and transactions, do they find each other all over again?

*"We don't think so."*

Do they learn to love each other all over again?

Pamela's Pajama
pam.chapman@comcast.net
703-662-11-Dr

*"We don't think so."*

Can they be true companions together? Can they find something in their souls before they go back home to heaven?

*"We don't think so."*

Ok, then, <u>Pamela Chapman</u> did her best to allow them to finally meet up on an even playing field. <u>Beatriz</u> told him what she thought his future would be fated to gove Pamela his house, but he couldn't figure out how that would work out. He is now reliving this conversation all over again and the lawsuits are showing him the way to the outcomes <u>Beatriz</u> predicted. 9:22PM

<u>Stanley</u> thinks that is perfect.

<u>Lorraine Olson Florio</u> wanted her daughters to try one more time to best <u>Pamela Chapman</u> at the end to say, *"If we knew this then, we know this now."*

But, then <u>Laurianne Florio</u> said, *"I never ever win against Pamela Chapman."*

And, <u>Diana Beardsley</u> said, *"Well, no one in Newport wanted to work with me in a <u>Thievery Ring</u>. Last October, they kicked me out including <u>David Johndrow</u> and <u>Kaitlyn Johndrow</u>. Yet, I really wanted to play, but <u>Pamela Chapman</u> said I lacked sophistication."*

<u>Lorraine Olson Florio</u> said, *"Well, <u>Pamela Chapman</u> had no sophistication at one time, and if she does now, I'll be a monkey's uncle"*

And, <u>Rusty Anderson</u> said, *"I think you just said the magic word, because if I saw <u>Pamela Chapman</u> today she would not pay any attention to me. She would have no idea who I am and would bypass my completely. I know this unmistakably. That does not mean I didn't like her. We just live opposite lifestyles. I am a die-hard democrat, and she is a republican woman, but that isn't even the half of it."*

<u>Lorraine Florio Olson</u>, 89, you have no idea who she is, and you can't see to it to understand that you and your daughters live a different existence that she, but then again, you can never see past your own agendas anyway, and if <u>Carl Krein</u> and his wife, <u>Dottie Krein,</u> can see what you are from here, then so can everyone else. They were part of your circle of friends at one time, and so were all the others on the other side of the line (dead).

<u>Lorraine Olson Florio</u> has no real understanding of this game and she can't stop thinking that she lost when she still thinks she won. She will not see <u>John Florio</u> or those friends on the other side because they all lost something when they too played the besting game. Since she faked her own death— not once but twice—no one knew the second time. She wanted to see if she could reconnect to <u>John Florio</u> on the other side, and it did not work. So, if she really wanted to talk to

Pamela Chapman
pmchapman@cox.net
Dispa 29418

John Florio, she should have put aside all her petty grievances and jealousies, and acted like a former wife. Now, she lost that chance to make amends on the other side.

Laurianne Florio has no real understanding of The Game either. You said she was a gambler of jai alai and online poker years ago. She has not changed one bit. If she has a gambler's mentality, she is always playing a 'besting' game. She can never leave the table when she loses the upper hand. This cost her everything. Pamela Chapman told her several times to stop and to leave, but she did not. Your father, Stanley, thinks Tommy Mullins may not want the legal business. But, if you need someone small time and local, he fits the bill.

If you want someone with more sophisticated—and sharp as a tack—you call Tim Hollister in Hartford. He said, *"I won't go to court over this matter, but I could go, if I wanted to."* Pamela Chapman would not be bothered by that.

If you just want to negotiate a settlement, he is perfect for you. He said he could work with Johndrow if he wanted to, but it might cost him, and his office would have to go through those financial papers. Pamela Chapman has no issue whatsoever with her attorney sitting across from Tim Hollister. So, if you wanted friendly professional negotiation, then you call Tim Hollister. He can't guarantee he'd take a case, but a negotiation is a small-time commitment, and you will have to give him a deposit, but that is standard practice.

If you want your name left off those legal court proceedings, you must begin negotiations this summer. Don't wait until the fall, or else your opportunity might be over. He has access to offices in Providence, but we meet at Washington Square if it is Bardorf & Bardorf, and elsewhere, if it is another. Pamela Chapman won't hire Tim Hollister for anything related to this, but she knows who to call for land use issues in another matter. Stanley thinks Tommy Mullins might be too small time and for a case this size. If a former corporate lawyer will negotiate for you, you are very lucky to get this level of expertise, like no other. 9:45PM

There are three guides who late last night all said, *"Thank goodness my person is not implicated in the legal proceedings of this woman, because if these are like the witch trials of Continental Europe, Sweden, or Salem, MA, then we are all in for a huge legal mess of trouble."*

I can't understand how these next people were removed from the story: Laura Fraser; Anna Mansfield III who is Maureen Varley. She is never ever going to see the light of day in this story ever again; and Deborah Chapman II who is Laurianne Florio who combined with her sister, Diana Beardsley and her mother, Lorraine Florio Olson, 89, will be one of the worst family of women in this story.

Laurianne Florio arrived with such harsh, toxic, low vibrational energy that Pamela Chapman could detect by per energy alone when her aura was nearby that she was too toxic for her to even deal with or speak to. She immediately always said, *"I don't know who you are, but you must leave right away. I refuse to speak with you."* Even without Laurianne Florio ever communicating one word in the energy realm, Pamela Chapman knew right away before Laurianne Florio ever said who she was, that this person

Pamela Chapman
pmelachapman@comcast.net
401-662-5676

was never someone Pamela Chapman ever wanted to be engaged with. Laurianne Florio always responded with, *"How the hell did you know who I was?"*

With her mother and sister, Laurianne Florio and her female family members tried desperately to best Pamela Chapman. They never succeeded. Laurianne Florio wanted desperately to be in the Thievery Ring Workgroup, and her sister Diana Beardsley wanted to be in the second-generation Thievery Ring forming in October 2021. Her mother, age 89, just tried to best Pamela Chapman in conversation in front of a global audience. She said at one point, *"I wanted my daughters to be known worldwide as having bested you."* This was the sentiment of the dead father who died in 1984, at age 49.

Laurianne Florio wanted desperately to be in the Thievery Ring Workgroup and they did not take her. Beatriz did give her last August 2021 a black box for her ears and put her on a Metatron platform.

Diana Beardsley has been associating with Kaitlyn Johndrow, David Johndrow, Kylie McCullough and Kristin McMannis trying to get into the next Thievery Ring. They did not accept her last October 2021. Pamela Chapman knew immediately she was not as sophisticated as the others, but more importantly, all the others already knew each other socially and energetically from Tom Hockaday's house. None of the Florio women were members there.

All three of the Florio women desperately wanted to play The Game— partly to take home the trophy of, *"OMG, I've proved she had an abortion,"* because John Florio told them to play that card that way. He claimed to be the validating source of the information. He needed his daughter(s) to win the trophy in front of everyone. The mother even faked her own death just to win, and she sought revenge on Pamela Chapman's dead mother. There was a whole dialog about that. Lorraine Florio Olson in this space was still trying to play the gossip game to best Pamela Chapman's mother. *"Lorraine Florio my mother is dead, and you are not. Try picking on someone alive next time. My mother can't spar and fight back."*

Through her dead husband, John Florio, Lorraine Florio Olson was trying to be engaged socially with her old gang of people, who are all dead, and no she is not. We never think to re-engage with our friends like the old days from the human side while they are dead and the realms are open to the other side. For Lorraine Florio Olson, it was a non-stop besting game and every bloody time these women played, Pamela Chapman caught them at their own game, and called them out.

They all said, *"We will never stop until one of us has bested Pamela Chapman and received world- wide recognition for doing so."* They wanted desperately to have this perception of high-powered recognition in Newport, Rhode Island for besting Pamela Chapman even though they have nothing at all to do with Newport, Rhode Island, and never will. They are never sophisticated enough to play in this community of people. If you lined the three of them up out in the community, they do not stacked up to the people here. All three women have toxic energy as emitted form hands in the air or in some cases just pure conversation. However, Laurianne's energy is the most toxic and feels harsh and angular. Since Beatriz put her on a Metatron platform and gave her a black box in her middle ear, Beatriz immediately recognizes her as one of her own.

457

Pamela Chapman
pamelachapman@comcast.net
1914620510

Jim Gaffney does not have to play because he was at Kamala's Table, and he is listed with those names. He might have to pay a head tax for being at Kamala's Table. Trudy Coxe does not because she belonged to a special group of Kamala's Table people with Philip Bilden and Pamela Chapman were they were invited before USA President, Joseph Bilden who performed a ritual of gratitude for your service to your country, and then summarily excused you from that service. Even though you are excused, you are never released, just excused from playing. Jim Gaffney was not in that group. Jim Gaffney never said a word at Kamala's Table, but all members must bring their spouses. David O'Leary is in a similar situation. We don't sue him. We sue his wife, Lyndsey Grant who was the one who was recruited and self-selected into Kamala's Table to be colleagues with Pat Fernandez. She has more toxic energy than her husband.

Everyone at Kamala's Table knew what they were playing in, and it was hard to remove oneself from the group, but Bill Kahane eventually was able to leave with Harry Kahane, 19.

If Harry Kahane, 19, were at Kamala's Table, and now he is two years post-graduation from Andover '20, it is a young age to be introduced to a Thievery Ring. He does hold his own portfolio of REIT's through his father's business, AR Capital, co-owned with Nick Schorsch, who was also at Kamala's Table with his wife and his son.

There were several young people associated with the Thievery Ring Workgroup:  Daisy Briggs, 26, (Portsmouth Abbey School), Allegra Chapman, 28, (Lawrenceville Academy, Brown University), Antonia Chapman, 26, (Lawrenceville Academy, Brown University) and the three Ross daughters of New York City and Newport, RL: Elizabeth Ross, Virginia Tully Ross, and Harlan Ross.

These young women are never excused and neither is Tracey Anne Moore, 64, nor Tracey Jonsson, 37. Tracey Jonsson is familiar with The Game because of her mother who played in Washington D.C. She volunteered, *"I am excused from any litigation because, I am too broke to play."*

*"No, she is not. We can tag, strip, or inquire of her medical disability from the federal government or something like that. She also might have Visa issues as a reciprocity with Sweden as her father was from Sweden and her mother was from the Dominican Republic. Her mother is a major sorceress that got herself involved in a Kundalini Crossing game with Harry Gural in greater Washington DC. She was tied to another sorcery Thievery Ring and got herself out with sorcery."*

Tracey Jonsson was the person who initiated the Thievery Ring Workgroup into raping Pamela Chapman in August 2021, although Sandra Craig in February 2021 was the original person the first to rape Pamela Chapman in front of the whole world in the global mesa following February 4, 2021. At that time, it was approximately 9:30AM, Sandra Craig said, *"All my daughters needed to fondle Pamela Chapman as experience. It was part of their own sexual experience of awareness,"* or something like that. Jean Dixon claims it was probably Rusty Powell III who provided the sorcery for that.                                     (

Pamela Chapman
pamelachapmanreviews.net
101a6Qo0 Fb

There are several other people also. What happens if they don't have enough money to pay a legal settlement?

We strip them anyway. Pamela Chapman will have enough money to pay the attorney. We will screw every last one of you. In the European witch trials, all the guides of those people suffered a terrible blow for allowing their people—mostly women— to play in those stories. We are those guides still, and we all remember what happened to us on the other side.

Care to describe what happened on the other side?

*'No, we do not."*

European law allowed all those people to be brought to trial. They were tortured into a confession. Between 85 – 90 – 100 percent of those on trial were women, depending on the location. The stronger the Catholic church was in a location, the less severe the witch hunt craze was. Where the church was weakest, the witch hunt was the strongest. It was a tug and pull with and against the church – first the catholic church, and then the protestant church, almost equally. The church sought power against the witches who all performed sorcery and magic for a special outcome based on a special technology of spells and rituals.

Some people accepted sorcery openly and others thought it was make-believe. In the 1200's, all accepted sorcery and magic openly and fluidly. Laws were in place from the 1100's through the 1750's, when they stopped the witch hunts. However, Europe had laws on the books for outlawing any kind of sorcery. If you were caught, you could be tried, hung, burned, drowned, beheaded, stoned, thrown in a river basin of hot water, and tortured into a confession. They did not only do this to women, they did this to children, who also got in the game.

If Jean Dixon were to look in her viewfinder through inner sight and inner wisdom to see who these people were in those times, she might not find anything because those guides of the prosecuted and executed would have disappeared into the 11th level portal door— never to return. However, not everyone left because so many people were killed—almost 5,000 people in Continental Europe by some reports, but those are low conservative numbers. They know who was tried and who was hung— but not always. Some were hung or burned by vigilante outlaw tactics. We are not like that in the USA. We will go straight through our own strategic way with legal representation. Ok, then we say here is how you play moving forward:

- No person is exempt if you played a particularly mean and deceptive game because then the guide got a reciprocity, and they will one day screw with you anyway. That would then include Lorie Lantiere Johndrow whose whole family played at Tom Hockaday's house except for her. But she played deceptively anyway. Pamela Chapman and Roger Kass know this from Roger Kass' Sat night non-profit game. Then, we say, *'Ok, then you must also know a few others."* We won't tell you, but here is how you play:

Pamela Chapman
pamelachapman.com/art
Janran 2018

✦ You never accept they were minor players because they were not. Just because you didn't hear them, doesn't mean they didn't cause a lot of trouble. We ignore Fritzy Conway and his buddies, and a few others, but Pamela Chapman already knows this. Then we say, no one gets to keep their reciprocities, but they don't care. They keep them anyway. No, we stripped them of these reciprocities, but they keep score anyway. Oh, no, they cannot. We tell every bloody guide in the realm, *"If you played and you screwed with Pamela Chapman, then we will take by eminent domain all of those reciprocities. We will hunt you down in our own witch trials on the other side, and we will take them back right always. We can do this. We have done it before beautifully."*

✦ Then we say, we also think every person has hidden money or some form of income or description of money that if fleshed out, will bury them alive. Just look at want we finally got out of Donald Jagoe last night. Jana Jagoe had a $3 million lawsuit against the US Navy medical system for a vaccine that she claims gave her chronic fatigue syndrome. No, it did cause that, but she got the money anyway. She spent it all down 5 years' time. Donald Jagoe said she spent $2 million in the first ten years and had $1 million left for the decade of her seventies, but that is not true. She did not sue at the age of 57, she sued at the age of 47. She received the money at the age of 50. Donald Jagoe took her to Paris at the age of 51, and by the age of 52, she was making regular trips there with longer and longer stays in France. She used up all her money in about 7 years' time. Then, when she made Donald Jagoe pay, he worked three sources of income for that. Now all their money is tied up in their house in Newport, Rhode Island. Beatriz said, *"Don't you dare sell that house before she dies."* It currently has a market value of $3 - $3.5 million—as if it repays them for the windfall she previously spent down. If the house is sold before she Jana Jagoe dies, she will spend down or donate every last dime, as if she were pouring water down a drain pipe. That is how she plays her game of life: turn the spigot, and pour all the money down the drain. Donald Jagoe claims spending money makes her happy, and he cannot stop her, and he won't stand up to her. That is how he played his game. He was not here prior to February 4, 2022. Jana Jagoe came out three days later. He did not validate his Twin Soul ever, who he was with in the Upper energy realms for 10 years. As such, he never took Pamela Chapman's journey, nor did he balance his karma. Jana Jagoe is guilty of belonging to the Thievery Ring Workgroup until mid-September, and she was there from the start. She is 75 years of age. Donald Jagoe is so guilty of colluding with Jean Gorham and Tameen Saied that he cannot play in the Upper realms any longer. This retired USN Captain has been stripped of his command post in the Upper realms and is exiled in the Akashic Record realm.

