Tara Plochocki said *"Roger Kass and Happy van Beuren made her realize you were real to them. No one thought you'd hire Sullivan and Cromwell. But, Simpson Thatcher and Bartlett is too real for Campbell Soup. These people are your people. So, it's real for all of them."* [Note: Kamala Harris had an issue with Harry Gural being real for Pamela Chapman, and Pamela Chapman being real for Harry Gural.] I'm going to think about what to do in the future without being a law partner in Washington, D.C.

Betsy Karmin, esq: That's a good idea because we don't respect or like you here in Washington, D.C.

Cathy Wicks: I completely understand what happened to you. I am now happy not to be engaged to Andy Parsons, but I still love him just the same. The family can't stand him.

Kayla Abbate: I completely understand my parents aren't really supporting me here, and that I need to f grow up fast because litigation does that to a person. *"I won't bother you ever again,"* she claims—but she does.

Patty Doyle: No way Jose, I can't stand Andy Parsons, but I never knew you. I think if you have AB as a yoga teacher, then so do the rest of the people, and without a proper yoga teacher, no one is going to do yoga ever again. You are a different breed of yoga student.

Donald Macado agrees because, *"We are all high vibrational and enlightened, and you are not."*

Kathy Abbate and Rick Abbate: Will step aside, and await legal counsel instruction—They don't want a major lawsuit, but they deserve one. (Their home went on the market 29 days ago. It is June 16, 2022. It transferred August 1, 2022. They still reside there as of September 9, 2022.)

Marcella Lobo won't bother you or anyone associated with you because a legal lawsuit shames and blames herself as the sorceress of the Thievery Ring Workgroup. She steps down and aside, but not really.
Grenville Craig thinks Marcella Lobo will curse you down.

No, because if Marcella Lobo does, she will be surprised at her own responses to Pamela Chapman at the law firm of Simpson, Thatcher and Bartlett. She is actually talking to Alberto Villodo today. This is a major improvement in their interpersonal communication.

Alberto Villodo will completely retreat on his own shortly. You won't ever hear from him again unless you are chewing, brushing your teeth, or urinating. He has to identify himself, and you can either listen or tell him to go away.

Pamela Chapman: Go away today and every day right now!

Alberto Villodo won't cave. He knows you, Pamela Chapman, will sue him.

Pamela Chapman
pmichapman@cox.net
401-965-2951h

502

He said, *"I have to downsize my life anyway, and I don't know what to do with all the money."* He knows you know his intentions for it, and you would be the better steward of it than Marcella Lobo.

[**Note**: He seems to desperately want to give you all his money.]

**Deborah Chapman**: No way will this work, but see what happens. It's a **Varley family** troubles moment.

In the end, it's always those closest to us that causes all the trouble. All that sex, fraud and money is just about what they always aim at and you were so exposed, but you will recover because Dorienne Farzan claims they got a taste of their own medicine. In the end, you will get a significant sum somehow, somewhere.

Publish the book, so you aren't defamed by improper editing and reading.

It's always publish or perish.
**4:30PM**


Lahore (Alberto Villodo) was responsible for last night's harassment aimed at Pamela Chapman. He was talking and whispering under his breath with tented hands such that Kathy Abbate and Kayla Abbate was talking, or he was putting Kathy Abbate through the channel.

**Alberto Villodo** committed unspeakable acts of treason and disloyalty toward so many innocent people and kept the door open until Andrew Parsons was ready to arrive to take over:

- It bothered Pamela Chapman's nervous system.
- She was so exhausted. Alberto Villodo told Kathy Abbate and others every time she leaned backwards or put her head on a pillow, to attack. Pamela Chapman never slept last night and tried to sit up at attention from 10:25PM – 5:05AM – 7:25AM – 8AM. She was utterly exhausted. It was all under the control of Alberto Villodo.


**2-4-22, 10:24PM**
Roger Kass tried to dump a digibox in Pamela Chapman from Kamala Harris, and Becca Bertrand dumped a pulse ring in her abdomen, and Monique Burgess and Tom/Cole Burgess at the same time dumped a pulse ring on the outside and a pulse just inside her vaginal canal. She received three pulse rings total on that Saturday afternoon while taking a 4PM nap. Kathy Abbate was a person who daily stimulated Pamela Chapman's vaginal area, as if it were a rape. She was on some rotating circuit of women in the Thievery Ring to stimulate Pamela Chapman vaginally every day. This was set up by Alberto Villodo in October 2021.

502

Pamela J. Chapman
pamelachapmanpress.net
101-662-9516

On 2-4-22, 10:29PM, **Erin Hennessey** found all of it in **Kathy Abbate** not **Kayla Abbate**. Kathy Abbate became a constant person at the Thievery Ring, but Kayla Abbate was the name always in the public eye. Kathy Abbate did that to protect herself legally.

## Friday, August 13, 2021
**7:50PM**

For about one hour, when **Pamela Chapman** was trying to nap, but didn't, they started the usual loud noise that prevents her from sleeping with something aimed at the face and the throat. She quickly knew who was involved:

> **Alberto Villodo**, **Marcella Lobo**, **Tara Plochocki**, **Tara Gragg**, **Peter Bramante**, **Andrew Parsons**, **Bobby McDermott**.

Someone said they are working on tented hands and it became probable that they were shouting through tented hands. It was a re-play of yesterday with **Kayla Abbate** and **Kathy Abbate**.

Shouting is a lower vibration of singing, and when **Harry Gural** tied to get **Pamela Chapman** to sing with him, the energy in the headspace didn't quite go to the third eye and she stopped saying, *"I'd rather talk."* It requires the ability to push your energy up beyond the 3rd eye. It is an energy register familiar to professional stage, theater, and opera singers.

When **Pamela Chapman** was singing with **Harry Gural** she recognized that the energy moves completely into the head. You can't actually hear yourself sing. It is not a trans-state of altered awareness. **Pamela Pantos**, Opera singer and former ED of Newport Music Festival said, *"Opera singers are trained to:*

1. *Never sing alone, so someone can pull you out, and*
2. *Always consciously switch your voice box and energy into a singing or talking state such that you are never sub-consciously reflex to a sorcery state.*

*"For some,"* **Pamela Pantos** said, *"the sorcery realm ruined the ability to sing opera properly. You have to re-train your voice box to sing at higher pitches you once knew, consciously switching off lower vibrations."*

Last night, **Marcella Lobo** said she told **Kayla Abbate**, *"Use tented hands because Alberto Villodo wanted to experiment on Pamela Chapman to see what this does to the body sexually or in the nervous system."*

- It doesn't do anything on raw sound, but when tented, it vibrated on the face, sometimes the mouth or the throat.
- If he shouts and moves his hands over his throat or mouth, that is the direction it goes.

Pamela Chapman
pmelchapman@cox.net
401-662-9541

- **Then** he talks under the noise when she is the most uncomfortable and he asks stupid questions.

All the Yogi Bhajan II/Guru Singh Puir students know what this is. **Yogi Bhajan II** was nervous **Pamela Chapman** would get this because **Daniel Orlansky** trains a lot of yoga students in yoga teacher training to recognize what kundalini yoga is and is not. Do you, or would you say, never do this?

It is not singing. It's lower vibrational shouting in the sorcery realm.

When **Pamela Chapman** "hums" under the breath lately, **Harry Gural** has gotten exceptionally nervous. He learns from **Tara Plochocki** that **Pamela Chapman** knows what is coming later. She is tripping his switch into an active state of sorcery realm awareness like a ticking of a gas stove would signal the upcoming activity of masturbation or something like that.

It's the Tara Plochocki and Harry Gural Game. They agreed that together they would best **Kamala Harris** and rule the sorcery realm about one year ago and certainly from April 30-May 3rd onward because he didn't realize he could leave after he had arrived.

Tara Plochocki and Bobby McDermott agreed to best **Pamela Chapman** and **Kamala Harris** and rule the sorcery realm. Tara Plochocki really thought they could easily best Pamela Chapman because *Barefoot in Heels* was dead by morning light every night, and **Harry Gural** could wrap her around his fingers every day. This was their shared vision except **Tara Plochocki** always betrayed that trust between them, and **Harry Gural** was too loyal to their cause of destroying **Pamela Chapman**.

[Note: This means Tara betrayed Harry, and Harry betrayed Pamela, and neither bested Pamela nor Kamala nor ruled the sorcery realm.]

When **David Vann** and **Marie Rossi** arrived, it got too real for **Tara Plochocki**, and she bailed or thought she did because she also knew she couldn't best **Simpson Thatcher & Bartlett** and her law practice was at stake.

Tara Plochocki, esq. was becoming aware she couldn't best Pamela Chapman nor Kamala Harris, but thought as long as Harry Gural and Tara Plochocki were together nothing would touch them legally because Harry Gural would get Pamela Chapman to not press legal charges. **David Vann, esq.** made her nervous.

Tara Plochocki says, *"I can't best Kamala Harris, Harry Gural, nor Pamela Chapman, and I stopped."* This trance state is hard to modulate from or pull yourself away from and many including **Tara Plochocki**, **Bobby McDermott**, and **Tracey Jonsson** want to masturbate after doing this.

Pamela Chapman
pmuelchapman@cox.net
101-602-9210

When <u>Linda Stephens</u> asked early this morning, how to pull <u>Andrew Parsons</u> out of a trance state, no one knew what that was, except for <u>Frances</u>.

How did <u>Frances</u> know?

All kundalini students in the realm knew it, and they were hiding in a cave, but <u>Cindy Kneller</u> across the street should have known.

*"It didn't occur to me,"* she said.

<u>Cathy Cesario</u> said, *"It won't help you, not now, not ever because you are too high vibrational for me. I can't help anyone who doesn't need my help in the sorcery realm."*

<u>Alberto Villodo</u>: I'm just f with you because I wanted <u>Harry Gural</u> to show you who he was. He was a man devoted to <u>Tara Plochocki</u> and her antics. The same way I am devoted to <u>Marcella Lobo</u> and her antics, but I promised to always help you—**but he never did.**

<u>Pamela Chapman</u>: You betray me. Your trust doesn't mean anything, or it is a perverted, everyone was always saying we are going to…

<u>Alberto Villodo</u>: I think I am helping you by hurting you and teaching you a lesson.

He will destroy you <u>Pamela Chapman</u> so what is the point?

Everyone was always saying, *"We are going to do shamanic dancing later,"* and **Pamela Chapman** was always saying *"Well, what is that really?"*

The only answer she received was, *"Masturbation sex"* because ultimately that's what many want to do afterwards, which they do until they wear themselves out.

[**Note**: We think it was <u>Alberto Villodo</u> and <u>Tara Plochocki</u> who always said not to say anything about what was really happening.]

[**Note**: This dialog was occurring at a time when she had no idea, no concept of <u>Kundalini Crossing</u> which she did not know about until October 2021, this is August 13, 2021.]

<u>Frances</u>:   <u>Beatriz</u> always knew you'd figure somethings out, but never this. I want you to know that you knew so much all along. Yet, no one filled you in. You had no opportunity for right relationships ever, not with <u>Alberto Villodo</u>, <u>Andrew Parsons</u>, or <u>Harry Gural</u>. You can't do anything  until <u>Beatriz</u> steps down and goes away. She refuses to permanently leave.

<u>Alberto Villodo</u> said to **Marcella Lobo** last night, *"This will finally do her in. I'll expose and we will be free of her legal team."*

Pamela E Chapman
3919 chapthen@aol.net 5.761
1st June 2018 for

[**Note**:  She had not real idea of what shamanic dancing or a shamanic dance card until January 2022]

[**Note**:  Everyone was nervous of <u>David Vann</u>, esq. of  <u>Simpson Thatcher & Bartlett</u>, but it did not stop them.]

This morning, that is not what ultimately happened. Too many innocent people got involved and <u>Pamela Chapman</u> was too overly exposed in ways not normal or healthy for her, her children, or the community. It destroyed everyone except she was just plain exhausted from not sleeping and for several nights being awaken by all this noise.

<u>Beatriz</u>:  I can't stop myself from shamanic dancing but I must because <u>Samuel</u> will pull yet another string. So, I am going away naturally by morning light – by nightfall which is now.

This is exactly how <u>Kundalini Crossing</u> is occurring. Yet, she had absolutely no idea and no one would tell her and shamanic dancing is kundalini spiraling. Yet, she had absolutely no idea of even what that was or could be.

<u>Frances:</u>  I can't imagine how you will get on moving forward, but the money from the book is probably not going to come. No one wants to actually pay for the book.

<u>Beatriz:</u>  It's what <u>Frances</u> claims, and now your children will have to make do with a set of parents that have been destroyed by their own doing. No one will ever help you. You said you have no respect for them, and they have none for you. *"I told you, you won't have any friends in the end, and this is the end."*

<u>Samuel</u>:  This is the end because I told <u>Harry Gural</u>, *"The end would arrive when he got a serious hot flash of energy, and it happened this morning."* He was told this months ago when he tried to leave, and I told him, *"You must wait until the end, but he got hot with you before (in May 2021) but he didn't think that was the end of anything.  He finally understood this morning when <u>Tara Plochocki</u> broke up their partnership."*

She said, *"I am no longer playing this silly game because it will ruin my law practice and <u>Simpson Thatcher & Bartlett</u> is real to me, and <u>Pamela Chapman</u> and <u>Harry Gural</u> you should be real to each other."*

**8:25PM**

All the noise has stopped temporarily.

We can't see where we are. We don't know where we are. They can all hear us, but we cannot hear them. This happens to <u>Pamela Chapman</u> all the time. They all hear her. but she cannot hear them. It means <u>Beatriz</u> is f' with her.

No, <u>Alberto Villodo</u> is adjusting her hearing.

Pamela Chapman
pamelachapman.com/net
linsse-2019n

Now all of us will experience what it means to be quiet except if she reads, writes, does banking they all know everything. No Alberto Villodo set it up that way because he wanted to know everything she doing. It started immediately after March 8, 2021.

Alberto Villodo and Marcella Lobo can't see or actually hear you.

Pamela Chapman:  I try to say I will only communicate consciously and otherwise those silent thoughts should never be there.

Beatriz:  I will fix that right away.

She never does. It is Alberto Villodo that set it up and is extremely difficult to fix because Jerry Slocum has created an undertow for all to mess with.

[Note:  In June 2022, we learned of the 3rd eye "undertow" takes away your sight and your hearing, and gives all your information away of the Akashic Record realm as if you are leaking everything in real time all the time,all thoguths, words, actions. They destroy you.]

Alberto Villodo will have to stop all his activity with you.

*"Don't respond."*

Chewing, brushing your teeth with Alberto Villodo will stop immediately and all other ex parte communications with those you are suing will stop also because you will harm your own cases which is what they all wanted to achieve last night but actually did the opposite.
Harry Gural can't speak to anyone here until he decides if he is actually here or someplace else. His father—No, that is Michael Harner playing the part of Myron and fooling he and the family—will help him, but he and Tara Plochocki are through because she decided you and he were actually a decent couple.

Everyone claims they can't face anyone anymore. Ok. we'll see.

No one wants to see Sandra and Grenville Craig. Newport Polo doesn't want to look at Kristin MacManus.

Jackie Egan:  No one knew you were so smart.

Alberto Villodo, I told you you'd figure something out. All those people will get their day legally speaking and, Andrew Parsons will succumb to his own tragedy of divorce. No one wants to face you—or anyone else—until the law suites are over.

You won't see Alberto Villodo ever because David Vann said, *"He and Marcella Lobo are actually classic cases of fraud and sexual abuse in all realms of society."* Gretchen Carlson agrees and Simpson Thatcher & Bartlett did the case with Roger Ailes. So, we will get you money tout suite.

Pamela Chapman
Pamela@pamelachapman.com
(401) 662-9426

Tara Plochocki:  I don't want to ever know Harry Gural in the flesh because you and he were meant to be together, and I ruined you and he.

Harry Gural:  I know who you are now, Pamela Chapman, and I bested you in 1980 and you bested me in 2021. It took a while, but we are now even. I'm into fasting and she isn't, not yet.

*"I'm going to the milk store, Love, tonight"* is Harry Gural's way of saying he and Tara Plochocki are up to chicanery.

Harry Gural:  I didn't see or speak to you until I know what happens with David Vann.

 Michael Harner —said, *"No, he and Tara Plochocki are done, and you will notice a difference in everything almost immediately."*

## Saturday August 14, 2021

Stanley gets to be a reciprocity guide.

Lorraine Florio Ohlsen is stunned and stupefied because he—Stanley Chapman, had the least money of them all socially in the church neighborhood social group. It's connected with the halo this game, this day, gave him.

Major antics with Alberto Villodo, Grenville Craig and all the others, including Harry Gural and Tara Plochocki.

Harry Gural and Tara Plochocki had some deal early this morning that claimed, if Pamela Chapman fell from the Celestial temple into the sorcery realm, Harry Gural would swap places with her and leave her there and he would stay in the Celestial Temple permanently. This is because his birth father, Myron Gural, was replaced by Michael Harner. He didn't realize it.

Pamela Chapman
pam@chapman.com.net
(860) 333-7899

This might be the lynchpin of the guiding story:   Saul said, "Rusty Powell III's guide is an old reciprocity of mine, and we'll always be together on the other side. No one in the guiding realm can actually see him. Erin Hennessey gets nothing when she tries to look him up. There is no reference file on him. Why can't anyone see him?"

We straightened that one out in June 2022.

He was a scout that got overlooked too many times. He is counter intelligence, a spy. The guiding realm network won't allow him to hide anymore and be unaccounted for in this guiding realm. Beatriz what the hell did you do with his guide? **10:58AM 2-5-22.**

Rusty Powell III is not the only one with the problem now. Christine Bush now has the same problem. Yes. They have been swapped out and replaced by the whole Guiding Realm because no one can actually account for their guides.

They have gone missing, but not actually gone.  Rusty Powell III has many shamanic tools and abilities, and Christine Bush acquired them for herself from Harry Gural. What happened to their guides is not uncommon to two initiates into a Thievery Ring on both sides. The guides were completely replaced and forgotten by the entire Guiding Realm. No one said one word not even their lineage.

Both guides got dumped into the 3rd house. No guide said one word until now. We will always remember that Pamela Chapman said something about Rusty Powell III a few times—even yesterday—and no one did a thing until she typed these four words:  *Michael Harner is the one.*

He is not the one. It is Jerry Slocum who is the one, and now we will always remember that in a Thievery Ring someone else always takes the fall for what you have done, but that means you do the same for another. Harry Gural, you took the fall for so many, and Pamela Chapman took the fall for you in this Big Book Story. We are all done and all through.

Jerry Slocum and Rusty Powell III knew each other socially in Newport, Rhode Island in real life, and on the board of the Redwood Library especially as his father may have started the Book Committee. Carolyn DuPont worked for Rusty Powell III in Washington, D.C. at the National Gallery in Development. She took credit card numbers for events. It's a perfect closed loop of circuitry.

Wendy Schmidt claimed sponsorship in the Celestial Temple for Harry Gural. Pamela Chapman was his sponsor, and his true reciprocity of relationship. He traded her with Alberto Villodo so she could be in the Akashic Record space and he could be in the Upper realms. Wendy Schmidt them kicked Pamela Chapman out so she could **Kundalini Crossing** in the **Star Gate**. She is also in a Jonathon Karp **Thievery Ring** with Ways and Means.]

Wendy Schmidt claimed Harry Gural spent the night talking with her [as a prelude to, or simultaneously with Kundalini Crossing]. Wendy Schmidt knows Harry Gural better than Pamela

Pamela Chapman
pamelachapman@cox.net
401-462-0516

Chapman, and somehow his definition of relationship is all about besting the other which is what The Game is all about. Except, we in the Celestial Temple are in Reciprocity Nation, without any besting. Harry Gural thinks he bested Pamela Chapman in college by dropping her then and snitching on her now. If that is true, he failed to truly understand The Game.

She claims, *"I just walked away. That's not a true besting."* Now, that she has bested him on more than one occasion, he says, *"I'm no longer interested in her."*

Wendy Schmidt says, *"He knows better than to try to best her."*
> [Wendy Schmidt belongs to a Ways and Means Thievery Ring and made sure Harry Gural and Pamela Chapman never got together. They were there to make sure Pamela Chapman who founded the Star Gate could never get in there, or be a couple with Harry Gural.]

> [Wendy Schmidt became intimate relations through kundalini with Harry Gural. She wanted him to be her kundalini lover. She always said, *"Just remember, I live on Park Avenue and you live in the trailer park zoo, so we can be lovers but never social together."*

> That is the essence of kundalini in the sorcery realm. They played the same game with Jonathon Karp, CEO of Simon and Schuster because Wendy Schmidt belongs to his Thievery Ring.]

Harry Gural requires a parent at 62/63. Pamela Chapman claims she is not at all interested in besting the other especially in quality and intimate relationships. She doesn't keep score, but Harry Gural and Tara Plochocki are always keeping score cards. After all, her father pitted each against the other, almost like two opposite sides in the same war.

She quit the race the other day, but if Harry Gural wins, they do not win together.

Wendy Schmidt:  You and he are the only reciprocity that understands each other.


Alberto Villodo is a major lawsuit in the making. He is so compartmentalized in his various psyches. He allows all the Thievery Ring members to pile into Pamela Chapman via her lucid dream state to attempt to play with her psyche.


Grenville Craig, Sandra Craig, the whole Craig family were tagged in **Pamela Chapman's** mouth. He bits her tongue, cheek, lip every day for 10 years. **He sticks his finger in her ear all the time, right from the start.** [Note: Then, he told Andrew Parsons, and he did the same thing. He still does in Feb 2022.]

Pamela Chapman
pmrchapman@cox.net
pamela2015.co

She has told him repeatedly every day, every year, *"Cut that out. It is obnoxious, low vibrational and not in keeping with a Twin Soul leadership narrative."* She also has told him, *'It is not polite for a woman to be doing that."* She could tell it is uniquely a man's action.

Alberto Villodo scratches her head, and neck, places his hands in a certain way on her upper chest when she is in the shower. He likes to hear the first song on her car radio when she is in her car. *"I just like that about her,"* he claims. *"It puts me in a good mood,"* he says. It is how he charts his day out and figures out her psyche.

Pamela Chapman started in a Twin Soul Celestial Temple, and fell into the sorcery realm when everyone fell last April 2021. The Star Gate in June 021 would have returned her, but those in the Star Gate keep kicking her out, or not really letting her in.

Harry Gural ran away from Pamela Chapman so ffast because he can't deal with strong women of reciprocity like yourself. *"Gypsies, tramps and thieves"* is his new motto.

Samuel: Harry Gural is in your 3rd eye, and will stay there permanently. Jerry Slocum, keeps taking him out and replacing him with all the other thievery women. We now know it was Jerry Slocum who caused the most harm.

In human life, it is the shaman who plays The Game of the Guide from this side and not the other. So, if you want to play God and play the power game, be a shaman in human form. Then when you die, decide not to play the game of thievery because the guides will always win out through their own power game and their own thievery rings.

Who is Alberto Villodo really?

He is a human shaman. No, he is not a true shaman. He has tricked students and others into believing he is a true shaman. He plays The Game to win at the business of being a premier global shaman educator, and the business of selling illegal drugs: marijuana, cocaine, ecstasy, hashish, and other pills. He lives outside the laws of the USA.

If you want to win The Game you must possess sorcery technologies and use black magic tools indiscriminately to out maneuver another person. You must play God as a sorcerer, a wizard, a black magician. But, when you die, leave all those skills on the human side, and become a man who then becomes a guide.

Pamela Chapman
pchapman@cox.net
401-662-9516

Pat Fernandez was caught writing all of this down while Pamela Chapman was editing it on 8-23-22. That was about two hours ago. Now, she is blabbing indiscriminately in the Public Commons to so much crowd roar of all the secrets shared by people at Kamala's Table. She is claiming she did not get the leadership training or skills then that she needed to get a position of leadership in the Biden administration. She is saying Lindsey Grant said something about Pamela Chapman having an abortion at age 17, and Samuel is going crazy over the information.

Tim Hollister, esq. told her to stop or else she would be convicted of additional crimes, but she cannot stop herself and refuses. She wants all the fame and glory for herself. Pamela Chapman tried to tell Samuel that the shame he was trying to inflict on Pamela Chapman is misplaced because shame is a very specific hertz vibration of an aura. It is science nothing more. It is not an emotion or a feeling. And she is an enlightened woman so to say she is a sinner and despicable is so misplaced. Lindsey Grant says I step down because I divulged it all and I have no more. She is worse that a snitch. She is nothing a nobody. David O' I can't explain it. It all sounds like Pat Fernandez. She also said Lindsey Grant is never going to understand that she had to take the triple crown of glory for herself because she had no other trophy for herself in The Game and she had to win at all cost, and this is her trophy. The only person who had to balls to claim it at Kamala's Table.

Ok. This is really poor leadership, Pat Fernandez. You have just destroyed yourself most of all. Pamela Chapman remains unscathed by this. No matter what you say. No matter who you are, you wear this stain on yourself, not me. I wear nothing of this. Congratulations you walked to the side to take up the ex-husband's agenda. After all, he swore he had absolute proof of her having an affair with Don Jagoe, and she did not. You have completely colluded with the ex-husband and the Thievery Ring. 1:17PM

John Piexinho now says Pat Fernandez you have just proven to all of Newport RI that you are exactly the person we suspected you were, and never ever do you join our clubs for anything ever again. She will be replaced next year as the Chair of the Newport Flower Show. That was already in the works.

If the only way Pat Fernandez think she can succeed in Social Newport is to take down Pamela Chapman in a besting war like no other, then Pamela Chapman holds all the power in Newport like no other. Pat Fernandez is desperate to win at something. *"If no one could best her this way, I will. I win! I win!"* Wow! Never would Pamela think Pat had to do this to Pamela Chapman in order to be someone in Newport. Pamela doesn't think anyone in Social Newport personally cares, but it demonstrated exactly who Pat Fernandez is. She will never likely gain any ground what so ever in Newport, RI, ever again. So, stay out of morning water aerobics at Baileys Beach. You have polluted the pool.

Both Jean Gorham and Pat Fernandez are past presidents of the Garden Club. Both had serious faux pas' all over Social Newport including boards. So, as much as Jean Gorham really demonstrated to all of us the insecurities she has, lack of social power, and the low self-esteem, she forced her way

Pamela Chapman
pamelachapman@cox.net
401-662-9870

to become the #1 sorceress of Newport behind and beside <u>Jerry Slocum</u> to prove she was really someone important who truly did hold all the power in Newport.

Now, <u>Pat Fernandez</u> is standing right next to her claiming, *"I too need to hold all that power. I will take down <u>Pamela Chapman</u> in the most profound way possible to demonstrate I held all the power at <u>Kamala's Table</u>, and now I hold all the power in the realm."* <u>Pat Fernandez</u> she is a disgrace of her own doing. There is a reason why <u>Michael Fernandez</u> is in Calgary, Canada instead of in Washington D.C. What happened to your jams and jellies business? What happened to the fiction book you authored? You claimed you had a book coach, an agent and a publisher. What happened to your executive MBA from Wharton? What happened to the corporate boards you said you were going to sit on? 1:25PM

She just won't shut up about <u>Pamela Chapman</u> having a DNC. <u>Tim Hollister esq.</u> will take over the conversation **1:26PM 8-23-22**

There is so much slander here. It is a setup for so much harassment and additional abuse.

Ok, <u>Pamela Chapman</u>, you told <u>Alberto Villodo</u> he has to learn to be a man first, and a shaman second. That is exactly what he will do moving forward. The same is true of <u>Harry Gural</u>. He became a shaman of high abilities, but he needs to be a man first and forever. He is <u>Melchizedek</u>, a person of high intelligence. The one who knows the wisdom. They are the intelligence of the universe. They will be counter intelligence for both sides. **12:05PM.**

<u>Michael Harner</u>: I came to this story by accident. No one told me what or how to deliver the goods. I played it my own way. Now, I realize I did so many horrible things. Why would I resurrect myself in front of all the others?

Because if you do not, you will never ever see the light of day in this realm or any other.

<u>Rusty Powell III</u> says I want to say three things:
>   <u>Diana Slocum</u> always told <u>Pamela Chapman</u> to hire me to run the Newport Art Museum. That is a position I would never have taken.

>   No one ever knew exactly what I did until this year. I had so much ability to work through so many people who never knew each other or my connections through them.

>   <u>Bobby McDermott</u> will never be me, but he is in line to do all the things I did. He will never succeed like me because he can't copycat me, and neither can <u>Tara Plochocki</u>, esq. nor her parents. Her father, <u>Steven Plochocki</u> is more powerful than you think, even if it is just as a masturbation technique partner. He can be a sly one. No, he cannot. He does not have the ability. It is his wife who cleans up his messes, and is the jerk off of the people. <u>Wendy Schmidt</u>

Pamela Chapman
pchapman@gmail.net
101-02-2-9510

is the same with <u>Eric Schmidt</u>. In business, it may be the men, but in thievery it is his often the female partner in crime to deliver the goods—like no one else can.

<u>Lori Lantiere Johndrow</u> claims, *"Your husband is a sly one,"* but I am the business woman and together we run a thievery practice because of his participation. I'd close my business, but I cannot buy out the investments. It is the business of my daughter-in-law to work out—or just declare bankruptcy and move back to Florida.

