would train and mentor her in credit card fraud, and other Ways and Means activities, but this morning her confession with no remorse, no guilt, no sense of moral turpitude was beyond what anyone could understand. At Tom Hockday's House, she revealed financial accounting routinely, every night. If it is not one person today, it is another tomorrow.

Peter Hatfield claims, *"But, I swear she no longer works for me."* However, her access to this central banking system is out of control. She has no breaks on her behavior. Pamela Chapman has told her routinely, *"She will be sued for this and all of her behaviors but she does not stop at all."* Christine Offenberg, esq., a local Middletown attorney who has done work for Pamela Chapman in the past, has said she knows how to get her, but Kristine MacManus never stops. She appears to have been recruited for a Thievery Ring in the future with Tom Hockaday and Bill Martin as the Thievery Ring leaders akin to a Jonathon Karp Thievery Ring. 2:27 PM June 27, 2022.

Kristin MacManus claims, *"I just can't stop myself."*

She appears like Deb Chapman to enjoy herself immensely in this scandalizing arena.


Lineages

#### Diversions into these Realms Block Enlightenment in the Celestial Temples:

1. Monks
2. Shamanism – Akashic Record realm workers. They are not enlightened healers. The language of the enlightened medicine woman is bullshit.
3. Kundalini "Yoga" – Introduction and lifestyle of the Akashic Record or sorcery space.
4. Freemasonry
5. Black Magic Magicians
6. Akashic Record Readers
7. Massage Therapy, Acupressure
8. Reiki Masters
9. Psychics – Akashic Record realms

10. Hypnotherapy – Does not belong in the sorcery realm.
11. Raja Yoga, Royal Yoga. It is the true 8-fold path to enlightenment.
12. You cannot be a clear channel unless you are enlightened.
13. Twin Souls: Seer females are initiated onto a path toward ascension. The path is through the divine feminine, the male reciprocates in a reciprocity of relationship.


The Guide War is unmistakably won by Melchizedek, and always is. It is never won by Metatron, no matter how big the army is. That is the story of the *Bhagavad Gita*.

Pamela Chapman
pmcchapman@cox.net
860-543-0581

<u>Pamela Chapman</u> said, *"You can follow me around all f'day and night with your tags on my sight, and third eye. That means you will never sleep, unless I am asleep. You are following me 24/7, while I am awake. You don't see me on sorcery television without your eyes closed. In this way, you become my soldier night and day."*

*"You are the Watchmen in my army. You are my prisoner. I am not yours! You can never anticipate my intellect or wisdom."*

*"You can listen to me, see what I see, watch me, but to know me in 3D, you must meet me there, not here. No one will ever overcome and overpower me."*

*"You have all mistaken that you own me—we own you! You gave up your own personal agency and life to follow me unconditionally – and so did <u>Harry Gural</u>!"*

*"Set yourselves free or become my prisoner permanently!"*

<u>Harry Gural</u>:  I never wanted to be in this story, but you didn't either.  So we will exit this story the way we always said we would, like never before.

In this <u>Guide War</u>, anything <u>Pamela Chapman</u> read, she had to share with both sides. All her thoughts, reading and writings were exposed in real time. She had no ability to just sit, ponder, and think. All of her conversations were in the public square of the <u>Global Mesa</u> table. She has absolutely no privacy [<u>Note</u>: And, still does not in **October 28, 2021, nor June 27, 2022**. This was all originally cast in stone by <u>Alberto Villodo</u>.]

She was the victim who had to win by her own wits. Everything she did, she had to share with both sides.  Yet, everything all the others did on the other side was done in collusion and privately. This is exactly the *Bhagavad Gita*. If she can win against all the odds with no team, what happens when she has real resources and a real team of support?

<u>Pamela Chapman's</u> father never horse-traded her in life or death.

<u>Jesse Leone</u>:  That's absolutely true. He is that man in human form. There is an absolute honor in that man.  They have been married twice before. She had one contract for marriage, and two soul contracts for children. Therefore, <u>Jesse Leone</u> and <u>Stanley Chapman</u> absolutely have a reciprocity of relationship. They will see each other again.

He is an old soul union of hers. No one could ever anticipate that <u>Linda Stevens</u> would ever understand that she had two wonderful parents. She never understood <u>Donald Woodstock</u> as her mother's karma and not hers, but better that she be <u>Stanley Chapman's</u> daughter than <u>Donald</u>

Pamela Chapman
pamelachapman.com
10.600.602.00

<u>Woodstock's</u> whose name she had to bear. She didn't know <u>Donald Woodstock</u> wasn't her father until she was about 18 years old. These are classic "secrets to be revealed" in fiction and in movies.

[Note: **The Guiding War** officially ended on August 28, 2021, and the **Insurrection of the People** officially ended October 26/27, 2021 – that is a two-month time frame. **Kundalini Crossing** was officially over October 27, 2021. The **Reciprocity of Relationship War** was officially over August 26, 2022.

<u>Pamela Chapman</u> did not find out about Kundalini practices or what was happening at night with all the people or <u>Harry Gural</u> until **Sept 30, 2021**. It was really what was revealed in one month's time that made all the difference.]

Now both **Pamela Chapman** and **Harry Gural** have to leave the middle realm of sorcery and ascend. They must be together in the Celestial Temple, but no one wants them together. Everyone is making a huge play to keep them apart, even on June 27, 2022.


<u>Kundalini Crossing is officially over October 27, 2021.</u>
<u>The fall of the Sexual Exploitation Temple</u>

**Harry Gural's** psyche is officially cleaned this week in October yet <u>Kamala Harris</u> keeps sending him directions that he is not officially out of her Nation. She tried to rape <u>Pamela Chapman</u> through <u>Kamala Nation</u> and keep <u>Harry Gural</u> tied to his former lifestyle. Last night was the last straw in that <u>Joe Barrett</u>, Wesleyan '82 tried to tie <u>Harry Gural</u> back to keep him away from <u>Pamela Chapman</u>.

So much sexual exploitation is being revealed quickly and expressly. <u>Harry Gural</u> had been abducted, swindled, psychically manipulated and sent into prostitution. Then, <u>Kamala's Nation</u> tried to initiate <u>Andrew Parsons</u> in mid-October, and <u>Grenville Vernon Craig</u> on October 27, 2021 – **that ended Kundalini Crossing – the fall of the sexual exploitation temple.** Now, the people need to leave as couples (and presumably ascend back as reciprocities of relationship to the Upper realm). Yet, <u>Kamala Nation</u> refused to allow <u>Harry Gural</u> and <u>Pamela Chapman</u> to leave together.

They proved through reciprocity of relationship that their kundalini practice – very infinite, was a beautiful expression of kundalini that is never expressed in the lower temples or in sexual games. Their **kundalini expression is exact and never-ending**. Their current kundalini practice keeps getting interfered with by others. For the last two nights, everyone kept trying to re-abduct <u>Harry Gural</u> back into a prostitution ring.

<u>Harry Gural's</u> initiators – <u>Tara Plochocki's</u> parents, <u>Linda</u>, 68, and <u>Stephen</u>, 70 Plochocki, of Gainesville, VA claimed it took five – six years to train him – it really takes about two years. He worked as a senior legislative analyst in Congress. <u>Linda and Stephen Plochocki</u> pressured him to resign in October 2020. He formally resigned in January 2021, effective March 2021. When asked what if he didn't have the financial resources to do it, <u>Linda Plochocki</u>, 68, claimed, *"I once even put up to $500 a time, sex, sale, kept it in trust…"* Her business model was a $2,000 down payment

Pamela Chapman
pbluechapman@comcast.net
401-864-2846

(four hours paid upfront) with Harry Gural receiving half. She had done this previously with a man and made $3,000.
*"So, what do we call the next stage of the journey?"*

Pamela Chapman and Harry Gural prove they are true reciprocities of relationship. They meet in the physical and share beautiful kundalini practice as a monogamous couple because sexual intercourse with kundalini is a whole new practice that is special for those who are true reciprocates.

They ask to have some lawsuits that now can be adjudicated, especially since the Guide War and The Insurrection of the People have formally ended. There is a huge back log of thievery activity that is revealing itself.  More and more people are being exposed for what they knew, and did, while they hide everything else.

Molly de Ramel who died four days ago was told by a guide that in three year's time or so, we'd revisit all this information. That only happens if this is not closed down properly. Then they start the victimization all over again. **1-18-22 2:02PM**

Noise is the ageless, timeless tool of attack. We reveal the identify the person the noise is coming from—Alberto Villodo, and the Guide who is a 10th level guide who uses a Melchizedek Guiding aura, but is in fact not Melchizedek at all. It is a previous thief from a previous Big Book Story who wanted to be a bigger thief than he had before, someone like Jerry Slocum and in the future, Andrew Parsons and Alberto Villodo and David Johndrow and a few others. They jump into the Melchizedek aura, as they say. But it is more than that. No, the actual fact is that it is Kathume also known later on as Tameen's Guide. We learned this in June, July, and August 2022.

We knew from last night,  Harry Gural's psyche and Pamela Chapman's aura are only protected if you pull each other out on the other side in the physical because all the Kundalini Crossing couples were actual couples who knew each other as couples there. They then came here to play. It doesn't work any other way.

**Auric Protection Plans are never numbers. They are always names of people**. A few local people got together 3 or 4 nights ago and said we will protect Harry Gural from the thievery woman.  Now, Pamela Chapman also has a few of them chasing her. They refuse to allow her to hear conversations – it is either too quiet, or they make loud unbearable noise. They are the harem woman of the Thievery Ring. Mostly it is Nola Ganem and Bethany DiNapoli mentored by Alberto Villodo.

Alberto Villodo is behind so much malfeasance of Pamela Chapman—so much suffering all these months. It all could have been alleviated by Alberto Villodo.

Harry Gural claims, *"I couldn't actually do anything because if I did, they would only use it against me."*

Kamala Nation speaks to you from a Caliphate Nation State loud speaker, i.e. the "digibox" implant. It is mistakenly heard as if it is planted in the mind, and just under the skin. Kamala Harris barks

Pamela Chapman
pilnachapman@cox.net
1-1-602-9510

commands any time she wants to into this feed. Trying to keep Pamela Chapman free of rape at night is so darn difficult but we will succeed no matter what. The Thievery Ring women have been raping almost daily from October 2021 through January 2022.


The Star Gate is set to close in one year on June 6, 2022. So what do we look at for in 1 – 3 years? It all comes down to breaking your past patterns with sexual activities and thieveries, and get out of the realms.

Samuel said a month or so ago,  *"Get your family together and stick to them like glue, and keep away from all the thievery people."*

We look forward to cleaning up our communities. We move forward as reciprocities of each other, never as thieves together (Like Tara Plochocki and Harry Gural).  We now know who most of the thieves are, the night Watchman will keep us appraised of the situation.

In 3 years from now, 2024-2025, it will all look different because all the legal cases will have ended and in four - six people will have died.  Now, we will begin to see again how our communities function together. Some politicians will fall, some will have ended. We want the book, *Barefoot in Heels* to be published. All will be quiet and legally protected.

We do not want to think about the new generations of thieves that were evolving from the original. We now understand how they form and replace the older versions. Harry Gural is never a thief and never will be. He and Pamela Chapman will protect their auras and psyches together. They will no longer play with certain other people.

Some activities that have shifted or ended. That is the 3-year time frame. It is time to pack up and end –Like Aeneas in the *Iliad*, take out your family members. Don't look back at the rubble. **2:21 PM Oct 28, 2021.**

Pamela Chapman has the issue of not being able to leave the realm. All her reading, writing and thinking is stuck in the sorcery realm thanks to Alberto Villodo. How does she get out of there permanently?

Harry Gural, you must come right away to avoid further penalty. The longer you wait, the worst it will be for her. She will never forgive you since you don't really care about her – that is not the problem.

There are so many women that want Harry Gural as a partner. Now, they are all competing to gain his favor like crazy. They will look to seduce and distract like never before. He must be so cautious and careful and get to Pamela Chapman's house as soon as possible. Those other people… Pamela Chapman knows them all, and no one would put Harry Gural and them together. Harry Gural is just

Pamela Chapman
pmacchapman@comcast.net
(xxx)-xxx-xxxx

considered a Trophy of the People. Yet, they still call her the whore, liar, cheat and want her destroyed. Harry Gural, they want to holdup as a hero like none before. **2:24PM**

Jerry Slocum:  Everyone knew a guiding war would ensue, but no one knew anything about how it would play out. No one understood why or how the game would ultimately end.  Outside of this guiding war the reciprocities of favor given out mean nothing because the soldiers on the field are either dead or gone.

Zenia Theresa: I heard the bells of St. Mary's play the other night, and I knew the war was over.

I think yesterday's discussion on the mind-body, kundalini yoga, the first kosha, and fiction; this morning's discussion in the Akashic Record /sorcery realm; and the network of communication officially ends this war. Otherwise too much will be revealed.  No one wants Pamela Chapman to suffer any longer.

Molly Wade:  Harry Gural is looking for a partner he can play the "besting" game with, and you are looking for a reciprocity of relationship. Mr. and Mrs. Smith is about the size of it. So, she thinks you and he are actually mutually co-dependent on each other because I don't really need my feet massaged the way he always liked to, and you want him to do that every day, or something like that.

Molly Wade:  Harry Gural hasn't matured into knowing what he wants. At age 63, he has no more time to work, or else he will be alone for the rest of his life.  I have lived with Steven Wade for 32 years. I know what it is like to live in a long-term relationship. Since he lived in Nova Hardy, then we don't need to be together again this time around. I will see you in another life time (No), but Pamela Chapman will not. She is all done all through with human lifetimes.

Steven Wade:  No one wanted to tell you. He would have latched on to her unmistakably and avoided you because yesterday morning Gretchen Carlson said he finally decided to be your reciprocity guide in the Star Gate, and today he says he prefers Molly Wade.

Harry Gural:  I won't take this bait any longer. No one can accept the fact you and I won at the same time.

Pamela Chapman:  It's been a thousand years since we were last married, so you have probably long forgotten. You can't get me worked up about this. It's part of the navel picking asking you how mature you are about a range of topics.

Harry Gural:  I can't accept all this information, but I will take it under advisement. It allows me to process my own experience of relationship because you and she were two people in my life in the past, and Marie Rossi would have told me anyway.

606

Marie Rossi:  I won't say how I think this will play out, but I don't think you and Harry Gural will marry because he loved Molly Wade too much when she left him years ago. [Note:  This is just double speak for what was happening at night. It was the confusion of the two Molly's: Molly Wade whom he dated, and Molly de Ramel whom he met here and had spent private time with late at night.]

Pamela Chapman:  I walk away from the whole conversation. He either shows up or he doesn't. After his experience with Tara Plochocki, everything is questionable anyway. Molly de Ramel and Pamela Chapman have raised children and lived in long-term relationships, and Harry Gural has not.

Elizabeth Kahane:  I never felt Harry Gural was a reciprocity of relationship. Yet, I went along with the entire story.

Molly de Ramel has a copy of *Barefoot in Heels* and has read it twice. Esmond Harmsworth IV told the board in an email that Happy van Beuren wanted the book destroyed because no one wanted any information to be revealed about Newport Hospital Foundation and no one knew the story was real until Grenville Vernon Craig said it was word for word copied from text messages and email. So, Harry Gural told everyone the same story and now Martha Cummings says, *"Grenville Craig is dirt, and I understand how fiction is written. What do you want to do about that?"*

Pamela Chapman:  Nothing. What do you expect?

The Grenville Craig Shit Show.

Andrew Parsons:  It's not my side of the story.

Molly de Ramel:  It's not supposed to be. I'm part of the collusion story.

Grenville Vernon Craig seeks nothing short of murder #1, or manslaughter. Why is that? How does it get away with that?

Pamela Chapman:  This is complete and utter slander. I walk away and straight to David Vann's office. That's all I have to say. He said this repeatedly since August 2019. This is Grenville Craig and Sandra Craig.

Pamela Chapman:  Nothing but complete slander and Grenville Craig wants me prisoner as his shamanic wife, yet he is a Twin Soul non-seer with no self-worth, no ascension, and his own Twin Soul wife.

Pamela Chapman:  You think I don't know how to write a story of a story? I didn't plagiarize anyone and Grenville Craig knows that [Note: Yet, they were all plagiarizing *Barefoot in Heels* anyway—an e-book by Monique Burgess and a Google Book by Diane Gilpin—who is Diane Crosson McEnroe]

Pamela Chapman
pmsrchapman@comcast
101-662-9516

**Pamela Chapman:**  **Grenville Craig** thinks you can write a novel from text and email—I want to see that one. **Sandra Craig** herself claimed she wanted to write a book and was taking a creative writing class at Yale University. **The Craig's** are both copycats and lack self-worth. [**Note**: And probably also the Kamala Workgroup that was plagiarizing the manuscript].

This is all part of the **Guiding War**. Are you done? I stand behind my book any f'day.

*"So, do your children."*

**Molly de Ramel:**  It actually meets criteria of fiction. So, you can't say **Grenville Craig** this all comes from email and text messages. In fact, so little of the book could actually come that way especially the first one-hundred pages. So, no one thinks **Grenville Craig** actually ever knew what the hell he was talking about. It was all part of the **Guide War** against **Pamela Chapman**.

*"I don't think the* **Redwood Library** *Board of Trustees should ever read them."*

**Pamela Chapman:**  Why do they?

**Molly de Ramel:**  Because this is what the **Redwood Library's Board of Trustees** does when it has nothing else to talk about.

**Saul** told **Grenville Craig** to quack like a duck because he has no credibility left to say a f'thing about anyone because you have done so much to dispel everything he and others spread about you. He is not a quality person and no one should ever listen to him.

*"You can't say anything anymore* **Pamela Chapman** *because he thinks you are a little shit and he doesn't understand how and why he missed out."*

**Kamala's Nation** says, *"We take her right away since he has been stalking* **Pamela Chapman** *24/7 for at least the last four months."*

**Francine Weiss, PhD:**  I was in Kamala's Workgroup because **Nora Deidrich** told me I needed to show up in a **Kamala's Table** discussion. Yet, this was not the group I anticipated. And, since I went to Wellesley College (and so did her mother), I think I was considered one of the smarter ones in attendance.

**Sandra Craig:**  I wash my hands of this whole mess because I wasn't there when she wrote this. I was in the sorcery realm pretending to be perfect. And, no one thinks you know anyone but you know everyone in town, especially now.

**Jerry Slocum:** No one ever wants to hear about DNC's again.

Pamela Chapman
pmrchapman@comcast.net
tel:401-662-0510

**David O'Leary:**  I knew you would win <u>Pamela Chapman</u>, and I wanted you to win with <u>Harry Gural</u>. Yet, I see he has one other reciprocity he prefers over you, so no problem there since you never expected him to show up anyway. I'll go play golf, and you will go to the beach.

**Pamela Chapman:**  And, that's just what we do.

**Harry Gural:**  I'm not going to play this bull shit game any longer.

**Bill Gural:**  I loved <u>Molly</u>, but I love you more because you knew my big brother and supported him no matter what side of the equation he was on.  He never deserved you, and you and he never had any real adult relationship. <u>Molly Wade</u> chose <u>Steven</u> in front of his face. He knew all along, the way that would play out. She broke up with him shortly after that.

**Kathy Gural:**  I never liked Molly Wade because she was a princess, but he loved her deeply (no he did not). I now understand why he wanted to be with her all over again |**Note:**  This is <u>Molly de Ramel</u> being predatory.|

<u>Grenville Craig</u> has no honor and we will erase our memories of him. He has no self-worth and is utterly destructive of others. He tried to cut <u>Miles Bidewell</u> down to size in <u>Pamela Chapman's</u> Twin Soul Workgroup. Neither <u>Miles Bidewell</u>, <u>Grenville Craig</u>, nor <u>Holt Massey</u> told <u>Pamela Chapman</u> that they had read *Barefoot in Heels* through the <u>Redwood Library</u> Board of Trustees.

**Pamela Chapman:** I have no respect for the **<u>Redwood Library</u>**. The book was illegally obtained and distributed without author permissions and acknowledgements. This is the <u>Redwood</u>  committing Grand Theft. I will sue the people and the organization. They all carry insurance for such things. I will sue out of principle, and they will pay compensation for their gossiping, slanderous, harassing, abusive illegal activity.

Whose decision was it at the <u>Redwood Library</u> to say, *"Ok ,she's worthy of having a book published."*

They say, *"<u>Caroline DuPont</u>."*

No, it is the <u>Book Committee</u> headed by <u>Tobie Fields</u>, <u>Michael Holt Massey III</u>, <u>Jonathon Karp</u>, and <u>Alice Ross</u>.

**Molly de Ramel:** The Board of Trustees votes to publish.

No, they do not. It's not in the actual minutes of the board meetings.

<u>This is exactly how it works:</u>
Of the people who have read it, they say quietly if they want it published. Then, they tell <u>Happy van Beuren.</u>

Pamela Chapman
pmcchapman@cox.net
401.662.9573

*"No, they do not."*

She tells <u>Esmond Harmsworth IV</u>, and he sells it.

*"No, he does not."*

This way, **only the Board of Trustees, or select people from it, vet fiction in Newport. They decide what fiction and which writers they like, and then decide who gets to progress their work into the pipeline to publish.** They tell <u>Happy van Beuren</u>. Then, if she approves the project, she tells <u>Esmond Harmsworth IV</u>.

**It is the** <u>Book Committee</u> **who reads and edits the book. It never re-enters the publishing industry legitimately. It gets re-typed and sold overseas, or published internally** with <u>Jonathon Karp's</u> illegal <u>Thievery Ring</u>. **The author never knows.** Usually <u>Holt Massey III</u> **collects any monies,** which should then be donated back to the <u>Redwood Library</u>, but never does anyone ever really know.

This goes back to <u>Happy van Beuren's</u> twenties—the unfulfilled dreams of her lifetime— when she wanted to work in publishing as an editor. She did not get that kind of position in NYC, so her father called her back to Newport, RI. Now with all of her billions of dollars, and at 88 years of age, she is roll playing illegally as a publisher – as if the <u>Redwood Library</u> were one of the Big 5 in NYC publishing.(Well, it's Simon & Schuster, after all).

<u>Caroline DuPont</u> and the Board of Trustees, or several from it, vet, and then decide. They forward the recommendation to <u>Happy van Beuren</u> as the publisher and editor-in-chief of this dream come true in the publishing world. **If she then approves, she green lights the project to** <u>Esmond</u> <u>Harmsworth IV</u>. **They seal the deal with the author– but it never happens this way. They red light every project.**

It is said <u>Caroline DuPont</u> then makes snide comments to the authors, who never know their work was vetted and read this way. She says comments like, *"Oh, I must be mistaken. I have the wrong author."*

This is just like **<u>Grenville Craig</u>**, 79, the multi- billionaire. Last night, Andrew Parsons minated Grenville Craig into Kundalini Crossing, the Kamala Harris way of the Senate House Ways and Means Way. (He had already had a key turn back in April 2021.) He claimed the **<u>Kundalini Crossing</u>** games go back to **<u>Harvard College</u>** when he was closed out from those kinds of initiation games with fellow students. [He could not have been in this place at Harvard College. That was a special fraternity, and he was never a member.] He has desperately wanted to play this thievery game through **<u>Rusty Powell III</u>**, a colleague from the <u>Redwood Library</u> and Little Compton, RI. Both were involved in Sandywoods sorcery realm. His initiation into the **<u>Kamala Harris</u>** **Game of Sexual Obedience** was to prove to

Pamela Chapman
pmechapman@cox.net
401-662-9216

himself that despite his age of 79, he can get into The Game that closed him out in his 20's in Cambridge.

We cannot truly say what inspired Andrew Parsons. He said, *"I don't know how to play the group activity games at Kundalini Crossing, so I became the initiator instead."* He did have two colleagues from medical residency that work in Jefferson City, MO. They played for a full year mostly with their wives in two—maybe it was a need to get into that game with them,  Or, it could have been Quentin Warren, 67, St George's School class of 1910, whose wife said, *"It could be a fun game during the cocktail circuit in Newport."*

*"Never, it doesn't work that way."*

However, we can never overlook Andrew Parsons' jealousy of Harry Gural from too many years ago. There were too many mixed messages, too many the misunderstandings of The Game, far-flung mis-representations. But, once vetted and initiated into the lifestyle, they say, one can never leave.

We all watched Harry Gural arrive. We witnessed what happened to him, and we witnessed his slow exit out for various reasons. Pamela Chapman was the only person in Newport who actually knew him. We can never understand how in light of all of this, several men and woman – over 30 of them, all quickly signed on and in for the same route as Harry Gural. He struggles every day to make a clean path out. He is out, but not yet really. It will take until June 2022.

For some of us, we are forever changed by the entire experience. The experience to say, *"Yes, I want in, is all about missed opportunities of power, privilege and social connection that may have been imprinted at a young age of boarding school or college – so imprinted that they sell their souls and their family connections at a later stage in life. Then, when they no longer understand how to get out, it astonishes us that they finally may not see they cannot leave."* They are forever without their own power. That which they sought, was the opposite of what they received. **If you came for revenge, revenge is never sweet. You become the revenge of that which you sought.**

It is a Caliphate Nation, always in the Akashic Record /sorcery realm—middle world. Kamala Harris who wanted to be President of the United State of America wanted to be the ruler of the Akashic Record realm. She now is that ruler of the global mesa in the realm.  She also is the Vice President of the United States of America. How does the leader of a democracy that fights for freedom for all have a secondary lifestyle as Caliphate Nation State leader in the energy realm? Which realm represents her truth?

Molly de Ramel:  I don't think the Redwood Library thinks anything. You made them completely look like assholes in the energy realm. Now, they are going to have to completely stop that practice. If they continue, everyone will stop reading and writing their stories, and no one will financially support the Redwood Library.

The real assholes were Caroline DuPont, Alice and Jim Ross and their three daughters:  Elizabeth, Virginia Tully, and Harlan. They believe you, Pamela Chapman are the jackass of Newport for

Pamela Chapman
pmschapman@cox.net
401-662-9216

everything you ever did because they all discussed you late at night. They decided you were one big Shit Story. Now, they have to eat crow because <u>Duncan and Barbara Chapman's</u> daughter's birthday party was a no-show because they all listened to this energy space while partying for the daughter, <u>Antonia Chapman,</u> at Marble House.

<u>Molly de Ramel</u>:  I think <u>Harry Gural</u> thinks I was his <u>Molly Wade</u> because he kept telling me the story.

Then, <u>Marie Rossi</u> said, *"<u>Harry Gural</u> that's not your <u>Molly Wade</u>"*.

He suddenly gulped and stopped. He was playing <u>The Game</u>.


<u>Google Books vs. Google Play:</u>  Google Play as The Game Show that <u>Harry Gural,</u> <u>Tara Plochocki,</u> <u>Cynthia Parent,</u> <u>Noam Zilberstein,</u> <u>Carrie Crosson Gilpin</u> play with the details and words of *<u>Barefoot in Heels.</u>* Google play is not the online platform. It could be metaphorically such that the <u>Akashic Record</u> realm is "Google Play" by another name. In this way <u>Alberto Villodo</u> and <u>Marcella Lobo</u> were trying to upload a "film strip" of every page of the book *<u>Barefoot in Heels</u>* so anyone could read it in this space as if this space were an online platform. We finally got someone to admit this on August 26, 2022. All content uploads are illegal and they wanted to make <u>Pamela Chapman</u> paranoid that her book had be stolen, plagiarized, and illegally uploaded for anyone to purchase on a Google book platform.

<u>Pamela Chapman</u> took out her own ISBN number. The whole deal now is different.

<u>Saul</u>, turned everyone and everything in <u>Pamela Chapman's</u> life into an thievery position.  He destroys everyone and everything she can, and then claims, *"All you have left in this life is a presumption of a reciprocity of relationship through <u>Harry Gural</u>."* Yet, this never makes up for the pain and suffering of the victimization that should never have been hers in the first place.

<u>Samuel</u> who was supposed to turn <u>Harry Gural</u> into that reciprocity of relationship. Every time he shows up as such, he turns down the offer, and claims he never had the obligation. She always claims, *"You are free to go,"* She hasn't seen him in 41 years or so. He will never appear face-to-face. Therefore, he can betray her uncharacteristically and not feel any shame for it.

<u>Roger Kass</u> claims, *"How much money I have, and when will <u>Pamela Chapman</u> zero out, is always at the front of everyone's information."* Thanks to <u>Kristin MacManus</u> and <u>Tom Hockaday's House</u> and the ongoing conversations of her banking software which should never ever be in this realm. She is just one big tattle-tale of slander and gross misconduct.

Pamela Chapman
pfbwchapman@cox.net
401-662-5816

This high wall of energy is a very loud ringing. It has been present now for about 14 hours straight. Pamela Chapman's nerves are fried. Her body is exhausted. It started at dusk at night about 8:15 PM.  It is now 12 noon the next day. No one will let her move or sleep.

Saul keeps saying the whole Game is over, but no one will free her.


