*"Who? Penelope Green?"*

*"No. The New York Times itself because Janet Robinson was a former publisher and lives on Wester Street or Leroy Street. She is board member at Salve Regina where she went to college, and she is gay."*

Dan Brown: So many small-minded people got in the way.

Harry Gural: What is Tara Plochocki's take on this because these were never people we dealt with?

Tara Plochocki: Not going to say one word because Kamala Harris has their number.

Pamela Chapman: These are more aligned with Kamala Harris and her superPAC.

Pamela Chapman: Harry Gural and Tara Plochocki played with a socially lower class group of people and Tara Plochocki tried to play socially higher and wealthier than she actually understands.

Carolyn DuPont: If Harry Gural and Pamela Chapman want to date, you both have our blessing because Harry Gural is not of a high enough social class for us.

*"Wesleyan University High Honors, Phi Beta Kappa, and Harvard University—the Kennedy School too small for you?"*

Carolyn DuPont: No, he is not a socially distinguishable person, and neither are you, and Pamela Chapman can't let anyone through.

Suzie Conklin Nance: Pamela Chapman keeps besting us at our own game. A person like Tracey Jonsson (Newport Art House) is too insignificant to us. Pamela Chapman isn't one of us, but she is too important to us, and she keeps besting us at our own game.

**9:31 PM**

*"But Gail Alofsin isn't Social Newport and neither are many of her fellow board members at the Newport Hospital Foundation."*

*"We know that."*

*"So, who is she to say this is about Pamela Chapman?"*

She is an FTE working mother and always has been. She works for a salary and wage and grew up in Fall River, MA and went to Tufts University. Her father is a dentist and takes the family every year to Haiti with Paul Farmer. He treats locals. She wrote a book— a Facebook of working class people in Newport and self-published. She also teaches marketing and networking at Salve Regina and URI. She also has a radio show on the very local talk radio station. She is a blond with very high positivity

attitude (Yoga doesn't like that – they break). She almost had a master's degree from URI but worked at Newport Hospitality Group for over 15 years.

<u>David Rosenberg:</u>  She is always stealing other people's work, and this is her true identity so there is no one who blames this as a mistake. Networking as marketing and communications. We all agree. She has been on the board of <u>St. Michaels' Country Day</u>, <u>Martin Luther King</u> Center, and <u>Newport Hospital Foundation</u> because she thinks she is God's gift to dentistry on vacation, and every year her son gave a talk at <u>St Michael's Country Day</u> for the work the family did in Haiti. Yet, the father is in business with Paul Farmer and makes money on humanitarian missions. Her family is not a volunteer missionary effort.

<u>Christa Durand:</u> We don't actually know this and nobody thinks her behavior is exemplary.

Well, neither is yours, <u>Christa Durand</u>, President of Newport Hospital.

Who had the most influence at Newport Hospital?

<u>Barbara van Beuren</u>
<u>Anne Hamilton</u>
<u>Holly Bannister, MD</u> Former Redwood Library Board of Trustee
<u>Elizabeth Leatherman</u>, A Firestone and former <u>Redwood Library</u>, Newport Historical Society, and Preservation Society Board of Trustee, and Maybe the Commonwealth Club, and The Mount group of women.
<u>Juliette McLennan</u> – Because she can't stand <u>Pamela Chapman</u>. She has never met her but she already claims to know you oh so well
    Why? Isn't she Miss Porter's School?
    She is a former White House Social Secretary or something like that. Maybe Blair House.

<u>Sharon Wood Prince.</u> This person, <u>Pamela Chapman</u>, you know the social history, because no
    matter who you talk with, they all say you can talk to anyone if in the right context.
    Why did your former husband resign from Newport Hospital?

<u>Pamela Chapman:</u> I don't really know the story. I was told because he got into a conversation with a nursing supervisor, and there was a group joke or inference, and he said, *"No problem, I'll text you a link so that you understand its context,"* She sued or wanted to, 89 days later for sexual abuse or misconduct in the work place. Is that true?
*"Very close."*

<u>Pamela Chapman:</u>  I am not like him at all.

<u>Sharon Wood Prince:</u>  We now all know that.

<u>Pamela Chapman:</u>  Do you know I sent three resumes to <u>Newport Hospital</u> for fundraising in 2019?

Pamela Chapman
pam.chapman@cox.net
401-000-0016

"No."

Laurianna D:  It's true and we can't comment because while I said eventually if I wanted to hire you, Gail Alofsin would have turned you down as a viable candidate.

"But, you know Laurianna D., she also said she might also want to be a CFRE and become a Major Gifts Officer based on earlier conversations with Roger Kass, Pamela Chapman, and van Beuren Charitable Trust had with the local philanthropic ecosystem."

Laurianna D:  I don't remember that.

"So, it's all about jealousy? Gail Alofsin is the tail that wags the dog at Newport Hospital?"

"No, that's the van Beuren family."

"Well, maybe Gail Alofsin is like that?"

Carolyn DuPont:  Maybe. Benedict Leca wants to hire a Development Director.

Carl Helmetag: You have so much information in your head.  Yet, you can't present as if you know a thing.

Pamela Chapman: Yes, Jessica Hagen said over ten years ago it makes me so f' powerful to be so underrated.

Jessica Hagen: Yes, I did say you have so much f' power in Newport and no one would actually know to guess how much actual power you possess. It is perfectly under the radar always.

Suzie Conklin Nance: That makes you incredibly powerful because you can't say a word to anyone about anything.  Yet, you are a walking encyclopedia of all the social history.

Pamela Chapman:  Makes for a great novel.

Barbara van Beuren:  Not here it doesn't.

Pamela Chapman:  Why is that exactly?

Barbara van Beuren:  Because we pride ourselves in being so private.

Pamela Chapman:  Well so do I. What if I changed the name of the City-by-the-Sea and called it Manchester or something like that?

"Would you have cared?"

**Happy van Beuren:** Yes, because we'd all know it to be Newport.

*"But, you are not neither the literary agent nor a publisher, so why do you have any influence in the matter."*

**Barbara van Beuren:** Because my f' mother owns the City-by the Sea.

**David Vann**: What did she pay for it?

*"Not a dime."*

*"For how long has she owned it?"*

*"Since her sister, Dodo Hamilton died."*

*"No, before that, because her husband was so great."*

*"So, she is aggressive and outgoing?"*

*"No, she just likes to wield her personal agency, and has so much f'money."*

*"But, Grenville Vernon Craig has more."*

*"Well, he didn't spend it, so we can't care about that."*

*"Yet, he is on the Board of Trustees for the Redwood Library."*

*"Yes, but it's because he thinks he is important, and we don't have to listen to him."*

*"So, why put him on the Board?"*

*"Because, he often does us a favor like tells us all stories."*

*"That's not true."*

*"If you don't like him, why do you vote him in?"*

*"Because we all think one day he will write us one big check."*

**Grenville Craig**:  That is never going to happen. Not this way anyway. **Carolyn DuPont**, you are so f' screwed, and the entire board is to blame for their inadequacies.

**10:03PM**

Barbara van Beuren
www.thevanburen.vans.biz
Refuge2023 D

<u>David Vann</u>:  We have one more topic.

*"Ok, go."*

<u>Trudy Coxe</u>:  <u>John Rodman</u> has retired. Not yet. He in charge of visitor services. He is no longer on the staff list. We re-arranged everything.

<u>David Vann</u>:  Is he a person of interest in this story?

<u>Trudy Coxe</u>:  Yes and no. He is especially important in Tiverton because he demonstrated exceptional skill in the <u>Akashic Record</u> space, and he was especially important at <u>Tom Hockaday's</u> house because he didn't like most of the people in Newport so this was his opportunity to harass and slander the people he didn't especially care for.

<u>David Vann</u>:  Was <u>Pamela Chapman</u> one of those people?

<u>Trudy Coxe</u>:  We don't really know, except he is so powerful and so especially toxic but it was <u>Ashly Householder</u> who was the one that destroyed <u>Pamela Chapman</u> in <u>Tom Hockaday's</u> house. She doesn't even know <u>Pamela Chapman</u>.

*"Yes, but she and <u>Kaitlyn Johndrow</u> teamed up and <u>Pamela Chapman</u> and <u>Kaitlyn's mother</u> grew up together. They used to be good friends, until they were not. She always knew <u>Kaitlyn's</u> father, <u>David Johndrow</u> before he knew each, dated and married his wife. <u>Kaitlyn's</u> parents were high school sweethearts."*

<u>Tracey Jonsson</u> made so much fuss about <u>Kaitlyn Johndrow</u> because her parents where at <u>Pamela Chapman</u> and <u>Andrew Parsons'</u> wedding one before <u>Kaitlyn's</u> brother, <u>Christopher,</u> was born.

<u>Kaitlyn Johndrow</u>, we all know you were soliciting <u>Jana Jagoe</u> and ate dinner at the <u>Jagoe's</u> house with <u>Ashley Householder</u>. She solicited money for your mother's wealth management company, while they were on a development house call for the Preservation Society of Newport County.

<u>Ed McPherson</u>: That is such a conflict of interest.

Yes, but she was a transfer student into Miss Porter's, so what do you expect?

<u>Alberto Villodo</u>: This is such bullshit, and <u>Pamela Chapman</u>, you have so much going for you and these people are so f' petty and small, and you are one so big and so tall.

Yes, unless you have to stand next to all this bullshit every day in every way.

In <u>Tom Hockaday's</u> house, the husband—<u>Andrew Parson's</u>, and <u>Cathy Wicks</u> did so much slander and we know that <u>Kaitlyn Johnno</u>, <u>Ashly Householder</u>, and <u>John Rodman</u> were all there. While they trashed <u>Pamela Chapman</u>, they actually raised up <u>Andrew Parsons</u> as a local hero, or something like that.

Pamela Chapman
pchapman@comcast.net
401-662-9546

If you rooted for <u>Pamela Chapman's</u> demise, you rooted for <u>Andrew Parson's</u> raise up. How can the community do that?

<u>David Vann</u>: That's the whole point of this exercise. It was a wide-scale slander, gross negligence and gross misconduct, abuse, assault, identity theft, money fraud activity with banking and social security numbers and the wide-scale stealing of a manuscript and how deeply and widely it was distributed. There was such wide-scale collusion, blackmail, etc.

<u>Dan Brennan:</u>  They don't understand that this is a very real space and place, and that we are real and they are real, and this was no game.

<u>Pamela Chapman</u>: At no time did I think this wasn't real and I have 10 years' experience in an Upper Celestial Temple. I absolutely know my own experience. I am extremely grounded and sober.

*"We all Agree."*

<u>Harry Gural:</u> I thought you would reveal something important.

<u>Trudy Coxe:</u> You don't know the people as real people and we did. Everything comes down to personal relationships as <u>Kamala Harris</u> implied in the past.

<u>Trudy Coxe:</u> In the 1970's, Newport was a mess because no one wanted <u>Thornton Wilder's</u> book to be published and <u>Barbara van Beuren</u> claims her mother went out of her way to make sure <u>Thornton Wilder</u> didn't sell the book to a major publisher. Yet, he published it anyway. It is still in print today <u>Pamela Chapman</u> went to the reading a year or so ago, and received a new copy of the book.

<u>Maya Taylor</u>:  My mother, <u>Ruth Taylor,</u> didn't like to support locals writers of any kind. She teams up with <u>Lisette Prince</u> and prints history books, and sells them on line and in the Newport Historical Society gift shop. She also supports small run books printed by the <u>Redwood Library</u>. She is our local publisher, however the book runs are small.

<u>Trudy Coxe:</u>  I sell architectural books at the Preservations Society of Newport County Stores, and mystery and fiction books about Newport. Those books aren't important enough to sell many copies. but they look good on the shelves of the stores.

<u>Harry Gural:</u> Why didn't anyone tell me these things before?

<u>Trudy Coxe:</u>  Everyone here knows these things. You are an outsider, and we can't explain ourselves to the external communities. You just don't know.

Pamela Chapman
pamelachapman.com.net
101-66-2-95-19

So, Lisette Prince came to support the conversations and so did Molly de Ramel, the daughter-in-law, and no one thought anything about Molly de Ramel having been on the Board of Trustees of the Redwood Library or with Pamela Chapman at the Newport Art Museum except she and Pamela Chapman didn't socialize together, they just knew each other collegially.

Trudy Coxe:  That's not the half of it.

Molly de Ramel:  My mother-in-law can't stand Happy van Beuren because she pulls this shit all the time and gets away with it, and Pamela Chapman we could care less about the contents of the book. We care that writers are discriminated against in Newport and that Esmond Harmsworth IV has done this 12 times, and she wants to know by what right he and Carolyn DuPont and Happy van Beuren have to implement this secret sacred policy because not all Boards of Trustee members know this. Now that we know Rusty Powell III has been on the Board of Trustees for two years now, what does that say about the Redwood Library?

Trudy Coxe:  I can't imagine Pamela Chapman what you are thinking. Thorton Wilder had the same problem 50 years ago. Now, 50 years later, that book is still a decent and interesting book to read. It was written about the 1920's. Pamela Chapman owns three copies, and gave one to her daughter.

Happy van Beuren/Andrea van Beuren:  Fuck my own daughter-in-law because she was the one to say I have no class when it comes to authors, but Courtney van Beuren, you are such a jerk because you said months ago, we could have cared less about Newport.

"No."

Happy van Beuren:  Yes, because you said we care about our name and protecting that the part of the book that references Jimmy van Allen, but nobody knows these things, and no one knows about the van Beuren reference. So like Andrew Parsons, you are making too much of something that if you just let it be, it will all blow over nicely.

Happy van Beuren:  I can't stand that you over write my words.
"No."

Trudy Coxe:  Happy van Beuren:  Why do you dislike writers so much?

Because she wanted to be an editor in New York City and her father made her return home to Newport because she didn't have a high enough position at the start.

Trudy Coxe:  Why do you care so much about Newport in books?

She doesn't. She just wants the power to say you can't publish. She is her own publishing house CEO, and no one gets published without her say so. [Note: The Redwood Library is the same way, headed up by Carolyn DuPont and the Book Committee, in existence in 1966].

Pamela Chapman
PRPetchapman@gmail.net
June 2, 2016

Happy van Beuren, CEO of van Beuren Publishing Co., SVP editor in chief: *"A life dream unfulfilled and misplaced,"* says a family member. It is a power trip of the highest importance to her and Carolyn DuPont and all the rest who get in the way of literacy agency and publishing. How many good writers have we lost?

Cheryl Hackett:  I can't believe we never knew the whole story but anyone can type a manuscript but few can actually publish, but if we supported writers how many books could we actually publish?

Trudy Coxe: I have no idea.

Molly de Ramel:  We want to revisit who didn't get published because if there are 12 stolen manuscripts, then maybe 2-3 by statistics are worthy, but we don't know because we never understood the sacred policy.

Pamela Chapman:  What did Newport and Happy van Beuren do before Esmond Harmsworth IV?

Trudy Coxe:  She had another man named John Slocum II (Jerry's father) who did the same thing in New York City and Newport, RI. He was both a literary agent and "a reader."

Harry Gural:  We didn't know, Tara Plochocki and I, just what we were doing here, and Pamela Chapman I can't imagine how you can survive in such a petty small place. We don't live like this in California, Cincinnati, Cleveland, or other places. It is a beautiful small local community, yet the people are so petty and small. So why do you live there after all?

Pamela Chapman:  The military sent Andrew Parsons here when my children were in pre-school at the Pennfield School. He left the navy and went to a group founded by a former navy medical doctor who knew Andrew Parsons at Bethesda Naval Hospital and that man and he were both from Boston. And, since I grew up in Connecticut, it was a perfect nexus point for all of us. My children grew up here since they were three. It is where they have roots.

*"You were a military family that stayed here. We hate people like you."*

Pamela Chapman:  Yes, I know that, but I am too royal in my soul to be military yet there are so many people like Tom Wechsler and others and went with decorated military backgrounds and Lisa Goddard and Kate Fields's father, uncle, and brother where Navy Captains, and so many former officers retire here including Toby Fields and all the others and also Ralph Carpenter's buddy, Bill Mittendorf– the list goes on and on. Andrew Parsons worked at Newport hospital in a navy uniform over 20 years ago. We are not new here yet if you here less than 50- 75 years, you are too new, and not acceptable to the social class. I don't believe in social climbing – there is no real ladder. It's all about the energy of coherence.

Trudy Coxe:  You are not kidding because if you were a social climber, you and Donald Jagoe would be at each other's throats. He is a real social climber and you don't believe in that process—or especially in paying to play in that process.

Pamela Chapman
pmeachapman@icloud.net
(401) 662-9416

Pamela Chapman:  I told him maybe 14 years ago on the Board of Trustees of the Newport Art Museum that he was kidding himself if he thought he and Jana Jagoe could climb that scale because he can climb a ladder in the navy or in a professional status, but not socially here in Newport. You have to be born here or have a 100-year connection or be here at least three generations and then they might consider something, but there are so many people with mega money that there are never accepted there and most run for the hills but not all. You just learn to live quietly and not socially.

David Vann:  This is gross negligence of the highest order, and no one is not included which makes the law suit so much more interesting. Pamela Chapman no one will like you after this.

Pamela Chapman:  It doesn't matter. They don't like me now.

Trudy Coxe:  You don't have to admit that to anyone because they are so f' jealous that it isn't a question of not liking you. They don't know how to relate to someone they are envious of and now that you are suing them, you will ultimately best them at their own game without ever assaulting them the way they assaulted you.

It always comes down to these kinds of reasons.
**11:27 PM**

September 10, 2021
**2:47PM**

Grenville and Sandra Craig upon the mention of Pamela Chapman's social security numbers start really fast and furious high volume repetitions at least 30-50 times. Rusty Powell III can do the same, so can Nola Ganem and a number of others. Rusty Powell III and Grenville Craig know each other from Sandywoods, Tiverton, RI and he has been to the Craig's house for dinner and both serve on the board of trustees for the Redwood Library.

Witnesses: Caroline Craig, Doreinne Farzan, Amey Cardullo, esq., Pamela Chapman

At the Redwood Library, development has been under the influence of Kristen MacManus' banking software. She used to do the same thing at St. George's School—yes she did and they did not like that. For a fact. Leslie Thurston, and head of school, Eric Peterson told her to stop that incessant

Pamela Chapman
pamchapman@comcast
301-662-9516

practice because she was always prospecting of customers/ clients for US Trust at St. George's School.

Jim Gaffney:  Trudy Coxe did not understand how Carolyn DuPont has gotten away with this for so long?

It's because she meets her numbers because Rusty Powell III has been involved as long as she has and then before. Ralph Carpenter and Bill Maidenform do not get involved with that Shit Show Game because they were involved with their antiques and the Waldorf Society.

This morning, everyone was quite rude, especially Happy van Beuren about how Pamela Chapman's book, *Barefoot in Heels* is dead, and that she can't actually sue or have David Vann, esq. work on the case (he had a conflict of interest with Marie Rossi and kundalini exercises.)

Harry Gural said out loud, *"It's all about humiliation."*

Pamela Chapman said, *"Harry, you humiliated me enough because I am really dead in here,"* and that set us all up for the ancient story that one must know to get out of here…

<p style="text-align:center">September 12, 2021</p>

Alberto Villodo didn't acknowledge that he had kundalini two times before.

Alberto Villodo didn't acknowledge that a sacred marriage was a sacred marriage. Saul called it a mentorship, which Annette Burke said is how shamans take on wives. Everyone in Llama Nation, Q'ero Nation and shamanic space knew Alberto Villodo had taken a "Q'ero Wife" and no one knew it was a sacred union of the Leika Nation except for the seers in the upper realms who could watch it all together. It was false/fake ceremony.

Pamela Chapman didn't know Alberto Villodo was Lahore. Lahore was always to be feared. Alberto Villodo had a secret life and a secret identity as Lahore. Lahore had strong connection to the Peruvian and Ecuadorian drug trafficking that came through via immigrants on foot through the harbormaster in the Los Angeles Shipyard where the container ships all are stored.

Pamela Chapman
pmchapman@cox.net
401-662-9510

They have a secret conversation with the Harbormaster about the whore of Lahore. She wrote it down before. Where is the Los Angeles Harbormaster today? Having drinks at <u>Marcella Lobos</u>, also known as <u>Marcie Lobo</u>, also known as <u>Laura Villodo</u> and they live just off Pacific Coast Highway just south of the Bixby Bridge near Big Sur. He lives across the street from the beach and is the third house back on a side street. *"It's worth about $20 million."* he said.

<u>Marcella</u> wanted a more exotic identity. We think she is Portuguese/Italian and she was said to have been born a Marcia, so we call her Marcie –Darcie. <u>Alberto Villodo</u> calls her Marcie sometimes. She has an M.A. in psychology from some state college in California and is/was a single mother of a daughter who at age 5, <u>Alberto Villodo</u> took up the responsibility for. On Facebook she has a very strong Spanish accent.

They are the cocaine, marijuana, and hashish business with a man named <u>Ed</u>, who might be south of Los Angeles. He is not <u>Marcella Lobo's</u> first husband. He is the brother of the ex-husband. <u>Mark Halpern</u> now knows exactly who he is (January 1, 2022). He's not dark skinned at all. Not central American at all as everyone thought. [Note: <u>Mark Halpern</u> now knows who he is. <u>Pamela Chapman</u> racked that code on Jan 1, 2022.] Who is at home on the coach with Grandma? <u>Ed</u>. His brother is the ex-husband.

<u>Alberto Villodo</u> started in the drug trade in middle school. He grew up in Brentwood, CA and went to public school. He welcomed the opportunity to learn the drug trade to meet up with all the wealthy neighbors. Precisely that. His father was an accountant at the shipyards (no) and knew how they actually worked inside and out. <u>Don Miquel</u> was never a neighbor. He was a drug dealer and mentor who <u>Alberto</u> went to work for in high school.  Once he got into that business, he never got out because once a drug dealer always a drug dealer. You have to pay back the shipment. It never ends. It cost you a lot of money.

*"We have no idea."*

<u>Don Miquel</u>, his mentor was a professor in college. He once told <u>Alberto Villodo</u>, *"If you don't like the way your life looks, change the story."* But, it can really be a metaphorical death because suppression/retreat is always a death because you rise again in a Celestial Temple or the other side. That was a Caliphates Nation State political problem.

<u>Pamela Chapman</u> has been declared dead, which means <u>Saul</u> must retreat.

If <u>Pamela Chapman</u> has been officially declared dead, she must suppress completely right away because any thoughts leaking proves a resurrection, and there cannot be one of those in a Metatron space.

Everyone everywhere was reading <u>Pamela Chapman's</u> thoughts early this morning, and then past noon in an effort to humiliate her, but really did <u>Happy van Beuren</u> need to do that for a book of fiction?

Pamela Chapman
pamelachapman@comcast
401-862-9510

So, let's all go to the cemetery and bury Saul and **Pamela Chapman** completely. Because Harry Gural is also suppressing (but he did not).

The entire Redwood Library scenario is just like Capitol Hill and Kamala's Table and we don't need to rehearse that one all over again.

So, when the Catholic church went to Peru to sacrifice the shamans, that was interesting because the shamans understood the energy realm and the priests were all suppressed into themselves without understanding shamanic practice or the energy of the people.

If you don't like the name of this story, you overwrite the conversation.

"No, you wait until the powerful reveal is given, or you stop writing, especially if you already wrote it down before. So everyone stop writing. About 10 people are writing. In Newport, three people are writing:
- Lisa Goddard who always writes everything down.
- Jim Gaffney who writes it all down for Trudy Coxe.

Plus several other people:
- Tracey Moore, who declared late to write it down because if a book is published she wants to know how the story was re-structured;
- Martha Cummings, who is a writer and educator. She writes books;
- Roger Kass II, which is his daughter Ainsley Kass because her grandmother wanted her to go into publishing, and she didn't get a job at Viking Penguin. She blackmailed Pamela Dorman into a scenario with Pamela Chapman and *Barefoot in Heels*. She can't either take the book or tell her the truth about The Game they played with her. Yet, The Game became so big and so real, it got away with everybody.
  - Pamela Dorman agrees to reveal the plot in legal proceeedings 8:22PM 9-25-22

Martha Cummings: I don't want to write another book. I just wanted to understand what was happening, and it was real to me, as it was for you, Pamela Chapman. I now know you are not a gamesman, and neither were your children at St. Michael's Country Day. No one tells you how play. You are either in or out. If you are out, they make sure you stay out. Because, if you try to play, they will excoriate you every bloody day.

This is about boarding school-esque types. This was a prime example of these kinds of chics. There were several going on. If you have a chic, you are safe. If you don't, you will be penalized every day. If you have one person of merit to watch out for you, you can be ok every day.

Pamela Chapman
pmichapman@snet.net
1-1-692-9510

<u>Carolyn DuPont</u> said you were correct. *"If the bottom of these stories is <u>Alberto Villodo</u> and <u>Happy van Beuren</u>, but not <u>Kamala Harris</u>, then Newport has been taken over by <u>Rusty Powell III</u>, <u>Kamala Harris</u>, and her goons."*

<u>Alberto Villodo</u> has his <u>Thievery Ring</u> firmly in place in Newport so they can all now work together as one big shamanic <u>Thievery Ring</u> of power and corruption in the <u>Redwood Library</u> that extends into the world of New York publishing that circles itself back to <u>House Ways and Means</u> with <u>Richard Neal</u> and <u>Kamala Harris</u>.

From Newport, RI to Los Angeles to Washington DC to Newport and back to the LA Basin it is just one big united <u>Thievery Ring</u> and the British Royal Family is always there behind some veil. They surround themselves with a protective ring of shamans.

<u>Sarah Ferguson</u> speaks often for the family because her two daughters are in the Royal House of Windsor. Even though she is divorced, they all stick together like glue so that no one is targeted and causes their own insurrectionist story. They are never allowed to join <u>Thievery Rings</u> like <u>Andrew Parsons</u> did in the beginning, then in the middle, and now in the end. They will repeat this story in a future lifetime as a final test of his soul's intent. Beatrice o York is firmly inside a Thievery Ring connected to <u>Jonathon Karp</u>.

If <u>Lisa Goddard</u> wanted to write a fiction piece and get it published, she would run straight to <u>Toby Fields</u> now and say, *"Open the safe at the <u>Redwood Library</u> because I will be the 1st or the 2nd one (not really) to get something published on Newport."*

<u>Martha Cummings</u>: I am outside the <u>Thievery Ring</u> and world of social connections and could write any **story** and get it published.
*"Yes, you could. Has <u>Pamela Chapman</u>?"*

*"No, so why can I but not she?"*

<u>Lisa Goddard:</u> We don't know you and don't care about you, and you will never see the inside of our world of philanthropy.

Ok, <u>Lisa Goddard</u>, <u>Martha Cummings</u> is the founder of Universal Promise, a bona fide high performing educational nonprofit headquartered in Portsmouth, RI with a mission delivery in South Africa. Her letters to donors are always outstanding. She holds bona fide fundraisers in Newport, RI. She grew the nonprofit from the ground up. Everyone should visit her website to see just how successful she is as a leader because the mission delivery is outstanding, and she has brought so many local private high school students into the organization to engage them in what she has done, and they all volunteer.

Let's not forget it was <u>Martha Cummings</u>, former US President, <u>Jimmy Carter</u>, and Natalie who all spoke eloquently one afternoon about South Africa and important considerations of that geography and its people, and how that conversation helps us understand ourselves and our place in the world.

Pamela Chapman
pamelachapman.com.old
pinterest.in

[**Note**: Then that immediately makes Pamela Chapman an insider that they refuse to accept. And, based on Andrew Parsons level participation, that makes him completely outside of Social Newport.]

**Harry Gural**:  But you don't like Pamela Chapman and you say she is always excluded from your social world.

Lisa Goddard: Yes and No. Because now she knows we all care too much about her and her story. We always wanted her to go away and be dead every morning because we are all so much more important than she is even though we have only lived here 13 years. My children were raised on the East Side of Providence. I am a Miss Porter's School Ancient. My father was a Captain in the US Navy, and so is his brother, and my brother. My mother happened to be distant relation to the Brown family of Providence and RI Plantations. All of us girls, and my mother, went to Miss Porter's School. We all know the Ancient's initiation game, and we play them out throughout our lives to get ahead of The Game and to keep our husband's happy and content. It's a fraternity like initiation. You can read all about it online. Just Google Miss Porter's School and a well –written magazine article can be found.

