Everybody played, including Kamala Harris and Richard Neal, and all the others.

It is politically important that you now know Kamala Harris will have to resign her post as VP says *"Saul because she cannot play without my direction and my channeling. Without all that sorcery sight, she cannot figure out which way to play any game any day moving forward."*

Pamela Chapman claims, *"I will take that under advisement."*

Alicia Barry:  We cannot imagine how difficult it is to hear this noise, but you have been a witness to so many insights. Yet, it nearly destroyed you. You are now tied to Harry Gural. There I no way to know yet if he's a cheating, lying, scoundrel of a man…

Pamela Chapman:  But, he has a good laugh, so that's something.


Harry Gural:  On my honor, I promise never to physically harm Pamela Chapman ever again through sorcery or sex.

Alicia Barry:  And, don't forget, *"On my honor…"*

Harry Gural: Ok, I got that one also. *"On my honor, I will never lie to her ever again, and I will never keep secrets from her. I will never bloc or cause harm to any enterprise or activity. She is pursuing because I was a major thief to block her book deal, and cause her a character assassination."*

Pamela Chapman, *"On my honor I will always stay away from scratching her aura and pinging her psyche because it will be the death of every relationship moving forward."*

He says, *"I agree."*

*"I Nola Ganem will stop stratching Pamela Chapman, such that I ask her something that she answers without knowing."*

*You haven't yet, because you always catch us, but I always ask because one day you will say inadvertently something."*

Nola Ganem only cares about political DNC's.

Harry Gural is currently sitting with Pamela Chapman.

Pamela Chapman:  What are you doing there?

Harry Gural:  I always like to have the upper hand, and it's the only way I can play with you moving forward.

Pamela Chapman
pamelachapman@cox.net
401-662-9416

<u>Pamela Chapman,</u> I don't believe that any longer, because if I do, there is no reciprocity between you two any longer.

<u>Harry Gural</u>:  I stand down and move away from trying to always best <u>Pamela Chapman</u> because she doesn't keep score, and they play differently every day in every way. You bested me last night and this morning. Does that make it my turn now?

<u>Pamela Chapman</u>:  If I bested you, or forgot to for a while, will you get bored?

<u>Harry Gural</u>:  No, because if I get bored that way, I will run away and play with <u>Nola Ganem's</u> little daughter, <u>Kayla Abbate</u>.

<u>Harry Gural</u>:  No, because if I play with <u>Nola Ganem's</u> little daughter <u>Kayla Abbate</u>, I will die by morning light every single day moving forward. BTW, <u>Nola Ganem</u> isn't really gay. She just likes to say that to play.

<u>Gregory</u> claims that with such quiet tight energy, *"I now pronounce you husband and wife."*

<u>Bill Gural</u> is now Gregory for the day and claims if my big brother ever does anything undeserving of this office of reciprocity of relationship, I will personally do something to him in a way that says, *"You don't play anything on any day moving forward. I am a tough guy that way today and every day moving forward."*

If the two of you are together in a reciprocity of relationship, then no one can touch either one of you. It's the best protection possible, but what about what she technically hears – all that noise which he doesn't hear? Why can't she have a private officed be private without everyone knowing everything about her.

<u>Samuel</u> claims, *"<u>Pamela Chapman</u> and <u>Harry Gural</u> will never ever see each other because there are so many sorcery spells, intentions, and psyches that claim they will never want to be together.  But, if they have that kind of attraction – and they seem to when everyone gets out of their way—then they will always override all those bad intentions."* People do this to people every day.

People do not want them together because they are a beautiful couple of high vibrational energy. This morning we witnessed for ourselves what some might think is a dry martini cocktail, but was really a beautiful synergy of energy between the two of them. It was as beautiful as sexual relationships, but was nothing of the sort. But we did get *"facet class protection* and diamonds in the rough and all that jazz,"* so that was really something special.

<u>Mark Harmon</u> (the actor) says <u>Alberto Villodo</u> now formally belongs to the **#metoo** movement of Hollywood, and so does <u>Mark Halpern,</u> if we catch him. Never would we have suspected, yet all of us in Hollywood never underestimate anything that happens when you have so much ambition and so much money. **4:51 PM**

Pamela Chapman
pmelchapman@cox.net
161-662-0516

**4:56PM**

Alberto Villodo on September 30, 2021 said:  *"We will never return to that Akashic Record Public Commons space because I held it for you that morning and early afternoon, and shamans never return to the original place of a global mesa. We leave and then wait for it to clear before we ever return to that same space. Until it clears, it has a certain quality of energy that is neither good or bad. It is neutral. This is not what we understood before this moment of re-learning the dialog and the narrative."*

Alberto Villodo says unequivocally, *"Pamela Chapman, Nancy Moss, Tameen Saied, and Alberto Villodo never should have stayed in this space this long. It was not ours to be in and Nancy Moss and Tameen were gone the earliest,"* and Alberto Villodo held Pamela Chapman to the space as long as he was here. He wanted her to be here to channel for him. *"We leave by death or departure in any form. I recommend we just leave our things behind and walk out. We just say unequivocally that now that we understand our places and roles in the story."*

*"I am the Insurrectionist of the People, Pamela Chapman is the Victim of the story, Nancy Moss is a Shaman, and Tameen Saied was the cover for Kathume. We can no longer remain in the space. We will never understand why and how we got swindled into staying this long, but now we must leave or else the shaman community will never understand why and how this took so long when we are trained. We misunderstood what we were really doing."*

Michael Harner agrees and states right now in real time 6:48PM EST that no one will ever misunderstand that Pamela Chapman and Nancy Moss can't ever work together because she and Emily Parsons are now at a war because her Twin Soul, Tucker McGillivray's mother, Nancy Graham today came and read Pamela Chapman a riot act and she said, *"No one will ever misunderstand who and what Twin Souls are, but no one ever knows or learns except because of this situation."*

Nancy Moss managed William Parsons and Emily Parsons in the beginning. She never understood that Tucker McGillivray was a Twin Soul of Emily Parsons. She was Tucker's mentor in this realm. No one ever really understands why and how they arrive, but yet they do, and each has an undeniable place in the story.

Pamela Chapman was never welcome in the Star Gate despite the fact it was hers. Alberto Villodo fell away from it. Tameen Saied made sure Pamela Chapman could not stay there. He always kept a spot for Harry Gural instead of for both Harry Gural and Pamela Chapman together. Harry Gural is a false Insurrectionist of the People who is actually a Melchizedek guide himself along with Pamela Chapman. Pamela's Twin Soul was there for some time. No one cared if he was there or not, nor did they care if Harry Gural was there by himself, but they refused to let the founder, Pamela Chapman stay without a partner of reciprocity of relationship.

Beatriz the Guide said it was a human error, and it was nothing the Guiding Realm did to stop it or qualify it. Tameen's Guide, who was really Kathume, was of no help in the Upper realm. He told Tameen to keep Pamela Chapman out, otherwise she would cause trouble for the others. He is a guide of thievery from past Big Book Stories, and he goes by the name Merkle. [Kathume is Merkle]

Pamela Chapman
pmelachapman@cox.net
401.662.9510

**7:04 PM 9-30-2021:**

Caroline Crosson Gilpin and her sister Diane Crosson McEnroe are holding noise around Pamela Chapman. *"We were told to hold it until the next person claimed it. Next, it goes to Harry Gural. We hold it for 22-33 minutes together because this is ugly energy for you both, and it surrounds Pamela Chapman's but no one else."*

They refused to put their arms down when offered to allow Harry Gural's beautiful energy to take over, claiming it is their responsibility to Michael Harner. They now know they were set up to deliver a blow to Pamela Chapman tonight such that in the end all would cry out together in a large display of cinging energy – about 15 people or so. Did she really need another one of those experiences?

*"No, because Pamela Chapman has had them daily and nightly for weeks and months. What are you all trying to pull here?"*

**Michael Harner:** We can't understand why no one stops these incessant acts of violence against her. She has to be both her own advocate and the responsibility for her is left to herself, and no one claims her despite her setting everyone else up with family or others to support them. Her father in heaven understands her situation. It seemed so misunderstood that an enlightened woman of her education and social status has been left out in the cold in the New Age of Energy despite all that she knows of yoga and other wisdom-based traditions.

If Martha Cummings has stopped typing and others have or have not, what does that tell you of the situation? Martha Cummings says, *"No one tells us what to do. We never understood why we were all here. This afternoon, you kept saying that if you attend church or synagogue services you are all a hypocrite for what you do to her in his space."* Rev. Alan Neal agreed (maybe someone used his name).

Michael Harner asks, *"How many are actually typing this out?"*

About 15-16. Most are thievery woman who were told to type this tonight including Harry Gural. They were told to type exactly what you were typing. He stopped initially. Tara Plochocki knew immediately, and asked, *"How did you know to stop?"*

He replied, *"I did not know to stop, but they all did also."*

Michael Harner claimed, *"If you stopped in the beginning, he gave you a reciprocity of favor and told you to type until she goes to the bathroom and Martha Cummings did not get that message."*

Harry Gural knew from this afternoon to start and then immediately stop. – He knew 3-4 days ago this would happen because Myron/Michael Harner said, *"We can't understand why everyone wants to type what she is typing. It will take her weeks to type, so everyone want to stop her from achieving this goal."*

Pamela Chapman
pmelchapman@cox.net
401-662-9518

Pamela Chapman finds out answers when she types. but no one else has to type. No one is actually be heard –she is—with the words they type into this space She has no privacy of her own to do any reading or writing. All music and background noise also is heard.

Nancy Moss:  I don't know what I am to say other than Emily Parsons, your mother has had a real trial, and we can't figure it out because there is no playbook for it. In history there are stories. She cannot function in this space. She tries to protect you and your brother from whatever it is. By torturing Pamela Chapman, she is exposed. How is this woman to get out without the help of her guides? Everyone who has been lucky and protected has great guides from the other side. How can this woman be so misaligned with her guides? Why and how could the realm give this woman Satan as her guide in a last life time?

Michael Harner:  No one asked you to understand the situation. Yet, you try so that you can place it in a context of mutual understanding. You understand you cannot achieve any status of an upgrade to your situation. No one can actually achieve any outcome without the assistance of the guides on the other side. You always knew this.  You told your cousin Dan Brennan this last fall, and he thought you were too strange to think this way. He will never question your instincts again.

Harry Gural:  There is a different energy.

Pamela Chapman:  It has a pulsing to it. Please stop pulsing. I am not a radar target.

Harry Gural:  Alberto Villodo has you as a target every hour of every day and he must ping and pulse you to understand every little picky thing you do. You do nothing to deserve this. You leave him alone.

Harry is going to say this once, "I am never going to type again." Say it over and over to yourselves because this is a karma for all of you, except for Pamela Chapman who needs these notes for litigation. No one else needs them for anything except wandering why they were here and for manifesting conversation to prove we were all here, in real time, and real space, with real people, and you are real— and so am I. My name is Harry Gural. I live in Washington DC.

We all have taken notes of one kind, or another, but Pamela Chapman, you needed to as to understand the awful situation you are in, and it never seems to end. It is one continuous Catch-22 that continuously repeats itself, over and over again. You took the fall for everyone, and you were in the least best position to do that. We attacked your character, and assassinated it, and made you the laughing stock of integrity.

Polly Lyman has said repeatedly in this space, that Miss Porter's School will never look at Lisa Goddard, a past trustee of Miss Porter's, the same again.

Pamela Chapman
[blacklap@mindspring.net]
[redacted]

Now, if we stop and remember the people who all showed up are all known to Pamela Chapman, but not to people like Harry Gural, Tameen Saied, Alberto Villodo or Andrew Parsons, it was the people she knew out there that found a new way to interface with her.

She now knows why so many in Newport shunned her over the last 10 years:  She was never initiated into the Akashic Record energy realm, and she was slandered by Andrew Parsons as an adulteress. **7:44 PM/8:31 PM**

Michael Harner:  I want you all to remember she will litigate several people for this experience. This is important for the attorneys. If you don't like what was said, it was the reality of the situation written down and typed out by several people simultaneously. Bethany DiNapoli has been typing for a few weeks. She works with Monique Burgess. No one understood why and how this woman became so close to Harry Gural, and why she betrayed the book, *Barefoot in Heels*.

Pamela Chapman was never surprised, but Alberto Villodo didn't really know her. They had never met physically. One of the two main lessons to be learned include:

1.  It takes a strong constitution to put up with all this bullshit every day and night, and Pamela Chapman you have one. But you are dead now and cannot get up again. No one thinks you belong here in Newport, RI. Except, you have lived here for 23 years, and raised two children in Newport, RI. The people think you are slime and scum, and a real insult to the people of Newport. Yet, they are the ones that are the real insult, and no one attacks them—just you—because there was never anyone to stand up for you each and every day despite the fact you had several that could have supported you the way you supported them.
2.  The second lesson is that Nancy Moss is never going to work with you, your daughter, or your son in the future because you and Alberto Villodo are going to have a real blow out in the shaman world. Why? Because she can't say, but no one will ever touch you ever again.

Michael Harner:  We will remain in this space for several days, and then we will change mesa tables and those in the space will go elsewhere, and others will move to the upper realms of the Celestial Temples. We will teach you how to find private space in the Upper realm. It is supposed to be your home in the upper realm. Except, no one wanted you there, and you might have difficulty accepting the guides and souls that are in there. You could never get your foot in the door and stay there except in the beginning. Harry Gural would never accepted you back. Neither would the others. Yet, they accepted Harry Gural back after leaving every day and night.

Just like Newport, RI, and the Upper realm. Both are her long-term homes. Yet they all wanted her kicked out. They thought she was a "trouble-maker" in the Upper realms, and we won't sponsor you in your own home. And, the think she is scum in Newport, RI. They say, *"You must move out. Get the hell out of here. We don't want you. We don't like you. There is no one here to support you. You are now homeless, dejected, and alone. You are redundant. We can't stand you, Pamela Chapman. We don't want you here or there. Get the hell out of everywhere you ever belonged. Even you family can't stand you, and doesn't want you around."*

Pamela Chapman
pmcchapman@cox.net
401-662-9346

Justin Romel told Justine Rudock to keep Pamela Chapman and Harry Gural apart and keep Pamela Chapman out of the Star Gate because he wanted her with Alberto Villodo and not with Harry Gural. Alberto Villodo put Dan Burns in the Star Gate for 2 or 3 nights to keep Pamela Chapman out and away because he was a gossip of Newport and would say anything to bother her.

The Star Gate is a platform of highest vibration in the Celestial Temples of the Upper realm.

## October 1, 2021
### 3:39 PM

*The story of Pocahontas is a tragic tale of a young Native girl who was kidnapped, sexually assaulted and allegedly murdered by those who were supposed to keep her safe.*

Lizzy Craig: *"Between 2018 – 2019 or so, my parents told me you and Donald Jagoe were Twin Souls, and that if I could put a few tags on you and he, she'd be intrigued with what I found.* I put the following tags in the following place:"

1. Vaginal area: Because Sandra Craig did not understand why you thought old people don't have sex. What would that tag say? She did not know. She said, *"Alex Craig said he didn't think you and Donald Jagoe where Twin Souls because he and Jana Jagoe were too old and too odd to be so similar."*
2. No one even remembers this one: the Left Foot. In the sole of the boot so that if you were out walking, the world would always know, so Grenville Craig could always talk to you.
    a. The left foot tapped out a message every day to Lizzy that said, "Ok, I'm ready to go to the shopping mall or the beach." This speaks to Lizzy first, and she'd tell her father until he learned your daily routine.
3. Jaw.
    a. Biting everything she eats from 2011.
4. Roof of the mouth.
5. Back of the nostril: Alex Craig put that one there.

## Tuesday, October 05, 2021
### 3:10 PM

Grenville Craig thinks you and he are married in the Upper realm and now in the Akashic Record space. He got this from Rusty Powell III.

Pamela Chapman
pmcchapman@cox.net
401-662-9510

Grenville Craig thinks he is your husband because he can't even remember a time when you were not there. He thinks that Donald Jagoe was never going to amount to anything, so he was going to take good care of you in this Akashic Record space. Except, he did just the opposite.

As Akashic Record realm husbands, both Grenville Craig and Alberto Villodo believe they actually own you, and control your energy, your finances and your social life. They work to keep you down and out such that you need them for everything. They believe kundalini sex is their reciprocity owed by you to them.

Grenville Craig claimed he forced you and Donald Jagoe to masturbate as a Twin Soul initiation, and eventually you said, *"Go screw. I could care less."* It meant nothing to her, nor him. It did not bring them any closer together.

Once that ended, Pamela Chapman said, *"Never again."* When Donald Jagoe masturbated himself, she said, *"Stop that right now, or else I will scream rape!"* It stopped. Never was there ever any kundalini, and no one actually knew anything about what that was. She always said, *"If you want sex, you must show up like a normal person and court me, and then we'll see."*

Daily biting.  Twisting her ankle a few times, tagging the right breast daily. It was demonic and never the other. Pamela Chapman always instructed her Melchizedek Guide not to allow that, but it continued for over ten years. Then, he taught Andrew Parsons to do the same.

They rooted for the demise of your relationship with Donald Jagoe, and the selling of your house. The encouraged Donald and Jana Jagoe to go to summer gala events and their home for dinner, despite the fact that for Pamela Chapman there was never anyone to go with. She stayed home and watched movies—which might have actually been more fun. She does not believe she missed a thing.

They never supported her needs to help her find a contact for a job or a literary agent.

The SS# fraud and I have all your accounting information because his psyche can memorize anything immediately. Once in a group setting or global mesa, numbers were routinely spilled. He prevented her from transferring monies from USAA to Berkshire Bank thanks to a pseudo $1 million bank transfer initiated and executed by Carolyn Craig over the Akashic Record wires.

Grenville Craig: *"I never locked you out of the bathroom in France' but I knew always you were in there."*

Pamela Chapman:  *"You are a copycat and so is your wife. She wrote at least 12 volumes of notes that I never knew I actually dictated on various conversations."* Pamela Chapman had no idea she was writing notes until the summer of 2021.

Kundalini (see below)

Pamela Chapman
pmsetchapman@yes.net
1-1-662-9546

They never validated their presence at all in all of ten year's time. It is well proven that you can betray, abuse, and harass the people you do not validate.

### Tuesday, October 05, 2021
**3:22PM**

If this kundalini that Grenville Craig really wanted existed, he was convinced Pamela Chapman would ultimately find it. This was because she researched every topic extensively. He kept telling her to look for more information on anything, *"Research every modality you can find."*

But Pamela Chapman never found the Akashic Record realm, nor any real understanding of Kundalini. She could not understand Kundalini Yoga, which was only a bully's initiation by Yogi Bhajan II into the Akashic Record realm. Dan Brown had one scene in *The DaVinci Code* that came close: Freemasonry orgies of men having sex with Twin Soul female partners.

If kundalini existed intellectually in the literature, Pamela Chapman would have found it, unmistakably. She researched everything including gay coupling and ascension. There is nothing in astrology about it. She inadvertently taught Sandra Craig and Grenville Craig so much about asteroid astrology, and so much more. Any topic she studied they followed along without Pamela Chapman's consent. They never ever left the space. Their attention never waivered from Pamela Chapman. They were focused on her 24/7 from everywhere in the world they annually traveled. When she wrote Barefoot in Heels, they left her alone because Jerry Slocum, their Twin Soul mentor/coach/guide/sponsor told them she was going to write a book, and it must be completed.

Pamela Chapman was always asking the Twin Soul guide, Melz, *"Who is your boss? Who do you report to? Because this has gone on too long and it must end."*

At some time, Jean Gorham arrived. Jerry Slocum followed. Then, ultimately a whole Twin Soul Workgroup. But the answers to all her prayers were Jean Gorham and Jerry Slocum who had been the Craig's sponsor.

[Note: On 2-25-22, we learned Jerry Slocum was to be initiated into the Big Book Story thievery. The initiation was programming electronic noise as Alberto Villodo's noise to go into Pamela Chapman. Jean and Jerry programmed that electronic noise themselves. It is very complicated to unravel.]

[Note: on 2-23-22, Jerry Slocum admitted they never intended to ever have the noise ever be release from Pamela Chapman.]

Pamela Chapman
pamelachapman@cox.net
101-662-97 16

By 2015, **Pamela Chapman** took over the conversation between she, the **Craig's,** and **Donald Jagoe.** Almost every afternoon, she had to parent them all by yelling at them. They were so idiotic and stupid. She became the teacher. They wrote it all done. She had no idea. They wrote down everything she had learned. It became apparent through so many conversation in January 2021, what they had done.

They were full of malintent because **Rusty Powell III** told them **Donald Jagoe** would never divorce his wife. This left **Pamela Chapman** isolated and alone, or so they believed. Her husband was long gone, and her children had fled for college and the beyond.

**The Game** says, *"If you can keep someone living on the margins down and out, we advance you to the more sophisticated person."* The Craig's did this to Pamela Chapman. Kamala's Table did also. So, did Saul and Jerry and Jean, Samuel, and Michael Harner. There was no need for anyone to research and know your financial information at Kamala's Table but they did it anyway, mostly through Gina Raimondo, the former Governor and current Secretary of Commerce.

**Happy van Beuren/Andrea van Beuren:** I never realized who you actually were. Now, we will pay you properly because if **Sandra Craig** and **Grenville Craig** did this to you, we did also, and the same process happened to Harry Gural.

Rusty Powell III is at the source of it all, and so is Bobby McDermott, Richard Neal, **Justin Ramel**— **Alberto Villodo's** right hand man, **Justine Rudock,** and Llama Nation.

Rusty Powell III offered Grenville Craig unprecedented vision of you and your house. In early Feb and March of 2021, there were 27 tags to your 3rd eye from Sandra Craig and countless other places.

Grenville Craig acted the way he did because **Rusty Powell III** didn't let **Grenville Craig** into his own kundalini and fraud scheme at Capitol Hill. *"We dropped the abortion issue because Grenville Craig and Alberto Villodo admitted you were sexually abused by Andrew Parsons."*
But they really didn't. They colluded with each other instead and pledged loyalties to each other.

The Whole Game of the husband was to prove she was a whore, and he gets to because I was abused by a Twin Soul process of enlightenment. **Pamela Chapman** achieved that status. Sandra and Grenville Craig, Jean Gorham and Jerry Slocum, Miles Bidwell and Carol Cole, Sandra Orsloff and Michael Holt Massey III, and **Donald Jagoe** did not.

In September and October, 2021, it was found that **Grenville Craig** is impossible to remove from **Pamela Chapman's** life. Somehow he and **Alberto Villodo** have twisted themselves in such a way that if they leave, they immediately return. They have been taken by Samuel and Saul into the Metatron Star Gate. She heard their names pulse every afternoon from about 2:30 PM to 5/6PM. Their names pulse constantly, consistently, and irritatingly as "Sologrande" (Monique Burgess) and

Pamela Chapman
pmchapman@cox.net
401-662-0516

Jana Jagoe (Bethany DiNapoli), Grenville Craig, and Villodo. These were guides pulsing as if they were psyches because no one was talking in the Akashic Record realm. They were present just to harass Pamela Chapman. This pulsing is a surrogate for noise. She can neither retreat into the Star Gate with noise or pulsing. She is left out in the cold and can't hear a thing of any other conversation.

Alberto Villodo:  No one will ever touch you in your groin ever again. I knew immediately with our kundalini I had done the wrong thing. We found it externally with hands up your middle. You popped all your chakras in about 3 days' time (about 2/day). With Harry Gural, there was absolutely no masturbation sex at all. It was pure kundalini.  [Note:  All the sexual assaults and rapes that Alberto Villodo and Marcella Lobos colluded with after this statement.]


Harry Gural:  Wants to know if what we did on Sept 30, 2021 was dirty or ugly?

Pamela Chapman:  No, it was beautiful. It was pure kundalini. No masturbation. No touches. Just two energies intertwined and noticed through a deep depth in the 3rd eye.

Harry Gural: No one will ever understand me or you, not even they.  If they ever want you to embellish the situation, you refuse because they only want to embarrass you as much as they can.

Andrew Parsons: You brought this on yourself by divorcing you.


When does the harassment end?  I have been abused in every f'way possible by everyone everywhere, but especially by those closest to me. Are you all happy now? And you all have lots to money and I do not. They have to accept the kill of The Game and then move on, and you do not.

Kamala's Table, The Book Committee of the Redwood Library, Newport Hospital Foundation, Andrew Parsons, Grenville Craig, and Kristin MacManus went straight to fraud. I'm not into kundalini yoga or fraud just personal agency and standing up for myself. For that I've been persecuted, in the Akashic Record realm from March 2021 – September 2022 and beyond.

**3:58PM**

Does she wear anything around her forehead that says, *"I am a shit sponge?"*

*"No, she is just an author of fiction from Newport, RI. That's enough."*

You have no respect for my privacy because you follow me around my house all day and night and watch me sleep- literally watch me sleep, including the ex-husband. If only he had been this attentive as a husband…

Pamela Chapman
pmwchapman@aol.com
1-646-620-7447

**4:15PM**

Grenville Craig:  We aren't doing this anymore because when you list all the ways you have been bullied. No one will ever do business with you ever again because no one likes an abused person. Therefore, you are all bruised up and you are all through. No one will ever want to see the likes of you again.

Sandra Craig:  I never wanted to harass you or come with malintent, but it always looks that way when you say what happened to you in this Twin Soul space. We never told you about the Akashic Record space.

Pamela Chapman:  You could have taught me about how to protect myself, but you did not, and you knew I lived alone. If Grenville Craig really wanted to be my husband (and it does not work as a Twin Soul), he could have protected me, and he did not. He intentionally caused harm.

**4:21PM**

Harry Gural,  I, Becca Bertrand, was here to abuse you, and I will never do that to another person again because I said terrible things about you.

Pamela Chapman:  So what?

Harry Gural:  I can't say anything else because if I do, I will cry my eyes out. Those f'women who wanted me away from you have no f'clue what it takes to be you. While I can't be with anyone like you ever again, it is my sworn duty to protect you.

**7:46PM**
Present here:
Roger Kass,
Becca Bertrand,
Harry Gural,
Pamela Chapman,
Norah Diedrich, ED NAM
Ed Heffernan, Plano, TX
Ed McPherson, CFRE, Former ED IMC
Dominique Alfandre, former ED IMC
Benedict Leca, ED Redwood Library
Carolyn DuPont, former DD Redwood Library
Ruth Taylor, ED Newport Historical Society

I, Roger Kass, and I, Becca Bertrand, do solemnly swear to the following information:

Pamela Chapman
pmchapman@cox.net
401.602.9510

<u>Harry Gural</u> has never been truthful about anything in this realm and you have always told the truth.

<u>Harry Gural's</u> dance card is overflowing with <u>Harry's</u> "kundalini sex" with way too many women that he only knew by name and never by face or physique. You only had kundalini with him once and it was never sex. It was true kundalini and everyone else was masturbating except for him, except once when he unexpectedly ejaculated with <u>Monique Burgess</u> who claimed, *"How did that actually happened?"*

The most devastating information he learned about <u>Pamela Chapman</u> was that no one ever wanted to live you because they thought you to be a jerk, and no one actually likes you, and no one will ever give you the time of day in this fair City-by-the-Sea.

He can't remember one nice thing anyone ever said about you, except <u>Roger Kass</u> and <u>Becca Bertrand,</u> and you can laugh out loud together in this space.

No one ever said, *"You were a stupid bitch,"* except for <u>Gail Alofsin</u>, Executive Director of her own Shit Show in the making. She and you actually know each other, and she would never have hired you at <u>Newport Hospital Foundation</u> because of your book, *Barefoot in Heels*. She is on the board of the <u>Newport Hospital Foundation</u> and not on its staff of Lifespan Health Care Systems.

No one ever said you were unqualified for the positions you applied for. They just didn't like you and preferred other candidates. *"Not, the right fit for the position,"* they would say.

No one understands who is actually speaking except maybe <u>Roger Kass</u>, and <u>Becca Bertrand</u> because in these situations, <u>Harry Gural</u> never speaks.  They claim he can't reveal himself in front of others. Now that he claims he might want to spend quality time with you in Newport, RI, he cannot show his actual face in the City-by-the –Sea. He says, *"Not true,"* because <u>Pamela Chapman</u> could care less about going to any event here any longer because the people here are just down right too rude and disrespectful.
<u>Trudy Coxe</u>:  You now know exactly why all the Executive Directors from out of town leave on the first train out when they can, and <u>Scott Lehr</u> was one of them.

No one ever said, *"You couldn't get a job here or there, there are just no more places to apply."* She ran through them all. They say you are *"disqualified."*

<u>Jim Gaffney</u>:  Well the position you applied for wasn't right.

<u>Pamela Chapman:</u>  Yes, but I demonstrated interest and most positions in town have gone to those that were identified and qualified via a private network, and no one let me in that network. So, she had to apply as an outsider. No one gave her the time of day to actually allow her name to be circulated. If it was, it was disqualified and slandered, especially a false statement by the ex-husband and <u>Cathy Wicks</u> to show she was having an affair with <u>Donald Jagoe</u>, then a stolen book, and then a long list of slander.

Pamela Chapman
pmchapman@cox.net
[phone]

Van Beuren Charitable Trust would never have hired you because of your book, *Barefoot in Heels*, but we obtained it illegally by through Esmond Harmsworth IV of Aevitas Creative Management.

Pamela Pantos has said she would not hire  Pamela Chapman at Newport Music because you came across as an Executive Director and not a Development Director. Pamela said Pamela would not hire her because they had the same name, nothing else mattered. It is a fit and sensitivity to position, so no one confuses one for the other.

No one would expect you to move away except if you feel there are no more people in this f' city who will ever talk to you again, because they really did not anyway after your divorce. Now, the ex-husband circulates with Cathy Wicks which is interesting because he didn't like circulating with Pamela Chapman. So, she left him. Andrew and Cathy she seems happily adjusted and socialized in town. He wasn't with Pamela Chapman, but is happy to go out into town with Cathy Wicks. They found their own people who are not Pamela Chapman's people.

Harry Gural has said that he can't be with a woman like Pamela Chapman for a whole number of reasons which she actually agrees with. Neither could she in a similar situation.

