Her son and daughter have heard so much slander that they have spent the last 10 years staying away, and the last 10 months staying even farther away from her, so it's unlikely they will ever be the same ever again. Pamela Chapman will be stuck in the middle of an empty Star Gate Nation listening to Metatron, Samuel, and Kathume who always say never again will they play but the always do anyway. She suppresses by herself. Then if anyone goes near her, the Caliphate Nation State starts screaming, and yells at them. That is a blown out 3rd eye.

Happy van Beuren/Andrea van Beuren claims, *"She will never be the same again because it was just about a book misunderstanding."*

Roger Kass claims, *"No it was about destroying her person."* He and Becca Bertrand get out together once again so if Pamela hadn't said something earlier about what a great a pair they were, they all leave together, just the way they started together. So Harry Gural can now leave with Pamela and Roger Kass leaves with Becca.

Beatriz rounded up every person who ever knew Pamela Chapman, and asked each of them to say something about you. Beatriz twisted every little thing they said, and destroyed your person in the process. No one could tell what was true or false. The son knew right away to leave. It was one of the worst slander cases I have ever heard in my life. Andrew Parsons just sat there gloating. It went on all night. When you woke up they tried to tell you, you were absolutely destroyed. Andrew Parsons did not let up on any topic because he said several times, *"I now know she is not the person I remember. She is a despicable person."* We all just had to step back and watch Beatriz just destroy you. It is just the worst situation possible.

What was the difference between this and Andrew Parsons, Nola Ganem, and Carrie Crosson Gilpin and those psyches, where they wrote dialog, after dialog, to twist her words and create anything, any conversation that would be deemed worthy of destroying her honor and character?

How much destruction do you want? When do you stop? When do you think she will sue you because she said all the time since May 2022, *"I'll sue you all. Yet, you kept doing this?"*

She can't be despicable as an enlightened person. She can't be guilty of all this stuff. But, you don't have to like her.

Nola Ganem –Andrew Parsons psyche.

*"All that DNC talk and toilet talk about "poopes".*

Monique Burgess, Bethany DiNapoli, Nora Diedrich, Dominique Alfandre, and Nola Ganem

Last night Bethany DiNapoli took responsibility, then Monique Burgess did.

Pamela Chapman
PBcchapman@aol.net
Innua@u@1o

It all started at 2AM, **Pamela Chapman** noticed her vaginal area was stimulated. It was also pulsing.

4:37AM, it hadn't stopped.

By 5:55AM, Monique Burgess had placed three layers of pulsing. **It had not stopped.**

By 8:00AM, it was still on. They were convinced they'd really abuse her every day and night until it the realms closed.

**Albert Villodo knew how to fix Pamela Chapman.** All of the sorcerers since last summer, and **Andrew Parsons** recently, were one in the middle realm. They all knew someone who knew how to do it. Yet, they also said nothing.

Her understory at **3:45PM**, Andrew Parsons, MD takes responsibility for stimulating her once again which is proof why her whole hormonal system is off balance.

*"If they were in for a dime, they were in for a dollar."* It did not matter to them.

Monique Burgess could care less. This is Monique Burgess' lifestyle now. She admitted it is just part of her daily routine. Pamela Chapman is desperately trying to get out, and get her daily existence back. This is not her life. Monique Burgess wanted Pamela Chapman to literally die in this space that's when it was all revealed and they can't take it back. No one did.

They said, *"Alberto Villodo revenges everything."*

4:05PM, she's not ok yet.

*"When she is dead, you'll be happy."*

**Peter Bramante**, everyone knows how to do the ... but now **Andrew Parsons** and **Alberto Villodo's** voice is always here.

*"No one in the world wants to summer here."*

**Donald Jagoe**, **Harry Gural**, **Alberto Villodo**, **Andrew Parsons**, **Grenville Craig** all knew how to fix this, and they did not.

Misfiled:

**Carrie Crosson Gilpin**:  I love you this and that.

Pamela Chapman
pmelachapman@cox.net
841-662-9546

Andrew Parsons:  I love you too this and that.

Carrie Crosson Gilpin: I love you Harry Gural.

Harry Gural: This that.

They, the three of them, don't distinguish or know from each other who one is anymore based on the sing song language.

No one will ever be able to tell them apart.

Harry Gural, you have not entered into this hell because you, Carrie Crosson Gilpin, and Andrew Parsons are now in the same language with each other.

Pamela Chapman, you and Harry Gural, can't tell each other apart in this space, next to each other, so if Andrew Parsons or Carrie Crosson Gilpin or Harry Gural were to attack, how would you actually know who is who?

Pamela Chapman: I ask Jean Dixon.

Roger Kass:  Harry Gural doesn't tell you when you actually know it's him and not Andrew Parsons. And, Andrew Parsons has arrived trying to tell Pamela he is Harry Gural.

Donald Jagoe and Andrew Parsons used to try to trip you up, and it took a conversation of 5-10 minutes. By then, you would always tell who was who. Their energy was flat. She can always tell when it is Harry Gural. His energy is different.

*"Nola Ganem always knows because she and Harry Gural slept together for months at a time."*

*"He does not sleep ever, so he won't know. She does not sleep either."*


October 18, 2021
**6:46 AM**


Nora Deidrich, Grenville Craig, Andrew Parsons, Harry Gural have all displayed in Times Square in real time.

Nora Deidrich came as Executive Director of the Newport Art Museum looking to inform on Pamela Chapman to her ex-husband who was at Grenville Craig Crossing Guard Gate expecting to be initiated once again into Grand Larceny through kundalini exercises directed by Nora Diedrich.

Pamela Chapman
pmwchapman@cox.net
tel: 401-239-0514

She claims she is no longer a Delaney but since Pamela Chapman only seems energetically to think and identify her as such, —she is always energetically a Delaney. Why is that Tim Delaney?

Tim Delaney:  Because I am her one time husband. We were married for 11 years and had a son, Quinn and a daughter, Erin who just got married in Newport at the Art Museum, not someone's house in Middletown, Rhode Island. It was in Newport at a local inn—Atwater Inn behind the Art Museum. They share a parking lot because the school of the Newport Art Museum is right next door, adjacently positioned.

Tim Brown: I don't have any respect for you, or the Newport Art Museum not anymore because I have done business with Pamela Chapman at her house, and I never ever heard about you or anyone else while doing business with her. I only did business with her because she was on the board of the Newport Art Museum. So, why do you need any dirt on Pamela Chapman because I shovel dirt for a living at all the grand estates in Newport?  I know every piece of dirt in Newport and I never heard anything like this before. Tim Brown of T.B. Landscaping, 401-847-2081, given by Pamela Chapman to the Public Commons.

Tim Brown asked Pamela Chapman for his telephone number because Grenville Craig keeps giving your social security number to everyone. If you don't get a new card soon, he will keep repeating it until you do. That's Alberto Villodo's extortion and blackmail.

She will get a new card only after he is all done and all through because she will need to change every piece of every information. It is best done through an attorney which she will telephone.

Grenville Craig:  He has to drum up the energy of reserve in order to get all the information out really fast. Don't worry Pamela Chapman, Harry Gural wrote it all down, just like you said. He is such a dumb shit, and Nora Deidrich is such a stupid shit, that she can't even figure out right from wrong in this space, or any other. All she wanted to do was embarrass Pamela Chapman by extorting the ex-husband. If you think for one solid minute Nora Deidrich that she will not sue the Newport Art Museum and you, you are f' kidding.

I am Jackie Egan. She and I, and Robert Manice promised each other back in May that we would replace you because we did this over ten years before. Just because I am on the board of the Redwood Library, doesn't mean we can't remove and replace the likes of you right away—today in fact.

She can be removed for fraudulent activity or moral turpitude, which ever one you pick, will get you immediately out of here. You are overpaid for doing your job. Jackie Egan and Pamela Chapman can do your job more brilliantly than you, just because they have held leadership positions.

Jackie Egan:  Barbara Hofstetter was the president of the Isabella Stewart Gardener Museum just before I was president of that organization, but I also have a home on Beacon Hill, and I grew up in Middletown, RI.  I live in both places. She and I are going to make sliced banana bread out of you because the recipe for sliced banana bread was so f' stupid. Yet, Grenville Craig and Nora Deidrich

Pamela Chapman
pmechapman@comcast
401-662-9516

got so caught up in it, because he said, *"It was her most prized recipe."* I swear she wrote it down because we all did. *"No one who cooks anything, could ever cook anything like you do."* That's kind of an inside joke, too. That's the ex-husband being passive aggressive.

<u>Barbara Hofstetter</u>:  <u>Nora Deidrich</u> specifically didn't want to invite the president and co-founder of the <u>Barr Foundation</u> to her Annual Meeting a few years before because she would be so outclassed by her stupid plastic hair clip which she wore in her professional head shot from Evanston, Il. We all know which photo because she put it up on sorcery television, and everyone closed their eyes and saw it. That has happened to <u>Pamela Chapman</u> too many times. Now, let's return the favor shall we?

Sliced banana bread has 12 bananas in it, and it takes two days of refrigeration and when you finally cut the bread open, it is gooey like a volcanic brownie except it is good for your bowel movements, so no one needs to worry about that one.
> 16 bananas, 14 cups of something like iced tea or lemonade.
> Mix it up in a blender and put it in the freezer for two days. Take it out, and cut it, if you like.

> As it melts, it looks like disgusting goop, but even Goop lady wouldn't want it, and she has a cookbook out there. So, <u>Gwyneth Paltrow</u> knows what she is talking about.

She is only known locally as Goop Lady because that's the name <u>Pamela Chapman</u> gave her when Q'ero Nation and Llama Nation used to have afternoon happy hour every day last spring. So, she now knows a few more people just like <u>Nora Diedrich</u>, <u>Andrew Parsons</u>, <u>Grenville Craig</u>, <u>Harry Gural</u> now know all their thievery people. You compare.

<u>Nora Diedrich</u> lived with <u>Grenville Craig</u> and <u>Sandra Craig</u> for over one month from April – June 2015 before she found a studio apartment to live in. <u>Sandra Craig</u> offered her a room in their grand estate on Indian Avenue in Middletown. <u>Polly Lyman</u>, Development Director did the same thing, but stayed longer into July and August. This was the beginning of her <u>Newport Art Museum</u> tenure. Two years later, <u>Polly Lyman</u> left because she had so much gross misconduct on the job, but <u>Nora Deidrich</u> didn't actually remove her, because <u>Nora Deidrich</u> started her tenure there with a lawsuit that <u>Sandra Craig</u> oversaw and paid for regarding another employee. <u>Becca Bertrand</u> was in the middle of that one also.

At Wet Paint in 2015, <u>Nora Deidrich</u> asked <u>Pamela Chapman</u> to pull her aside, so she could sit down and collect her breath. She specifically asked, *"When does all this die down?"*

<u>Pamela Chapman</u> said, *"Nora Diedrich what on earth do you mean?"*

All <u>Pamela Chapman</u> could say was, *"The Newport summer season was over by mid-September, but if you need time off, aim for October."* Except, any slick board of trustee member will remember that October – November – December are budget season, and every past board member who knows anything about anything knows her ability to forecast budgets are like a <u>Burton Malkiel</u> example. That's called a dart throw, because the experts sometimes miss, but some of hers are ridiculous. In the beginning

Pamela Chapman
pmecchapman@cox.net
401-662-9236

of her tenure, she stripped some positions and other budget matters to death, because she had to find the money to pay herself her salary. That is what Joe Chazan, MD single- handedly demanded. So, the budget season must have nearly killed her. Yet, it had to be all re-worked by the following spring.

Nora Deidrich claims *that* is all true, but is not very professional. Barbara Hofstetter of the Barr Foundation thinks it is very professional because it is all objective material. She is not looking for anything personal, and speaks to the person on the job which she could say so much more but she won't. Nora Deidrich has to realize, no matter what she says, Pamela Chapman has more opportunity, motive and ability to destroy Nora Deidrich in this space right now today.

What's the worst piece of information Andrew Parsons gave to Nora Deidrich or Grenville Craig?

*"She is never going back to work again, which might really kill her."* Yet, she is a publisher, editor, and writer. That won't bother her at all. She lives that lifestyle anyway. She just needs a new office, new computer publishing and editing software. Andrew Parsons wanted to be sure he slandered he so badly after her divorce that no one anywhere would hire her. He got exactly what he wished for: He wanted her incapacitated and unable to earn any living to prove that her life was so much better when she was married to him.

Andrew Parsons thinks that Pamela Chapman really hated Donald Jagoe, but couldn't really say that. When he accused her of marital high treason, he really picked the wrong man because he was never social in Newport with her. So, none of these names matter to him at all. Yet, she has known of every person who has spoken. So, he is so off his rocker over that one. Cathy Wicks knows of some of these people. He is so impressed. Yet, he will never say Cheryl Mrozowski herself can't be both Chair of Salve Regina University Board of Trustees, and a professor at Wheaton College. Yet, she is a tenured professor of dance.

Nora Deidrich claimed Cheryl Mrozowski never really liked Pamela Chapman but only spoke to her on several occasions through Island Moving Company instead of at Salve Regina University, who no one knew was a regent, and not just any regent, but President of the Board.  Nora Deidrich claimed if Pamela Chapman knew Cheryl Mrozowski, she would never interact with her ever again. Norah Diedrich doesn't really know who Cheryl Mrozowski is. Yet, Dominique Alfandre, Bethany DiNapoli, and Monique Burgess all know her through Island Moving Company, where she was a past trustee and a partner, who would be considered a major gift donor. She is also a member of Bailey's Beach. Did Nora Deidrich even know who and what she was asking about?

No, she did not. Cheryl Mrozowski herself will say if she doesn't remember how to spell the last name, it is ok.

We have shared private email and probably could look that one up too, but we won't.

Bethany DiNapoli's best friend is Suzie Hill. No, not really. The real Suzie Hill, who Pamela Chapman knows, is Buddy Hill's wife, and a former trustee of St. Michael's Country Day. Her

Pamela Chapman
pamelachapman@cox.net
401-662-0510

daughters rode horse in the same barn as he daughter, <u>Emily Parsons</u>. So, we won't say anything more, or about what she typically ordered at Starbucks every morning after drop off. Who was <u>Suzie Hill</u> here?

<u>Monique Burgess</u> was never at our local drop off's, but <u>Leslie Grosvenor Holloway O'Dwyer</u> was – She as the development director that <u>Nora Deidrich</u> loved.

<u>Monique Burgess</u>: *"I took the wrong name again."*

*"Do you even know <u>Suzie Hill</u>?"*

*"No,"* she said.

Use your own name from now on. This will be the last call for <u>Monique Burgess</u> because her husband, <u>Tom Burgess,</u> claims she never extended herself last night with both <u>Harry Gural</u> and <u>Andrew Parsons</u>.

All these women want to do is to destroy <u>Pamela Chapman's</u> name and use all her numbers so that she can't properly marry <u>Harry Gural</u> legally, because <u>Harry Gural</u> will insist on all separate accounts moving forward. And, because <u>Monique Burgess</u> has to masturbate so much, she will end up just like <u>Gloria Swanson</u> did, who is <u>Mrs. Google Lady</u>, aka <u>Mrs. 11th Hour Racing</u>, <u>Wendy Schmidt</u>, who needs all that petroleum jelly, or like <u>Marcella Lobo</u> who has fried her koshas off –that may be so that no one can see her energetically in the cocaine drug ring. All this information is important, and they wasted time not knowing this.

<u>Bethany DiNapoli</u>:  <u>Pamela Chapman</u>, do you really know who <u>Bethany DiNapoli</u> is?

*"Yes, she does."* She forgets *Pamela* knows of her from St. Michael's County Day because your youngest and her oldest are not close in age. The more interesting fact she could say is that the house on Gibbs Avenue is so close to St. Michael's Country Day and her children could walk to school if they wanted to.  One year, she pulled them all out and drove them all to St. Philomena's School which is a two minute car ride from <u>Pamela Chapman's</u> house So, she did <u>Pamela Chapman's</u> daily commute in reverse. Why did <u>Bethany DiNapoli</u> pull her kids out of St. Michael's County Day, and then a year later move them all back? Then, she become President of the Parents Association which then served as a spring board for her to serve on the Board of Trustees for 8 years, and has been on the board of trustees of IMC for something like 14, 15, or 16 years.

<u>Dominque Alfandre</u>:  Served as Executive Director of Island Moving Company for 37 years, and retired in December 2017. <u>Pamela Chapman</u> joined the board of trustees in May of 2017, when she stepped down from the <u>Newport Art Museum's</u> board of trustees. <u>Dominque Alfandre</u> stepped back up 4-6 months later as co-chair of the Capital Campaign with <u>Bethany DiNapoli</u>. When <u>Pamela Chapman</u> stepped on to the board she was directly thrown into an Executive Search Committee process and committee which <u>Donald Jagoe</u> will tell you is a repeat pattern for her.

Pamela Chapman
pamelachapman.com
401-662-9410

Bethany DiNapoli, Dominque Alfandre, Monique Burgess, are tied at the hips because Monique Burgess's first cousin's wife is Bethany DiNapoli. Don't forget, Tracey Moore lives right next door on Gibbs Avenue, and Paul McGreevy lives just out back behind the fence post, and he is treasurer of IMC.

*"It's a Rhode Island mob story."*

*"Who hired Dominque Alfandre?"*

She hired herself as a volunteer after she telephoned IMC founder, Miki Ohlsen. Many people know that story. She offered her services saying, *"I have direct experience from the Kennedy Center in Washington, DC."* She now lived with her husband Tom Palmer in Newport. He worked with the Benson family of Newport, and she was said to be working at Walden Books and the Cookie Jar. So, this Radcliffe College graduate said, *"I can do this and that and the other for you,"* but don't forget Miki Ohlsen and Dominque Alfandre had children the same age at St. Michael's County Day.

Miki Ohlsen had the right of refusal, and rights of opportunity. It all went through her as a unique marriage partnership of opportunity. They became a family of dancers. They always say they are family together. It's a culture of family together and Dominque Alfandre is the banker of the family, and Miki Ohlsen took care of all the dancers and dance performances. Dominque Alfandre played the *"Let's go shake the trees and find money, people, and unique opportunity."*

She and Bethany DiNapoli are co-chairs of the Capital Campaign to raise $7 million. They committed $3 million to construction debt instruments from the start. Was it voted on by the Board?

*"Yes, but it didn't matter. If that's what they want, that's what they get with no real discussion. It all gets pushed through. As a board member, if you don't like it,     you are expected to resign right away."*

*"Yes, you are. So, either you roll over and play dead, or you get the hell out of there. Many have and did. Pamela Chapman has an entire rooster of people who have come and gone. It happens every day, everywhere we all play."*

*"Yes, it does."*

Dominque Alfandre is a major colluder in a fraudulent case of plagiarizing Barefoot in Heels, re-packaging it, and trying to sell it overseas to get it discredited by the Big 5 publishers. She went line-by-line with the others editing it. She was part of the team to design a book jacket for it. She sat in one the morning meetings to get it fraudulently re-distributed.

Neither Bethany DiNapoli nor Dominique Alfandre can serve as a co-chair of a Capital Campaign if they are found guilty of fraud, nor can they serve on any board of trustees moving forward and Dominque Alfandre is resident of the Newport Strings Project.

Pamela Chapman
pmc.chapman@cox.net
401-662-9716

Harry Gural will testify to her involvement because he now knows Pamela Chapman you know so much about these ladies, and they now know so much more about you. Yet, they over stepped the line and committed fraud to do it. All you do is wait, watch and question. That's all that's involved here.

Pamela Chapman is supposed to sit in the Upper realm. They sit squarely in the Akashic Record realm. Upper realm people can be higher vibrational. They sleep at night. They have standards, and ethics. The Akashic Record realm is the playground of the world for prostitutes, whores, liars, beggars, and thieves. So they play in different worlds.

If Dominque Alfandre and Bethany DiNapoli keep saying Pamela Chapman is disqualified to work in development or fund raising because she didn't donate enough money to IMC or NAM, it's because as former Executive Director, neither understands fund development at the professional level.

Remember Dominque Alfandre, you told Pamela Chapman in July/August 2017, *"I don't have a development director because for $60,000 - $90,000 / year it's a waste of money. I will do that job myself. They'd only leave the organization two years later."* You said, *"I can't be bothered."*

Monique Burgess claims you ran IMC as a 37-year old start-up that operated as a family business. Anyone you hired was considered family. You never let family go, no matter what their prior qualifications. You just give them a job title, with no position description. You had no paid vacation, or sick leave. You had no annual reviews for staff members. Jana Hicks Jagoe bought them all shoes from the dancer shoe fund, and board members gave up frequent flyer miles so they could all take a big family vacation overseas to dance in Italy or the Ukraine.

Dominque Alfandre:  Well, that's how I ran my business at IMC. Others ran theirs differently.

*"Yes, John Brooks calls it professional development, and if Monique Burgess claims it's all family run like a start-up, she would know because she and Tom Burgess are a family business and have created startups which then get sold off hundreds of thousands of dollars."*

*"I know this personally,"* someone now says.

Harry Gural:  Pamela Chapman, they were on a collision course this morning to destroy you, then your ex-husband. Yet, his many copies of his ego saved him because— like me—we were recruited to say awful things to destroy them, you, and me. Yet, we destroyed them beautifully.

Harry Gural:  Those of you who do sit and wait for the right opportunity and never quickly react get destroyed in the waiting room of the legal system.

Alberto Villodo has caused you, Pamela Chapman so much personal harm, all because you refused kundalini exercises with him.

Pamela Chapman:  I didn't refuse them. I never knew what they were. He never told me at all.

Pamela Chapman
pmuchapman@comcast
401.862.9516

He claimed, *"It was because he quickly realized he had the wrong partner."* He blamed <u>Pamela Chapman</u> for himself choosing the wrong partner when she had absolutely no idea of anything like kundalini practice.

*"No, <u>Beatriz (Saul/Kathume + Samuel)</u> chose you, <u>Alberto Villodo</u> and her, <u>Pamela Chapman</u>, as a pass through for Metatron noise. She became a pass through for the font of kundalini energy flow*—**but only with <u>Harry Gural</u> as her auric double** – *her auric suppression/retreat partner."* Yet, on December 10, 2021, we all learned **she and <u>Harry Gural</u> where not a true suppression/retreat**. Only those who live together have true suppression—who can truly pull each other out in a reciprocity of relationship.

*"When <u>Harry Gural</u> smiles, she smiles exactly in real time. Did you ever notice?"*

*"We all do. She only smiles like that when he is around."*

Harry Gural: *"I now really know that."*

Because <u>Andrew Parsons</u> claims, *"She is a completely different person around <u>Harry Gural</u> even when he is off being a betraying future husband."*

It's <u>The Game</u>, and it has no end. Some of these characters don't know to stop playing or that it was a game created by the Guiding Realm. It's a <u>Game of Chance that gets people suppressed/retreated</u> in the energy world but only if you are not a legal resident in the middle realm, because in the Upper celestial temples, no one plays these cocktail ice tea games or really speaks at all. They all suppress/retreat, and will be cut off from the <u>Akashic Realm</u> space next summer or before—**the realms will close again just like before. These games sort everyone else out**—*"Which side of the equation are you on?"*, as <u>Pamela Chapman</u> often said. And, *"Which quadrant do you play in?"* Because she is a 1st quadrant player and these four women all live in the 2nd or 3rd quadrants. We will say, second quadrant.

<u>Pamela Chapman</u> on July 13, 2022 8:32PM can't get into the Upper realm, and the entire Upper realm suppressed and retreated. The guides claimed they could tag <u>Tim Hollister</u> so he could not speak in the <u>Akashic Record</u> realm, but they refuse to block <u>Pamela Chapman</u> like that. They claim she is in the Upper realm, but she is not, she is in the <u>Akashic Record</u> realm. No guide can seem to want to help her arrive even though she has been there before and it takes but a spilt second to arrive. They all seem scared to help her arrive there.

If she were there, she could hear the Upper realm people, and she cannot. She can barely hear the <u>Akashic Record</u> realm. The guiding realm wants her dead in the energy world so she cannot speak or hear, like a <u>Ronald Reagan</u>, <u>Jack Kennedy</u>, and <u>John Kennedy Jr</u>.  Except, she is <u>Melchizedek Café</u>, a clear channel. They all hear her, but she can't hear anyone else. The guides just want to bled everything she reads and types and thinks. They want to harass her nonstop because that is what <u>Jerry Slocum</u>, <u>Jean Gorham</u>, <u>Alberto Villodo</u>, <u>Andrew Parsons</u>, <u>Grenville Vernon Craig</u>, and <u>David Johndrow</u> want.

Pamela Chapman
pamelachapman@cox.net
401-662-5656

Jean Gorham, Alberto Villodo, Jonathon Karp, and Rusty Powell III could fix everything just like that, and they do not. It is all over a book she wrote that they want to make sure can never be published.  Andrew Parsons is just about one of the worst people. He has no remorse, no guilt, no common sense. He is a terribly abusive ex-husband who after ten years of divorce is still stalking his ex-wife in the realm to make sure she is dead every day moving forward because she dared to divorce him. He wants to be sure she is financially incapacitated, can't speak to her children, or anyone else, because the guides will put it on loud speaker in the Akashic Record realm. The guides think this is a big f'joke, and want to force her into this position for the rest of her life which might be 25 years or so.

Again, this all stared over a book they stole, Barefoot in Heels, so it could never be published yet they distributed it like it were a best seller, and it was read and re-read 2-5 times over by everyone.

9:16PM July 13, 022. Rusty Powell III's guide is Kathume. It always was Kathume from birth. He is technically a 10th level guide with privileges in the Ascended Master's realm. Jonathon Karp's guide is also Kathume which is why Rusty Powell III can be the mentor of Jonathon Karp. Kathume is half of Saul who is half of Beatriz in this story. Jean Gorham's guide is never Jerry Slocum. It is Kathume—after all. Jerry's guide is Samuel.

If Jean Gorham knew that Pamela Chapman could not get an attorney, and Beatriz made sure she had no resources to start with, is she without resources today?

*"No, she is not without people to go to for help."* They are not necessarily local people, but that is not really the case anymore. Not everyone can go to federal court. Tim Hollister, esq. can. Brian Bardorf can, but doesn't work like that anymore. His son, Mark, does not go to federal court. He does not go to appellate court either. You have to have a mentor and enough cases to qualify you to get cases to go to those courts. They are a different process. The Boston firms can go to federal court.

How do you incapacitate Kathume? Alberto Villodo's guide is Kathume, and so is Andrew Parsons' guide. That would include Nola Ganem and Bethany DiNapoli would also fall under Kathume.

Jean Gorham taught also taught Donald Jagoe how to move between realms. Harry Gural taught himself through Kundalini Crossing assisted by Alberto Villodo.

Kathume is now under lock and key in another realm. If he is half of Beatriz, then he will resurrect himself in 2,100 years or so, and you will remember Pamela Chapman that he is never to reappear in a guiding realm ever again. The people he was guiding are now infidels and as such have no guide in the guiding realm. Therefore, they do not belong to this realm any longer. In the Akashic Record realm they are considered visitors and if they misbehave, any guide can throw them over board into shamanic territory. That is where they stay. They cannot travel into the Upper realm. **9:58PM July 13, 2022**

Alberto Villodo just lost his heavy voice. **9:59PM July 13, 2022**

Pamela Chapman
pmvchapman@comcast
101-602-9510

The noise surrounding <u>Pamela Chapman</u> in the Upper realm and the <u>Akashic Record</u> realm will not go away without <u>Jean Gorham</u> removing it herself. That would be <u>Kathume</u>. All the noise goes back to <u>Jerry Slocum</u> who then has to find another project in another realm. He is to focus the noise around the infidels who sleep and never wake up. They will never know. The noise never disappears. You can never recycle the noise into something else or reuse it in another <u>Big Book Story</u>. We send it to the sleeping infidels. They will never know nor care. <u>Jerry</u> knows exactly where they sleep and he is always fearful of ending up there.

If <u>Rusty Powell III</u> tells <u>Jean Gorham</u> she can't go to court or settle with <u>Pamela Chapman</u> up front because we want her incapacitated legally speaking, then <u>Rusty Powell III</u> will spill all the beans on <u>Grenville Craig</u> and <u>Sandra Craig</u> will spill the beans on <u>Jean Gorham</u> because <u>Sandra Craig</u> knows exactly how the transfer of the <u>Twin Soul</u> lineage took place. It was not as it was intended to be as all others are. <u>Pamela Chapman</u> learned this January 2021.

<u>Grenville Craig</u> is never going to admit in a court of law exactly what he did even under oath. Then we try him in a court of a jury of his own peers, and that is usually how they finally fess up to what they did.

<u>Sandra Craig</u> now says, *"Well, I went to law school, and we never tried cases, so I am not experienced like that."* You don't have to be. You hire someone. Her brother is an attorney so was her father and her mother, both attorneys. Her father was a judge in New York.