If the witch trial facts and figure don't scare you, just remember that **Pamela Chapman can legally do anything to you she wants. The legal precedents with witch trials always stipulate by law the defendant on trial is hung and killed in a town square or in front of a state house. You all are guilty of sorcery and black magic. You all played the very same game. It is all documented, and she has complete command of that information.**

There is a new name in home security because if <u>Noam Zilberstein</u> is guilty, so is his mother who claimed, *"I can never be tried for anything. I am a friend of <u>Pamela Chapman's</u>"*.

Well, <u>Trudy Cox</u> says, "So is <u>Elizabeth Kahane</u> and she keeps telling <u>Pamela Chapman</u>, *"We do not socialize together, and we never will."* <u>Pamela Chapman</u> doesn't understand that protest because she and <u>Elizabeth Kahane</u> know this and <u>Pamela Chapman</u> responds by saying, *"So f'what? I know you from the board of NAM, and from <u>Kamala's Table</u>, and so f'what of course we don't socialize together you are too social with <u>Jessica Hagen</u>."*

<u>Elizabeth Kahane</u> may have been her mother is a last lifetime and <u>Harry Gural's</u> husband, but she is so ticked off at <u>Harry Gural</u> for all sorts of reasons, most of which are because of <u>Harry Kahane</u>.

<u>Harry Kahane</u>, 19/20 years by then, played too strong a game and screwed with too many people. He wanted the black magic skills of <u>Harry Gural</u> who was never supposed to have these skills in the first place. He claims on Facebook to be a graduate of <u>Hogarth's School of Witchcraft & Wizardry</u>. He is a film student at NYU Tisch—acting, directing, producing, screenwriting. He has internships in high finance. He had them because he was in this game. <u>Pamela Chapman</u> had none, not one drop. <u>Bill Kahane</u> had some. <u>Tameen Saied</u> lives in Chennai, India and claims in India, black magic is against the legal laws. People are always found out and called out. They might be one of the many countries that still have sorcery on the books. Singapore would also. We understand as previously documented Rhode Island, as the Providence Plantations, has sorcery laws on the books from 1640, and the Pilgrims arrived in 1620 with 5 laws, one of which is execution for sorcery. All sorcery in the original colonies executed a person for sorcery through hanging. Only in Europe and elsewhere overseas did they burn witches at the stake. If for some odd reason you were freed, you were fined and banished from your parish or geography of where you were living. You were outlawed.

<u>Bethany DiNapoli's</u> daughter, <u>Julianna DiNapoli</u>, 18-19 years of age, <u>Christopher</u> the husband, and one of her sons, seemed to completely understand everything from the beginning. <u>Pamela Chapman</u> consistently started saying they seem to be cheering the mother on to win some trophy of Caliphate Nation leader even though she is guilty of fraud and sorcery in this space as well as other charges including manslaughter, rape, collusion, pornography, remote viewing and a whole list of crimes and other charges. At one point the husband was with her, and so was the daughter and the son encouraging her onward. They are then guilty of the same collusion. If you have nothing else on them, you call it collusion of all the other charges because <u>Bethany DiNapoli</u> is one of the most severe sorceresses in the game in this time frame. We will conduct our own witch hunt. There are six members of her family, Mother, father, daughter <u>Julianna</u> from <u>St. George's School</u> and three sons, at least two have graduated from Moses Brown, and two have graduated from Syracuse University, and one is in high school. The youngest is not excused because they always executed the children equally with the women.

<u>Monique Burgess</u> has four members of her family, and they all played. Her son was 21-22 years of age (now 23), her daughter was 23-24 (now 25). They spend half the year off shore in the Caribbean. Her brother colludes with their business schemes. He runs a family wealth management company in East Greenwich RI. He is deeply involved in their money schemes in business. He played and

Pamela Chapman
pamelachapman@comcast
1(401)286-9516

colluded to be a part of the next generation Thievery Ring in Oct 2021. They say Bethany DiNapoli's husband, Christopher, and Monique are first cousins. His father and Monique's mother might be from a family in Rhode Island whose father played with the Italian mafia at a height of mafia involvement years ago. Those families are always very tight, and so was Monique and Bethany in this story. They do everything together. They claim to be best friends. They competed heavily with each other in the Thievery Ring Workgroup and colluded in their sorcery together against Pamela Chapman. That cements them as an inner Thievery Ring of gross misconduct all their own. It is double trouble.

Most of the people who all played against Pamela Chapman and who lined up for the next generation of Thievery Ring sorcery all met at Tom Hockaday's' house including her ex-husband and the people he brought with him on February 4, 2021. In fact they all colluded together there to shake Pamela Chapman awake in the Akashic Record space. Anyone not a part of Tom Hockaday's house didn't really play deeply, but they played their own game their way including Joe Barrett Wes U '82 and Alana Winters Wes U '82 who tried to teach Harry Gural a lesson, but it back fired. We excluded them for several reasons, but we won't say.

There are several other people some of whom Pamela Chapman knows, and others she does not. We list David Johndrow, 64, as a major witch/wizard of his own doing. His daughter, Kaitlyn Johndrow, 26, is a major player. They attached themselves to the Thievery Ring Workgroup as did Maggie Johndrow, 33/34 and her husband, Christopher Johndrow, who also played. They are all in this together as a family unit. The mother, Lori L. Johndrow, 62, was right there, so she too is implicated. They have questionable business practices, but we don't care about the business. We care that they played long, hard, and cruel against Pamela Chapman, especially David and then Kaitlyn, who worked in Newport for the Preservation Society of Newport County. They were both at Tom Hockaday's house, and then at Kundalini Crossing. David Johndrow and Kylie McCullough were masturbation partners.

We do not have a complete list of everyone at Tom Hockaday's house. It is said to have had at least 200-300-500 visitors during its existence. Some were there for a short period of time (usually three days) like Lisa Goddard, and others were there permanently like Andrew Parsons, M.D. who read *Barefoot in Heels* out loud every night into the private space while Kristin McMannis read everyone's asset class net worth values from her banking software system. They each did their readings every night to any audience there who would listen.

They tried to play a nasty game of director of nonprofit devolvement using the data base of everyone's name and financial numbers. The house was full of nonprofit staff and Executive Directors for the nonprofit industry. Nora Deidrich, Executive Director of the Newport Art Museum was one of the worst offenders of Kristin McMannis' database, and then as a Thievery Ring Workgroup participant. Some say she is a sorcery queen, but really she is controlled by Dominique Alfrandre who takes the cake as a person using black magic to manipulate and control another. She mentors Bethany DiNapoli in capital campaign tactics and Nora Deidrich as an Executive Director. Some might say Nora Diedrich mentors her as a black magic stool pigeon that

Pamela Chapman
pamelachapman@cox.net
401-289-0476

Dominique Alfandre practices on. Dominique Alfandre has essentially taken over the Newport Art Museum through its executive director and senior staff.

Nellie Gorbea, Secretary of State asks, *"What do I do with all these nonprofit directors and senior staff who play this game? Are they illegal or not?"*

They are using witchcraft or sorcery by all the legal definitions to attain their outcome goals.

Do we have laws on the books in the state of Rhode Island against witchcraft or sorcery from the 1600 and 1700's?

Yes, we have laws from 1640 that execute sorcerers. Roger Williams arrived in 1636. All the legal definitions of witchcraft and sorcery which are names for the same thing, are still exactly applicable here. Our own federal government acknowledges that Ways and Means plays this way. It is its own federal government's culture in the energy realm of government business. Israel uses sorcery to banish away all thieves foreign and domestic. We banish away anyone who attacks us, as we should in the USA except our very own Vice President and President use sorcery, or at least Joe Biden colludes with it as a long-standing member of Ways and Means. He knew exactly what Kamala Harris was doing. He and Jill Biden played the Kamala's Table game. Joe Biden did? Oh yes, he did, and so did Jill Biden, Our top democracy in the world – the top executives in the country—have been playing a sorcery game against Pamela Chapman.

She doesn't need to sue them.

*"Oh, yes you do."*

*"I will discuss it with my lawyers."*

Ways and Means will excuse them anyway.

If you sue the President and first lady, do you make the nightly news?

*"Oh, yes you do."*

I recuse myself then.

Gina Raimondo says, *"That is a wise choice."*

Well, she is in it completely, so is David Ciccilini who also played The Game with her daughter at a local horse barn.

We really don't want to label this a witch trial except the laws might be truly on Pamela Chapman's side. You are all guilty in the USA—and really the entire world— does not tolerate this kind of

Pamela Chapman
pam.chapman at cox.net
401.608.9956

behavior. History always repeats itself.  History has given us a perspective on how to try, fine, banish and execute witches.

Jean Gorham says, *"I pay right up front. I don't want my name to go down in history as the worst witch in Newport, or at least the leader of this sorcery work against Pamela Chapman."*

Her partner is dead, so he can truly be the devil against the church and society. His mother, Eileen G. Slocum would be the first to say that can't possibly be my son or any member of my family, but it is. She was too important a woman in Social Newport, but this happens.

Lisa Goddard claims she and her husband had two daughters reading *Barefoot in Heels*.

No, they were at Tom Hockaday's House and they were in the Akashic Record room of Suzie Nance and Suzie Nance taught all kinds of sorcery energy tools against Pamela Chapman. Dorie Hamilton Benson, Lisa Goddard, and Suzie Nance have terribly toxic energy. It is raunchy, and sever like a jaded old sawed off blade that scratches when it moves.

If Marcella Lobo is also a main sorceress who taught everyone in the Akashic Record realm how to do curses back in April, May and June, 2021. She initially did most of the work for everyone anywhere in the Akashic Record realm. Now, we know several other things. She also exasperated and augmented the game of rape on Pamela Chapman. Monique Burgess, and Bethany DiNaploi wanted a more sever experience of rape for the victim, and Marcella Lobo delivered.

Now, we go full throttle. Do we have their attentions?

*"Oh, yes you do."*

Do they think they are guilty?

*"Oh, yes they do."*

Do they think the law will think Pamela Chapman is crazy?

If they did, they no longer do, because if Jean Gorham watched the Salem witch trial movie being filmed in Washington Square in Newport last fall, then everyone knows those women were burned at the stake. Jean Gorham is plenty guilty, and Pamela Chapman holds all the cards on how she will settle. We call it the *Billion Dollar Settlement Club* because Jean Gorham and her husband, Sid, have almost $2 billion in trust fund assets, and they are 87 and 89 years today, respectively. She has one son and two grandsons. This legal issue is similar to a karma of her mother, who lost significant family land to the state of CT, from which was built Bradley International Airport. This is why she does not own a house:  so no one will take it away. *"But that karma got you anyway, didn't it Jean Gorham?"*

Carrie Crosson Gilpin thinks she can wiggle out of this.

Pamela Chapman
pinchapman@comcast.net
[email protected]

*"Oh, no she cannot."*

So, does Andrew Parsons who thinks he will just claim his ex-wife is crazy because she has a history of being crazy.

*"No, she does not."*

Is he here right now?

He is not going anywhere because if he does not pre-settle, his name will go down in history as the ex-husband who lost his medical license or hospital credentials to become a sorcerer. Jim O'Rourke, MD did not really play, and neither did Jim English, MD but they all colluded for in some many ways over at least 10 years, and then so did Steven Penza, M.D. and Ross Musumeci, MD who wanted into The Game. Steven Punzak said he had his daughter re-typing *Barefoot in Heels* so he too could resell it elsewhere in a thievery market. He should have known better. Does he have sorcery skills?

For him at least it is fraud. Fraud is not necessarily witch craft, but if you got in one game of fraud two years ago, you never left.

Stanley has two names:  Lorraine Florio Olson, 89, is too old to sue in court, but Diana Beardsley is not, and neither is Laurianne Florio. She tried too hard to slander you with David Johndrow and Maureen Varley. Deborah Chapman is no better, but you don't sue your sister. Skip the other Varley's. Maureen Varley took over Deb Chapman's voice and spoke for her every time. She caused undue harm. She had no idea what she was really saying nor how dangerous her game of gossip had become. She just did not care. She had never met the sister except at a funeral service in 2017, and did not speak to Pamela Chapman.

*"No, problem because in social world, Pamela Chapman is never in the same room as Maureen Varley."* She is just not her people—never, ever in the same room, and Pamela Chapman is being polite. Stanley agrees.

Stanley also claims Joe Barret did not belong here and he actually belongs to any lawsuit if Harry Gural decides to move forward. He did undue harm to Harry Gural and by extension Pamela Chapman. If Joe Barrett was there so was Alana Winters, both Wes U '82.

Pamela Chapman excuses Michael Roth and Keri Weil, president and wife of the president of Wesleyan University and claims if they were forced to pay a Kamala Harris head tax, they donate that money to Wesleyan University instead. We accept.

Then, if Pat Fernandez is in for $25 million, you make it $50 million because her husband is never going to ever live down the fact that not only is he not a leader here, she is enough for the both of them. She sat in your Twin Soul workgroup and peeled off names and information. She profiled you. Then, she recruited your contacts for Kamala's Table, and turned any and all of them against

Pamela Chapman
pmla.chapman@cox.net
1-i-an-2-07-16

you, Pamela Chapman. She and you played together beautifully except night and day she was destroying you her own way. Trudy Coxe knew this, but didn't say. Pamela Chapman didn't know.

Now, Trudy Coxe has Pat Fernandez for an extra year at the Newport Flower Show as chair in 2022, but not for the following year. She is a major player of double trouble. She is not able to do sorcery. She lines you up for that at Kamala's Table with those who can. She set up the entire game as a reciprocity to get she or Michael Fernandez a position in the Biden –Harris administration. He is now a SVP in Calgary, Canada. They have a home base in South Carolina. They are always moving, but now he has a stint outside of the country. She is always traveling in many different directions. Previously, they lived in Minnesota, where he was a SVP at Cargill.