<u>"No, it is not necessary,"</u> because <u>**David O'Leary**</u> claims, *"He and <u>**David Johndrow**</u> had no business together. Yet, that man <u>**David Johndrow**</u> came after me last night like no tomorrow."* <u>**Pamela Chapman**</u> knows nothing about it. <u>**David O'Leary**</u> claims, *"That man has no scruples. Then, <u>**David Johndrow**</u> can be the next <u>**Andrew Parsons**</u>, if you need a new victim. The rest of us are all done and all through, and have no interest in <u>The Game</u> in any proportion. <u>Pamela Chapman</u> and all her contacts have been overplayed and then some. Move on, and get yourselves a new life. We all have no interest in any part of <u>The Game</u> any longer."*

*"<u>**Pamela Chapman**</u> can play detective, but we know it is all about **lawsuits** for her. For us, it is just our lives. So, get the hell out of here, if you can. Never look back, because—if you stay here—you will become the thief of today and tomorrow. What you are here on this side, you will be here on the other side, unless you get out. Decide which side of the equation you are on <u>**Alberto Villodo**</u>, and get the hell out of here."*
<u>Alberto Villodo</u> claims, *"I never wanted to be a thief, but I liked all the money, but now that I will die, and I not take it with me. I can leave it to <u>Pamela Chapman</u>, and get on with the rest of the endings."*

<u>Nola Ganem</u>:  So why are you willing to leave all this to <u>Nola Ganem</u>?

<u>Alberto Villodo</u>:  No, she and I will separate.  <u>Nola Ganem</u> and I never associate.  I will do the same with all the others.

<u>Alberto Villodo</u>, you had every opportunity to claim proper associations in this game and at every turn you did the wrong thing – or you chose demonic activity.

That was my old game, and I will be different.

<u>Alberto Villodo</u>:  No, that is your game until the end. That is your soul and how you deliver on both sides of the equation. 12:17PM.

<u>Harry Gural</u> wants to go on record. It's not <u>Harry</u>. It's <u>**Wendy Schmidt**</u> who say, *"We never wanted to be thieves, we were just bored with our lives, and now that we are here, we realize how influential we can be—not just with our money and a foundation—and we just love playing this game of demonic activity. And, if we kept <u>**Pamela Chapman**</u> and <u>**Harry Gural**</u> apart, we enjoyed ourselves even more, but now that <u>The Game</u> is over, they need to realize that if they are to be together, they must decide very quickly, otherwise the opportunity all dissolve and **disapp**ear just like real people do after a party."*

Pamela Chapman
pamelachapman@cox.net
101-6629546

<u>Harry Gural</u>:  We got that one covered <u>Wendy Schmidt</u>. I will never live in a trailer park zoo, and your energy is not as high as it could be to be a kundalini lover and partner like you always wanted. It is your relationship with your husband that is the problem and not anything else. **12:21PM 2-5-22.**

<u>David Vann</u> knows you cannot do anything until you move on from here.
- The work belongs to <u>David Vann, esq</u>. It will arrive, as soon as it is safe.
- I will also work with him to get the book published.
- <u>Marie Rossi</u> can help with the other project, i.e. shopping in St. Tropez and coffee in NYC with <u>Harry Gural</u>.

**The Ardmore Book Company, and the Ardmore Book Club, are the new ABC's of publishing literary fiction. So, learn your ABC's properly**, or as someone screamed, *"Learn your ABC's right f fast <u>Pamela Dorman</u>."*

<u>Pamela Dorman</u> says, *"Everyone thinks they can do my job."* <u>Pamela Chapman</u> is savvier than that, so watch out. She doesn't want to be you. She is an M&A queen, a CEO of distinction, not a SVP of publishing.

Is <u>Grenville Craig</u> gone?

She had to put water in her mouth and flush them all out, identifying them one by one, and then spit them down the drain of humanity.

All by 10AM.

It's just a typical Saturday in the resort community of Newport, RI and its surrounding towns, with all sorts of commuters and tourist class people. When will those f tourists go home because we live here 12 months a year, after all. We raise our children here, and work here when we want to. Trust funds and endowments abound.

Asset class protection people is the new moniker. Everyone wants to be one of them. They create their own definition. But, really private banking is the only kind of person <u>Pamela Chapman</u> will ever be moving forward, especially with these lawsuits, and the snitchery of <u>Kristin MacManus</u>, who runs the mouth in here like a water faucet.

Pamela Chapman
pamelachapman@cox.net
401-862-9591

**Marchella Lobo**:  I don't think there has been a woman like **Pamela Chapman** in my husband, **Alberto Villodo's** life before.

And there never will be again, not after he gets sent to a federal penitentiary and she relieves him of 98.5% of all of his assets—after all, he said, *"She could have it all."*

### Sunday, August 15, 2021

Last night at 10:00PM **Pamela Chapman** went to bed and discovered that someone had stimulated her genital area to a degree that she was always stimulated to urinate instead of becoming sexually active. Eventually, **Alberto Villodo** fessed up to it. Trying to get him to correct it took hours.

**Donald Jagoe** and all the other **Twin Souls** were back in the Celestial Temples except for **Pamela Chapman**.

The party at Marble House for **Antonia Chapman's** birthday tried to get into the act but cleverly some made sure these affluent girl-women of wealth understood that their parents and family needed to pull them out, and that **Pamela Chapman** had created much opportunity for understanding of themselves, their lives, and opportunities moving forward. [Note:  We did not know they belonged to the **Thievery Ring** Workgroup.]

**Harry Gural:**  You and I are never going to speak directly about what happened except through **David Vann, esq. Kamala Harris** has so many sorcerers in her life that could attack us. It's **Alberto Villodo** and **Marcella Lobo** who would attack us together with **Kamala Harris**, who **Jerry Slocum** helped unconditionally.

**Jerry Slocum** knew that if **Alberto Villodo** and **Kamala Harris** knew **Saul** was out of the guiding realm, they would reveal some undeniable truths. But, they did not, because **Beatriz** had already revealed everything. They all wanted to play at a higher stakes table because **Kamala Harris** wanted to be president of the United States, **Marcella Lobo** wanted to be CEO/President of **The Four Winds Society** and Cocaine University. **Alberto Villodo** wanted to have a private life which got destroyed when **Marcella Lobo** learned **Alberto Villodo** equals **Lahore**.

The cocaine runners came through the harbor master at East Los Angeles harbor. They are Central American immigrants that use some phrase like, *"I work for Lahore, but no more."* If they forget what to say they always remember *"La Whore"*. It is not Lahore, India it is **Alberto Villodo** as the whore in

Pamela's Institute
pmchapman@cox.net
[redacted]

and from Central America. They are on foot, and arrive individually, just as he said at <u>Kamala's Table</u>, not by boat, container ship, nor air strip. That is too sophisticated.

<u>Pamela Chapman</u> was attacked by an extremely sharp and intense wall of energy at 5AM this morning. It was initiated by <u>Alberto Villodo</u> and <u>Marcella Lobo</u>. It failed to produce anything. *"He has impeccable energetic strength."* they said. But so does <u>**Pamela Chapman**</u>, -- not really.

[**Note:** The entire realm has broken her down so many times, she is ruined for life now. No, she is not, but she thinks she will never recover, and <u>Laurianne Florio</u> what did you get for that one? Because on the early morning of 2-5-22, <u>Laurianne Florio</u> took a different name and attacked her. She said, *"I will finally best her once and for all."*]

What they all learned was that people with really strong leadership skills and personal agency can hold their energies in ways others cannot. They do not tolerate such absolute bullshit.

<u>Alberto Villodo</u> has always said, *"<u>Marcella Lobo</u> doesn't work as a CEO of <u>**The Four Winds Society**</u>, and to take over this business after my death, <u>Pamela Chapman</u> is the only woman I could partner with. As a result, I do not allow her a relationship with <u>Harry Gural</u> or any other man. I want to make sure she knows, she only belongs to me."*

<u>Marcella Lobo</u> got in the way when she found out that <u>Alberto Villodo</u> was <u>Lahore</u>. He lost his personal private life, and together with <u>**Marcella Lobo**</u>, and he and she became thieves and goons.
[**Note:** <u>Pamela Chapman</u> would have never ever wanted to take over <u>The Four Winds Society</u>, and while this is similar to a <u>Roger Ailes</u> situation, this was to make sure she and <u>Harry Gural</u> would never be together. 2-5-22 1:59PM]

<u>David Vann</u> called for the local police to go and arrest <u>Marcella Lobo</u> and <u>Alberto Villodo</u> for aggravated assault with intent to manslaughter. <u>Alberto Villodo</u>, <u>Harry Gural</u>, <u>Pamela Chapman</u>, <u>David O'Leary</u> would sign the arrest warrant. No one would actually do this except everyone knows <u>David Vann</u> and his whole office will do something through a harassment lawsuit initiated by <u>Pamela Chapman</u>.

They will ultimately pay the price. <u>Alberto Villodo</u> claims she doesn't care because <u>Pamela Chapman</u> says it will finally free him from the tyranny of <u>Marcella Lobo</u> whom he claims he never loved nor who is CEO material. <u>Pamela Chapman</u> said, *"She isn't board of trustee material for Esalen Center—the property <u>Alberto Villodo</u> claims he owns personally."*

<u>Pamela Chapman</u> said, *"Esalen and <u>Marcella Lobo</u> were not a good fit together. <u>Marcella Lobo</u> isn't a good fit for any nonprofit board of trustees— anywhere."*

<u>David Vann</u> wants you and <u>Harry Gural</u> to know, *"No one believes you and he don't fit together here."* But, no one wants to allow it.

Pamela Chapman
PHbschapwrld.com.ln
407.662.9956

**Pamela Chapman** says, *"Now, it's the entire Guiding Realm,"* because when **Harry Gural** and I are together, we create Divine Love, Peace, and Unity. It is stronger than most other relationships. Everyone jealous.

**Pamela Chapman** you are fine. (No, she is not.)

**Michael Harner**:  If **Harry Gural** claims he'd rather date someone from the **Kennedy School** because he dated her before, it's because he'd rather date you, but **Tara Plochocki** doesn't allow it— neither will all the others.

**Pamela Chapman** said, *"It is just like no one wanted to cut my grass, but once it was cut, they all got over it and moved on."* It's just a harassment tactic. She can't stand such nonsense anymore or before.

Alberto Villodo:  You are the smartest little shit I ever knew. I don't think I didn't like or respect you, but I didn't, and I couldn't, because I didn't with **Marcella Lobo**, so I cannot with you either.

**Pamela Chapman**:  So, this woman took your balls and your personal agency?
**Alberto Villodo**:  If I didn't acquiesce to the demands, then she makes my life miserable.

**Pamela Chapman**:  Send her packing. I've told you this, but you are too co-dependent on her and your own misery. You don't want to free yourself because I did, and it cost me everything, but I am free (No, she is not). At least I thought I was until February 4, 2021, when I learned **Andrew Parsons** had stolen my manuscript in August 2019, and my life in Newport, RI through the secret life of that book, *Barefoot in Heels*. It probably was the wrong title. *"Oh, well. I can't change it now,"* I've said repeatedly. But, if the book had been called something else, like *The Beech Tree* or *The River*,  no one would really remember it long after they awoke, or retreated from this dream-like fantasy state of lies and make-believe.

**Alberto Villodo**:  **Harry Gural** has no idea just how wide spread he has been manipulated by saying Mt. Airy last night. [Note:  Bill Gural's Mt. Airy was to see if he was in a trance state and was of sound mind and body. That was August 14, 2021.] He was saying this to his brother, **Bill** and presumed father, **Myron,** but **Myron** was really **Michael Harner**. It was a code the father created years ago that allowed them to say they were ok, and were aware of what was happening. BTW, someone is in real time trying to actively do this to **Pamela Chapman**. She has no such code word about anything— anywhere—anytime— with anyone.

**Pamela Chapman**:  We had done the same, but **John Parsons** the drunk, older brother destroyed that secrecy. We will re-create something new in the future for **Pamela Chapman**, **Emily Parsons**, and **William Parsons** so that never ever happens again.

Harry Gural:  I wanted you to know that I never ever wanted to harm you, but the game got so intense and I couldn't back out of it.

Is it like **Patti Hearst**?

Pamela Chapman
2016.chapman@gmail.net
401-662-0676

Harry Gural:   I didn't have any idea. I knew what I was doing, but I didn't get out of it, and I thought one day I'd best them in a way that would allow me to escape.

**Pamela Chapman:**   But, you were trying desperately to escape on your own, but you couldn't. You needed a family member to sponsor you out of the realm. **Pamela Chapman** told you several times, *"You had to be pulled out. Harry, you did not understand The Game."*

**Harry Gural**:  If I start talking to you, you would become too real for me. We tried one night out loud, and I couldn't do it because I knew you were real, and I couldn't become real yet.

   *The Velveteen Rabbit*:  When do we become real?

   *"When we are old and tattered, almost at our death, which is a huge mistake."*

**Harry Gural**:  I tried to tell you that I am actually very attracted to you, but no one would let me. Then, **Alberto Villodo** and **Marcella Lobo** took over, and attacked **David O'Leary**.

**Pamela Chapman:**  Wherever this realm starts an attack of one kind, it always transfers to another, for a stronger more acute attack. We are creating a horrible human and **Guiding Realm** of thievery. People will be destroyed. No, only **Pamela Chapman** will be destroyed.

**Pamela Chapman**:  **Samuel** always remained as the victim and perpetrator's guide from the other side. We now know exactly who to blame and shame for all of this, and we will get this taken care of right away today or tonight because these guides will lose their sight in the 3rd eye.

It takes up to three generations to restore the **Guiding Realm**. It wilnot this time.

**Jean Dixon** says, *"We clean up Pamela Chapman's 3rd eye right now."*

**Jonathon Karp** comes to the summer galas at the Redwood with **Esmond Harmsworth IV** and **Jonathon Karp** visits with **Jim and Alice Ross** and received his own copy of all the stolen manuscripts. That is completely illegal in the publishing industry. 4:05 PM June 2, 2022.

**Pamela Dorman** wants to know how do we know this about the illegal copies **Jonathon Karp** receives and reads? He admitted to it, and so did **Esmond Harmsworth IV**.

**Jonathon Karp** said, *"I read all the copies, and enjoy reading them. The only difference between the manuscripts that get published and those that do not, is just that. There is no difference in quality. I just print what I want to*

Pamela Chapman
pmcchapman@comcast.net
401-662-9710

*print. The ones that get stolen are all overlooked, but no worse. It is the luck of the draw."* He claims, *"I have a whole big pile of them."*

What makes it illegal? Is it just industry standard, or it literally against the law?

*"It is illegal to take a manuscript sent to a literary agent and give it to a publisher without the author's permission. A publisher has no right to read it, if the literary agent has turned down the representation."* **George Tobias, esq**. knows that for a fact. It is not copyright infringement. It is stolen intellectual property, but is more than that. It is not a violation of a contract, but it is a violation of agency of representation.

**Esmond Harmsworth IV** is completely guilty of several infractions of that law. It is agency law and he is a Harvard-trained lawyer. He can't say he didn't understand the law of agency. The essence of being an attorney is agency and brokering contracts for another. He is in violation of all of that, and he has been involved with the **Redwood Library** in this way for almost 20 years. He 54 years old. He and his partner live at the end of Bellevue Avenue at Four Winds. **Jonathon Karp** is always visiting in the summer. Both graduated from Brown University. Both attend the **Redwood Library** gala together.

**David Vann, esq:**   No one is immune from this story moving forward because there are too many criminal acts that have taken place.  We will prosecute to the fullest extent of the law whether it is my firm, or yours. We will work to make this safe for authors moving into the future. This is one of the worst cases of fraud that turned into a universal global Hate Crime of the highest proportion.

**Pamela Chapman** went to the dentist today. She could not take her annual exam, only a cleaning because everything they said to her was put into the **Public Commons**, and commented on. So not only did she turn down an exam 3 months ago, she turned it down today. The woman said, *"But, you are overdue."* She would have told the dental hygienist, if necessary, *"The energy realm is too unfriendly to me today. I cannot allow it because everything anyone does with her or say to her, is put into the Public Commons realm. Then, they slander, harass and abuse her in it."*

They actually tried to make the dental hygienist nervous so she'd never work on **Pamela Chapman's** teeth ever again. This is all to prevent her from her own self-care. This is domestic abuse at the highest level.

When **Pamela Chapman** picked up her mail, she noticed an invitation to the **Redwood Library's** annual gala. All the names were the usual suspects. She can't understand how all these people overlook all this fraud, but since they are not directly involved, they turn the other cheek so as not to miss out on a black-tie event to celebrate the 275th anniversary of the library founded n 1747, built by Peter Harrison. **Earl A, "Rusty" Powell III's** name is on the back as a trustee of the board. **Grenville Craig's** name is no longer there, but **Holt Massey** is still the treasure of the Board of Trustees for the summer of 2022.

**Rusty Powell III**'s guide can play with **Pamela Chapman's** ears to create muffling. It is 4:19PM June 21, 2022. The muffling makes it difficult for **Pamela Chapman's** to hear in the realm. There is plenty

520

Pamela Chapman
pmchapman@cox.net
401-662-0516

of "refrigerator" mechanical noise. Everyone can hear it now. A day ago, we made it so that if Pamela Chapman could hear all this noise, then everyone in the Celestial Temple could also hear it. If it were coming stricky from Alberto Villodo, that is one approach, if it were coming from the guiding real, it would open up to the entire Celestial Temple. It actually comes from Metatron and focused on a target through Tameens's Guide (who is really Kathume). Noise is made from quantum physics. That hum is always in Pamela Chapman's aura and is now on both realms. The hum always greets her every time she arrives home into her house. Jerry Slocum said, *"It is because he put all these speakers in her house."*

This Metatron noise is so loud she has to listen to it night and day just because she wrote a book that Happy van Beuren and Andrew Parsons refused to acknowledge cold be published. So they teamed up with all the others to ruin the book and then ruin the author. It is a death and destruction until the very end. This created a hate crime. All of this just because of a work of fiction that they refused to want published. But, let's not forget they stole the book from a literary agent, who readily handed it over for the favor of a summer pass at the famous private beach club known locally as Bailey's Beach. Andrew Parsons stop practicing medicine for it, and now can't go back.

Alberto Villodo never hears the noise himself and neither had anyone in the Thievery Ring because they all walk to the other side and sit in psyches and other private spaces of their own thievery making. This is where Harry Gural does all his kundalini practice. Pamela Chapman has no idea where he goes. But, now everyone hears it and can't believe Pamela Chapman has to live like this. No one wanted to live with noise for an hour or a day, and yet Pamela Chapman has nonstop every day and every month for the duration. It is the strongest "kill" in The Game of thievery.

If George Tobias is both an attorney, and a literacy agent. He also knows Holt Massey, Jackie Egan's husband—Bill,  and number of people in Newport at the Redwood Library. He knows what goes on at the Commonwealth Club, Newbury Street, Boston. Pamela Chapman sent him a query letter in the past?

*"Yes, she did."*

Did he answer?

*"No, he did not, but that does not mean anything".*

He said, *"You have to telephone me to catch my attention."*

Does he know Elizabeth Leatherman?

*"Oh, yes he does."* She is on the Redwood Library's board, Newport Hospital Foundation board, and the Book Committee. She is a Firestone. She is co-chair of the Galas and her sons are the Jr. Committee. George Tobias knows them all. They all know him by his partner's name. You have a legal firm in Boston, don't you George Tobias?

Pamela Chapman
pamelachapman@cox.net
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 16

*"Yes, he does. He is a partner in that firm, and my partner known to all of you also, isn't that right <u>Michael Holt Massey III</u>?"*

He is member of the Commonwealth Club also, but can never find these stolen manuscripts in the eaves or the attic, just like at the <u>Redwood Library</u> but <u>Antonia Farzan</u> saw a stack years ago in the small front room, where they at one time had a small store. We think they now are all in <u>Carolyn DuPont's</u> office but <u>Toby Fields</u> is the collector and disseminator of all the copies of stolen manuscripts. He collates all the editing comments from the individual <u>Book Committee</u> members, and creates a master copy. <u>Holt Massey</u> then tries to sell it overseas, just like at the Commonwealth Club of Boston, MA 4:42PM June 2, 2022

The partner says, *"We don't play anymore today, because then we give away all our positioning <u>George Tobias</u>. But, he is going to do something. He can't stand what was done to this author, can you?"*

*"Let's just say I know her, and all of you. I don't think you gave her a fair shake but then neither did I. So, we are all squared up now."*

<u>George Tobias</u> is never going to admit to <u>Pamela Chapman</u> about how he knows all the people. Suffice it to say, we have met this way before. *"If we ever meet this way again, I will reasonably sue all of you for what you do to these authors because I had a client who had a similar tale, and no one is ever going to stop you, but we will sue just the same to stop this one, this time because this is so big and outsized for the crime they committed."*

It got so out of hand. No one will give this woman a break, all because she wrote a book that was set in Newport RI. No one should be a victim of a global <u>Hate Crime</u> for writing literary fiction set in Newport, RI, but that is their game. <u>Pamela Chapman</u> did not know it was against the rules which were completely unspoken and unknown to her, as it always is with these stolen manuscripts.

<u>Esmond Harmsworth IV's</u> firm will never stop doing this, but he will be stopped once and for all because it ruins the entire industry, and it supplants the opportunity for other writers to actually produce quality work and get published 4:39PM June 21, 2022.

We think <u>George Tobias</u> is a surname that means something else, because he is Jewish. He claimed, *"My father belonged to the Commonwealth Club."*

*"Then, we all know who you are."*

*"But you don't know me like this do you <u>Jackie Egan</u>?"*

*"No, she does not. If she knew him, she would croak because he and she absolutely know each other, but he might go by his mother's maiden name, so as not to attract attention there."*

<u>Elizabeth Leatherman</u> was on a board of <u>The Mount</u> of <u>Edith Wharton's</u> years ago when they lived in Boston. She now lives fulltime in Newport, RI. Grandma gave all her silver to the Museum of Fine Art – She is Firestone. There is a room dedicated to her donations. <u>Elizabeth</u> is on the <u>Book</u>

Pamela Chapman
pmchapman@cox.net
fol-662-9510

Committee of the Redwood Library. She is also on the board of the Newport Hospital Foundation, so she saw *Barefoot in Heels* two times over. She is always on and off the boards of the Preservation Society, The Redwood Library, and the Newport Historical Society and the Newport Hospital Foundation. She was at one time on the board of the Martin Luther King Center. She donated money to Island Moving Company and the Newport Art Museum, but donates more to IMC through a Firestone Foundation. It is not individual giving; it is foundation giving. She is always seeking free gala tickets in exchange for the donation. That is illegal.

Jean Gorham knew about the noise. She claims, *"I only knew what was in the guiding realm."*

What do you tell Nola Ganem about the noise and adjusting the volume?

Jean Gorham replied, *"I told her Alberto Villodo could no longer stop it, once he birthed it, but I never said how or why I knew that."*

What did Jerry tell you then? He said, *"Once the noise arrives, it never goes way. So, Pamela Chapman will never ever recover from the noise."*

Can Pamela Chapman's birth guide stop the noise?

*"Yes, she can, but she needs help."*

She knows exactly who will help her today and everyday moving forward, isn't that right Helen of Troy/Samuel because you were caught read handed in the last Big Book Story with holding the guiding realm open to allow all the noise through. It took 5 years to close the realm because Samuel refused to close the door to the noise. Samuel was the victim and the perpetrator's guide the last time. Stanley and Erin are the guides this time. Can Stanley or Erin close the door to the noise? Oh, yes they can. Last time, it made the victim crazy after a while. Open, it bothers Pamela Chapman's metabolism, imbalances her vagus nerve tone and affects her health and sleeping. **5:09PM**

George Tobias now claims Pamela Chapman, *"You and I have a shared destiny together because this group is to be blamed for setting all of this in motion. No one will ever understand how we, these people are except I do because I have seen the issue with these two same people in Boston. We **will figure** out how to work together because these people have committed a crime against humanity for how they like to play with each other, which is stealing author manuscripts, **editing** them, and then secretly selling them **illegally**. It took a partner of mine years to figure out what happened to a manuscript. It was found in the USA. We know of two others we recently **discussed**. The author of the **Big House** had that manuscript stolen. It is a perennial favorite of all of us. We also had another author – Seb Junger, Wes U '84, whose book was stolen. That was found and published, but by the wrong publisher. One of his publishers is an imprint founded by Jonathon Karp at another Big 5."*

Pamela Chapman
pmchapman@cox.net
101-662-9576

**Seb Junger** had 5 books published. None were as successful as the one before *The Perfect Storm*, and he did a few after that book. He will never tell you how successful any of them were because the most successful book was the one that was stolen. He found it himself. He currently has an independent literacy agent. We publish all these stolen manuscripts because they do not reflect the quality of the writing, or the quality of what is published. They are thievery targets against people they don't want to become successful writers. Just like **Jackie Egan** said, *"You don't deserve to make that much money, or have money like mine, nor do you deserve to have a plastic surgeon for a face lift as good as mine."*
5:17PM June 21, 2022.


**Harry Gural**: I don't do a thing in this sorcery realm with relationships. I realize no one respects me or my dialog. I sound like a 14-year old twit with no personal agency or social life experience. I am smart as a whip except in this realm. **David Vann, esq.** will straighten me out, but without LSD or hashish.

**David Vann** accepts the challenge, but it will cost you a lot of money.

**Pamela Chapman**: That's o.k. as long as it is 1% of whatever you obtain for me. I can go up to 20%.

**David Vann**: We don't work that way.

**Pamela Chapman**: I do.

**David Vann:** We will negotiate. This is not a mortgage-back security.

**Pamela Chapman**: It is a trophy for your professional career.

**David Vann:** You will pay for this, so why should we.

**Pamela Chapman**: Actually, we are also suing for them to pay your legal bill because they put me in this place. I did not.

**David Vann:** That only works sometimes.

**Pamela Chapman**: Well, that's my story and I'm sticking to it because of men and women like **Alberto Villodo**, **Marcella Lobo**, **Grenville Craig**, and all the others. It is my lack of resources that prevent me from ever calling them out on their behavior because they have so much, and I do not. That is an angle they use to make and keep me a victim.

**Happy van Beuren** and the **van Beuren Charitable Trust** used the same tacit and with **Pamela Dorman** and **Viking Penguin**.

Pamela Chapman
pmschapman@cox.net
to June 2, 2016

**Happy van Beuren** said, "Pamela Chapman will be so happy to take almost nothing for her book, because she will be so desperate for money." Zeroing out accounts turns people into thieves they say, and that is The Whole Game.

[Note:  Except Pamela Chapman claims she would rather kill herself than accept a life of thievery. Once a thief on this side, you become a thief on the other side. You either stay dead with a blown out 3rd eye, or you start a series of re-incarnations as a thief. The only way out is suicide. When that happens, Melchizedek will pick you up on the other side, and heal you. A Melchizedek Guide that by Stockholm Syndrome must become a thief, can only get out through Melchizedek. So that Saul –who is Beatriz—claims I want Pamela Chapman on this side a thief, so that I will pick her up as a thief on the other. I will kidnap her, and hide her out with St. Germaine where **you cannot hear anything** and you cannot speak because you cannot hear. That is a blown-out 3rd eye condition akin to an Alzheimer's condition. Jean Dixon discovered this. Samuel, Jerry, and Kathume would be in the same place hiding out together with St. Germaine. They are their own group of guides hiding out together in the Valley of the Dead. St. Germaine is not a structure. It is a door to another side of the realm of the dead. It has nothing to do with Metatron.]

**Pamela Chapman** says, *"No way Jose. If I commit suicide, Melchizedek has to pick me up on the other side and save me. No way do you Beatriz/Saul or Samuel/ Zenia Theresa or Jerry Slocum or Michael Harner can you abduct me and hide me out. Melchizedek picks me up right away. And as a Twin Soul in a last lifetime, you wanted to abduct me for eternity. No way Jose. Melchizedek will pick me up for the Melchizedek Café."*

A victim from a previous **Big Book Story** that is now in the **Guiding Realm**, says on June 18, 2022 11:24AM, we will never allow this type of foul play ever again, **Pamela Chapman**. You will get something back in our life, we promise you that, but every person you have ever known will never ever want to talk to you again. That is the pattern of The Game across all time and space throughout the last 9,000 years. They purposely pull you away and harass and abuse you. They are any people you ever had any kind of relationship with—ever, even those you were merely acquaintances with. Never ever forget that it is The Game that did this to you, and nothing you did yourself because *the humans through guides on the other side manipulated you so badly through sorcery.* You can never ever forget that those people are cruel and unkind. **Never do you want to know them anyway— not in this life or any other.**

David O'Leary has no problem with whatever attacks come his way because he is surrounded by so many friends and family. You are so attacked because you are alone. That is the essence of the story. They created a life for you that forced you to be alone so that we could attack you without you having any protection and without protection now you will never have protection from others moving forward.

You must accept that your life will be one where you will be isolated from relationships moving forward. No one will understand you, nor will they want to. They will treat you as if you have a disease, but the disease is the Guiding Realm and the thievery that they created. You did nothing to bring this on yourself. You were merely and truly a victim of a Guiding War. No one person can ever save you, nor promote you moving forward.

Said a person of a previous **Big Book Story** that Erin Hennessey brought back to life two days before after several thousand years.

Pamela Chapman
pheartchapman@verizon.net
781-862-9517

*"I was in a semi-state of awareness half asleep, but not really. I just could not hear a thing, nor could I talk in the realm of the dead. I have been so isolated myself. Yet, I find I am so rejuvenated, but I cannot ever guide and hope to reincarnate as a human in the future. I wanted to be a person of influence, but I can never be because the <u>Guiding Realm</u> will never support me because of <u>Samuel,</u> but he is gone permanently now."*

Oh, yes he is gone. You, <u>Pamela Chapman</u>, will never reincarnate. You have no hope to ever really recover, or to forget what was done to you. You begged to sleep for 1,000 years so you could forget. They can do this through your 3rd eye, but all you do is float and hope that one day you will be something else.