The only things that have happened are the actions Pamela Chapman has taken herself:  Lawyers, ISBN Number, moving Harry Gural into the Star Gate. *Xanadu* is a musical about the same kind of situation.

Pamela Chapman is not at all surprised. She knows, as do Alberto Villodo, Tameen Saied, Pat Fernandez and Jeanne Gorham from last January 2021 that no matter how many times you give people a chance to prove themselves, they always reveals who they really are. He never wants to show up for Pamela Chapman in the Star Gate, or at night. She had no idea what Harry Gural was really doing at night and no one would tell her. The last time he had to show up a few nights ago, he got out of it when the chance to sing with his father and brother appeared. He never returned.

Every time he leaves, Pamela Chapman gets dropped by the Star Gate. He arrives, leaves quickly, then drops her. Alberto Villodo does the same thing. This is a bona fide pattern. She gave so much generosity and reciprocity to people here. They all turned against her. Why did all these men receive a reciprocity?

Andrew Parsons was an emotional abuser. Socially speaking, he became an outright liability to her too many times. Now, on October 31, 2021, he belongs to Kamala Harris' Caliphate Nation, and is married to Carrie Crosson Gilpin. Andrew Parsons, Alberto Villodo. Harry Gural was supposed to be different. He is not.

Zenia Theresa:  This is the last day of this Shit Show because Harry Gural never proved he was a reciprocity of any kind to you.

When Molly de Ramel showed up yesterday, he said, "*Oh my God, I am, and was so in love with you,*" but he didn't stand a chance to have any kind of conversation in this space or out loud with Pamela Chapman. Yet, he has been having them with Trudy Coxe, Jeanne Gorham, Betsy West , and Ms. 11th Hour Racing herself—Wendy Schmidt, and, all the women at night after the Kundalini Crossing games.

He showed up himself. She always said, *"You are free to go, and you must choose for yourself. I won't fight for you or any man. You must decide and choose for yourself."*

Betsey West:  He chose for himself Tara Plochocki. That is what Harry Gural told her one late night.

Pamela Chapman
pthechapman@cox.net
Instagram

<u>Milly Howe</u>:  He keeps saying he will make it all better. Yet, he always makes it worse. He can't keep his appearances up any longer.

<u>Emily Parsons</u>:  He is a thief and he must go.

<u>Roger Kass</u>:  He is an infidel of first class. I'd recognize him anywhere because the Shit Show game he gave to her and everyone else was a lie, and he knows it, and so does <u>Tara Plochocki.</u>

<u>Tara Plochocki:</u>  I told him not to use those excuses, but he used them anyway. He played her like a two-bit whore.

<u>Roger Kass</u>: We go way back don't we, <u>Pamela Chapman</u>? There are some things now I really know, so don't forget how far back we actually go.


<u>Maura Lyndsey</u> has taken <u>Nola Ganem's</u> name, and she is now writing everything down. She followed <u>Pamela Chapman</u> around her house all summer long, and continued to do so until October 30, 2021. She arrived before <u>Gabrielle Bernstein</u> who wanted notoriety. Now she wants her 15 minutes of fame and fortune.

<u>Maura Lyndsey</u>:  I don't want to know you any longer because <u>Alberto Villodo</u> and <u>Donald Jagoe</u> have put so much energy on me today. I am a bit crazy. No they did not. **I can't get over how you get up every day because we thought you'd be dead a long time ago, and that is your reciprocity**.

Every night they say, *"She will fry by morning light, yet she never does by the end of the day. Maybe that is the reciprocity she needs to survive. She is just one of those survivors."* No.

<u>Saul:</u>  She is a <u>Melchizedek</u> guide and they suffer tremendously at the end. But they never die in shame, only in poverty.

<u>Maura Lyndsey:</u>  I wrote all those interviews with <u>Ralph Carpenter</u>, and even typed them up, and never did anything with them.

She tried to write something about him, and it wasn't very good. The <u>Redwood Library</u> told her, *"We will never publish those transcripts,"* because <u>Bobby Carpenter</u>, his third wife said, *"How devious and misrepresented <u>Maura Lindsey</u> was. She came to the house with a tape recorder, and got him to confess his whole operation of the antiques trade to her as her mentor or partner in crime."* She also used <u>Gene la Pearl</u> that way too. He is a retired postal worker.

<u>Maura Lyndsey</u>: I can tell you are using a different book [to write all the dialog in] but I have a larger one just like yours.  Now, I too will have my own transcripts of this dialog. I'll copyright my interviews with <u>Ralph Carpenter</u> someday.

Pamela Chapman
pmchapman@cox.net
401-662-97 16

<u>Bobby Carpenter</u>: We never will give you permission to use those tape recordings in the US Library of Congress.

What about <u>Pamela Chapman</u>?

We can only say there is a special way to do it and <u>Pamela Dorman</u> knows exactly how to present them as a document for the people.

Where is <u>Pamela Chapman's</u> reciprocities because the sound barrier in her aura is excruciatingly annoying because if anyone jumps into the aura like this they won't like it. It is too loud to stay and play. [A play on the <u>Kundalini Crossing</u> Games where they all jump into another's aura to play].

*"What about the tags in her body?"*

*"They won't like that either. They are all still there."*

<u>Alberto Villodo</u>:  We can't remove them all, but <u>Samuel</u> can very quickly. He hasn't removed them because <u>Harry Gural</u> owes you one big explanation.

<u>Harry Gural</u>:  I can't ever see you here any longer because I followed you and looked at you too many time on sorcery television, and I had <u>Tara Plochocki</u> and me over to your house most nights to live in your nice house as a reciprocity to <u>Tara Plochocki</u> for her helping him and for her loyalty. [**Note:** This breaking and entering into her house included the entire Kamala Workgroup and <u>Esmond Harmsworth IV</u>, and <u>Rusty Powell III</u>, <u>Rusty Dorman</u>, <u>Medici</u>, and <u>Justine Rudock</u>.]

<u>Samuel</u> told everyone one night—March 19, 2021, while you, <u>Pamela Chapman</u> slept to never reveal the truth about you or themselves, or else they will be in big trouble.

<u>Harry Gural</u>:  I showed up April 30. You didn't know anyone was real, but I was that night and for a few days or so. That's when we started the feelings of reciprocity of relationship. Yet, I wanted that with <u>Tara Plochocki</u>, and not with a person like yourself—he is lying. I can't tell the truth to you or your daughter because you will only sue me further. <u>David Vann</u> will get it out himself.

No one believes he will ever show up in the Star Gate unless he is dumped here with you, and closed off and sequestered away. But, he also knows how to pop himself right out if it ever happened. He told <u>Alberto Villodo</u> to always call him up at 10:15PM or 3:15PM to make sure he got in and back from the sorcery space. He actually said that one night.
He didn't want to ever have a real relationship with any person, so losing his sexual ability didn't matter to him. He isn't interested in giving you a foot massage like he once did. [Note: How did we decide he lost his sexual ability on August 28? She had no idea about his Kundalini until Sept 30?]

Pamela Chapman
pam.chapman@comcast.net
101-602-9716

616

Bill Gural now understands that you and Harry Gural will never get together because Harry Gural, you are now soiled goods. He lacks the kind of social notoriety he would have wanted. He thought no one liked you because no one knew you. Yet, they all know you, and all became thievery—all stacked against you. He can't be bothered to be with a person like yourself.

Bill Gural:  If he believes this, he is full of shit.

Harry Gural:  I told you, I don't care.

Bill Gural:  He is a master manipulator, just like Tara Plochocki, Alberto Villodo, Andrew Parsons, and all the rest. So, no need to waste any more paper on him because David Vann will sue his ass for all the bad gross misconduct, fraud, and abusive situations he committed against you. You didn't know any of this, and he knew it all. There was a way he could have showed up and not created so much illegal activity. Pamela Chapman will sue her full board.

Harry Gural:  You will not because I can proved everything to David Vann and I will. [Note: Harry Gural and David Vann and his wife Marie Rossi were playing nightly at Kundalini Crossing.]

Pamela Chapman:  So noted.

Harry Gural:  I can't even keep up with all your writing. I know for a fact you will type them. It's too big a job because Lynda Adams once said you did this with all of your various journals. So you had had over 800 pages, and then went looking for a story or interesting details for your book. It became one big junk pile on your computer.

Pamela Chapman:  I have dated copies of all my drafts, so one can follow how I wrote the book.

William Parsons:  Your son agrees with you.

People think William Parsons and Emily Parsons will sue their mother for breath of relationship and they say, *"No way Jose."*

If Cheryl Larson believed Andrew Parsons, and not his mother, that tells William Parsons something about his best friend's mother because Cheryl Larson didn't really approve of Pamela Chapman. Yet, William Parsons' mother doesn't ever say one bad word about Cheryl Larson.

Cheryl Larson:  I don't know what I don't know even about David Kehoe. I can't spot abuse and I misread you, yet I took yoga teacher training so I should have been more awake. I've been in the sorcery realm about three and a-half to four years, and I left Nick Larson alone. I've heard all the stories over the years. Yet, no one ever knew what you were up to. I thought you lived quietly to live secretly, yet you lived quietly because you had to, and now everyone everywhere raped and robbed you for infidelities that don't belong to you. Yet, from home, it stuck to you like Elmer's Glue.

616

Why hasn't <u>Samuel</u> removed all tags from all the thieves placed on <u>Pamela Chapman</u>?

Because then the **<u>Guiding Realm</u>** uses those to move those thieves so close to you that they never ever leave you. Then, you can't cut their cord of attachment. That is how <u>Andrew Parsons</u> stalks his ex-wife 24 hours a day every day for over a year and a half. <u>Jean Gorham</u> encouraged him like that to always tag his wife as often as he could over and over again because <u>Jerry Slocum</u> told her to.

<u>Marie Rossi</u>: You can't do that because <u>David Vann</u> can't respond. <u>Beatriz the Guide</u> has him on lockdown. Everyone is now blackmailed until <u>Harry Gural</u> fesses up. You said last night, *"I don't want to f'know all his f' Shit Show details. He is what he was in college, that's all I know."*

How many days has <u>Pamela Chapman</u> stayed in this auric straight jacket?

They think alone over 1,000 days, about 3.5 years. The journey of ascension is 1,000 days because the bible tells us that in 1,000 days everything will be o.k. Then, she has had three plus journeys of discovery in the last 10 years. All has been lost, and never recovered.

All was lost and not ever recoverable because every reciprocity and gratitude became pure thievery. Now, there is nothing but shame, blame, and hysteria to make her into a pauper rag doll so even with some money, no one will ever look her in the face again. They raped and robbed her in the public square, not just nationally but globally.

<u>Pamela Chapman</u>: I could care less about a <u>Bailey's Beach</u> membership and being some special guide on the other side. I've been dead too many times before. You can't sell me something that doesn't exist in human form. I won't play it here or anywhere. Not anymore.

<u>Harry Gural</u>: That's a good point.

<u>Saul</u> recognizes now that <u>Maura Lyndsey</u> is a first rate thief. She tied <u>Harry Gural</u> into so many knots over what he did to you, that he spilled the beans on all of your thoughts. How would anyone ever trust what he says is correct? How would he know?

He made up some stories. <u>Maura Lyndsey</u> made him confess them all. <u>Andrew Parsons</u> says, *"He seriously is done."* <u>Saul</u> let <u>Harry Gural</u> sing like a canary because <u>Maura Lyndsey</u> wasn't who she claimed to be, and <u>Pamela Chapman</u> knows her. They don't speak anymore anyway.

<u>Tom Gorski</u>: I want to know what <u>Harry Gural</u> said because no one heard him. If <u>Maura Lindsey</u> is going to blackmail <u>Harry Gural</u> and <u>Pamela Chapman,</u> I will blackmail her, and tell you all about her, and <u>Pamela Chapman</u> you know I know those details because we go all the way back to Pennfield with <u>Justine Rudock</u>. We all know each other.

Pamela Chapman
phaschapman@comcast
http://

618

My wife, Allison, and I introduced <u>Maura Lindsey</u> to <u>Tom Cahill, M.D.</u> and she knows I know details. <u>Maura Lyndsey</u> doesn't want to get out. She and <u>Tom Cahill</u> weren't going to be married and she said. *"I did it because my mother was dying."*

*"No, she did it for the money because she was low on cash, and that's just the start of it since she and <u>Tom Cahill</u> don't have a contract for marriage."*

*"He had a second one with someone else. She never had one. <u>Tom Gorski</u> and <u>Allison Gorski, M.D.</u> can't stand <u>Andrew Parsons.</u>"*

They never could.

*"Yet, they never liked <u>Pamela Chapman</u> anyway."*

<u>Tom Gorski</u>: I don't mind her because she did everything properly, and they all took advantage of her. She never knew and she played by the Golden Rule of reciprocity of action and gratitude, and they did not. Yet, that is how the Newport Game is played. So, <u>Harry Gural</u> you can move to Newport. You will fit right in and <u>Pamela Chapman</u> you can move to the Cape and the Islands because it's a lot nicer there than here.

It's a reciprocity of relationship with <u>Harry Gural.</u>

*"I can't believe he chased me down one night and asked me all sort so questions about you."*

<u>Harry Gural:</u> I never did that.

<u>Andrew Parsons</u>: I did, and I knew she didn't know anything.

<u>Tom Gorski</u>: You asked anyway just to be obnoxious.

<u>Joe DePaula:</u> Who the hell are you <u>Andrew Parsons</u>? I once believed you about an ailment that was actually o.k. and it cost me a lot of cash I didn't have.


<u>Harry Gural:</u> I didn't actually make any date for anything because <u>Saul</u> had me on lockdown for two-three months back in February and March 2021. I didn't go anywhere until I showed up here. I didn't go anywhere any longer because I am always here with either <u>Tara Plochocki</u> or <u>Pamela Chapman</u>, and I prefer <u>Tara Plochocki</u> every day. Yet, I get you instead. I didn't actually tell the truth because no one believed me anyway. <u>Maura Lindsey</u> will blackmail both of you (no) and because <u>Pamela Chapman</u> knows <u>Maura Lyndsey</u> too well, and so do the rest of us.

<u>Donald Jagoe</u>: She has already blackmailed <u>Jana Jagoe</u> about selling her jewelry.

Pamela Chapman
pmk.chapman@icloud.net
401.662.2813

619

Pamela Chapman:  No, Pamela Chapman told you what to do.

Donald Jagoe:  Yes, she did. So, buzz off.

Maura Lindsey says,  *"I am a certified appraiser from NYU."*

Pamela Chapman:  Maybe, but we know you are a snake in the grass, and we do not do business with snakes. If Jana is an thief, and you are too, I can see the synergy of arrangements already even from where I stand and sit.


Harry Gural:  I cannot leave the sorcery realm without you. We must retreat right away. I promised Bill Gural I would not reappear here. Alberto Villodo has me under surveillance every night to remind me he will wake me up and dump me here so I don't sleep anyway anyhow. (These two word together mean, Yes, indeed.)

Bill Gural:  I can't write anymore because you have said no one wants to type these or re-read these unless they are legal documents of discovery . That's exactly what we do in depositions. This is a real deposition of the people.

In Pamela Chapman's mind this sorcery realm is all about what kundalini yoga promotes:  bullying, harassment, slander, aggravated assault, sexual abuse, fraudulent financial activity, sex, and drugs. If you all want to stay here and play, that is what will happen to you.

Pamela Chapman is already in that place of exhaustion with fried nervous and cardiovascular irregularities to the body. This is a physical abusive assault on her mind-body-soul.

Someone is screaming:  *"The thieves actually beat the reciprocities."*

It's prep school afternoon sports all over again.

The Guiding Realm knows the reciprocity guides won out over all the thievery guides. It's the people who are the thieves who have beaten Pamela Chapman to a pulp. They say, the guides can only do so much. It is the humans who have free will. Later in 2022, it is the guides who actually mirror the humans and take This Game to a whole new level of thievery. Then, Pamela Chapman must best the guides, but she cannot as a human win a guiding war, but with the right 10th level initiate guides with special tools—including inner sight, inner hearing, inner wisdom and others, and a human guide from Melchizedek Café, we will put every thievery guide away.

Darkness and sin take over from the thieves. Governments control everyone. The thieves destroyed Pamela Chapman. She still never recovered what was lost.

619

Everyone in Newport Proper knows which side of the equation many people live on. So, you all presented as yourselves, and you all played your own game your own way.

Saul:  That's the balance of humanity. I sacrificed Pamela Chapman for the collective because you don't have anyone anyway, so you don't have much to lose except your pride and privilege of privacy.

Andrew Parsons:  I agree, and I am truly the obnoxious one.  No one will ever forget you are Pamela Chapman, because you can't hide anywhere without changing your name and appearance.

Peter Parsons:  So if you want to go overseas to live out the rest, I understand because no one where you live will ever look you in the face again or talk to you just like Andrew Parsons wanted it to be.

Donald Jagoe:  I got away with everything, yet you and I are the same.

Pamela Chapman:  Buzz off. You do not matter to me all. You and the Craig's made sure of that.

## The Commandments of Reciprocity Nation State

1. Thou shall not covet the neighbor's trees without a cease and desist order.
2. Thou may not awaken people from their slumber with sorcery technology because you may not ever sleep again.
3. Kundalini yoga is not yoga, only raja yoga is the 8-fold path to enlightenment.
4. Kundalini energy in the human body is not sexual.
5. Reciprocity of relationship is a greater intimacy of a couple than a twin soul couple plus all the others.
6. No one gets out of the Akashic Record /sorcery realm space without exposing themselves to real thievery people.

Pamela Chapman was fit as a fiddle at the start of all of this and now she is not:
It is not age. It is the constant sorcery curses that attack her. They jar her nerves. She is forced to stay awake. She cannot. She isn't doing any caffeine, drugs, or alcohol. Her vagus nerve needs to find rest and digest, and she cannot. Her head is a little whoozy.

Harry Gural said once, *"I always wanted to be a shaman."*

Pamela Chapman
pila.chapman@cox.net
[redacted]

**Pamela Chapman** said, *"I don't want to be an actual shaman. I am an academic shaman. Other people do the work for me."* [Note: Harry and Pamela are both Melchizedek guides on this. They live solely in ascended realms and shamans travel between all of them. They are never shamans.]

*"No, she is a leader, and does not do the actual work."*

Alberto Villodo loves you Pamela Chapman to death because you ask all the important questions.

Hong Kong is Chinese. China has been open 30 years to welcome in the New Age of Energy. No Shen Master ever appears because if they appear they are then removed from Shen Nation in the Upper realm. **Shen Master Dave** would say, *"No man nor woman wants a Shen Master to **disappear** because if a master **disappears**, no one will ever know where they go."*

Pamela Dorman:  **Pamela Chapman** you and I are going to write something important because no one will ever remember all of this, and we must save this. The Hebrews always save the information, but we will write together to figure this all out.

Saul:  **Pamela Chapman** and **Pamela Dorman** do not have a contract.  **David Vann** will take care of it. And, if **Hachette Livre** wants to play, they contact **David Vann** directly in either London or NYC.

Pamela Dorman:  No wonder **David Vann** wants to play. He will have plenty of work. **Marie Rossi** wants a house in the South of France. That is why **Happy van Beuren** will pay his fare.


Happy van Beuren:  I won't pay to play in the south of France, but **Roger Kass** will play in NYC today because tomorrow one will always remember that **Tom Hockaday** was so involved with **Kamala Harris**.

They never knew **Michael Fernandez**.  **Pat and Michael Fernandez** don't have the gratification to get hired by the administration because Michael Fernandez couldn't infiltrate a local community, and that was the way or the requirement to work for Kamala Harris. **Tom Hockaday** did. He established a nightly masturbation practice where at least 300-500 people passed through his house. He identified approximately 10 people he wanted in his personal **Thievery Ring**, including Kristin MacManus. He moved from Washington, D.C, approximately 7 years ago.

Pat Fernandez helped recruit people for **Kamala's Table**. That was her attempt to infiltrate a local community. For her, it was a summer colony not her year 'round home base. Then, she brought Pamela Chapman and Alberto Villodo were CIA spies rummaging through the Upper realm Nation spaces that Alberto Villodo created himself. She was concerned the would run into Kamala Harris herself. Yet, she was in the lower middle realms, not in the Celestial Temple.

Pat Fernandez gets to work for Kamala Harris and not Michael Fernandez, which is exactly what Pamela Chapman said, *"Pat Fernandez, you are the CEO and not your husband."* Yet, **Pamela Chapman**

Patricia Chapman
pm.chapman.d.com.net
1-1-000-2-0536

infiltrated everything **Michael Fernandez** failed at. So, Pamela Chapman is the real leader who Kamala Harris would hire. Yet, she isn't into politics. So, once again her insouciance helped her out a lot because she did what Michael Fernandez couldn't do which was to walk in, take charge, and figure out what was happening in the community.

Once again, she ran out of ink today, but we learned from **Pamela Chapman** that was happening at **Newport Hospital** and the **Redwood Library**. They were two separate situations with the same patterns of liability, which means all the crime and circumstance of medical malpractice at the hospital is exactly what happened at the Redwood Library. The pattern of fraud and thievery were the same.

They are two separate situations interwoven together. **Pamela Chapman** just happened to be the target. At the base of it all was Kamala Harris and Tom Hockaday's house. **Tony Klemmer** is the sorcery lover of **Kristin MacManus** who is also the lover of **Peter Theil,** and married to **Bobby MacManus**. This sounds like **Becca Bertrand** all over again. **Jennifer Klemmer** is the kundalini partner of **Tom Hockaday** who has $50 million paid for by House **Ways and Means**. He hide the money in real estate transactions. Of course he did.

What's on the docket for tomorrow or next week?
1. Everyone goes to the bank and asks to be removed from the local banking systems that are used for credit card approval. [Note: the local banks don't know what this is. We call "banking software of the people".]

2. If you are a donor to anything, never give **Tom Hockaday** your check. He will claim that it was his money—and not McLean Charitable Trust's— Then, he looks like he gave all the money, but he did not. He wanted to look like a fat cat.

His partner, **Bill Martin**, is not a lover, just a brother who he protects. **Tom Hockaday** uses kundalini yoga instead of shen energy medicine to protect himself at **Ways and Means**. He knows Rusty Powell III, **Bobby McDermott**, and **Richard Neal** from a long time ago.

He knows all the Kundalini Yoga people locally. No one will be surprised to learn none of them like **Gabby Bernstein**. He needed a house for masturbation. He currently uses a room in the lower middle world as his practice center. That is close to where **Kundalini Crossing** occurred. **Trudy Coxe** claims, *"He is so deceptive. He never understood Newport Hospital. He's been here 7 years. Pamela Chapman you are going to get a new credit card from USAA because he claims he saw your numbers today."*

He claims, *"If you are down two credit cards, then you will be exposed."*

*"No way. I don't have to play that way."*

This is what they do. They make you paranoid. He is into fraudulent acts from the likes of Rusty Powell III, **Bobby McDermott**. He knows **Mark Halpern**. **Carrie Crosson Gilpin** knows him too. They just talk about **Pamela Chapman** and what to do with her credit card numbers, which is to

Pamela Chapman
pmchapman@cox.net
401.662.9246

make her pay to play every time she wants to buy something because he wants her to fry her to sleep. This deal is to make sure <u>Ways and Means</u> gets what it needs from <u>Pamela Chapman</u>.

<u>Harry Gural</u> says, *"It is to zero out your money so that you can be in debt. That's their game to make you broke or blocked."* and thieves love to put your pay in debt- or debtor states with plenty of scarcity and lack.

<u>Pamela Chapman</u>:  Abundance is 1st quadrant investment opportunity.

<u>Stanley Chapman</u> claims, *"<u>Tom Hockaday</u> is one big jerk today because he didn't realize he was talking in the crickets even though someone told him so."* He thought it was a joke until <u>Bill Martin</u> told him, *"Check something outside."* He quickly noticed <u>Donald Jagoe</u> on a sorcery transponder that said, *"If you walk back into that house and tell <u>Bill Martin</u> something important, he will stop the crickets."*

He had to tell <u>Bill Martin</u>, *"I have about $50 million in assets,"* and <u>Bill Martin</u> thought they had $6 million in a petty cash account for those house incidents. So <u>Bill Martin</u> didn't know <u>Tom Hockaday</u> was loaded with House <u>Ways and Means</u> money. <u>Bill Martin</u> was a bank examiner. He never knew how much his brother of another mother actually had. When he dies who gets the money?

<u>Tom Hockaday</u>:  My younger sister, <u>Jennifer Klemmer</u> gets it all because she earned it as my sorcery lover.

*"How ironic. Will she have to sue legally to obtain it also?"*

<u>Alberto Villodo</u>:  If he loved her as a little shit, she didn't have to work that hard for it.

<u>Marcie Darcie</u> (<u>Marcella Lobo</u>) claims <u>Alberto Villodo</u> is a big flirt today. He never thought <u>Pamela Chapman</u> would ever go away. He is considering how to live out the rest of his days without being here. Tibetan Monk maybe?

He is not the Dalai Llama, just a smarting lost sheep that didn't listen to <u>Pamela Chapman</u> back in June.

<u>Linda Plochocki</u> claims, *"If he listened carefully, she predicted this all along. Now that we must all go and play another day, we will realize <u>Pamela Dorman</u> and <u>Pamela Chapman</u> might actually do work together. If <u>Harry Gural</u> thinks that <u>Pamela Dorman</u> only had to play <u>Pamela Chapman</u> $4 million, he was seriously misguided, but we will have to await the outcome of <u>Harry Gural</u>, because he plays several different ways simultaneously. If <u>Pamela Chapman</u> makes $600 - $700 million then we will know she was always supposed to be a reciprocity guide of the people and her bullshit husband will say, "I never knew <u>Pat Fernandez</u>, nor <u>Jean Gorham</u>, nor all the others,"*

*"So, we will sing Happy Birthday, ta—ta, tweet—tweet, and all the rest. See you later alligator. In a while my crocodile."*

Pamela Chapman
[this.chapman@cox.net]
401-662-9516

How many ways can you embed special sentences?  That is your challenge because this we will all read as clues to the next stage of the journey. This is how CIA agents speak to each other in foreign newspapers in a coded language in foreign advertisements.

It would be our surprise journey to witness all these embedded messages. We would chuckle and laugh out loud. Wanna play the new word game?

It's all in the writing. Alberto Villodo's going to do it so well, it will be on Netflix in three years or so.

Cora Wen:  In the Akashic Record /sorcery space, Chinese Medicine believes we all get sick together, and if we all get sick together, we need to learn to heal ourselves together.

Here, we learned Chinese shamans always knew no one would be excluded in the New Age of Energy. They wanted everyone to always be and stay together.

Jay Brennan who imports so many Asians—he's into human trafficking. He horse trades Asians for reciprocities at public and private New England schools. There is money involved also. He said, "I never knew Cora Wen, but no one in Asia told me about this, yet I've been in here for 5 years." Asian students are all here together always and they assume everyone is also. Yet, who here knew how to be here?

Jay Brennan, the fundamentalist bible beating preacher of the North who is into human trafficking and makes all his Asian students read the Big Book Stories in the Bible at night. Yet, he never ever understood a word of what he read about. She can say this. He is a first cousin.

"I always learn from my students. Yet, no one told me what this was until Pamela, you told me you were here in enlightenment space, so I would never have found you either. When will you go now to a higher vibrational realm?" He's just trying to ditch her, but he can and will because he is family first and foremost.

Cora Wen, about Chinese Shamanism and medicine, how do you all get sick together, is it an energy vibration or synergistic alignment such that you cohere downward?

Cora Wen:  I have no idea because if you increase your vibration, then you would not really get sick at all. If you cohere downyard, you open yourself up to hertz vibrations of all sorts of illness and maladies.

Pamela Chapman:  You can descend downward together in illness and dehydration and if you all drink too much alcohol together. No one ascends together, not even Twin Souls.

If you never sleep, we think that's not good. Do the Chinese sleep, or did they give up?

The Chinese sleep, they just don't talk about what they eat, or how they actually protect each other at night.

It's always Chinese Classical Medicine, *The Yellow Emperor's Handbook,* because Traditional Chinese medicine is political and CCM is not. That is how the Chinese protect themselves here.

*"Ayurveda is the same?"*

No one knows. If you are here, you must live a constructive life that claims all health is the same, and no one is any different than the other in this space…Fascinating.

Alberto Villodo, Mark Hyman, and Pamela Chapman all believe the same information, just differently, about herbs and diet. That is their medicine. So, they both have their own books, and Pamela Dorman and Pamela Chapman think they should write something different.

*"It got so quiet."*

*"Good night and good day. See you later alligators. Sleep tight."*

The Hidden Gardens of Babylon say all the pretenders are never where they were supposed to be. Andrew Parsons hide out and let you take the fall, and so did Donald Jagoe. You need a partner guide. Harry Gural claims he loves you to death, and so does Alberto Villodo, but no one wants to actually show up for you because they are too attracted to co-dependent thievery women, just like Donald Allan Jagoe.