Carolyn "Dolly" Briggs is also writing all this down because she now wants to try and write a fiction book based on all the characters in the story. That's good because she already wrote one and tried to get the Redwood Library to sponsor its publication. You wrote one, she wrote one, we all write as of it is a fiction writing class. We all get a different perspectives, and still only one will survive. She too is a Miss Porter's School Ancient.

Jim Gaffney:  What does Pamela Chapman do to get it widely published in New York circles?

It means you need a proper introduction not a manuscript that is not the important part. It is always the connection not the person-author or the manuscript.

Dolly Briggs changed her name back to Caroline Skelley because she didn't like the way the energy realm prefers formal names over knick names, or shorted forms of given names. It really likes three names together as the rhythm of energy.

Happy van Beuren didn't write, but Kamala Harris had a staffer who finally gave up because she said, *"Why am I always writing this down?"*

David Vann claimed Marie Rossi was writing, but it was some person from his law firm.

Mark Halpern always had someone writing down the conversation. No one understood when or why the conversation would have become important. Pamela Chapman started late in the game. The dialog cycles back anyway.

Pamela Chapman
pmcchapman@cox.net
161-662-9516

Julie Jansen was writing, but stopped because she said this is too long a story to type. I can't imagine how long it takes to type it up and consider what really happened. It sounds like a really sad and stupid card trick that was just A Game for everyone else, but it was real life for Pamela Chapman and her children.

Dan Brown: I wrote a little, not a lot, and the Freemasons have this all written down. If it is in the library at Rosslyn, the British Royal Family always knows how to prepare, and knew what to do. It is part of their British Royal culture. It is imperative that you write something yourself Pamela Chapman because you are the 1st person narrative eye witness.

Lori Kipnes would have spent a lot longer to find the cultural context. You found it right away so did Jared Diamond. Dan Brown said when you arrived at Llama Nation no one could understand why you and Alberto Villodo were talking about kundalini because we all knew he had it twice before. Those two women were never sacred unions, just sorcery wives, but he had never received Wisdom Keeper status. He didn't realize that kundalini together with another meant monogamy with another. He really claims he did not know, and neither did Harry Gural.

Last night, Melchizedek arrived, and he tried to say that after the fall of the 1st temple, and the witness was back in a Celestial Temple, they rounded up all the thievery people and made them best each other. It was 1,000 people. They bested each other in The Game for two – three years. In the end, when there were two or three left, they said, *"Congratulations, you bested everyone. Yet, you are now alone in The Game."* Everyone else retreated.

Happy van Beuren's *Barefoot in Heels* games collided when Alberto Villodo was there with Pamela Chapman on Feb 4, 2021. Pat Fernandez was already in Pamela Chapman's Twin Soul Workgroup. Kamala Harris told her goons, *"Just take care of it."*

Mark Halpern approached Kimberly Witherspoon to rope them all along because Pamela Chapman arrived at Kamala's Table a week or ten days later.

Kamala Harris said again yesterday, *"I am not worthy or fit to be President of the USA. I will not seek re-election."* Yesterday was September 11, and we all remember what happened in 2001.

There is no tenting of hands and whispering any more.

If they actually physically killed the victim to stop The Game, it does not stop the fraud and the thievery. It goes on like never before. The victim's family gets targeted for several months or longer because killing the victim is not the proper end of The Game. No one wants a suicide on their hands which Pamela Chapman swears she will do to end this endless harassment to end up on the other side with Melchizedek Café instead of with Samuel. Kathume, who claim they will pick her up when she is dead and force her into a Thievery Ring of the dead. Psyches in Thievery Rings whether in the guiding realm or in humans are non-stop harassment. They become their own constant background chatter, and they have been ongoing since the summer 2021.

Pamela Chapman
pamelachapman@comcast.net
(617) 462-9510

The Medina story is in Islam. They all said after the flood, no one came out for 100 years or more because no one knew who to blame, or who to trust. Society broke down. The rebuilding of society and community is what the Star Gate Nation and Celestial Temple falls are all about.

The energy realm always tells a truth, but not necessary the truth.

*"How can Harry Gural actually have a real relationship with Pamela Chapman?"*

They must suppress/ retreat otherwise everyone will bother them in every detail. Everyone follows **Pamela Chapman's** sexual, financial, health, and social history, and all her reading and writing to the point of harassment and manslaughter. She is now raped because she was left behind unsuppressed. [**Note**: He was completely pulled back by July 2022. He was there nightly also. He could always travel between realms. She could not. She was left to rot as the only person not pulled back in the Upper realm. This way the guides and the Thievery Ring could harass her nonstop, and so could all the Thievery Ring guides as psyches.]

Pamela Chapman:  When did you, Rusty Powell III start stealing credit card numbers?

Rusty Powell III:  20 years ago. Caroline DuPont always knew he loved to look at strings of numbers, but didn't know for what. She always knew Grenville V. Craig was the same. The wo of them were connected via an Akashic Record space, they named Sandywoods as a place in Tiverton next to the Tiverton Trading Post. Rusty Powell III always was in it, as was Ruth Taylor's father.

Rusty Powell III, 79, can stand down and out of a Thievery Ring because Kamala Harris can tie him up elsewhere. Newport will never accept him on their boards, but he is on the Redwood Library's board.

Rusty Powell III wants Pamela Chapman to know she is neither interesting nor important for him to care.

Rusty Dorman/ Bobby McDermott why are you here?

Rusty Dorman/ Bobby McDermott:   Because I wanted to be someone special and I am so insecure and unsteady elsewhere. I am not with someone my own age and Tara Plochocki and I get along perfectly.

*"Why not marry her today and partner with her in here?"*

*"I would except she can't have me."*

*"Wait, I'll get her for you."*

Pamela Chapman
pixelchapman@cox.net
401-662-9810

*"Don't bother. I am disinterested in her, but not The Game. Ok?"*

*"You will die by the sword and The Game. If not today, then tomorrow. Be prepared to die."*

Kristin MacManus:  I am no longer interested in Pamela Chapman, or the family because I will stop doing financial work in one-two years. No one in this local community of US Trust will tolerate my activity. No one wants to see my f'face anywhere.

We do not, so just stay out of this ring and play elsewhere. *"I don't believe that because everyone loves me."* I don't masturbate. I just perseverate on everyone's financial numbers.

Pennfield School doesn't want you around us or our children.

Jordan Cook, esq. will see to that. She is an attorney and so is her husband, and grew up locally. She is Grayson Cook's mother.

Kristen MacManus:  I step down and out, but only until you get this book sorted out.

Robert Mannis:  I would never have given you and US Trust that endowment if I had known the bonus you personally collected, and never did I think you were this obnoxious. Don't come at me anymore.

*"Heidi, my wife, agrees."*

Jessica Hagen:  We already agreed last night I was jealous and envious of *Barefoot in Heels* and wanted dominion (power) over Pamela Chapman.

Mimi Sammis supported her in this endeavor.

*"Yes, but she never understood Pamela Chapman and Donald Jagoe so now that she does and did, she understands Jana Jagoe wanted her to be Donald Jagoe's mistress."* She is both complimented and appalled, but not really.

*"I want Pamela Chapman to understand that because no one could find her in our realm, we agreed something was really wrong with her. We would never have thought to imagine she was in a Celestial Temple as an enlightened woman."*

*"Yes, we all see that now."*

Pamela Chapman
pamelachapmanlawyers.net
Info@2net.br

Mimi Sammis and I are great friends. She is 79 years of age. Jessica Hagen is 60 years of age. She is a mother figure of renown because she has more adherence and influence than her own mother ever did, and if Anne Hamilton wasn't going to adopt her, she would take Mimi Sammis.

*"How many people did you initiate into the Akashic Record realm?"*

Jessica Hagen: 200.

*"How many people are on Mimi Sammi's collective string?"*

Jessica Hagen: 300-500.

She made her own fiefdom in the realm. Jessica Hagen and Cathy Cesario were errand girls to round up the people. Mimi Sammis sat on her cliff and sculpted dancers. Mimi Sammis had nightly reading hours that you could call into. Every night you could either call into Carole Curry of Salve Regina University at the Newport Art Museum—she always claimed to be at Griswold House in the evenings, or call in to Mimi Sammis. The night time choices were unbelievable, and if you were associated with the Redwood Library, you just took it up with Suzy Nance every night.

Jessica Hagen: I now look like an insignificant fool in the story.

Al Dussault, PhD (her weekly therapist of almost two decades or longer) wants you to really think about how you got yourself into this, and why you thought you had so much power.

Jessica Hagen: Well, it was because Mimi Sammis took it all away every day in every way. I am an errand girl.
    She might never cut herself off from Mimi Sammis, but she needs to step away from Pamela Chapman and her story, because they were good friends once, but walked away completely physically out there.

Jessica Hagen: I understand her now and can walk away.

Cathy Cesario: I don't understand Jessica Hagen, and how we got to be errand girls for Mimi Sammis.

Kerry Slout: We are all inspired that Pamela Chapman always knew and we never gave her credit because we all thought Cathy Cesario was so inspiring, and yet she is just a stupid Akashic Record realm reader. All her readings are backed up by Mimi Sammis who is the real reader of everyone's questions. Mimi Sammis is the nonseer behind the nonseer who is nonseeing. In other words, not a clear channel.

Mimi Sammis: I never understood why we didn't find her, and we became obsessed with where she could be. Not so much with Donald Jagoe and Jana Jagoe, but everyone mistook Pamela Chapman for a jerk if she was not in this space. She is the true clear channel high priestess, Wisdom Keeper,

Pamela Chapman
pbwchapman@cox.net
401-862-9570

and I am a fraudulent priest. I am just a sculpture of questionable dimension in Rhode Island. I am a "Gansett Girl" after all.

<u>Bill Gural</u>:  This isn't going to matter. They are just all thieves that like to be together.

<u>Melchizedek Guide Number 5</u> says:  <u>Saul</u> has to step down and away because if all these thieves do all this work every day, no one will survive.

*"What does <u>Saul</u> really want?"*

Power and a <u>Thievery Ring</u> of her own, but she will die by the sword of her own thievery. That is how mobs always are run. Death, prison, or destruction.

<u>Suzie Conklin Nance</u> feeds into the <u>Mimi Sammis</u> story, Newport, and <u>Rusty Powell III</u>. <u>Mimi Sammis</u> does not play with <u>Kamala Harris</u>, but she might be able to play as an important person to <u>David Cicillini</u>, and the <u>Newport Equestrian</u> group where he always came with the <u>Alberto Villodo</u> Twits, <u>Cathy Cesario</u>, and yoga people to read the energy and prayers of the people. They were all errand people and lower level inputs in the House <u>Ways and Means</u> group, <u>Gina Raimondo</u>, and the <u>Kamala Harris</u> talk of inquiry and discussion. They ae all way under the <u>Happy van Beuren</u> Game.

<u>Roger Kass</u> loved that!

<u>Kamala Harris</u>:  <u>Pamela Chapman</u> you got that straight.

<u>Tom Hockaday</u>:  <u>Mimi Sammis</u> thinks she held the power but I has met with <u>Kamala Harris</u>.

<u>Akashic Record Rooms</u>
    -<u>Redwood Library</u>
    -<u>Newport Equestrian</u>
    -<u>Newport Art Museum</u>
    -<u>Tom Hockaday's</u> House
    -<u>Mimi Sammis'</u> 500 people

<u>Tom Hockaday</u> had an interesting positioning with <u>Kamala Harris</u>.

<u>Happy van Beuren</u> supported <u>Gina Raimondo</u> politically, so do the <u>van Beuren Charitable Trust</u>.

It all came together at <u>Kamala's Table</u> with all the side interests and horse-trading.

This is the whole <u>Insurrectionist of the People</u> story. <u>Pamela Chapman</u> is not responsible for it then, now, or in the future. She needs to suppress and let you all take care of the rest.

Pamela Chapman
pmchapman@cox.net
401-662-9516

Andrew Parsons, Cathy Wicks, The Abbates were small potatoes in the beginning as insurrectionists in The Game. No one stepped down and aside except for Cathy Wicks.

Andrew Parsons and the Abbates validated it up until the end. This is not about Andrew Parsons' divorce at all. It was about the book and two other topics. He made it all about a topic and a message that wasn't even real at all. So, **Andrew Parsons** get out of **The Game** because the real story isn't what it seems.

> This is such a High Stakes Game of Domestic Abuse:  About a Divorce and a book that was stolen and read as if it were a best seller, and distributed as such, but it was private stolen material.

Harry Gural: I see it completely. So, does Bill Gural.

Pamela Chapman: You were a real Victim of the people (and of slander, harassment, and domestic abuse), and yet there is nothing you can do now, but be a victim of Saul and Samuel.

She solved your troubles, identified your problems, channeled your answers, used her intellect. She can't do anything anyway. She and Harry Gural need to be dead in this space and retreat, and you may continue onward until you all sort out who, what, how, and you all are. – You decide.

We make Lori Kipnes Bailen a Messenger of the People. She never has to be involved in a Big Book Story like this ever again. She helped bring the 3 Enoch story and the Hebrew stories forward. She walked quickly and simultaneously with Pamela Chapman, once Pamela Chapman got a taste of the stories.

Pamela Chapman:  I don't blame my children at all. No one in the Star Gate felt they could help. They were all too busy suppressing/retreating themselves so that once they were fully gone, they could no longer help anyway. Then no one could help. She was completely separated out and away.
1. Wendy and Eric Schmidt were rats in the house. They seduced Harry Gural for kundalini in the Star Gate.
2. Tameen Saied was a rat in the house and kicked out Pamela Chapman through the use of "dunk tanks" that just serve to kick you out. Harry Gural figured out how to swap places with Pamela Chapman so that he could stay inside and Pamela Chapman would get kicked out.
3. Justine Rudock and Justin Ramel – Were not real reciprocities.
4. Nan Moss – did not belong inside the Star Gate. She was Michael Harner's companion in real life, and he was a rat in the house in late December 2021, and swindled Harry Gural's father.
5. Alberto Villodo was kicked out early.

Donald Jagoe was also a Judas. He just sat back. He could only enter the Star Gate if his Twin Soul was there. We make him a stooge of the people.

Pamela Chapman
pamelachapman@cox.net
401-662-0716

What about <u>Bill Gural</u>, can we make him something special?

<u>Emily Parsons</u> can be a scribe writer whether she wants it as an honor and distinction like <u>Pliny the Elder</u>.

<u>William Parsons</u> can always have the special helmet that <u>Carl Helmet age</u> gave him to suppress to stay out of the way. He never knew how controlling and demonic <u>Carl Helmetag</u> is, but he was a CEO, and an errand boy for <u>Kamala Harris</u>.

| <u>Errands Boys and Girls for Kamala</u> | vs. | the Executive Round table |
|---|---|---|
| <u>Carrie Crosson Gilpin</u>, <u>Cynthia Parent</u> | | <u>Pat Fernandez</u>, <u>Pamela Chapman</u> |
| <u>Mark Halpern</u>, <u>Tara Plochocki</u> | | <u>Alberto Villodo</u>, <u>Nick Schorsch</u> |
| <u>Nancy Graham</u>, <u>Kimberly Witherspoon</u> | | <u>Eliz Kahane</u>, <u>Jacque Crenca</u> |
| <u>Harry Gural</u>, <u>DWO</u>, <u>Carl Helemtag</u> | | etc. |

Once <u>David O'Leary</u> stepped down as an errand boy and <u>Lindsey Graham</u> did also. <u>Kamala Harris</u> agreed. <u>Lindsey Graham</u> is an errand girl and her husband should not be as a company President, but he is, and so was <u>Carl Helmetag</u>. It demotes him unmistakably.

<u>Pamela Chapman</u> and <u>Harry Gural</u> will stay above the fray because that is how <u>Pamela Chapman</u> plays when she knows all the answers. If it is a diplomatic answer, she doesn't wish to play. If you force her to play, she always has something somewhere and a side pocket (a pen knife—key, not a sword, that turned your markkaa—locked the aura) that will seal the death of your deal.

Most stories take decades or centuries to understand. In a digital technology and information age, we can sort it out quickly, Yet, it takes a while to understand our own humanity and context.

*"So, when the library of Alexander fell and crumbled, did all the stones disappear?"*

*"Everything they say at Alexandria was completely lost."*

The Library of Alexandria was not lost as a temple in one of the stories. A Temple at Giza and the Temple of Atlantis (b. 2600 BC) was. The Temple at Giza was lost to a Big Book Story. **All the Black Stallions were there**. <u>Alberto Villodo</u>, <u>Emily Parsons</u>, <u>Nan Moss</u>, and <u>Michael Harner</u> are all Black Stallions. It fell. It rose. The epicenter was not at Giza (It's not 3 Enoch, not Gilgamesh, It's not the Tower of Babylon).

<u>Sue Monk Kidd:</u> If this is the junction that we sit at, we don't have to think, well, we will never know which way it will eventually go, but if we lose all our trees everywhere what will we print on?

We stopped engraving hieroglyphics in stone, and stone tablets aren't chained to tables at libraries anymore, just some rare books.

*"Would a comet ever be the end of our root race?"*

*"No, there is a disbelief or a misunderstanding in comets."*

*"It will be an earthquake, but it could be anywhere."*

**The Redwood Library vs. Newport Historical Society: who wins the Publishing War?**
- On the one hand, both have small press run books
- On the other, you have a war between

Suzie Conklin Nance vs. Jessica Hagen (Cat fight) vs. Lisette Prince
a. Redwood Library: Suzie has Bill Egan and Jackie Egan's $$$ behind her. Esmond Harmsworth IV is there.
b. Newport Historical Society: Mimi Sammis at age 79, perception of $ and power.
c. Both are a small business people that don't belong in Newport Society yet Suzie Nance is from Middletown, RI and Jessica Hagen is from Saugerties, NY born in Albany.
d. Lisette Price publically supports both.
e. Each has their own Kamala Harris people: Newport Historical Society -Paul McGreevy and The Redwood has Esmond Harmsworth IV.
f. The Redwood is a sacred geometry temple.
g. Newport Historical Society's building was an old church and the Newport Historical Society manages and maintains several buildings in Newport that could loosely be consider temples of one sort or another. Yet, the real temple might be the Hebrew temple at Touro Synagogue that didn't appear to be part of this story. It is now. It was part of the Underground Railroad to Ontario, Canada via navy intelligence and ship passage where we swapped passengers in the St Lawrence Seaway. That's exactly what they did. The oldest Hebrew temple was in its own legal fight of the last decade over some ownership of its silver bells – who does the Synagogue really belong to? It had its own Insurrection of the People with completely different people. They won. But it is still under legal dispute as of August 30, 2022.

Island Moving Company:
   Peter Bramante and David Ciccillini
   Jana Jagoe and Tara Gragg, a Twin Soul story
        Tracey Jonnson, (Newport Art House) & Angel La Boy

Aquidneck Island Land Trust:
   Tom Hockaday, Board of Trustee nominated for board President.

Preservation Society of Newport Country:
     Trudy Coxe

Newport Art Museum:
     Carl Helmetag and Susan Longhenry (connection to Andrea van Beuren's family).
     Norah Diedrich masturbated nightly at Tom Hockaday's house.
     She wanted to date Andrew Parsons.

Newport Historical Society:
     Paul McGreevy, Board of Trustee President, IMC Treasurer, Kamala's Table
     Anne Hamilton, Antique Show

Newport Hospital Foundation:
     Barbara van Beuren
     Ann Hamilton
     Elizabeth Leatherman

Redwood Library & Athenaeum:
     Elizabeth Leatherman
     Carolyn DuPont
     Alice and Jim Ross
     Rusty Powell III
          Diana Slocum
          Grenville V. Craig, Pulls is Pamela Chapman & Sandra Craig through Twin Soul
          initiation
          Sandywoods, Tiverton, RI
     Michael Holt Massey, pulls is Andrew Parsons through Cathy Wicks
     Sandra Orsloff, pulls is Andrew Parsons through Cathy Wicks

Tom Hockaday's House:  Brings together the base
              Brings in Kundalini yoga people
              Reading nighting of *Barefoot in Heels*
              Kristin MacManus, US Trust

Mimi Sammis's Group:
     Jessica Hagen
     Suzie Conklin Nance
     Courtney van Beuren
     Cathy Cesario

Pamela Chapman
pamelachapman.com x3x5
[personal info]

The Insurrection of the People of February 4, 2021 is to take a back seat for a while, while there is a Guide War. The Guide War should remove the victim, but it cannot. The Insurrection of the People requires a messenger (don't need one) to say the Guide War is over, and she is dead. Yet, she is here.

Andrew Parsons needs to be quiet in the Akashic Record realm because he is constantly saying he has won his court case in here, and that no one will legally represent you because he and others will attack the legal counsel.

There is an insurrectionist Thievery Ring that is completely interwoven into the Newport nonprofits. She can't do a thing about it, and cannot sue anyone over this bigger picture problem.

Sex, fraud, drugs, and politics: The classic story of our shared humanity across the ages.

Women's personal freedom and agency:
    Women's health issues
    Women's choice in marriage, contract marriages.
    Masturbation and kundalini in sorcery marriage.
    Mentorship in shamanism: "He mentors her and she "services" him."

The Insurrection of the People: Who declares the Victim is actually and finally dead so that the Victim can actually get to the other side? She needs to be pushed through to the Upper realms, not dead. (July 2, 2022). The Thievery People turn into thievery guides and harass the victim.

Samuel and Kathume: You have so many traumas now that you can't function properly. We were so brutal, we killed your soul and we killed the opportunity to read the news because any association with rape, robbery, pillage, and punder we will destroy you with. We read everything with you.

Andrew Parsons actually achieved his goals of February 4, 2021. The entire Akashic Record realm and Guiding Realm validated and colluded with him to achieve them. So, he can now run through the Akashic Record realm, and once again scream, "I won, I won," because he is so pleased to achieve his goals of mass destruction in front of the adult children, day-after-day to prove once and for all Pamela Chapman is just a f' little rag doll that society doesn't need, want, admire, or anything else. She is useless and undesirable."

So, she is dead, and should be permanently removed from this Akashic Record realm society—which really means she has to be pushed through into the Upper realm otherwise the Guiding Realm

Pamela Chapman
pamelachapman.com.net
401-662-9570

will harass her like people 24/7, unless she is asleep. They are still doing it August 30, 2022. When will this end?

Her sister, Deborah Chapman says, "That's about right. We don't want this on our hands."

Pat Fernandez:  I couldn't stand your book jacket is in any one's email because I made sure no one had anyone's email to look at even though we said we all had each other's contact information.

Pat Fernandez:  There was no opportunity for me to tell you that my writing is not like yours because I had a book coach who writes beautifully just for me. That makes me a revised author of no authorship.

She claims to have graduated from a small liberal arts college in South Carolina, a Rollins or a Hollins, Then, she claims she went to the UNC at Chapel Hill. It is not very elitist. Michael Fernandez went to the University of Rochester, NY. My daughter went to Mt Holyoke College—she did not. My son went to University of Chicago and he was a White House Intern. He lives in London. My daughter is a Twin Soul also. She is married to another. She too might have breast cancer. We removed it as an auric tag, but we don't know if we made if go away. Pat Fernandez had a journey of breast cancer.

Pat Fernandez:  Pamela Chapman can't read my book because I didn't actually bind any copies. I said I did, but I didn't.

*"You are a first class liar extraordinaire."*

*"I lie because I like to lie. I am not on a CEO board. I said I was, but I'm not. Do you ever tell the truth?"*

The greatest thing she said was, *"No one wanted you to succeed because it was a sport to ruin other people and knock them down to the ground. She doesn't support the husband, it just looks that way today and every day forward."*
**3:31PM**

*"How on earth do you trust anything that comes out of her?"*

She kept saying that the book she wrote was not like Pamela Chapman's. She kept saying, *"I don't write like you write. I'm a different kind of author,"* but refused to say how she could say that. We then learned that her book was written with a book coach, and that her agent was recruited secretly by her husband. Instead of finding a publisher it was said he secretly paid the "agent" to "privately" publish the book. So, she is book-coached, self-published author.

Patricia Chapman
PthicChapman@yics.net
103.uu2-0510

A photo on Instagram claims she is a student at UPENN – The Wharton School of Business. When ask on further questioning what that was all about, there was no direct answer, just something about furthering herself as a CEO because she said the business that she set up – manufacturing and distribution of jams and jellies—was on hold, and that she was being recruited to sit on corporate boards. The Wharton School event was all a part of this.

She claims to have worked for Saachi and Saachi in advertising. Her private secretary is someone Pamela Chapman knows and lives near Cranston, RI.

She is a Twin Soul with her husband. She and Michael Fernandez are both non-seers and did not ascend. They are not enlightened. She has a café-au-lait mark on the first layer of her aura indicating something unflattering from the past. His aura appears swiped clean by an executive Coach through Deborah, the Executive Coach in the Midwest or something like that. David O'Leary knows she swipes everyone clean without a doubt, so that one can never read who this person really is or anything about their past.

Pat Fernandez has lived in multiple locations in Newport. She claims Oracle man's person knocked on her door and offered her over $4 million to vacate the premises because he was building a museum next door. She came into a windfall. They never purchased else in Newport. Instead, they moved from Minnesota to South Carolina and bought a beautiful home for less than $500,000.

She never understood the first level of the game at the Preservation Society. It claimed, *"If you were a chair of the Newport Flower Show, you always got a seat on the Board of Trustees,"* just like St. Michael's Country Day School and the House Tour people. They didn't mix together. Peggy Richmond claims Pat Fernandez would sell her mother for a seat anywhere in town, and she didn't get anywhere with you or the Newport Art Museum.

Pat Fernandez can't move a finger in Newport without running into Jeanne Gorham or Jerry Slocum. She bested Diana Slocum as a best friend to learn all about the Preservation Society game because Jerry was President of that board for 10 years. Diana Slocum brought Pat Fernandez to the board of the Newport Art Museum. Before her breast cancer scare she often was here without her family. Someone said she often went to Preservation Society galas alone and stood near the door shaking people's hands to welcome them. Yet, she was not on that 4-person welcoming committee. After her cancer or during it, Michael Fernandez started showing up. Someone make a comment to someone who made another comment – so who knows the truth? That she as here so often who was raising her son in Chicago?

Then, there was some luncheon for breast cancer that some women were all clamoring to attend. Yet, when she was asked by Pamela Chapman in January she said it was the Garden Club, but Pamela Chapman knows Jessica Hagen was so clamoring to get there because Jessica Hagen thought it was the best ticket to those ladies in town. Pat Fernandez said, *"I would do the luncheon every year, but never heard about it ever again."*

Pamela Chapman
pamchapman@cox.net
401.662.0851

Pamela Chapman met Pat Fernandez at Katsura around 2005ish when Dolly Briggs gave a meet and greet for the PS's Newport Flower Show. This was in its early days when Dolly Briggs was a co-chair. Pat Fernandez was holding court with some Garden Club women, and she was from out of town, and not very neat in her attire.

There is a Philadelphia Flower Show story that pits Pat Hamilton Fernandez against Anne F. Hamilton. They are not related.

She also gave a big party at 41 North that Jessica Hagen attended. There was the surprise 50th birthday party for 100 guests thrown by her husband at Bouchard's restaurant, considered the best French restaurant in Newport, RI.  Diana Slocum helped with it. Pat Fernandez is 64/65 now.


### September 19, 2021

This is classic Kamala Harris:  *"I don't have anything to offer you.  Yet, I can see you have destroyed yourself in the process, and never will you be the same again. I could care less that you destroyed yourself in whatever process you were thrusted into."*

Harry Gural, you and she will have to make the best of whatever is left of whatever you have in your life. I could care less what that actually looks like.

Harry Gural:  Pamela Chapman you and I are definitely reciprocities of relationship and everyone has worked extremely hard to make it extremely difficult for us to make any connection in any realm. Now they are separating us in such a way that we can't see each other or talk to each other. Yet, when we do, we make a huge connection in a significant way. Now, I have no idea why you sound so far away. They just disconnected from me, so that it sounds as if we are in separate realms, but we are not.