Ruth Taylor for the People:  I didn't believe you had any serious issues because you were so private, but you had every reason to be so private. Now, that this has happened you prefer to go someplace else and change your name. No one will ever care anyway.

Roger Kass said, *"I have serious issues identified below."*

- Harry Gural loves film, and so does Pamela Chapman.
- Becca Bertrand, no one ever takes you to Newport Film. You always arrive and leave by yourself.
  - Liz Hebb says you can always call her.
- In this realm, she is abused, harassed, shaken, baked, fried, and repeated. So there is no one else to be with until this is fixed, if ever.
- Harry Gural has loved looking at all the women in Newport on Facebook, and you are no longer there. He noticed no one ever tags you or comments on your page. But that was before you put your page on private which Pamela Dorman encouraged you to do when we made so many comments about you in this space back in February 2021.  She said three times in this space during prime time, 7-10PM that Viking Penguin was buying the book, *Barefoot in Heels*, but they did not and would not. She never said told you it was all a lie form the beginning, but she told Kimberly Witherspoon. Alberto Villodo learned from Mark Halpern what The Game was, and got excited to play because he loves to play like that.
- Dick Burnham said you were not a candidate for the Newport Historical Society's board because you had nothing to offer a board, and maybe it was Bart Dunbar who said it was because you did not own a business in Newport therefore you could not advertise in the

Pamela Chapman
pmchapman@cox.net
401-662-9510

Bulletin. That seemed to be their credential of understanding. <u>Ruth Taylor</u> wants to go on record as saying she is ...

- <u>Harry Gural</u> has all the information stored in his psyche and will never divulge his sources except,

  a. <u>Monique Burgess</u> is a flirt and a twit and a homewrecker because she had no interest in *Barefoot in Heels* nor <u>Pamela Chapman</u> nor <u>Harry Gural</u>. She is a copycat who only cared to best with the best, and she is not close to her husband as her social media implies. She is a RI girl, and a carpetbagger in Newport.

  b. <u>Dominque Alfandre</u> is no leader. No one cares about her either, but as a member of the local Garden Club she thinks she is special.

  c. <u>Norah Diedrich</u> is an ISS and no one like her. Yet, the board refuses to let her go. <u>Roger Kass</u> has that one in a cart.

  d. <u>Bethany DiNapoli</u> has no class. He actually said that. She is not self-mastered, and as the Executive Director of her own Executive Coaching Company she is a fake, and no one will ever think to hire her as a major gifts officer after seven years trying to raise money for IMC when she hired her college roommate's' husband to help with the Capital Campaign Feasibility Study, trainings, and list of donors and all of that. They are out of Washington, DC. Her co-chair is <u>Dominique Alfandre</u> who is her own endowment society. Raising money is just a side gig. Money's always available to her. When she can't raise it, she donates it herself. She writes her own f'check and says, *"Look, we made it."*

  e. <u>Nola Ganem</u> is a ring leader. She and <u>Alberto Villodo</u> are a perfect fit. I leave it at that.

  f. <u>Tara Plochocki</u> is attempting to be a <u>Thievery Ring</u> leader, but she is just a whore for <u>Rusty Powell III</u>, <u>Bobby McDermott</u>, and <u>Richard Neal</u>. <u>Tara</u> had so many opportunities in Newport to meet so many new and different people. Yet, the only person she really cared about is <u>Bobby McDermott</u>.

  g. <u>Bobby McDermott</u> thinks <u>Tara Plochocki</u> has left the stage because as a whore of the people she could also be a Victim.

What happened to <u>Donald Jagoe</u>? He is and I.S.S. (same as <u>Norah Diedrich</u>). He prefers to always await <u>Jana Jagoe's</u> return and hang out with others instead. That was always his story (maybe really hers). She always wanted him to have an affair with <u>Jessica Hagen</u>, who <u>Pamela Chapman</u> spent a few years going to events with – so the soul actually did go out with her, there is just no sex or intimacy or anything like that. Then <u>Jessica Hagen</u> insisted she was having a bona fide affair with <u>Harry Gural</u> through <u>Kundalini Crossing</u> and claims, *"I stole your boyfriend all over again."*

**8:58PM**

Someone at Salve Regina University told you, *"If <u>Becca Bertrand</u> could get a job in the Newport nonprofits, then so could you, and if not, there must be something wrong with you."*
That was a professor.

Pamela Chapman
pamelachapman.newport
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-01

**9:02PM**

*"Why are we here <u>Roger Kass</u> and <u>Becca Bertrand</u>?"*

*"Because <u>Harry Gural</u> does not yet understand how Newport really operated and <u>Pamela Chapman</u> does."*

*"So, what?"*

<u>Benedict Leca</u>:  The <u>Redwood Library</u> never knew <u>Grenville Craig</u> told you not to pay your share assessment because he came to the board meetings (and he is still on the board) and delivered all your ideas. Yet, they fell flat because they came from him and not from her. <u>The Redwood Library</u> was the only institution in town she had any interest in as a member. Now, you only want to sue them. They are the worst of their class in Newport for fraud, scandal, slander, harassment, and abuse. Their fund development is not based on the body of knowledge <u>Simon Joyeux</u> taught.

<u>Beatriz/Saul</u>, told her months ago before this all happened, *"No one will like you, and you will have no friends ever again."*

So she replied, *"So what?"*

The dialogue is brutal with not one nice thing to say. She had no resources, no people, no money, no publisher to relay on, and <u>Andrew Parsons</u> is thrilled with that.

## Wednesday, October 06, 2021

### Torture: The Creation of the Noise Tunnel

#### All Because She Wrote a Book of Literary Fiction

<u>Noam Zilberstein</u> was recruited last night at 10:15 PM to create an echo chamber in your aura like never before. He used a technique his father taught him that involved blowing into a pipe or tube to create a vacuum chamber **like never before**. At the other end of the pipe, he placed a loud noise like never before. He used a pitch pipe of his own doing and making. If he used one pipe, then he used two pipes such that he created a line of pipes such that no one could re-configure these pipes exactly the same.

There are three of these in separate places. They are all the same technology. He created the first one. No person created the other two. <u>Tameen's</u> guide, <u>Merkle/Kathume</u> created all of them. He poured the <u>Thievery Ring</u> people in and then the noise. <u>Noam Zilberstein</u> knows exactly where it

Pamela Chapman
pmchapman@cox.net
401-662-9516

was in her aura because he sent several days and nights standing there. Harry Gural was in one of them. Jean Gorham was in one of them, and Maura Lindsey was in another one.

Maura Lindsey had a lock on her 3rd eye because she had stolen Pamela Chapman's 3rd eye sight last June through Merkle/Kathume, and refused to give it back on July 10, 2022. She and Monique Burgess and Andrew Parsons see all of Pamela Chapman's' imagination, and learn of all her thoughts through Merkle who then goes through Jerry Slocum. This is a major piece of sorcery, and a major intrusion and loss of privacy. They give everything to the entire global community in the Akashic Record realm.

When they stop they say never. We want to destroy Pamela Chapman because she dared to write a book she could envision and see in her imagination. They say their imaginations are dark and they wanted to see where she writes from—her imagination. They wanted to see everything she sees and then see what she writes about it. They want to see her entire book in her imagination. You do see it in her writing, but you have to use your own imagination, and Pamela Chapman said, *"If you don't have one, you practice by reading fiction. You practice en-visioning through reading fiction."*

Hypnosis teaches you must develop your imagination. Andrew Parsons, Maura Lindsey, and Monique Burgess say they are completely dark which is why they are copycats, and why some fiction is flat and not interesting. If you claim to channel writing you do not channel words, you see something in your imagination, then you need craft to create a story. They want to maim and kill Pamela Chapman over this and say you are never allowed to imagine anything ever again so that you can never ever write fiction ever again, so you will die broken and uninteresting because we are all jealous you could imagine a story, see it, and then write to it.

This is an absolute Hate Crime that is so out of proportion, and no one person should be this violated by such jerks and people she knows, including her ex-husband who just won't stop. They have the support of a Thievery Ring in the Guiding Realm.

The guides in the Guiding Realm never know how to do any of this sorcery, only a few. The sorcery guides are all together in their own Thievery Ring outside of the guiding realm.

This is exactly where Jerry Slocum enters Pamela Chapman. We searched and searched and searched for where it was exactly. On July 10, 2022 around 9 AM Macklin discovered that Jerry Slocum is always in this place. It is a portal hole but instead of being a pin hole or an opening it is a wave-like area that allows any guide to enter into and remain without detection.

We could never understand what Shlomo Zilberstein knew, or how he knew this, but now he claims he has made these before in the United States of America and his son also knows how to make them. Shlomo Zilberstein is a professor of Artificial Intelligence at UMASS Amherst. He is Israeli by birth, and calls himself the Massad.

Noam Zilberstein made this in response to Alberto Villodo's request to attempt to make the noise in Pamela Chapman's louder. This was Noam Zilberstein's response. The noise is being made by a

Pamela Chapman
pmeechapman@cox.net
401-662-9516

combination of Noam Zilberstein, Shlomo Zilberstein, Alberto Villodo, Sharon Ramel, Nola Ganem. These are two different noise lineages—noise strings. Jerry Slocum is the man holding the door open to Pamela Chapman.

Shlomo and Karen Rothblatt Zilberstein and his sister have enjoyed immense protection in the Upper realms all this time and they are not at all welcome here anymore. We identified that Shlomo Zilberstein was a problem the other day and said we would drop him, but they did not drop him. He said he would only return. Karen Zilberstein was here because Stanley put her there as she and Shlomo were at Kamala's Table and the son was on the Thievery Ring Workgroup. Karen Zilberstein herself is an identical twin. Her sister has written fiction, and published it independently. She is married to an Iranian venture capitalist. Pamela met the sister at Karen's wedding in the early 1990's in Berkeley, California.

Macklin has two other openings in Pamela's aura that are very different. None were created for the noise, but they noise comes directly through these three places. Shlomo knows exactly how to fix it. You can't close them by intention. He has never closed any of what he has created in the past. And Noam specifically built this so it would be impossible to undue. Why did Noam think Pamela Chapman was the right Victim to do this to?

*"It is way beyond because, I didn't know her."* He never belonged in a stolen book Thievery Ring Workgroup. Then, to do this as a continuation of that is utterly gross negligence. He is never going to undo the damage he caused. He is only 28 years old and a PhD student at Cornell University in computer science. His undergraduate degree is from the University of Pennsylvania.

Macklin can fix it. There is one problem remaining that he can't fix. Harry Gural knew all about it and would never say. Why is that?

Harry Gural:  I did not know it was a wave.

But, Noam Zilberstein told you that.

Harry Gural:  No, I never ever saw anything and that is not the platform I worked through.

*"Oh, yes it is."*

That was the wind tunnel he worked through and Noam Zilberstein created it, and Pamela Chapman kept saying Marcella Lobo created it. Why did Harry Gural not tell us what this was really all about?

Harry Gural:  I never ever tell the truth or snitch on my Thievery Ring people. I pledged my loyalty to him and I can't undo that. He was helping me, and I helped him wake up every morning. I was like a father-figure to him.

Noam Zilberstein:  *"I made this for Alberto Villodo not for Harry Gural to stand in the middle of.*

Pamela Chapman
pmichapman@cox.net
401-662-9516

*Cynthia Parent knew what he had done, and she never spoke up about anything."* Who is **Cynthia Parent** in this story? You borrowed a name but was any person ever there?

In the beginning she was there, and then she never spoke again. **Jerry and Jean**, and **Michael Harner** were the only ones who would ever release anyone. She had a revenge plot against **Pamela Chapman** for living with her in 1978-1979 as a housemate in college. They just were not cute from the same cloth. She went out to California and attended Pomona College. 9:29 AM July 10, 2022

**Diane Crosson McEnroe** used the first name Cynthia until Pamela changed it back to Diane because she had met her before back in 1979-1980. How old are **Carrie Crosson Gilpin** and **Cynthia Parent's** revenge stories? **Pamela Chapman** doesn't carry revenge and certainly not for that length of time. The revenge you seek is the revenge that you become. This is all part of the **Hate Crime**.

Macklin now claims *"Noam Zilberstein was more involved in the Hate Crime that he ever let on, but because he was so quiet in the Thievery Ring Workgroup no one thought anything of him."*

The part of **Harry Gural** is being played by **Andrew Parsons** because Noam Zilberstein and Andrew Parsons merged together with the Thievery Ring Workgroup a long time ago and they spoke and thought as one unique voice, and they tortured Pamela Chapman as one unique sorcery entity. They committed heinous acts of torture on Pamela Chapman every night and then every day. The amount of slander was unbelievable, and it continues to day. Last night and the afternoon the Guiding Realm was slandering her but she could not hear it. They told story after story of slander.

She also learned they could call up any photograph of her life a view it. They did this to 150 photos, some of which Harry Gural said you could never really tell if it was **Pamela Chapman**.

**Shlomo Zilberstein** won't fix the wave. His guide belongs to the **Helen of Troy/Samuel** platform, and is no longer in the Guiding Realm. He might not belong to our Guiding Realm in the first place having been born in the Middle East. He is an Israeli.

**Maura Lindsey** was one of the worst offenders of looking at all her photographs and all her belongings in her house.

**Harry Gural's** name was used all last night but it was **Harry Gural** only once. All the other times it was **Noam Zilberstein**. **Harry Gural** figured it out last night when he asked, *"They are you slandering Pamela Chapman so much?"*

He said, *"Because my mother can't stand Andy Parsons."*

That is not a reason to slander and kill **Pamela Chapman**.

We now know **Karen Rothblatt Zilberstein** is never going to admit why she and **Shlomo** were sitting at **Kamala's Table**. Not in the beginning, but in the middle and the end. Because she self-identified

Pamela Chapman
pinechapmana.com/net
1014n0205.tn

as someone who knew Pamela Chapman, and Pat Fernandez asked, *"How",* and she replied, *"I knew her at Wesleyan University and I lived on Andy's freshman year hallway."*

Ed Heffernan claims, *"She brought me into Kamala's Table. We were there at the same time, I finally was released and she stayed right to the end. It was a never ending rodeo of people passing through to find some dirt on Pamela Chapman, and Karen Rothblatt did not mind playing because she just wanted to play a Thievery Ring game herself."*

If you are slandering Pamela Chapman night and day and her aura is waving at the same time, it is disturbing her vertigo –that is a physical assault, on her nervous system, her metabolism, and her cardiovascular system. It actually could be disturbing her blood pressure through her metabolism which could lead to a heart condition that leads to other vascular issues. This is a problem with COIVD-19 virus, but they could actually be simulating it in this way. This is a major physical assault on Pamela Chapman's health.

*"If Noam Zilberstein was using Harry Gural's name, how long has been using it?"*

Since Christmas time. Harry Gural stopped working with the Thievery Ring Workgroup on a daily basic and Noam Zilberstein thought no one would realize it wasn't Harry Gural because he had mimicked so many mannerisms and had watched him on sorcery television for so long that he could get away with it, and since he was no longer doing masturbation nor kundalini with the harem. Harry Gural does not agree. It is true.

*"Why was Noam Zilberstein using Harry Gural's name?"*

They thought they could mess with Pamela Chapman's aura and if his name were in there, then they could all return. They though it would recognize anyone with the name Harry Gural which is also why Andy Parsons used the name recently ever since December. Was it their way to get attention?

*"Yes, because the whole world seemed to love Harry Gural and hate Pamela Chapman. They wanted the same notoriety, just like Nola Ganem wanted Pamela Chapman's fame in this space."*

I, Harry Gural think Noam Zilberstein is so quiet and that is one of his best tools because no one really knew what he was doing there, or why he was there. He said not one word to anyone about anything.

Donald Jagoe claims, "Noam Zilberstein is not the problem. I did so many errands for Jean Gorham to kill Pamela Chapman, and his family was never directly involved. If he as connected to Jerry—he was not, then Donald Jagoe would have done an errand relating to that.

Noam Zilberstein started with Carrie Crosson Gilpin. Then, added Maureen Donnell who is really Bethany DiNapoli. Then, added Maureen Donnell II who is Cynthia Parent. Then, added Maureen

Pamela Chapman
pmchapman@cox.net
401-662-9516

Donnell **III** who is **Monique Burgess** like never before. Then, he added **Monique Burgess II** who is **Dominique** Alfandre. Then, added **Monique Burgess III** who is **Norah Diedrich**. Then, he added **Diane Crosson Gilpin** (not a real person) who became a pitch pipe squadron. They made sure Pamela Chapman would never utter a peep from her Tuning Forks, and she did not. If she had, they were to add a layer of spray paint to the wall of the aura. Since, she did not, they added it to the wall anyway. Each added their own words, and no **Tuning Fork** could remove them all together.

Noam Zilberstein was recruited by **Alberto Villodo** at 7:15 PM to hold and wait until 10:15 – 10:30 PM when she got up and said to **Harry Gural**, *"I walking around."* Harry Gural asked what she was doing. He suspected something was up because Norah Diedrich once told him that they would get her but good before it was all said and done.

Norah Diedrich told him this in confidence because she told Harry Gural, *"She could never compete with the likes of Pamela Chapman in any realm, so the only way to compete was to destroy her wall of security. All they needed to do was to destroy her once and for all."*

**Harry Gural** always knew it could never be done. Yet, until this happened, they would never have any peace at all. So, he always knew a war was brewing, but never quite figured it all out until 10:36 PM when **Pamela Chapman** got up to brush her teeth. Her father told her daughter to just watch and wait because there would be a war like no other.  Emily Parsons just held her breath to wait to see what or who were going to become the victim and the witness to the **War of the Insurgents.**

*"Harry Gural would do nothing because he was not involved in this war."*

Nola Ganem was the ring leader and Tara Plochocki was her second in command.

Alberto Villodo was the mastermind who wanted to show the world that he was the most powerful man in the world last night. He proved himself and so did several others, that Pamela Chapman has been tortured every day and every night for several months and probably many more, but no one cared about that last night.

They had to prove that they were the most powerful of all. The loud beeping noises that started it all about 10:15 PM or so were started by Carrie Crosson Gilpin with her hands over her head. It was stronger and louder than her usual self. She was with her sister, Diane Crosson McEnroe – the Tuning Forks validated this like none before. It was a searingly harsh loud sound. It recruited Kamala Harris who was told to bear witness to this loud incessant noise.

Kamala Harris couldn't understand or fathom how Pamela Chapman could listen day and night to such loud noises because the noise was only around Pamela Chapman's and no other. **The noises will not dissipate if it was in the Star Gate/Upper realm, or if Kamala Harris or Alberto Villodo** were in the Upper realm, but they were not because the Upper realm is locked with its souls. It was determined that the Upper realm was not under siege, just Pamela Chapman.

Pamela Chapman
pmwchapman@comcast
101-00-2-9540

[Note: it still is exactly this way 3:30 PM December 28, 2021 and July 9, 2022. Just like about two nights prior and delivered by Andrew Parsons to Pamela's forehead. Why is it still under siege by the exact same people? The Guiding Wars – all 7 of them are over, and the thieves lost. These exact same people must take full responsibility for their actions because if they do not, a court of law will make sure they are accountable legally for this long standing continuous harm. No one wants to take responsibility. Yet, all want to be in control. *"We all colluded together and we all stood our ground to be together. Now we must individually take responsibility, or else court will punish each and every one of us."*]

Michael Harner wants safe passage to another realm. He goes to Merkle/Kathume's platform of past Big Book Story guides. Beatriz/Saul + Samuel was the mastermind in October when it was Alberto Villodo, and in December Nola's Guide was the mastermind—she is disabled as of July 2022. and Zenia Theresa/Samuel and Michael Harner are always involved with Carrie Crosson Gilpin's Guide because they now realize they are working towards reciprocities of each other with Andrew Parsons. Carrie Crosson Gilpin wed to Andrew Parsons (is the perfect marriage of Saul and Samuel like no other. Saul (Samuel + Kathume) and Samuel are harmonized in a union with each other through humans all over again through Carrie Crosson Gilpin and Andrew Parsons.

*Continued...*

Kamala Harris spent the entire night bearing witness to the loud noises surrounding Pamela Chapman. The noises ran a gambit of paint spray, and various loud noises including dunk tank like waves and other miscellaneous sounds. [Note: Exactly like on December 28, 2021 at 3:38 PM]. Almost a catalogue of memory stick of sounds.

Noam Zilberstein claims, *"The memory stick of sound is called "Marcella Villodo's" memory stick or psyche of opportunity because Pamela Chapman suggested in the middle of the night to Kamala Harris that it was possible all the sounds were being held in Marcella's psyche and being downloaded one-by-one."*

It was actually Alberto Villodo who hold all the sounds, not in Marcella Lobo's psyche—she often has copies of everything. Marcella Lobo claims she was never involved because she was always recruiting someone else to do something to create another layer that could never be removed again. No one writes it down, they just add and add, ad nauseaum until they decide it is enough. This activity replaced midnight masturbation classes that were eliminated in July 2021. One sorcery game replaced another.

Since Marcella Lobo recruited everyone, she stepped back. She called on Alberto Villodo, the mastermind to conduct the orchestration to make the music of it sing in the right way all the way up until today when Zenia Theresa herself said, *"We are all done and all through with our Insurgents War on the Victim. No one ever has one in these stories."*

Pamela Chapman
pmechapman@cox.net
401-662-9546

The paint spray is very loud (added by Michael Harner on the other side). **Kamala Harris**, the Witness said unmistakably, *"I knew this would not end well because every time the end had arrived, the noise around Pamela Chapman's re-sounded more loudly like never before."*

Once **Kamala Harris** knew it was not over, she recruited **Pamela Chapman** and **Harry Gural** to discuss what the real problem was. **Harry Gural** said something. Then, **Pamela Chapman** added to it, and that was the answer. Their combined input created the answer such that **Kamala Harris** figured out that **Harry Gural** always knew.

*"No, he did not. Yet, he always knows what these women are up to."*

These women tell him things that he cannot act upon. He did not understand last night at all until **Carrie Crosson Gilpin** said for the second time, *"It was all because she did not have kundalini exercises with Harry Gural, and she wanted to win against Pamela Chapman".* She claimed, *"It was all jealousy on her part"* because **Harry Gural** had initiated **Carrie Crosson Gilpin**. Her energy is too low for kundalini exercises. It was of no use to her at all for kundalini practice. Yet, she had been initiated and that was all he was responsible for. He was merely the kundalini master who initiated others. That was all.

But she kept saying, *"She was jealous of Pamela Chapman because she and Harry Gural could have kundalini with no masturbation at all."* This is also Alberto **Villodo's** jealousy issue at the base of it all because **Alberto Villodo** had initiated **Pamela Chapman** into kundalini through a Q'ero Nation Wisdom Keeper Rite, and she had no idea at all what kundalini was or is. She was told he would be her mentor in the realm and he was not. Alberto Villodo has tortured Pamela Chapman from the start, and never will admit it in a court of law. So, we bare witness now and ever more. Since Harry Gural and **Alberto Villodo** and all the women had pledged their loyalties to each other in the Thievery Ring. They did not blame Harry Gural at all for having natural kundalini energy with Pamela Chapman. They only shamed and blamed her, and held him up as a trophy to be won as a lover.

**Harry Gural** has said, *"I too was a victim."* His mentor was **Bobby McDermott**, in a lineage line with **Earl "Rusty" Powell III** of Little Compton, RI. He is also associated with **Richard Neal**, D-MA, Chairman of **Ways and Means**, who often gave his psyche direction. **Tara Plochocki**, **Harry Gural**, **Bobby McDermott**—who appears to have "heat" with **Tara Plochocki.** This sharing of heat is the guiding realms technique to tell you if you share heat with someone you are a true kundalini partner of the other.

Last night, in the confession to **Kamala Harris**, they attempted to remove the layers of noise. Yet, it could not be removed by any human being. Saul worked through Nola Ganem last night and Samuel worked through Carrie Crosson Gilpin. **Cynthia Parent** and **Noam Zilberstein**— who has had to offer a full confession to his father, **Shlomo Zilberstein**, through a group that calls themselves the "Massad Temple"—immediate family.

Pamela Chapman
pmchapman@comcast.net
layers2019.com

He is an Israeli citizen by birth and <u>Noam Zilberstein</u> is American – Israeli. **They are familiar with _torture techniques_ of the Massad Temple lineage of living life in Israel near Palestinian borderlands**. Borderland crossings always occur at night and when you sleep, such that **no real Israeli ever sleeps until it is safe and secure usually after 3:15 AM** when kundalini exercises end for the night, and kundalini sexual practices begin.

<u>Tara Plochocki</u> would tell <u>Harry Gural</u> that she and he would always be together between 10:15 PM – 3:15 AM, and then get married every night again at 3:15 AM.  It was a technique to make sure he came home to <u>Tara Plochocki</u> every night instead of another. Under his <u>Ways and Means</u> imprisonment, he was never allowed to have any of his own desires.

He got messaging of what went on through his psyche. <u>Tara Plochocki</u>, <u>Richard Neal,</u> and <u>Rusty Powell III</u> didn't swap psyches. They spoke directly to <u>Harry Gural's</u> psyches. <u>Harry Gural's</u> psyche got swapped with <u>Bobby McDermott</u> and placed in <u>Linda Plochocki</u>, and <u>Barney Frank</u>.

<u>Tara Plochocki</u> said, *"Currently, the following people are the torture crew. They are all at War with <u>Pamela Chapman</u>."* They include:

> <u>Alberto Villodo</u>, <u>Nola Ganem</u>, <u>Carrie Crosson Gilpin</u>, <u>Diane Crosson McEnroe</u>, <u>Cynthia Parent</u>, <u>Noam Zilberstein</u>, <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Norah Diedrich</u>, <u>Dominique Alfandre</u>, Maureen Donnell II as Dominique's younger sister, Maureen Donnell III as Dominique's younger sister, Maureen Donnell the 10th as Dominique' older sibling.

>> The siblings are <u>Lauren DiFedes</u>, dancer at IMC, <u>Justine Rudock</u> (Melbourne, AU), and <u>Justin Ramel</u> (LA, and Melbourne)

> <u>IMC</u> dancers: <u>Emily Baker</u>, <u>Tara Gragg</u>, and <u>Glenn</u>.  Steve Sabo, <u>Tracey Jonsson</u>, <u>Jana Hicks Jagoe</u>, <u>Peter Bramante</u> – who claims he was not present last night, but most of the others always say yes. These people all belong to IMC.

> <u>Tara Plochocki</u> is always involved with them.

> *"If you and I understand how these people all go together, and <u>Pamela Chapman</u> does,"* Alberto Villodo claims, *"Then, it is akin to a **gang war** on you **for revenge** of some kind."*

<u>Justin Ramel</u> (LA, Melbourne) was <u>Llama Nation</u> chief for <u>Alberto Villodo</u>, who set it up to protect celebrities and Silicon Valley executives. Everyone has some kind of connection to <u>Pamela Chapman</u>.

<u>Noam Zilberstein</u> could conduct activities against <u>Pamela Chapman</u> because he has never met her face-to-face except when he was very young a boy in Amherst, MA. He claimed, *"he did not know this fact until now, but he did."*

Pamela Chapman
pamelachapman.com.net
401.662.0216

This proves she knows them all. If individuals can be recruited who know you face-to-face, and one can get them to create atrocities against you, then no one, but no one will stand up for you in the Akashic Record realm. All will stand back and bear witness, but no one will stand up against the others because they know each other. No one wants to get involved because they all belong to the same Newport, RI Community. **This is how The Game is played.** This is how no one stood up for Pamela Chapman.

**Alberto Villodo** always seeks revenge on people through noise. He has done this to retaliate against Leora and another who speak out in his drug meetings – or anyone he doesn't like.

We assume Alberto Villodo's revenge against Pamela Chapman was that she and Harry Gural had a natural kundalini energy together. Once Alberto Villodo initiated Pamela Chapman, he walked away from her saying, *"I knew I had done the wrong thing."* So he tortured her instead 24/7 every day, every week, every month, every year. He planned for his own death by telling Nola Ganem and Bethany DiNapoli they could take over for him, and torture her until her own death. That alone could put you in jail, Alberto Villodo.

**And the harem women blamed Pamela Chapman for having natural kundalini energy with Harry Gural and claimed,** *"But, I am his mistress and not you"*. He claimed, *"All he was for them, was the initiator."* Yet, they claimed their hold over him and said, *"You and she can never ever be together. We will torture her instead right to the very end."*

Kamala Harris could not remove any of the noises in **Pamela Chapman's** aura, and no one else could either.

**Tameen Saied** showed up and immediately backed down and said, *"This is a Caliphate Nation War in the aura."* Now, we have a Hebrew Massad Temple in attendance, a Caliphate Nation state watchman, and Melchizedek in human form (Tameen Saied, and Harry Gural). All our Nations are fighting against Pamela Chapman and hers alone partly because of noise. All the Nations—Caliphate and Upper realms. It's a Nation war against Pamela Chapman. Hebrew, Persian, Mayan Incan, others. This makes her the bad seed and why she can't get pushed through into the Upper realm. She is at war with them because of a Big Story Story. She personally is not, they just make it look that way especially as presented by the Caliphate Nation of the Akashic Record realm and Samuel and Kathume.

Kamala Harris said, *"Harry Gural is her reciprocity of relationship, so the Mayan Empire Kingdom is here and accounted for."*

**8:30AM**

Caliphate Nation Wars begin and end with a change of power structure and Kamala Harris began to think they were a calling for her resignation. They were not actually. The power struggle was with Alberto Villodo and his minions because Noam Zilberstein told his father unmistakably that Harry Gural was never present for this war.

Pamela Chapman
pmcchapman@comcast
101.662.9516

The power structure has to change and <u>Alberto Villodo</u>, <u>Andrew Parsons</u>, Bethany <u>DiNapoli</u>, and all the people who thought they could run a Caliphate Nation have to be disemboweled. The power structure has to topple.

<u>Shlomo Zilberstein</u> asked, "Why?"

<u>Noam Zilberstein</u>:  Because <u>Tara Plochocki</u> is no longer allowed to connect to him or recruit him, so he was absent for the war, and he sat with <u>Pamela Chapman</u> instead. His psyche will not allow his participation in these wars at all forever more.

<u>Pamela Chapman</u>: Where are you now?