The most expensive settlements: <u>Jean Gorham</u>, <u>Grenville Vernon Craig</u>, <u>Alberto Villodo</u>, <u>Happy Van Beuren/Roger Kass</u>, <u>Esmond Harmsworth IV</u>. <u>Simon & Schuster/Scribner/ Jonathon Karp</u> and <u>Nancy Graham.</u>

<u>Jean Gorham</u> says, *"I can't actually go to court because I am too old and my* **guide** <u>Kathume</u> *won't let me."* Then, we say we struck a deal at says <u>Jean Gorham</u> notifies you and says I seek to settle an affair upfront. Tim Hollister, esq. could do that. Mark Bardorf could negotiate. They have business together. It's not actually simple because you need to do some due diligence and understand the financials.

Otherwise she claims, *"I sue for $1.5 billion upfront."* <u>Tim Hollister, esq</u>. takes that case.

<u>Grenville V. Craig</u> goes to federal court because he gave up his citizenship to be a citizen of Rome, Italy. He has a passport for Monaco, and maybe the EU/Paris France. He had one for the USA. He was born in Middletown/Newport RI.

<u>Alberto Villodo & Marcella Lobo</u>. Tim Hollister, esq. says I take that one in federal court **because I** can negotiate a good deal to keep <u>Pamela Chapman</u> and he out of court, but if he does not play fair, we haul him into federal court in Providence, RI and I do extensive due diligence on his financials and all his land because he kept saying he didn't want his money or land and <u>Pamela Chapman</u> could have it all because <u>Marcella Lobo</u> will not be able to steward the land or be responsible with the money.

Pamela Chapman
pamelachapman@cox.net
401-662-0846

His ex-wife –the first wife—claims he has about $300 million in assets. He is a legal resident of California with holdings in multiple places. But are several parcels of undeveloped overseas properties: Argentina, Chili, Esalen, California (Conservation properties), Big Sur, Miami, and a 40ft? sailboat. His drug trade is out of a container warehouse in east LA. He grew up in Brentwood, California, as did Keri Weil.

Simon and Schuster/ Scriber:  Tim Hollister. Simple breath of corporate contract. Phil Schiff, esq, who takes cases of Simon & Schuster said it could take about 7 months on federal court they like to play the game. You play in federal court in Providence, RI and Jonathon Karp went to Brown, and he worked as a reporter for two newspapers in Providence, RI after college. He is often the house guest of Esmond Harmsworth IV in Newport RI. Whatever she sues Jonathon Karp for, around $75 million, Nancy Reagan claims he goes straight to Ways and Means, and asks for a waiver credit. They deposit the money in two installments in one month's time in Bermuda, or another off shore bank. He never pays directly. We let Nancy Graham go. It's Simon & Shuster for $350 million/38.5% and Jonathon Karp ultimately pays $75 million. 9:40PM July 13, 2022.

Continued,

Miki Ohlsen now claims these four women will destroy themselves, but never me. I refuse to have Dominique Alfandre and Bethany DiNapoli serve any longer in any capacity on the Capital Campaign. There is a new major gifts officer for the Capital Campaign. Nothing official has really happened to release Dominique Alfandre and Bethany DiNapoli from the headlines of the Akashic Record realm.

Bethany DiNapoli and Monique Burgess have officially resigned their commissions as officers of Grenville Craig Crossing –that is Grenville Craig at Kundalini Crossing, which was to make Grenville Craig the master of ceremony to instruct and coach everyone in nightly masturbation technique. Do you realize how badly this sounds in the light of day? Does he think he is Marcella Lobo or Gabby Bernstein or Alberto Villodo?

*"Yes, because at 3:30AM this morning or a little after, once Pamela Chapman went back to sleep, they sounded the alarm bells."* They went after Andrew Parsons who was waiting at Grenville Craig Crossing Way Station. Monique Burgess told them we'd play a really clever game of mystery and intrigue. Yet, he never knew what that might really meant. So, he drank so much liquid, that he wouldn't be able to do any kundalini exercises with anybody. **Harry Gural** was to be the initiator by Grenville Craig into masturbation technique. Yet, **Harry Gural** played a game on all of them and so did **Andrew Parsons**. So, ladies and gentlemen of the jury, do you think Grenville Craig is a first class Newport twit?

Pamela Chapman
pam.chapman@cox.net
101-662-6546

*"Yes, indeed. Ok, because now we have two separate groups of twits and both are related to Alberto Villodo."*

*"They are writing along with you. My, oh my!"*

Harry Gural:   You, Pamela Chapman, whacked me on the forehead around 1:37AM this morning because you thought Nola Ganem had stolen me, and forced me to strip and have sex with Nora Deidrich. Well, she did, and they played that game out where they forced me to lay face down naked, and hump until all my sperm was released into the bed.  And it was, because Nora Deidrich was supposedly naked and ready to believe Harry Gural was having sex with her such that she could claim, *"I stole Pamela Chapman's future husband."* Yet, she called him Harry Gural, Pamela Chapman's present husband. Nora Deidrich needed to be sure that Harry Gural was with her—Nora Deidrich, and not with Pamela Chapman, which he was with, when Nola Ganem stole him. They—Harry and Pamela were both in a deep trance, but I set you up beautifully didn't I Mary Smith?

Oh, John Smith, you are such an idiot. I will get my machine guns later, and we will shoot it out like proper actors in a movie called Mr. and Mrs. Smith, the unlikely spy couple who fell in love with each other –the movie where they say Angelina Jolie and Brad Pitt acting together fell in love with each other—just a side role from the Upper realms. You don't play those fact-finding games down there, the way we do up here.

They don't think that is fact, just fiction. Ok, you got me today, this way, but never that way twice a day.  Today, we play because we are all having so much fun, and Harry Gural wants you all to remember that the real Times Square marquee claims, *"He did nothing that removes himself from the situation, and he wrote it all down to remember the details."* He reminded Nora Deidrich that he will never ever do any practice nor masturbation with anyone else ever again. He is the partner of Pamela Chapman, and no one else ever again [what a joke!], and he kept telling her this. She never responded.

Andrew Parsons claimed, *"Nora Deidrich wanted to marry him, Andrew Parsons, and have 3 babies with him."*

Tim Delaney:   She had two marital affairs with me before, and let alone what she did with John Horton. It was a beautiful affair. It was all in her head, and not his. The Game for her—a reciprocity of favor, while his current wife's consulting practice kept her busy. That was Laura Gorham. Everyone knew what had happened, except for Nora Delaney who finished the night in front of a few trustees including Pamela Chapman with a glass or two of white wine. Pamela Chapman claimed she learned that night never to talk any business with Nora Deidrich while she was sipping wine, because she was in such a different place, and Pamela Chapman could run circles around her in those situations, and she did without any intention to do so. So, Pamela Chapman stopped ever talking to Nora Diedrich when she sipped alcoholic tea.

Someone wanted to know, *"What does ROH stand for?"*

She said, *"alcohol."*

Pamela Chapman
pfmchapman@cox.net
[b]-662-9510

They asked, *"In what language?"* She said, *"Organic chemistry."* Someone said *"You are who you say you are."*

Pamela Chapman:  Most days but not every day, especially in the Akashic Record realm.

Andrew Parsons:  Pamela Chapman, you are never stupid, just naïve. And, I took advantage of that on two – four occasions, but never again, because I played a Metatron role in bringing you and Harry Gural together.

Nora Deidrich:  How on earth do you stay together?

Pamela Chapman: I stay together with shamanic glue straight from Melchizedek deck # 47, 48, and 49, and that's all I can really say today or any other day.

Kathy Gural:  I love that you and Harry Gural play differently, but you both can play a certain way that is similar. If you could play that way on family holidays, we could all have a great time together. Even Emma said, *"How does she not know I was so into music, dance, theater – so are her two adult children (minus the dancing)?"* They also have other hobbies. So, Emma will you be an actress?

*"No? Yes? Maybe."*

*"She just likes it."*

Pamela Chapman:  Because you are a Gural through and through, that's why you are with all the arts and culture music, theater, and dance.

*"This is unbelievable. His niece is an Emma and you have an Emily Parsons."*

Pamela Chapman:  Yes, but Emma belongs to Kathy and David.

Melchizedek Guide #49 claims we are all sitting here together. We never told Pamela Chapman what to expect. She woke up in a panic that once again someone stole Harry Gural's psyche, but Bill Gural worked that one last night with him so that by today that would all be behind us.

To clear the Public Commons space after the end of the Guide War and The Game, we must adjudicate some people collectively.

We know Alberto Villodo and Nola Ganem are one and the same because she is calling meetings of thieves together in her aura instead of at Kundalini Crossing. The meetings are in the aura, and not in "geographic" place. Alberto Villodo doesn't like living out there. It's too dangerous. He doesn't want to be found by anyone including law enforcement or his legal wife, Marcella Lobo.

Alberto Villodo's ex-wife the first time:  I have no idea who he really is. If Andrew Parsons claims not to know his ex-wife, but says sometimes she is different with Harry Gural, than I will say the

Pamela Chapman
pmwchapman@verizon.net
401-662-9816

same, but in a different direction. No one understood how he becomes so demonic and so toxic. Is it the drugs?

*"No. It's the vibration."*

Last night, we all went into a tail spin when she was touching the palm of her hand channeling kundalini energy. It was around midnight, and Harry Gural told her to go upstairs. He wanted to play a very different game. Yet, she fell asleep immediately. He did too, a little bit, because he knew something would happen. That palm touch brought out the masturbation goons, so there are several ways to channel kundalini energy. They are all different.

She loved the feet for a different reason, but she will experiment because
> If she does it, she feels at one with Harry Gural, and so does Harry Gural feel at one with her.

> If Harry Gural does it, he feels one way, and she feels differently –until the following spring. (He is also connected to too many others simultaneously). It depends who is playing whom, but all we are doing is touching hands and feet and nothing in between. Very clean.

Masturbation is too low a vibration for all of this, completely unnecessary. Kundalini practice in the Akashic Record public space might be a substitute for shamanic journeying in the middle realm (Pamela Chapman has proved it as the game board.) It's all been convoluted, misplaced, re-played, and re-imagined.

So now, Harry Gural says, "*I am officially retired from my previous activities in the Public Commons space. I am a Melchizedek Guide and I am complelety –almost but in the process of being suppressed with Pamela Chapman and I won't go or do anything without her. So, all you women and men, it doesn't matter what you throw at me or her, it will be the same conclusion.*"
**8:43AM**

This Game has taken over some of our lives 24/7, and we will work to recover and get out of here like all the others have and did.

Mrs. Google, Wendy Schmidt, now claims she was kicked out of the Upper realm Star Gate by Hilary Rodham Clinton the other day for being a traitor. Now, we understand how and why things went the way they did and have. The Star Gate belongs to Pamela Chapman. In this fall of a Celestial Temple happens, all these souls and their guides are protected. As a clear channel, Harry Gural she will chat you up silly until you have your next re-incarnation. If you tripped me up there, I will return the favor there, so watch your steps carefully, Harry Gural.

Melchizedek Guide #47, or whatever you are here, do we blow the lights out of last night's contestants in The Game of Reciprocity of Favor and Opportunity?

Pamela Chapman
pmchapman@cox.net
401-662-9510

Harry Gural want to be Melchizedek Guide #10, and if you are #01, then we are exactly mirror images of the other, chirality, organic chemistry in 3 dimensions. Andrew Parsons was her organic chemistry study partner, so we know a little about that one, but not much about any other.

Bill Gural claims this one was his first official project and he's darn happy about the outcome. Kathy Gural can't wait for the next assignment. She works alone, but also with Emma and Emily so that no one knows what she is really doing. A real sleuth for sure.
8:53AM

Bill Gural:  These women are so stupid because they underestimated what you knew, and how you remember what they are all about. If they had kundalini training through my brother, they underestimated everything about you, and the two of you together.

Allison claims, *"I think I knew about you anyway, but you and Harry Gural are perfect with each other because if I dated him twice it was two times too many. I didn't date him at all, but I wanted to through his brother."*

Everyone thinks Harry Gural and Pamela Chapman play beautifully together since it never stops. They holler, scream, cry and laugh out loud like young children on a playdate. No playdates with any others for now except ourselves and our families.

*"We don't do anything with those women,"* Myron Gural/ Michael Harner says. *"They did it all to themselves anyway."*

Becca Bertrand now claims, *"I see it all completely,"* because after a long conversation with her mother yesterday on a regular telephone, the mother told her unmistakably, *"I've listened to you in the Akashic Record Public Commons space, and I think you might have damaged your reputation."* The mother said, *"If no one will do business with someone who acts like that, then you might need a really good reprieve from Newport."* (And, she will get one).

Becca Bertrand claims, *"My mother does this occasionally but it's not necessary. This is all part of **The Game that sorts people out.** Maybe it closes a few doors here and opens another place elsewhere."*

The mother says, **"Everyone who forgot that this was real in real time needs to remember that everyone else out there has matured, and you are just realizing it is time to exit the forest and return to your lives, whatever they might look like."**

Harry Gural, you had to play, but you were confused. Pamela Chapman had to play, and was tortured. Becca Bertrand worked to manipulate the outcome, as did everyone else. If a certain destiny is desired, everyone will realize you can't fool destiny. You can delay destiny, but not really, You can also really f' it up. Becca Bertrand, if your destiny is elsewhere, get on with it.

Roger Kass:  Harry Gural and Pamela Chapman, we love you both— but we don't, and I'll see Pamela Chapman in court, but we will settle out instead. We hate real court.

Pamela Chapman
pamelachapman.com
401-862-5864

Becca Bertrand:  Pamela Chapman, when you don't know a thing, you play it straight because the truth will eventually come out. It usually does.

Roger Kass:  I'm done with all of you and so is van Beuren Charitable Trust and the van Beuren's as a family. No one will remember we were here except the two, three, or four of us. That's all we can now say. That was our combined lesson together. Pamela Chapman, it really wasn't your lesson, it is ours. You have Alberto Villodo, but he was Metatron and so is Beatriz/Saul.

Myron Gural/Michael Harner: We did not band your psyches together with your auras. We didn't allow them to be together. This way, that Nola Ganem and Wendy Schmidt could reveal themselves and Becca Bertrand also.

Alberto Villodo claims he made a deal with Myron Gural/Michael Harner. No. It was Nola Ganem and she confessed it all before. Nola Ganem wanted Harry Gural for herself and became Pamela Chapman as much as she could. So did Monique Burgess. No, that's not her game. But it was. She also wanted Alberto Villodo through and through. She got them both, and claimed she wanted out, then in, then out. She followed Pamela Chapman 24/7 for multiple months and refused to let go literally of following her every move.

Alberto Villodo is always at Kundalini Crossing waiting for anyone to arrive. How do you get rid of him? You wall off your kundalini practice.

Harry Gural:  My kundalini practice is completely walled off now, and so is Pamela Chapman's so there are no reciprocities given to anyone at any time now or into the future.

Bill Gural:  Once you proved it was a shamanic journey practice, Pamela Chapman, everyone took a step backwards (but not really) and said, *"I never understood how she knows these things."* She reads and integrated her knowledge. That's critical thinking.

Kamala Harris doesn't like critical thinking. That's politics for you.

**9:13AM**

There are two games left and each will further our suppression/retreat together. Bill Gural knows who, what, and when.
>I am Harry Gural and I want to make sure Pamela Chapman is ok, and if she is only ok when she is with me, then we need to be together always. She dismisses most things in here.

We formally cut off all connections to Pamela Chapman's and Harry Gural's tags, connections and periscopes, telescopes, etc. anything that connects you. Pamela Chapman and Harry Gural don't have to disconnect from each other. You all do.

Pamela Chapman
pmela chapman @cox.net
101-662-9710

<u>Harry Gural</u>: I now know these games get played over and over until they become real in some way. The lies get played and re-played until the lies become the reality. Then they are real, and can't be undone. **2-2-22, 10:14AM**

The relationships in here are the way to destroy others and cement ones you might like but not out there. If you don't yet know the person, all the better to destroy you. Unfortunately, in Newport, <u>Pamela Chapman</u> knew of everyone out there and <u>Harry Gural</u> only in here, so together we have a unique circumstance, but we don't care. We are removed to another and together state and retreat will really settle the score.

### October 19, 2021
### 2:19AM

<u>Carrie Crosson Gilpin</u> sent <u>Harry Gural</u> a copy of my pdf through the guise of addressing it to <u>Mark Halpern</u> (Yes, she did.)  <u>Monique Burgess</u> created a Gmail account, Solograndrepub@gmail.com

<u>Carrie Crosson Gilpin has the pdf of *Barefoot in Heels* dated June 25, 2019</u>

Any Gmail account gets read by Google <u>Noam Zilberstein</u> has a personal copy that he picked off of Google.

<u>Harry Gural</u> has all the "book jacket" mark-ups.

<u>Michael Harner</u> says, *"No one will ever believe <u>Harry Gural</u> is innocent."*

<u>Sologrande Publications</u> is Marcella's new moniker for <u>Monique Burgess'</u> new company that publishes stolen manuscripts. They also have an e-book that <u>Harry Gural</u> has in his possession. Not only did <u>Monique Burgess</u> have to steal a copy <u>Pamela's</u> manuscript, but she insisted on also having a publishing company, and named it after <u>Pamela's</u> Etsey account. <u>Pamela</u> has the **<u>Ardmore Book Co</u>** (ABC's of publishing) and <u>Monique</u> has <u>Sologrande</u> because she is so big alone.

It was just a project that kept us working together night and day. By night it was Kundalini and masturbation; by day it was fraudulent book editing of a manuscript Carrie Crosson Gilpin hacked up. They edited a cheap version of her manuscript. **Two cheaps don't make a book – two wrongs don't make a right, but** two cheap edits make it to Dubai, Hong Kong and Singapore Harbor **too.** They did this for at least 3-4 months. It created a very routine, ritualized socialization of everyone in the Thievery Ring. It bonded them together unmistakably. By

Pamela Chapman
pmchapman@cox.net
info@2-09.tk

the end, all the men aligned in shamanic marriages with the core of the women. The core of those women are still involved, and forged an inner Thievery Ring.

**1:26AM**

### I Alberto Villodo do solemnly swear to bear any responsibility for:

I, Alberto Villodo, do solemnly swear to bear any responsibility for your family's health and welfare into the future because your ex-husband has been cut down to size at my request.

I, Alberto Villodo, offered to visit Andrew Parsons before his arraignment, and he said, *"No"*. Then he asked for Samuel. He was at home in bed and a bit panicked. It was a bad situation. No one answered, except Pamela Chapman did. That was the only opportunity for Alberto Villodo to know that you had every intention to prevent your children from witnessing what could have been a bad outcome.

We did the same on Feb 3, 2021 when Pamela Chapman put them in Q'ero Nation Territory. On Feb 4, 2021, Pamela Chapman knew nothing would be the same again, and,

I, Alberto Villodo, now realize I set Harry Gural up to destroy the one relationship that could have meant the most to her.

We shipped Harry Gural off to sea with Tara Plochocki for a last kundalini fling and do not expect him back ever because he just admitted he has always loved her, Tara Plochocki, the most of all of his kundalini partners. 12:32AM

I, Alberto Villodo, will clean up your aura. He is not capable at the moment. He embedded the aura with "crystals" such that there are miniscule crystals. [Note: They were actually tiny microscopic notes of noise that had to be lifted up like a helmet and tossed to several people. Then, tossed into the center of the Akashic Record realm where is dissolved in a high frequency sound. 9:32PM 3-21-22] No. He took all the shavings from your aura and embedded them back in, and claimed they will make noise every time I need them to. Each will act as a loud speaker. They cannot. That's what he asked for.

> This is Rusty Powell III's guide's signature. He does this to anyone who he can recruit. It is impossible to undo, except we, the Melchizedek Café guides know exactly how to do it. Kathume actually undid Leora at Pamela's request.

He took all the shavings from your aura and embedded them back in, and claimed they will make noise every time I needed them to. Each will act as a loud speaker. They cannot. That's what he asked for. He now thinks he just continuously – No, he fluidly paved the aura with rocks such that there would be so many holes that you would never have any peace, and that all noise will always increase. I can control the noise level with my hands. There are about 10 different sounds in there. Just so you would not have any peace and quiet.

Pamela Chapman
pamelachapman (a co.net)
401-662-9516

This is Samuel. He claimed to be responsible for much of the harm to prove that you could take it, and that they would still win. That's Michael Harner.

What is the outcome to be?

You hear, and you are removed from all of this hum and noise. Then, we remove you from the realm. Andrew Parson's presence has nothing to do with any of this. Harry Gural's input is never necessary. You and he may or may not like each other, but at least meet once. Figure that out. The ball is in his court.

He does not respond to me. 9:39PM 2.28.22

I, Alberto Villodo, can't seem to understand your indifference to many situations.

Yes, I do. So, sue me such that you can do some traveling because there are no other relationships for you in the future.                       Alberto Villodo, Harry Gural,
                              Tara Plochcocki, Justine Rudock 12:43AM 10-19-21

Justine Rudock: I am to blame for much of your situation. I can't do anything legally because I live in Australia. If you need testimony, ask your lawyer to contact me at Rory Gilmore, Akashic Record Public Commons on Shamanic Network, 10-19-21.

Ditto for Justin Romel, Former Llama Nation leader.

Ditto David Kehoe, Former Q'ero nation leader. (He lives in South Kingston and graduated from St. George's School and the University of RI.)

Tara Plochocki claims, *"To be no longer involved in the situation."*

Nola Ganem can't believe what Alberto Villodo has done.

I, Alberto Villodo, 9:04 2-28-2022 dissolve any and all thievery practice aimed at Pamela Chapman and her aura because it is destroying her life wholesale in a way that satisfies her husband and his greatest desires. I never entertained these kinds of wishes, and I did without any consideration for anyone else especially she and her children. Signed Alberto Villodo, 9:06PM 2.28.22

I, Alberto Villodo, also understand that Pamela Chapman and Harry Gural cannot get together because of things I expressly did to keep them apart. There was no reason other than plain sorcery. I will restore something, I don't yet know what, to make sure that never happens again.
                     Signed Alberto Villodo 9:07PM 2.28.22

I, Alberto Villodo, do solemnly swear never to take another shamanic spouse in my life (he already swore this and then went on to take on Bethany DiNapoli and Nola Ganem in Jan or Feb of 2022). These sorcery wives do nothing for a relationship, and do not really create proper relationship ties to

Pamela Chapman
pmwchapman@comcast
[401-466-2684]

another. The only real relationships are out there, and no Pamela Chapman, I will not buy my wife a *Johnny Was* dress.

Do something nice for her. Take her out to dinner in Monterrey or someplace like that.

*"Ok, I'll do that."*

*"No talking in here. Only out there."*

I, Alberto Villodo, understand that you and Harry Gural may never ever see each other face-to-face and he had plenty of opportunity to watch you expressly on sorcery television, and you had no opportunity to put yourself together in a way that made you feel presentable. That was the only way Harry Gural saw you and all those Harem women were always on sorcery television and knew exactly how to pose for the camera in provocative and interesting ways. No woman can compete with that. So you had your way and your pleasure in every way shape and form, and I had none of that and you got all the pleasure and I got all the torture, and I still can't get out of that. 9:12PM 2.28.22

I, Harry Gural, will take you someplace in this world out there and we will expressly sit and figure out if we can talk to each other out there because if we can't talk to each other out there after all of this, we can't talk to anyone. She can only talk to presidents and royalty and CEO's and people like that.

I, Alberto Villodo, have two items:  Marcella Lobo is my legal wife and Pamela Chapman always knew that.

*"Yes she did."*

*"And, Pamela Chapman never ever challenged my position with Marcella Lobo."*

*"She didn't need to."*

*"If Marcella Lobo had issues with Pamela Chapman then they were Marcella Lobo's issues."*

*"No, they were Alberto's."*

I, Marcella Lobo, do solemnly swear that my former husband with whom I had my daughter with is always someone that I worry about.

"Yes, he is."

*"And, Alberto Villodo always kept me and my daughter safe."*

*"Yes, he did."*

Pamela Chapman
pmchapman@aol.net
401-862-9516

However there is always a price to be paid for such things, and if <u>Alberto Villodo</u> took on several shamanic spouses, that was one of them.

*"No, it wasn't."*

*"Then, you and I are ok, because you could care less about these other women."*

*"For sure."*

*"You, and <u>Alberto Villodo</u> will never see each other."*
*"For sure. <u>Annette Burke</u> had no clue."*

*"For sure."*

*"Then, <u>Stevie St. George</u> and <u>Marcella Lobo</u> are ok."*

*"Yes."*

I, <u>Alberto Villodo</u>, want <u>Pamela Chapman</u> to know all you wanted was intel for film and books.

Pretty much. I need to learn about the energy realm. I need to be mentored/taught all this stuff and you taught everyone else for free in here and promised me to be my mentor, and you did nothing, nothing at all. You owe, and owe me, but it's too late. The damage is all done. Wholesale destroyed and done, and you couldn't wait to destroy my book—all fraud. You committed fraud. They forget that, and it stops them in their tracks. 9:20PM

### October 19, 2021
### 8:00AM

#### *******The Game*******

I am <u>The Game</u> I could not get out of, so I got out of <u>The Game</u> when I could, but I became <u>The Game</u> that you couldn't get out of, and now we are both <u>The Game</u> we can't get out of so we will all get out of <u>The Games</u> together because we are all the game together forever, and if I get out of <u>The Game</u>, and you can but I cannot, and you can, then we will never get out of <u>The Game</u> because we are both <u>The Game</u> together forever, so we are all in this game together, and together we all are this crazy f'game forever, and if <u>Pamela Chapman</u> gets out of <u>this Game</u>, she never leaves <u>your Game</u>

Pamela Chapman
Pamelachapman.com/wd
401-662-0510

because your Game is her Game and her Game is your Game, but together we are the Game of Life together, so we all leave this game together, and we never ever return to this or any other game together ever again because this game defrauded Pamela Chapman, and it will destroy you also. So now that Pamela Chapman is completely destroyed, and says yes. She will destroy my person next because I defrauded Pamela Chapman's honor and now if I destroy your honor, then you are next to defraud as a thieve, except she will be the only person in the Game because everyone else will be gone and then she can't get out of the game and then Metatron will own her until her own death so she can be incapitatated on the other side.

[The last person in, can't get out of The Game. There is no one to replace her. And they wanted Pamela Chapman to be the last one which was the Star Gate dunk tank game headed up by Tameen Saied that caused Pamela Chapman to never get in. Now, she can neither get in nor out of The Game. She is stuck and the sorcery has taken her over so that she will be completely incapitated in both life and death.]

The process:   Defraud → Destroy/destruction → dishonor→ Become the thief→
        Move to the next so you are never holding, it which is the Game of Noise.
        Never be the last one holding anything.

The Real Game:
Let's all get out of The Game together that we all entered together except Pamela Chapman was kidnapped to be in The Game, and now, once everyone is gone, except they leave Pamela Chapman in, so she can never get out. She has been kidnapped on both sides, which is also a mirror for her to be kidnapped into thievery in life so she will be the same in death.

The Game says, she has no other honor left other than your own which is whomever is left. Then if Metatron is the only honor left (which would then be her honor, it can never be destroyed), then Melchizedek guide on the other side (Harry Gural) can actually save Pamela Chapman from her own lack of honor that was destroyed in The Game because Pamela Chapman doesn't ever understand or know The Game and can't hear anything said about her.

There was actually not one thing that destroyed her honor. We all stand down because Pamela Chapman can't have any idea what is actually destroying her honor except his initiation—Andrew Parsons, MD. Her ex-husband, Andrew Parsons, MD, who now claims everything is fine as can be because his honor can't be destroyed by Melchizedek (Pamela Chapman, Harry Gural, Bill Gural, Tameen Saied) because Metatron now owns his honor, and it can't destroy him.  Just, Pamela Chapman's honor is destroyed forever and nothing will ever save her except maybe if we all say once and forever we are now all out of The Game.

Metatron destroyed her honor and that would be Beatriz(Saul/Kathume + Samuel) + Jerry Slocum and Jean Gorham, Andrew Parsons, Grenville Craig, Alberto Villodo, Bethany DiNapoli, Nola Ganem, Dominique Alfrandre, David Johndrow, Laurianne Florio and maybe a few others. As Metatron the honor or dishonor they hold can never be destroyed.

Pamela Chapman
pamelachapman.com (tel)
101.one2015 (t)

All Metatron Guides can stay there together, and we all everywhere else are gone forever, because she can't ever begin to conceive of him and what <u>Beatriz/Saul</u> is using to destroy her.

Everyone now understands that some thieves are always here and many others are not yet everything is always used against you, and if it delays you, no one will ever get involved.

<u>Rita Rogers</u> says, *"I can't understand why such a beautiful person had to be destroyed by <u>Metatron</u>."*

They say, *"If you think she is betrayed now, just wait and see what we do to her body tomorrow,"* because someone has just raped her and she doesn't know who to thank, or defend against, or anything. She will never ever recover her honor nor her life nor any friend at all because no one ever understands when she said, Saul told her, *"You will never have any friends ever again, nor will you have any money, nor any other opportunity ever again."*

So all she can do is stare out the window. Her body is shaking, and her groin has been offended –as if initiated into something awful. No one can believe her. Her ears are stuffed with cotton, and her aura is shaking out loud, and her awareness is somewhere else, but if you are **The Game** and still [talking] and I am here, where the hell am I, because I am not suppressed.