At that time, he was on the local board of a major art museum. Then, he relocated to New York City where he was North Atlantic President of a public relations firm. They have real estate in multiple locations. Their son, William Fernandez, is living in London. He was a former White House intern under Bill Clinton. Their daughter lives in South Carolina. Michael Fernandez has two older daughters from when he was a Capitol Hill lobbyist. He speaks fluent Spanish. She is southern charm South Carolina, as they say, but is no republican woman at all. Michael Fernandez spent 2-3 weeks observing the activity at Tom Hockaday's and Bill Martin's house. So did Paul McGreevy. Paul McGreevy returned to Kamala's Table with a list from Kristin McMannis' nightly forays into reading people's names, asset classes, and net worth.
Dorie Benson was at Kamala's Table and spoke to Pamela Chapman. She also ran with the Redwood Library Book Committee at Suzie Nance's house room. She claims she passed Pamela Chapman's book on to her best friends. She has fraud charges and all of the Kamala's Table collusion mechanisms. Her husband, Dan Benson, is the Redwood Library treasurer.

Ann Hamilton, herself, was at Kamala's Table with her husband Matt Hamilton who is first cousin to Andrea van Beuren, Barbara van Beuren and Archie van Beuren. They are Pennsylvania, Colorado, Florida, and Newport, RI.  Ann Hamilton and Barbara van Beuren sit on the Newport Hospital Foundation board.

Nori Cullen said, *"I quit being the president of the Newport Hospital Foundation, but that makes Barbara van Beuren now president."*

*"No, it is Carol Barzarsky".*

Nori Cullen is not innocent by any stretch of the imagination, but then neither is Christa Durand, the President of Newport Hospital. She works for Lifespan Health System. She and her staff colluded with the stolen book. The fraud can never be removed from the sorcery. They all go together.

You cannot have a board of trustees without holding insurance. This includes Island Moving Company, who if they did not pay their insurance bill are negligent. Peter Bramante, Executive Director was a significant witch/ sorcerer last summer. He taught not only his own staff, dancers, and board of directors, but also Andrew Parsons—who learned the most from both Jonathon Karp

Pamela Chapman
pamelachapman@comcast.net
101-692-0549

and Peter Bramante. Peter Bramante receives a disability check monthly from the federal government. He had been a former lover of David Ciccilini, D-RI, US Congress.

Pamela Chapman knows all the people of Island Moving Company. She just stepped off that board of directors on Dec 31, 2020.

Nora Diedrich payed a nasty game for two long and brought her senior staff to the Thievery Ring Workgroup.  Pamela Chapman played with her for 2.5 years at the Newport Art Museum, but had been on that board for a total of ten consecutive years. Nora Diedrich arrived April 1, 2015 from Evanston, IL. She met the ex-husband, Andrew Parsons at Tom Hockaday's house. She immediately wanted to date him because after all she claimed to have dated Raymond Schmidt, MD of Jefferson City, Missouri, Andrew Parsons' former golf partner, fellow medical school classmate, fellow anesthesia resident.

Nora Deidrich played a hand she had no idea she played. Pamela Chapman and Ray's wife spent several years together on a board of a US Navy spouse's organization, and both were in the Jr League of Washington DC—but not together. It's a small US Navy medical community. We all know each other, including the wives. Nora Diedrich claimed to the entire f world through Andrew Parsons and Pamela Chapman that she had an affair with Ray Schmidt, MD, which means it is ok for Nora f'Diedrich to have a relationship with Andrew Parsons, but the relationship with Ray Schmidt, MD, was a Kundalini Crossing game in California that Ray Schmidt, and his entire department in Jefferson City, Missouri played.

Beth Schmidt, his wife stepped out of the game and Nora Diedrich stepped in. She never met him face-to-face. It was purely a cocktail ice tea meet and greet to play kundalini exercises. She played it at Tom Hockaday's house was a bona fide affair. Her ex-husband, Tim Delaney, claims she loves to steal other women's husbands. John Horton agrees. He sat on her board and had more than one confrontation with her. His wife is Laura Gorham—who knows Jonathon Karp. Jonathon Karp approached her as the Executive Director of the Bermuda National Gallery to do publications on her behalf, but Laura Gorham didn't play. She just now knows how he plays his game.

Laura Gorham and John Horton are innocent in this game, so is Ray Schmidt, Beth Schmidt, and Kristi Michitsch. Robin Michitsch, DO is Kristi's husband. Their conversation in this realm with Pamela Chapman appeared to be a tipping point for Andrew Parsons to become a kundalini initiator. That came after he found out Ray Schmidt, MD and Robin Michitsch, D.O. played at Kundalini Crossing in California for 6 months. Ray Schmidt stayed for another 6 months with Nora Diedrich as his partner. All three men were medical residents together in a class of 7 men. They made up half the class in Bethesda, Maryland D.  It's a small world, after all. We were all here in real time, all together.

Stanley says we have two more people, Macklin claims his mother did not support Pamela Chapman and supported Andrew Parsons. She even helped read *Barefoot in Heels* into the space. Macklin her son watched this and reported it. So did the father, Curt Ollayos, M.D. (Pathologist). His parents are two Dartmouth College graduates. His mother, Christine Hellaurer Ollayos spent her senior year at

Pamela Chapman
pamelachapman@comcast.net
Tel no 240 446

Wesleyan University while her future husband went to medical school at UCONN in Farmington, CT.

By all outside appearances, they passed themselves off as the great humanitarian pacifists, but they were not. Macklin, did they do sorcery?

No, they did not, just fraud. But, they colluded with Andrew Parsons. Their own son turned them in because he doesn't like their guides one bit. My mother's guide is the worst. His mother didn't have to play, especially since her son was working so hard for Pamela Chapman on the other side. Macklin didn't like how his parents excluded her, his god mother, from his memorial services when he died. Andrew Parsons didn't even do a decent job at speaking, they say. Public speaking is not his professional wheel house.

For the record, we will add that Lorraine Florio Olson will never see John Florio on the other side. They played a mean game of pretend death and he tried to give them gossip from side of the dead so they could win a besting game in a Guiding War with the living, yet they are neither psychics nor clear channels. No one is excused, not even Dan Burns, but we will overlook him because Rusty Powell III tried to play against Emily Parsons, and we will never ever look away from that one. He wanted to be her mentor, and he made her an offer she turned done. Her guide did not know this, she claims. Pamela Chapman remembers so does William, her brother.

Meaghan Markel is a US citizen married to Harry Windsor of the British Royal Crown. Pamela Chapman has no issue with her or her husband and liked talking to her in the Llama Nation and in this space. However, her cousin-in-law, Beatrice of York, is guilty of fraud, and several other charges.

Do you litigate against a member of the British Royal Family in the US Court system?

*"Oh, yes you do. She is a major collusion with Jonathon Karp and Wendy and Eric Schmidt. She wanted to represent Pamela Chapman for Scribner's of London they had a whole routine of fraud."* Pamela Chapman finally stopped playing with her.

Beatrice wanted to be Pamela Chapman's agent and competed against Harry Gural and Tara Plochocki for that privilege of selling her book to St. Martin's Press, but really it was to Scribner's of London (Jonathon Karp and Ways and Means). Beatrice of York is Scribner's of London. Nancy Graham is Scribner's of New York City. They played a competitive game of paddle ball with each other until the game was tired and sagged. There were times when Kate Middleton colluded with them, but the focal point and director of The Game was Beatriz of York.

Her mother, Sarah Ferguson is an author writing historical romance fiction, and using a cook coach to co-author it with her. She is always at a book promotion event in England. Sarah Ferguson and daughter, Beatrice of York, claimed they wanted to get in the business of literary agency and publishing.

Pamela Chapman
pamelachapman@
pamela@

Pamela Chapman channeled for Beatrice of York about reciprocity of relationships for she and her sister. Neither married one or the other. Because Pamela Chapman did not look them up, she did not realize she was lied to about who had a husband, or who had a child. Harry Gural stayed up one night talking to Beatrice of York.

He said, *"She is not a sophisticated player and is transparent in her gamesmanship."* A diamond in the rough, they say. She didn't touch Kate Middleton, whose son, a future King of England, is a soul Pamela Chapman and Harry Gural birthed back in the 12 or 13th century. Beatrice of York's father is currently in a lawsuit in the United States. For Beatrice of York, it starts with fraud and extends outward. 8:26A6 AM 6-7-22

Queen Elizabeth II dies today, Thursday, September 8, 2022 at Balmoral Castle. The announcement was made at 6:30PM, London time.

Deepak Chopra claims he has been in Llama Nation 10 years and never knew anything about Andrea's Nation. They were always there before him. He has no idea when they split off. Meghan Markle and Harry Windsor didn't talk to their family from Llama Nation. Meaghan Markle knew The Game from her husband who found out from his brother. His wife colluded with them. We don't touch the future King and Queen of England legally, but we might touch the United States President and First Lady. Harry Gural knows something, and in a court subpoena he could say something.

Beatrice of York and her mother, Sarah Ferguson, played the part of Andrea who was always said to be a woman in New York City who worked at a desk at a major publishing house. She was connected to a family trust. It was presumed to be Jed Wilcox and his sister, Tina, who were it that nation. So, was Antonia Farzan, her father and his brother, but never their mother, Dorienne Farzan. There is dialog about how Beatrice played The Game in the beginning. *"Does the book go to Scribner's of London or Scribner's of New York City?"*

She is out of the game by July /August when Nancy Graham bows out and stops making contractual offers on the book. It is never good to play a fraud game in the publishing world when your mother is a romance novel author herself, even a mediocre one.

Iona Ross claims, *"If Beatrice of York is connected to Wendy Schmidt—and we think she is—then Harry Gural knows more than he is saying because they all played Kundalini Crossing together."*

He claims, *"I never played with Beatrice of York,"* but he did play with Jonathon Karp. He didn't know him as Robert McNamara.

Iona Ross swears Harry Gural knows something more because we all overheard too many conversations in the Upper realm that he had with Beatrice of York to solidify that Pamela Chapman was screwed out of her book. On the one hand, it was never Tara Plochocki here.

Pamela Chapman
pamelachapman.com
lic us God (c)

Harry Gural had the favor to play with the British Royal Family, who BTW, bored Pamela Chapman to death. She prefers Meaghan Markle to the British Royal Family in England. Meaghan Markle has class, a wit and conversation. So does Harry Windsor. The others were too stiff and slimy, or something like that. They never had to play, but they did. They also played Pamela Chapman as a clear channel. She let them play out their game before she knew the truth.

Jean Dixon has no information, but someone said as you were researching minutes ago, *"No one really understood they were here, except Jonathon Karp always knew."* And, if the game she played was against Nancy Graham, then they all know they colluded together, and if they tried to best Harry Gural and Tara Plochocki then that was part of Jonathon Karp game and probably Wendy Schmidt knows something. Wendy Schmidt claims, *"I didn't really play with them ever but Beatrice and I did not really see eye-to-eye on what Pamela Chapman was doing anyway, because if Harry Gural was here to rape and rob her he didn't do it aggressively enough, and if Pamela Chapman had played a stronger game up-front we would have stopped."*

No, they would not. And, in January, Wendy Schmidt played with Christine Bush and really tried to push that on to her own – Wendy Schmidt embarrassment for playing that low.

Meaghan Markle claims no one in the British Royal Family had to ever play. If Harry Windsor knew from his brother then, the entire family all knew, because that is how they all play. But, if Kate Middleton got involved—and she did in a royal conversation with Pamela Chapman about the book—then, she tried to negotiate for Beatrice of York to get Pamela Chapman to have Beatrice of York use a diplomatic pouch for contracts to go with either Scribner's of London or St. Martin's Press. She claimed they wanted to make the money from the sale of literary agency for their own endowments. Pamela Chapman thought it was a publishing house of the aunt with the public relations firm, but they said they, themselves, were in the publishing business as a family.

Meghan Markle says, *"No, of this is what they said, they all colluded with Beatrice of York. And, if Sarah Ferguson liked playing, then they all wanted to best the Americans because they hate the fact Harry Windsor and I removed ourselves from official royal duties, and they never did. We are free from Royal constraints, and they are not. So, this is how they work it out. I never had to play, and I did not, and neither I, Harry Windsor, nor Pamela Chapman could tell in our conversations, which she said she enjoyed."*

*"Yes, she did."*

*"Ok, then if I am Meghan Markle, and my husband is Harry Windsor, I can safely say Beatrice of York must be part of the lawsuit. She is not excused as a British citizen. She is not officially on the payroll of the Queen – It is parliament who pays the tab, but she is never going to escape the legacy of her mother or her father, and this will chase her throughout her adulthood. You screw her royalty as they say because she will do this over and over until something really disastrous hits her* **and the royal crown because her parents have done the same.** *Kate Middleton should never have played, but we can all see how they sit there together enjoying being part of a society they can no longer enjoy."*

Pamela Chapman agrees.

Pamela Chapman
pmuchapman@comcast
860-460-2045

If Harry Gural is involved in colluding with Beatrice of York, then, he did it to advance this own game with Tara Plochocki, but they would have competed head on together. They never played Kundalini Crossing games. Meghan Markle knows this from someone else.

*"Oh, yes you do."*

Meghan Markle and Harry Windsor can't play kundalini games with others. They are their own reciprocity of relationship. As such, they can't do kundalini with others. Supposedly, neither can Kate Middleton or William Mountbatten-Windsor. But, the future King and Queen claim they don't have a key turn. They don't want the publicity in this space. That can be done. The Saudis don't play like this, nor does Sarah Brown.

Meghan Markle claimed—it's actually Alberto Villodo talking that, *"If Meghan Markle and Harry Windsor could be in Llama Nation, then she could break free of the British Royal Family. But, I never said one word about who was here. If they talked, they talked. I put the British Royal Family in Llama Nation over ten years ago before Deepak Chopra M.D. came along. No one talked in those early days. Once Sarah Ferguson started talking, we moved them."*

No, you did not, because Sarah Ferguson swears she and Alberto Villodo don't know each other.

We don't think so. We won't get the right answer out of Alberto Villodo, and not Harry Gural. Under oath, you get everything out of Harry Gural.  It is probably really Jonathon Karp, Nancy Graham, and Wendy Schmidt who have to confess to their side of the story.  Beatrice of York is at least a $25-$50 million lawsuit.

Meghan Markle says, *"She can pay. And, so can her husband because if one was there, so was the other."*

We think any woman who is in a Thievery Ring or Thievery Ring workgroup always is there with her husband even if she doesn't speak. And together they collude. Dan Brennan's wife, Kathy, was not here with him all along, but he didn't play. He helped Stanley and Pamela Chapman together in his own way. But aren't Thievery Ring's like Kamala's Table. You can't arrive without the spouse or significant other, and in the Thievery Ring Workgroup the family was always in the background. Is Tom Palmer guilty – by collusion, aiding and abetting. He never spoke.