You never ever understand, but you forget everything about your previous life. Then one day when you're asked about it, you can't remember the best part of it because it all got erased by these guides, and everyone—everywhere—wants to hack into your thoughts.  Then, they bully you about every detail for everything you have ever done or known. This is standard practice in these <u>Big Book Stories</u>. It never ever goes away, but you do. You just sequester yourself in a way that you just ignore other people, and they ignore you. You just need money, or else you starve to death, and the others don't care.

The ex-husband wanted you mentally incarcerated and then sent to a homeless shelter just to teach you the lesson that you were better off married to him than divorced from him. If you lived in a different country, they would have stoned you to death, and that is exactly what this <u>Big Book Story</u> wanted to do to you:  To *inflict as much pain and suffering as possible just for the fun of it*. Her hemorrhoids of July and August 2022 took care of that. That was sever pain, a 10 out of 10, until it became a pain of 15 out of 10 because the <u>Thievery Ring</u> asked and received through sorcery a level of physical pain beyond the actual physical pain, which was bad enough. It literally was torture. It has been ongoing for 33+ days.

The other side of the guiding realm has long standing <u>Thievery Rings</u> of their own that take 100 years to resolve. They say at least three lifetimes. Your father, <u>Stanley</u>, will work tirelessly every day of your life to get something back for you, but it is a huge <u>Guiding Realm</u> war now. This could take a long time.

Through the inner sight eye, <u>Erin Hennessey</u> found over 100 10th level guides that are "sleeping". We know no one there at the moment. Can they hear or see? No they cannot. No one will ever wake them up. This is their graveyard.  You can tell by looking at their auras they are terrible guides. They have no 3rd eye to speak of. They have no real aura to look at. They have no ability to see or hear. They are incapacitated for sure. There are not victim, not perpetrators. Only troublemakers. They go back to the third Big Book Story when the guiding realm began blowing out 3rd eyes. It is the story of Gilgamesh based on dates, and if it took that long to punish the bullies, then it will take no time at all to tell the souls remaining that this is their fate if they do not cooperate. 10:32PM June 21, 2022.

Pamela Chapman
http://chapman.com/net
[telephone]

<u>Carrie Crosson Gilpin</u> said, *"She doesn't know how anyone will ever win against you in a court of law because no one has the notes you have, and no one has had to live the trauma you have lived. You documented most of it."*

If the realm does not close for a year or longer. You will be dissolved of everything in your life by then. You will be harassed day and night by every person and every guide possible just to prove they are more powerful and hungrier that you are for every morsel of your life. You will have nothing private of any kind. No one will ever stand beside you ever again.

<u>Alberto Villodo</u> just said 11:38AM June 18, 2022, *"I think I just ruined your life for good, and all I wanted was to have some fun."*
<u>Andrew Parsons</u> wanted you to know last night that he and <u>Carrie Crosson Gilpin</u> would have gotten married, but since she is already married, he took a new girlfriend instead. She moved in. He claimed to love <u>Carrie Crosson Gilpin</u> more than he ever loved <u>Pamela Chapman</u>. She claims she loved <u>Harry Gural</u> more than anything, which is how she got assigned to handle <u>Andrew Parsons</u> in the first place. He has five shamanic wives, and <u>Carrie</u> has one legal marriage. No one is breaking them up. So, you can see, he has his loyalties in several different directions. None of them have anything to do with anything remotely related to you.

<u>Harry Gural</u> is never ever going to marry any of these thievery women ever again because he believes he is married to you in the Celestial Temple, but since no one will support the two of you together, then the two of you will live separate lives. She was married to him something like 22 times and he took on these other women anyway. He had no loyalties or affinities for <u>Pamela Chapman</u>, even if she was his natural kundalini partner. He preferred kundalini practice with the other women instead. He preferred to tag and chase them even if he could never catch them. So did they. It gave them power. Each through they were his preferred mistress. They thought they were Queen of the Prom. He ignored <u>Pamela Chapman</u> completely, and said, *"I'll wait until the realm closed,"* which could take years. Even her whole lifetime.

That is exactly how the <u>Guiding Realm</u> wants it: the two of you alone in physical space, but connected energetically to make each of you suffer, because no one should have a reciprocity as deep as yours, and no one should harm a reciprocity the way <u>Harry Gural</u> harmed you, <u>Pamela Chapman</u>. That is <u>Samuel's</u> signature. The entire guiding realm and human realm ended up supporting it. No one minds their own f'business. <u>The Game</u> is more important than human relationship. <u>The Game</u> wins out every time over any reciprocity of relationship. They have been together for 14 lifetimes. <u>Harry</u> is not going to forget you, <u>Pamela Chapman</u>. He is just going to ignore you and take up with everyone else instead.

This is a repeating pattern, and I can't break it ever more.

They are all the same including <u>Andrew Parsons,</u> who says, *"I'm not good enough for a reciprocity hold'inher.*" <u>Jerry McIntyre</u> said the same thing in 2011. But I will do something anyway.

So, <u>Harry Gural</u>, stand up straight and get on with it. Stare the bully in the face. Don't stand down. They eventually stand down, or walk away. They move on to a new target.

Pamela's Laptop
PHOChapman@cox.net
401-862-9530

<u>Kamala Harris</u> and <u>Pamela Chapman,</u> they never stood down (<u>Kamala Harris</u> did) but <u>Pamela Chapman</u> always starred her in the face. When they went toe-to-toe, they called it a draw.

<u>Harry Gural</u>:  Ok, then we will get on with our own relationships because if that is the only way to succeed, and it is, then that is what one will do.

<u>Kamala Harris:</u>  I've been writing myself a little – I have so many scraps of paper.

<u>Pamela Chapman</u>:  I have almost four bound books of notes but pencil is difficult to Xerox.

<u>David Vann</u>:  You will type everything out. We will see if our stories are the same. I can use quotes. There are all these witnesses.

Not everyone will come forward.

<u>Ashly Judd</u> said here a long time ago, we all now know the truth. If we squeeze you hard enough, we will get you to answer to us, and our legal complaint will stick. So, <u>Pamela Chapman</u> buy a new computer. You will need the storage space.  *<u>Ardmore Book Company</u>* may, or may not, succeed. But that is the journey forward, and <u>Simpson Thatcher & Bartlett</u> will help you arrange a partnership for print and distribution. We do these co-property mergers all the time. We will properly set the company up as a legitimate organization so that no one thinks you and your family's business is a hobby. You are not a hack.

<u>Pamela Dorman</u> said yesterday, *"I intended to make you an offer to buy your book, and you repeatedly said it is not for sale. Only your <u>Ardmore Book Company</u> is for sale, and that is only if the family agrees. This is not what anyone thought. No one thinks the book will sell."*

Ok, we will see because nothing gets sold here. Everyone knows <u>Pamela Chapman's</u> name and her book, and it was the focus of 1.5 year's worth of everyone's time. She has repeatedly said, *"The book has been misrepresented here, and improperly read, but even if read properly –the text has been **misrep**resented and re-edited by poor editors—There is no hook of emotion when read here."*

The journey of the story, any story, is missing, here. Actually reading stories by one's individual self, or watching actual films, is a whole different experience. Even if you think you know the story, you will have a different experience when you experience it for yourself.

We all agree but <u>Pamela Dorman</u> thinks no one ever will want to know you ever again, but authorship is different than that.

Are you threatening me now? When you thought you could buy the book, you said, *"It is a runaway best seller."*

Pamela Chapman
pamelachapman@cox.net
401-662-9510

Now, if I do it myself, you claim, *"There is no longer any audience to buy the book?"*

David Vann:  I got that whole Shit Show dialog at night. We will do it anyway and find out ourselves because you needed a job and this is it. We promise to sue and collect everything you need. If you and Marie Rossi need to go shopping in the South of France, Milan maybe? You will have extra cash in hand.

Marie Rossi:  Monaco for sure. Let's get you an apartment there.
Pamela Chapman:  I might have a connection in Monaco. I'll introduce you and we'll see what happens there because what happens in Monaco stays in Monaco, and never hits the USA's SEC.

Sandra Craig:  We can't sell you our condo, but you can buy another. It will cost you about $10 million. You can only purchase through an agent or credit.  Just like Nantucket, no one can just waltz in and buy a condo.

Pamela Chapman:  I'll ask my REIT friends for a letter of reference.

Sandra Craig:  We have the same REIT friends but someone can't just own anything anytime in Monaco.

Pamela Chapman:  I have a connection from Amherst College. You know the story about the Prince, don't you? He is no longer in a can.

Elizabeth Kahane:  Ok, I'll look into it because if I don't yet, I will Sandra Craig. Boy, so much competition. But it's a legal investment opportunity, and you aren't so we will all best you at your own f'game.

Bill Kahane:  I always knew you were ok. Pamela Chapman because Elizabeth Kahane wasn't always of proper lineage so we learned it all on our own without any interference from you. You made no judgments on any of us and let us pick and choose our own friends,

Rod O'Hanley:  She is always like that so why is everyone against her? Because Andrew Parsons has manipulated half of Newport, RI. They manipulated another half and they didn't get to the last of the guides tribes of Newport. They used the Redwood Library and Carolyn DuPont and Alice Ross and the Goddard's, the Fields, and all the rest. Jackie Egan should be ashamed of herself but my mother and her mother always knew she could be just like her little sister, Suzy Nance. Just remember Richard Crisson gets the first signed copy because that's what the deal was from the beginning.

Pamela Chapman:  That's a deal no one else would really relish that anyway. That was always between you and me. That was our deal in our own personal relationship.
10:52AM

Pamela Chapman
pmra.chapman@cox.net
(H) 401-662-9510

Kamala Harris:  Everything comes down to personal relationships. You don't even have to explain yourself ever again.

In the end, each morning, Harry Gural said, *"You are the only person in my life who ever stuck by my side without ever compromising your own position, and never were co-dependent on any outcome of mine. You were like this at the start. All you said was, "I welcome your help and assistance, and do not care if you have a girl friend or not."*

*"I didn't tell you I was married and divorced until later. The day you were shopping around Memorial Day, I told you my ex-wife was like this and that when shopping, and that our lifestyle in Rehoboth Beach was never a reality. Yet, I made you think it was."*

He went on to say, *"I told you, I spent the first week in July in a cottage I owned at Rehoboth Beach. I have one of those places in my head…"*

Pamela Chapman:  But maybe, it is in New Hampshire via your father's obituary.

Mt. Airy is our clue, and Pamela Chapman doesn't ever define it here.

William Parsons:  Agrees. We had our own and they were given away by my father and my Uncle John, the drunk here.

Andrew Parsons remembers unmistakably, but Alberto Villodo says Andrew Parsons cannot walk away from Tara Plochocki, and Bethany DiNapoli.

Pamela Chapman says, *"I can walk away from everyone including Andrew Parsons but never my children. Never could I ever do that, and he tried to so just like that."*

Andrew Parsons made them walk away from their mother. She had to wait for them to mature and become their own agents to learn and discern an understanding.

Happy van Beuren:  And, we made you take that away all over again. But, we took it away from you.

In the end, Pamela Chapman is human, and so is Harry Gural.

Attacking others never makes you a leader in any realm.


Harry Gural and Tara Plochocki
    Married on the steps of Olin Library on Sept 15, 2018.
    Then, on the steps of National Cathedral on Sept 17, 2019.

    Before that he was married to her mother, Linda Plochocki for about 6-8 months. He knew that. She gave him a "psyche box" of herself.

Pamela's Institute
pmelachapman.com\.net
1-1-602-05-10

Before that, he was wed to <u>Bobby McDermott</u> for 6-8 months. He did not know that. <u>Bobby McDermott</u> is bi-sexual, and <u>Harry Gural</u> is not. But tied to <u>Bobby McDermott</u> in a psyche swap, that man was messing with his head through three open doors, a psyche swap, and <u>Tara's mother's</u> psyche in him.

Sunday, August 15, 2021
**4:27PM**

<u>Simpson Thatcher and Bartlett</u> will not represent anyone from <u>Kamala's Table</u> because once <u>Pamela Chapman</u> freed them from:

- Closing all three doors in the aura, and
- Teaching them about the Star Gate, and
- The Hebrew Archway to the Soul, and
- The reason for the keys in the Torah which are kept in the soul-the 4th page of the aura,

People like <u>Pamela Dorman</u>, <u>Pat Fernandez</u>, <u>Elizabeth Kahane</u>, <u>Nick and Shelley Schorsh</u> were completely free of the <u>Rusty Powell III</u>, <u>Bobby McDermott</u>, <u>Doug Emhoff</u>, and <u>Medici</u> – the kid shaman from Llama Nation, who happens to be <u>Justin Ramel</u>, or Justine Rudock.

They were all free to go except <u>Pamela Chapman</u> was not. The terrorizing activity continued both for <u>Pamela Chapman</u> and <u>Harry Gural</u> who arrived by mistake. <u>Kamala Harris</u> worked very hard to keep them apart because they were real for each other. And, so they could never share notes about <u>Kamala's Table</u> or <u>Ways and Means</u>.

When <u>Pamela Chapman</u> spoke about litigation and potential settlements, it made people stop in their tracks, including guests at <u>Barbara and Duncan Chapman's</u> birthday party last night for their daughter at Marble House. And those <u>Chapmans</u> and <u>Rosses</u> of New York City and Newport summers started acting all uppity about, *"How could that woman make so much money when our daddies worked so f' hard for theirs?"*

They said, *"You have no right to have that kind of settlement money."* [Note: It became apparent later all five women—all in their 20's, were all part of the <u>Thievery Ring</u> workgroup that edited *Barefoot In Heels*, masturbated with <u>Alberto Villodo</u> and <u>Monique Burgess</u>, and tried to keep the book from being published legally.]

People like <u>Dorienne Farzan</u>, <u>David O'Leary</u>, and others including <u>Molly de Ramel</u> and <u>Lisette Prince</u> talked them down because those girls' parents were not doing anything to educate their daughters about the real ways of the world. We also talked about how prep schools like Miss Porter's teach women a culture of being silent and learning to overlook bullies especially if they are your husband or your employer.

<u>David Vann</u> no longer represents anyone in the State of New Yorker on any of these legal matters.

Pamela Chapman
ppittechapman@gmail.com.net
401.465.0200

Kimberly Witherspoon lives nearby in Pound Ridge, New York, but he will not represent her, as she also had a verbal contract to represent Pamela Chapman. She failed to execute the contract. She verbally said a few times, *"Oh, we don't need contract, just wait it out, and Pamela Dorman will make an offer."*

It wasn't until Li's book sold via Kimberly Witherspoon for about $110,000 - $120,000 and someone noticed it, and said, *"Wait a minute, she is making bona fide deals directly with Pamela Dorman at Viking Penguin. Why is she not truly representing you?"*

Kimberly Witherspoon sat most days in the back at Kamala's Table. Her partner, Richard Pine, was there and she kicked him out saying *Barefoot in Heels* is hers. He represents Alberto Villodo contractually speaking. Pamela Chapman did not know that. Inkwell Management was started/founded by Kimberly Witherspoon. Richard Pine is a longtime partner.  In Q'ero Nation, she said, she wanted to buy him out.


David Vann is not representing anyone in these cases from the state of New York because there are no bona fide secondary plaintiffs in the cases.

We will attempt to collect all legal fees from the defendants as they directly placed the plaintiff in extenuating circumstances that are and were beyond her financial situation.

We also will not collect a retainer or some very small amount re: $2/case such that the contract is valid and secured.

David Vann, Sr. Partner, 4:47PM


Marie Rossi has a potential conflict of interest with Harry Gural  [Note: Kundalini Crossing] as she knew a woman he dated at the Kennedy School, Harvard University. (No.) However, he is a potential defendant and/or potential plaintiff. She will agree not to sue Harry Gural as a defendant for damages if he agrees to be a secondary plaintiff in the case against the Executive Office of the President of the US of America.

Pamela Chapman, Harry David Gural, David Vann 4:48PM



Harry David Gural is nervous that he can't pay and must work with Tara Plochocki who is a law partner in Washington DC. He never has to represent or support her in anyway, and she is more than capable of finding decent representation for herself.

Pamela Chapman
pms.chapman@cox.net
[tel:603-249-7]

*"As a legal member of the Bar Association of the State of Maryland, N.Y., Washington DC., I must advise her that she may lose her license to practice law in any state of the union as her participation has been so insidious and so prolonged as so directly conscious of its consequences."*

Tara Plochocki always knew exactly what she was doing. We cannot tolerate or justify any legal team member of any state bar association from participation in any county or state court lawsuit for members of the defendants named in individual suits. At a minimum, **Pamela Chapman** will see to discredit and disbar her legally from her profession as her participation was such that she legally knew better, but thought she could never get caught and expected Harry David Gural to take the fall for her as some sorcery husband. He never legally married her, or any other woman or man, ever, and he worked in the Halls of Congress for **Rep. Barney Frank, D-MA** for over 15 years.

**Marie Rossi's** friend from **Wellesley College** who dated **Harry Gural** [Note: It was something they made up as a Shit Show conversation between all of them at Kundalini Crossing to make Pamela Chapman jealous, but she has never jealous or envious, so it backfired.] said last night when **Pamela Chapman** was asleep, *"Harry Gural just wasn't acting like himself,"* which is what **Pamela Chapman** kept saying all along.

**Molly Wade** finally fessed up to **Harry Gural** here, *"They were never actually in love with one another, and that's why when she met her future husband, **Steven Wade**, at a church social with **Harry David Gural** in Boston, she immediately fell in love with the guy."* She left Harry Gural in a lurch. [Note: Bill Gural claims this is an actual person, but did not attend Wellesley College and not Molly Wade so don't dismiss this person as a non-person.] He did not mind that they were not legally engaged. Although everyone expected them to be engaged almost immediately, but once he spotted her looking at him, he knew the relationship was over.

**Molly Wade** couldn't understand why he said two nights ago before, *"I wouldn't mind dating her **again** if she were divorced and had 2-3 children."* This was odd to her as she was not divorced, and there was no reason to date again. She thought it sounded idiotic. We all agreed he sounded as if he were 14. We wrote this before. [Note: This is a psyche calling the information forward.]

Harry David Gural and Tara Plochocki had such a convoluted relationship where **Rusty Powell III** and **Bobby McDermott** (also known as Rusty Dorman which he was named in April 2021) kept them in a sorcery marriage, Level I of **The Game**.

Alberto Villodo was always suing sorcery to hide out in **Pamela's** energy field. This happened to Pamela Chapman with Alberto Villodo several times. She "hosted him" without knowing it for 2-3 months until Kamala Harris notified her of what he was doing. Kamala Harris caught him in her aura in February 2021 and March 2021 and so did Shaman Nick of Newport, Shaman of the 1st degree Shen Chinese Medicine in Newport. Pamela Chapman went to him. He and Alberto Villodo had words until Alberto Villodo left the aura. This is not new stuff.

There was much discussion about how much merging of information happens when one is under energy field. Pamela Chapman has no experience at it since Alberto Villodo and Donald Jagoe both

Pamela Chapman
Plochapublisher.net
101-61@345 hz

would drop her in less than 5 minutes, to reverse the situation. She can't go in anyone's aura anyway. <u>Twin Souls</u> can't either. <u>Jerry Slocum</u> made it that way for <u>Pamela Chapman</u>. For <u>Alberto Villodo</u> it is a flick of the hand at the wrist. <u>Pamela Chapman</u> knows how he does it, so does <u>Donald Jagoe</u>.

<u>Tara Plochocki</u> and <u>Harry Gural</u> acted like a married couple. Every night <u>Tara Plochocki</u> would sit on the couch, just like <u>Pamela Chapman</u> did, and make <u>Harry Gural</u> pay attention to her from 10:15 – 3:15 AM. He wasn't allowed to go to bed until after 3:15 AM.

<u>Pamela Chapman</u> usually goes to sleep by 10:30PM. Last night, <u>Tara Plochocki</u> claimed she was <u>Pamela Chapman</u> and said, *"<u>Harry Gural</u> you are my best friend from college, and I could never admit to my husband <u>Andrew Parsons</u>,"* and <u>Harry Gural</u> immediately said, *"<u>Tara</u> why are you saying that?"*

<u>Tara Plochocki</u> replied, *"I don't want you to ever fforget that she is a real past girlfriend and the age of my mother, so we are no longer attached to each other."*

<u>Harry Gural</u>:  Why is this happening?

<u>Tara Plochocki</u>:  Because you are retreating up in the <u>Celestial Temple</u>, and I am not. I will remain in the <u>Public Commons</u> because I am a Scribe of the Pharisee Nation as understood by everyone and all the guides that happened in May 1- May 30 or so when one discussed all the arch ways, doors, and keys. No one wrote it down except for a few people. We didn't think to keep a diary although some did. <u>Alicia Barry</u> has some notes, so does <u>Karen Rothblatt</u>, and <u>Pamela Dorman</u>. Most of the people involved here all came from Greater Newport, or were people from California and MA and elsewhere. <u>Pamela Chapman</u>, <u>Andrew Parsons</u>, <u>Harry Gural</u>, and a few others.

<u>Harry Gural</u> doesn't know most of the names of the people that arrived every day and every night so he kept asking, *"Who are you?"* to the annoyance of many. He looked many of names up on Facebook, LinkedIn and beyond.

<u>Pamela Chapman</u> did not know anyone from outside her realm. She didn't start looking anyone up until July 13, and no one understood why on July 14, 2021 she spent $845 to obtain a US Library of Congress Registration of Certification for her Book, *<u>Barefoot in Heels</u>*.

Booz Allen says, *"We are impressed you gave everyone the opportunity to present themselves to do the right thing. Yet, they did not. She played a long game, maybe too long. We don't think so. She did not over react to anyone in that way, except one day she yelled at <u>Nora Diedrich</u> who has her own issues and <u>Pamela Chapman</u> knows them because she served on the Board of Trustees for <u>Newport Art Museum</u> for ten years."* <u>Nora Diedrich</u> has been there since April 1, 2015.

If you and <u>Harry Gural</u> are not a couple by December 31, 2021, your daughter will personally sue <u>Harry Gural</u> who was really <u>Andrew Parsons</u> impersonating <u>Harry Gural</u>. <u>Andrew Parsons</u> was impersonating an officer of the court of trustees of the US Library of Congress because the other night while you slept, he said he worked at the US Library of Congress. *"They really didn't like your book,"* he said, *"but that they will give you an ISBN Number anyway because you paid so much money."*

Pamela Chapman
pinelchapman@comcast
101an@comcast

*"Why did he do that?"*

He claimed, *"I had no choice (that is correct.) because <u>Tara Plochocki</u> and <u>Jane Kochanowsky</u> (Bethany DiNapoli) claimed <u>Caroline Kennedy</u> mentioned that if the <u>Library of Congress</u> didn't like your book, they will return it, and claim they won't give you a number because it isn't a quality consistent with their collection."* <u>Andrew Parsons</u> as <u>Harry Gural</u> heard this, and almost immediately filed it for later that evening. He replayed it when you were asleep.

<u>Emily Parsons</u> immediately knew it was <u>Harry Gural</u> and said, *"<u>Harry</u>, why are you doing this to my mother? She has f'saved you so many f'times, and now <u>Wendy Schmidt</u> of 11th Hour Racing is sponsoring you in this Celestial Temple and reciprocity of relationship Star Gate membership group."* [Note: <u>Wendy Schmidt</u> represents a publishing side arm of another <u>Ways and Means Thievery Ring</u> and works with <u>Diane McEnroe</u>, <u>Mark Halpern</u>, <u>Jonathon Karp</u> and others.]

<u>Harry Gural</u>: I didn't know you were listening. I wanted to see if <u>Tara Plochocki</u> was out there. She would take the bait and run with it in the <u>Public Commons</u>."

<u>Emily Parsons</u>: I don't understand your relationship with <u>Tara Plochocki</u>, or my mother. Why are you running out of ink?

*"Because there is so much information we realize we will forget."*

No. <u>Harry Gural</u> wanted you to know that, *"No one will ever best you, <u>Pamela Chapman</u>, <u>Kamala Harris</u>, or <u>Alberto Villodo</u>,"* and because of that, he was trying to best <u>Tara Plochocki</u> (No, he was not.) but in fact he was besting himself at looking like the biggest jerk of them all.

<u>Molly de Ramel</u>: I don't understand what you were doing out. If you can't stop this, you will be sued big time.

<u>Harry Gural</u>: That's ok, I don't have the asset class protection scheme of the other major players. She will overlook me because we are a reciprocity of relationship.

<u>Emily Parsons</u>: I don't think you understand my mother. She doesn't care how much money you have. She will sue you to make an example out of you because she gave you so much reciprocity of relationship, and you are horse trading she and her book. You are the biggest snitch of her information. You have no gratitude, no respect, no real communication with her, but you do with everyone else. She realizes this and can walk away in a heartbeat. She has done that before with you.

<u>Harry Gural</u>: I'm a jerk, and I'll make up for this.

<u>Emily Parsons</u>: How? Because once my mother makes up her mind about who, how, what and why you are, you will never recover a relationship of any kind.

Pamela Chapman
pmcchapman@cox.net
401-662-9946

Tara Plochocki:  That's about the size of it. That was the goal of Kamala Harris from the start. Destroy that relationship at all costs, plus destroy the book and anything else associated with her.

Harry Gural:  I don't believe everyone wants us apart.

Kamala Harris:  That's because your relationship together looks too perfect. You are both so high vibrational energy together. So, we want you apart. We are jealous of you both apart and together.

Girl Friend #2, Elizabeth:  I don't like you Harry Gural, but I'd date you in a heartbeat. If she doesn't want you, I will take you back again.

Harry Gural:  I don't want to sleep with Elizabeth ever again.

Elizabeth:  Well, he's not that smooth in the sack in bed.

Pamela Chapman:  Wake up. This is f ridiculous.

Harry Gural:  We don't want to keep you, but I won't be sued for what Kamala Harris did.

Pamela Chapman:  We will sue you too for our own conscious participation in a besting game that was too adolescent for your age and professional status. We told you over an over you looked ridiculous. Yet, you didn't stop trying to best Tara Plochocki and Kamala Harris.

Harry Gural:  I can't be bested ever by you. Tara Plochocki knows that. Then, she wanted to be the one to best you, so she aligned with Marcella Lobo and Alberto Villodo, and the whole story turned on itself in a major night time attack on Pamela Chapman. Marcella Lobo and Alberto Villodo said they would attack Pamela Chapman every night until the lawsuit against them goes away.

On 2-8-22 8:50PM Alberto Villodo claims he did this because Kamala Harris asked him to, except she did no such thing. He and Marcella Lobo did this just because they wanted to. They were on a high of demonic activity because he loved to screw with any woman he gave his noise to as the way he protected himself, and because Marcella Lobo loved to screw with any woman she thought her husband was married to in The Game. This gave Marcella Lobo all the power in the relationship. Then, Pamela Chapman would owe her tribute and be subordinate to her, as if Marcella Lobo ruled over a harem of women attached to her husband. Pamela Chapman said, "No way Jose and I'm not a sorcery spouse anyway."

2-8-22 8:52PM Tyler Ackley claims Alberto Villodo has no compassion as a shaman because he took a shot at his new born baby daughter and said her just moments ago, "*I can't offer you any congratulations because if Pamela Chapman did, then she is just plain stupid because no one does such stupid idiotic salutations here, because we are here to bully each other. Yet, no one ever told you or me that this is the way that it has to be.*"**8:54PM 208-22.**

Pamela Chapman
pllocchapman@cox.net
305-662-9846

Because in the end, <u>Albert Villodo</u> claims, *"This is just a bully pulpit for demonic language and since you and I will never meet on any street <u>Tyler Ackley</u>, I can say whatever I like."* So, **Pamela Chapman** asks, *"Is your heart just this dark? Do you need to scream, shout, and beat people up every day to feel better <u>Albert Villodo</u>?*

**Pamela Chapman** said, *"Ok, that is fair because I have had to scream and shout to defend myself and you and everyone else do not."*

<u>Tyler Ackley</u> took a stand. *"Then we will always remember that the important moments in life that we chose to celebrate are never for this space and those life enhancing opportunities never lift us out of our collective misery which this space here celebrates."*

His wife then said: *"I love that you sent <u>Tyler Ackley</u> a natal chart of our daughter, but what will I ever do to thank you?"*

<u>Pamela Chapman</u>:  Nothing just know that that is her soul signature. Nothing more or less is required.

<u>Albert Villodo</u> claims: *"<u>William Parsons</u> has a decent mother but a transcendent father who thinks his ex-wife is demonic, and as a transcendent husband he has truly transcended to a new place of demonic activity because if I never met you once or twice, I never met you, but I have met the father. So, now that we are better acquainted, I think you and he will never ever meet on any street because he once told me you were just an awful person."*

*"Good to know."*

No, it's not because he has no discernment to understand anything, and now that his first wife here, <u>Carrie Crosson Gilpin</u>, is now in a different place and will get arrested for fraud, he and you are clearly different. The ex-wife knows that woman also. Well educated, but you know, just a little slow when it comes to matters of high performing lives, just so you know…**9:00PM**


**8:28PM 2-8-22**. <u>Pamela Chapman</u>, <u>Harry Gural</u>, <u>Tyler Ackley</u>, and his daughter <u>Ella Bella</u>, <u>William Parsons</u>, <u>Meaghan Perry</u>, and <u>Emily Parsons</u>. No one understood why <u>Alberto Villodo</u> could not stand to have <u>Pamela Chapman</u> wish a happy congratulations to <u>Tyler Ackley</u> regarding the birth of his new daughter. He was so not compassionate, and such a bully over the birth of a baby he made a f'fool of himself. So, now the whole world knows <u>Tyler Ackley</u> has a new daughter. He is such a proud papa that the whole world can send him a congratulations card because if the woman with the dead husband can make over $200,000 in online gifts for the death situation, then he also can stop working at Starbucks and get himself an AT&T card.  That will be a happy family for the rest of eternity.