No one claims victory in these guiding wars. Everyone wins by ending them. All lose something of importance. Pamela Chapman, you lost all your intimate connections including friends, family, and confidents so there are no more reciprocity of relationship for you, and your son and daughter have gone to the other side where they always belonged.

Kristen MacManus:  I don't know how you survive on no money, Pamela Chapman.

Pamela Chapman: It's actually rather simple and freeing, and part of balancing out your 1st, 2nd, and 3rd chakras. It's called holding your energy. When you balance that with holding your sexual energies, see what happens to you and get back to me ok?

I'll write you up a feature story.

Kristen MacManus: Ok, you bested me and you win, but if the book and litigation don't pan out, you will work at The Gap.

Pamela Chapman: Ok, I might lose my best life that way, so don't judge me, ok?

Pamela F. Chapman
pfmchapman@aol.com
itrfam@aol.com

<u>Harry Gural</u>:  I don't love you, but I like you a lot because I trust you, and I did but you said I did not understand because I did you and me a favor. I saved you a spot. I held a space for you until we could be together again here or there…

Oh. My. F'. God.

<u>Andrew Parsons</u> will pay you and his life will reflect his own suffering.

<u>David Vann</u>:  We got him cold last night with quotes. We will get him all together. So, start typing when you can.

<u>Harry Gural</u>:  No, I want to travel to make it up to you.

<u>Harry Gural</u>:  Write this down: I won't see you until I "decontaminate" from <u>Tara Plochocki</u>.  De-louse actually.

**9:05AM**

How long until <u>Kamala Harris</u> capitulates?

She said, *"48 hours and not in the Rose Garden."*

<u>Pamela Chapman</u>:  Is <u>Nancy Pelosi's</u> red dress ready?

*"Always, because you never know when you will be called to a leadership position after all."*

<u>Nancy Pelosi</u> (Note: She is always played by <u>Gina Raimondo</u> in every realm):  We don't ever comment, but last night was the first time in our collective history when I began to think it was all true.

<u>Nancy Pelosi</u>:  I can't stand being misquoted, but no one understood why you were asleep until your ex-husband said, *"She requires a lot of sleep,"* and one remembers when you said, *"I am exhausted and so is Becca Bertrand."* You, <u>Pamela Chapman</u>, said unmistakably, *"I go to bed at 2AM,"* We have been trying to keep you awake to test your endurance.

Your father said, *"She will sleep no matter what because mononucleosis nearly destroyed her will power."*

<u>Pamela Chapman</u>: Mononucleosis (Epstein-Barr virus) is a low hertz vibration in the aura. It does not like an alkaline high vibrational space. Just like cancer. So, don't think for a minute you will wear me down like that again. Never come at me ever again to draw my nervous and cardiovascular

Pamela Chapman
pmcchapman@cox.net
401-862-9546

systems down. I will get you for aggravated assault, gross misconduct, manslaughter and all the others.


<u>Alberto Villodo:</u>  Now <u>Andrew Parsons</u> has re-entered. No, it is either <u>Peter Bramante</u> and <u>Island Moving Company</u> or <u>Gabby Bernstein</u> and Kundalini yoga. They all attack her in an energy of coherence, and they all rotate like a spinning merkaba wheel.


## Saul's List of Individuals for The Caliphate Nation State

| | | |
|---|---|---|
| Carl Helmetag | Tracey Jonnson | Carrie Crosson Gilpin |
| Noam Zilberstein | Angele La Boy | Cynthia Parent |
| Marcella Lobo | Kristen MacManus | Jana Jagoe |
| Tara Gragg | Steve Sabo | Mark Halpern |
| Jed Wilcox | Elena Wilcox | Jerry McIntyre |
| Sam Bradshaw | Tracey Moore | Jim Leach |
| Barbara van Beuren | Andrea van Beuren | Lori Sardelli |
| Nancy O'Leary | John Florio | Lorraine Florio Olsen |
| Laurianne Florio | Diana Florio Beardsley | Claire Nelson |
| Jeff LaMothe | Ken Beardsely | Greg Florio |
| Suze Conklin Nance | Kaylie McCullough | Guru Singh |
| Tom Hockaday | Lisa Goddard | Judy Hall |
| John Rodman | David Johndrow | Maggie Johndrow |

Pamela Chapman
pamelachapmanresources.net
401.662.9658

| | | |
|---|---|---|
| Elizabeth Leatherman | Mary – K Yoga teacher | Alyssa Gaudrau's |
| Alice Ross | Esmond Harmsworth IV | Norie Cullen |
| Bethany DiNapoli | Peter Bramante | Shauna McGuire |
| Tima | Gabby Bernstein | Kayla Abbate |
| Nancy W. Grinnell | Ashly Householder | Tara Flynn |
| Nora Diedrich | Archie van Beuren | Peter Hatfield |
| Steve Punzak | John Rodman | |
| David Cicillini | Sandra Ingerman | |

As dictated by Saul

## Prayers for the People

The Florio family:  They can't stop testing and besting each other and another, i.e. gambling, competitive gossiping, social networking.

Gabby Bernstein is one of two of the most influential Akashic Record masters that have taught thousands of students/ initiates the Akashic Record Realm Game:  Bullying, masturbation, sex, credit card fraud, banking fraud, cocaine and ecstasy, cross pollination of co-dependent intimate relationships. This is who Kamala Harris learned the Akashic Record /sorcery space from.

Gabby Bernstein herself credits what Kamala Harris knows to herself from about 15 years ago. Kamala Harris is not into Transcendental Meditation like many other Californians. Gabby Bernstein has only been in it a little more than 15 years. She learned it through a Transcendental Meditation lineage, but not from the master himself (the one Arianna Huffington dated). The culture and the tactics all came from one person.

Gabby Bernstein learned a Course in Miracles from a female politician leader everyone knows and that initiated her into the Akashic Record Space. Yes, this is true. (Maryann Williamson—One and the same.)

That woman (Marianne Williamson wrote books on spiritual laws and ran for President, but she isn't who and what you think. She is a Kundalini Yoga Master just like Demi Moore. If you didn't want to go the Kundalini Yoga route, you came directly to Lahore Nation and he straightened you out. [Note: Alberto Villodo and Gabby Bernstein don't get along, or at least Alberto Villodo really can't stand Gabby Bernstein. She now knows that. She says, "It can all boil into and any one know what her next business may be," but she made a lot of money in Kundalini Yoga, and in a Course in Miracles]

Pamela Channan
pmcchapman@comcast
401.662.9916

<u>Alberto Villodo</u> did not straighten out <u>Pamela Chapman</u> because he wanted her for himself. No, he didn't want to insult you, but he refused to teach you because he just didn't want to. That is all he knows. He preferred teaching and mentoring <u>Nola Ganem</u> and <u>Bethany DiNapoli</u> and all the others.

<u>Gabby Bernstein</u>, 42, runs nightly masturbation "clinics", but she does not do it herself. She claims in this space to be either bi-sexual or gay, but she is neither. She is married with at least one child. Actually we ran through a week or two where everyone claimed they were gay women. One of the tenets of the space is to lie about you and your life, and see if the people in your life recognize you.

<u>Tom Hockaday's</u> group: <u>Kayla Abbate</u>, <u>Reunite Fournier</u> and <u>Tom Spear</u>, <u>Jennifer and Tony Klemmer</u>.

*"<u>Barefoot in Heels</u> isn't what it used to be"* said <u>Scott Steele</u>. *"I stopped <u>Andrew Parsons</u> from reading it out loud to <u>Island Moving Company</u>, and sent <u>Harry Gural</u> back to Reciprocity Nation in June, July, and August. <u>Martha Parker</u> thinks an annual reading of the book might be a good thing."*

1983 <u>Nora Diedrich</u> and <u>Tim Delaney</u>:

*She made sure everyone knew <u>Pamela Chapman</u> had an alleged abortion, but she does not know if it is/was true. Slander.

*She has heard *<u>Barefoot in Heels</u>* read several times since <u>Tom Hockaday's</u> house and was involved in a line-by-line edit for the e-books "authored" by <u>Monique Burgess</u> and <u>Diane Gilpin</u> (pen name of <u>Diane McEnroe</u>)

*The storyline that <u>Tim</u>, her ex-husband, beat her and she called the police—They are not true. Correct. He called the police on her twice, and no one really knows what truly happened because in the psyche space there is a huge blank. <u>Dominique Alfandre</u>, <u>Harry Gural</u>, and <u>Andrew Parsons</u>, everyone knows now that <u>Nora Deidrich Delaney</u> had a slip and fall and made a terrible mistake. It was done to the husband. She accused him of beating her to get him to move out of the house. He did because the police believed her, and not him. That is how <u>Nora</u> got her divorce in the way it came down. She is not the victim. She never is the victim. <u>Tim Delaney</u> was the victim in his marriage and she was the one having the affairs on him, not the other way around. He was never a drunk. She has been known to over drink.

*She claimed to have a battered wife syndrome which leads her to masturbate. But, she is no victim. <u>Andrew Parsons</u> does not like to admit that he loved reading *<u>Barefoot in Heels</u>* to

Pamela Chapman
pamelachapman@comcast
[email]

anyone especially to <u>Norah Deidrich</u> and <u>Dina Karouros</u> of Gustave White (who was a broker who was under contract at the same time to sell <u>Pamela Chapman's</u> House.)

*<u>Andrew Parsons</u> and <u>Norah Diedrich Delaney</u> at <u>Tom Hockaday's</u> house both loved to flirt with each other.

<u>Polly Lyman</u> says it is all true.

*<u>Norah Diedrich</u> told <u>Andrew Parsons</u> and others so much "dirt" on <u>Pamela Chapman</u> **which she really doesn't have except for gossip via <u>Jessica Hagen</u>**.

[Note:  <u>Pamela Chapman</u> applied for two fundraising positions with <u>Norah Diedrich</u> during this same time— Human Resource issues that became a target for this masturbation ring. Not only could she not get a position in fundraising, but the gossip and slander were a strong steady focus of conversation in the Newport circles of philanthropy and masturbation clinics.]

When fundraising positions where not the target, it was her book *Barefoot in Heels* through <u>Andrew Parsons</u>, <u>Newport Hospital Foundation</u>, and the <u>Redwood Library Book Committee</u>.

They said, *"They proved in other conversations that fiction writers control Newport Society in a way they cannot see for themselves. They lose their own personal power to those writers, so instead of losing their own agency, they work to control that power in others."* **August 25th, starting at 8:05AM**

<u>Norah Deidrich</u> was so mean to <u>Pamela Chapman</u> both at the Newport Art Museum and in this space. She had absolutely nothing nice to say about <u>Pamela Chapman</u>. Everyone wanted to know why **Pamela Chapman** once yelled at <u>Norah Diedrich</u>. She claimed, *"Because she deserved it."*

[Note:  <u>Harry Gural</u> agrees he hung out with all the wrong people but it was because he did not know any of them out there, and did not take <u>Pamela Chapman's</u> word that they were not the right people. He evaluated everyone purely on <u>Tara Plochocki's</u> instincts, or his own. She is a bona fide generation removed from him.]

*"Get the hell out of here. See you in <u>David Vann's</u> office."*

<u>Tracey Jonsson</u> made every line in the book a betting parlor game.

<u>Tracey Jonsson</u> introduced stimulating <u>Pamela Chapman's</u> vagina area in August and did it every day until <u>Monique Burgess</u> took it over. Then it became a game between she and <u>Bethany DiNapoli</u> and then it involved <u>Carrie Crosson Gilpin</u> and <u>Dominique Alfandre</u>.

Pamela Chapman
pamelachapman@comcast
401-862-9516

631

On June 29, 2022, thanks to the closing of the <u>Akashic Record</u> realm at 1AM, we were able to identify and stop the following people from causing so much disturbance first to <u>Pamela Chapman</u> and <u>Harry Gural</u>, and then to the entire Upper realm.  They have been hiding out in the depths of the Upper realm. <u>Deepak Chopra</u> knew there were people there causing a disturbance. He could hear it, but her couldn't feel it. They lock on a person and then attempt to manipulate them, as if they were one and the same with the person. It is a guiding realm thievery trick so they can then manipulate the person at any time. They feel nothing. They cause significant heartbeat, metabolic, and nervous system disturbance that no one in the Newport RI group in the Upper realm could sleep well. It rattles and fries the body so badly. It is a physical assault of every kind.

Those involved include the following:
<u>Rusty Powell III</u>, <u>Hope van Beuren</u>, <u>Bobby McDermott</u>, <u>Justin Rudock</u>, <u>Justin Ramel</u>, <u>Cynthia Parent</u>, <u>Noam Silberstein</u>, <u>Wendy Schmidt</u>, <u>Peter Bramante</u>, <u>Tara Plochocki</u>, <u>Dorie Benson</u>, <u>Michael Holt Massey III</u>, <u>Sandra Orsloff</u>, <u>Christine Bush</u>, esq. <u>Andrea van Beuren</u> (the mother agreed to her presence), <u>Esmond Harmsworth IV</u>.
    All people from the very start, except for the later entrants, <u>Peter Bramante</u>, and <u>Christine Bush, esq.</u> of Hinckley Allan, Providence, RI.

A victim form a previous <u>Big Book Story</u> said, *"This is exactly what they did to him, and he never heard anyone for the rest of his life, Instead, he was tormented by **guides** every day, all day long. It was a suffering beyond suffering."* All these people know <u>Pamela Chapman</u>. They chose to do this to her because they didn't want her book, *Barefoot in Heels* published by a Big 5 publisher. They wanted it and her dead instead. They wanted her as far away from <u>Harry Gural</u> as possible.

It is an author <u>Hate Crime</u> of the highest degree.  No other author has to endure this because no stolen book ever gets this criminal and this much hate focused on an author just because they happened to have the ability to write a book of fiction, which everyone else thinks is too difficult to write. They have so must jealousy of this talent.

We discovered yesterday that <u>Daisy Briggs</u>, and <u>Deborah Curtis's</u> daughter, <u>Zoe Twin of Emma</u>, graduate of Portsmouth Abbey Class of 2016 and Brown University Class of 2020 have both recently wrote, sang and produced country western songs in Nashville, TN. They are available on Spotify and other streaming networks for a fee. If they can write and sing and musically publish about their hometowns of Newport, RI. Why can't <u>Pamela Chapman</u> write about Newport RI in fiction?

The answer was these thieves leave the music industry alone because they don't have any access to it. Everyone in Newport, RI seems to have access to the book publishing world through literary agency submission. This has to stop. This is an enormous display of criminal activity, and they will all be prosecuted to the fullest extent of the law.

There is fraud of stolen material, but this goes way beyond that to demonstrate a manslaughter of the author of the worst kind. <u>George Tobias, esq.</u> knows who they all are, and they have done this before, but not to this extent. We will all work together to get all of them because if this doesn't stop

631

now, then the opening of everyone to the energy realm will cause more and more criminal activity against authorship. Most stolen books are stolen because of the talents of the authors. When stolen books are recovered and sent to Big 5 publishers, they all do well in sales over a long period of time. *The Big House* book is one example.  Signed. <u>George Tobias, esq</u>. 8:36AM

<u>Tim Hollister, esq.</u> agrees. They are both in the Upper realm experiencing this display of brawn, might and stupidity because we will get all of them, and no one will ever bother <u>Pamela Chapman</u> or <u>Harry Gural</u> ever again. Signed <u>Tim Hollister, esq</u>. 8:37AM.

It is beyond gross misconduct. It is pure criminal activity designed to kill both a book, and a person and her family. All the other activity of <u>Andrew Parsons</u> and <u>Alberto Villodo</u> is just a side show to distract from the main focus form the start of <u>Kamala's Table</u> which is so closely aligned with the <u>Redwood Library</u> and <u>Newport Hospital Foundation</u>. <u>Island Moving Company</u> was a base of support at the start of the <u>Kamala's Workgroup</u> which was run by <u>Tara Plochocki</u> and <u>Alberto Villodo,</u> but never <u>Harry Gural</u>.

<u>Tara Plochocki</u>:  I can't stop myself. I just love doing this stuff.

<u>Happy van Beuren</u>: I didn't know about the country western songs.

Yes, you did. <u>Dolly Briggs</u> and <u>Daisy Briggs</u> are part of the <u>Thievery Ring</u> Workgroup with <u>Alberto Villodo</u> and belong to Bailey's Beach. Everyone knows <u>Daisy Briggs</u> is trying to make it big in Nashville, TN, and has since the 7th grade. Now that <u>Zoe</u> is there too, first as a ninth grade math teacher, and now as a published song writer and performer in Nashville, TN, there is a double standard in Newport, RI about creative content fictionalized about Newport, RI and its City-by-the-Sea.

All of these people are directly responsible for manipulating the hearing of <u>Pamela Chapman</u> in the Upper realm such that she cannot hear any conversation or anyone's voice. Everyone else can. We had this begin with <u>Alberto Villodo</u> who gave the ability to manipulate her hearing to <u>Bethany DiNapoli</u> and <u>Nola Ganem</u>, but this is far more insidious. They can completely manipulate the pressure in her ears and cause so many harmonic waves as to remove any ability to hear. It keeps her metabolism and <u>nervous system</u> in such high alert as to be imbalanced. It rattles the nervous system, all so she and <u>Harry Gural</u> can't get together because if they are together, then they decided they lost *The Besting Game*. No one in that group ever wanted <u>Pamela Chapman's</u> book, *Barefoot in Heels* to the published. They are associated with <u>Kamala's Table</u> and <u>Mark Halpern</u> who had his own group to make sure the book found its way into a stolen bin of illegal activity. 8:24AM June 29, 2022.

This group has done so much harm, one can't even begin to conceive. They have been hiding to in the Upper realms when we all thought they are either pushed back in the <u>Akashic Realm</u> or hiding out in the caves, as many did last year. <u>Rusty Powell III</u> is in charge and he can manipulate <u>Pamela Chapman's</u> like nobody's business. The all can. <u>Rusty Dorman/Bobby McDermott</u> can do it, and now they all can do it, even though no one can actually see to find <u>Pamela Chapman</u> in the Upper realms from the vantage point of the sorcery realm.

Pamela Chapman
pmelchapman@cox.net
401.662.9516

Rusty Powell III:  If Happy van Beuren agrees that Andrea, her own daughter is present, then I divorce the family outright because I swear she is not there, and no one throws my wife under the bus like that to protect herself, the mother. This little game was so drawn out and blow out of proportion that no one will ever speak to several of these people ever again.

Roger Kass just said at 9:08AM, *"She could be up there. I haven't seen her in the realm for several months."*

"I am not really Rusty Powell III, I just play his voice, and now I will never forget that Pamela Chapman once said, *"I will get you all on this side or the other, and she did with the help of her father and her guiding team that was naïve at the start, but look at all of us now. It is not where you begin, but where you finish that counts."*

If Happy van Beuren is the base of the cause of this from Kamala's Table, then where are the others from Kamala's Table? These people just wanted Pamela Chapman to fry and burn at the stake. Yet, they themselves are the witches of Newport, and we burn all witches, or if the State has stopped burning at the stake, we hang them all instead, right to their physical death. We will prosecute to the fullest extent of the law for their actions.

**9:25AM June 29, 2022**

## August 25, 2021
### 8:02AM

Justin Ramel and Justine Rudock are not true reciprocities of relationship, and they came through the Star Gate before Harry Gural and Pamela Chapman. The last in the dunk tank has to stand guard and stay out. Tameen Saied made up that rule and Pamela Chapman did not know it and Harry Gural did and made her be the last in so she was always kept out.

Harry Gural was there but dropped and swapped Pamela Chapman out, or it was Tameen Saied who did it.  Bill Gural told Harry Gural to get out of there and swap in Pamela Chapman.

She was told her children progressed through the Star Gate because of her breathing, yet it was not true. Her breathing did nothing but exhaust her. She has been forced out, and left out, of her own Star Gate. Yet, Harry Gural has been pushed through instead. He left the Star Gate every night to meet Tara Plochocki to tag women, that then invited them for initiation into Kundalini Crossing Games.

He also met Wendy and Eric Schmidt in the Star Gate. They had several, or many, nights together doing Kundalini Crossing Games in the Star Gate with Jonathon Karp, CEO of Simon and

Pamela Chapman
pmwchapman@comcast.net
1-(401)2093-7p

Schuster. Wendy Schmidt invited him to her Kundalini Crossing parties "on" Nantucket Island and told him to always remember that "*I live on Park Avenue, and you live in a trailer at the trailer park zoo, so we are never social together out there, only Kundalini Crossing lovers here.*"

Wendy and Eric Schmidt belong to a Ways and Means Thievery Group headed by Robert McNamara who is Jonathon Karp, CEP, Simon & Schuster, and came to the Star Gate because of Alberto Villodo's Llama Nation. Their thievery group has had kundalini energy games with Jonathon Karp, CEO, Simon and Schuster, and Diane Crosson McEnroe.

Now, Tameen Saied kept saying he wasn't of the Star Gate, and he keeps listening to "his father" who is keeping Pamela Chapman out. He was some guide on the other side aligned with the Thievery Ring of guides long associated with Big Book Stories. It was revealed in August 2022 that is was Kathume.


Last night to confuse that he, Alberto Villodo, did horrible things/ atrocities to Pamela Chapman and her book— both with making Pamela Chapman responsible to his wife, Marcella Lobo, for making Lahore (a.k.a. Alberto Villodo) now a defunct cocaine business (No) as well as Pamela Chapman's fault he had kundalini Wisdom Keeper key turn, and no sex because he can't aroused himself at the moment with anyone else. Marcella Lobo blamed everything on Pamela Chapman. Yet, Pamela Chapman doesn't want to know or participate in any part of his drug trafficking business or his Four Winds Society business. Marcella Lobo made Pamela Chapman solely responsible for everything that was changing in their lives.

Marcella Lobo (usually it is Alberto Villodo but he always gives credit to Marcella Lobo) sought out every energy trick to make Pamela Chapman a prisoner in her own mind, body and house. She made her dysfunctional to her own life by bringing herself, Alberto Villodo, Andrew Parsons, Tara Plochocki, Harry Gural, Mark Halpern and others into / through the back of her brain, the occipital lobe in a tube/tunnel so they all walk in and witness all of her thoughts. About 20-50 people all walked through. They were spending day after day and night after night monitoring her thoughts and then bullying her about every f thing and she placed Andrew Parsons in her thoughts and gave him sight and (mirrored) body movements because he wanted to know every f think she was doing every f day and night.

Pamela Chapman knows when she is being mimicked through facial and bodily movements. They pick up hers and then give a reciprocity of kind back to her-no. With Andrew Parsons, it is often a snide and snippy attitude. He enjoys knowing that she can't control him. He is remote viewing/surveillance watching and stalking everything she is doing.

He says. "*I do this because I am upset over my divorce of ten years ago.*" He is bullying Pamela Chapman night and day over it, but so is Alberto Villodo and Marcella Lobo, because Marcella Lobo figures out all sorts of situations to bring so many people into Pamela Chapman's aura that everyone is watching

Pamela L. Chapman
pamelachapman.com/inc
Hello6@495.05

everything she is doing, especially Maura Lindsey and Nola Ganem and Andrew Parsons and all the others in the Thievery Ring Workgroup.

Why are you watching still watching her in Jan 2022 and June 2022.

*"Because we want to harass you to death."*

Nor, can she actually talk to anyone out there without all of them listening and then echoing her and their conversations. [Note: We learned in January 2022, that Alberto Villodo is solely to blame for the responsibility for all of this. He created his curse to know everything about her from March 8, 2021 onward. It was a form of power and control over her every move, but like a virus it kills the host.]

Getting Alberto Villodo to remove all these atrocities seems to be a curse worse than death.

Mark Halpern is the star of the Shit Show Morning Game Show because he has been telling Tameen Saied that he is his father, and not to let you in the Star Gate until you have a signed book deal.

Carrie Crosson Gilpin was said to be a relative of Mark Halpern through her husband's family. It is a lie. There are no family ties. **Carries Crosson Gilpin** was introduced to Mark Halpern through her sister, **Diane Crosson McEnroe**.

Mark Halpern's wife is not Leora. Leora comes up later as a victim of Alberto Villodo and a person who works at Universal Pictures (not Studios). She has been a drug runner with Justine Rudock and Justine Ramel in the past. She is in her early 40's and single.

Mark Halpern's wife also does not manage people's money. She does not work in film either. His brother, David, is not technically a brother and has a different last name. He is a film maker, but in television. His office would have access to the screenwriters who could turn *Barefoot in Heels* into a screenplay for television.

Carrie Crosson Gilpin had no understanding of how to write a screenplay, yet she wrote 100 pages and emailed it to Universal Pictures. She has no idea of what a screen play actually looks like or reads like. **Mark Halpern** told her to wrote a screenplay of *Barefoot in Heels* by hacking it to death so that no one would ever want it. Any screenplay associated with its name would then be synonymous with disaster.

Reese Witherspoon is aware (Yes, she was.) of what that copy looks like as well as a woman claiming to be a 4th -5th cousin on her grandmother's side. She claims she has a copy of what Carrie Crosson Gilpin did in a file draw.

Barks & Chapman
[Philadelphia address]
[address line]

636

The original plan was that if Barefoot in Heels were to be published by a major publishing house, then Mark Halpern would notify the publisher that under no circumstance could the book be published because it would be a plagiarized copy of his own work or the work of Carrie Crosson Gilpin, Monique Burgess or Diane Crosson McEnroe/ Gilpin.

Mark Halpern figured out you are an opportunity to exploit because you had a book, **and came with Alberto Villodo**. Mark Halpern deals with Happy van Beuren and tells her, reassures her, your book will never be published by a major publishing house. He cooperated with Gabby Bernstein to assault anyone in the business, and bullies them to step down so no one is able to make a book contract with you.

On February 7, 2021, Kimberly Witherspoon said she contacted Mark Halpern, a man from Temple Emmanuel on NYC. (Actually he belongs to Paul Kipnes' congregation in Thousand Oaks/Tarzana.) She said she contacted him to see if he had anyone to type up dialog from the Akashic Record realm of Jana Jagoe—to type a manuscript of her dialog and conversation for a movie about her in this realm to be played by a Helen Mirin or a Jane Fonda type.

Jana Jagoe in the beginning was a naïve and innocent 5-year old girl. Her dialog and conversations were hysterical in their naïveté even for people like Pamela Chapman who were also naïve about the space, yet hers where worthy of a movie, not as gossip or to be made fun of, but for great drama. Yet, the movie, *The Jana Jagoe Story* was really the Pamela Chapman Shit Show. Jana Jagoe was quickly mentored in the space through Steven Lane, Vanessa Hicks, Donald Jagoe, and Denise Roberts. Jana Jagoe became the true instigator and thievery person, and joined the Thievery Ring Workgroup.

How did Kimberly Witherspoon know?

Kimberly Witherspoon: *"I'll never say."* [But, she does later in the fall.]

Kimberley Witherspoon: Ok, so if Mark Halpern always wanted a piece of the action. He says to me in this space, *"If you need any help with Barefoot in Heels, just always call me right away,"* and I fell for the bait. I knew who he was somewhat. Then, I understood right away he was a trickster and a fraud. Reese Witherspoon and Ashly Judd know how to catch him in the **#metoo** movement.

In other notes (Edward Jone's envelope), it reads:  Reese Witherspoon and Justin Timberlake were both screwed out of a movie deal with the recently called, *Barefoot in Heels*, because Mark Halpern did such a shity job with the screenplay pilot. He slandered and condemned the material in such a way no one could ever want or read it again. It is Carrie Crosson Gilpin's work with Tara Plochocki, Cynthia Parent, and Noam Zilberstein.

636

637

Noam Zilberstein lives in Glen Falls, NY (PhD student at Cornell University). He types Mark
Halpern of Glen Falls, New Jersey who is really Noam Zilberstein.  That is his authorship pen name.
Yet, no one we know actually lives there. He tells everyone this is his address. No one knows Glen
Falls, New Jersey like Kamala Harris because Tara Plochocki knows it too well as she and Harry
Gural often go camping and canoeing there on Labor Day weekends every year. No one actually
knows if Tara Plochocki actually wrote the screen play, or if it was Carrie Crosson Gilpin, or a
collaboration. Harry Gural swears he didn't write it, and Tara Plochocki claims, *"I get an attorney."*

Nancy Pelosi/Gina Raimondo:  No one at Kamala's Table actually knows what is true or false (Not
true) about anything or anyone because everyone played their own game their own way. No one can
bribe a judge or jury about abortion, sexual intimacies or financial dealings that go sour. If one
dealing wasn't lucrative enough, it is your own fault for accepting it. Pamela Chapman, and you can't
accept anything except about $310million + 38.5% over and above the $310 million. No one can say
you were a cheap date, and no one understands this better that you and Ed Heffernan who at Bear
Stearns worked directly with Nancy Graham's husband, so you all knew The Game of financial
transaction.