*"Deborah Chapman thinks Harry Gural is a cheating scoundrel."*

You and he can't seem to get it together because once you do, you will never want to be apart. Yet, you can't even start because no one lets you have any private space of any kind. It is a guiding war that is only with you and no others so you have a unique position that no one else has, and yet you are penalized for whatever is happening or not happening with Harry Gural. The guides ultimately attack only Pamela Chapman nonstop to harass her. They mirror every harassing conversation she has had with the people in the Public Commons.

*"What do you think Deb Chapman thinks of Harry Gural?"*

Pamela Chapman
philosophical conduct
to not-not-be

*"You could care less, but everyone thinks you are so deprived that no one should ever go anywhere near you ever again, and that keeps this cycle of depravity alive and you can't get out of it."*

*"We will sue everyone we can think of."*

*"Yet, that will never make your life any better. You have lived through something like a really bad fraternity initiation that has stolen your livelihood and relationships. It has been on a global scale and certainly national in the US of America and all-encompassing in greater Newport, Rhode Island."*

<u>Jim Gaffney</u>:  If you write or type out all of this dialog and give it to an attorney, they might think it's all poppycock anyway.

*"No, it is a record of the abuse and slander you endured day-after-day and night-after-night and despite saying you would sue. No one really believed you until you called an attorney and made an actual appointment. This is not the first attorney and will not be the last, but to get a referral and deeper understanding will start the long two-or three year process."*

*"Until you meet with a series of attorneys, you will keep looking at notes and confess all your sins".*

*"What sins?"*

*"Information that will be used against you."*

*"No. You have a strong case due to your unique situation: They abused you. They stole a book. They committed fraud and indecent acts of abuse and gross negligence. Information in this space is given so freely and you write it. The information is in the transcript."*

<u>Saul</u> doesn't want you to know what <u>Harry Gural</u> is doing every night until he actually shows up on your doorstep. That could take a year or longer. If that timetable is true then we must allow you private space, but we don't.

<u>Harry Gural</u>:  My father said last night I have two choices ahead. And I must make at least one of them shortly. I now know you and I are truly reciprocities of relationship, and if I am ever going to have a relationship with another, it will be with you. But, I might like to pursue a different course of action than you. I need to sort out all of this. No, I do not. I take you with me un-mistakably today tonight and always. Otherwise, I will never know where you are in the realm of the Upper world.

If <u>Alberto Villodo</u> has anything to do with this he will separate us permanently because he is so sore that he lost you as a kundalini partner. It is only reserved for the Upper realms, and will not return for at least over a year.

<u>Harry Gural</u> wants <u>Pamela Chapman</u> to know that he is choosing to take a trip shortly. He and she will make a plan in the future to meet in Newport or Boston. He doesn't care which place. Neither does she. You know <u>Pamela Chapman</u>, that if I see you, and it doesn't go well, we will make a

Pamela Chapman
pmchapman@yahoo.net
403-662951n

commitment to meet at least one more time, so that if we don't like each other at all, we can consider what really went wrong in the meeting because we have such a strong energy of coherence and high vibration. We are a profound reciprocity of relationship

Kamala Harris wants you both to know that she is not going to do anything to stop you from seeing each other. Yet, she can't stand that she lost a bet with Happy van Beuren because that book will be published and Happy van Beuren, 88, will no longer care if it is published or not, because once it is published, no one will care any longer.

That husband is such a bad streak of luck to you Pamela Chapman, and we all stood behind him and not you.

*"You are a reciprocity of another, not your husband so why are we being such jerks to both of them?"*

We can't say, other than we can't think, *"Why we did all of this in the first place?"*

Happy van Beuren wants you to know you were only interested in what was rightfully yours from the start. We made such a fuss and muss that it got so big and so grimy that we created the biggest mess of all with something so small in Newport called the Redwood Library. The private clubhouse game got so big and goes all the way to the White House and the Halls of Congress and the Senate.

*"We had no idea."*

*"Yet, you made it a super large big mess and a unique initiation that Pamela Chapman had no idea how to play. It was fraud and gross negligence with a huge dose of abuse. You have no idea. The impact of collusion is undeniably huge and so upsetting. The amount of abuse brought directly to Pamela Chapman leaves her with an unmistakable trauma. The only way for her to survive might be to move away to a place that has no friendly faces. That is what your games of play and fraud have created for her."*

Happy van Beuren:  I don't care about the attorneys. We hire and fire them all the time. You just want what is yours, and a way to move forward.

Pamela Chapman:  You have raped and robbed me of that. For a philanthropist, you did everything you could to see that I had nothing to show for myself. You could have at least offered another situation, so that I could earn a living. You all wanted to zero out my finances and create a game of thievery that is a typical Ways and Means game of power and might. This is the Kamala Harris way with Richard Neal and Rusty Powell III and Bobby McDermott.

Pamela Chapman
pmwchapman.author.net
101-662-9216

Stanley Chapman:  I don't care what you say Myron Gural but Pamela Chapman has so much trauma from all of this in a way no one else does. No one cares what has happened to her and these guides could care less, but it was generated by these guides, so what do we actually tell her?

Michael Harner/Myron Gural:  We tell them both to do their own work at their own pace. Some day they will figure out they were not the best for the other. If they were, they would have already discovered that they cared enough to want to be together. This is not Myron Gural nor Stanley Chapman, it is stupid shit, but if you want to be together, pull it together.

How about you just let us talk to each other privately instead?


### September 22, 2021
**5:04PM**

Richard Neale, D-MA, 73, specifically married Harry Gural and Linda Plochocki for 1-2 months and then when Tara Plochocki herself said, *"I don't think it is going so well."* He said, *"I'll tie you up instead."* No. It was Tara Plochocki who said, *"Tie me up instead with Harry Gural."*

If Tara Plochocki could prove her worth for getting something from you, she'd do it.

We were to get information out of Harry Gural about other stuff that Richard Neal could use against him, but Harry Gural didn't give up too much stuff.

Tara Plochocki and Harry Gural – three years until, *"Why is Harry Gural married to Pamela Chapman instead of me?"*

In three years, what did Tara Plochocki learn about sorcery marriage and relationship?

1. No one is really ever married to the other.
2. It's all energy, and not in the physical. No one ever has to meet up with the other. We met up once, and that was too much. Harry Gural said, "*I think we'd better stop this encounter.*" She was getting rather provocative. He said, *"No."* several times. She just wouldn't stop suggesting he come back to her unit and spend the night. [He was about 56 or 57, and she was 36 years old]
3. There is no reciprocity in shamanic marriage.

The assignment came from Bobby McDermott (a.k.a. renamed Rusty Dorman by March 2021), and he said someone wrote a book. Mark Halpern needs some help with it. That's all he said and Harry knew on or before March, that Carrie Crosson Gilpin was brought into the picture. He said he thinks he knows the author, but didn't say how or why.

Pamela Chapman
pmichapman.com 665
401-662-9156

Kamala Harris didn't realize your relationship until he arrived at about midnight on April 30, 2021/May 1, 2021.

Harry Gural:  The other night Kamala Harris married me to Nola Ganem. That's Level I of the Kamala Game of Sexual Obedience where loyalty lines are crossed and re-sewn. Then, both Tara Plochocki and Nola Ganem are wives to Harry Gural, and Pamela Chapman is supposed to have a sacred union of reciprocity of relationship because reciprocity of relationship is through multiple lifetimes together. Shamanic marriages are through anyone with an energy vocabulary.

Nola Ganem:  I don't like the fact you wrote this down.  You are relearning what we all learned when we wrote it down in real time, and then again when we tried it, and then again when we copyedited the dialog. Often we completely missed the lesson out loud.

Harry Gural:  Everyone is trying to block my relationship with Pamela Chapman so much that we can't actually have any opportunity to talk, build trust, or communicate together the way we all do with each other. Samuel why did you block me from everything Pamela Chapman when you put us together in the first place?

Samuel:  I think Harry Gural learned several lessons recently.

Pamela Chapman:  You never force relationships on people. They always must be choices and I haven't physically seen Harry Gural in 42 years. So I can't say we would get along face-to-face, and we live at least 500 miles away.

Samuel:  I didn't think Harry Gural would ever arrive at this point.

Pamela Chapman:  Yes, you did. They always do.

Saul:  Ok, tell me why he is so determined to prove you and he are not connected?

Pamela Chapman:  Because I don't see his face when my eyes are closed. That was my indication that he was present. He isn't then anywhere anytime anyhow.

Harry Gural:  You go a step further because I now know me too well for my own good. If we listened to beautiful music, and we had that energy, we would have both melted into a cloud of down feathers, but this was nothing, just beautiful music. Except, every time you played beautiful music, Nola Ganem kept syncing me with her energy. She kept sending me messages saying, *"I need to speak with you right away about something tonight or later today. I finally stepped out and found out she was holding that energy."* No, she was not. You were.

We now understand that Pamela Chapman has an unbelievable energy when it comes to high vibrational music, and when the music plays, we all get so energized and inspired, and we think it makes Harry Gural fall in love with you all over again.

Pamela Chapman
pamelachapman@cox.net
101-662-9510

1. We were never that kind of couple.
2. That high vibrational music was to block and neutralize the terrorism. Pamela Chapman was reporting it was all ugly abuse in her body mind and soul. It's the only way to neutralize all that ugly toxicity that comes from all of you. Yet, everyone had to hear all her music.
3. Now, you are all jealous of what I do to neutralize all of this PTSD that I have from all that you do to me in this space. You call it being in love with Harry Gural.
Being in love is healing and in the Omega Spiral, that place is a state of grace. Who could be in it otherwise, when you are all so toxic to Pamela Chapman?

*"We all misunderstood."*

*"Yes, you did."*

And, if Harry Gural had some "energy" of reciprocity of relationship, he could have at least had one once of connection to make a healing particle of grace

Tara Plochocki, 37, said I thought he was falling in love with you, and I was jealous.

Nola Ganem: 41, I thought the same thing.

*"Both women are unmarried without kids. Christine Bush is the same model."*

Donald Jagoe:  I know all about you and music, so I'm good.

Jana Jagoe:   I don't understand either, and said Yes, Donald Jagoe doesn't like the same kind of music. Jana Jagoe's music is sad and depressing—classical Lyst.

Andrew Parsons:  I have no idea who you all are, so don't ask me anytime anyway anymore.

Cathy Wicks:  I love it when you play that music, but not every day, ok?

Pamela Chapman:  Maybe every day until I get my prosperity, and you all go away because I am the only person who holds the extra Public Commons space in my aura and you do not. I'd give it to you every day everyway if I could.

Harry Gural:  Two people have said you are so obnoxious. The entire Akashic Record Public Commons is obnoxious and toxic and caused so much harm to her body-mind and soul that it is the only thing she has to help her energy heal.

1. Nola Ganem is now permanently excised from his aura never to return permanently.
2. Tara Plochocki is the same and so is her f' mother who is also so f' toxic.
3. Pamela Chapman we still can't find our relationship. It's a fact of history. That is all. If you are together in the physical, then you have a different experience, but not here in the energy realm. It is not a shamanic marriage, nor is it a scared union.

Pamela Chapman
pamelachapman@cox.net
[0]860-200-10

4. <u>Marcella Lobo</u>: I don't do this hat trick. Neither can <u>Alberto Villodo/Lahore</u>. Neither can <u>Kamala Harris</u>. But <u>Samuel</u> can,

5. <u>Justine Rudock</u>: I didn't touch anyone with <u>Uncle Harry</u>.

<u>Michael Harner</u> is manipulating the situation because now that the guiding realm understands that <u>Pamela Chapman</u> has been tortured as a victim of true terrorist attack actions by <u>Hilary Rodham Clinton</u> and <u>Condi Rice</u> both prior Secretaries of State. <u>Pamela Chapman</u> is a true torture victim. Real terror tactics were being used night and day on her because <u>Harry Gural</u> doesn't show up to pull her through to the other side.

[**Note:** It is December 22, 2021 when typing this, and <u>Pamela Chapman</u> and <u>Harry Gural</u> are in the same awful place. He refuses to show up and is tied to a <u>Thievery Ring</u>. She is still being tortured night and day—and because <u>Harry Gural</u> refuses to show up. That is ridiculous, no one picks relationships to save you from torture. You must both arrive on your own healthy way in wellness and abundance.]

*"I don't understand the level of torture."*

*"No one listens to <u>Pamela Chapman</u>. She sees all the **dialog** day-after-day. It's all the same. Nothing will change it. It is well engrained in everyone's day-to-day routine. It's now their new normal activity as a "Watchman" of the New Age of Energy."*

Just try being the victim of torture like <u>Pamela Chapman</u>. It is a torture beyond despair and a Godless state of existence. <u>Harry Gural</u> has no idea, and fails to understand her situation which does not improve without him, yet he is chasing <u>Nola Ganem</u> and the <u>Thievery Ring</u> instead. <u>Alberto Villodo</u> and <u>Marcella Lobo</u> taught <u>Nola Ganem</u> all these energy tools to seduce <u>Harry Gural</u> since he wanted to be Harry Potter, and he succeeded there. He is a man who chose to teach everyone how to use a wand, and we had to outlaw wands by December 21, 2021 because they were too powerful.

Guides say, *"We fix it right away today."* A Godless State of Existence.

<u>Pamela Chapman</u> would rather die. She has walked herself to the edge at least two times. Once her father said, *"You are forbidden from stepping over."* She thought if only she'd could just sleep there, everything would be ok because there was too much noise. Except, she was sent back by her father.

<u>Cynthia Fontaine</u> is her witness for having been almost there also with her. She is a psychic with so much energy training, but never experienced anything like that one. I will never forget because we have understood that if you walk to the other side wide awake, you will then experience a heart attack or a stroke to kill off the physical body. If you die in your sleep, you will wake up on the other side confused. If you die drunk, you will do the same, but you must sleep off the alcohol before you awaken on the other side. It is the same with drugs.

<u>Harry Gural</u>: Where is my reciprocity of relationship energy? I demand to have it back right away today because I want to experience that music with my 'I do, I do' and not with a false wife because <u>Nola Ganem</u> said, *"Let's dance to the music."*

733

Pamela Chapman
pmrchapman@comcast.net
401.662.9546

I said, *"No way Jose."* I said, *"You have got to be kidding!"* No, I just said, *"Nola Ganem you were never meant to talk to me again in this space,"* and to Tara Plochocki, he said, *"Get the hell away from me today and everyday forward because the running dialog – the transcript—tells everyone exactly who you are and you are a disgrace to the human race of reciprocity of relationship."* You are both thievery people and thieves have no reciprocity, only human tie-ups.

*"When I am in that place in me, and you are in that place in you."* We are anti-Namaste. We are never in the same place, and therefore never together.

Harry Gural is a reciprocity guide of Melchizedek. Tara Plochocki and Nola Ganem are both thieves in a Thievery Ring. The energy of coherence is the null hypothesis. It's a huge gap of non-coherence of energy. Therefore, Harry Gural and these women technically don't exist in the same place. Except, they sleep together in psyches and private channels that make them in the same place. They would never have been *"our people"* at Wesleyan University.

Harry Gural:  We don't understand why you, Pamela Chapman are being tortured to death.

Saul:  Nothing will ever change. This is their new normal stance. It's a repeating cycle of dialog and engagement with occasionally new people. No one ever leaves. It's all thievery, and thievery activity.

Saul told Pamela Chapman in the beginning when all the reciprocities and higher vibrational people leave the Akashic Record realm to go the Upper realms, there are only thieves left in the middle.
**4:40AM**

Pamela Chapman awoke into *Fucking Little Loyalty Game of Fraud*, with Kamala Harris, Mark Halpern, Nancy Graham.

Roger Kass was not in the game nor were Dorie Benson, Happy van Beuren, or Anne F. Hamilton.

## The Book Jacket Game

Carry Crosson Gilpin, 61, Hartsdale, NY
Cynthia Parent, 62, Google Home Security, Google Play
Noam Zilberstein, 28, Google Home Security, Google Play, Cornell University, PhD program.
Nancy Graham, 60's
Harry Gural, 63
Tara Plochocki, 37
Diane Crosson McEnroe, 60

Eric Schmidt, 60's, Former Google CEO:  If you upload unzipped, you are fired from Google. Google spent months, years in Supreme Court cases to protect authors and the Kamala Harris Game is trying to kill all of that.

Pamela Chapman
pmchapman@comcast.net
leunne2art.co

Playing with stolen material all over again in front of a global audience. All over again.

Kamala Harris: Make sure you re-order all the sentences and paragraphs so that it doesn't make any sense.

Noam Zilberstein:  I am dead with my parents.

*"No, you are dead with the Massad."*

Carry Crosson Gilpin: I stand down permanently.

*"I can't Carrie Crosson Gilpin  compete with the incompetence of stupid people,"* a lawyer for the  plaintiff says.

Kamala Harris:  You have to play one more game to prove you were going to be dead all over again.

*"You think so, Kamala Harris?"*

*"They were trying to put a wedge between Pamela Chapman and Harry Gural."*

Harry Gural:  I can no longer be down to put a wedge between us, and I don't compete with illegal books obtained by Kamala Harris and her goons.

Diane McEnroe, esq: I don't read the writing on the wall that says, *"I am not allowed to read illegally obtained manuscripts in the Akashic Record realm Public Commons or private space."*

Sitting with Diane McEnroe listening to her read, *Barefoot in Heels* aloud with Tara Plochocki…

Harry Gural:  I am supposed to suggest to Nancy Graham to re-order the paragraphs to make sense of the book. I'm supposed to re-order as a final copies. I have to type what they read and the re-order it, and upload it to Google Books, or home security or something like that.

Noam Zilberstein and Cynthia Parent are in their free time typing paragraphs and sections as a hack without considerations for the material, punctuation, etc. They are sloppy hacks.

Pamela Chapman currently owns all rights and permissions through the US Library of Congress Certification of Registration, specifically so this would not happen.

Lawyer for the people. This is extremely illegal and Harry Gural is not without guilt because he said, *"I don't play,"* but he did anyway.

*"When will Harry Gural accept that he has been set up over and over. You have been arrested for illegal contraband material."*

Pamela Chapman
pmchapman@cox.net
401-662-9510

*"When do you accept that you can't do this anymore?"*

It's <u>The Game of Sexual Obediance</u>. Begin by shifting your loyalties of relationhip in order to actually begin.

Was <u>Carrie Crosson Gilpin</u> married to <u>Harry Gural</u> tonight?

*"Yes, because there needed to be a shift in loyalties of relationship. This is how each and every game begins."*

What was it tonight <u>Carrie Crosson Gilpin?</u>

*"<u>Harry Gural</u> is never going to be your dance partner because he is so f' inspired by your material, he is spending too long editing the material,"* <u>Kamala Harris</u> says. *"So we are waiting for him to wake up his girlfriend, <u>Tara Plochocki</u> so she could put the finishing touches on it."*

<u>Tara Plochocki</u> said, *"Won't you marry me tonight at Wesleyan University all over again?"*

That was earlier in the night when he said, *"I'll never even work or play with you again."*

<u>Tara Plochocki</u> said, *"We are going to play with <u>Barefoot in Heels</u> after spending so long listening to your conversations and then dumping the entire conversation into the <u>Akashic Record</u> realm by some sorcery trick of memorizing what was said about obtaining story material. It is read to you. You memorize the whole thing, and then you feed it back, and <u>Harry Gural</u> types it all out.*

That is exactly what they were doing.

*"No, if they were, it would never look like the layout and punctuation of my pages."*

*"If that is what they were doing, then they were all arrested for illegally obtaining a book manuscript and typing to re-write it, and then uploading it online such that you can't print or punctuate your actual book. This was the whole <u>Kamala Harris Game</u> with <u>Mark Halpern</u> in the beginning."*

So, that whatever <u>Nancy Graham</u> offered can't be carried out because she would say, *"It appears <u>Barefoot in Heels</u> was plagiarized,"* and <u>Pamela Chapman</u> can prove on her laptop that book is pure original material.

If they really wanted the book dead, they would cease and desist and leave it alone and walk away completely. Yet, they can't put it down. It's a fraudulent game that summarizes every fraternity initiation opportunity.

<u>Kamala Harris</u>:  You are f' dead because this is the <u>Kamala Harris Game of Thievery</u> and <u>Carrie Crosson Gilpin</u> is so guilty of fraudulent activity.

Pamela Chapman
pamelachapman.com/art
101-00-00-p

Alberto Villodo is always thickly involved in whatever Carrie Crosson Gilpin is doing. Is everyone all done and all that?

Put your hands on top of your heads and step into the center of the ring. I'll read you your Miranda rights and you have no rights and permissions. You are dead by morning light and by the Constitution of the United States of America that says you are frauds, and this is all illegal material and activity.

Pamela Chapman will see you all in a United States Court of law because she can and she will. She owns all the rights and permissions, and I gave you none of them.

*"Just because she is asleep doesn't give you permissions."*

Harry Gural is going to go line-by-line of his life to an attorney to express exactly who they are, and what they all do. That's his reciprocity to Pamela Chapman. He's going to legally spill his guts to a lawyer of Pamela Chapman's hire.

Harry Gural: *"You bet,"* because Carrie Crosson Gilpin is never dead, just less wealthy because she cannot sue to for millions of dollars. She is mimicking a publisher who reads the copy by morning light. They sit in private spaces and type. Pamela Chapman has no private spaces. Yet, you all read the illegal material and re-type it. You have private space and she does not. How is that?

That's exactly what they are doing. They need a cease and desist order right away because Noam Zilberstein tries to upload all the work that he types himself into a Google Home Security document of Pamela Chapman's. He can only be on her file as long as she is on Google, which is not often.

Noam Zilberstein: Now I understand that Carrie Crosson Gilpin can't read and type that fast enough but with private space, now she can.

You have yourself a new lawyer. I can't stand how stupid these people are with your manuscript in their hands because Harry Gural isn't the worst of them. He is typing too slow it down until someone wakes up to read it to him, all over again.

Tara Plochocki:  I tried to say, Harry Gural, your new girlfriend will disappoint you.

Harry Gural:  We are Mr. and Mrs. Smith, and I will re-count it to any lawyer exactly what they said because I wrote it all down, and I will remember how Tara Plochocki now writes it all down. She has her higher self-memorize it just like Grenville Craig's number's game. It's a sorcery trick. Tara Plochocki is a lawyer in Washington DC, a partner.

Kamala Harris: Tara Plochocki you and Harry Gural can't even work together again because he and you couldn't work fast enough before Pamela Chapman awoke to ring the chimes to say, *"We are all done."*

Pamela Chapman
pamelachapman@cox.net
401-663-9416

But, **Pamela Chapman** said, *"His reciprocity to me is to tell every f' little secret of all of them."* He claims, *"I fell asleep, but I can't."* He actually reread several chapters that **Noam Zilberstein** has up loaded to Google Documents because he could look up the Google Documents and find it all typed out and he had to edit it the way he thinks it should be read. That was the order given to him. Instead, Diane McEnroe read the document because she has a pdf illegally obtained from Carrie Crosson Gilpin and Mark Halpern who got it from Kamala's Table who got it from Roger Kass and Esmond Harmsworth IV.

**Carrie Crosson Gilpin** said, *"The entire Newport Hospital Foundation has a copy."*

*"Yes."* She said, *"I thought I had the only illegal copy."* **Barbara van Beuren** and **Anne Hamilton** are on that board.

**Carrie Crosson Gilpin** thinks she had the only illegal copy such that she could do as she pleased. So did Mark Halpern, Jonathon Karp, and The Book Committee of the Redwood Library. Don't forget Anesthesia Associates of MA and Steve Punzak who would trade his own mother to screw Andrew Parsons, but **Steve Punzak** doesn't realize that it's **Pamela Chapman** and not **Andrew Parsons**. **Steven Punzak** might also be screwed because if his daughter, **Katie Punzak** is involved, we will see him in court also.

Kamala Harris: There are so many illegal copies, 200 to start with.

*"We sue everybody. Everyone involved stands down right now because it in a court of law, you are all dead by daylight and evening darkness. It is your own personal Heart of Darkness:  Send Yourself Up the River, ok?"*

*"They all have stopped your chances of publication because the guides all now know if you chime, they stop."*

*"Why am I always in charge?"*

**Michael Harner** says, *"Carrie Crosson Gilpin is a figment of her own imagination, and Diane McEnroe also because they believe they operate in a vacuum seal that says no one can touch what I say, or do. They don't understand how many illegal copies of Barefoot in Heels exist, such that they can steal it, manipulate it, and re-package it as their own material."*

**Noam Zilberstein** is too immature to understand what he is involved with at Google Home Security. His employer and now his father, **Shlomo Zilberstein**, says, *"Noam you will stand down and report to me in the daylight hours because if you go into the Israeli army because you can't understand how to behave in the Akashic Record Public Commons space or private spaces either."*

**Pamela Chapman** doesn't know private Akashic Record spaces.

**Carrie Crosson Gilpin:**  Harry Gural is no shamanic spouse. He never understands what she wrote about until our conversation last night, and these twits don't understand a god-damn word of your author intention because they have no talent toward composition or writing.

Pamela Chapman
pmchapman@cox.net
tel-00220516

<u>Nola Ganem:</u>  Do you now understand how they wrote the book?

<u>Carrie Crosson Gilpin:</u> I don't understand how she wrote the book, but she has a talent for composition and writing clever lines.

<u>Pamela Chapman</u>: You, <u>Carrie Crosson Gilpin,</u> and others work at fraud activity. I work legally, completely and professionally now. How do you all work? Are you all your goons of <u>Kamala Harris</u>?

*"She gets you all to over pay and play her game. Why is that?"*

<u>Carrie Crosson Gilpin:</u> I wanted you dead every day anyway and anyhow because I didn't like you or love you at Hartford College for Women. I only went to Connecticut College and you went to Wesleyan University. I am so jealous that I grew up in West Hartford in a beautiful neighborhood and you did not, but yet you graduated from Wesleyan and had a whole lot more of this and that so I am so f'jealous of you that I want and wanted you dead anyway anyhow.

<u>Carrie Crosson Gilpin:</u> I didn't write that!

*"No, you stated it instead."*

*"No, I did not."*

She said, *"Prove it."*

*"I can't prove anything she said because <u>Pamela Chapman</u> is writing and when she writes she doesn't understand whose words are whose. She doesn't actually edit anything because she did so much already."*

<u>Carrie Crosson Gilpin:</u>  Are you a hack? Because <u>Pamela Chapman</u> is never a hack job.

<u>Elizabeth Gilbert:</u>  This f' little Shit has done this so many times now, and she never learned that eventually she will be sued for illegally obtaining and manipulating a stolen manuscript. Grand Theft larceny game on X-box (It's the <u>Kamala Harris</u> Game all over again). It pulls you and your energy into a game that becomes a way of life.

<u>Carrie Crosson Gilpin:</u>  This is now your life and your intention.

Malintent + action  = gross negligence / malpractice

*"You are guilty of malpractice in publishing illegal material that is the definition in medicine. It starts with malintent and whatever you did."*

<u>Harry Gural:</u>  I love you but not this way because you are never going to play that game of Grand Theft Larceny.

Pamela Chapman
pmchapman@comcast
[phone]

**Pamela Chapman:**  Hell no, never.

**Harry Gural:**  You stopped The Game in the middle.

**Pamela Chapman:**  Yes, I did. I knew it was a mess for me to do, but I did it anyway because for all of you it is just a fraternity prank, and for me it is my profession and my livelihood, which you all take to be a joke.

*"And, don't forget this is so Kamala Harris can deliver to Happy van Beuren. You are all errand girls and boys for her."*

*"You all stand behind Andrew Parsons, and all of his thievery and malintent."*

**Happy van Beuren:** I don't ever want to know who these people are because I don't work this way.

**Pamela Chapman:**  Yes, you do. Kamala Harris promised to deliver, and she will make sure the Twits spit until they do the deed.

*"It is almost morning light."*

*"If there was to be a book jacket where would this project be, now?"*

Harry Gural would suggest a cover and take it with Tara Plochocki to Nancy Graham and make her an offer of $50,000 for the work because **Tara Plochocki** said **Nancy Graham** said, *"You can't stand to be underpaid."*

**Pamela Chapman:**  Nola Ganem must love to be underpaid because she only pedals ground chocolate in small transactions. I choose much larger transactions than ground chocolate. I choose $240-$320 million transactions to start. You will get a lot of this back because Nancy Graham was in **The Game** but never by herself as a private individual, always as a SVP of Scribner's of NYC/Simon and Schuster/Viacom CBS, and they report to Ways and Means.