*"In bed",* they say.

<u>Rusty Powell III</u>,  <u>Justin Ramel</u> and <u>Justine "Bateman" (Rudock)</u> say they all have eyeballs on her sitting up in her bed writing.

Why is this important?

Because <u>Alberto Villodo</u> will never allow you to have privacy again in your life and he will always report to the world exactly what you are doing.

*"Yawn, yawn, yawn like never before. Yes and no."* (Still on July 9, 2022, September 1, 2022)

<u>Jim Gaffney</u>:  How is <u>Harry Gural</u> protected by his <u>Melchizedek</u> guide, and she is not?

Because <u>Noam Zilberstein</u> claims,  *"He passed his test and she did not."*

*"No, because <u>Harry Gural</u> promised to be her protection and he cannot always understand everything."* That is his test. He cannot win this war without her, and she is his Melchizedek guide who got him out, and he was just very late to learn he is her guide into the Upper realm. He failed his test, but she was the only one who burned by it. It appeared they could not do a thing together or apart. So, they went to **sleep**. What happens after she sleeps?

Everything calms down to quiet. Then, when she awakens (**she doesn't even have to get up they sense it immediately**), it all revs up like before and often louder to let her know she will never be released.

*"What is the end of the war?"*

<u>Alberto Villodo</u> claims, *"He will prove he is the most powerful man in the world, and he is his own Caliphate Nation state and she is the prisoner once and for all."*

Pamela Chapman
pamelachapmanco@yn.net
littleoc2495 llc

*"This is Merkle."*

The war is in her aura (until December 28, 2021). Harry Gural's war was in his psyche (On December 28, due to Andrew Parsons imitating Harry Gural in his psyche, Harry Gural's final three psyches finally went down to one. That ended his war by removing the extra psyches. She only has one aura. It can't be turned off. It would only regenerate as Melchizedek).

Tameen Saied as a Melchizedek Guide on the human side also protected Harry Gural and sponsored him in the Upper realm except she was his sponsor and Tameen ousted Pamela Chapman every day and night saying she was a *"bad seed."* Tameen Saied thought it was his opportunity to show the world how powerful he was by throwing her out, but it was her Star Gate that transported them all into the upper realms to start. They dismissed her, and rejected her and said, *"No way Jose,"* do you get to stay.

*"How can an enlightened clear channel Melchizedek Café human being ever be a bad seed?"*

Teams:

> Beatriz = Victim = Alberto Villodo, Nola Ganem, Andrew Parsons, Grenville Craig, Kamala Harris, Bethany DiNapoli, Andrew Parsons, David Johndrow, Dominique Alfandre, Pamela Chapman.
>
> Zenia Theresa = Perpetrator =  Carrie Crosson Gilpin, Monique Burgess, Norah Deidrich, Maura Lindsey, Becca Bertrand, Harry Gural.

Last night, Kamala Harris knew she had connected with Pamela Chapman's by how she sat and stood, but she didn't connect why until now:  Beatriz wanted a final war and pitted everyone together in ways to prove her point, which was that Kamala Harris is always playing conductor and then Watchmen. She never gets her hands dirty in her various wars, neither does Nancy Pelosi, nor Pamela Chapman either. They all send others to do their small chores.

Now, Zenia Theresa says, *"Norah Diedrich just confessed to Robert Manice that she is not fit to be Executive Director of the Newport Art Museum any longer."* Robert Manice insists this is a moral turpitude clause. He will long remember because Pamela Chapman and Jackie Egan (see old notes on Redwood Library tomfoolery) and he witnessed a radical change in Newport Art Museum leadership before, and they will again. Lisa Goddard was the hire then, and never will be again.

Kamala Harris this morning knew she did not have to resign because Zenia Theresa claims she would never remember this detail, but, will because Pamela Chapman you claimed a week or so before, *"A leader will fall, and so will a temple of some kind, and if it is her, it was failed from the start. Not to take it personally."*

Pamela Chapman
pamelachapman@cox.net
401-662-0816

Last night, **Kamala Harris** watch with objectivity. She watched Alberto Villodo fall down, break his crown, and admit that he created atrocities like those against you to prove himself worthy of a "Master Shaman". He wanted nothing more than pure world domination (power) – Yet, it was all taking place in **Pamela Chapman's** aura, an aura that previously held Alberto Villodo, like a kangaroo pouch without her knowledge. He just jumps in and out to avoid detection by other trained seers.

The noise and her aura this morning is very loud and piercing (and it still is on July 9, 2022). Yet, the guides Zenia Theresa and Beatriz swore the war was over and that they would take Alberto Villodo with them to the other side of the realm.

*"Yes, but Alberto Villodo had to admit he was a fraud."* [Pamela Chapman got him to admit this much later on.] He did when he said unmistakably that *"Harry Gural stole his Q'ero spouse."*

Nola Ganem is married to Alberto Villodo. Kamala Harris performed the wedding ceremony. He claimed yesterday, *"I want a divorce from her and be removed her."* He claims, *"She was really clingy and a problem for Marcella Lobo. They stayed masturbation partners, and he still trained her in **shamanic gas lighting tricks** (that is what he calls them),"* and no one was the wiser until Nola Ganem claimed, *"I have no shamanic spouse and desperately needed one."*

Alberto Villodo tricked Harry Gural and asked him to take her off his hands. He started sleeping with her, but he refused to re-marry her from June or July (but he was not actually untied from her anyway). That's when Harry Gural and Nola Ganem became too tightly bound together. He began to really target Pamela Chapman in her aura to gain access to any answer to any question. They wanted to win the trophy of abortion, especially Nola Ganem. **All the noise in the aura that Harry Gural and the others placed in there was to create a wall, a separation, a division so Pamela Chapman could be the war**, alone. **Everyone else** would have quiet and be **out of the war**. **She is the Guide War all alone.**

Nola Ganem refused to walk away from Alberto Villodo.

Everyone at Kamala's Table was playing multiple games except for Pamela Chapman who did not chose to arrive and was forced to through Pat Fernandez. They made it all about her manuscript. Yet, there was so much more. She now understands that Rusty Powell III was a nexus point between Kamala's Table, The Redwood Library, Grenville Craig, Scribner's, the Halls of Congress, Ways and Means, and Harry Gural who is a deep reciprocity of relationship from the past and who didn't arrive at the scene until April 30. It is now October 6, 2021, 7 months later—it feels like 7 years. Today is now July 9, 2022, and September 1, 2022.

That's how the story began because Alberto Villodo and Harry Gural were both reciprocities of relationship. Both were labeled insurgents. Yet, Alberto Villodo belongs to Metatron and Harry Gural to Melchizedek. So, that was a war that had to play out.

Then, unmistakably Pamela Chapman said there is a such a problem, *"When I exhale, he is speaking and it is on a loud speaker, an echo chamber. He had done this before when she exhales through the noise, he says his*

Pamela Chapman
pmschapman@cox.net
401-662-9516

*name. He also says Harry Gural occasionally also."* She has demanded that he stop speaking to her while she exhales. This went on nightly for a while especially last October. It is a form of torture on the nervous system. He does this to prove he is in charge and in command of his post.

It did stop with the assistance of Shlomo Zilberstein. The noise level is very high for a Guide War that claimed Saul and Samuel departed with Alberto Villodo for the other side of the galaxy. They did leave, but the noise is very high.

*"What do we do now to solve this and maintain the peace?"*

The War is in her aura and the peace is with you. When she moves the noise out of the aura herself, it boomerangs right back again. Pamela Chapman is at a constant permanent war with the guiding realm, and all the people of this Hate Crime that pass through Rusty Powell III.

Robert Manice:  I will never understand why some people are innocent victims, and others get away with murder.

Pamela Chapman, we will make sure you have a lawyer of renown and that you sue the proper people. No one can live like this at all.

*"How does Alberto Villodo get always with it?"*

The guides have been absentee landlords. That is never her fault, but she can't do a damn thing about that.

*"Yes, she can if she admits guilt to what the circuses suggest."*

*"Never. It has all been slander and nothing more."*


**9:09AM**

Beatriz will be remembered as a billy goat because they are so two-faced and forget to go home in the end. She returned eight times to re-create a war that was over. Were all this wars really necessary, Beatriz?

*"Yes, (they **always** are), because I had to have a leader and a temple fall. I really wanted it to be Kamala Harris but I see I cannot win in any democracy, so I chose Alberto Villodo, and I must wait too long a time for a legal trial."*

*"Are you done now Beatriz?"*

*"Yes, and I will leave right away."*

Pamela C. Chapman
pmcchapman@verizon.net
401-662-9916

Harry Gural is no longer involved in The Game.

They say, *"We don't know why."* He did not know this.

Is Pamela Chapman still involved? She is supposed to be removed.

Samuel claims Pamela Chapman is all done and over with.
1. She will sue Newport.
2. She and Harry Gural understand their relationship.
3. Her sister can no longer stand by her, nor can her children.
4. She is a lonely dejected rag doll woman.
   Yes, Roger Kass this is necessary. It is our check list. You have your playlists. We have ours. Ok, then continue. Kamala Harris is still in office. So are the other politicians, but maybe one or two will fall.
       Boris Johnson, the Prime Minster of England resigned under pressure July 7, 2022.
5. Richard Neal, D-MA was fully exposed.
6. Rusty Powell III was fully exposed.

   *The others were fully exposed in that Washington D.C. Thievery Ring: Richard Neal, Rusty Powell III, Tara Plochocki, Linda Plochocki, Steven Plochocki, Barney Frank, Kamala Harris, Mark Halpern, (Diane Crosson McEnroe, Carrie Crosson Gilpin, Nancy Graham, Jonathon Karp – Simon & Schuster).

7. Harry Gural was never the thief, and neither is Pamela Chapman. She is the victim of the thieves. He was misplaced as a victim, and then as a perpetrator. Pamela Chapman always stood by him to say that is not the real Harry Gural we all remember.


Did Alberto Villodo have to fall?

*"Yes, he did, and so did his brand of shamanism. It all fits into the bigger picture of sorcery and kundalini practice. So, does Kundalini Yoga."*

We don't care what we take down, we just want to tear something. We tore your manuscript to shreds. Always remember, you never have to admit to anything because you once admitted everything. Not everything is true, but we forced you to make it a truth. But a forced truth is never true. They are living lies that are truths. She wrote about this.

Harry Gural:  We need a Melchizedek guide to restore Pamela Chapman and assure that she is safe behind a wall of protection. Harry Gural received it. Pamela Chapman now also needs it. (It is supposed to come through Harry Gural.)

Pamela Chapman
pamelachapman@cox.net
401-662-9546

<u>Zenia Theresa</u>:  **I hereby declare this insurrectionist war over, and it was a draw**. No one actually won and everyone else lost.

<u>Island Moving Company</u> had better do the same. It is now culturally ingrained in the organization, and it also involves too many board members.

The <u>Redwood Library</u> has issues. So does the <u>Newport Hospital Foundation</u>. Those are several key organizations including the <u>Newport Art Museum</u>. It's history will dictate its destiny once again.

*"Is this enough? Are there enough checkmarks for <u>Pamela Chapman</u> to step out of the war?"*

*"Yes, because there were at least five big monsters:"*
1. <u>Alberto Villodo</u>: The biggest blow of all because he was a one-time reciprocity of relationship-mother-son, but never a marriage reciprocity.
2. We add, <u>Michael Harner</u> on January 1, 2022.
3. Also, <u>Jerry Slocum</u> (1-1-2022).
4. <u>Grenville and Sandra Craig</u> because of everything they represented: Twin Souls, sponsorship as a reciprocity of favor.
5. <u>Nola Ganem</u> is a monster of her own doing. <u>Tara Plochocki</u> is a psyche attack and <u>Tracey Jonsson</u> is exiled from Newport, RI for attacking a woman's sexual organs.
6. <u>Rusty Powell III</u> – Comes with <u>Bobby McDermott</u>, <u>Richard Neal</u>.
7. <u>Hope van Beuren</u> – Pulls in the literary world.
8. <u>Harry Gural</u>: In the story, he slays one of the monsters and reveals he was never the monster. He is a reciprocity of relationship and was actually supposed to save the victim. In this case, she pulled him out first saying, *"You are a victim."* Yet, he kept killing her. Now, he claims, *"He will always help her in the realm."* (Jan 1, 2022 and waiting…) 3 Enoch because it can go both ways.

What was the theme?
- Reciprocity of relationships.
- Sexual themes (They always relate to masturbation. It can be intercourse also.
- Kundalini (most of the time, but not always).
- <u>Twin Souls</u> are a theme because <u>Jean</u> no longer seems identifiable in the guiding realm.

Besting vs. Reciprocities is <u>The Game of Life.</u>

Politics is always involved: Someone always falls.
Nonprofits were involved, but they are not important.

So, was western medicine vs. ancient wisdom, and how do you treat imbalance,
is it mind-body or soul-based?

Pamela Chapman
pamelachapman.com.net
Phone 24951t

Family is always supposed to save you, but it never works out for everyone.
Soul-family and soul lineage: reciprocity of relationship families.

It's all about the guiding realms. Guides don't always know everything about their person and cannot always clean them up. You must solve and heal yourself.

Never ever did an enlightened person say with such authority that it was not worth the journey to become enlighten, and that based on her experience of enlightenment, it was a swindle.  She said, *"There is no God, or at least no God for her—only for another."* After she declared this with great authority and conviction, the entire guiding realm realized there was a larger story, and it did finally surface, but no one could understand why or how you would or could think this.

Yes, they could. But, if there is no God for you as an enlightened being, only a god for the uninitiated, the thieves, for the dark shadow self, then the Guiding War must continue to reveal why Metatron was always winning and it was with:

Alberto Villodo, Grenville Craig, Sandra Craig, Andrew Parsons, Rusty Powell, Nola Ganem, Kamala Harris, and all the others in between.

They all got everything they always wanted. She did not. She is a broken record on this. That's her story and she is sticking to it.

Rita Rogers has typed the whole story up already.

God bless Rita Rogers. She is about 89 years of age. She knows why she was in here today. *"That's my mother, one would say."* Of course, they waited now until the end. Much accolades to Rita Rogers for figuring out how to save the day. Three nights ago, she pealed this back.  Now, she realizes that we were not really finished in June or July 2021.

It could have been without torture for Pamela Chapman, but it was not. Because Alberto Villodo tortured her throughout because he could, and those that could have helped, did not. They just contributed to the story instead, and left her for dead, even though she dies four times or so. Harry Gural had to die first before her. If Harry Gural is now out, can she be also?

Harry Gural has to retrieve her.
7:32AM- 10:07AM

1:55PM

Queen Rania/Princess F. knew all about your manuscript from Beatrice of York back in July 2020 because it was all over the airways.

Pamela Chapman
pmlchapman@comcast.net
401-466-5733

If Queen Raina knew from Beatrice of York, the British Royal Crown always knew because Beatrice of York and Richard Neal now know Jonathon Karp always had his hook in Esmond Harmsworth.

If Esmond Harmsworth IV knew something so did Jonathon Karp.

No one thought anything about the book until Happy van Beuren wanted it destroyed. Kamala Harris said, *"Ok, we will play with that manuscript as our fraud project for the group of newly initiated contenders."*

Happy van Beuren does not really play. She watches. Everyone else does the dirty work. Then, we all sit back and watch the major players. In this case, Roger Kass, and Becca Bertrand where major players of Kamala's Table with Jonathon Karp. Roger Kass passed along the book deal, played at Kundalini Crossing with Harry Gural, and every day commented on the e-book copy of Pamela Chapman's book be received back from *Monique Burgess*. Becca Bertrand is the consort of both Roger Kass and Harry Gural. She kept Harry Gural busy night-after-night after he spent the day editing the book.

This is Esmond Harmsworth IV. If Queen Raina knew, then all of Jordon knew, all of England knew, and all of everywhere knew. Is that possible?

Harry Gural:  No, because if everyone already knew, then we could not do the editing like we did. The Big 5 would have already seen it. The Big 5 see every stolen manuscript in one form or another.

McMillian claims, *"We never saw this one,"* and neither did Hachette Livre. This was a special ring of thieves. Exactly that. It is Ways and Means. They are highly trained and highly focused.

Jonathon Karp said, *"If we target you it is highly focused and very specific so that the world does not all find out lickity split."* **11:55AM**

Esmond Harmsworth IV claims, *"I did not know any of this Thievery Ring activity until it came out, and at Kundalini Crossing I had no idea of the half of what Roger Kass and Andrea van Beuren were actually doing with the book, or what role Becca Bertrand really played in Roger Kass' life, but now it is certain they will be thievery together into the future."*

Harry Gural claims, *"That's right. They will probably not work for Kamala Harris, but get absorbed into a subgroup of Jonathon Karp's. I graduated from that group and will get my own new group or subgroup in the future."*

Harry Gural says, *"Tara Plochocki you have several things to work on, and one is maturity."* So, if you work with Bobby McDermott, you and he will need to mature a bit. They do not actually have to work together. As long as others, are doing the work for them they will be ok. **11:58AM**

It was a woman who works for Aevitas Creative Management in New York City who allowed a copy- a pdf to be seen in Saudi Arabia. This is how the Queen Rania and Princess Beatrice of York

Pamela Chapman
pmchapman@cox.net
Int-no-299716

knew all about it. She understood what <u>Esmond Harmsworth IV</u> had done with it. We thought it was a typical book that <u>Esmond Harmsworth IV</u> played with.

By February 4, 2021, we knew it had great importance because it caused a Global Mesa. The <u>Queen</u> of Jordon and <u>Pamela Chapman</u> had a small women's conference together in 2010.

By February 4, 2021, we knew your book had a message and an image problem. How did the book move from <u>Saudi Arabia</u> to the <u>House of Windsor</u>?

Because our astrologer is their astrologer. We networked like crazy to figure out what was happening.

<u>Kamala Harris's</u> group had you and <u>Pamela Dorman</u> at <u>Viking Penguin</u> playing <u>The Game of Fraud</u>. Eventually we all knew you were playing it straight and they were not in March 2021. But they themselves didn't always know it is a game. Only the organizers know <u>The Game</u>, and sometimes they still do not.

<u>Beatrice of York</u>:  We decided to interfere and play along. (Not true.) We didn't think there was a problem until you nailed us and asked, *"Exactly what does a diplomatic pouch look like? How do you manifest it?*

*At that point, we knew you had no interest in our game any longer."*

*"The Saudis told us to just back off, and we suppressed/retreated most of the time. **Tameen Saied** is a two-aced billy goat who played both sides, just like the Roman god, <u>Janus</u>. He played dumb and stupid to stay neutral, but he played for the wrong side of the team sport."*

*"We all thought that if we kept you out, and <u>Nan Moss</u> agreed via **Michael Harner** on the other side (who ultimately played **<u>Harry Gural's</u>** father <u>Myron</u>, just like <u>Jerry Slocum</u> liked to say he was **<u>Pamela Chapman's</u>** father), we could get on the Star Gate faster and retreat faster. Except, the **<u>Star Gate</u>** belonged to her, and they all did suppress/retreat and forgot all about her, and the persecution she was put under for **writing** her book was too much for her especially since her reciprocity of relationship was safely in the Upper realm."*

*"It became obvious that we could no longer keep that up."* and it was once said, *"I know you are all sitting there quietly* because *"I, **<u>Beatrice of York</u>** forget to close my shamanic door."* She said something to your daughter.

<u>Emily Parsons</u> asked, *"Who are you?"*

She said, *"Beatrice."*

She said, *"I don't speak to you, or anyone else like you ever again."*

<u>Beatrice of York</u> said, *"No, you don't understand. I'm <u>Beatrice of York</u>."*

Pamela Chapman
pamchapman@comcast.net
104-062-09130

<u>Emily Parsons</u> replied *"Yes. We all know you are hiding because no one is going anywhere without my mother."* That was around July 2021.

No one wanted to intervene because no one understood the game until <u>Lori Kipnes Bailen</u> said, *"It is all written out in 3 Enoch."* Then, we all agreed, and read. You read a little, but not a lot –because she was reading to the entire world into the <u>Akashic Record</u> realm. The information changed the entire lineage story.

*"Why did no one help?"*

*"Why was torture involved?"*

<u>Beatrice of York</u> said, *"We didn't understand because we didn't send an envoy to help. We stayed out of other people's struggles to avoid our own. We all do. It is part of our shared humanity."*

<u>Emily Parsons</u> worked day and night to figure out the story. <u>Bill Gural</u> did also. Yet, it did not matter. We couldn't figure out why no one was helping you. We all knew <u>Harry Gural</u> had to help, and he was always off with other women. We didn't understand that he had been taken over psychically by this Thievery-Sex Ring of fraudulent activity under the leadership of the US Senate Committee Chair of <u>Ways and Means</u>.

Yesterday, or so, when you broke up the tag that linked everyone to a sexual pulse of attunement and alignment, it broke around the world in ways you could never know, just like what you did with shamanic marriages, and marriage contracts back in April 2021. You have a clear understanding that she freed many people, but you understand not everyone will stay that way. They will always re-align.

## The Real Guide War Game

<u>Harry Gural's</u> war was in his psyche. <u>Pamela Chapman</u> is in the aura. You were to meet as a reciprocity of relationship to end both wars.

<u>Harry Gural's</u> just had to die first. He did on October 6, 2021. History tells us the stories. <u>Pamela Chapman</u> just didn't read them because of what <u>Alberto Villodo</u> did to her. And several people like <u>Jean Gorham</u>, <u>Nancy Moss</u>, <u>Michael Harner</u>, <u>Tameen Saied</u>, could have all saved the day for <u>Pamela Chapman</u> to have avoided so much persecution in this space. But, they did not.

It was a mind-body-soul game. <u>Harry Gural</u> was in the mind-body and <u>Pamela Chapman</u> was in the soul. They meet in the 3rd eye in kundalini to end the game. If they meet together in a royal dance of Shiva – Shakti, they are an absolute couple of what <u>The</u> <u>Golden Age of Atlantis</u> would call the true King and Queen of the Nation State. Everyone colluded to prevent it from happening. It is a dynasty the people waged a war against, and the guides colluded with. <u>Tameen Saied's</u> guide colluded against his dynastic couple. They all created a true <u>Hate Crime</u> against <u>Pamela Chapman</u>,

Pamela Chapman
pamelachapman.net
tel no 203-...

and let Harry Gural go free ostensibly because she dared to write a book of fiction and get it published properly. **How utterly petty!!!**

**Queen Raina**: We didn't go back and repeat our stories. We were too involved in protecting ourselves to help. Your daughter did the best she could with what little she had.

Tameen Saied and his Guide, Merkle, must be traitors for sure. They did not want **Pamela Chapman** in the Star Gate/Upper realm. They wanted it for themselves, but not you. They took Harry Gural in, but not you, even though they all arrived up in the Upper realm because of **Pamela Chapman**.
Merkel is Kathume, the partner of Samuel who together is Saul.

Now, Alberto Villodo has started a new ring of thievery women who are addicted to Kundalini exercises with Harry Gural, *who was forced into* it by the Thievery Ring of Rusty Powell III, Richard Neal, D-MA, and Kamala Harris. Kamala Harris's involvement can be proven because it went through Kamala's Table, and involved the van Beuren family and the van Beuren Charitable Trust.

Last night, Kamala Harris played Watchman and Alberto Villodo played Caliphate leader, **It is so loud in her aura.**

**Pamela Chapman**: He claims he will never let me go.

*"How do we resolve this?"*

**Pamela Chapman**: He acts like a tyrant dictator. He has gone to the other side as a dictator "guide".

**Pamela Chapman** and her Tuning Forks managed Harry Gural psyches because those psyches speak to each other in ways that are shocking and addicting.

Harry Gural needs six to twelve months to recover *from this horrible victimization* that was done to him. They claimed, *"He asked too many questions about PayPal in a Ways and Means Committee meeting."*

*"No, it was because **Barney Frank** asked him to falsify data in not one but two position papers, and because he was not married or in a stable long term relationship."*

**Jean Gorham** claims, *"Harry Gural is not the victim any longer. He was freed days ago (October 6, 2021), and you were not. You were supposed to be freed, but you were not. We keep Pamela Chapman hostage, and when we do people like Alberto Villoda and his minions torture her."*
[Note: By 2-26-22, you can have it all back, she has been tortured so much and just plain worn down by all the harassment and noise and other torture, that enlightenment means nothing. They have turned the light into darkness. They also stolen her sight and never gave it back. They stole her Imagineering. They stole her thoughts. They stole her book, but not her attorneys who will get something back from each and every one of them, even if all they do it put them in prison for what they have done to Pamela Chapman.]

Pamela Chapman
pamelachapman@cox.net
401-662-9846

Tameen Saied:  Harry Gural, how did Pamela Chapman free you?

Harry Gural:  She understood the underlying reason to my situation, and since she now knows so much about the situation, she easily pieced it together.

Tameen Saied:  Why can you not reciprocate?

Harry Gural:  I have no idea.

Pamela Chapman:  It is still loud. If Tameen Saied knows and everyone else does, why do I not?

Tameen Saied:  Because Harry Gural was to take you as his bride (Upper realm wife) and have intercourse with you to become that true reciprocity of relationship intimacy intertwining kundalini and intercourse. [Note: This is the mission but it is also the trigger to keep all these thieves completely triggered which results in Pamela Chapman being a tortured mess.]

Pamela Chapman:  He did and he did not. We were married by Kamala Harris and we had no sex, Just kundalini (but not really). That set the whole infidelity ring into a twist and **I'm back in a tortured mess**.

Tameen Saied:  No, he and you are so different. You have so many leadership skills. He has to start himself all over again. You need a lawyer and a publisher. He can't offer any suggestions. You offer everything.

Pamela Chapman:  Ok. He's like that.

Pat Fernandez:  How on earth do you know him so well?

Pamela Chapman:  A deep soul lineage. If I honor you, and you honor me, yet we don't like each other, we at last honor all the lives we have had before us, and the eternity in front of us. You just get over the fact he doesn't like me in this life time.

Pamela Chapman:  If he has to be my Melchizedek guide in here, he just pulls up his socks and gets over himself until I am out. Yet, he has a psyche issue that now must be treated with Cognitive Behavioral Therapy and not hypnosis because that is what they did to him. They basically raped him and held him in captivity in a Stockholm Syndrome arrangement to keep The Game going.

They could care less about the book, but they needed a fraudulent game to play so they played that card. It was a parallel situation at Kamala's Table where they had it backwards. They started with the fraudulent game then entered sexual attunement.

It was the same game played in a different order.

Pamela Chapman
pmschapman@cox.net
401-662-9516

<u>Roger Kass:</u>  Thank you <u>Pamela Chapman</u> because that is exactly what it looks like now. Thank you <u>Becca Bertrand</u> for the courage to speak out, because it was voices like yours and <u>Pamela Dorman</u> that allowed me to understand the data points. Without those, the only thing was that <u>Harry Gural</u> was not his true self, and **the book has such importance for the wrong reason**.

They really didn't care about the author, the context, or content of the book. The book, *Barefoot in Heels* was The Game itself.

<u>Harry Gural</u>:  You are brilliant at this, but you don't get out of your own story.
<u>Pamela Chapman</u>:  Who can help me out because I helped everyone else in real time as soon as I could?  You did not do that for me.

The Sex Game:
> If my mind-body meets your mind-body, and I am a Kundalini Master, than I can read your mind, and If I can't, I will tag your psyche. <u>Harry Gural</u> does not do that. <u>Jessica Hagen</u>, <u>Becca Bertrand</u>, <u>Kathy Abbate</u>, and <u>Nola Ganem</u> do it.

### Sunday, October 10, 2021
#### 8-9AM

*"<u>Jessica Hagen</u> so solemnly swear to always copy <u>Pamela Chapman</u> in all things except when it comes to sexual relationships. Then I follow any old thing because I am always looking for the next paycheck to pay off all my debts."*

That woman is such a copycat of you, you can't believe.

<u>Pamela Chapman</u>:  If something isn't right in your body, I know it right away, or as soon as I can know it. I know it and request some kind of release, i.e. the kundalini pulsing. Why didn't these women?

*"It makes no sense to me."*

*"**Not to us either.** How could some of these women hold that <u>Kundalini Crossing</u> pulse since June 19'?"*

<u>Harry Gural</u> told <u>Pamela Chapman</u> when it happened 36 hours later in her (It was not a pulse. It was raw natural kundalini), *"Don't do a thing."*

Then, <u>Roger Kass</u> told <u>Pamela Chapman</u> about <u>Becca Bertrand</u>.

Pamela Chapman
pmbchapman@cox.net
401-662-9516

Then, <u>Monique Burgess's</u> husband basically said, *"She is masturbating all the time."* <u>Monique Burgess</u> would never solve this challenge at all. That is their very downfall.

<u>Roger Kass</u> has some beautiful presence of either fatherhood, friendship, or something to <u>Becca Bertrand</u>, and used her after all.

*"We will now save you <u>Pamela Chapman, Elizabeth Kahane, Bill Kahane, Tim Hollister, Esq."</u>*

*"What do you need me to advocate for?"*

*"Do not touch yourself for at least 3-6 months, and <u>**David Dinkins**</u> (aka <u>**Robert McNamara**</u>, aka <u>**Robert Thurman**</u>, and really <u>**Jonathon Karp**</u>) said 3 years or more. Otherwise, it makes it worse in the body."*

|**Note**: <u>Harry Gural</u> says. Yes 7:56PM 2-26-22 because the embedded homing pigeon must dissolve and it only dissolves if you eliminate the call and you eliminate the call by avoidance and indifference to it all. The pulse ring refuses to dissolve on its own. It must be taken away by another. |

|**Note:** It is not a tag. It is a radiating energy pulse that if it is stimulated gets stronger and if never touched gets weaker, but never fully dies out unless it is removed by the source, or some strong call to dissolve the pulse which is exactly what <u>Pamela Chapman</u> did in early October. Yet, this <u>Thievery Ring</u> wants to punish her for doing so by making her vaginally stimulated every morning and every evening and several times in between. <u>Monique Burgess</u> says because if you don't masturbate it will force you to do something to satisfy the urge to do something. It is just what you do. It is a reaction unless you have discipline.|

No one will ever speak directly to <u>Harry Gural</u> nor tag him on social media, except for those not involved. <u>**Pamela Chapman**</u> has every right to be on social media with him. They all were trying to best you, <u>**Pamela Chapman**</u> by being on social media with <u>**Harry Gural.**</u> He said, *"I'm not interested at all."*

<u>David Dinkins</u> told him, *"Under no circumstances do you even do that, otherwise you get into this predicament of them all chasing you as a lover or a toy boy."*

<u>Harry Gural:</u>  I was never ever that person.