<u>Harry Gural</u> says, *"I don't have anything to tell you.* **No one can actually fully talk to you now or forever ever again.***"*

<u>Pamela Chapman</u>:  How do you get out of here? Where am I? and what is the next step?

*"I don't know who just raped you. It was when a chakra popped. That's not a popped chakra. That's an initiation—to what?"*

Kundalini practice of day and tomorrow. She is already initiated through a key turn, but not by Metatron. Ok, skip that rape process because she can't bear to have sex with anyone ever again, and no one will ever dance with her or go near her because of whatever <u>Beatriz</u> is saying about her.

No one can understand her relationship with <u>McBean</u>, but they do now know how they do not know—That is <u>Dominique Alfandre</u> and <u>Bethany DiNapoli</u>. They all left because <u>Donald Christ, esq.</u> said in the beginning, *"I work for <u>Sullivan and Cromwell</u>."*

<u>Beatriz</u> said, *"No, it's because you and <u>Dorienne Farzan</u> do not appreciated her input."*

They all claimed to speak to <u>Emily Parsons</u>. She was stuck in here in the <u>Akashic Record</u> realm, writing it all down for prosperity.  No, she left immediately for the Upper realm behind <u>William Parsons</u>, who his father said didn't say anything at all.

<u>Harry Gural</u> says, *"<u>The Game</u> is as I understand it, you have a few misunderstandings, so I will augment the information until they all claim it's actually not true. But, they are all so addicted to the misunderstandings. They can't*

Pamela Chapman
pmchapman@comcast.net
401-662-0510

*leave until it destroys them and you together. If you are* <u>*Metatron*</u> *and stay in there, you have so a complete misunderstanding of everything and everyone in* <u>*Pamela Chapman's*</u> *life that you believe all of it."*

They tell you and everyone else that The Game was all real and that she is a destroyed human and for an enlightened person she had no control, nor honor, nor money, nor friend, nor opportunity, to ever do anything else ever again. So, no worries. She claimed there is no God, nor any relationship for her. In the end, there is no God to save her, not even the <u>**Melchizedek**</u> guide (**Harry Gural**) that came to replace <u>**Metatron**</u>.

<u>Harry Gural</u> claims, *"I was supposed to retrieve you, and I am, but I didn't understand why you are such a bad person because the situation I was described in is similar but not true. Now everyone knows how you take something true that happened and turn it into fiction."*

Then, she says, *"That's why* <u>*Barefoot in Heels*</u> *is all true, unless it isn't for you."*

No one understands why <u>**Pamela Chapman**</u> doesn't even get to realize anything ever said about her.

She can't hear anything.

<u>**Beatriz**</u> said, *"For two years she was slandered by everyone and she had no idea, no clue. It was because a literary agent stole her book by taking her legal and profession submission and giving it away illegally."*

She sits on the veranda, and just stares like either a person meditation or a psychiatric patient strung out on drugs—which is what <u>**Andrew Parsons**</u> wanted her to be in 2011—because if she dares read something, Metatron will stop her because anyone still in The Game will never even let her out so even <u>**Metatron**</u> guided people all have to say, *"We are out of here, so the field is bare."* That is when she suppressed to a bare global mesa with <u>Saul/Kathume</u> and <u>Samuel</u> in charge.

> The Game is to make sure everyone is out and she is not, She would be left for <u>Saul and Samuel</u> to own her and when they do, they incapacitate her in human life and in death, which has why <u>Stanley</u> recovered seven past victim who could not see or hear, and returned to them these abilities in death.

No one will ever talk to her to pull her out. There would be a disaster to start <u>The Game</u> all over again. If she is the last person in there, it is because someone forgot to recognize they were in there also. The person who started <u>The Game</u> can he the last one left in here. Then, <u>The Game</u> is complete because <u>**Andrew Parsons**</u> was the person that pulled/kidnapped her here in the first place. So, everyone just call your guide to pull you out. You are all done and out. He can be the only one left in here.

<u>**Pamela Chapman**</u> you are not actually destroyed, only your honor and character. Now, <u>**Metatron**</u> wants from you like never before. If you say, *"No way, Jose, they keep me at this all day,"* you just say, *"I will I ever return to this life or any other because I will never live as a human ever again, and will bare that my character and honor have been destroyed, such that I never ever need to know anyone ever again."*

Pamela Chapman
pamelachapman@cox.net
401-662-9516

They wanted a <u>Melchizedek Café</u> clear channel a thief for themselves in their own Star Gate.

<u>Noam Zilberstein</u> claims my parents know you, and will love you just the same as ever before because now that I understand a **Caliphate Nation**, this is no **Reciprocity of Relationship** Nation Game. This is a **Caliphate Nation** Star Gate. <u>Hillary Rodham Clinton</u> and <u>Condoleezza Rica</u> are all protected in a **Reciprocity of Relationship** Nation. <u>Kamala Harris</u> is <u>The Game</u> unscathed. This makes her <u>Metatron</u>, and her honor can never be dishonored. She is <u>The Game</u> unscathed. <u>Alberto Villodo</u>, <u>Andrew Parsons</u>, <u>Grenville Craig</u>, <u>Bethany DiNapoli</u>, <u>Nola Ganem</u>, <u>Dominique Alfandre</u> and <u>Maura Lindsey</u> think they, too, are <u>The Game</u> unscathed.

<u>Kamala Harris</u> will now always and forever be remembered as a Caliphate Nation leader who will keep playing these games forever.

Who raped <u>Pamela Chapman</u> this morning?

We don't know unless **Grenville Craig** understands **The Game**. You can't even appreciate who would do this to you without your consent, or knowledge.

Why would you say it is pulsing again?

**3:20 PM July 15, 2022.**

<u>Happy van Beuren</u> claims, *"She will never be the same again,"* because it was *"Just about a book misunderstanding."*

<u>Pamela Chapman</u> claims, *"No, it was about de**stroying** her person for **writing** a work **of fiction**."*

[Note: **Grenville Craig** in October of 2011 **verbally harassed** Pamela Chapman so much as a Twin Soul sponsor, she just sat down on the floor of her bedroom and cried. He was so harassing and abusive in an energy realm of Twin Soul space, she had no idea or awareness of anything. Her Twin Soul, Donald Jagoe did nothing to help. He only colluded. Donald Jagoe repeated this pattern with Jean Gorham in the Upper realm. Pamela Chapman has no idea where Sandra Craig was in all of this, but Grenville Craig did everything he could to be an abusive thief. Where was her birth guide in all of this? She had run off. She had a Mechizedek guide who did nothing to help. **12:19PM 3-3-22.** [[Daphne and Chloe....]

No one will talk to you in here or hear you. That is the Caliphate Nation Game for the Victim. We will always hear you in here always, but you never ever hear us and we abuse you always for what we hear from you.

Pamela Chapman
pmchapman@comcast.net
Tel.603.995.16

Harry Gural and Pamela Chapman leave together today, and go out there together and never return in here together ever again.

Linda Estes asked, "Is Andrew Parsons is still single, because she killed her father?"

*"No one said Andrew Parsons killed anyone. He just shot an AK-47 rifle with the marines and a loaded weapon of choice."* He belongs to Metatron.
He did such horrible things to Pamela Chapman. The Windsor family left weeks ago and so did the Saudi's. They told themselves it was a ridiculous game. It was Meagan Markel who now knows that Harry Gural could have always saved Pamela Chapman, but was too much into The Game playing to ever get her out of here.

Harry Gural doesn't understand when Stanley Chapman said, *"Just protect my daughter like nothing before because no one will ever talk to her, not here or out there."* They are all terrified to associate with her. It's because she tried to win a game, she could not here to play.

All her real friends ended at every interval of life. Her husband made sure he killed any real friendship. The divorce took away several, and she did not replace them.

So, Beatriz attacked an associate or a colleague –but you can't really call them colleagues, just long time acquaintances. So, that why the friends that arrived were all from 30 years ago. Did you notice Hope Sanker left a long time ago. Beatriz had no other person to attack because the husband made sure he was her only friend. It's a Caliphate Nation requirement.

*"What happened to Lynda Adams?"*

She did not really understand nor know. What kind of friendship was that really? She didn't understand Newport at all, so if it is a Caliphate Nation game is Newport, RI, Lynda Adams can't really play at all.

If you left The Game, you got to the other side of the Upper realm Star Gate. Pamela Chapman was the first one in there and her children were second and third. It was a Melchizedek Star Gate that belonged to Pamela Chapman and Harry Gural, but she couldn't get on it. So much for ownership. She got left behind. Everyone else was somewhere with the Windsor, and the Saudis, and the Clintons. Pamela Chapman got dropped so only Metatron cold pick her up.

Pamela Chapman and Harry Gural played with Kamala Harris. Emily Parsons and William Parsons played with the Clintons, Wendy and Eric Schmidt and other notables.

In the Upper realm, Pamela Chapman's ears were stuffed, and there is an electronic hum. It's both Alberto Villodo and Metatron. Metatron is the base of the noise in all the auras of these guiding realm wars.

Pamela L. Chapman
pamelapmacro.ccc.net
101-662-9519

Metatron claims, *"We release the prisoner—but they did not, because no one will ever claim her anyway, and if The Game was played for days and weeks, then all would be thoroughly reduced to rubble which is what happened at the Tower of Babylon. They prayed for 43 days and left in a pile of rubble."*

Lori Kipnes Bailen: My eldest daughter knew The Game. She advised, *"Just don't say anything anymore. That's all you are ever going to do to get out of The Game."* It's a life lesson to say nothing ever again, just don't use any electronics ever again. No phone, no recording devices or computers because your voice picks it up. Your aura will always tune in when faced with electronics.

If you chose to destroy Pamela Chapman, or Harry Gural, don't expect them to ever reciprocate ever again, because you did not understand that this is real … Yet, so were they:  Deborah Chapman and Laurianne Florio and Wendy Schmidt and Harry Gural.

**10:37AM**

Shamanic Indifference of Donald Jagoe to Pamela Chapman:  I am my own Caliphate Nation state of Israel because Jana Jagoe kept me a prisoner in my own house when she lived in Paris. Pamela Chapman said that in 2007. He was like a caged bird in his own house. Yet, the doors were wide open.

Harry Gural:  Three things that make you indifferent to Pamela Chapman

*"I am not an indifferent situation."*

*"I am never alone as a Caliphate Nation of Israel."*

*"I have enormous self-worth and self-love."*

The fall of the Celestial Temple all ended in rubble. No, it ended with the inquisitor, Andrew Parsons, the only one left standing in the town square still hammering the same song of misfortune and the same song of infidelity, DNC's, and *Barefoot in Heels*, which he claims all night was plagiarized but it was not.

Saul said, *"You wrote down everything Andrew Parsons said, and just pulled it together as a book of fiction. Could you do the same for this?"*

Saul destroyed Pamela's character, and infidelities killed it unmistakenly.

*"Why was that?"*

Pamela L. Chapman
pllcs.lapitam@comcast.net
loveandzeal.com

Because it was a Caliphate Nation Game, looking for new recruits. No one played enough to say, *"Get the hell out of here."* They all wanted to play and replay the same stories to avoid having any story stick to them, just like <u>Lisa Goddard</u> and <u>Carolyn DuPont</u>, which is about the size of it.

<u>Grenville Craig</u> knew <u>The Game</u> but did not recognize it. The same for all of them, until this morning when she woke up and said, *"I'm still in this."* Someone gave her a jolt of a sexual nature to pop a chakra. She was shivering and shaking and said, *"Why am I still in this Game? What the f?"* She played her <u>Tuning Forks</u>, but no one was there.

*"Oh, God."*

*"Of course, there is no God nor love for her, but that is an indifference."*

<u>Jana Jagoe</u> says not a chance. *"I loved you once, and I will love you all over again."*

<u>Donald Jagoe</u>:  No, he says because you made us flat broke, and no one cared that you spent or wore or spoke. You were your own hat trick and everyone stood by a lawyer. No, that was <u>Pamela Chapman's</u> book. No it was not.

<u>Harry Gural</u>: <u>Jana Jagoe</u>, why did you first go to Paris, France?

<u>Jana Jagoe</u>:  Because I hated living in Newport. I was bored with my life, and husband, and because I had chronic fatigue syndrome.

*"No, she did not."* She has low vibrational energy which makes her tired all the time. She has a chronic mono effect that she adapted as a cognitive behavioral therapy to always get her way, or the highway.

<u>Harry Gural</u>:  I had mono also which is why I left Wesleyan and look a year to recover from. She agrees unmistakably. <u>Joe Fins</u> and <u>Joe Bartlett</u> had the same condition, and so do all the others. And <u>Pamela Chapman</u> just needs to sleep every night which became a chronic problem in this Caliphate Nation realm.


## Caliphate Nation Wants Three Answers

Why did <u>Pamela Chapman</u> get a divorce <u>Donald Jagoe</u>?
     Lack of coherence of relationship.
     She and he didn't like the same people.
     She and he didn't have the same taste in anything.
     He never complimented her, or paid her any real attention unless she was of service to him.

Who is <u>Pamela Chapman's</u> shamanic dance partner?

Pamela Chapman
pmchapman@cox.net
401.662.5216

- She never actually had one and could care less about it all.
- She was always indifferent.

Who is her dance partner today and everyday moving forward?

*"I couldn't say because I can't figure out if she is just playing a game with* <u>Harry Gural</u>, *or if he really cares."*

*"Frankly, no one really cares for either of them, so it won't surprise me if all she does is travel around —that's all I do by myself everyday moving forward."*

<u>Harry Gural</u>:  I love to travel myself but I never travel alone. She will never travel alone.

<u>Harry Gural</u>:  I never understood together, but if we meet together in the 3rd eye, we are most certainly together, even when we are apart. So, it's together but apart, but apart, and never alone.

Which is different from <u>Andrew Parsons</u>, <u>Alberto Villodo</u> and the <u>Thievery Ring</u> Harem stalking <u>Pamela Chapman</u> and using remote surveillance and other sorcery tricks to follow and monitor <u>Pamela Chapman</u> 24/7.

*"So, together but not apart, but alone forever together alone."*

<u>Harry Gural</u>:  I can absolutely work with you on that because I am always with another but never apart.

*If you are always alone, but together, you are never apart or alone,* except if you are in the wrong "relationship".

She has a neurotransmitter complex. They can't release when apart, and she can't find their release apart, so together, but apart, and alone or not, they can't release.

*You must be together physically for their release.*

So together for release or apart, and never alone as a release as a reciprocity of relationship, so
*Release the reciprocity of relationship, so you are never alone or apart,
and then you are together naturally, always and forever.*

<u>Harry Gural</u>:  <u>Jana Hicks Jagoe</u> takes too many medications so her transmitters are all over the place, and <u>Pamela Chapman</u> only takes herbs. That's the problem. Herbs are never neurotransmitters so her aura had to turn on to over blast and overcompensate power. Drugs never replace people as neurotransmitters.

<u>Jana Jagoe</u>: I can no longer follow <u>The Game</u>. You lost me when <u>Pamela Chapman</u> entered <u>The Game.</u>

Pamela Chapman
pamelachapman@cox.net
401.662.0540

**Harry Gural**:  You are not an intellectual power. You is a gossip.

**Barbara Bohan**:  We don't blame you **Pamela Chapman** because you did nothing wrong. No one thinks you are the power behind **McBean** or **van Beuren Charitable Trust**. She makes McBean and **Elizabeth Lynn** look like chopped liver.

*"Really?"*

*"That's the way it was started So, I worked with her at the NHS. It went ok, but not really."*

*"Why?"*

*"I can't say, but this guide has a way of twisting every story in several ways. I heard it several times told a different way. They can't be true, but sort of, kind of really. But they aren't, ok?"*

**Barbara Bohan**: I stayed but didn't play, that did not matter. If you stayed, you had to play deeper and deeper into your own story.

**Harry Gural**: Ok so if I had left her earlier and stopped playing...

*"No, you could never leave anyway...You had to leave with her."*

Harry Gural:  I knew I had to solve the puzzle with her. But, we won in the end. I didn't know where the end game was, and I didn't know I was psychically betrayed, but she always understood and knew me. I could not shake her no matter what. I wanted to dump her so many times, and while she was gone, she was always with me, alone but never forgotten. I betrayed her so many times, but she kept digging me out. She said, it took no effort (It really didn't. It was like breathing...) **All she ever knew was, that I just wasn't myself in this story**.

Caliphate Nation State says, *"We relearn then right away because she will expose all of us all over again today and every day forward. No matter what we say about her, she now knows who we really are."* She will always say, *"You are not telling the proper story."*

She wants to keep writing fiction. She never will again because it cost her everything. You stole it, and she had to buy back her own story from the US Library of Congress. This allows her to litigate in the US Court system. You will all pay except she wanted it as a proper book, not as a court case.

**Jim Gaffney**: You can still publish.

**Beatriz/Saul**: No one will ever want to read why we all stayed here longer. It was because Harry Gural refused to end his own game.

Pamela C Chapman
pmcchapman@cox.net
tel-902205 fri

**Samuel:** He couldn't. I took over his psyche and controlled him. He had no free will destiny state of himself. It was all a fated misplaced Stockholm Syndrome Story.

She had to expose everyone. That's part of this story now. It's usually that way, but not always. The usual way is someone arrives to sort it all out. Yet, no one who arrives stays long enough. For sure that happened over and over.

Harry Gural was a betrayal who had to align with her to free her and it took a long time. No one will never know if their relationhip is real or fake because that's how they both played it. That's always how Harry Gural plays, so now she and he know each other's real game. We both now know truly each other's real game.

Harry Gural doesn't want or seek anyone really, neither did Donald Jagoe, but Andrew Parsons always wanted Pamela Chapman for himself, but she was never his and he didn't want to play The Game of reciprocity of relationhip.

**William Parsons:** But he will now, because he will pay her first and she will then pay us. Ok dad?

**Andrew Parsons:** I refuse to say.

**William Parsons:** I will make you pay to play that is all I will ever say because if you did this to your own mother, what did you do to your sister and brother?

**Andrew Parsons:** Nothing.

**William Parsons:** Yes, because they showed up, and did not play. They never supported you. John and then Peter Parsons and then Lenore Parsons supported me for a while, but no longer because Carl Helmetag told me they only wanted dirt on your mother, and they got it unmistakably. But in the end, they now know who you are, and so do I, and so does Emily. So don't expect a lot form either one of us because our mother never had a f'chance against you, but you took every reciprocity in this life and did not deserve a one of them.

**Andrew Parsons:** That's my story and I'm sticking to it.

*"No, that's a Caliphate Nation State story. He is an archtype and he fits it to a tee."*

*"We are no longer writing."*

*"Oh, but just one more."*

John Parsons Sr. (in heaven): Andrew Parsons you will get your due, and your ex-wife has been annihilated in this story, and you got her up front from the beginning until the end. Two fraternity stories she did not get out of you, and you will pay for it all because that is now your responsibility.

Pamela Chapman
pmchapman@cox.net
101.602.9510

You mother in heaven claims she did not understand the situation, and still doesn't really except it was <u>Pamela</u> and <u>Deborah</u> who showed up when she died. (Not really.Taht was a rouse). They were on the front lines with <u>Alberto Villodo</u>. That's something also.

## October 20, 2021

I, <u>Alberto Villodo</u>, shave all your outer koshas and take away your soul. It is equivalent to a higher form of manslaughter. <u>Marcella Lobo</u> has done this to you before in, May 2021.

It took a few days for <u>Pamela Chapman's</u> nervous system to become better. It was because I am a <u>Melchizedek</u> Guide and the aura always rejuvenates and reappears anyway.

Instead of being raped either by <u>Grenville Craig</u> or <u>Rusty Powell III</u>, she woke up and walked around her house nonstop. <u>Harry Gural</u> told her how to do it. She walked about 30 minutes until the pressure lessened. This stopped it. <u>Harry Gural</u> would have simultaneously been affected also. The pressure was the greatest she had ever felt ever. <u>Harry</u> told her to walk around and to keep walking until it was better. She also did some kind of yoga shaking in her legs that helped lessen the pressure in her vagina and lower abdominal area.

Cardinal Nation appeared to help that.  Wesleyan University: true and blue, red and black, classes of '81, '82, '83, '84

In less than an hour, <u>Pamela Chapman</u> was back sleeping and it took over three hours for the three men to actually be able to urinate again because <u>Harry Gural</u> is a first class shaman. Unlike <u>Rusty Powell III</u> and <u>Alberto Villodo</u>, he made sure those men were aware of the discomforts that they had inflicted on <u>Harry Gural</u> and <u>Pamela Chapman</u> with their sorcery which was an aggravated sexual assault on a person who was asleep.

It would be akin to a rape because they expected her to awaken into a full organism that they would then tell everyone she did it to herself while she was asleep.
They were using strong sorcery curses. You had to walk around because you could not sit or lay down. <u>Jonathon Karp</u> can do these. For <u>Karp</u>, he usually never talks to them again for the rest for their life **10:50PM 3-21-22|**

Pamela Chapman
pbs.chapman.com.net

Everything took place in front of the whole world – a global worldwide <u>Akashic Record</u> realm – a **truly public rape**, in the Guide War of 2021 at ground zero in Newport, Rhode Island that began on Feb 4, 2021.

<u>Pamela Chapman</u> never went back to sleep. <u>Grenville Craig</u> said, *"We will recover something."*

She was asleep by 1:30AM or before. It is now 7:01AM EST. <u>Grenville Craig</u> is in Rome, Italy where it is about 12Noon and <u>Rusty Powell III</u> is in Little Compton, RI, and <u>Alberto Villodo</u> is in Big Sur, California where it is 4AM PST.

<u>Cardinal Nation</u> is here again because if they were to end all these, <u>Grenville Craig Station Masturbation Clinics (Andrew Parsons)</u>, which only began about three nights ago by making <u>Pamela Chapman</u> the stooge, or the laughing stock of the people, for finally being bested by the best, <u>Grenville Craig/Andrew Parsons</u>.

Then, <u>Cardinal Nation</u> says, *"No way, Jose, we will all stand together and no one will ever stand alone ever again not if they are <u>Harry Gural</u> or <u>Pamela Chapman</u> because both have stood alone in this war and they have individually and collectively been destroyed. I am <u>Roger Kass</u>, and I helped destroy <u>Pamela Chapman</u> too many times in this war."*

So, **now what you do to one, you do to all of us.** No one would have known just how much sorcery was involved since 2011 with <u>Grenville Craig</u> and <u>Pamela Chapman</u>. Donald Jagoe basically always stood down anyway. So, he was of no help to his own <u>Twin Soul</u> who should have stood by with her. <u>Harry Gural</u> can only take so much of this abuse also. So we now all stand together to say, **"… to bring <u>Pamela Chapman</u> and/or <u>Harry Gural</u> down means you bring all of us down together."**

<u>Grenville Craig</u> claimed last night after the **<u>Grenville Crossing Train</u>**, *"<u>Beatriz</u> always sends it, and it sounds like a real train. It arrived at a station that he didn't really know what it meant because <u>Pamela Chapman</u> asked for it to be removed because there is no more business in the realm for this train ever again."*

<u>Grenville Craig</u> as a new initiate. <u>Grenville Craig</u> has wanted to play this game since 2002 through a space they called, <u>Sandywoods</u>, which is an arts center in Tiverton, RI. It is next door to <u>Tiverton Trading Post</u>, which is the name—<u>Tiverton Trading</u>— of <u>Grenville Craig's</u> investments company, which he and <u>Sandra Craig</u>, his wife of 50 years, are the sole partners of.

After <u>Pamela Chapman</u> went back to sleep, <u>Grenville Craig</u>, <u>Alberto Villodo</u>, <u>Rusty Powell III</u> regrouped and decided to try again later. But, first their own sorcery business has to subside. <u>Alberto Villodo</u> was also involved. He has been inside <u>Nola Ganem</u> most of the night, and by daylight he always says he leaves, but he never does. He did this to <u>Pamela Chapman</u> and <u>David Kehoe</u>.

[Note: <u>Grenville Craig</u> started as a Twin Soul sponsor in July 2011, and said he tried to make <u>Pamela Chapman</u> his shamanic wife. She knew nothing of anything. He and Sandra stayed until <u>Alberto Villodo</u> arrived on March 8,

Pamela Chapman
pmchapman@cox.net
401.662.0516

9th, 2021. She knew nothing of the energy realm of the Akashic Record field. He knew everything, and had access to anything he wanted through Rusty Powell III. He took advantage of everything and she knew nothing. Her Twin Soul took a back seat and did nothing. She never knew when he was there. And all three colluded against her daily. If he had helped Pamela Chapman understand this realm even in the slightest, she would never have been in this abusive situation.

Now, when **Grenville V. Craig** considers that he is to have ordered the shaving of the outer koshas of Pamela Chapman, he and Sandra Craig know exactly what that sorcery is, what did she do specifically to deserve that? It is **pre-meditated assault, manslaughter meant to kill the soul completely.**]

[**Note:** It is the level of 'Kill' in The Game. It's either Murder #1 or Manslaughter except it is the soul. You are completely killed here. It's like getting kicked out of a Kundalini Crossing Game –and don't come back. She is considered dead. **She is invisible to everyone. It is also true that since she cannot hear, everyone is invisible to her. This is the Metatron game.**]

[Note: She was like this before she arrived on Feb 4, 2021: absent, invisible, and tracked by at least Andrew Parsons and Jessica Hagen and others. Yet, never found. You birthed her only to maim and kill her. She was alive in the Upper realms, and is being forced against her will, not to be able to return. ] She has no protection. Alberto Villodo, Grenville and Sandra Craig's, and Donald Jagoe could have all protected her, and they did not. So could Tameen Saied, and he did not. Harry Gural claimed he came to help, but he helped himself instead.]


What did Grenville Craig think Pamela Chapman did to deserve this treatment?

He didn't know. He couldn't say. Alberto Villodo feels she owes him as the kundalini partner. Yet, he has had two before. This is how he responds to them. He would actually hate true monogamous kundalini practice it is nothing at all like Kundalini Crossing. It is very sexual, but not hormonal at all.


Justine Rudock claims, *"If Pamela Chapman has no aura, then she will always use other men and masturbation clinics to make her feel better."* That is never Pamela Chapman. It is Marcella Lobo.

*"Just like Sandra Craig and Grenville Craig love masturbation as a way to calm them down."*

Alberto Villodo uses marijuana instead.

One uses sex (Marcella Lobo) and other uses drugs (Alberto Villodo).

[Note: the Thievery Ring used Pamela Chapman's noise wall as their Protection Plan. It was used to create privacy for masturbation, kundalini practice, and intimate conversations. She was their noise and their protection, and she was given none in return. 11:42AM 3-1-22 Harry Gural says *"I am your protection, now."* I am your privacy, and our intimacy now because I can grant you those spaces that no one else can. But, on September 2, 2022 she is in no better place at all.]

Pamela Chapman
pmchapman@cox.net
401-662-9236

Rusty Powell III sits on the Board of the Redwood Library with Grenville Craig and the other Twins Souls of Newport, at least four to six sit with Grenville Craig. Rusty Powell III is always involved.

Rusty Powell III claims, *"I can't destroy an aura, I only steal financial information and play fraud that way."*

Noise:  It is like demonstrating loyalty to a Thievery Ring. It is the Kill of The Game. Then you make a hit on another. You either do it yourself, or order the hit.

*"Who ordered the rape hit on Pamela Chapman?"*
- Grenville Craig ordered it. He is a copycat of Rusty Powell III.

Once they decided to make the hit, they decided to wait until—they did not know.

In the meantime, Cardinal Nation appeared (Roger Kass). Grenville Craig said, *"I stand down now,"* because Nola Ganem said, *"I now think Alberto Villodo is a real goon."*

*"We all thought last night Alberto Villodo was a cross between a really lost soul and a sociopath."*
He compartmentalizes as either pure authority as Lahore, the drug lord, or as compassionate shaman medicine man, Alberto Villodo. He tried to appear as the internationally acclaimed shaman for the people who had love, affection, and compassion for others.

He and Marcella Lobo are each other's Protection Plan as an arranged marriage because she was an unwed mother of a 5-year old, and had to get away from an ex-husband who is also in the drug trade.

We are a telegraph machine that is spreading out all this information from Alberto Villodo, Marcella Lobo, and Grenville Craig because Pamela Chapman can't hear a thing, and she'll be most directly affected.

The noise is here to prevent Pamela Chapman from communicating with another. They all put it in here. It is all Alberto Villodo because Nola Ganem said she steps down.

She will never step down right to the end. Do you know why?

*"It is because of Jean Gorham."*

She wanted to best Pamela Chapman, and sought out the marriage of herself to Alberto Villodo. She wants world-wide attention for her chocolate flakes company. She now has it. She can never just walk away, neither can Andrew Parsons.

Pamela Chapman walks away because it was a party the Guide War Game had to be officially over yesterday. They harass you until you die. Pamela Chapman and Harry Gural must end together to end the game, but they will harass Pamela Chapman.

Pamela Chapman
pamelachapman@cox.net
401-662-9546

**Harry Gural** gets the entire game now (not really). **Pamela Chapman** was completely innocent. She is legally suing several individuals because she was a truly innocent outsider, and they violated laws of the USA.

|**Note:**  **Pamela Chapman** was so ambushed, abducted, man slaughtered, abused, killed in the space repeatedly since Feb 4, 2021.]