In the world of nonprofits and the Redwood Library Book Committee, is Benedict Leca guilty?

*"Yes, he is he. He was at Suzie Nance's house. So was his wife."*

It was Jackie Egan who sits on that board that said, *"Do you mind, Pamela Chapman if I speak for the whole group?"* "That is how she became the spokesperson for the group, as if they speak in one voice, but instead of it being through a psyche, it is through committee leadership understanding. 9:12 AM

Iona Ross:  I thought Bill Martin and Tom Hockaday were here because they needed protection from other people, but now I have no idea because all those people had their moments up here in

peace and quiet when you did not, and they all took advantage of you and the situation. Now, I think they are both guilty of far too much fraud and gross misconduct.

Pamela Chapman will add slander, harassment, abuse, manslaughter, and a few others.

Tim Hollister agrees. *They are not the story they said they were, and it was because he claimed he was raped or something like that and had a pulse ring.*" It was removed on Oct 2, 2021. He was freed because of Pamela Chapman.

*"If they do not turn over their house to you, Pamela Chapman, they are f fools, but maybe the deal changes due to all these other issues."* We think so because you can buy whatever the hell you want in the future, Pamela Chapman.

*"Good to know."*

Jackie Egan, 75, and others said, **"We don't like that Alberto Villodo, and if you are hanging out with him, we don't like you either."** Jackie Egan led that conversation. Pamela Chapman knew her from the Newport Art Museum board. Now Jackie Egan is on the board of the Redwood Library and is a member of the Book Committee, and Bill Egan, 77, is a member of the Commonwealth Club, Boston, MA.

[Note: she and Bill Egan paid approximately $40,000 for her sister, Suzie Nance, 63, and her husband to go to Argentina to spend ten days with the Four Winds Society. Suzie Nance claimed she intended to become kundalini qualified, but she returned an Akashic Record reader instead.]

Elena Wilcox, 66,  Peter "Jed" Wilcox, 75, Jerry McIntyre, esq., 81, and Tina McIntyre, 79, (Jed's sister) said the same thing. Jerry McIntyre, 81, was hauled in front of Kamala's Table for two weeks in March. In April, Jed Wilcox falsely presented himself as a Twin Soul with Lisa Amodio, 63. When the upper realm fell in early April, Jed Wilcox falsely presented himself as a Twin Soul with Lisa Amodio. Together with his family and Jackie Egan's family and several others they berated Pamela Chapman to such a degree, the whole world knew an indication of Pamela Chapman's sexual history, sexual proclivities, and practices, whether they were true or false. Pamela Chapman was made to suffer as a whore, a liar, and a cheat, in ways she can't recover from.

"I have social PTSD now," Pamela Chapman declared.

Jackie Egan:  You don't deserve to have plastic surgery from Patrick Sullivan because you are a nobody, and we don't like you. You does not qualify for his services.

Patrick Sullivan'/Office:  I'll work on anyone I want to. I'll wait until you are ready. No problem. We don't like people like Jackie Egan anyway. We just charge a lot of money, and they pay.

Pamela Chapman
pam.chapman@cox.net
401-662-5691

*"I'm only here because Jean Gorham told me in 2011 his was the only person to ever see."*

*"That is why we work with you. You have the proper referral."*

Jackie Egan:  You don't deserve to be enlightened because if my sister were in your shoes, she would have gotten herself a better lover. She would never have been in your shoes because no one supported you. So, you are a loser.

Your sister, Suzie Conklin Nance, 63, is a hypnotherapist who uses the Akashic Record space as hypnotherapy, and it is not. Where is Suzie Conklin Nance usually because she just arrived here from another space? Is she hanging out in the bowels of humanity also, i.e. the caves?

*"She is in one of the rooms with the old crowd, i.e. the Ross family including Carolyn DuPont and all the rest."*

You can't suppress if you hang out there. You are cheaters, liars, with fraudulent activity at least associated with the manuscript, *Barefoot in Heels*, and you keep reading and re-reading it courtesy of both Esmond Harmsworth IV and Carrie Crosson Gilpin and Tara Plochocki.

These are supposed to be social-class people who can't stand to make their own way toward suppression and stop reading my book until it's properly published and the author is paid for her work.

You slander Pamela Chapman for being a cheat in college in open book exams and call her at age 19. She is doing more and more every day and we are all almost suppresses because we solved all of our own problems.

And Simpson, Thatcher and Bartlett is going to litigate and so is Amey Cardullo esq. and Reed Casper, esq.

You are all liars, cheaters, and scandalous pigs.

Jim Ross, esq. claims, *"Pamela Chapman you are not social enough in Newport to publish a fiction book"*

Carrie Crosson Gilpin herself, Mark Halpern, Nancy Graham, Cynthia Parent, Diane Crosson McEnroe, and Carrie Crosson Gilpin's daughter are here.

So is Carolyn DuPont's crowd with Jackie Egan and Jerry McIntyre?

Also, Nora Diedrich isn't supposed to be reading a Tom Clancy novel. After all these years, she learned from Pamela Chapman that her contract says she could be fired for moral turpitude.

Pamela Chapman
pam.chapman@comcast.net
401-862-9022

All are here also including:  Happy van Beuren, Andrea van Beuren and the van Beuren Charitable Trust family (save Roger Kass who was in the Akashic Record realm every day), and Anne Hamilton and her family.

Alberto Villodo hid Nora Diedrich because she needed protection, so she could read. How about helping Pamela Chapman, Alberto Villodo? You did the same thing selective form of protection back in April 2021 with Carrie Crosson Gilpin, and in May 2021 with a woman named Elena Sobo.

Marcella Lobo put her old night time gang downstairs in the caves of nightly activity (that's a euphemism for masturbation and kundalini). They go down nightly but not during the day (That is Kundalini Crossing). Alberto Villodo clears them out at dawn and tells them all to get out of there.

[Note: This is Kundalini Crossing exactly but no one had the moral courage to tell Pamela Chapman. Harry Gural ultimately did on Sept 30, but every time after what he told or taught her was subpar and was not the real experience. He never wanted her to know and to be sure everyone else knew she meant nothing to him at all. That is Michael Harner and Jerry Slocum's mission also]

[Note: They all pulsed all the time and did not stop until around October 2, when Pamela Chapman said something to Harry Gural and she got Kamala Harris to eliminate all of that globally around the world simultaneously. They all had kundalini practice and pulsed, and no one thought to stop all of that, but she did for everyone, and never stopped to ask them who they were, so why on earth do you do this to her? P.S. She took care of it for everyone and she got to avoid months and months of that herself personally!]

This is all Kundalini Crossing and no one had the decency to tell Pamela Chapman one word at all,

Someone is saying on 2-3-22 it was Carrie Crosson Gilpin's job to tell you because this is all about typing her book,  and one exchanged a typing room for where Kundalini Crossing was to take place in the caves. She knew this and Tara Plochocki picked it with Harry Gural. They all knew this. They just turned the room over from office to Kundalini Crossing. They did this until it became not a physical place but a place in the 3rd eye as an energy of relationship between one aura and another aura.

In the 3rd eye, the relationship between one aura and another: one aura has to go inside the other, and that is the basis or start of either a private quiet meeting space of intimacy or a place of Kundalini Crossing where Harry Gural brought everyone into his aura and his 3rd eye. So, if you wanted private quiet space, you go into the  aura and 3rd eye of another. What happens if the aura and 3rd eye you go into is?

Harry Gural brought all these Kundalini Crossing initiates into his aura, and Tara Plochocki placed them all in his 3rd eye because when Pamela tried to move the kundalini up to the 3rd eye she ran right into Tara and all the other women he had initiated. Pamela led Harry up the central channel to the 3rd eye. She did that instinctively the second time. He is always in Pamela, and she is never in him. Alberto is always in Pamela Chapman's aura and then moved into her 3rd eye. The Kundalini Crossing he could have had would have been in her not him.

Pamela Chapman
pam.chapman@cox.net
401-965-9930

Currently because of the deep reciprocity of relationship with Harry Gural, we are now balanced. No one is the game board, and no one is on the 3rd eye and Pamela Chapman is certainly not in his aura but he was in hers at the beginning of the Kundalini Crossing. Alberto Villodo had all this Kundalini Crossing business backwards. It impacted his experience. He had to get out of the woman's aura and 3rd eye. He was always in the kangaroo pouch of another woman's aura, and refused to leave. And, he entered Pamela Chapman's 3rd eye in Feb and March 2021. He had goofy antics in there. You can't have a reciprocity of relationship kundalini intimacy to meet in the 3rd eye if you are always watching sorcery television. Like with Harry Gural, when sorcery television was removed, then he played kundalini in the 3rd eye. Yet, he couldn't find people. You must remove the sorcery vision. Is Alberto Villodo prepared to do that?

He didn't understand kundalini at all, or that it sets you up for a monogamous physical sexual relationship. He only wanted a thievery shamanic wife that he'd never meet physically. A key turn is the worst thing for him. He could not achieve his needs with any woman, but especially Pamela Chapman. 8:22PM 9-8-22


In summation, there is the meeting in the 3rd eye, the sponsorship in the aura—which could be a room in the caves, which Alberto Villodo is anyway in his own way, but not the same way as Kundalini Crossing. A kundalini key turn belongs in the Upper realms as a reciprocity or relationship between people who have high enough vibration, but especially those with "heat" together". Alberto Villodo has no heat with anyone. He can't get his kundalini energy over the pubic bone in Kundalini Crossing. So, he jumps in the mouth and 3rd eye. He has no deep reciprocities. He does not seek a monogamous relationship, physical or otherwise. He gets bored too easily. He doesn't appear affectionate or interested in women –or men. Kundalini Crossing is only for Upper realm, Celestial Temple falls into the Akashic Record realm of the middle world of shamanic practice and sorcery. That happens every 2,100 years or so. It only belongs in the Upper realms. It has a physiologically opposite effect to masturbation in the hydroelectric currency of the human body. They are never ever the same. They are opposite. Masturbation, an expansion effect in the human body can undo kundalini energy, a contraction effect, in the body. 8:36PM 9-8-22


What started as a room in the caves then became a space in one's aura after that, and sometime in the fall, they transitioned through the 3rd eye. Ultimately, you would suppress/ retreat with another as couple in the Upper realms. It is a metaphor for Kundalini Crossing: What starts in the aura and moves through the lower abdomen over the pubic bone ultimately progresses upward to the 3rd eye as a dance of the divine feminine and divine masculine in a monogamous relationship of a person who is a reciprocity of relationship—a true soul mate.

If Kundalini Crossing started in the caves, that was the only place in the middle realm for Kundalini Crossing to begin –at the bottom. It is the all of the Reciprocity Nation Temple straight to the bottom of the realm. Then over time the caves were eliminated, and everyone came out and mingled

Pamela Chapman
pamelachapman.com
401.123.4567

in the Public Commons space. That is akin to the aura. Then, they rose upward or progressed to the 3rd eye. In shamanic practice the 3rd eye is the Upper realm. Kundalini fell as a fallen temple and rose again back to the 3rd eye. Back to reciprocity Nation. If **they** were a **true reciprocity** or **relati**onship, especially with "heat" there is no need for a cave, or a **space**, just a **meeting of Shiva**-**Shakti** in the 3rd eye. It transcends geography and becomes something that happens in the 3rd eye. If you have heat together, no matter if the temple falls, and the Kundalini energy becomes blocked or too dense, either you will rise again if you can meet together in the Upper world of the 3rd eye, which in shamanic journeying is a Divine space of unity. What originally existed, fell, and then had to find how to rise again. If you could not rise together, or if you cheated and found a home in the upper realms and had no real reciprocity or real heat, it is not kundalini. It is thievery. It ultimately falls because it becomes masturbation, and then the man keeps moving onward to another, and it continues in a thievery practice of Level I of <u>The Game</u>. It becomes a fall from and of its own grace. It only belongs in a reciprocity of relationship in the Upper realms in a meeting in the third eye.

The good news is then looking for what temples fell in this <u>Big Book Story</u>, one obvious one is always that sex become rampant in a public commons platform, like a town square or in an actual temple of worship – everyone is in an orgy. The people drop for the Upper realms and everyone is mingling and having sex together. It eventually stopes when we repair the temple and we leave wo by tow and go home to the Upper realm. [**Note:** <u>King David</u> said we had no kundalini to speak of. We had a lot of physical intercourse anywhere with anyone. When the realm closed everyone stopped. We had a lot of arranged marriages, so being monogamous with a partner was not the issue.]

When the Temple falls and kundalini falls with it, kundalini now becomes part of Level I of The Game in the <u>Akashic Record</u> space of the middle realm of shamanic practice and sorcery. It all moves to sorcery and thievery as part of self-selection into the game of besting that becomes the Game of fraud, and other illicit activity. You move a reciprocity nation culture of relationship and intimacy into the world of sorcery and demonic interaction. It becomes a sexual practice between strangers in Level I of <u>The Game</u> of Sexual Obedience.

Circular or spiral movements in the general body, especially the torso are a game that facilitates an opportunity tightly spiral your kundalini energy in the abdomen in a tag and chase game of another. If you move over a pulse point, it automatically spirals your energy. You must practice to tighten that spiral. If you do not have heat with another person – your partner—you will never catch the person. The tag and chase never ends. It ultimately culminates in a need for sexual release. Kundalini dancing also known as shamanic dancing is the movement of your tight spirals chasing another. You are just moving and grooving to chase the other. <u>Pamela Chapman</u> never had "dancing".

<u>Alberto Villodo</u> is blaming <u>Pamela Chapman</u> for a lack of a kundalini partnership that he did not understand, nor would he have wanted if he did. That in and of itself would have led to some kind of betrayal, and abuse that could have ended a form of manslaughter because he did not get that he thought he could have, but he misunderstood. He was too ignorant, as are most people. It is all highly experiential.

Can <u>Harry Gural</u> find you in his 3rd eye or not?

Pamela Chapman
pmchapman@weebly
101-662-9716

Pamela Chapman remembers when he couldn't find Kathy Abbate on Saturday afternoon. That was the opportunity to do kundalini anywhere at any time with anyone, like what Christine Bush claimed in February was the reason why they needed to be shamanically married. Harry Gural could do it with at least a dozen or so just like that, and he did sitting in his chair during the day, as both teasing and as exercises.

So the liars, cheats, and scandalous pigs were all of out to because you had no moral decency to say what was really happening at night to Pamela Chapman. What was it that prevented you from telling the truth because it is all here but you refused. We all know it know but what was the big f'joke in telling her the truth because no one wanted you to know because Harry Gural said she just doesn't matter after all and no one needs to worry a thing about her and I being together. No, it was Kamala Harris and Tara Plochocki and Bobby McDermott who made sure they never got together and so did Michael Harner and Jerry Slocum and Jean Gorham and everyone in the Star Gate and the Upper realms did not want her either, even her children didn't say one f'word about anything.