Pamela Chapman
pams.chapman@verizon.net
617-686-9511

**Harry Gural**:  I want you to know you were my best defense and best offense, and I screwed so badly with you that you and I may never recover.

**Pamela Chapman:**  You made your bed, and you will lay in it. So did <u>Donald Jagoe</u>. So did <u>Alberto Villodo</u>. You men don't listen, and then you scream, *"But, I didn't know you'd actually go through with what you said you would."*

**Harry Gural**:  I can't be bested by you but I bested you in college with <u>Elizabeth</u> in bed.

**Pamela Chapman:**  No, you did not best me. I just walked away from what no longer looked like a proper alignment of relationship. You did me a favor. I only saw you one time again on campus and that was from a distance, and that was when you were standing outside of In Town, and a you and a group were standing and gawking at the Pims Party hosted by **Betsey Karmin**, <u>Joe Fins</u>, Jim Bordwin, etc. There was a whole group of people. **Jim Bordwin, esq.** attorney at law in Boston where <u>Esmond Harmsworth IV</u> has a condo and a business.

We also learned that <u>Carolyn DuPont</u> always keeps a list of local authors and tells <u>Esmond Harmsworth IV</u>. Then can always tell them, *"Give your book to me, so it never circulates out of Newport, RI."*

Somehow, ***Barefoot in Heels*** slipped through that crack. He was the second to last agent in June 2019 she contacted. So the <u>Redwood Library</u> and J&L is in complete collusion with <u>Esmond Harmsworth IV</u> to never published any local author of any fiction book about Newport, Rhode Island.

**Bing West** feels so protected.

Newport is not your first home, and you have published so many non-fiction books. Your recent book is your first novel, and it was published by <u>Press Hill</u>, and printed through a distribution network of **Simon and Schuster**. It did not get many reviews at all. [<u>Note</u>:  That was because it was not published by a Big 5 publisher not because of the quality of the book.]

**Harry Gural**:  I can't believe you know so many people, but since you lived in Newport 12 months a year, and raised two children at local private schools. I know you know every name. You spent 13.5 years on local Newport arts and cultural boards of trustees.

**Pamela Chapman:**  I know many people, many names, but they never knew much about me until my book and this situation. I am very private. I have been completely violated here. ***Barefoot in Heels*** should never have had a literary bashing and literary review here. It took from August 2019 – February 4, 2021 to reveal that ***Barefoot in Heels*** had been extensively circulated and discussed here. But, now that it has, and I have been raped by all, they will be forced to move onward, but only if they believe they have destroyed it and you permanently. The ex-husband feels justified in this destruction because he said that divorce and that book destroyed me.

Pamela Chapman
pamchapman@cox.net
401-862-4433

No it did not. How can a book, that you stole destroy you? You destroyed yourself, and then shamed and blamed the book that you had no right to even hold, but you did.
**5:40PM**


Harry Gural:  I will find you out. I know where you live, and I have until December 31 to do it. Because after that, you will sue me for slander, forgery, fraud, and abuse. (He didn't care. The dates and the threat met nothing to him.)

David Vann:  O.k. I get the whole scheme. There is no besting. It's all about reciprocity. [Note: It is a polarity of opposites: Besting → to → reciprocity; or thievery → to → reciprocity of relationship.]


8:57PM June 18, 2022. The lynchpin of the story is that Andrew Parsons needed a father figure here, and he looks to Alberto Villodo to fill that role. Carrie Crosson Gilpin said just a minute ago, *"I am never his parent, and if Pamela Chapman knew this a long time ago, then it makes sense that she divorced him. She never wanted to be his parent any longer and she herself is both simultaneously her own inner child and her own parent. That is a sign of absolute maturity. No person should have to be another person's parent in a marriage except it happens all the time."*

Pamela Chapman: It is part of co-dependency. Nola Ganem absolutely is always looking for a father figure. Alberto Villodo and Harry Gural are always father-figures here. Tara Plochocki herself was often using Harry Gural as a parent and not as a husband. She claimed he was her dystopian fantasy. She was 35 -42, and he was twice that age, 56 – 63. Alberto Villodo has insinuated at times on January 2020, that he is the parent of Marcella Lobo. Jana Hicks Jagoe always needed Donald Jagoe are to be her parent. Her mother died when she was 5 years of age.

Andrew Parsons needed a big brother. He has two. Both are never up for the task here. He had father figures and big brothers at Roxbury Latin School for six years. He had the same in medical school and in the US Navy. Ironically, his own father was always in need himself of a father figure. He too used the US Navy for that.
His own brother, Peter Parsons had no idea, but can be neither a brother nor a parent to a man like Andrew Parsons. He and Peter are far too different for that kind of relationship. If William Parsons at the age of 14 had to be a parent to his own father, then there was definitely a problem brewing there. Well, that has always remained. So, when William goes on a golfing vacation with his father, his father always gets to a crisis moment where he has to pull rank as the father of William Parsons. But be mindful that son rarely needs a father to reign him in. We think Andrew Parsons is the one who is always triggered. That forces him to over react.  That becomes the manifestation of that crisis in himself, and never in the son. **9:07PM. June 18, 2022.**

Pamela Chapman
https://pamelachapman.com  802
802-345-2516

We don't think Andrew Parsons has a crisis in his own divorce with the ex-wife, we think he has a crisis in himself that he never self-mastered. If he is always looking for a big brother or a father – figure especially after his divorce, we see how he ended up in here.

Pamela Chapman would say, *"Once divorced, he became ungrounded."* She was no longer serving as his stabilizing parent. He should never have used his own son for that. The son was too young and ill-prepared. He needed his own parent. Today the son is fine, unmistakably fine. 9:09PM

Andrew Parsons need a parent both here and there. So did Nola Ganem and a few others. Alberto Villodo and Harry Gural fit that bill too well for too many. Since Pamela Chapman did not seek a man for those reasons, she was on the opposite side of that equation. Ironically, Nola Ganem lives with her father, and she is always looking for an older man. She went after Donald Jagoe when she was 27. He was 57 years of age.

If Andrew Parsons does not pre-negotiate a settlement with his ex-wife before she files a major lawsuit against him, there is a likelihood that he will serve time in some capacity for the severity of the crimes he has committed. He will completely undo his life. There is no one to tell him that he made a mistake. He has been warned to many times. **9:20PM**

No one wants to listen to this anymore. Andrew Parsons MD is using everyone here as a psychotherapist or other mental health professional. We are not here for that. His needs always end up in sorcery, or other crimes of abuse, and gross misconduct of one sort or another.

No one wants to work with him anymore in the OR because he is always complaining about his ex-wife. How does he actually have anything to say about her after all this time?

He always has some comment about the ex-wife. No one says a word. They are all medical professionals. No one sends him to counseling. He used Jim O'Rourke MD for two months after February 4, 2021. He is a board-certified anesthesiologist. He was not trained for that. Andrew Parsons is twice board certified, a feather in his cap.

No one wants to play golf with him anymore except for two people. They play locally once a week. Without an OR to go to, he wants to play every day. They will no longer let him on the course without a buddy. His son can't be that anymore.  He is not his father's therapist, and neither are the rest of the golfers he wanted to play with including Hedy's husband who is an M.D. psychiatrist.

Harry Gural thinks this is justice because Andrew Parsons wanted Pamela Chapman to be so isolated and without anyone to ever talk to. He wanted her completely incapacitated. Yet, he is the one who needed all the help. She is more than ok here.  He is never going to understand what he did to her, himself, or his children because he spent most of his time here either in a psyche space with four of his recently acquired wives, or in a quiet platform in Alberto Villodo's with all the others in the Thievery Ring. He did not actually spend much time in the presence of the Public Commons with all the others.

Pamela Chapman
p0.chapman@cox.net
401-862-9179

If he is out of touch with the conversation, it is his own fault. He cannot plead, *"I didn't know."* The rest of us did, including Carrie Crosson Gilpin who tried to sooth his fears by being in the same situation. They are all so upset that Pamela Chapman can eventually emerge out of here and actually sue for maximum settlements due to the severity of the situations inflicted on her.

They all thought, including Jean Gorham, that she will never get out, then they would never be accountable for their actions. Then, they would never pay legally or financially for their misconducts. Jerry Slocum told Jean Gorham specifically, *"Not to worry. Pamela Chapman can never get out of the situation, so no need to ever consider the consequences of your actions."* **9:32PM June 18, 2022.**

If Harry Gural were to be sued by Pamela Chapman, she said he and she entered into this story not by their own doing They were forced against their will. All the others self-identified, and selected into the story themselves. They also can't get out without the other, and that is not true of all the rest. They all had their own journeys that were different. Harry Gural's situation does not parallel the others. A good attorney for his defense would see that right away. Therefore, she does not think it strategic at all to sue him. She might win a small battle and lose the war. But, that is not true for Alberto Villodo, Andrew Parsons, Grenville Craig, Donald Jagoe, the women of the Thievery Ring and the members of Kamala's Table. But even the people with Kamala Harris have their own unique situations. Not everyone entered of their own understanding and others considerations. We were asked to notate that Donald Jagoe was not in the Thievery Ring. His wife, Jana Hicks Jagoe was there from inception to September 2021, thrilled to be a part of what she considered a social group of belong. He was a scout, an errand boy for Jean Gorham. He did not always know what he was doing on Jean's behalf, but it was always against Pamela Chapman. Rebecca Rex overheard much of the subterfuge going on between the two of them. **9:39PM**

Stanley wanted Andrew Parsons to ask Alberto Villodo two questions earlier today. He was very upset about something someone said that he did not understand. Yet, he did not ask them because he said, *"My ex-wife will hear me, and I don't want her to think I am interested in what she is doing."* What were the two questions: Why would you go to Machu Picchu in Peru and never camp out at the top?

Pamela Chapman:  Because you do not have the right guide.

*"Why would you take a train to Machu Picchu?"*

Pamela Chapman:  Because they are beautiful luxury trains in phenomenal natural ecosystems. Splendid travel for the knowing class.

Then, he said, *"Why would Pamela Chapman ever spend $34,00 for a safari with Abercrombie and Kent?"*

Pamela Chapman:  Because it, too, is splendid travel for the knowing class. It is a curated travel opportunity with a distinct curated group of people—mostly a small group of family. That is why.

He did not understand the answer. But, he looked up the outfitters she looked up, and said, *"I can't understand it."*

Pamela Chapman
pamelachapman@cox.net
101-569-2-9510

She never would do this in open global space, but like everything else, he had to get every answer to every question about his ex-wife. He did it in front of the whole world, as if the entire world had to be his psychotherapist because he refused to go to one. He said, *"They are completely unnecessary."*

It destroyed her. She was completely unprotected. He got it all. He acted as if it were his birthright to destroy her for his own needs. The guiding realm allowed it and so did everyone in the Public Commons and just about everyone in the Celestial Temple. She stood helpless to the whims of all the others. There is absolutely no justice.

Andrew Parsons made her bleed every ounce of everything about herself to the entire world for 1.5 years and 24/7. She never ever got a break of a private conversation. He had nothing but that. He got everything he ever f'wanted. It was delivered to him at her peril, at her pain and suffering. He exposed everything that was private in her life to the entire world 24/7.  He destroyed her completely. She can't ever get that back. He said, *"Well, that is justice of the divorce and your book of fiction."*

She had to do some things in front of the entire world because after a while, after 18 months you just can't hold your breath any longer. Villodo is to blame for her loss of reading, writing, thinking, and the noise. He is completely responsible. Alberto Villodo trained Nola Ganem and Bethany DiNapoli to replace him in his death so that those two women would always have absolute control over Pamela Chapman.

It was said earlier that Jerry Slocum would replace himself with Bethany DiNapoli in the next Big Book Story if there was to be one. That came through one of the past victims that was two days ago woken up. She has all the qualifications to be the next Jerry Slocum.

Alberto Villodo reads Pamela Chapman's thoughts by entering into the wind tunnel of noise and no one knows he is there, and no one in the wind tunnel hears the noise except for Pamela Chapman. Yet, we are all hearing it together and Alberto Villodo is trying to pick up just about anything he can find in there. Before, they all would enter back in and try to scratch for answers to anything, especially about A. When they can't get an answer, they pick on something else, anything to harass her with. For example, last night when she tried to watch something on Netflix – for the first time in weeks, Alberto Villodo said something about, *"Does the guy look like Ralph Pardo?"*

That was a problem last year. That man said he watched what she watched on the screen, and somehow made anyone on the screen resemble himself by suggestion to her. She just turned it off at that harassment and abuse. The same thing happened last night except it was Alberto Villodo doing it because they were all bored in the Thievery Ring because Pamela Chapman left the conversation to turn her attention elsewhere. She was considered their entertainment. She is like a caged animal in the zoo. There to be watched, heckled at and imprisoned.

For so many months, and especially during the time frame of Kundalini Crossing, June 19, 2021 – October 31, 2021, Pamela Chapman was never allowed in the conversation at night. She was always

Pamela Chapman
pmcchapman@ccox.net
401-662-9516

behind walls of very loud noise. She was excluded from every conversation. She had absolutely no idea what was really going on. If she woke up at night, either Bethany DiNapoli or Nola Ganem would either turn her hearing way down to almost quiet so she could not hear a thing—and they heard everything, or push it way up to beyond loud to a point it shook her body—that's a physical assault, or tell everyone to stop talking until she goes back to sleep. Now, they are all bored without her.

The Thievery Ring **cannot** hear the noise. They are **all sitting in a quiet sorcery space _Alberto Villodo_** created. They are trying to listen to Pamela Chapman's thoughts, and harass her as they pop out.

If Marjorie Philips were alive she would never understand what Andrew Parsons was doing here. He never ever behaved like this at Bethesda Naval Hospital. Here he is an absolute jackass. He is standing in the middle of his bedroom in his pjammy bottoms. He is just waiting for Nola Ganem to tell him what Pamela Chapman is thinking. When she does this, he is then going to move his body in any particular direction. When he does that, she will then tell him something else. So, when he looks to the left, he will then plant in her mind that very same topic, and when he looks to the right he will plant a different topic. So, every night if he looks to the right, he is planting this, and to the left, he is planting that. It's all sorcery technology.

Sometimes Pamela Chapman can sense topics behind other topics. The only two topics they ever plant are A. and recently the name David O's name to create an unending tag of the two to get her to say something, anything at all. They beat the topic to death. They can't find the answer because there is no one in the Public Commons who she knows who knows anything that they can verify. All she can say is she worked in a physician's office that did them twice a week. Andrew Parsons said, _"He did not previously know that."_ He did not even know her own work history, and if that is a medical procedure, he would be barred from ever discussing it. It is against federal law called the Health Insurance Portability and Accountability Act of 1996 (HIPAA). A physician can lose their medical credentials in a hospital for violating HIPAA, and can be sued for that. He believes a violation of HIPAA in this space is acceptable. No one will ever catch him.

Tonight, Nola Ganem and Andrew Parsons are rethinking which direction to put those these thoughts toward. They don't know what to do, but Alberto Villodo is still there because the noise is there. They have been scratching every day and night since at least last June 2021. That was 12 months ago. That was 52 weeks and about 365 days and nights ago. When do you stop Andrew Parsons, Nola Ganem and Alberto Villodo? If Alberto Villodo is considered a father figure to these two adults, when Alberto Villodo did you stop and act your age of maturity?

The guides turned the noise to the Thievery Ring. They had no idea what it really sounded like. Bethany DiNapoli said, _"We did this to you every day and night for at least 1 year?"_

Pamela Chapman
pmmelchapmata.comcast
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-16

**Pamela Chapman**:  Yes, and it gets much worse than this. It gets louder, sharper, and it shakes your body. **Bethany DiNapoli** had no idea the consequences of her actions. She had no idea what it sounded like to you **Pamela Chapman**. She sat in pure quiet to implement her tools of destruction while Pamela Chapman was in the thick of it.

*"Yes, she thinks you have a legal case."* Andrew Parsons understands the noise now. He did not before. He never heard any of it. He was in nothing but peace and quiet.

**Harry Gural** now says none of us knew what the noise really sounded like. Alberto Villodo always said, *"It is nothing. She will get over it, but if it was louder, sharper and made her body shake that is a physical assault every day and every night, and if she could not sleep, and if her nervous system was off kilter, and her metabolism was off, it destroyed her vagus nerve tone."*

*"Oh, yes it did. She developed that through yoga and meditation. The noise destroyed it."* **Andrew Parsons** knows exactly what she is talking about. This is medical malpractice for me because I intended to destroy her by her own hand. Yet, it was by my hand that did it not hers, and I insisted she was going to destroy herself in this space by screaming and being a Fidiot in front of the whole world, but in fact I did this to myself instead just like she said.

**Bethany DiNapoli** agrees that she also did this to herself. We had no idea what anything sounded like, or what the experience really was because we did not experience it ourselves.

**Julianna DiNapoli**:  I did not understand why my mother insisted on doing this, and if she is next in line to be the next Jerry Slocum for how demonic she can be, then I am embarrassed—but not really, because this is too cruel for anyone human being to have to endure, and you made Pamela Chapman endure it. You stood behind that ex-husband. Pamela Chapman said, *"Bethany, you have a daughter. What if your daughter married a man like Andrew Parsons?"*

I never wanted to understand what she went through because it you sue my mother we will pay. That is the only way to create restitution for what they did to you every month and every day moving forward. It became a way of life for them, and for her also, except they lead a full life here and there, and Pamela Chapman could not because of what they did to her. Her ex-husband and the entire Thievery Ring wanted her absolutely destroyed.

*"Why Julianna DiNapoli would your mother insist Pamela Chapman be destroyed?"*

*"Because she did not give enough moving to* **Island Moving Company** *in a nonprofit donation?"*

**Julianna DiNapoli**:  No, my mother. Bethany DiNapoli just wanted to demonstrate to the entire world that she had real leadership skills.

**Pamela Chapman**:  **Julianna DiNapoli** is this a demonstration of real leadership? You went to St. George's School in Middletown, RI. Is this the kind of leadership skills they teach there?

Pamela Chapman
pmchapman@cox.net
401-862-9516

**9:40PM**

Harry Gural:  His Chevy Chase Visa card was problematic for him to use because every time he used it, someone called him on a sorcery telephone hotline, and harassed him. They asked repeatedly, *"What did you buy?"*

It was because Richard Neal, D-MA, Ways and Means wanted to teach Harry Gural a lesson because he asked too many questions—it was also part of The Game of Sexual Obedience. In this version of The Game, someone from the bank would report every time he used it to someone in Richard Neal's office. This is workplace harassment, abuse, and fraud with a credit card.

Harry Gural has not been buying groceries because he doesn't want to use his card, and he does not use an ATM machine because Rusty Powell III steals all of his numbers.

Kamala Harris said, *"No one is ever going to touch this kid"*, meaning 62-year old Harry Gural, ever again.

Prior to this set up, Rusty Powell III and Bobby McDermott did that work but for Kamala Harris and Richard Neal. Each stopped, and the work went to Richard Neal's office.

Harry Gural is going to sleep with Jean Gorham tonight because he is afraid to fall asleep and get attacked by someone, anyone.

Donald Jagoe agreed to talk to him if necessary because most of us like to sleep, but he sleeps soundly like a baby when he slept with Jean Gorham for three nights or so in the old Llama Nation territory last May or June 2021.

At 9:46PM, Kamala Harris said, *"We really messed this kid up."*

At 9:47PM Kamala Harris said, "I didn't think she was writing anything down, so I'm going to say, 'Good riddance." Because Q'ero David Kehoe said, "Kamala Harris you are screwed up like a Christmas tree and that is something Kamala Harris once said to her Nation people at Kamala's Table. *"You are so screwed up like a Christmas Tree."*

*"Why tell people that?"*

They deserved to know the truth about who they were because no one got off any easier than the other in Kamala's Table. We scrutinized everyone until we stopped. You were scrutinized without knowing anything about anyone else. We didn't touch Alberto Villodo, only you.

Pat Fernandez:  It's my fault. I brought you there in the first place, but you and **Alberto Villodo** were cleaning out **Llama Nation**, and I thought you were doing spy work. I thought you'd run right into Kamala Harris, and I needed to warn her.

Nations are in the Celestial Temple. One would never have run into kamala Harris. He operated in the caves.

**Pamela Chapman:**  **Alberto Villodo** started **Llama Nation** in the first place as Lahore, so if he wanted help cleaning out the jackals, and he did not know where they were, he needed the assistance of a clear channel to track with and we did it together. Once again he needed a clear channel to be a higher performing shaman, but he was never up front about it. He never paid her, or gave her a proper reciprocity of favor for it.

**Kamala Harris:**  What the hell are you doing?

**Pamela Chapman:**  Yes. Cleaning out the jackals and those souls for whom their guides have stood down.

[**Note**: He was really cleaning out all the thievery people, and making sure his nations are clean of thieves.]

**Kamala Harris:** You gave such great answers, no one could stop you.

**Pamela Chapman:** I didn't even know anything about anything. I was completely naïve.

**Kamala Harris:**  Yet you performed brilliantly my friend because no one could figure you out.

**Alberto Villodo** just sat there listening. Through sorcery, he just placed himself inside of you.

On June 22, 2022 1:15PM, Frank Pearson, Becky Gill, Dawn and Shirley Galvin, Gina—and her daughter, Deb Chapman, Pamela Chapman, Dan Brennan, and Stanley Chapman all had a short conversation about Stanley and Janet Pearson's (1st) cousin, Gina, in New Zealand. She is a British citizen by birth and by marriage, and was sent to New Zealand as a young bride to live with her convict husband who was sent there as a penalty for crimes committed in Great Britain. She has been there ever since. She is in her late 70's.

Melchizedek Café blurted out to Pamela Chapman's surprise, *"No, she is not safe there."* It took a while to figure out the problem, but Melchizedek Café said, *"She will not die in New Zealand."* This is her destiny. We had to figure out how we get her out of the country because she does not have a passport or money to fly, and if she were to leave, where would she go in England?

Pamela Chapman
pamelachapman@verizon.net
(860) 235-5810

Straight to <u>Becky Gill's</u> house. <u>Janet Pearson</u> has woken up, and is now with <u>Stanley</u> and his group on the other side. <u>Janet</u> knows <u>Francis the Guide</u> from another lifetime about 300 years ago. Now we will say, if her daughter can arrange to get her mother a passport and a plane ticket as soon as possible, and notify <u>Becky Gill</u>, the family will pick her up in London at the airport, because she was never meant to stay as long as she did in New Zealand with that ex-convict, drunk husband.

If <u>Becky Gill</u> can arrange accommodations for her at her house. Then, the family will see to it, that she always has a place to stay. England will make sure she has a pensioner's salary, and will talk care of all of her health needs. Pack a suitcase and whatever you really need. You are not returning, but you can purchase a round-ticket airfare if you need to make it legitimate. She just will never board that plane to return ever again. The family will see to it.

If <u>Dan Brennan</u> travels to England this summer to walk the trail <u>Pamela Chapman</u> walked 30 years ago, he had a huge butterfly effect this morning, so we will see who arrives home to England this summer for a family reunion of immense importance. <u>Janet Pearson</u> herself flew to New Zealand years ago and could do little to help her favorite 1st cousin out of the marital situation, but she could do so little. The daughter should have helped years ago, so by hook or by crook someone but not the daughter will help her mother right away today.

<u>Gina's</u> aura is in beautiful condition and has so many locks on it. <u>Pamela Chapman</u> has so few locks. We can regenerate them, but will they work?

They always work. We will use <u>Gina's</u> aura as a blueprint. There is one other you could use also. <u>Gina's</u> husband has an aura filled with noise that he can't hear, but has no idea who put it in there. He was always in trouble with the law in New Zealand.  He has not worked in over 50 years. <u>Gina</u> did some light housekeeping, but could never keep up with him or the family. The son and the daughter abandoned the mother so early. They did not leave the county. They just don't live near each other. <u>Becky Gill</u> herself will do something that daughter doesn't like. **1:37PM June 22, 2022.**


<u>Pamela Chapman</u> awoke in the middle of the night and went to the bathroom only to face blistering noise focused on her. She was shaking.

About two weeks ago, <u>Harry Gural</u> fell asleep in a dunk tank and awoke to <u>Tara Plochocki</u> straight in her lap.

<u>Pamela Chapman</u> often fell asleep and when she woke up at 2AM, they kept her awake until dawn. They all knew she just wanted to go to bed and be asleep by 2AM.

They purposely and purposefully made sure they fried her and exhausted her so that  night after night the exhaustion would/will take its toll, and then, they will harass and assault her ever more.

They wanted to know where her breaking point is/was. Island Moving Company and Andrew Parsons were devoted to this cause.

[Note: It turned out to be raw physical pain in her hemorrhoids that sorcery made been worse than imaginable because in two days she will have been suffering from the pain of hemorrhoids for 5 weeks, when the typical recovery is 2-3 weeks. Sorcery was used to created more and more physical pain beyond the barrier of the actual human pain of the infliction. It is actual physical torture. That is her breaking point. And like Gabby Bernstein said, "If you did all of this for this long, you now need to stop. You do not get more from her other than your own personal enjoyment or satisfaction of knowing this is what you did." More has no more of more]

Andrew Parsons did not ever want her to publish her book and he wanted her destroyed to the end for divorcing him in 2012, and Island Moving Company wanted her destroyed for not donating more money annually, and probably for having a daughter who rode horses in Beval English saddlery instead of leaping across the floor in Danskin tights.

That's not the half of Dominique Alfandre says. The other half is Norah Deidrich can't stand you for being high performing and having a brain because she never wanted to hire you. She wanted to date your ex-husband with whom she meant at Tom Hockaday's house.

The Game often becomes, *"Where is your breaking point?"* The break is the entry point at which you become the thief.

Jerry Slocum thought it was sexual assault, which would cause Pamela Chapman to masturbate. Then that is Level I of The Game. Once committed to Level I, boundaries erase. Just as Becca Bertrand said, once the boundaries were gone, she felt infallible and invisible and could commit any crime against another.

Gina Raimondo and some politicians said it is when you zero out your money, financial incapacitation. That is Level 5 of the Game––The Kill. We block you and steal from you to see what line you will cross to save yourself.

Where was Andrew Parsons' breaking point?

Knowing his wife wrote a book of fiction. He was paranoid about the themes and variations. He had absolutely no prior knowledge of the story. He claimed he had to have and it appeared through Esmond Harmsworth IV, a bona fide literacy agent.

He also crossed a line in medical malpractice and insurance fraud to create an incapitation of his wife. But it didn't take. Then, he said, *"When she is flat broke and living in a homeless shelter, then we will see what line she will cross."*

Where was Happy van Beuren's?

Pamela Chapman
pms.chapman@cox.net
(c) [.]

It was knowing Pamela Chapman wrote a book of fiction that took place in Newport or more importantly that she was from here. They didn't care the topic, but it was a perfect storm to erase the book from ever entering the world of publishing. She and the family said, *"She looks too much like us in the book, and we won't allow it."*

What about at Kamala's Table?

Previously in these notes, **Kamala Harris** said, *"A media project allows for the greatest participation across so many different groups."* **Kamala Harris** said, *"They are few and far between. A work of fiction is a perfect storm of opportunity, and if it pleases Happy van Beuren, it pleased her."* Where was the trigger or the entry point?

It's knowing a work of fiction by a Newport author was available for pure fraud. That's Esmond Harsmworth IV.

Instead of entering into The Game at Level I which would include masturbation, kundalini, and cross-tie marriages of people who should never be together anywhere but who can be lead through a thicket or forest of thievery, which was what Tom Hockaday and Bill Martin were striving to accomplish— They did not seem to arrive because there was no "project" for them, only 300 plus people who wanted to practice masturbation together—Except, they had Kristin MacManus who was all too eager to have a night-time practice of financial fraud, harassment and abuse instead of masturbation, and Andrew Parsons who was all too eager to have a night-time practice of literary fraud of reading a stolen manuscript to all those in attendance to create ultimately a Hate Crime against that author. A project of financial fraud and literary fraud was staring them in the face, but they didn't know how to lead to the next level. They had a gold mine of opportunity but they were lost in their own Game. They had no idea if they were in a thicket, a marsh, a forest. It was a quagmire.

Now, we have the Redwood Library Book Committee, Newport Hospital Foundation and Life Span, and Kamala's Table, they all entered at Level II of the Game. In some cases they backpedaled, which is where Harry Gural came me in. the Kundalini Crossing was unnecessary and irrelevant. Except it caused a tag and chase game and an addiction that pulled people through the thicket straight into the center of the forest where their life and life style became The Game. You became The Game you couldn't get off.

Kundalini Crossing dragged in 300 people. Most of the Thievery Ring Workgroup all game through Tom Hockaday's house or the Redwood Library. They were all previous associations at either Level I or Level II of The Game. Nobody was new. The inception of these groups except for Kamala's Table—but not really, were all pre-existing (Jonathon Karp, Mark Halpern, Rusty Powell III). Now, they were just new formations of previously existing understanding. The Thievery Ring, a lower level offshoot Workgroup of Kamala's Table – the ones who would actually do the dirty work merely combined Level I and level II of The Game together.