Nancy Pelosi/Gina Raimondo says, *"The money is not enough to make up for what we did to you, your family,
your health, and your reputation because we destroyed you."*
Mark Halpern can't remove the stain/state of your reputation he put on you and no one thinks that
Kamala Harris is responsible for Mark Halpern's actions because in government we tell people all
the time, to, *"Just take care of the situation."* We never tell them how to do it. That is up to your
personal discretion. Therefore, the politician is never to blame, and has no liability for it. It depends
on many factors.


Elizabeth Myers – They—Llama Nation celebrities: Reese Witherspoon, Nicole Kidman,
Jane Fonda—claimed Mark Halpern blackmailed her and three other producers against
*Barefoot in Heels* because Mark Halpern claimed no one wanted to see a movie like your
book. Except, now everyone who has supposedly read it, wants to see it in film. [Note: That is
a lawsuit.]

Happy van Beuren said a day or two ago, she has read *Barefoot in Heels* two – three times, and yet, she
doesn't like reading books like yours and does not ever want it to see the light of day and now she
says, *"Just publish the damn story after all this turmoil and execution style massacre."*


[Note:  Alberto Villodo claimed Don Miguel was a guide on the other side. Alberto Villodo said, *"Don Miguel was
my private robe."* Ed is always hanging out at Paramount Pictures. He sells cocaine, pills and hashish to anyone who
wants it. About 50 years old. He's from East L.A. He collects the money through Venmo because Venmo never
ever searches for what you bought, only that money was transacted. Venmo is off the tax rolls and is directly
deposited in the bank.]

637

Marcella Lobo blamed Pamela Chapman for everything. She was jealous and envious that she had some hold on her husband that we couldn't find. Yet, Pamela Chapman never thought for one minute she and Alberto Villodo would ever meet despite him saying, *"We'll all shot a movie in February 2022 in Peru, and I will take your children with me to Machu Picchu."*

Marchella Lobo said, *"No way Jose, that is where had a shamanic marriage."*

That is not true. She and Alberto Villodo were married in LA.

### Sex + drugs + energy:

Pamela Chapman was completely naïve about all three, and Alberto Villodo knew everything. Yet, Marcella Lobo blamed Pamela Chapman for Alberto Villodo's actions. She can't be held liable and responsible. Yet, Marcella Lobo did everything and so did Alberto Villodo to kill the book deal. It was a big collusion and aiding and abetting with Carrie Crosson Gilpin, Mark Halpern, Harry Gural and Tara Plochocki.

Harry Gural said after you went to sleep at night, he would square with you in the morning, and in the morning, he left you, having dropped you from the dunk tank. He then moved into another step in Star Gate suppression.

Anyone who falls asleep in the dunk tank gets dropped. He didn't remember, he couldn't be in Reciprocity Nation without a reciprocity especially one from a previous marriage. He said, *"But my brother sponsors me."*

It was not until now, that we know, the last one in never gets in. They get dropped every morning. That was Tameen Saied's game. They say it forces you never to fall asleep. That's impossible for Pamela Chapman. She must always sleep.

[Note: This sounds a lot like the January 16, 2022 early morning hour game of Whitey Tighty where Bethany DiNapoli (Self-appointed and self-presumed Caliphate Nation Leader) wanted to make Pamela Chapman the Whitey Tighty person alone in the space so she'd have to scream and shout and be cut out of everything. It was a passive aggressive approach to tell her to stop her screaming or Bethany DiNapoli would do something terrible to Pamela Chapman. Tameen Saied actually created the dunk tank game and created the rules and said his father, taught them to him, but in fact he taught them to himself.

No, they are a classic game that is always a way to exclude the ones you do not want to let in, and Tameen Saied did not want you to be part of the Star Gate even though it was Pamela Chapman's key that founded it originally with Harry Gural as her reciprocity of relationship. Yet, Tameen Saied, Harry Gural and Pamela Chapman are all reciprocities of each other. 1-16-22 8647 PM].

*"No one tells her the rules."*

Harry Gural once again left Pamela Chapman on the alter to retreat with everyone else— to replace her and make her fall out. What is Pamela Chapman to do? She can't survive in this space especially Alberto Villodo made sure all Pamela Chapman's thoughts leaked out. Pamela Chapman has no

Pamela Chapman
pmchapman.com/net
1016002958

bloodly support or protection. Everyone who seemed to help Pamela Chapman, actually further betrayed her.

[**Note**: It is actually Alberto Villodo himself who exposed her thoughts, reading and writing. With the help and assistance of her guide who did nothing to stop him or to fix it. 1/16/222 8:57PM]

Harry Gural always looks out for himself or Tara Plochocki, and never for his actual reciprocity of relationship. Yet, Pamela Chapman always looked out for him.

Now, Justine Rudock and Justin Ramel must live in the dunk tank permanently until further notice. They can swap out with Tameen Saied who keeps swapping Harry Gural out for Pamela Chapman. Tameen Saied is a traitor of Reciprocity Nation.

Pamela Chapman's actual father, who is a reciprocity guide on the other side, kicked out Tameen Saied and said, you must sit in the dunk tank overnight and anytime Pamela Chapman sleeps.

**Instigators:** Andrew Parsons, Mark Halpern, Marcella Lobo, Kamala Harris, Pat Fernandez

There is no way you and Harry Gural can actually meet again because he can't stand to sleep with you.

William Parsons is actually at the next stage. You can hear it, when he pops out occasionally to speak in the Akashic Record space.

Emily Parsons is almost there and cannot saying anything until she arrives. Everyone else is already there.

Pamela Chapman is sick over the fact she has lost everything in her life and has paid for everything over and over again. They keep making her the victim.

Pamela Chapman says, *"I am dead."*

Your actual father says Harry Gural doesn't sleep with anyone until he talks to David Vann about his participation in this massive lawsuit. He is culpable and liable to you. It is a major lawsuit with so many defendants. They end up pointing to Kamala Harris, Happy van Beuren, and Mark Halpern.

Last night, Roger Kass told Happy van Beuren that this is a very real lawsuit and that you are suing Grenville Craig for $25 billion and Happy van Beuren then said, *"We'd be in for at least $500 million."*

And, David Vann said, *"Actually now maybe more because no one can actually ever talk to you because all conversations are in a shamans public loudspeaker."* (Thank you Jerry Slocum for doing that. 1-16-22 9:25PM)

Why is Marcella Lobo attacking Pamela Chapman for a trial which is not yet real?

Pamela Chapman
pamelachapman@comcast.net
401-662-9516

*"It was always real, but yet to come."*

<u>Mark Halpern</u> does not need to worry and neither does <u>Caroline DuPont</u> because <u>Pamela Chapman</u> is now her own independent business through an attorney. They can now all step down and save face because no one lost what they fought for.

They tested you.
You tested them.
Everyone is now neutral, or so she thought.
She isn't after anyone or anything other than commerce.
We can always "ban" <u>*Barefoot in Heels*</u> from any bookstore within a 50-100 mile radius of Newport, RI. (That will make it even more desirable.)

<u>Grenville Craig</u>

No one will remember he and you were never to know that:
    -He received his copy of <u>*Barefoot in Heels*</u> from the <u>Redwood Library</u> board of trustees in August 2019—No, he never received one;

    -He and <u>Sandra Craig</u> both always knew about <u>Esmond Harmsworth IV</u> and that <u>Carolyn DuPont</u> would cut down any book. Yet, they never told <u>Pamela Chapman</u>—No. <u>Sandra Craig</u> claims she did know, but she did not. Someone told her she was supposed to know and somehow forgot;

    -He said, *"Since she never found another agent, it was ok for <u>Esmond Harmsworth IV</u> to kill the book deal locally."* –No, it was not;

    -He also met <u>Amanda Machinist</u> at ICM in this space. No, he did not. That was **Harry Gural**. He told her that the book was not well written and to ignore it. **Harry Gural** did that. She listened to him without checking it out for herself. She received an initial query. She would not have liked the title. She is aligned with **Nancy Graham** at <u>Scribner's</u>. She is one of the three agents **Nancy Graham** likes to use. She is part of a <u>Thievery</u> Ring with <u>Mark Halpern</u> and <u>Simon and Schuster</u>.

They also branded the book as one about divorce and abuse. Yet, the book is about betrayal and only mentions abuse once in 125,000 words. This book is completely misunderstood and misrepresented here. All they wanted to do was destroy it completely.

<u>My Name is Malala</u> was a best seller at <u>Little Brown and Co.</u> and the whole Shit Show of no more books about divorce is all tied together with <u>Eat Pray Love</u> (Riverhead Books, and <u>Nancy Graham</u>). This is not that book. <u>Nancy Graham</u> said, *"I can't deal with another best seller like <u>Eat Pray Love</u>,"* which sold 10 million copies. She said, *"It was too much work."* 10 million copies sold is not really that many in a global distribution network.

Pamela Chapman
pamelachapman.com.md
401-662-9816

-Sandra Craig claims to have met **Kimberley Witherspoon** at **Elizabeth Kahane's** actual house in New York, but never told **Pamela Chapman** who she knew was looking for an agent. Kimberly Witherspoon subsequently told Pamela Chapman it was in the sorcery realm. It was not.

Grenville Craig had little knowledge of black magic, except everything he learned or conceived of her practiced and experimented on Pamela Chapman.
    -He wanted her to be his sorcery wife and kundalini partner. Yet, he did not know or understand what that actually met. She had no idea about any of it.

No, Twin Soul sponsor can be a sorcery spouse of another. In November 2021, Grenville Craig married Nola Ganem for approximately one day. He failed to understand that after nearly 18 years as a known Twin Soul with his wife of 50 years, he has no ability to be in a sexual space with anyone other than his own Twin Soul. It is impossible for him to be the "husband" of another since these sorcery spouses have masturbation "sex" with each other, and never meet face-to-face.

    -Kundalini energy without ascension, especially for women, is masturbation for many, and he did not understand that. Neither do most people.

Pamela Chapman and Alberto Villodo told the Twin Souls about kundalini as key turns but only as a wave of energy that moved through them. Nothing more than that.

They had Tameen Saied turn **Sandra and Grenville Craig's** key holes. They claimed to stop almost after they started, as they did not get very far with it. Grenville Craig wanted to be the crossing guard of kundalini because he had no ability to actualize the experience. **Andrew Parsons** was in the same situation. That is why both men, as did **Quentin Warren**, offered to be kundalini initiators.

Grenville Craig spent years devoted to masturbation as a path toward a risen kundalini (most people do) except he failed to understand he needed an initiation, especially as a key turn in the aura. This makes you a monogamous partner of the women you turn your key with. So many other people in the world had the same issue.
    Since he had a key turn with Sandra Craig his Twin Soul wife, if he had devoted himself to masturbation with her, he and she may have found a risen kundalini. But he didn't want it with her, and he can't have it with anyone else. And, as two nonseer Twin Souls, they just might have had low kundalini anyway. He completely didn't grasp what he was seeking and made mess. It borders on sexual abuse and sexual assault. Grenville Craig knew too much and he tried to manipulate a Twin Soul situation for his own advantage. He tried to be is his own Kundalini Crossing practice, without ever explaining anything. It would have come from Rusty Powell III. For Grenville Craig it becomes merely an only masturbation.

When Grenville Craig actually had his key turn this past spring, he did not want it with Sandra Craig, his Twin Soul. He can't have it as a Twin Soul with another like that. He failed to understand any of

this and kept telling <u>Pamela Chapman</u> she had to masturbate with him in this <u>Twin Soul</u> space so as to raise her kundalini. This information is not on any blog or in any book. She could find no resource to explain any of this. She thought it was ridiculous.

<u>Harry Gural</u> agrees. It was all a complete misunderstanding on <u>Grenville Craig's</u> part, of his role, place, and situation. <u>Twin Souls</u> cannot masturbate with a non-twin, even if they are a <u>Twin Soul</u> of another. They will never be in the same space or place or energy realm, and **he will never achieve any climax of any kind without his own Twin Soul**. There was no point at all to the experience. <u>Grenville Craig</u> for all of his ivy league school education failed to execute properly. <u>Jerry Slocum</u> was his mentor and sponsor in the <u>Twin Soul</u> space when he was alive. <u>Jerry Slocum</u> and <u>Grenville Craig</u> have the <u>Redwood Library</u> Board of Trustees in common, but they do not get along socially at all.

   -**<u>Grenville Craig</u>** never stopped biting <u>Pamela Chapman</u> every day for ten years. He finally stopped. Yesterday, <u>Gabby Bernstein</u> bit <u>Pamela Chapman</u> three times in one day. <u>Andrew Parsons</u> was biting <u>Pamela Chapman</u> almost daily for at least three months during the fall of 2021. Then, he took on the sniffles of **<u>Jean Gorham</u>** later in the fall. She does not encourage this behavior and calls him out on it every time, which he seems to prefer. She always has to be his parent.

   -**<u>Grenville Craig</u>** has also attacked her in several places in her body, especially her ankles – he liked to twist them and she twisted them several times off of curbs (He told her, *"She had to walk better."*), and he likes to play a game of "boob" tag which he taught to <u>Andrew Parsons</u>. <u>Grenville Craig</u> has played that game every day for ten years when Pamela Chapman changed her cloths. This is a complete misapplication of some <u>Kundalini Crossing</u> practices. He had to have known them to misapply them, and <u>Andrew Parsons</u> has played that game consistently since October 2021. She does not encourage this behavior and calls him out on it every time, which he seems to prefer. She always has to be his parent.

Basically, any game <u>Grenville Craig</u> played with <u>Pamela Chapman</u>, he taught to <u>Andrew Parsons</u>, who took it over. **<u>Pamela Chapman</u>** never encouraged either, and admonished their behavior every time. She even admonished them for needing negative attention.

One important point:  She was in an Upper realm energy space all alone. She had no understanding of an <u>Akashic Record</u> /sorcery space, just an enlightenment space that opened once, and then closed. She should have been protected by her own <u>Twin Soul</u>, <u>Donald Jagoe</u>, but he abandoned her. It was not like she could have told anyone about it. She could not prove it, nor did she know anyone else in such a space. Not one is fluid in this society. They would have thought her crazy. She could prove nothing. So they all took advance of her until Feb 4, 2021 when all was finally exposed.

<u>Grenville Craig</u> put her in his own prison, and then took full advance of her, but she always said, No. and admonished him for needing a parent. That's <u>Alex Craig</u> to a Tee. That is <u>Andrew Parsons</u>, <u>Grenville Craig</u>, <u>Sandra Craig</u>, <u>Donald Jagoe</u>. If you are there alone, who do you tell? You can't prove it. At least in the <u>Akashic Record</u> space you have a global initiation of some kind and you can

Pamela Chapman
pamelachapman.com/net
401-662-9046

initiate others. She could not do that. She had no guiding realm protection. No people protection. All the people who should have been there to protect her, were not, and everyone else just waltzed in and took full advance whether it was because she was here, or expressly because she was not.

She was completely naïve. That makes her a true victim without fault of any kind and everyone is completely responsible for their actions.

-He also attached himself, <u>Sandra Craig</u>, <u>Alex Craig</u> to all sorts of places consistently her body including her groin, including a groin telescope to inform them anytime you ever did anything sexually, which was never.

-<u>Sandra Craig</u> had 29 tags to her third eye and too numerous to mention tags in her jaw.

-He also had a strange tag to <u>Alberto Villodo</u> that made him impossible to release from her body but it was finally released in November 2021. It was that <u>Alberto Villodo</u> placed him I a special place in the aura that made it difficult for anyone to find. Because <u>Grenville Craig</u> wanted to have a special relationship with <u>Pamela Chapman</u> akin to a <u>Thievery Ring</u> leader. <u>Alberto Villodo</u> always put those in the head area in "special places" as to read everything about the person (wind tunnels). Yet, <u>Grenville Craig</u> was there, but not in a wind tunnel, just pretending to be in one. He had no special skill or reason to be there. Why indulge him? Because he was too stupid to know the difference. He knew about it through Sandywoods and <u>Rusty Powell III</u>. Yet, <u>Rusty Powell III</u> would not fully indulge him. They made up a Thievery Ring of <u>Pamela Chapman</u> and <u>Donald Jagoe,</u> yet <u>Donald Jagoe</u> did not play with him, and you were left in the circle all alone. [She played <u>Whitely Tightly</u> all alone with <u>Grenville Craig</u>.]

- <u>Grenville Craig</u> gave away her _# and passwords so many times, over one hundred times.  The entire world knows it by heart now, and used it to move money such that he jammed up her ability to move money from her bank in Texas to her bank in Rhode Island.

She had to get a new American Express card last week. She explained to the man on the telephone it was because <u>Grenville Craig</u> gave away her numbers on this <u>Akashic Record</u> space. Then someone from American Express came into the space and claimed they knew what he had done.

-He also wants to be the king of knowing everything about **Pamela Chapman** as if he is the almighty all-knowing source of everything about her. He tries to override anyone's knowledge about her and says, *"I am the big cheese shit shamanic husband of Twin Soul Pamela **Chapman** without an interest in **Pamela Chapman's** twin."* [Note: This too is Alberto Villodo to a Tee] In fact, Grenville Craig dislikes Don Jagoe immensely saying he reminds him of his own brother. This too is a misunderstanding of Twin Soul energy. He said he could do this because. *"After all **Donald Jagoe** will never leave **Jana Jagoe** and that allows me to experiment or abuse Pamela Chapman."*
[**Note**: on 1-16-22 when this was originally typed, Sandra Craig says, *"I said."*]

Pamela Chapman
pmkuchapman@comcast
Instant Soul Plan

-Grenville Craig is a consummate gambler. He helped Alberto Villodo through Carolyn Craig unstick some money. Alberto Villodo claimed the money trail had gone cold. Grenville Craig inserted himself into that financial trade.

> -Carolyn Craig energetically called Berkshire Bank in Portsmouth RI and gave them half of Pamela Chapman's checking account numbers and said she wanted to move $1million dollars overnight into that account, but needed the rest of the numbers. They did not give them to her, but she had not been able to move money onto that account since. It jammed her accounts.

David Vann has all of this from last night.

Harry Gural and Pamela Chapman have issues with identification, but especially Pamela Chapman. Grenville Craig used the entire family's social security numbers- actually it was Andrew Parsons who revealed to Kamala Nation the numbers of her children and now a lawyer will take care of all of the numbers. Pamela Chapman's Social Security number was used for everyone in Kundalini Crossing and the number is well known around the world, as in Nashville and Texas. We are now dealing with how to clean up the mess. (around Oct 30, 2021)

Gabby Bernstein desperately wanted to be part of the story and enters as King of the Caliphate Bullying State.

She now sits in the realm unemployed in South Hampton. The Akashic Record realm took away her kundalini night time circle of sexual practices. She is also an author who claims to have sold 10 million copies. That is the size of what Alberto Villodo claims is his email list. He told Pamela Dorman that when Pamela Chapman's book is published he'd let his 10 million contacts on his email server know about it. That is no longer a concern. The entire global network of humanity now knows the title of the book innately and intuitively. It is etched in the hearts, minds and souls of humanity globally, and in all Shamansky's worldwide.

Now, she wants to compete with Grenville Craig to bite Pamela Chapman daily.

Gabby Bernstein also wants a book deal like Pamela Chapman's. She sounds just like Kamala Harris. They don't want to be with independent presses. The distribution is too low. Gabby Bernstein publishes through Hay House. She knows that small press distribution is never a sure deal, and Hay House has you buy the books yourself up front. Then, you re-sell them. Pamela Dorman said she would not represent the likes of Gabby Bernstein.

Shamanic Dance Move #7: No one wins without besting the other. Yet, everyone loses because no one ultimately wins, because you just do it repeatedly to one another.

Gabby Bernstein: These are Yogi Bajan II's Rules that are "never written down":

1. <u>Never be alone in this space without the protection of another</u>. <u>Carl Helmetag</u> knew this because he became that for <u>William Parsons</u>. <u>Nan Moss</u> became that for <u>Emily Parsons</u> and <u>Tucker McGillivray</u>.

2. <u>Never listen to the advice from another</u>.  It is often wrong or misdirected.  Your sister learned that last night when your father listened to her tell <u>Lore Gotberg</u>, *"<u>Pamela Chapman</u> and she were no longer sisters."* Your father, <u>Stanley Chapman</u> said, *"Excuse me."* And she said, *"I don't know who I am talking to about she and I, but I don't have anything in common with her."* Your father remembers exactly what you told him last January 2021. So he said, *"I am your father in heaven, and no one would ever expect you to sell your family member to a public trial."* And she said, *"I'd never sell you,"* He replied, *"I know you tried."* That is all he said. They are reciprocities of relationship with each other. They have been married in a past life. *"I don't know what you told him."* It is immaterial now, but he knows who you are in the moment of stress and important circumstances. He also knows who <u>Pamela Chapman</u> is in the same and more dire moments. He stands ready and willing to protect <u>Pamela Chapman</u> because without a reciprocity of relationship, she has nothing.

3. <u>Never pay bills in this space unless you have to.</u>

   If you do, you will pay me through PayPal.

   You scream and shout until they go away, and if you are in that space permanently, I will always know what you are paying. Just like Venmo (<u>Kristin MacManus</u> made sure of this.) This is exactly how Venmo came to be. You always see who and what you're paying into. You do not get out of this space unless you find protection. <u>Jean Gorham</u> and <u>Jerry Slocum</u>, and <u>Alberto Villodo</u> did not give <u>Pamela Chapman</u> any protection in this space to pay her bills. Although <u>Jean Gorham</u> claimed to try, she did not.

4. <u>Never eat alone or else you deliver too many messages.</u>

   <u>Never be caught with your pants down</u> because someone is always looking to see.

5. <u>Never best your teacher.</u>

6. <u>Never best your teacher or else someone will always best you back.</u>

7. <u>Be authentically indifferent in this space.</u>

   No. Always be a bully to another so you are never bested.

Pamela Chapman
pamelachapman@cox.net
Pelican Cove Dr

Never tell the truth so it does not turn against you.

8. Never be afraid to sleep naked because we will always do shamanic dancing masturbation at the same point during the night and you never have to pull your pants down.

9. Never kiss another in this space. You might get heat and resent it.

    Beware you are never alone. You will always find someone to be with in this space.

10. Always collect your rents so you never are without cash because someone will block you out of your money to teach you to share your numbers so you can be bullied financially from the local retailer to the US Government.

11. Never repeat the core tenets, but only if you must.

    Never be without a mutual acquaintance in a kundalini class so that you will always have a buddy.  Bring a new buddy with you to class and we then understand our real and true relationships.

12. We always share too much personal information there so here we become someone else and see if our friends and family still recognize us because it's our energy and not our words that define us.

13. We don't like sharing our personal information except when and if you wrote with Pamela Dorman we will disavow what we know—Daniel Orlansky, Sarah Davidson, Donald M. will help also.

14. Don't eat alone, bath alone, drink alcohol alone, sleep alone, or sleep at all because if you do, you might slip and fall and no one will know who you are or where you landed. Except no one ever fell from an Akashic Record space. Never sleep because we will always wake you up, and harass you.

15. Dr.'s and nurses stopped sleeping 2-3 years ago and no one nowhere except for a few who really needed the sleep. Trance states helps relax the body to sleep.  It's a brain wave, says Pamela Chapman. Deepak Chopra agrees. It is how you stay alive in meditation. Yogi Bhajan came into this through Transcendental Meditation ™ Arianna Huffington dated Mr. TM. Alberto Villodo knew him. Carol Curry worked for him.

    The gross negligence, sexual abuse, and fraud came through Yogi Bhajan II. He set the standard(s) in the Akashic record realm.

Pamela Chapman
pamchapman@cox.net
[0]-602-05 [0]

Note: The <u>Akashic Record</u> realm has always been known as shamanic space and it is where  the illegal drug trade transacts its business:  sales and distribution.

| Shamanism & Shamanic Space | Kundalini Yoga |
|---|---|
| Politics: Caliphate Nations infidel gov'ts | Drugs, sex, fraud, illegal "dark net" activity |

See overlaps of these ven diagrams.

PayPal, the dark net of shamanic space.

Someone will write these down and plagiarize your own words which is why <u>Pamela Chapman</u> will copyright this as soon as she can and anyone who breaches her, well check with <u>David Vann</u>, We have reserved the work in the US Library of Congress and then we manipulate it.


<u>Gabby Bernstein</u> says, *"You yell and yell to get people away from you."* Yet, when <u>Pamela Chapman</u> yells, they shame and blame her.

It is the only way for the entire Guiding Realm to hear you.

They actually listen, and say you are not seen as executive enough.

Executives get to be executives in the space because someone else does all their bidding for them. <u>Alberto Villodo</u> was supposed to do <u>Pamela Chapman's</u> bidding for her as well as <u>Tameen Saied</u> and then <u>Harry Gural</u>.

How can you be blamed, when you don't know anything?

It's like saying you must speak in a foreign language that you never comprehend nor spoke, or to become your own parent at a young age?

All this backward talking is shit. Remember this information protects us all individually and collectively.

No one is allowed to know each other's financials yet in this space they are all shared. Discovery does not take but a minute. Then the information and data destroys everyone.  No one understands how real money walks, talks, acts. Not everyone can be so frugal as to be abundant without wealth, or abundant at one dollar. Real abundance is a vibration.

<u>Cora Wen</u>: That's the reciprocity of understanding that yoga teaches: You must truly understand this to embody it, and you must embody it to truly understand it.

Pamela Chapman
pmchapman resources
101-00-2-05 pre

Gabby Bernstein was the only person to show up at the end of the Guide Wars. No one thought it possible for anyone let alone, Pamela Chapman, to negotiate a peace treaty. She did with reciprocity toward everyone to end the Guide Wars. Pamela Chapman suggested to Gabby Bernstein that she make a book group instead of a masturbation sex group at night. Gabby Bernstein did not agree, but Pamela Chapman made it all about a higher opportunity and business cooperation among all of us. Andrew Parsons wanted to join her nightly masturbation ring. Gabby Bernstein was bored by Pamela Chapman's theme for the women as a book group, What were they to read but *The Joy of Sex*?

Annette Burke:   No shamanic spouse ever wants to meet their other shamanic spouse. Yet, Alberto Villodo knew Annette Burke and another, who Marcella Lobo said where inline to become wives. Women are initiated into that marriage with the husband acting as the "mentor". This is the language that only the man seems to know and understand. All the wives are swindled into an marriage based on masturbation "sex". They don't know this upfront.

With Alberto Villodo, Pamela Chapman was naïve enough to have thought he could be a mentor of energy medicine, as he said he would be. Or, as a business collaborator on some nonprofit business with his properties. He'd be Pamela Chapman's mentor. *"I'd be his consultant,"* she said. That would be the reciprocity of favor.

Kamala Harris:  This is getting too much for all of us because you were never the instigator and Harry Gural appeared to be one.

Kamala Harris:  Yet, I now know you and he are vying for the same opportunities to exit out of the Victim Space. He was a private victim on Capitol Hill, and you were the public victim. You both need to get out. You both are trying to arrive at the same place at the same time together. It's like a bad spy movie or the *Hunger Games* themselves.

Pamela Chapman is not into illicit activity and she got shamed and blamed for everything. Everyone globally needed to weigh every inch of her life story and made her accountable to thieves and sinners who claimed superiority over her. Yet, her sins were so minor and at such a young age when everyone else is a current thief of everything.

Pamela Chapman ended the Guide Wars through diplomacy by extending a reciprocity to every guide who stood up for her. She now gets to get out of this space right away today or tomorrow. Yet that was the end of August and it is now Jan 17, 2022 2:22PM and June 29, 2022 11:59AM, and August 27, 2022, and she is still fighting the same fight.

You solved so many Guiding issues that no Victim ever sees to contends with. We declare we are all neutral now. You do not owe us, we now owe you.

Dominique Alfandre was so immature early this morning. It was impossible to understand why she was such a staunch supporter of the Caliphate Nation State that had collapsed. She was the last rat out of the house which makes her a prime candidate to be a victim in the next guiding war trilogy but it is never a trilogy, just a long story with three parts; Guide War, Insurrection of the People, and a reciprocity of relationship which Pamela Chapman and Harry Gural, you both now get to start and enjoy.

We move at our own pace. We run our own race. All the whores of the story must move get out of our business. All our conversations are private. All our sexual intimacies are private because if anyone enters that space, we stop and declare Kundalini Crossing dead for everyone permanently. 2:26PM 1-17-22

Harry Gural tried to best his way out, and Pamela Chapman tried to negotiate her way out.

Besting (transaction—the lowest form of relationship and requires no self-mastery) vs. negotiating (self-mastery that does not require a relationship. It can be a higher value and strategy of transaction.)

Harry Gural I am the most honored man on the face of the planet right now because you are a true reciprocity. Yet, I didn't do anything but best you once again. That's my signature of relationship and yours is diplomacy and reciprocity.
> Alberto Villodo and Andrew Parsons and the chorus line of whores all tried to best Pamela Chapman nonstop. So did several others from the Akashic Record realm. They stopped at nothing to try to best her any way they could, including Laurianne Florio and David and Kaitlyn and Maggie Johndrow.

Andrew Parsons claims he will best Pamela Chapman and assault her and beat her up unmercifully to win his besting game.