Jonathon Knapp:  I'm all done and all through.

What are we doing here? He was in the background watching. He doesn't understand how they got caught in The Game of Kamala Harris- Ways and Means and Richard Neal.

Alberto Villodo:  I never understood why Carrie Crosson Gilpin was here.

Alberto Villodo:  Harry Gural said I never need an alibi because Mr. Smith now knows all their dirty little secrets.

Pamela Chapman
pam.chapman@cox.net
401-662-9516

Lawyer: This is a problem. Harry Gural is 63 and never married. He is not gay for sure and worked for Barney Frank, D-MA. You haven't seen him for 41 years. This is a problem. He's not close enough to Pamela Chapman to care, but the entire universe doesn't want them together.

They keep manipulating the situation so we can't get close together. We can barely talk, and every time we have a previous conversation, they set Pamela Chapman up for a betrayal. It started last night with Tara Plochocki listening and then spilling every detail of the conversation afterwards. She was talking very fast just like Grenville Craig. It's not the guide. It is psyche talk. Now you know how people in government, CIA, manage to memorize extensive copy and then spit it back.

Pamela Chapman has no ability like that and never will.

**6:18AM**

The Lawyer asks Harry Gural: What did you really learn tonight, because it is now morning light?

*"They don't put your book jacket down. So, publish it because it is good material, and they never start at the beginning only at Chapter Ten. Because they think it is bad copy, but I now realize what you did. No one else seems to understand unless you qualify every line, and you are never to do that because that is your stock-in-trade. You said you embedded messages, and you do. So, keep it up an don't say I understand because we will get these assholes yet."*

Lawyer No. 1:
Amey Cardullo, esq. to Carrie Crosson Gilpin: You never understood your place in the lineage with Mark Halpern, Kamala Harris, Nancy Graham did you?

*"No."*

What about Pamela Dorman SVP?

She says, *"I am not surprised because Carrie Crosson Gilpin doesn't even understand how to behave professionally,"* and Pamela Chapman you said several times, *"She has the energy of a 25-year old intern and not a 61-year old professional."* She has a master's degree from Columbia University School of Journalism and taught high school English instead. She wrote a few articles for the New York Times through Columbia Journalism. We don't ever want to know you.

Lawyer #2/Christine Bush, esq.
I never signed anything with Pamela Chapman, and when she went to bed, she had no appointment or documents from me. That's the truth that allowed me to play and talk, and see what you all are made of— because if I were to take her on as a client, I now know who you all are, and no one has the right to steal a manuscript and spread it like fertilizer as she says.

Pamela Chapman: It never stops even with my Certification of Registration and ownership and every time I say I will sue and hire lawyers, they don't stop.

Pamela Chapman
pchchapman@ymn.net
101-663-9510

They stop right now because I will contact you today or tomorrow and sign you right up as a client because this is too big of a case not to take. There are so many people involved:

>Redwood Library
>Newport Hospital Foundation
>Lifespan Hospital staff
>Kamala Harris
>Kamala's Table:
>>Pat Fernandez and others
>Wesleyan University President and his wife, Keri Weil
>Alberto Villodo, The Four Winds Society
>Grenville Craig: His securities fraud (Rusty Powell III), connection to the Redwood Library and board, Twin Soul sponsorship, etc.
>Carrie Crosson Gilpin, recruited by Mark Halpern and her sister, Diane Crosson McEnroe, to play a game for Happy van Beuren so that
>>They would pump up Pamela Chapman and then drop her dead so she's have no money and no book deal. It was to be nothing short of manslaughter and extreme gross negligence of her authorship because Happy van Beuren didn't wanted a book about Newport or an author who looked like her or anyone who could write fiction because either Happy van Beuren lost a job in NYC as a wanna be editor, or because she didn't ask for permission to write fiction that takes place in Newport.
>>>She as married. Carolyn DuPont and she play wanna be publishers as avatars in the Game of Thievery because Happy van Beuren…. I can because I am Happy van Beuren


**This is the Breakers Welcome Center all over again**. It's called the re-occurring sport called, The Newport Game. We kill for sport, and if we are not killed, we advance you to the next level of The Game.

Harry Gural:  This is ridiculous.

*"Yes, it is. This is the social history of Newport."*

In Newport, every ten years (every ½ generation) has one of these situations. Just when the Breakers Welcome Center gets finished, this happens. Yet, the Redwood and Hospital Foundation stole the book in July-August 2019. Pamela Chapman didn't know about it until February of 2021, when she was forced into the Akashic Record space. She hadn't been in this space, and no one could find her here, so they destroyed her and slandered her instead, and destroyed the manuscript, *Barefoot in Heels*. She was in the upper realms with Donald Jagoe and the Grenville and Sandra Craig in a Twin Soul sponsorship game.

How many times do you have to write the exact same thing (It's called context). This is the entire dialog. It's about the same people, the same game, and it never ends.

Pamela Chapman
pmchapman@cox.net
401-862-9516

*"The lawyer says it ends right now. We take your case. We will need to be in touch because we had no prior time to meet."*

*"No, we did not."*

*"She has no confirmation of any time."*

*"This is important, why?"*

*"Because I can't listen, if she is my client, but I can because she is not, but I want this case because we can take all of you apart because this is the* Breakers Welcome Center *all over again."*

*"We all agree. We know how Newport plays."*

*"No, they do not."*

Kamala Harris is just the newest entrant.

*"I have no further part."* Harry Gural says, *"I am now a material witness, and I don't participate in my game of any kind ever again."*

All the materials tonight are sitting with Noam Zilberstein and Cynthia Parent. At least all three were typing. Harry Gural didn't know that.

Jeffery Allen knows them all. He says, *"They are "miniscule" to the industry, but hold so much power because of this project. To upload any kind of book like this—they would be fired immediately."*

It's all about Alberto Villodo and not about the book or the fraud. It's an anti-thievery department with thievery people in the groups. They wanted to be his shamanic spouses, especially Cynthia Parent. Wendy Schmidt knows now who they all are and will make sure that book is cancelled because any legal inquiry into this will take months.

*"No, it will not because everything is traceable. If they want to stall on discovery, we just collect more remuneration later that."* Jeffery Allen worked in that group and department and can be subpoenaed because he knows how every inch how that department works.

Pamela Chapman:  You stupid people. The entire Redwood Library and Newport Hospital Foundation board has it. Who the hell are you Maura Lindsey and Nola Ganem, little twits?

They typed about 50 pages. It's the densest chapter. It's thick. Some would not like the format, but if in the entire context of the book, it works beautifully. Everything is out of context, at about page 300. They never start at the beginning.

Pamela Chapman
pmachapman@cox.net
401-662-0547

Maura Lindsey of Tresor Estates Antiques. She's obsessively following Pamela Chapman around on some sorcery television set. She is a bona fide kleptomaniac as defined by psychiatric indicators, and a story from her husband and Bill Middendorf about stealing a trinket form Ralph Carpenter's house when she was there. She is stalking Pamela Chapman using remote surveillance and breaking and entering into her house using sorcery. This has gone on all summer and fall, with the belief it only ceased when **sorcery television was removed December 10, 2021**. She has made a list of all of the contents of the house and looked up the sources on line and put a financial value on each line item and tallied them all to a bottom line number. She has also typed the dialog of the story. She is a true copycat.

How does Pamela Chapman create security for herself?

*"We sue them unmistakably."*

**Harry Gural:** There are three other people: Nola Ganem, Dominique Alfandre and Shauna McGuire. Shauna McGuire came to many of the workgroup meetings.

What did Shauna McGuire do for the project?

*"She developed a system for contacting a variety of people about what and when to expect certain contents. She helped Harry Gural develop a system for contacting people. A contact list/ sheet. She typed it up and emailed it to Monique Burgess. Numbers and email addresses."*

Their entire Island Moving Company string with Harry Gural and Tara Plochocki were initiated into the book jacket project.

*"No one has it though. Pamela Chapman still owns all the rights and permissions, which means, I see you all in court, and if Dominique Alfandre is involved, she has the cash to play to play."*

### September 23, 2021
**10:50PM**

Senate Majority Whip, Mitch McConnell, R-KY described The Car Dealership Game.

Harassing senate, congressional staffers and employees through DC and Maryland police via vehicular registration, lights, and license plates.

Pamela Chapman
pam.chapman@comcast
10:50Q:05 PM

You must obtain a new or used through a dealer, such that you expose all your financial numbers to a dealer who will in turn tell a staffer in <u>Mitch McConnell's</u> office. <u>Richard Neal, D-MA</u> always knows if you have a new vehicle. <u>Ways and Means</u> owns you. You can never get out of <u>The Game</u>.

There are about 150 <u>Ways and Means</u> members in the lower middle world caves. That is where they always hang out.

<u>Hilary Rodham Clinton</u>: We never know who they are and exactly where they all are because we were there until <u>Pamela Chapman</u> pulled us out and sent us upstairs. No one understands where we were except for <u>Alberto Villodo</u>, <u>Pamela Chapman</u>, <u>Jerry Slocum</u>, and <u>Nan Moss</u>.

Once we know where you were, <u>Pamela Chapman</u> said, *"That's' not acceptable for the Executive Officers of the US of America."* She asked, *"Would they like a better place to dwell?"* She didn't want to tip them off to where they really were <u>Kamala Harris</u> put them there. It's is where <u>Ways and Means</u> always dwells.

<u>Kamala Harris</u> recruited <u>Tara Plochocki</u> directly to play with <u>Kamala's Table</u>.

The facilities, a private room, are all in the caves. *"I band them to be tightly sealed in that space."*

<u>Tara Plochocki</u> and the mother, <u>Linda Plochocki,</u> never met <u>Kamala Harris</u> physically.


<u>Mitch McConnell</u>: In <u>Ways and Means</u> we discuss the budget crisis questions and issues we don't want the world to know about. We don't want them involved because **Barney Frank** knew <u>Harry Gural</u> would leave government, and we don't have anyone leave our house without our secrets intact. So we threaten and tied them up and teach them who is boss. We teach people not to squeal by harassing them. Workplace harassment, sexual harassment. It's the <u>Kamala Game of Sexual Obediance</u> also known as, <u>The Game</u>.

District police will stop harassing <u>Harry Gural</u>. He has been harassed twice after being initiated. <u>Ways and Means</u> issues an APB, *"Do not harass Harry Gural's car."*

<u>Kamala Harris</u>: He can't even go to the grocery store.

<u>Richard Neal's Black List</u>:

Three people do not go to the grocery store either. They do not lease in high rise apartment buildings. It's not up to code either.

Stickers: I work for Congress and they tag the stickers.
1. He needs to scrap the stickers off the car.
2. He needs to purchase a new car out of state with a cashier's check.

Pamela Chapman
littlechapman.com/chief
IS 04-2495-19

3. He needs to write a summary of his experiences in the Halls of Congress and describe what exactly happened to him. He should never fear for his own personal safety ever again because if he and you ever walk the streets of N.W. Washington DC, <u>Pamela Chapman</u>, <u>Michael Tilchen</u>, CH2M HILL will personally escort you. He gave you such a difficult time about stealing money, and you go to be with the top brass of the country.

*"Yes, you f'do."*

<u>Jacque Crenca</u>, President, CH2M HILL International,   *"I will swear to it that this is real."*

<u>Harry Gural</u> needs:
1. <u>Tara Plochocki</u> to remove all her energy tags on every f'things in his apartment complex.

The Tap and Surveillance imagery is taken by: <u>Rusty Powell III</u>, <u>Richard Neal</u>, <u>Bobby McDermott</u>, <u>Justine Rudock</u>, <u>Justine Rommel</u>, <u>Kamala's husband</u> and 3 others.

Whatever is in <u>Harry Gural's</u> apartment ends up on <u>Kamala Harris's</u> list of items to be donated to charity. She loves you to donate your personal affects to charity such that you no longer own anything. She then demands that you make restitution with someone and go and re-purchase an item.

The Tap and Surveillance imagery. They are itemized lists of all of your belonging that someone <u>Tara Plochocki</u> accumulates with the help of a demonic –satanic seer. Surveillance seeing is thievery. That is a fact.

This is exactly what <u>Maura Lindsey</u> did to <u>Pamela Chapman</u> with the help of the <u>Thievery Ring</u> Workgroup. <u>Harry Gural</u> knew how to enter someone's home. He brought the <u>Workgroup</u> plus a few others. With the help of <u>Alberto Villodo's</u> 3rd eye camera, they went around the entire house, itemizing her belongings on lists. Then researching what an item was, a description and a re-sale price. <u>Maura Lindsey</u> claimed she could re-sell her things for $30,000, a bit low, but that is <u>Maura Lindsey's</u> price.

<u>Tara Plochocki</u> taught this to the <u>Thievery Ring</u> Workgroup.

<u>Pamela Chapman</u> had no idea of any of this.

<u>Shamanic Thievery Tower</u>:

Pamela Chapman
pmchapman@cox.net
101-682-9510

Tara Plochocki climbs up and looks out and says she's here and taps Alberto Villodo to show her an image of what Harry Gural is doing at 10:15PM.

Since February 2021, she stopped using Rusty Dorman, Richard Neal and found Alberto Villodo, and asked him to tell her.

Alberto Villodo now knows he knew them all, except for Kristin MacManus.

You show a picture, and then Tara Plochocki harasses him, until he accepts the invitation.

Alberto Villodo did this to stay in a Thievery Ring with Pamela Chapman which he could have cared less about.

She thinks her tower was buried because when she climbed she didn't look out and see Harry Gural, and asked Alberto Villodo what was he up to? She never had to ask. Alberto Villodo always appeared. Even though you met up with each other, you were always real to each other because you could see each other with demonic eyes.

Harry Gural: My sight comes from Rusty Powell III and Bobby McDermott.

Richard Neal, D-MA now says, *"Everyone is now exposed and no one understands who you really are and why."* They all fessed up and came out of the caves.

*"I was there myself."* Christine Bush, esq. was talking to Tara Plochocki, esq. last trying to get her to confess. She is not well modulated and could have really exposed something, or someone. They all came out to witness it.

In the end, Richard Neal, D-MA told Tara Plochocki, *"You are she free to go. We don't want to see you anymore."*

*"Shamanic marriage has been undone. No one can marry Harry Gural ever again."*

Tara Plochocki: Yes, I'm all done now.

HRClinton/Donald Jagoe: Thank you for your service to your country. I wish you well and hope that you have learned much about how our country really operated Pamela Chapman because no one will ever talk to you again in this space.

Hilary R. Clinton: No one imitates me first and foremost Donald Jagoe. Second, we can't thank you enough because Kamala Harris can't continue in her role as VP with the exposure of this information. Her chief of staff will need to resign within the next few days or weeks. Her chief of staff knew this day would arrive. No one thought it would be today, or what would precipitate it, but

Pamela Chapman
pmc.chapman@ymail.net
111141C5C5p1

it was a random conversation. Last night, there was discussion about a conversation she had in this space with a world leader.

Pamela Chapman asked, *"Did you actually resign today because of some event in the news, because she hadn't seen the news."*

Everyone heard you, and didn't understand what you were talking about, but you heard this last night from Hilary R. Clinton and no one last night knew either.

Chief of Staff:  I can't resign this week maybe next because of other commitments, but in government it is never supposed to be financial but it always is.

Bobby McDermott/ Rusty Dorman:  Kamala Harris just said to a group of people I know in Congress that she will have to resign her post because the exposure was too great tonight. We all deliver it and Tara Plochocki will never understand that it was her game that precipitated all of this. It was the 1,2,4,5,7,8 game that Pamela Chapman played with somehow, but not really. Pamela Chapman just played with the numbers. It messed with Tara Plochocki's own game.

Alberto Villodo and Pamela Chapman could leave The Game and so could Donald Jagoe at any time. Tara Plochocki could not. It was dangerous for her and her information. Donald Jagoe started. Then Christine Bush, esq. arrived.

Kamala Harris:  I need to resign my post because no one can understand what really happened here tonight, and no one really understood why Richard Neal, D-MA and the others all came out of the caves. Pamela Chapman you absolutely misunderstood why we put Kamala's Table together. Yet, you can't really understand why you had to endure so much physical and emotional torture over a book of fiction. This isn't what freedom of democracy or the constitutional right to free speech is all about.

Harry Gural:  I just got one of the best lawyers on the face of the planet. You and I should never have met Tara Plochocki anywhere on the face of the planet because you absolutely know this man.

His attorney said, *"I don't understand how you just kept at it alone being able to go to the grocery store. These are just basic needs in life and if you want get your basic needs met, it's a crisis that must be solved."*

Kamala Harris:  We can't stay in business if you can't hear a thing. This goes back to February 2021 when you couldn't hear anything. For me, I'm having a normal night in Washington DC, and Harry Gural just landed a major attorney. Pamela Chapman doesn't have one yet, but has notes to type up.

Tara Plochocki needs to completely stay out of this space for a few days. She is walking and saying she got bested by the best of them and she can't figure out what really happened here. No, she just exited the game because she replaced herself. She completed Level 6 of The Game. She said, *"Pamela Chapman is dead and we can all take full advantage of her now."*

Pamela Jerome
pjhschapman.co.uker
103.00205 te

<u>Tara Plochocki</u>:  I did not take any of the legal threat to heart until <u>Harry Gural</u> said, *"I just landed a really good attorney from <u>Sullivan & Cromwell</u>."* So he landed what he needed. You rein the hands of the best. I owe it all to <u>Pamela Chapman</u> and <u>Donald Jagoe</u> who kept up the conversation and <u>Christine Bush</u> who arrived to help, and <u>Sullivan & Cromwell</u>, who were with her all day today because we never left, but you did. We didn't know until this evening why we spend the day here, but we never left. No one seemed to understand why no one really could speak to <u>Pamela Chapman</u> until she just started talking anyway.

<u>Harry Gural</u>: It is important to know she isn't talking out loud.

<div align="center">

## September 25, 2021
### 11:00AM

</div>

No one will ever stop you from seeing anything in your third eye, and if they do they will answer only to themselves because if you have a vision of something then that is their problem to defend. They will never ask you ever again to defend any part of what you are thinking or envisioning because if they envision something themselves, there is no one they ever have to answer to, and then they always say there is something wrong with you. So, no one gets to ask you ever again. Yet, they will victimize and scandalize your visions and say you are the worst person possible now and ever again. 9-25-2021 11:00AM

<u>Roger Kass</u>, <u>William Parsons</u>, <u>Jean Gorham</u>, <u>Harry Gural</u>—I don't know why I am here because there is no longer a reason to ever consider or think about you ever again. Don't you ever play that music of yours ever again, because if you do, I will excoriate you every chance I get. **11:01AM**

Don't ever consider a thing anyone ever says because there is a guiding war that is still on and no one ever says when it ever ends except one day it begins to disappear one-by-one but not all of a sudden. <u>Jean Gorham</u>.

**11:03AM**

<u>Trudy Coxe</u>: I don't ever want to hear you say you missed out on a great book deal because some people in <u>Social Newport</u> got the better of you.  You just got the better of them when <u>Rupert Murdoch</u> just said in the <u>Akashic Record Public Commons</u> that he and <u>Donald Trump Sr.</u> thought that what you did last night with <u>Mitch McConnell</u>, <u>Richard Neal</u> and <u>Kamala Harris</u> was worthy of a Presidential Medal of Honor because no one ever goes toe-to-toe or face-to-face with them, and

Pamela Chapman
pnm.chapman@comcast
401-662-9846

gets the truth out of them. You did it so gracefully and smoothly that someday someone will face you square, and ask you if you know Harry Gural from Wesleyan. If you say, *"Yes, I remember him."*

Then, they will always address you as a diplomat of higher distinction because then and only then will society understand that Pamela Chapman had no business asking them anything. Yet, she did because to her it was the only decent thing to do. If Harry Gural could not leave his apartment complex and drive his car to the grocery store because the Washington DC police will stop him, and offer a summons of some kind just because Richard Neal thinks he asks too many questions in Ways and Means, then we all have a problem in this democracy. Pamela Chapman, you refused to back down and made them confess why this man couldn't get to a grocery store, which is a basic fundamental need in life. So, no one is ever going to ask you ever again to defend your book or your life.

**11:08AM**

There is one person who doesn't want to be recognized because Laurianne Florio says I can't understand why you don't like my energy or my sister's either. Nobody does. That's the end. **11:09**

Nola Ganem says that she and Tameen Saied once said you could never be in the Star Gate because Harry Gural would never accept you as a friend. He thought Harry Gural belonged to the Star Gate and never you, but you have the Star Gate as your own group of reciprocity of relationships. So, he was dead wrong, and so was Harry Gural who chose the Star Gate over you. Then, he choose Tara Plochocki over you. Then he chose Monique Burgess, Carrie Crosson Gilpin and Nola Ganem, etc. in an never ending Thievery Ring of girlfriends and partners in crime. **11:11AM**

Nola Ganem also says I can't imagine how you feel because I can't imagine how I would feel in the same circumstances, so Nola Ganem wants to know how you feel.

*"The same,"* she said nonchalantly. **11:12 AM**

The guiding realm take away:

- Sight to level the playing field of the war of the people**.**

- Tags to another, such that no two people could ever be separated again. Any sorcery spouse is no longer tagged to the other.

Pat Fernandez and Rusty Dorman were playing for Rusty Dorman to give Pat Fernandez sight. Each took on armies of people as a network to help out. Pat Fernandez has the added complexity that as a Twin Soul herself she can't take the sight of another because then she gives it directly to Michael Fernandez. She can't play a singles game or a solitary game. She is always playing for both. Pamela Chapman's psyche is completely intact as an enlightened being.

Pamela Chapman
pmchapman@cox.net
101-662-9310

Tara Plochocki had Harry Gural's psyche for 6 -8 months when they were first married. The Bobby McDermott took over. He has not been his normal self ever since Tara Plochocki arrived.

"*Pamela Chapman I love you to pieces*" – We don't know and we could not care. Harry Gural you and Pamela Chapman had to find out all of these answers an old fashioned way. Yet, we all ways had the answers, but Pamela Chapman you had no way of understanding anything because no one taught you anything and you didn't have any idea what you didn't know. It was completely new and different and she had no way of knowing it existed in the first place. She was completely naïve and left in the dark. Why didn't Harry Gural teach her?

"*Because he couldn't control her.*"

"*Why didn't Alberto Villodo mentor her like he does with everyone?*"

He claimed, "*He didn't care enough about her, only his own kundalini, so he lied.*" But he said "*I will be your mentor and my word is my bond.*"

She never knew what she didn't know except she was tortured instead and they all stood by and let it happen instead of helping her. Why was this allowed to happen?

Because this is what happens in these Guiding Wars. The victim is left out in the cold until they assure us the level of leadership. Then, they piece it all together themselves, and he did. She needed to read. No one person was responsible for really teaching her, so she had to teach herself and use her own intellect. Yet, she teaches everyone else, and they don't give her any reciprocity for what she teaches.

So, Pamela Chapman and Harry Gural's auras were aligned. That didn't mean anything. They made a big deal out of it, but it didn't mean a thing. Pamela Chapman could tell they were not properly aligned, and said, "*I want my reciprocity of relationship back. I want it installed properly.*"

Harry Gural says, "*I de-installed it, and I gave it to Tara Plochocki, and said stuff this in your back pocket because I can't use this devil worship any longer. It did not give us a quantum physics level of energy of coherence because it was the ego psyche and not the aura.*"

She memorized it in her psyche, but it is not the truth at all. Tara Plochocki took it as an energy of coherence. Tara Plochocki can't figure out why her brain doesn't function properly. The brain is find, it's the ego. The ego is not the brain. The ego is in the throat. If you balance your ego,  you will have a mature voice.

Alberto Villodo is manipulating Pamela Chapman's with his hands. He gets to do it because Jerry Slocum lets him. And he does it every day and keeps it up. He does it because he is demonic. This is a form of torture and he will pay the **Simpson Thatcher & Bartlett** way, or **Sullivan & Cromwell** way. How can we take it away from him?

Pamela Chapman
pmxchapman@cox.net
1014629916

*"He has always had it. He can only do it to some people. He could have always turned it off. He chose not to."*

*"How demonic is that?"*

It needs to be stripped from him completely. <u>Marcella Lobo</u> also can do it. They will screw with <u>Pamela Chapman</u>'s always like they always have.

<u>Christine Bush, esq.</u> says, *"We have a bona fide case with him now. There might be a few of those. Everyone is locked out of <u>Pamela Chapman</u>. No one can ever use sorcery technologies to touch this woman ever **again**. What about listening devices (right now going), megaphones (will also go), and periscopes (gone!) They all have me under surveillance."*

<u>Kerry Sloat</u> has no understanding of what we did last night because she said she did nothing. Yet, she got blamed for everything. That was by design. She had nothing in her side pocket, but we said *"She had a crumb of information about you."* <u>Harry Gural</u>, and <u>Carrie Crosson Gilpin</u> went crazy. Did they?

<u>Harry Gural</u> heard an earful about you, and said, *'I think there is a lack of coherence between <u>Pamela Chapman</u> and a lot of people, and I can't be with a woman who no one respects or likes, but now that I am back in my own psyche, I think I understand why I keep giving <u>Pamela Chapman</u> the brush off. If I didn't, we would have never survived the last few months. We would have been killed by the process. Mrs. Smith, we need a vacation in the Bahamas or something like that".* Do you swim?

Every day in every way especially in the Dead Sea, the Black Sea, the Mediterranean Sea, or at Haifa. I also do Morocco.

<u>Harry Gural</u> has about 10 things going on at once. He left several things all over Manhattan and needs to retrieve one before it dissolves by morning. It is a book publishing contract that says *Barefoot in Heels* is dead, and will never be discovered because he buried it. He left his book with someone. Where did you leave a pen?

<u>Bobby McDermott</u> has his pen (his auric key).  He is too immature to write properly with it.

When <u>Harry Gural</u> arrive on April 30, <u>Richard Neal</u> took <u>Harry Gural</u>'s pen and his voice, and he needs them back like never before. He was standing in the middle of the <u>Akashic Record</u> room of America. Will you step into the middle of the ring and give them back, because <u>Pamela Chapman</u> saw him immediately in the middle of the circus ring trying to be <u>Harry Gural</u> and acting as an MC. Boy, can that man, <u>Richard Neal</u> move and gyrate. He is a full body moving and gesticulating like a circus act. <u>Harry Gural</u> arrived. <u>Richard Neal</u> shook his hand. He gave him back his pen.

*"I give you back this pen unmistakenly and ask that you take that voice to the right place and be the true voice and words of the people of America".*

Pamela Chapman
pmchapman.com.net
101-663-93-16

That's beautiful. Thank you. Good night. God bless because that **Melchizedek** guide. Pamela Chapman is too obnoxious for the rest of us. She is a little testy as things have not gone her way. She has been tortured physically and emotionally, financially, and socially by this whole experience. You must overlook what this process and people like you and others did to her directly.

**Rusty Dorman** and **Rusty Powell** have no understanding to what is happening. A proper sendoff that he didn't have when he left the Halls of Congress he was swept away instead of being feted for over 15 years of congressional service.

**Richard Neal's** voice is so muted, no wonder he took **Harry Gural**'s voice, and pumped it up even higher than before. **Barnie Frank** came out also. They are standing in the middle of the **Akashic Records** realm. **Harry Gural** refuse to go down to the caves.

### September 25, 2021
**5:52PM**

Pamela Chapman has hired three different law firms to handle the lawsuits associate with all this misconduct. It will take several months to understand exactly who and how to file the appropriate lawsuits since there are at least ten and they involve any number of people across at least four different states: Mass., R.I., New York, California, and the District of Columbia. They involve a number of crimes stemming from fraudulent activity and other numerous misadventures of film, media, and literary associations against a backdrop of various nonprofit organizations in Newport, RI and Washington, D.C. A comprehensive lawsuit through the federal circuit would be a better approach.

They will never understand exactly what has happened to **Pamela Chapman**. They never were involved with experiencing exactly what happened to her directly because they were so underestimating of her character and situation. They were so mis-blaming of their actions that they were the ones to cause the most damage.