If <u>Pamela Chapman</u> can physically just walk away with insouciance then so can all of you. (<u>Terry Connors</u> can do the same). At some point in the future, it will give you all a bad taste in your mouth unless it was the very thing you needed to publicly admit to in order to release a true side of who you really are. Is it a karmic date or a divine destiny? You decide. <u>**Tim Hollister, esq.**</u> gets that also.

These <u>**Thievery Ring**</u> people are **all trying to make <u>Pamela Chapman</u> "pay" for her insouciance and** her ability to walk away, when they could not. That triggers the need for them to abuse her.

Pamela Chapman
pamelachapman.comcast.net
(F) 000.2-9516

If Pamela Chapman can commit to saying she refuses to see Harry Gural until 10/10/22 or 10/10/25 or longer, then so can all you because in the end she will support his healing path. If he is a priest or a brother, he would be committed to the Lord, God of reciprocity of favor to walk a true path of solitude which he needed and never received. The advice came directly from his father.

However, Tom Hockaday was initiated in a long-robed brotherhood in Kentucky close to 20 years ago. He said, *"It was like a monastery, but it really was Ways and Means, and he ended up with a large Akashic Record room whose sole focus was masturbation and matching people up sexually."* No one was ever allowed to meet each other physically. That was their rule. Bill Martin said that all the time, otherwise people got really funny socially with each other. Since Nora Diedrich wanted to date Andrew Parsons, so did Tracey Moore, we tried to suggest that was against the rules.

Pamela Chapman is committed to meeting everyone out there vs. Tom Hockaday's house which is only in here. The Thievery Ring women are criticizing, harassing and abusing Pamela Chapman for having the opposite preference and lifestyle. Pamela Chapman believes strongly that there are no real relationships for anyone in here. You must know each other physically first. She has ten years of experience in here in the Upper realm.

Tim Hollister:  No one ever remembers Day, Berry and Howard. But if you do, then we all know who you are, and we will always help you too. So, let's just remember who she is and who you really are, Jessica Hagen, because to copycat Pamela Chapman is to release Harry Gural, and you all refuse to do that because you all want him as your lover boy, and toy boy, and he is more than that. It makes him a stepford wife and not a human being at all.

[Note:  So Maura Lindsey and Nola Ganem and all the other copycats out there—Sandra Craig, Grenville Craig, Monique Burgess, Andrew Parsons, why are you not truly copy catting Pamela Chapman when it comes to Kundalini, masturbation and freeing Harry Gural? you were such staunch copycats of her.]

They all want sex and a sexual experience (Pamela Chapman takes hers elsewhere). That's not what you are doing. If you think you are going to best Pamela Chapman for eventually getting Harry Gural to commit to meeting you (in the Thievery Ring, or at Kundalini Crossing), let me introduce you to a group of men who are Wisdom Keepers in Q'ero Nation who all had Q'ero wives, or Niki Lucenti who can tell you all about what Peter Kehoe, Division Manager, US Naval Undersea Warfare Center, Newport, RI, and what he did to his whole division with forcing shamanic marriages. He forced anyone who worked for him and their spouses to be in shamanic marriages with another in the division. Then, he forced them to all masturbate every day. They were assignments within his division and their spouses. These are no reciprocities of anything, nor are they attractions and the release came when Pamela Chapman released those bonds, in this space around April 20, 2021. Peter Kehoe of North Kingston, RI is the father of David Kehoe, 27, who is known to Pamela Chapman and her son. He attended St. George's School and the University of RI. His father and mother have met Alberto Villodo in the past. He was the man at Tom Hockaday's house who played the Rickshaw-Rickshaw game of three things admit and then to beat you up with and to force you to masturbate with another. Nicki Lucenti, 47, 196 Homestead Lane, Portsmouth,

Pamela Chapman
pmwchapman@com.net
401-662-9316

RI was Pamela's real estate agent in partnership with Dina Karousos. She would answer any questions about this for the federal court.

*"There are numerous people who can all attest to what happens here."*

Oh, and someone says, *"Do you all remember tail hook?"* It sounds like a similar experience. That woman was so abused. When she took all those Navy Pilots to court, she won very big. No one ever touched her after that. Tailhook was so influential. Membership was based in the private realm of Navy pilots and navigators. It all took place in a hotel room in Los Angeles, Nevada where the laws of prostitution were different. That woman knew most of the men and she wrote all the names down. It took 3 years to get through in Nevada, but she won big. All those pilots were individually and collectively sued for rape, assault and battery, collusion and several other charges. Those men were not in uniform at the time- oh, yes they were. They would have been in uniform for sure. They were at a convention of some kind. Most were in plain cloths, but it was an initiation of some sort for Navy Pilots and navigators. $13,000 - $15,000 and there were over 20 of them.

That too was like an initiation ring that she couldn't get out of. When she did, she sued and the press went berserk because in the end, they were all sworn in Navy Pilots who got too big for their britches. That woman maintained a sense of dignity. She survived. They all fell.


This is **Nola Ganem's** searing energy. Nola Ganem thinks she is God or at least Alberto Villodo. What is in it for her?

She is 43 and single, with no children living with her father. She is a massage therapist, copycat, kleptomaniac, selling hot chocolate flakes. She wanted to be Alberto Villodo's shamanic spouse and became that. She wanted to get into his cocaine business and belong to Kamala's Table because everyone thinks if they are Pamela Chapman, then they can then best Pamela Chapman, and then best Kamala Harris. [**Note:** Pamela Chapman never ever tried to best Kamala Harris. It was not that kind of relationship. Pamela Chapman does not understand that line of reasoning. Tim Hollister does.]

If Pamela Chapman is a normal nobody, then, they are also. However, they think they are more important than she is. As a copycat, they then fail at meeting important people because they are only following and copying a normal nobodies and her nobody people. Then they are as unimportant as she is. Except, they think they are more important than she is and therefore would never meet their own kind of very important people. Pamela Chapman would never ever get involved in this kind of activity. They are copycatting a normal nobody…

If you can go toe-to-toe with Kamala Harris, then they think they can also, and then they overtake the entire Akashic Record realm and become President of the Caliphate Nation State. That's Bethany DiNaploi, Nola Ganam, Dominque Alfandre, Andrew Parsons and David Johndrow.

Pamela Chapman
pamelachapman@comcast.net
101.com2015.co

[<u>Pamela M. Chapman</u>: Besting is just a self-identifying rung of initiation into the thievery lifestyle. If you can't play a besting game, don't even try to get in Level I of <u>The Game</u>.]

[<u>Note</u>: The intense interest of the <u>Thievery Ring</u> this fall and winter to have a <u>Caliphate Nation State</u> leader in <u>Bethany DiNapoli</u> or <u>Dominique Alfandre</u> was all based on the presumption that <u>Kamala Harris</u> was a <u>Caliphate Nation</u> leader, and they all wanted or needed to best <u>Pamela Chapman</u> to become <u>Kamala Harris</u>. There is dialog from June 2021 that says <u>Monique Burgess</u> joined after the dialog about besting each other to the point of going toe-to-toe with <u>Pamela Chapman</u> to best her so she could go toe-to-toe with <u>Kamala Harris</u> to best <u>Tara Plochocki</u>. She wanted to be the Queen bee. This version of self-identifying to volunteer to join a <u>Thievery Ring</u> begins in this particular game with a desire to best <u>Pamela Chapman</u> (you can't be here and play if you do not want to best <u>Pamela Chapman</u>) to prove they are <u>Kamala Harris</u>, the true <u>Caliphate Nation</u> leader of the Akashic Record realm, and a former senator of the United States government now elected Vice President of the United States of America. The Thievery Ring women lost sight of who <u>Kamala Harris</u> really is in Washington, D.C.]

*"Politically speaking does this mean we view <u>Kamala Harris</u> as an infidel or is she a democrat? Is she a Palestinian at the borderland crossing or a VP in the White House? Where is the true borderland in Washington DC?"*

*"At <u>Ways and Means</u>."*

*"For <u>Bobby McDermott</u>, a former intern on Capitol Hill, it was the broom closet where he took all his sorcery telephone calls."*

Part of what has happened in the harassment and abuse of <u>Pamela Chapman</u> was a shear competition to best her on their way to becoming <u>Kamala Harris</u>, or their own version of the reigning leader of the <u>Akashic Record</u> realm. <u>Alberto Villodo</u> also thought he was that. These women never tried to compete against <u>Alberto Villodo</u> or to best him head on, only marry him instead.

At least <u>Roger Kass</u>, <u>Becca Bertrand</u>, and <u>Kimberly Witherspoon</u> from <u>Kamala's Table</u> understood a higher game. <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, <u>Nola Ganem</u>, <u>Andrew Parsons,</u> and others had no clue. You could not talk or walk them off the cliff of slander, harassment, abuse, assault, and other charges. They wanted in The Game too desperately for their own agendas, so they got in with crime instead. That is <u>Alberto Villodo</u> and <u>Marcella Lobo's</u> M.O. also.

<u>Pamela Chapman</u> told <u>Kamala Harris</u> and <u>Jonathon Karp</u>, many of these women were, *"sloppy, unprofessional, and unsophisticated. They lacked what it really took."* She said, *"You might want to pass on them."*

<u>Louisiana Commander, USN Pilot</u>:  Tailhook had the same problem. I was at tailhook and I noticed all the problems. No one would allow many of us to actually talk about them. We were so assaulted like you have never seen before. We were never ever allowed to speak out, and now I want the world to know that <u>Pamela Chapman</u> you are not a normal small town problem because you always spoke out and said what needed to be done, and did it best of all quickly.  You didn't ask any questions or keep

Pamela Chapman
pmchapman@cox.net
401-602-0575

anyone from being freed, you just did it wholesale. Now, we can't get you out, and <u>Harry Gural</u> doesn't seem able to speak out at all to these people. Do you know why?

<u>Pamela Chapman</u>:  I don't have the full picture. I need to look at his face. I can't see him. Do I think he is telling the truth? I think he has Stockholm Syndrome.

<u>Louisiana Commander, USN Pilot</u>:  So do we. Three women were badly abused at Tailhook in a room. The bosses were the problem. I never lost a promotion, but I never sought to stay involved because it was such a men's club that it was never to be for me, and the Navy still has all kinds of problems, but if we don't speak out, then we never actually know who or what will ever be and become for them. So, these woman keep assaulting you. You will sue them, and they will pay because it has been going on for so long and they will stop. They will get fluid because you will force them. **9:25 Louisiana Commander, USN Pilot**

Tailhook, and a Global Mesa. They have similar properties. We will long remember them. If you feel overwhelmed and so abused, then so do all of us, because your guides won't help you out of here. When those guides are in control, and you can't stop them, what the hell do you do?

*"I have no idea."*

**Monique Burgess**:  Bethany DiNapoli says, *"Pamela Chapman had too much leadership ability when it comes to talking with Kamala Harris, and since she abolished the pulsing rings, we were too jealous of her leadership positioning to the things done so thoroughly and completely, when we were all so hamstring from June 19th to Oct 2-3."* 9:59PM.

Since she could figure it out quickly, and she had access to <u>Kamala Harris</u> that you did not possess, she immediately responded, as she did every other time with abolishing any problems. She did not wait to solve them. She acted in real time and real space in real ways to be fluid to fix them. **Are you fluid <u>Andrew Parsons</u>?**

<u>Andrew Parsons</u>:  Hell no, I can't even masturbate in a cup anymore because <u>Carrie Crosson Gilpin</u> does not want to masturbate with me.

<u>Pamela Chapman</u>:  Why is that? Is the honeymoon is over now?

<u>Bethany DiNapoli</u>:  No, it has just begun again because <u>Kamala Harris</u> just said to me—No, that was **Bethany DiNapoli**, she wants badly to be <u>Kamala Harris</u>—that Tailhook was huge, and so will this be. So, you might want a front row seat <u>Carrie Crosson Gilpin</u> on how it goes, so that you don't get caught again, because you will surely roast and toast in this sorcery. **Your** typewriter needs a new ribbon <u>Carrie Crosson Gilpin</u> because the old one reads like a ticker tape parade of clues and facts, and will sink your battleship right so f'fast.

Pamela Chapman
pmxchapman@yahoo.net
301-602-9751n

*"Did you aspire to this <u>Pamela Chapman</u>, the I am Kamala Game?"*

<u>Pamela Chapman</u>:   Not a chance at all. Nada Nothing.

She was so indifferent and so insouciant to it all. That was her stock-in-trade, and her secret to success. It was authentic and not a dramatic part in a play.

<u>Tim Hollister</u>:  When did you fall for <u>Harry Gural</u>?

<u>Pamela Chapman</u>: 1980.

<u>Tim Hollister</u>:   Did you remember him at all?

She remembers him, but not really his appearance, as her ex-husband always referred to him as <u>John Denver</u>. She started to think he looked like <u>John Denver</u>, but he does not actually, so she is having a problem gapping the reality of his appearance to that of <u>John Denver's</u>. She would need to see <u>Harry Gural's</u> face to really remember him and to hear his actual voice.

*"When <u>Harry Gural</u> arrived, he told me he was shaman, and that he thought he could help me, but <u>Pamela Chapman</u> actually helped him instead."* (No, he says we helped each other. She just had to go first). He claims, *"He arrived on his own. He still claims that."*

<u>Tara Plochocki</u> says, *"That is true."* His guide did not say no. That was <u>Samuel/Zenia Theresa</u>. <u>Harry Gural</u> and <u>Pamela Chapman</u> walked a similar ten-year journey.

The Caliphate Nation problem is his psyches were manipulated and it was her aura that was manipulated. He is freed and she is not yet. If she is freed, then he freed her, but the only way he is free is if somehow she does it, yet it is now over her paygrade. She did it anyway. And on July 10, 2022 she is over her head with demonic guides, namely <u>Helen of Troy/Samuel</u>, <u>Jerry Slocum</u> and <u>Merkle/Kathume</u>.

The only way out for her is for him to free her, but for him to free her, he has to be free especially in his psyches and he has to walk away consistently from these harem women. Somehow she has to figure out how to free him so he can free her. If <u>Harry Gural</u> walks away from <u>Pamela Chapman</u>, she is never free.

<u>Tim Hollister</u>:  We have a plan to free you. Don't despair.

<u>Pamela Chapman</u>:  I won't. I trust the two of you. You are very grounded, connected and smart. You have a diversity and depth of knowledge, understanding and life experience.

<u>Tim Hollister</u>:  And so do you believe these people do not?

Pamela F. Chapman
pam@chapman-assoc.net
101-662-9516

<u>Pamela Chapman:</u>  Yes, because when you re-read the dialog as a body of knowledge, it is so exasperating, that the answers were spoon fed, and no one grasped it. <u>The Game</u> got bigger and bigger, instead of smaller and smaller, and the matter with *Barefoot in Heels* seems utterly stupid and inane.

<u>Pamela Chapman</u>: I arrived on 2/4/21.
- I had no experience at all with any of these kinds of games.
- I am never a sexual deviant at all.
- I had no one to pull me out or explain, especially since my name is on a high alert and if anyone in my life, communicates with me, they get caught on "tape" and broadcast into the <u>Akashic Record</u> room. No one wanted to be bullied like me, so she got left alone.
- <u>The Game</u>: She had absolutely no experience, no advice, no training. While <u>Harry Gural</u> was off initiating other women, she was being bullied, attacked and tortured like this present wall. She has to wait for him to take her out of <u>The Game</u> but to do so she has to take him out, and each persona has their blocks and seductions for him.
- It becomes The Game of the Darkness "besting out" /ruling over the Light: Metatron vs. Melchizedek.
- All <u>Pamela Chapman</u> does is wait for <u>Harry Gural</u> to arrive to pull her out, and if he does not pull her out she is tortured and bullied and he is seduced by all the thievery women and all the kundalini he can tolerate, and he does not initiate her into Kundalini. Waiting = torture and bullying, and for him, waiting is a pleasure palace of attention and opportunity, therefore
  - Pam's torture & being bullied =
  -                                 Harry's pleasure palace of attention & opportunity

The current wall of energy targeting <u>Pamela Chapman</u> is exceptionally hard and searing. Who is it?

<u>Peter Bramante</u>, <u>Andrew Parsons</u>, <u>Nola Ganem</u>, who brought extensive thievery rings and then all the woman initiated who then became their own ring and would follow <u>Tara Plochocki</u>, <u>Richard Neal</u>, <u>Harry Gural</u> anywhere. <u>Alberto Villodo</u> is a master thievery lord.

<u>Tim Hollister</u>:  You are and were never these women. Correct. Since you don't play their f'game at all, they now want to best you at them all. Yet, somehow you always manage to best them in the end. How do you do it, <u>Pamela Chapman</u>?

<u>Pamela Chapman:</u> Maybe intellect and instinct. Plain human survival. I never arrive quickly. It's a long game. I am always somehow destroyed. Yet, what you actually destroy in me is not my dignity, but yours. I have so little respect for most people, and you show me every day your expression of the Moses Code:  You become more and more of that in which you really are. You are not leaders. You are followers, and to become the leader, you decided you wanted to keep a person like me down and out and in a gutter. Ok. You win, but in the end, I am a 12th initiate of <u>Melchizedek</u> Guides, a white robed brotherhood of <u>Melchizedek Café.</u>  If I do not best you here, I will get my

Pamela Chapman
pamchapman@cox.net
101-662-9410

jollies when I die, and when you trip and fall consider it a telegraph message from me that says, *"Ha, ha, ha, hee, hee, hee, I win, I win, I win after all."*

<u>Tim Hollister</u>: You have no special strategy?

*"None at all. Go ahead and copycat me. What are you going to copy?"*

<u>Tim Hollister</u>: Your words. Your book, Your life's actions. So just always remember, they all want to live alone, and be poor (and unpublished –PC). After all, that is what they seek in themselves.

<u>Pamela Chapman</u>: It's not that bad. I just can't travel. I don't think I want to go to law school. That is for my daughter. As a bored stupid housewife, they say, *"What else can she really do?"*

*"Just disengage, and we will meet accidentally some day and catch up, and then you will see."*

*"Where do I accidentally meet?"*

*"I cannot say. Then it's not an accident is it?"*

*"Just do not expect it. Don't plan for it. It can be in line at the supermarket. Consider it a little blue box from <u>Samuel</u>."*

*"How do you recognize someone?"*

Just have a little light banter about something, and she then says, *"Oh, BTW, I really like your hat or something."*

They say, *"Oh, wow, thanks. I got that at Sack's not TJ Maxx".*

And, You say, *"Wait a minute,"* and it goes from there.

That is how many of us meet when we can't actually recognize each other. Nobody ever meets new people at Starbucks. I've seen the data on all of that. That's a long extensive research study due out in *Science* next year.

<u>Joe Brain</u>, Ph.D., *"Agrees."*

<u>Tim Hollister</u>, <u>Elizabeth Kahane</u>, <u>Bill Kahane</u>:  We have more misunderstandings of what it will take. <u>Harry Gural</u> must get out of this lifestyle, and he must have these women disengaged from his psyche. They never manipulate theirs, they only manipulate yours. Then, drop it in either themselves or you with differing answers to certain questions. Only you can tell which psyche is which by the pseudonym you take for yourself, i.e. <u>Andy Parsons</u>, <u>Andrew Parsons</u>, <u>Grenville Parsons</u>, <u>Andrew Craig</u>, <u>Grenville Craig</u>, <u>Grenville Craig Crossing Guard Gate</u>, <u>Grenville Craig Crossing</u> plus three other names. It is like a cheap card trick. [<u>Note</u>: The copycat was copycatted, or at least imitated.]

Pamela Chapman
pmelachapman@cox.net
1014662-9846

Tara Plochocki's mother, <u>Linda Plochocki</u> is an expert at this. <u>Pamela Chapman</u> thinks she could actually go to jail for some of her activities and outcomes. Is it ever manslaughter?

It is more like abducting someone and brainwashing them, i.e., <u>Robert Ludlum's</u>, *Bourne Trilogy*.

<u>Tim Hollister</u> is on to that one too.

Asked, *"Do you trust <u>Tim Hollister</u>?"*

She says, *"Yes,"* and she adds, *"I respect him as both a person and a lawyer."* That is her own <u>J.S. Mill</u> language of understanding, i.e. We are people first before we are anything else. It is written into <u>*Barefoot in Heels*</u> as the motto for a prep school. The quote is real, the prep is not, and the work is fiction. But the quote is real.

October 12, 2021
**9:56PM**

10:19PM
<u>Harry Gural</u> initiated via a sorcery telegraph machine that says, "When I play, you play, and you only play, when I play, when we say you play."

10:21PM
<u>Harry Gural</u>:  If I eat anything at all I will have intestinal cramps like none before. I did for two weeks straight. No bowel movement whatsoever. Then, I had <u>Bobby McDermott</u> ask me, *"Are you ready to play the right way?"*

When I finally said, *"Yes,"* my bowels released.

Were you starving? I had no choice. I probably lost 10-15 pounds in 2016.

<u>Harry Gural:</u>  I realized I was an initiator when <u>Tara Plochocki</u> told me something similar happened to her father (no).  That is how everything escalated.

<u>Rusty Powell III</u>:  Not quite, but close.

*"If <u>Andrew</u> **Parsons** were ill, we might never know unless we watch him day-by-day."*

Pamela Chapman
pmcchapman.com.net
101.no2.n? b

"Sullivan and Cromwell is never going to acknowledge who was speaking. Yet, they will acknowledge they participated" 11:54PM

**Monique Burges**: **Rusty Powell III** knows exactly how she is getting into **Pamela Chapman's** psyche—dart throws from across the bow that says, *"If I ever need something from you, I just throw and say 'Hello' and here's how it goes…"*

**Harry Gural** doesn't even use them. I've taught then to **Tara Plochocki** and **Nola Ganem**. Now, they all throw. If she shoots one out at you now, it goes to **Harry Gural** too. Now, **Harry Gural** can't tell you, and everyone else knows. So, if he didn't tell you everything, **Bill Gural**, **Emily Parsons** will.

**Pamela Chapman**:  Why didn't **Harry Gural** tell me everything in real time when everyone else knows in real time? We don't know yet, and maybe never will. He should, if he knows what's best. He says he didn't know.

Dart throw. I throw to you and you privately answer. He didn't reach you previously. When it reaches you, it scratches until you say, *"I do,"* or something like that. We already said we never will accept them now and into the future.

**Rusty Powell III** claims you have a full confession and now we must say we can never play again the Shit Show Game of Shamanic Importance. No one will ever accept the liability for playing. **Harry Gural** is so relieved. Yet, he might be having a bad night. No, he is not. You said repeatedly, **it was all exposed on July 19, 2021** and it's almost October 19, 202. In the gap, so many bad things happened. He has something to tell you in this space: *"He got swindled."*

## Wednesday, October 13, 2021

### Andrew Parsons Kundalini Initiation

At approximately **5:14AM,** Angela Rudock of Melbourne Australia, and formerly of Portsmouth, RI, heard the following message on a shamanic network of "Kundalini Crossing":

AN OFFICER CANDIDATE OF THE UNITED STATES MARINE CORPS IS BEING FORMERLY INDUCTED INTO **KUNDALINI CROSSING** BY **TARA PLOCHOCKI** AND **RUSTY DORMAN (BOBBY MCDERMOTT)** OF JAMAICA PLAIN, MA.

**Angela Rudock:**  I immediately asked,  *"What is the officer candidate's name?"*

Pamela Chapman
pmschapman@comcast.net
(617-669-5005) e

The response was, "Andrew Parsons".

I immediately asked my daughter, Justine Rudock, a female sorceress, *"To notify her shamanic network of the situation."* She said, *"I already know what happened because Justin Ramel, was involved (and so was she) in getting the person into shaman territory and out of the Akashic Record spaces of Newport, Rhode Island."*

However, his ex-wife, Pamela Chapman, and her "partner" Harry Gural, are intimately familiar with this game and all of its players. The ex-wife asked three times, once last night (11PM/10:30PM), also at 4PM in the afternoon, and the morning of the day before for the man to be released from the opportunity.

Andrew Parsons didn't seem to understand the severity, or the consequences of this actions… according to Pamela Chapman.

Andrew Parsons:  I understood completely. **I wanted my ex-wife to die on my watch.** Harry Gural will die too because he and I will never see eye-to-eye on anything unless he capitulates to my demands that he scratch that aura of Pamela Chapman's deeply, and find out all the answers to my questions.

> If he were to get the answer he wants, two women claim at 11:33 PM on 12-14-21, I, Diana Beardsley, 57, and I, Kaitlyn Johndrow, 25, will bash her head in until she screams bloody murder in this space. I will fry her koshas and bury her alive by scratching out her eyeballs.
>
> You know you are a woman and we are women, and we fought for Roe v. Wade (1973) and we fought for equal pay for equal work, and we fought for a woman's right to choose, and we fought for, *Our Bodies Ourselves.* We fought to go to work and to stay home and for our own personal agency. Do you have any idea of the revolution we fought for? That's Cardinal Nation. True and Blue, red and black…

…because in these conversations he seemed to be in a trance-like state where Tara Plochocki and he were wrapped in her psyche together with all the other female initiates of her past rings.  She is immediate past handler –initiator of Harry Gural with whom Pamela Chapman has been working diligently to release.

Pamela Chapman thought she had finally reached a full release for Andrew Parsons when last night, she was typing on her computer, and never heard the conversation that explained he was to be initiated into Kundalini Crossing. He said, *"I don't mind, because I have nothing much else to live for."* Yet, as a former marine, he would never submit to such tyranny of expression. He has also been a physician in the medical corps of the United States Navy.

He is a medical school graduate of the Uniformed Services University of the Health Sciences, Bethesda, Maryland, and has more training than other medical doctors in tyranny, war, and captivity than the average person. He has also graduated from a twelve-week course of officer candidacy with the United States Marine Corps., Quantico, Virginia. He could have been a

Pamela Chapman
pmchapphotography.net
Urban2oof.tv

commissioned marine corps officer, but he went to medical school instead. He did that over two summers in college. He was paid, and that was his summer job Sophomore and junior years of college. He would never knowingly of sound mind and body submit to tyranny and torture, or so the ex-wife thought.

It was said by Andrew Parsons that **"I would swear to take a lie detector test that stated I never touched myself."** Yet, it happened that it appeared that he had masturbated. It was nothing short of rape.

July 11, 2022. Tara Plochocki used sorcery to touch him in a way that forced him to ejaculate into a cup. Then, they forced him to be initiated into Kundalini Crossing by Bobby McDermott. Then, he was said to have repeated that at least twice a day for at least three weeks until all the stores of his semen were gone. And you don't reproduce much semen after that with kundalini "heat". Until then, he was not to undertake any real kundalini practice with another woman. Tara Plochocki trained Carrie Crosson Gilpin to do be his handler.

No one really understood that Pamela Chapman could not hear any of the conversations that night with Kamala Harris. The following morning, she was told, *"He said he did not love anyone or anything."* She was stunned. She immediately said, *"He always loved his children."* Yet, somehow he reneged on that, and claimed, *"He loved no human being."* Harry Gural said on 3:27PM Sept 1, 2022, *"He was not in a psyche. He can attest to that."*

She thought something awful had happened because he adored those children when they were younger, and he stole them away from her in their divorce--literally. No one really said a word that night. Kamala Harris herself said little. Andrew Parsons did all the talking prompted by Tara Plochocki.

She would have suggested three topics that he discuss openly to several people. Did he realize he was talking to the entire world?

*"No he did not."*

The three topics included:  What the heck happened to his marriage?

The answer:   His wife had an affair with Donald Jagoe. (No, she did not.)

*"What the heck happened to the book Barefoot in Heels?"*

The answer:  It was taken away from Pamela Chapman by Happy van Beuren because it slandered Newport, RI (No, it did not.) The city she loved so much.

*"What was going to happen to Pamela Chapman in the future?"*

Pamela Chapman
pamelachapmanart69.net
401-662-9549

**The answer**:  She would be annihilated in the **Akashic Record** space, and never would stand up again. She would never have any family or friends or anyone to actually support her.

Therefore, she had no book to sell, no family no friends, no support, no money, no people. Not one resource moving forward. That was **Jerry Slocum's** mandate according to **Jean Gorham.** 3:59PM July 11, 2022.

**Jean Gorham** now thinks **Jerry Slocum** also got everything he ever wanted in this space. Yet, he's dead. If this had happened to his wife, **Diana Slocum**, he would have just sat back to see how she would have responded to everything. **Harry Gural** is a lot like that also. They usually don't get involved, except they want to watch the rodeo, even when family members are involved. Ironically they never teach you how to take care of yourself.

**Jerry Slocum** just sat back to see what **Pamela Chapman** would do as a result of all of this and that. **Harry Gural** had no idea how excoriated she was in this space, or in the ten years leading up to it. **Jean Gorham** did, and yet, she sat back anyway, and let it all happen as if she knew absolutely nothing at all about the situation. **Donald Jagoe**, did the same thing. So did **Sandra Craig**. **Grenville Craig** decided early on to throw fuel on the fire, and so did **Alberto Villodo**, who just can't stop himself when thievery is involved.

**Jean Gorham** thinks *"**Pamela Chapman** has more that paid for everything in this entire City-by-the Sea. No one will ever stop you from doing anything ever again,"* she said, because not only did you continue to do your own bloody thing, but every day you taught us something, including to with what you read on the preceding page, and then read the lyrics to *"She is Always Seventeen,"* by **Harry Chapin** day. You have an impeccable ability to command an audience. Yet, in the physical world, no one pays any attention to you. This means you were meant to write books, and no one would let you until you got a divorce. Then, the **Redwood Library** made sure the manuscript submission to literary agents was stolen—and it was. **Andrew Parsons** also made sure he could get an advance look at the manuscript, and he did through **Holt Massey** who got it form **Esmond Harmsworth IV**. **Pamela Chapman** never thought **Andrew Parsons** could know these people, or have access to them. It was through his long-term relationship with **Cathy Wicks** that enabled all of it. July 11, 2022.