**Grenville Craig** then holds all the power of the people.

|**Note: Grenville Craig's** name could be Alberto Villodo, Happy van Beuren, Roger Kass, Esmond Harmsworth IV, Carolyn DuPont, The Newport Hospital Foundation Board, The Redwood Library, Kamala Harris, Tara Plochocki, Carrie Crosson's Gilpin, or **Andrew Parsons.**|

Carrie Crosson Gilpin claims all she ever wanted to do was get revenge on **Pamela Chapman** from college. That was not a revenge just a Green Book Game of besting. And she brought in **Cynthia Parent** who is presumed to work at Google because **Cynthia Parent** and **Pamela Chapman** were housemates. It was all to best **Pamela Chapman**. In the end, it was **Pamela Chapman** who bested them consistently. It was them and their revenge who ended up in the middle of the **Thievery Ring Workgroup**. Revenge is never sweet. You get that which you are seeking. You committed crimes and you will pay.


**Carrie Crosson Gilpin** your ex-husband and daughters will now pull you out. You have been to too many of these in one year's time.

The law of attraction of revenge will hit you personally in the face. That is why **Pamela Chapman** never seeks revenge. She pays a different game, and so does Cardinal Nation true and blue, red and black, Wesleyan University classes '81, '82, '83, '84.

Roger Kass:  We stand together now because we all were initiated into this Game in some form or another, and we will all stick to our personal families like glue to get out and never return, and if they must listen to these realms they will suppress/retreat themselves as best they can.

Thank you **Grenville Craig** and **Sandra Craig**. We had so many conversations, except, most were with myself. You just asked questions. I channeled all the answers. I will sue you, and see you in federal court.

**8:00AM**

At 5:15AM,  **Pamela Chapman**  heard what they were planning to do. She burst out loud and said, *"Why are you doing that ? You know from last night you tried to do this"*

Pamela Chapman
pmeechapman@cox.net
101-000-2022-16

Metatron is demanding they go away because they now know too many answers to too many questions, and Pamela Chapman has too much support from the entire world now, because if she had the answers to a problem, she shared it right away, and it always solved the problems, and once she was quiet the other day, people said, *"You have a great sense of humor and could really play run around the pole game well or hide and seek, but she can't bear and she was so misunderstood. Not anymore."*

You never get out of The Game at any age but Harry Gural is absolutely leaving and so is Roger Kass (No, he is not) and Andrew Parsons (No).

Family will be the first level of the newly formed Cardinal Nation Game. It's family first, and education second because with the proper education, no one was to ever play these games. We use discipline, wisdom, and critical thinking skills to survive. We also have team spirit unity and we always bring a little sense of humor to get us through it. But, we play differently sometimes, not quickly, but we always win true and blue, red and black Cardinal Nation unity to the end. We bested Harvard and Brown, and a few others. So, we know exactly who we are and what we are talking about, and Roger Kass has a Cardinal Nation alumni daughter and a son attending Eagle brook. They are all initiated into the Cardinal Nation Game and so were Pamela Chapman and Andrew Parsons' son and daughter. They are true and blue, red and black straight through their own lineage.

So we have a new game now, but we will always own it, because we always did own it. Sometimes we fought and fell apart, but we always recover together, and get out of the middle realm Thievery Game. If we can by example, so can all of you. It was Zenia Theresa/ Samuel who also echoed similar words back in early August.

*"Are we all done with the Kundalini Crossing Game?"*

*"Yes, and we will never return to them."*

Nola Ganem wanted to work with Rusty Powel III as a step above a waitress. She will lead a new profession and a thievery life of financial fraud.

We bested everyone who got in the way of Harry Gural's and Pamela Chapman's suppression and we won that all, and we also have them as a new Cardinal Nation state. That's all we will ever say. Harry Gural's games with Samuel were in the psyche. Guiding Realm. Pamela Chapman game with Saul connected to Metatron was in the aura.

We play their game in this war and then we win by our own besting game like never before. They play with the rules of their Game and besting, and we win by our intellect and strategy with Melchizedek. We win on the US federal circuit court. See you later alligator.

October 21, 2021
**1:09 PM**

Pamela Chapman
pmelchapman@verizon.net
781-862-0510

Since early this morning, maybe 4AM, and before, all night long <u>Pamela Chapman's</u> sexual organs were stimulated. She tried to both ignore them, and ask for that sorcery curse to be taken away.

[**Note**: We believe this to be anyone connected to <u>Jerry Slocum</u>. This was validated 2.28.22 10:25PM. <u>Alberto Villodo</u>, <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, <u>Nola Ganem</u>, <u>Carrie Crosson Gilpin</u>, <u>Kayla Abbate</u>, the entire <u>Abbate Family</u>]

We learned at about 7AM why it was not. It was a pulse to the lineage to initiate <u>Quin "O'Reilly" Delaney</u>, <u>Norah Deidrich's</u> son, who she thought could earn some side money as a Kundalini initiator. He was not a replacement to <u>Harry Gural</u>, just a new initiate to <u>The Game.</u> They claimed to have made him sit doggy style for about two hours, and then masturbate on the floor, and then slurp up some with his tongue, so he knows what it tastes like. Then, make him roll in it to get his body wet. Then, he had to let it dry for 1-1.5 hours. Then, <u>Kamala Harris</u> told him to take a warm bath in a tub that was a large sink in the kitchen. She made him skip, and get in the sink.  <u>Monique Burgess</u> helped him wash it off, and masturbate again, then he climbed out and dried off, and put clothes on. Then, he laid face down, and <u>Bobby McDermott</u> initiated him into <u>Kundalini Crossing</u>. They claimed to get to the 2nd level almost immediately. After that, they tied <u>Quinn Delaney</u> and <u>Tara Plochocki</u> into a reciprocity of relationship shamanic marriage. Then, they had <u>Tara's</u> parents, <u>Linda and Steve Plochocki</u> of Gainesville, initiate him for about 15 minutes into kundalini exercise. They said, "He was a natural and finished at **8:30AM**."

[**Note**: It was later learned that he had been initiated in the past and had been to other Kundalini games in other locations, especially with his mother. His mother thought this was a good way for him to earn extra money as a kundalini coach.]

At 8:30PM on July 15, 2022 while Newport was at the <u>Newport Art Museum</u> gala, <u>Andrew Parsons</u> and <u>Carrie Crosson Gilpin</u> with the help of <u>Nola Ganem</u> played the "tape" of one of their slander dialogs from last December or so. No one in the Upper realm could hear it, neither could <u>Pamela Chapman.</u>  It is some of the worst slander and harassment you could hear about a person. He said, *"I did this as revenge for her book, <u>Barefoot in Heels</u>. I never have to write my own revenge story. I just broadcast these dialogs to anyone and everyone verbally in the oral tradition to anyone who will listen."* Slander right to the end.

No one wants to ever hear him ever again. We, who know <u>Pamela Chapman</u>, know these things can't possibly be true. These come as "baked" copies of past conversations in the aura. <u>Alberto Villodo</u> knows exactly how to do them. He bakes a copy into <u>Andrew Parsons</u> and <u>Carrie's Crosson Gilpin</u>. It's a defamation of character lawsuit.

An attorney in Newport claims, *"<u>Andrew Parsons</u> is never going to understand why you divorced him. Never ever. He just does not get it. Nothing you say to him ever reaches him. He is so sore about that divorce, he can't see to ever stop himself. It doesn't matter that he has girlfriends, he just can't figure out what happened, but he claims he does not want you back, he just want you destroyed right to the end of your life, and these <u>Thievery Ring</u> Workgroup women who includes <u>Nora Diedrich</u>, Executive Director, <u>Newport Art Museum</u> will see to it that <u>Pamela Chapman</u> is abused and harassed until her personal death."* 9:08PM July 15, 2022.

Pamela Chapman
pmchapman@cox.net
401-662-9846

At **1:15PM**,

Harry Gural and Pamela Chapman had asked Kamala Harris specifically to remove any tags on her sexual glands/organs. She refused. It appears once again, it is all about Carrie Crosson Gilpin trying to best Pamela Chapman at something. Remember one or two nights ago, she tried this same game with Grenville Craig and Rusty Powell III.

She claims, "Kamala Harris and Carrie Crosson Gilpin—she will not rest until Pamela Chapman masturbates, and Pamela Chapman claims, *"No way, Jose. I never ever do that and never will."* You can wait ten years. Donald Jagoe knows that.

Carrie Crosson Gilpin claims, "No way, Jose." Carrie Crosson Gilpin has to finally best her at something to prove she can actually best her at something. Andrew Parsons is the same way, he has to prove to everyone he is not a liar, but he is. Don't forget, Carrie Crosson Gilpin is married to Andrew Parsons. She is his handler in The Game.

Then, Harry Gural claimed, *"Carrie Crosson Gilpin wants to play at Kundalini Crossing game with Pamela Chapman and Harry Gural."*

Pamela Chapman said, *"No way, she is not skilled. If I host it in my aura, she becomes an intrusion in me. I refuse to play."* Pamela Chapman has visuals occasionally, which changed the game completely.

Carrie Crosson Gilpin says, *"Then we aren't playing."*

She was looking to best Pamela Chapman anyway she could.

It appears they will not stand down until Pamela Chapman masturbates. They also won't stand down until she admits to an DNC, or something else. It's always something: an affair, plagiarism, or another.

**Kamala Harris:**  It's a game of showing I have more power over you.

Carrie Crosson Gilpin: I've finally bested you at something.

If Carrie Crosson Gilpin can't best her every day in every way… she has already. She lost the masturbation game the other day. When will she finally learn that sexual assault is a criminal offense?

Right now. **1:20PM**
*"There is one more thing that has to come out."*

*"Let's get it out right now. Pamela Chapman can barely hear a thing."*

Mark Halpern doesn't want to be sued. He passed along a stolen manuscript.

Pamela Chapman
pmchapman@comcast.net
1614-002-9549

*"It's not about being sued. It's about **Carrie Crosson Gilpin**. She stole my virginity in college and I want it back."*
[Says who?]

**Carrie Crosson Gilpin** doesn't want to be sued, so she is looking for way to counter sue, but she stole **Pamela Chapman's** book and sent a copy to Universal Pictures and other places. She committed fraud. Now, she has to pay.

**2:24PM**

In a Kundalini Crossing game between Carrie Crosson Gilpin and Shlomo Zilberstein, Carrie Crosson Gilpin gave away Pamela Chapman's Social Security number.

At 9:32PM it is Nola Ganem giving out Pamela's social security number. This is just like Grenville Craig. Any time they hear those two words, the number spits out from a psyche. It is so quick and so fast. He prides himself on that. So does Nola Ganem. They used the number every night at Kundalini Crossing. They made all the players memorize the number, and recite it to get in The Game. It came through Grenville Craig and Rusty Powell III to Kamala's Table to Bobby McDermott then to Tara Plochcocki, who organized the entire Hate Crime game against Pamela Chapman at Kundalini Crossing.

Sexual harassment of the initiation of Quinn Delaney.
- They claimed, they could see in **Pamela Chapman's** aura that her sexual area was turned on.
- Nora Diedrich, his mother, said it will pulse day and night and maybe for three weeks. The point is so that every woman and man masturbates so that they become kundalini disqualified. Masturbation expands and kundalini contracts.
  - The old players of The Game get disqualified through masturbation, and only new entrants join via kundalini contraction to initiate a new set of players.

**Kamala Harris 10:14** 10-21-2021, You never ever say that you will masturbate ever, and that you can wait years and years without any kind of sexual activity. True and I have proof.  So why are we all waiting for her to masturbate?

**Carrie Crosson Gilpin** now says, *"Well, we thought we could break her down, and she cannot be broken down.*

**Kamala Harris:** *So, why are we insisting that we can actually deliver on something she doesn't ever step down from?"*

**Carrie Crosson Gilpin**:  Because we think we can, and then we best her best of all.

Pamela Chapman
pamelachapman.com.net
404-667-9818

Fritzy Conway:  You ladies will now wait ten years or more because she has down this to three men before, so just get in line Carrie Crosson Gilpin. Can you wait over ten years or more? They are more than dumb shits, they are stupid shits who think they don't really understand that you are so much more than masturbation clinics. They can't comprehend who you really are. Yet, Carrie Crosson Gilpin spent two years in college with you?

Pamela Chapman:  Well, not really, she was across the quad and took other classes, and turned away from attending Smith College, so we have no energy of coherence after all.

Kamala Harris: I will not cower to this stupid bullshit Carrie Crosson Gilpin, and if she claims she has done this to three men, you are not kidding, so why are we all insisting on the impossible?

Pamela Chapman: Because they are dumb thieves and I am Cardinal Nation after-all.

I, Kamala Harris, release Pamela Chapman, and I, Fritzy Conway, release Harry Gural because I won the coin toss.  Now, can they all release and retreat together today? They need to get out of this space as dictated by the 3 Enoch and similar stories. It is part of history and is insisted upon in the Guide War Stories. **11:02AM**

Fritzy Conway: Why can't you just leave yourself?

It's a guiding realm responsibility. It's not your ultimate call as a human. You can prepare, but you can't dictate.,

I, Kamala Harris, leader of Kamala Nation do hereby release Pamela Chapman and Harry Gural from my nation state and return them to the upper realms where they rule as King and Queen of the Celestial Nation of the 3 Enoch stories and other Celestial Temple Star Gate falls. These stories are clearly written throughout history and are dictated by the Guiding Realm, and I must now pay close attention to the endings of these stories, as they dictate the future direction of our collective humanity, and also dictate the rise and fall of certain individuals from governments, corporations and communities across the entire nation state both energetically and physically. Kamala Harris. **11:05AM**

I, Bill Gural do hereby resign my commission as leader of the Melchizedek Nation state and place my specter in the hands of Kathy Gural because it was started as a Gural Nation State, and now must by lead by a woman who can go toe-to-toe with a celestial nation queen.

I, Kathy Gural do hear-by resign my commission as a leader of Gural Nation State and return to my former post because I can no longer bear to hear my brother discuss his personal problems with other women, and not Pamela Chapman, who can't hear those conversations. Bill Gural will now take over as the companion of Harry Gural in that conversational space to reveal any leftover concerns or issues because Pamela Chapman, you had no idea what was really going on, and he

Pamela Chapman
pmc.chapman.cscs.net
703-662-0210

never brings you into those conversations which we has been having all morning long. I had no idea she is an absent in these conversions.

Kamala Harris: I had no idea what was actually being said, so she and I are no different. Neither she nor knew what was really happening. Then I reveal that I am no longer interested in hearing those stories too.

I, Emily Parsons, resign my post also and return to the Star Gate with my brother William Parsons who is holding the door open for me. My mother needs to stay in the Star Gate to suppress naturally Today is the day of suppression for all of us. **11:11AM.**

Take Pamela Chapman directly to the Star Gate and place her next to her daughter and son. **11:11AM.** You are now there.

Bill Gural takes over for Pamela Chapman and begins a journey to help his brother heal from the trauma of his past situation.

Harry Gural is too busy talking to the other women in the Star Gate. He needs to release all the trauma and return as his former self.  Until then, he is banned from the Star Gate Nation of reciprocity of relationship because no one believes he will ever actually show up for Pamela Chapman, especially his brother and sister, and her son and daughter, and his mother who believes he has been brainwashed into thinking these other woman are his real relationships. He will actually lose the one relationship he is supposed to have because that is how Kamala Nation runs its business opportunities. **11:15AM**

Bill Gural now thinks Pamela Chapman is never going to actually see Harry Gural because Harry Gural just told him that Carrie Crosson Gilpin is his new best friend for tearing Pamela Chapman a new one over this Star Gate issue. Ok, we will actually work to restore his psyche and maybe someday he and she can meet somewhere for coffee, or cappuccino, because neither eats too much, and neither drinks alcohol. We will work to regain his composure in public spaces, and work so no one takes him over when he is out in public, as they spoke of in greater Los Angles, California several years ago. That's easy they say. You just say into the space, *"Get the hell out of here right away into the space!"* **11:24AM**


Kamala Harris is the figure of the king that must fall, so we shall see if she falls after all, and how long it takes to make that happen as part of this story. It can take years or months, but no longer than whatever is dictated in the stories.  Harry Gural and Pamela Chapman clearly were chosen years before. 3 Enoch had the same problems. Harry Gural will never be the same as before, but we hope we will save him after all. Pamela and Harry are reciprocity of relationship Melchizedek guides that must come out together, except, getting them out together seems nearly impossible. They will remain with us in the Star Gate until we can get them out safely, and not before, because Kamala Nation has some things planned that will ruin any return to regular activity. No one will ever

Pamela J. Chapman
pjchapman@cox.net
101-602-9510

understand the exact plan except those directly involved in it. <u>Michael Harner</u>, <u>Ruth, Bill, Kathy</u> and <u>Emma Gural</u> and <u>Emily Parsons</u>. **11:32 AM**

<u>Cardinal Nation Leader #3</u> wants you both to now understand that as the reigning King and Queen of the upper Celestial Temple and Star Gate, <u>Roger Kass</u> has no idea what the hell we did with our Queen because we kicked out one of the best, and now she has to resume her throne alone because we played too long with her king, and while we had great fun, she was tortured here, so he will have to figure out how he can have a relationship that allows her to have some fun, and he to have some grace and space, because that would be the real reciprocity after all. <u>Roger Kass</u> 11:47

October 23, 2021
9:47PM

Google Home document is in "repair" mode by <u>Diane Gilpin</u> who is <u>Diane McEnroe</u>.

I need a separate copy of the book, and they email it to you under separate cover because it comes from <u>Cynthia Parent</u> or <u>Noam Zilberstein</u>.

How did it get distributed to the entire group?

<u>Harry Gural</u> had <u>Diane Gilpin</u> taken off the name plate and put <u>Pamela Chapman's</u> name on it, and called it *Barefoot in Heels*. He tried around October 5 or October 6, and <u>Cynthia Parent</u> did not accept the corrections. <u>Noam Zilberstein</u> also refused. Now, two Google employees refused to make the corrections.

<u>Roger Kass</u> did not, if it were dead on arrival, it did not look that way. It was supposed to look as: *Reflections of Newport Harbor*, by <u>Diane Gilpin</u>. But that is not the right name. It's close.

*Barefoot in Heels* went full circle from <u>Roger Kass</u> more than once.

<u>Monique Burgess</u> sent an e-book to <u>Roger Kass</u>.

One was sent through Google (it could have been the <u>Akashic Record</u> room itself) and <u>Diane McEnroe</u>.

They are reciprocities of family favor to **Happy van Beuren**. Because once it has gone full circle, it was thought, it could no longer be sold as its original book by **Pamela Chapman**. It destroys the author and their work as a demonstration of might. It shows how well the team can really work together to effectuate an outcome. Therefore, their next project can be bigger and more prominent

Pamela Chapman
pamelachapman@cox.net
401-662-0436

because this is a training ground. It demonstrates who has what skills, and how demonic one will go to win at The Game. Demonic is not the right word.

We once called it is called Sexual Obedience because we will always give you a partner you did not chose, and expect you to align with them in a way that also gives you sexual intimacy pleasures. You learn to work with them in a secret place, that others do not see. So, if you become fluid with your partner, it is not the best approach for fraud, drugs, gambling, and guns.

If Andrew Parsons wants to meet Carrie Crosson Gilpin, he did not learn that you never cross the line of meeting the person. It never goes well. If Harry Gural wants to meet Pamela Chapman he can, because he has known her before. He and she will always understand that if they knew each other biblically once, they can always do so again. But, if he can't bear to look at her because of what he has done, then he will always remember that *Barefoot in Heels* is always on sorcery television because Andrew Parsons read it so much, and everyone has their own pages and dialogue all typed out.

Roger Kass, law school graduate: Happy van Beuren makes me do these things. No, this is pure Roger Kass.

Roger Kass:  Becca Bertrand and I wanted to best Harry Gural and Pamela Chapman. The two of you were bested by Kamala Harris, Roger Kass and Happy van Beuren.

Becca Bertrand wanted to be Queen of the Kundalini Master himself, Harry Gural (courtesy of Jerry Slocum and Michael Harner acting as Myron, his father.)

Francine Weiss, PhD., curator at the Newport Art Museum, helped them understand how to layout art for book jackets. She fully understood the fraudulent project.

Leslie Grosvenor Holloway Dywer:  Arrived at the **Thievery Ring Workgroup** to talk about distribution of the e-book throughout Newport. She belongs to a famous book club of lower Bellevue Avenue, also at the Redwood … She was initiated into Kundalini Crossing herself. Replaying the Redwood Library's Kundalini Practice initiated into Kundalini herself [Note: 12:16PM 3-4-22 Harry Gural verifies she used the name Leslie Dywer at Kundalini Crossing. Pamela Chapman specifically asked about two days ago, "If *by anyone by that Book Club was hundred?*" No one answered, but it was Leslie Grosvenor herself, who was a former Development Director of the Newport Art Museum.]

Merrill Allen, Director of Marketing at the Newport Art Museum also reported into the Workgroup.

Nancy Whipple Grinnell, the former curator of the Newport Art Museum also reported into the Workgroup.

**10:07PM**

Pamela Chapman
pamelachapman@cox.net
[tel]-602-0570

**Monique Burgess** put a larynx recorder megaphone speaking device in **Harry Gural** here so that Monique could always hear every conversation at any level because **Harry Gural** speaks to others in the throat.

**Maura Lindsey** writes everything down from internal meetings and can trade for clemency or some reduced sentence.

**Monique Burgess** is looking to sue **Pamela Chapman** for slander (This is harassment for sure). She countersues for prostitution on **Harry Gural**. *"You got me,"* she said. She did not refile after that because **Harry Gural** won't ever speak to you or me. **Michael Harner** will put him in a mental hospital.

They actually couldn't edit *Barefoot in Heels*. It was too well edited. They took out some sections and paragraphs to make it less of what it really is. They sought to take out the author's narrative voice.

**Diane Gilpin**, who is **Diane Crosson McEnroe** claimed to have wanted out to avoid plagiarism. She realizes she was dead off and wrong about everything, but she will be sued for her participation and will likely lose her ability to adjudicate in a US Court room or teach law at Fordham Law School. She is a McEnroe and will not suffer because **John McEnroe** said, *"They will all recover,"* Yet, she and **Carrie Crosson Gilpin** will need to lawyer up, and respond to the fate of the case.

If **Diane Crosson McEnroe** were smart, she would cooperate—Probably not because she and **Kamala Harris** have a deal that claims she was not really here, but **Harry Gural** knows for a fact, and so do the others. He has seen her on sorcery television. She masturbates with him, and likes to do Kundalini practice with him in his bed on the houseboat in the Virgin Islands. She is a crack pot lawyer. Yet, she has this soft spot for sleeping around with men, all sorts of men for Ways and means. She has had one affair and two close misses because those men were married and walked away. Her son now works for the US Senate.

**Kamala Harris** claims she won't be charged because it can't be proven she was involved. Yet, they all know she was.

**Diane McEnroe:**  I was just having a good time. My sister wanted moral support. No. My sister wanted me to help her land **Harry Gural** away from **Pamela Chapman**.

**Diane** can always watch me on sorcery television, a reciprocity from **Kamala Harris**…

From last night, we traded it, and it came back. She asked **Kamala Harris** for nonstop viewing of **Pamela Chapman** to avoid perjury, and she got it in the form of self-recrimination.

**Kamala Harris** said, *"I can no longer keep you, if you confess to the crimes."*

Pamela Chapman
pamelachapman@comcast.net
1914n620516

So, she wanted to watch <u>Pamela Chapman</u> all day. She did. She didn't see anything to report on. It's gone now. <u>Michael Harner</u> took it out because <u>Harry Gural</u> didn't realize his tag didn't work and they put another periscope in her. … There are forever no more periscopes in <u>Pamela Chapman</u>. **10:23PM**

No one can now find them except for a few people, and they can't share the viewing.

<u>Alberto Villodo</u> always sees.

<u>Andrew Parsons</u> wanted to be part of the <u>Thievery Ring</u> Workgroup, until he learned what it really was:

- He gave them several bad photos of <u>Pamela Chapman.</u>
- He gave several bad examples of her life.
- He gave several bad examples of everything possible to get him into the group.

In August 2021, they decided they didn't actually want him.

Alberto Villodo said, *"No, because he knew how and where it would end up."*

Then in late September, he was initiated by <u>Kamala Harris's</u> people (Actually October), and <u>Pamela Chapman</u> bailed him out for numerous obvious reasons. He never understood <u>The Game of Sexual Obedience and Thievery</u>. He is glad to be out and over his ex-wife's reciprocities of kind.

**10:46 PM**

<u>Andrew Parsons</u> said he never really understood thievery. He does now. (<u>Stanley Chapman</u> says not really on 3-4-22 12:52PM)

<u>Monique Burgess</u>: I told <u>Andrew Parsons</u> never to show up here ever again. So, he spent the nights searing energy at <u>Pamela Chapman</u> while we played Kundalini Games. **That worked until it didn't.** He decided to stop because <u>Gabby Bernstein</u> told him to stop. He just wasn't effective after 7.5 hours of searing energy at least three times.

The whole <u>Thievery Ring</u> leaves one-by-one and goes to the caves. They do not do anything to anyone ever again except <u>Nola Ganem</u> will break out tomorrow, and try to send a fire ball to <u>Harry Gural</u> and will hit <u>Jana Hicks Jagoe</u> instead. There will be no harm done except she will exhibit such bad behavior that she will be remembered as out of control, and it will send the right message to the others that everyone is all done with all of this.

<u>Monique Burgess</u> touches herself all day. <u>Harry Gural</u> stood near them. She always senses when he is nearby. She pings, and pings Solograndre (which she does all the time), until Harry Gural shows up. She will ping it until <u>Harry Gural</u> tells her he's there.

1. "I don't feel a thing from her at all." That's the pinging. <u>Pamela Chapman</u> always heard it.

Pamela Chapman
pmcchapman@cox.net
101-662-0516

2. <u>Monique Burgess</u> is terribly obnoxious most of the time. *"I couldn't tell before, but I certainly do this time."*
3. <u>Kamala Harris</u> told <u>Michael Harner</u> to wire him to be so physically attracted to <u>Monique Burgess</u> that <u>Harry Gural</u> could never turn her down. She really wired him to be wired to her at all times.

**11:02PM**

Today <u>Monique Burgess</u> tried to take your lights out.

<u>Pamela Chapman</u> said, *"No, it was me and not <u>Harry Gural.</u>"*

And now, <u>Harry Gural</u> says, *"Well, maybe it was me and not her, we can't be sure. We cannot."*

This is why you can't **host any game, or play any ever with a fake identification number because you have no auric protection. <u>Grenville Craig</u> took it away, maliciously and with intent.**

**Malintent + action = gross negligence**
**+ homicide in the energy realm**

<u>Christine Bush, esq.</u>: <u>Harry Gural</u> should have told you. Yet, he never tells you anything. If he tells you something, it gets distorted. He always leaves you out in the cold. It's a real problem of betrayal. <u>Monique Burgess</u> is now a wanted sex offender and <u>Harry Gural</u> is now protected by National Sex Offender laws that claim you can no longer be in this realm as it is against your will and need protection every day until you have a new identification number (it is never a number always a name) which might take a year or longer.

<u>Christine Bush, esq</u>: <u>Harry Gural</u>, you can no longer take <u>Pamela Chapman</u> anywhere in this realm as you could be liable for manslaughter if she is taken out and shared by someone. Then, they take all of your numbers, which is why Layah O'Tannenbaum needed numbers.

Last night <u>Pamela Chapman</u> you were so firm he could not play. He said he was so upset that you misled him in everything with the noise level. He was between a rock and a hard place with <u>Monique Burgess</u> and <u>Carrie Crosson Gilpin,</u> and that feed that <u>Carrie Crosson Gilpin</u> and <u>Diane McEnroe,</u> fed an attorney in New York City the fact that <u>Christine Bush, esq.</u> is an attorney of record is important, because she could have been writing everything down.

Her sister is so dirty— She will pay. <u>Diane Crosson McEnroe</u> was not always talking, but <u>Harry Gural</u> said she was always a thief and initiated into kundalini practice. She was not a <u>Kamala Harris</u> person until late last night. No. She has too many people rooting for her. <u>John McEnroe</u> spoke for her a month or two ago. <u>Pamela Chapman</u> always knew of her, but I had the school and opportunity wrong. They kept saying she wanted to be an agent and an author, and would sell the book to <u>Nancy Graham,</u> <u>Scribner's,</u> <u>Simon & Schuster.</u> That was in May or so.

**Christine Bush, esq**:  This case is too big for just me. **Pamela Chapman** will start small, and go bigger. No one can ever remember who said what and you have so many notes. We will work to Xerox and type them up. There are just so many of them.

## 12:10AM

**Christine Bush**:  Early this morning **Pamela Chapman** and **Harry Gural** had kundalini practice witnessed in the aura by **Tom Hockaday**, **Bill Martin** and **Iona Ross** who stood guard as protection. No one was raped and everyone seemed to understand the situation.