They all slandered Pamela Chapman for being a lying cheat and look at what they themselves are doing. It's all the same people. These lying cheating sabotaging ….

Wendy Schmidt arrived to hear all of these accusations. No one was being upfront.

People in Newport were calling Pamela Chapman such awful names and terrible accusations, and you are hiding out like bands of thieves in the bowels of humanity in the lower middle world caves.

They were all hiding out while the rest of us are dealing with it like adults and learning to suppress.

So, if you don't like something don't complain to us we did our hard work and stuck it out while you cheated and lied your way through and read and re-read _Barefoot in Heels_ and had your sexual activity alongside of that. Sex and fraud – the first two rungs of **The Game of Sexual Obedience**. She played with the Giants – with the guides and you all played with each other.

We just hide out and didn't tell anyone about what we found.

Alberto Villodo put them all there and we thought that was a great injustice, but what do we care.

So, Alberto Villodo, the mentor of Pamela Chapman helped Carrie Crosson Gilpin re-type _Barefoot in Heels_ in the caves and then took that space and showed it to Tara Plochocki and Harry Gural and said why not do Kundalini Crossing here, and no one bothered to tell Pamela Chapman at all about anything until Sept 30, 2-21 when Harry Gural did, but it was such incomplete information and remained until well into January 2022. She never fully understood any of it because she was never initiated by Harry Gural and he never taught her to "shamanically dance" in kundalini. No one did. She taught some family style games in November 2021 that could be done without initiation but she went to sleep and within hours she never knew how to play the games she created and no one ever invited her to play after that. She is never invited to anything even when she created it.

Pamela Chapman
pamelachapman@cox.net
401-662-9951

This can't go on for years and years like Grenville Craig, but it went on globally 24/7. Pamela Chapman was exposed to some horrendous assault on her character, integrity, defamation of character, slander.

Alex Craig and Carolyn Craig, 20 Bayard St, Brooklyn, NYC APT 8A. (Alex)

Grenville Craig – Alberto Villodo Fraudulent activity. He gave away SS #'s so many time in the global space, and tried to give away her checking account numbers and credit card numbers and bank routing numbers. He claimed to be Pamela Chapman's shamanic spouse/wife and that he wanted kundalini practice with her, but he only used that term and those [words] after March 2021.

He claimed he always wanted kundalini sex with her but he didn't know what that was and neither did she. We gave him kundalini energy with a key turn with his wife back in January 2021.

He is a Twin Soul nonseer who is married to his Twin Soul and has been for 50 years. Today he is 80 years of age and is worth at least $100 billion USD.

It is important to note as is later that a Twin Soul like him, and he was her Twin Soul "sponsor" cannot have and shamanic wife or masturbation or kundalini with anyone with than his Twin Soul wife. It is not physically or spiritually possible any other way. He failed to understand these very basic Twin Soul concepts, so much so that in November 2021 he wanted to become a shamanic husband of Nola Ganem and that lasted 24 hours because he cannot possibly have masturbation technique with anyone other than his wife who is his Twin Soul. He really did not understand this.

This man has an A.B. from Harvard College, and MS from MIT and other graduate word from Yale University where his dissertation didn't make the grade. He's an economist. He graduated from Portsmouth Abbey when it was a Priority. He is not stupid. Yet, he failed to grasp common sense.

He is a copycat syndrome person, and he was using Pamela Chapman's numbers of any financial type to both move money because he made a fortune in Princeton, NJ as a commodities' broker then moved to Italy and Monaco and Paris, France. He has spent the better part of the past 30 years raising his children in Rome, Italy and making money moving money from there. He's a gambler and thinks no one can ever touch him. He thinks he is above the law, His father on the other side said, *"I think you just got caught."*

The SEC will chase him and find him. Carolyn Craig now oversees the movement of the family money.

He's as cheap as a skunk. He donates $15,000 annually to each nonprofit.

He has houses in Paris, Rome, Monaco, Lower Manhattan, Miami, Middletown, RI recently Newport, RI, maybe London. All listed under the family trust for old and new on Latin. Sometimes also with Sandra Craig's name.

Pamela E. Chapman
pamelachapman@comcast.net
401-965-3911

He likes to go by the name Grenville Craig Crossing in this realm except it is not a proper name as it really implies a sexual act as if he is calling himself a cunt or something like that. His name is often confused with Andrew Parsons. Andrew Parsons uses any and all versions of Grenville Craig's name for himself, mostly because he claims he gets no respect from anyone when he uses his own name. Andrew Parsons uses Grenville Craig Crossing Guard

Barbara Hofstetter founder of the Barr Foundation. Her husband was in charge of the Economics Group with a commodities practice in Princeton, NJ, where Grenville Craig discovered a computer program to figure out commodities trading, or so he claimed. He made millions of dollars based on his personal style of investing (which might be just moving money overnight) No one knows except his children. We don't know if what he does is actually legal.

He left Princeton, NJ because he claimed, *"I didn't have any friends and I wanted the experience of living overseas."* He also left Bailey's Beach because they claimed, *"We didn't have any friends, but we now belong to the Clambake Club."* His son went to high school in Paris, France. The others went to high school at St. Stephens School in Rome. Some believe Grenville Craig left the USA to escape the SEC. He claimed he was hiding money. He almost got caught. He had to explain. He passed that test. That is the SEC for sure.

Barbara Hofstetter says, "My dead husband always knew he had something up his sleeve that he didn't want anyone else to know. Moving money overnight is not complicated. It is just tricky to move. You need the ability and a number to use. If this is how he makes his money, then it is not fancy or complicated, it just takes a dedication, and good book keeping. But, if you have $50 billion, it doesn't make any sense unless you are into the thrill of it all—the thievery—which he seems to really be into."

Rusty Powell III refused to let him play with the Sandywood's group. He tried to play the same game to prove he was worthy of the thievery, and that he could be an actively engaged with it. He abused Pamela Chapman in order to prove he could play their game. He can be so stupid that he is a just the type of thief that will get caught, especially when in later notes he confesses to so much financial fraud, sexual assault, and just about anything else anyone is doing. He wants his photo image in the NY Times for entering the federal penitentiary system. Now, if Sandra Cuccia Craig's father was a federal judge, that man is laughing his ass off on the other side. What the hell happened to my son-in-law?

There are some thievery practices financially he has yet to be caught in, and that might just be his down fail before his dies. He has three years **10:38 PM 2-2-22.**

My f'brother can be so thick in the head sometimes because the whole world has heard at least twice before his bragging of how he gets to play outside of the law. Yet, some day someone will actually get him. He likes to play a thievery game but he isn't in an actual thievery practice. He just knows Rusty Powell III. Justin Ramel claims there is no way I'm playing with that man any longer. He is too unbelievably unpredictable for me. He also has too many psyches and so does Sandra Craig. They are a unique pair of thievery twins. 10:40PM

Pamela Chapman
pamelachapman@comcast
1-646-29946

We have typed in other places all about his relationship with Rusty Powell III, Justin Ramel and all the ways he was working in the Akashic Record space and abusing his situation as a Twin Soul sponsor with Pamela Chapman.

Sandra Craig has been on the board of The American University, Paris and St Stephen's School, Rome, for years.

Esmond Harmsworth IV, Aevitas Creative Management, Boston and NYC.

Roger Kass, NYC.

Kristin MacManus, US Trust, *"Peter Hatfield,"* she said, *"I'm just playing around."* She is especially cruel, and loves a good romp in the hay with financial fraud. She did it to the husband at Tom Hockaday's house at night. Andrew Parsons said, "I'll read *Barefoot in Heels* instead of masturbating. He read it for 3-straight weeks to literally hundreds of people. They say anywhere from 300-500 people passed through. Bill Martin claims to have a master list of all the people who passed through the house.

Andrew Parsons & Kristin MacManus traded financial information for the content of *Barefoot in Heels*, and she kept him up to date on Pamela Chapman's finances in real time, and he seeded and feed a Hate Crime throughout Newport, RI and beyond.

Kristin McMannis **traded having to have sex for fraud. She jumped right to Level II of The Game**. She has financial industry licenses that gives her access to financial information. She knew central banking information in real time of people's numbers and read it into a global space and kept giving out any bank account balances and numbers. Three people at US Trust in Providence have this ability. She claims it is how US Trust gets new clients. *"If you are our client, we don't read the numbers. If you are not a client, you have no security and no privacy. For those people, I will read the numbers publicly."* It is blackmail.

Alberto Villodo:  I don't keep you any longer. Your f'fired because I told you not to do that Kristin McMannis. I told you not to give out information of people I knew, and you did.

Alberto Villodo walked through Tom Hockaday's house several times as Lahore because Annette Burke said, *"I ended up there one night, and thought it was Marcella Lobo* and gave away too many secrets about *Alberto Villodo and Marcella Lobo. I said they had his own masturbation ring, but David Kehoe*, 27, was in that house because his father was the whipping post in charge of sexual activity." Marcella Lobo and David Kehoe were married at least once."

Alberto Villodo said, *"I can't keep coming back because I'll expose more,"* but Kristin McMannis said, *"I exposed every piece of financial information to everyone just like at Kamala's Table and no one taught me. I just had access to the information like no other."* It was blackmail and a show of who held the power. Kristen McMannis is a natural thief. She is perfect for politics. [Note: David Cicciline and Gina Raimondo and Chuck Schumer said, "We have to stop this right away."]

Pamelia Chapman
pbuchapman.com.net
401-662-9546

[Note: Roger Kass said type this 2-3-22 22:20AM: Kristin McMannis is never going to work in philanthropy in greater Newport because if she does, I will personally see to it that van Beuren never gives any money what so ever to that organization because she is a natural thief that will always seek to cause more harm than good. She is too young to be a perfect fit for this kind of work. *She accepts* she says because now Peter Hatfield will know for a fact she has initiated herself into thievery and that she can survive the initiation rites without any consequence 11:22AM 2-3-22.

We also knew from Saul that she will be out of US Trust in 1-2 years' time frame and Nick Schorsch said yesterday he has the perfect position for her. Elizabeth Wright Kahane said. *"Not anymore because I will personally see to it that he is barred from any major board I have any influence with moving forward."*

Kate Spinella said, *"She never sought a position at the Pennfield School in development, but I can see exactly what she is doing now. Would you call that proper fundraising?"* *"No, not at all."* She is the new Polly Meadows of Pennfield. Congratulations Kate Spinella on achieving a position of your dreams. Thank you, because I always wanted to go either here or Island Moving Company and it looks like this is a much better fit. OMG absolutely a better fit for the entire community.]

Roger Kass: Kristin McMannis can be a politician if she wants to run for elected office but actually we ask and insist she leave town and the state right away. Move away and get a position in teaching elsewhere because you are no longer required at any of our organizations. We will make sure they are all bona fide fund raisers. Pamela Chapman you absolutely helped to insist that this is the only proper was moving forward. Kate Spinella found an ideal position for herself. She obviously has a reciprocity somewhere. Pamela Chapman has none but that is the divinity for some and not for others. She claims I always suggested but never asked and the it came up. It worked, no matter what.

She was never to say a word about you, but Kristin McMannis didn't understand how to keep her f'mouth shut. I told her to never use certain names. Kristin McMannis said, *"I can't stand you so I told Alberto Villodo to shut the f'up."*

Kristin McMannis gave Nora Diedrich, Kathy at Clean Ocean Access and Leslie Grosvenor's replacement, financial numbers and names. Paul McGreevey has some also from just sitting in their space and listening, as assigned to do so by Kamala Harris from Kamala's Table. [Note: It was his assignment as a trial run to see if he had what it takes to work in Gina Raimondo's administration. It's the game of politics. What can you really do for me? What is your value on my (thievery) team?]

Anyone could have written down the numbers to create a master list. She claims this is what she does for Carolyn DuPont or Alyssa Gadreau at the Redwood Library, and Carol Currie at Salve. No one understood Pamela Chapman's relationship with Alberto Villodo (and then Harry Gural). So, everyone said whatever they wanted to because no one liked her. Alberto Villodo didn't understand

Pamela Chapman
pmchapman@cox.net
[redacted]

why—or how— and neither could Harry Gural. Roger Kass said, *"It's her ex-husband, Andrew Parsons."*

Kristin McMannis was on the board of the Newport Art Museum with Pamela Chapman. We have different ways of looking at things. She is also young enough to be Pamela's daughter. She was only 32-ish—or younger, blond, perky, working for US Trust, initially living on the campus of St. George's School. Her position was to swindle networking to give US Trust a curated customer list. She got paid to sit on boards and go to parties. She curated audiences at arts and culture institutions to find customers. Then, at Tom Hockaday's house to avoid sex and to have power. Kayla Abbate, the 29-year old next door wanted to next in line to replace Kristin McMannis.

[**Note**: Kayla Abbate is a bona fide sex addict, according to sorcery tools initiated by Alberto Villodo. This we learned from Alberto Villodo on 2-23-22]

Why Alberto Villodo couldn't get them to stop talking about Pamela Chapman was because they claimed no one liked her anyway or anymore so why not swindle, embarrass, and make her explain herself every f' night until she could not see straight because Kayla Abbate next said my parents can't stand those f'trees and when she didn't move those threes (but she did) they said we will swindle her some more.

This is all over those f'trees to which the ex-husband gave a pdf of *Barefoot in Heels* to the entire Abbate family as compensation for helping him on February 4, 2021.

This is all what it comes down to? Those f'trees? You got everyone everywhere to do your bidding for you over Arborvitae trees.

You slandered Pamela Chapman unmistakably night after night over trees and everyone in a butterfly chain fell into The Game and *Barefoot in Heels* was traded in the streets.

You handle trees with attorneys, not like this.

You had your Game and they had theirs. Everyone played The Game of Sexual Obedience. Pamela's was with the Guiding Realm and Harry Gural was out there with people, first with Ways and Means in national politics, and then locally in Newport, RI. How the hell do you win against guides on the other side?

You are helpless without the right guides. They claimed, *"Hers was a game of the aura. His was game of the psyches."* Each had to play The Game—she with guides, and he with the people. The victim is the one against the guides (and their people)– it's the hardest to win, and the perpetrator gets let go by the people and moves on.

Alberto Villodo and I knew all along in January 2021—because he said so much as that— "You were on some kind of trial, and if it is me keeping you here, then I release you as all the guides do. I absolutely release her from all my protection, my noise, and all the assaults charges. I no longer need to know what she is reading, writing or thinking. I release you. I am Alberto Villodo 12:56PM 2-3-

Pamela E. Barman
thrchapmanreport.net
[o] 401-289-170

22. [**Note:** This did not work. We learned September 8, 2022, Alberto's guides were a group of eight thievery guides who all worked I collusion together. He could not undo any sorcery he had previously intended.]

No one individual is to really to blame because they all colluded with each other. No one understood it was over trees. Kayla Abbate, you did your mother's bidding for her like this? What is the fundamental basis of things?