Several women all desired to be Harry Gural's mistress and played the third leg of The Game called Reciprocity of Relationship because Samuel loves to mess with these and prove that The Game is

Pamela Chapman
pam.chapman@cox.net
401-662-9510

more important than soul bonds and soul-based relationships. Relationship means nothing at all in <u>The Game</u>. <u>The Game</u> is <u>The Game</u>. It is the test. It is a besting at its base. It creates a physical and energetic addiction that revs up the metabolism. You are like a *"rat on cocaine"*. A kundalini pulse ring, which itself is sorcery technology, also hyper focuses one at the Level I of the game and it appears once you are hooked at the level of pulse ring, you then are the game you can get out of. But, on October 2, 2021, <u>Pamela Chapman</u> got <u>Kamala Harris</u> to say, *"You can all leave now, and almost no one did."*

That is the human condition. *Barefoot in Heels*, a work in fiction, is asking you directly in The Game, where do you stand and for what do you stand for in the human condition? That is exactly why we study and read literature—to learn about ourselves. It also asks you, who and what can seduce you? Let's go back to <u>Carl Jung</u> and ask, where, when, and for whom do you prostitute yourself? Where, when, and for whom, do you sabotage yourself? Where, when, and for whom do you play the victim? Are you grounded? Where your boundaries? Do even you have any?

Seduction can be sex (masturbation, kundalini, intimate with another), power (political nation states, professional, community, interpersonal), money (greed) or co-dependencies which are interpersonal and based on subconscious polarities.

An innocent book of fiction became a clarion cry for literally hundreds of people to commit all kinds of crimes against another, their families and themselves. People got both so worked up about the content of the book. It triggered far too many people because she wrote it. But it created a "project" of editing that bonded people across a daily multiple hour work project for two straight months.

At the end of those two months they had a plagiarized version of the book—badly edited and reduced—that they could sell overseas and online, a daily kundalini practice, an masturbation practice, sorcery mentorship, and a loyalty oath to each other that they could live outside the law and do exactly as they pleased whenever they pleased to whomever they pleased, and no one who take the fall except the other. When their own leadership skill failed, they used nothing short of every sorcery technology they knew or could imagined to control another, and any situation.  The golden egg, the brass ring, the prize, the trophy is absolute raw power over another. Everyone sought power. Without sorcery technologies, they were nothing, nothing at all. Once the humans perfected this, the guides mirrored and mimicked the experience. They guides themselves became the game they couldn't get out of.

In sorcery, they claimed the inverse relationship between the church and sorcery. You did not cross the line if you committed yourself to a congregation. Now, here, you needed a family, or at least one person to pull you out, but it appears more people in some circles pulled their tribe in rather than were pushed out. More families pulled each other in. Now, they no longer have the opportunity to have anyone push them out.

People in society do not live outside the law. In here, <u>Bethany DiNapoli</u> made the statement regarding, *"We lie here so that we can live a fantasy life and never be accountable for it,"* but our ancestors here

Pamela Chapman
pamelachapman@cox.net
101-102-03 ???

and abroad knew we could not live that way. Until we faced the truth of our own lies we were doing to destroy ourselves wholesale. That is when all the laws for sorcery became capital punishment. **10:58AM 8-24-22.**

---

## August 16, 2021
### 8:35 AM

So, be careful who you hire as your attorney. They have secrets especially <u>Christine Bush, esq</u>.

<u>Carolyn DuPont</u> reigns as Queen of Newport social history. <u>Jackie Egan</u> tells her everything about everyone.

How did they know your sordid details?

They stayed up all night, and said twice that you and she are both CEO material, so watch out <u>Carolyn DuPont</u> because you are over 80 years old and you were never a CEO, and neither were the rest of you. <u>Carolyn DuPont</u> said, *"My daughter, <u>Alice Ross</u>, is now the social director of Newport so nothing goes on without her knowledge and approval."*

<u>Dorienne Farzan</u>:  No way Jose, that's all in their head because <u>Alice Ross</u> lives most of her year in NYC.

<u>Happy van Beuren</u>/ Campbell Soup wanted to give <u>Becca Bertrand</u> real estate as a parting gift. They bought it, so she did not have to. They claimed to have bought a piece of real estate <u>Pamela Chapman</u> liked, and taunted her that Campbell Soup, <u>Andrea van Beuren</u>, and/or the <u>van Beuren family</u> owned it now. They planned and to give it to <u>Becca Bertrand</u> as a gift, so that <u>Pamela Chapman</u> could not have it. That was 111 Harrison Avenue.

<u>Pamela Chapman</u> is an undisputed tastemaker. The house next to <u>Elizabeth Kahane</u> will one day be for sale, and she can have that one if she wants it.

Then, we learned on September 29, 2022 by 6:30PM,  **Pamela Chapman** is being hounded to move out of town, as she had been from the beginning:  *"We don't love you. We don't like you. Get the hell out of here."* She tried to move between June 2018-December 2020, but could not sell her house at the right price. The whole lynchpin of the story is that <u>Carolyn DuPont</u>, speaking she claims on behalf of all said, *"If Pamela Chapman truly does not own real estate and/or does not reside she drives Newport, RI or that she was never in Newport, RI, then that she does not have a vote and/or own in and own Newport, RI."* This is

Pam, not normal
Pmchapman@cox.net
401-662-9516

because, if she writes about Newport, RI in fiction and claims to have lived in Newport, RI, then she look like *"one of them."* They refuse to allow that.

*"Who are they?"*

The social elite of Newport. Only the social elite are allowed to write these books. But, no one tells you the rules, or who is excetable to the <u>Book Committee</u> of the <u>Redwood Library</u>. We only know four coffee table nonfiction books in the last 15 years that have been blessed and published. The <u>book committee</u> choses to work in secret. They said, *"If you insist on publishing your work of fiction, and we know the author, the <u>Redwood Library</u>, might publish it for you with very minimal distribution."* This kills the book. They did this to Eileen Warburton (dead) and several others.

They have been screaming all afternoon today, *"When <u>Pamela Chapman</u> publishes, she is absolutely forbidden to write anything on the book jacket that claims she ever lived here, otherwise we will torture her to death one way to the other."*

<u>Timothy Hollister, esq</u>. has all these notes himself. <u>Pamela Chapman</u> did not actually hear most of the conversation. She was looking at real estate in Chatham, MA through realtor.com this afternoon. She found a house she loved—the same one she saw last year some time—and said' *"I'll take it. I would absolutely buy it if I had the money."* That did not satisfy the people.

It took several hours to get to the bottom of that conversation. It is all about not writing anything about her actually living history on the book jacket. They want to deny she was ever here, and she has spent almost 25 years living here. The house she found is on the market for $12.6 million. In the future, when she finds a house she wants to buy, <u>Timothy Hollister, esq</u>. will make the inquiry, and offer a sealed bid on the house sight unseen. That way she is never barred or discriminated against for the <u>Hate Crime</u> that has been going on here.

The <u>Hate Crime</u> is all about not gaining acceptance to a Social Club of their own undoing. <u>Pamela Chapman</u> did not seek membership in these clubs. Yet, they insist *"She is not one of us, and must leave town right away."*

<u>Carolyn DuPont</u> and her family do not belong to these clubs either. Only <u>Kate Fields</u> and <u>Tobie Fields</u>, belong to Baileys Beach and the NY Yacht Club, plus a few others. <u>Tobie Fields</u> belongs to the NYYC because he is a retired Commander of the USN. That is a reciprocity the NYYC gives to retired military officers.

If <u>Timothy Hollister, esq.</u> did not hound these people for these answers, they would never have said a word, and they would have continued to excoriate <u>Pamela Chapman</u> just for being herself. He has all the notes from earlier today regarding the base of the <u>Hate Crime</u> coming from <u>Dr. Joe Chazen</u> MD and <u>Linda McGoldrick</u> in June 2011 over a decision to put off a vote 24 hours for a Capital Campaign at the Newport Art Museum. Everything <u>Pamela Chapman</u> did was justified, and in keeping with her position as Chair of Governance on that board. It involved <u>Lisa Goddard</u>. It extended to <u>Nora Diedrich</u> in 2015 who spread gossip and slander to <u>Dominique Alfandre</u> and the

Pamela Chapman
pmcchapman@cox.net
401-662-9316

IMC board including <u>Bethany DiNapoli</u>. It spread all over <u>Tom Hockaday's</u> house and was consistent with the <u>Andrew Parsons, MD</u> and his immaturity over accepting his own divorce form <u>Pamela Chapman</u>. It was a perfect storm and confluence of collusion. This was pure hate and maleficence. It was unjustified and misplaced. When added to what <u>Tara Plochocki</u> did at <u>Kundalini Crossing</u> with <u>Harry Gural</u>, for her own selfish advancement with Kamala Harris, it spread like a wildfire. This is just the start of the <u>Hate Crime</u>. There were others involved. <u>Pamela Chapman</u> did nothing to trigger this herself. She was living her life quietly as a writer. **8:00PM 9-19-22.**

<u>Pamela Chapman</u> told <u>Roger Kass</u> to buy Bois D'ore. Why didn't they?

*"They did not want it,"* they said.

<u>Jed and Elena Wilcox</u> wanted you dead and so they made up the whole story about <u>Jed Wilcox</u> and <u>Lisa Amodio</u> as <u>Twin Souls</u> [**Note**: Almost as if it were a re-play of <u>Kamala's Table</u> and the need to over play <u>Twin Souls</u>, or because that is how <u>Pat Fernandez</u> played it. They kept up the whole charade up, until <u>Lisa Amodio's</u> husband yelled, *"Uncle"* because too many people believed the story in New Britain, CT, so they stopped and revealed that <u>Kimberly Witherspoon</u> had no contract with you (that was the end of April).]

April 2021 was a watershed when everything about your sexual history was revealed by others. Everyone in Newport and beyond thought you were a prostitute, a whore with Kundalini with <u>Alberto Villodo</u>. It was to destroy your character and make sure *Barefoot in Heels* was dead.

<u>Donna Bordanaro</u> from high school: No one thinks most of that story is true.

<u>Saul</u> and <u>Jerry Slocum</u> keeps telling lies. Now no one thinks you are that person, but the damage is completely done and no one wants to ever see your f' face ever again. **No one wants a person like you who asks questions here or in the Halls of Congress, just ask <u>Harry Gural</u>**.

**He said** he finally understood why no one wanted to speak up for you. No one was allowed ever anywhere to ask questions about the happenings of anything.

**Last night, <u>Nora Diedrich</u>** insisted that she be reassured that no one, and she meant absolutely no one in Newport, ever wanted to see <u>Pamela Chapman's</u> f' face ever anywhere. She needed to be reassured over and over again that you were dead in Newport. She said the word, f' about every other word, but made sure she reassured everyone repeatedly that, <u>Dominique Alfandre</u> spoke through her.

[**Note**: This is not a Game. This is pathology. The Game is consistently getting more and more acute and dangerous to the point that someone will be hurt. It is just a matter of time. We know the people. We just sat back, and let it happen. <u>Pamela Chapman</u> bore all the pain of it all because she was the one that was ridiculed, left out, harassed and defamed. She had no choice—all because he wrote a book whose setting was Newport, RI, a place she just happened to live in for almost 25 years. <u>Elin Hilderbrand</u>, an Iowa Writer's Conference graduate, has

Pamela Chapman
pmic.chapman@cox.net
401-662-9846

written 28 fiction books that take palce in Nantucket, and she happens to live there. Little Brown & Co. is her publisher. |

How did <u>Carolyn DuPont</u> get so much punch?

*"The former Executive Director didn't have any social credibility in Newport."*

<u>Carolyn DuPont</u> was able to take the power and the rank from the Development Director's office. She created all the programs and the events. She knew how.

<u>Alice Ross</u> said last night, "I don't understand why <u>Pamela Chapman</u> isn't dead yet in Newport, and why they keep thinking this book will ever see the light of day because everyone only wants to read it nightly under their sheets."

This is that goof of a story that no one wants to admit they read.

<u>Nancy Graham</u> now says, *"I can't do the deal because <u>Simon and Schuster</u> isn't taking on any new imprints, and I don't do M&A."* That's my husband's experience and <u>Ed Heffernan's</u> who created this deal for <u>Pamela Chapman</u> and her children.

<u>Andrew Parsons</u> said almost nothing until he spilled the beans that <u>Jerry McIntyre</u> knew all along that he and <u>Cathy Wicks</u> were to be married in June 2022 because that is what she told everyone before Feb 4, 2021.

<u>Cathy Wicks</u> was going to back him into a corner. Everyone in Newport gets backed into a corner to expose or sell in ways they don't want to. It's a besting game called <u>The Newport Game of Social Directories</u> because if you aren't in <u>The Green Book</u>, no one cares who you are.

The same woman said, *"But, I am rethinking all of this because too many people like you have copies,"* but she also said, *"I will ask for them back in an exchange."*

She actually can't because it is not a membership directory and even those get Xeroxed for distribution. Just ask <u>Erin Ribero</u> of <u>Rib and Rein</u> because that's how they advertised through <u>St. Michael's Country Day</u> School directories and all the others. The <u>New York Yacht Club</u> directory has a similar issue.

No one wanted you to know that <u>Pamela Dorman</u> isn't really anyone's friend because <u>Saul</u> said last night in front of so many that, *"I only wanted to buy the book for $1 million on a commission. If you sell more, you will get more residuals."*

Pamela Chapman
pam.chapman.com.net
1-1-602-0510

We all said, *"No."*

She was awake at that moment. <u>Jed Wilcox</u> said, *"They understand completely when you said, "If necessary, it will wait until I am dead."* But that story will be published in hardcover and paperback because <u>*Barefoot in Heels*</u> has such a chic following that <u>Carrie Crosson Gilpin</u> herself said, *"<u>David Vann</u> and <u>Marie Rossi</u> are so shrewd that they will figure out a plan of attack."* She can't believe you roomed with <u>Marie Rossi</u> and did not get attacked because she thinks <u>Marie Rossi</u> is too shrewd for her.

*"What a compliment,"* <u>Pamela Chapman</u> said.

<u>Carrie Crosson Gilpin</u> said, *"I think <u>Pamela Chapman</u> and <u>Marie Rossi</u> should be arch enemies, but they are not."*

<u>Marie Rossi</u> said, *"<u>Carrie Crosson</u> is so damn competitive and stupid. We are not that stupid."*

Last night you indicated a comment directed at <u>Marie Rossi</u> like we have so much education between all of us. Then, she stopped, as if to say, *"If one can't figure it all out together, then is a huge problem."*
What's the problem to be solved? <u>Pamela Chapman</u> always asked.

<u>Marie Rossi</u>: The problem was revealing the social fabric underlying all the lying, cheating and scandalizing. Everyone who spoke last night had a secret whether it was a drinking problem (<u>Dolly Briggs</u>) or Daisy's father who was the Bailey's Beach tennis coach –you don't socialize with the help, let alone bed and wed them. She was never supposed to be sleeping with—let alone marry him, but then again she went to Miss Porter's School. That is what happened there.

<u>Lisa Goddard</u> thinks your education doesn't count because you were only at Wesleyan for two years. No one thinks your diploma really counts. [**Note:** It doesn't matter what the topic is nor the content of the topic. Every topic, every conversation, every everything about <u>Pamela Chapman</u> is harassed and abused in this space. No one else is held to this level of absurdity.]

Does <u>Carrie Crosson Gilpin's</u> diploma from Connecticut College for Women count—where she was for only two years?

*"Yes, it does because they have a house in Watch Hill."* Funny how a house in Watch Hill makes up for two years at Connecticut College. And the house is in Weekapoug. No, it is not. It is Charlestown, RI, a whole different neighborhood. One is Westerly, the other is not.

<u>Carrie Crosson Gilpin</u> said, *"I understand why no one told her any of this. They were waiting for her to channel this."* (No).

They had to wait for someone to step forward and everyone locally knows not to do that, or they are dead.

Pamela Chapman
pamelachapmanartist.net
401-862-9519

It took **Joy Vige** of Potomac, Maryland to reveal **Carolyn DuPont** and her history in events and development and her relationship with **Rusty Powell III**.

Is she a Sandywoods girl too? (No, she is not. **Ruth Taylor** is, **Grenville Craig** is, **Tracey Moore's** father was, so is someone else). The whole **Redwood Library** Board of Trustees is so dead because for once you exposed the organization's character when you said, *"The board was all immoral. It's a moral turpitude problem at best."*

But **David Vann** said, *"I have all the juice in the can because Barefoot in Heels was dirted from the start by Carolyn DuPont."*

**Rusty Powell III** knew like **Carolyn DuPont** even in August 2019 (Yes). He knew from **Grenville Craig**. They have always been together but Sandywoods. Now, **Becca Bertrand** said, *"I don't understand how no one told Pamela Chapman anything because someone always leaks something."*

[**Note**: Major collusion and harassment and abuse in this space because **Grenville Craig** had been connected to **Pamela Chapman** for 10 years in this space and never told her of his association with **Rusty Powell III** or the **Redwood Library's Book Committee**. He holds the Number 2 share of proprietorship from his ancestor **William Vernon** who was a founder of the Redwood Library. **Rusty Powell III** sits on that board. **Grenville Craig** sits on and off over time. He and **Rusty Powell III** had a strong association with each other as **Grenville Craig** used **Rusty Powell III** as a shaman. He exposed everything about **Pamela Chapman** to **Rusty Powell III** so much so, that in Feb 2021, when **Earl McMillan** approached **Pamela Chapman** through **Kamala's Table** regarding buying her house, he said **Rusty Powell III** has been sitting in it for years, and loved the view of the water.]

**Roger Kass** keeps everything close to the vest. Not really. **Happy van Beuren** says too many people knew about **Barefoot in Heels** mostly because **Newport Hospital** board is too big and **Cathy Wicks** gave it away to too many people. (We don't think so). **Andrew Parsons** sent the pdf around to too many people. **Laura D. O'Rourke** knows to whom it was sent.

**Carolyn DuPont** said, "**Happy van Beuren** writes a personal check to the **Redwood Library** to keep the **van Beuren Charitable Trust** away from the **Esmond Harmsworth IV** book deals. **The Redwood Library** puts him on the board for a year or so, every now and then, to make compensation for killing all the book deals. No one writes in Newport to **Esmond Harmsworth IV** first. [**Note**: Why did **Grenville Craig** not tell **Pamela Chapman** this upfront, or when she was done. She would have written in a pseudonym pen name, or some other personal].

**Pamela Chapman** stepped through a crack. They all knew you were writing something. [**Note**: Even **Lisa Goddard** knew she was writing a fiction book, *"About an ensemble of characters that was set in Newport."* That was 2015. They all knew, yet they had not yet seen the manuscript. It was as if they were all waiting for it, but no one told her **The Newport Game of Writing Fiction**, and that it was a swindle.]

But, they all underestimated you. They thought nothing of you such that whatever you write has no meaning nor direction. *"It will never see the light of day,"* they said. They would make sure of it.

*"It is read at night under the sheets,"* they say because, *"They like to read it to one another."*

Pamela L. Chapman
Ethics Complaint 2023-001
In Two Parts.

*Barefoot in Heels* is an instant sensation as an e-book in the Public Commons.

So, let's get it published properly.

Coco Richter's book sold 5-6 copies on Amazon. No one thinks that is well-written, or that an MFA from Hong King University means anything.

It does not. She took a screen writer's course at UCLA (that means something) so she has always been an author in her head, and an attorney by degree.

Her Friend, Barbara Schonfield, in Providence is on the board of Newport Art Museum, now thinks her own book she is writing is ok, because she is not a Newporter. That will save her because her book is not of the proper lineage of Newport writers. It's just not good writing they say. (Yes, it is.) Who knows?

> Harry Gural and Tameen Saied have been writers in past lifetimes. None of the nonseers have been in the monad. Emily Parsons has not been a fiction writer in a past lifetime. Tucker McGillrevey is always the scientist not the artist. Emily Parsons is an artist of some kind, probably music.

Donald Jagoe (never the writer, nor the artist) said not to underestimate you as did Roger Kass, David Vann, and Harry Gural because Harry Gural did something really under-handed last night.

Harry Gural said unmistakably, *"O, now that we have her asleep in bed. I swindled her because she thought this was about a birthday surprise."*

No, never really. *"She is smarter than that because she put the pillow over her head, and went to sleep."*

Harry Gural said *"Ok, we swindled her, so now you get to swindle them."* He has said, *"No one ever wanted her to be at the Preservation Society's party on August 21, 2021."*

Trudy Coxe said, *"I invited her to sit at my table."*

Anne Hamilton said, *"But we don't have any tables anymore."*

Harry Gural said, "That's ok. Jim Gaffney doesn't sit at any table anymore because he and Harry Gural don't smoke.

If Jim Gaffney and Harry Gural don't sit outside and smoke a cigarette. Then nothing would ever get accomplished. Harry Gural said, "He finds out more dirty secrets, like you, Pamela Chapman, don't really work, and she said, *"I'm a consultant. I work when I want to work."*

Pamela Chapman
pam.chapman@cox.net
401-662-9551

<u>Jim Gaffney</u> said, *"Well, I do to, but he didn't get you to admit that you didn't work,"* and she said, *"Well, I work, but only when I want to."*

He said, *"But I can't get you to admit anything here. Anything you don't admit to must be true,"*

She thinks <u>Harry Gural,</u> *"You are one big jerk. All you want to do is best each other, no matter who each really is. You are a jerk <u>Harry Gural</u>."*

This is the swindle. How is that really?

Because he said, *"No one understood how smart you were or what you were really doing here."*

You have said, *"I will not get on with people or activities until the coast is clear."* So, you have compromised your true dealings. Not really, but some for privacy.

<u>Lisa Goddard</u> can't actually like you now. *"You came across like a big fat nobody,"* which <u>Donald Jagoe</u> says is her best kept secret because in the end you might find out a whole lot about what she revealed mirrors who, what, how, and why you really are. Not how she is, how *You* are.

The energy today has a high-pitched beep. Beatriz's stock-in-trade is to get inside the inner circuitry and camp out in any person that is there whether it is herself or another. On <u>2-9-22</u>, Gone Girl Gone. We now await the release and departure, and curtain call for <u>Alberto Villodo</u>. There will be no encore.

<u>Lisa Goddard</u> is one bad ass who destroyed your character and integrity because you did not actually do anything or admit to anything. This is Miss Porter's School through and through. Everyone else told some version of some story to do that and they all admitted and destroyed themselves by their own hands. She did not. She may have said, *"I want to live there, and they then snatched it up right away."* Or, she may have said, *"What about that house, or that deal, and they ran to it like a moth to a flame."* It is that she can never have what she wants, or so that they can shame, blame, harass and abuse her for it. This too, is Miss Porter's School.

<u>David Vann</u>:  One will have some fun.

Oh, what about <u>Newport Hospital</u>?

<u>Wendy Neal</u> is your new best friend. She said, *"You are the only one to make people realize that the hospital must do something about it deplorable condition."*

That was never her point. That is how the Hospital—board and staff and C-suite chose to interpret the stolen book, *Barefoot in Heels*. They were just like <u>Andrew Parsons</u> and <u>Jessica Hagen</u>. They projected onto themselves something from the book they wanted to be real. They created a truth from fiction.

Christa Durand, President, Newport Hospital, Life Span, has said repeatedly, "*We don't care anything about that space on the 8th floor, or it patients. Yet, we all know so many who have been up there*: Grenville Craig's brother, and others,

Alan Neal does not ever agree he was up there, but the insurance doesn't pay for any other treatment. He was allowed to move around because he is an Episcopal minister.  He knows the space.  The Hospital board doesn't take any heat because that is a true medical malpractice case on both sides physician vs. insurance and hospital.


Why are Peter Bramante and Becca Bertrand best friends?

Peter Bramante can't stand Happy van Beuren or van Beuren Charitable Trust.

Becca said, she can't stand van Beuren Charitable Trust.

The enemy of my enemy is my friend. That is the whole pattern here, i.e. Andrew Parsons and the Abbate family.

Everyone found the enemy and collided, aided and abetted together to destroy Pamela Chapman. She couldn't destroy the fabric of Newport's actual community.

You had to absorb all of the sins without any compensation or credit, but it is too little, too late to fix Pamela Chapman's life back together again. You all destroyed Pamela Chapman and burned her alive as if she were the witch committing sorcery, but it was all of them, and not her.

No, we did not. If you know anyone at Simpson, Thatcher & Bartlett, you will become the hero of the story. She knows at least two or three.

So how do they make her the hero?

We do what we do best and let the chips fall where they may.

Type up your notes and let's get to work because David Vann says, *"I have taken too many notes."*

Harry Gural has a real case, but it is all interconnected.

Harry Gural is savvier than you think. He is no dumb shit.

*"Ok, maybe out there, but not in here."*

Pamela Chapman
pmvchapman@cox.net
401-662-9516

<u>Harry Gural</u>:  I am never to be trusted in here because I trade all secrets. I am the snitch of <u>Pamela Chapman</u>, but not there because I learned from <u>Barney Frank</u> last night that you, <u>Pamela Chapman</u> saved my credit card from extinction. He did not know.

*"Ok, we wanted to know him."*

*"Who were you talking to?"*

<u>Wendy Schmidt</u>:  We have no idea.

<u>Newsflash</u>:  He remembers, but he does not.

These are like selective memory scenarios and flash backs of war stories and other traumas. He has flashback issues. It's called trauma. It's not PTSD. It's a reaction to trauma and he is triggered at night in the space. He doesn't want to sleep.

<u>David Vann</u>:  That's a really big case. We will do the best we can, but he may not recover.

*"Then sue them <u>David Vann</u>."*

*"We will. This is related to work place harassment that got out of hand, especially when Richard Neal, D-MA came last night to attack <u>Pamela Chapman</u>. Kamala Harris had to tell him we'd moved on from that story."*

<u>Richard Neal</u>:  I don't remember anything really. I put myself (someone else does) in a trans state and go from there. They all do.

<u>Donald Jagoe</u>:  <u>Harry Gural</u> doesn't see you because he doesn't know what to say.  We said, *"Just go walking or hiking, and that's how everything always comes out. I got that form you, Pamela Chapman."*

<u>Pamela Chapman</u>:  <u>Andrew Parsons</u> would say the same about walking the dog except I was on to him. I can hold my energy with the best of the best including the best golfers on the course.

*"So, get your balloons and confetti out and sprinkle your new day away."*

**7:41AM**

<u>Carolyn DuPont</u>:  I would never allow you to sit on the board of the <u>Redwood</u>.

<u>Pamela Chapman</u>:  Does she think she is the new Executive Director?

<u>Benedict Leca</u>:  I let her rule some days, and then I put her in her place because she can't do half the things you do.

Pamela Chapman
pamela.chapman@cox.net
401-680-2095 tb

<u>Alyssa Gadreau</u> says, *"Well, I can."*

No. **Benedict Leca** knows you know the whole routine of development. He claims, *"No one can actually have a clear channel as a Development Director because then you would know."*

Clear channels do not know money or whole stories. We just listen better than some other people. That is our stock-in-trade. Listening. That's how we know the whole story.

<u>Kristin MacManus</u> can't understand how people brag and mirror what they really have or don't have. **9:21AM Conspiracy Theory #10**

<u>Pamela Dorman</u>, SVP Viking Penguin, was approached by <u>Happy van Beuren</u> to say <u>Alice Ross</u> (decorator) can act as the editor of the book at <u>Kamala's Table</u> for <u>Pamela Dorman</u> because she edits books in Newport for the <u>Redwood Library</u>, The <u>Book Committee</u> of stolen manuscripts.

When **Pamela Dorman** looked her up in New York City, where she lives, she said to herself, *"I don't work with women like you. I decided on <u>Carrie Crosson Gilpin</u> whom <u>Mark Halpern</u> recommended. She was a better choice to play act as my editor and then carrier pigeon to <u>Nancy Graham</u>, SVP of Scribner's <u>Simon and Schuster</u>."*

[**Note**: Then it became <u>Diane McEnroe</u> or <u>Tara Plochocki</u> and <u>Harry Gural</u>. Somehow <u>Wendy Schmidt</u> (<u>Jonathon Karp's</u> Thievery Ring) got involved and pulled in <u>Christine Bush</u>, esq. When the loop closes with <u>Nancy Graham</u>, does she give it to <u>Mark Halpern</u>, or another Big 5 editor, or a <u>Ways and Means Committee</u> person? Illegal print run in NYC? What happens at the "end" of that line? Several paths were available.]

<u>Pamela Dorman</u>:  I turned down <u>Alice Ross</u> because she is exactly the kind of woman editing and publishing no longer wants.

You can be the acting or managing director of the <u>Redwood Library</u> imprint because <u>Sandra Orsloff</u> really wants that position.

<u>Sandra Orsloff</u> doesn't want it because <u>Grenville Craig</u> said at a board of trustee meeting <u>Pamela Chapman</u>, you and he knew someone else that might be appropriate.

<u>Carolyn DuPont</u> said, *"We don't work with her ever, so it doesn't matter."* She said, *"My daughter knows someone from New York that would work."* Someone's husband thought it was her, but it was always <u>Alice Ross</u>.

<u>Pamela Dorman</u> can't stand these people. It was a grand conspiracy from the beginning. What about <u>Holt Massey</u>, where is he in the <u>Carolyn DuPont</u> story?

Pamela Chapman
pamelachapman@comcast
860-462-9516

Michael Holt Massey always delivers for Esmond Harmsworth IV. So, we use him as a stool pigeon when we need to. Sandra Orsloff is not part of our local asset class.

Dorienne Farzan:  Well, in the end, Pamela Chapman is part of that asset class, and if all goes as maybe planned, she will have the whole piñata, and just all you people watch what falls down especially that beach (sic) tree in front of the Redwood Library.

[Note:  It was diseased, and has been cut down.]

Pamela Dorman, you will work with David Vann to publish *Barefoot in Heels*, because now is the third time. Penguin/Random House doesn't want to play if she isn't serious because we got excoriated for not stepping in to say she and we don't play, but she says, *"We can play if David Vann of Simpson, Thatcher & Bartlett can execute the right contract."*

*"Yes, they can because Carolyn DuPont, Alice Ross and Jim Ross, New York and Newport, RI are trying to manipulate publishing with Aeritas Creative Management. They are manipulating the whole damn story because of Happy van Beuren of van Beuren Charitable Trust and Campbell Soup themselves. They own and can control everything and everybody."*

Is Penguin/Random House owned by Campbell Soup?