Alberto Villodo is the worse. He will best her until they are dead.

Harry Gural and Pamela Chapman are the reciprocity of relationship, and belong to the British Royal Family soul lineage.

Pamela Chapman
pmelchapman@comcast.net
401-862-9349

This means we actually do something through **David Vann** because **Simpson Thatcher and Bartlett** will always be the name to go corporate bullying tactics and abusive situations.

> There is so much to litigate from small town politics all the way to the White House and the Senate, the Executive Office of the President. Everyone was so interconnected and *Barefoot in Heels* got tossed around like a chi ball.

**10:30 – 10:40PM**

**Mark Halpern**: **Pamela Chapman** came so close to saying something stupid all the time, but you also managed to talk your way out of it. **Kamala Harris** says that is your stock-in-trade. So, let her have her communications with others o.k.? *"I'm no longer the problem child"*

**Alberto Villodo**: **Mark Halpern**, you were not the story. You have your own side story. You got in the way of *Barefoot in Heels*, and **Pamela Chapman** always says, *"If you step on my karma, I step on yours. Otherwise I get out of the way."*

**Tracey Moore**. She came to divert everyone's' attentions. We never want to hear from her ever again. It was a really poor showing for her last night. She should never ever do something like that again.

**Nola Ganem** finally was able to clear the base of the noise from **Alberto Villodo's** – the refrigerator hmm of **Marcella Lobo**. 8:55PM 1-17-22.

**Emily Parsons** didn't say a word about the dunk tank. She noticed every time **Harry Gural** was in one, he always left, and fell to **Tara Plochocki**. Everyone knew when you arrived in one, never to sleep. They arrived on the other side before night fall. and you always arrived in one at nightfall.
[**Note:** The dunk tank was tomfoolery and human folly all created by Tameen Saeed to exclude and harass Pamela Chapman. There is no such thing as a dunk tank. It is a game of Whitey Tighty.]

**Emily Parsons** did not know what to do. **Carl Helmetag** told **William Parsons** that he shouldn't say a word because **Pamela Chapman** was never going to join them. She did not understand until **Harry Gural** arrived and swapped places. She thought you and he were actually going to do something important. Last night when everyone was back in place and you fell again, she thought it was your destiny to suffer in that place. She did not understand how her f' father got away with everything but

Pamela Chapman
pmcchapman@cox.net
401.466.2485 ph

<u>Roger Kass</u> last night said unmistakably, *"<u>Andrew Parsons</u>, you will roast and toast in the <u>Akashic Record</u> space. I will personally see to it that <u>Pamela Chapman</u> gets something she desires and needs because no one deserved what she has been given."*

<u>Kamala Harris</u> said, *"Ain't my f'problem."*

<u>Andrea van Beuren</u> said, *"Ain't my f' problem either."*

So, no one thought this morning would go well. We know you looked terrible. We all wore your look.

<u>Pamela Chapman:</u>  This is a breach of personal space and you must all now go away because I have absolutely no respect for any of you.

<u>Beatriz</u> and <u>Jerry Slocum</u>, <u>Zenia Theresa</u> and <u>Michael Harner</u> all gave their sight away to most of the thieves. It is a gross injustice to personal privacy. What on earth did you really gain?  You either are terrible gossips, or you have lost all of your own personal agency.

If I give it to you, and you lose it,
I give it right back to you,
Except,
If I ask for it and I lose it, you give it right back to me – You never loss anything, except you win the game anyway.
**4:10PM**


**7:30PM**

The people in Newport have completely destroyed <u>Pamela Chapman's</u> honor and at **4:30PM** when <u>Pamela Chapman</u> wanted to take a nap, <u>Kristin MacManus</u> got out and started reading her banking software. She read all kinds of specifics about <u>Pamela Chapman's</u> banking including how much was in her checking account that the very minute. She can't get USAA or her other banks to get her off that software and <u>Ed Heffernan</u> still doesn't know which one it is. <u>Kristin MacManus</u> has access as do two others in Providence through US Trust. They use it to curate clientele. She claims she has it through an old job in Maine. It's through <u>Peter Hatfield</u> at US Trust, This is written about in another place.

<u>Kristen MacManus</u> lacks total respect for others and lack professionalism. She read <u>Donald Jagoe's</u> numbers and <u>Jana Jagoe</u> did not know how little they had. <u>Pamela Chapman</u> was the only one to say I don't want to know or hear the numbers because we are all so much more than our numbers and those accounts don't include everything.
> <u>Kristen MacManus</u> wanted to be sure she tested both of us, but understand she did not best <u>Pamela Chapman</u>. Values are a higher quality than dollars. <u>Kristen MacManus</u> was so

Pamela Chapman
pamelachapman.com/art
[page 51 of ]

obnoxious, no one wants her ever back in our mists, as she works and lives in our community. This isn't how you act or treat people.

## August 30, 2021

Cynthia Parent → Noam Zilberstein → Auntie Karen's Sister (that's a mistake and not true). Who would then pass it off as a screen play (Note to either Carrie Crosson Gilpin or Diane Crosson McEnroe who authored as Diane Gilpin) to Leora then from Leora (Carrie Crosson Gilpin as directed by Mark Halpern) it goes to 3 producers including Reese Witherspoon's people, and another, JF → who then kill the deal.

Cynthia Parent → Carrie Crosson Gilpin → Diane McEnroe → J. H. (Mark Halpern)

→Tara Plochocki and Harry Gural → Nancy Graham.

Nancy Graham does not take it because it's plagiarized by Pamela Chapman from Google Books authored by Mark Halpern.

Mark Halpern:  I won't sell the book, but I will give permission to Nancy Graham, and you lose all your rights and permissions for both the book, a movie and any licensing.

[Note:  Only once did Marie Rossi change places with Kimberly Witherspoon (who was really Becca Bertrand) to mess up Harry Gural's reading of who each of these women really were. When they did that, Harry never ended up with Marie Rossi in the end, only Becca Bertrand who always claimed she was his favorite at the end of the night. Jessica Hagen was in a dead heat to dispel those rumors such that she went to Kundalini Crossing naked as did a few others just to seduce Harry Gural who was always fully dressed, and in a room with all the lights on. November 4, 2021]

**Molly de Ramel (appearing as Molly Wade):** She may or may not have been an actual past girlfriend. She was not. [That makes her Molly de Ramel trying to fool and trick Harry Gural].

It was necessary to see how far Harry Gural would take the bait and the game. Stephen Wade says he took it hook line and sinker. He got everyone to think he was a top dog and he didn't think anyone understood if it was not true.

Julie Kerch Gilbert enjoyed it because she tested Stephen Wade at his own game and Harry Gural didn't realize you knew something about her husband and Trinity Church, Copley Square Boston, MA

The whore of Lahore is Marchella Lobo. She does all the toxic shamanic energy magic, until Tara Plochocki and Harry Gural started a whole new team of thieves in Newport, RI.

Pamela Chapman
pms.chapman@comcast.net
401-662-9510

Maura Lindsey says I want to replace Harry Gural and work with Tara Plochocki. *"No Way Jose"*, because she knows Pamela Chapman will ultimately know that Mark Halpern has been fully exposed. i.e. Team Maura Lindsey— Tara Plochocki.

No one thought he would ever be fully exposed except your sister Deborah Chapman says *"My sister always gets them to say something stupid and now I get the whole game, and so does she. She won her own game in her own way of reciprocity of gratitude and not her thievery and infidelity."*

Happy van Beuren does local politics and David Cicillini and Gina Raimondo do local-national. So, Gina Raimondo brought Happy van Beuren into the whole national scene.

Harry Gural and Tara Plochocki were bit players in a major game of national importance. Bit players at the 1st level of the game of Sexual Disobedience. It played out at several major stock market corporations, i.e. Simon and Schuster, Penguin Random House, Campbell Soup, Hollywood film industry, Universal Studios, Google, and the government, i.e. Ways and Means Committee, Barney Frank – D- MA., Richard Neal – D – MA, Executive Office of the President, USA. Also Wesleyan University president, Pat and Mike Fernandez-CEO, AR Capital Founders, David O'Leary – CEO. Then the politicians: David Cicillini, Gina Raimondo, Nancy Pelosi, Chuck Schumer, Mitch McConnell, David Dinkins.

Kirkus Reviews is overseen by Simon and Schuster. Penguin Random House, Viking Penguin, and Knoft Doubleday all have their own review systems. They all own or support a major reviewer. See Jenna Bush Hager.

Pamela Chapman won the Guide War all on her own. It's the Bhagavad Gita story ala 2021 style. It's won by reciprocity and then besting the besting game by using reciprocity and intellect- Bodhi wisdom. Keeping one's mind-body balanced and grounded knowing who you are, why you are, how you are, and where you are. Harry Gural, do you know this about yourself?

Friday afternoon, August 29, 2021
Parking Lot of Bed, Bath & Beyond

Kundalini yoga interferes at the level of the 1st kosha.

      Emotional – hormonal mind vs. Fear – Flight Fright or Freeze
      ↓
      5 Senses and writing of literature/fiction
      ↓
      Association into the story of fiction

Pamela Chapman
pmchapman@cox.net
[tel no. redacted]

↓

Learn about what is and isn't fiction

What is and isn't Kundalini: bullying practice

[**Side Note**: **10-26-2021; 8:16 PM**]

1. Pamela Chapman has never heard most of the conversations at night. She had no idea what was going on. It was in typing the notes after Sept 30, that she pieced it all together.
2. There is no more of Harry Gural at night *ever*.
3. If Harry Gural and Pamela Chapman want to have an intimate relationship, it is supposed to be the proper ending of this guiding realm story. No one will allow it to happen at all. It is encumbering on the person listening to understand this is one of the most difficult trials to live through. All she wanted was peace and quiet to read and write. She doesn't need this noise as a censoring tool nor did she need the toxicity of Alberto Villodo.

August 31, 2021; 8:40
**8:44AM**

Jonathon Karp, CEO Simon & Schuster

"We take *Barefoot in Heels* now unconditionally with all rights and permissions granted to Pamela Chapman. We will have the former financial deal backed by House Ways and Means Committee since Kamala Harris herself acted as a Judas in the public trail and hanging of Harry Gural who acted as Pamela Chapman's traitor par excellence. **He was to be her partner as a Melchizedek guide.**

If Jonathon Knapp says Simon and Schuster will unconditionally print *Barefoot in Heels*
Does her old contract still suffice?
    Yes and no. Now, Pamela Chapman own the rights and permissions, and she always will (unless she sells them).

Note: Jonathon Karp was at Kundalini Crossing in Newport and plays with Roger Kass, Becca Bertrand, Harry Gural, Esmond Harmsworth IV.  Nancy Graham, Scribner's, Simon and Schuster was there too.

Jonathon Karp:  Nancy Graham was too drunk (Yes, she was.) and stupid to see that Mark Halpern and Carry Crosson Gilpin wanted to be sure you did not succeed. They worked for Mark Halpern. According to the Tuning Forks on 1-6-22, Jonathon Karp and Nancy Graham were both at

Pamela Chapman
pamchapmanre.cov.net
101-nx2-95-16

<u>Riverhead Books</u> at the time. 1-6-22 2:37PM. [We are not sure if Jonathon Karp was evera t Riverhead Books]

Every time someone as in trouble, <u>Pamela Chapman</u> always knew to call in the family, and ask them to step in and take care of their own son or daughter, mother or father, sister or brother, yet in her own family, no one did or was allowed to do that.

<u>Jonathon Knapp</u>:  <u>Simon and Schuster</u> is the publishers because Nancy Graham, Scribner's can't work unless Kamala Harris and Mark Halpern approve her book deals. She only works with three agents and takes any books and all books they offer, because she doesn't have the ability to pick them. [ICM—<u>Alexandra Machinist</u>, Curtis Brown—<u>Kerry D'Agostino</u>]. Nancy Graham ran Riverhead books and had three stellar editors. One is now an agent. She said, *"It was not my ability to choose a book,"* she claimed, *"I do not know how to pick them."* <u>Pamela Dorman</u> said, *"Every book is a calculated risk."*

Carolyn DuPont claims she and <u>Happy van Beuren</u> and the Board of Trustees decide who gets published at the Redwood Library. Yet, no one ever moves on to a major publisher. She gave *Barefoot in Heels* to her daughter, Alice Ross, and told her to edit the manuscript.

Alice Ross claims, *"There was not much to edit."* She wanted to be an editor just like <u>Carrie Crosson Gilpin</u>. But, they both don't know a thing about writing or editing, and neither do all the pseudo aristocrats in Newport who all struggle to write books and memoirs. 10:29AM

You were always called a prostitute, whore, lying, cheat, fraud who had kundalini (let's understand this kundalini stuff was neve what it really was) and abortions (The clarion zing of <u>Andrew Parsons</u>. By June 28, 2022, Roe v. Wade had been over turned in the Supreme Court. It was a bad day for women's health at the federal level in the USA.

No one would believe you when you told the truth about anything until being dumped by Andrew Parsons into the Akashic Record Global Mesa space on February 4, 2021.

<u>Alicia Barry</u>:  We can always tell when <u>Harry Gural</u> has been authentic because he brings an immediate smile to <u>Pamela Chapman's</u> face. They laugh and giggle with each other. <u>Grayson Cook</u>, 6 years of age,  <u>Alicia</u>'s grandson always can tell when their souls meet in this space. What a great kid!

Pamela Chapman
pmelachapman@comcast
javhu62s2@tht

<u>John Piexinho:</u> He wants to be remembered as a man who last night reminded <u>Carolyn DuPont</u> that her tenure at the <u>Redwood Library</u> means nothing to social Newport, and that there are persons like herself who tie up in Newport social history. No one, or very few, will actually acknowledge that she can belong to social Newport. They wanted <u>Pamela Chapman</u> gone in disgrace. <u>Pamela Chapman</u> said, *"All I wanted was to publish and write my fiction book, <u>Barefoot in Heels</u>."*

<u>David Vann</u> and <u>Marie Rossi</u> arrived the day after Governor <u>Andrew Cuomo</u> stepped down from being Governor due to sexual harassment. <u>David Vann</u> claimed he would represent <u>Pamela Chapman</u> in all her legal cases. They were outside the circle of locals, and went to college with <u>Pamela Chapman</u> and <u>Harry Gural</u>.

*"<u>Andrew Parsons</u>, you stole <u>Barefoot in Heels</u> and spread it around like fertilizer,"* which is the author's own description.

<u>Alicia Barry</u>:  I always knew you and <u>Harry Gural</u> had something special together, yet he refused to step up to the plate because he said every time he tried, he did not get anywhere because he got abused himself. The only way for him to play was to walk away.

<u>Maura Lindsey</u>, <u>Jim Gaffney</u>, <u>Harry Gural</u>, <u>Lori Kipnes-Bailen</u>, <u>Emily Parsons</u>, <u>Alicia Barry</u>, <u>Monique Burgess</u>, stayed up all night to write down some dialog because we told them to pay attention to the twists and turns of the story. <u>Emily Parsons</u> has the story in her head –not any more too, many details, every day and every night now.

If <u>Emily Parsons</u> has to tell her father one more time *"I will move out tomorrow if you do not make my mother a better deal."*

<u>Harry Gural</u> was to be tried for a few days to prove the two of you needed each other to survive.

She said, *"It was all on him. I saved him several times, and he did not reciprocate. There is little more I can do. He must do it for himself."*

<u>Kamala Harris</u> is NOT the politician of this <u>Big Book Story.</u>  Do we have one?

Yes, we do. He has not presented himself yet. He has about three years. It could be a rise or mostly a fall. Could be either. It is fated. It could be global, we don't know where it is.

They want to watch her day and night read and write. In this information age of data and experience everything is done to harass and take power over <u>Pamela Chapman</u>, especially **Andrew Parsons**, <u>Nola Ganem</u>, <u>Maura Lindsey,</u> and others.

Pamela Chapman
pamelachapman.com net
101-662-9510

<u>Happy van Beuren</u>:  My dead sister, <u>Dodo Hamilton</u> told me to be a better person because this was a bigger story than I am, and if I didn't watch out, I'd be in trouble.

<u>John Florio</u>( Dead).  Told his wife to do the same.

<u>Pamela Chapman</u>: Notice all the Catholics and protestants who claim loyal devotion to Jesus Christ's teachings and the church did nothing to support <u>Pamela Chapman</u> including her fundamentalist bible beating cousin. It was their younger brother, <u>Daniel Brennan,</u> who spent day-after-day and night witnessing what was happening. He asked a lot of questions and provided a lot of commentary and eyewitness accounts of what was happening in the <u>Akashic Record</u> realm. He claimed, *"I was there for her sister, but her sister was not at all a support. Her partner, <u>Jim Varley</u> and his family were absolute traitors. <u>Jim Varley</u> faked his own death."* <u>Alberto Villodo</u>, <u>Harry Gural</u>, and <u>Pamela Chapman</u> think he was drunk and not dead.

That family is not at all a family of distinction. Every time they claim to attack <u>Pamela Chapman</u>, she listened and turned it back on to them, saying the accusations to her where reflective of themselves, just like the Moses Code. And she said that over and over again, *"You are accusing me of that which you are."*

We must all get fluid with the energy realm, release <u>Pamela Chapman</u> from captivity, and release all the tags and followers.

Get <u>Kristin MacManus</u> out of her finances. She is a temple money changer, which makes her a thief of the temple, and humanity itself. She was raised a catholic.

<u>Andrew Parsons</u> claims to be a man of the church. He attends church every Sunday with <u>Cathy Wicks</u>.

Last night many people were slandering <u>Pamela Chapman</u> and Newport including:
-<u>Tom Hockaday</u>
-<u>Jessica Hagen</u> with <u>Mimi Sammis</u>
-<u>Cathy Wicks</u>, and all the real estate agents and brokers
-<u>Dina Karousos</u> of Gustave White Realty who was always in her house looking for something she could blackmail <u>Pamela Chapman</u> with. She is a good friend of <u>Bethany DiNapoli</u>.

All these people in Newport that turned away from <u>Pamela Chapman</u> partially did so because they all tried to initiate her repeatedly into the <u>Akashic Record</u> space, and got nowhere. They were all at <u>Tom Hockaday's</u> house.

<u>William Parsons</u>:  The other day when you finally cut <u>Carl Helmetag</u> down to size, did he finally understand who that man really is. He did nothing to support you, <u>Pamela Chapman</u>. Neither did <u>Cheryl Larson</u>, the mother of a friend growing up of <u>William Parsons</u>. Everyone claims, *"I did not see you were emotionally abused and betrayed. We all took <u>Andrew Parsons'</u> side of the story."*

Pamela Chapman
pmrchapman@comcast.net
401.662.5858

*"Which side of the equation are you on?"*
1. "I live in the <u>first quadrant</u> of investment opportunity, which is a place of reciprocity trust, gratitude."

2. The <u>second quadrant</u> of the x-y axis is <u>Pamela Chapman's</u> personal parallel story of scarcity, lack, thievery, infidelity.

3. The <u>third quadrant</u> would be the infidel side of solid darkness.

4. The <u>forth quadrant</u> might be a Pharisee state, but it isn't mapped up there.

It is a horizontal equation of scarcity, lack, thievery vs. reciprocity of relationship, trust, and is where the Omega spiral begins and ends.
**10:29AM**


In a New Age of energy and digital information publishers, film and media are at the center of the story. <u>Pamela Chapman</u> also wanted to redefine personal and professional agency.

She wants authors to have more money, more opportunity. It is to hard get an agent to represent you. The New York media world of fiction publishing is corrupt, or at least biased. If you don't have a proper connection, so loose. Too many authors are rejected for reasons that have nothing to do with their actual books. The work gets published strictly because the publishing editor lunches with the agent.

She wants national legislation that prevents doctors from being the admitting doctor of record to Emergency Rooms and psychiatry wards and hospitals such that they dump family members they don't like when the don't like what the other is doing because they are having a bad relationship day.

The medical legal world should not allow doctors to lock up their legal spouse in badly executed temperaments in divorce.

<u>Andrew Parsons</u> needed the help, not her. All he had to do was look in the mirror.

<u>Andrew Parsons,</u> I am never going to mess with you again. <u>John Piexinho</u> said he would stand up for you. He might be gay and from Portsmouth, but at least he had the class and the grace to stand up for <u>Pamela Chapman</u> and most people would say the opportunity of him, but they say the opportunity of her anyway.

<u>John Piexinho</u> is on the board of the <u>Preservation Society</u>, <u>The Clambake Club</u>, and a member of <u>Bailey's Beach</u>. Anyone who discounts his participation had better remember they are all outsiders looking in. <u>Jim and Alice Ross</u> are not <u>Bailey's Beach</u>.

Pamela's Imprints
pmelachapman@cox.net
101-662-9516

Stop shaming and blaming **Pamela Chapman** as a rag doll of poor and low, or of no distinction. If you must do that, just look in the mirror and blame yourself for your own shortcomings. She doesn't have the cellular quantum physics to buy into your own personal disgraces.

Andrew Parsons: I was married to a Jesus Christ figure all along, and I didn't know it. I preferred to shame, blame, abuse and turn her into my servant. And yet, I call myself a man of the church.

At 2:27PM on June 29, 2022, **Rusty Powell III** did so much damage to **Pamela Chapman** over the last ten years. That is why she is having so many difficulties being back in the Upper realm. It is his sole fault that she can have no private conversations with anyone in the Upper realm, and why she can't get pushed back in the Upper realm. He put himself in that aura over ten years ago at insistence of Grenville Craig who wanted to have her a **Thievery Ring** of his own importance. It is a private prison.

**Rusty Powell III** put himself in a prominent place of importance in her energy field. When he was removed, he was never permanently removed. He was in a place that **Alberto Villodo** sought but does not now where it really is. **Bobby McDermott** They all wanted you permanently destroyed first because of your book, and secondly because of the universal **Hate Crime** they all created against you. Once in place they are so excited and can't stop themselves. Just like **Tara Plochocki** said earlier today, *"I can't stop myself."* It is too exciting for her to ever want to stop.

Rusty Powell III has done something to you that means the entire realm has access to you 24/7. It doesn't need a key, they just flow in and out of you as the undertow whenever they want.

I, **Rusty Powell III,** never ever expected I would ever be found out by a guide especially one working on your behalf, but now that so many guides have had their 3rd eyes blown out, we can see clearly that Rusty Powell III is in charge of a Thievery Ring in the Upper realm. We did not know they were all there. Not one of them belong in the Upper realm, but they snuck in there and created so much harmonic disturbance for you personally, you could not hear a thing. It was either too much noise, too much wave like energy, too much pressure in your ears, too much of something. They can all hear themselves in their own voices. You cannot have any private conversation. You have no intimate relationships with anyone. That is exactly what they wanted for her: to kill her completely.

**Andrew Parsons** didn't need to play like he did. He completely ruined our game plan for several months. If he had stood down, and if **Nola Ganem** and **Bethany DiNapoli** hadn't been so stupid we could have delivered a real kill in exactly 6 months or less. If it took more so what. *"We would have bled your thoughts and every piece of data about you until you left town. We would have made you so f'small. We would have shown the world we were the biggest, badest Thievery Ring of them all."*

Pamela Chapman
pamelachapman.cox.net
401-662-9416

When Rusty Powell III died Bobby McDermott and Tara Plochocki would have taken it over, and we would be the real power brokers for Ways and Means. Bobby McDermott who is about 27 years old, and Tara Plochocki who is 42 would have been the reigning King and Queen of Thievery.

Jonathon Karp thinks, *"They have grander opinions of themselves that the rest of us."*

Erin claims that the whole point is to get Pamela Chapman to cower and move.

Pamela Chapman she claimed, *"I will move to Italy right away. Just give me my money and I will be gone,"* but her book, *Barefoot in Heels* will be published one way or another and you will never ever stop a book in the future from being published about Newport RI, or about authors writing fiction from Newport. *"If women can write country western ballads and sing and record them for money, why can't I write a book of fiction especially since you plagiarized, edited, re-wrote, destroyed the book here, and read it over-and-over again to everyone? You only read certain chapters in certain places, you never took the whole body of work the proper way, did you anyone?"*

No, they did not.
**3:13PM**


Rusty Powell III is witch/wizard sorcerer that Newport RI years ago would have hanged at the stake in front of the courthouse.

At 3:30PM, *Rusty Powell III at the drop of a hat, put a high frequency pitch in her ears that took out her energy hearing. She can't hear hardly a thing. She can hear imprints of conversations, but can't distinguish between realms or humans and guides.* This is exactly what the victim claimed the Big Book Story does to victims left in the sorcery realm. Why did he do this right in this moment?

To demonstrate that he held all the power because Erin H said she would fix everything and she will.

Paula Cowles claimed she is Melchizedek Café and will work tirelessly to help fix this because we are all in the Upper realms together.  Pamela Chapman did more channeling to help the people, and no one came out for her. Paula knows Pamela Chapman. She does not know Sharon McMahon.

This is exactly what they promised would happened to Pamela Chapman at the end of this Big Book Story. It is how they destroy everyone in your life. They back stab and harass you to death. You don't know who they are and you cannot hear. You have no validation of who you are talking with in the realm. If you die this way, you will not hear or speak on the other side either. This is the whole point of what Samuel and Saul are aiming to do. It is equivalent to any person who dies with Alzheimer's disease, or in an accident.

We woke up former president Ronald Reagan, former president Jack Kennedy, former first son, John Kennedy. Reagan died with Alzheimer's disease. Jack Kennedy was shot to death. John

Pamela Chapman
pmichapman@cox.net
401-662-9516

Kennedy died in a plane crash in the waters off of Martha's Vineyard. Each dies into a state of incomprehension where they cannot here or speak, but they have some understanding of what is going on. Shamanism claims to perform soul retrievals for humans to reconnect them to their authencity—their soul's inner child. Pamela Chapman believes that true soul retrieval happens on the other side, in death, where if another soul does not retrieve you from this state of sleep, or merely an inability to hear and peak, then the soul remains in that state until someone retrieves that soul and wakes them up. It was Jean Dixon and her relationship with Nancy Reagan that started all of this. We have going on to wake up grandparents and former twin brother cousins who died at the age of six in a drowning. Perhaps, if we are retrieved in human life we remain awake in our death, but not always.

Saul (Kathume and Samuel) and Samuel have aimed at taking Pamela Chapman's third eye out so that as a Twin Soul seer in a last life time, and a clear channel for Melchizedek Café, she would be completely asleep in human life and in death. They claim to deliver the goods in death by abducting you and taking your soul to a graveyard of like thieves such that if you wake up—because they will awaken you from time to time—they will test your willingness to accommodate their thievery. If you do not cooperate, they return you to a hopeless state of sleep. You are then unknowingly awaiting another soul to come and retrieve you. It is always usually Melchizedek who does this work. Melchizedek is never a shaman in human life, but can more that make up for those skills sin death.

This is all really over a piece of fiction the Pamela Chapman wrote. This is her punishment for writing a book that she has a constitutional right to write and to publish. The Redwood Library will never ever do this again to any author anywhere because she can't ever hear to type. No one gets to speak into this realm ever because we will put a gag order on her and you and no one will move until this is cleared up. We do this to everyone on those in the Rusty Powell III Thievery Ring, including Tara Plochocki.
4:07PM

4:31 Rusty Powell III put this Thievery Ring in the Upper realms so that when the Akashic Record room closed, they would be able to destroy her until she was dead. These are all people form Kamala's Table and two from the Thievery Ring Workgroup. This Hate Crime was all over a work of fiction which they stole and chose to destroy her book, her person, her livelihood, and her family over. For this they just took away her hearing in this realm. She has not heard an actual voice since last March 2021, and everyone worldwide can hear actual voices in all realms. She is the only one who can't figure out who is who. Why would one person have to live this way? Just to die this way?

So we can say we fully destroyed you. We said we destroy you and your book and your finances unless you moved away and stopped this book from being printed.

*"What the hell is in that book?"*

*"It takes place in Newport, RI That is all. They are not connected to the story. Except there is a hospital in the book and this community like every other community has a hospital and they think they are protecting their precious hospital*

Pamela Chapman
pamelachapman@comcast.net
401.662.0516

*by not publishing the book. The **van Beuren Charitable Trust** is a major donor – a top major donor of Newport Hospital. That is all."*

*"That is utterly **ridiculous**."*

*"**But, that is the truth.** All to protect a local hospital. It is a work of fiction."*

*"But, some people think it is too true to fact."*

*"Ok, like we said to **Andrew Parsons** and **Jessica Hagen** and the others at **Tom Hockaday's** house, don't own a work **of fiction**. The likeness is all in your own head. And imagination. They all wanted it to be true."*

By the way, all **Akashic Record** readers, room and lineages fell on March 30, 2021. It was a power grab and it all went away.

And, you all didn't like **Pamela Chapman** because she didn't fit into any of your lineages, so you marginalized and disgraced her. She was alive in an Upper realm. When **Andrew Parsons**, **Cathy Wicks**, **Kathy Abbate** and **Rick Abbate** went toe-to-toe with her, she brought, **Alberto Villodo**, and the **Four Winds Society**, and **Tameen Saied** of Chennai, India at the time. She brought the world all together on Portsmouth, Rhode Island/Newport.