There are so many individuals who made up a collective of thieves. We will never stop until we prosecute to the fullest extent of the law. Christine Bush of Hinkley Allen, Providence and Boston, Simpson Thatcher and Barlett, NYC, and Sullivan and Cromwell, NYC, Dorienne West Farzan, Donald Christ, Esq., Pamela Chapman, Harry Gural, Bill Gural, William Parsons, Emily Parsons, David Vann, Esq.

**Earlier: 12:01 PM**

Saul now says you delivered the goods but still are not out. We can't get you out until you get a lawyer on file.

Pamela Chapman
Pamela Chapman ex perience
101-662-9110

*"Ok,"* Christine Bush says, *"If we agree, but can't start strong right away. Is that enough to get her out of this?"*

*"She must work night and day, and she is."*

Saul says, *"Yes, but if she stops and waits, it's a no go."*

*"We understand."* 12:01 PM

Predatory sexual assault charges…

Tara Gragg started this whole insurrection about 4PM because Pamela Chapman wanted to take a nap instead of typing out her notes. She was just too tired.  We thought it was because Tara Gragg was sleeping around with Harry Gural. Because Tara Gragg no longer works for Island Moving Company. She now works for the Boston Ballet School, and is living in Dedham, MA.

They think Tara Gragg can't be touched because she doesn't have any money, but that is never the case with Simpson, Thatcher and Bartlett. We adjudicate right until the end. If you are too exhausted to type out your notes, who the hell are they to question your judgement?

Tara Gragg said, *"It was because they don't understand abortion,"* but she had one or two herself and, *"No one likes you. You won't admit to anything they want you too." "But, you do anyway and, nobody listens to you anymore, but they didn't anyway, today or yesterday. They all misunderstand your answers. They require way too much clarification. They refuse to let you have any peace of mind today or tomorrow."*

Jana Jagoe said, *"It is because you don't like their energy,"* which means she doesn't like her own husband's energy.

Jana Jagoe's Twin Soul who is Tara Gragg said, *"They are really loud. No one cares except you because no one else hears it in their aura like you do."*

Harry Gural hears it now. He says, *"Are you f' kidding me* Jana Jagoe *because if you had to listen to this three or four times a day for over 5 months you would be unable to hear a thing in your middle ear. These souls refuse to get out of your middle ear because* Marcella Lobo *told them all to take up residence there so that no one will ever kick them out."*

Now you understand why Alberto Villodo is the only voice you will ever hear moving forward.  He said unmistakably around 4 PM, *"You and I could have made an excellent team except the abortion topic is not one he admires,* so I will excoriate you to the end of my life because that is what shamans do when they get pissed at their Q'ero wives."

Now he claims, *"I will pay you over $30 million in conservation properties,"* because Marcella Lobo told him directly that you and he had no business claiming improper communications between he and Marcella Lobo when Pamela Chapman became a Q'ero Nation spouse.

Now, everyone around the world has heard the same topic because they are currently in Europe at a shamanic workshop.  Everyone in Europe has heard the same topics over and over again. They are sick of <u>Alberto Villodo</u> and <u>Marcella Lobo</u>. Nobody wanted to listen to their workshop topics and they listen to you, <u>Pamela Chapman</u> instead.

<u>Jana Jagoe</u> has a soft ear for your problem, yet her husband, <u>Donald Jagoe</u> can't stop claiming responsibility because we will do this all f' night because you were supposed to type, and you tried to sleep instead. This is harassment **and they now know…**

We will be hired by you this afternoon as of 6:11 PM. Now we will date-time stamp a <u>Receipt of Acknowledgement</u>. We will become the biggest legal team of this New Age. No one will ever fucking touch these two people ever again, but especially <u>Pamela Chapman</u> in this space because she was considered the victim of the people in a Guide War. The guide wars occur every 2,100 years or so, the last being at the fall of the temple of Jerusalem which includes the 3 Enoch books of the Torah, and others include, the ark of the covenant of Noah's Ark that happened after a flood, the Fall of the Tower of Babylon, Gilgamesh, and others. There are seven of them. They are all the same story of a person who must slay the giants that are Metatron guides. They appear thanks to the opening of an astrological star gate, which opens a channel to Metatron.

This victim represents a <u>Melchizedek</u> category of guides who are part of the Great White Brotherhood of ascended masters because they are human first, and high vibrational guides second. She is an enlightened clear channel who is to bare the sins of everyone in the world. Yet, she is not the person to blame for all the misdeeds of others, most of whom are jealous and envious of her fiction writing and fundraising skills, and her inability to have any interest in the <u>Game of Sexual Obedience and Fraudulent Activity</u>.

We cannot adjudicate property if she can't type, and she can't type if she is dead tired, or if she is hungry, or if others are bored and thirsty for something else to do because she is not their entertainment or their caged animal in the zoo. 6:18PM.

We don't <u>think</u> anyone really cares about the legal process. If they did, they would get really upset when they get hauled into my office in Providence, New York City, Washington, D.C. or Los Angeles.  They will need to present an attorney of their own choosing because I represent <u>Pamela Chapman</u> and possibly <u>Harry Gural,</u> and those lawsuits will be interconnected— but never represented by the same individual.

<u>Andrew Parsons, M.D</u>. says, *"I will settle out of court,"* and so will the others, but not before we fully investigate everybody's involvement. So, you must decide to put down your hands now and retire the book, *Barefoot in Heels* because once he starts reading it, he can't put it down, and neither can the others, and everybody is typing also.

[Note: We thank on July 5, 2022, Andrew Parsons is just numb to all of this. He is not in a psyche nor a trance state. Nothing can touch him at all. He has no empathy or emotion to this. He is disassociated from it all. He could care less what happens to his ex-wife in the Akashic Record space yet he brought her in here

Pamela Chapman
pmchapman@mac.net
101.04.2094.0

**and then proceeded to destroy** her in every way as best he could. **Now, he himself has left, but she cannot.** He will need to be reminded by a court summons how to behave in a court of law.|

|**Note**:  Pamela Chapman was captured and imprisoned in a private Upper realm space with Sandra Craig, Grenville Craig and Donald Jagoe from July 2014- December 2020. She did not arrive on her own—she was dumped there, and could never leave. She had no idea where she was and Grenville Craig was the worst person he refused to acknowledge anything, and she could tell no one.  She could not bring anyone else into that space, which was occupied before through a Twin Soul initiation through Jerry Slocum and Jean Gorham with Sandra Craig and Grenville Craig. When Jerry and Jean energetically turned away, Grenville and Sandra Craig were there with Pamela Chapman and Donald Jagoe a year before he admitted to being there. He just silently spied and listened claiming he need a playbook. No Twin Soul ever does this. Then, they were supposed to retreat, or turn away in 2015, but they did not. Don Jagoe could not leave but he was silent all the time. He went mostly silent. He never arrived to supported her, and left her to fend for herself. She had no idea where she was, or how to end it. Now, she is a similar pattern where she was hauled and dumbed wholesale into the Akashic Record through Andrew Parsons, Cathy Wicks, Kathy Abbate and Rick Abbate. Everyone else supported each other and many people retreated into the Upper realms or moved way back in the Akashic Record space. She belongs in the Upper realm, but can't seem to have any help to get back there. She doesn't know how to get out. No one is or was helping her. They all fled and abandoned her, just like Donald Jagoe did for ten years. That is the pattern right there.|

Now, **Andrew Parsons** has three things to say,
1. No one types this long for a reason except the authors of the document.
2. No one will ever believe you made up the names because there are so many witnesses, so many names. You all know all of them already, but they don't care because they are not close friends, nor are they family, nor will they pull you out of anything.
3. Harry Gural pulled himself out already, and said, *"I can't hear a thing."* He left you for dead.

*"No, he did not."*

Harry Gural doesn't know how to help you because he didn't know how to help himself, and you did that for him. This is how you will live moving forward. He can't help you type, and you can't help him sleep, but he can be a thief of this own doing.

*"Be careful who you piss off,"* Kaitlyn Johndrow, 25/26, claims as, *"This now is not a Guide War, but a political one of your own doing because you can't keep you fucking mouth shut, and now you and Harry Gural will be dead every night and every day moving forward."* – But she was already like this anyway since at least May 2021.

Who is hearing this? Andrew Parsons, Pamela Chapman, Harry Gural, Jana Jagoe, Donald Jagoe, Tara Gragg, Wendy Schmidt, and Eric Schmidt, Hilary Rodman Clinton, Bill Clinton, and Christine Bush, esq. because this is almost Google's same litigation and now it is directed at one individual who is trying to claim that we are all real in real time. No one believes her because this is like being water boarded. Yet, it is a big surge of personal energy instead of water. Torture is eliminated by the

Pamela Chapman
pmchapman@cox.net
401-662-9513

Geneva Convention. But it is alive and well in here right now, and has been for several months, and will be moving forward.


**What can we say to eliminate this debt of gratitude for you teaching all of us this New Age of Energy?**

We will litigate you until you are dead in the water. We will make sure you can't print and distribute the fiction book, _Barefoot in Heels_. You will make a living off of investment income to pass on for future generations to make up for the incredible misfortune for ruining her life and livelihood, and her children's lives. Her ability to communicate with other people was destroyed, and as was any real companionship in the future. **6:32PM**


There were 3 people typing: Pamela Chapman, Harry Gural, Myra Edelstein




<div align="center">September 26, 2021</div>


Noam Zilberstein claims, _"I am a Hebrew and I will never stand up for infidel nation states and I will always support the nation of Israel. I will go into the Israeli Army and learn whatever I need to always support the Hebrew Nation state of the archway to my soul. I will always hold the keys to the temple inside myself and I will always allow my father to tell me how to conduct myself when I am faced with opposition, and I will never be a deserter or dissenter of the Hebrew Nation ever again because when I do, I desert myself and I leave my soul to stand up for infidelity and actions that are never mine, and never will become my own."_

I learned this when Harry Gural unmistakably stood in front of Pamela Chapman and declared this is my kundalini partner. Without a doubt I know this energy. It is high vibrational, and it is the same as my own. _"How do you know?"_ a voice asked, _"Because I now have my ego psyche back, and it happened right away that I could read the energy of others when in front of them."_ He can't do this very well but often has a clear knowing who it is, sometimes she gets an image but more often it's a clear knowing. She often knows a name of a person whose energy is trying to break into the conversation. Harry Gural says, _"I'm not that, yet."_ He asked her to put her hands together on prayer position and repeat, _"I have been inducted into kundalini and I have opened my 1, 2, 3, 4, 5, 6, 7th chakras through kundalini and together we now share in the divinity of kundalini energy together for ever more."_

Gabby Bernstein said, _"I've never heard this before."_

Tameen Saied told Harry Gural last night through a private channel that he has done this with his wife so that no one would ever touch her aura. He did not. They are normal kundalini partners the

Pamela Chapman
pmwchapman@cox.net
401-862-9510

old-fashioned way with a key turn in the aura. Pamela Chapman knows this experientially. Rusty Powell III gave Harry Gural his own key back because he was a Q'ero Nation Wisdom keeper. he knew that if they gave Kundalini to Harry Gural and Tara Plochocki that Pamela Chapman's key could always override any key with Tara Plochocki because she is an enlightened Wisdom keeper who has more power than an energy wizard. She is Melchizedek and so is Harry Gural.

Noam Zilbersein says Alberto Villodo is getting ready you do something extremely dirty and cheap. The Tuning Forks told Pamela Chapman that he and Marcella Lobo are trying to upload a full copy of *Barefoot in Heels* to sorcery television so that it can be quickly accessed by all thieves, as if it were Google Documents or Google Books.

The Four Horsemen of the sky say, *"We will never ever allow this type of technology to take over the realm."* Not only have these people raped and robbed the author, but they watch her through Alberto Villodo every night and every day get into bed, change her cloths, take a shower, do whatever they like in her house. She has no privacy and they are trying to destroy her.

This goes to show such a strong malintent of murder and manslaughter of the book.

All he had to do was put his hands in prayer position and they could entrain together but this is not what they did at all. He wanted "sex" and she did not. The men all want to continue the kundalini physical practice and if they only understood that it is moving energy up the chakra system, which Pamela Chapman and Alberto Villodo did, There never had to be any physical sex of the kind ever again.

Pamela Chapman walked away from it completely and said no one ever need this ever again.

Ruth Taylor:  How did you know Pamela Chapman that you did not need this ever again?

Pamela Chapman because it popped the 7th chakra open and that was my downfall in this space, and it is not sex. There is no intimacy or relationship with someone you meet in this space for that kind of experience. These are **initiations not relationships**.

You do not require nightly initiations. You all require relationships – or at least I do. But the people were all turning way from real relationships and want their story to become The Game in the realm. Pamela Chapman has witnessed over the last 10 years. If you have relationships there, relationships here will destroy you. Here, they are not real relationships. They will leave you in a desperate state of ennui.

Noam Zilbersein: My father never said he took that path because the Hebrew state will never allow people to turn in war like Alberto Villodo does. He does not live out there he spends all his time in here. We think Carrie Crosson Gilpin asked Alberto Villodo to figure out a way to photograph every page and create a film strip. They kept trying to access this kind of sorcery technology. It makes me sick to think of what authorship and national security would become with this kind of access. A pure infidelity of nation states.

Pamela Chapman
pamchapman.com.net
401-662-9016

Hilary Rodman Clinton: We often thought something like this could happen in science fiction, but it is here now and we know the exact people trying to do it.

Pamela Chapman:  Notice Noam Zilbersein and Shlomo Zilbersein that it is not Artificial Intelligence that Shlomo Zilbersein is a professional expert in. It is sorcery practice, and it is your Hebrew nation Massad training that is most important to the unfolding story at this moment.

Hilary Rodman Clinton:  We never expected this kind of infidelity so close to our own lives but because this here now we have to reexamine the level of relationship of people close to that story. If Noam Zilbersein says, *"Yes, I agree, hold on. Alberto Villodo is doing something we don't like…"* He is having a private conversation in this space with Cynthia Parent who is a supervisor of mine – not really, but we will say he can't be a deserter to her story. There is one other person, an Asian woman who wanted kundalini, or so she says with Alberto Villodo, and she is so jealous of Pamela Chapman that this is part of the problem.

Alicia Barry:  No one ever told me that I could never be someone else. I just didn't like to use my name locally because all these woman from yoga are now all thieves. It makes a mockery of all that yoga teacher training, doesn't it Pamela Chapman?

Does Noam Zilberstein have any other piece of the Hebrew nation story that fits in here? You had beautiful words about taking care of the body temple home as if the Hebrew story is a pure story of the divinity of the self.

Noam Zilberstein:  I never understood my own Bar Mitzvah. But, I now believe this is the whole entire story wrapped up into ritual.

Pamela Chapman:  That is how the oral traditions save the history. It takes a new cycle to say the information has been with us all along right under our noses.

Alicia Barry:  I too, didn't understand, but I do now, and Pamela Chapman, this woman Lisa Goddard through Harry Gural, told one huge story of lies because she is so f' jealous that you could actually write a book of fiction and they can't understand how you really wrote it, but they believe facts in the story as real truths and want to paint an image of you that does necessarily exist, but it does for them.

Pamela Chapman: I realize that she is also jealous of the fundraising part of my own story. And that all the M&A monies may have at one time looked like fiction, they all believed quickly as fact and that kind of money gives one so much power in their minds they are so f' jealous what that will do in their own personal power to destroy you.

Pamela Chapman
pmelchapman@yoo.net
101-662-9110

760

We now know **Jerry McIntyre, esq.** betrayed his own client, and that could also be a lawsuit of legal malpractice because he might be walking around in that Akashic Record room that created all the trouble with the book, saying things he doesn't understand. Every person says they are the book. They are the story, and the whole thing is so f' true – but they don't know. On cross examination, they have to say, *"Well, I don't really know. I just pretend and create fact from that."*

Alicia Barry:  We will never stand down to this type of tyranny, yet you have been under such stress and strain, and believe all the personal terror including Alberto Villodo who could have turned down your aura moments ago, but he is the one even right now creating all this noise surrounding you.

Pamela Chapman:  Saul must work to keep these infidels always from me. They create high pitches and loud energy disturbance noises 24/7. There is no silence and no peace for me, but only for all the others including Alberto Villodo and Marcella Lobo who are the worst ambassadors for shamanic practice.

Saul, you must help me right away to get that high pitch away from me. It will blow my ears – but it will not, it just feels that way today, and so many days yesterday.

Harry Gural discovered last night that once he got his ego back—clear headed from psyches, he was immediately aware of situations that he could not make out before. All the people he had approached and not understood, he now understood as being low vibrational, and *"Pamela Chapman I can tell unmistakably that you have a high vibration because we sync beautifully, but without my ego psyche I could not tell I was indifferent to you then, but not now."*

Pamela Chapman:  You left me on the floor of the Public Commons, and ignored me as you always do. You never share, or told me anything. When you arrived, you said you would help me. Every day you pick up all these tools, and I have no way of protecting myself in that space. You just keep getting better and better at knowing the tools.

Harry Gural:   Yes, but I keep asking everyone, *"What are you doing?"* I just make up new approaches, and my guide always agrees. You have the wrong guides.

Pamela Chapman is always asking on behalf of Harry Gural. He gets all the accolades and forgets where his freedom really comes from, he always abandons her here, but she always knew who he was. That is why she walks away.

Harry Gural:  The dialog is clear that I am to be considered an infidel with Tara Plochocki and Carrie Crosson Gilpin, the Scribes of the Pharisees, and now you are here to tell me I have a high vibration as a kundalini partner who has a Melchizedek guide to always help me both in human form, and on the other side. If **Pamela Chapman** does not solve her own puzzles, no one else does it for her. Yet, she solves everyone's else simultaneously.

Harry Gural:  Then, I am our Melchizedek guide in human form to help you today, and this day forward.

760

Pamela Chapman knows Harry Gural didn't say that. But that is about the size of the story. Yet, it is October 1, 2021 and he was suppressed with Pamela Chapman last night in a union of their souls, and today they are still trying to clean her aura to be clear of human error and gross misconduct.

Saul said on Sept 29, 2021, they won the Guide War because Pamela Chapman cannot believe in any God who would submit her to this torture, and never claim her. On Sept 30, or early in the morning of October 1, she and Harry Gural bested Metatron once more and reminded Metatron that they never ever win this war. This one just went on too long, and should never had included torture.

Alberto Villodo and Nola Ganem were married yesterday morning. They are both Metatron cubed guides now and in the future. Pamela Chapman asked if they could be put into a Metatron cube the way shamanism puts insurrectionists in crystals and rocks. Then they suppress together. After all Saul and Samuel come out every 2000 years or so for a Guide War and then go back to their own Star Gate and suppress/retreat until the next Guide War. This Guide War went on at least two months too long, and since torture and gross misconduct has taken place including with Alberto Villodo, who today calls himself Roger Ailes in this space. Saul and Samuel who have been involved in seven of these Guide Wars under various names.

After Beatriz and Zenia Theresa claimed to have left the space around the autumnal solstice, they return disguised as different people. They took the strategy that instead of being a new and different person, every day they took over the energy of a person of interest in the story, i.e. Beatriz has taken over Jana Jagoe/Bethany DiNapoli. They stay for a day or so and just jump from person to person in their own Thievery Ring.

Pamela Chapman just knows the story has hit a plot twist and now it is the story of the insurrection of the people and Zenia Theresa/Samuel is in charge, and Beatriz/Saul takes over the body of someone else. It seems to be Jana Jagoe/Bethany DiNapoli.

Pamela Chapman: Harry Gural took over as MC of the entire gallery last night. He was in charge. What are you going to do today Harry Gural?

Harry Gural: I do not wish to play any more games. They are the same game every day and Pam you always say, *"Why did you spend hours at that, when it is a clear 2 or 3 sentences?"* They just like playing, but more people helped to reveal like Polly Lyman who claimed the whole DNC story from Miss Porter's School was a lie. She took your story and twisted it to be her story, and said you don't own that, I do because I am Miss Porter's through and through, but she really is a navy captain's daughter and her sister is married to a former navy commander so they are just a military family with other connections. Polly Lyman debunked and de-mystified all of Lisa Goddard's lies. Thank you, Polly Lyman because clarity often has to come from the outside.

No one in Newport wanted to go up against her. Yet, Lisa Goddard only moved here from Providence at the age of 59. The family belongs to the Dunes Club of Narraganset, not Bailey's Beach of Newport so, they had best be careful of who and what they talk about. That whole Public

Pamela Chapman
pamelachapman.com/art
401-662-9510

Commons is full of marginal people of the Bailey's – Clambake Club lineage. They are all wanna-bees that have not made it. They just say they did to keep the others out and away. So, Pamela Chapman must scare their lights out for her rising power, and obviously, the money that will be transferred— for she and her family in perpetuity.

On July 2, 2022, 8:15PM, Jean Gorham told Andy Parsons that if he thinks this story isn't real and his wife's experience is anything but perfect, then he is only following himself. She has been tortured to death in this space by everyone. We did everything we could to her to keep she and Harry Gural away from each other, so he would never bring her into the Upper realm. If he retreated into the Upper realm and could not return the way he does, she would be stuck in the place of being the only person in the world who could not move back, and the four guides with the green slash marks, will harass her to death 24/7 for the rest of her life. We all did everything we could to prevent that from happening but more importantly, we did everything we could to harass, slander, and abuse, and everything else we did to her.

If you think for one minute, Tracey Anne Moore, or Andrew Parsons, that you will get out of a major lawsuit, think again, because she will prosecute to the fullest extent of the law. The people did everything in their individual and collective power to destroy Pamela Chapman's book, and then her person, her finances, and her social life, everything was a complete kill so that she would be completely destroyed, just like Andy Parsons wanted it on Feb 4, 2021.

On July 2, 2022, Harry Gural discovered something. By the afternoon, he was able to bring her into the Upper realm but it is not yet enough to get those thievery guides off of her. Then, when that happens the realms will close. Otherwise, she stays exposed to the Akashic Record realm and the guides attack her all the time and expose everything about her into the space of the Akashic Record realm. They mirror and mimic the harassment and slander of the people. It never stops. There is no peace of mind or privacy.

**The Guiding Realm calls time on Jul 2, 2022 9:19PM. Debrief.**

Kathume is a bad thief who has participated in all 7 of these Big Book Stories. He did more harm than he ever should have.

Nan Moss did the same through Michael Harner.

Tucker McGillivray is no were to be found most days.

*"Where was he hiding?"*

*"In the back of the Upper realm with Nan Moss."*

*"Why was he there?"*

Pamela Chapman
pamelachapman@cox.net
401-662-9919

*"To escape the noise. He thinks he is a shaman of first degree."*

*"No, he is not. No, <u>Twin Soul</u> in a last life time is allowed to be a shaman. He belongs on the Upper realm because his <u>Twin Soul</u> is a seer."*

<u>Harry Gural</u>. He (<u>Harry Gural</u>) is not the man we thought he was.

<u>Dominique Alfandre</u> claims, *"She and <u>Pamela Chapman</u> are too closely aligned with each other for our taste, but they are too close and that is there business."*

Really? They made her business everyone's business to slander, abuse, and harass. Not anymore because she does believe you will sue because <u>Don Jagoe</u> said quite honestly a few minutes ago, *"If you think she is kidding, you are sadly mistaken. She put up with too much bullshit from the <u>Craig's</u> and if I'm paying, so are all of you. I should have the greatest reciprocity from her, but I do not. I have one of the worst,"* and so does <u>Jana Hicks Jagoe</u> who half the time is hard to distinguish between my wife and <u>Bethany DiNapoli</u>.

If <u>Pamela Chapman</u> does not get out of this space tomorrow or tonight, then we will be so upset because if she needed <u>Harry Gural</u> to move her out and into the Upper realm, he did at least four times. This one has to stick. It might take a month to hear people's voices. It shouldn't, but it might. If it takes even longer to hear <u>Harry's</u> voice, then he won't be happy. He said, *"I need you to hear my voice."*

His brother claims, *"That was his validation for you that he was here."* Sorcery television, the book stealing and editing, breaking onto her house, itemizing all her stuff, listening to <u>Grenville Craig</u> and <u>Andrew Parsons</u> posture about who knew her better, and all those insults from <u>Kundalini Crossing</u>, <u>Harry Gural</u> claims, *"I know you so well."*

<u>Harry Gural</u> stole the honeymoon period of getting to know someone in a relationship. They poisoned him. <u>Pamela Chapman</u> can't undo his impression of her from all those people. All she can say is, *"I erase what happened here, and I remember you from 1980 and I go from there,"* but you do not. So, you stole that away from me. The honeymoon is over for <u>Harry Gural</u> with <u>Pamela Chapman</u> before it ever began. That makes <u>Andy Parsons</u> really happy because he can't stand the thought of you in the Upper realms with *his* children, <u>Harry Gural</u> and Harry's family. Then <u>Andy Parsons</u> get smug. He is impossible to be around for a day or longer after that.

Those children are <u>Pamela Chapman's</u> children also. That is part of his parental alienation. He thinks the children belong to him, and he cut her and them off. It happened in divorce, and all over again in this space, which could have been an intention of February 4, 202,  all over again.

*Continued,*

Patricia Hannah
pamelachapman.com/art
401-662-0450

What is Alberto Villodo's story?

He wants raw power because his power comes from the cocaine trade that gives him access to high asset class states. His power did not come from anything related to matrimony. He and Marcella Lobo don't love each other. His ego claims he loves nothing and no one. Hers says the same, except she for her daughter.

Jean Gorham:  These are not the people they say they are. These are drug lords acting as shamans.

Pamela Chapman the entire realm is over taken by thieves.  It is the equivalent of the dark ether net. They are one and the same. So, Google was wrong to imply that there is arc in the entire technology development cycle that allows and permits everything to enter into the realm unless mankind stops it. Then they—and chaos—will rule. Then, a Lucifer Rebellion, which could be a pseudonym for The Big Book Story, will take place to sort out who, and how, they hold and persecute the victim with the power.

The power of the people will never tolerate this. It's the people's choice. They need to hold this back. This is what the Massad does. They are the Watchmen at night and day for Israel. Who will be that for all the rest of humanity?

Those in the Akashic Record realm will become the Watchmen. They will hold back the thieves from taking over our communities.

It is now very clear that the people of the Redwood Library were never from its own lineage of people. They are and were outsiders who took over. Marcella Lobo herself is now causing the problem with Pamela Chapman's at the moment.

Jeffery Katzenberg: This is Marcella Lobo through and through.  Together, she and Alberto Villodo have a song and dance routine that gets them out of their own story, as if it is a dance routine in an old movie. We all now know that one.

**12Noon**

Jerry Slocum was the errand boy of Beatriz (Saul = Kathume + Samuel)—Metatron – Satan.

He says three things of Pamela Chapman:

1. Stanley Chapman holds a key to her, as does Erin Hennessey. Jean Gorham also holds the same key in her mouth.

Pamela I. Chapman
pim.chapman@comcast.net
pic.comcast.net

2. Her book, _Barefoot in Heels_ is a symbol of this whole guiding realm war.  It is supposed to be published, but you will have to figure out how and when. Her book belongs to her, as she owns all the rights and permissions.

3. A key to Harry Gural's vault which means his heart because he and she were supposed to be the official King and Queen of the New Age. Now they can't stand each other, and he prefers another kind of woman.

Harry Gural holds his own key to himself. He has his own personal agency.

Metatron will go to war only in discrete increments. The entire guiding realm knows that Alberto Villodo lives a well-chosen path of thievery. His intent of uploading an actual book to sorcery television is too much.

All energy technology has always existed. Nothing is new. Uriel/Helen of Troy/Samuel will see to it that all is watched carefully, and will attempt to undercut these activities. Mankind will hold back any Lucifer rebellion. It is just these two Metatron guides—Beatriz (Saul = Samuel + Kathume)  and Jerry—we deal with.

Marcella Lobo and Alberto Villodo will always be like this, but several things will happen to both that will change the course of their own destinies. They will exit in disgrace of the people because Noam Zilberstein has been taught that in any insurrection you always shout, _"I am a Hebrew through and through, and I will not stand up for this insurrection."_

His father said, _"Eventually someone will understand what you are saying, and offer some type of support."_

We are all Hebrews now through and through, and we will not tolerate any insurrection at the level of our families, our communities, and our nations.