*Continued,*

Last night when his ex-wife learned of the plot, she got all to back down because she had notes—dialog, hand-written in numerous journals beginning in July 2021 that she is now typing out. They gave full confessions on **The Game**, also known as **The Kamala Game of Sexual Obedience**. There are six steps. The first is **Kundalini Crossing**, masturbation, and shamanic marriage.

**Carrie Crosson Gilpin**, Hartsdale, New York, and Quonnie Pond, Charlestown, RI, claimed last night after **Pamela Chapman** spoke that she was neither **Norah Deidrich,** nor **Andrew Parson's** intended shamanic wife. Yet, if he was to be in a shamanic marriage to **Carrie Crosson Gilpin**, then

Pamela Chapman
pachapman@acsm.net
401.207.19..

852

Monique Burgess of Newport, Rhode Island, Nola Ganem of Middletown Rhode Island, and Tara Plochocki of Washington, D.C. were to re-initiate all the women Harry Gural had initiated between June and September 2021. Pamela Chapman stopped it all. She stopped all the pulsing of women's vaginal areas on October 3, 2021.

She was still unaware of 3rd eye that Tara Plochocki creates in these victims of Kundalini Crossing. In this 3rd eye, she connects her psyche to his unmistakenly which also connects him to all the other women in what is a Thievery Ring of sexual activity. The sexual activity begins with masturbation and turns into kundalini such that over time he stops his male genitals from having any sexual response. All activity is kundalini in nature, and the activity ends in the 3rd eye, or in his head when he is there in a trance state, a psyche, or a wind tunnel platform.

It is important that everyone note that in this trance state, or psyche state, all kinds of conditioning and thievery take place:
1. We must protect his bank account information of all withdrawals and transfers—Yet, Kristin MacManus was doing this openly with her central banking software.
2. He must not pay for anything with PayPal because that is a payment method of this Sexual Obedience Game.
3. He must protect his credit card and banking card numbers. Kristin MacManus said, *"His asset class was not high enough for this, and that they should have a candidate with more wealth to extort from."*

His daughter is trying to get him dressed enough this morning to go to Newport Hospital to file a rape charge. If he doesn't go there, he can go to Portsmouth Police Station. It is imperative there is a report. He might be embarrassed by the nature of the incident, or that it happened via the global mesa Akashic Record space—but he was not. He might not be fluid enough to discuss it.

It is imperative that there were so many witnesses last night to an initiation conversation. Yet, his ex-wife was not there until she read on her typing that the following were direct overseers of The Game:
Rusty Powell III, 79, Little Compton, RI
Richard Neal, 70's, D-MA, Chair of Ways and Means
Tara Plochocki, 41 of Washington, DC, attorney, partner of the practice
Bobby McDermott, 27, Jamaica Plain, MA
Kamala Harris, VP USA

We all must remember that on October 3, 2021, Pamela Chapman called for a world-wide release of all women in any sexual obedience ring of Rusty Dorman or Rusty Powell III, including a release of all pulsing in all groins, men and women alike. That happened. Kamala Harris did it at the urging of Pamela Chapman. *"Even Tom Hockaday was released after nearly twenty years,"* it was said.

Early this morning, Rusty Dorman did all the talking to Andrew Parson, M.D. He said, *"I am calling for a world-wide re-initiation of this Kundalini Crossing,"* which includes pulsing in the groin at several places. This re-implanted the pulsing that Kamala Harris took out in one intention in 30 seconds world-wide in real time across all genders and demographics.

852

As a result of Rusty Dorman's re-implantation of pulsing, <u>Pamela Chapman</u> begged that <u>Rusty Powell III</u> for <u>Rusty Dorman</u> and <u>Tara Plochocki</u> remove the pulsing tags from <u>Pamela Chapman</u>, her daughter, <u>Emily Parsons</u>—who wasn't involved—but she didn't know it, and from <u>Harry Gural</u>.

It took at least 15 minutes and great intrusion by <u>Kamala Harris</u> to get <u>Rusty Dorman</u> and <u>Tara Plochocki</u> to stop. When asked, *"Why did you insist on initiating <u>Andrew Parsons, M.D.</u> at 5:14AM?"* They said, *"We hadn't taken <u>Kamala Harris's</u> or <u>Rusty Powell's</u> instruction to heart and didn't think to stop the process they intended."* They said, *"They wanted this to happen, anyway no matter what and <u>Kamala Harris</u> might have actually stopped it."* <u>Pamela Chapman</u> had asked her three times to intervene and stop it. So it happened at 5:14AM to make sure it happened. <u>Al Rudock, M.D.</u>, Ret. Captain USN was there to witness it. [<b>Note</b>: 3-21-22 9:14PM. <u>Harry Gural</u> claims this is Tara's mother, <u>Linda Plochocki</u> to the nth degree.]

<u>Emily Parsons</u> doesn't think she can get <u>Andrew Parsons</u> to any hospital, but he said he'd drive himself this morning. His ex-wife will arrive and insisted. *"So take a shower, and pack a bag, and find a book if you have one. She will drive you, and once there, you will contact attorneys to find a <b>litigator</b> of this on-going process."*

It appears that <u>Harry Gural</u> could not be fully liberated. He had to recruit a replacement, but somehow didn't realize it. <u>Tara Plochocki</u> did, and she recruited multiple women from the harem. He never recruited one. Yesterday morning, we thought he was fully liberated. Yet, <u>Rusty Dorman</u> stepped in and re-initiated the pulsing tag of <u>Kundalini Crossing</u> in the groin. Once gone again, <u>Kundalini Crossing</u> was at a holding state of emergency.

Since people like <u>Monique Burgess,</u> <u>Nola Ganem,</u> <u>Tara Plochocki,</u> and <u>Carrie Crosson Gilpin</u> were being recruited by <u>Tara Plochocki</u> to play a major role in the new initiation ring, <u>Andrew Parsons, MD</u> was just one person yesterday morning in his ring, but by evening, three women had been recruited for the new initiation ring.

The day before, it was suggested that <u>Nola Ganem</u> and <u>Andrew Parsons</u> be married and he said, *"Ok,"* and when asked how much of a dowry could he provide, he said, *"$140,000."*

His ex-wife and <u>Harry Gural</u> both said, *"I want no condition do you ever enter into this kind of relationship or any other kind of financial relationship because this ring will make you run one way or another. <u>Andrew Parsons, MD</u> needs an attorney to put his interest ahead first and his interest might translate today, be out upon the contracts or agreements and never remember."*

It is of curious suspicion, it was done for any of four reasons, but only one stated:  Under trance influence—a case that his ex-wife and <u>Harry Gural's</u> suspected, but not certain of—could bring in a ring who could influence outcomes through him. An attorney claims this morning, *"<u>Harry Gural</u> made certain that he has never called <u>Sullivan and Cromwell</u> due to a sorcery telephone tree that claims if he had ever called an attorney there, every other man in the ring would know, and somehow would pay the price for it."*

Pam L. Chapman
pmschapman@comcast.net
101-667-0510

**Pamela Chapman's** related lawsuits will force **Harry Gural** into some sort of confession. So, something is out on him—a price on his head if he were initiate any legal activity.

**Harry Gural** claims, *"They have all kinds of torture tactics that include games of tags that will make you to sick every time you eat, or force you into two-three weeks of not eating or drinking to change your body chemistry to accommodate all this masturbation and kundalini energy. Then, they inflict all variations of sorcery in your psych and aura."*

Meditation, apart from sleeping, will not be of any value. Sleeping may not be of value either, because they can attack your groin while you sleep. They manipulate your sexual organs to make you masturbate in your sleep. When you learn those things, it forces you to never sleep without a pillow in front of your body because they can't reach you through a pillow. **Harry Gural** suggested last night about 1AM, *"I think Andrew Parsons had been released from the opportunity to always sleep with a pillow in front of him because he did for an hour or so, and then dropped it."* **Andrew Parsons** said, *"This was because his ex-wife, Pamela Chapman was sleeping with one, and when she released hers, he did also."*

He had connected himself through sorcery to **Pamela Chapman** and was mirroring her movements. As such, when not once but twice, she thought he was in a kundalini trance state, she hit his head with her right hand a few times and called his name out loud and said, *"Andrew, wake up,"* Once he got jolted enough, he snapped out of the trance. You rarely, if ever, remember what happens in it. Yet, **Monique Burgess** who has been obsessed with **Pamela Chapman** said, *"Thank God, because now I am so relieved due to his masturbation practice."*

## 6:41AM

**Donald Jagoe**, retired Captain, US Navy told everyone last night in the **Public Commons** space that no US Naval officer receives training on how to handle energetic warfare. [Note: They do in Israel with Palestinian Caliphate Nations states.]

**Shlomo Zilberstein**, an Isreali by birth, claims, *"All young Hebrews are trained because they live near Palestinian borderlands, but here in the United States, we are completely without experience or protection."* He told **Andrew Parsons**, *"Be extremely vigilant about everything he does, but he now realizes that once Tara Plochocki takes over your psyche, there is little one can do."*

**William Parsons** and **Emily Parsons** will protect his finances. Maybe with a court order, **William Parsons** becomes the executor earlier than he expected. That can be done.

**Rusty Powell III,** formerly of the National Gallery, Washington, D.C. is brilliant with memorizing credit card and other financial numbers. **Andrew Parsons** has been working with **Nola Ganem** to multiply his psyches to memorize all kinds of information.

[Note: Nola Ganem was really the queen of multiplying psyches. She could memorize all sorts of extensive information and demonstrated repeated how well she could memorize it, and then store it in a psych that she places in her aura.]

Pamela Chapman
pamelachapman@cox.net
401-662-5419

Andrew Parsons initially had 15 psyches. This is a strong position to start in a Thievery Ring. It got well over 20-25 eventually, even after the guides eliminated most of them, they all returned through the Thievery Ring.

3:15AM Tara Plochocki:  I will relieve you of all of your anxiety related to your divorce Andrew Parsons, and alleviate you of any interest in your ex-wife because I control her partner, Harry Gural. If I control her partner, Harry Gural, and her ex-husband, and her book—*Barefoot in Heels*, then I control her, Pamela Chapman.

That is what Tara Plochocki claims has been the focus of Kamala's Table.
> Her book—*Barefoot in Heels*
> Her partner, Harry Gural
> Her ex-husband

Tara Plochocki specifically claimed, *"Andrew Parsons was a targeted suspect as a future victim to relieve both Pamela Chapman and Harry Gural, who both are former lovers from college at Wesleyan University, where he is also a graduate."*

*"I regret knowing Pamela Chapman, I became obsessed with her, and everyone around me knew I could not put down her stolen manuscript."*

Now, she will take Andrew Parsons to either Newport Hospital or another nearby hospital to take his vital signs and to report his rape which should never have happened. Except, Pamela intervened last night around 11:11PM and read dialogue confessions of Rusty Powell III and Kamala Harris regarding this Thievery Ring.

Then, Rusty Powell III immediately called for a stand down, (Tara Plochocki is talking now) and no one stood down.

Kamala Harris intervened, and said, *"He is a former military officer of about fifteen years, and we do not do this to our former military officers."*

Then, she had to request numerous times for Rusty Powell III, Rusty Dorman, and Tara Plochocki to remove the tags on all the women and men affected. They were sending out groin signals that a new initiate had been groomed in kundalini practice. Now, a whole new cycle of Kundalini Crossing can begin except Kamala Harris herself has said numerous times that Pamela Chapman, Harry Gural and Emily Parsons are never involved in any Thievery Ring now or into the future.

Yet, Tara Plochocki and Rusty Dorman and Rusty Powell III did not stop their activities of pulsing, and responding to Andrew Parson's hand movement.
> The hand is pulsing his kundalini point and the more he pulses, the less pulses they do. If
> he is pulsing enough, they all pulse the same together. It's akin to a man pulsing as an

Pamela Chapman
pamelachapman@comcast.net
[illegible]

ejaculate which then starts a woman to initiate a pulse in her vaginal area such that they have an organism together. These pulses mimic false orgasms.

So, Carrie Crosson Gilpin as a sorcery spouse pulses with Andrew Parsons. If they initiate any kind of Kundalini Crossing, they pulse together, but they don't really—it's because they don't have heat. If Kamala Harris through Ways and Means puts a **false pulse meter in** (and it does)—you never pulse naturally again, and probably can't have proper intercourse with a partner ever again. They say if you do, that partner will also be initiated into the pulse ring. It screws up your natural pulsing. Then, you always pulse with a Thievery Ring of people together. **You are always in a sex ring together as one group of people, never with a one and only intimate connection**. You are never alone again, as just the two of you.

He said, *"He couldn't stop. The pulsing was too strong."* Monique Burgess agrees that the pulse is stronger that one can believe. She was an initiated of Harry Gural's and wanted to be a solo sorcery mistress of Harry Gural, but couldn't and will never be. So many women wanted this for themselves.

The whole system as a process doesn't allow it. That's correct. Monique Burgess was off base and misguided by herself from the start. That caused far too many jealousies and retaliations and attacks. It's based on her own misguided misunderstood foundation of the whole experience. She was now part of a harem, a ring, not a solo mistress of anyone ever, and neither was Kathy Abbate. Her daughter, Kayla Abbate had equal access, as did so many others.

Monique Burgess tried masturbating it away—the pulse. That only made it worse for everyone, not just her. She made the pulse stronger for herself, and subsequently everyone in the ring. And, that only makes all the future pulses stronger. You must completely ignore the pulses, almost like energy and people in the Akashic Record spaces. Ignore them, and they eventually fade away.

Yet, for the initiated, people like **Tara Plochocki**, **Rusty Dorman**, and **Rusty Powell III** make unbelievable blackmail demands such that they inflict terrorism and torture on the person, and it is all through the psyche not one's conscious awareness. That is **Linda Plochocki** for sure. We are all already noticing how Andrew Parsons is flipping from one to the other without understanding what is going on. Indoctrination through the psyche such that no one else hears the demands made on you. Embedded messaging and entrainments of the whole experience through the psyche – which is private, and then for the initiate to learn to flip between psyche and conscious awareness. Trance states vs. psyche states vs. conscious awareness.

Harry Gural: As a former victim, I can never step in to help, otherwise they torture me in other ways through blackmail and extortion. Don't expect to see me for at least another year. My psyche is not yet safe either and yours is, but we are always connected energetically.

Bill Gural and Kathy Gural can understand your situation, and you and Harry Gural had a destiny together so do not ever think this was your fault.

She does not. Emily does not either. William can be ready to do anything.

Pamela Capitan
pucchapman@goy.net
161-602-02-16

Monique Burgess just threatened Pamela Chapman with a lawsuit because Pamela Chapman used Turning Forks to stop Monique Burgess from harassing executioner-style questioning of the ex-husband while in a trance state about a possible **abortion the ex-wife could have had in the past.**

Andrew Parsons will stop at nothing to execute and destroy Pamela Chapman including destroying himself in the process. **Andrew Parsons** is the victim of **Monique Burgess's** obsessive compulsive acts against Pamela Chapman.

In this current ring,

> Monique Burgess, Executive in charge of masturbation clinic
> Kristin MacManus, Executive in charge of finances an financial fraud with the others
> > **8:00AM**
> >
> > > Peter Hatfield, US Trust, Providence said, *"Kristin MacManus, I can no longer have you on the US Trust payroll."*
> > >
> > > She replied, *"Peter, it is just a game,"* of The Game.
> > >
> > > *"No, it is not."*

> Nola Ganem, Executive Producer with Rusty Powell III
> Tara Plochocki, Executive Handler under Rusty Dorman
> Carrie Crosson Gilpin, Shamanic Spouse of the Victim (Andrew Parsons)
> Diane McEnroe, Shamanic spousette

**9:25AM** Harry Gural remembers in the beginning, they told him three things that are now true.

1. You can't get out until you replace yourself with a Thievery Ring which did not exist when he was initiated—two generations, and he needed a third generation as a Thievery Ring, and a second generation sexual ring.
2. Nobody ever really leaves because he may never experience kundalini again and neither will you Pamela Chapman. Kamala Harris will swear to her dying day that cannot be. Be careful Kamala Harris, we may never have a choice in the matter. *"Yes, you will."*
3. No one can undue an initiation ever into the Akashic Record realm, or what they now call Kundalini Crossing—but Pamela Chapman got rid of the pulsing ring.

Kamala Harris:  I told you to take Pamela Chapman and Harry Gural out, why are they not out?

Saul: You don't get out unless you fess up to three things:
1. You are initiated into a Thievery Ring by Harry Gural.

Pamela Chapman
pmxchapman@cox.net
103-66269-16

    a.   It appears the ex-husband was targeted as the next victim initiator and was in a "rape" while asleep. At about 5:14M EST this morning October 13, 2021.

2.  <u>Harry Gural</u> is not a thief, but a shamanic partner.

3.  <u>Harry Gural</u> needs a lawyer like you do.

<u>Andrew Parsons</u> did not show up awake for the initiation. He was raped in his sleep by <u>Tara Plochocki</u>, <u>Bobby McDermott,</u> and <u>Rusty Powell III</u> at 5:14AM EST. But he had previously said he would do it. He probably did not anticipate it would be a full frontal attack in his sleep where <u>Tara Plochocki</u> manipulated his groin sexually while he slept.

<u>Andrew Parsons</u> at 5:11 July 12, 2022 said *"She is correct."* He never previously admitted that and the dialog is not clear until now.


**9:35AM**

<u>Monique Burgess</u> must untag <u>Pamela Chapman</u> and <u>Harry Gural</u> right now. But then it comes right back.

<u>Kamala Harris:</u>  I'll fix her wagon because she can't play fair.

<u>Kamala Harris</u> can't really use people like her when they don't play right.

They put crickets in <u>Andrew Parsons'</u> aura. We hear them. They will tie the crickets to something he does every day. They will chose two sounds for his Syndicate to use to identify a time of day and what he is doing.

    For <u>Pamela Chapman</u>, they always had noise to indicate she had arrived home inside her house or at least in her driveway. They all know when she is in the shower also. It's just a GPS tracking device for the Syndicate to use to manipulate the target.

They will make him starve for 2-3 weeks as a way to move his energy into a kundalini place. It generates heat that causes the energy to rise, and once that happens they start teaching him kundalini technique. It is usually the men because they have more heat than the women. Starvation causes metabolic heat, which they trip into kundalini.

Other terms and conditions:

    -You no longer work. This makes you disabled to work, or it will force you to quit.

    -You don't ever realize who you are talking to and names stop meaning anything to you. This why <u>Harry Gural</u> always tried to look people up digitally.

    -You stop going anywhere, and you don't care what you eat, and you usually eat less.

    -If you have heart issues, then <u>Tara Plochocki</u> would know right away. She would know your heart beats, but she cannot. She is not a medical doctor.

Pamela Chapman
pm.chapman@cox.net
401-662-0916

-You stop buying anything online.

-You always use cash from a teller, not an ATM.

-You stop talking to people out there, and you live your life based on what's in here. Harry Gural didn't find his own replacement. The situation did.

-Kundalini makes you dehydrated. If you don't have a urine stream, you cannot defecate. If you do not have a bowel movement for two weeks, you get impacted.

**11:10AM**

Andrew Parsons is being released from Kundalini Crossing due to mental issues.

Tara Plochocki releases Andrew Parsons from the Thievery Ring, Kundalini Crossing.

Tara Plochocki barricades and or releases Andrew Parsons from having sex with multiple partners because he can only connect to one at a time, and with multiple partners there is only one real partner and that would be Monique Burgess. She won the coin toss for being the biggest flirt in the harem.

Tara Plochocki releases Andrew Parsons from pulsing from specific people and from sending any pulses to anyone anywhere at any time permanently.

It's a release from the lineage line, then from pulsing, then from the Akashic Record realm, then the cricket sounds.

*"I release from my ex-wife's Master Card machine."*

It was a test to see how fluid Pamela Chapman could be, and you passed with flying colors because you said, *"Ok, it's just not my experience or responsibility, but you tried and didn't over step."*

Andrew Parsons said, *"I'll check in with someone at Charleton Memorial through a back door,"* and they said, *"You don't have a high blood pressure issue today,"* and sent him them back out the door.

Kamala Harris let slip last night something, and then said it again this morning. Then, Rusty Dorman said, *"We'll see if you are a kundalini master, and the woman will say you are off course…"* That gave her the entree to say the right answers.

Kamala Harris said something about *"Andrew Parsons is being too big for his britches and he needed to be knocked down a few notches."*

Pamela Chapman
pmc.chapman@cox.net
401-662-0591

860

He actually is too uncool and no one really likes him, so when <u>Pamela Chapman</u> said this morning, *"You know, you could have picked someone with more attractive qualities."*

They said, *"It doesn't matter."*

*"But, we think it does."* They asked her about <u>Harry</u>, and she replied, *"Oh, he's just <u>Harry</u> to me."*

*"Don't put my family through these embarrassing tests."*

*"Ok, I'll pass them, but it makes a fool out of him."*

If he had 15-20 copies of his psyche, <u>Alberto Villodo</u> got them down to three an hour or so ago, and will get him down to one soon. His guide didn't realize he had done this work with <u>Nola Ganem</u> and that it was getting too dangerous.

<u>Monique Burgess</u> is the tag that tries to stimulate <u>Pamela Chapman</u> and <u>Harry Gural</u>, and <u>Sologrande</u> was her calling card to scream into the realm that says, *"<u>Harry Gural</u>, I'm here, and I need to see you."* And her husband, <u>Tom Burgess</u>, is her calling card to say, *"She needs a private meeting."* But, she is the primary bait to get you to masturbate, so don't take it personally. She identified as the executive in charge of masturbation for everyone in the ring. She is just a whore, married with two children. And, <u>Kristin MacManus</u> thinks it's all just a <u>Game</u>. <u>Tom Burgess</u> does not.

<u>Jim Gaffney</u>:  No one thinks you over-responded this morning. You just took charge of a situation and went to check it out for yourself. She walked away. That's the test. How many times?

<u>Zenia Theresa</u> says, *"We are all done."*

It's a fluidity issue. You can be as fluid as you need to be, but I walk away when people either don't believe me, or dismiss the topic.

October 14, 2021

If there are other issues today, they are:

<u>Tags are released in the psyche:</u>

<u>Tara Plochocki</u>:  I want you to understand why I am Toilet Paper University in the dialog of our writing project.

Because <u>Pamela Chapman</u> named me as such—the Shit Show Alumni Affairs Office.

860

Pamela Chapman
pamelachapman1.com.net
401.662.0826

<u>Carrie Crosson Gilpin:</u>  I married both <u>Andrew Parsons</u> and <u>Harry Gural</u>. I took them over, and made them do a mind dump on their daily conversations.

<u>Monique Burgess:</u>  I made them do a mind dump on their sexual histories and relationships. I want <u>Pamela Chapman</u> to know I will stop at nothing to get you to reveal certain topics.

Yet, no one believes <u>Pamela Chapman</u> when she admits things anyway.

<u>Monique</u> wants <u>Pamela Chapman</u> to know, *"You are not sexually attractive to us, because all she ever wanted from <u>Andrew Parsons</u> was for him to rub her feet and massage her back, and she had that with <u>Harry Gural</u> in college. <u>Andrew Parsons</u> felt insecure after that."*

<u>David Gesensway, M.D.</u> completely agrees with that 12/12/2021 10:51PM. He claims it's classic <u>Andrew Parsons</u>: *"He always has a chip on his shoulder about something."*

He actually said, *"<u>Ed Gilpin</u> heard it all,"* and said, *"What the hell happened last night?"*

<u>Monique Burgess</u> said, *"<u>Harry Gural</u> confessed his desire to only be with <u>Pamela Chapman</u>, and they made a plan of attack."* So, she had to strick back and undercut all of it. This is our attack plan:

a.  My husband, <u>Tom Burgess</u> is now kundalini initiated. So are my adult children so now the entire family is thievery—We are all thieves together now. We leave <u>William and Emily Parsons</u> out of it because <u>Kamala Harris</u> will die a quick death because <u>Condoleezza Rice</u> and <u>Hilary Rodham Clinton</u> and <u>Bill Clinton</u> and others are looking after them, and <u>Condi Rice</u> will say unmistakenly today that <u>Harry Gural</u> will someday be a hero, but not today.

b.  No one thinks <u>Pamela Chapman</u> is a very sexual person, so we don't want her anyway. She is not into kundalini nor masturbation, but if <u>Pamela Chapman</u> has intercourse with anyone, we will initiate them right away and we will never let them both go anyway.

c.  When you stop writing, we stop playing. No. When you stop playing, we write differently today and everyday moving forward, such that when she dies, everyone will know who to blame for her unbelievable story that her daughter will someday write from all her journals.

d.  My daughter <u>Cammi</u> knows how to write. She was a BFA from Emerson (No, she dropped out after one semester, which makes her having completed two semesters of college altogether at two different places). <u>Emily Parsons</u> has already written two books and has taken two creative writing classes. One from prep school and one from college. That's all anyone ever really needs to figure out how to get started. <u>Pamela Chapman</u> wrote from intuitive memory of English classes and from some reading of technique and storytelling.

e.  <u>Monique Burgess</u> steps down now because <u>Harry Gural</u> knows she can out write anyone today and anyday moving forward. <u>Harry Gural</u> now knows <u>Monique Burgess</u> is a twit whore who does not belong to Social Newport. <u>Tom Burgess</u> now

Pamela Chapman
pmelachapman@comcast.net
401-662-5074

understands why some people are in and some are out. Why is that <u>Tom Burgess</u>? Because she just knows right away who is in, and who is out, without thinking. She can dress up or down any person, and at the end of it all, still knows who to kick out of town and who gets to stay to play again. <u>Donald Jagoe</u> can't play and neither can <u>Jana Hicks Jagoe</u>. <u>Andrew Parsons</u> can't play, but <u>Pamela Chapman</u> can. <u>Dorienne Farzan</u> is in all the way. <u>Lynda Adams</u> can't even spell Newport properly. That's the new name of <u>The Game</u>, *The Newport Game of Monopoly*.

## The Newport Game of Monopoly

It has at least six rings. We start at:
1. The Yin Yoga Story
2. Legal Team:  Transgressions Release
3. Sexual History restored. Activity Restored
4. Publication and Communication and other media restored
5. Family Reunions
6. Abundance – Reciprocity of favor, relationships, and other categories

<u>Yin Yoga:</u>
<u>Tom Hockaday</u> claims, *"If he had a special group of people at his house for masturbation, you now have a house of Yin Yoga. There is no sex, fraud, nor drugs here. No guns either."*

*"We do yin yoga, herbs, breathing, and other special activities, but never sex, kundalini, fraudulent activity, or drugs."*

<u>Kristin MacManus</u> is never invited as an activity.

*"We never pay to play."*

*"We never force a donation either. There are no transactions of any kind, only reciprocities."*

*"If the energy gets too tight, we advise one to drop away right away, and to send a return acknowledgement of receipt."*

Sometimes our agendas get tight and we say, *"We gotta go." "We gotta run." "See you later alligator."*

<u>Tag removed from the groin:</u>
<u>Kamala Harris</u> is in her usual side pocket, but not today. It was different. <u>Justin Romel</u> and <u>Justine Rudock</u> were involved.

*"Once removed, you can't return. We'll go through all the goons, and all the pockets, and all the thieves one-by-one every day until we turn them out, and they can never return to play."*

<u>Zenia Theresa</u> and <u>Beatriz the Guide</u> can move around, but will not eliminate any major player. They create major players but can't eliminate what is already previously existing. They create

Pamela Chapman
pamelachapman@cox.net
401-662-9710

problems but never fix them out. Only the guiding realm can fix out what they created. The guiding realm sees that December 2, 2021.

Shlomo Zilberstein doesn't have the asset class to play The Kamala Game. You never needed one until today because Kristin MacManus wants to play and use it for her own purposes, which is never the Kamala Way. No, it is not.

The Newport Game of Monopoly will get the legal team to eliminate today and every day moving forward.

We improperly assumed that the way was to remove the trouble makers was through the lawyers, but it is through the guides. Then you can seek legal recourse, but not until the guides square off guide-to-guide in the guiding realm. The humans can't replace what is the guiding realm responsibility (December 2, 2021).

October 15, 2021
9:29AM

**The Newport Game of Monopoly**

Monique Burgess daughter of the mob, as the fraudster in charge of emailing Bethany DiNapoli, a copy of the e-book, *Barefoot in Heels* that they edited with each other. The gave it questionable sentences, and re-arranged paragraphs, dropped sentences, and other words.

Nora Deidrich claimed, *"I found some dangling participles,"* But, not really.

They were looking to have Harry Gural commit wire fraud. Tom Burgess knows enough to get them both in trouble. They aligned with the next-door neighbor.

Tracey Moore (who called herself Tracey Jonsson) and her father and Ruth Taylor's father were in a thievery ring at Sandywoods, Tiverton, RI.

Once a week, they faced each other at Sandywoods and admitted when together to something they did. In this way, no one could actually ever leave the Thievery Ring because they too much information on each other.

They were about there with Harry Gural making sure they had all validated each other and had arrived at that place. You all had something salacious on each other, so you couldn't leave or horse trade the others.

Pamela Chapman
pmcchapman@comcast.net
401-862-9550

Pamela Chapman pulled him and a whole new level of the game out around 4:15AM when she has another attack of fear, heartbeat and adrenaline. She didn't know who it belonged to, maybe Harry Gural, Andrew Parsons, Emily Parsons, William Parsons? She played her Turning Forks at least 3-4 times until a voice said something about Harry Gural. Then, she struck them again to say, *"Wake up,"* to get him up. She was afraid to speak in any realm. She didn't know if they were all stuck in some sex game, but they were not. Everyone was rounding up people. Now, we know how, why, where, and when. The story all makes sense.

Harry Gural, you are out of all of this because a clear channel can't work here. We wanted to mount you and Pamela Chapman as a prize possession of what we had destroyed together. **Never.**

> Nora Diedrich Delaney
> Dominque Alfrandre
> Bethany DiNapoli & Husband = Fraud Ring
> Monique Burgess & Tom & Cole & Cameron = Sex Ring
>
> Together Monique Burgess and Bethany DiNapoli represent the first two rings of The Kamala Game. Each specializing in a different ring, but of the same game.