It only went differently when they tried to repeat it around 9-10:00. They stopped of their own choosing for various reasons. Mostly too many unauthorized people entered including **Monique Burgess**, **Tom Burgess**, **Cole Burgess**. **Monique Burgess** was identified because she planted a pulsing signal inside above the groin. It was all retaliation because **Pamela Chapman** took them all out in a regular Kundalini game with a Kundalini visualization ploy. She wrapped them up in cellophane, and hung them on meat hook upside down as the hanged man. They returned right away, into the kundalini game.

**Carrie Crosson Gilpin** and **Nola Ganem** had created so much noise in **Pamela Chapman's** aura once again to say, *"Nothing will ever happen moving forward his way."*

They, Harry Gural and Pamela Chapman were the font of kundalini energy for the realm. It comes from below their knees, so they do not need a pulse signal around the groin. They claimed they sent out a gentle pulse to claim **kundalini energy is in the realm. No, they did not. There is no such thing.**

Grenville Craig used your Berkshire Bank Account number for his numbers in Rome, Italy.

Then, what is your American Express number? He is not quite sure. She changes it all the time.

Nola Ganem claims to know it by heart and tells everyone in the realm to go buy something for themselves from it. Pamela Chapman will call them right now for a replacement. (It's her SS#) This is fraud. Nola Ganem swears it is correct. Why is this so important to Nola Ganem?

Just like Carrie Crosson Gilpin it is the way they prove power over other people, and it is part of The Game of Sexual Obediance. The second rung is fraud.

Your bank statement savings is so low that no one cares, but Grenville Craig has that number from online banking, so change that number right away because someone will use it. He has been giving out these numbers in this space since last May 2021, and Pamela Chapman does not want to replace them because then he would reveal the replacement numbers.

Pamela Chapman
pmrchapman@cox.net
401-662-9916

Harry Gural knows Gina Raimondo can't use those numbers right away because someone will implicate her in big case so she will need to use someone else's numbers to play any Thievery game.

Kristine MacManus, is so demonic. She is consistently available to blab credit and banking numbers. She makes a really good thief in financial fraud. She always gives away the asset class protection number which signifies one's social class. Once you are above or below a certain number, you either play up or down but if you are out, you are out.

Pamela Chapman, you and your sister are squarely out of the game, and so it looks the same for Harry Gural. So, that is your ace in the hole. We all know you will earn millions in your legal cases, so we will arrange proper identification. You never need to change your name because that signals issues with the IRS. If you get married, it's ok, just don't change your name to Smith because no one will ever really know who you are. There are too many Smiths and Jones. William Parsons claims his father has been financially exposed by The Game.

Yes, he has. Yet, he has some protection others do not have. Your mother stepped up grandly. He owes her a debt of gratitude bigger than anyone can believe.

12:38

Pamela Chapman and Harry Gural have similar credit score, 810—830 (HG) depending on the month. This is important because for two people with presumed minimal resources, they have very high credit scores. It signals very high credit history, and credit resources. Sometimes it looks like you are hiding money.

> Pamela Chapman had a divorce.
> Harry Gural had Barney Frank who told you to protect yourself right before all this Kamala Harris activity began. Yes, he did.

Pamela Chapman, your house has been intruded by so many people that you cannot even begin to know who has come and gone, and checked everything out, including all your financial papers on your floor that are usually in binders. She didn't file them because everything she would read would entire into the global dialog.

Jerry Slocum and Jean Gorham did this to her. He did not protect her, nor her house from all the intruders.

No one told her so many people were hanging around her house checking everything out, including Harry Gural and his new Thievery Ring of 13 thieves –all women and one son of people she personally knew in Newport, RI and beyond. Significant people included: Nora Deidrich, Executive Director Newport Art Museum, Dominique Alfrandre, Co-Chair IMC Capital Campaign, and President of Newport Strings Project, Founder of Newport Arts & Cultural Alliance, Bethany DiNapoli, Monique Burgess, Carrie Crosson Gilpin, Diane Crosson McEnroe, Noam Zilberstein, Elise Fagnoli, Harry Gural, Kayla Abbate (then Kathy Abbate another day), Tracey Moore, Tracey Jonssen, Rhonda Fagnoli, and Cynthia Parent.

Pamela Chapman
pam.chapman@cox.net
401-662-0716

Cynthia Parent is responsible for holding an e-book of *Barefoot in Heels* that Monique Burgess produced from a re-typing of a manuscript she submitted to Esmond Harmsworth IV of Aevitas Creative Management. It was to be sent to Hong Kong for the reproduction market with her Registration of Certification numbers which they got because it is on a bulletin board in her office. She hug it so as not to misplace it, Yet they broke in and stole it. (They actually cannot steal the number. It belongs to the work unmistakably and no one gets it without the permission of the author.)

> *"If they steal the registration number (from sorcery remote viewing), they are legally liable in a way they can't even begin to imagine."* **Judge, Peter Caltaldo**.

She does not feel safe in her home because everyone follows her around and comments on whatever is in her path. It's all through sorcery breaking and entering and remote viewing. They harass and abuse her all day long including Nora Deidrich and Nola Ganem, the ex-husband—Andrew Parsons, and Maura Lindsey.

These people have all entrained to Pamela Chapman for months on end. It is so bad, she refuses to clean and do certain things in her house and routine in order to protect herself.

They remote view her computer screen and read whatever she is reading. What will they do with all this personal information?

Christine Bush, Esq.: Kamala Harris wants to know why is this important today?

Iona Ross claims Harry Gural has so much more protection than Pamela Chapman. Yet, he never shares.

He has no responsibility to reveal those to Pamela Chapman, and he never will even in marriage and which might be more private, and not legal (technically speaking).

Technically speaking no one needs to know certain information about another, and Pamela Chapman has several cases regarding information that is legally protected out there but was revealed in here. The Abbates think, *"She is so dumb, and so poor, that she is a tool for the Thievery Ring."* It makes no sense to them how she lives.

Rick Abbate claims the ex-husband does not understand either, so keep up the good work Mrs. Smith because you will have millions of dollars and so will Harry Gural.

Pamela Chapman can't ever hear any details everyone else all knows because you don't ever allow her to listen and hear. It' because they are all so f'jealous. They say it is really a Game of Power. Yet, you best them every day with your wisdom and knowledge. No one should ever think to exclude you from the details. She will figure them out anyway if it is really necessary. These conversations build relationships she doesn't have because no one will allow her to dialog, if they do, they steal everything, and turn it against her.

Pamela Chapman
pchapman@cox.net
401-662-9556

This is so true of <u>Monique Burgess</u>, <u>Carrie Crosson Gilpin</u>, and <u>Nola Ganem</u>. It is absolutely dangerous to talk about anyone or anything. They all want to sue you, <u>Pamela Chapman</u> for libel and slander. They can never do that based on what you have on them. They look in the mirror at themselves and see what you will do to them, and then lash out at you.

At 7:01AM this morning, July 16, 2022, <u>Carrie Crosson Gilpin</u> and <u>Andrew Parsons</u> tried to extort <u>Pamela Chapman</u> into saying she had a DNC. Now they tried to say that they will come after her with everything they have to get her to confess to anything at all. <u>Alberto Villodo</u> himself was going to do all of the questioning to get her to visualize exactly what happened. So, finally <u>Pamela Chapman</u> started to snooze as they asked her a lot of personal questions. They named every man she ever dated as David O'L, and were going to go down the list of every man with that name. She said, *"That man can sue all of you, for all of this."* They worked really hard at defamation of character of <u>Pamela Chapman</u>. They questioned, and questioned, and questioned, but in the end they got nothing.

<u>Harry Gural</u> worked on <u>Carrie Crosson</u> for a long while. Finally, she admitted, *"They cannot figure it out."* Presently there are a lot of guides and people working very hard to look at her memory and visualizations. They are hacking at her hard to get her to admit three things: Who, what, when and whereabouts a DNC. that they want the world to think happened to her when she was 17, 18, or 19 years of age.

Someone ultimately said, *"If anyone, anywhere went with her, it had to be with David O'L so that it is a he-said, she said game because there is no one in the realm that can say they were there, or knew all the details of anything like this."*
<u>Harry Gural</u> worked for over two hours and got <u>Carrie Crosson</u> to admit that she is divorced from <u>Ed Gilpin</u>, and that her daughters attended Conn College. One transferred in, and graduated, and the other, <u>Kate</u>, she claims never actually graduated, although she spent 2.5 years there. *"She never actually graduated from anywhere,"* is what she said. Then, he got her to admit that she owns two houses, and she often rents out the house in Hartsdale, NY to make money while she sits at Quonnie Pond, Charlestown, RI. She does not want to sell the Hartsdale house, but she doesn't care about that house at all. She rents it out. She raised her daughters elsewhere in a rather decent house that was sold in 2016, when she got divorced. She'd move to Quonnie Pond fulltime but she won't like the consequences.

Then, <u>Harry Gural</u> got <u>Carrie Crosson Gilpin</u> to say, *"She and <u>Andy Parsons</u> spent so much time masturbating, that even she had to call it quits."* Then, they spent many hours every day talking about <u>Pamela Chapman</u>, so much so that she claims, *"I could write a book about you now, <u>Pamela Chapman</u>."*

She said, *"He gets himself all worked up, and then cannot calm himself down."*

Pamela Chapman said, *"It takes him about two days and he also needs physical exercise."*

Carrie Crosson Gilpin does not know that about him. She would say, *"He needed a diversion of his attention, and they never left the conversation. It was always focused on Pamela Chapman, so much so that she is sick of talking about her."*

Nola Ganem did the same thing, except Nola Ganem has so much hate inside of her, and so much revenge and destructive tendencies that those dialogs are a result of all of her toxic tone and toxic intentions.

Carrie Crosson Gilpin told Harry Gural, *"I loved talking to you, because you is not like the others at all."* No, he is not. He never was, even in college. Carrie Crosson Gilpin said, *"If I had met Harry Gural in college, I now realize he and I would never date because I am too toxic myself."*

Her ex-husband thinks she is a bona fide gossip. She can't leave well enough alone. Ed Gilpin filed for divorce. She had too many toxic tendencies for him to live with. Her older daughter, Kate, is exactly like her. She is the one who wrote a LinkedIn profile to bother Pamela Chapman, mirroring that she graduate from Wesleyan University, graduated for the Johns Hopkins School of Public Health, and worked at the Harvard School of Public health. It is all a lie.

Then Harry Gural got her to admit these three things about Pamela Chapman:
1. She and Pamela Chapman had very few classes together HCW.
2. She and Pamela Chapman had different English professors. Carrie Crosson Gilpin spent an entire year writing a research paper for Freshman English. Pamela Chapman read books, and wrote papers on the readings. She never wrote a research paper like Carrie Crosson Gilpin at HCW.
3. If she and you, Pamela Chapman, were at a reunion, you probably would say little to each other, depending on who was in attendance. Pamela Chapman, went to a ten-year reunion. Carrie Crosson Gilpin was not there, Jody Quinlin, and some went out for dinner after the event. One of Carrie Crosson Gilpin's housemate's best friend was there. The woman some thought had an affair with the woman, who was in a committed relationship with a man.

Then Harry Gural got her to admit, *"Pamela Chapman and I have somethings in common, but not a lot."* So, if she and Carrie where to go toe-to-toe on anything, *"I don't really know her."*

Then, she said, *"Andy Parsons had no idea why you divorced him. No idea at all."*

What about what Pamela Chapman told him?

He either didn't listen... Frankly, anything, and she means anything she told him, she fought to the nth degree to tell him, she was wrong and that he'd fix it. He begged and begged for her not to do it, and then said, *"I'll be ruined at work."*

Pamela Chapman
pmrchapman@cox.net
401-662-9846

She could not understand it. He said, *"I'll be ruined because no one else at work is divorced."* Later on, years later, when others got divorced, he became the go-to-man to get advice from on divorce, and he loved that. <u>Carrie Crosson Gilpin</u> does know that.

<u>Harry Gural</u> now claims let's talk about the DNC questions.

*"Why won't <u>Alberto Villodo</u> leave it alone?"*

He claims, "I was in her aura, and got a yes. Then I took <u>Nola Ganem</u> back in, and got a, *"No."* <u>Pamela Chapman</u> as a clear channel would know if anyone asked such a question. Every time someone asked a bona fide question, <u>Pamela</u> always stopped and asked, *"What is it you want to know?"* <u>Alberto Villodo</u> is a liar.

<u>Harry Gural</u> claimed the same thing, but now recants, and says. *"I lied to keep up with <u>Alberto</u>".*

<u>Carrie Crosson Gilpin</u> says, *"Ok, if you got a yes and a no in clear channeling it means you are not allowed to know."* <u>Pamela Chapman</u> has consistently said, *"<u>Melchizedek Café</u> puts you to a test to see what you are going to do with the information. It is a classic training scenario in clear channeling. That is the <u>Melchizedek Café</u> way. If <u>Melchizedek</u> claims you die in 3 years, it is not up to her, if she then dies in ten. It is that they want to see how you will use the information."*

Then, <u>Carrie Crosson Gilpin</u> says, *"I didn't like that you downgraded me to Carrie from Caroline, but that is what everyone calls me, and I don't care. <u>Andy</u> is terribly upset you refuse to call him <u>Andy Parsons</u>."*

<u>Pamela Chapman</u> said, *"You need another syllable in the energy realm. You tell me the difference between this name: Jenny Williams vs. Jennifer Armor Williams. Do you think they have a different branding of the person?"*

They absolutely do.

Then she said, *"It is the same thing with <u>Andrew Parsons</u> vs. <u>Andy Parsons</u>. It just doesn't cut the mustard, but then neither does he. <u>Donald Jagoe</u> is the same way. <u>Donald Allen Jagoe</u> vs. Don Jagoe looks like a different man. Yet, he only wants to be <u>Don</u> and never <u>Donald</u>. I told him he would be better off as a <u>Donald</u>, but her does like it. That is the truth of the matter."*

<u>Nola Ganem</u> is in a dead heat to discover the DNC question. Yet, nothing <u>Pamela</u> says matters to her.

<u>Pamela Chapman</u> has tried to admit or falsely confess several different scenarios. <u>Nola Ganem</u> and the entre <u>Thievery Ring</u> refuses to accept any of them. This proves to <u>Pamela Chapman</u>, you do not care about the answer. All you want to do is harass her non-stop, which is what <u>Andy Parsons</u> said on Feb 4, 2021. He said, *"I don't care if any of it was true, I will annihilate you no matter what the answer."* So, what are these ladies doing mirroring <u>Andy Parsons</u>? It is none of their business, or is it?

Pamela E. Chapman
pam.chapman@comcast.net
(b) and 2-09-20

It is gossip of the worst kind. No one cares. Well, some people do. We have a divided country on the topic. Andrew is a conservative republican, and she is a moderate everything. She has been both a republican and a democrat, but votes the same way all the time.

Then, Carrie Crosson Gilpin said, *"We didn't care what the answer was until it became a royal competition."* Alberto Villodo did that. He demanded that someone, *"For God sakes, figure this one out. Just hammer her to death, until you get an answer."*

We do that with other people, including him, and finally we all get a head ache and walk away. But since they can mine you aura, your thoughts, and your visualizations, they demand an answer. What are you going to do with the answer?

They don't know. You refuse to accept that he could have made it up, or stretched the truth as he is known to do.

He claimed, *"All the time, we had definite proof of an affair, and he did not."*

He claims, *"He has something in writing that claims she had 3 pregnancies and 2 live births. Does she really have this information?"*

It is covered under HIPPA privacy acts, and he is an medical doctor violating the law. He can lose his hospital credentials over that. Yet, he said these things over and over, and over again.

Someone said, *"Well, I am a nurse, and I was there."* Bullshit.

Carrie Crosson Gilpin said to Harry Gural, *"I don't really love or like Andy Parsons. He has gotten really withdrawn, and only likes talking about certain topics. This is because he has been taken over by Alberto Villodo, Nola Ganem, and Bethany DiNapoli who will then say anything he is thinking himself. They mine his thoughts. He cannot mine theirs.* Carrie Crosson Gilpin doesn't know this.

Who did this to him? Alberto Villodo did this to him. He talks to Carrie Crosson Gilpin mostly in the morning. She and he don't talk anymore at night. First, Nola Ganem took over talking to him at night. Now, Alberto Villodo talks to him at night.  He always said, *"I will discover for you what the hell is wrong with that ex-wife."* Sometimes Dominique Alfrandre and Nora Diedrich rush in to claim information, and at other times, it is the other ones. Maura Lindsey is especially toxic, and a real gossip.

He now understands what you, Pamela Chapman, and Harry Gural told him about information being violated. He has control of his finances, and Pamela Chapman does not, thanks to Rusty Powell, Grenville Craig, and Alberto Villodo.

Pamela Chapman
pam.chapman@comcast.net
10/16/2019

Grenville Craig never knew a thing about a DNC. Neither does Rusty Powell III, but the people at Kamala's Table said, David O'L himself said this. She doubts it, but go ahead. *"This woman and I have a background, and I can't get involved in this."*

When asked, *"Why?"*

He said, *"Well, we had a long term relationhip."* He said, *"About 4 years maybe 6, on and off."*

When asked, *"What broke you up?"* He said, *"We naturally parted ways after college."*

At Kamala's Table, Lindsey Grant said, *"It was because of an DNC.,"* but she said, *"That was why the relationship was complicated."*

Tell Pamela Chapman what she said because she was not there, she did not attend college until her late 20's, and she was not in the relationship with them. So tell her because she might be just like Andrew Parsons in this conversation. Each wants to prove something to all the others, but you are doing it as a defamation of character of another, particuarly ex-spouses.

Lindsey Grant said, *"I never said you had an DNC or that my current husband did this."* Martha O'L said that. How would she know that? Was Martha at Kamala's Table? No she was not.

Tell me what the issue is, and how Alberto Villodo, Carrie Crosson Gilpin, Nola Ganem and all the others demand to know something. No one accepts the truth. They make up their own truth and then demand you agree with it. Alberto Villodo has tortured Pamela Chapman over this. He doesn't know her, and he wants revenge because she and Harry Gural are natural kundalini partners. He has no business doing this to her.  Yet, he claims, *"She is my prisoner, and I control her, and so will all of you when I die."*

Carrie Crosson Gilpin claimed to Harry Gural, *"I do not want to be a part of this topic any longer because Pamela Chapman can actually sue me for a lot of money, and I will be forced to pay."*

Ed Gilpin claims, *"I do not have to pay because I am not legally married to her. It will wipe out her savings. She does have access to a trust fund, but only for certain expenses."*

*"This is one of them."*

*"Well, the trust fund claims you can access it for anything you want. Three women share it."*

*"Can it be wiped out for this?"*

*"Oh, yes it can."*

*"So, she has no real financial issues because of this trust fund?"*

Pamela E Chapman
pmchapman@cox.net
401-662-9454

Ed Gilpin claims, *"She can't live off it."*

She could if she wanted to.

Andy Parsons claims, *"He didn't know so many people have trust finds out there."*

Oh, yes they do. You don't mix with these kinds of people. Carrie Crosson Gilpin claims, *"He disrespected Pamela Chapman and people like that. If Pamela Chapman ends up with a lot of money, then you are on a side that he never liked."*

She also claims, *"He has no real grasp of who you are, and can't figure out why you prefer other men and other lifestyles. He thought the two of you were perfect for each other. Nothing anyone says to him about you matters to him, he never listens nor understands."*

Carrie Crosson Gilpin claims, *"I'm done trying to explain things."*

Is he good company in your divorce?

Yes and no. *"I like having someone so close to me, but maybe not him."*

When do you know this?

About one month ago. I said to him, *"You really need to get on with your life."* He said, *"Oh no, I do not because I want that woman to die knowing I chased her everywhere and made sure she could do nothing she wanted to do. This is Andy."*

*"Why is that important to him?"*

Because he got his just revenge. He said, *"I never have to write a book as a rebuttal to Barefoot in Heels because I broadcast every kind of defamation of character I could find."*

Carrie Crosson Gilpin completely agreed with him until the reality of a lawsuit set it.

What made it a reality?

When she said she has more than half of the dialog typed, and edited. She also was talking a lot to George Tobias, esq. They now all know who he is. She kept saying, *"The Thievery Ring Workgroup was unprofessional, and sloppy. They were all hacks."* She disagreed, until the whole Wesleyan University book theft theme was exposed. It is a rather sophisticated syndicate of fraud.

Carrie Crosson Gilpin said, *"This is really serious business, and I don't want this kind of lawsuit in a federal court."*

Do the others believe she is going to sue?

Pamela Chapman
pamelachapman@comcast
101-662-9510

Yes, they do, but *Alberto Villodo believes she will never touch him legally because he can do several things to her that will make it impossible for her to sue him.*

*"Like what? We really need to know."*

Tim Hollister, esq. said the other day, *"I take the case against Alberto Villodo because I am fed up with him."* He has argued over 45 cases in Federal Court and has been involved in a Supreme Court case. He has done corporate and plaintiff law out of Hartford Conn, and is Cardinal Nation, Wesleyan '78. He has published two nonfiction books, and this issue of not being able to publish fiction if you are a Wesleyan graduate really doesn't sit well with him. He is bullshit over that.

Is <u>Tim Hollister</u>, esq. a concern of <u>Alberto Villodo's</u>?

*"No, he is not. Well he also knows land use issues well. Does Alberto Villodo care?"*

*"No, he does not."*

*"What does he care about?"*

Three things.

<u>Alberto Villodo</u> cares that if <u>Pamela</u> sues him for $300 million in a federal court out of Providence, RI, New Haven, CT, or Washington, DC, or anywhere else. <u>Tim Hollister, esq.</u> can chose his federal court. Anywhere he likes. Then, <u>Alberto Villodo</u> will be,

1. Forced to sell his house in Bug Sur, CA. That is correct. He dies in less than 7 years anyway according to <u>Melchizedek Café.</u> He has said repeatedly, *"My wife can't handle the estate whether it is property or cash. She is a drug addicted person who will squander everything."* That is what he always said. She is also being sued right alongside him, so both might end up in federal prison, anyway.

2. He will have to fess up to being a drug dealer to understand his net worth. We aren't after you as a drug dealer, only your money. <u>Pamela Chapman</u> told you in Jan 2021, you have to close all these business down anyway, and he didn't believe her. He believes her now. She didn't channel those comments then. It was an opinion.

3. He had to close the Four Winds Society. If he does, he loses his tax free status. He doesn't care about that. In truth, what he really cares about is he refuses to accept that he lost in this endeavor of his. He can't believe he is no better than <u>Yogi Bhajan</u>, <u>Harvey Weinstein</u>, or <u>Roger Ailes</u>. He always held himself up as the better one, and he is actually worse. He defamed his own character in this space because he could not back down, ever. So did all of them. Who kept them all egged on? They all did. So how does <u>Alberto Villodo</u> take that three reasons will stop <u>Pamela Chapman</u> from hiring <u>Tim Hollister,</u> who is in the Upper realm, from representing her in federal court against <u>Alberto Villodo</u>? If it isn't him, it is someone in Boston. It is all the same. And, maybe Tim won't actually do it, he is a place holder until she is finished typing.

Pamela Chapman
pmschapman@comcast.net
860-662-9816

960

**Alberto Villodo** has always said, *"I will do so much sorcery on her she can't function."* So, will **Marcella Lobo**, or it will be assigned it to the harem women.

*"Like what exactly?"*

They claim, *"He can mine all her thoughts, all her writings, all her readings. He will know exactly what she is doing and thinking at all times."* This I not new. This has been going on since March 8, 2021. Is that the reason to stop her?

*"No, it is not. Tim Hollister, esq. will work around that."*

The second is, *"He will get everyone you ever knew to harass you at all times."*

**Andrew Parsons** already did that at **Tom Hockaday's** house, and then he went on a hunt—like a lynch mob—for who's string she was on. He hunted her down, and never found her, so he decided to shake her awake on Feb 4, 2021. This has already been written down. Is there a new twist to this?

He claims, *"Laurianne Florio can really bother you."*

*"Yes, and she and her sister will be sued. We don't' sue the very elderly mother who was also deeply involved. None of them have any business here."*

**Pamela Chapman** never ever wants to hear from her ever again out there. She was warned several times, and **Laurianne Florio** said, *"Oh, that's ok, you will forgive me and take me back,"* and **Pamela Chapman** said, *"Absolutely not. We are all done and all through, and we are real in real time."* What else do you have **Alberto Villodo** to stop **Pamela Chapman** from suing you?

**Bethany DiNapoli** says, *"I will make sure I am out of this picture as soon as possible."* **Alberto Villodo** has repeatedly said, *"She will not sue any of you. I will see to that."*

*"How?"*

He never said.

*"How did you think he would do it?"*

She doesn't know. You should all know, **Pamela Chapman** loves these kinds of challenges. They really inspire her. It's a Wesleyan trademark. We move mountains just for fun. So, just so you know, she does not cower to this kinds of harassments. She takes it on because this kind of harassment from all of you defames you and not her, and then you start confessing things, and she types it all up, and then says, *"Ok, Tim, we have a really good case."*

Harry also has the same kind of awareness. That is true.

960

Pamela Chapman
pmelchapman@cyox.net
101-002-0516

George Tobias in the Upper realms claims, *"I can't understand how you all think this woman will roll over and play dead to all of you for all of this. She has no idea what is to come, and yet she says bring it on, and we will. It won't be easy or inexpensive, but she will take it all on."*

Can <u>Alberto Villodo</u> undo this reading of her thoughts?

He claims, *"No."*

*"Yes. he can."*

Ok, we go for murder #1 in sorcery because it is a law on the books in CT, RI, and MA.

*"I stand down now,"* he says. <u>Marcella Lobo</u> is also involved. *"She won't matter,"* he says because, *"If I tell her, she will confess to everything."*

*"No, she will not. She is as deeply in as he is."* The $300 million is for him and another $50 million is for her.

*"We don't have that kind of money,"* he claims.

Then, you will get it. And, you both will go to federal prison for the rest of your lives. You are fraudulent shamans, and The Four Winds is an over charging school of <u>Akashic Record</u> initiation. It cost on average $14,000 for about 7-9 days in Argentina, where he claims to teach energy medicine. He is not a real shaman. He is not a seer. He claims to be the seer behind his students. He cannot perform a true soul retrieval, and he teaches them. His business is fraudulent, and he was also deeply involved in the stealing of her book, *Barefoot in Heels* with <u>Carrie Crosson Gilpin</u>, and <u>Tara Plochocki, esq.</u> and <u>Mark Halpern</u> and all the others.

<u>Harry Gural</u> claims the DNC issue is a non-issue. No one cares except for <u>Nola Ganem</u>, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u>, <u>Nora Diedrich</u>, <u>Alberto Villodo</u>, and <u>Andy Parsons</u> who now says, *"I, too, will be sued, and I don't want this on my record."*

*"When did he realize that?"*

*"A while back,"* and said nothing. He watched her interact with <u>George Tobias, esq.</u> and <u>Tim Hollister, esq.</u> He doesn't understand the relationship she had with <u>Tim Hollister</u> when she was in college so it is a huge unknown to him. That is part of his challenge. He can't control it. Do you stand down from harassing David O'L?

Yes and no. No one wants to know the real truth because you have said, *"Yes and no and everything in between. They never accepted any answer at all. It is all <u>Lindsey Grant</u> and <u>David O'L's</u> issue."* If <u>Lindsey Grant</u> lied to be big at <u>Kamala's Table</u>, then that is her and his issue, but he never should have been there, right <u>Pat Fernandez</u>?

Pamela Chapman
pmchapman@cox.net
401-662-9846

This is her issue also. She recruited him over a causal conversation about a new kitchen in a local magazine in South Carolina where Pat Fernandez lives. They were making small talk and Pat Fernandez used it to extort Pamela Chapman and to annihilate her at Kamala's Table.

*"Did it work?"*

*"Yes, it did. Pat Fernandez is responsible."*

What does Kamala's Table know? If she had an DNC, It is personal to Pamela Chapman. It is a woman's right to her own body. It does not belong to any man, anywhere, and all these men dragged in these women. In the meantime, Roe v. Wade got overturned in May/June 2022. Did we in here spawn another kind of Hate Crime against women?

*"We don't think so, but how could you measure it?"*

Pamela Chapman spent a lot of time educating people on the issues, but her son spent some time out there educating her on the language of Roe v. Wade which may have been the problem, but since 26 states want to outlaw it now, that is a problem for all women. Not in New England or NY or NJ, but in other places like Kentucky, which is where Mitch McConnell is from.

*"What does Kamala's Table say?"*

Roger Kass says, *"It was a stupid conversation that got out of hand."*

*"They all are."*

*"No one really cared at the time, until it got to Andy Parsons. Then, it became huge in importance. No one from Kamala's Table speaks about it. Pamela Chapman specifically asks Roger Kass to say something about what was said. And remember, you have two daughters."*

Roger Kass says, *"Andrea van Beuren will tell you because I am too involved in Kamala's sorcery business to say one word."*

David O'L says, *"I never actually said one word."* It is Alberto Villodo on a loud speaker saying, "I formally resign my post as commander in chief of the United States armed forces." It is Kamala Harris' voice now. Because if this is what it all comes down to, a stupid conversation that brings all of us down. It is now Alberto Villodo's voice. They do this all day. Alberto Villodo is behind the entire conversation.