Andrew Parsons, Cathy Wicks, Kathy Abbate, Rick Abbate, Kayla Abbate, Sean Abbate, Alisha Abbate, Kristen McMannis, Kaylie McCullough, Tom Hockaday, Bill Martin, Peter Kehoe.

They were always looking for nasty information on **Pamela Chapman** for slander and harassment. They include: Jackie Egan, Jed and Elena Wilcox, Jerry McIntyre, Carolyn DuPont, Lisa Goddard, Kate Fields, Suzie Nance. [Note: See other pages for lists of those in the houses reading and editing Barefoot in Heels from the Redwood Library Book Committee.]

You are allowed trees. We negotiated twice to rectify the situation. Finally, I said, *"Wait until I sell at the last negotiation."* I told Rick Abbate, *"It is the last time we would discuss the topic."* You don't know when to quit and slander, abuse. This is not the way to settle a dispute because it was already settled.

However, the husband, Andrew Parsons, brought it up again and said, *"If you want to screw with the ex-wife, and get her over those trees, here is her book manuscript. Let's get her out of bed at 6:00 AM (or 5:45 AM)"* on February 4, 20-21. Cathy Wicks claims at 1:10 PM on 2-3-22 she will answer to that statement.

Kristin McMannis, do you want to lose your professional licensing over this, over doing Kayla and Kathy Abbate's bidding for her for trees? Learn your f' lesson on professional credibility, professional demeanor, social norm conduct (moral turpitude).

Tom Hockaday claims he hangs out in the caves with Yogi Bhajan II (Guru Singh), Reinette Fournier, Tom Spear, Jennifer Klemmer, Tony Klemmer, Peter Kehoe and his wife, daughter, and David Kehoe, Mary B., plus 2 other Kundalini yoga teachers.

It is safe for sexual activity where no one knows what you are doing. He practices kundalini with Jennifer Klemmer. She is the spouse of another (Tony Klemmer). People in Newport thought he was gay and in an intimate relationship with Bill Martin, but he is not homosexual.

Alberto Villodo did not put them there but he knew they were there. Marcella Lobo knew also.

Technically, they are allowed to be in there, but if they didn't learn how to retreat, they never will. Ultimately the caves dissolved.

If Andrew Parsons, Cathy Wicks, and the Abbates were all in Tom Hockaday's house, how did they all get released to come and rattle Pamela's aura on Feb 4, 2021 They had to be released to assault Pamela Chapman.

Pamela Chapman
pmchapman@cox.net
[redacted]

Saul (Samuel + **Kathume/Merkle**) will expose something he never does: Jerry Slocum was to make sure you never ever returned properly. No matter what. We didn't care what he did. He was supposed to single handedly destroy you any way he wanted to, and Jean Gorham said, *"Don't you ever do that."* He said, *"I can, and I will, just watch me."* We figured if you really wanted to commit suicide, we'd make sure you did— or at least became flat broke.

So, you support the abusing ex-husband?

*"No, we support ourselves and that is just a secondary outcome."*

Do you believe in a divinity?

*"Jerry will never ever see any guiding realm in the future for what he has done to you."* On September 6, 2022, Jerry was sent to Metatron Kingdom for eternity.

When does he stop?

*"He has wanted to destroy any chance of you and Harry Gural ever getting together. He wanted to make sure everyone else knew you couldn't recover any relationship whatsoever."*

So Saul, what now?

I release Pamela Chapman, the victim and prisoner and so does Samuel, and so do Jerry Slocum and Michael Harner—who had no choice in the matter. We release you and stop our thievery and Stanley Chapman it is up to you now to deliver her to a safer place. If you cannot, it is not our ffault. The entire guiding realm will now help him because Saul will never ever return to this kind of Big Book Story again and neither will the guiding realm. Do we need Kathume and St Germaine?

*"They will step down and out of the ring and let others take over."* But, they did not.

Do we know who they area?

*"No, it doesn't matter."* They will take care of it now into the future.

Stanley Chapman you keep tightening her screws. It will work. It can work without him doing that. The realms will close. We can't assure her privacy if the realms are open. That is not true. How long will it take?

*"We can't tell you. If we do, some soul(s) will sabotage it."*

No, they cannot.

*"Ok then, within a few days we close it."* They always say that. It's a lie.

Pamela Chapman
pmchapman@cox.net
703-609-2323

*"No, we now have the permission and the go ahead from Melchizedek."*

We will work toward that. **11:57AM 2-3-22**

Yes, Jerry Slocum would have never supported Pamela Chapman, nor released her alive or dead. It is not a karma especially since she is in a last life time. She has no other lifetime to come back to balance it out. No one understood that she and her other soulmates go directly to Melchizedek at death and not into the guiding realm. That makes all the difference. We would have taken her hostage or prisoner on this side and we cannot. She is no longer of value to us. They failed to understand that.

If you are harassed after the realms close, it will be only one of a few people and we will work to quiet them and if they want to back stab you, they are welcome to, but not in here any longer. It is now part of their daily life routine to cause actual physical, emotional, and spiritual harm to Pamela Chapman. Andrew Parsons started this on 2-4-21.

If Andrew Parsons had not arrived, then Pat Fernandez would have brought you into Kamala's Table and the players there would have pulled you through. Andrew Parsons never had to play at all, and neither did the people surrounding him. They all got pulled into a story that didn't belong to them. **12:02PM**

Beatriz/Saul was working with Kamala Harris.  Grenville Craig had been working with Rusty Powell III for at least 20 years and Rusty Powell III was always associated with Carolyn DuPont at the Redwood Library, and the list goes from there…

Her manuscript naturally pulled in Happy van Beuren through the Redwood Library and then quickly by extension the Newport Hospital Foundation for obvious reasons. van Beuren is one of the hospital's largest donors. It would have happened without the book. The book just added to the thrill of the thievery of a fraud project, and brought more people and industry into the scenario. It pulled people into the drama.

*"I don't have freedoms to do or think as I please because if I do, I will be harassed to death.* **Why do you all imprison me in my own f' life?"**

*"Because Alberto Villodo wanted power."*

*"No. Jerry Slocum decided to make this a retribution for your book and for being a Twin Soul who actually enlightened.* **and he was not— It** *is a jealousy issues."*

*"No, jealousy is just an excuse for exercising power over another. Jerry Slocum, you have to pick on me in your death to be a* **bigger** *man in the eyes of yourself and all the others?"* **12:13AM**

Pamela Chapman
pmwchapman@comcast
401-862-9416

Marcella Lobo:  Let's settle the lawsuit because we can't do any work with anyone until it is settled. We can't do any sexual practices anymore because of the sexual harassment lawsuits, and we have Pamela Chapman to thank for freeing all these prisoners from the caves in the bowels of humanity because no self-respecting person wants to ever live there.

Remember to always brush your teeth Grenville Craig, and don't forget to floss either because after we retreat, and are gone, you might still be wandering in this space because you cheated so f'hard that you forgot to live out loud out there. No one will ever hear you except your Twin Soul. We will all be quiet, and you will not be.

Nan Moss:  No one ever thought you were those things Pamela Chapman—but they did—and look where you are now, and where you are not, Look in the mirror sometime Carolyn DuPont. Patrick Sullivan fixed you up nicely, and you won't say anything nice about Pamela Chapman. He didn't have any issue having you as his patient.

CP:   I didn't think she was anybody, but I guess I'm wrong. We'll have to reconsider our position at Caroline DuPont's fall talk, or at Alice Ross and Jim Ross's table.

Pat Fernandez:  We never called it anything. Pamela Chapman tried to call it The Firm or the Syndicate, and that's when Pat Fernandez said, it's either Kamala Nation or Kamala's Table.

Roger Kass:  We think Caroline DuPont, you have been a Shit Show of stupidity. We are all solving all of our problems, and you are not. I'm Roger Kass. You see, I went to Wesleyan University and we are all here together. So, don't go away. Just stay where you are, and don't say a word all day. We will retreat nicely on our own. You will not ever remember how we got to that place.

Alberto Villodo will always remember how he got tested by Pamela Chapman and David Vann because we will—and we can—sue for all kinds of legal and criminal liabilities. The Campbell Soup label scandal is still fresh on our minds.  So, he remembers it's all in the can because as Andy Warhol says, *"In our 15 minutes of fame and fortune we send you our bill for you own misconduct."* It starts at 10 digits before the decimal point.

Carrie Crosson Gilpin, only Johnny McEnroe knows for sure what that woman, Diane McEnroe, is really made of and from, and it's not all that pretty. So, John McEnroe's little brother will also get a special notice because he helped Carrie Crosson Gilpin take over the book typing –no, the sister, Diane McEnroe did. It was the sister, the wife of the McEnroe brother because Cynthia Parent stopped playing, Wendy Schmidt thinks that was the right move.

Be careful what activities you siblings get you into because they can—and they will— lead to legal liabilities.

Pamela Chapman
pamelachapman.com/net
Issue 2 of 16

Mark Halpern brought Carrie Crosson Gilpin directly to Pamela Dorman at Kamala's Table as a resource (not a member) after Pamela Dorman claimed she'd buy *Barefoot in Heels* for $14 million. Carrie Crosson Gilpin did two interviews supposedly for the *New York Times*, if it were Penelope Green of NYC and Newport, RI. Only Penelope Green gets to write about Social Newport for the New York Times. Pamela Chapman isn't stupid, but she played along—

But, you played too long. Now it's her turn to play her own game her own way at Simpson, Thatcher and Bartlett. It's a reciprocity of favor play.

When Infidel Kingdoms fall all the members fall together so their work can continue together.

Jana Jagoe:  She is now in that infidelity kingdom network, after all.

Tara Plochocki:  Thought she had escaped to Milwaukee, but she would not escape the Akashic Record space. She claimed she has no loyalties to Harry Gural. He claims total loyalty to her in the Akashic Record space. She is in there.

Tara Gragg and Steven Sabo have only escaped with Ida because she and Jana Jagoe are Twin Souls and will never be together as a Twin Soul couple ever, since they are now both infidelities and got on the way of another's unification.

Kamala Harris:  All of us at Kamala's Table will always support one another for what we have all been through except Pat Fernandez isn't really one of us, and she delivered you and Alberto Villodo to the tube and Happy van Beuren and her family isn't really one of us either, but we all now know who we are individually and collectively.

I can't remember who to thank for taking me out of my misery as Vice President of the USA because if it is Hilary Rodham Clinton, we won't forget.

Marcella Lobo:  Lahore is not in the Star Gate because he is not Pamela Chapman. You tested him at the Sumerian Well.

Kamala Harris:  Hilary Rodham Clinton says *"We will figure this out."* This is her classic answer to the dilemma of Kamala Harris and her resignation of her insurrection which is out of the social norms activity for a VP of the US Government.

Last night Kristin McMannis said unmistakably, *"Hilary Rodham Clinton never said one word about resignations. It was always the will of the people here who called for it."* When one read the notes, we will see that the call came from someone here, and not from her peer group in the House Ways and Means on Capitol Hill.

Pamela Chapman
pmschapman@verizon.net
1-401-862-9570

*<u>Beatriz the Guide</u> did everything she could to support <u>Kamala Harris</u> and be against <u>Pamela Chapman</u>

*<u>Pamela Chapman</u> wants <u>Michael Harner</u> or whomever she is in charge to permanently remove <u>Alberto Villodo</u> from her awareness to remove he and Theo others connected to her reading, writing and thinking.

How can these other people look themselves in their own faces? If you really want to know about intimacy, have your own bloody connections. Don't cheat by doing this. To know one's own humanity is the path of life anyway. If you must cheat and temporarily experience a different experience, read fiction, autobiography, history, and watch film so that you don't have to get involved. You should be ashamed of yourselves here. It's a <u>Thievery Ring</u> of lies and deception. 1-7-22 2:35PM

## Friday, August 13, 2021
### 9:03AM

She closed two windows in her house. Everyone heard the sound pf the windows closing in the <u>Public Commons</u>. They all knew that sound meant she was going to bed. **10:27PM.**

She arrived upstairs, and brushed her teeth. The conversation continued from 8:15PM regarding <u>Rob Mauer's</u> son, about 17, looking at her through his binoculars from the first floor window of a darkened room in his parent's house across the street. He has often looked at her through binoculars. He then signaled to <u>Rick Abbate</u>, <u>Kathy Abbate</u>, or <u>Kayla Abbate</u> to tent their hands because he has incoming information. He isn't allowed to tent his hands per instructions from his father who insists the lad is o.k., not dirty or rotten.

The kid is just not listening to anyone. The Portsmouth Police know who he is and what he is doing. In the past, the kid said, <u>Rick Abbate</u> paid him $50 to give him information on what <u>Pamela Chapman</u> was doing. Then Kathy Abbate bullies and harass her. She has said *'I know what you are doing. I know what you are looking at on your computer. I know what you are eating.'* They followed her around her house until they didn't see her anymore. <u>Tameen Saied</u> and <u>Alberto Villodo</u> dealt with this problem on or just after Feb 4, 2021. Finally, they get the kid to stop.  Other neighbors, <u>Paul Crab</u> and <u>Margie and Norb</u> claim—and <u>Cindy Kneller</u> also— *"We can see the kid in the dark window with the binoculars."*

These are true crimes. After everyone settles down, which is after <u>Rob Mauer</u> talks to the son, and he stops, <u>Kayla Abbate</u> starts doing something. It becomes a terrible cycle. She can't lay down. It is too uncomfortable because the sound on the background is loud and strong. The kid across the

Pamela Chapman
pmchapman@aves.net
101-216-2-69-10

street keeps telling her, he can see every move she makes.  So she took a pillow, and moved into another place in the house, but she notices not only can she not lay down, she can't lean back.

It is really insidious. It is a stressful process all night long to sit up and be terrorized. It is utter waterboarding. No one in a democracy would do this to another. If the Abbates and the Mauer son think it's f'funny, it is not.

Kayla Abbate and Kathy Abbate are talking under their breath with tented hands asking her revealing questions, mostly about having an abortion.

[Note: Every time last night, Pamela Chapman leaned back or put her head down, Alberto Villodo told Kayla Abbate that Kathy Abbate could then attack her under her breath to reveal a truth. She had to sit up all night. It exhausted her. It was Alberto Villodo and not Kayla Abbate talking under his breath with tented hands. Only Alberto Villodo knows how to do this properly, Pamela Chapman says he always talks on his exhale. The whole experience was torture and traumatic by people who can't stand her, but live next door. It was all over trees she planted.]

Alberto Villodo was responsible for last night's tyranny!

At 5:00AM, she says this has gone on for 7 hours. This went on all night. No one can talk these people off their platform of utter destruction over evergreen trees that have been taken down and moved. They finally met **Andrew Parsons** and **Peter Bramante** here. Tara Gragg, Island Moving Company, was there also, and her husband Steve Sabo, too, who ultimately talked her down after 2AM.