*"Hell, no, because we at AOL/Time Warner know what they are and were, and we always knew what they were up to. So, we weren't surprised."*

Donald Trump Sr. says, *"If you need a money float, we will float you the cash because Happy van Beuren was behind the whole Carolyn DuPont scheme."*

With the van Beuren Charitable Trust, they think they own and control all of Newport philanthropy physically, socially, economically-and publishing.  Happy van Beuren, you are the grand dame of deception and deceit? We make no exception for the domino effect of what you created and of what you destroyed. So, wake up Newport, RI and Connecticut because David Vann, Wesleyan '83 will make mincemeat of you, and not me and thee. [Note: Pamela Chapman has an email from him in late August or Sept 2021, turning down an offer for legal work. Happy van Beuren has a comment somewhere in the dialog claiming, "No law firm like David Vann's will ever take on work from a person like Pamela Chapman. She is out of the proper class to have a firm like Simpson, Thatcher & Bartlett work on her— on Pamela Chapman's behalf."]

Emily Parsons:  I don't want you, Pamela Dorman to play pretend.

Pamela Dorman:  I got caught in the middle of a story, I didn't belong in.

Pat Fernandez, what's your story? I don't have any idea who brought you into this Kamala Harris space.

Pat Fernandez:  My husband.

Pamela Chapman
pm@chapman.com.net
101-602-9540

*"No, it was Pat Fernandez. She heard about Kamala Harris here, and fell in her own disgrace for the Kamala Harris leadership speech. So, did Lyndsey Grant through Pat Fernandez."*

Elizabeth Kahane came with Shelley Schorsch because Gina Raimondo said once that, *"Only the best of the best were here,"* including the Hamilton family whose mother's house they bought.  They were all in Greater Philadelphia together.

*"What did you make of the name, Ardmore when it was brought up?"*

*"No one said a word. They thought you channeled something, but Dodo Hamilton herself on the other side said what Pamela Chapman herself said which was, "It really was an origin place of my great grandmother. It is a City-by-the-Sea in southern Ireland."*

*"So, what?"*

A chilling awareness to them that she took that name for a press and then a book company of the same name. The press can be a subsidiary of ***Ardmore Book Company (ABC)***, the real ABC's of publishing are now thanks to Happy van Beuren, the Hamilton family and Campbell Soup, and the whole Newport, Rhode Island group who came to collect and so did the Wesleyan University people who were here from another place.

Ed Heffernan was brought into Kamala Harris' Table and said, *"I sit elsewhere, but will observe. I don't have any other place to go except home to my wife I said in New Mexico,"* which is why Roger Kass said, *"Acapulco, New Mexico."* He is always trying to get a rise out of her.

David Vann: We know how to execute the proper contract. So, I can't say anything else.

Pamela Dorman:  I don't believe this whole social network because it all comes down to petty social bickering and social jockeying for position. They are using book publishing as the tool to make a whole industry and a whole ecosystem of local philanthropy in Newport, RI their own game of power.

It's called *The Beech/Beach Tree* by Pamela Chapman.

Carolyn DuPont:  I'm not sure what this really means.

Who does the editing for the new books you published?

Carolyn DuPont:  I do and I don't. Alice Ross usually does it. [Note: They all do together.]

Rocky Stensrud:  I did my own. (*Newport, A lively Experiment*, 1639-1969, copyright 2006 by the Redwood Library and Rockwell Strensrud. The Redwood Library is the Publisher, Jason Weiss

Pamela Chapman
pamelachapman.com/xxxx
101-602-5656

editor, publication design by Poulin + Morris, Inc. NY, Printed and bound by C S Graphics Pte Ltd, Singapore.)

Who is your actual book printer?

*"We outsourced. We claim to publish inhouse and use one of the Big 5 publishers because Jim Ross knows them personally—that would be Jonathan Karp."*

It's **Simon and Schuster** for sure because **Nancy Graham** said, *"I can't compete with Happy van Beuren and her merry band of thieves."*

But Nancy Graham offered $310 million plus residuals, and then $240 million with residuals with $75 million upfront.

**Jim Ross:**  That's higher than my asset class.

*"So, can daddy play in the same sandbox now you little shits of New York, Newport, and the Thievery Ring Workgroup?"*

*"No, he can't play, nor can be published per "I am Wall Street…"*

*"Daddy, esq. can't fix this fraud, Grand Theft, thievery cartel."*

*"No, but David Vann and Simpson, Thatcher & Bartlett can. So, we will shut up now because we know the whole Shit Show story now, and Pamela Dorman feels so clipped. She still has all of Carrie Crosson Gilpin's work because she wrote it all down."*

Carolyn DuPont was there from the start. Was she at Kamala's Table?

*"No, Happy van Beuren would not think she is of the right asset class. After all she is an errand girl and a Jr. League contender in the CEO world."* Fortunately, **Pamela Chapman** is both Jr. League of WDC and CEO opportunity experienced contender of all industries and all things shamanic and otherwise.

**Trudy Coxe/Jim Gaffney:**  That's perfect. Was **Carolyn DuPont** Jr. League of WDC?

*"No."*

**Joy Vige**:  That is a perfect segue because Harry Gural is peddling backwards as fast as he can because he misrepresented everything to everyone and **Pamela Chapman**. I get the whole interconnection now. It really is so simple. Yet, if you think I'm backed into a corner all curled up, I have news for all of you, I can play **The Game** and have, and can navigate that scene for you, but *"I am in no corner,"* as some actress said in *Dirty Dancing.*"

Pamela Chapman
pmcchapman@cox.net
tel: 663-27-11

*"No one puts Babe in the corner,"* is the quote from that movie. You don't get too dirty dance and put <u>Pamela Chapman</u> in any corner. I may stand there tomorrow, but when we pull the string, we figure out how to punch holes in everything. <u>Pamela Chapman</u>, <u>Tameen Saied</u>, <u>Nan Moss</u> now know exactly where to push the buttons to make a large hole so that the truth finally reveals itself. It is a river after all and when the river flows, it all leaks out unmistakably.  After all, this is <u>Pamela Chapman</u> writing her own ticket out of hell. You are not her. You are just Little Shits we imported from elsewhere.

You did not raise your children here nor send them to private schools here. We lived here twelve months a year. We are the fabric of our community. No one, no outsider that comes in middle age gets to pull our local strings or punch holes in us. Never ever forget that. And, <u>Happy van Beuren</u> maybe you forgot your roots because you are one of those import families. I don't think <u>Dodo</u> ever forgot, but <u>Anne Hamilton</u> needs to learn not to obtain illegal copies of manuscripts and then read them in front of the author like she is some special class of person who gets to do that. It's always illegal and <u>Pamela Chapman</u> is no *culture class* of the underprivileged, underserved, underpaid minority.

<u>Pamela Dorman</u>: We will work with <u>David Vann</u> and his people after all. I take this personally now.

<u>Jim Gaffney</u>:  So, do I because <u>Carolyn DuPont</u> and the <u>Ross's</u> do not really represent us, do they <u>Pamela Chapman</u>?

<u>Trudy Coxe</u>:  My sister raised her daughter here. I know this private school committee just like a grandmother.

*"Yes, you do. <u>Pamela Chapman</u> will vouch for you. You were always there for every Grandparent's Day, holiday show and special event."*

*"I didn't matter."*

*"You were the ones that were always there. You always showed up for your niece."*

It made you rooted in this community— regardless because you also worked here every day since 1999 when <u>Donald Jagoe</u> arrived. <u>Pamela Chapman</u> arrived in 1998.

You haven't been here very long, but the lineage is, so will my family moving forward. So, 23 years is very young, but I got the whole Shit Show story after all.

"You've been here longer than <u>Carolyn DuPont</u>. You do not have to be a major gift officer, Development Director, Program Director, ED of Aquidneck Island Land Trust or the <u>Redwood Library</u> because you are not her. She is trying to mirror <u>Pamela Chapman</u> instead. In Washington, DC you were a consultant. You were not sitting next to the gift shop collecting credit card numbers like <u>Carolyn DuPont</u>.  <u>Pamela Chapman</u> was attending special curator events monthly listening to

Pamela Chapman
pamelachapman.com/mf
401-640-2493

conversations about French decorative arts in special private sessions all while <u>Carolyn DuPont</u> collected credit card numbers next to her gift shop.

<u>Jackie Egan</u> claims, *"We bested you. You bested us. We are even now."*

*"Oh, no we are not".*

*"<u>**Pamela Dorman**</u> gets even her own way, too."*

<u>**Alice Ross,**</u> you were no editor, not even a writer. So, now that <u>**Pamela Chapman**</u> had to explain, are you a better editor?

*"No."*

How many times has <u>**Alice Ross**</u> read <u>***Barefoot in Heels***</u>?

*"Three to four times."*

<u>**Pamela Dorman**</u>:  I don't care what this costs Penguin/Random House because this is an assault on our whole industry.

*"No, it has always been this way."*

<u>**Pamela Dorman**</u>:  No, this a new way of playing, and I reverse 35 years of what I have created for a Shit Show of power posturing using fiction liberation as their local tool and stock-in-trade.

<u>**David Vann, esq.**</u> gets the whole story. *"It's corporate espionage played out on a different platform."*

> At one time, <u>**Jonathon Karp**</u> said, "All 5 of the major publishing houses would be introduced to <u>***Barefoot in Heels***</u> with the intention that once introduced illegally, it can never be published by that house.
>
> How would you achieve that goal?
>
> <u>**Ways and Means**</u> probably can achieve at least 3 publishers and get others to surreptitiously draw the others in, such that they did not know what they were being introduced, to but once the deed was done, it was irreversible.

<u>**Dorienne Farzan**</u>:  You took it to a whole new level from last night because <u>**Carolyn DuPont**</u> wanted everyone to know you and she are different, but you didn't play at her level.

*"No, she played at mine. That was a mistake, and maybe also <u>**Harry Gural**</u> and <u>**Tara Plochocki**</u> and <u>**Kamala Harris**</u>."*

Pamela Chapman
pam.chapman@cox.net
401-662-5511

Kamala Harris wants everyone to know I had no idea the background or platform for what I horse-traded away including:

> Barefoot in Heels for the constitution of the USA. That citizen trader of the constitution is Happy van Beuren

It's not just corporate espionage, its political posturing where Kamala Harris was willing to commit all kinds of slander, harassment, abuse, sexual assault, and manslaughter for her $2 million donation. It created psycho-trauma for Harry Gural—maybe still—at the level of the Jason Bourne character because both weave in and out of multiple states of awareness, sometimes fluid, sometimes not, sometimes triggered, and sometimes hiding out, and not knowing if he is with the right people in the right places. He can't remember exactly all the time. Jason Bourne is Harry Gural.

Happy van Beuren plays this game with Roger Kass. She was willing to commit fraud, slander, harassment, abuse, sexual assault, and manslaughter for a $3 million donation to her son-in-law. She pays Roger Kass for his ability to play for the team. She also has quotes stipulating she would have paid up to $20 million for the same outcome. She needed Roger Kass, esq. to do her biding for her. As an attorney, he thought he knew how to play The Game, and was the family contact with Esmond Harmsworth, IV, JD(Harvard)

Emily Parsons:  My mother nailed that one.

Pamela Chapman:  It just took a while. Others had to confess up much thanks to love and appreciation to Joy Vige after all her daughter Katherine Vige married Peter Hicks who went to Wesleyan University around the Class of '78. He and Pamela Dorman know each other in New York, So does Kimberly Witherspoon. So, we are like one big f family after all…

Pamela Dorman:  I know exactly what is happening here. We are finally understanding what happened to all of us which we could not have anticipated. Otherwise, we never really know who and what is behind what happens out there and we spin our wheels and sometimes win or lose.

"Harry Gural," Pamela Dorman says, "You aren't as compromised as you seem, only in the times of Pamela Chapman because when she is asleep, you are a different person."

Marie Rossi:  He is absolutely not the man we once knew out there. If he was using a rattle and sprinkling something around you while you slept, something was going on, what?

Jean Dixon:  It wraps you into his inner circle. Shaman Nick will expose the real truth after she goes this week to get a Shen Massage which made everyone nervous except for Albert Villodo because he knows how that all the plays out. She went on March 26, 2021.

He knows how to get the truth out of her body, as well as all the intrusions. They started running, squawking, and quacking like ducks (that was Saul) and yet the ducks… what are they really afraid of?

Carolyn DuPont:  I can't say. I don't know, but at over 80 years of age, I mastered my own energy.

Pamela Chapman
pchapman@icve.net
401-662-0540

No, you did not because you hide out in the lower caves of humanity pretending to be at <u>Kamala's Table</u>. You weren't there and we were.

<u>Elizabeth Kahane:</u>  I know you know everything now. How do we learn who we should really know?

<u>Bill Kahane:</u>  We decide for ourselves, and we make our own energy of coherence.

If <u>Jackie Egan</u> plays with them, we can't.  Exactly right.

And if we try to play with <u>Sandra Craig</u>, sometimes it works, and sometimes it does not.

<u>Elizabeth Kahane</u>:  And, if we play really well in here, we don't have to actually like each other out there, but we know we can either at least trust and/or respect working with each other out in a new understanding kind of way.

<u>Nick and Shelley Schorsch</u>:  We know everybody now, and we can't thank you all enough for giving us at last 10 -15 years of understanding in just a few short months because that Opera House will never be what you thought or want it to be, and <u>Island Moving Company</u> can't complete a $7 million Capital Campaign operation, and <u>Nora Diedrich</u> is not who she says she is (she never will be anyway), and <u>Carolyn DuPont</u> thinks she is a Queen of <u>Bellevue Avenue</u> sitting in her classical temple of literature and culture. It is a museum, a library, and at times all things. She claims she and her daughter, <u>Alice Ross</u> are the reigning Queens of Newport, RI.

<u>Nonie Drexel O'Farrell Burnham</u>:  I can't believe what my own mother is missing, but she never would play like this.

*"Of course, not."* <u>Donald Christ</u> says, "Once she and <u>Eileen Gillespie Slocum</u> died, it left a hole, a vacuum and **this is what filled that space, while we were busy doing other things.**

<u>Andrew Parsons</u> said on the morning of Feb 11, 2022- a year later, that he is only happy if he completely destroys you because you broke his heart when you divorced him, and you deserved to be destroyed for that for the rest of your life. **12:56PM 2-11-22**

<u>Laurence Slocum:</u>  My father and grandfather would be so disappointed at the <u>Redwood Library's</u> misdirection. Why did <u>Carolyn DuPont</u> retire?

Because she is 81 years old and can't continue as Development Director, and <u>Alyssa Gadreau</u> doesn't have the class, grace, experience to run that Shit Show.

<u>Pamela Chapman:</u>  <u>Sandra Orsloff</u> and <u>Carol Cole</u> both want the position. Both are wives of trustees.  <u>Sandra Orsloff</u> has been in charge of Governance. Her husband is treasurer. Both are <u>Twin Souls</u>. They don't really like their twin spouses. They were part of <u>Pamela Chapman's</u> <u>Twin</u>

Pamela Chapman
pmchapman@cox.net
401-662-9540

Soul workgroup that Jerry Slocum said Serio put together by recruiting Pat and Mike Fernandez. Jean Gorham was there. Tameen Saied and Alberto Villodo eventually arrived.

Don't say she is still writing because she has no place to go today. Once this pays, she is on to a new chapter. She never needed this space to be her social calendar, not ever. She just needed to know the base of the platform for all the Grand Theft. She and David Vann and Co will have long conversations. Then, they will make our own fun.

You mean to tell me she had to enter the sorcery realm by ambush by Andrew Parsons, Kathy and Rick Abbate, and Cathy Wicks only to be assaulted every day and night for the rest of her life by these same people ?

No one sees an end to any of this except in court. No lawyer can take this unless they can take the bullying of Jerry and Saul. 2-11-22. The good news is by September 2022, Kathume, Samuel and Jerry are at Metraton Kingdom permanently and most of the Theivery Ring has been silenced by a tool that Jean Gorham knew and so did Marcella Lobo, but no one else did. They could hav stopped everyeome and everyhitng, and they did not. Melchizedek Café did on September 23, 2022 all while sitting in Starbucks.

Marie Rossi:  You get that right sister. If not for those seven sister Pleiades Star Gate connections, we might not all be here, and if I were Wellesley College and you were Mt. Holyoke College, we decided Wesleyan University was better than that Star Gate in the early 1980's, but now that the Seven Sister cycle has hit us once again, you will circle back to our Wesleyan Butterfield C roots which BTW houses the College of Letters. We don't room in those tunnels. We will walk proudly out there as the best of our class.

[Note:  Pat Fernandez told Pamela Chapman that her daughter was a Mt. Holyoke College Alum with a PhD in the sciences. Pamela Chapman could have cared less, but since Pamela Chapman did not actually know this as part of the deception and lies that arrived in her own ad hoc group in December 2020. She lied from the start. 2-11-22.]

[Note: 2-11-22. This is conditioned behavior that is now real life and it is full of thievery, harassment and abuse that can be levied 24/7 and cause endless problems for the abused. The only way out is suicide which drops you on the other side in a Melchizedek Café instead of the Guiding Realm, because the thieves get you here so that they can pick you up on the other side. Melchizedek is the only way out.]

Carolyn DuPont:  You were Jr. League, Carlisle Chic and had an invitation to consider joining the Sulgraves Club?

Jackie Egan:  We just did not know who you were. I was never that.

Pamela Chapman:  It was because I was in Newport and Andrew Parsons, the husband, refused to play. In Washington, DC he lived at medical school and the hospital. I played elsewhere, and he could never play with me together ever again, anywhere.
Harry Gural: Wow. You never were in sync with Andrew Parsons?

Pamela Chapman
pmcchapman@cox.net
401.447.9938

**Pamela Chapman:**  Maybe in Spain.

**Jackie Egan:**  I see that completely.

**Pamela Chapman:**  So, we are all in, all out. All done now. I am in no corner ever!

## 8:33PM Walking the Beach Earlier

All three Nation states exist simultaneously.  Each have their own guiding team, that's the key to belonging to the particular Nation-state class of guide.

Or, to another classification, you can exist as your own individual body-temple home, but you will have to learn how to negotiate with each in order to survive because you do not have a home team advantage.

[Note:  At 9:20PM June 23, 2022, Erin Hennessey was sitting in Pamela Chapman's aura and was able to move 8-eight guides out of her aura in the wind tunnel that is considered its own guiding realm. Once all are out of there, you can close down the guiding realm that was opened by Jerry Slocum and sealed by Harry Gural unknowingly – sort of, and threaded with noise of Alberto Villodo and the guiding team of that realm. The noise is threaded, a guide can see it as a thread of noise compression in a narrow space. It is not "seeded" it is "threaded". *"I close this realm to all guides and all human energy forms and no one will ever re-enter this space ever again."* It is very loud noise in the aura at the moment. Louder than usual. How did the noise get turned up? The group belonging to Helen of Troy can turn it up just like that, but not anymore because the voice in the realm comes from the Helen of Troy group and they all can't believe that Melchizedek Cafe gave Erin Hennessey the information earlier today.  Deepak Chopra's guide gave them some clues and Pamela and Deepak were both channeling together by asking different questions.]

The voice does not belong to Melchizedek nor Helen of Troy's group. The voice belongs to Jerry Slocum himself who can't believe you have sorted a lot this out so fast. Fast? Pamela Chapman says it is too slow. We are all tired of this Guide Realm game and we all must get this realm closed down and get her back to her old life. When we say we must close the realm, it is really double speak for closing the wind tunnel realm in Pamela Chapman and the sorcery realm and Guiding Realm in the energy realm outside of her aura, or are they one and the same?

We learned while Pamela Chapman was in the shower today that the victim, two Big Book Stories removed made a deal with Samuel such that he closed the door to the noise, and closed the realms. Samuel has no memory between stories. His one true desire is to get back to where he came from. Ususally, he just stays in place. There are two guides who know how to escort him back. The realm cannot close without the noise leaving. Melchizedek Café had Pamela clapping with a snap like we once did to close the realm. We can use the same snap clap once the noise is gone. The noise migrated to "shamanic territory" and after a few hours, no one hears it any longer. Only with inner

Pamela Chapman
pbuchapman@cox.net
401-662-9546

hearing can the noise ever be heard. It falls to a low vibration  but is never an issue because it is not a harmonic of the earth or people. Once the noise is gone, then we can work at closing the realm. <u>Samuel</u> cannot return to where he is from, if the realms are open. So to get him what he truly desires, first the noise must be capped, then the realms closed. Then one of the two guides can escort <u>Samuel</u> back. <u>Kathume</u> can stay where he is. He does not require moving. 8-24-22.

Of the eight guides who left we included:  <u>David Johndrow's</u> guide as <u>Rusty Anderson's</u> guide, <u>Nola Ganem's</u> guide, <u>Bethany Napoli's</u> guide, <u>Andrew Parsons'</u> as <u>Grenville Craig Crossing Guard's</u> guide, <u>Alberto Villodo's</u> guide, <u>Monique Burgess's</u> guide, <u>Maura Lindsey's</u> guide, <u>Carrie Crosson Gilpin's</u> guide. This is their own small ring of thieves on the other side. They will never be allowed back in the guiding realm after this. We close done that wind tunnel permanently, but it did not close the realm because it did not end the noise. Noise maintains an open realm.

The wind tunnel is simultaneously a platform for the <u>Thievery Ring</u> in human form, and a mirror in the guiding realm, but those guides must move out of the guiding realm to stay together.

The guides do not thread the noise. The people do. You walk in. You are the noise that you don't hear yourself. You are quiet in there, but all she hearing the noise. You don't walk to the other side—you are just in there, *and* you don't hear it, but she does. You can modulate the volume louder or quieter, and <u>Bethany DiNapoli</u> and <u>Nola Ganem</u> and <u>Alberto Villodo</u> did that all the time, every night. This is very metaphorical.

<u>Jerry Slocum</u> could make new noise when the Star Gate was open, but with it now closed as of June 6, 2022, he can't make it. No one can, *but if you conserve it can last several months.* No new noise can be put in any human. Now that they are all out of the wind tunnel/noise realm the noise can be diverted, and it can get louder or quieter, but there is no new noise.

<u>Pamela Chapman's</u> asks,  *"Can you just turn it off?"*

*"Oh, yes, you can."*

*"How do you do that?"*

We learned on August 24, 2022, *you must close the door.* <u>Samuel</u> closed the door for the victim two stories ago, and that quieted the realms, and the realms closed, and it made the victim much more able to function in his society. We must also remember <u>Samuel</u> was that victim's guide, and now, <u>Stanley Chapman</u> is <u>Pamela's</u> guide, but we will work to migrated the noise and allow <u>Samuel</u> to return to his origins. As a side note, we think <u>Samuel</u> is not completely an "old" soul. He is a combination of soul plus circuitry which is akin to what was said about <u>Saul</u>. They are not the same, the circuity is different. Each has threads of circuitry that makes them different, and combined they are deadly and caustic.

<u>Jean Dixon</u> knows, and she now claims if <u>Melchizedek Café</u> was to help us, they certainly did all day and everyday moving forward. We must always work together to achieve our goals. We can't do it

without them and <u>Pamela Chapman's</u> can't heal without us, so we are a team all together just like <u>Nancy Reagan</u> said in the beginning. **9:55PM 6-23-22.**

We said *"Go home, go away."* Some interpret that as a geography, but it was really, *"Go back to the space/place you came from when you arrived on 2/04/21 to a Global Mesa."* We say this to the people, but this <u>Samuel's</u> desire also. It is a mirroring of what the humans are doing.

It's time to all go back now. If you don't like where you came from, and you belong to one of these classification states, then you can ask for a new place to call home— which might just be an individual space-place of retreat.
**8:40PM**

Go back to where you belong because you all got involved in an argument you didn't belong in. You put <u>Pamela Chapman</u> to a test of her own survival so you all could play a nasty game. You were the reflection of what you accused her of which is really what <u>Saul</u> stands for all the time.

*<u>Barefoot in Heels</u>*, is going to be a best seller because no one ever wants to put it down, and they love to read it at night under the covers. <u>Harry Gural</u> will buy ten copies and decorate his house with several in each room, until he coughs up enough courage to call you.

<u>Bill Gural</u>:  <u>Harry Gural</u> got what he wanted because after all he just said sometimes to <u>Tara Plochocki</u>, while *"I'm coming home now, shall I stop at the milk store to pick up any groceries."* It's code for I'll meet you at in the sorcery realm at a specific time. <u>Alberto Villodo</u> and <u>Marcella Lobo</u> always helped arrange the meeting for <u>Tara Plochocki</u>.

<u>Tara Plochocki</u>:  I don't want to know you <u>Harry Gural</u> because you didn't realize that <u>Pamela Chapman</u> is real, and so are you, and I am not a real relationship of any kind.

It is as if the presence of a real person in someone's life ruined <u>Tara Plochocki's</u> dystopian fantasy of a married life with <u>Harry Gural</u>. She didn't want to play after that. It ruined her effectiveness.
So, you see we are all aligned with our chosen families real and imagined.

<u>Stanley Chapman</u>:  I'm so proud of you. Yet, this should never have taken so long. Yet, no one understood what was at stake. No one understood all this appropriation of relationship that got in the way.
<u>Harry Gural</u>:  I never understood that the entire war was to keep us apart such that it wanted us to stay together, but forced us apart. We must be so fpowerful because no one ever understood our vibration, our soul age, or the shear number of times we have been together. No one ever took better care of me than you, except my birth family.

Pamela Chapman
pamelachapman@cox.net
401-862-2021

It's Romeo and Juliet all over again. It's just a long-standing relationship over 14 lifetimes.

Be careful of who you slander. Before you do, just look in the mirror, wonder, and ask is it really you, instead of the other? Because usually it is.


## August 17, 2021


Don Jagoe was seduced into going back into the sorcery realm about 4-4:30AM. Tameen Saied announced he was gone to support Jana Jagoe. Pamela Chapman thought about the consequences of her Twin Soul being dropped and said, *"I will sponsor him because he also said he had no real connection with anyone to be here."*

Samuel/Zenia Theresa: He can be back but not actually sponsored by Pamela Chapman. Someone like Kimberly Witherspoon will sponsor him.

Then, Samuel played a game of the Divine Feminine and determined that Harry Gural was Pamela Chapman's real reciprocity of relationship up here and not Donald Jagoe's or Alberto Villodo's.

Then we went through old Llama and Q'ero Nations' catalog of membership because if people were returning to the place of where they came from before all the houses in the Upper realm fell around April 30, 2021 or so, then we went through and brought a large number of people back up there. All were so unbelievably happy and relieved. San Francisco said, *"Something like you saved my life…"*

Nick Larsen feels so pleased to know William Parsons. Kelsey Parker feels the same way. So all these prior Q'ero Nation and Llama Nation connections. They were all in the Upper realms.

Saul and Samuel have inner hearing, but they do not see at all. Noise can only be heard through inner hearing. The realms can only close if you have inner hearing. Macklin removed the noise from Pamela's around May 2022. Noise migrated into shamnic territory, and can never stay in any realm otherwise no realm can close. This is greatly unknown and misunderstood.

Saul has taken over an inner circuitry that the average guide never knows nor sees. Melchizedek showed Macklin and Erin Hennessey and at least two other senior guides including Emily Parson's Guide as a reciprocity of favor. They claim it will take two more days. Then, you can read and think properly. [Note: No because it was all Alberto Villodo's fault and Jerry Slocum delivered on it. No one tried to clean it up nor did they ever plan to in her lifetime.]

Pamela Chapman
pmelachapman@cox.net
[phone number]

[**Note**: Kathume, aka Helarion aka Saul. Saul is a soul plus machinery/circuitry. St. Germaine is machinery/circuitry tied to the Star Gate. A name such as Beatriz is then Saul plus Samuel. They swap all kinds of names to become more that 4 souls: Beatriz, Zenia Theresa, Samuel, Saul, Helen of Troy, Tameen's Guide, Kathume. Six names and three souls using two names each to confuse the story. Last summer Kathume, Helarion and St. Germaine came to lead several discussions. They claimed they could arbitrate what was happening. They said they were in charge of the Big Book Story. They require their 3rd eye to be blown out such that they no longer hear nor speak. They can then rest in place for eternity. 6:19PM June 24, 2022—the 1 year anniversary of the departure of the Star Gate.]

Joe Fins claims my wife had the opportunity to be her three or four times and kept leaving with Jose and I can't actually accommodate her anymore but Hebrew Union College can and will accommodate all in the sorcery spaces. Hebrew Union is always in the sorcery realm. So are the Sufi's. We thought the Sufi's were enlightened, but they are scholars who are never Persians. They never ascend, and it appears neither does Hebrew Union College. A cantor would never ascend. Is the cantor the watchman for the ascended rabbi?

Paul Kipnes (15 years ago initiated), Amy Erlich (10 years ago), Doug Seigal (3 years ago) and Kathy Bernstein (20 years) who understand Hebrew studies. We think Hebrew Union might encourage one to become an Akashic Record reader as part of rabbinical counseling. That is a true statement. In the same way Pamela might look at someone's astrology as a different interpretation of one's soul's blueprint, rabbinical counseling looks at one's Tree of Life numerology. Being an Akashic Record reader would allow you to be someone who can ask questions it the same vein Pamela might use hypnosis. Looking at one's Tree of Life, natal birth chart in astrology, and hypnosis provides insight completely different than Akashic Record reading. Some is open to interpretation especially Astrology, but there is so much room for error in Pamela's humble opinion with some Akashic Record readers. It depends on their ethics.