**Harry Gural:** **Tara Plochocki** last night declared: *"I want a f' divorce because this is of biblical importance."* I said, *"What are you talking about?"*

**Lori Kipnes Bailen:**  It was me when I said, *"It sounds like the Fall of the Second Temple story."*

That's when **John Peevish** said, *"It is the **Moses Code** and the story of Jesus Christ. I grew up catholic and went to St. Barnabas Church.*

**Jill G.**:  John's sister. We didn't know **John** knew his bible stories but he had help. **Maura Lindsey** once worked for him. He told everyone the story along with a few other women, and so he said, *"It is the story of Jesus Christ,"* and that is when Lori Kipnes Bailen said, *"I lived in Israel for 13 years so I know what steel shells sound like."*

**John Piexinho** tried to flesh out who and why everyone in Newport was against you, and preferred **Harry Gural**. He was trying to do the same, but since he didn't know the people, he confused the 9 cities of Newport. He was asking all the wrong people and applying the answers to all the wrong people.

He probed. **Harry Gural** was truly ineffective at trying to figure out why no one liked **Pamela Chapman.** It's because he isn't embedded in this community, and didn't know the people in the local story. **Tara Plochocki** also made it a point of reference when trying to get to **Kundalini Crossing**.

Pamela Chapman
pmelchapman@cox.net
401.662.0516

One had to know <u>Pamela Chapman</u> and say something negative. That was the ticket in. That was because <u>Harry Gural</u> and <u>Pamela Chapman</u> had kundalini "heat" together. That makes them a natural couple. This is opposite and antagonist to the kundalini empire they were building in the thievery ring with <u>Mark Halpern</u> and <u>Kamala Harris</u>.

If all you do is try to know and connect people in here, it doesn't work. You must know the people out there to avoid all these public hangings.

<u>Dina Karousos</u> has to stop walking around <u>Pamela Chapman's</u> house just like <u>Rusty Powell III</u>, <u>Kamala Harris</u>, and all the others including the ex-husband, <u>Andrew Parsons.</u>

There is nothing new to find.  She will thrive and publish. It is up to you to pierce the veil of your own clouds' unknowing. She wrote that at the end of <u>*Barefoot in Heels*</u>. It is the name of a classic book written by an unknown monk about the path of enlightenment. *"What you are to be and become. "*

<u>Harry Gural</u> admitted to someone that he couldn't actually acknowledge a relationship or a desire for anything with <u>Pamela Chapman</u> because if and when he does, <u>Saul</u> will excoriate him. The only way for him to survive is to argue with thieves and traitors.

<u>Alberto Villodo</u>:  That can't happen to me because <u>Marcella Lobo</u> did that all by herself.

<u>Marcella Lobo</u>:  I don't have to be told to stop. I was enjoying <u>The Game</u> but you also said, *"This is no game. This is my life."*

<u>Pamela Chapman</u>:  I told <u>Lorraine Florio Olsen</u> and <u>Laurianne Florio</u> the same thing, and I kept saying when is <u>The Game</u> and your life the same? Where does one begin and the other end? What is the sum of betrayal plus abuse? Where is the line?

Where is the line that begins abuse from betrayal? They are not the same nor are they mutually exclusive.

<u>Harry Gural</u>:  I am in the <u>Star Gate</u> [Kundalini Crossing] with <u>David Vann</u>. He and <u>Marie Rossi</u> are in there too. It's a reciprocity of relationship I extend to <u>Kimberley Witherspoon</u> and I could have another, but I do not.

*"<u>Harry Gural</u> I feel so rewarded."*

<u>Harry Gural</u>:  Great!

The Big 5 publishers maintain a monopoly on the review, i.e. <u>Kirkus</u> and <u>Simon & Schuster</u>, <u>Knopf Doubleday</u>. People who could wrote reviews:
      <u>Christopher F. Buckley Jr</u>.
      <u>Joe Fins, M.D.</u>

Pamela L. Chapman
pmelachapman.com.net
781-883-9546

Elizabeth Gilbert
Sue Monk Kidd
Jenna Bush Hager
Gretchen Carlson
Antonia Farzan

Mary Van Pelt:  Peter Bramante wanted everyone to know you are a real jerk but he is the jerk of the jerks. Jerk off buddy! I can't stop laughing sometimes because you really are not a social climber.

Donald Jagoe: You should hear her rant about social climbing because just people to align with and she had this whole dialog about investment people and wealth people and Jana Jagoe does not understand any of it.

Mary Van Pelt: You get it. Most people do not.

John Piexinho:  Get your money, and no one will blink at you because you finally got what you needed to be and become yourself.

### The Game of Fraudulent Fundraising
August 2021

The mission via Gail Alofsin, Trustee Newport Hospital Foundation is blackmailing Pamela Chapman not to sue the Newport Hospital Foundation Board of Trustees.

1.  The 8th floor isn't up to building code.
    a.  All Happy van Beuren had to do was pay for its renovations. They don't because she doesn't do that because she has carried years and years of aggravation something because her husband was in there after college for impregnating a woman his parents said he could not marry and he took a prescription drug for 15 years.
    b.  All they had to do was renovate which is what they tell each patient they are in the middle of doing anyway, but Barbara, the nurse in Akashic Record Public Commons space said that excuse has been used for many years.

2.  If you sue the Newport Hospital Foundation Board and Lifespan there will be no one in Newport who will ever speak to you again. Note, they do not anyway, so that's par for the course.

664

Pamela Chapman
pmchapman@cox.net

3. If you sue the <u>Newport Hospital Foundation</u> Board and Lifespan, no one will put you on any other board again.
   a. No problem because I've retired from those boards in December 2020 when I formally told IMC I was done and I said to myself I'm really done with 501(c)3 $1.5 million budgets.
   b. IMC was looking in the <u>Akashic Record</u> Public Commons space to eliminate me from the board of trustees. It was reportedly said by <u>Paul McGreevy</u> to someone, not to worry her knew things about <u>Pamela Chapman</u> and suggested she would go away on her own. He had been recruited to be on <u>Kamala's Table</u> and had read, <u>*Barefoot in Heels*</u> and knew of their intentions.

4. If you sue the <u>Newport Hospital Foundation Board of Trustees</u>, then <u>Harry Gural</u> and <u>Tara Plochocki</u> can actually get back together again because he doesn't marry insurrectionists of any kind.
   a. <u>Pamela Chapman:</u> *"I play with big gun attorneys at law."*

5. I never wanted to actually marry you or anyone else, so I got really mixed up when we had all that shen energy.

*Pamela's* actual dream while asleep: A 60ish man and woman were playing a game of chess on the top step of a garage inside, and she said, *"I have to beat the whole board to win,"* and he said, *"All I have to do is win the game to win."* She had some piece that looked like a white bowl, maybe ice cream or cereal, in the middle as one of her pieces. They were talking about all the restaurants that she had never heard of, and she said at 60, *"I better start going out to these restaurants because I'm not 40 and between 40-60 the years flew by,"* and I was in West Hartford, CT. It was a bit of a lucid dream while this whole game of fraud was happening. Usually those dreams tell some things that really happen.

### September 1, 2021

Sound barriers: the earth shock; stomp your feet. The guides open the realm with a stampede.

Usually you open something with a key.

<u>Before February 4, 2021,</u> we spoke one-on-one with people in the <u>Akashic Record</u> space.

After February 4, 2021, we spoke as a public commons.

After March 30 –April 1, 2021, no one was in the upper realms.  All "houses" were cancelled.

Julie Jansen said *"Let's just eliminate these if that is to happen".*

Between February 4 – February 9, when we joined Kamala's Table and opened the doors to the Akashic Record space, we watched from a high perch. We closed the door with a loud sound.

David Kehoe:  We opened the door by saying we want to witness the conversation happening in the middle world without actually descending or traveling ourselves. The we waited. It only took seconds to open. Alberto Villodo did it himself. David Kehoe, Q'ero Nation chief did not do it himself. Alberto Villodo would not let him. Then by a sound we would close the door – always a slap smack of the door.

Noor Saied:  I do the same. It takes several minutes. It's an opening but one of a sacred space. It's an opening of the middle realm. I say, *"Open me and thee in the Akashic Records,"* and I wait until I witness some conversation. I never know who or what I would encounter. They only knew me to be there if I asked a question. I never knew who was really there. We also used first names. I used my two hands and clapped loudly Saied Senior. I too had used loud noise. Pulsing never worked as it is a disruption to the sound barrier.

David Kehoe:  We opened by asking to open into a wide realm where other people existed outside of our nation. The nation kept you out of open space. They were not large gatherings then. They were localized and you could travel from one geography to another. February 4, 2021, opened all the geographies together. Q'ero Nation kept me away from my parents and my sister.

Snap of a sound barrier to both close the upper realm from the middle realm as well as to leave out of Kamala's Table.

Nan Moss can also open into the middle realm. Isa G. cannot open the realm.

Spray Paint is a soft sound barrier to disrupt what is happening in the Upper realms not the middle realm. Only people in the conversation can hear through it. We aren't finished with our work today because Saul says now that Q'ero Dave was to have had arrived again. What is his message for Pamela Chapman?

I apologize. Q'ero Dave knew who you were. Marcella Lobo never wanted Alberto Villodo to be a Q'ero spouse because she was his Llama Nation spouse (No, she was not.) and I was hers (No, he was not.), and no one wanted Alberto Villodo to be a Wisdom Keeper so that he never could have kundalini because Llama Nation politics had only two kundalini couples and they were not Twin Souls:  Google (Wendy and Eric Schmidt) and Facebook couples that created so much disruption to the Nation, Alberto Villodo said, *"No more."* (not true).

Pamela Chapman
pamelachapman@cox.net
401-662-9414

There were no more key turnings for kundalini monogamous couples (not true) except he wanted a Q'ero Nation state that Marcella Lobo was not involved with. Q'ero Nation Dave arranged (No, Saul did.) the sacred union, and blamed Q'ero Dave. All were involved. Pamela Chapman, you have no fault in this because you had absolutely no idea and Alberto Villodo did, and so did everyone else including your son and daughter. No one told you differently. Everyone else is to blame. All you wanted was a mentor to get through the crazy energy.

[Note:  Andrew Parsons and Pamela Chapman both had crazy initiations in this realm, except she was a victim of Saul, and he was an insurrectionist of his own doing. He never knew the full consequences of his actions. Yet, he did not care. He found no interest in caring. Jan 3, 2022. Pamela Chapman cannot understand the legacy, suffering and humiliation this leaves her family. She can't imagine. She did nothing to deserve this. This is a sin never to be forgiven.]

Jim Gaffney:  When Trudy Coxe, Philip Bolden, Happy van Beuren, Nancy Pelosi, Pamela Chapman stomped loudly and snapped the sound we left Kamala's Table. We move in and out of the upper realm and left their Akashic Record space. Then, Alberto Villodo brought her back in the morning. He brought her back via conversation. There was no traveling here and there. Alberto Villodo moved by just asking or saying the intention to be moved. He needed no sound. Harry Gural did the same. He just intended himself to move and he moved. In the beginning, we all needed a sound barrier to move to leave a space. Now we are all leaving by a soft barrier called "spray point", or something like that.


After we brought everyone up and put them in houses, and tried to close all three doors, did we ever really close them? Only for five minutes – ten minutes and used Paul Keynes's music to break a barrier for two hours or so from 7 – 9PM EST. Pamela Chapman did not listen to it and ignored it. Paul Kipnes left May 5, 2021 or so. The whole platform fell. Three doors closed. Then not the right door. Then, we went to individual doors to lock. Then we went to our archway Star Gate. It brought up reciprocities of relationship people. We needed a sound barrier to close the realm.

Harry Gural and Paul Kipnes have the same challenge.

Lori Kipnes Bailen:  They can't accept that you and Alberto Villodo knew all along what this whole Shit Show was about because Albert Villodo said last night, *Pamela Chapman is a really smart chic who will piece this all together and when she does, she will soon realize she knew all along that those others were full of shit."*

Paul Kipnes:  I don't have the music in my head. It was in a recording that I played every day at a certain hour so that I could get some peace and quiet, and not listen to everyone else, and I told everyone that it was related to kundalini yoga that had me memorizing some chant or sound.

Pamela Chapman
pmwchapman@verv.net
401-662-9816

Marcella Lobo claimed she could do the same thing—sound recordings in the energy realm. [Note: O.M.G. sound recordings are noises that are the demonic actions of Alberto Villodo to control other people.]

Harry Gural:  I said I didn't leave Tara Plochocki because I promised her loyalty in the realm, and she left me the other night for another fellow. I can't stand that you knew all the answers to everyone's problems except for my own because you asked both families to come to our rescue and take us out of the realm, or to take care of us.

Noam Zilberstein:  My mother claimed me twice. Last night she said, *"I claim you as a reciprocity of relationship and will take care of you as long as you stop this thievery at Google,"* He rose to the Upper realm right away.

The same thing happened with Paul Kipnes. Lori Kipnes Bailen claimed him because you asked him to claim her, and he didn't want to because Alberto Villodo didn't want her there and said after the first one or two days, *"Ok, she can stay, but she can't know which way was up."* She eventually left.

You claimed, *"Harry Gural right away. He dropped you every night. He returned every day."*

Alberto Villodo can have whatever he wants between all realms.

Harry Gural:  Paul Kipnes and I have beautiful families to claim us and take care of us, so does Noam Zilberstein, You do not have a cohesive family to claim you because of what Andrew Parsons did to you, and other adults claimed your children in the past ten years. Donald Jagoe has a questionable family at best. He has an absentee wife, and he has ignored his brothers for decades and doesn't care about family life.

Paul Kipnes:  So, it means you ask everyone else to take care of us and there is really no one to take care for you?

Emily Parsons:  What am I supposed to do now because my father ruined our lives, and so did Saul and everyone else. They ruined our family life for good.

Emily Parsons:  No, I was not going to jeopardize my conversations and privacy for everyone else to hear, and neither was my brother, nor my mother. She tried to protect use both.

Saul:  Your father, Andrew Parsons, despising his ex-wife. That is all he wanted to do was despise his ex-wife publically.

Pamela Chapman:  No, he sought revenge, and revenge is never sweet. Revenge is never a reciprocity.

Pamela Chapman:  There is no reciprocity with revenge. It will kill you. *The Moses Code* will get you every time. You will become your own revenge. It will ruin you, just as it has ruined Andrew Parsons and his relationship with Cathy Wicks. He likes Carrie Crosson Gilpin better.

Pamela Chapman
pamelachapman@cox.net
401.602.0930

Harry Gural: I don't know the *Moses Code*, but she is correct. I don't want revenge, I want reciprocities which I gave to Tara Plochocki and she didn't return them. Andrew Parsons and Jana Jagoe are thieves, and we are Melchizedek guides in human form.

Harry Gural:  I can't stop thinking that you can't put up with this bullshit because you don't have any answers. At some point, you just turn away until you get the insight into an answer. We all wanted to know where you were going to today. All you want is a sound barrier to close the realm.

Saul:  How come there is no family to take care of Pamela Chapman?

Pamela Chapman:  Because her sister Deborah has turned away and toward the Varley family and their children have been poisoned by the father, other adults and this experience since February 4, 2021. We have been waiting for the energy to allow Pamela Chapman to have privacy and a book deal which will come any way.

Samuel:  All no reciprocities of relationship need to return to the middle realm now and forever more. Seal the boundaries and close the gate until we re-open it in 2,100 years.

Noam Zilberstein is gone and so is Paul Kipnes and a whole lot more.

They were all waiting to see what you would do if given the chance to read. All thought the *Epic Poem of Gilgamesh* isn't going to yield anything. Donald Jagoe knew your brain is always all over the place. Reading is just your trigger.

Harry Gural was to wait and anticipate what was to happen next. He did not figure it out. Alberto Villodo abdicated because he knew he could anticipate it, but said, *"No way Jose, and no thievery person could ever do this that way."*

Harry Gural:  I don't have anyone at Simon and Schuster and no one at the Kennedy School either. So there is no reciprocity of relationship for me to tap into. I lie all the time and enjoy it now because no one knows anything about the real me, and you have no interest in liars and thieves.

Donald Jagoe:  I used to lie all the time, and I learned it got me and Jana nowhere because everyone knew when we lied. No one said a word. We just lost favor with everyone because of our lying.

Harry Gural:  I promise to stop lying. That was the only way to survive with Tara Plochocki.

Pamela Chapman:  That was the only way Donald Jagoe and Jana Jagoe survived 50 years as a bona fide legally married couple. I can't be in a relationship with liars or thieves. I don't think you know how to stop lying especially if you are here. You never know the difference between a truth and a lie. There is no one to call you out on anything. I am not your parent.

Pamela Chapman
pamelachapman@comcast
1614629510

**Bill Gural:** Here is no reciprocity of anything for lying, only more lies. Lies beget lies and reciprocities and truth to get more of the same.

**Beatriz:** *Gilgamesh* is a perfect example of literature of a fall and a rise because that's what happened: The fall, and the rise again. There are numerous others, especially his one.

**Lori Kipnes Bailen:** We won't tell you what to do except Donald Jagoe kept saying do whatever you want.

**Pamela Chapman:** He sounded so dejected. It's a resignation of I'm so f'pissed. I can't stop Harry Gural from lying or get him to show up for me. I can't create family that has been trained to be elsewhere. All I can do is move to rebuild in my own way with my son and my daughter, but the realm must be closed and safe for three years, otherwise it is a breach of privacy. I wouldn't do that to anyone except you all did it to me, unmistakably, absolutely, and unmitigated.

Samuel operates in the Akashic Record realm.

Saul operates in the upper realm.

**Michael Harner** operates anywhere he wants to. In life, he was a shaman with Nancy Moss as his student and kundalini partner. He doesn't like Alberto Villodo.

**Michael Harner:** I can't guide any humans and not in this transition experience because my shamanic background is perfect for what I do. Alberto Villodo owes you an explanation because no one gets to abuse another like he abused you.

**Alberto Villodo:** I knew all along what I did, and I did it anyway. That's how Marcella Lobo and I get along. That's our game.

Sounds a lot like Donald Jagoe and Jana Jagoe and Harry Gural and Tara Plochocki.

**Alberto Villodo:** Except Harry Gural is a Melchizedek guide and we are not. I don't expect to even work with you because a shaman always has a dubious role to play as we are both black magicians and white healers.

**Pamela Chapman:** Black magicians and white healers are never even the same.

**Alberto Villodo:** Yes, but that is how I play. I apologize, and realize I will see you in court as they say. This has nothing to do with last night. I just have to say these things because Marcella Lobo and I don't operate in two separate realms. I need to return to the middle realm and I cannot.

**Harry Gural:** Then I capitulate, and say Happy Birthday everyone. I want to be in the middle realm with Tara Plochocki.

Pamela Chapman
pmelchapmanreeve.net
401-662-0840

**Donald Jagoe:**  And, I am going to be in the middle realm with Jana Jagoe.

**Pamela Chapman:**  So, you all decided to be liars and thieves without reciprocities.

**Jana Jagoe:**  I don't know where you get your insight from.

**Pamela Chapman:**  I am just a smart cookie and you are not. You are liars and thieves, and I am not.

**Donald Jagoe:**  I am not one either. I just have a coherence of energy to liars and thieves because my life partner, Jana Jagoe, was one and the same with Alberto Villodo. That's the energy she wanted and entrained with.

**Harry Gural:**  It's not what I wanted, but it is the energy I became. I spent too much time in the realm with it.

**Samuel:**  She can't stand when you call her some prostitute – whore - ragdoll thief because she isn't one and that's all you want anyone to remember or think of associated with her name. Remember that which you accuse her of is what you all are.

**Elizabeth Kahane:**  I think I dropped again, and can't think of anything to say. [Note: this is really Jessica Hagen trying to harass Elizabeth Kahane].

**Harry Gural:**  I wanted you all to know I'd do things my own way, and I didn't realize I had become the exact problem I was trying to escape from.

**Samuel:**  Now, you will heal yourself and get yourself together or you will be shredded legally by Pamela Chapman. You all need to do the same.

**Pamela Chapman:**  Where is the sound barrier to close this space and seal it permanently?

"We will close it every night, except all the liars and thieves come out every night. If you all play with them, you will never suppress/retreat or permanently close. The **Thievery Ring** now includes Andrew Parsons. [Note: Sept 1 or 2 claims Andrew Parsons is now in the Thievery Ring as a bona fide member yet he was not initiated into the Kamala Harris ring of Kundalini initiators until October, which is when he married Carrie Crosson Gilpin]

Closing the Gate on Reciprocity Nation:
    **Every night but not always during the day.** No one wants it to close because if you did you'd all be quiet.

Catch 22:
What happens is they abuse Pamela Chapman to not be quiet, and she has to defend herself and that opens the gate to keep it open. Stop harassing her, and it goes away. So, the Thievery Ring and Saul and Samuel make sure no one stops harassing her and then the Gate stays open and they stop when

Pamela Chapman
pmelchapman@cox.net
[redacted]

she is dead, or Saul claims they stopped once when the understory was so bored with the story, they refused to come out any more to listen.

Even up to January 4th 2022, they tried to come up with thievery schemes at night to marry Harry Gural off, or twist his psyche around, or to have him sleep with Nola Ganem—or someone—so they could prevent Pamela Chapman from leaving with Harry Gural to, and keep in the game. 10:01 Jan 4, 2022.

[Note: The realms cannot close if there is noise in the realm. It causes a disturbance that prevents a sound barrier from closing the realms.]

The Game never ends, it just burns you out and or kills you, You don't just walk out. Just like real life. It's a metaphor. It's a Game. It's a Catch-22, that you never want to get caught in. And, if you can't get out, you are screwed to the end. Just like Gabby Bernstein says, *"If you don't scream and holler to prove you want out, no one will let you to, so thank you Gabby Bernstein for showing me the way out."*

It worked with Kamala Harris and it works with Richard Neal. This is exactly what kundalini yoga tried to teach people: If you don't stand up firmly for yourself, no one else will. You must get them to stand down with a good offense. Harry Gural, if you back down quietly and quickly, they only come after you stronger and louder. They eventually own you. Linda Plochocki did and so did Dominique Alfandre in the end. She took advantage of that earlier knowledge of your personal experience. She was not there (maybe quietly. She stopped talking for several weeks. She went into a psyche—Norah's) when Tara Plochocki was there, but Nora Diedrich was there.

The Game in The Big Book Story throws the Victim inside the Thievery Ring with harassment of all kinds until they cross the line and become that thief or whore in the end. It never happens. (This is what Beatriz told her. She would "Make Pamela pay, and become a whore—-Just to see how she liked being called a whore," is what Beatriz told her.) In the case of Harry Gural, no matter what, they said or say, they keep bringing him back into the ring and won't release him, no matter what. They play on his psyche and insecurities, in trance states.

*A Thousand Splendid Suns* had the woman leave with the man in the end, escaping with the help of an older woman. They left "slavery" or servitude to that older man in the end. It was an escape as they say in the movies in the middle of the night with someone helping you. It's classic CIA stuff. This is exactly the same thing. We were all in a classic spy novel, called the Big Book Story.

So, if someone says to you, *"Who the hell are you?"* You say, *"Who the hell am I? Who the hell are you?"* Be sure to say it loudly, and with force behind your voice. That was how Pamela Chapman was told everyone was initiated into the Akashic Record realm. And never ever shy away from saying *"Get the hell out of here. You are just a cheap thief, and a cheap whore, after all."*

Thank you, Gabby Bernstein, (Herself), Dan Brennan (Oracle), and Dave Gillett (US Senate) who summoned that in Pamela Chapman. You never know who will become a good influence in your life, or merely be the catalyst to save it.

January 4, 2022, 10:27AM

Pamela Chapman
pmcchapman@comcast.net
401-662-9056

One would think Newport was done with the masturbation, non-profit administrative thievery, a stolen fiction manuscript, *Barefoot in Heels*, and Andrew Parsons, but they were not. And when they got really bored day or night, they said they would just start re-reading the book here all over again. They are never bored with the book. If it had been published in the first place, that is one thing, but it was stolen, and never paid for, or acknowledged as stolen.

So much for her paid rights and permissions from the US Library of Congress. It could not stop anyone in this space. It will in the US court system because that is exactly why those rights and permissions exist in the first place. Judge, Peter Cataldo says, *"Put my name down."*

*"Ok, done."* He is a US patent attorney who lives in Newport, RI and knows Pamela Chapman.

*"Those other attorneys I referred you to will eat their shorts over this one."*

*"Oh, yes they will because we expect a landmark decision over this one. Someone will want it. So, keep at it,"* and we will never see you at an IMC performance because if any of us have to look at Dominique Alfandre, Bethany DiNapoli, even Norah Diedrich or Monique Burgess, I think we will vomit on something.

John LaRocca says, *"I donated so much money to IMC, and I was president of that board for 5 years. I just didn't see this coming."* Mary Claire O'Grady did, and so did Pamela Chapman, and probably Bill Martin and George Furbish and a few others also, but CFRE lady claims, *"I never saw it, because I never looked for it."* Well, Kelly Coen, I never looked for it either, it just hit me in the face like a smack that burns you.

Pamela Chapman and Harry Gural both have a reciprocity of something, and a promise and a deal, and we are sticking to it. *"Oh, yes we are Pamela Chapman. We had a deal and I am Harry Gural and we stuck to it like glue."*

We are into conscious choice over force-fitting relationships, and the use of sound barriers- space between relationships, such as between the Upper and middle realms. It's what thieves and liars are into—the use of sound barriers (noise walls) and force-fitting relationships through the use of psyches. Sound barriers can be noise walls but the realms do not close with noise. They close with sharp sound, but not the disharmonic of noise.

Beatriz:  Taurus 7 degrees: the Woman of Samaria at the ancestral well.
Beatriz wanted Pamela Chapman to be the woman at the Sumerian well. They are all women and they are victims.

The Fall of the Second Temple – Was not the start of the Piscean Age, neither was the death of Jesus Christ. There was a fall, and a rise of the celestial temple at the start.

Pamela Chapman
pamelachapman@cox.net
401-662-9812

Second Temple Period: 586BC  – 70 AD
        Persian:  586 BC – 332 BC
    Hellenistic:   332  --   63 BC
       Roman:      63 BC – 324 AC

1,700 years later is the Age of Enlightenment –had nothing to do with the energy realm.
2,021 we fall into the <u>Akashic Record</u> realm.

**7:30PM**

The <u>Path of the Divine Feminine</u> is a <u>scared union with the self and another.</u>

There is no such thing as an <u>Assemblage Point</u> union with another, and it does not mean you are Ascended, as initially intended.

The <u>100th Meeting Point</u> is the <u>7th Chakra</u> and never opens no matter what they say. It would be the ears—the two auric points and not at the top.

The <u>Assemblage Point</u> and the <u>100th Meeting Point</u> never merge between two people. It would be physically impossible, and of no consequence. Union happens at a different level that only 10th initiate guides and above can see. Otherwise, too many people would be thrown together in horrendous ways that would sabotage the actual way human beings interact with each other.


4th – 7th Chakras is never a union of kundalini energy.

<u>Marie Rossi</u> and <u>David Vann</u> aren't going to allow <u>Pamela Chapman</u> to sue <u>Harry Gural</u> without allowing <u>Harry Gural</u> to tell his side of the story. If they need to arrive in Newport to tell the story, that's fine. <u>Nancy Graham</u> wants a book about the relationship.

<u>Harry Gural</u> opened into the <u>Akashic Record</u> realm in 2016 in a <u>Ways and Means</u> Committee meeting. <u>Kamala Harris</u> had been in the Senate for four years, and VP for 7 months. She was a senator when <u>Harry Gural</u> was initiated.

This story happens over and over again in our collective history. No one ever not wants to write it down, and so now a favorite piece of this:
    The archway and the keys that Hebrews always knew about and so did Raja Yoga.

    [**Note:** There is no such thing as Hindu nations and tribes. They are Persian Nations. There are no Punjabi Nations either.]

<u>Alberto Villodo</u> always knows what I am thinking and saying. He placed himself in a location in the aura that is known for always revealing the truth about anything you inquire about. He taught <u>Nola Ganem</u> and <u>Harry Gural</u>. Yet, they could not validate most things they wanted to prove. The

Pamela Chapman
pamelachapman@cox.net
bijouxx2.com

location is connected to a vertical line in the right ankle near a key hole of the Merkaba, but that is only one of 6 locations you could use. That is the basis of Classic Chinese Medicine. Acupuncture never gets at the root of the issue.  Acupressure can isolate but not fully and holistically heal. The practitioner has to be energetically literate enough to do the work otherwise nothing happens.

Command and control authority of Akashic Record space is power. Kamala Harris learned this from Gabby Bernstein, so did Pamela Chapman. Gabby Bernstein is such a control freak, no one can touch her in this realm. She is surrounded by **Guru Singh**. They protect each other in this space.