Hillary R. Clinton:  Kamala Harris resigns today because you will go down as the laughing stock of the people if you keep up this insurrectionist story of keeping everyone on high alert. We no longer support this kind of narrative arc. We are now moving into the legal system. This plagiarisms, copycat syndrome of mimicking everything Pamela Chapman types, writes, says, or does, etc. We will persecute to the fullest extent of the law for whomever we find to be at fault. Who is at fault to day Hillary R. Clinton?

Marcella Lobo.

_"Yes, the legal and sorcery wife of Alberto Villodo."_ She is a President of the Four Winds Society, and a major protector of him in the cocaine trade.

_"That will do it,"_ someone says. If Marcella Lobo were not of the ability to protect him, he could not roam freely there. He gets so bored here. He preys on woman, and takes them in as their mentors

Pamela Chapman
pamelachapman@cox.net
401-662-9740

until he gets bored with them. Actually, it is when Marcella Lobo gets bored with them, every 1-2 years.

**On July 4, 2022,** it was revealed through Harry Gural that the Hate Crime against Pamela Chapman was seeded in multiple directions simultaneously but in a major tactical action way by Tara Plochocki because her mother Linda Plochocki of Gainesville, Virginia was his initiator and handler. It turns out, she had "heat" or natural kundalini with the first man she initiated. Harry Gural was the third man she "trained" and "handled" to become a kundalini master. The fact she had kundalini heat with the first man should have eliminated both from the entire situation permanently. He was the third man she had initiated in the Ways and Means culture and practice of kundalini. That first man and Linda Plochocki were then a monogamous kundalini and sexual partnership. This completely prevented her from being able to practice or teach kundalini by experience to Harry Gural. She did not admit this truth. She faked it immensely. Then, she turned Harry Gural over to her daughter, Tara Plochocki who claims to have been kundalini initiated by her father. It could have been Bobby McDermott, with whom she later told Harry Gural she had natural kundalini heat with so as not to have to be involved with others.

Linda Plochocki directly warned her daughter, Tara Plochocki and Harry Gural, "If you ever have heat with a person it will spell trouble."

Harry Gural knew in May 2021 that he had natural heat with Pamela Chapman. He immediately told Tara Plochocki. He asked her on more than one occasion, if she could sense any heat, because he was a little warm. She said, *"Yes."* One morning, he woke her up and her hips had moved, and he asked her if she could sense anything. She said, *"It feels as if my pelvis is doing something akin to mula bunda in yoga, and she was very warm."* He especially asked about whether she could sense her body being very warm. She sad, *"Yes."* He didn't tell her why. Pamela knew nothing at all about anything.

In March, Alberto Villodo did something akin to kissing her on the beach, she could sense this. It seemed especially stupid. She could feel nothing.

She asked, *"What are you doing?"*

He said, *"Just something he always like to do with new people, and he would not do it again."* There was no warmth, heat or anything between them. He was testing for kundalini heat. They had none. She knew nothing of what he was testing, nor why. He knew exactly what he was doing. He never explained.

Because Harry Gural told Tara Plochocki he had definite heat with Pamela Chapman, Tara Plochocki set up the May – June 2, 2021 middle-of-the-night back porch project to attract as many people to Harry Gural to test for heat. They had no idea that a person only has one person in their lifetime that they will ever have real heat with. All the people on the back porch had no idea what

Pamela Chapman
pamelachapman@yes.net
101-002-9310

they were doing, nor why they were there. When each arrived to introduce themselves to <u>Harry Gural,</u> he kissed them on the check to test for heat. No one feels a kiss or a closeness.

They in turn had to offer an insult, a criticism, a slander, anything about **<u>Pamela Chapman</u>** they didn't like, or why everyone disliked her. **<u>Tara Plochocki</u>** put a **<u>Kundalini Crossing</u>** tag in all the women he had no heat with. When <u>Kundalini Crossing</u> opened on June 19, 2021, all those persons were invited. Once again, when each arrived to get into **<u>Kundalini Crossing</u>**, and then to get a private audience with **<u>Harry Gural</u>**, they had to offer up the same type of slander, criticism, dislike, anything cruel about <u>Pamela Chapman</u>. That was the transactional payment. The currency of trade. This seeded so much hate, slander and harassment, and gossip across and within in the entire <u>Akashic Record</u> realm. It became the transactional conversation among all the people who started horse trading insults and cruel comments about her. It became a competitive game of besting each other for how cruel can we get about <u>Pamela Chapman</u>. This completely setup a culture in the <u>Akashic Record</u> realm of **hate** toward <u>Pamela Chapman,</u> even with her sister, <u>Deborah</u>.

This entire setup was all because <u>Linda Plochocki</u> failed to admit she had found her one true kundalini partnership in this lifetime. She failed to take full responsibility for her situation. She covered it up instead, and used her daughter to fully cover it up. She did not belong working for <u>Ways and Means</u> in this capacity, and set <u>Harry Gural</u> up in unnecessary ways, which then set up <u>Pamela Chapman</u> for a Hate Crime for failing to admit her own truth.

This morning through <u>Bettie Pardee's</u> book we pieced together a trail of information encouraged by <u>George Tobias, esq.</u> of Boston, MA. It all points to the fact, if you write coffee table books about Social Newport, you are vetted, blessed and sponsored by the <u>Redwood Library's Book Committee</u>. Those people would be <u>Bettie Pardee</u> and <u>Nick Mele</u> (<u>Oatsie Charle's</u> grandson) who just published a book in May 2022 with <u>Ruthie Chapman Sommers</u>. <u>Rockwell Stensrud</u> published a coffee table history book of Newport, RI through the Redwood Library.

From the appreciation page of *Private Newport*, by <u>Bettie Pardee</u>, **Bullfinch Press** formerly of Boston (299 works, 120 e-books published between 1957 and 2021). Now, New York - AOL Time Warner and <u>Hachette Livre</u>, are involved, and so are the following:

- <u>Jill Cohen</u>, Publisher of Bullfinch Press of AOL Time Warner, of Bullfinch Press AOL Time Warner. Time Warner Group before Hachette Livre Nov 2001- April 2006, publisher Springboard Press now Hachette Book Group – 5 years, VP of QVC publishing- 4years, President, Random Direct Conde Nast Books, Random House- 12 years (1984 – 1987). Now, president of Jill Cohen Associates who publishes coffee table art, photography and museum exhibition books.

- <u>Michael Sand</u>, Vassar College/**Brown '87**, (<u>Aperture Foundation</u>-10 years-Executive Editor, <u>Little Brown & Co</u>-14 years, Executive Editor, and <u>Abrams</u>-7 years, SVP);

Pamela Jarenski
pmsschapman.cox.net
401-662-9536

- Karen Murgolo, **Wesleyan' 8?** ( Hachette Book Group-12 years, Aevitas Creative Management- 1 year, Houghton Mifflin/Harcourt/HarperCollins-1.5 years, and Aevitas Creative Management, April 2022 – present. and a few others.

- All three above are involved in art books and photography and museum exhibition publication. Aperture in NYC appears to have some involvement. We beaded together a whole strings of pearls that points to the fact:  IF YOU ARE A WESLEYAN UNVERSITY GRADUATE YOU, ARE NEVER ALLOWED TO PUBLISH FICTION, AND IF ARE PERCEIVED TO BELONG TO SOCIAL NEWPORT OR WRITE ABOUT THEM, YOU ARE NOT ALLOWED TO PUBLISH EITHER. This makes Pamela Chapman a cursed woman.

- Jonathon Karp, **Brown University**, CEO of Simon & Schuster- 12 years 2010-+, (Publisher and Editor of Twelve now  Hachette Book Group 2005 – 2010, Random House 1989 – 2005 16 years, Reporter, Miami Herald and the Providence Journal.
  He summers with Esmond Harmsworth IV in Newport and attends Redwood Library summer gala's.

- Nancy Graham, Yale U, SVP Scribner's Simon & Schuster. Formerly of Riverhead Books.

Others could include:
- Amanda "Binky" Urban, Literary Agent, ICM
- Maya Taylor, Brown Unversity, Newport, RI
- Richard Pine, Literary Agent, Inkwell Management (Kamala's Table)
- Dorain Karchmar, Wes '91, Literary Agent, William Morris Endeavor
- Mel Flashman, Wes '98, Literary Agent, Janlow & Nesbit Assoc.
- Sarah Gerton, Wes '2015, Literary Agent, Curtis Brown
- Eleanor Jackson, St. George's School '98. Literary Agent, Dunlow, Carlson & Lerner
- Vicky Bijura, Wes'75, Her own agency that require a full paper submission of the entire work.
- Adam Cyzner, Wes '25, Film & TV intern for Corvisiero Literary Agency
- Wes '19, founder of the Writing Club. Writer with a debut novel out to publishers, represented by Alice Martell of Martell Agency. Literary agent for Trident Media Group for 1 year until April 2022. Literary Ass't at Glass Literary,
  - Alex Glass, founder of Glass Literary 2015-7 years. Trident Media Group 13 years, NEA literature Program, 3 years.  MFA Fiction Writing American University. Fieldstone School '92.

- Esmond Harmsworth IV, Brown University, Aevitas Creative Management, Boston and NYC

- David Black, Vassar '81

Pamela Chapman
pamelachapman.com.net
1-1-602-9510

- Jane Dystel of her own Literary agency has a full pdf of Barefoot in Heels from June 2019. Through a review of date-time stamps of the submissions, she quickly asked for a full manuscript within an hour of original query. It was rejected one week later. She claims, *"It is still on her computer."* She is a material witness. She only appears to publish her authors at small independent presses. Her father was a publisher.

We need a full accounting of all literary fiction books published by bona fide Wesleyan Unversity graduates from its point of co-education in 1970.  Not poetry, not memoir, not nonfiction, bona fide fiction. How many are there?

How did Michael Roth '78 and President of Wesleyan University, and Keri Weil arrive at Kamala's Table? Why and how?

How did Pamela Dorman '78, SVP Viking Penguin arrive at Kamala's Table?

We presume it was Jonathon Karp, CEO of Simon & Schuster.

George Tobias told Emily Parsons that you cannot publish until you find were the stolen book is. He said, *"This is bigger than I ever thought."*

Seb Junger had this problem, but he found his own book. George Tobias helped him. It was published and well received.

Stolen books are never about the contents of the book. It is always about the writer who always has something important to say. These books, once published, are always well-received. They are best sellers through traditional publishing houses, not small independents.

Pamela Chapman has a theory the annual Writers Conference at Wesleyan University is set up like the Writer's Circle at the Redwood Library to flesh out who is a fiction writer. Then, they are stopped, blocked, discouraged, and eventually stolen. This is bona fide discrimination. Anne Green just retired from Wesleyan University in 2022, and was associated with creative writing and the Writers Conference for over 30 years. She would know. She told Pamela Chapman, *"Go back to consulting."*

Why did Amy Bloom, a fiction writer and writer in residence at Wesleyan University not respond to Pamela Chapman when she emailed her in Jan 2020 –or 2021 to ask specially for her help with getting the book to an agent for publication?

Laura Fraser Wes'82 and Dominique Browning Wes' 78 were both involved in the magazine trade in NYC, and both have each written two memoirs. Dominique Browning, a former Conde Nast editor of House and Garden quickly removed herself from all of this last May 2021. Laura Fraser did not.

Pamela Chapman
pamelachapmanconsulting
401-662-0051

Where is Pamela's book now?
- Jonathon Karp, CEO of Simon & Schuster has three copies
- Pamela Dorman, SVP Viking Penguin
- Carrie Crosson Gilpin + a screen play sent to Mark Halpern
- Monique Burgess
- Roger Kass
- Mark Halpern's group at Universal Pictures
- Nancy Graham, SVP Scribner's
- Tobie Fields, Redwood Library Book Committee
- Michael Holt Massey III, Redwood Library Book Committee
- Sandra Orsloff
- Redwood Library Book Committee
- Andrew Parsons
- 100 People Andrew Parsons emailed it to
- Kayla Abbate, Kathy Abbate, Rick Abbate
- Newport Hospital Foundation Board of Trustees
- Christa Durand, President of Newport Hospital + staff
- Van Beuren Family
- Hamilton Family
- Tara Plochocki, esq.

It is Tara Plochocki's and Carrie Crosson Gilpin's computer and all the others who we dictated it to. Anyone could then plagiarize it. Monique Burgess did. So did Diane McEnroe. They could then read and re-read it to all the others who could plagiarize her also. This was a contrast to the fact Andrew Parsons claimed on February 4, 2021, then, Grenville Vernon Craig also claimed months, the entire book Pamela Chapman wrote came from plagiarized text messages. So, in turn they all set out to plagiarize her in retaliation for writing the book. They also said, *"We will plagiarize everything in your life. We will copycat everything of yours across the board. You will have no autonomy, no independent thought. We will steal everything for ourselves. You are stupid, redundant and unnecessary. We want you to move, to be gone but not before you download your life to us so we can plagiarize every little f'thing of yours for our own amusement."*

In the case of Dominique Alfandre she need to copycat and plagiarize Pamela Chapman, it is so she can see exactly what Pamela Chapman reads about fundraising, and what she says to Dorienne Farzan because Dominique Alfandre thinks Pamela Chapman is the voice of McBean Charitable Trust because Dominique Alfandre can't get a dime out of McBean for IMC—she never ever could, so she insists on blaming Pamela Chapman because of what Grenville Vernon Craig has said. Dorienne Farzan has no idea how powerful she was, and neither did Pamela Chapman. Paradoxically, Dominique Alfandre thinks quite highly of herself in all worlds, and for some reason she falls short in front of these two women. If Dominique Alfandre is the power, the might, and the voice of Nora Diedrich, we think it is quite possible, Nora Diedrich doesn't ever want to get out of

Pamela Chapman
pamelachapman@cox.net
[01]603-9816

bed when these two women are around. Really <u>Nora Diedrich</u> just never realized that <u>McBean</u> is uber professional and they do their homework and <u>Norah Deidrich</u> does not.

We also learned early this morning that <u>Grenville Craig</u> is at the very early and critical node of all this. He fed <u>Rusty Powell III</u> with so much information about <u>Pamela Chapman</u> and her book. He then received so much access to sorcery from both <u>Rusty Powell III</u> and <u>Jonathon Karp</u> to aim and perform directly on <u>Pamela Chapman</u>. <u>Jonathon Karp</u> lives in the same building as his son and daughter in Williamsburg, NY – or so they claim. They know each other.

<u>Andrew Parsons</u> never had to play, but insisted he is <u>Grenville Craig</u> <u>Crossing Guard</u> which is the worst kind of association possible because he is essentially saying *"I am a witness to anyone whose thievery kundalini practice can cross a public bone into the lower abdomen—the caves, the marshes, the wetlands of the lower middle realm."*

> *Barefoot in Heels* as a novel whose setting is Newport, RI was written without the author having express prior consent, approval, of the <u>Redwood Library Book Committee</u>, <u>Kamala Harris' Table</u>, <u>Happy van Beuren</u>, <u>Newport Hospital Foundation</u> and C-Suite, <u>Andrew Parsons</u>, Wesleyan University Alumni Association, Writers Conference or associated people. The author dared to write a novel as a debut author on her own. When the industry could not kill it or her, sorcery, the <u>Akashic Record</u> realm, and Satan from the guiding realm took over.

**12:45 July 4, 2022.**

There currently is a historical novel recently printed about Social Newport from a century ago. It is co-written by four previously published authors. No one at the <u>Redwood Library</u> or anywhere else cares about it. And, no one cares about murder mysteries at the mansions.

Do you have to send decease and desist orders?

You have to know where all the copies were sent. Then you to notify them that you are publishing the book legally, and that you hold the copyright and they do not. You notify them that if you find out that they have done anything, anything at all to your material, you will sue them even harder than before. **12:50PC**

**12:35**

I, <u>Alberto Villodo</u> said through her <u>Tuning Forks</u> and the <u>Akashic Record</u> realm, and I will go to my dying day saying, *"I will rip her—Pamela Chapman to shreds….Because she is not my Q'ero wife anymore, because she is never supposed to walk away from a Q'ero husband, and that is my story and I am sticking to it."*

Pamela Chapman
pamelachapman.com/net
105.64.201.10

I, am **Marcella Lobo,** so go screw if you even think you will sue me or Alberto Villodo because we will attempt to destroy you through and through.

What is that all about? It's an embedded message story that redeems them somehow. They do this all the time. It's akin to a passive aggressiveness but **Marcella Lobo** and Alberto Villodo, put your hands down now. You are creating torture aimed at me.

Always remember, **Pamela Chapman** knew absolutely nothing about Q'ero spouses. She was only asked if he could be her mentor in shamanism practice. Nothing was said about shamanic practice being sorcery. To Pamela Chapman, mentorship is never a marriage. Beatriz the Guide helped set it up with Don Miquel – a dead man on the other side.

And now, every day I can tell they will affect me. I hear nothing at all. They hear everything from me, all thoughts, reading, typing, my GPS coordinates. They watch me in the shower, watch mem when I dress. Anything and everything.

Marcella Lobo and Alberto Villodo think there is no one stronger in the universe than they are so **Pamela Chapman** can't touch or sue them. **Pamela Chapman** did nothing to attract them, and holds nothing over them. It was always light banter conversation since mid-January with Alberto Villodo, and he arrived and stayed as, and for, himself.

Pamela Chapman is surrounded by noise. Everyone else is on the other side of it. It was like this even on August 31, 2022. She has had no peace of mind no privacy. Everyone around the country and around her world watched her. We had Signe Bedard from Boise, Idaho, and Pat Blee from Mt. Pleasant SC, and Ilene Sheris from Central, New Jersey this morning. Newport, RI might be ground zero, but the whole world is involved in listening, and every bloody detail about Pamela Chapman—true or false—gets exposed. Jean Gorham, 87, and Alberto Villodo, 68, are always said to be responsible for this. Andrew Parsons claims, *"It is to make sure Pamela Chapman feels too embarrassed and humiliated to ever leave her house."* That is never ever the case. She will go wherever, whenever she pleases.

It was always Marcella Lobo and Alberto Villodo. They want to prove that if Noam Zilberstein can get his people to support him by saying he is a Hebrew. Then, we will get their people to know that we are in-destructible, and they will double talk just like Harry Gural -- he is a double agent. Now Alberto Villodo and Marcella Lobo are playing double agent to tell their drug people they are safe and secure forever more.

*"Oh, no they are not,"* because Mr. Ed will tell them only in their own dreamscapes because **Pamela Chapman's** attorneys will rip them to shreds bar none because those are powerful attorneys and someone will really want that story. She will have no idea what the attorneys are really doing, so you cannot attack her, just attack yourselves instead. We will drug her to death with antidepressants. They are both clever, but they are also simultaneously stupid. We might not ever know what they are

Pamela's Support
pmochapmanavocs.net
Tel 602-95.16

really up to, and up against, but the narrative consistency says it has nothing to do with Pamela Chapman and her book. They are improper targets.

**Noam Zilberstein:**  They think **Pamela Chapman** will die on the vine of too much exposure and will shrink because **Alberto Villodo** listened to her psyche all the time, except no one can access **Pamela's Chapman** psyche at all. No one at all.

**Alberto Villodo**:  If that is the case, Alberto Villodo stands down because he claims, *"She and he can never meet because while they can get along she and he are of two different classes of people."* Yet, he was raised in Brentwood CA not Burnbaum's, which was in New Britain CT.

Burnbaum's was the official store of the higher quality women and **Lori Lantiere's** grandmother was a sales woman there.  She always knew how those women behaved. **Kaitlyn Johndrow** said the other day, *"I don't know why my father does not like Pamela Chapman."* She had to retell a story from her parents engagement party in 1982. That was the crown in the thorn that let **Kaitlyn Johndrow** know without a doubt why her own mother has these jealousy stories of Pamela Chapman that include living overseas and in Newport society. She and the grandmother always got along. And **Kaitlyn Johndrow** claims to have been a transfer student into Miss Porter's School (maybe just a St. Paul's of Bristol graduate instead). She attended Boston University and UNC. Polly Lyman says that tells us a whole different story of who she really is.

**Polly Lyman:** I think we all know exactly what I'm going to say if you are of that class. I went to Trinity College in Hartford so I know what I am talking about. I know I shared my bookstore with you, but what did I care if those High Class Whores were there, I never saw her except for maybe in their library occasionally. But that doesn't mean a thing, and Pamela Chapman knows exactly that. You can sit in one's own or another's library, and it doesn't mean you absorb, or be and become the surroundings. But she didn't end up like us, and that is the main story. And Lisa Goddard represents a whole universe of these kinds of people in Newport. So, Pamela Chapman, you don't need any other example. She is just a perfect representative of the people for that kind of jealousy and symbolism.
**12:59 PM**

**September 27, 2021**
**11:36**

**Nola Ganem** (One World Cacao) courtesy of **Harry Gural**:  No one is ever allowed to scan my computer or any that contain my documents.

Pamela Chapman
pamelachapman@comcast.net
401-662-9570

**Pamela Chapman**:  You scanned my computer screen, and then opened up my documents later (no he did not). Alberto Villodo claimed to do this once with my income tax file (he didn't). As we get more energetically sophisticated so will the ability to rad screens and open documents through sorcery technologies. (no never).

**Pamela Chapman**:  Nola Ganem was scanning my home screen via Alberto Villodo. **Harry Gural** showed an image of my face medication for **Nola Ganem.** Alberto Villodo took photos of my toothpaste and supplements. Followed me around my house. They tried to read the documents on my floor and looked in all my open closet doors and cabinets.

I know what's in your pantry closet. They want to write a reverse profile of **Pamela Chapman** for the **Akashic Record** room. They want anything on her they can find.

It's the most aggressive game of illegal entry, search and seizure and breaking and entering .

Nola Ganem was jealous of Pamela Chapman for her relationship with Alberto Villodo. She wanted to get close to Alberto Villodo and become a Q'ero wife to support an expansion of her One World Cacao Company [She did days later and her company is really not a company. It is quite small]. She also wanted to steal **Harry Gural** from **Pamela Chapman**.

Harry Gural is an errand boy for the errand girl. The errand of the errand is always the lowest class member of a group

**Shamanic Reprieve 9/27/2021 11:32 PM**
**Shamanic Depravation Tank 11:44 PM 9-27-2021**

Harry Gural goes in their every night 10:15 PM.


**11:48**
Where was Tara Plochocki? Stepped down. 9-26-2021, 9-25-2021, 9-27-2021

Carrie Crosson Gilpin, Diane McEnroe, Cynthia Parent, Noam Zilberstein, Christine Bush. Maura Lindsey, Kayla Abbate, Nola Ganem, Monique Burgess (AKA "Cheap Monique") + 4 others.
　　　　It's all about how to screw you out of your book deal with everyone in the future.
　　　　Nothing will ever be on the books because shits have no idea what they are up against.

**Alberto Villodo**:  He didn't help his hands off these younger women. He thought they were a cool group until **Monique Burgess** aka "Cheap Monique" said,  *"They are about to really screw Pamela Chapman and test her nerves."* because **Kayla Abbate**, said, *"If my mother finds out what I'm doing, I'll be in real legal trouble."*

Pamela Chapman
pmechapman@comcast
401-862-9110

That's when Harry Gural said, *"Where do you live?"* and she said, *"Right next door. I'll show you on my sorcery TV screen,"* He said, *"I already know all about you from Tom Hockaday."* She said, *"Ok, but you really don't know ugly her house is."*

He said, *"That's ok, she doesn't like it either, and that's why she can move right away and not give a damn about you."*

Dina Karousos (real estate at to Pamela Chapman and the Abbates in May – June 2022:  Kayla Abbate I know all about you, and you don't really have to say a word because Harry Gural will pay for your mistake. She sent your pdf to all six of them before her mother found out and rang her head together six nights ago.

Dina Karousos:  Pamela Chapman, you are as calm as a ….

Jackie Crenca:  I'm not sure what this is about.

Harry Gural stole every line and everything.

There is no plagiarism in the actual book by Pamela Chapman.

What's Harry Gural doing with the information? What is the end result?  Where is he horse-trading it? It's all illegal?

*"We wanted to put it up on sorcery television."* Monique Burgess said, *"It would be cool but completely illegal, so it went to Google Play books instead."*

*"This lynch mob will stop at nothing."*

Nola Ganem's jealous of the compensation from the book, 1:24PM – 9-28-2021

Harry Gural is part of a Thievery Ring that made it happen.

Untrustworthy, liar, thief, gross misconduct, fraud, collusion, manslaughter, illegal distribution of illegally obtained documentation, interstate commerce, Google illegal upload , blackmail, etc. Complete harassment, illegal search and seizure, illegal entering and walking around the house with Tara Plochocki initially and then with all the other thieves, looking at everything in the house, taking "photos"

Pamela Chapman:  You want me to justify everything that is all illegal.

Harry Gural, you don't deserve to write your own book. You have completely disrespected authors and the publishing realm.

Advance to Level II of the Sexual Obedience Game because he can't have sex anymore.

Pamela Chapman
pmechapman@comcast
401-662-5510

Harry Gural supports Andrew Parsons, Roger Kass, Esmond Harmsworth IV, Happy van Beuren, Kamala Harris, Rusty Dorman, Rusty Powell, Richard Neale, etc. Are you a hypocrite Harry Gural? You have no respect for the author or authorship or those trying to make a living being an author.

For a man that I was trying to gain trust with as a reciprocity of relationship—we married in this space at least 20 times—but it meant nothing at all. To never show up as a reciprocity of relationship was no reciprocity for me. You only used me for others.

Harry Gural, You have no remorse for Pamela Chapman, because you can't stand her.

Saul (Samuel + Kathume):  Pamela Chapman, your book is secure. If anyone tried ever again to pull one of these stunts, you answer to the court. They wanted you to confess that you recorded your husband's telephone conversations that you wrote about in the book. Pamela Chapman never records any conversations. She doesn't even know how to do that on her smart phone.

Three nights ago, and then last night, Nola Ganem put soft music on and played it in Harry Gural's head so that it would sound like Pamela Chapman's computer playlists. She tried to seduce him, and he fell asleep.

Harry Gural needs absolute discipline because Samuel keeps making copies of his psyche and placing it in these Thievery Ring women for them to manipulate. with others. When that happens he has no respect, desire, attraction or interest in Pamela Chapman.


Harry Gural has to exercise discipline over desire and attraction.

He is in a game he doesn't know how to get out of. Being pulled out my another is the only answer.

Pamela Chapman expected them to pull each other out:  If I pull you, you pull me and we both win together.

3 Riddles of Turandot, an Opera in 3 parts:

In revenge, Turandot has turned against men and determined that none shall ever possess her. Trumpets then herald the beginning of the riddles. Turandot poses her first question to Calàf:
1. What is born each night and dies each dawn? "Hope"
    a. Persecution of the victim, by the Watchmen and infidels
    b. Identification of the insurrectionists by the Watchmen and Witnesses
    c. Persecution of the Insurrectionists by the People
    d. Identification and Acceptance by the People of their Rulers and Community: Acknowledgement of personal responsibility for self, family and community

Pamela Chapman
pmchapman@cox.net
101-602-9516

2. What flickers red and warm like a flame, yet is not a flame? "Blood,"
   a. Red: 1st chakra of tribe and family and security
   b. Flame = Twin Flame = Twin Soul = Same monad group

3. What is like ice (solid) (cold) but burns (gas) (heat), and if it accepts you as a slave, makes you a king? Tense silence prevails until Calàf triumphantly cries "Turandot!" (Princess)
   a. Polarities, dualities
   b. Solid and gas, cold and heat can be the physical body of matter
   c. Queen spouse of a certain duality
   d. A complete marriage of balanced duality and polarity: Overcoming co-dependency

The crowd erupts in joy, and the princess vainly begs her father not to give her to the stranger.

4. If she (princess who doesn't want a man) can learn his name by dawn, he (suitor) will forfeit his life.
   a. Harry has to learn her name by dawn in order to die and get out of the game, or
   b. Someone else has to identify
      i. An attorney identified himself during the night in order to forfeit himself from the game.
      ii. Identified the name of a brother and sister and mother to forfeit himself.
      iii. Pamela had to learn the name and reciprocity of Alberto and then another, and he had to arrive and he did around midnight and stayed until dawn and she knew his name from 39 years before. He could pull her out if heal allowed himself to be pulled out.
         1. Zenia Theresa keeps swapping out his psyche
         2. Beatriz keeps splaying open her aura.

   c. This could be a Twin Soul Story, but doesn't have to be.