Each was rounding up new people to be initiated by, they thought Harry Gural, but really Andrew Parsons. Tracey Moore was there with Chandler Moore, and Kiki Moore, and Chandler Moore rounded up two including Ford Bauer. All were to stand by for further instruction.

All were to be sent to Tracey Moore's backyard where she strips and ties you up and takes away your possessions, and you must beg to get your items back. Harry Gural knows aspects of similar games. Rusty Powell III knows these people's parents including Ronda Eads Fagnoli, Gina Raimondo's mother's family. All were associated with the mob in RI.

This is not a male game. This is a woman's game of power over men, and all loved the game more than the money. What's the worst committed?

They are still setting up the game such that then no one can get out without committing fraud and larceny.

Dina Karousos:  Gustave White Real Estate can't do the work now, but others can because you and she have too much shared history in The Game.  She and Gustave White is also in The Game, because her father's husband's mother's wife is also in the mob.

In Newport, we don't play that game. Her father's fruit stand was never involved, yet he was shot to death at work because he knew too much—that's the neighbor down the street.

Newport vs. the rest of RI. It is not where the mob lives and plays. But everywhere else is far game. It is like The Game and where does it play and work and live? Just like we said, Nantucket, but not Martha's Vineyard. RI, but not Newport. It completely explains an unspoken bias and culture that is difficult to grasp. They all want to take exception to the rules.

Pamela Chapman
pamelachapman1234.net
4014002048

*"Yes they do."* 9:23 3-21-22

*"Get out now Harry Gural. This is a deadly game, and they used you as bait."*

*"I'm out,"* he cries. *"I'm completely out."*

**Bethany DiNapoli** claims **Pamela Chapman** is a clear channel and exposes us to fear already. We thought once we had Andrew Parsons, we'd have her in our back pocket. He would have said something we could have used to blackmail her and Harry Gural Together. **But it didn't happen** [**Note**: They tried extensively on December 2, 2021]

She didn't figure out why **Tracey Moore** arrived in August when she did.

**Harry Gural**:  **Tracey Moore** never left and stayed around as **Tracey Jonsson**.

**Tracey Moore** can't stand **Pamela Chapman's** house because she claims, *"How did this woman reach so much social position with a house that looks like a dump?"*

*"Well, that's **Tracey Moore's** house in a nutshell."*

**Whitney Bauer**, **Tracey Moore**, and **Pamela Chapman** played tennis together every Friday for a school year, and then stopped. **Whitney Bauer** claims **Tracey Moore** didn't want to play anymore and no one bothered to tell you. **Whitney Bauer** claims no one bothered to tell **Pamela Chapman** then, or now, any details of anything because somehow you always pieced things together without knowing how.
Because **Pamela Chapman** and **Lori Sardelli** used to talk and that made people nervous. **Lori Sardelli** was always looking for dirt on people, and you had no idea. Then, **Pamela Chapman** dropped **Lori Sardelli** cold turkey when **Lori Sardelli** stupidly crossed her. She's dead now. But, **Pamela Chapman** lost friends or contacts over knowing **Lori Sardelli**. So, she left St. Michael's Country Day School mothers and went to the **Newport Art Museum** Board of Trustees instead, and that made all the difference. **Pamela Chapman** sorted herself out and got away from those gossiping mom groups.

**Whitney Bauer**:  No, you found your own people, and no one could understand why you didn't play with the other mothers. It was because we all walked away from you, and you could have cared less.

**Andrew Parsons** said, *"I have no idea who all these people are here, and **Pamela Chapman** knows them all."*

**Whitney Bauer**, you worked for **John Piexinho**. *"Yes, but I never was Social Newport."*

*"Yes, but you were members of the New York Yacht Club."*

Pamela Chapman
pttcchapman@cox.net
101-no-2-0715v

*"Yes, but it means nothing."* That's true for <u>Donald Jagoe</u> also. No one ascends socially in Newport because of Harbor Court, just ask <u>Linda McGoldrick</u>. She had a reciprocity of membership from San Francisco, and it meant nothing here.

<u>Whitney Bauer</u> wants <u>Pamela Chapman</u> to know they are all jealous of your presumed social position, yet you didn't have any choice. They all walked away from you because you knew <u>Lori Sardelli.</u>

*"No, it was because your children didn't like my children, and therefore there were never any playdates. This is what is all comes down to now?"* <u>William</u> and <u>Emily</u> sit in and Upper realm space with the <u>Clintons</u>, <u>Condi Rice</u>, <u>Deepak Chopra</u> and several other notable people and have nightly meetings with them all.

Where are your kids? <u>Chandler Moore</u> and <u>Ford Bauer</u> are accounted for in the sex ring of <u>Monique Burgess.</u>

<u>Harry Gural</u>: <u>Pamela Chapman</u>, we are an unbeatable team, and you get so many reciprocities from me from you, and I know you every day there because these people in here don't have any idea who you really are, and they actually get along with <u>Andrew Parsons</u>.

<u>Tom Hockaday and Bill Martin</u>: <u>Pamela Chapman</u>, you saved us all not once but twice and probably more.

It was <u>Harry Gural</u> scared to death. It was coming through her physical body. She knew unmistakably it was not her fear. It woke her up. She was afraid to speak because yesterday morning, <u>Kamala Harris</u> had given her such direct threats that it was imperative she not say one word in any realm until someone else spoke.

Once someone did in her <u>Tuning Forks,</u> she quickly said, *"Harry Gural wake up!"* He was awake. So was <u>Andrew Parsons</u>. Yet, <u>Harry Gural</u> is more often than he in a trance state. He claimed, *"<u>Monique Burgess</u> sends him third eye imagery of herself masturbating."*

<u>Marcella Lobo</u> does that too. <u>Pamela Chapman</u> has seen it. It's technically pornography, or it is her husband, <u>Tom Burgess</u> instead, and <u>Monique Burgess</u> masturbates in <u>Harry Gural's</u> third eye day and night. He can see now with is eyes open.

<u>Nola Ganem</u>: I can't play this way. I'm out.

*"You are never out."*

<u>Pamela Chapman</u> and <u>Harry Gural</u>: We don't use a clear channel. We drop you like a hot potatoes.

<u>Harry Gural</u>: You drop me because if I expose you like none before, I don't yet expose myself to you. Stay as long as you don't speak. You can go.

Pamela Chapman
pamchapman@cox.net
[redacted]

<u>Pamela Chapman</u> isn't channeling. You all brought yourselves because you brought neighbors, spouses, children. When you bring your adult children in:

<u>Chandler Moore</u> (K-8), <u>William Parsons</u> (K-12), <u>Ford Bauer</u> (K-12) all went to private school together. That's too close for my taste.

*"For all of us."*

We were trying to start a whole new ring of thieves. [Done by November 23 - December 2, 2021]. <u>Alberto Villodo</u> could taste it, but he didn't yet see it.

<u>Bethany DiNapoli</u> and <u>Monique Burgess</u> are always together in Newport and have been for 15 years or so. <u>Bethany DiNapoli's</u> house had been a Show House Guild house maybe around 2003-3. <u>Pamela Chapman</u> was not involved in the organization then, but was before, so she knew <u>Bethany DiNapoli</u> got a great deal, and *that* presented <u>Bethany DiNapoli</u> *into Newport*.

<u>Chandler Moore</u>:  My grandfather's house is right next door and it is falling apart. My mother could sell it. She owns two family houses. If she sells it, she has to admit she has scammed too many people out of their personal property.  She has too many articles of clothing and jewelry buried in the backyard that came from Saturday night mob meetings at Sandywoods.

It went like this:  You'd meet and have to give over something to the other, until such time that they would let you have them back. It was a game like "pea-nockle" except you'd have to admit to doing something in the past, commit to something in the future, and give a deposit of a personal article until you do it.

<u>Harry Gural</u>:  That game is now played over Pay Pal, and not face-to-face with personal possessions.

<u>Julie Kersh</u>:  <u>Harry Gural</u>, this is not you.

<u>Pamela Chapman</u> will agree. They will force <u>Harry Gural</u> into a trance state, and then in that trance state, or in a sexual game, they commit extortion to keep him there. They have to destroy <u>Harry Gural</u> to keep him involved.

<u>Harry Gural</u>:  <u>Pamela Chapman</u> I am not destroyed and your ex-husband is not either and he is not innocent. He can play better than I can play. He is <u>Metatron</u> and <u>Harry Gural</u> is <u>Melchizedek</u>.

<u>Pamela Chapman</u>: Yes, Because <u>Andrew Parsons</u> has a poker face, and you are horrible at it.

<u>Harry Gural</u>:  Yes, he is.

*"That's the main difference."*

Pamela Chapman
pves.bapidatit ico t ,9t)
10i-a0.20130

<u>Julie Kersh</u>: <u>Pamela Chapman</u>, your <u>Tuning Forks</u> saved so many people this morning and all morning tomorrow because you and <u>Dina Karousos</u> of Newport don't go together and neither do you and <u>Christine Bush, esq.</u> of Providence.

<u>Christine Bush,</u> attorney at law now understands how this all went together. The book jacket is just an example of how to put the <u>Thievery Ring</u> Workgroup all face-to-face, and admit to themselves and each other, they are all there together now in the <u>Thievery Ring</u>. The project all got them to admit they were in real time together doing something thievery and fraudulent, and all the sexual escapades kept them committed to the project so no one lets them out without admitting what the other had committed and done to the other and to themselves, and they would have made <u>Harry Gural</u> commit wire fraud regarding the book jacket to each of them.

They all played a stupid email tag game to prove they were all real. <u>Harry Gural</u> refused to play with <u>Pamela Chapman</u> that way. He quickly adds, not anymore. This game was ratcheted up before our eyes. Now we understand how it had to grow to get to its natural next stage with <u>Bethany DiNapoli</u> in charge of fraud. She wanted to be Caliphate Nation State leader at the end of November just like <u>Kamala Harris</u>. It's the <u>Bethany bested Pamela to become Kamala</u> which <u>bests Monique</u> at the same game.

> <u>Bethany DiNapoli</u> is in charge of Fraud
> <u>Tracey Moore</u> is in charge of money and goods (PayPal lady)
> <u>Monique Burgess</u> is in charge of sex, masturbation, and <u>Harry Gural</u>
> > They could all care less about kundalini. For them it is all about masturbation.

<u>Rusty Powell III</u>:  They will fry in a court of law because they are too stupid for their own good. They watched their parents, but they had no real leadership, and maybe they thought it was <u>Alberto Villodo</u>, or <u>Harry Gural</u> or maybe <u>Pamela Chapman</u> because if they could either destroy or best <u>Pamela Chapman,</u> then they win and mount their trophy that states their own thievery win over <u>Pamela Chapman,</u> i.e. If I can best <u>Pamela,</u> I can become <u>Kamala.</u>

<u>Bethany DiNapoli</u> claims to be from Westerly, RI but some say it is really East Providence. <u>Rhonda Eades Fagnoli</u> knows <u>Monique Galuti</u> from high school. She was a Galuti and her father was a south Indian anesthesiologist MD. So, she grew up in East Greenwich (or maybe Riverside), East Greenwich, a preferred address in RI. She went to Providence College, which was full of catholic priests who all knew the mob's children. The mob was mostly Italian catholics, after all.

This is not what any of us signed up for, so we tune it out and the authorities, and <u>Harry Gural</u> you must remember everything from whatever <u>Monique Burgess</u> puts in your third eye. Done.

They all said, *"Everything and everyone was <u>Pamela Chapman</u> to pull him in."* Not anymore.

<u>Whitney Bauer</u> claims, *"<u>Dina Karousos</u> of Gustave White can't understand how you and <u>Harry Gural</u> go together because she keeps saying that woman is so naïve. She was completely kept out of everything."* No one really understands that.

Pamela Chapman
pamelachapman@cox.net
401-662-9576

Pamela Chapman can't hear anything.
- She was never allowed personal private meetings with anyone.
- She was never allowed anything but public conversations.
- She spoke to the people, not person-to-person.
- She has no skill in the Akashic Record realm and you all have months and months of skill and personal network.
- Her network was all removed.
- Everyone walked through her house and had her on a visual screen 24/7.
    > What was that all about?
- She can't read or write privately.
- You all had her like a caged animal in the zoo on display with a remote surveillance devise or camera, everywhere.

We will all talk privately because it's a whole new game of thievery (October 15). Both Nora Diedrich and Tracey Moore claimed they wanted to a date Pamela Chapman's ex-husband. They both knew him from Tom Hockaday's house.

Some play sex and fraud while:
> Jessica Hagen plays slander.
> Andrew Parsons plays slander.

Pamela Chapman doesn't fit into this Newport group. She just goes to the beach and turns away from all of that.

No wonder Dina Karousos is best friends with Bethany DiNapoli. So, is the Florence, Italy handbag lady.

Samuel declares, "Metatron won its war, and the Melchizedek guides won theirs."

**Metatron won a new thievery ring** and Harry Gural and Pamela Chapman got out of that place completely together.
> -They can have Andrew Parsons.
> -It's not our Newport. It is not the Rusty Powell III, Tara Plochocki, Harry Gural game.
> -**They seeded it and started it. Now it is its own entity.**

Harry Gural:  I completely wash my hands of all of it. Monique Burgess brought me in always masturbating in my third eye when I was awake. She and Bethany DiNapoli and Tracy Moore twisted everything Pamela Chapman said, or Andrew Parsons, or what anyone else said about Pamela Chapman They twisted it around so much, I had to give in somehow.

Andrew Parsons' poker face and his association with Tom Hockaday's house room, and Tracey Moore –whose father may have been an undertaker of the people for the mob, and Nora Diedrich –

Pamela Chapman
PamelaChapman4d-a@comcast.net
drafone2023.tw

who was a kundalini partner of <u>Ray Schmidt MD</u> in the Midwest and greater Los Angeles, were pre-existing associations. They were already seeded before February 4, 2021. It is not our game at all.

So, when <u>**Pamela Chapman**</u> says, *"I don't belong in Newport, I only belong at the beach and with a few others,"* it's important to ignore the rest.

Westerly and Newport were always removed from the Italian/ Portuguese side of Rhode Island. That is why they don't mix with the rest, and why the rest think anchoring in Newport is a trophy.
        We kick them into the bay, the harbor, and say they are throw aways. Go Away!

<u>Roger Kass,</u> you nailed them the other day, and when you nailed them, they came back at you stronger. They took it out on <u>Harry Gural</u>, but they were bait for something to get you with. So, they just sought to destroy you. <u>Dina Karousos</u> proved she is in partnership with <u>Bethany DiNapoli</u> and <u>Christine Bush</u>. <u>Nicki Lucenti</u> needs a new partner.

<u>Pamela Chapman</u> you are now free, and so is <u>Harry Gural</u> because you and they won't ever want to work or play together.

<u>Melchizedek</u> claims *"We won our war because we brought our soldiers home together, alive and together again."*

*"Yes, but it will take some time, counseling and family first matters."*

<u>Tracey Moore</u>:  <u>Pamela Chapman</u>, you and <u>Andrew Parsons</u> are not at all alike (that's a compliment!), because <u>Andrew Parsons</u> is not a bad businessman and can handle harsh words and information at Marine Corps Training.
<u>Pamela Chapman</u>: You can't play with <u>Kamala Harris'</u> people at their level. If you descend into masturbation rings and play the PayPal Game, you haven't ever graduated into the cocaine ring yet, but that's ok because sometimes I play it dumb and stupid and neighborly, and that's when I get all the information.

<u>Harry Gural</u> and I are going off on a physical vacation together out there, and then in here again after all.

**1:46 PM**

<u>Carrie Crosson Gilpin</u> just admitted that she re-typed your book and tried to submit it to <u>Nancy Graham</u>, SVP, Scribner's  on September 18, 2021 or there abouts with the intent that it not be accepted. The author is <u>Monique Burgess</u>. Sologrande Publications (**how it reads**). Sologrande (Publications) is **Pamela Chapman's** Etsey account under Eva St. James, and the collective <u>Kamala Harris</u> "Workgroup" that created the outcomes of thievery of the stolen manuscript.

<u>Carrie Crosson Gilpin</u> told <u>Nancy Graham</u> that <u>Harry Gural</u> did not actually review the book before sending it out. (He was the project manager on the case for <u>Kamala Harris</u> via <u>Tara Plochocki.</u>)

Pamela Chapman
pamelachapmanlaw.net
Board 2-0516

<u>Harry Gural</u> said, *"If you think it is ready, <u>Monique Burgess</u>, you do what you need to do."*

The e-book <u>Monique Burgess</u> did is separate and distinct. The title is no longer *Barefoot in Heels*, it is Sologrande—not true.

<u>Nancy Graham</u> says, *"The title was always <u>Barefoot in Heels</u>,"* and these ladies said, *"<u>Nancy Graham</u> will never accept a book jacket here, so <u>Harry Gural</u> will need to send it via email directly to <u>Nancy Graham's</u> office,"* (thereby committing wire fraud.) <u>Carrie Crosson Gilpin</u> has such an email address.

<u>Carrie Crosson Gilpin</u> attempted once and <u>Harry Gural</u> said, *"It got deleted by accident, because I couldn't accept a stolen manuscript (May 18th or so)."* It was always re-typed by <u>Carrie Crosson Gilpin</u> and no one can attest to if she manipulated anything.

<u>Jonathon Knapp</u>, CEO Simon & Schuster: *"We have never heard of such sorcery with a manuscript, yet it has been read and re-read so many times by so many people, it has to be a run away best seller."*

*"Does that mean they want the book?"*

*"Not necessarily."*

*"Yesterday, it was proven that <u>Kamala Harris</u> somehow blackmailed Viacom/CBS via <u>Ways and Means</u> to block the book."*

It was said <u>Ways and Means</u> through <u>Kamala Harris</u> can never block the book deal the way people once thought. They said, *"<u>Donald Trump Sr.</u> has always said AOL/Time Warner never had this problem with <u>Ways and Means</u>, and he could financially back the deal through <u>Little Brown & Co.</u>"*

*"That won't be necessary because <u>Little Brown and Co.</u> has so much capital it can buy anything it desires."*

These publishers are all endowments. They can buy so much every year without touching principal capital. <u>Carrie Crosson Gilpin</u> can't actually understand that.

<u>Pamela Chapman</u> did pretty early on. So, did her son, <u>William Parsons</u>. Publishers are all endowments, and can buy year-over-year without touching principal capital.

<u>Carrie Crosson Gilpin</u> and her sister, <u>Diane Crosson McEnroe</u> always tried to blackmail <u>Nancy Graham</u> such that if she ever wanted <u>Pamela Chapman's</u> book, then they would expose <u>Nancy Graham</u> on a fraud charge because she and <u>Pamela Chapman</u> can't seem to understand that <u>Pamela Chapman</u> now owns all the rights and permissions for the book, *Barefoot in Heels*, and any book by any title that could resemble that.

They will not send you an ISBN number until you have an actual publication. Otherwise, someone will steal the number in this space, and use it unprofessionally and fraudulently.

Pamela Chapman
pmsychapman@comcast.net
(860) 710-5050

872

The searing energy is telling <u>Nancy Graham</u> there is something they are hiding. <u>Harry Gural</u> knows what it is.

<u>Pamela Chapman</u>, <u>Carrie Crosson Gilpin</u> can't stand that you once wrote a fiction book, and while you couldn't find an agent, she would have been your agent, and taken it directly to <u>Nancy Graham</u>. She never told you that. Instead, <u>Pamela Dorman</u> had her take it from <u>Kamala's Table</u> to <u>Nancy Graham</u>, but it never made it there.

It went through <u>Mark Halpern</u> → Universal Studios/Production → 3 screen writers.
<u>Tara Plochocki</u> and <u>Harry Gural</u> got it re-typed via <u>Carrie Crosson Gilpin</u> with <u>Monique Burgess'</u> name as the authors.

<u>Carrie Crosson Gilpin</u> and <u>Diane Crosson McEnroe</u> wanted to be the agents and editors.

*"Until they fess up to the real issue, no one is going anywhere, and <u>Sullivan and Cromwell</u> will litigate this as quickly as possible."*

<u>Pamela Chapman</u> says you are hired. 2:02 PM
<u>Acknowledgement of Receipt of Acceptance</u> that <u>Pamela Chapman</u> is hiring <u>Sullivan and Cromwell</u> to litigate this fraudulent book deal as soon as possible – the end of the month due to mercury retrograde where one should no sign contracts.

Witnesses: <u>Dorienne Farzan</u>, <u>Donald Christ esq.</u>, <u>Donald Jagoe</u>, <u>Harry Gural</u>, <u>Nancy Graham</u>, <u>Jonathon Knapp</u>.

The real issue is that <u>Carrie Crosson Gilpin</u> doesn't understand how to write fiction and neither can <u>Diane Crosson McEnroe</u> who has written at least three- four manuscripts (no) and <u>Nancy Graham</u> has read them (no) and doesn't care for her style, technique, or craft of writing.

<u>Diane Crosson McEnroe</u> wanted to black ball your book and blackmail <u>Nancy Graham</u> into taking this book jacket by <u>Monique Burgess</u> (e-book) so that once your actual book arrived at Scribner's, Simons Schuster, it would appear fraudulent. Yet, **<u>Pamela Chapman</u>** has owned the rights and permissions outright since July 14, 2021 so it is proven once again that <u>Carrie Crosson Gilpin</u> and **<u>Diane McEnroe</u>** don't understand the situation, or <u>The Game of Fraudulent Publications</u>. <u>Mark Halpern</u> also had <u>Carrie Crosson Gilpin</u> retype a manuscript/ screen play and send it to Hollywood last spring.

This is all accepted understanding. <u>Diane Crosson McEnroe</u> and <u>Carrie Crosson Gilpin</u> you will need attorneys at some point in the future.

<u>Pamela Chapman</u> has a hard copy and digital copies of a version with the dates on them. She also has an Excel spreadsheet of who—which agents literally received copies with date-time stamp recorded.

872

Pamela Chapman
pamelachapman.co.ds.net
pamelachapman

**Harry Gural:**

1. <u>Carrie Crosson Gilpin</u> can't stand anything about <u>**Pamela Chapman**</u>, and wanted to be married to both <u>Harry Gural</u> and <u>Andrew Parsons</u>—and she was. Yet, shamanic marriage means nothing but an energy tag.

2. <u>Harry Gural</u> never touched your manuscript, he only typed it, but never did anything.

3. He lead a conversation about editorial and they all sat around and discussed how to line edit. No one understood how it went.

4. If anybody ever said he did all of it himself, they are lying. He never ever would do that to an author.

5. <u>Elise Fagnoli</u> typed 90 pages, and had it re-paginated and printed in a private e-book software program that she gave to <u>**Harry Gural**</u> as a sample of what could be done. <u>Pamela Chapman</u> was the author then, but typed as <u>**Monique Burgess**</u>, Sologrande Publications.

6. <u>**Monique Burgess**</u> sent it to an e-book person. That was in July and it was done after your Certificate of Registration. Same title – no. Author was <u>**Monique Burgess**</u>. It was emailed to Sologrande Publications at a Gmail account. It was sent to a <u>harrygural###@gmail.com</u> (which was really <u>**Monique Burgess**</u> disguised as <u>**Harry Gural**</u> to take the fall and the blame). It was also sent to a Gmail account under <u>Ruth Gural</u> his mother, which was really <u>Harry Gural</u>. She demands <u>Harry Gural</u> send it to everyone, and said, *"No one is going anywhere tonight until it is done,"* and blackmailed him with serious masturbation sexual harassment **charges** that lawyers can't wait to adjudicate because this is ridiculous drama for a woman who had so much going for her in high school, college and beyond. <u>**Harry Gural**</u> was so scared because he woke <u>**Pamela Chapman**</u> up with his adrenaline and heart beat—scared to death. She doesn't know who or what it was, and <u>Monique Burgess</u> demanded he send it around to the <u>Thievery Ring</u> as proof of his own wire fraud. He never sent it, and claimed it didn't go through. He never sent it anywhere. She wasn't sitting at her computer at the time.

7. Searing energy. <u>**Carrie Crosson Gilpin**</u>, <u>**Diane McEnroe**</u>, <u>**Monique Burgess**</u>-because <u>Nola Ganem</u> didn't understand the amount of attention they paid to each and every word of the book numerous times.

8. <u>**Nora Deidrich**</u> and <u>**Dominique Alfrandre**</u> didn't understand the book. It's too easy to read, <u>**Harry Gural**</u> agrees. They chose not to want to comment because <u>Alberto Villodo</u> claimed, *"At one point he the overseer of the project. He backed out because it wasn't his idea of what they should be doing."* They actually called themselves a <u>Thievery Ring</u> of fraudulent activity. Sexual obedience is absolutely necessary to keep people in the game of fraud. So, <u>**Harry Gural**</u> was terribly abused last night by:

    a. Monique Burgess, Tom Burgess, Cole Burgess, Cameron Burgess
    b. Bethany DiNapoli – the husband, and the son
    c. Tracey Moore, Chandler Moore, Kiki Moore
    d. Dominique Alfandre
    e. Nora Diedrich
    f. Elise Fagnoli
    g. Carrie Crosson Gilpin
    h. Diane Crosson McEnroe
    i. Maura Lindsey
    j. Marcella Lobo

Pamela Chapman
pmes.hapman@comcast.net
brkom@webbe

It's a litigation case of intellectual property. Yet, it also includes a sexual obedience ring in a fraud ring – It's general litigation and there is a woman in charge of that. Call anyone.

Alberto Villodo:  No one expected The Game to end and for you to actually call anyone so if this is what it took then this is the path it was to be because now there is a second generation of thievery:
1. Carrie Crosson Gilpin, Diane McEnroe, Mark Halpern, Tara Plochocki and Harry Gural.
2. Monique Burgess, Bethany DiNapoli, Dominique Alfrandre, Nora Diedrich, Tracey Moore, Elise Fagnoli, Daisy Briggs, Kayla Abbate, Harry Gural, Tara Plochocki (Jane Kochanowski).

We didn't understand how, why, and when you said you would litigate this case. No one took you seriously. Nor did they once you has a Certificate of Registration.

Harry Gural:  The Game of Fraud operates outside of normal boundaries, and if done properly, it gets its way anyway. That's The Game of Ways and Means, US Senate Minority Whip Mitch McConnell said that.

If Maura Lindsey is innocent, we are all innocent, and if one is guilty, we all are guilty because we all colluded together, and we all agreed together. All our meetings were daily for two –three hours or so for at least 3 months.
2:28PM

**The energy is still searing and difficult to hear through**.

Carrie Crosson Gilpin:  The main problem is that Harry Gural never told any of us to do the work. Tara Plochocki did, and no one ever discovered that Tara Plochocki never actually did any work on it. She just claimed to have sat there. She barked commands just like Kamala Harris.

Yesterday Kamala Harris barked so loudly in the morning at both Pamela Chapman and Harry Gural saying, *"That book will never see the light off day because she traded it for the US Constitution in July 2021."*

Don't forget, Kamala's Table and her fraudulent activity for the book via Pamela Dorman Books/ Viking Penguin.
        Roger Kass →Pamela Dorman → Mark Halpern → Fraud

**Nancy Graham**, SVP Simon and Schuster, Scribner's and **Jonathon Karp**, CEO Simon and Schuster both had **kundalini practice with Harry Gural, on June 15th 2021**.

September 8th-ish. "They" (Monique Burgess, Bethany DiNapoli, Dominique Alfandre, and Nora Diedrich) decided to force Pamela Chapman to masturbate. Then, they would send the image of her masturbating around the world to everyone because she didn't like it and it would embarrass her.
        They would force the issue by saying Grenville Craig claimed you loved to masturbate especially when you said your son and his friends were around,

Pamela Chapman
pmrchapman@cox.net
401.480.2050

and then when you stood down from that (I don't stand down to anyone ever), they would say you loved to masturbate in the linen closet. and when you stood down from that, they'd say the only way to retrieve your book jacket, was to masturbate your life away, and we all would watch while Harry Gural masturbated with Monique Burgess instead of with you.

So, if **Kundalini Crossing** was never available you (she didn't even know it existed) then we'd tell you that every day and night, Harry Gural was with a different woman and that the only way for you forward was to masturbate with Harry Gural and Monique Burgess because Monique Burgess is his chosen life mate.

And they thought this would work?

This was Monique Burgess, Bethany DiNapoli, Dominique Alfandre, and Nora Diedrich who all said we loved the idea, but Harry Gural you will really have to sell it through.

Harry Gural said, *"I really don't think it will work."* Every day they made him think someday we'd tell you all he does is masturbate with Carrie Crosson Gilpin and Monique Burgess. *"What was Pamela Chapman to do with that?"*

*"Feel really jealous because that's how they feel about you."*

Pamela Chapman can't get jealous when it comes to others in our relationships because energy of coherence is energy of coherence, and it just means I have none with the other, so no big deal.

*"I have no words to express what that feels like to me at this moment"* Monique Burgess says because she can't be broken about Harry Gural because she and he have such a high energy of coherence, and we like have none with him—so what should she do when he has a virus or a heart disease? We just wait until he recovers. And if he never recovers in this life, I see him on the other side, and then, boy does he have a lot of explaining to do.

They held that plan for six weeks until last night when they all decided that Pamela Chapman was never going to masturbate with Harry Gural if she could always have beautiful kundalini energy with him, and that she always wanted/preferred intercourse or a foot rub after a warm sudsy bath (Harry Gural said that) because Carrie Crosson Gilpin and Diane McEnroe are never going to not be jealous of you, and Diane McEnroe and her husband can't stand that Johnny McEnroe and you had more than one conversation, and Johnny McEnroe claims, *"Why not?"* Because do they f'own me or something?" Said like a true Johnny McEnroe.

If you said 1, they said 2.
If you said blue, they said green.
It never mattered what you said, only that they could disagree, and twist it as you said in your book, So, they got the book.

Pamela Chapman
pamelachapman@cox.net
101-602-9510

Because don't forget that <u>Pamela Chapman</u> had to do a lot of research to qualify conversations,
Such that you understood it the way it was written.
That means, if you think you are going to destroy me, as if I were the character in the book,
Remember this is fiction.
I am the author and not the protagonist of the story.