We let you speak. So far all we have is more defamation of character and harassment, and an explanation of what we already knew to be true. Carrie Crosson Gilpin claims, *"I never wanted to really go this far, but she too can't stop herself. Andy can never stop himself."* Pamela has stopped him in the past. Without her, he is unstoppable.

Pamela Chapman
pam.chapman@cox.net
401-662-9110

Harry has two things she said that he wants out.

1. Carrie Crosson Gilpin never really understood what being Andy's handler was all about, until she was with him energetically 24/7. It only took 3 weeks to feel like she had spent her whole life with him. It had everything to do with the psyches, and how **she and Nola Ganem manipulated his psyche all the time.** She did not like that they made him into a drunk, but it did not affect his energy or conversations.

2. Harry Gural was the ideal man with her because he is not like Alberto Villodo, Andrew Parsons, Noam Zilberstein, or Grenville Craig, He is different. Pamela Chapman knows this absolutely. So, all the women loved him, and wanted to spend as much time with him as possible, and if masturbation was the only way to do it, they would all do it. Everyone wanted to be his one and only. Monique Burgess was especially competitive and aggressive about it, but so was Nola Ganem, and Carrie Crosson Gilpin had no real game to compete. Alberto Villodo gets all the credit for doing all the talking because he is the man in charge of the sorcery who takes everyone over.

Harry Gural claims, "I can't hear Pamela Chapman at the moment, and she can't really hear me. She fell overnight again because **she and I can't ever be in the same conversation ever can we?**

*"No, we cannot. Why is that Villodo?"*

Because then you might actually couple up like Wendy Schmidt wanted to. But she has a husband. No one cares about husbands in here.

*"Why is that?"*

No one really likes their spouse in the energy realm. It is not that they are too close, it is no one **actually** likes each other. They all wanted Harry Gural instead. Alberto Villodo refuses to allow Pamela Chapman to be with Harry Gural, who is a true reciprocity of relationship and a true kundalini partner. Can Alberto Villodo actually stop this?

No, he can never stop this, but he thinks **sorcery will, because it blocks it. They do not block Harry Gural,** only **Pamela Chapman**. Why is that? Because Alberto Villodo claims, *"She and he will never see each other, and he watched her on sorcery television all the time."* 11:23AM July 16, 2022.

She was not dropped this morning but she is not inside the Upper realms. Alberto Villodo and Jean Gorham know how to fix this and they refuse. Alberto Villodo claims he refuses to fix this. We sue for manslaughter in the Upper realm. She is dead in the Upper realm. And dead in the middle realm also because the notes say she was dead four times over in the Akashic Record realm. She has no hearing in either realm. Yet, everyone hears her. She cannot have any sight either, Alberto Villodo and Jerry Slocum took it away. That make her dead while she is alive, and she is Melchizedek Café.

Pamela Chapman
pamelachapman@cox.net
hdl.net/2047.16

Harry Gural spent from 7:30AM on this topic and it is 11:27AM on a Sat morning in the summer time. Does anyone go outside or talk to the other people?

Yes, they do. They do it on rotation such that Pamela Chapman is caught in here 24/7 without a break. Ok, when those notes are finished, so is she. Then, we will she if you still want to follow her around and hack at these compelling questions. What will they prove to all of you?

That both Alberto Villodo and Andy Parsons were not liars. But they lie all the time about everyone and everything. Those notes are her livlihood, just like *Barefoot in Heels*, and you stole them.

Tim Hollister esq. says, *"I will unmistakably get you money."*

Every morning, Pamela Chapman says the conversation doesn't stop until about 12Noon. Then, it shifts. Don't forget for Alberto Villodo that is 9AM, and he never ever sleeps. It started at 4AM PCT, and now, five hours later it is 8:30AM PCT. His day is just starting and ours is half over, and he is presiding over it, day and night, and day again. He is deliberating stopping Pamela Chapman from typing.

He now knows if Tim Hollister, esq. is ready to go to court, and he is not yet, then Alberto Villodo had better watch out, because this man is professional, and knows how to do it. Pamela Chapman is not able at the moment to speak in the realm, unless she speaks out loud. Alberto Villodo did that last night. He programmed her through sorcery so she could only speak out loud. In this way, we would know every conversation of hers with every human being. These conversations would be heard in the Akashic Record realm. He refuses to acknowledge what you will say to an attorney. They all are like this. Ok, she will tell them all she has an issue being overheard. She can't type interrogatories for the judge, the dialog will do that, and she will review it. We can do that.

Standing down at 11:33AM—standing down does nothing. Most did it every day, and nothing ever happened. Then, Carrie Crosson Gilpin and Andy Parsons stop whatever they are doing because the legal system will get them but good. Bethany DiNapoli can't accept this is a real outcome, neither can Dominique Alfandre or Nora Deidrich. Nola Ganem can because Jean Gorham can, but she refused to fix anything.

Way is that?

Because Jean Gorham has needed, Newport, RI to know she is a real power broker and a woman not to be trifled with. Over the years, she got on the bad side of a lot of people. She wanted everyone to know she and Jerry Slocum were a real partnership, and he was revered as someone high up in the social realm of Newport, RI. Not anymore. If Diana Slocum, his wife has to hear one more time that Jean and Jerry are up to something again, she will file some sort of after death divorce, or change her name back to her maiden name just to avoid the stares she gets. She doesn't get any. Pamela Chapman does.

Pamela C Chapman
pmechapman@cox.net
401-662-9516

Two people must make amends in here right now:  Jean Gorham and Alberto Villodo.

Sid Gorham says, "*If Jean does not do it, I give you the money outright, Pamela Chapman.*"

If Jean, 87 (December birthday) does not make amends, and Sid, 89 (January birthday) does not pay her, then we rip her throat out legally because she is in so big that she will never ever see the end of her life as she wanted it to be. Alberto Villodo will both pay and go to federal prison of some kind, and so will Marcella Lobo.

Harry Gural wanted to make the point that Alberto Villodo's lynch mob hit on Pamela Chapman to end this DNC question is no lynch mob, it is only a few people from the Thievery Ring Workgroup, and since Roe v. Wade has been overturned in the Supreme Court this June 2022, there will never be a more contentious topic for a lynch mob because of the concerns of women. It makes women second class citizens. Andrew Parsons was using it to prove Pamela Chapman is despicable. Yet, it is a medical procedure that 25% of the women of the USA have undergone. It is also protected under HIPPA, and no one has a right to rifle though anyone's medical chart.  Except, Andrew Parsons leaks information about her health into this realm. Has he done enough damage to both himself and her now? Because it is against the law and everyone knows her full health history now. Was that fair?

No, it was not. Is he the person in charge of her?

No, he is not. He still thinks he controls her?

No, he does not. Alberto Villodo does, and so do Nola Ganem and Bethany DiNapoli and Dominique Alfandre, Nora Diedrich and Maura Lindsey. Grenville Craig thought he did. This is all due to sorcery and stolen content, and gossip from the ex-husband through manipulated psyches. Her children are in the same position except these people are quiet about the children, except for every now and again, something comes out, especially about the daughter, but the son is not excused. Is this fair?

No, it is not. Is this The Big Book Story?

No, it is not. It is all sorcery.  Alberto Villodo is the person to blame, but so is Jean Gorham who got all her power from Jerry Slocum.

How do we get Pamela Chapman into the Upper realm squarely inside?

Jean Dixon can do it, but then Jean Gorham or Alberto Villodo pull her out of there. How do you stop it?

Harry Gural knows. I sit out myself. I say you bring her in here Jean Dixon. I will prevent anyone anywhere from pulling her out. I know how to do it against these people.  Alberto Villodo wants to give her his voice in the energy realm so you would think she is he, and he is she. He then is two

Pamela Chapman
pam.chapman@reco.net
181-602-9576

people, and if you wanted to attack him, you'd attack her instead, and if she channeled something he would look really smart and keen.

It won't work anymore because <u>Jerry Slocum</u> has no voice either, and neither will <u>Jean Gorham</u>, and neither will <u>Alberto Villodo</u> anymore. Neither will <u>Carrie Crosson</u> nor <u>Andy Parsons</u> nor <u>Bethany DiNapoli</u> nor <u>Nola Ganem</u>. They have no voice to hear. They can hear, but they can't speak. We will not take away their hearing. 11:51AM—All this time this morning and every morning, it bleeds your life away, and <u>Pamela Chapman</u> cannot walk away. They all can. If we work at something in here, her typing stops because all the focus is on whatever she is doing, all the time. *"We know how to stop that,"* <u>Bethany DiNapoli</u> said. *"We unfold something like this, and then we stop all of it."*

<u>Harry Gural</u> is coming to Newport, RI soon. How many people will know that, if he is not with <u>Pamela Chapman</u>?

*"No one will actually know that."*

*"If he sees <u>Pamela Chapman</u>, who will know it?"*

Everyone on the face of the planet will know it, and they will track what they are doing, where they are, and what she says. Why?

Because <u>Andy Parsons</u> does not want her to have any relationship with anyone despite the fact he has had several relationship, long-term since about 2014—that was <u>Cathy Wicks</u> who in Jan 2021, wanted to marry him in June 2022, which is why they attended a cocktail party at the <u>Redwood Library</u> in Jan 2021 where <u>Cathy Wicks</u> asked <u>Patricia Toomey</u> about <u>Pamela Chapman</u> having an affair with <u>Donald Jagoe</u> and asked her where <u>Barefoot in Heels</u> was? <u>Patricia</u> and her husband, <u>Tory Peterson,</u> said, *"We have no idea what you are to talking about."*

Do you need to know what **Pamela Chapman** and **Harry Gural** they are doing at all times?

*"No one does, but yet, they people insist on it."*

Why **Jean Gorham**?

"Because <u>Jerry</u> said <u>Pamela Chapman</u> would never have any peace or any relationship, so **I just carry out this mandate and "I'm having the time of my life,"** she says.

*"So, is everyone else. They love knowing what they can know through sorcery."*

Does this tell you everything about a person?

*"No, it does not."*

<u>Jean Gorham</u> says, *"I can't fix this because I will fry on the other side."*

Pamela Chapman
pbsschapman@cox.net
401-662-9310

*"If you do not, you will fry anyway here and there."*

She says, *"Jerry Slocum will fry me."*

No, he cannot fry anyone any longer. She is not afraid of any living person. She doesn't care about her husband, Sid. She doesn't care about the money either. They claim a net worth of almost $2 billion through his and her trust funds.

She cares about power, raw power, and she had it in here. Alberto Villodo is the same way. Andrew Parsons gave up his medical practice for this lifestyle.

Pamela Chapman can't stand it, and wants out. Harry is going to get you out.

*"You got me out, I get you out."* This morning he figured out something about Carrie Crosson Gilpin and learned it applies to everyone in that Thievery Ring Workgroup.

Pamela and Harry can't have a private line of communication because Jean Gorham is in the way. Harry can set it up, but Jean Gorham is always listening. Wiretapping. It is more than that. It is called **remote surveillance of every kind including all her conversations, all her activities, all her coordinates, all her eye sight and visualizations**.

Jean Gorham has tried to take over Pamela Chapman, and that blocks any relationship with Harry Gural.

Not anymore. **Harry Gural** now says, *"I can fix that because **Alberto Villodo** will fix it himself by stepping out of that place also."* They are there together minding the store together. If Jean Gorham can't do something, Alberto Villodo will, and the same for the others. They all alternate and take turns.
Jean Gorham, Alberto Villodo, Andy Parsons, Grenville Craig all tried to take her over.
Jean Gorham's net worth is purported to be about $2 billion.
Alberto Villodo's is about $300 million.
Grenville Craig could be anywhere in the immediate bull market at about $50 – $100 billion
Andrew Parsons is lucky to have $4 million

Alberto Villodo says, *"I step out right now,"* 12:30PM July 16, 2022, but he doesn't really. He steps aside, and then steps back in when he wants to.

He can't do that anymore. Harry Gural is now there, and will block all of you. Anyone in the Thievery Ring will understand this. Anyone outside probably will not. Pamela Chapman certainly doesn't get it. It is simple. Someone always had to be the Watchman on duty watching you, Pamela Chapman, 24/7. We kick them all out and put Harry Gural in. He was in there before, but always inviting so many others. They kept Pamela Chapman behind a wall of noise. The noise goes away because someone in the guiding realm will move it. Jean Gorham will intend to move it as a sorcery

Pamela Chapman
PBeachefGlaim@arrw.us
fonane@oo4jn

incantation because  it comes through <u>Jerry Slocum</u>. <u>Alberto Villodo</u> got to claim it as belonging to him, but <u>Jerry Slocum</u> owns it.

<u>Jerry Slocum</u> has to close his back door, so does <u>Jean Gorham</u>, and so do all the rest. <u>Andrew Parsons</u> knew all of this also. It does more than make him a collusion. It makes him guilty of all the same crimes. **They all worked together and spoke as one voice, and no one wanted out. They were having the time of their lives. They enjoyed themselves immensely because they were drunk on their own power, power another person through sorcery incantations. They had <u>Pamela Chapman</u> as their prisoner, and <u>Harry Gural</u> is Hermes the messenger shaman, who has come to retrieve her.** No, he is just a <u>Melchizedek</u> guide on that side. 12:37PM

# October 27, 2021

<u>Kundalini Crossing</u> is dead and over, because <u>Pamela Chapman</u> and <u>Harry Gural</u> proved for the second time that kundalini "sex" has nothing to do with crossing a particular line at the pubic bone. They also proved that kundalini "sex" has nothing to do with a particular game, trophy or mentor.

It is based solely in a reciprocity of relationship in the yin channels of the human body. It is akin to knowing that you have found a unique partner. Yet, everyone who does not have a unique partner wants to steal <u>Harry Gural's</u> opportunity for themselves. They can never possess this type of relationship with <u>Harry Gural</u>, and as such, they manipulated him psychically such that they made sure he and <u>Pamela Chapman</u> could never get together anywhere.

<u>Diane Crosson McEnroe</u> used to seduce <u>Harry Gural</u> by having him take off his clothing on sorcery television. She would also. Naked together, they would masturbate together, and pretend they were a loving couple. That's the pattern with <u>Tara Plochocki</u> and her parents, <u>Linda and Stephen Plochocki.</u> He needed to break this pattern because <u>Monique Burgess</u> began to do the same thing. All those whore thievery women were completing with each other to seduce <u>Harry Gural</u> and a whole new younger set of women from Newport-Portsmouth 25 – 35 years of age got involved.

Nowhere would <u>Harry Gural</u> ever get involved in any ring of activity such as this, and it was <u>Pamela Chapman</u> who consistently said, *"This is not who he is."* Yet, she was completely barred until September 30 of knowing anything about any of his night time or day time activities, or anything about kundalini crossing. She was held completely in the dark about all of it.

No one helped her, or informed her. It was from her notes of this whole dialogue and from what she could piece together.  On September 30, 2021, around midnight, he showed up and said, *"I want to try something with you. Just follow my lead."* She was never officially initiated. It was through personal intimate relationship with <u>Harry Gural</u>. Her kundalini channels were opened with a turn of the auric key with <u>Alberto Villodo</u>. But, they never did anything more together other, than open the channel.

Pamela Chapman
pmlachapman@cox.net
401-662-0916

It is important to remember <u>Harry Gural</u> and <u>Pamela Chapman</u> have identical auras and vibrations. <u>Molly de Ramel</u> who died three days ago said last night form the other side, *"<u>Harry Gural</u> and <u>Pamela Chapman</u> are highly vibrational and are supposed to be together physically and that this Guide War does not officially end for another 3 years or so."* It is important to keep everything into perspective.

Last night <u>Tom Hockaday</u> and <u>Bill Martin</u> played a game on <u>Harry Gural</u> that <u>Pamela Chapman</u> was completely unaware of. Several times, they stole <u>Harry Gural</u> from her. She had no idea where he went. She quickly fell into a trance like sleep. They took <u>Harry Gural</u> to <u>Kundalini Crossing</u> gates and had several games with:

    <u>Roger Kass</u> – <u>Becca Bertrand</u>
    <u>David Vann</u> – <u>Marie Rossi</u>
    <u>Tom Burgess</u> – <u>Monique Burgess</u>
    <u>David Johndrow</u> – <u>Kaitlyn Johndrow</u>—<u>Lori Lantiere Johndrow</u> (didn't play)
    <u>Alberto Villodo</u> – <u>Nola Ganem</u> (she doesn't play)
    <u>Don Jagoe</u>
    <u>Andrew Parsons</u>
    <u>Kayla Abbate</u>
    <u>Carrie Crosson Gilpin</u>
    <u>Harry Gural</u>

They played several games each to prove that no one really knew each other's energy. No one had sorcery television to look through, numbers, or clues. They only knew each other by pattern of behavior from the past. This is really important to remember. This is exactly how <u>Pamela Chapman</u> knew something was not right with <u>Harry Gural</u>.

They often swapped each other in and out all night long to prove that no one can really know who they are playing with, even when they give a name. Ultimately, they decided after so many swaps that <u>Donald Jagoe</u> was the undisputed Kundalini Master. He has identical energy to <u>Pamela Chapman</u> and <u>Harry Gural</u> so it is difficult to discern who is who.

All these people who played have partners who are partners out there and <u>Harry Gural</u> has been the only one without a true partner out there. Every time he tried to connect with **<u>Pamela Chapman</u>**, those whore thieves would manipulate him so much, it actually moved them further apart.

<u>Tom Hockaday</u> proved several nights ago that <u>Harry Gural</u> had been swindled by <u>Diane Crosson McEnroe</u> into a sexual masturbation affair that was on sorcery periscope television. This made <u>Monique Burgess</u> so jealous, she started to do the same.

<u>Diane Crosson</u> <u>McEnroe</u> is someone **<u>Pamela Chapman</u>** has previously met in college. She is married into a tennis star family and is a partner in a significant law practice in NYC. She had been involved behind the scenes with <u>Kamala's Table</u>. It was proven in conversation that she has been involved in House Ways and Means Committee thievery projects. She claims to play this game with *<u>Barefoot in Heels</u>* and <u>Harry Gural</u> to improve her credit score that <u>Ways and Means</u> diminished.

Pamela Chapman
pmachapman@cox.net
401-662-9510

She is deeply involved in the with *Barefoot in Heels* manuscript thievery project. She researched the Hong Kong Hilton e-book overseas submissions project, and was ready to push the send button on submitting it, but stopped in September for no particular reason. The book has a different title (No it does not), and the author is Diane Gilpin. Her sister, **Carrie Crosson Gilpin** went to HCW with **Pamela Chapman**. Diane did also for 1 year before going to Dublin and then Wellesley College. She is continuing on to work with **Kamala Harris**, and the team which now includes Andrew Parsons. He played last night also.

Andrew Parsons' role appears to be that he is surveillance to consistently tag and monitor all of Pamela Chapman's activities. He is to know at all times exactly where and who she is with.

**Kamala Harris** has a 24/7 eye on **Pamela Chapman** and to keep an eye on **Harry Gural**. This was her thievery project with **Happy van Beuren** to incapacitate her professionally, socially, and economically.

Andrew Parsons wants to know every detail of her life to try to embarrass her.

Kamala Harris had Roger Kass and Becca Bertrand implant 3-6 copies of a digastrici box of submission material (made by Marcella Lobo) above the left eye and under the 3rd eye. It gave her and incredible headache. One or two were removed. **Saul (Zenia Theresa)** removed another last night.

**William Parsons** said, "*I will never play golf with you again if you are always monitoring for* **Kamala Harris.**"

This morning, 5:45 AM **Harry Gural** wanted to have kundalini with **Pamela Chapman** and she was so upset because she said, "*You played all these games all night long when you were not supposed to play anything, and now after all the games are over as well as tete--a-tete cocktail ice teas with major competitors now you want me to finish you off after you spent the night out having all of these affairs.*"
He says, "*Not anymore.*"

Yet, **Becca Bertrand** declared, "*I was only in the game to get you out, and make you have the kind of kundalini sex with me that you have with* **Pamela Chapman**."

**Carrie Crosson Gilpin** claimed, "*I was there to get* **Harry Gural** *to have sex with my sister,* **Diane Crosson McEnroe.**" Yet, she really wanted to masturbate with him, because at 6:15AM she was masturbating, hoping **Harry Gural** would join in.

**Pamela Chapman** and **Harry Gural** eventually understood that their kundalini came from a completely different place. Before she would agree to any activity, she said, "*I think Andrew Parsons raped me in the last hour because my vaginal area feels like it has been raped.*" And, **Carrie Crosson Gilpin** claimed, "*Well, she is also masturbating [No!] to improve and increase the experience.*"
Trying to blackmail **Pamela Chapman** into masturbating.

Pamela Chapman
pmiechapman@cox.net
401-662-9116

**Monique Burgess** and her husband, **Tom Burgess,** put an initiator ring into **Pamela Chapman's** vaginal canal several days ago as an initiator for Andrew Parsons.

So, **Pamela Chapman** told **Harry Gural** that kundalini exercises is a no go until **Kamala Harris** and her thieves and whores remove this initiation ring sent from Andrew Parsons. [**Note**: It's all Monique Burgess because that's their signature brand that says, *"We own you now, and we always will."*]

**Kamala Harris** said, *"Both Andrew Parsons and Becca Bertrand are initiators moving forward."* She of the new. He of the old. And, as long as they don't have kundalini together, that is how everyone will pulse moving forward. If they merge together, the whole realm will then pulse together.

[**Note**: A guide thinks (12-11-21) that if the entire realm were to pulse actively together, then Kamala Harris will never become president of anything moving forward. No one would ever vote for a president of a democracy that pulses sexual glands in synergy across an entire nation. No one would ever want an entire community to pulse together. That is an entrainment and entrapment of hypnosis quality. It entraps people into a demagogue nation state of imprisonment. You would never find it in the history books. It is of such a personal sexual nature, and shows techniques for subverting an entire nation of people. It is exactly what leaders do to entrap their people.]

This is essentially what **Becca Bertrand** and **Roger Kass** and **Andrew Parsons** did the other day. They put two initiators in Pamela Chapman, and said if Harry Gural crosses that path all will be initiated all over again. **That never happened.**

> They put their own pulse rings in Pamela and Harry such that if they had natural organic kundalini together they would be the ones who would make the entire realm pulse together as one nation.

As far as **Thievery Rings** go, **Pamela Chapman** does everything she can to keep **Andrew Parsons** out of a **Thievery Ring**. Yet, he said this morning, *"I would do anything I could to get into a Thievery Ring of Harry Gural, Carrie Crosson Gilpin, and Alberto Villado because I want to nail shut the coffin of the book, Barefoot in Heels,"* which will eventually be published and offered globally for sale any way.

He claims he would do errands like put tags in his wife and children rather than do actual fraud. **Pamela Chapman** keeps saying if he committed fraud and other crimes, he will lose his medical license as a physician. Why is he putting his entire professional career on the line for a book that is fiction, written by his ex-wife?

Diane Crosson McEnroe is doing the same thing, and there are a few other attorneys in the same situation. They have put their professional careers on the line for masturbation sex and fraud projects. **This is gross misconduct.**

**Christine Bush, esq**. attorney at **Hinkley Allen** wanted **Pamela Chapman** to recount how many counts of criminal and civil complaints she has against her ex-husband, and she said about 12 plus— **too long to count, but** to add sexual assault to the charges is too much for all of us because it is just gross misconduct.

Pamela Chapman
pmchapman@cox.net
(0)-662-9876

Harry Gural wanted to add that Andrew Parsons, M.D. and Carrie Crosson Gilpin are now a thievery couple. She and he have a date over Thanksgiving break to get together in Newport.

Harry Gural overheard Diane Crosson McEnroe, the sister say, *"I will force Harry Gural into a thievery project and seduce him all over again, for a new project of Kamala Harris".*

Harry Gural will commit himself fully to Pamela Chapman because Beatriz said, *"The only way out for Harry Gural is thorough a committed relationship."* and early this morning Beatriz claimed, *"I am completely satisfied that they are a relationship of reciprocity."*

Moving forward we understand Kamala Harris released the entire thievery team except for Carrie Crosson Gilpin, Diane Crosson McEnroe, Andrew Parsons, The Burgess family except Cameron (for anorexia).

Alberto Villodo agreed last night to quiet Pamela Chapman's aura in honor of the unexpected death of Molly de Ramel. We learned that his Metatron cube aura was morphing back into a reciprocity guiding jacket, and that he had to dump so many noises and numbers and other items he held for 15 years or longer.

Everything from his aura was also given to Nola Ganem, Carrie Crosson Gilpin, Bethany DiNapoli, Monique Burgess, Tracey Moore, Tracey Jonnson who had to give back all of their reciprocities from Alberto Villodo.

Molly de Ramel gets a huge reciprocity for sharing in our conversation last night because she gets to wear a thread that claims she participated in taking down a Metatron guide in human form. She claimed she died in some type of car accident. Jerry Slocum, whom she knew was there, and said, *"What did I do, die or something?"*

We had no idea Molly de Ramel died. Pamela Chapman was reading Facebook. Lisette Prince, her mother-in-law founded *Newport This Week,*. They had a beautiful obituary from two days before. Pamela Chapman said something into the Akashic Record realm because she thought she was the last to know everything. Yet, it was perfectly timed reading because she politely asked Alberto Villodo to quiet the realm because Newport lost someone important for our shared community, and he did. (This is proof he can turn off the noise anytime he wants).

This detox was significant.  **Myron Gural (who was Michael Harner)** had stepped aside the day before.

Both sides of the realms had challenges identifying the true identities of everyone: people and guides simultaneously. No one was who they said they were.

Stanley Chapman had been busy all day observing and assisting with whatever was happening with her sister, Deborah Chapman. Yet, we cannot fully comprehend what was happening there.

Pamela Chapman
pinechapmana65.net
101-602-0510

Saul claims Deborah Chapman is mistreated, and a victim of the Varley Family who wanted nothing at all to do with Pamela Chapman. She claimed to be upset that if Harry Gural and Pamela Chapman were to marry, the only people Pamela Chapman needed at the wedding were her son and daughter. Quite frankly, Pamela Chapman had forgotten about her sister and Jim Varley because Deborah Chapman had been so rude to her in this space, as has the entire Varley family.

The Varley family had been playing a thievery game of sexual obedience and thievery themselves, tying her up and then rummaging through her unit for money. They said they'd release Deborah Chapman if Pamela Chapman were released from Harry Gural, and said kundalini sex was the worst possible thing. Let's keep in mind all the copycat activities that might be happening out there because of what they hear us do in here.

We never know the true consequences of our actions.

Harry Gural and Pamela Chapman will get married, but on our own time table, especially now that Beatriz is completely satisfied that they are a reciprocity of relationship. This morning's "sex" proved for her, there were a few people trying to imitate it. Roger Kass and Becca Bertrand said, *"They had achieved the same."* –No they did not. Andrew Parsons claimed, *"He had no idea what they were doing."* Grenville Craig said, *"I got there really quickly."* No, you did not. She said, *"Maybe Rupert Nesbitt and Rebecca Rex could, but not yet."* It is really important to remember all those reciprocities of relationship.

Kundalini Game Partners have:
      Lives together out there.
      They know their own dialog patterns.
      They know their own relationship patterns.
      They know their own behavioral patterns.

That's really how we track each other, and keep ourselves in check with each other because without signs in the energy realm here, we have no real idea, and we get swindled. The only real relationships are there.

Beatriz the Guide also said last night:
      -The insurrectionist war was over.
      -Kundalini Crossing is dead and over.
      -Pamela Chapman and Harry Gural are their own reciprocity of relationship, and he will and she will never return to those kundalini games.
      -Pamela Chapman has an attorney who will spend a little over one month doing extensive research (no). She has extensive notes as do others. So, recriminations have already taken place. It is all previously recorded.
      -Christine Bush, attorney. We never understood what happened to Pamela Chapman last night. Around 5:45AM she claimed, *"Why do you always keep me out of the conversations?"* This has been the pattern from the beginning. No one really wants to claim to know, but it was a steam roller that kept going.

Pamela Chapman
pam.chapman.cccc.net
101-cv-2405 ln

Why can't they have privacy?

Pamela Chapman thinks they create a relationship bubble in the physical and that acts as their auric protection. Harry Gural knows things like this. Yes, he does. He claims he understands it now – Perfectly he claims. He says he will take you to the Inn at Little Washington.

She says that's fine but it is 10 hours away. We can save that for next fall. Let's do something else right away.

**10:22 AM**

Dina Karousos, Sotheby's Real Estate:  Why did that attorney take my name?

She had no idea. So many people steal so many names and reputations.

Dina Karousos: Yes, and no, because it is true. No one knows who is lying, stealing, betraying, or telling the truth.

Look at their pattern of behavior. That's what Pamela Chapman does.

Monique Burgess is always taking a new name and using Sologrande as a pulsing word.

Metatron can pulse continuously, except advanced Melchizedek guides can always hear the pulse. Some sonar war systems from the cold war are like that also.