But, Andrew Parsons now has an utter burning desire with the Abbates to make sure they destroy Pamela Chapman at all costs. No matter what the question, they will keep coming back until she is dead and gone, destroyed.

We keep telling them that we will call the Portsmouth Police and file a complaint, but complaints do not have any teeth. We tried to explain to Kayla Abbate, 30, that this could destroy her professional credentials but she did not care at all because here, if they don't know you, or care about you, they feel free to destroy you, until the end. They are nothing, but a virus.

Finally, Andrew Parsons decides he will once and for all get out all this information about abortions and her sleeping with other men. It was nothing short of a witch hunt and Samuel said, *"Ok, let's get this out once and for all because she isn't allowed to sleep and even rest her head on anything."* She can't get out of here.  When she does, she immediately bounces back—that's because of an undertow. Jerry Slocum put that in, and **Jean Gorham** helped facilitate and manage it, and bring other people in. It was never meant to taken out.  Guides cannot explain it. Only one guide knew what it is and how it gets there. Samuel always used it. And after a victim dies, the victim is absolutely helpless, just like an Alzheimer's patient. Completely incapacitated. It is all in the 3rd eye.

Pamela Chapman
pmchapman@cox.net
401.662.9716

The undertow **is just another way of reversing a situation.** This is the way Samuel incapitates a victim. **It** simulates murder for the victim. No guide will ever fix it for you – They cannot. **Helen of Troy** can fix it (We learn later on she is really Samuel), so can **Tameen's** guide (Who is **Samuel's** right hand man, Kathume also known as Merkle). [**Note**: Jean Dixon (dead) actualy fixed it for Pamela Chapman, but it is the tail that wags the dog.]

If a guide fixes it, they get labeled the snitch. No one ever wanted to be the snitch. Then, Samuel ignores them in the future. Then, they can't play, and everyone wanted to play in these games just like all the humans wanted to participant in the Hate Crime.

They have the choice to just move back and stay away, or get in the act, and claim Samuel is too dangerous to ever get involved with. **The Game** is not to help the victim recover.

Macklin and Erin put Samuel away but good, and Samuel is never coming back. He's gpne to Metatron Kingdom permanently. That alone should have solved all the problems, but it was never enough to get the other guides to help Stanley help Pamela Chapman. It was Jean Dixon and her long-standing relationship with Nancy Regan who **sorted out the strategy used through the** 3rd **eye to incapacitate the victims.** Ronald Regan, Nancy's husband, was a past president of the USA. In later years, he contracted Alzheimer's Syndrome. Pamela Chapman always had her own theories about the experiences of people with Alzheimer's Syndrome and the energy realm.

**Jerry and Jerry** destroyed **Pamela Chapman's** 3rd eye in the same way as any Alzheimer's patient has a destroyed 3rd eye as witnessed on the other side during their death. They also called up all the past victims of Samuel and Saul and observed, they too, had destroyed 3rd eyes just like as with Alzheimer's Syndrome. With this type of incapacitation, one can no longer see, hear or speak into the realm either alive, or dead. This leaves one isolated in both life and death. Pamela Chapman is in this situation simply because of Kathume/Merkle and Samuel.

Her ex-husband had the same interest. He arrived on February 4, 2021 with the same intention to destroy her. His only explanation was, *"She divorced me and I didn't like that."* So, she is intended to be incapacitated by both her ex-husband and these guides simply because they wanted to play a game to destroy another. All the people who played just wanted to play along in what constitutes a global **Hate Crime** in real time 24/7 for at least 19 months. For that duration of time, it becomes more than a Hate Crime itself. It becomes a way of life for everyone. The victim is not just destroyed, but truly incapacitated, isolated, and destroyed as a human being, with no ability to earn a living.

She is intended to be incapacitated in both life and death because of this **Big Book Story**. Jerry Slocum was in complete control and he was committed to destroying Pamela Chapman just like **Andrew Parsons** was. Jerry had no good reason to destroy Pamela Chapman other than to get his chance to have power, where he had none. Jean Gorham, his twin mirrored him. **10:41PM 6-15-22.**

This whole situation is so out of hand. Jerry Slocum was committed to destroying you at all costs, and no one else had to play. Yet, they all did and committed the worst Hate Crime of all. Andrew Parsons was not the only one, and neither was **Alberto Villodo**, but they all played and joined in

Pamela Chapman
pmschapman@cox.net
401-662-0546

anyway. It was a huge feast of destruction on a person who did not deserve any of this negative attention.

The four guides on the other side: <u>Stanley</u>, **Jean Dixon**, <u>Macklin</u> and <u>Erin</u>, will do this until it is right. We will fix every past **Big Book Story** soul we find, and maybe a few former Alzheimer's souls because this destruction for a <u>Twin Soul</u> in a last life time is worse than death itself. **Jean Dixon** was able to fix **Ronald Reagan**. We will work to restore you. There is no one else in the guiding realm willing to do this. They all just stood by and watched. They wanted <u>Pamela Chapman</u> completely destroyed in both life and death for no good reason other than to show an exercise of their own power, which is their stock-in-trade. **6-15-22 10:46PM**

It was <u>Alberto Villodo</u> who made the deal with <u>Beatriz/Saul/Samuel + Kathume</u> that he would look out for <u>Pamela Chapman</u> in the sorcery realm, which is the middle realm of shamanic practice. There are three realms in shamanic space: the upper, the middle and the lower. The lower and upper realms are benevolent. The middle is malevolent and a place for thieves, sorcerers and black magicians. The <u>Abbates</u> and others included have said, "*If <u>Simpson, Thatcher and Bartlett</u> are going to sue me, I'll test her first, the whole night though, just to make sure I tested <u>Pamela Chapman</u>, and finally win our war on certain information.*"

No amount of questioning revealed anything about their questions. Six men's names appeared as people she had slept with – mostly college and after college. It was no big deal.

Then, they moved on to, "*If you are a cheat, and you cheated in college.*" It's all the same old stuff. The conversation about open book exams and <u>Cynthia Rizzo</u>, Hartford College for Women explained beautifully and <u>Jason Wolfe</u>, Wesleyan University said you can't cheat on my exams anyway, and she learned after the first semester at Wesleyan how to take a critical analysis exam, and she has remained always steadfast in a head space of compare and contrast like no one can. Once she knew what she was doing, no one can say she cheated on anything. <u>Jason Wolfe</u> said, "*If she didn't get an A, it was for nothing anyway,*" and someone asked if she got straight A's on these exams, i.e. perfect scores. Never does she get a perfect score and that's usually what cheaters are looking for.

When <u>Myra Edelstein</u>, Salve Regina University, said, "*Oh, International Political Economy guy says she knew exactly how to integrate information to write these papers, that's why she got an A,*" <u>Myra Edelstein</u> said, she always wrote them at a level of much higher performance than her typical students and she and <u>Myra</u> remember the time she would have Xeroxed her midterm exam paper and passed it around to say this is how you write these, but that's another story.

No one thinks you are a cheater because if she had made mistakes she made them at 19-20 and never did it after that, or something like that. But we all know that all these assholes in Newport, RI are cheaters, liars, scum bags who do such atrocities on <u>Pamela Chapman</u> and each other every f'day in ways <u>Pamela Chapman</u> cannot play. They force her to justify her own life at every turn and they get away with everything.

Pamela Chapman
pmrchapman@xxx.net
401.862.9470

Lisa Goddard thinks this witch hunt is over because Andrew Parsons is screaming uncontrollably that Pamela Chapman and others did not understand that he has a serious mental health problem when he is obsessed with her and he can't put the *Barefoot in Heels* book down because he gets himself all worked up here. Then, he calls himself down by reading *Barefoot in Heels* dialog because to him it is a fantasy conversation with Pamela Chapman despite any of the topics.

[Note:  Later, it is revealed he puts himself into a trance state by reading the book, and from there falls asleep all while holding her to a loud toxic energy laser gun with her as the target. When this happens, she can't sleep, or even lay in bed.  She sits up often in the bathroom on the edge of the tub with a pillow on her stomach and a towel on her head for protection, her feet on a rug – Gabby Bernstein said that was the best way to insulate your outer koshas for protection.]

[Note:  This is a serious mental health problem called **dialog dystopia** that is so typical in mental health that he should already know that no one will ever take him seriously ever again.  **Dystopic conversation** is never a condition of fantasy anything and never does replace real life. He is living in a fantasy land that claims he has unfettered access to destroy and ruin his ex-wife's life because some guides on the other side are having some Shit Show war and are using this woman as a vehicle for something we can't imagine. This man is then rifling out that situation to ruin her unmistakably. Yet, he has no remorse, no quilt, no anything to say his behavior lays outside of social norms. We are Newport Mental Health, and **no one will ever think Pamela Chapman you are mentally imbalanced for screaming and declaring your life is over. This man is uncontrollable, and so are all your neighbors. Everyone you ever knew stood behind him.** Alberto Villodo, Grenville Craig, Harry Gural, and all the others, all supported him and pledged their loyalties to him 9:20 PM 2-3-22. We can't imagine how to live moving forward, if these guides on the other side can't release you. You are in a prison of Andrew Parsons'' doing and you can't escape. Harry Gural—while he might be a soul mate—has pledged his loyalty to the Thievery Ring, and as such, to that man. 9:21PM 2-3-22.]

Harry Gural wants to go on the record 02-03-22, as saying he is just not that kind of man. Yet, this thievery business that Ways and Means threw him into has caused so much irreparable damage to so many people it is just not who he is. He got stuck in a bad situation that made him fear for his own safety if he ever spoke out against anyone, and especially for Pamela Chapman, who he was directed to destroy first through her book. Then financially, socially, and emotionally through Tara Plochocki, Barney Frank, Linda Plochocki, Kamala Harris, Bobby McDermott who seems to have been Tara Plochocki's handler as she was mine—Harry Gural, with her mother and father who Barney Frank knew intimately through masturbation and other activities of Ways and Means. 9:29 PM 2-3-22.

Andrew Parsons has a pattern just like Peter Kehoe when he puts himself into some trance state— [Note:  Peter Bramante is said to have taught him how to put himself into the trance state.] **The only way to calm himself down is to read** *Barefoot in Heels* **until he falls asleep. In the morning, he is always better. By nightfall, he is always back to the same place.**

[Note:  If he is dystopian in dialog, is he depressed? The guides say no. He started drinking alcohol with Carrie Crosson Gilpin in November – December, 2021. Could he suffer from addiction? Yes. He has some copycat syndrome. He claims to have had some mama years ago, but not really. He has addictive relationship issues regarding how to end and walk away.  That is a maturity issue related to maturation of relationships and how to maturely handle oneself. It's been ten years and longer, and he is be becoming more and more obsessed and

492

addictive. The manuscript became its own addiction, so did the trance state. So was all the fantasy dialog as if he and she were still conversing to one another.]

Harry Gural's father—No, that was Michael Harner— is going to guide him because the last night two former girlfriends, Elizabeth Dickinson and one from the Kennedy School all claim they can't understand what has happened to him. Elizabeth Dickinson would not mind dating him again. But each claim socially speaking, Pamela Chapman had a more privileged clothing, a Mercedes.

Then, each said, *"You might be too fancy, and preppy for him,"* but, he said, *"If the woman from the Kennedy School were single, he wouldn't mind dating her again."*—Actually, not for a lot of reasons, and she knows it— She is not. They all had to remind him he was in some reciprocity or relationship commitment with Pamela Chapman. Sexually speaking, he was to have no traumatic, unnecessary or confused sexual connections. He seems to have forgotten. But, if he really meets someone, he can get it back.

So, Michael Harner as Myron is going to guide him because Zenia Theresa as Samuel can't figure out what to do with him.

Alberto Villodo is so utterly over-controlling, and Marcella Lobo was teaching Kayla Abbate how to be obnoxious with sorcery. In this case, asking these questions under the breathe with tented hands.

Well, it is because Simpson, Thatcher and Bartlett will sue them on behalf of Pamela Chapman.

The lawsuit conversation shifted so quickly—so dramatically— in such a way that they all say,
    *"If you sue me, I will best you, and kill you first."*
    It's a witch hunt like you have never seen.

Nothing makes up for people in one's community that claim to be family-first, church-going Christians who are having a little cocktail hour enjoyment every day at Pamela Chapman's expense.

No one thinks Pamela Chapman is a bad person, just the victim of horrendous crimes on par with German concentration camps, and other huge Hate Crimes against humanity.

Last night Sean Abbate/Rick Abbate, 57, claimed, he had a gun pointed at Pamela Chapman's house and Kayla Abbate, 29/30, said, *"She had a sling shot with a rock that she was pointing straight at Pamela Chapman's flat face."*

These were repeated several times. They were direct attempts at claiming with the proper instrument they were prepared to shoot to kill. The gun was a butane lighter, but it didn't matter. From a distance it looks like a gun. The Portsmouth Police know the whole issue is over arborvitae trees, and is so overblown. They, and Andrew Parsons, don't know when to drop the storyline.

Andrew Parsons had to admit to several affairs of the heart – sexual experiences with five other women since his divorce. Don't forget adding the three marriages here since October 2021 live total.

Pamela Chapman
pamelachapman@comcast
16146-24954n

**Pamela Chapman** has not even had a date since 1983. Her <u>Twin Soul</u> was married to another and has not spoken to him in over ten years. She claims she is incredibly free of any sexual appetite with anyone. It allows her to walk into any situation anywhere. We had that conversation with <u>Malala</u> a while go.

[**Note**: Of the book, *My Name is Malala*.]

**Zenia Theresa /Samuel** got **Beatriz/Saul** to agree to have **Andrew Parsons** retreat. He can go into the caves with **Carrie Crosson Gilpin**. They can read *Barefoot in Heels* every night. **Linda Stephens**, MS, LCSW, thinks he is a mental health case of obsessive compulsive disorder where he can't even walk himself down from an obsession or an obsessive moment without reading *Barefoot in Heels*, which is just conversation in his head with his wife.

In **Andrew Parsons'** family, his father had two brothers by two different men. There were children in the family from three different men with a total of 6 children. The mother had siblings from at least two different men. He abhors abortion on what he claims to be religious and political reasons, and thinks anyone who has had one is morally corrupt.

His **Aunt Barbie** says, *"I had something like a coat hanger abortion. So, if I'm morally corrupt, he loved hanging out with me."* She had children by two different men.

**Andrew Parsons** is the only child of four that had two children –or any at all, and now says, *"I didn't know she was writing this all down."* **Simpson Thatcher and Bartlett** told her to write it down – That was mostly **David Vann, esq.** and **Marie Rossie**.