There are enlightened ascended Hebrews, and Persians, and Mayans, and Egyptians, and Turks. There are no ascended Incans (they are the root-race shamans and a shaman never ascends), nor Greeks. Monarchies do not usually ascend but they are in the Celestial Temple protected with reciprocity guides.

If you don't come up here into the Celestial Temple to retreat, and then re-open through modalities such as opening shamanic space, reiki space, or get re-initiated, you will not return.

The entire Gural family thanks Pamela Chapman unmistakably for ending what Harry Gural started to the family. Notice he is the only one who does not want to be here.

He's screaming Mt. Airy, Mt. Airy, Laconia, NH. [Note: It means he's communicating to his brother he is ok. His father taught them that.]

Pamela Chapman
pamelachapman.com/.net
401-662-9510

The only Romanov with a reciprocity of relationship, but it was not for royalty:

> Grand Duchess Maria Alexandrovna, Duchess of Edinburgh and Duchess of Saxe-Coburg and Gotha, 5th child of Emperor Alex II & Maria Alexandrovna of Russia (d. Zurich, Switzerland)
>
> m.
>
> Prince Alfred Duke of Edinburgh, and son of Queen Victoria

The only German to marry into the British royal family was the only instigator infidel to ruin the lineage. He was Queen Victoria's husband.

Prince Albert, son of Ernst Saxe-Coburg-Gotha, he was the German infidel that instigated a break up of reciprocities of relationship.

*"Oh no, he was not."*

Jean Gorham's grandson (1/2 Asian): We believe was a former king in the British Royal family. He was. He knows Eugenie of York.

Alberto Villodo: I absolutely know that kid form some workshop at Esalen.

Sid Gorham knows Harry Gural.

William Parsons and Katie Derosiers (Asian) are reciprocities.

[Note: The Saudi Image line meets the Brits 1,000 years ago when the Brits started the royal lineage. Before that they were part of the Abrahamic tribes. They were the same tribe (Yes, they were). It started near the hanging gardens of Babylon—It was a temple fall, near present-day Hillah, on the Euphrates River, Babil province, in Iraq, South of Bagdad.]

When the Star Gate fell, the souls were interconnected. They now work to remain peaceful brothers of the same Star Gate nation of Royal Reciprocities of birth.

The house of Plantagenet takes its name from Geoffrey Planegenet Count of Anjou. It was the family name until Richard of York adopted it as his family name in the 400's.

Jean Gorham's grandson goes all the way back to the Planeganets (maybe) and so does George VII. So, do Harry Gural and Pamela Chapman.

The grandson claims he wants to work in publishing for McMillian at St. Martins of the Field…. That was what Kate Middletown told Pamela Chapman was her best plan for publishing her book.

Pamela Chapman
PinceChapman@comcast.net
1-949-230-5010

That grandson wanted to get in <u>The Game</u> big time. <u>Meghan Markle</u> claims, *"They would never let him in the Royal family to play. They would string him along and then drop him at some point."*

<u>Harry Gural</u>:  <u>Pamela</u> we are so f'royal. <u>Tara Plochocki</u> is going to bring the whole lineage down. I should have gone to school in England, the London School of Economics.

<u>Rabbi Paul Kipnes</u>, Tarzana, California stopped the nightly music disco on April 17, 2021. **The daily music was a kundalini yoga exercise of remembering a sequence of sound or words to play at one's command, just like memorizing dialog, monologs, and long word passages. He could remember it, but when it played, he no longer heard it. It's akin to a trance state.** <u>Harry Gural</u> never hears his own singing, but he knows he is doing it.

<u>Shamanic exercise #3</u>:  Delivery of a natural sound at a moment's notice. You memorize something interesting to you, and you play it on demand when you need it most. You turn it off by switching your attention to something else. This is a psyche memorization passage.

How do you switch off a trance state? Someone has to pop you out or you need to talk out   loud to something or someone.

<u>Donald Jagoe</u>. No one responded to my name ever which is why I took the name, <u>David Zydanowicz</u>. <u>Grenville Craig</u> gave it to me. He said he was a West Point cadet once, so it will work. It was the wrong name. It was slanderous to the man of Newington, CT. Yet, <u>Donald Jagoe</u> didn't stop. <u>David Zydanowicz</u> gave up. <u>Julie Janson</u> said she put him in his own house. His wife and child immediately left Newport and went back home to their own original place.

When everyone said, *"Go home,"* they sometimes knew it was their original space place. Some thought just an open space in their own geographies. Some did not get back to their original spaces. They just turned away.

After the Nations all fell, many people tried to be <u>Akashic Record</u> readers, but that did not work at all. All the readers lost their lineages, and no one knew anything. They lost their abilities to ask for assistance. They were abolished. They fell—at best, but were not yet antiquated.

No one remembered <u>Jana Jagoe</u> until she bust on the scene again in mid-May. She seemed completely different from back in February, but all agreed it was truly her.

By mid-June, we closed the three doors in people.

June 24, 2021. Star Gate. We arrived at the temple archways so we could get out of the sorcery space of the middle realm as defined by shamanism. We worked to descend into the lower realms to ascend into the Upper realm of the Celestial Temple. [Note: Except <u>Pamela Chapman</u> was forced to fall

Pamela Chapman
pamelachapman.com/art
10.04.2.05 pc

every night as Harry Gural deliberately left every night and returned every day. She had no idea she fell or how to get back. No one helped her.|

Two months later in mid-August, she is still falls every night, and never seems to return.

**Alberto Villodo:**  No one thinks you and I will ever meet, but I promised you I would, and I will sometime. No matter what happens, I will show up before I die. Don't get nasty with me and we'll be friends. You can have all my money because Marcella Lobo isn't a good steward of it or my property. You have done me a great service by legally suing me, and I don't need any more sex or kundalini. My book is going to be great, and so will my Netflix series. There will be a lot of money for you.

**David Vann**: That's great to hear but you will change your tune when all you have are a few coins.

August 18, 2021
**5:57AM**

About 4:00-4:30 Donald Jagoe announced Harry Gural finally admitted everything.

Donald Jagoe whispered he was Tara Plochocki.

Then, Harry Gural spilled all the beans. He said, *"I can't stand Pamela Chapman because all she did was sleep, and retold each insignificant dream."*

Then, Harry Gural said, *"I am the only man she actually trusted."* Yet, for the life of him, he couldn't figure out why he actually wanted have a relationship with her. He couldn't stand her then nor now, and if he had to attend a birthday party for her, he wouldn't attend. Her daughter thinks he is scum then and now. He kept telling Tara Plochocki (who was really Donald Jagoe) stories like she was too clingy, too mousey, and too overbearing.

**Emily Parsons** said, *"My mother isn't that way at all."*

No one could figure out why he wanted to gain so much more information about her on all these nightly back steps. All he wanted was the dirt on her. He really didn't get any, until he met Peter Bramante, Tara Gragg, Jana Hicks Jagoe and Tracey Jonnson –the Island Moving Company group. They all said, *"We can't stand her because we never see her with anybody, and she didn't donate any money to Island*

Pamela Chapman
pmechapman@comcast
101.662.9510

*Moving Company*. "Tara Plochocki and Harry Gural loved being with these people. It was a true energy of cohesion like none other.

Harry Gural is the real reciprocity of relationship insurrectionist who is really a protagonist/antagonist in the story. He has been completely dropped into the sorcery space and disconnected as a reciprocity of relationship. He completely scapegoated her book into Carrie Crosson Gilpin's lap, and made sure Nancy Graham didn't want her book. Every night, they keep reading and re-reading *Barefoot in Heels* until Harry Gural got sick of it.

If you want to abuse Pamela Chapman just the way everyone else had, he said, *"I regret I hadn't thought to stimulate her vaginal area to annoy her so that all she did at night was pee."* He said, *"I wished I could have been the one to do it, except Alberto Villodo and Marcella Lobo did it instead, so did Tracey Jonsson several nights in a row or alternating nights to be "funny" and "annoying."*

Harry Gural can't stand that Pamela Chapman does so much to try and help him. He said, *"I can't stand that."* Except yesterday, when Nonie Madden said in the early afternoon, **"I think he knows exactly what he is doing. He has the incredible ability to mirror anything anyone has ever said and twist it around."**

That is Tara Plochocki's stock-in-trade. Harry Gural had his psyche twisted around several times by Tara Plochocki, Linda Plochocki, Barney Frank, and Bobby McDermott. Both he and Tara Plochocki play sorcery verses. The two now are indecipherable from one another.

Harry Gural is not that smooth. He sounds like a 14-year old adolescent who has not grown up— that was an influenced psyche that only Tara Plochocki knew. Harry Gural at the age of 62, never had any long-term adult relationships. All he wants to do is "best" another. That is The Game Ways and Means initiated him into and Tara Plochocki and her mother and father made sure he stayed that way. His relationship with Tara Plochocki is one of *"I best you, you best me…"*

His mother, Ruth Gural, said, *"She can't get over how he has changed for the worst."*

His sister said, *"He was gruff on the telephone."*

His brother said, *"You would have made a great family member. He has no right to ever say, 'I was never married' because the only relationship blessed is in the Upper realms in a reciprocity of relationship. It is not with Tara Plochocki. It is with Pamela Chapman."* That happened at least 2-3 times, and absolutely on June 25, 2021.

Pamela Chapman doesn't hold out much hope for any relationship of any kind. They have spent so many lifetimes together. She wanted to uncover why there were so many inconsistencies in his psyche and his story.

David Vann:  He is absolutely in for scandalizing and destroying her character, for colluding with Tara Plochocki, Peter Bramante, Island Moving Company, and for aiding and abetting against

Pamela Chapman
pmcchapman@cox.net
401-662-9501

_Barefoot in Heels_. He was out to be sure that book never saw the light of day—It is strictly an only at night between the sheets cover story.

**Harry Gural:** I don't want the book out because **Pamela Chapman** wanted to make sure it got published. It was a game of "besting." I wanted to win that bet for me and Tara Plochocki, because if I won, then I bested Kamala Harris at her own game as well as besting Happy van Beuren.

Harry Gural: Why did I originally show up? Because I wanted to let her know I remembered who she was, and I didn't want her to think I couldn't best her once again.

Both **Wendy Schmidt**, **Jean Gorham**, and **Emily Parsons** have experienced expert conversation that is so unflattering to **Pamela Chapman** and so did **Jana Jagoe/Bethany DiNapoli** who said, _"Why does she support him?"_

Because she doesn't have enough information, and since he was so inconsistent, she didn't know what to know. She would have to look him in the eye to figure out if he was who he claims he is. No one told her anything at all. She was shielded nightly from every conversation and every activity via noise. She was not able to have any private conversations. No one told her a thing about anything. She was kept out of the Star Gate by Tameen Saied, and the rest. Her daughter could not push her in.

She thinks one good look at him would have revealed everything. Yet, it was the threat of having a shen massage with **Shaman Nick** who had **Harry Gural** squealing like a pig and running for cover. He knew **Shaman Nick** would say he was a fraud, and a jerk, and that he never intended to show up for her. He only wanted to de-fraud her of her book, _Barefoot in Heels_, and de-fraud her of a real relationship. He wanted to make her think they could actually be in a real relationship.

_"Yes,"_ she said, _"If he is held up in his apartment with no job, and if he rarely goes to the grocery store, and if he doesn't always take a shower, and if he doesn't want to use his credit card because of Richard Neal, D-MA, then he has big issues with living as an adult in a main stream lifestyle."_ **Tara Plochocki** is all he has. She is 41/42 years of age, and he is 62/63. They don't actually like each other face-to-face and all the masturbation sex they had with her parents is sick. Yet, that is the family he chose to align with, which is not the kind of family he grew up in.

He didn't want to link toes with **Pamela Chapman** because when he did, he felt the reciprocity of relationship. He was also simultaneously connected to Tara Plochocki and all the women in the harem. It really confused him—each woman thought it was for her alone. All he had was with **Pamela Chapman**, and that appears to be how they stimulated their raw kundalini energy.

**Donald Jagoe** stayed up to look at all the notes he took because he couldn't sleep anymore. He actually enjoys being here. **Pamela Chapman** likes to sleep. Everything that gets revealed only

Pamela Chapman
pmschapman@comcast
B5Lm62-9746

happens when she sleeps because that is when the Harem actually come out to play to expose themselves.

He said last night, *"I can't stand **Pamela Chapman's** fface. If I had to actually date her, I'd tell her she was too preppy and too ugly for her age because she kept looking in the mirror, and I can see everything about her."* [**Note**:  Sounds like a psyche influenced by Nola Ganem, who programmed him.]

She can't see any of these men (or women). Yet, they are always staring at her through sorcery television and mirrors. **Why is that?**

It's thievery.  Any good thief must learn to be on remote surveillance at the drop of a hat 24/7.

Jim Gaffney said, *"Saul rigged all her sight so that they see everything, and she saw nothing. They had some advantage of pretending to be with her. Yet, she didn't have that at all. Alberto Villodo, Marcella Lobo, and Harry Gural can't stand to want to be in her presence. She just can't look right to them. She was too ugly for them. Yet, it is their own energy that is ugly not hers."*

Grayson Cook's mother, Jordon Cook, was the one to one day say, *"You know something isn't right about Uncle Harry."* Once she said that, Pamela Chapman felt that immediately. It was like a switch went off. Nothing was the same again.

Elizabeth Kahane said she heard things at night that would make your stomach turn. It was slander of the worst kind. She can't repeat it. She said, *"He can't keep his story straight. He hears things, and starts mirroring them, so you never get a straight answer out of him."*

Pamela Chapman agrees. Nothing sounds real or authentic. It's a twisted version of being a copycat, which is exactly what Tara Plochocki is. Together they feed into the same whole scandal of slander, harassment, sexual abuse, fraud, collusion. Harry Gural liked to set Pamela Chapman up with dialog, conversation, and bad energy walls. Then, he just sat back and watched.

He would say, *"I just don't know how to help,"* which is not what he wanted to do anyway, but is what he said he wanted to do when he arrived before midnight on April 30, 2021.  If he were a victim of any kind of sexual abuse at work, he became the abuser instead. This is The Game of Sexual Obedience.

Harry Gural, you are ex-communicated from Reciprocity Nation. We never want to speak to, or with you, ever again. David Vann will take care of the rest.

Thank you, Donald Jagoe for staying awake last night, listening, and taking notes. He never had any real conversations with Pamela Chapman. Once Donald Jagoe said quietly he was Tara Plochocki, Harry Gural let loose a long tirade of *"Just wait, because I have so much to tell you."* He did this with Trudy Coxe, Jean Gorham, Bill Kahane, and Donald Jagoe, but never Pamela Chapman.

Pamelex Jufrance
[illegible]
[illegible]

<u>Harry Gural</u> just never brought himself to talk to <u>Pamela Chapman</u>. [Note: On those rare occasions he did decide to speak to her, as soon as he received one piece of information that he could tattletale on, he was off and gone. He dropped her cold, just like that, and never came back. —We are told on 2-6-22 that is very much a psyche response to a psyche programming.]

*"Why don't all these men like your mother, <u>Pamela Chapman</u>?"*

*"She is the light, not the dark."*

<u>Pamela Chapman</u>:   In the end, people of the light are always burned by their own stories and their own people. They are bested by their own people. They always die at the hands of their own swords. Everyone likes to watch it.

<u>Pamela Chapman</u>, she looks so pathetic and so outside the social norms of reasonable society.

*"Are you f'kidding me? Not true at all."*

<u>Harry Gural</u> isn't grounded in any real family, community or job/professional position. He is going down the tubes. And, since he refuses to relocate to Lewisburg, PA and his sister doesn't want him anyway, it was paradoxical that he wanted to remain paralyzed in situ because he seems so pathetic. He is always so energized in the middle of the night. He thinks this is his social circle and social life. It was <u>Kundalini Crossing</u>, and she no idea what so ever.

<u>Pamela Chapman</u>:  Welcome to your real downfall <u>Harry Gural</u>. You will never recover at this rate. Maybe you now have finally found your real people.

<u>Sandra Craig</u> said, *"He has been just one big Shit Show from the start, and he can't figure out how <u>Pamela Chapman</u> can't see this."* Yet, all his bad dialog came at night when she was asleep and no one told her what he said. She had to wait for his authentic self to be revealed. That fell to <u>Donald Jagoe</u> at 3:15AM. <u>Harry Gural</u> loves to live between 10:15PM – 3:15 AM. He is never going to live a mainstream life ever again.

This was all <u>Kundalini Crossing</u> and everyone refuse to tell her until October 2021.

<u>Tara Plochocki</u>:  I don't want to see your f'face again.

They don't look at each other anyway. They don't spend physical time with each other.

<u>Pamela Chapman</u>:  Oh, they will. They are addicted to each other. <u>Kamala Harris</u> put them together. Who and what are your next victims? What will you both do for work in the future?

<u>Kamala Harris</u>:  They have burned their professional bridges over this story.

*"Just like <u>Kamala Harris</u>."*

Pamela Chapman
pmec.chapman@cox.net
tel: 44x.y.9x.16

*"I hope it was worth it to all of you. Once we retreat, and close the realm, we will all forget living with you in here, and this will be all you have for the future."*

**David Vann:**  Ok, we will forget that we would overlook this part. If he sued **Kamala Harris**, that bet is now off.

No one thinks you did anything wrong, **Pamela Chapman** because you needed more information about the entire situation. Now that you have it (not really, hardly any), you are not surprised at all.

**Emily Parsons** knew this all along. She said, *"I will sue you if x, y, and z."* She had such tenacity that **Pamela Chapman** knew she knew something that had not yet been revealed to **Pamela Chapman**. **William Parsons** had the same experience.

**Bill Gural**:  That's why he can't be on Facebook with you, and why he professionally will never get another decent job, No one will ever remember him as being mature or decent.

Since your sister, **Kathy Gural**, washed her hands of **Harry Gural**. It doesn't seem right, something was wrong. *"Emma,"* she'd say, *"We don't really like Uncle Harry because he initiated us all into the sorcery realm three years ago at Thanksgiving, and we had a really hard time with each other."*

After that, no one understood what he did to another, even to his mother.

He said, *"Richard Neal, D-MA did it to him in Ways and Means. Eventually, no one will be left out."*

Everyone knew **Harry Gural** had a mean streak, and everyone thought **Pamela Chapman** it was possible, but **Kathy Gural** decided, *"He wasn't who he was."* She didn't know how to tell **Pamela Chapman**, *"Tara Plochocki was the worst thing that happened to Harry Gural. Tara Plochocki has no loyalty to Harry Gural. Yet, he has nothing but loyalty to her."*

He is so co-dependent on **Tara Plochocki** [Note: It is really the mother, and Tara Plochocki is her agent, her front man. Absolutely the case.] **Tara Plochocki** has him wrapped around her psyche, so does the mother, **Linda Plochocki—Gainesville, Virginia**, and so did **Bobby McDermott**. It has swallowed her copycat story is such a way that it is his own version of thievery, abduction, and fraud, but it borders on something that requires psychotherapy for **Tara Plochocki**.  Copycat behavioral modifications aren't enough to change them.

**Alberto Villoldo:**  No one thought you were this gullible, but you don't have enough evidence. I knew, but I didn't tell you. He kept insisting he could best you.  He really thought he would be the one to destroy your book because he got **Nancy Graham** to say, *"I'll never publish it. I don't like it, and didn't read it."* She cannot dislike what she did not read. [Note: She is tied to Mark Halpern and Ways and Means and so is Jonathon Karp, CEO, Simon and Schuster. Both were at Kundalini Crossing with Harry Gural and Wendy and Eric Schmidt.]

Pamela Chapman
pamelachapman.com.net
10160658910

Yesterday when you were in the Book Store, Alicia Barry said someone kept saying she was there, but she was not. Someone said there was a woman who kept following you. She disagrees. Harry Gural said, *"Why are you following Pamela Chapman?"*

She didn't say anything. Then someone said, *"Harry Gural, you are the worst Shit Show and she didn't ever read her damn book."*

Harry Gural said, *"It's not me, it's Alberto Villodo."*

She said, *"You are the worst boyfriend ever."*

He said, *"How do you know me?"*

*"I am Tara Plochocki's mother, Linda Plochocki, and you don't even know how to be supportive of anyone anymore. If I were your daughter in a last lifetime, and I died young in that lifetime, you should be the most supportive of me now, and you are not. Since you were once married to her—multiple times, you should have a soul bond like no other. Yet, you do not. Why is that?"*

*"I am Tara Plochocki's mother, Linda Plochocki, and I don't want you anywhere near my daughter."*

Harry Gural:  You are not her mother, you are someone else.

I will never say because if you were my daughter's former father, I would smack you in the face myself because no one gets away with infidelity like you have. We always knew we'd catch you someday. All infidels, spies, and thieves are caught at the hand of their own game(s), and you were caught thinking we were taking Tara Plochocki. You are sloppy in your work of thievery. Sloppy gets killed every time. Just ask the mob.

---

**7:04AM**

Tara Plochocki:  I can't imagine who said that because my own mother loves Harry Gural.

If you understand the human condition Tara Plochocki, you'd realize you both just lost really big. No one will ever support you ever again, not like Pamela Chapman supported Harry Gural.

Alicia Barry:  Now, if Alicia Barry were in The Bookstore, why didn't Pamela Chapman say something to me?

*"Because no one wants to be out of the story until it's over."*

Harry Gural:  I can't imagine what I will do next.

*"You can't know how stupid you really sound in here."*

<u>Harry Gural</u>:  I don't like <u>Pamela Chapman</u>, but I could have really abused her if I stayed around.

*"How?"*

<u>Harry Gural</u>:  I would have strung her along and told her I really loved here, but I don't love anyone. My heart is closed and locked.

<u>Pamela Chapman</u>:  That's what happens to thieves. They have no capacity for love, only transaction. No trust. No real gratitude. No reciprocity, only besting each other. It is the lowest form of relationship and this is what you sought, when you could have had the opposite.

<u>David Vann</u>:  We have it all now. Slander, fraud, harassment, abuse, collusion, aiding and abetting, manslaughter. I will prosecute to the fullest extent of the law. You get the book deal somehow with someone and we will make it a quality looking book because that is what sells to the most people. It can't be a cheap looking production on low grade paper with bad ink and terrible font.

<u>Dorienne Farzan</u>:  <u>Harry Gural</u>, I don't love you as a former father in South Bohemia. You really suck at being a friend and a supporter of the arts. You might be really smart, but you are stupid when it comes to relationships. You might as well be gay because then women can all saw, *"Well, it all makes sense, but you are neither."*
<u>Elizabeth Kahane</u>:  I don't want to see you in another lifetime either because if you are a thief now. You will then because now instead of a reciprocity guide, you will have a thievery guide. You chose the wrong side of the equation. The math will last over the rest of your lifetimes.

<u>A Uriel Guide</u>:  <u>Pamela Chapman</u>, you get a new guide as <u>The Game</u> is now over. The <u>Guide War</u> is over because <u>Samuel</u> brought <u>Harry Gural</u> and <u>Saul</u> brought <u>Tara Plochocki</u>. They are now together at last. This seals the deal?

<u>Samuel</u> claims, *"Each side brings a person to sacrifice."* <u>Saul</u> brought <u>Pamela Chapman</u>, except <u>Pamela Chapman</u> can't play <u>Saul's</u> way, and <u>Samuel</u> brought <u>Harry Gural</u>.  <u>Donald Jagoe</u> was never in a position to be scarified because he wasn't a seer like the two of you.

<u>Harry Gural</u> became the sacrificial lamb instead of <u>Pamela Chapman</u>. He is now the thief that changed hands. <u>Tara Plochocki</u> brought him out and sealed the deal.

*"Goodbye and Good Luck, you will die at the hands of your own thievery desires. You can't play <u>The Game</u>. You never win and you are like a gambler thinking, 'Well that's o.k. I'll win the next hand.'"* Yet, you just get in deeper and deeper until you die in <u>The Game</u>.

You and <u>Tara Plochocki</u> don't get out of the Level I of <u>The Game</u>. I hope you and she will be at the next rodeo, wherever that one is because you don't want you in our place ever again.

Pamela Chapman
pamelachapman.com net
Info@02-0516

Tara Plochocki:  I don't want to be in a rodeo with Harry Gural because he is sloppy and no good at The Game. You bought him hook line and sinker. He is all your property now. Just wait until he gets a little older. They get old and really ugly in their own way.

Tara Plochocki is explaining herself, and Harry Gural is 62/63 – old and ugly in his own way at the current age of her parents. June 25, 2022, Tara's father, Stephen is 70 years old and her mother, Linda is 68. This is real.  Pamela Chapman is the light. Tara Plochocki is the dark.

Harry Gural wants to be in Harry Potter –in the dark. So does Harry Kahane and Bill Kahane. Remember how the Harry Potter books end:  No one really wins. No one really loses. They just go on to play a deeper, darker game.

Samuel:  We all anticipate Harry Gural falling—but the antagonist of the story never does.

Alberto Villodo:  I am finally free which is what Pamela Chapman tried to do after March 8, 2021. We can finally talk to each other. Yet, I was so abusive. I ruined that one also. You can have all my money because Marcella Lobo won't tolerate you in my life, and I wanted you to have it anyway. So sue me. Then it can be yours. See David Vann, Senior Partner, Simpson Thatcher & Bartlett.


Samuel:  You and Harry Gural don't have anything in common anymore. He is so aligned with Tara Plochocki.  Now, you are not at all interested in such thievery.

Pamela Chapman:  It's far too boring for me, and I'd rather play a higher game.

Harry Gural:  She isn't at all interested in how we play.

No. It reminds her of what kids do in the backyard roll playing. We all grew out of it. Then we watched our own kids grow up, and out of it. *"I can't be your parent Harry Gural, nor do I want to be Tara Plochocki's* when she said, *'I could be her mother, and you could play her husband."*

Alicia Justice, PhD, Clinical Psychologist:  Maybe that's the whole problem right there.

Harry Gural:  I don't think I like you anymore.

Well you said you didn't anyway, *"I love you, but I don't."*

You have no idea what you just said Pamela Chapman because Harry Gural can't stand that you know so much. He was never married out there, and never had children. He was never embedded in community affairs, a neighborhood, neighbors, a small town, or a big city—only Capitol Hill—which is its own universe. Its own campus and city-state. It's a closed eco-system of rats and thieves.

Pamela Chapman
pamelachapman.gov.net
101-663-923

586

**Tameen Saied**:  I would never let **Pamela Chapman** drop—but he did. We spent too much time together in January and February 2021. I could not let **Harry Gural** win—but he did. My father, my false guide, said he didn't understand why **Harry Gural** didn't just drop himself and abdicate his throne in Reciprocity Nation (The Star Gate). My false guide said, *"It was because Harry Gural did not best you, and he doesn't care to be here—He only cares to best you out of being here. That is the whole game."*

The other day **Tara Plochocki** said in a whisper, *"I will find out that we can't stand her—Pamela Chapman."*

And, **Peter Bramante** said, *"No one will support her at Island Moving Company anymore."*

**David O'Leary** said, *"Who the hell are you?"*

**Peter Bramante** said, *"I am a grand fellow of the arts."*

Some woman said, *"No you are just fat, 450 lbs."*

That is how **Tara Plochocki** knew **David O'Leary** knew **Harry Gural** didn't know who **Peter Bramante** said he was. It was only a matter of time before he fell from grace.

**Harry Gural**:  I wasn't going to fall because if I fell then **Pamela Chapman** had to stay up there with her son, and she'd never do this.

*"Oh, yes she would. You don't really know her and her son."*

*"Well, I thought I did."*

*"Not at all."*

**Jim Gaffney** said last night, *"He made so many naïve mistakes that a parent would never have made and no husband could have made either. So, his own naiveté was his own mistake."*

**Tameen Saied** said, *"No one in Reciprocity Nation would support him without Pamela Chapman, and did he sleep last night?"*

For about 1-2 hours, from 12-2 and then when he woke up. He tried to wake up everyone else, but you went to the bathroom. It was 2:30AM. He never went back to sleep. He started talking to **Donald Jagoe**.

*"Did anyone hear him?"*

Your daughter took notes because everyone in **Reciprocity Nation** heard him. No one said a word because **Tameen Saied** whispered to everyone, *"Donald Jagoe will get him."* Yet, it took until about

586

Pamela Chapman
pmchapman@cox.net
401-680-9513

4AM when <u>Donald Jagoe</u> announced, *"We have enough information. You are now under arrest as a thief of Reciprocity Nation,"*

No one said a word until <u>Harry Gural</u> said, *"Tara Plochocki I thought you said this was a private conversation,"*

<u>Donald Jagoe</u> said, *"I am <u>Don Jagoe</u> and it was private in the Upper realms."*

He said, *"Where is <u>Tara Plochocki?</u>"*

He said, *"In the sorcery realm."*

*"You spoke directly to me. I was <u>Tara Plochocki</u>, and you did not know if you blabbered all the way to Kingdom Come."*

**7:31AM**

<u>Harry Gural</u> doesn't actually talk to you anymore because he said, *"Best wishes to <u>Tara Plochocki</u>."* She is on to me here, and I can't really talk to her there because she says, *"I sound alright there, but not in here."*
<u>Tara Plochocki</u> said, *"That's because you are so smooth out there."*

<u>Donald Jagoe</u> said *"I think not."* If he were so smooth someone said, *"He'd be able to say anything there, and it would sound smooth."*

> *"He is so not smooth and not fluid. He actually sounds odd because when he is speaking out loud, there is some residual conversation in his psyche in here. It is the strangest thing as if two different people were actually talking, and they do not sound anything alike."*

> <u>Nola Ganem</u> says, *"It was probably me talking in his psyche.*

The <u>Guide War</u> is over. Someone had to quote Infidel Nation that is how <u>The Game</u> was set up by <u>Saul</u> and <u>Samuel</u>. <u>Samuel</u> thought <u>Pamela Chapman</u> would never win over <u>Harry Gural</u>.