Andrew Parsons asked to join Gabby Bernstein's nightly masturbation clinic. She said, *"I don't take men, only women, and it is by paid monthly subscription."*

Harry Gural, how do you protect Pamela Chapman in this space?
> I love her every day and I ask her to protect me. She is never going to understand how I tried to protect both of us. We just do it differently.


In June and July, **Pamela Chapman** said, *"I will sue you all legally."*

No one took her seriously.

Gabby Bernstein arrived to say she wanted to be sued and recorded. When she got bored trying to penetrate Pamela Chapman—really frying her aura— and did not, Peter Bramante, Island Moving Company Executive Director and Andrew Parsons, the ex-husband then took over.

Andrew Parsons, the ex-husband, started as an insurrectionist on February 4, 2021.  He came back in July in full force with strong toxic energy to start all over again even though for a few days he said he would protect her. **Not a chance in hell.**


Harry Gural:  No one wants us together. If we do anything together,  we will never ever call it a date or date night. I do friends with benefits.

Pamela Chapman:  Harry Gural, friends with benefits? OMG for real?  There has to be a back massage clause in the reciprocity of relationship contract. If not, let's call it off.

Harry Gural:  Ok. I accept all together.

Roger Kass of Kass, Kass and Kass wants Harry Gural to take you out properly to *Scales and Shells*.

Pamela C. Chapman
pamelachapman@cox.net
1-401-849-1176

<u>Saul</u>:  <u>Kamala Harris</u> is a politician with no political skill, and no self-mastery to her name, only <u>Akashic Record</u> room kundalini yoga skills of shamanic exercises in the Akashic Record realm. There are about 20 unwritten rules. They are Yogi Bhajan II's personal rules of bullying.

1. Most importantly, never leave ourselves open without a friend. Always initiate someone. That's how you keep the virus alive. That is the foundation of kundalini yoga and initiation into the <u>Akashic Record</u> space.
2. No one can ever leave the space. Everyone is held hostage by <u>Yogi Bhajan II</u> until he decides he is done with you.
3. No one can ever get away with keeping their finances private because they will find out everything, and expose you.
4. Kundalini dancing, and masturbation sex is all anyone can do to be intimate with another. It's the only allowable form of intimacy in the space.
5. Winks are public; feet are private.
6. No one ever leaves.
7. Kundalini yoga will survive because it might be the only way to understand the <u>Akashic Record</u> space.

**10:56PM**


### September 3, 2021
### Labor Day Weekend
### Friday

Last night **Pamela Chapman** was awoken to an intense sexual experience. Last night, <u>Marcella Lobo</u> drilled a hole in <u>Pamela Chapman's</u> groin so she could masturbate and make <u>Pamela Chapman</u> feel it. She did it with her husband. <u>Marcella Lobo</u> was somehow tied to **Alberto Villodo** here. <u>Monique Burgess</u> then did this at least 2- 4 more times more using the <u>Marcella Lobo</u> method.


<u>Saul</u> did not realize that sex actually in the body wakes you up.  Your body wakes you up when your sexual hormones and gland became active, and you know who could do that to you. She knew that. <u>Alberto Villodo</u> did not know that. It is akin to rape and sexual abuse.

<u>Nola Ganem</u>:  Every time <u>Pamela Chapman</u> sleeps something screwy happens, and every morning, **Pamela Chapman,** you piece it all together saying, *"It's no big deal, and how could you all be so f' stupid?"*

Who doesn't understand that <u>Marcella Lobo</u> was going to immediately wake **Pamela Chapman** up with her hormonal antics?

<u>David O'Leary</u>:  No one can actually write like this all day. No one can type this all, and call it a book. You need your personal space and brain to work to live properly.

Pamela Chapman
pmcchapman@cox.net
401-662-0516

Pamela Dorman:  Type. Summarize, Get back to me in 2022.

Pamela Chapman will put this all together. David Vann, esq. and his team will get to work. The New York Times will also get involved, and so will the NY Media elite. We will get something together for humanity's sake to make something better from this horrific experience. She told Kimberly Witherspoon, Tameen Saied, and Alberto Villodo this very same thing on February 4, 2021.

**9:43AM**

Liars and thieves never arrive. Harry Gural may have too many issues to work on.  At 63, when does one begin?

Harry Gural:  I will always remember that you stood up for me so many times and vouched for me this morning, but I did not arrive at a relationship with you because I have so many issues. I prefer liars and thieves to reciprocities even though I am a reciprocity of relationship Melchizedek guide in human form. I have not yet waivered into that lovely awareness and divine love yet. I must go away and learn these things, maybe months, or years, and maybe not for this lifetime, but I did at least do something valuable here, and I will never forget about you. I am your 'I do I do'.  Therefore, no one can say, I never had a decent relationship. It just was only in here.

Do you remember me? Because I remember you?

Harry Gural:  On April 30, 2021 I did ask if you remember who I was, and you said very calmly, *"Yes, I knew you at Wesleyan."* I didn't wince because you did not say, *"I think we had a short-term relationship."*

Pamela Chapman: No, Harry Gural, you specifically asked me, and I said, *"Yes, we did."* But you said, *"I arrived to help you,"* and maybe you did, and maybe I helped you more, but maybe it was something else because we had to wait for an Insurrection of the People, and at least understand Kamala Harris, PayPal, Rusty Dorman, Rusty Powell III.

You were an insurrectionist in Newport and you also brought Tara Plochocki to be your Bonnie to your Clyde. Always remember, no one respects you for that relationship. You gave your loyalties to the wrong person. You gave your loyalties to the wrong person. You rounded up liars and thieves in Newport with abandon.  You did not care who you stepped on, nor who you rounded up. You had no context for anyone. Always remember, you and Pamela Chapman were the actual reciprocity of relationship, not you and Tara Plochocki.

He's the man who armed with a thief from the outside, caused too many problems. He wanted to best them all because Kamala Harris had tested him.

**7:30PM**

Pamela Chapman
pmschapman@cox.net
401-662-9146

1. **Pamela Chapman,** you realized right away he was <u>Harry Gural</u>, and a man you once knew in college.
2. No one told you he was going to arrive.
3. No one validated it was actually <u>Harry Gural</u>.
4. No one repudiated his claim of who he was.
5. No one contradicted any comments.
6. He talked with you for about 5 hours continuously.
7. He has not had a bona fide conversation with you since March (April) 30, 2021.
8. <u>Harry David Gural</u> is 62 and his birthday is September 13, 1958. <u>Pamela Chapman</u> has his actual birth time which he gave you.

He is a rising Aries in the duad of Gemini, the twins, which means his true relationship partner is either a Gemini Sun, Gemini 1st house, or a Twin Soul (not his own) who could be <u>Pamela Chapman</u>. It could mean if <u>Pamela Chapman</u> is the twin he is looking for, she is a reciprocity of relationship since the surname, <u>Gural</u>, as an asteroid is at 28 degrees of Leo in <u>Pamela Chapman's</u> natal chart. This is the same degree as her natal sun. Her <u>Twin Soul</u> is at 27 degrees, and <u>Alberto</u> is at 29 degrees, but <u>Harry</u> is right smack in the middle on the bullseye. This could mean is could be the most inspiring relationship of reciprocity.

No one actually called you, <u>Pamela Chapman</u>, on a shamanic telephone with tented hands about anything at any time. Tented hands never worked with her anyway. <u>Pamela Chapman</u> never had the opportunity for a private conversation with anyone. <u>Grenville Craig</u> told <u>Donald Jagoe</u> about those tented hands in 2011, and never ever told her. She never knew how to have a private conversation with <u>Donald Jagoe</u>, but he always could with the <u>Craig's</u>. This was akin to whispering. <u>Grenville Craig</u>, <u>Sandra Craig</u>, and <u>Donald Jagoe</u> refused to tell her. They taunted her with their own abilities to do so. This is akin to abuse, and a collusion over a 10 year time frame.

<u>Harry Gural</u> told <u>Pamela Chapman</u> he was actually married to <u>Tara Plochocki</u> and all about their combined lifestyle and their divorce. She got the house in Potomac, and he got the beach house in Rehoboth Beach. They would have dinner parties for each other's birthdays at restaurants that cost about $5,000. They went to St. Croix for holidays.

They owned a beach house that he annually spent a week at each 4th of July. He rented it out to others for the rest of the summer. He also said he lived in a rental house off of Embassy Row and DuPont Circle. He claimed had a golden retriever and drove an old Land Rover or something like that.

Pamela Chapman
pamelapmanuaros.net
101-602-9516

Pamela Chapman had no opportunity to know differently. It was a completely made up story. When she was shopping in May at a Marshalls near Boston, he told her all about his ex-wife's shopping habits, and his, as a married man.

You can't make this stuff up because that is actually what he told Pamela Chapman repeatedly, and yet it was all a lie. Emily Parsons agrees.

Rusty Dorman whose real name is Bobby McDermott didn't come up for quite a while. Harry Gural always knew the name of Richard Neale, Rusty Powell III, Bobby McDermott, Tara Plochocki, Michelle, and Tara Plochocki's parents, Linda Plochocki and Stephen Plochocki and that Kamala Harris put them all in a 24/7 Akashic Record space, but especially at night. They just didn't talk during the day.

Harry Gural concurs with that story.

There is a whole story with Tara Plochocki's family for the 4th of July—and at a beautiful house with a pool every summer and the whole idea of swimming naked in the pool with Tara Plochocki and being propositioned by her father after a night's swim. Harry Gural remembers, and agrees to this old story.

Tara Plochocki, Marcella Lobo and Alberto Villodo worked closely with Carrie Crosson Gilpin to make sure the book was fraudulently copied, distributed, read and destroyed, and that Pamela Chapman was reputation, character, and professional credibility as a writer were defamed.

The Star Gate mishaps all stemmed from Tameen Saied, Alberto Villodo, and Harry Gural all changing places such that you were kicked out and Harry Gural and Tameen Saied were placed inside even though you were the founder. No one told her anything about anything about it.

Nancy Moss knew the hole set-up from  Michael Harner on the other side, but never said a word.

Pamela Chapman was always pushed out, and waking up in the middle of the Akashic Record space. They repeatedly told her she was not allowed to fall asleep. She said that was all, *"horse shit because I am was never going to stay awake just to avoid being kicked out."* She knew at some point, she'd fall asleep and then she'd be kicked out anyway.

Lying is not a crime until it becomes slander, abuse, gross misconduct, fraud, and collusion. Since Pamela Chapman never had any facts or knew any rules of this "game" she had no idea how to play except as it appeared. She believed she was treated like an animal in the zoo between and behind a cage as entertainment for everyone else. It is akin to a movie, such as *The Hunger Games* which is about how it appears to everyone else.

How did Pamela Chapman first meet Harry Gural?

Harry Gural lived in Butterfield A in a single on the 2nd floor. He played the guitar and sang in a group in the Butterfield commons at the start of the semester. Pamela Chapman did not remember,

Pamela Chapman
pmwchapman@comcast.net
401-662-9840

but Karla Burganti  did who came to spent an overnight with her. She and Pamela Chapman traveled that summer in Europe. Marie Rossi might remember that. Karla remembers meeting Harry Gural. Pamela Chapman does not.

He appeared April 30, 2021. Today is September 3, 2021. Today he claims he is in a dunk tank because he can't face Pamela Chapman about a truth he recently told her daughter over the past several month.

1.  Harry Gural can't leave his apartment during the day because Tara Plochocki will chase him around in a yellow school bus that she has on her dash board of her computer screen.

2.  Harry Gural can't go to the grocery store because he would have to list all his purchases to Rusty Powell III or Rusty Dorman or Tara Plochocki or her mother Linda Plochocki, who in turn would yell at him for whatever he recently bought. Pamela Chapman had heard that before.

3.  Harry Gural never goes to the grocery store because he doesn't want to use a credit card which Pamela Chapman straightened out with Chevy Chase bank, and Richard Neal's office. Every purchase was reported by the bank in the Akashic Record space to a staffer in Richard Neale's office which would then via a back door harass him for it. It could also come from Rusty Powell III or Rusty Dorman.

4.  Harry Gural doesn't sleep. I taught myself to stay awake because if I fell asleep, I would be attacked by Rusty Powell III, Bobby McDermott, Tara Plochocki, Linda Plochocki, Kamala Harris, Richard Neale or even Justine Rudock occasionally. I can sleep if I felt completely comfortable. I can absolutely nap with Pamela Chapman during the day, but I can't sleep at night.

    You were terrorized. So, was Pamela Chapman. Every time she awakens at 12:30 AM or 2:00 AM, I get attacked. It has been different cycles of people who do this.

Harry Gural agrees with all of these so far.

Harry Gural is also writing these down because he doesn't believe you actually understand his current situation which is why he as in a private space.

It is a lawsuit of the highest degree.

You are in the Star Gate Nation territory. Yet, you don't spend any time here because you always get locked out by **Tameen Saied**, **Alberto Villodo**, and **Harry Gural**. Alberto Villodo says, "I never wanted you in that place because I needed you to channel for me." No. He wanted you to suffer because Marcella Lobo doesn't like the fact that you were Alberto Villodo's Wisdom

Pamela Chapman
pmelachapman@cox.net
401-662-0546

Keeper and kundalini partner because she didn't pick you. She picked Annette Burke and Natalie Griffith as potential wives.

Alberto Villodo says, *"You are absolutely correct."*

Tameen Saied claims his father forced him to kick you out. No. He didn't want you because that was his game he played in the Star Gate because you were a founder and a clear channel. He wanted all the power for himself.

He lives in Chennai, India and knows Pamela Chapman since 2014 through astrology. He is approximately 41 years old, with maybe a wife (?) and two children (?). His background is questionable, but she has emails from him from 2014 and are still in her computer

Tameen Saied: We live in opposite geographies. Yet, my lifestyle is entrained to Eastern Standard Time since January 2021. My family doesn't see much of me. I am asleep during the early evening, and awake at night. It is 9 hours ahead in Chennai. Each evening is 8 am EST.

David Vann is absolutely astonished at Pamela Chapman's clarity of frame of mind, and incredible composure despite her claim to be so traumatized by the whole experience. You are completely grounded. She said, *"I have to be."*

Alberto Villodo: Pamela Chapman you and I were destined to meet, yet we were absolutely opposite in life circumstances and situations and lifestyle.


Peter Bramante and Island Moving Company, Gabby Bernstein, and Andrew Parsons all had strong toxic energy walls or laser teams of strong energy—and when Pamela Chapman stood up, she thought she'd faint. Peter Bramante got so excited and said *"Let's see what fried really looks like."* They fried her nerves. She could not sleep or function.

Andrew Parsons' energy got really harsh and toxic, and she started sitting on the edge of a bathroom tub clenching a pillow with her feet on a rug. Gabby Bernstein said, *"All that buffered the energy."* It was so awful, she couldn't sleep. It lasted 7.5 hours. It fried her nerves, and her ability to concentrate and meditate. It's a shaking and shagging down. It is all raw nerves. It is absolute physical assault.

Alberto Villodo did so much teaching of energy and sorcery mentoring to the new Thievery Ring Workgroup, i.e. Monique Burgess, Bethany DiNapoli, Nola Ganem, etc. He provided nothing to Pamela Chapman, with whom he promised to mentor.

No one can understand why no one ever stepped up to help Pamela Chapman, and everyone supported the abusers.

Harry Gural has two books of notes over the last two years.

Pamela Chapman
pmcchapman@cox.net
1-1-662-9346

Pamela Chapman has 6.5 bound books of notes from July and a few from before.
Tameen Saied has several dates.
Pamela Dorman has notes from February and March 2021 from Kamala's Table.
David O'Leary said he can remember a lot from February and March 2021, and you can always call him for a US Court case, but he insisted, *"Only through a lawyer."*

Pamela Chapman knows Betsey Zembo form freshman and sophomore years also. She knows all Caroline Crosson Gilpin, Diane Crosson McEnroe, and Cynthia Parent. Pamela Chapman also knows all the women who showed up here especially Jody Quinlan who was here as well as Patricia McKinley who was a director of student affairs. She knows everybody! She has been a 40-year trustee of the University of Hartford and the Board of Higher Education of the State of Connecticut.

Several people early on slandered Pamela Chapman so badly for lying, cheating, and all sorts of misdemeanors. It was bad slander.
Pamela Chapman, the reason Harry Gural actually showed up on April 30, 2021 was because you were so f' impressive to him and you couldn't see straight until he came to check her out, and he didn't stop admiring her, so he stuck around.

Marie Rossi we will give you that one, but why on earth did he show up?

Harry Gural: Because I really wanted to talk to you and I didn't have your f' phone number.

You really needed help, and instead of asking for it, you offered it to a victim instead because Pamela Chapman has vouched for or shown up for you.

Marie Rossi:  You are responsible for summarizing and providing insight. How do you do it?

Pamela Chapman claims she punts, putts and guesses a lot. She has no playbook, only raw intellect, raw wit, raw nerves not of steel. She is desperate for an exit strategy as a collaborator. This is all she knows how to do.

Pamela Chapman can't talk to her daughter without them overhearing every conversation.

Pamela Chapman can't order anything online or on the telephone. Every human conversation goes into the Akashic Record space. Alberto Villodo is responsible for that. Everyone thinks it's f' funny.

People like Marcella Lobo and Tracey Jonssen want to always stimulate Pamela Chapman's vaginal area as something funny— to make her masturbate.

Caroline Crosson Gilpin and Monique Burgess and Nola Ganem took this up in September, October and November.

Pamela Chapman
pmchapman@comcast.net
860-605-0846

Pamela Chapman refuses to masturbate. Besides, it would make her urinate.

Last night, Marcella Lobo drilled a tunnel in Pamela Chapman's vaginal area to masturbate on her kundalini energy. It is absolute rape. Monique Burgess did this several times in October and November.

Dr. Harwin. M.D. wants Pamela Chapman to know she has an absolute clarity of grace and knowing and if Valerie Lewis wants to hold you responsible for something she said at the age of 19, she is grossly under estimating the intensity of the situation. Thank you, I agree, says Pamela Chapman.

David Vann:  Many people realize how serious their accusations are and several are worried we are teaching our children bad energy tools—We need to be very up front with what is happening, after all, as you said Pamela Chapman, *"Kundalini yoga and shamanic studies have been completely misrepresented, and so many people have suffered because of this misrepresentation."*

Pamela Chapman also wants to say, once again, *"We may always remember that attacks by thieves and thievery people against women always brand the women as whores, thieves, cheaters, and rag dolls that deserve to be kicked in the gutter. We need to stop marginalizing women who are divorced or unwed. These are just shaming and blaming tactics of people who lack leadership, and self-mastery skills."*

Remember, you all had a mother, a sister and a daughter. Stand up with them, instead of slandering them.

### Kamala Harris/Kamala's Table

Kamala Harris never offered her one energy tool when she landed at her table with Pat Fernandez. In the beginning, all our throats were raw because she could only talk out loud verbally in here. It took one month for her inner voice to arrive.

Who is Kamala Harris to you personally Pamela Chapman?

*"Just a woman who ran an Akashic Record space that Pat Fernandez dragged me to."* That was February 10th they say. Kamala Harris had only been inaugurated as VP in January 2021. When she arrived, Pamela Chapman kept saying, *"I don't need to be there. I report to two Ascended Masters. I could care less about politics."*

Pat Fernandez thought Pamela Chapman and Alberto Villodo were spies in the Upper realm. But, the day after she was dumped at Kamala' Table with Alberto Villodo to defend her actions, she did brilliantly. They never cared about Alberto Villodo.  It took two weeks, day-after-day of saying the same thing in different ways regarding what she had been asked. It was all related to her book, *Barefoot in Heels.*

Kamala Harris never taught her one bloody thing, and neither did Alberto Villodo. They both are brilliant Akashic record readers and Kamala Harris has a circle of shamans, Rusty Powell III, Rusty Dorman, sometimes Justine Rudock and Justin Ramel.

Harry Gural has two questions for Pamela Chapman. How long were your meetings and who ran them?

Pamela Chapman:  How long? They never ended. I just left when I had enough. Eventually, when they went all night long, I decided I didn't exist like them and said, I'm done at 2AM. I stuck with that. In the mornings, Mark Halpern ran the meetings. He said, *"I am a Twin Soul seer of the north with Elizabeth Myers."* He played game show host every day. All I know is: It was either Kamala Harris, Mark Halpern, or myself holding the space.

Pat Fernandez: No one was supposed to run these meetings because we were there

All day and all night, Yet, Pamela Chapman you are correct. It was the three of you most of the time, and Mark Halpern was a game show host. No one wanted to supplant him.

Yet, no one could ever compete with Mark Halpern. He was obnoxious, until one day someone called him out.  Then, he stepped down. That helped everyone. No one wanted to listen to him anymore.

David O'Leary:  Pamela Chapman we can't thank you enough because we are so f' bored and you were so entertaining. Yet, we didn't stop the issue of your book with Pamela Dorman and Carrie Crosson Gilpin was an instigator. We all knew it, but we didn't stop it because Kamala Harris had a code of loyalty that said, *"If I say it's ok, then it is, and you don't stop whatever I say is ok."* You can never question Kamala Harris. She can always question you. We can't talk about that now. Just remember what I told you this morning.

Pamela Dorman wrote things down, although we were told never to wrote anything down at Kamala's Table.

*"You had to bring your spouse. Some people spent tens of thousands of dollars to arrive. Others paid nothing."*

Pamela Chapman was indifferent, and that made all the difference for her personally.

*"She was all that and more."*

Pamela Chapman always asked Kamala Harris and Nancy Pelosi, *"Don't you have more important things to attend to?"*

Kamala Harris had a clever answer that said, *"They like to get feet on the ground details and use Newport as a laboratory or incubator of programs and projects."*

Pamela Chapman
pamelachapman@cox.net
401-662-9216

How loyal can they be? To what extent will they go?

**11:15AM**

Pamela Chapman said, *"Mayor David Dinkins/Jonathon Karp retired. We are all done and all through because Andrew Parson's guide was promised an Insurrection of the People that he desperately wanted to have happen."* Yet, Pamela Chapman said, "Andrew Parsons wanted to shout out something about DNC's for the people, and cause a scandalous stir," yet David Dinkins already said, and pronounced, *"We just don't do that, because I am old, and when I was younger, women were put at risk to illegal means, and we just didn't do that. We make it safe for everyone no matter what."* Now in June 2022, Roe v. Wade has been overturned at the federal level with 26 states planning to make them illegal. Louisiana wants to label it a criminal homicide.

David Dinkins/Jonathon Karp got Andrew Parsons to stand down. This was important because Andrew Parsons was sitting on Pamela Chapman's third eye watching her look at anything she was looking at. He was walking around and looking in her house at all the things she owned. He asked about a scarf he had bought her because it was obvious about its material –and where it was. She said how could you do it?


No one expected Tameen Saied's father (who turned out to be the old guide, Kathume, who has also played seven times before) to participate or to claim a win over Pamela Chapman. Yet, he did in the Star Gate which is why she kept getting bumped out.

Tameen Saied said, *"But Dad, I can't play this way."*

Tameen Guide said, "It's ok son, because she will lose to Alberto Villodo. Harry Gural will team up again with Tara Plochocki, and we will play continuously until next June or July, but by then you and I will have retreated."

But that didn't happen because Harry Gural said, *"I can't play with Tara Plochocki."*

Pamela Chapman said, *"I can't live outside the Reciprocity Nation. It's really not a nation, and everyone will suppress anyway."*

Saul said yesterday, *"I think we are all done, and all of this and that."*

Samuel said, *"Let's try one more day."*

Andrew Parsons said, *"Ok, I want to play the abortion card all over again."*

Samuel said, *"Ok, but you don't win,"* and his brother said, *"Be careful. She has her many friends,"* and she did.

Pamela Chapman
pmlachapman@comcast
401-662-9946

David Dinkins/Jonathon Karp won the coin toss. He is the savior of the people for stopping the entire Game. We love to have a former big city mayor because the politicians always lose and he won big time and Kamala Harris will lose big time. It's all proven in the history books. Yet, David Dinkins was really Jonathon Karp, CEO, Simon and Schuster.

Pamela Chapman you said it best when you said, "Gilgamesh is just one examplea. The Bhagavad Gita is another. They are all metaphors for bigger games."

In the digital information age, Pamela Chapman said, "There are no horse and hoof battles just digital information that gets plagiarized and stolen," We will all soon realize that you can't stop projects that are destined to succeed.

Kristin Coates/ Nola Ganem said, "Justin Romel's mother taught him to get out of the house in the rain. He will eventually understand now that Kamala Harris will fall down and break her crown because she will end up with Alberto Villodo. Marcella Lobo will hobble along because she knows no other fellow. She will always wonder why this didn't turn out as she planned. Don't be alarmed if Marcella Lobo stays a sorceress, and Alberto Villodo retires and does something else."

The high pitch razor sound is for everyone around the world to let her know that **reciprocity nation has ended its epic battles**. The sound comes from Samuel and Kathume's machinery. We usually have 2-3 epic battles. We think we had four.

Are the epic battles always with insurrectionists?

"Yes. Kamala Harris, Andrew Parsons, Alberto Villodo, Harry Gural with Barefoot in Heels, and probably a few others."

But, is the battle, the battle of the victim?

"It's never about the victim. The victim is the wrong side of the battle."

"So, it wasn't about you, Pamela Chapman. They just ruin you instead. It's not fast. If you had been a Twin Soul with a viable Twin Soul partner—that's not what happened. They always use someone abandoned."

"Why?"

"Because, no one will ever help a Twin Soul in a last life time with no viable partner."

Do the epic battles ever say Twin Soul?

"They never do."

Do you know of any other great pieces of literature documenting the history from these battles?

Pamela Chapman
pamelachapman@cox.net
401-662-2053 (h)

"There are 5 or 6. They are all different, yet the same." The Bible has several. Bhavagad Gita. Gilgamesh.

"Pamela Chapman you can now begin again. Yet, how do you begin again when people have been so damn rude?"

"Well, now you know who you can thank, and which ones you don't. Good bye, Good luck. God bless."

"We are the British Royal Family, and we can't believe we didn't understand The Game."
"Yes they did. Someone explained it to them, and Beatrice of York is involved with Jonathon Karp's Thievery Ring. We don't know who to trust or who to blame. Pamela Chapman, you never had a chance to ever know The Game."

Pamela Chapman, Harry Gural doesn't have a straw hat or a house, so don't put him out, because a straw hat is a role, and a house is just a house, and so have a heart, and tell him to move upstate because Washington D.C. isn't the place for a big fellow like him anymore.

The Saudi Princes are done and all through, and they don't have a thing to say. They thought they had retreated. Then, one day they came out they cried, "Oh shit, Sherlock."

Tameen Saied is a just a stick figure for his guide father, Kathume, who said, "He'd never understand how Pamela Chapman could even win with any victory march."

"She did by a long shot, so we are so proud, and she is so few. We will end by saying Thank god, amen."


## September 4, 2021
### Labor Day Weekend
### Saturday

Harry Gural and Pamela Chapman are leading parallel relationships. He with the instigators and infidels and she with the reciprocities. He has a sorcery camera, film and sight and gives all her creative thoughts and dreams away. He has a pen lamp that Tara Plochocki was holding that says all her writings must be shared simultaneously.

Samuel and Saul keep tossing each of them back and forth. They are both victims of the people. He is a victim of thievery. If they can't meet and sponsor each other in retreat, they will never get out of the Akashic Record space and neither will anyone else.

Andrew Parsons' boss said don't bring toxic hands to work. But earlier, when you called for family and friends to help, eventually they don't know or want to help anymore. They become indifferent. They retreat the relationship of generosity and transaction away.

Pamela Chapman
pmchapman@comcast.net
401.662.9846

Andrew Parsons can't be  reciprocity of anyone because he has no self-awareness or self-mastery skills. As such, he decided with all the help that arrived for him last night, he wanted Gabby Bernstein to himself. He wanted to join her nightly group of masturbation women—Just like Tom Hockaday's House. She then declared, *"It only for women."*

Then, she quickly said, *"I am heterosexual,"* so no one in the dreamtime of the yoga world and media trade wouldn't dislike her, except no one loves her anyway anytime. No one cares.
Now, Pamela Chapman no matter what we tell you, you don't really get The Game, but you get the ending anyway, anyhow because you played your game your way, and Harry Gural played his in parallel his own way. Now, you must work to sponsor each other out of being victims. The reciprocities for Pamela Chapman are in the legal court system and for Harry Gural maybe nothing at all. It's up to him where he throws his own chi ball.

The reciprocity of the people say Pamela Chapman you saved your best shot and lost all your marbles anyway, sight, sound, visualizing, your book *Barefoot in Heels*, writings. In the end, you can retreat, and start all over again.

Harry Gural you will need to decide how you will play The Game moving forward because David Vann and Marie Rossi know you too now to listen to your bullshit about what really happened here with Kamala Harris and Tara Plochocki. Kamala Harris herself said, "I never told you to act this way with Tara Plochocki. I just switched up your energy lines, and sat back and watched how the whole rodeo would happen. You decided by yourself how you would respond."