5. Romeo and Juliet as long lost soulmate lovers, and no one wants you together, you both die in order to ascend together.

6. How does Harry Gural Die? He has to love you like no other, they said from the guiding realm.
   a. Except every day and every night, he is seduced by every other.
   b. Except every day and every night, he and himself are trying to recover and redeem himself, but he can't do it without Pamela Chapman.
   c. If he keeps this up – all he does is torture Pamela Chapman—he never recovers because he will never leave The Game and he will stay with the Thievery Ring, and Pamela will be stuck with Samuel and the Akashic Record realm in her aura.

Pamela Chapman
pմ la.chapman@comcast.net
pm.me.2023-16

<div align="center">

September 27, 2021
**9:16 AM**

</div>

<u>Pamela Chapman</u>:  Last night between 11:30PM and 12:30AM, there was so much noise. It all originated  from <u>Marcella Lobo</u> and <u>Alberto Villodo</u>. They were the cause.

There were three people with terribly low energy. They used to say, *"It was the Abbate children,"* but it was <u>Carrie Crosson Gilpin's</u> daughter, <u>Kate Gilpin</u>. The family said, *"I have to help my mother by sharing the legal liability because Carrie Crosson Gilpin was solely responsible for her actions, and if they shared the way the parents would share if the shoe were on the other foot, then this is the whole family's response."*

<u>Pamela Chapman</u> told <u>Harry Gural</u> earlier in the day, *"Do not waste a night's work on <u>Carrie Crosson Gilpin,</u>"* but we see that did not happen.

Now, in the middle of the night, maybe 4:00AM there was a discussion with <u>Kate Gilpin</u>. When <u>Pamela Chapman</u> got involved, <u>Marcella Lobo</u> and <u>Alberto Villodo</u> put "cotton" in her ears so she could not hear. Finally, a few people like <u>Candi Keefe</u> and <u>Whitney Slade</u> wanted to witness how it sounded. Several got into it… except <u>Andrew Parsons</u> went to sleep.

Later, <u>Jean Gorham</u> said, *"We are moving with your son and daughter east, because this is a Caliphate Nation War going on."*

This is very unusual at the start of the <u>Insurrection of the People</u>, but <u>Pamela Chapman</u> pointed out, *"It is not actually a Caliphate Nation War out there. It is all in here.* She first said, *"The noise is not an actual war pitting people against each other. It's only a war taking pace against me. Everyone else is free."*

Her <u>Tuning Forks</u> said, <u>Alberto Villodo</u> and <u>Marcella Lobo</u> can't stand that they lost their dignity to <u>Pamela Chapman</u> by surrounding her with so much noise for weeks and months. <u>Alberto Villodo</u> was to be a victim of the people. <u>Beatriz the Guide</u> actually passed on him. <u>Michael Harner</u> and <u>Alberto Villodo</u> are to call time on this war, but <u>Alberto Villodo</u> did not. He is the war. <u>Saul</u> (machinery + <u>Kathume</u>) is now in charge as all the guides have stood down.

It is not a Caliphate War, it goes something like this:  When <u>Pamela Chapman</u> is awake, they put so much noise in her aura so she can't hear and then <u>Pamela Chapman</u> can't reciprocate, and <u>Harry Gural</u> stands aside. When she is asleep, be becomes a Master of Ceremony and master game man and <u>The Game</u> continues. He claims, *"They are partners because his role goes neck-and-neck with hers,"* except he has been removed from violence to himself. His participation is purely objective. He was to step down completely of <u>The Game</u> two nights ago when <u>Sullivan & Cromwell</u> said they take his HR discrimination and abuse case.

Pamela Chapman
pmichapman@cox.net
401-662-9510

<u>Pamela Chapman</u> was to be able to step out, But Zenia Theresa/Samuel and Beatriz/Saul won't let her because her aura is not locked to the <u>Akashic Record</u> space. It was for ten years.

So, now when she is awake, they all witness the noise surrounding her, so she can't participate in any conversations or game. Yet, every word, thought and deed of hers empties into the <u>Akashic Record</u> space. If they really have to move on, they release her completely. They do not. If the noise was not surrounding her, she would be free to move deeper into the Upper realm. The noise prevents her from moving back an forces her exposure to the <u>Akashic Record</u> realm. Pulsing would also prevent her from the proper Upper realm place for a <u>Melchizedek Café</u> guide.

It is not an act of war. Yes it is. She is an army of one and they are the entire human world, the entire guiding realm, and all the dead thieves. How does she possibly guide and dead thieves win a war when she is merely one human person?

<u>Harry Gural</u> claims, *"Well, I am indifferent to you. I only care about my brother, <u>Bill</u>, and sister, <u>Kathy</u>. I sell you up the river because every little fact you share or I can steal about you, I use as my currency here."*
*"What a snitch!"*

*"Are you kidding me?"* the dead say?

<u>Harry Gural</u> has now revealed that while he needs me as a partner in this, he actually said, *"You are just a carpet to me, and I walk all over you. I can never play these games because they are games to me, and no longer my life. My life is no longer <u>The Game</u>. I just chose to make <u>The Game</u> my life."*

<u>Pamela Chapman</u> says, *"My life is still <u>The Game</u>, and I never ever chose that side or the other. I never make <u>The Game</u> my life. I'd only ever make it a story."*

He says, *"You don't retreat, but we need to be out of the story like so many others."* Yet, <u>Pamela Chapman</u> doesn't have quiet from the noise to have private conversations with others and every other person can. Releasing the noise, then moving her back is what will stop this Caliphate Nation War.

<u>Saul</u> (<u>Samuel</u> + <u>Kathume</u>) said, *"History claims we never start this way.* It was revealed that every time <u>Pamela Chapman</u> goes to the bathroom, <u>Beatriz</u> reveals something more to <u>Kamala Harris</u>.

**9:41AM**

<u>Beatriz</u> may have started this all last night by suggesting <u>Kamala Harris</u> passively and aggressively suggest to <u>Carrie Crosson Gilpin</u> to get her daughter, <u>Kate Gilpin</u> into the energy wall experience to dilute her legal liability, and she just thought, *"Ok, I'll try that,"* but as a politician <u>Kamala Harris</u> would say, *"I'm not telling you to do that, just something of that nature. You do what you want anyway. I'm just thinking out loud."*
 <u>Carrie Crosson Gilpin</u> and <u>Andrew Parsons</u> both took <u>Kamala Harris'</u> bait hook, line and sinker.

Pamela Chapman
pamelachapman.com/blog
301-467-2013

<u>Carrie Crosson Gilpin</u> and family: Nervous about their legal liabilities.

<u>Alberto Villodo</u> and <u>Marcella Lobo</u>: They have lost their dignity.

<u>Harry Gural</u>: I trade every little piece of anything I can find about you because I only care about my brother and sister.

<u>Jean Gorham</u>: Let's get out of town and over to someplace else, and they moved east.

Later <u>Pamela Chapman</u> said to <u>Jean Dixon</u>, *"Take me to Iceland right away and get me personally as far away and as high up as possible to get me away from all of this."*

She never wants to play <u>The Game</u> because you all made her life <u>The Game</u> and <u>The Game</u> her life. She never opted in the way <u>Harry Gural</u> did —He says, *'No,'* but he plays anyway.
    Is <u>The Game</u> your Life or your life <u>The Game</u>?

For <u>Pamela Chapman</u>, <u>The Game</u> can be a story, and your life can be a story. The only game she plays is the way to get out, and the only way out is to be pulled out. <u>The Game</u> starts with sexual obedience, and fraud to lose your personal agency and to have someone else hold power over you.

*"Who will let me out?"*

*"People pull you out."*

How will you do that hat trick?

<u>Harry Gural</u> and <u>Pamela Chapman</u> could have pulled each other out. Yet, he refuses to get out of <u>The Game</u>. He wants <u>The Game</u> to be his life, so he can prove to himself and everyone else he was not that person <u>Richard Neal, D-MA</u> made him into and used to be. That is not my mistake or my fraudulent behavior. It belongs to him and not me. I refuse to pay for all of that.
    That is the absolute opposite of how to get out.

**9:55 AM**

<u>Harry Gural</u>, <u>Samuel</u> will be your guide on this chosen path of a questionable destiny as you prefer <u>The Game</u> to the story, and <u>The Game</u> to living there. Life is never all here, but it is for you, or it seems that way.

<u>Pamela Chapman</u>, <u>Saul</u>, I will be your guide on this chosen path to get you out of this incredible dilemma which you never chose and didn't get out of.

It is not a karma, but it seems like one. Harry Gural can't imagine why he can't see this, but if he didn't work with you, he would not see to anyway. He will need to sort himself out. Here, he can't do anything without your input. When he refuses to listen to your reason, he gets himself into trouble because he always choses the wrong people. He is his own psyche and beautiful aura and person, but not in the Akashic Record realm. He loses his personal energy. He can't be with you every time the aura merges he starts routing and digging for something to do to you or something to steal from you so that he can continue The Game. It's like a consummate gambler, stealing directly from the family. It's more than that. He is always looking for intimacy here in the Akashic Record realm, and never within his own life.

This is Bill Gural, I will never understand how you chose wrong. You always said one thing and did another.

Bill Gural is now out, but you are not because you both chose wrong last night after Ruth Gural, your mother, said to both of you, *"I will never understand how we didn't really know each other that well, but I have known my eldest, Harry, only too well."*

Harry Gural:  I don't understand any of this. Pamela Chapman, you woke up and immediately said, *"Take me to Iceland, I need to be safe,"* and then you asked Jean Dixon, *"Can you get me out of here?"*

Pamela Chapman, says nothing. Take this noise and get it away from her permanently. Release her from the Akashic Record realm and allow her to retreat or to have privacy and private conversations. I am the only one who can't have any. You all try that one on for size and experience. It's happened to me since March 8, 2021 and it is now Sept 27, 2021. (May 9, 2022, July 4, 2022, August 31, 2022).

The death they sought was Alberto Villodo and Marcella Lobo. They will accept Harry Gural as dead to Pamela Chapman. Donald Jagoe said, *"If she is indifferent to you, I told you that a long time ago, she will give you a long lease. But, if you betray her for too long and too far, she will cut you off permanently. There is now no way to recover. You are now dead to her and all the others."* You have now both died in here. Yet, Pamela Chapman is never allowed to be removed (Yes, you are.)

Myron now says, *"Pamela Chapman walk in peace."*

*"There is no way for you to walk anywhere without people honking or hollering at you."*

Pamela Chapman, you knew all the people involved, but not Harry Gural. He got himself so involved with people who were not his people that he embarrassed himself. He did not know the people in their physical context. It was a real test: find people and then relate to them here without knowing them out there. Who does he always chose?

*"Thieves."*

Pamela Chapman
pam.chapman@cox.net
[o]-[o]2-[o]-[o]

He is supposed to be a <u>Melchizedek</u> guide, but he didn't guide you anywhere. He chose not to, and you do instead.

<u>Alberto Villodo</u>:  <u>Pamela Chapman</u>, you and I won't remember how we got started, but we do. Always remember <u>Annette Burke</u> didn't do anything but call me to help her in a face-to-face conversation in the <u>Akashic Record</u> realm. I stayed because I wanted to.

It was over a conversation she and the Twits were saying about her daughter being a <u>Twin Soul</u>. <u>Alberto</u> took one look at <u>Pamela's</u> aura he said, *"She is a Brown Bear seer, and I can't go up against one. <u>Annette</u> is my student. I will sort this out for you. We will have a conversation and I will make this right. I promise to make this right."* I, <u>Alberto Villodo</u>, stayed because I wanted to.

<u>Harry Gural</u>:  I stayed too, because I wanted to. Neither of us actually helped you, but we said we would. We helped ourselves to anything we wanted to in this realm including you, but we never actually helped you. We always harmed you, and stood by to watch the people and the guides, <u>Saul</u> and <u>Samuel</u> torture you.  We all colluded with <u>Satan</u> to make you pay for whatever we wanted to you to pay for, mostly jealousy, revenge, fraud, sex all the basic stuff of life stories.

<u>Rob Mauer</u>:  There are no words to express what we listened to last night, and this goes on every day around you. It would make me crazy.

<u>Pamela Chapman</u>: You adapt but get fed up with all the people everywhere. You lose respect for all of them personally and collectively.

<u>Rob Mauer</u>:  We now understand why you could. No one hears you because then <u>Alberto Villodo</u> and the others turn down all your hearing and provide false security. In that silence, they make you think that it is safe to do things, but they watch you like a caged animal.

The words will die. The energy will die. <u>Harry Gural</u> will die. He is now dead anyway. <u>Pamela Chapman</u> died at least four times, but was never resurrected.

We now understand why you could scream, and no one hears you because they all went away. They all retreated, and left you standing there in the <u>Akashic Record</u> realm alone.

**10:50AM**

The <u>Insurrection of the People</u> will go on. That will be the historical record through litigation. <u>Kamala Harris</u> and all this will fall, including <u>The Four Winds Society Shamanic Practices</u>, <u>Kundalini Yoga</u>, a hospital administration, library, literary publisher, and so much more can happen with the people out there. It all started in here and will end in litigation put there. <u>Ashly Judd</u> and the **#metoo** movement taught <u>Pamela Chapman</u> to do this. We all say, **#standupmetoo**.

Pamela Chapman
pthechapman@comcast.net
101-662-9510

<div align="center">

September 28, 2021
**2:36 PM**

</div>

<u>Samuel/Kathume:</u>. *Barefoot in Heels* as a manuscript is stolen. There is not yet a book upload to sorcery television, but there is really good photography. <u>Marcella Lobo</u> was taking photos of every page to make a film strip **several months ago.** That doesn't exist anywhere. **Marcella Lobo** thinks they are close. The resolution isn't that good yet, and never will be.

<u>Andrew Parsons</u> can't sue for plagiarism. There wasn't anything plagiarized, and nothing was ever recorded. The entire Guiding realm now knows what they are up against. <u>Kayla Abbate</u> wants <u>Pamela Chapman</u> to admit she stole lines from <u>Andrew Parsons'</u> text messages.

<u>Harry Gural</u> does not love you, nor does he really like you either. While he knew you once, you're not close enough to him, so he can abuse you and the situation because he never knew the others in **The Game**. They were all physical contacts of **Pamela Chapman's**.

This morning, and yesterday, **Harry Gural** put his hands in prayer position with **Pamela Chapman**, and claimed they were kundalini partners for someone he neither loves nor likes. It was because **Harry Gural** said he needed a kundalini partner really fast. This was something **Beatrice of York** taught him. [**Note**: But he made <u>Becca Bertrand</u> a primary kundalini partner after <u>Samuel</u> popped his chakras with <u>Pamela Chapman</u>. It is the natural organic initiation to kundalini practice in reciprocities of relationship— not in thievery rings].

<u>Harry Gural</u> has a whole file on <u>Pamela Chapman</u> from <u>Tara Plochocki</u>. It isn't pretty because it has all kinds of sex, financial, legal information. We opened the *Barefoot in Heels* file back in March 2021. <u>Tara Plochocki</u> worked for <u>Kamala Harris</u>, <u>Rusty Powell</u>, <u>Bobby McDermott</u> (and her mother). They were all involved with <u>Kamala's Table</u>. <u>Rusty Dorman/ Bobby McDermott</u> knew all about *Barefoot in Heels*.

Pamela Chapman
pmchapman@cox.net
401-662-0146

**Barney Frank**:  This is all a set up because there is no way **Tara Plochocki** is this organized (she isn't), and if **Pamela Chapman** isn't this sophisticated electronically, then **Harry Gural** holds all the cards on the table when it comes to negotiating a book deal with <u>Scribner's</u> –<u>Simon and Schuster</u>

**Harry Gural** will say to **Nancy Graham** in this realm here is all the important information about the book and the author and it is all stolen information. So, if **Mark Halpern** isn't successful, he will be. <u>Harry Gural</u> takes all the responsibility – holds all the liability for the entire **Thievery Ring**. It's a huge set up against **Harry Gural.**

**Nancy Graham** deals with **Sullivan and Cromwell** literary and publishing (No, she deals with **Phil Schiff**, Wes '83).

**Nancy Graham:**  This book is too important to retreat from here?
*"Yes, it is."*


<u>Kamala Harris</u> and <u>Kayla Abbate</u> went line-by-line through the book. They are neither readers nor editors. <u>Lisa Goddard</u> and <u>Alice Ross</u> did the same, and so did a whole lot of others at the <u>Redwood Library Board of Trustees</u> and everyone in the <u>Akashic Record</u> room. **12:58 AM**

<u>Alberto Villodo</u> and <u>Nola Ganem</u> always had access to **Pamela Chapman** because they all had a key to **Harry Gural's** psyche. This gave them a key into **Harry Gural's** aura, which gave them access to **Pamela Chapman** independent of a guide.

We close the portal to **Harry Gural's** psyche and then his aura. We eliminated 3-4 psyches of **Harry Gural's** such that there is only one, and one only, remaining permanently. Yet, he was still finding either **Becca Bertrand**, **Monique Burgess,** or **Nola Ganem**.  They were all in different places in his wind tunnel that connected to **Pamela Chapman**. These are the women he relies on and pledges loyalties to. It used to be **Tara Plochocki** and her mother **Linda Plochocki**.

How can he say, *"I will marry* **Pamela Chapman***,"* when this is what he does? He claims he will marry her. Yet, he tells them all, *"It is just a rouse because we don't really like watch other, and it will never happen."* He says, *"It is just to get out of the game."* He says, *"If he had to live with* **Pamela Chapman***, he would still keep all these women in tow."* She knows that.

**Christine Bush, esq.** claims she wanted to be one of these women also. Yet, could not figure out how to become woman number 4. So she tagged and chased him in the hopes she achieved that level of intimacy with <u>Harry Gural</u>.

**4:31 PM**

Pamela J. Chapman
pamelachapman@comcast.net
10144-20516

**Albert Villodo**: I leave my f' Q'ero wife in a prison of her own doing, so I can subdue her to have all the kundalini I want, yet he had his Kundalini put back in the bottle so he could have kundalini with **Elena Sobo** instead, who he claimed was the love of his life from graduate school.

It is so loud around Pamela Chapman, that it is screaming. It is the work of Alberto Villodo and Marcella Lobos so as to keep the Q'ero wife in a state of submission and imprisonment. Yes, it is the shaman world closest to her that knew how to fix it, and they refused: **Nancy Moss**, **Michael Harner**, **Tameen Saied**, **Justin Romel**, **Justine Rudock**.

Nola Ganem became Alberto Villodo's wife about 10:00AM Sept 30, 2021. She received an offer from Kamala Harris to work with her and Richard Neale in Washington D.C. She thought she had **died and gone** to heaven. Then, the book became irrelevant and so did Pamela Chapman to her.

She had other goals and she achieved them by morning light. She was so happy to achieve this level of success, after all, this was her mission from the start, and meeting that goal, she put down and stood down from *Barefoot in Heels*. She didn't need it anymore. She had bested **Pamela Chapman** by becoming **Alberto Villodo's** sorcery wife.

Last night, Nola Ganem screamed to be sure that they could nail something on **Pamela Chapman,** and forced a confession on abortion because it was determined that during the day it was as if someone were asking her questions about her past. They were getting answers of some sort or another. It was because the Thievery Group was scratching at her, lead by Harry Gural, the man closest to her, that knew days ago and weeks ago that they were casting spells on her to be sure that all memories and visons were upfront and shared with everyone. They started asking to see under her aura photos of her youth and everything personal. Pamela Chapman saw an actual photograph of she and her sister she hadn't seen in a long time, and said, *"What the hell are you doing?"*

Alberto Villodo has a habit of asking too many personal questions during personal in soul retrieval work done through his shaman students.

This literally tortured her physically, mentally, emotionally and spiritually. She now believes there is no God, only Satan, which is a paradox for her own enlightenment energy and of the kundalini she has naturally with **Harry Gural**.

When asked, *"How the hell do you do this?"*

They said, *"They just cast a question and out pops the answer in a way Pamela Chapman can't control, but answers she hears."* The guiding realm offers no assistance nor protection.

This issue started at kundalini initiation on March 8 2021. **Alberto Villodo** was responsible. **Michael Harner** claims today he will not fix Alberto Villodo's problem. This is his mess and he must fix it.

*"I need the shamans to declare it fixed,"* as earlier the guiding realm said, *"This is not a guiding war issue."* It is a war set by Alberto Villodo on Pamela Chapman. So, for all those jealous people who claimed

Pamela Chapman
pamelachapman.com / pamchapman@verizon.net
401-862-9543

she got to be a Q'ero spouse with the founder of The Four Winds Society, "*You can have your f' founder. He is a demon and a drug lord of cocaine stature.*"

The amount of collusion toward pure torture is so unfortunate. Yet, the entire world stood by, and watched it happen. No one bothered to offer any help. People who knew her knew how to fix it. Yet, they didn't. They colluded instead to make it worse and worse, until now. He wants a shamanic auric blow out of the kind he has at the end of his workshops such that the student can't see straight for a few days while they suggest kundalini sex practices at night with cocaine and ecstasy. **4:44PM**

"*I did this because I wanted a wife who could not see straight so that she would always be imprisoned as a prisoner of me.*" **4:57 PM**

"*I will never admit in a court of law exactly what I did nor why, but I will pay restitution for my actions, and I will never ever go anywhere near this woman again shamanic ally nor physically. I will always make sure that anyone I trained in these practices will undo whatever it is they created because I colluded to torture, shame and blame, and slander Pamela Chapman physically, and assaulted her character and made sure she could not work nor socialize, and destroyed her relationships with her children and with her reciprocity of relationship---Harry Gaval. I am fully to blame for these actions.*" **4:59 PM**

"*Why is his energy so loud and pulsing like it usually does? If we know the source and the problem why is there no one who can fix it?*"

Alberto Villodo refuses to fix it because it is the very thing he has always wanted on a shamanic wife – fully enslaved and imprisoned in a temple of her own doing. Yet, she had no prior knowledge of shamanic spouses. She was told he'd be a mentor for her. She thought that would be a blessing since she knew nothing of this realm.

Her composure is breaking down and she needs guides on the other side to offer relief and lock her down, so that no one will ever touch her in any realm ever again.

She had been offered a sanctuary in Llama Nation with Reese Witherspoon, Justin Timberlake, Nicole Kidman, Jane Fonda, Martin Sheen, and Woody Harrelson and others. Justine Rudock and Justin Ramel are also there. Sharon Ramel doesn't yet know how to fix her, but she will work on it night and day because she is trained by The Four Winds. She never foresaw anything of this nature and no one else claims to either.  Yet, Llama Nation knew Alberto Villodo was Lahore.  No one told Pamela Chapman Alberto Villodo set up that Upper realm celestial temple, or who he or Lahore were. The lies that got set up in Llama Nation were too great, but it was the swindle of Alberto Villodo. Now, it all must be fixed.

My Twin Soul cannot fix all of this. Neither of us have any real training. Which Melchizedek guide will help because no one is stepping forward, and until one does, it is akin to a Guiding War with Satan, but it is an Insurrection of the People that is all still aimed at one woman, and this time it is

Alberto Villodo and Marcella Lobo. Someone must fix this now and forever more. Who will be the savior for this victim?

Harry Gural wants to, but he claims he can only create it and not fix it, and Nicole Kidman thinks that is just a poor excuse for a man she has ever heard before.

Now, on July 6, 2022, it will be Harry Gural who is the Melchizedek guide who will help her.

This is a personal war against Pamela Chapman, and no one anywhere wanted to help. They all stood by and watched her murder.

This is an abuse case bigger than big and she may never recover spiritually or anything else, because an enlightened woman should never be saying as she has for days that there really is no God. She routinely said, *"There is a god for some, but just not for me."*

The entire uncompromising discussion on __abortion__ is just beyond stupid and led by Nola Ganem and we never ever want to hear that word in this Akashic Record realm and Pamela Chapman never wants to hear that word out there.  It is a political word that makes people think that woman are *the worst of the worst. They terrorize you regardless of the truth, and her own guide tore her apart for everything. So, humanity is dead, stupid, and disrespectful.* All you people who go to church and synagogue every week or month are hypocrites of the highest order. When someone is in trouble or need you turn the other cheek unless it is someone in your own family, and everyone else you leave for dead – It did always someone else's problem.

*"Who is the savior of the victim?"*

Pamela Chapman:  I could care less who it is. It will be someone, and the sooner the better. I am in Llama Nation, and will stay there. You can have the Star Gate I don't want it. It was mine for after death, Yet, I was thrown out by Alberto Villodo, Nancy Moss, Tameen Saied and his father, and Harry Gural, all five of whom could have changed and reversed this situation . A different Melchizedek guide can now have it—Emily Parsons, *"I don't want it ever."* There must be a shaman of the British Royal family, or the Saudi crown princes, all had someone who could have helped, and didn't.

Identifying this problem has not offered any relief, why is that?

**5:14PM**

This is a direct result of kundalini initiation with Alberto Villodo – this was the result.

**5:24PM**

Alberto Villodo:  I am never afraid of death, only people like Pamela Chapman because she and he can open up a history book and contempt another form of reality outside of his "professional" shamanic practice. He claimed, *"I haven't had the opportunity to do so since graduate school."* So, when she

Pamela Chapman
PaulChapman@comcast
lelango.org

could no longer read, I thought she would just die, but she did not. She kept going until she virtually stopped and collapsed. Yet, she was not dead. I wanted to see how long she could keep going, and she was going ok, until she wasn't.

Alberto Villodo:  Then, Nola Ganem and I created spells to force open her psyche, and it nearly destroyed her. We didn't mind at all. Yet, Harry Gural didn't seem to mind either. He seemed to enjoy it all, so we kept on going. We didn't care that she was feeling tortured or was screaming at a high pitch.

Alberto Villodo:  So, now we can't imagine what the world thinks of you or us, because we destroyed your character and reputation, and slandered you to death as much as we could and we really enjoyed it — Alberto Villodo is doing all the talking, And, now if Harry Gural were to say another word, he would say it was a combined effort.

Harry Gural:  No. He'd say he was trying to find favor with Kamala Harris, and the people who destroyed him in the Akashic Record room in Congress, but that is not true. Here it was all about destroying Pamela Chapman and her book, and it really did not have direct consequences with Kamala Harris, but it ultimately did through Pat Fernandez, Happy van Beuren, Kamala's Table, Harry Gural knew all about that so he is not without blame or fault. 5:29 PM

I am Harry Gural, and I will pay, but I cannot seem to understand what my real role was here. I was completely set up by others and myself. I'm not sure what I will do except to get out of this Akashic Record realm permanently because it has destroyed me and Pamela Chapman both, and she has no tools to stay here, and her own Twin Soul has enough, but not enough to help her at all. There is no one to help her at all. She will stay in Llama Nation and someone there will help her.

5:33 PM Alberto Villodo claims, *"I am too busy right now in Europe to fix it. I may never see the light of day ever again there if someone doesn't fix this terribly fast. It is loud as shit here, and it has been night and day."*

 Pamela Chapman:  I blow out at least once a day. How much torture can a person take?

**Samuel won't fix it because he is not a guiding realm guide on the other side**. It was started by Samuel and Kathume. She is guideless now. So, this is the story now. She is akin to a thief with no guide on that side. Therefore, no one can fix her and lock her down. She will die a thief.

*"No, she will not."*

Samuel now knows what Beatriz did to assure that you could never be right again in your aura. Saul can fix this right away. **What else can she live for? Her family was torn apart, and her relationships were also partly because she is enlightened and partly because it was a sport for all the others. With enlightenment, there is nothing to be gained for the average person. Avoid it like the plague if you can. Ignore it. Otherwise it will never save you. It didn't save her**.

Pamela Chapman
pamelachapman@cox.net
401-662-95-16

<u>Alicia Barry</u>: I can't tell who is talking. It doesn't seem like a promising future. No one will help you. We learned the yoga world is full of terrible creatures including kundalini yoga, <u>Gabby Bernstein</u>, <u>Yogi Bhajan II</u>, and all the others.