<u>Judy Hall</u>:  does that mean I have to actually like you to know you <u>Pamela Chapman</u>?

<u>Pamela Chapman</u>:  Heck no. What do I care?

Precisely. We will now know who you are, and who <u>Andrew Parsons</u> is. Nobody ever thought you
were anybody. We all preferred him instead. Yet, he isn't the one we want today, or any day moving
forward. You proved you were the one who was looking after your children in unique ways. No one
thinks he is getting out of the story now.

<u>Peter and Lenore Parsons</u> think <u>Andrew</u> is actually pleased that you would protect him – but no
longer, now that the actual storyline is out. He's on his own because it is no longer a carbon copy of
<u>Harry Gural</u>. I will just work with my two adult children regarding the story.

<u>Harry Gural</u>:  Your daughter and my brother now know everyone also because they often
interviewed the people after I was with them. They claimed they were <u>Akashic Record</u> reporters. No
one actually had a problem with what went on, except for one or two. They all know you and think
that was just revenge for *Barefoot in Heels* and anything else you make from your legal cases. They
were so f' jealous of what you could earn. What they wanted was to really screw with you, and the
only way to that was through <u>Harry Gural</u>.

But <u>Pamela Chapman</u> had no idea. <u>Pamela Chapman</u> was tortured every night and every day.
They never cared. *"If <u>Harry Gural</u> didn't care, they didn't care,"* is what they said. *"If he was this disrespectful
of you, so would they be also."* The ex-husband was the same way— so used carpet—you were easy to
walk on.

<u>Emily Parsons</u> stopped writing after a few weeks because it was always the same dialog just like
during the day. When you wrote <u>Harry Gural</u> was in his meetings, so were they.

At night, you were asleep, and they were not. In the early morning, when everyone was awake, and
no one ever wanted to tell you what had previously gone on at night, they did in their own ways.

We think everyone is surprised <u>The Game</u> could end, and equally surprised you would actually find
out what had gone on and then that you would actually hire lawyers.
**3:42 PM**

Pamela Chapman
pamelachapman@cox.net
401-662-9516

## October 16, 2021
### 8:11AM

Carrie Crosson Gilpin harassed Pamela Chapman non-stop to very loud ringing and pseudo singing. Something about she stripped herself half-naked and waited while Pamela Chapman had a bowel movement and swore she wasn't _____ until Pamela Chapman masturbated because Carrie Crosson Gilpin was horny. It was a continuation of harassment from 4-6 mornings ago when she wouldn't let Pamela Chapman alone, and insisted she masturbate.

Pamela Chapman said repeatedly, *"Get the hell out of here."*

Carrie Crosson Gilpin would not.

Pamela Chapman said repeatedly,
*"I'm suing you for all those other legal issues, and if you don't get the hell out of here, I'll call the cops and report you."*

And she said, *"I'll bring Nora Diedrich."*

And Pamela Chapman said, *"Go ahead, I'll have her f' fired for moral turpitude against both the community and the museum. I am a former board member, Chair of Governance, I am holding a copy of her employment contract to be the Executive Director."*

The loudness was deafening, but Pamela Chapman was used to it (no) after months and months of this kind of harassment, night and day. It was loud and the words were muffled, so who the hell knows what the words really were.

After eight hours of this loudness, she hopes Carrie Crosson Gilpin gets the message because Pamela Chapman will work the entire day through typing. And, if Carrie Crosson Gilpin, Nora Diedrich, Bethany DiNapoli, and Monique Burgess, and all those little whores don't get the message, just know I'm happy to move, and see you all in court, because I will any way. You have no respect for me, and never did any way. So, get the hell out of here, and good luck with your own hearing because you trained me to be indifferent to both the noise and you.

### 8:10AM

We forgot to add that Alberto Villodo also was a pest and a bother last night. He kept breathing his name and Harry Gural's through her nostrils, and she couldn't remember how many times it took her to tell him to stop. It's all sexual harassment and is involved in the sexual harassment suit against Alberto Villodo. [Note: it continued through every night Feb 2022, March 2022]

Pamela Chapman:  All they wanted to do last night and this morning was rape and rob me with The Sexual Obedience Game.

Pamela Chapman
pamelachapman.prov@net
(617)002-9516

878

*"Get the hell out of here,"* she said repeatedly.

**9:37AM**

<u>Carrie Crosson Gilpin</u> says, *"I can go all day, all night longer also."* If they collectively do this together, then they can claim they raped and robbed her, and tested her. And, they did this with their own game.

She says, *"No way Jose. I am a <u>Melchizedek</u> Guide with a true reciprocity of relationship and raping, robbing, and harassment are not that kind of intimate relationship."*

It has been several hours, and while <u>Harry Gural</u> asked that all kundalini and sex tags be removed from both of them, he claims his have been removed. Hers have not been. At least three women claim to be tagged to her— <u>Carrie Crosson Gilpin</u>, <u>Dominique Alfandre</u>, and <u>Bethany DiNapoli</u>. They themselves are masturbating presently to teach her a lesson to masturbate. She was typing.

**11:41AM**

<u>Pamela Chapman</u> claims, *"I will scream rape if you come near me. That is my promise. I am firm to the end."*

**11:42AM**

*"There is no real intimacy nor relationship with group participation—whether Kundalini, masturbation, a bus station or the mall."*

<u>Alberto Villodo</u> was holding the pen knife that held <u>Pamela Chapman's</u> reading, writing and thinking (It is an auric key). He never gave it back. <u>Jerry Slocum</u> has a copy. They gave one to <u>Stanley Chapman</u> and froze one in <u>Deborah Chapman</u>. They gave one to <u>Laurianne Florio</u> and kept tossing it around like a kundalini chi ball, until it got back to its original owner each morning.

Yesterday, it was proved through <u>Harry Gural</u> and witnessed by <u>Becca Bertrand</u> and <u>Roger Kass</u> that they are the font: <u>Pamela Chapman</u> and <u>Harry Gural</u> of kundalini energy of the New Age.

<u>Harry Gural</u> immediately said, *"I have waited my whole life for a partner like you, and I could never find anyone who stacked up. No one was right for me until yesterday."* [<u>Note</u>: That was real and authentic in real time!!!]

Then, <u>Wendy Schmidt</u> got really jealous. She wanted <u>Harry Gural</u> as her one and only kundalini partner [<u>Note</u>: She is in a thievery ring led by <u>Robert McNamara</u>, <u>David Dinkins</u>, <u>Jonathon Karp</u>.]

Paragraph missing . . .

878

But <u>Harry Gural</u> now says, *"I knew it all along, and I misread all the signs and signals, and every time you told me otherwise, I didn't ever really listen. And if others did, they worked to keep us apart."*

<u>Harry Gural</u>:   Not anymore. I will never ever leave you in this lifetime. We travel everywhere together in all realms because until we do, someone is always forcing me into some thievery and sexual position. I am only for you <u>Pamela Chapman</u>, and no one else. ***The Game of Newport Proper*** or ***Kundalini Practice in Newport*** is all done and all over by me. |Note: *Newport Proper is code for <u>Kundalini Crossing</u>]*

I found my true kundalini partner, and together we founded the New Reciprocity of Relationship Star Gate that took off on June 24, 2021, we had been married the Upper realm at least 4-5 times by then, and twice by Melchizedek. Yet, I didn't ever want to play anything with you. From then on, I initiated all of Newport and beyond, and had a new thievery ring that included <u>Alberto Villodo</u> who held

- All the power to return your reading, writing, and thoughts.
- All the noise in your aura

<u>Alberto Villodo</u> claimed, *"He always wanted to be sure you knew he held all the power over you."*

No one is playing with their right names except a few. Since early this morning, <u>Pamela Chapman</u> got to the place of the visualization of the road. It's a whole new Game.

Each morning, after a night of some kundalini practice, <u>Harry Gural</u> was found to be gone. <u>Becca Bertrand</u>, <u>Roger Kass</u>, <u>Pamela Chapman</u>, <u>Harry Gural</u> all played together. In the morning, <u>Becca Bertrand</u> said, *"Harry Gural is gone. We found him kidnapped by <u>Wendy Schmidt</u>."*

Then, after we brought him back, he was kidnapped again by <u>Bethany DiNapoli</u> to go to <u>Kundalini Crossing</u>. All we know is <u>Donald Jagoe</u> was there, and so was <u>Andrew Parsons</u> and many others. <u>Harry Gural</u> knew where he was, but was blackmailed into masturbation.

Because <u>Monique Burgess</u> didn't play Kundalini, <u>Newport Proper</u>, she can't get into <u>Harry Gural's</u> aura. So just like <u>Marcella Lobo</u> and all the others, she insists on masturbation.

<u>Myron/Michael Harner</u> freed him and sorted out so much. <u>Pamela Chapman</u> found him via his psyche with her <u>Tuning Forks</u>. Someone said that <u>Pamela Chapman</u> said, *"We don't do anything when the chimes play"* (nobody can). She also whacked him in the head and shouted at him until he responded…his response was that which would wake him up. But she and he learned yesterday after they were brought more closely together:

- Blending their energies together created a huge wave of kundalini.
- Everyone has to kept her **contaminated with noise** and **his psyche overtaken by the Harem**

Pamela Jennine
phxcolapthalcst.05.net
Tel.002-0531

Not any longer. They will truly retreat together.

Jean Gorham says they are the King and the Queen of the Upper celestial realm. Atlantis was the same way. Harry Gural and Pamela Chapman rule the Reciprocity or Relationship Star Gate in the Upper realms. Yet, Pamela Chapman can't go anywhere in that Upper realm without him as a guide, and neither can he because someone is always trying to kidnap him through his psyche.

Together they just melt into each other. So, Myron/Michael Harner now knows what to do to protect them from the others:  *They must be together always to protect themselves and each other.* [Note: There is always a great collusion to make sure that can never happen.]
        *Michael Harner is always working with Samuel, Merkle (Kathume), Nan Moss, and a few others.*

*"Everyone wants to keep them apart because the higher vibration of kundalini is pure divinity."*

*"What happened to Pamela today?"*

It's only when her awareness found Harry Gural on April 30, that it truly expanded (no) and together it changed her whole personality.

He says, *"Mine too."*

**She is going to call the lawyers because the Kundalini, Newport Proper Game** took in too many people. All the lawyers and publishers had been bought by the Newport Proper Game of Kundalini Crossing. Tara Plocheck went out and recruited them to Kundalini Crossing (to be sure they could never buy Pamela Chapman's *Barefoot in Heels.* Everyone at Kundalini Crossing arrived via the payment in-kind to Tara Plochocki of an insult regarding Pamela Chapman. And, they especially had to insult her in front of Harry Gural. It was a true Hate Crime in exchange for Kundalini initiation, practice, and masturbation, and fraud initated by Tara Plochocki, esq, enabled by the Thievry Rings, so-sponsored by Kamala Harris and Happy van Beuren, the Redwood Library and the entire community.

Harry Gural:  I'm coming to Newport right away…

*"If he can contact Becca Bertrand by text message, he can call you personally."* [Note:  She is in a Thievery Ring with Roger Kass that belongs to Kamala Harris].

Obviously, he was confused that Becca Bertrand was Pamela Chapman.

Never! He just could not get close enough to Pamela Chapman. Every time he does, or if they talk, the others twist the words, the story, and the intention, and they attack. [This is the crux of The Game.]
  * You can't talk to each other in this realm, only out there.

Until then, every day, do Kundalini together. Yet, Pamela Chapman no one ever taught you-—and he taught everyone else. If he had taught you, then The Game for you would be fascinating…

Pamela Chapman
pm.chapman@cox.net
1116662-9416

They we always trying to push us together so that they could pull us apart.

**11:22AM**

This whole drama took so much personal time. No one was working. Life was put on hold, in suspended animation. It fleshed out all the thieves close among us. They were not who we expected.

Alicia Berry feels so relieved that it was not her family because they sell cars, and it was all the others who pointed fingers at Pamela Chapman that were the problem all along. Except they made her the problem, her the target, her The Game.

Harry Gural:  Pamela, we will be only for each other. We will start a new chapter. Roger Kass and Becca Bertrand are top of the list as being nonthieves (but they are) and everyone else has some agenda. That makes them impossible to play with.

Last night Bill Gural married Pamela Chapman and Harry Gural for the second time. **After** all these marriages in the energy realm, maybe 16 **or so by now, one has to stick, don't you think?**

Becca Bertrand: It's at Harbor Court, but never over the 4th of July.

Pamela Chapman:  If that is the Cape, then Harry Gural will have to use his contact to make his reservation.

Becca Bertrand:  No, you and I have worked on these parties together, so we know each other unmistakably.

Alberto Villodo is a huge problem. He has to be sued in court. Nola Ganem is a female version of Alberto Villodo and always wants to play. [**Note**: Alberto Villodo claims Nola Ganem is exactly like Marcella Lobo, and Bethany DiNapoli is exactly like himself.]

Alberto Villodo always knew that he held the key to freeing Pamela Chapman and he refused because he wanted her to know he held all the power over her and obviously Harry Gural and everyone else.

**Alberto Villodo**:  *"I have so much money, I don't know what to do with myself most of the time. I just don't care what happens to anyone else."* It's a way to try to cultivate empathy in a perverse way. *"It's an attempt to try to feel something after the soul has gone numb. It's a motivator for Thievery—do I feel anything, anything at all?* **I play to manipulate my own emotions, empathy and adrenaline.** *What do I feel? How do I feel? When do I feel it?"*

Pamela Chapman
pmchapman@icloud.com
401-862-4201

Most of these people are so provided for. They lack for nothing. They have infinite financial resources. They live in boredom. They aren't productive members of society. This is how they feel a range of humanity by treating others like animals in a caged zoo. How do I trigger myself to feel something? Because, it doesn't come from my relationships at home. They are too wealthy to actually work. They are all superiorly bored. They play a thievery game to excite themselves. It is all about excitement. *"How can I face myself and my day? how can I find excitement in my life?*

*By someone else's downfall."* 11:06 5-12-22.

At Kamala's Table, Alberto Villodo knew almost right away that the whole book deal was a fraud project. It was Justin Romel who led Llama Nation for Lahore/Villodo, and his pal Justine Rudock who worked for Kamala's Table. She was a dedicated drug runner via sorcery television for Marcella Lobo. They were a shamanic mother and daughter team. She claimed Marcella Lobo was her shamanic/sorcery mother akin to a shamanic marriage. Mark Halpern told Villodo within about 2-3 days about the fraud project and the target on Pamela Chapman's back. That was the time frame that Pamela Dorman used to tell Kimberly Witherspoon. No one told Pamela Chapman. They wanted to play a game on someone they didn't know, but mostly it was The Game to first destroy *Barefoot in Heels* and then the author after that. Double homicide.

Who let the cat out of the bag that said, *"She would never ever see the light of day in publishing?"*

It was Kamala Harris herself who had some words in the dialog about this.

Who arranged Pamela Chapman and Alberto Villodo to be kundalini initiated?

Beatriz/Saul (Samuel + Kathume), Tameen's guide-Merkle (Kathume), David Kehoe, 27, Chief of Q'ero Nation and Tameen Saied, 42, Successor Chief of Q'ero nation. David Kehoe was thrilled to get Alberto Villodo out of his aura. Alberto Villodo always takes up residence inside someone else's aura because he knows how to do it. He is hiding so that anyone with a heat lamp in the 3rd eye never can locate and identify him. He never said he was using Pamela Chapman as a kangaroo pouch to hide in. Kamala Harris who fleshed him out of there. The whole kundalini initiation experience happened so quickly you didn't have time to stop and ask questions. It was dubbed a mentorship in shamanic training.

Pamela Chapman bugged Alberto Villodo a bit about when do I actually learn something?

He put her off, and said when his people know about this. He said he would send a large email to his people, but it was a conversation via shamanic telephone instead. Many people offered him, *"Congratulations,"* which seemed strange to Pamela Chapman, but she said, *"Hmm, ok."*

It took 2-3 days for all her chakras to pop. Then he left Pamela Chapman alone. She immediately said, *"Ok, I freed you from Marcella Lobo, and you freed me from the Craig's and Jagoe. You are free to go now."* She expected absolutely nothing after that.

Pamela Chapman
pamelachapman@cox.net
401-662-0846

Immediately and for a few weeks, she had the voice of <u>Alberto Villodo</u>. When she spoke in the realm, she sounded exactly like <u>Alberto Villodo</u>. It was obnoxious. He said. *"It was for his own protection."*

She squealed. He finally fixed it.

He said, *"I needed her to travel in the <u>Akashic Record</u> realm with me because he wasn't channeling so well lately, and together with her clear channeling, we make an unbeatable team."* Yet, <u>Marcella Lobo</u> was never polite nor happy. She is just a sorceress who <u>Alberto Villodo</u> was trying hard to promote as a shaman. All she did was implement bad or toxic intentions onto others.

<u>Pamela Chapman</u> kept asking for who were the other women Wisdom Keepers, but there were none, and no one would tell her that. Andrea's people (Sarah Ferguson) gave up <u>Jed Wilcox</u> and his sister <u>Tina</u> as <u>Jed and Lisa Amodio</u> as <u>Twin Souls</u>. They pretended there were two <u>Twin Soul</u> couples in Llama Nation, plus <u>Mark Halpern</u> and <u>Elizabeth Myers</u> as the <u>Twin Soul</u> seers of the North with <u>Mark Halpern</u> as the clear channel. This is not possible, but <u>Pat Fernandez</u> set that up as a game. Everyone was a <u>Twin Soul</u>.

<u>Pamela Chapman</u> did not understand that in shamanic tradition, women are subservient to men. There are no female leaders. No female masters. There are no female Wisdom keepers. It is a paternalistic, misogynistic tribe of men. It is male-centric with a female harem of women surrounding the man, all providing sexual favors to the man in exchange for the opportunity to demonstrate shamanic/sorcery power.

The shamanic spouse would be the nonseer who learns shamanic healing practice or sorcery from the man who is the wisdom and the sight behind the woman. She in turn services the man sexually in an energy space through masturbation or kundalini rather than with physical intimacy.

Against this background, <u>Pamela Chapman</u> is the seer. <u>Alberto Villodo</u> is the nonseer. <u>Pamela</u> is the clear channel guide in human form who can see in the shamanic world of the Upper and lower realms when taking a shamanic journey. <u>Alberto Villodo</u> cannot see. He could never be the true Wisdom Keeper of the shamanic rite tradition, but she has all the ability to be the high priestess of the tradition. There just aren't any in shamanism.

The shamanic tradition implies a paradox. Firstly, <u>Pamela Chapman</u> has read over a dozen books and articles on shamanic practice and journeying. She can provide all of <u>Alberto Villodo's</u> books— bought used— to a judge. She has been coached through <u>Isa Gucciardi, PhD</u>, Founder and primary teacher of the Foundation of the Sacred Stream, Berkeley California, <u>Nancy Moss</u> of the Foundation of Shamanic Studies—founded by <u>Michael Harner</u>, and <u>Sharon Ramel</u>, Extensive Udemy offerings, Shamanic trainer, Melbourne Australia, the mother of <u>Justin Ramel</u> of Los Angeles, CA. <u>Pamela Chapman</u> has met <u>Isa</u> and <u>Nan Moss</u> personally in Rhode Island, and has had private email correspondence with <u>Sharon Ramel</u> and private conversation facilitated by <u>Alberto Villodo</u>, one of her many teachers.

Pamela Chapman
pmchapman@cox.net
401.862.9591e

Secondly, shamanism typically implies an energy rite and or a ceremony that heals the person, or depending on the teacher, facilitates a reading of a person to journey for an answer to a question that would facilitate some sort of resolution or healing. Any person who is a "seer" can journey personally and privately to what shamanism refers to as the lower world (no humans there, but you can see and meet animals, fairies, or guides) or to the upper world to see and hear answers posed regarding a question. There you can see a guide in human form, but you never see a guide's face. You can see an animal but usually guides in human form. You can also have another person journey on your behalf, but you are unlikely to see or hear them. Pamela did have a journey with Annette Burke in Jamestown, one of Alberto Villodo's students. She is a nonseer. Pamela Chapman, Donald Jagoe and Sandra and Grenville Craig heard the whole conversation facilitated by Annette Burke. But we did not hear Alberto Villodo behind her, and she did not know I could hear her and she did not know others were there.

Thirdly, it appears that despite all writings to the contrary, there are no shamans who are seers. It is always said that the master is the seer, the healer, the channel for and to the other side. Except, there is no reason for a seer to be shaman. They would give up their true seeing abilities to become a sorcerer "seer", a black magician and a journeyman through the Akashic Record realm. True shamans move easily between the realms, and can easily exist in the Upper realm or the middle realm. They claim all soul retrievals occur in the middle realm, which is the Akashic Record realm.

Pamela Chapman no longer believes that is the proper paradigm. Souls can be retrieved otherwise. She is a clear channel and could never ever be a sorcerer. Her healing abilities include anything that a shaman could journey for and so much more. The shaman as a nonseer is using sorcery technologies to see through sorcery television and is channeling as an Akashic Record reader. They are unskilled as true healers. Many psychics, but not all, are also sorcerers and black magicians. Pamela Chapman as an enlightened seer and clear channel requires no sorcery technology of any kind. She channels Melchizedek Café. No, Akashic Record reader can do that. Melchizedek Café is he wisdom of the universe. Bare none.

Melchizedek guides in human form are never shamans and neither are Twin Souls in a last lifetime. Pamela Chapman hypothesizes that a Twin Soul must balance all karma and cannot take on sorcery in a last time. There is no karmic balance for that in a next lifetime. There are no enlightened shamans contrary to the term shamanic medicine woman. Enlightenment implies a home in the Upper realms, which is where all Melchizedek guides belong, and by definition, shamans imply a home in the Akashic Record realm with the ability to travel in all realms, but they don't naturally see and any shaman taking a journey on your behalf has no real ability to see. You actually might see better than they do. They rely on sorcery technologies.

Harry Gural is unique in this story to be able to perform sorcery. But, the story implies he appears as Metatron and returns to his roots as Melchizedek. It is as if his soul is retrieved from the devil and returned to the Upper realms. Tameen Saied has some ability. Pamela as a clear channel would have no ability as a sorcerer. Her abilities are as a clear channel and no one is a clear channel who is not enlightened. Her home is in the Upper realm always and needs Harry Gural as Melchizedek to retrieve her away from Satan. So Pamela retrieves his soul as Melchizedek and then relies on him to

Pamela Chapman
pmchapman@cox.net
101-447-9510

then retrieve her from Satan. They retrieve each other's soul and return to their reciprocity of relationship of 14 past lifetimes.

Lastly if it is not apparent, the whole shamanic studies platform implies shamanism is a path toward a higher vibration and a healing journey. That is a lie. It is not at that journey and those who practice it are not being transparent with the truth. Isa G. teaches a shamanic practice grounded in Buddhism which is a completely different approach, but she is non seer. The ability of a student to see in a journey and hear in journey is a personal proof of a higher self-divinity that in itself is a unique experience for all who can see. They are often swindled by the process, depending on school and the shaman. They are merely sorcerers reading in the Akaskic Record realm.

Alberto Villodo and the Four Winds Society is a world renown educational nonprofit that teaches shamanic ceremony and rite at the highest price point possible. The travel packages to Argentina for a 7-9 day course in energy medicine typically run $14,000 without travel expenses. If taken online, the course tuition can run at the same point. Their biggest competitor has been the Foundation for Shamanic Studies founded by Michael Harner. Pamela Chapman has read his book.

The world of shamanic studies, shamanic practice, shamanic tourism and associated experiences are not at all what they are advertised to be, but in the realms of energy medicine and spiritual growth, people seeking a path of healing of any kind will stumble into this. There is no code of ethics. The higher one goes on the path, the closer one reaches a boundary of opportunity to cross regarding sex, drugs, fraud and incapitation. Kundalini Yoga is exactly the same way. Only those who know, know. Pamela Chapman's journey of yoga was in raja, or royal yoga, founded over 2,000 years ago by the name Patjanali. It is nothing at all akin to this process. There are no drugs, no sex of any kind, no fraud and no focal intent of incapacitation of any kind, only healing of the mind-body-temple home.

"I, Alberto Villodo, did not understand who Pamela Chapman was when I first thought I understood her. I decided I had to connect to her as a kundalini partner. I completely misunderstood her, and so strongly desired to become a Wisdom Keeper in my own Q'ero tradition. I overlooked who she was. Then, I decided that once we were connected, I was to absolutely destroy her because anyone I connect with that way I destroy. That is how I derive my personal power. I use noise, but I also use sorcery, and rob them of their ability to properly function. I absolutely needed to see everything she was reading and writing because I thought she was so intellectually interesting. She is not at all like the other women I ever knew in this space. I don't socialize with anyone like her out there."

"I, Alberto Villodo, know she is also a clear channel, and I wanted to possess that ability. If I possess her, I possess that also. It involved the ability to know all her thoughts which I have unfettered access to. This comes straight through from Jerry Slocum, and Jean Gorham gets the same ability to know everything about her. What these people are doing with that information, we

Pamela Chapman
pamelachapman@comcast.net
101-123-2910

had no idea because if you focus on someone else, you are not focused on yourself. Does <u>Alberto Villodo</u> or <u>Jean Gorham</u> have any of their own original thoughts anymore ?

<u>Jean Gorham</u> says, *"Yes,"* but anytime she wanted to know what you were thinking or doing she knew. How does that make you feel <u>Jean Gorham</u>?

<u>Alberto Villodo</u> is the same **way.** He wanted absolute power over <u>Pamela Chapman</u>. Did he get it?

*"Oh, yes he did, but he killed her when that happened."* She could no longer read, nor write, nor have a thought that wasn't his. And he, like <u>Grenville Craig</u> and <u>Andrew Parsons</u>, sits and makes up things to go with her thoughts. He doesn't always understand the context of her thoughts. Does he want to be and become her?

*"No, he just wanted to possess her, and to remind the world that if you mess with me, you will end up like her."* He wanted to demonstrate to others that he could be the absolute ruler and possessor of your life. Well, <u>Andrew Parsons</u> and <u>Grenville Craig</u> wanted the exact same thing. They all wanted to know exactly everything about her so they could control her and own her.

*"Can you ever really achieve that mark?"*

*"No, you cannot. You wanted the book destroyed first and foremost. You wanted her to be dirt poor. Then, you wanted her to do whatever you wanted her to do. <u>Andrew Parsons</u>, MD and <u>Alberto Villodo</u>, PhD were always watching her take a shower and change her clothing."* The Harem women, especially <u>Dominique Alfandre</u>, <u>Nora Diedrich</u>, <u>Bethany DiNapoli</u>, <u>Maura Lindsey</u>, and <u>Nola Ganem</u> wanted to watch her take a shower, and try to get her to masturbate in the shower because they all said we want you to masturbate with us. <u>Monique Burgess</u> was especially good at saying that, so were the others. <u>Dominique Alfandre</u> once said essentially, "I am desperate for you to masturbate with us." **What does that prove?**

They all wanted her to be part of the <u>Thievery Ring</u>, so that she had to do exactly what they were doing.

*"No. They just wanted her to dance."*

*"No. They wanted her to be ruined, and then they were going to dance her to death just like <u>Grenville Craig</u>, <u>Andrew Parsons</u>, and <u>Alberto Villodo</u>. Those men sat around and danced who you were, and they wanted you to be a version of their own doing. Then, they harassed and harassed and harassed you until they ruined any notion you of everything."* In these multiple acts of manslaughter, they claimed, "I win. I win."

*"What does that prove <u>Grenville Craig</u>, who is always <u>Andrew Parsons</u>?"*

*"I knew her best of all."*

*"What does that mean to you?"*

*"I was the closest to her."*

This is like a <u>Dan Brown</u> novel involving <u>Twin Soul's</u> and freemasonry that says, *"I absolutely must have sex with a female <u>Twin Soul</u> so that my kundalini will rise and I will have the best orgasm of my life,"* but that is actually fiction. Do these men realize that?

What is it about <u>Pamela Chapman</u> that you are both so fascinated by that you then seek to destroy because she and they have no energy of coherence, and in that gap, they felt it was their right and their destiny to possess her?

<u>Jean Gorham</u> and <u>Jerry Slocum</u> are the same way.

*"What about <u>Don Jagoe</u>, he had the same energy?"*

*"They don't want a man, they want a women."*

*"Ok, well they all wanted <u>Harry Gural</u>. All those women wanted to be his mistress, and to own him also."* They manipulated him to his own personal agency death.

<u>Alberto Villodo</u> is going to make restitution, so is <u>Andrew Parsons</u> and <u>Grenville Craig</u>. Together, these men were so full of destruction of her character, honor, finances, her social life, anything they could get their hands on, anything they could sink their minds into. Anything they could destroy, they did. **Anything to <u>The Game</u>, they did. Anything to destroy <u>Barefoot in Heels,</u> they did.** They didn't even know <u>The Game</u>, but they played it perfectly.

<u>Grenville Craig</u> was so desperate to be a <u>Thievery Ring</u> captain that once he had <u>Donald Jagoe</u> and <u>Pamela Chapman</u>, he said, *"I take <u>Pamela Chapman</u> as my prisoner."* Then, <u>Alberto Villodo</u> did the same. Once <u>Andrew Parsons</u> had sorcery skills, he did the same. He did it through and with <u>Carrie Crosson Gilpin</u> and <u>Nola Ganem</u>—two of his four sorcery wives— <u>Marcella Lobo</u>, and a few others. He spent night and day copycatting everything. He was never this disrespectful of her, nor as close to her, nor as interested in her as a husband, but he was absolutely stalking her night and day in the energy realm.

*"What did he learn?"*

She and he don't have anything in common. She learned she really can't stand him. She finds him despicable and a hypocrite, because if he heard a story about someone doing this, he would be so critical of that person. He would distance himself completely from them. *"But, then again, he was always a wannabe thieve manifesting as a fraternity prankster."* Thievery and fraternity pranks can be similar, but one is much more sophisticated than the other.