Emily Parsons: We will completely restore your finances. Condi Rice claims Kristin MacManus has access to a database no one should have at her level and profession. Kristin MacManus claims it is a US Trust marketing tool. Well, it shouldn't be, and that it belongs to Peter Hatfield. It does not belong to him, but he has access it, and provides it to her, but not really. Somebody else does but not at US Trust. Peter Hatfield, US Trust, Providence, keeps distancing himself from the situation – No, he does not. He just shuts up. He is in charge of the Providence territory.

US Trust claims that if you have money with US Trust, you will be protected in this space, otherwise you will be exposed. His son works for Slocum Gordon in Newport and went to St. George's School. He's more local than you think. Kristin MacManus' husband works at the Pennfield School. He used to work and live at St. George's School. Kristin MacManus was on arts and culture boards as part of her position at US Trust. She used the curated audience of the organizations to screen and curate everyone she met. She is a walking database of personal financial information. She used it at

Pamela Chapman
pmschapman@cox.net
401.662.9516

Tom Hockaday's house. If you didn't cooperate, she read your financial numbers. She used it to bully people.

US Trust is under Bank of America, as is Merrill Lynch. Merrill Lynch tells Pamela Chapman we have any idea what she is using. They don't have access to it. Why does she?

Because Peter Hatfield has a connection.

*"Do all US Trust marketing rep's have access to this banking software?"*

*"No, they do not."*

*"Do all US Trust Regional SVP's?"*

*"No, they do not. This her personal marketing tool."*

She is 41 years old, blond, perky, sweet sounding soft voice. She is a Virginia Tech alumna from Maine.

Harry Gural:  She can't even work with Kamala Harris or Gina Raimondo because her database and theirs intersect. They do not intersect at all. No one knows how or why she has such unfettered access. It's through Peter Hatfield after all, but you can't nail him. You can't nail the source – You can, but it is not direct. Christine Offenberg, esq. Middletown, RI knows how to nail it. So, if not all regional SVP's of US Trust have it, why does he?

*"Is it the sine quo non of why that office is successful?"*

*"Partly."*

*"Is it legal?"*

It doesn't belong to him. No bank teller or office manager in Newport knows what this is. Pamela Chapman and Donald Jagoe have both asked. It's some regional banking system that accounts for every piece of banking transaction under your name. This is what Kristin MacMannis did to people at Tom Hockaday's house, and then here. Tom Hockaday and Bill Martin enabled it. They wanted to form a Thievery Ring of their own. She was a primary recruit.

Tara Plochocki wanted her as a recruit also until she found out Kristin MacMannis  couldn't memorize numbers like Nola Ganem or Grenville Craig. They are wizards at number strings and psyches. Her access to this data base got her out of the activities involving masturbation and kundalini. Tom Hockaday told her in the beginning of Kundalini Crossing, *"Don't you dare ever do this. I will protect you, but don't ever do this, and she did not."* He tried to protect her from a pulse ring.

Rusty Powell III protected Kristin MacMannis by offering her a safe harbor for at least three weeks sometime in the winter. He told her that Tom Hockaday and Bill Martin were not polished enough for her to work with, and that Tara Plochocki and Bobby McDermott were a better match for her and her database, but Rusty Powell III eventually dropped her because she could not memorize numbers like Nola Ganem and Grenville Craig.

Her husband, Robert MacMannis will never let her do this kind of work ever again. We don't think he is strong enough to keep her out of fraud practices. She wears the pants in the family not Bobby MacMannis.

Rusty Powell III and Jonathon Karp always knew what Tom Hockaday and Bill Martin were doing. Francesca Craig did not. Bobby McDermott did not either. They did not need to bring them into the Redwood Library. They were never going to be ground zero because they didn't need a ground zero in Newport, RI. Kamala Harris did not plan a Kundalini Crossing except Tara Plochocki got herself involved in a fraud project through Bobby McDermott through Rusty Powell III who knew about it. That would have been the stolen book.

Tom Hockaday can never play that way. He is not trained that way. He has no shaman assigned to him, and can't work without the sorcery tools of a shaman, therefore a Kundalini initiation training doesn't work. It was his fourth time trying to put a ring together, and he always falls short somehow. He has the leadership skills, why does he always fall short? Kamala Harris competes with Gwyneth Paltrow for who has the most sorcerers/ shamans surrounding her. Kamala Harris is always collecting them, and testing them out.

Without a shaman manipulating the energy of the kundalini practice, it falls short. Was he set up? Do you have to ask for one? Are you set up for failure, or to never to advance in The Game?

It's a catch-22 that keeps you out of advancement.

*"Why is Kristin MacMannis, 41, Portsmouth, RI, not made accountable to the software?"*

*"Because someone not at US Trust gives her access."*

*"Why doesn't the head office take it away?"*

*"Because it is incredibly powerful, but it is fraudulent use of private information."*

Melchizedek claims, *"In less than five years, Kristin MacMannis will be out of the financial profession completely. This includes nonprofit development functions."*

Harry Gural: One more thing. Pamela Chapman, why did Roger Kass and Becca Bertrand make **Layla O'Tannenbaum** a real player yesterday, **(October 26, 2021)**

Pamela Chapman
pamelachapman.com net
[illegible]

Pamela Chapman:  I'm not sure except that was my name in a past game, and Roger Kass and Becca Bertrand really like it, as did Monique Burgess who loved Pamela Chapman's name, Solorgrande, on Etsey. Everyone plagiarizes the work of Pamela Chapman including:  Carrie Crosson Gilpin, Diane McEnroe, Cynthia Parent, Monique Burgess, Norah Diedrich, Dominque Alfandre.
**10:46AM**

Grenville Craig:  I wanted my own Shit Show and Pamela Chapman got assigned to me.

Pamela Chapman:  You get one in federal court. A big lawsuit against you.

Samuel:  All the people who thought they had Pamela Chapman beaten will learn she will whip them in the US federal court system. If she is low on money today, she will not be tomorrow.

*"I restore **Pamela Chapman's** hearing to proper levels, and I restore her privacy such that she reads and writes **privately.** Her thoughts are a different matter since she is enlightened, yet Harry Gural doesn't have that problem. It will force both of them to retreat into themselves."*

He will never ever want to return to this Akashic Record space and not speak in the Star Gate. Everyone violated his personhood and Pamela Chapman is the only one who said, *"Wait, that's not who he really is,"* She had no idea what he was really up to because if she did she would have blown the lid along tome ago.

Molly de Ramel last night got a pair of goggles from Michael Harner (not to keep) and Jerry Slocum snatched them back – yes he did, and now has three extra pairs. He will never retake your father's, Jean Dixon's, Erin Hennessey's because everyone knows they earned them. Francis now gets to keep her goggles.  Molly de Ramel can borrow back the pair that Jerry Slocum took away from her. *I now know everything about The Big Book Story and I will tell you all because I can, and that makes me powerful, and an accomplice of Jerry Slocum and Michael Harner both. So, if we ever need you, we will be back and we will offer you goggles to see as our reciprocity for saying obnoxious things to the people of Newport, RI."*

Molly de Ramel:  I feel so incredibly thankful to Pamela Chapman.

Erin Hennessey will show you how to use the goggles. She died in her 40's of breast cancer, and is a beautiful enlightened soul. She is both alive and dead in a Big Book Story. What does that mean?

She has no ability to understand what happened at Kundalini Crossing because she has no kundalini energy what so ever. No dead person can have kundalini energy. No dead soul can see or hear kundalini energy. Human thieves never have reciprocities. So, Alberto Villodo you will never have a natural kundalini partner, like Harry and Pamela.

Molly de Ramel wanted Harry Gural as her very own lover at Kundalini Crossing and tricked him into thinking she was Molly Wade. She arrive when Harry Gural was already in a trance state and

977

that confused everything for two – three days. Becca Bertrand had done that and she was part of the Kamala Harris brigade of thieves. She worked for Kamala Harris with Roger Kass.

Samuel wants you all to know that reciprocities can be so easy and Molly de Ramel came out to speak on behalf of the right side of the equation. *"That's my mother who died, and we all can never fully appreciate hearing from her so soon on such a grand scale. We love you and we will never ever forget you."*

Lisette Prince: We love you, thank you for the beautiful obituary. It gave Molly de Ramel a great reciprocity for herself each and every day moving forward. My son can never thank you enough Pamela Chapman.

Pamela Chapman: This is just what I love to do.
**11:05AM**

A death no one could anticipate. They could not be channeled, but you could channel a terrible accident or something.

**11:11AM**
Two announcements from Molly de Ramel:
  1. Accident impending death, 12 hours or so.
  2. Accident killed the person.

That's when Jerry Slocum showed up to see her because he had no opportunity to collect any dead family members who could welcome her with open arms.

If you and 3 Enoch can't get along, in the end you suffer the most. We were here to witness the unfolding story of 3 Enoch. Get the book instead of reading it on Wikipedia. Even Molly de Ramel's children started to read it because it is what we have all been reading and witnessing first hand.

Benedict Leca, ED of the Redwood Library: I know for a fact half the board will be forced out, and so will part of the staff. The same for the hospital board and the Newport Art Museum.

Steven Richter will now protect Nora Deidrich because she claims she was slandered by Pamela Chapman. Yet, she was the one who committed all the slander and fraud. Steven Richter will be cast out of the picture, and the board will reset itself. Carl Helmetag is gone, and will reverse course, because he is never Newport. He caused too much friction.

Newport Hospital Foundation board acted so out of character and will pay for that and so will the staff because. If Andrew Parsons thought he was to win this war, then he is so overblown and overcast because no one wins a Guiding War like Melchizedek, and no one gives reciprocities like Pamela Chapman, a Melchizedek guide in human form. If Andrew Parsons loses his legal case, and it's unlikely he could possibly win it, more than that, he just won't like his aftermath. Your adult children will finally see that you were never who he said you were, and so will we.

Pamela Chapman
pinechapman@cox.net
401-662-9816

Happy van Beuren, 88, will be forced to pay you billions of dollars and that will buy the houses you need. No one will ever think you didn't belong here, because the Newport Game is a long game.

Molly de Ramel:  If *Barefoot in Heels* can't be published, you and Lisette Prince can strick a deal, because no one should put up with this gross misconduct and sorcery. Esmond Harmsworth IV is will never be what he dreams he is because I am Molly de Ramel and I got you back after all Esmond Harmsworth IV. That's all I can say today.

Pamela Chapman:  is flattered to know this happens even from the other side.

Molly de Ramel:  See I played the long game too. Hopefully our children will learn from that.

Lisette Prince:  This is so good for our family, for all of us really. No, we could never understand how such a beautiful soul could be taken so early. How will we know she will work with us from the other side?

She will watch out for all of you with her new glasses, after all. She did for Pamela Chapman, and Pamela Chapman did for her, and we keep going that way.
**11:31AM**

Pamela Chapman:  All sorcery networks are dissolved moving forward. Move me all the way back, turn off the loudspeakers and all the automatic anything's. Connect me to my reciprocities of relationship instead. Harry Gural left me as abandoned, and ran off to do his own thing with all the Harem women.

Harry Gural has to always be sure he knows where you, Pamela Chapman are.

Pamela Chapman:  He knows where I am. I don't know where he is. Then, you feel abandoned all the time, and end up going to sleep as a default for abandonment. In the morning, it is always the same stupid thing that happened that could have been avoided.

In 3 Enoch, Metatron always announced who was in the realm, and you couldn't go anywhere without being announced, and he could go anywhere and hid in an aura of someone. This is exactly what happens now in July 17, 2022. Metatron guides announce everything Pamela Chapman says, does, or thinks so no one will go near her. This is exactly what happens now in July 17, 2022.

Andrew Parsons, you are all done working for Kamala Harris and having an affair with Caroline Crosson Gilpin, and sex with Diane Crosson McEnroe because Molly de Ramel now sees that this situation is a disaster. You will burn exponentially without protection. Your son and your daughter are no longer your protection. Your brother and sister-in-law disowned you a long time ago. Your colleagues disowned you in the realm, and your ex-wife had to step up. Yet, you wanted to be in the Thievery Ring to go up against her. Without her support, you would have fried already.

Pamela Chapman
pmchapman@cox.net
401-662-9916

Carrie Crosson Gilpin, Andrew Parsons is no longer available. I am Simon Peter/ Samuel and he can no longer show up for you, or your sister, Diane Crosson McEnroe.

Diane Crosson McEnroe:  Andrew Parsons is now dead to you and Kamala Harris. No one will ever understand how or why you are in this situation because you never needed to be.

Diane Crosson McEnroe, esq. has a credit score issue with Ways and Means, owns a $3 million house in Connecticut. No one should feel sorry for her. She has three children. She has two reciprocities with Kamala Harris:
    1. Andrew Parsons will service her until Harry Gural's replacement.
    2. Andrew Parsons will make sure the book is emailed to Hong Kong and overseas markets. No.
    3. He will service her sexually until he dies, but she will twist him up in the meantime and Kamala Harris will get more reciprocities from him for that. That's just what she does.

Diane Crosson McEnroe, esq. is the prostitute that gets secrets out of the men and makes them addicted to her ---no it's the psychic rewiring that creates the attraction. Andrew Parsons has already done this a few times. Then, he has some psychic re-wiring taking place. He was blabbing information last night into the realm, and Pamela Chapman slapped him and said, *"Stop that."* He didn't remember that.

Grenville Craig has reciprocities with Kamala Harris:
    1. He is going to make sure Pamela Chapman doesn't produce a movie....That's Fraud

Andrew Parsons's reciprocities from Kamala Harris:
    1. Make sure the book is never published.
    2. Make sure the book never becomes a film.
    3. Make sure his assets are always protected, and that Kristin MacMannis never reads anything into the realm again.

Your daughter and you, Andrew Parsons will never see eye-to-eye moving forward. His son is disgusted by his father's lack of class and grace. His ex-wife thinks she has given everything up for a hat trick that is long over. We all agree.

Rusty Powell III says Kristin MacManus will leave Andrew Parsons alone.

Carrie Crosson Gilpin, just services anything needing attention with Andrew Parsons.

Diane Crosson McEnroe, esq. is a real prostitute that gets literally naked with men for certain outcomes.

Pamela Chapman
pmcchapman@cox.net
101-002-9516

Monique Burgess is just a masturbation clinic supervisor. She is a boots on the ground manifestation of projects that she emails. She takes the fall for the group. She is the whore. She is the fall guy. She gets to participate in ways she could never in the past.

Tom Burgess, he will be an initiator someday, but not yet today.

Cole Burgess: He is an errand boy.

Grenville Craig: Consultant of money and investment. Andrew Parsons follows me around and he has since August. Not anymore. Simon Peter/ Samuel expelled the equipment and if he comes to you, Harry Gural, you will get a warning.

Grenville Craig can no longer go anywhere near you, Pamela Chapman.

Sandra Craig. Ditto.

Bethany DiNapoli. Ditto.

IMC. Ditto.

Monique Burgess. If she comes anywhere near Pamela Chapman or Harry Gural, a warning light will go on that screams, *"Monique Burgess is in the house." "Sologande"* is a pulsing sound that must go away.

Nora Deidrich. Steven Richter thinks you, Pamela Chapman have it out for her personally. No. Taryn Weinz claims you and she might have coffee together at the house sometime. NAM board had no idea the extent of the problem, and few people have the leadership to take control.

Molly de Ramel: Pamela Chapman got the whole Nora Deidrich Shit Show, and we did something collectively in 2017 that blew Nora Deidrich lights out. Pamela Chapman executed perfectly.

If van Beuren Charitable Trust paid for an Executive Search Consultant, we know one who went to Andover and Yale with Beverly Little and summered in Little Compton. She placed Thomas Campbell at the Met and then in San Francisco for Dede Wilsey (Ruth Buchanan and Wiley Buchanan of Ways and Means). She claims, *"She takes the job right away, if we are looking to replace both Benedict Leca and Nora Deidrich for fraudulent activity."* This was presented by Pamela Chapman in a conversation with Kamala's Table back in February and March, 2021. Todd Traina says, *"I remember all these conversations."*

Maybe Todd Triana and Laurence Slocum should be new board candidates for the Redwood Library.

If Andrew Parsons doesn't get out of the Thievery Ring, he will be set up to take the fall. He has a pattern for taking the fall in 1-2 years. You take the fall, and then you retire. It's about Kamala's

Pamela Chapman
pmcchapman@cox.net
401-662-9516

Table and no one can tell you anymore because it's your actions. No one can help you any longer Andrew Parsons.

Carrie Crosson Gilpin is always the front person for her sister. She is a goffer girl, an errand boy.

Harry Gural has to prepare himself for a presentation at the Federal Court House:
Kamala Harris, Barney Frank—workplace harassment; Tara Plochocki, Linda Plochocki, Steven Plochocki abduction, prostitution, slavery, being locked up and psychically manipulated through sorcery.

Pamela Chapman:
1-2 years has one big federal circuit court case.
1-2 years has to legally marry her kundalini partner. No, you do not.
Prefers to relocate primary residence to move – tied to lawsuit money.
Publish *Barefoot in Heels* through a Big 5 publisher. Options for a movie.
How to deal with Alberto Villodo? Leave it to Tim Hollister, esq.
Because no one can hear you, and you can't hear them now. So if they can't hear you and you can't hear them, then no one will make any noise, but they will because they all hear you.

Maybe she can learn about publishing or horseback riding.

Barr Foundation, Barbara Hofstetter: Why did the Redwood do this to you?

Because **Happy van Beuren/Andrea van Beuren** claimed, *"Pamela Chapman thinks she is one of us, and she just isn't, or she presents like one. No book or movie will ever come out again about Newport after T. North because one of the 9 cities of Newport was Archie's family."* And, Happy van Beuren, 88, didn't like the quality of the movie for T. North. Happy van Beuren want to control the narrative of Newport through the van Beuren Charitable Trust. There has been no book about Newport or its people since Henry James and Edith Wharton, Thorton Wilder, and Pamela Chapman.

Beatriz:
-You and Harry Gural have to decide where you are going to live.
-You have to plan a small intimate wedding.
-You have to travel someplace to refresh your soul.

If Alberto Villodo has a problem, he has to remember you are never the solution, nor the source, and therefore he must leave you and Harry Gural alone because he is the first person to arrive in your aura during kundalini, and he never leaves when you say, *"You must leave right away."*

Barbara Hofstetter: Then, you now say, *"Buzz off buddy boy,"* because Grenville Craig will follow you until you remember he was there first, and then you say, *"Grenville Craig, Buzz off"* after that because he was also there. He likes the Kundalini game of chasing one another around a pole. But, he just can't play.

Pamela Chapman
pmchapman@cox.net
401-662-9510

Barbara Hofstetter:  You don't yet have enough money to sit on a Boston board, so you will have to wait until you have at least $30 million or more, and no one will ever bother you after that.

Wendy Schmidt collects people like Harry Gural. Then, they take advantage of them with their wealth. Pamela Chapman doesn't have any of that. Money doesn't define me. It doesn't matter if she has $50, $100, or $150 million, or $10 billion.

"Harry Gural, Harry Gural, Harry Gural" is echoing and pulsing to let him know he is in a reciprocity of relationship with Pamela Chapman, and wherever he is currently, there is no one else there for him, except Pamela Chapman. Who are you with, and what are you doing?

Just keep fleshing it out, and when you discover the person and the crime, you let him and her know there is no other relationship for him because he is a committed reciprocity of relationship with Pamela Chapman, and you are her, and she is not herself, so Harry Gural you must leave that station place, and return to your home place of you and Pamela Chapman. Kundalini Crossing/ Grenville Craig Crossing is formally over and destroyed. It is a mental state of being.

Kamala Harris twisted Grenville Craig and Andrew Parsons, and then Joe Barrett twisted Harry Gural such that he said, "You and Pamela Chapman will have to get together physically," and it happened that he snapped back into his old self in front of Pamela Chapman. But, with Joe Barrett and Alana Winters, he stood Pamela Chapman up for a 5:30AM kundalini meeting and said, "I can always see her later."

All the woman in the space loved the new-old Harry Gural so much that they are all chasing him. The only protection for his psyche is a physical committed relationship with Pamela Chapman. Her aura was screaming. He finally agreed, and it didn't stop until – they agreed that she could not be protected until she and Harry Gural meet physically in a committed relationship.

One of the old victims from a past Big Book Story claims this is what they always say, but it is never true, because they hunt you down, and destroy her, and never touch him, so that he can run around with other women such that he never ever desires to pull her out. The only way out of this for her is for Harry Gural to actually pull her out.  He must commit to that unmistakably, but if he gives up on her, then she is screwed permanently.

A reciprocity of relationhip as strong as theirs should never ever have been in this situation. You have spent 7 lifetimes married to each other, and 7 as parent-child relationships. This is too much of all of us, because he has demonstrated that no one has to ever follow these guides and their directives. But he is committed now to pulling her out. And **the only way the noise goes away is if they can't hear her and she can't her them. That is not true**.    July 17, 2022

984

If Harry Gural goes and lives with his mother, he might be protected, but he won't be. Why does he not just pack his car and drive to her house? His brother and sister can move the rest of his apartment in December 2021. He can't go back there alone.

Joe Barrett also tried sorcery through powers of suggestion on Harry Gural. It was all sorts of psychic manipulation. They intended that Harry Gural,

1. Couldn't use a kundalini attorney. That would be David Vann, Wes '83
2. Would never see Pamela Chapman
3. Will never marry Pamela Chapman

As he spoke, Harry Gural felt miles away to Pamela Chapman, as if they were never ever the space together.

3 Enoch: The temple falls into the rubble. All the people leave the sex two-by-two in couples. Someone pulls you out, and you never walk around about anymore in the realm. Everyone has a protective "buddy" – the buddy system in life, as a couple. That is your auric and psychic protection in the physical and in all other realms. It's the buddy system as a couple.

Sholomo Zilberstein:  Harry Gural is extremely vulnerable to powers of suggestion, but not from Pamela Chapman—because you don't manipulate people and you are a deep reciprocity of relationhip. Until he and you actually meet, nothing different will ever happen for either of you because the noise is now from Joe Barrett and no longer Alberto Villodo and his female thieves.


Every day, we pray we pack the car and get out of there. It will take eight hours or so to drive to Newport, Rhode Island. So, drive any time of the day or night, and you can park your car in my garage. I have a bike for you to ride. It's a little cold now, but you can walk the beach every day.

How long will it take for you, Harry Gural, to pack your car up and bring your mother's quilt blanket and all your papers, and books? Look up your local banking here.

Joe Fins can't understand why no one saw what this was, and who was involved. Your husband's old boss, Jim English claims, "*I can clean up Andrew Parsons right away and has attorneys who can sue Diane Crosson McEnroe, Caroline Crosson Gilpin, Alberto Villodo, Harry Gural, Tara Plochocki and all those people, including Kamala Harris, Rusty Dorman/ Bobby McDermott, and Rusty Powell III.*"

Beatriz/Saul, Station Gate Master, just turned the train noise off, but it never stayed off. There was also something like this in a book in the Old Testament, it is not the Book of Daniel. It was a crossing guard gate of masturbation, which always leads to kundalini practice, which leads to gambling, which leads to thievery and death by any means possible.

[Note: The masturbation under Monique Burgess got so out of hand that something had to be done or else Harry Gural would lose the ability to ever have a proper erection ever again.]

984

Pamela Chapman
pamelachapman@cox.net
401-662-9576

[Note: Pamela Chapman learned that physiologically-speaking, masturbation ruins the hydro-electric currents of the body such that it makes kundalini practice more and more difficult, and will lead to stopping the practice ultimately. It also lowers the vibration and experience, and replaces kundalini, not the other way around]

12:36PM July 17, 2022, Tim Hollister esq. just heard **Alberto Villodo** say, "If Pamela Chapman doesn't stop typing, I will personally destroy her carte blanche."

**Emily Parsons** heard the same thing. It was absolutely **Alberto Villodo's** voice. **Emily Parsons** said, "My f father can't understand any of this because he no longer hears anything being said." So, he has aura has been turned off. He can't speak or hear, that is why he never defends himself any longer. **Alberto Villodo** does all his talking for him, for less than two months.

*"If Pamela Chapman can't get out of this because Alberto Villodo aura can't get turned off, and my guide has the ability to do it, what are you doing being my guide in the first place?"* Sandy the guide, will always watch out for Emily Parsons, but the birth guide has taken off her guiding robe. We don't think it is true. *"I demand my birth guide stop this story right now and step down from being my guide. I don't want her. I want Erin Hennessy as my new guide."*

I, Erin, will take that guiding robe right now, and that guide will stop everything in this guiding realm. She will leave the guiding realm right away because she is a traitor to the guiding realm, and so is **Tameen's** guide. They can both leave together.

Harry Gural and Pamela Chapman will always connect through kundalini energy, but he will never connect with any other person via kundalini ever again because he is not Metatron he is **Melchizedek**. Metatron is using noise strings to connect to people' kundalini which allows Metatron to take over other aspiring Metatron's. It is akin to a sorcery technology but is from the dead. Macklin knows how this is done.

**Donald Jagoe** claims **Harry Gural** doesn't care about **Pamela Chapman**. He only cares about himself. So, how on earth is she supposed to be in a relationship with a person like **Harry Gural**?

**Harry Gural** claims, *"There is no one who knows my soul better."*

Yet **Donald Jagoe** claims, *"That might be true, but she may really come to dislike you as a person because you pay her no respect, and take advantage of her good nature."*

**Pamela Chapman:** This is exactly what **Donald Jagoe**, **Grenville Craig** and **Sandra Craig** did to me for over ten years.

**Joe Barrett:** He did this with several relationships, and it cost him everything. So, he is going to have to work at a relationship he didn't ever want, which he mastered to perfection with Tara Plochocki

Pamela Chapman
pmchapman@gmail.com
101.662.9450

and her parents, especially her mother, Linda Plochocki. He couldn't stand them, but he was loyal to them to the end.

The mother, Linda Plochocki, claims she really likes the original Harry, and not the Harry Gural she created and invented. So, does everyone else. This mother claims this is part of the drug they did to him. They did the same thing in the opposite direction because Tara Plochocki claimed early this morning, Pamela Chapman doesn't stand a chance with Harry Gural because he never really liked any woman, which is why Joe Barrett claimed, *"I will marry Harry Gural and Pamela Chapman in a shamanic marriage."*

But, Pamela Chapman reminded Joe Barrett and Harry Gural they have been married by Bill Gural 18 times since May. These marriages have been completely ineffective. They are meant to be between people who will never meet, to service the other sexually but never physically, and to cross the line into fraud, drugs, gambling and other illicit activity.

The only marriage now will be a legal one that includes kundalini energy practice.

Harry Gural:  If we need a shamanic marriage, we will get one. We had 18. If I am legally in, then I will be loyal to her to the end. Next summer or fall we will get married with at least 50 people, and it can be in Newport, RI. I get to pick several things because, she said, *"You can because they aren't as important to me."* I want Becca Bertrand to be a bridesmaid – always a bridesmaid and never a bride. I want Stoneacre to cater, and I want Monique Burgess to give a reading of something important. (Are you f' kidding me?) Roger Kass can't come as Becca Bertrand's date because he and she are demonic when it comes to Harry Gural and Pamela Chapman, and she and Pamela Chapman and Roger Kass will be in a big legal case against each other ($3 billion).

Harry Gural:  I won't get married at the beach on the sand because my mother won't go. We will find a decent place to hold a reception. There never has to be anything more than food. Dancing is for Kundalini Crossing. I have to get my act together.

Pamela Chapman:  You just have to pack it all up. People are always different here than there. We were all not the same, but some are. Pamela Chapman realizes that Harry Gural always wanted his own space and autonomy to do as he pleased,  but giving him that space and grace cost her everything.

Harry Gural claims, *"We can do this."* The noise surrounding Pamela's can't quiet down. Harry's psyche can't stop being manipulated until he arrives there to stay awhile.  That is true for Harry. The man stops being manipulated, when he arrive for her. But he has to do more than that, and he has to stay committed to her.

> Past victims would say they manipulate you more and more. They do anything to bring you together, so they can manipulate you first through the people and then through a guide war. They never pull the victim out of the Guide War. She is there to spawn on the Guide War.

Pamela Chapman
pmchapman@cox.net
101-00296516

Kundalini Crossing is dead. It was held in Harry Gural's psyche and aura. That temple has fallen and must be completely destroyed.

No one will ever tell Pamela Chapman anything because Kamala Harris, and all the others, telegraph messages to make sure Harry and Pamela never meet physically there, keep them apart in all realms always, and make sure Pamela Chapman can't ever hear anything anyone ever says.


Is Harry Gural's psyche clean this morning?

No. Joe Barrett Wes '82 will undo his sorcery incantations of 2AM last night.
    -I forbid Harry Gural from ever marrying Pamela Chapman in the physical because I am always with Alana Winters here, and I really loved Lois, who always wanted me.

    -I return Harry Gural to Pamela Chapman, and always protect them in a reciprocity of relationhip bubble and reverse out anyone to ever interferes in that relationship in any realm.

    -I make sure they marry legally next year, and I make sure Alana Winters Wes '82 doesn't get an invitation because she and I don't really get along physically there. She tags me doing stuff here and makes me masturbate with her every time Harry Gural does with Pamela Chapman.
    [Note: They met up in May 2022 at Wesleyan's reunion for the class of 1982 and his legal wife was there, as was Alana Winters.]