**Linda Stephens** says, *"Andrew Parsons has so many issues, he won't be able to retreat probably ever, and Pamela Chapman and Harry Gural can retreat right away, but Beatriz/Saul can't let her ever do it because Saul made a pact with Alberto Villodo's that Pamela Chapman would always be with him here."*

**Harry Gural**: I won't be with a woman like **Pamela Chapman** because I never like quality women like her. Just disconnect us and give me to **Michael Harner/Myron.**

**Pamela Chapman**: No problem. I don't like being with a man who judges me by my appearance. I will decide my own style after all. If you don't like it, that is your issue not mine. I can be my own best friend. So, no issue being without a man in my life—and I am not gay either.

Your daughter claims, *"I left the house early this morning to have coffee with Hope because it is too much to bare."* She will work toward moving out. If her mother buys a new house, she will move in because she doesn't want to live anywhere near **Rob Mauer's** son who is using binoculars to look at the house.

**Rob Mauer**: I'll really work on that one because we want everyone to live together finally, but not like this.

**Zenia Theresa /Samuel**: Every night she is not allowed to sleep. Why is that exactly?

Pamela Chapman
pam.chapman@aol.net
860-662-9990

Alberto Villodo:  Because no one else sleeps and Pamela Chapman claims it's a corner stone to wellness and diet. But no one wants her to sleep because they all want to stay awake and play these pre-Kundalini Crossing games.

Pamela Chapman:  Aren't you too exhausted to work or play?

*"Obviously not. No one thinks you are the villain they make you out to be."*

Happy van Beuren says, *"Just publish the damn book because, if I hadn't been such a block, this all would never have happened."*

Andrew Parsons:  If she sues me for medical malpractice, I deserved it, but the money won't come from me. It comes from insurance at Anesthesia Associate of MA. It won't break my piggy bank.

David Vann:  Not really. You are meant to feel the complaint, and liability insurance only goes so far.

Mark Halpern:  I don't ever want to see your f'face because Carrie Crosson Gilpin isn't really related to me.  She is an agent of my own doing. I never thought she'd go this far to re-type *Barefoot in Heels*, the book every night so Alberto Villodo could have it in his digital files in his 3rd eye.

Andrew Parsons is trying—just like Paul Kipnes did with his music sound recording—to get *Barefoot in Heels* into his head in an automatic, self-play re-occurring manner.

It will destroy his brain, his job, and all of his relationships. Where are Andrew Parsons' father and mother in all of this?

They don't want to participate because they took his side and none wants to talk to them either. Stanley Chapman has been talking to Michael Harner/Myron who is a seer but needs to wake up his glasses.

All these people including Grenville Craig, Sandra Craig, Alberto Villodo, Marcella Lobo, Harry Gural, Andrew Parsons, Cathy Wicks don't really understand how to live there, only here. It is destroying the community where they live and play and work.

William Parsons:  I'm not coming home this month. Come see me instead, because no one wants to be around my father anymore. We will all retreat. That will seem to be everyone's story.

No one is really moving at the moment.

Kathy Abbate:  I don't want to ever see you outside because I know you are real and you know I am real, but since we never speak to each other, I can destroy you because you are not any part of my community even though you live next door.

Pamela Chapman
pmchapman@comcast.net
401-662-9556

David Vann:  You said you can be fluid if you need to?

Pamela Chapman:  Yes.

David Vann:  You are going to start to be more and more fluid every day.

Pamela Chapman:  I already did. All it did was… well, it surprised people. Harry Gural can't accept my Facebook request. I changed my LinkedIn profile, and wrote publisher, and added Ardmore Press.

Kathy Abbate, wants you gone from Facebook.

Pamela Chapman:  No way Jose. I'm not going to do that. I have gone private, but I am still there. I have many Social Newport contacts she could never have.

Kathy Abbate:  I'm not on Facebook. Alish is the only one because she likes it. Kayla is also there.

Kathy Abbate is not on Facebook because she destroyed too many people in the beginning. She complained about people. They all noticed. They didn't like her. They dropped her. So, she dropped everyone else. This sounds just like the Jana Jagoe story.

Andrew Parsons still says in his Facebook caption that he is "divorced". It is his obsession to be divorced.

Cathy Wicks:  I can't marry a man who is obsessed with his first wife, and he is obsessed with sexual activity

Pamela Chapman:  What is his trigger for sex?

Cathy Wicks:  Anything. Watching an intimate scene on a screen. (A nurse agrees), drinking wine, after being on call.

It reminded her of an old tale from the middle ages of when men went off to war:  They put a rock in their woman's private parts to make sure no other man would violate her while he is away. When he would arrive home, he checked to see if the rock were dislodged. If it was, there would be hell to pay.

"Never ever did Pamela Chapman even have an indiscretion," she said.

They said, "You aren't supposed to speak."

Pamela Chapman
pamelachapman@cox.net
101-org2-99 DO

She said, *"Shoot me, because I do not know the rules."* She asked, *"What difference does it make for the answer to a question? Whether I tell you the truth or a lie, it doesn't really matter to you. You made up your own story, and you want me to own your f'story. I only— and I repeat— I only own my own story. Period."*

<u>Pamela Chapman</u>:  So, <u>Jana Jagoe</u>, own your own f'story. Whether I say yes, or no, it doesn't matter. If I lie to make this moment easier, it doesn't matter at all.

<u>Jana Jagoe</u> is going to say, *"Yes, I was at the house because that's her story, not <u>Pamela Chapman's</u>."*

Half the realm says <u>Pamela Chapman's</u> said, *"Yes."*

Who the hell knows, because <u>Samuel</u> can manipulate the answer, if he wants to destroy her.

So **what about** this ridiculous besting game, anyway and what the hell does it prove?

It's the barrier of entry to turn the game of besting or gossip into slander for slander's sake. It's the game of destroying a person for sport.

<u>David Vann</u>:  It doesn't prove a damn thing.

<u>Beatriz</u> says, *"It's true. I've set <u>Pamela Chapman</u> up so many times against her will for atrocities. Believe your own f' stories. Do they make you feel better about yourself?"*

Actually, no. In the end, <u>Pamela Chapman</u> still lost it all, and they look like jackass jerks that no one ever wants to be around, but they still all socialize together.

So, if you see trophies like his, remember **Andrew Parsons**, **Kathy Abbate**, and **Rick Abbate** said, *"I will force you to tell us you had an affair with <u>Donald Jagoe</u>. Then, I will force you every day to admit to something, and I will smash your head in every day with a brick and a board until you are dead."*


<u>David Vann</u>:  **Harry Gural** says he is now on some shit list with <u>Tara Plochocki</u>.  You bested both of them. You have destroyed his relationship with <u>Tara Plochocki</u> because you have actually determined who has been at the heart of all of this:  two reciprocities of relationship, one husband, one immediate neighbor, two girlfriends and one wife accessory.

<u>Harry Gural</u> and <u>Pamela Chapman</u> are getting an odd hot flash. [<u>Note</u>:  That is kundalini energy.] That means you and I agree to something, and we achieved the goal.

*"Says who?"*

<u>Zenia Theresa/Samuel</u> told <u>Harry Gural</u>, *"Someday, you and he would get so damn hot it would tell you the game is over. That is now. This is the second time this morning. Well, then, it was over a little while ago—last May."*

Pamela Chapman
pmla.chapman@comcast
860 460 8489

He agrees. *"She did not get the hot flash story."*

*"This is a terrible transmission territory but you can come to Cambridge for a love weekend* <u>Harry Gural</u> *if you want to,"* says <u>Beatrice of York</u>.

**2:30PM**

Remember, this whole <u>Thievery Ring</u> is really an extension of February 4, 2021. That was all about the agenda of <u>Andrew Parsons</u>, <u>Cathy Wicks</u>, <u>Kathy Abbate</u>, <u>Kayla Abbate,</u> and <u>Rick Abbate.</u> All these secondary and tertiary people with their own agendas got involved—when they never had to enter into the affairs of another. No one would really help <u>Pamela Chapman</u> when they could. It was a universal <u>Hate Crime</u>.  It involved a <u>Guide War</u> of the guides against <u>Samuel</u> and <u>Saul</u> who are really <u>Beatriz</u> and <u>Zenia Theresa.</u>

<u>Saul</u> said, "I *sold* <u>*Pamela Chapman*</u> *up the river for* <u>*Kamala Harris*</u>. *Then, for* <u>*Alberto Villodo*</u>."

It is not surprising <u>Harry Gural</u> showed up. He and <u>Tara Plochocki</u> were aligned with <u>Kamala Harris</u> and so was <u>Happy van Beuren</u>. It was a perfect storm. When you add in the <u>Redwood Library</u> and the <u>Newport Hospital Foundation</u>, that too is <u>Happy van Beuren.</u> It wove itself together with <u>Andrew Parsons</u> in a redundancy of perfect opportunity never to be excused or eliminated.

There were so many side shows, but if we could have only resolved the original source people of February 4, 2021, we'd have saved ourselves so much grief, but, you all enjoyed it so f'much. It far exceeded reality television. It seeded a <u>Hate Crime</u> complete with gossip, slander, fraud, gross misconduct, malignancy of the highest order.

<u>Pamela Chapman</u> had to expose too much about herself. It was completely unnecessary. No one on the face of the planet should have had a book manuscript stolen, distributed, and then read the way it was. It seeds, plants and waters, the worst <u>Hate Crime</u> in literary publishing history.

You, and <u>Harry Gural</u> can't connect anymore. You and he might meet through <u>David Vann</u>, but he thinks <u>Roger Kass</u> knows a better way.

<u>Tara Plochocki</u> broke up with <u>Harry Gural</u> because <u>Harry Gural</u> can't best <u>Pamela Chapman</u> and get removed from the <u>Thievery Ring</u>. [Note: Oh, yes he can get removed, and he did.]

Pamela Chapman
pම.chapman@cox.net
ID: 400204116

We got a kick in the butt for thinking <u>Pamela Chapman</u> would marry him so he would not to be sued. But as of today, you will sue <u>Harry Gural</u>, <u>Pamela Chapman.</u>

*"No, she will not."*

<u>Harry Gural</u> didn't want to be real for you, only for <u>**Tara Plochocki**</u>. He's not real in real time for <u>**Tara Plochocki**</u> either because he told her, *"I will never to meet you **again**— anywhere."* [<u>Note</u>: The law firm, where she is a partner, has a senior partner with whom her mother initiated into kundalini practice. He has a female handler working at the same firm.]

*"You will eventually fall from grace, **<u>Pamela Chapman</u>**,"* <u>Alberto Villodo</u> said earlier today.

<u>Annette Burke</u> understands that you, <u>Pamela Chapman</u>, and <u>Alberto Villodo</u> have a different relationship than <u>Alberto Villodo</u> had with her, a woman who was a former student whom he told he would marry someday and be her mentor.

Now, he thinks <u>Dan McDonough</u>, <u>Pamela Chapman</u>, <u>Emily Parsons</u>, and <u>William Parsons</u> need to understand that <u>Andrew Parsons, MD</u> had an agenda years ago that <u>Pamela Chapman</u> couldn't align with, but people like the <u>Abbates</u> and <u>Patty Gibbons</u> could.

<u>Larry Gibbons, DO</u>: We don't ever want to see your f'face again because you and we know you are real. We didn't ever want you to believe what you heard about anything, so we made so much up and then we worked to destroy you and the relationship you had with your children. Now, <u>Patty Gibbons</u> thinks <u>Andrew Parsons</u> was the worst thing that happened to you, but really it's just a long line of stupid men to whom you say, *"Get the hell away from me."*

**<u>Dan McDonough</u>**: <u>Larry Gibbons</u> step aside. <u>Patty Gibbons</u> isn't getting fired. I don't do that. I just sit back, watch, and remember what happened here, also happened there. **<u>Pamela Chapman</u>**, you are right to say, *"Those who meet in here are the same there. At their core, they are the same people."* <u>Andrew Parsons</u> will never be welcome at Portsmouth Abbey School, but you will so don't ever shy away— even though your children are long gone from here. Scars were made. They were a long time ago for all of us.

**<u>Bobby McDermott</u>**: We don't ever want to see your f'face ever again because I can't and won't pay for legal fees but <u>Kamala Harris</u> is the one to blame.

**<u>Dan McDonough</u>**: <u>Rusty Powell III</u> has to do restitution to Tiverton and Sandywoods and all the others before he dies. In the end, what happens here will happen there, and if you are sitting silent and someone is trying to read to you under their breath, what do you do, <u>Kristin McMannis</u>?

<u>Kristin McMannis</u>: We just listen and forget, because <u>Saul</u> said, *"We will mess with the truth until you stop."*

What answer will satisfy your curiosity anyway?"

Pamela Chapman
pmschapman@gvis.net
401.662.0450

**Kristin McMannis** replied,  *"I don't ever want to read people's bank accounts anymore because at the end of the day, it means nothing to know how I live, but only how I play."*

You will ask the SEC to sanction me professionally for what I did to you, **Andrew Parsons** and all the others.

Kristin McMannis exchanged financial information for sexual favoritism in a sexual abuse scheme in at Tom Hockaday's house where Peter Kehoe and Yogi Bhajan II /Guru Singh where making sure fraud, slander, harassment, sexual abuse, and assault were occurring nightly. It's all fraudulent activity. Kristin McMannis, you were at the center of that Thievery Ring.

**Peter Hatfield, US Trust, Providence, RI**:  I will take this under advisement and give her legal counsel. [Note: His son works for Slocum Gordon, Newport, RI, Jerry Slocum's firm].

Yes, you will, because if we sue **US Trust** and parent company, **Bank of America**, it will be a major legal lawsuit, and **David Vann** knows how to do that. Or, it can be just against **Kristin McMannis**: the twit and private citizen who forgot to both zip her computer and her mouth because no one should consciously give that information away ever in the **Public Commons** where the eniter world can hear it. Nor, should it have traded for sexual favoritism.

**Andrew Parsons**, will anything new allow **Pamela Chapman** to sleep day or night?

**Andrew Parsons** said, *"Yes."* But, he wants her to know, *"I will always find you there— somewhere—and harass you, and abuse you in some way…"*

What about his reading of her book here?

He will seek payment of some kind through **Anesthesia Associates of MA**. The practice's central location, called Boston University laboratory, is where **Andrew Parsons** can do his own research on how he could become a better anesthesiologist. If you sue, **Pamela Chapman**—and you will— **Anesthesia Associates of MA** will have to pay. Then, they will put him to work in the Boston University Laboratory. Since he is too snarky for his own good, then no one will be with him in the operating room.

**Boston University Laboratory**:  She knows the people.

**Ross Musumeci, MD, MBA**:  It's not the people. They have computer work and digital files of health records that need reviewing periodically. He can do that. No one wants to see him in the operating room ever again. [Note: That sounds exactly like Steven Punzak, MD's company, One Medical Passport.]

Pamela J. Chapman
pamelachapman@cox.net
16(401)249-5116