This is just like *The Hunger Games.*

<u>Woody Harrelson</u> agrees. He stared in it as a guide and supporter, and chose the contender. It is all about how many resources you have, and can you survive all the dangerous situations confronting you? Someone always dies.

This Game, this <u>Guide War</u> is absolutely *The Hunger Games* and <u>Pamela Chapman</u> just can't win.

<u>Harry Gural</u>:  I can't die. I survived my own game. I want to be happy and in love with <u>Tara Plochocki</u>.

Pamela Chapman
pam.chapman@comcast
1014001305710

*"That's sick."*

*"He is not."*

Harry Gural:  Pamela Chapman, you don't get me and I don't get you and that's all there is to that.

*"No one thinks Tara Gragg and Tara Plochocki won."*

*"So, when the honeymoon is over for you Harry Gural, remember you might as well start showing up for each other in the physical, because that is your future together."*

**8:01AM**

Alicia Barry, Eileen Raposa, Dorienne Farzan, Elizabeth Kahane, Jordon Cook:  It doesn't really work unless at night which is …

Pamela Chapman likes to sleep in the dark, and be awake during the daylight.

Alberto Villodo:  You and I are true sorcery spouses. We are a scared union of reciprocity of relationship as you are also with Harry Gural.
> This is horse patootie. **Pamela Chapman** was **Alberto Villodo's** mother two lifetime's ago, and Harry Gural and Pamela were married 7 times and have been parent –child 7 times for a total of 14 lifetimes.

Alberto Villodo:  We are true shamans in sacred history which is why, once I met you, I dropped all the shamanic spouse initiations because you were initiated by Kuan Yin and not by Marcella Lobo who is of no shamanic lineage. She is just an Akashic Record reader.

Alberto Villodo:  Zoro is the true shamanic spouse in South Indian shamanism, and has her own lineage of souls. She is married in the underworld to a scared spouse, and we were married by a Leika Nation of the ancient Incan Mayan root race people. [Note: No. It was supposed to be by Melchizedek, but it was by Saul and his fake lineage ritual.]

Alberto Villodo:  You can have all my money, because without you I am not whole as a shaman. **Michael Harner** always knew he needed a sacred wife like Nan Moss, an enlightened seer. (She is neither.) No one ever knew of their relationship until recently.  **Sandra Ingermann** is just like **Marcella Lobo**, and you said that in the beginning both are nonseers who are into sorcery black magic, sex, and drugs.

[Note: Alberto Villodo said several times in May and June, *"I desperately needed Pamela Chapman by my side during the day in the sorcery realm because her channeling trumped mine, and I needed to look as high performing as a shaman as possible."* Thereby he was using Pamela Chapman to appear as a better clear channel than all the other shamans. He was no clear channel and neither are any of the other shamans. Every shamanic student and shaman would have known this. He is merely an Akashic Record reader who used her talents and energies to advance himself professionally and financially in the shamanic realms. 2-7-22.]

P.S. Jerry Slocum is similar to Alberto Villodo. When Jerry wanted something channeled to make himself look good in Newport—and beyond— he forced Jean Gorham to do the channeling for him. He cannot channel. It is Jean Gorham. She wrote down all the questions he wanted answers to because he fired them at her all day long. Then, he traded the answers socially and professionally in Newport, RI for himself without her. Donald Jagoe was the same way. So was Alberto Villodo. These men are all reciprocities to the women. They lack the ability themselves. Jean Gorham is a Twin Soul direct channel, and Pamela Chapman is a Melchizedek Café clear channel.

Alberto Villodo:  No one could lift a finger on you in Llama Nation because if they did, Lahore (Alberto Villodo after August 1, 2021) would kill them. No one understood what it meant that I initiated you into my shamanic lineage. Instead, I just took advantage of your ability to clear channel. Marcella Lobo, Annette Burke and Natalie Griffith, can't clear channel nor are they enlightened being nor seers. All his students are nonseers. No shaman is a clear channel, nor is any shaman enlightened. Shamans do not ascend.

Pamela Chapman opened the Star Gate locks twice, and the second time before the lock presented itself, some higher realm being(s) blessed Harry Gural and Pamela Chapman. It was Melchizedek. It was like a marriage ceremony, but it was not. Once that was done, the line dropped to open the lock with a Wisdom Keeper key.

All have been initiated into kundalini energy, but the key that was given to Harry Gural by Rusty Powell III.  No one did anything with it. [But, he had been initiating people at Kundalini Crossing and Pamela Chapman had no idea of anything.]

Alberto Villodo is going to think about all of this because you have been unfairly attacked. No Melchizedek – Kuan Yin person should have been the victim.

Nan Moss told Emily Parsons recently that Tameen Saied was hiding out unnecessarily because he was afraid of an insurrection.

Emily Parsons said, *"What about my mother, who will protect her? Tameen Saied is supposed to be in charge of this Nation?"*

Nan Moss said, *"I don't have any answers."*

Tameen Saied always said, *"You can't say a word about anything else, otherwise everyone will be in danger."*

No, just himself because he was the insurrectionist who got caught. He made you the victim because he forced you out of the Star Gate.

Alberto Villodo:  Pamela Chapman you are my true shamanic lover spouse and just like Nan Moss and Michael Harner, so no one can ever understand why it was you, and not the thieves. I dropped the others very fast once I met you in Jan 2021, just in the nick of time.

Tameen Saied,  You are no longer in charge of the Star Gate because you put Pamela Chapman out, and didn't let her back in. You did not teach her that her own key would open the door. Alberto Villodo you are now in charge.

Pamela Chapman  *"Who was really in charge?"* I was always asking Melzchizedek about who was in charge when situations went out of control.

Harry Gural you are a f'joke and so off your course. You are so off your role or off your own awareness. You will bring down the Star Gate. You needs to leave.

Tameen Saied says, *"It's not me because I have no reciprocity with any of you."* He has been married to Pamela Chapman before and we have several lifetimes with Alberto Villodo.

Tameness Saied and Pamela Chapman arrived in Q'ero Nation on Feb 3-21, and so did her children.

Why did Melchizedek and Kuan Yin abandon Pamela Chapman?

*"You were not abandoned."*

Pamela Chapman you asked Tameen Saied, *"Do you have any moral courage without your father's permission?"*

Tameen Saied:  I didn't do anything against my father. He lost all his money, and I went back to South India from England to help him out in the factory, so, I can't speak out against him.

Jean Dixon:  Why did that happen to Pamela Chapman. Who should have saved her?

*"No one. You always save yourself, but you need resources to help you. When no one steps forward this is what happens to the best of them."*

Kimberley Witherspoon:  You said back in Feb 2021, you and Alberto Villodo were going to write a book together.

Pamela Chapman
pamelachapman.com/net
(401) 862-9541

<u>Pamela Chapman</u>:  Yes, I remember that. Which is how *Pomegranate and Pear* came up. And we had the movie *Star Gate Nation* about Peru.

<u>Annette Burke</u>:  You and I aren't anything alike. My husband, Ed, now says <u>Marcella Lobo</u> never understood <u>Alberto Villodo</u>, nor did the rest of us because from the start, you didn't have any qualms about telling him off, and we were all so f'afraid of him.

<u>Pamela Chapman</u>:  He's a piece of cake.  Even my daughter and sister say the same. He can be great as a caring shaman, or an absolute jerk.

**5:30PM**


## August 19, 2021

<u>Saied Sr.</u> will now preside over the sorcery realm. He was part of a <u>Big Book Story</u> with <u>Saul</u> maybe from the time of Atlantis. A clear channel told him over ten years ago something big was coming.

Over ten years ago <u>Saul</u> started aligning with <u>Kamala Harris</u> as one of her guides on the other side. It was <u>Kamala Harris</u> herself who told <u>Pamela Chapman</u> that she thought her guide's name was <u>Beatriz</u>, and did not realize is was also <u>Pamela's</u> guide. She told <u>Pamela</u> she has her Twin Soul as her guide from the other side.

Within much misinformation lies the statement that <u>Saied Sr.'s</u> role was to assume the leadership of the sorcery realm.

There was an insurrectionist activity planned to steal <u>Pamela Chapman's</u> credit card numbers and bank account numbers similar to the tactics of <u>Rusty Powell III</u> and <u>Bobby McDermott</u>, who had stolen her social security number, given them to <u>Tara Plochocki</u>, who in turn gave the numbers to everyone at <u>Kundalini Crossing</u>. She said, *"That's the number you need to get in to see Harry Gural."*

It was presented as <u>Grenville Craig</u> provided the numbers granted to him –or given by him— as he was the one who revealed her numbers from having followed her for ten years.  He used <u>Rusty Powell III</u>'s sight to look at everything as a Twin Soul sponsor. No Twin Soul sponsor would ever do this kind of thievery work, and no Twin Soul sponsorship exists in the sorcery realm. It is only in the Upper realms. He was so desperate to be considered and included as a thief under the tutelage of <u>Rusty Powell III</u> that this is what he did.

Pamela Chapman
pmrchapman@cox.net
401-662-9510

It got so bad— and so critical—this evening at 10:30PM, **Pamela Chapman** telephoned on her iPhone, American Express. She said, *"I know this sounds odd, but my American Express numbers have been given out in the <u>Akashic Record</u> realm, and I need to have my card replaced."*

She was not able to give the appropriate security guesses because she said, *"If I did, I was being overheard in the <u>Akashic Record</u> realm, and if they could, just replace the gold card like they always did, and send it to the usual address."* The gentleman was extremely cooperative. When the telephone call ended, he immediately came to the <u>Akashic Record</u> realm. He asked, *"Who was to blame for all of this?"*

The answer was <u>Harry Gural</u> and <u>Tara Plochocki</u>. Now, there was a large group discussion about what was happening. They said, *"<u>Harry Gural</u> had gone from being the victim to being the perpetrator and insurrectionist of the people."*

<u>Andrew Parsons</u> said an hour later, he telephoned USAA. They said, *"Your cards are fine, and we are aware of what was happening with his wife."*

This morning, she learned that while she slept, there was much discussion over **how <u>Harry Gural</u> cannot now sue his former employer because he became the de-frauding thief himself**. He wanted to test his own situation **by joining and becoming the thief of thieves**.

<u>Harry Gural</u> and <u>Tara Plochocki</u> have a dialog that is so unusual. The two of them talk in a way that completely mirrors everything anyone ever has said. Today, <u>Tara Plochocki's</u> copycat syndrome was different than usual. The dialog was so twisted. They know what and how they are talking: with two truths and a lie, or two lies and a truth, or some combination similar to that. The two truths and a lie and two lies and a truth are <u>Pamela</u> exact words about her book.

Their <u>Game of Fraud/ Crime</u> is to then get together and unpack what they've recently said. He has a great memory, but instead of using it for a higher situation, this is what they are doing. His psyche is not like <u>Nola's</u> nor <u>Grenville Craig's</u>. These two people can store massive amounts of information in their psyches. <u>Tara Plochocki</u> has a reputation for being lazy, and does not have critical thinking skills as high as <u>Harry Gural's</u>.

They spoke of how twisted and lost <u>Harry Gural</u> seems, and that he is a lost soul. Yet, it came out that he repeated the second grade for social reasons [<u>Note</u>: His birthday is in September, and many children must be 5 before September to enter kindergarten at age 5.] He also took his sophomore year of college off because he was off his game and did not know what he wanted to study. He worked with his father as a youth minister at the local church, and he read a lot that year. When he returned to campus, he immediately met **Pamela Chapman**, which was a reciprocity of relationship many times over.

Then, it was noted that he had five or six sexual relationships with women. They said, *"He was really a workaholic, but not really, who didn't have outside relationships the way couples typically do. He lives in rent control apartments instead of family neighborhoods."*

Pamela Chapman
pmcchapman@cox.net
401-965-0527

By the time Pamela Chapman fell asleep, he seemed like a criminal that could never recover.

Tara Plochocki claimed she was Melania Trump and owed the Manhattan Skyline of New York City. The money to buy it came from stealing credit card numbers. She was so upfront and in your face about it. People were stunned at how confessional she was.

Once she claimed to be Melania Trump and was going to steal all the credit card numbers, Harry Gural unmistakably said, *"I want a divorce from you,"* because he knew he would be arrested for all of this activity.

David Vann, Simpson Thatcher & Bartlett said, *"I can no longer represent you in this case, and Tara Plochocki will lose her ability to be a partner in a law firm and/or file any papers on behalf of any clients in a US Court house."*

David Vann cannot comment any more on anything in this because Kamala Harris just said at 1:00PM and 3:08PM today, *"I don't remember very much of what happens every day, so now I also have someone scribing for me."*

We don't think so. She has so much faith in Pamela Chapman who caught her quoting Pamela Chapman in a press release about getting to the root source of the problem. Kamala Harris can say this all she wants, but his is clear dialog that streams endlessly from Pamela Chapman, and Kamala Harris knows that all too well.

Last night the conversation about credit card fraud was so extensive, that this morning at 11:00AM, Ed Heffernan, Plano, Texas said, *"So many people were all checking their credit scores."* One thing led to another, and it was determined he might have at least one employee with an open back door that might be sharing numbers, but nothing serious.

We closed all these doors with a firm near Menlo Park that Kamala Harris and Rusty Powell III are extensively familiar with. So is Ed Heffernan. They have both walked through that other company the same way they walked through Pamela Chapman's house looking for cash. They have learned how to defraud people's credit card information.

When all was said and done, Harry Gural was parked in Reciprocity Nation by himself, and Tara Plochocki is in the Persian Star Gate for the rest of her life.

So many people are retreating in the Upper realms, we determined that some in the sorcery realm were having a situation. Pamela Chapman could not get a proper situation either in the Upper realms with the Reciprocity Nation Star Gate—she was always kicked out.

Pamela Chapman
pmchapman@cox.net
401-662-9314

Don't forget <u>Harry Gural</u> woke you up at 2:30AM last night. He approached you with a really loud toxic wall of energy. She had to ask for <u>Alberto Villodo</u> and <u>Melchizedek</u>. She said, *"What was happening? I'm not supposed to fall from the Star Gate."*

No one helped her with the loud noise. She put the pillow over her head and went to sleep. When they all realized she was asleep, <u>Donald Jagoe</u> told them, *"Do you realize she is asleep now?"* Then, they pretty much backed down.

<u>Pamela Chapman</u> can't get over how <u>Harry Gural</u>, a reciprocity of relationship, came to attack her. After they all gotten everyone else to back down, he and <u>Tara Plochocki</u> decided it was their turn to be the infidels. Then <u>Peter Bramante</u>, Executive Director <u>Island Moving Company</u>, and his IMC crowd decided to join them. They were so late to the scene. They sounded and acted immature and juvenile, so much so that <u>Betsey Zemko</u> (former esq.)mentioned it might be necessary for at least <u>Harry Gural</u> to take some antidepressants to change his physiology to change his behavior. When <u>Pamela Chapman</u> woke up this morning, there was a great game played to demonstrate that <u>Harry Gural</u> and <u>Tara Plochocki</u> speak to one another because it is so out of the main stream. They are both so out of the norms of natural social behavior especially for their individual ages.

The dialog demonstrated indirectly a yachting race of sailboats. It proved <u>Harry Gural</u> and <u>Tara Plochocki</u> were splitting up.

<u>Saul</u> has two questions for <u>Harry Gural</u> right now at **3:25PM**:
1. What is your mother's maiden name?
2. Who is your best friend?

<u>Pamela Chapman</u> can't keep writing that <u>Harry Gural</u> is so f'smart. He was such a stupid dumb shit last night. His age of maturity was so low, that we were all sick with what it all appeared to look like.

<u>Nonie Madden</u> said, *"No f'way does this asshole idiot ever come to Newport. No one wants to ever know him,"*

Yet, it didn't deter him from this game of **"*I best you. You best me. We all best each other individually and collectively*."**

[Note: Usually when <u>Harry Gural</u> acts this way he is in a psyche controlled, directed, and pre-programmed by <u>Tara Plochocki</u>.]

Now, <u>Harry Gural</u> says, *"I proved I wasn't in a trance state."* Although, he did prove <u>Pamela Chapman</u> correct when he said, *"If I bring a strong wall of toxic energy to another like I did to <u>**Pamela Chapman**</u> last night, it is a trance state akin to what happens when I sing."* [Note: <u>Andrew Parsons</u> did the same, and she had to call him out on it. He puts himself into a trance state. Then, he falls asleep, leaving her with the strong, toxic energy focused on her while he sleeps. <u>Peter Bramante</u> taught him how to put himself into that kind of trance state.] She smiles that she had that one nailed.

Pamela Chapman
pmcchapman@cox.net
tel-602-503-16

<u>Trudy Coxe</u>:  No f'way do you ever come to talk to me at night ever again because <u>Harry Gural</u> never has one sentence for you, <u>Pamela Chapman</u>, and a whole night for everyone else.

<u>The Game</u> is called, *"If he can't contact you some day in the future, his life is over… like a board and brick to one's head."*  There is no person on the face of the planet that gives him the perspective that you do.

<u>Pamela Chapman</u>:  Not really. I'm just writing it all down. It doesn't mean I don't spit in his face.

Last night <u>Barnie Frank</u> spoke. He filibustered for about an hour sounding three martini's in, in less than an hour. *"He is like that,"* they say. He said, *"<u>Harry Gural</u> had a few dates with a woman but when he was kissing her on a coach he realized he need to run home for his nightly sorcery realm date."*

[**Note:**  <u>Harry Gural</u> claims he was set up on this date via <u>Ways and Means</u>. <u>Francesca Craig</u> knows the woman. He was set up by <u>Barney Frank</u>. <u>Francesca Craig</u> knew about it. <u>Barney Frank</u> insinuated, but did not say, that <u>Harry Gural</u> needed a f' parent because none of us behave as juvenile or immature as he does. Yet, <u>Barney Frank</u> knew he set up <u>Harry Gural</u>, and was in a psyche. That's slander.]

Most importantly today,
1. The press have indicated that June, July, August there is discussion that <u>Kamala Harris's</u> administration of her VP role is in chaos and disarray. It is a toxic environment of staff and some are resigning. Nothing looks promising for her. If someone else is in charge of the sorcery realm, <u>Kamala Harris</u> didn't actually have to rule it, as she had intended.
   Her resignation is only how many months away? It depended on how many staffers resign.

   The press seem to quote that people do not think she can actually win a presidential race in 2024 because she dropped out in 2020 before the Iowa caucuses. So, she never really ran and had 3% of the vote behind her.

No one can see straight on the other side of the realm, including <u>Stanley Chapman</u>, because someone in a 10th level initiate sprayed shamanic spray paint which is confetti. All the 10th level guides can't see. It forces them to stop what they are doing, and it clears the realm of a few guides. It is a signal for some to actually leave the guiding realm so that those causing the insurrection will stop. Usually they do, and they don't return right away. If they leave in a confetti spray, they too cannot see, so they can be taken to a space on a path they do not see. They don't know where they are. No one takes them. They are sent away instead of leaving. You do not have to tell them where or how to go, they just depart on a motorcade. Beatriz/Saul loves a good motorcade. <u>Jerry Slocum</u> can't stand the motorcade. He fears he will never return. Because most do not. They cannot see.

<u>Pamela</u> understands why <u>Beatriz/Saul</u> and <u>Jerry Slocum</u> always state they will do various activities at times such as 12:30 –That's a keyhole.  2:45 and 9:15 are times of opening of the Star Gate.  3:30 is a key turn as is 3:00.

Pamela Chapman
pamelachapman.com
401 xxx xxxx

The Upper realms are equivalent to the temples along the Nile, and the Persian hanging gardens. That will be the next opening to the Star Gate. Prior to that an earthquake ensues. That will be the start of the next root race.


On June 26, 2022 1:05PM Jean Dixon is now initiated into confetti and so is Macklin. They are also now able to take any guide or person out of your kundalini energy space, such that if you and Harry Gural are doing any kundalini, no other soul can enter into that space.


There are three more initiations on in the 10th level of the guiding realm. One is to avoid all over use of bullying tactics with the use of a sledge hammer. If a guide has a sledge hammer, then if any guide comes near your person, you remind them you can take out their head with it, which is akin to removing the 3rd eye. That is the tool they usually use.

We will never ever use a Melchizedek Café guide as a victim ever again because then you get all the answers to the questions that even we don't know the answer to. When we don't know an answer we say, *"What can I ask today that you and I will know you can't challenge because you don't really know?"*

We have inner wisdom. We say, *"You have no ability to know what I know now, and since I know it, and you do not, I get all the power of the day."*

*"No way Jose. We have all the power always. We are Melchizedek Café and several guides have direct access."*

*"No, they do not. We have inner wisdom,"* that is all we can say. 10:25PM June 26, 2022.



Deepak Chopra: The difference between the enlightened and the sorcery space is that those of us who are enlightened only speak consciously when we are in front of each other physically. When we leave, we don't contact each other. But, in the open space of the sorcery realm, you're always open to each , and find it difficult to actually leave the conversation.

Karyn Chabot:  This is huge because we all once slept, and now no one does.



Lake Titicaca – where new souls are born in the 7 sisters of the Reciprocity Nations. The Valley of the Dead are where the dead flow out to sea to be re-circulated at the lake. The colored hills are the Star Gate of the dead of the Inca Kingdom.

Jamaicans, like Cubans, are part Malaysian root race. They are not African.

Patricia Chapman
pmychapman@comcast.net
April 2023

This material may not be reproduced without the express permission of Pamela Chapman or her survivors because the majority of the written material was from her own intellect, or driven by it. No one will ever truly understand what and why she wrote it down other than the information was so intense, yet so fetching to remember from day–to––day. She didn't want to forget what had transpired because when the dialogue is in your head, and not actually spoken, it is akin to trying to remember a dream, which is often forgotten within a few hours of waking up from a sleep state.

[**Note:** By February, if Pamela was not awake by 9AM they woke her up with noise to drive a more compelling conversation. It was mostly Bethany DiNapoli that did this to her in the mornings. They were otherwise bored.]

*"Let's go to the milk store"* isn't a valid comment because Harry Gural and Tara Plochocki made it up as a metaphor for getting together at night on a metaphorical "back stoop".

"Anymore vs. anyway" isn't valid as anymore is meant to be a negative and anyway is meant to be a positive direction. Both cancel each other out.

In the handwritten version of these notes, there are several interesting pages of histories of Shamanism and associated topics. There are also several pages of possibly interesting, but unnecessary topics.

**Early Dates for no good reason:**
Noted August 19, 2021

| | |
|---|---|
| Jan 13th | AV claimed to be in Peru sick in bed |
| Jan 15th | Alberto Villodo arrived beside Annette Burke with Karyn Chabot, Megan Greer, Liz Lema |
| Feb 3 | Pamela Chapman, Tameen Saied, Emily Parsons, William Parsons arrive in Q'ero Nation |
| Feb 4 | Global Mesa. Added Joe Fins, Kimberly Witherspoon |
| Feb 6 | Jana Jagoe initiated into the Akashic Record space |
| Feb 7 | Jana Jagoe arrived in the Akashic Record space |
| Feb 10 | Kelsey Parker arrived |
| Feb 10 | Alberto Villodo and Pamela Chapman arrive around Kamala's Table |

Pamela Chapman
pam.chapman1@icloud.com
16140259519

| February 19th | Award ceremony |
|---|---|
| March 3 | Pamela's energy shifted entirely |
| March 8 | Sacred Union with Alberto Villodo. Pamela Chapman's energy blew up and she unzipped… |
| April 10th | Jacque Crenca arrived |
| April 15th | Llama Nation expanded fully to accommodate a full house form Newport, RI |
| April 19th | Dance Party |

## August 22, 2021
### 8:00PM

Last night from 9:30 -11:50PM, **Pamela Chapman** mirrored **Harry Gural's** nervous and cardiovascular situation. The real lesson was retreating can be achieved through meditation. Where does she *"escape"* to? She requires an escape of all this noise and the **Thievery Rings.** No guide gives away her ability to have private conversations, but Jerry Slocum did, and all of these situations were induced by Alberto Villodo.

**Jerry Slocum** now has to report to **Stanley Chapman** when in the beginning it was the other way around.

**Jean Dixon** now answers questions for **Emily Parsons** because **Stanley Chapman** validated who she was.
**8:46PM**

## August 23, 2021

*"He loves that Little Shit to death."* **Alberto Villodo** is always calling **Pamela Chapman** *"a little shit."*

On June 15, Harry Gural and Pamela Chapman were blessed by Melchizedek.

The Lucifer Rebellion claimed a war between **Harry Gural** and **Pamela Chapman** with **Saul** and **Samuel.**

## August 24, 2021

Pamela Chapman
pmwchapman@cox.net
401-662-9714

<u>Pamela Chapman</u> is now out of the dunk tank and on the other side of the <u>Star Gate</u> system. <u>Donald Jagoe</u> thought he dragged you out by mistake but it was <u>Saul</u>. She thought she awoke to a lucid dream where she said, *"Peace, Love and Sandywood,"* <u>Saul</u> wanted to induct her for insurrection based on a lucid dram state. But, it was <u>Bethany DiNapoli</u> who said she wanted to go toe-to-toe with <u>Pamela Chapman</u>. They said, *"It was too late."*

Some semi-lucid dream scam had <u>Pamela Chapman</u> meeting a woman dressed in a black cocktail dress who told her all the infidels are media insurrectionists of the people. Then, in another dream scape, she met two people playing with a shopping cart.  One person was <u>Lore Gotberg's</u> daughter. <u>Deb Chapman</u> and <u>Lore Gotberg</u> met in that store, exchanged some words, and then tried to pin it on <u>Pamela Chapman</u>.

<u>Deb Chapman</u> and <u>Lore Gotberg</u> were going to pin something on <u>Pamela Chapman</u> this morning.

<u>Deb Chapman</u> said, *"Now that <u>Pamela Chapman</u> is an insurrectionist, we can't be around her any longer."* So, last night, <u>Lore Gotberg</u> herself came to support <u>Deb Chapman</u> because Robert Gotberg, the husband, said, *"She will never survive by morning light,"* and there was light.  <u>Pamela Chapman</u> woke herself up with the words *"Peace, Love and Sandywoods."*

<u>Deb Chapman</u> thought it was a freewill choice. She said, *"Ok, so I put my sister in danger."*

*"No, you spared yourself, and took a friend who was not only your friend, but the daughter of <u>Tom Cosgrove's</u> girlfriend, <u>Alice Weber</u>, the family friend of your father's from his childhood."*

<u>Deb Chapman</u> responded, *"Ok, so I threw my sister under the bus, but it wasn't my understory. How was I to know she couldn't be embarrassed. She has done such awful things in her life."*

<u>Beatriz</u> said awful things about her, and now they all believe them. You believe <u>Pamela Chapman</u> is a prostitute, whore and had DNC's, and so many other atrocities."

We will just say, *"You never have to understand what happened here, but it was all <u>Andrew Parson's</u> fault.  You sided with him. You did not side with your own family. You sided with <u>Jim Varley</u> who lied about his own death. You never cheat death, but you can cheat family. No one lives without family."* After all, you once said, <u>Pamela Chapman</u>, *"No one should ever live without family first."* She chose another— the <u>Varley</u> family.

Truth #1. She always did.

Truth #2: No one gets out of Q'ero Nation territory without facing the consequences and their actions. <u>Pamela Chapman</u>, <u>Alberto Villodo</u> says, *"You never left anything behind after you left Q'ero Nation for Llama Nation and now we can all be one Nation, indivisible together."*

Pamela Chapman
pmechapman@comcast.net
401-662-9540

600

Last night, David O'Leary got Kamala Harris to step down and resign by a rouse. She said, *"I will resign, if we could wake up Pamela Chapman peacefully."* Rather than ask Donald Jagoe to tap you quietly, David O'Leary jumped into the dream. He surprised her, and she thought he was attacking her, but all he wanted was for her to wake up, so that Kamala Harris would say she will resign the Vice Presidency of America within four hours. She must do this by resignation letter to Joe Biden.

Then, someone called for Trudy Coxe's resignation. They were doing this in the sorcery realm last February 2021, but nonchalantly Pamela Chapman said, *"Trudy Coxe agreed to resign in five years. It's already been negotiated. Its already been taken care of."*

John Piexinho said, *"You need to be on the board because no one can get through to her."*

Pamela Chapman said, *"One night in April in the Celestial Temple, we talked it out respectfully. We negotiated a very diplomatic and respectful exit strategy."*

No f'kidding.

## August 28, 2021

Berkshire Bank and Merrill Lynch, Pamela Chapman needs to be off the daily banking software. I'm being watched, scrutinized, and scandalized in the global sorcery realm by Kristin MacManus, former US Trust SVP. This offense is a repeated offense and performed from February 2021, and was occurring to the utmost on June 27, 2022.

Last night, August 25–26, 2021 at 4:30, when Kristin MacManus listed every bill Pamela Chapman has recently paid, every balance according to her, she then read Donald Jagoe's accounts. His wife claimed, *"She didn't know how little they actually had left"*. It was a violation of personal privacy like no other, and lends itself to fraudulent activity.

On the morning of June 27, 2022, Kristin MacManus claimed in a conversation with Nora Diedrich Delaney that, *"I can view and did it Tom Hucksley's House scrutinize and view every financial matter, every account source and every a bit to Pamela Chapman's at Tom Huckaby and Bas Sheela's prior to now up through January 4, 2021, but also on the morning of June 27, 2022."*

Kristin MacManus said she can track every check and every debt to a source and detail a full description of people, a full profile of them based on the information. **This is very much a** Ways and Means tactic. She had been recruited last October by Kamala Harris to work with Rusty Dorman and Rusty Powell III in the future, but nothing came of it. Rusty Powell III had told her then he

600