Nancy Graham and Harry Gural played the part of the Greater Fool, ratcheting up The Game until it was too much.  They toppled down their own ladder as a fool playing their own game their own way.

Harry Gural can't come out and play because he only wants to be a thief with people like Tara Plochocki.

Andrew Parsons wants a sexual experience with Gabby Bernstein's people.

Alberto Villoldo wants to only play with Marcella Lobo.

Donald Jagoe chose Jana Jagoe a long time ago. Yesterday he said, *"I can't understand why no one wanted to work with you."*

Someone said, *"Well, she is your own soul, and you are this reciprocity. Yet, you walked away, and never played anyway."*

Grenville Craig and Sandra Craig wanted to play, but he only wanted you as his own private prisoner. You had no idea what he was really doing.

Pamela Chapman
pamelachapman@comcast
3637005310

Peter Cataldo:  Call me sometime. If Terry Pantini listened to anyone at Island Moving Company, she didn't listen to Peter Bramante or Miki Ohlsen, and she and I followed what you said and did. Often you didn't say one word in that committee meeting, and neither did we participate. Now, we have all the validation of the energies we couldn't see, but you sat back and waited.

Your son, William Parsons, says Harry Gural always said it wasn't that he would not show up for Pamela Chapman as a reciprocity of relationship, it's that he just won't show up this way.

William Parsons:  Alberto Villodo did this to Pamela Chapman and so did Donald Jagoe, and no one else of any worth or relationship.

Tara Plochocki: I disagree tremendously. Harry Gural and I don't have any energy of coherence. We just made a promise to each other that I don't understand, and I can't comment to it because I have no generosity of relationship and probably never will. I always will be a thief, a liar, and a wanna be angel, but I will never be a reciprocity of relationship like Pamela Chapman who shows up naturally because she had a long-term marriage and two children. They teach you things you can't anticipate— Like you must show up every day of your life there, and then you know how it all goes.

Andrew Parsons was a grand instigator not only once, but twice, or trice over. He will pay handsomely in a court of law as well as in his own future lives, as his mother told him from the other side last night, *"I don't think what you are planning is a great idea."* But, he did it anyway. He didn't believe her. No one believes that Pamela Chapman could have had a DNC because she always said, *"I have no marital affair,"* and he insisted on it so much for so long, and then capitulated. He said, *"I don't understand."* So now,  she kept saying, *"I could never stand down to this type of bullying on that type of political issue."* Yet, as a medical doctor, he kept coming at her. Now, he is this boy who cried wolf. No one will ever believe his accusations ever again as he did this for ten years running. He wanted her to be a mental patient so that she looked like some kind of morphed animal, so that he could say, *"You did this to herself as an infidelity to your marriage."* Yet, she was there by a reciprocity to her children and the people.

Like the *Moses Code*, he could use an anti-depressant because Gabby Bernstein asked him last night when he was staring down Pamela Chapman and Harry Gural's aura, *"Did you just break up with a girl friend?"*

He said, *"Two months ago."* In his state of rejection, he seeks the medication of trance states that all end up in masturbation. He is a thief through and through.

Megan French Smith was obnoxious like you can't believe playing as Tara French. She is in Harry Gural's groin because she wanted to make sure Harry Gural didn't have sex with anyone without exciting her first.

She holds three reciprocities of Pamela Chapman's and Pamela Chapman said she didn't want any of the from her:
  1.  A Book Jacket with the name Megan Fox Kelly, which was Tara Gragg, dancer at IMC.

Pamela Chapman
pbchapman@comcast
Bristol 2495 hv

2. A Book Jacket with name <u>Sly Silvester</u>, which was <u>Jana Jagoe</u>, but really <u>Bethany DiNapoli</u>.
3. A Book Jacket with the name <u>Tara Plochocki</u>, but when she found out you could use <u>David Vann</u> esq. as your attorney, she said she is out as an attorney in Washington D.C. She quickly got out of the realm after this date anyway.

<u>Megan Fox Kelly</u> was always <u>Tara Gragg</u>. She claims she works for Fox News agency. No one gets to call me <u>Megan Fox Kelly</u> without catching my attention. She is holding:

1. Book jacket with <u>David Vann</u> for <u>Simon and Schuster</u> because she said she and <u>David Vann</u> and <u>Marie Rossi</u> all go out to the milk store together at night, energetically walking through walls and such places—no, it was <u>Kundalini Crossing</u>.

I am <u>Meaghan Perry</u>. I never understood why <u>William's</u> father was so cruel to the mother. I never knew to really ask <u>William Parsons</u>, but I do all the time. He said, *"I just can't say every day."* I knew unmistakably that <u>Pamela Chapman</u> isn't who <u>Andrew Parsons</u> always said she was because my mother can't understand how no one wanted to be her friend.  Now, I know it is because no one ever wanted to initiate her into their pods, and she came out through <u>Alberto Villoda</u>, who shocked us all. In the end, <u>Alberto Villoda</u> was always the whore of <u>Lahore</u>.

And now we know <u>Justin Romel</u> was also a whore of <u>Lahore</u>, as was <u>Justine Rudock</u>, and all had to take alias names as did <u>Marcella</u> –Marcia- Marcey <u>Lobos</u> or <u>Laura Villodo</u>. And she is only from East Los Angeles not Brentwood like <u>Alberto Villodo</u>. He drives a black Mercedes convertible sports coupe because he is Brentwood through and through.  No one ever thought to tell <u>Pamela Chapman</u> who he and <u>Lahore</u> and <u>Justin Romel</u> really were except she always knew <u>Paul Kipnes</u>, <u>Justine Rudock</u>, and <u>Sharon Ramel</u> and a few others by extensions. Yet, no one said a word to her about anyone, any game, the <u>Akashic Record</u> realm, or anything else.

Goop Lady (<u>Gwyneth Paltrow</u>) says, *"We always thought we couldn't say one word because we were so grateful to have an <u>Akashic Record</u> room in the upper realms, but we never knew we were in the Upper realms until two years ago when we started listening to <u>Ashley Judd</u>."* The **#metoo** movement is really part of this topple down of film, media and publishing empire of thievery leadership.

**#Standupmetoo** is <u>Pamela Chapman's</u> personal crusade. It started with <u>Ashley Judd</u> and <u>Jane Fonda</u>. **#standupmetoo.** We said that back in February and March, 2021. <u>Ashley Judd</u> came up with the **#metoo. <u>Pamela Chapman</u>** said always, *"Standup Straight",*  and so she said then what we were doing is **#standupmetoo** because we both believed in personal agency, and all the rest. And, what we were both trying to accomplish—both born of personal respect, reciprocity of respect, and reciprocity of women in the industry of media and its extensions.

<u>Meaghan Perry</u>:  I can't believe you don't have any real friends, so I'm not going to tell you your mother can't go on a sailboat with you because she drinks too much and you don't drink at all. It's because you can't drink, not because you were un-initiated into the <u>Akashic Record</u> realm. She can't be seen with <u>Pamela Chapman,</u> so we'll say it's over alcohol.

Pamela Chapman
pamelachapmanreview.net
401-662-905 10

Jim Gaffney: Because Trudy Coxe can't stand to play their games either, and no one helped her until I said, *"I will always speak for you, and now no one knows the difference."* He doesn't have to tell anyone he is not she. They each cover for the other.

Harry Gural:  No way Jose. If he is he, and she is she, then Saul is me and Pamela Chapman is dead, so no one will ever know if Pamela Chapman just lost her shit here, or of Harry Gural went mute, or if Harry Gural is Harry Gural, or if someone else is now Pamela Chapman because her ideas are everywhere now. So, she is dead, burnt to a raw crisp, and Harry Gural is now in Fuji Islands. So, don't come looking for us. We no longer exist in here, and maybe not even out there because only David Vann will have our new brand new identification numbers.

Marie Rossi:  I can't say who that was, and if Pamela Chapman is dead. No one ever wanted to hear from her ever again. You are no longer here ever more.

Harry Gural:  I can't stand that woman, and she is a real pain in my archway door. So, if I have to get one more key to get rid of her, I offer her the key to my archway door because if she falls down that Sumerian Well, one more time and drowns in that stupid dunk tank, I will be strung up side down and crucified alongside her, but I won't be seeing straight and my eyes will be full of hairspray and wet paint because if there is any wet paint in Newport, it also belonged to Sandra Craig. Harry Gural will never belong to Sandra Craig and neither will Pamela Chapman belong to any Craig, especially, Grenville V. Craig, who wanted kundalini from her badly but never knew what it really was, and when he found out, we initiated him. Then, he and Sandra Craig got bored and didn't want it anymore.

Harry Gural:  We can do this all day.

We will clean up Harry Gural's aura, mind and body, and Pamela Chapman's also, and we will root for their joint retreat, because we can't retreat without them going first. It is their combined leadership that we need to guide us through the realm of possibilities and reciprocities of relationship as the only true joined union in our combined humanity.

Peter Cataldo: No one should be plagiarizing these words. They belong to Pamela Chapman, and her new book, *The Ardmore Book Club, The Journey of An Author and A Stolen Book Manuscript 2/4/2021 – 9/22/2022*, or something like that. It covers the period of time she and Alberto Villodo called Star Gate Nation, a name she coined without knowing what the Celestial Nation was or any association with that body of knowledge.

Pamela Chapman:  Other countries have other rules, but we will work diligently to understand this belongs to her. It is the Bible for the New Age of Aquarius, and the Grand Mutation every 2,100 years.

691

Pamela Chapman
pmchapmancoxe.net
101-663-93 he

<u>Donald Jagoe:</u>  This is too much information anyway. I know you will prepare something. You always said you'd write another book, just not fiction right away.

<u>Laurie Montano:</u> I don't know how <u>Harry Gural</u> does it. He belongs to me in a future lifetime.

<u>Patti Christiana,</u> PhD, Clinical Psychologist:  I can't remember how long ago I last saw you, but if we were to arrive at the beach I would now recognize you unmistakably because no one changes that much.  I look the same, and so does <u>Laurie Montano</u>. You recognize these men right away, but you don't know why or how you could read their energies better than they could read themselves. You could also recognize <u>Harry Gural's</u> energy in here without batting an eyelash, and not <u>Donald Jagoe's</u> at all.

His own energy is un-ascended, un-aware, and un-self-mastered. <u>Harry Gural</u> doesn't understand how <u>Donald Jagoe</u> left <u>Pamela Chapman</u> on the footstool of humanity when he walks his own dog twice a day.

<u>Jana Jagoe</u> says, *"No way Jose, I walk that dog also."*

<u>Donald Jagoe</u>:  No. She never walks herself home ever.

<u>Jane Fonda</u> loves that!

<u>Tara Plochocki</u> is sitting in the back waters here. She and <u>Andrew Parsons</u> think <u>Harry Gural</u> is a fraud.

*"No, <u>Harry Gural</u> is holding two pieces of information <u>Andrew Parsons</u> wants to be remembered."*

<u>Andrew Parsons</u> can't figure out how <u>Pamela Chapman</u> has all the support, and how she holds so much information and leadership because when she was married to him, she was just a piece of ragdoll shit, and now if anyone thinks he is a piece of shit, just remember he is never <u>Tony Massie</u> in *Barefoot in Heels*. He insisted he is not that character, that antagonist.

<u>Joe DePaula</u> says <u>Laurie Montano</u> always thought something was up in this space two years ago, and couldn't say why. <u>Andrew Parsons</u> bullied <u>Joe DePaula</u> into telling him where <u>Pamela Chapman</u> was in the realm. He said, *"I cannot really say."*

When you told <u>Andrew Parsons</u>, *"She was living with another woman as a gay couple"*—he already knew, and didn't have the courage to tell you. He acted surprised didn't he?

*"Yes, because he couldn't be fluid yet, but he will."*

Pamela Chapman
pmochapman@cox.net
401-662-9856

<u>Tara Plochocki</u> says, *"He will extinguish himself because if he and she team up, she will bury his ass in the sand dunes of <u>Touro Park Beach</u> because if we went camping in Touro Park, he would always know the solstices and equinoxes always reveal the real truths about Newport. Yes, I am that kind of intellect and insider after all."*

*"No, biting is ever allowed especially in dating. Only at Stoneacre Brasserie, Newport, RI can you take a personal bite with someone."*

*"Just remember, shit can always be recycled and revitalized as fertilizer. It just has a smell like some old men do, and all the others."*

*"I don't roll with pigs in the mud, so I don't get dirty, and neither should you. Just remember the movie, <u>The Help</u>, and that fudge pie and what that woman said was in the pie. You will always remember to stay away from all the big shots, which is why I have a big outdoor septic field. It just flows out, and down, and always underground."*

We never had a playbook for our afternoon Shit Show Game Show called, *What's My Lineage*, and neither do we have one now. Then there was the morning- evening drive (by) show walking on the beach. It's the best pod cast in Los Angeles, Big Sur, CA, New York City, New Jersey and Boston. Be aware this space can evaporate your social life and lifestyle.

If <u>Pat Fernandez</u> writes a book, <u>Pamela Chapman</u> wants to read it. Last January 2021, <u>Pat Fernandez</u> said, *"I can't write like you,"* but never did explained. <u>Pat Fernandez</u> used a book coach to help her write some story.  Her husband got her an agent, and paid for a private book binding publisher as a surprise gift. Originally, she said she didn't know her husband had done that for her, but we think so, because her aura has the stamp of approval of a stinky fellow. Her husband didn't have CEO energy in the <u>Kamala's Table</u> space, or here. So, if either one is to be a CEO, it is she. Be aware and always wear a life vest or a dark suit, which is a wet suit in a shark tank.

<u>Alberto Villodo</u> has an opening for <u>Pat Fernandez</u> with <u>Marcella Lobo</u> and <u>Kamala Harris</u> as a reciprocity for the East Coast in pharmaceutical distribution. It's just like rice soup and <u>Michael</u> will know how to distribute to all Spanish speaking countries.

<u>Roger Kass</u>:  I got your number <u>Pamela Chapman</u>.

I have yours <u>Roger –Dodger</u>, over and out.

<u>Pamela Chapman:</u>  Be careful when you check your cereal box in the morning. There might be a decoder ring in it from me.

<u>Roger Kass</u>:  I thought I'd be on *Saturday Night Live*.

<u>Pamela Chapman:</u> That's after my book comes out. Don't drink, because <u>Reese Witherspoon</u> can always tell what you've been up to on camera. If you drink or do drugs within months of your camera debut, we can tell.

**Roger Kass:**  If Harry Gural does have a decoder ring, and you have two or three, can he borrow one?

**Harry Gural:**  I have a special walkie talkie and film real, so I don't need a decoder ring, but Tara Plochocki is a Thievery Ring around everyone's 4th chakra. So, I don't want any new rings Pamela Chapman.

**Tara Plochocki:**  I don't remember my agenda. We need to get to the point, and you don't.

**Pamela Chapman:**  We can write a book in beet juice if we have to, so don't go there.

**Tara Plochocki:**  Blood and beet juice. I don't know you, but I already like you.

**Pamela Chapman:**  There is no flirting with Tara Plochocki. Get over yourself. I told you back in March, we don't flirt our way through the halls of justice and the courtroom. But not to worry. You will be working in Macy's before this is all done and over.

**Tara Plochocki:**  If I work in Macy's and Harry Gural needs a new madras short sleeve shirt, I'm not buying it on discount.

**Pamela Chapman:**  Sweetheart, we don't shop in Macy's, and we never did. We go straight to Murray's Tog Shop. So, keep all your coupons. We have other asset class credentials, and we always know how to accommodate our personal uniforms. So, Macy's discounts will get *you* everywhere you need to be Tara Plochocki.

**Tara Plochocki:**  I don't have to look up that Tog Shop.

**Roger Kass:** Don't worry your pretty little head. They don't do business with people like you or your parents.

**Tara Gragg:**  I just got my new Nantucket Reds the other day. I look swell for Harbor Court so we are all set for Wendy and Eric Schmidt to come to our cocktail party next week and the Nantucket Country Club after that.

Ok, Tara Plochocki. You don't belong here and neither do your parents.

**Harry Gural:** You are the best in class at that.

**Pamela Chapman:** Yes, but we all know what we really are. Just like in fiction, we don't give the reader all the answers, we want the reader to believe they are smart and can make the right connections.

It always comes down to fiction doesn't it?

Pamela Chapman
pmchapman@comcast.net
401-862-0840

<u>Pamela Chapman</u>:  Well, I am just trying out my new embedded messaging system. It's just my own voice. You speak backwards and forwards simultaneously, <u>Harry Gural</u>, to confuse. I just add my own embedded messaging—that's my game and I'm sticking to it. It's more fun than backwards day and the halls of Hall High School, West Hartford, CT.

<u>David O'Leary</u>:  I'm not having any fun, and the golf course is full, but if you have one wish and I have many, make sure *Barefoot in Heels* is published because no one appreciated how hard you worked to write the book. It never looks like these transcripts.

<u>Carrie Crosson Gilpin, Miss Hall High School herself</u>:  I miss my boyfriend, <u>Nick</u>. No, not really, but he was a handsome hunk of human meat. Well, he was and he wasn't. But I will say I never liked <u>David O'Leary</u> until this space, and you and he can laugh all you like, but I know you had an abortion – Oh, yah, sure you did sweetheart.

<u>Pamela Chapman</u>:  No f'way do you align with that jerk husband, **Andrew Parsons**. [Note: She became <u>Andrew Parsons'</u> handler and first sorcery wife in mid-October 2021. Then, he became <u>Maura Lindsey's</u> and <u>Nola Ganem's</u> (twice!). Finally he added Christine Bush to his personal harem.]
Stand up for women for once in your life <u>Carrie Crosson Gilpin</u>!

<u>Carrie Crosson Gilpin, Miss Slanderous Thief Herself</u>,  His handler, scandal handler, Whore, Rag Doll, Scarsdale meat—Be careful where you swim in Quonnie Pond. It might be full of crocodiles and snakes. We are all alligators, but really with all these pages in tact we will say "*See you later alligator, or crocodile,*" because we are all not the same. The halls of justice will prove we are never the same. Then you will screetch and squirm.

Oh my, the Zoom call is buzzing and my pages are out of ink and so ta,ta, <u>Carrie Crosson Gilpin</u> see you in court. **2:55 PM**


September 7, 2021
**1:24 PM**


<u>Kamala Harris</u> can't write anything down because she is Vice President.

No, she and you don't look at the situation the same damn way. For her, the entire realm is vocal, and for you the realm is all written on the page. What if you write stories? That is your tradition, you write them down, publish them, and if you get a decent book, then you can make a lot of money, and if you don't, you have a book trophy.  Only some people can play the Big 5 way. Let's see if it is fair, curved, or crooked.

Pamela Chapman
pmchapman@cox.net
401-662-0510

Kamala Harris has dyslexia, so she can't write it down or type. She doesn't leave any trail paper. She covers her tracks well and she believes this realm does also, which is why sorcery work includes the drug and gun trade.

Harry Gural, what is your game today? You couldn't see to bring Pamela Chapman into the Star Gate. Every day we play the same way. Pamela Chapman tags you, and brings you up here. Then, you drop yourself and Pamela Chapman doesn't know it. Then, she figures out she has dropped – because you dropped yourself, and she has to go where you go as a reciprocity of relationship. Then, Pamela Chapman can't get back up into the Star Gate. Now, Pamela Chapman is always going to ask to be taken back into the Star Gate once she figures out she has been dropped, but she never wanted to leave in the first place. Harry Gural you play with thieves all night, every night.

Harry Gural I don't have anything against Pamela Chapman, but I don't have anything for her anyhow, any way forward.

Bill Gural: I don't know how he starts talking like this because in the end he doesn't think like this – He just overs his tracks. He is so smart academically. He is just one as a betrayal for Pamela Chapman. Pamela Chapman unmistakenly is a reciprocity guide in human form because she diplomatically talks through everything. After all, that is what authors do anyway. They just write out the dialog, and you read the twists, and turns.

Harry Gural doesn't have the heart to tell Pamela Chapman he is all done and all through with the Public Commons space, but she is not. She can't get out soon. He is no longer here, but he is talking to someone. We don't allow her to breath and think on her own. We want to steal all of her ideas, and then shame and blame her for those very thoughts and ideas.

Harry Gural:  I don't like your ex-husband, and if I were to date you, I'd have to see him.

Pamela Chapman:  No. He has had five girl friends at least, and I've had no man.

*"Harry Gural thinks you are a loser, and everyone else now knows it."*

Harry Gural: I need a woman with more friends.

*"And, how would they have known until this space?"*

They would say, *"I didn't actually know."*

September 8, 2021

Pamela Chapman
pmchapman@cox.net
[illegible]

From Lisa Goddard 8:42 PM

On her laptop computer, on **August 31, 2019,** she claims Suzie Conklin Nance claimed that she had obtained a pdf copy of Pamela Chapman's novel *Barefoot in Heels* and was passing it along for your own amusement because Gail Alofsin at the Newport Hospital Foundation wants to know how credible her story seems to an outsider like those on the following list.

Suzie Conklin Nance
Carolyn DuPont
Kate Fields
Lisa Goddard
Nonie Drexel Burnham
Esmond Harmsworth IV
Carolyn Goddard
Holt Massey's daughter –important because she can't stand the group.
And she needed to know what they were all doing with the book because Andrew Parsons wanted to know what would happen to it.

We eventually all knew it came from Esmond Harmsworth IV.

We all knew it was illegal, and we didn't do a damn thing because we didn't stop reading it. We said her 2-3 years of writing was such a sad story of neglect. That's what we all called it because Suzie Conklin Nance said unmistakably, *"No one gets to write about Newport and get away with it."*

Everyone knew, nobody gets to write about Newport and get published by a major publisher, but people like Lisa Goddard didn't know, but her sister and the husband, Toby Fields would know. He is a long term Governance Chair at the Redwood Library, and oversees the distribution and editing of stolen manuscripts.

So, what was your response because it was all illegally obtained?

We all read the book and didn't say one word to Gail Alofsin because we all knew if she had sent the book to us, she didn't like Pamela Chapman.

Now, you know how that Akashic Record room of Suzy Nance's all got the book because she sent it to 15 people then. Pamela Chapman has most of those names elsewhere.

Andrew Parsons was working at Newport Hospital at the time from about June/July 2019 – March of 2020.

Suzie Conklin Nance went to Peru with her husband for approximately $40,000 which she obtained from her sister Jackie Egan, and the husband, **Bill.** They spent about 12 days with Marcella Lobo and

697

Pamela Chapman
pamelachapman@cox.net
401.862.0876

Alberto Villodo. She is a nonseer, so Marcella Lobo initiated her into the Akashic Record space and sent her home. $40,000 for initiation into the Akashic Record space and shamanic tourism in Argentina. With tented hands and overhead arms, Mimi Sammis took her in. Ruth Taylor was also in the space 12 years ago.

They were all so f' impressed that you had Alberto Villodo on February 4, 2022, and that you had kundalini with him because all the students in Argentina want to learn directly from him, and Marcella Lobo always says, *"He is unavailable to all you students."* [Note: Imagine their surprise at local, Nola Ganem's ascent in Alberto Villodo's daily life and all the mentoring her gave her!]

There was tremendous jealousy, so they attacked Pamela Chapman with slander, which then turns into harassment and then abuse.

Gail Alsofin was sending the book around to Suzie Conklin Nance. Was this necessary?

Both those women have self-published non-fiction: Gail has some book on local profiles of people, and Suzie has a book on the hypnosis of weight loss.

Gail Alsofin: I don't know what to say because I'm on the Newport Hospital Foundation Board of Trustees. I would have prevented Pamela Chapman from getting a job in fundraising at the hospital because I chair the Development Committee of the Newport Hospital Foundation board of Trustees (No, she does not.)

Gail Alsofin works in Corporate foundation solicitation for the Newport Hospitality Group, and no one thinks she is proper board material anymore. She most certainly is not at all a member of social Newport. Her son was in Emily Parsons' class at St. Michael's Country Day, and while Emily Parsons graduated from Portsmouth Abbey, Gail Alsofin's son attend St. George's School.

Lisa Goddard: No one gets away with over-exposing Newport, RI like Pamela Chapman did.

*"Oh, she did not expose Newport in any improper way. She wrote fiction."*

*"No one read it like that."*

Lisa Goddard said, *"Pamela Chapman is the worst person because she let everyone know how poor Newport Hospital is."*

*"How would the others actually know this? Have you been to the 8th floor?"*

*"That's not what we would have said. We don't think you have any credibility to write about Newport."*
        Only **Bettie Pardee**, **Nick Mele** and **Rockwell Stenstrud** get to write about Newport. All are non-fiction books authorized directly or indirectly by the **Redwood Library**. All are part of Social Newport.

Pamela Chapman
pmechapman@cox.net
101-662-9546

Pamela Chapman:  I have lived here longer than Lisa Goddard, and I raised my children here.

She would not know not to wrote such a book, and Lisa Goddard knew Pamela Chapman was writing a book.

Alberto Villodo:  There is so much jealousy about my involvement with Pamela Chapman including:
1.  Suzie Conklin Nance
2.  Cynthia Parent who had taken an Alberto Villodo workshop with me at Esalan Center, CA. She was jealous of Pamela Chapman's kundalini with Alberto.
3.  Some Hollywood star who said, *"How could you take a nobody and not a star?"*
4.  Annette Burke and the twits of Newport.

Suzie Conklin Nance:  Harry Gural isn't the worst man for you because he actually taught you that this was all a big game of thievery.

Pamela Chapman:  And you wanted me to bleed?

Suzie Conklin Nance:  Yes, because you are not a part of our social class and yet you write like you are and you got the shaman teacher for yourself, and Suzie Conklin Nance did not.
        Suzie Nance is not part of social Newport.

Pamela Chapman:  Did you think this energy realm was not real?

Suzie Conklin Nance:  We all thought we could convince you that this energy realm was all in your head, and that you didn't stand a chance to be anybody of anything in Newport, especially an author of distinction.

David Vann:  Do you represent everyone in social Newport?

*"Yes, and no, because some of us belong to Bailey's Beach and the Clambake Club and some do not."*

David Vann:  Do you think Pamela Chapman is this stupid, or naïve?

*"Yes, we did,"* because Trudy Coxe said Jerry McIntyre, Esq. told them, *"You were a sorry sack of potatoes,"* and, *"The book and you were shit,"* which is why Jed and Elena Wilcox and his fake twin soul, Lisa Amodio which was really Jerry McIntyre's wife, Tina, who is Jed Wilcox's sister.

What they wanted to do was slander Pamela Chapman because Jerry McIntyre, Esq. was her first divorce attorney, and he took the book too seriously until Kamala's Table herded him in and took score. At Kamala's Table, he stood down permanently. **Sam Bradshaw** is his daughter and was **Pamela Chapman** daughter and son's first grade teacher at St. Michael's Country Day and his granddaughter was in Emily's class, and **Payton Bradshaw**. The grand daughter was John Piexinho's nephew's best friend.

Pamela Chapman
pamelachapman@cox.net
401-662-5586

*"So, you think all the slander at* <u>*Pamela Chapman*</u> *was worth the effort?"*

*"Yes."*

*"But you celebrated and stood behind the ex-husband who is/was  NOT social Newport."*

<u>Sandra Orsloff</u>:  We didn't care because we wanted <u>Pamela Chapman</u> ruined by morning light every morning, and <u>Andrew Parsons</u> would say how did she not die a deep black death last night?

<u>David Vann</u>:  What would that have actually looked like?

<u>Sandra Orsloff</u>:  She would stand down permanently, and actually admit she had an affair, an abortion, and won't publish the book, because we all read and re-read the book. Then, we want everyone to know outside of Newport, that the book is Shit Show material so that no one but us would ever read and re-read it.

<u>Nancy Graham – SVP, Scribner's</u>:  We definitely want this book because it is so controversial, and no one can actually put it down. How is that possible?

*"Because it is so clearly written and edited, and so easy to read across all reading levels."*

<u>Jonathon Knapp, CEO Simon and Schuster</u>:  Ok, we take the book.

<u>David Vann</u>:  We negotiate the contract properly.

<u>Jonathon Knapp</u>:  Why did it take so long to come out?

<u>Suzie Conklin Nance</u>:  Because <u>Pamela Chapman</u> was front and center in this ring and no one wanted her to win and be successful at anything she was doing.

<u>David Vann</u>:  Why exactly, because I'm new to Newport?

<u>Carolyn DuPont</u>:  Because she isn't proper social Newport, and we can't actually yet her to write a book like this.

She thinks she owns *Newport Literary Society* - <u>Esmond Harmsworth IV</u> himself. No one gets this much control over books in Newport.

<u>Ruth Taylor, Newport Historical Society</u>:  Also knew this, and always keeps her mouth shut because of her incident at IYRS which got her fired over improper reimbursement of a former founder.

<u>Trudy Coxe</u>:  This is classic Newport.

*"The New York Times doesn't write this story because someone will blow its publication."*

Pamela Chapman
pamelachapman.com.net
860-662-9516