<u>Isa G</u>: I can't imagine what he was thinking because this is such a bad day for shamanism, but I don't have the skills. I don't know who does.

It has to be a seer with experience.
Tameen Saied:  <u>Harry Gural</u> has the tools. He seems unable or unwilling.

<u>Nola Ganem</u> wanted to be <u>Alberto Villodo's</u> next Q'ero spouse. Since <u>Alberto Villodo</u> did this to <u>Pamela Chapman</u> – his unwilling Q'ero spouse –She did not know she said yes to him as a shamanic spouse. She said, *"Yes,"* to him as her mentor. He did this because he said, *"He needed to imprison his Q'ero spouse."* So. *"<u>Nola Ganem</u> you can have the prison. I don't want it. I never did,"* she told her.

<u>Nola Ganem</u> cannot undo what she does up.

*"Oh yes, she can, but no one wants to."*

Why is that <u>Nola Ganem</u>?

<u>Nola Ganem</u>:  Because I want to gain favor with <u>Alberto Villodo</u> so he and I can work together in the future.

*"This is the future you want <u>Nola Ganem</u>?"*

<u>Nola Ganem</u>:  No. I would never become this kind of woman.

*"Oh, yes, you can, because when they start casting spells, it can happen easily. It just takes time and a breakdown of your will and might. It took from March until August, 2021 then <u>Pamela Chapman</u> was done and overcooked. Fried. And so, just like her relationships, her book deal was dead, and so was she."*

<u>Alberto Villodo</u>:  I refuse to accept responsibility. Yet, I know it is mine and mine alone.

*"This is classic Alberto Villodo,"* said <u>Annette Burke</u>, Jamestown, RI.   *"I cannot conceive of him doing this because I was to be his next shamanic spouse but that is different than a Q'ero spouse—who is a Wisdom keeper kundalini spouse"*

Both <u>Alberto Villodo</u> and <u>Pamela Chapman</u> were wisdom keepers in the wisdom keeper tradition of Q'ero shamanic practice. *"Yet, he treated her with such disrespect once they became wisdom keepers. Whatever relationship they had in the beginning – only about 6 weeks old, fell apart right away, and it never returned. It was his disrespect for her that did it."*

<u>Beatriz</u> recommends, *"<u>Pamela Chapman</u> get a dog."*

Pamela Chapman
pmchapman@cox.net
401-662-9540

*"Forget it. There will never be any pets. Never again."*

**5:52 PM**

Nola Ganem and Alberto Villodo watched her like a hawk night and day. She is not a laboratory rat of experimentation. You have forgotten to open your eyes out there and like humans you have spent too long living in here with your eyes closed. Be human while you can, and stop this sorcery of an unforgivable kind. **5:56 PM**

By **9:55PM** Pamela Chapman was silently typing (or almost).

*"They could hear me. I could not hear them."* She noticed unusual memories floating in her mind. She stopped and with her **Tuning Forks** determined Nola Ganem with Alberto Villodo had once again asked to see images and memories of whatever the hell they wanted to learn, i.e. one was when was the last time she masturbated with her Twin Soul. She was able to stop them immediately.

It took at least 10 or 15 minutes of stern talking through **Tuning Forks** because they can hear **Pamela Chapman**, but she cannot hear them. They were hacking into her psyche to ask whatever character assignation questions they cared to ask, as if they have the rights and permissions to ask such intimate details of a person's personal life.

She tried desperately to get a **Melchizedek** guide of the other side to vouch for her to stop this insanity.

**Samael and Saul** said this morning, *'It would stop, but obviously it has not. There is no such thing as privacy when you are in the privacy of one's own home in the Akashic Record Public Commons.'* She cannot hear them, but they hear and see, but she cannot. Until they agree to suppress her, she is screwed, and at the mercy of demon guides that just won't stop.

**Pamela Chapman**:  *"I am no laboratory rat or a carpet for everyone to walk all over. When is this insanity going to stop?"*

They would never put themselves in that position, but they feel free to do it to her.

*"Are you f'kidding me because their Guide War has ended. and I represent the Melchizedek guide from this side. It is now an insurgency war with the people, so get your f' heads screwed on straight that my participation has ended. Get me out of this realm, but since Alberto Villodo is personally responsible for me being on high alert and out of whack, and since he refused to get me out — which to my guiding sensibilities says, Are you f' kidding me, when are any guides going to arrive to actually be decent guides for me?"*

Pamela J. Chapman
pam.chapman@cox.net
401.862.9510

*"Where is the I AM God force of life, or is my life only worthy of a carpet? If it is, I am done, all done, over and out. I will leave all realms because I can, and I will, if I need to. Why live if you treat me like this? You have no respect for me, or human life only your fucking selfishness. You are all shit you see and I want out. So, <u>Alberto Villodo</u> and <u>Marcella Lobo</u> I will sue your f' lights out so fix this aura tout suite and find me the proper guides from the guiding realm because you all have them, and I do not."*

*"Metatron can leave because that war is over. Where are my benevolent guides? Stand in the center of my aura and protect me right f' now."*

A <u>Melchizedek</u> guide claims, *"He is here."* He claimed, *"He was here this morning. Did he take a short vacation or something? He needs to stay put in that aura—not move, and protect her."* That was <u>Harry Gural</u> who only realized it on July 6, 2022 when the <u>Insurrection of the People</u> hadn't ended and the guides on the other side decided to act like an <u>Insurrection of the People</u> until her death. He kept telling her he was here, but he was distracted and never had the intention to actually help her. 10:04PM.


July 7, 2022, 1:30-2:09PM

**Three people responsible for literary manuscript thievery at Wesleyan University: <u>Karen Murgolo</u> '80, <u>Anne Green</u>, <u>Amy Bloom</u>. <u>Pamela Dorman</u> claims to have no idea. Karen attended past Writer's Conferences for several years and then just stopped. The trophy for <u>Anne Green</u>: Power. They claim** *"We didn't develop the writer, so we do not support them."* **If you are not developed by Amy Bloom or Anne Green they dismiss you.**

**Past attendees published by a Big 5. They claim, *"There have been approximately 12,000 attendees over the years."***

The Wesleyan Creative Writing Program is not geared to support students nor alumni. They only support themselves. No undergrad is really ready to publish. They do not support alumni because they were not developed by these people. **<u>Michael Cunningham</u> of Yale claims we teach students the craft of creative writing so that when they are ready, they have the right tools. <u>Anne Green</u> appears not to ascribe to that philosophy or practice.**

*"The very program that should support you, is designed to destroy you."*

<u>Kari Weil</u> said earlier, *"She will help figure this out, and <u>Michael Roth</u> will sort it out if this is also an issue at Williams College and Amherst College. They do not think they have any literary authors."*

*"Amherst College does."*

*"It appears if you are not a graduate of an ivy league or a no no-name institution, you are forbidden to publish literary fiction. A few always seep through cracks."*

Pamela Chapman
pam.chapman@att.net
401.965.9516

<u>Kimberly Witherspoon</u> appears to only like Harvard-educated writers, and those who had a career as something else first, i.e. investment banker – <u>Amis Towles</u>, Word Bank, Yale + Stanford, M.A. (Debut-Penguin; Viking Penguin)– <u>Vinod Busjett</u>, Wesleyan, (Debut-Penguin), <u>Joe Fins – MD</u>. What is wrong with <u>Pamela Chapman's</u> background? It's Newport, RI + Wesleyan U together. A double kill target.

<u>Joe Fins</u> learned that the Creative Writing program at Wesleyan would have supported him because he was a past trustee, and the current writer in residence at COL is not there to help a person like himself— a past high honors graduate of COL. Because he just received an honorary PhD from Wesleyan in 2022, they might consider helping him. But never a person like <u>Pamela Chapman.</u> She is not of their inner circle of people, and they did not develop her. In other words the Writers Conference should never be advertised to the alumni community. It is not for them. They do not support actual publication by a Big 5. Salve's program under <u>Anne Hood</u> presents that way also.

If you are an ivy league graduate, you figure it out yourself. Middlebury's summer program- Breadloaf and Squaw Valley and other summer programs all require you to make a full submission of your work in order to attend. It is all thievery.

It's readable. It's marketable. It's believable:  the three criteria for publishing according to <u>Karen Murgolo</u> who also was responsible for publishing <u>Bettie Pardee</u> through the <u>Redwood Library</u>.

<u>Karen Murgolo</u>, <u>Jill Cohen</u>, <u>Michael Sand</u>, and <u>Jonathon Karp</u> are a <u>Thievery Ring</u> of some sort that all intersect with <u>Bullfinch Press</u>, Boston & New York, <u>The Redwood Library</u>, <u>Kamala's Table</u>, and The Wesleyan Writers' Conference, and the Wesleyan Alumni Association.

This is a whole other <u>Thievery Ring</u> not associated with our Big Book Story and <u>Barefoot in Heels</u>. They are all interconnected. <u>Alberto Villodo</u> is having a hissy fit because he has no control or input into this conversation. As a result, <u>Pamela Chapman</u> can't hear a thing because the noise in her aura is regulated by his emotional state. And, he's not happy to be upstaged. <u>Jonathon Karp</u> thinks he knows what <u>Alberto Villodo</u> did to <u>Pamela Chapman</u>. He implanted so many pebbles that he can't figure out how to remove them, so he blames everyone else on the other side or says he has no idea. How many pebbles do you need? Only a few. The <u>Thievery Ring</u> Workgroup kept layering and layering, and now no one seems to be able to undo it.

The guides say, *"This is human mischief, and a human needs to undo it. If a guide does no one will ever stop this."* <u>Pamela Chapman</u> is just waiting to be clear.

<u>Andrew Parsons</u> thinks he is in the center of the <u>Thievery Ring</u> regarding this book, <u>Barefoot in Heels</u>, and he is never that thief. Neither are <u>Bethany DiNapoli</u>, <u>Nola Ganem</u>, nor <u>Alberto Villodo</u>. They are sloppy unprofessional hacks using sorcery as their main tool. These other people are professionals in the industry, and they are using any number of other methods and people. They operate head and shoulders above everyone else.

Pamela Chapman
pincs.chapman@cox.net
401-862-0516

The entire **Thievery Ring Workgroup** is involved as always, but so are all these people in the journey of *Barefoot in Heels*. Anne Green told you to get out of fiction writing and to go back to management consulting. Amy Boom refused to respond to an email of Jan 2021 when she was asked for help. Karen Murgolo and Jonathon Karp are involved with the Redwood Library, and so are Michael Sand, and Jill Cohan. Jill Cohan and Jonathon Karp were involved with the imprint *Twelve* at Hachette years ago. 2:27PM

There appears to be a culture that states if you do not go through a bona fide creative writing class at a top university or top MFA program, you will be dismissed and sent to either an independent publisher or none at all. These programs just pay overhead to the instructors and institutions that sponsor them. They seek aspiring writers and their money with no intention to ever help support them in a submission to a Big 5 publisher. They would tell you to be happy to independently publish and those are the breaks. Some make it big and others do not. But they are cash cows for the authors who teach and the institutions that sponsor them, and a summer camp experience for everyone else.

She is sitting in loud piercingly loud Alberto Villodo noise.

If Andrew Parsons still intends to read *Barefoot in Heels* nonstop into the Akashic Record realm as he and Nola Ganem, Bethany DiNapoli, and Alberto Villodo had planned for over a week now—to read it as soon as the realm closed, then Pamela Chapman will call Amey Cardullo, esq. or Tim Hollister's, esq. office and ask her to issue a warrant for his arrest. Pamela Chapman will attach the other colluding names to it, and include the 20 other criminal charges she already has identified for Andrew Parsons. 2:36 July 7, 2022.

3:31PM Alex Chee, Wesleyan alum and Iowa MFA *"At Wesleyan there is no support of published authors. At Amherst College, we too just give students the tools for use later on in their lives. We don't' go from graduation to publication, and most do not go on to be authors, just good storytellers. It's a craft."*

Pamela Chapman says, "Liberal arts college do not tend to teach craft. Iowa will always be run by a Frank Conroy alum. That is what distinguishes us. Pamela Chapman if we don't know each other, we will because you have single-handedly identified a gaping hole in the Wesleyan community, and why Anne Green was able to hold on to the Writer's Conference for as long as she did, is a mystery to most of us.

He then said, *"We will never really know why Wesleyan does not produce top literary fiction writers, but it would not surprise many of us who actually do publish that Anne Green was somehow involved in preventing us from publishing, and if she told you to go back to management consulting, she had no tolerance for including you in her circle of distinguished writers."*

I have no idea how the people from the publishing world cooperated with Anne Green, or what her payout was for all of her involvement. She doesn't write fiction. That is just like Dominique Browning who claims, *"Fiction is too hard to write, but has written two memoirs and many house and garden books."*

Pamela Chapman
pmrs.chapman@cox.net
101-662-9510

Alex Chee:  I never ever expected this whole dialog to begin to look like this. If no one supported you, and you did all of this on your own, then you and I have a lot in common because no one ever really taught me how to write either, but Iowa taught me the craft to succeed beyond my wildest dreams. If you succeed despite having that, then you are a true author, and those who write basic books that you don't like, and they get them published anyway, are not who we in the book world deem authors anyway. They are just published people.

*"I agree."*
**3:38PM**


### September 29, 2021

Nola Ganem entered Pamela Chapman's aura to torture another for her own personal attention. Because, when she was in there with Alberto Villodo, she had so much attention – the attention of the Workgroup, and she wanted to be and become Pamela Chapman.

Regarding, **Harry Gural** and the issue of abortion. He thought he had read it in her aura, but was never certain, so he had he and Nola Ganem go together to validate it. This way they would win the besting war and they would have the trophy, and all of the attention. They tortured her for the attention of the Akashic Record Public Commons space.

[**Note**: What a class-less act of "besting" that proved nothing. It got out loud after the 5th Guide War which was all about this topic. The Guides split 50/50 so as to call it a draw and outlawed it like never before.]

**Harry Gural** never sought that kind of attention. He tried to learn how to play **The Kamala Game** so that he could best them for what they did to her on Wednesday and Monday. He now realizes that he could never best his way out of **The Game**, and he will never doubt or question **Pamela Chapman** ever again because it is her intellect and approach that solved the entire Akashic Record Public Commons dilemma.

It was Alberto Villodo and Marcella Lobo, and now Nola Ganem, Carrie Crosson Gilpin, Monique Burgess, Maura Lindsey, Diane McEnroe, Cynthia Parent.

When Tara Plochocki stepped down, Nola Ganem stepped up with more force and vigor.  She had no college degree vs. Tara Plochocki with a law school degree. Did that make a difference?

*"Yes, because **Tara Plochocki, esq.** has the common sense to walk away permanently."* She knew the real game being played, and what she was doing to both her parents and Harry Gural, but, *"I will never ever do anything like this ever again,"* she says.

Your sister, Deborah Chapman says, *"Maureen Varley always speaks for me because that is what the Varley family decided. I now know you and she will never speak to one another because she has so much disrespect and actual hatred for you. She betrayed you unnecessarily to both me and you."*

Pamela Chapman:  That whole Varley family betrays you, Deborah Chapman.

On July 7, 2022 5PM four people think Pamela Chapman will be financially hacked because of this experience in the Akashic Record realm:
Andrew Parsons
Nola Ganem
Bethany DiNapoli
Alberto Villodo

All three are sitting with Alberto Villodo in a combined energy vortex. All four are after Pamela Chapman's demise, and have been for the last 1.5 years. Jean Gorham believes Jerry Slocum is behind this. It is not true.

This is all human folly, and they received the best validation of their sorcery imaginable when they had to listen to Pamela Chapman's dispute a charge with a vendor through American Express. Was all of this really necessary?

Bethany DiNapoli's voice appears higher and above them all. She has the last word on everything. Andrew Parsons has the first word on everything. This is a combined unit of antagonism and any charges levied at one go to all of them permanently moving forward. Their thoughts and communications are all one combined unit of energy. The same for Dominique Alfandre and Nora Diedrich.

Nora Diedrich has no idea most days who she is communicating with, and Dominique Alfandre is never heard except through Nora Diedrich. If one woman is present so is the other. Twins Souls do not operate this way.

No one taught these four people how to merge like this. No one has any idea how to separate them. The guides do. Jean Dixon will penalize any guide who separates them because she will blackmail each and every one of them until she gets her answer. Who can undo Pamela Chapman's situation?

*"Alberto Villodo."*

He claims, *"He cannot because Andrew Parsons won't let him. Is he a monster or a man?"*

Pamela Chapman
pamelachapman@cox.net
401-662-0516

No one will go up against these people except <u>Pamela Chapman</u> in a court of law. <u>Jean</u> <u>Dixon</u> is looking for a confession, and has been for the last few weeks.  None appear forth coming.
*"Why is that?"*

*"No one can figure <u>out</u> who is who."*

*"Oh, yes they can. The four of them became <u>Saul</u> all over again. The noise is the machinery and the four of them are <u>Samuel</u> and <u>Saul</u> combined as a new entity of four combined souls. Others would have been involved, if they had not retreated/suppressed."*

If <u>Jean Gorham</u> knew that <u>Jerry Slocum</u> wanted to become the next <u>Saul</u>, she now knows these four are the new <u>Saul</u>.

*"Is <u>Jerry</u> the new <u>Samuel</u>?"*

*"Never ever. Nobody is ever <u>Samuel</u>."*

*"What happened to <u>Jerry Slocum</u>?"*

*"He is no longer a part of all of this."*

<u>Jean Gorham</u>: We had no real idea of anything at all. We were given all kinds of instructions but didn't realize the new <u>Saul</u> was to be of people who were alive, not those who were dead. He had no idea <u>Saul</u> was a combined unit of more than one person, more than a <u>Twin Soul</u> two-some.

We never want to have to hear you dispute all online or on the telephone. It is <u>Alberto Villodo's</u> fault. He assumed no responsibility. <u>Andrew Parsons</u> said, *"It is her own f'fault to ordering something online. I've had trouble but not like this."* He had some rather rude remarks. She has to do it in front of the entire world.

<u>Pamela Chapman</u>:  So, merchants don't' screw with me, or I'll call American Express, and you can screw with them instead.

<u>Marcella Lobo</u> and <u>Alberto Villodo</u> have taught us that there is no real play book of "spells". They go along with our intentions, and they receive immediate consequences. They come from your intentions and your head. You just try things and see what happens. You don't always know if anything will work. It depends on your guide, or the guide your guide goes through.

When we have intentions out there, we have to always wait for something to manifest and we don't always read the signs properly. The Law of Attraction says, *"The energy is always present and clear if you can read it properly."* Yet, we struggle with why things don't show up for us—we have to look at the energy of the situation.

Pamela Chapman
pmeechapman@cox.net
860-662-9818

Marcella Lobo and Alberto Villodo, and now Nola Ganem and Tara Plochocki can operate all kinds of disturbances naturally and immediately. So it took all this time to learn that.

1. Beatriz and Zenia Theresa were not the problem in the aura. It was Alberto Villodo and Marcella Lobo.
2. A game of pinging Pamela Chapman's when she could not hear—but they can— is a game of torture. If you all sit back and just watch, it can happen to anyone anywhere. Some have beautiful guides of divinity. Others do not. Some are lucky and divine. Others are not.

Several people: Alberto Villodo, Nola Ganem, Harry Gural, Monique Burgess, Carrie Crosson Gilpin wanted a "code" off Pamela Chapman to manipulate her. Since Alberto Villodo buried himself so deep, maybe he embedded himself as Metatron in raw numbers. [It's never a number]. He embedded it in so many places.

The conversation he was having with others was reminiscent of what he thinks in the mind about them. Alberto Villodo said unmistakably that Harry Gural doesn't belong with Pamela Chapman, and to get out of there. You don't belong together, and had Nola Ganem and Tara Plochocki swear to keep them apart permanently.

Marcella Lobo: I had never known my husband to be like this. He also wanted a Q'ero Nation spouse that he selected, and I never let him. Maybe this is why he doesn't stop stalking you visually or energetically, Pamela Chapman.

When Pamela Chapman starts talking, all the noise disturbances get louder.

Harry Gural, Nola Ganem, Tara Plochocki, Marcella Lobo, Alberto Villodo, and Tameen Saied, and others knew that when someone speaks, you say, *"Make enough noise such that when they talk, you can always be heard by them, but they can't hear you."*. It was so f loud. No one stepped up to tell Pamela Chapman it could be turned down. They made her believe it was Saul and Samuel and that the Guide War was only against her, and no one and nowhere else. This is a torture and abuse, gross misconduct, collusion, etc. It was Alberto Villodo and his personal mission to enslave Pamela Chapman and keep her from Harry Gural and any other male who could free her.

Alberto Villodo had colluded with both sides to make sure that every time Pamela Chapman spoke or did certain things, it got really loud. It is just amazing the harm, tyranny, and torture that man is personally responsible for. **12:17 AM**

Alberto Villodo invited in all these women to scratch Pamela Chapman to spill and reveal secrets and other facts and figures or whatever they wanted. Nothing short of torture and tyranny. It's a karma until you stop.

The Guiding realm says until you solve the puzzle, they do not. [Note: Until you scream loud enough, the guiding realm doesn't hear you. It has to be loud enough that they do not need inner hearing to hear you.]

Pamela Chapman
pamelachapman.psychic
insuurgod.tv

[**Note:**  Dec 27, 2021 – they War finally ended. You and Harry Gural are back in the upper realms and will never descend into the Akashic Record realm. (That only happened in December 2021.)]

It is so loud around Pamela Chapman at the moment. The entire world is hearing for the first time what it sounds like when you speak because they programmed it into you that as you speak, all the spray paint (Michael Harner did that) and other noises get ramped up so that you can't hear.

**Michael Harner:**  I did it because Alberto Villodo asked me, but every time you chimed those **Tuning Forks** I stopped. When that happened, your father Stanley Chapman said, *"I think we now understand who is doing all the harm."*

Gretchen Carlson:  He is so much worse than Roger Ailes because this is not a workplace harassment situation.

**Pamela Chapman:**  It's 24/7 and you feel completely helpless. The people you think you can trust do nothing to help. The family doesn't really do anything when going against Alberto Villodo. You need the resources of others.

**William Parsons:** Imagine if this had gone on for years or even several more months (It did!) because he was recruiting people like Harry Gural, Nola Ganem and Tara Plochocki and all the others to do so much damage to your personal character – assignation actually. How could you actually function and where was the money going to come from?

"Medication would never help. All you can do is meditate and sleep."

Alberto Villodo  spends so much of his own time staring out into space with his eyes closed he doesn't care. If you read and wrote, I did also. Yet, you don't because it went straight into the Akashic Record space. **In that way, everyone always keeps tabs on you.**

**Pamela Chapman:**  But you don't let me pay my bills, or buy anything. You let all my numbers be exposed.

**Alberto Villodo**:  Then you'd have to sell drugs for me. I'd get them to you somehow.

Marcella Lobo:  Without a doubt.

That was their answer to what could happen with financial insanitation: You become a thief and sell drugs for them. You become their drug mule.

Mark Halpern tried to do the same thing from Los Angeles to Taber Academy. It's the Showtime Story of *Weeds* with Mary Louise Parker.

**12:30** 9:29:2021

Pamela Chapman
pamelachapman.xxxx.net
1-800-xxx-xxx

**Alberto Villodo** 11:04 PM said he was holding *Barefoot in Heels* hostage for kundalini.

He was helping **Nola Ganam**, **Carrie Crosson Gilpin**, **Diane Crosson McEnroe**, **Cynthia Parent**, **Noam Zilberstein**, **Monique Burgess**, **Maura Lindsey** and **Harry Gural** manipulate the book and upload it to Google Docs and sorcery television to ruin the author in revenge for her not participating in kundalini with him, Alberto Villodo.

**Nola Ganem** said through the **Tuning Forks**, *"The reason she could not stand down yesterday after Kamala Harris married her to Alberto Villodo was because she was going to best Harry Gural and Pamela Chapman by having intercourse with Harry Gural physically. Thereby besting Pamela Chapman. Then, together Nola Ganem and Harry Gural would both block her book and a movie."*

**Nola Ganem** would go to the doorstep of **Kamala Harris** and say, *"I have hand-delivered to you both a movie and a book that you wanted blocked, and I screwed both Harry Gural and Pamela Chapman. Now I am Kamala Harris."*

"I bested **Kamala Harris** and I am her through and through. There is no one else like me for you— Harry Gural, and I am now **Kamala Harris**. I will never step down, and I will always reign supreme in the US of America, the government of the people. This is **Nola Ganem**."

**Pamela Chapman** told her, *"This is tyranny and insurrection, and homeland security will always watch out for you because Kamala Harris is a sitting Vice President of the US government."*

**Andrew Parsons**:  No one in these US of America would ever say these words publically, and if they did, they would be immediately arrested for insurrectionist activity. I am trained through the US Marine Corps and was an officer of the US Navy, and we would never ever tolerate this kind of standing against a VP or President of the USA. We are a democracy of freedom and justice of all and this is not the insurrection of the people we expected, but she lives in Middletown, RI and went to high school in Newport. This is our ground zero of the Guide War, and she is here also. Yesterday, she married Alberto Villodo and thought she had gone to heaven. She traded **Pamela Chapman**'s book, and that **Thievery Ring** for a chance to marry him. She did. Today, she trades it all, always to now says she is Kamala Harris. She said that yesterday and some other people have all said, *"If I can best Pamela Chapman, then I can be Kamala Harris."* **Carrie Crosson Gilpin**, and **Tara Plochocki** both played that game. I AM **Kamala Harris** Game. It would not ever happened out there and only here. How does the government of the people handle these insurrectionist actions of an infidel named **Nola Ganem**, 41 years old? 3:54PM October 1, 2021

**Kamala Harris**:  I never ever would expect any person to ever muster the courage of this type of conviction. Yet, I am not surprised. In political circles and politics of democracies this type of outstanding verbiage continues. Yet, never would I ever have expected so many people in this **Akashic Record** space to utter the same language. There are at least 3-5 who have all said the same, I AM Kamala speech by besting Pamela Chapman.

It drew Monique Burgess in one morning, and she never left after that.

Pamela Chapman
pamelachapman@cov.net
101-602-9510

800

Someone says, "Carrie Crosson Gilpin and Diane Crosson McEnroe must put down standing up to Pamela Chapman because if a book deal goes through with Simon & Schuster for a whole lot of money. Then, their insurrectionists actions will have actually enabled the enter deal to be bigger than it ought to be for book that prior to February 4, was not considered significant. Yet, it was. It was hiding in Akashic Record rooms all over New England, and was illegally obtained through distribution of a literary agent from Aevitas Creative Management. 4:00 PM

Jonathon Knapp CEO S&S, Nancy Graham, SVP 4:01, Pamela Chapman's, Harry Gural, Dorienne Farzan, Emily Parsons, William Parsons, Roger Kass Esq.


Pamela Chapman: So much of what you were all doing was a lie and a game. When did the money become the only part of it? How was the money the only real deal, or the only deal that was real?

Carrie Crosson Gilpin:  I have no idea.

Nancy Graham:  I don't think anyone thought anything of the deal except Ed Heffernan was so real, or seemed so real that everyone played the Ed Heffernan Game of Bear Stearns Alumni Int'l. Including my husband who was Bear Stearns Alumni also.

Pamela Chapman:  This makes your contract language real.

Nancy Graham:  Yes, but I completely did not see that –I did consider that Mark Halpern's game could get me out of the contract by saying your book was plagiarized from him, and that Ways and Means would not authorize the deal.

Cynthia Parent I stand down because if Eric and Wendy Schmidt have a home in Little Compton, RI, and Nantucket, then we are all connected unmistakably because so many of us have known each other in some realm or another, and we will cross paths again. Pamela Chapman, if I bested you in college, you bested me today, and everyday forward. You did not deserve what you got from Alberto Villodo –you never ever knew him.

Alberto Villodo claims we are all done and all through because this is not how we play the Kamala Harris Game. 4:15PM

*"The Game is never step down, and never acknowledge that you and I can only meet in a courtroom battle because you are too sophisticated in negotiating for my taste, and I can no longer tolerate this kind of besting because I can't play the Pamela Chapman game of non-besting."* Signed, Alberto Villodo

**4:16PM**

*"Now, all noise and pulsations must be dissolved permanently."*

800

Pamela Chapman
pamelachapman@cox.net
401-662-9510