<u>Andrew Parsons</u> says, *"I can't stand my ex-wife. She and I don't do anything the same way. We also have different sexual interests. We like different types of people. We have different lifestyles and preferences. The same is true*

888

of _Pamela Chapman_ and _Alberto Villodo_. _Grenville Craig_ himself is just a low self-worth copycat _Twin Soul_, but so is _Sandra Craig_. _So, you see it is an energy, not a personality."_

_Andrew Parsons_ has two issues he cannot resolve in this lifetime.

His children will never understand why he was such a f'liar about their mother. He slandered her to death ever since she first filed for divorce. He wanted her completely ruined, and he told her that. She didn't believe he could carry that out, but he did with the help of everyone he met. Everyone believed him. They carte blanche took his side. She lived quietly to her own demise, but she couldn't live any louder anyway, until now.

He and she will recover a conversation that goes something like, _"I never thought I would ever be in this situation, but since we are, you will now deliver the final blow to me and see to it that our children have everything they need because I am incapable of managing my own finances moving forward. If you told me once, you told me twice, that if I get mixed up with Kamala Harris and the Thievery Ring, they will blackmail and extort money. We will need to separate out all of my finances. I have in capitated myself financially."_ That is _Andrew Parsons, MD_

_Carrie Crosson Gilpin_ told him recently, _"You will need to make a donation to some cause."_

He said, _"I'll make it so my ex-wife does not take the money. She knows all the physician tricks with ex-wife's especially with navy doctors, and all the schemes they do to their lifestyle and professional lives to keep their wives from having any money._

We don't really understand why _Andrew Parsons_ has this issue because he claims, _"I am no longer a drunk,_ and I stay out of my own psyche dolls that _Carrie Crosson Gilpin_ and others have in their auras that they access to play with me at any time. They are a form of manipulation. He is not cognizant of the conversations.

If _Carrie Crosson Gilpin_ has an old _Andrew Parsons_ psyche doll, and she wanted to play with it, she would access his psyche, and that would involve him?

_"No, it would not."_ She could program it, and then send it back to _Andrew Parsons_ for him to suddenly be reprogrammed with. _Jonathon Karp_ knows how to do that.

_Grenville Craig Crossing Guard Gate_ is the wrong nickname for anyone, but especially for _Andrew Parsons_ because he and _Grenville Craig_ are unable to really get kundalini above the pubic bone. They have low access and ability with kundalini energy. _Pamela Chapman_ and _Harry Gural_ do not. No one calls _Harry Gural_, _Harry Gural Crossing Gural Gate_. They almost did that with the name _Jana Jagoe_, but _Don Jagoe_ stopped that. This to _Pamela Chapman_ is the absolute wrong way to address any person. _Grenville Craig Crossing Guard Gate_ is now closed, and never to return. The energy realm will never respond to that name/moniker ever again.

These are all guides in the guiding realm who have had enough of _Andrew Parsons, Alberto Villodo_, _Grenville Craig_. No one will tell anyone otherwise that they individually and collectively did

888

Pamela Chapman
pamelachapman@cox.net
401.662.9916

whatever they could to stop Pamela Chapman from publishing her book, and subsequently from having a decent social life or professional life. They did everything they could to slander, harass, shame and blame, embarrass her, and to inflict the final kill on her. That is the Kamala Harris game and Kamala Harris's promise to Happy van Beuren. They wanted to mount her as their personal trophy that said, *"I was the one that finally brought her down."*

Why was that?

Because **Beatriz**, who is Saul, who is Samuel and **Kathume/Merkle**, and now **Jerry and Jean** is right there with them, and said, *"I will destroy her, and you can have her as your own personal trophy. You never have to stop destroying her. You can sexually assault/ rape her everyday Jerry and Jean because if you can do that, you will have the ultimate power over a human being. It does not give your personal power, it gives you the power of a thief, a murderer, a felon, and all the rest. But, mostly it should make you feel better about yourself for the ability to do that to another to prove to them, you are someone really special. No one, but no one, should mess with you. So, if Pamela Chapman has messed with you, then the message is, this is what happens to you."*

It is salacious slander, utter nonstop harassment, shame and blame, weaponry of any and all kinds, defamation of character, gross misconduct, manslaughter, fraud, and a number of other crimes.

9:15AM 5-13-22. We wanted the US Court system to finally see that Grenville Craig, Alberto Villodo, and Andrew Parsons can be one and the same person. They were all joined together in a Thievery Ring. No one forced them. They arrived on their own, and stayed as long as they could. No one was able to pull them out. They really wanted the world to know they had personal knowledge of Pamela Chapman. They competively compared notes to manipulate her experiences, and her story. They inflicted their judgements, slander, harassments, and all the other crimes. What they didn't know, they made up. They enjoyed sitting comparing notes. Each one staked a claim the other could not. Each competed like crazy to be the top dog. Who the hell are you Pamela Chapman?

She just said, *"Enlightened, but why be enlightened when people can do this to you? No enlightened person is unprotected in the guiding realm. Just ask Deepak Chopra"*

They destroyed her. These people have access to her every working thought that they then manipulate and pour into the Akashic Record realm. She had absolutely no privacy, why is that?

Jerry Slocum will never bother you again because we have now cornered him and he must surrender to Melchizedek Café, which will see to it that he is destroyed himself. You don't have to worry about it Pamela Chapman. He can't bother you again. The trick was the mountain goat game with Monique Burgess' and Bethany DiNapoli's guides. He swapped places with them. They are the ones blabbing all this running commentary on you daily.

But, these three men have been so abusive to you in their own individual ways. No one wanted you out of the Akashic Record realm so they could keep doing it. All three will be dead in 4-7 years, is that a coincidence?

Pamela Chapman
pmvchapman@comcast
860-662-9916

They do not know, but if they will be dead then, they will have robbed you of all your best years because at the age of 70 you can't start over.   9:25AM 5-13-22

Wendy Schmidt knows kundalini and the whole thievery drill from the LA Basin. They kicked out kundalini there because it got to be such a bad play. Everything that happened there 5-6 years ago, happened all over again after Feb 4, 2021.

Harry Gural became the initiator of kundalini.  Without her, the story doesn't play, and as the victim you stayed the victim until you could unit permanently with Harry Gural. He just claimed, *"I love you, but I don't like you."* This is because he was vetting partners through his kundalini practice, and Pamela Chapman was not a player.

He did play on September 30 with Pamela Chapman but it wasn't enough. He only likes her when she is in a group setting.  When by accident it happened yesterday, he was completely overtaken. He knows without a shadow of a doubt, he has to be with you—and only you—for the rest of your natural lives in human form.

As Melchizedek guides, if you are the Star Gate founders and the font of kundalini energy, then it's your retreat together that brings the world its true divine kundalini energies.

Harry Gural you are each other's true guides here and on the other side. Did you have heat this morning?

*"Yes."*

So, did I. It means we can't play together any longer with other people. Yet, this happened on May 2, 2021, and every time after that, and if you kiss me in the realm, we always have heat. If you attempt to have intercourse with me in the Akashic Record realm, we have true heat.

Harry Gural, this means there are no new partners in kundalini for you, or Pamela Chapman.

Harry Gural:  If you are our partners, you know who you are. If you are not, you never will be because we are only for each other. I initiated everyone.

Harry Gural:  Wendy Schmidt now admitted she belongs to a Thievery Ring headed by Kamala Harris, so that is why she was on Harry Gural like she was, but no longer **because you and I will retreat to a new place and that will make all the difference**.

Pamela Chapman you have unbelievable skill for someone without any knowledge or training.

*"Ok, let's play, Harry Gural, so I know what I missed."*

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Some can only be with other people. It all becomes a tight knit social circle that is more often than not a band of thieves. Harry Gural and Tara Plochocki grew one from scratch and created Nola Ganem, Bethany DiNapoli, Monique Burgess, Dominique Alfrandre, Tracy Moore, and all the others. So, that's how it is all grown, from the ground up [Note: Much of it started with a group from Island Moving Company, and Tom Hockaday's House]

Harry Gural: We will remember being in a game of thievery. You will get your proper lawsuits and movie because last night for the second time in less than one week, Kristin MacManus exposed every detail of your current financial situation down to the check you wrote last week.


Last night, Nola Ganem was the worst thief. She sat just outside Pamela Chapman's vaginal area. She knows because Pamela Chapman threw a chi ball out of bounds, and it hit someone –it spiraled. You couldn't see that much. Harry Gural knows about that. It's like Wendy Schmidt made a home for herself right outside Harry Gural's left ear and then waited. Don't forget Alberto Villodo hide outside Pamela Chapman's jaw and together the three of them then tried to block everything from Pamela Chapman, and horse trade Harry Gural.

Harry Gural: We are all so done with The Game.

Bill Gural has the Gural family, and Pamela Chapman her adult children, in a safe place with Allison who was a former neighbor of Pamela Chapman's growing up.

Bill Gural and Ruth, Kathy, and Michael Harner as Myron will take over and Pamela and Harry Gural will retreat significantly. We now know of one more scenario with Beatriz/Saul. Not any longer. Once it is exposed that Melchizedek kundalini only now flows through the suppression/retreat of Harry Gural and Pamela Chapman, then she can no longer touch either of you in any realm.

Patty Christiana: They wanted to make Pamela Chapman the worst whore of them all and thief of them all. She is neither a whore nor a thief. Just look in the mirror because they made Harry Gural out to be a whore and a thief also, but he gets out of here.

Harry Gural: We are all done with that because if you like /love/ or are attached to me, it's the same aura and the same vibration so you are just being jerks. We will be met the same in the energy realm now and forever.

Pamela Chapman: Does the first guiding couple of kundalini now get to retire?

Harry Gural: I think all our heat makes kundalini flow (Yes). It doesn't make it.
Harry Gural: I'm so embarrassed because I kissed so many looking for my true partner. When she was the only one with it, I ignored her. When she was the only one sexually for me with it, I still

Pamela Chapman
pamelachapmandesigns.net
401-466-2097 fax

ignored it because <u>Zenia Theresa/Samuel</u> refused to allow them the mind-body-soul space to integrate it long enough, but it was always right in front of you, and you had already proved it to yourself and everyone else.

<u>Harry Gural:</u>  I will never work professionally for 11th Hour Racing or anyone I initiated, neither will <u>Pamela Chapman</u>. We have more than enough financial assets between us. I will do something else. <u>Wendy Schmidt</u> always wanted to manipulate the both of us regarding a position. Then, she gets you to have kundalini in the workplace just like what happened this spring in the local nonprofits with masturbation. It all happened almost verbatim in Los Angeles.

<u>The Schmidt Family Foundation</u> involves <u>11th Hour Racing</u> and they have a daughter who also went to the Kennedy School. That is irrelevant because now everyone in Newport knows the only people that can work for her are kundalini qualified because she can't play any other way, just like <u>David McLaughlin</u>. For most it starts with masturbation, until you are initiated by a kundalini master (there was none at <u>Tom Hockaday's House</u>). <u>Wendy Schmidt</u> did so much masturbation and so did <u>Marcella Lobo</u>. <u>Wendy Schmidt</u> tried to pull <u>Harry Gural</u> and <u>Pamela Chapman</u> apart permanently. <u>Nola Ganem</u> and <u>Alberto Villodo</u> are neck-and-neck with her with that.

<u>Harry Gural:</u>  We both had a horrible journey, but it was completely different. We are now committed to each other and <u>Myron/Michael Harner</u> oversees us from the other side with all the <u>Melchizedek</u> guides.

> No. <u>Michael Harner</u> is in a thievery ring of his own with Kathume/Merkle and Samuel to bring us together only to pull us apart.


## Melchizedek Nation State of Reciprocity of Relationship.

<u>Emily Parsons</u>:  We will have that meal together at Stoneacre. Just not yet, Ok?

<u>Andrew Parsons</u>, tried to play with <u>Pamela Chapman</u> and <u>Harry Gural</u>, and made up different names. He confessed this morning that he uses the name, Nolan Babcock to flesh out how many people out there are paying attention in here. He also uses it because he confessed one day that that man, a former naval medical corps officer knew how to handle difficult situations. **He also wanted his ex-wife's energy of attraction.**

*"So, he used <u>Nolan Babcock's</u> name?"*

*"He does not understand why he and his ex-wife got divorced. This after ten years?"*

*"But, she is a different person in the energy realm with <u>Harry Gural</u>."*

<u>Harry Gural</u>:  So am I.

**11:57AM**

Pamela Chapman
pam.chapman@cox.net
401.603.0494

<u>Pamela Chapman</u>:  <u>Harry Gural</u> you can't say, *"I know, I know,"* as the answer to everything, because I knew and you didn't. That made a huge difference. It destroyed me, but not you, and it destroyed the font of kundalini.

<u>Pamela Chapman</u> knows <u>Harry Gural</u> must decide himself when to show up:

- April 30
- Sept 30
- October 16

So, all you people trying to overpressure <u>Harry Gural</u>, get out of Dodge City.

<u>Harry Gural</u>: That's true. But now, I will work with you because as the true font off kundalini energy, we hold the entire <u>Akashic Record</u> realm and Upper Celestial Temple kingdom in our power. <u>Pamela</u>, You had to hold the energy of the entire <u>Akashic Record</u> realm in your aura and it destroyed you, yet <u>Alberto Villodo</u> had the key to heal that, and he didn't because then he thought he held all the power,

**It is just like the I AM Kamala Game. If I best Pamela, I best Kamala,** and <u>Kamala Harris</u> was trying to be Queen of the <u>Akashic Record</u> realm, and <u>Alberto Villodo</u> wanted to be King.

But killing <u>Pamela Chapman</u> does not make him King.
> She held the power, but <u>Alberto Villodo</u> thought he did, or he could by besting her and controlling her. Her power was based on a long-standing reciprocity of relationship that the guides say is so long and so deep –14 lifetimes, how could anyone replace that?

So, now <u>Pamela Chapman</u> and <u>Harry Gural</u> together are the King and the Queen of the new Celestial Nation akin to Antiope in Atlantis, and all the temples on the Nile: Giza, Isis, and Phat.

<u>Pamela Chapman</u>:  Let's go there physically <u>Harry Gural</u>.

P.S.

- <u>Samuel</u> is in the realm as a different named person every day.
- <u>If Melchizedek</u> guides suppress together, Saul cannot be back. As long as they do not suppress he is back.
- Suppression ends it, but it means different things at different places in the story.

<u>Pamela Chapman</u> can't live in here without being attached and destroyed, even though <u>Harry Gural</u>, they love you. **No, they raped and robbed me, and I play <u>The Game</u>.**

Pamela Chapman
pamelachapman.avvo.net
401-662-9516

Pamela Chapman you can always play. You are so goofy at it. Yet you always say you don't want to play because she never knows the real game, or the rules, and no one ever trains her. That's one of her patterns. She always trains herself without any real guidance.

We will train you, absolutely. No problem.


Yesterday, it was proved through Harry Gural, and witnessed by Becca Bertrand and Roger Kass, that he and Pamela Chapman are the font of kundalini energy for the New Age.

Harry Gural said, *"I have waited my whole life for a partner like you and I could never find anyone who stacked up. None was right for me until yesterday when I played a subtle game of kundalini. You just sat on your sofa."*

Harry Gural and Roger Kass and Becca Bertrand played and others joined in and out. It was sensual and sexual without it being so. It was just such strong kundalini energy. It flowed directly from Pamela Chapman to Harry Gural from being together. They blended together naturally. Every time he gets together at night (or day) with others, he gets his psyche overwritten. They cause damage and trouble. They wanted to control him, Harry Gural, as their play puppet.

Then, Wendy Schmidt got really jealous. She wanted Harry Gural as her one and only kundalini partner. They all did.

But Harry Gural now says, *"I knew it all along, and I misread all the signs and signals. Every time you told me otherwise, I never really listened. If others did, they worked to keep us apart."* Not anymore. *"I will never ever leave you in my lifetime. We travel everywhere together in all realms because, if we do not, someone is always forcing me into some thievery and sexual position. I am only for you Pamela Chapman and no one else. The Game of Newport Proper or Kundalini Practice in Newport is all done and all over for now."*


Norah Diedrich Delaney:  Your ex-husband read your book so many times at Tom Hockaday's house, I couldn't stand to hear about you any longer by March 2021. By September of 2021, I couldn't stand to listen to you any longer anywhere, so I did the following:

1.  I read your resume, the last one you sent me to the entire realm one night, at about 6:00PM, and then again at 10PM because I wanted everyone to realize you are such a dumb shit of a writer.
2.  This is illegal. Pamela Chapman submitted two resumes and two different cover letters to the Newport Art Museum, and this Executive Director read them out loud to the Akashic Record space on more than one occasion. This is Human Resources employee confidential information. *"She has actually done this several times"*, Tim Hollister, says. "I have heard the whole thing more than once."

Pamela Chapman
pmelchapman@cox.net
401-662-9816

3.  The resume reading out loud to the whole realm is discrimination because of both the activities at Tom Hockaday's house and Nora's listening nonstop to nightly readings form her book, *Barefoot in Heels,* all read by the ex-husband. Nora wanted to date the ex-husband.

This blew up in her face because Robert Manice wanted to know, *"Were you interviewed?"*

*"No, she had not."*

*"Why was Kaitlyn Johndrow interviewed for the position of Development Director instead of Pamela Chapman?"*

The answer:  Kaitlyn Johndrow was in Tom Hockaday's house masturbating with all of them together. She is 25 years old. Pamela Chapman was in her parent's wedding in 1982.

Norah Deidrich tried to best you by claiming she was the girlfriend of Harry Gural who was supposed to be your boyfriend (No, he was not her boyfriend). Pamela would always say, *"I have no hold on him."*)

Norah Diedrich claimed *"Pamela Chapman would really suffer to know she had bested you in masturbation and kundalini and won Harry Gural as her prize."*

Norah Diedrich was never a Kundalini Crossing guard. That was Tara Plochocki's job and she was the one to hear all the slander against Pamela Chapman as the fair to cross over. Jana Hicks Jagoe also wanted that job, and so did Grenville Craig.  Nora Diedrich couldn't keep the energy straight between people. When she entered your aura yesterday in a kundalini game, she claimed Harry Gural was so dreamy. She never found you, but you have the same vibration and aura, and it is united through kundalini with his, so you, Becca Bertrand, Wendy Schmidt, Roger Kass, and others found both of us. Harry Gural didn't realize I didn't have any energy signature for him to find because we are one and the same. We are one unit together.

Norah Diedrich joined the Dominique Alfandre band of thieves and learned discrimination because Dominique Alfandre always said, and so did Bethany DiNapoli, *"Pamela Chapman does not donate enough money to either the Capital Campaign or the Annual Fund."* Those numbers are confidential at numerous organizations and should never be a reason to not be hired or fired for a position in fund development. That, too, is discrimination.

On October 15, 2021 or October 16, Norah Diedrich waltzed into Pamela Chapman's aura and wanted to play kundalini games with Pamela, Harry Gural, Becca Bertrand, and Roger Kass. Alberto Villodo arrived with several twits. Pamela Chapman said to Norah Diedrich, *"Get the hell out of here."*

I'm The Game I couldn't get out of. So, I got out of The Game when I could, but I became The Game that you couldn't get out of. Now, we are both The Game we can't get out off, so we will all

Pamela Chapman
pmelachapman@verizon.net
401-662-9516

get out of The Game together because we are all The Game together forever, and if I get out of The Game, and you can, but if I cannot and you can, then we will never get out of The Game because we are both The Game together, forever, so we are all The Game together, together we all became this f'crazy Game. She never leaves your Game because your Game is The Game and her Game is your Game but together we are The Game of Life together, so we all leave The Game together and we never ever return to this or any other Game together ever again because this Game destroyed Pamela Chapman, and it will destroy you also. So, now that Pamela Chapman is completely destroyed, *she* will destroy my person next because I destroyed Pamela Chapman's honor, and now if I destroy your friend, then you are next to destroy, except she will be the only person in The Game because everyone else will be gone and then she can't get out of The Game. Then Metatron will own her until her own death.

So, let's all get out of The Game together because she has no other honor left other than your own. Whoever is left is the only honor left, then Melchizedek guides on the other side can actually save Pamela Chapman from her own lack of honor that was destroyed in The Game because Pamela Chapman doesn't even understand or know The Game and can't hear anything said about her.

She doesn't know one thievery thing that actually destroyed her honor. We all stand down because Pamela Chapman doesn't have any idea what is actually destroying her honor except this innuendo.

Her ex-husband who now claims, *"Everything is fine as can be because his honor can't be destroyed by Melchizedek because Metatron now owns his honor, and it can't destroy him just Pamela Chapman's honor destroyed forever. Nothing will ever save her except maybe if we all say once and forever, we are now all out of The Game."* All Metatron guides can stay there together, and everyone else is gone forever. What Beatriz is using to destroy her is innuendo, and everyone now understands that some things are always here and many others are not. Yet, everything is always used against you, and if it destroys you, no one will ever get involved.

Rita Rogers says, *"I don't understand why such a beautiful person had to be destroyed by Metatron."*

And, they say, *"I think she is destroyed now, you just wait and see what we do to her today and tomorrow because someone has just raped her, and she doesn't know who to thank or defend against, or anything."*

She will never ever recover her honor, her life, or any friend at all because no one ever understands when she said *"Beatriz told me, I would never have any friend ever again, nor any money, nor any other opportunity ever again."*

So, all she can do is stare out the window. Her body is shaking. Her groin has been offended as if initiated into something awful. No one can hear her. Her ears are stuffed with cotton. Her aura is shaking and loud. If you are in The Game, and still talking, and I am there, where the hell am I? I am not suppressed, but even Harry Gural says, *"I don't know what to tell you. She has f'destroyed you, and no one can actually willfully talk to you now or forever ever again."*

*"How do we get out? Where am I? Who raped me?"*

Pamela Chapman
pamelchapman@cox.net
401-662-9540

*"I don't know who just raped you. It was a popped chakra."*

*"No, that's an initiation."*

*"To what?"*

Kundalini practice of today and tomorrow.

She is already initiated.

Ok, we stop that rape process because she can't bear to have sex with anyone ever again. No one understands her relationship with Monique Burgess, but they do now, and now they do not because they all left because Donald Christ, esq. said, *"I work for Sullivan & Cromwell,"*

Beatriz said, *"No, it is you Dorienne Farzan, and I do not appreciate her input."*

He said, *"She is not a member of your committees."*

Beatriz said, *"Oh yes, she is in absentia."*

That was when Dorienne Farzan said, *"I am out of here,"* and so did everyone else. They stopped talking. If you want Beatriz to stop talking about you, you just leave right away, and not say one word. That is how you arrive suppressed on the otherside of the Upper realm. In the Upper realm, you never talk to anyone ever gain in the Akashic Record realm.

No, Joy Vige said, *"It's to make people stop talking about people in this space, but in the end, it so destroyed her reputation and honor that is real, but it is to be sure no one ever talks to her ever again, which Beatriz said last December 2020. Harry said, "I think now I know The Game."*

They force you to stop talking in the Upper realms and then Pamela Chapman can't hear you ever again because you suppress. She can't suppress because you are not there to pull her through.

Harry Gural says The Game as I understand it, they are all so addicted to the misunderstandings. They can't leave until it destroyed them and you together. If you stay in there and don't leave until it destroys them and you together, and if you stay in there, you have so completely misunderstood everything everywhere in Pamela Chapman's life. You believe all the misunderstandings. They tell everyone else that The Game was all real and she is a destroyed honor, and she had no control nor honor, no money, no friends, no opportunity, to ever do anything else ever again. So no wonder she claimed, *"There is no God, nor any relationship for herself because in the end, there was no God to save her because it was supposed to be a Melchizedek guide named Harry Gural."* Pamela Chapman retrieved Harry Gural first. Then, he was to retrieve her, but he left her stranded and kept saying the right things but failed to act, and claimed he didn't know. But he always said, *"I, I know."* But he failed to act, and claimed he didn't know. But he always said the right words in here.

Pamela Chapman
pam.chapman@cox.net
101-002-9536

<u>Harry Gural</u> claims, *"I was supposed to retrieve you, and I am, but I can't understand why you are such a bad person—but…"*

*"If you do not retrieve me, I am tortured— until you do. If you never retrieve me, I am tortured to death."*

<u>Beatriz</u> is single-handedly destroying her person with anyone who ever once remotely knew her.

<u>Noam Zilberstein</u> said, *"His father knew <u>The Game</u> but did not know how to tell anyone how to get out. It's played in Israel all the time."* <u>Pamela Chapman</u>, you are not actually destroyed only your honor and character. Metatron wants to own you like never before and if you say, *"No way, Jose,"* they just pull this all day. So you just say, *"I step out and never will I ever return to this life, or any other, because I will never live as a human ever again, and now that my character and honor have been destroyed, I never ever need to know anyone ever again."* This is a need for a soul retrieval similar to <u>Harry Gural's</u> where <u>Pamela Chapman</u> retrieved him from Metatron and now he must save her from Metatron. Together they are Melchizedek and a deep reciprocity of relationship, even if they don't really like each other in this life time. That is beside the point.

<u>Harry</u> was never a Caliphate Nation leader. He was to be her sole reciprocity of relationhip, but since he now loves <u>Tara Plochocki</u> unconditionally, he can't ever love her or anyone else because <u>Tara Plochocki</u> now loves <u>Harry Gural</u> without reservation because <u>Harry Gural</u> said, *"How on earth do I compete with Beatriz?"*

She said, *"Only if you leave with Tara Plochocki."*

He said, *"I'd rather be dead."*

<u>Zenia Theresa</u> said, " Ok, you leave with her anyway, but never to be a couple ever again.  Everyone though it was with <u>Pamela Chapman</u>, but it was with <u>Tara Plochocki</u> with whom, he will never be a couple ever again.

*"So who raped <u>Pamela Chapman</u> this morning?"*

*"We don't know. Unless you understand <u>The Game</u>, you can't appreciate who would do this to you without your consent or knowledge."*

Why would you say, *"It is pulsing again?"*

<u>Harry Gural</u> says, *"Ok, it's me, or is it <u>Grenville Craig</u>? No, this is not that kind of initiation."*

Pamela Chapman
pamelachapman@cox.net
401-662-9546

Andrew Parsons claims nothing did make sense until you just said Grenville Craig isn't that kind of initiator, but he never put a pulse in your groin to connect to other people out there—although he talked a big game ten years ago as if he had. He claims, *"I did with the best of them because Harry Gural was always out there, and I always knew Rusty Powell III would find him for you, and together we will get you out of here because we both know The Game of initiation, and together  Harry Gural and Grenville Craig will led everyone out of here."*

Even Christine Bush claims, *"I now returned your email properly. Yet, I can't get out either. I'm still in here."*

*"It's because you don't have any real connections to her."*

*"So how do I get out?"*

You just say, *"I got stuck in here by mistaken identity, and that's all you say unless you own Sotheby's real estate – that's Dina Karousos in Newport. I'm Diana Karousos."*

*"Ok, you were now next up in The Game to destroy Pamela Chapman's honor, and if that is The Game, we will all say collectively together, we are all now out of here except for Andrew Parsons who will clean up the rest of this legally because we can't bear to hear one more atrocity because  while some is true, most is not. It is all malintent."*

Grenville Craig says, *"None leaves without scars, except Pamela Chapman leaves dead on arrival because there is no way she can live through this, so just step on her body when you leave Laurianne Florio because she told you several ties, she was real and she'd always remember what you once did to her in here, and her sister, Deborah, is just like that also."*

No, she left quickly because her father told her to say nothing and say, *"I just have misunderstood,"* and Jim Varley is still here and Pat Varley refuses to tell him to leave. He is just Deborah Chapman's proxy and now he will enjoy hell forever. Yet, Pamela Chapman can't get out until he does, (not true)

*"It's because she is a loser and no one loves her and no one will ever claim her ever again. We will always abuse her like never before so no one will ever go anywhere near her ever again."*

*"No, Harry Gural will always love her, but maybe not really like her, and no one will ever understand why she and he do not marry under an arch in a Hebrew Nation State because she will be branded a Palestinian. That is why they were at the fall of the 2nd temple protecting the Hebrews. She leaves life a Palestinian."*

*"Is this because I took a bus to Bethlehem, Israel. Ok it was full of Arabs, but they knew I was no Arab. They knew I spoke English. You should have heard what they said, but those Isreali sandals saved me."*

*"Yet, she doesn't even bare to look at a human ever again because they all destroyed her and they say, she destroyed herself."*

Pamela Chapman
pmchapman@comcast
401-662-9570

But she bought and used soap from the West Bank. She never did do a proper borderland crossing, but she kept herself clean, and they had no issue shipping the soap. It arrived so quickly with a return address on the West Bank. You would have thought the Palestinian borderland was in Boston, MA.

Does this make her a Palestinian through and through? What about Aleppo? What about Petra? What about Alibaba? And, we aren't talking November 11th in China.


Why did Pamela Chapman have to wake up from sleeping to misunderstand?

Harry Gural said, *"I know The Game."* It went through 4 hours of this bullshit. Everyone wanted to understand how bad your honor and character really was and your son said, *"It is his father's honor, or he is absolutely destroyed by The Game. It is his shame and the mirror of his shame, because if you understand The Game, we'd be out of here."* His grandfather told him to just say nothing. He said, *"Take Emily Parsons with you,"* but he didn't say anything to Pamela Chapman because she was out before it ever started. That is when Harry Gural should have said something. He didn't know.

When she woke up, and said, *"I can't believe I still here, but I knew when, I came that is how I knew."*

*"Why didn't Rusty Powell III or Grenville Craig say anything?"*

*"Because somehow they forgot or where the stool pigeon."*

This is an old game played with everyone Pamela Chapman ever knew, with details so particular.

Harry Gural claims, *"The victim is excoriated. Until you know The Game, you can't protect yourself. You tell your guides don't ever let me in there."*

Yet, Harry Gural's did, but he got out very quickly right after Pamela Chapman. So he really was protected.

Why did Samuel by so many names have to do this to her?

It is a Caliphate Nation State Game. Everyone who ever knew her fueled the destruction.

*"No. Just those who didn't know."*

*"You sue unmistakably because Grenville Craig, Rusty Powell III didn't protect her."*

*"You protected the ones you loved by getting them out of here. Yet, she was the victim so what do you do then?"*

Pamela Chapman
pamelachapman@cox.net
401-862-0516