Beatriz:  No one will ever touch Pamela Chapman's ever again, but she will never hear in this space. They always hear everything she is doing reading, writing, and thinking because Harry Gural refuses to meet up with her and to be her protection plan—she was his psyche protection plan. It's a crisis situation because Pamela Chapman has no personal privacy of any kind.
    It is not for him to clean up. It is the guide's responsibility.

If she doesn't get Harry Gural to show up physically, they manipulates that, especially Andrew Parsons – a domestic abuse bully.


Everyone knows exactly what Pamela Chapman is always doing. Alberto Villodo and everyone else loves that, except she can't function that way. She will never be able to do any creative writing or thinking because everyone steals her thoughts, and ideas. Then they criticize her for them. They plagiarize her best ideas.

If she is creating in this space, they leave her alone. She knows they sit there and masturbate until she is done with her work, and then they pounce on her. You need someone to protect you. Since Harry Gural refuses, you have no one else to rely on.

Pamela Chapman
pamchapman@cox.net
401-662-9316

Beatriz took everyone else away including your children who are protected by guides and people.

Pamela Chapman: I'm all done and all through, just kill me now. Harry Gural will never show up, and if he does, I'll be dead and broke anyway.

The lawyers will take care of the money.

Why can't she have any personal peace? Being enlightened is a crock of shit and should be avoided. It is nothing but a betrayal.

**Thursday, October 28, 2021**
**10:27AM**

Every morning Pamela Chapman:
1. Ask Saul if anyone manipulated Harry Gural in the last 24 hours.

   He'd say, *"I don't know."*

2. Ask Harry's psyche: "Harry Gural, Harry Gural, Harry Gural, Harry Gural, who got to you last night or today? What did they tell you to do?

3. Incantation: Erase, eradicate, and never replace with a return to that state

Four women are after Harry Gural:
Dolly Briggs
Jessica Hagen
Becca Bertrand
Diane Crosson McEnroe

Every Morning Harry Gural:
1. Give thanks for your brother, Emily Parsons, and Pamela Chapman who knew you well enough to save you.
2. Make sure Pamela Chapman is the most important woman in your life any way he wants to.
3. Everyday do something nice and generous to Pamela Chapman, something she knows he actually did.
4. Make sure she is free of Alberto Villodo, Grenville Craig, Andrew Parsons.

Pamela Chapman
pmchapman@cox.net
404-697-9816

5. Make sure no one is making any noise surrounding her because he can't hear it anyway.

He assumes you are asleep. It is too loud for you to communicate with each other. He leaves your space of intimacy every night to be with other people.

6. Make sure you are so damn close to her, that she can hear you.

He pushes himself away with every conversation.

He has three weeks to arrive. Then Rusty Dorman/Bobby McDermott takes over, and pushes the envelope. If I am for you, and you are for me, then erase whatever happened that put Rusty Dorman and Kamala Harris in Andrew Parsons' psyche with Tara Plochocki watching, barking, and holding his hand. He also has Diane McEnroe inline to be his shamanic spouse today or tomorrow.

Erase to return to his natural state of being. Make sure all doors and wind tunnels are sealed shut and make sure all channels of awareness to Pamela Chapman and Harry Gural are closed. Make sure they all become indifferent to the book, Barefoot in Heels.

We will work on these.

Incantation: The digi-box of automatic telecommunication equipment of the Caliphate Nation State leader, Kamala Harris, has to be removed from this psyche permanently. Remove all pulsing in the body that indicates tribal membership with a call to masturbate or kundalini opportunity. Then, remove and dissolve all pulses permanently.

Pamela Chapman will never have any privacy. All her reading, writing and thinking has been plagiarized around the world. All her financial accounting has been exposed around the world, and it will lock and block her. Grenville Craig always said identity theft was never her karma. Harry Gural claims it is not identity theft. It is intent to de-fraud, Caliphate Nation, including Kamala Harris and Kamala's Table people want to either zero you out, or freeze your accounts.

Gina Raimondo, Secretary of Commerce (former governor, Harvard '93, Yale Law '98, Oxford 2002) and David Cicilline, D-RI (former mayor of Providence and Brown University) were doing all the background leg worked on financials and government record keeping but they are newer initiates to Ways and Means, Mitch McConnell, Chuck Schumer, Nancy Pelosi and Kamala Harris were always there.

The whole thing comes down to this because she lives alone, and is not a member of any tribal community. All that education was for nothing. Thievery people can't think, read, or write. They steal from her and call it their own. i.e. Monique Burgess, and Diane Gilpin, who is Diane McEnroe.

It all comes down to the fact no one claims to like Pamela Chapman, but for no specific reason. It is a Hate Crime –wholesale dislike based on a bandwagon effect.

Pamela Chapman
pamelachapman@comcast.net
[redacted]

**11:17AM**

If she is not there for you,
She is not here for you either.
You will have to hold your own energy.
Master yourself against all enemies foreign, domestic, and intimate.

<u>Harry Gural</u>:  I am coming for you, for sure. I will be there physically, face-to-face. Kundalini energy with you <u>Pamela Chapman</u> is never going to be a problem. Sexual intercourse with you will never be the same because now we know there is another level of kundalini involved with sexual intercourse.

*"Are you interested <u>Harry Gural</u>?"*

*"Oh my god, yes."*

*"Could you have gotten that elsewhere?"*

*"No f'way. It's a reciprocity of relationhip generosity and gratitude."*

*"If I am for you, and you are for me, we are for each other unmistakably."*

Someone claims, *"We all now know how to ask individually for all this sorcery. Except for you, <u>Pamela Chapman</u>."*

*"That is a truth. It must be done for you by others. You also know what they did."*

*"I do not."*

<u>Donald Jagoe</u> will tell you what you, <u>Pamela Chapman</u> need to do:
1. Tell <u>Harry Gural</u> to go to hell just about every day. He seems to like that from women.
2. Tell <u>Harry Gural</u> to go f' himself, if he misbehaves. He seems to like that in women.
3. Tell <u>Harry Gural</u> there is no kundalini, if he does this or that. It is a strong motivator.
4. Tell <u>Beatriz</u> his brother has no loyalty to the family. That will make all of them step up and out for you.
5. Tell <u>Beatriz</u> if he is sleeping with another, masturbating, or practicing kundalini dancing with another, you will always know when that happens in real time.
6. Tell <u>Ruth Gural</u> that her son is a big jerk who is not mature.
7. Tell <u>Harry Gural</u> these women in Newport, RI are awful, that you know all of them, and you would be embarrassed to stand next to them.
8. Stop telling people he is so f'smart. It no longer matters because you demonstrate more leadership skills and intellect, and it does not matter.

This list represents more of who <u>Donald Jagoe</u> is. He is reflecting himself.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

**11:23AM**

Then <u>Donald Jagoe</u> went on to say, *"When <u>Harry Gural</u> wanders away from intimacy with <u>Pamela Chapman</u>, he always gets himself into trouble."* He says, *"No, I can handle it, but the wheel of fate always spins, and I then do something stupid."*

*"<u>Pamela Chapman</u> has to bail him out hours later."*

*"She is either asleep, can't hear it, or can't know it, which is why she doesn't know it."*

*"<u>Pamela Chapman</u> always fell into the rubble, and no one told you where you where, or how to move in it. Now, it is far too late for any of it to matter."*

*"Good luck."*

<u>Donald Jagoe</u> out.


**The Insurrection of the People** continues because <u>Harry Gural</u> hadn't had enough kundalini with <u>Pamela Chapman</u>, which is a reciprocity of relationship. But they could not because of the people keeping them apart.

1. <u>Alberto Villodo,</u> said that if <u>Harry Gural</u> ever gets together with <u>Pamela Chapman</u>, then I am the worst shaman. I can no longer qualify as a shaman of the people. I will retire because I kept them apart.

**The Insurrection of the People** ended. <u>Harry Gural</u> should be a full blown <u>Melchizedek</u> guide.

<u>Beatriz</u> told <u>Alberto Villodo</u>, *"If you ever left Metatron Kingdom, it would be because <u>Pamela Chapman</u> and <u>Harry Gural</u> got together."* <u>Alberto Villodo</u> told everyone he couldn't leave because he was a dirty shaman, which he loved being. Now that it is over, so much more will be revealed.

It was because <u>Pamela Chapman</u> and <u>Harry Gural</u> had reciprocity of relationship kundalini. Yet, everyone wants to keep them apart. She isn't right due to sorcery. All these women are chasing <u>Harry Gural</u> and manipulating his psyche.

No one can understands how <u>Pamela Chapman's</u> financial numbers were exploited all over again.

Why do they do this?

<u>Kristin MacManus</u> will be fired, but that won't help. <u>Pamela Chapman</u> will win her court case, but that was done to her.

Pamela Chapman
pamelachapman@coxnet
101-602-9546

Saul claims, *"We will never leave Pamela Chapman alone. Harry Gural will at least live with Pamela Chapman for a few years to get her on a better track."*

Harry Gural claims, *"I'll marry you. I'd rather marry you instead of live with you, then leave you."*

Jana Hicks Jagoe claims she can't figure out why her husband, Donald Jagoe is such a loser. In the end, he was a hero. Things like this will come out. Pamela Chapman can't always hear. So, the first thing we do is clean her up. Grenville Craig destroyed Pamela Chapman through a Kundalini Crossing that nearly raped Harry Gural all over again. If this keeps happening, Christine Bush, esq. will call the cops because no one can keep up with this level of writing.

Pamela Chapman will gain her privacy but Harry Gural has to learn to sleep with her at night to protect her. They pull each other out just like she said in the beginning.

Christine Bush: This is a perfect time to start lawsuits. We completely agree on the timing.

Exit Strategy:
1. They live together. He says they get married. She says, *"Ok."*
2. We work on the book deal, not now but next year. *"Ok"*
3. We work on the lawsuits together.
4. We never stop understanding the 3 Enoch stories.
5. We work at something new for the a few years.
6. We travel.

Carrie Crosson Gilpin has a new problem. Her daughter, Kate Gilpin, 29, says, *"I never agreed to work with Auntie Diane. Yet, I did it anyway, and now I'm a thievery."*

Ed claims, *"Ok. I could care less. I can't actually pull them out without problems. This is their family issue."*

No one let Pamela Chapman's family issues be private. Everything had to be aired out as the nastiest, juiciest, or most boring gossip. They are all pigs. Nasty dirty ugly people. That's because they all aligned with the ex-husband. No one believed or dared to support Pamela Chapman. Harry Gural: I can come and stay, and we can make a plan for the future, but if we don't like ourselves together, we make a plan to start all over again. I can't ever tie my shoes without someone saying hoodie doodie on sorcery television. They don't ever leave me alone. I am so popular, I can't stand it. It is all about my sexual experiences, education, and single status. Pamela Chapman is no crook or abortion person. They made her out to be such a bad person.

The whole DNC question all the way to the end was a besting competition between Lorraine Florio Ohlsen, 89, Old Lyme, CT and Catherine Chapman (dead since 2009)—A gossiping woman who was an acquaintance at the local catholic church. It came out again because I was typing about my father and how he received a trophy for the Guide War. Take your petty competition and gossip disaster elsewhere. Fight your own battles not your mother's Laurianne Florio and Diana Florio Beardsley, and Kayla Abbate.

**Through sorcery,** <u>Alberto Villodo</u> cross-tied his mind-body emotions and hormones to his spirit-aura. With his emotions and hormones now tied to the spirit-soul's aura (instead of the mind-body where they naturally reside), and the noise strings streaming through his aura, his mind-body sexual proclivities now express in his spirit-soul aura instead of the emotional -hormonal mind body. This moves masturbation out of the emotional-hormonal body and into the spirit-soul aura because he has very limited kundalini abilities in this spirit-soul aura. You can't [orsst e] them and expect the cellular quantum physics of kundalini to be swapped through sorcery technologies with masturbation. This implies he can cheat through the use of sorcery technologies to gain the cellular physics of kundalini but he is using mind-body masturbation instead because his natural kundalini is so low. He doesn't have real sex anyway. He never physically touches real women. He just loves learning and watching about them.

This means he is attempting to replace kundalini in the aura with mind-body masturbation but in the aura instead of in the emotional-hormonal body. In this way, he has neither an emotional nor a hormonal expression of masturbation. It's his power game to control himself. It's his poor attempt at the mind body soul mastery with bullying. He controls his emptions (temper), sex through a display of auric power. This all increases his shaman privileges.

<u>Alberto Villodo</u>  + emotions (temper/bullying)  + sexual proclivities  +  (noise strings in the aura) = Power

= self-mastery = shamanic of privilege = display of power

They don't hear the noise, only others do. They control the whole situation with a false sense of leadership and control. They can't lead nor control any other way. The noise is the imbalance or disturbance to throw the other's off. Villodo only has power because others are thrown off course. He can't stand toe-to-toe with anyone and hold his energy any other way. It's a demonstrative display of demonic power.

<u>Alberto Villodo</u> once told <u>Harry Gural</u>, *"Pamela Chapman has only two opportunities in life to write more books, or sue everyone. If she write more books, and no one publishes them, she will be poor as sin'."*

<u>Harry Gural:</u>  I don't think so <u>Alberto Villodo</u> because I will eventually marry her.

<u>Alberto Villodo</u> claimed, *"Ok ladies, if he marries Pamela Chapman, then I will stop being a shaman* because you always said, <u>**Pamela Chapman**</u>, *"Stop being a shaman, write, and detox."*

<u>Harry Gural</u> said, *"Ok, I'll marry her next year,"*

<u>Carrie Crosson Gilpin</u> said, *"Oh no you don't,"* and started on weddings and everyone claimed, *"You and he don't get along."*

<u>Alberto Villodo</u> did something awful at <u>Kundalini Crossing</u> to know <u>Pamela Chapman</u> never find out, but she did, so now he has to eat crow.

993

Pamela Chapman
pamelachapman@comcast
401-662-9916

Alberto Villodo taught them to be cheap thieves with no absolute self-mastery through masturbation and noise.

Alberto Villodo + emotions (temper/bullying) + sexual proclivities + (noise strings in the aura)
                = Power
                = self-mastery = shamanic of privilege = display of power

Now, he taught them,
            Voice = Noise = False power = bullying + sex
            Noise = (emotions/temper, bullying + sexual proclivities) = false dopey power.


If you have a bad trigger moment, the noise level goes up. Just like raising your voice. Then you have more power.

If you are masturbating, the noise level goes up.

If you are sleeping, it goes down, but no one actually sleeps.

When they are jealous, the noise level goes up.

The only way is to disconnect completely, and the guides now stop the noise into the realm.


**As of December 13, 2021,** the Guides, expected Alberto Villodo to wipe clean the noise permanently, but Rusty Powell III and Jonathon Karp did it last in the afternoon on July 17, 2022.

Carrie Crosson Gilpin:  Tracey Moore wanted Harry Gural to herself, and I saved him from her. Harry Gural needs to know, I did it all for him, not for Kamala Harris. He was tied to Kamala Harris through Tara Plochocki and Bobby McDermott. There are issues because Tracey Moore has no other man in her life. I don't' sleep with my husband either. I'm divorced after all.

You must all sleep together to keep in the bubble of protection.


Andrew Parsons must service Carrie Crosson Gilpin at 8:15AM.

Someone is screaming in his 3rd eye—It's Alberto Villodo and Marcella Lobo.
Marcella Lobo wants him for masturbation with her, but suggests Carrie Crosson Gilpin instead. This goes on all night because Marcella Lobo always had an overnight masturbation clinic with her students.

Patricia Chapman
pmichapman@cox.net
303-862-8516

*"Villodo, Villodo, Villodo"* chanting in his 3rd eye to suggest <u>Andrew Parsons</u> and <u>Pamela Chapman</u> don't have a thing in common.  His psyche claimed he can't talk about DNC's ever again, So <u>Carrie Crosson Gilpin</u> took it to the people the other night, and <u>Lorraine Florio Olsen</u> said, *"I'll wait and retry because she and I don't see eye-to-eye."*

<u>Laurianne Florio</u> said, *"I'll do it because she now can't stand me, but we will still be friends."*

<u>Pamela Chapman</u> seriously says, *"No."*

<u>Laurianne Florio</u> says, *"I'll come to the wedding."*

<u>Pamela Chapman</u>:  No, it will be a small affair of 50 people.

<u>Alberto Villodo</u> can you release your noise?

He said, *"To do so would be to commit suicide in the realm."*  This is because he and you will never see how the story ends because he and you will be so tied in a lawsuit. No, the major story is now over, and the lawsuits will start soon, or in 2022.


<u>Incantations</u>:
We disconnect our emotions from the noise in your aura.

We disconnect your mind-body from the aura.


<u>Carrie Crosson Gilpin</u>:  I am no longer tied to <u>Andrew Parsons</u>, and he didn't hold me hostage to learning about publishing or anything. He told me to take the Columbia Publishing Course as a reciprocity to get into the business. He thought he told everyone. He told Carrie because he overheard <u>Pamela Chapman</u> present it to <u>Emily Parsons</u>,

<u>Carrie Crosson Gilpin</u> works for <u>Kamala Harris</u> and has so much need to know everything about <u>Pamela Chapman</u>. Yet, there is really nothing to tell because once she and he got divorced, nothing was ever the same.

<u>Diane Crosson McEnroe</u> doesn't understand the finances of divorce. She wants <u>Andrew Parsons</u> to donate all his money to <u>Ways and Means</u> through a particular charity.

Regarding sexual history, <u>Harry Gural</u> told her, *"<u>Pamela Chapman</u> and I don't ever do anything."*

<u>Diane Crosson McEnroe</u> said, *"She and you would never do <u>Harry Gural</u> because she and you are too wild for the people."*

Patricia S. Falconite
pmela.chapman@gmail.com
[telephone]

Harry Gural:  I have a beautiful reciprocity of relationship sexual history that Diane Crosson McEnroe doesn't have, and that's all both of us will say.

Carrie Crosson Gilpin:  You and I will meet at a court house and my husband will understand what the hell happened and I will confess that you, Harry Gural and Andrew Parsons don't have anything to worry about.

He claims, *"I will settle out of court."*

Carrie Crosson Gilpin:  It's so noisy in their auras. They don't understand how you tolerated it.

*"You will carry this for at least 6-8 weeks now. It will teach you to stop your sorcery."*

Alberto Villodo:  I can't stop my own sorcery because now I must surrender to the people.

Jana Jagoe III who is Kristin MacMannis, you will stop teaching masturbation clinics.

Bethany DiNapoli, stop sniffing the glue. You are a bona fide alcoholic in the making. You drink too much whiskey and brandy.

Monique Burgess, stop masturbating in the daylight hours, and stop plagiarizing everyone. You don't stop yourself for anything.

Nora Deidrich, stop criticizing Pamela Chapman, and take your son out for lunch and explain you need to learn Los Vegas because you have no other place to go (Chicago).

Carrie Crosson Gilpin, go home to your husband and daughters.

Diane Crosson McEnroe, go fuck yourself silly. You are a pain in the ass because you think you are so highfalutin and you aren't.

Cynthia Parent is a contender, who I refuse to address.

Noam Zilberstein, go home to your parents.

Tracey Moore, no one wanted you anyway.

Tara Plochocki, esq, has no game, and no name left in the legal profession.

Dominique Alfandre, left so f quickly once Pamela Chapman said she would sue IMC on principle alone.

Maura Lindsey, is not going to type this, so don't worry. She typed everything else.

Pamela Chapman
pamelachapman@cox.net
401-662-0530

Cameron Burgess, is too young to be here, but not that smart.

Jana Hicks Jagoe, go home to your husband.

Grenville Craig, is too stupid to consider.

*"All those young people, I refuse to address because I know most of them."*

We can't even remember the question, but Alberto Villodo will stop being a shaman and sorcerer. He was told this in January 2021. He didn't believe Pamela Chapman. In casual conversation she told him, *"Your chakras are imbalanced, and you are off kilter."*

He said, *"I had lost my ability to channel and other things."*

She said, *"It is because you are way off balance."*

He disagreed. It was just a conversation. Pat Fernandez was there. So was Jean Gorham.

She said, *"Close The Four Winds Society and write a juicy Simon and Schuster worthy autobiography. Then sell it to Netflix as a serial. It would be worth over $10 million."*

He prefers his sorcery practice.

She always told him, *"Be a man fist and a shaman/sorcerer second."*

He preferred it the other way around: a sorcerer first and foremost as his only power.

Harry Gural claims, *"Pamela Chapman, I now understand you don't chase me, you wait for them to self-select, but I will need super encouragement, but you were responding to the old me and I was responding to the old you. So, we need to learn about each other all over again. Too many misunderstandings that can no longer be re-understood. The time has been over-extended and the opportunity burned out all the way through."*

The Bells of St. Mary's is the Choir of Melchizedek.

The choir boys:  Bill Gural, Myron, Harry Gural, Kathy Gural

The angels:  Jean Dixon, Erin Hennessey, Macklin C. Ollayos

Infidels:  Add to the list: Molly de Ramel, Joe Barrett, Alana Winters, Jessica Hagen, Dolly Briggs

Shamans: Rusty Powell III, Bobby McDermott, Justin Ramel, Justine Rudock, David Kehoe, Alberto Villodo, Nancy Moss, Michael Harner.

Pamela Chapman
pamelachapman.com 160
info@Rev2-03 In

Kamala Harris' new recruits: Quinn Delaney, 29, Andrew Parsons, 58 Ford Bauer, 28, Chandler Moore, 28 Cole Burgess, 23, Noam Zilberstein, 28 Quentin Warren, 67.

**4:13PM**

**Note:**
Diane Crosson McEnroe, esq. New York City, UCONN Law, claims that she is only into discovery and destruction as an attorney. Yet, she is a Kamala Harris foot soldier for Way and Means. She was to become Andrew Parsons' shamanic wife literally today or tomorrow. She claims she only discovers and destroys, or destroys everything she discovers… that makes her a perfect fit for Kamala Nation. She is the prostitute that they bring in to strip and have sex with the men to make them reveal *everything*. A Wellesley College graduate that should never need to prostitute herself to win and complete in business. Yet, because Way and Means took away her credit score, she has been working for several years with Kamala Nation and Richard Neal D-MA to initiate men into The Game of Sexual Obedience, and to steal like never before.

Now, Anesthesia Associates of MA claims, *"We know how to take back one of our own and sue her for abduction and prostitution and several other criminal and civil offenses. She uses sorcery curses to manipulate men, their obligations, and their relationships."* Jim English, MD, President of AAM knows exactly how to clear this and will. Diane Crosson McEnroe will never see the inside of a US Courtroom ever again. Kamala Harris will assure her she can see the inside of a bedroom naked with many men always, and forever working foreword. She must remember never to use her sister, Caroline Crosson Gilpin as her front person to take the fall for her actions, nor her niece, Kate Gilpin, 29's, because a beautiful young woman should never be involved in this kind of nation-state thievery led by the Vice President of the United States of America.

## Monday, October 25, 2021
### 1:48PM

Today, we officially move into the Insurrection of the People. It got delayed because Michael Harner set us back three to four weeks or longer. You don't need to worry. You contacted the lawyer on September 25, 2021, a month ago.

Harry Gural was not properly represented one month ago. He is today because Christine Bush, esq. Hinckley Allen, said you and he are so connected. You and he need to stay together. Meagan Markle and Harry Winsor share the exact same kundalini experience, and they also are bona fide reciprocities of relationhip.

Last night, you learned Kamala Harris admitted that the previous night, Saturday night, October 23, 2021, between 4-6PM, she had committed a "rape" on your physical body.

You had started to do some very subtle and light kundalini with Harry Gural and he kept telling you *"Go very slowly, and to be still."* Then you were hit in the face, over the left eye with what felt like a rock hitting you. It was a digi-box.

Pamela Chapman
pmrchapman@cox.net
401-662-9516

It hurt so badly, *"I had to press my fingers on it. It moved a little from the outside corner over my left eye toward the middle, but not to the point of my 3rd eye. It felt like I would achieve a swollen sinus headache. It really, really hurt. There was noise in the aura. I could not hear well. I learned Roger Kass was involved. I was confused why I was at Kundalini Crossing, because Harry Gural and I never go there. It's a state of mind."*

Becca Bertrand was there. So was Sologrande—Monique Burgess and her husband, Tom Burgess. Grenville Craig and Andrew Parsons also were there. I couldn't figure out what was going on, but I was consistently told to hold still, as best I could. At one point I was told I'd feel a pinch and something. They booted Grenville Craig out. But, then I fell asleep and awoke around 5:45PM to a screaming high pitched Caliphate Nation State Director, Kamala Harris. She was barking specific directions at me to the likes that I had been taken over.  I was a bonda fide Kamala Harris hostage in my vaginal area. It literally felt like I had been raped and violated and that somehow my lower abdomen had been violated and that I would never be the same again.

Christine Bush, esq. wanted you to write this down because Kamala Harris admitted early this morning that she specifically wanted you to destroy an energetic seal, akin to a vaginal hymen. Sologrande—Monique Burgess and her husband admitted to placing pulsing sonar detection in your vaginal area and rectum (2 separate sorcery devices) and Becca Bertrand admitted to placing a pulse meter internally in the lower abdomen such that it made her an initiate of Harry Gural and Kamala Harris. Anyone who crossed this central point of Kundalini Crossing would pulse. Pamela Chapman never needed an initiation because she and Harry Gural had kundalini practice on September 30 outside the realm of Kundalini Crossing and Kamala Harris. It was completely a private matter.

Roger Kass admitted to placing a sorcery viewing screen both from the inside and outside over her eye such that she would always be on camera to Kamala Harris, and so would everything she said and publically heard. She also said she had unfettered access to my person and would arrive anytime she wanted, and especially for some gathering in December. Roger Kass and Becca Bertrand later said, "Through sorcery, they always place six copies of everything in the aura."

It was especially difficult to get all of this removed, but it happened after midnight when Pamela Chapman declared while there was plenty of kundalini flowing, she and Harry Gural would not do anything to augment the kundalini because her vaginal area was so violated. It felt like she had a basketball reamed up her vagina, and she had too much moisture for comfort.

Monique Burgess said earlier in the day she,
1. Stretched her vagina more like the size of an orange by cupping her hands.
2. She wanted Pamela Chapman to flow like a spigot of water and become extremely wet. Then Becca Bertrand said, *"She directed a sorcery incantation to be at least two times whatever Monique Burgess said."* There were at least three different pulsing mechanisms 1. Rectum, 2. Vagina, 3. Internally in the abdomen. All pulsing at the same time, but differently.

999

Pamela Chapman
pmchapman@cox.net
[illegible]

It was extreme discomfort. Monique Burgess said, *"She meant to make you feel as if you had had rigorous and strenuous intercourse with 1 or more persons. The outcome of what they desired was highly effective and akin to rape."*

Cole and **Cameron Burgess** said **6:48PM 3-5-22**, I don't know what my parents were thinking because they were so excited to participate and do this and they wanted to have a Kundalini Crossing economic business and they wanted to hire out Harry Gural to do the initiations, but in the end it was Cole and Tom, the son and the father, who were both initiated by Harry Gural.

**Andrew Parsons**: As a **Thievery Ring**, we all colluded together to make certain objectives happen. That makes us all responsible in the end. I never expected to be a thievery person, but I was a fraternity brother, and I crossed the line too many times here.

Pamela Chapman: These are not pranks. These are violations of the law. **Between this, the stolen book manuscript, and credit card and banking numbers that were surveillance and shared, the Workgroup was sloppy and unprofessional, but it proved to get your objectives completed. You gave up everything to do it. So, congratulations you have arrived, but you are finished, all through.**

This morning around 5:30AM, Harry Gural and **Pamela Chapman** started their version of kundalini exercises. It lasted 4 hours or so because they found a new level of kundalini experience based on reciprocity of relationship. Yet, in the end she had stepped over the Becca Bertrand abdominal pulse point and realized she, Pamela Chapman was now considered an initiator of the people all over again. It was as if she re-woke everyone up, and re-initiated everyone. It's never a choice once you have a pulse ring inside. She thought all that had been erased eight hours earlier. Yet, it had not been.

Last night, **Harry Gural** was supposed to have kundalini sex with at least 2-3 different women, all in the **Thievery Ring**. **Pamela Chapman** awoke around 2AM and started listening because she could hear something. It was determined he would not have any kundalini with any of them. She was never put in a precarious situation. She did it of her own free will, and so did he.

All of **Pamela Chapman**'s telephone calls and house noises are appearing in this space. It is Alberto Villodo doing this. He is one of the most obnoxious men and oversteps every boundary of every situation thinking he is entitled to whatever he wants to possess.

**Becca Bertrand** believed she was **Harry Gural's** first choice kundalini partner until **Pamela Chapman** arrived. Then, she knew you and he had a strong desire for each other. Yet, she played you and he too manipulate the situation such that **Roger Kass** always won whatever he wanted. She worked directly for **Andrea van Beuren** at Newport Film. She now is an Executive Director of a donor

Pamela Chapman
pmechapman@cox.net
401-662-9516