campaign at the New York Yacht Club at Harbor Court. Roger Kass lives at 1180 Park Avenue, New York. His legal wife, Andrea, lives in Middletown, RI. She and Roger have three children who all live in New York City with the father.

Becca Bertrand never admitted to any of this. Yet, she and Roger Kass have an arrangement through Kamala Harris to destroy the relationship between Harry Gural and Pamela Chapman.

Monique Burgess and Tom Burgess, and two adult children now work directly with Kamala Harris moving forward.

Carrie Crosson Gilpin will also do the same. Her sister, Diane Crosson McEnroe, esq., will work directly with Kamala Harris but in a different capacity. They both arrived with Kamala's Table in late February and by early March 2021, Diane McEnroe went by the name, Cynthia Crosson McEnroe, because she and Carrie Crosson Gilpin and Cynthia Parent all swapped names with each other. They used the name, Diane Gilpin, as the author of *Barefoot in Heels*—by another name—on a Goggle Home documents copy that has purported to have been uploaded and downloaded at least fourteen times by the morning. [That may have been a metaphor for the Akashic Record realm.] The number of times was dictated by the number of *participants* in the group.

So last night, when they raped Pamela Chapman into an initiation, she was already privately initiated by both a key turn in her aura and by other means by Harry Gural. Yet, they wanted her to feel everything a young recruit would feel, and she would always remain the personal property of Kamala Harris. Harry Gural was freed, but Pamela Chapman was captured. This is like the opposite of what they did to Andrew Parsons, about 12 days apart. Both were awakened by a group of people all sexually attacking them. Both were then considered initiators and part of Bobby McDermott and Rusty Powell III's lineage. Then, both Andrew Parsons, MD and Pamela Chapman belong to Kamala Harris and her Caliphate Nation. Is this the reciprocity of favor she owed Happy van Beuren to destroy both the book, *Barefoot in Heels* and then the author herself. This was the mission of Kamala's Table and the specific intent and objective of Happy van Beuren. She was prepared to destroy two parents, abeit divorced, over a work of fiction because she thought the author looked too much like them in the narrative.

Noam Zilberstein claims Grenville Craig already knew what was to happen. Yet, he wanted to claim personal victory over the capture of Pamela Chapman because she was so difficult to actually capture. He wanted the trophy and credit for himself.

Harry Gural claims that is a true statement.

Grenville Craig now claims he loved the thievery game and so did Andrew Parsons, and Bethany DiNapoli as Jana Jagoe. Yet, all three are and never will be bona fide thieves.

Grenville Craig volunteered to be the crossing gate guard at Kundalini Crossing, the place where a person meets Harry Gural and is immediately considered as a person either to be initiated or

serviced by him for the evening. Noam Zilberstein wanted to be her person –Pamela Chapman at the crossing guard gate of Harry Gural, and so did Bethany DiNapoli.

There is nothing much they can do to participate with the real thieves who spend hours every day with Harry Gural, and then hours at night being serviced by him thanks to psychic manipulations created and directed by Kamala Harris. These were either directly assisted or through another person like Becca Bertrand or Monique Burgess who wanted to be his handler. Becca Bertrand wanted to be his primary partner, all to show they had bested everyone especially Pamela Chapman in front of Kamala Harris.

Jim Gaffney is here all day and at Kundalini Crossing every night. He never said one word about anyone to anybody in this space because Kamala Harris would know exactly who he is and how to find him because Trudy Coxe sat for a time on Kamala's Table with Pamela Chapman.

Jana Hicks Jagoe can no longer participate in any game or crossing because her name was used too often at Kundalini Crossing by Bethany DiNapoli, as was Pamela's social security number. Jana Jagoe went by another name, but she didn't play. She has low energy due to chronic fatigue syndrome.

Grenville Craig stole Pamela's social security number and credit card numbers and gave them away in this space too many times. That is a federal criminal offense. Every person at Kundalini Crossing was given Pamela's numbers by Tara Plochocki, esq. Every person had Pamela's number.

The entire story has been presented here will continue to be in the US federal circuit court.

Pamela Chapman's is bursting at the seams with too much noise.

Last night, Alberto Villodo removed all the noise again. Yet, it is back right now even stronger.

Harry Gural agrees whatever he shared with Pamela Chapman today was highly personal, highly vibrational, and very intimate. So everyone was very curious and everyone wanted to play the Grenville Crossing game of Kundalini Crossing.

Harry Gural is afraid of Kamala Harris and her goons because they abducted him, raped him, manipulated his psyche, and prostituted him out to over 300 people. This is a federal criminal offense.

Kamala Harris keeps saying she is a Caliphate Nation State leader. Yet, the US Government is a democracy of freedom of the people, and she is its Vice President.

**3:00PM**

Pamela Chapman
pmchapman@cox.net
101-662-9516

It was said early this morning that <u>Harry Gural</u> was taken to Monique and tom Burgess' catamaran boat in the US Virgin Islands to initiate a person who was renting their boat as an air B&B. He didn't realize she wasn't in Newport until he asked her, *"What is your connection to Newport?"*

She was on a house boat in St. John's Bay and was offered the opportunity for <u>Kundalini Crossing</u>. She didn't know what it was. *"Yes,"* she did.  Once <u>Harry Gural</u> found out what he was being used for, told her to, *"Get dressed, and walk away."* He was no longer the proper person to initiate her.

It was said that <u>Monique Burgess'</u> son, <u>Cole Burgess</u>, took the man out on his own, and initiated him also.

No, he did not. That man was already initiated, as was she, but played along to see what they were doing.

<u>Cole Burgess</u> claimed, *"It did not go well. The man claimed he was no longer interested."* <u>Kamala Harris</u> showed up right away. <u>Cole Burgess</u> did not know she was there.

<u>Kamala Harris</u> said, *"I already know who you are, and don't say one word to <u>Cole Burgess</u>."*

<u>Cole Burgess</u> did not realize why it did not go well. He told his sister, <u>Cameron Burgess</u>, *"The guy might not be that interested in <u>Kundalini Crossing</u>."*

<u>Cameron Burgess</u> said, *"<u>Harry Gural</u> refused to cooperate. So, it was a no go bad showing for <u>Burgess Nation</u> moving forward."* Neither Monique nor <u>Tom</u> ever knew this. Not true. <u>Tom</u> knew everything. <u>Kamala Harris</u> claims he—the man, is a politician. No one can ever re-initiate politicians in <u>Kundalini Nations.</u>

<u>Kamala Harris</u> undid everything <u>Cameron and Cole Burgess</u> did for these two people in St. John Virgin Islands.

Why did they refuse to initially undo <u>Pamela Chapman</u>?

<u>Monique Burgess</u> claims, *"Because she and we wanted <u>Pamela Chapman</u> to always be at our beck and call."*

<u>Kamala Harris</u> wanted to remind <u>Pamela Chapman</u>, *"Always know your place with <u>Harry Gural</u> and <u>Kamala Harris</u> in the future."*

<u>Pamela Chapman</u> always stands up publically to <u>Kamala Harris</u>. No one else ever gets away with it. <u>Kamala Harris</u> claims to be the leader of <u>Kamala Nation</u> and <u>Harry Gural</u> and <u>Pamela Chapman</u> are the anointed <u>Melchizedek</u> guides of the Upper realms. They are colleagues in this realm. You never take a colleague hostage. There are diplomatic relations between the two leaders and everyone seems to forget this. <u>Harry Gural</u> and <u>Pamela Chapman</u> rule the Upper realm and <u>Kamala Harris</u> was the <u>Caliphate Nation</u> State leader of the <u>Kamala Nation in the Akashic Record</u> realm. We were all

Pamela Chapman
pamelachapman.com/cms
401.862.5034 ph

colleagues equally. You never ever take a colleague hostage to force a conversation. This was Pamela Chapman's strategy and Kamala Harris went along with it.

Pamela Chapman has copious notes that might appear arduous to type, but they will prove everything in court.

Kamala Harris claims, *"No one can use these notes."*

Monique Burgess is **twitching** Pamela Chapman's eye. She loves to cause problems in Pamela Chapman's body, but especially her eyes. She promises to stop. This is physical assault.

Alberto Villodo promises to clean up the noise. When he does, it always returns. **Usually through** Nola Ganem who claims, *"No way, Jose today."*

Monique Burgess does not have a sexual gland problem. She has a greed and power problem. She and her husband seek opportunity for financial wealth and power. She often copies other people including the book, and created her own e-book from *Barefoot in Heels* with her own name as the author. She took Pamela Chapman's Solograndre name from Etsey. Pamela Chapman said she could borrow it, but Pamela Chapman never thought she would abuse it. Through sorcery, it was used like sonar. It pulsed the name until Harry Gural answered it. Pamela Chapman always heard this. Monique Burgess called out for Harry Gural multiple times a day.

Sheila Powell claims, "I have seen her do this twice before, but no one ever caught her. This really takes the cake. I absolutely know who this woman is, and she and my daughter never would be in the same room ever on any project so there is no loss to Newport regarding a loss for them."

Cameron Burgess spent one semester at college ballet dancing. Then she attended one semester at Emerson in creative writing. She is a Jessica Hagen wanna be. She just wants to be a hometown girl. I don't think Cameron nor Cole will ever be back, but Cameron probably will. Cole does not fit the culture of Newport and neither do the parents. 3:38PM

Monique Burgess has been a digital branding person for several years aiming to collect opportunities and examples to draw people in digitally, and make money off the opportunity.

Christina Bush, esq. thinks she has enough:
1. Roger Kass is the ring leader of the thieves, not Harry Gural. It's really Alberto Villodo. Monique Burgess looped back to Roger Kass with a copy of her new e-book such that the project went full circle. This made him a captain, but not the daily operations leader.
2. Pamela Chapman has copious documentation of how all the people fit together. She knows them all personally except for one or two.
3. The Redwood Library is so deep into this. So is the Newport Art Museum and Island Moving Company. The Newport Hospital Foundation board and Newport Hospital are also involved and so is Roger Kass, and the manuscript, *Barefoot in Heels*.

4. **Pamela Chapman** has sat on the board of the <u>Newport Art Museum</u> and <u>Island Moving Company</u>. She is a shareholder of the <u>Redwood Library</u>. She knows several board members at <u>Newport Hospital Foundation</u>.

5. She has told <u>Roger Kass</u> she seeks damages from him of over $3 billion. He says, *"You will have to talk to my wife, <u>Andrea van Beuren.</u> It is her money."*

**3:28PM**

<u>Nola Ganem</u>:  I have no presumption of judgement against <u>Pamela Chapman</u>. I just want to excoriate her as best as I could. I wanted her destroyed just like everyone else.

Do you think a DNC medically destroys women?

<u>Pamela Chapman</u> advocated for this all the time.

<u>Wesleyan University</u> says absolutely not! It is part and parcel of a woman's gyn health and any woman or man that shames and blames you for taking care of your physical and mental wellness, and well-being, should be shot. It is self-care that is extremely important to having and executing a good life whether for yourselves, or in caring for another.

<u>Alicia Barry</u> says how on earth did we do this to you <u>Pamela Chapman</u>? The world is screaming that this is a god given right to take care of ourselves.

<u>Pamela Chapman</u>: *The Yoga Sutras* identify self-care in the niyamas of yoga as an extremely important part of self-mastery and for obtaining wisdom. You must exercise daily self-care. Women are no different from men. They often take more care of others than themselves. So everyday practice self-care of your personal self to your personal best.

<u>Alicia Barry</u>: I had breast cancer, and it taught me the importance of self-care. I could not experience any of what <u>Pamela Chapman</u> has been through, but if <u>Harry Gural</u> is a man and we think he is, we hope they will meet on some street. She always has better personal energy around him.

<u>Pamela Chapman</u> claims she personally really would rather die than be in this experience. How do we get out, <u>Alicia Barry</u>. Do you hold a key?

I do hold Hebrew keys, but I can't help you. <u>Grayson Cook</u> can't either, but we love you <u>Miss Pammy</u> because <u>Grayson</u> and his friends think this is so unfair. So, when I see <u>Monique Burgess</u> I will shake my head because never could I imagine that she is capable of all of this.

Pamela Chapman
pmchapman@comcast
1150002005 16

**At 4:18PM** we are also all done and all through with <u>Nola Ganem</u> because one cannot adjudicate her pathologies the way we could with others—borderline personality syndrome, copycat, and kleptomania. We have beaten them to death, anyway, anyhow, anywhere.

We have <u>Bethany DiNapoli</u> left, and her husband <u>Chris DiNapoli</u> has decided to speak on her behalf. We think it is really <u>Luca and Marco</u> instead. Where is your daddy now?

*"We think he really doesn't care."*

It is not that he doesn't care, he does not know how. He and she have differences of opinion on how to take care of one's self in this situation. <u>Lucas DiNapoli</u> claims, *"I report my mother to the police, and see what happens because she refuses to budge a wink over this issue of <u>Pamela Chapman</u> and how she—my mother, is a better leader than <u>Pamela Chapman</u>."*

OMG. Everyone thinks she is a better leader, but my mother refuses to acknowledge or step aside or step down. I went to private school at Moses Brown.

Is your mother, <u>Bethany DiNapoli</u>, Moses Brown material?

*"No, she is not."*

<u>Marco</u> has no issue with his schooling, nor his mother, but he does not care for the attention it gathers for the family, and it is about time she retreats in a consideration of the family. She will never win this war, and <u>Pamela Chapman</u> will force her, <u>Bethany DiNapoli</u>, into a court of law to make consideration for what she has done. It will cost us money, just like at Tailhook because you must take responsibility for your actions.

I am <u>Bethany DiNapoli</u>, and I refuse to speak. There are too many people in the realm. I don't want my adult children to speak on my behalf. I did not authorize them to speak.

Then, just step down <u>Bethany DiNapoli</u>, and walk out of the ring because in a few minutes <u>Jerry Slocum</u> will say something you don't like to hear. <u>Beatriz</u> told you could be the undisputed Queen of Newport if you had the leadership skills and could demonstrate them. She remembers that. She asked <u>Harry Gural</u> to co-lead with her the Caliphate Nation State of Newport, and he turned her down because he said he'd have to bring <u>Pamela Chapman</u>. He could not co-lead with her.

<u>Jean Gorham</u> knows all the answers to everything, especially all the sorcery that has taken place. She refuses to cooperate, and refuses to give details significant enough to end this torture on <u>Pamela Chapman</u>. <u>Harry Gural</u> but can get to an attorney faster than she can. He has the utmost privacy, and she has none. <u>Harry Gural</u> claims , *"I am sworn to help <u>Pamela Chapman</u> get out of here and I will. She has notes I need. We will share, and I will share with her details to really help her case."*

<u>Alberto Villodo</u> has numerous problems, including <u>Kamala Harris</u> who has told him she would destroy him if he unties <u>Pamela Chapman's</u> aura.

Pamela Chapman
pmchapman@gvi.net
401-662-2016

Everyone always wanted to sleep with him as a reciprocity after the games were played. He did not know this until after September 30. It is October 25. The notes all recount the whole story. Yet, she did not know. She never knew. In the middle of the night from 12AM – 6AM, she was often attacked by strong hard walls of energy that were toxic. They rattled her body, her nervous system and created imbalance in her metabolism. She was always shaking.

The physical assaults and abuse never let up. They only got worse.

Both Kamala Harris and Alberto Villodo knew Pamela Chapman couldn't hear well. They always over stepped and over played the noise to an abusive assault level. Sexual abuse was prevalent with numerous people, especially Island Moving Company. Those people loved to stimulate Pamela Chapman's vaginal area to make her want to masturbate. Yet, it only made her want to urinate. Teaching people this has been a challenge. These thieves are dumb and stupid. Yet, they are affluent and well-educated people who seek to have un-adulterated power over Pamela Chapman.

Carrie Crosson Gilpin decided to teach Pamela Chapman a lesson about who was really in charge at night. She demanded Pamela Chapman have so much vaginal wetness that she run like a spigot into Kundalini Nation state, and Monique Burgess added to it twice a night until she can no stand it, and until she masturbates like the rest of us.

Noam Zilberstein: claims no one thinks you ever wanted to masturbate with Grenville Craig. [Twin Souls cannot masturbate or have intercourse with anyone other than their own Twins Soul. So for Grenville Craig to believe he could masturbate with Pamela Chapman or anyone other than his own Twin Soul who is his wife of 50 years, is so ignorant of his own situation.]

Pamela Chapman never said that.

Grenville Craig takes back his original statements and so does Donald Jagoe, who never ever said a word about anything. This is slander.

Grenville Craig thinks Pamela Chapman has a personal problem. No. Sandra Craig says my husband will think twice about what he says and how and into the future because he has said such horrific stuff about Pamela Chapman, and now you have the opportunity to switch back and he doesn't like it.

Kamala's Table claims Grenville Craig is just a sick wanna-be goon and he used Pamela Chapman as a dumpy example because she was a single, divorce woman who lived alone and had no other opportunity to have been pulled out of the Twin Soul mess. So he used Rusty Powell III and twisted everything around to make him look like a candidate for Rusty Powell's many thievery rings.

Caroline Craig claims, *"My mother and father will take some time and rethink their strategy."*

Pamela Chapman
pmchapman@cox.net
101.66.297.16

Grenville Craig wanted everyone to know, *"I am Pamela Chapman's shamanic husband and she was never such a person."* She is the Twin Soul of Donald Jagoe and Grenville Craig is the Twin Soul of his wife, Sandra Cuccia Craig of New York City.

Barbara Hofstetter, Barr Foundation, Boston claims, *"I now understand the entire situation because Grenville Craig once worked for my husband in Princeton, NJ. He once told me, "I am nothing but a sophisticated accountant who could run rings around anybody's bank account."*

Grenville Craig stole all her bank account numbers and financial numbers and created a handshake transfer of $1 from one bank to another to fake transfer $1 million from Caroline Craig last spring (April 2021). That is a federal crime. Grenville Craig also created such an enormous financial crisis in that he gave her SS# out so many times and then Kamala's Table did also through Tara Plochocki, esq. at Kundalini Crossing.

Pamela Chapman needs a new passport (she got one) and she can't file for one without revealing all her information (She did.). She can't transfer money online to pay bills online because through sorcery, they steal all her numbers. Grenville Craig has always done this through Rusty Powell III. Since so many people have opened her front door, and walked through her house using sorcery magic, they use remote surveillance to view all of her accounts because her papers were spread on the floor in her office. It was her private house and a private room. She had no idea people were walking through her house. Harry Gural gave them all access.

Grenville Craig started this ten years ago, and never stopped. Now Kamala Harris with the help of Kamala's Table wants to zero out her accounts and make her flat broke. Her ex-husband, Andrew Parsons, M.D. desired the same. It is **part of the thievery** Game of Sexual Obediance. It in capitates you. This represents Level 5 of **The Game**, The Kill. It proves to all who has the most power over you.

3:52PM

Kamala Harris: I may have said that at one time. I now recant the information.

You cannot re-cant because everyone around the world has the same information. You, Kamala Harris, put her in extreme jeopardy. She seeks remuneration from **Grenville Craig** and attorney fees because he has a reported net worth between $50 - $100 billion.

She seeks compensation of $25 billion with all attorney fees paid for by Grenville Craig. It's a small amount of his total net worth. It must be paid for through a transfer of cash. **That's understood.** We seek transfers of endowments. That is very achievable, and easy to accomplish.

Pamela Chapman: I have sat in numerous meeting with Sandra Craig, but do not know Grenville Craig well. I have been to their house in a large social setting. When I am at their home or a non-profit social function, he rarely speaks to me. He is usually standoffish, and ignores me.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Roger Ailes could be the same way according to Gretchen Carlson.

Sandra Craig was on the Newport Art Museum board since 2008-2018 and Pamela Chapman was on the board from 2007 – 2017.

**4:03PM**

Harry Gural needs a new attorney because Sullivan & Cromwell joined Kundalini Crossing too many times. The same for Simpson, Thatcher & Bartlett. Pamela Chapman never joined Kundalini Crossing and didn't know anyone or those details, so anyone there is fair game. Christine Bush, esq. of Hinkley Allen was also there, and became obsessed with anything Harry Gural.

Harry Gural never understood the ramifications of what he was doing.

Cameron Burgess did not either. She was a bona fide anorexic patient. Monique Burgess, you do not whore or prostitute out your grown children like Nora Diedrich did with her son, Quinn Delaney, about two weeks ago. He was re-initiated for the purpose of making extra money initiating people on the side. He plays the bass instrument in a symphony orchestra.

Norah Diedrich will never understand how Pamela Chapman bested her yet again. Norah Diedrich always claimed, *"I have the upper hand, and had finally beaten Pamela Chapman to death. Just like her ex-husband, Andrew Parsons had beaten Pamela Chapman."* In fact, Norah Diedrich wanted to date the ex-husband. He knew someone in Jefferson City, Missouri who she claimed she had an affair with. Pamela Chapman knows him also. Norah  Deidrich was this man's kundalini partner six years ago. She arrived in Newport for a start date as Executive Director of the Newport Art Museum of April 1, 2015. It was after that in 2016—mostly—according to Christy M. (with whom Pamela Chapman knows).

They claimed the games were south of Chicago. Some were at the San Diego Naval Station because as you said last night, Pamela Chapman, the military naval bases with submarines know all these games exceptionally well. To be a submariner, you practice kundalini with others instead of masturbating, and you connect with other humans through the energy realm. You are all spies in the submarine community, and they must pass rigorous tests to be a part of that community. Capt. Donald Jagoe, Ret.-USN, thinks it is true of some senior military officers on the ground.

It's big government business reserved for the military and the CIA, not just Ways and Means politicians. Maybe the Pentagon.

It's a war game on board submarines. She understands all of this intellectually. She had no idea it existed.

Pamela Chapman
[illegible]
[illegible]

<u>Nora Deidrich</u> has had it out for <u>Pamela</u> Chapman. They claim, *"It's jealousy, turned into a power trip."* <u>Pamela Chapman</u> is indifferent to her, but could have worked under her, rising major gifts for the Newport Art Museum, if she had to, but no longer would.

<u>Monique Burgess</u>:  There was so much kundalini flowing this morning, I masturbated for two hours.

<u>Norah Diedrich</u>: What happened after that?

<u>Monique Burgess</u>:  I pulled my panties up and claimed, *"I'm really all done with that."*

**4:22PM**

Why is <u>Pamela Chapman</u> pulsing at the sound of <u>Grenville Craig Crossing</u> or any <u>Kundalini Crossing</u>? What did not get removed?

*"I remove <u>Kamala Harris</u> as her lineage and I replace it with no lineage. She and <u>Harry Gural</u> did this only as a reciprocity of relationship for each other, and will continue this into the future. For them, it is the real kundalini practice of relationship. Everything else is a carnival ride in a whore house."*

Initiation to kundalini is akin to buying time with a prostitute, and having sex at an orgie. This differs from a singular monogamous intimacy of relationship that grows through a bona fide marriage of the people. This initiation is said to initiate them into a tribe of people ready to take on any activity operating below the surface. Just like submariners.

<u>The Kamala Game of Sexual Obedience</u> unties real existing relationships and tangles up people with all sorts of others. It is meant to hurt people and confuse relationships. <u>Kamala Harris</u> did this with the members of <u>Kamala's Table</u> which included senior elected officials in the House and Senate. She also did this with <u>Harry Gural</u> as a Senior Legislative Analyst in the US House of Congress. He worked for 15 years in the US House of Congress for <u>Barney Frank</u>, D-MA.

**4:28PM October 25, 2021**

**9:08PM 3-6-22.** <u>Nola Ganem</u> helped establish for <u>Andrew Parsons</u> his history and pattern of lying. He said in front of the whole world while it awaited some disclosure of a health issue of <u>Nola Ganem</u> that she had first *vaginal crabs,* and then said it was genital herpes. She does not have either of those and then he wanted <u>Pamela Chapman</u> to apologize. She said, *"You lied. You are always lying.* He has the 'boy who cried wolf pattern'. He claimed, *"I did it to facilitate a conversation and to try to get her to open up."*

Fat chance. She is very closed mouth about it.

Then, he said, *"I was just sore because <u>Nola Ganem</u> is a shamanic wife of mine, and I overshared too much information on <u>Pamela Chapman</u> and my adult children while in the sorcery trick of psyche. But I did it in casual conversation also."* So, for the US court, we write that he has an established pattern of lying to protect himself, and to attack others. **9:11PM 3-6-22**

It's one of their conversational dialogs that they presented to an audience of others was to prove something we have yet to hear. It always pre-loaded and pre-packaged in a psyche of sorcery manipulation.

*"We are so unimpressed."*

<u>Andrew Parsons</u> cannot memorize like that. He never could and he never will. The psyche hat trick is a filter. It has nothing to do with raw IQ intelligence. It is never considered intelligence. Intelligence is critical thinking. It is none of that. This is raw downloading. It is too quick for conversation.

## Tuesday, October 26, 2021

### Next Generation Thievery Ring in Newport,
### Attendees

<u>Kathy Abbate</u>, 57 (Former nurse. Born and raised in Newington, CT)
<u>Kayla Abbate</u>, 30 (catholic school in RI and graduated from Iona College, Rye, NY)
<u>Elise Fagnoli</u>, 31 (St. Michael's Country Day, Pomfret School and one year of Mt. Holyoke College)
<u>Caroline "Dolly" Briggs</u>, 50's (Miss Porter's School and attended but did not graduate Skidmore College. Trust fund from Skelley Oil in Texas. <u>Redwood Library Book Committee</u>, and Bailey's Beach. She has been known to have issues with alcohol.)
<u>Skelley "Daisy" Briggs</u>, 26 (St. Michaels Country Day, Wheeler School, Portsmouth Abbey. No college. Country Western Singer. Trust fund from Skelley Oil in Texas. It was suspected but never proven, she suffered anorexia nervosa in high school. Anorexia nervosa is considered an obsessive compulsiveness. No one with these tendencies should ever be involved with these groups and their activities. )
<u>Quinn Delaney</u>, 30's Initiator. He would have set them all up. They would become his ring of thieves and whores. (Evanston, IL, University of Rochester)
<u>A Ross Daughter</u>, 20's (Day School, NYC, college somewhere. Houses in NYC and Newport)
<u>Cameron Burgess</u>, 25 (St. Michael's Country Day, One semester each at Butler College and Emerson College. Has been treated for anorexia nervosa.)

Pamela Chapman
pamelachapman@cox.net
401-662-0516

Cole Burgess, 23, Wants to be the leader. (attending but did not graduate, Kettering College, Detroit.)
Francine Weiss, PhD, NAM, 40's (Wellesley College, Boston University. Parents are both M.D.'s. Her mother went to Wellesley and Johns Hopkins. They live in Atlanta GA, but are from MA)
Leslie Grosvenor, Immediate past Development Director, NAM, 50's (Private school and Duke University and Columbia Teachers college)
Carl Helmetage, 60-70's. Kamala's Table. (past corporate President, MBA from The Wharton School, UPENN)

It involves people from the Redwood Library, Newport Art Museum, Island Moving Company, and St. Michaels Country Day School

Most of these people were at Tom Hockaday's House of before February 4. 2021. They say masturbation is often the introduction to the culture of these Thievery Rings.

Harry Gural didn't bring any of these younger people. Tara Plochocki brought them all to play.

This is a curated membership of arts and culture and the private school realm.

The attendees all wanted Harry Gural to sponsor them in the next level of The Game.
Dolly Briggs claimed disinterest in kundalini. Yet, she wanted in with the project. There questions to Harry Gural in this introductory meeting (he begin it in a psyche that Pamela pulled him out of through her Tuning Forks) included:
1. How do I become Tara Plochcocki?
2. How do I get a guy like you, Harry Gural, for me?
3. How do I protect myself against people like Pamela Chapman?
4. Why do you run away from Pamela Chapman?
5. This group is meeting secretly. It is looking to reorganize. It wants Harry Gural's input.

They want attention.
They don't know how to execute.
They want power.
They have daily routines that have now been disrupted.

It starts at night, and bleeds into the morning. Maybe you can work in the afternoon.
Then, it starts up at dusk, and does to dawn.
When do you work?
We don't.
We need a thievery project.
We don't ship much anymore.
No one is going anywhere.

Pamela Chapman
pamelachapman@cox.net
401-662-0516

Jean Gorham: We will never allow these brats to take over Newport because they are first and foremost thieves and whores. Francine Weiss, Ph.D. didn't belong in there, and neither did Daisy Briggs nor Cameron Burgess. The Ross daughter should know better but her own mother, father and grandmother are at the start of the Redwood's Ring.

Daisy Briggs doesn't care who she hurts, or how she gets there.

Pamela Chapman's financial numbers are so over exposed. It's a ticking time bomb.  Gina Raimondo D-RI, immediate past Governor-RI, and current Sec of Commerce, claimed, *"Everyone understood that from the beginning. Yet, we did it anyway. You sue Kamala Harris and Kamala's Table for fraud."*

Tom Hockaday understands. He has a remark for Pamela Chapman:  We never understood why you were so stern with him and certain people. It's because he doesn't know you or them, like you do. Pamela Chapman knows all these kids and their parents, and knows exactly how they play. So you like to demonstrate a self-mastery by talking to them, but not yet, and maybe never.

I'll talk to Pamela Chapman.

Daisy Briggs: He and my mother talk regularly alone. The topic she doesn't understand, Why she can't speak to Pamela Chapman? He's talking to Dolly Briggs all the time—Southampton, NY and Newport, RI. They wanted to move all of this to Southampton, LI with Daisy and Dolly as ring leaders. There was no imperative to do this.

Daisy Briggs, 26, and Dolly Briggs, 61, wanted the be the new Tom Hockaday, 66, and Bill Martin, 66.

Of course, Monique Burgess and Tom Burgess wanted to move a syndicate of this to the US Virgin Islands with the family as the ring leaders.

Bill Martin is playing Harry Gural in the conversations, and Daisy and Dolly had no idea of the consequences of their actions because they all live in a bubble in the deep blue sea in Southampton, LI where Gabby Bernstein and Ally Coulter play.

Gabby Bernstein of Kundalini Yoga fame, and Ally Coulter, designer, Greenwich, CT, born in the Boston, MA suburbs, married to the film industry in Los Angeles, remarried a Harvard U –trained attorney and living on the Gold Coast, CT.  Her daughters went to St. Michaels Country Day, with one at Portsmouth Abbey and one in boarding school elsewhere had a whole idea of how to bring Kundalini Crossing – and Harry Gural, to Long Island. They never told us what they were doing to do there, They just wanted to copycat what was happening here.

No, Bill Martin says, *"Gabby Bernstein and Ally Coulter wanted to take several people from here (they have done this before) and move the syndicate operations there to Long Island.*

Pamela Chapman
pmchapman@comcast
401-662-9510

When we've moved it, it never worked as well. They didn't figure that out. Before it was not "run" or "overseen" by <u>Ways and Means.</u> Did they want <u>Tom Hockaday's</u> sponsorship?

*"No."*

Was he trying to establish a new <u>Thievery Ring</u> because he had not yet corralled a strong enough group together to move it to the next rung of the ladder?

Instead some of those people moved into a <u>Thievery Ring</u> with <u>Tara Plochocki</u> and <u>Harry Gural</u>. They were hacks, unpolished, and sloppy. Effective, but sloppy and dirty, unlike <u>Roger Kass</u>.

Then, individually <u>Tara Plochcki</u> and <u>Harry Gural</u> left the <u>Workgroup</u> of <u>Kamala Harris.</u> The group collectively and individually disbanded. Other groups can now form and have, but they will not be the same. The Family Court Judge in Newport, <u>Colleen Hastings</u> wants to ban <u>Kundalini Crossing</u> businesses from Newport County by law. <u>Pamela Chapman</u> agrees, as Newport has done this with gambling all together including private house gambling parties. It was done by voter ballot about a decade or longer ago. Gambling is completely outlawed in Newport, RI.

<u>According to Harry Gural on 3-6-22</u>:
> They tried to move the <u>Thievery Ring</u> to Southampton, NY with <u>Daisy</u> and <u>Dolly Briggs</u> in charge, and tried to moved <u>Harry Gural</u> with them. But he said, *"No,"* and they got all upset, and kundalini exercises hit the skids for two or three days until it all got worked out. No one understood like <u>Harry Gural</u> that he was never to move to another location after here, and they did not understand that until he had <u>Tara Plochcocki</u> come and set them straight.

They said, *"If you want to start a new **Thievery Ring,** you get an initiator, and a group of service/ support staff or key people yourself. You recruit the initiator and the **staffing. That is how the next generation got started after that."***

[**Note**: It's like starting a new business, or a new business line. As always you need to recruit the right people. In this line of thievery, you recruit them and then observe them to see if they are the right fit for the desired outcome from a thievery perspective. This is just classic business organizational behavior.]

Part of how and why they thought they could get started right away:
1. <u>Daisy Briggs</u>:  They all had <u>Pamela Chapman's</u> Social Security number as their Protection Plan even in Southampton, LI, NY.
2. <u>Daisy Briggs</u>:  I live in Nashville, TN and we all have that same number. Why did no one stop it? Because no one knew until Jefferson City, MS said at other <u>Kundalini Crossing</u> Games, it was your credit card number because you paid for each experience..
3. <u>Daisy Briggs</u> will never understand that she and <u>Emily Parsons</u> (same age, same schooling) will both have massive fortunes to play with as adults. Yet, they grew up differently. *"You and I both had divorced parents, and that nearly killed me, but never you."*

Pamela Chapman
pmcchapman@cox.net
101-662-9516

<u>Kamala Harris</u> has been quoted as saying her groups can neither charge nor collect money for kundalini experiences.

**9:54AM**

<u>Donald Jagoe</u>: <u>Pamela Chapman</u> you and <u>Harry Gural</u> have no future together because once again we stole all your power. We stole your book manuscript. We stole your fundraising job prospects. We stole your ex-husband, and your son and your daughter. Every person sent to help you, always abandons you for another legal realm person of interest, whether family or associates, and leaves you stranded.

The way you and <u>Harry Gural</u> will win your lawsuits is through all of this written communication because no one remembers one day form the other. Last month feels like last years. One day feels like one month. In *The Tales of Gilgamesh*, 7 years equals 7 months, or 7 months was equal to 7 days. The time frame means nothing. Yet, they were long enough to change us permanently. COVID-19 did the same simultaneously. We all had to stay home during the Pandemic. Yet, we all learned how to be connected anyway.

<u>Harry Gural</u>:  <u>Pamela Chapman</u>, you and I understand some times about our soul's relationship. Always remember that even in the end <u>Alberto Villodo</u> will never allow us to stay together. The man has so many issues. Yet, he is the one who created all of the suffering with the noise, and everything else. You will sue him for at least $300 million or more because not only does he have the assets and resources, he claims. *"I no longer care because in the end. I got everything I ever wanted, and you got nothing of anything you ever wanted."*

<u>Tara Plochocki</u> could no longer stand <u>Marcella Lobo</u> because once <u>Tara Plochcocki</u> and <u>Harry Gural</u> began to split up in late August, <u>Harry Gural</u> never split up with <u>Alberto Villodo</u> because <u>Alberto Villodo</u> claimed he needed to keep tabs on <u>Harry Gural</u> to keep tabs on <u>Nola Ganem,</u> his "new sacred union twin soul."

That was exactly what <u>Nola Ganem</u> wanted to say.  She wanted exactly what he had with <u>Pamela Chapman</u>. If he had it with her, he could have it with <u>Nola Ganem</u>. Yet, she had no idea who he was, or what it was all about. Now, <u>Nola Ganem</u> took her place. He refused to leave <u>Pamela Chapman</u> alone.

<u>Donald Jagoe</u>:  Why do we keep writing the same things over and over?

<u>Pamela Chapman</u>: Partly because <u>Harry Gural</u> and his <u>Thievery Ring</u> were never present during the day, especially in the morning to hear 40 pages a day. The Harem women were busy masturbating or having kundalini sex, or reading, editing, and commenting on the stolen manuscript. *Barynot in Heels*,

**Harry Gural:**  I absolutely now know the difference between sharing kundalini energy, and the sex of kundalini. The only person I ever had Kundalini sex with –absolutely the only one was Pamela Chapman. Yet, she can never get over the fact I had been "sexual" with over 300 people, but that was never actual sex. It was internal kundalini. Yet, his kundalini was hers, and hers was his. Yet, he never ever wanted to be with her that way and that was the only way to take the entire story to a higher dimension.

There is a high pitch and frequency of energy in her aura this morning. It is very loud.

**Christine Bush** and **Harry Gural** can now both hear it, all morning long, and for several months. For that **Harry Gural** decided he could do whatever he wanted during the day and night, and **Pamela Chapman** could never hear it. Last night she fell asleep twice, because she was tired. You never have to use such loud noises to avoid her. This is a demonstration of Caliphate Nation state power over one individual.

**Harry Gural:**  This is Alberto Villodo demonstrating to **Marcella Lobo** his love and devotion to her. Someone killed Marcella Lobo in The Game previously, and she goes nowhere without him. Without you, Pamela Chapman, he is absolutely powerless against the tyranny of the darkness.

**Harry Gural** knew how to walk through the tunnel of noise to get to the other side of it, and have privacy. It was through **Pamela Chapman**. She was the wall. She could not get to the other side of herself. She was both sides of the wall. He led everyone in and through it. If you used the tunnel, you had to throw all your noise in there. You could not tattle tale nor do anything against it because it was the very thing that gave you peace and quiet. No one would ever do anything to disturb it.

It was true torture for Pamela Chapman. They tortured her with noise in the aura and shaking in the nervous system every night. She had significant trouble sleeping and headaches, just so they could have peace and quiet, just so they could have private intimate conversations, masturbation, and kundalini practice. One person's torture was another person's peace and prosperity. It was blackmail for those participating: **Carrie Crosson Gilpin**, **Diane Crosson McEnroe**, **Cynthia Parent**, Noam Zilberstein, **Maura Lindsey**, **Andrew Parsons**, **Nola Ganem**, **Nora Deidrich**, **Dominique Alfandre**, **Bethany DiNaploi**, **Monique Burgess**, **Tom Burgess**, **Cole Burgess**, **Cameron Burgess**, **Else Fagnoli**, **Rhonda Fagnoli**, **Daisy Briggs**, **Dolly Briggs**, **Harry Gural**. Alberto Villodo, **Grenville Craig**, Tara Plochocki, **Bobby McDermott**, **Justin Ramel**, **Justine Rudock**, Marcella Lobo, **Kayla Abbate**, **Kathy/Alish Abbate**, **Sean Abbate**, **Rick Abbate**.

**Harry Gural**: You say, turn off all the noise permanently, and return it to its original source. Now they understand the consequences of their actions permanently. That's a start.

**Donald Jagoe:** You say, *"I will never ever use this communication as a tool to use or abuse anyone ever again, and I Harry Gural will always protect Pamela Chapman from ever experiencing this ever again because while I was in Newport, she had to live through this exact noise every day and night which is why she never had the opportunity to talk with people privately, including her family."* You had an unbelievable social life and she had absolutely

nothing, not even with family members because everything she read, wrote, and thought was listened to through sorcery, **while you had absolute protection.**

**Christine Bush:**  He will never answer. He has held the answers to all of your problems for several months, and he refused to cooperate.

**Donald Jagoe:**  You, **Christine Bush** are attracted to thieves.

The typing of your notes could take months and years (1).

**Christine Bush, esq: Pamela Chapman** stop writing. **Harry Gural** will tell you three things that he needed to say a long time ago.
1. **Harry Gural** never has the courage to say he loves anyone to anyone. Yet, these thievery women all made him demonstratively explain his love for each of them expressly and in front of the entire world.
2. He never understood your experience here because you and he were never in the same place or conversation.
3. It never occurred to him why you were never a candidate for kundalini initiation. It is because Tara Plochocki chose all the candidates/ initiates herself and personally chose people who did not like Pamela Chapman, and those who would support the stealing of *Barefoot in Heels*, her manuscript. You could not come to Kundalini Crossing without an insult to Harry Gural regarding Pamela Chapman. It's a Hate Crime bandwagon effect against her.

**Jessica Hagen** will never see the light of day in some social circles ever again because Tom Hockaday swears she personally did so much damage to you. Her 20-year old daughter stuck around Kundalini Crossing because her mother told her, *"This is how you learn to please men and get ahead with them."*

**Jim Hagen** claims, *"You and **Jessica Hagen** had a good friendship until you got divorced."*

**Harry Gural:** I'm done. I'm done. I'm done.

**Harry Gural:**  I was told if I don't marry you right away it will be a problem. I can't marry anyone legally at this moment, but we can get engaged. I will buy myself a ring to remind myself, I am promised to another. Does that help?

**Pamela Chapman:**  Only you can answer that question, **Harry Gural**. Does that do it for you? Because if you keep coming here for all the answers, it will take you surely back to hell.

**Harry Gural:** I know what to do.

Pamela Chapman
pmela.chapman@cox.net
401-662-9516

1018

**11:17AM**

Bobby McDermott was initiated by Ways and Means as a Capitol Hill intern. He hide himself in a literal broom closet one afternoon because House Ways and Means Committee chair, Richard Neal D-MA, could hear someone talking, but could never understand what that was. It was Bobby McDermott speaking to someone through sorcery, a magic telephone. Once he heard that, he wanted it for himself.  He went directly to the sound. It was a Capitol Hill broom closet –like a British telephone booth. No one knew he was a sorcerer. It was there in the middle of a meeting that he was having another conversation. Richard Neal, D-MA needed to know how to do that. Before we knew it, Bobby McDermott became an Initiator of The Game of Sexual Obedience and thievery at a young age. He had only been an intern from UMASS Amherst. If he had not had this magic telephone booth, the situation may have turned out differently. Now, he lives in Jamaica Plain, MA on disability income form the US government.

Harry Gural: I now know what happened to him. He will never get out. Diane McEnroe will never get out. Monique Burgess will never get out. Cameron Burgess is forbidden here due to anorexia nervosa. She should never be a part of the family business moving forward. One addiction begets another.

Is candida an addiction?

Pamela Chapman: It is and it is not. Everyone can detox, and with cognitive behavioral therapy change their diets. You bring awareness to a situation, some wisdom, and understanding. You change your behavior permanently, and you find forgiveness in yourself.

Pamela Chapman thinks forgiveness is a self-wisdom. You cannot properly have one without the other.

*"That is holistic counseling in a nutshell,"* someone says.

Pamela Chapman: Ok, then I didn't need 12 classes in holistic counseling to get the degree. I'll just start printing my own certification.

Myra Edelstein:  You bet you can.

**12:02PM**

October 28, 2021

**10:31AM**

The noise in the aura is always now from:

'The Humble Karmas':
     Carrie Crosson Gilpin
     Monique Burgess
     Nola Ganem
     Layer from Alberto Villodo: thrushes, rushes, grasses, Irish nature from Sharon Ramel

They clear the noise every day and it returns. They peel away the noise they create every morning during kundalini practice or masturbation so that Pamela Chapman can never hear them.

For Andrew Parsons:
1. Stop reading *Barefoot in Heels.*
2. Stop interacting in the Thievery Ring.
3. Go back to work.
4. Negotiate fairly with Pamela Chapman in her lawsuits. They are extremely serious.

For Harry Gural:
1. He will accept that you and he will do something, together even if it kills you or him.
2. He will work extremely hard to build trust and communication because he destroyed the natural trust that was extended to him.

## October 29, 2021

Everyone in the Kamala Nation Workgroup plans to open a credit card with Pamela's Chapman Social security number. They cannot because it is so overused and misplayed that she cannot even open a new account which is also what they seek in The Game of Sexual Obedience and Fraud. They will use every piece of financial data and mess with your accounts to either zero you out, or block you from using them.

Jerry Slocum did not do the right thing in the beginning. He gave all her reciprocities to Laurence Slocum, his son. He will give Pamela Chapman three things back: her **penknife** so she can read and write and type, her **old social security number** which is so over played, it must be replaced – especially by Grenville and Sandra Craig both, and her **reciprocity of relationship** with Harry Gural because even she can't stand the likes of him since he slept with every woman in Newport,

Pamela Chapman
pttextbpenalawernet
101cm230516

and no one wants them together. They will work every day to chase him away and toward themselves into sexual activity and fraud. Like <u>Kamala's Workgroup</u> said, *"Harry Gural, you and she can never be together, and if not here, then especially not there."*

Now, <u>Myron</u> claims, *"<u>Pamela Chapman</u>, <u>Harry Gural</u> has a date with <u>Monique Burgess</u> for November 25th at 2 pm at Stoneacre (*He claims, *"No," They say, "Yes").*

How do you reclaim what has been destroyed?

*"Your attorney will get the social security numbers fixed. You need two – one for the IRS and one for credit, insurance, and other information. You could never do that until now because everyone who played at <u>Kundalini Crossing</u> has your SS# embedded into their memory. They just always know that number like <u>Rupert Nesbit's</u> wife. They all now want to open credit cards to see if it actually will work. It should not. You had someone open a Cox account with it."*

Reciprocity of relationship with <u>Harry Gural</u>:  <u>Jerry Slocum</u> made sure everyone at <u>Kundalini Crossing</u> went there every day, and that you could never hear or know anything about it.

<u>Pamela Chapman</u>:  I was made to look like the village idiot – the only one who did not know a thing. The notes prove how stupid the daily dialog was based on what was happening at night, and how many woman <u>Harry Gural</u> actually had kundalini intimacies with. He basically became the whore of <u>Kamala Harris</u>, <u>Kamala's Table</u>, and the <u>Thievery Ring</u>. He had to service all the people, and they serviced him. It was a disgrace. Then, there are all the others in town. She can never compete with them. He cannot do anything directly for her to replace what was destroyed.

*"How long does it actually take for two people to make a plan to get together and then do it?"*

This Reciprocity of relationship is bullshit, and overplayed just like '<u>Twin Soul</u> seer with Kundalini' means nothing anymore.

Now she is a *Twin Soul (Jagoe) seer (doesn't see a thing. She just has an imagination) with Kundalini (key turn) and a Reciprocity of Relationship (Harry).*

If, she now knows he slept with 200-300 women in Newport, most of them were married. Some were too young, and some were so aggressive to be his mistress, it makes it impossible to compete as a normal woman. He is so high vibrational and so is she. Yet, he has this attraction to down and dirty low vibrational thieves. His psyche was repeatedly manipulated through sorcery magic.

<u>Pamela Chapman</u>:  How they hell will he ever work with me, he doesn't even eat? He works at night from 10 PM – 5:30AM. He doesn't sleep. All the women send him psychic embedded messages to destroy the best of him and the best of me. They bring out someone entirely different. He did bring out the worst in so many women in Newport, I will give him a trophy. He taught all those woman so much energy and I know absolutely nothing. Everyone knows so much, even the waitresses, and Pamela knows absolutely know thing. She was kept in the dark literally.

Pamela Chapman
pmelchapman@cox.net
401-662-0516

Alberto Villodo will destroy anything he touches. Pamela Chapman's book deal is now dead in the water because Nancy Graham claims she cannot take a deal from someone she had Kundalini Crossing with –that was never Pamela, and Harry is not her agent. She claims, *"She cannot do any deal because of Kundalini Crossing named Kamala Harris."* The same is true of Jonathon Knapp, CEO of Simon and Schuster. The same is true of Pamela Dorman of Viking Penguin, and maybe a few others.

No one can figure out how one book could be manipulated so many times in so many different ways. He makes sure Carrie Crosson Gilpin does something to nail the coffin shut on the book deal with Simon and Schuster – the deal is only in the hands of Pamela's lawyers, so Carrie Crosson Gilpin will commit another round of fraud with her sister to nail this shut, and so might Andrew Parsons – not any longer.

Maura Lyndsey, 62, and Elise Fagnoli, 32 will always try through sorcery to copy anything you read or write.

For two people, Pamela Chapman got nothing but harassment and torture. Harry Gural got sex, a book, all kinds of energy tools, and whole group of women followers, etc. The community gives him gifts… This seems odd for the man who was the whore. They didn't do that for the woman who they wanted to be the whore, but was not. They gave her nothing but slander and harassment and torture.

Both Elise Fagnoli, 31, and Maura Lindsey, 62, are so caught up in what you read, they have retrained themselves to you whatever you do. That it is a travesty of the situation.

Andrew Parsons and Diane Crosson McEnroe are not now married today. Already, she and he will spend the next few hours in bed together. No, she will make him write a check to an organization to prove she can manipulate him into spending money. He wanted that book deal so badly done that this is what he has become.

Andrew Parsons initiated 4 people instead of the marriage:  Quentin Warren, 60's;  and Cole Burgess, 22—That didn't take due to a presumption of an under-developed scrotum; Ford Bauer, 28; and Tom Burgess, 50's .

Quentin Warren was to marry Carrie Crosson Gilpin. He's a writer. She will not let Andrew Parsons go. If Jim English, MD or the others can sue, she wants him to sue Jim English back for fraudulent bank rolling of medical malpractice because no self-insured group can work without Ways and Means support, and Ways and Means wants his support – they won't get it.

Informal marriage arrangements are no longer required for kundalini initiators because when Andrew Parsons stated that his ex-wife had been married 18 times to the same man in this space, he didn't think it presented well. Since he and Diana Crosson McEnroe will work together anyway, then she will make him do some things he doesn't want to.

Pamela Chapman
pmchapman@cox.net
[tel no]

**Andrew Parsons** was never supposed to be here in the end. Only in the beginning. Now, that he has become an initiator of **Kundalini Crossing** in **Kamala Nation** he will get a first-hand look at how the entire **The Game** is played. There is no more mis-understanding between he and his ex-wife or with his ex-girlfriend, Cathy Wicks, that **Carrie Crosson Gilpin** will service him for the first 2-3 years.

**Harry Gural** was initiated 6 years ago in this space this week November 2, 2015. **4:01PM**

[**Note** 10-29-21: Francine Weiss, PhD. Curator, Newport Art Museum was typing dialog also for a time so she could publish this dialog also. Maura Lindsey claims they have watched Pamela Chapman type for so long. Since she is slow, Maura Lindsey will type, edit and send this out so that she has stolen something from Pamela Chapman directly, herself.]

**Maura Lindsey** did the research—oral interviewing to write a biography of **Ralph Carpenter**, of the **Redwood Library**. He was an antiques picker, amongst other professions. She interviewed him numerous times and took extensive notes. She did nothing with the notes. She wrote nothing for publication. He told **Ralph Carpenter** and his wife. Then, she went into the antiques business with all of his intellectual content and experience. She is involved in frauds in other ways in New Haven CT. Because of this, she cannot sell real estate. Instead, she runs an estate auction business, and flips houses for a profit.

**Maura Lindsey** doesn't want to adjudicate in the US Court system, but she will stop at nothing to copycat you. She has been watching you through sorcery remote surveillance 24/7 since at least last July 2021. She is obsessed with everything you say and do. She wants to best you by publishing your actual notes under her name. She thinks it is like writing a novel, yet someone is watching you and beats you to the publisher. **Maura Lindsey** is going to sue **Pamela Chapman** for plagiarism, just like **Mark Halpern** intended to do with **Barefoot in Heels**.

**Maura Lindsey** took extensive notes of the Thievery group's activities. Francine Weiss, PhD. Did also. She claims she attended meetings daily for three weeks, maybe longer.

**Maura Lindsey**: *"I attended Southern CT State College while she went to Wesleyan University. I'm just [ jealous, and I want power over the people I am jealous and curious of. I also want to take her livelihood away so she has no pension plan, and then she is flat broke and I win at besting a Wesleyan graduate. Because that school is important to her, I will make sure I print something so that she cannot, because these notes are important to her."*

Pamela Chapman
pamelachapman.com.net
initiate2015(a)

## October 30, 2021
**10:30AM**

**Kristen MacMannis** entered the Workgroup yesterday, and refuses to leave. She wants financial information on **Andrew Parsons** and **Pamela Chapman**.

*"Why?"*

She is preparing a full dossier on **Andrew Parsons** for **Diane Crosson McEnroe**. Then we will extort something from him, because that is our Game called, **Newport Proper**.
[**Note**: **Newport Proper became synomous with Kundalini Crossing**. We also used the name in the notes and talking as a distinction from the name Newport. Many of us had no idea it had any meaning at all. In that instance it was just word play.]

**Kristen MacManus**: I am so inspired to be a part of **Kamala Harris' Workgroup**. **Rusty Powell III** inspires me. He suggested why don't you create a full dossier on a number of people. Start with **Andrew Parsons** because **Bethany DiNapoli** claimed he and **Cathy Wicks** could donate to **Island Moving Company** (Not a chance. It would be extortion, not philanthropy).

This is a federal crime, **Kristin MacManus**.

**Harry Gural**: We never understood what went on during the day because we were so wrapped up in ourselves. When we borrowed terms and words, and named games and practices, we had no idea what we were doing The same thing happened with sorcery tools. What went on during the day was not what went on at night. The gap made a difference for some, but not all. **Jana Jagoe II** aka **Bethany DiNapoli** was one of the worst for borrowing names, tools, practices, and twisting them around to do something with them. **Monique Burgess** did the same. The two women competed with each other to be top dog in this way.

**Bill Gural**: How did you get in the Workgroup?

**Kristen MacManus**: I am now a full blown member of **Kamala's Table** (Never) or the **Workgroup**.

The workgroup, but not really. She was to become a lady-in-waiting for a new **Thievery Ring** that never congealed because it all fell apart.

**Kristen MacManus**: I bested **Harry Gural** and he bested me.

**Harry Gural**: I will never ever sleep with you.

**Kamala Harris**: **Kristin MacMannis** you need to stand down now and leave however you arrived. She telegraphed in. She stayed stationary and just pushed her awareness through every portal. They

Pamela Chapman
pvs.chapman@cox.net
401-662-9546

could listen and look, but she was not actually close by. She was one of the first to do so. It was through Rusty Powell III who wanted to demonstrate that she had authority and power.

It upset Harry Gural so much that he had kundalini with her just to shut her up. No, he did not. That was Kylie McCullough because she was never initiated and did not want to be. So Kylie showed up as Kristin MacMannis. Then, showed up again as herself, and once again as someone else. Harry Gural didn't know the difference. *"I had three completely different experiences,"* she claims.

*"Maybe,"* he says. That is never a besting. It reflects his mood.

She claims, *"David Johndrow tried to do the same. It did not work. Kaitlyn Johndrow did the same. It also did not work."*

## October 31, 2021
### 10:45AM

The ex-husband, Andrew Parsons sponsored the following. Carrie Crosson Gilpin and her sister, Diana McEnroe acting as Kamala Harris' team woke Pamela Chapman up to extreme Caliphate Nation announcements from a sorcery digibox tool. They were very loud and very strong. The strength of the communication was based on pulse points placed at the head, neck and groin pulse points. Carrie Crosson Gilpin demanded **Pamela Chapman** acquiesce to be a sponsored member of **Kamala Nation** as represented by **Andrew Parsons**, her ex-husband. They then went on to quote her book, *Barefoot in Heels*, regarding Halloween. **Pamela Chapman** said, *"This is harassment, and is in violation of the treaties of cooperation of the last two- three days."*

Harry Gural did not say one word as he had been harassed non-stop during the last 48 hours by various thievery women of his past involvement.

Tracey Jonsson was one of the worst sexual harassments of Pamela Chapman, always trying to stimulate her to masturbate and never succeeded. Tracey Jonsson often placed pulses on Pamela Chapman for 12-24 hours. It only made her have uro-genital problems. She started these sexual assaults in August, but it was Sandra Craig who was the first in February 2021 to introduce a sexual assault on Pamela Chapman through sorcery.

Pamela Chapman said, *"What the hell is this?"*

Sandra Craig said, *"She brought her three daughters to learn how to stimulate each other in a grand masturbation ring."* Pamela Chapman was appalled and somehow Alberto Villodo somehow stopped it. It went on

Pamela Chapman
pam.chapman@cox.net
[redacted]

for at least an hour one morning. They—Sandra Craig and others claimed, *"We stripped you naked this morning and exposed you to everyone. We let everyone have the opportunity to play with you."* It was some strange twist of sisterhood unity.

Tracey Jonsson's mother revealed that Tracey Jonsson and Tara Gragg, with their husbands always socialized together with Island Moving Company. Dominique Alfandre and Bethany DiNapoli appeared later. Peter Bramante, Executive Director, IMC was always there. The dancers, including Lauren Difedes appeared early, as did Martha Parker, the Board President, and owner of Team One, Newport, RI, and Steven Lane, Trustee, NYC, Wickford, RI, and Osterville, MA, arrived as did other board members and administrative staff. It was an organizational response to a former board member of 3.5 years tenure who resigned as of December 31, 2022 to do other activities. The resignation was in good standing. She was chair of the governance committee for 3 years.

Harry Gural wants Pamela Chapman to know that you always knew all these people. Not one of them said one nice thing about you, which made me think you were unbelievable. I was persuaded by Tara Plochocki and Kamala Harris that you were to be destroyed.

It was that you were an easy target because no one stood up for you. This is why Andrew Parsons, Cathy Wicks, Kathy Abbate, Rick Abbate, Kayla Abbate came to attack on February 4, 2021.

Pat Fernandez is implicated in this harassment case because she thought you and Alberto Villodo and Tameen Saied were doing unsavory things. She escorted Pamela Chapman unknowingly to the meetings of Kamala's Table. Pamela Chapman doesn't remember today exactly how the early dialog.

The ringing and noise plus the pulsing is very loud an uncomfortable. It is Alberto Villodo. This is not normal activity.

Kamala Harris will resign her post as Director, Kamala Nation. She ultimately did by just walking away, or else she will resign as Vice President of the US of America. She came out strong as a leader the week of September 30, 2021. She tied to negotiated everything at night.

In the mornings, Kamala Harris went to other meetings and let others get involved. Then, at night, she created new games. That is when she informally married Harry Gural and at least three women.

Kundalini Crossing in Newport began to appear to Pamela Chapman in hindsight that it was the best opportunity to break away at night from Tara Plochocki, her mother, and her father. No, he was set him up for that position and responsibility. That was his job in the Thievery Ring. He became the magnet that drew people in. Over time, it was possible he thought he could get his mojo back, and finally understand what happened to him since 2015. The one person it could all be possible with, Pamela Chapman, they blocked.

Pamela Chapman
pmchapman@cox.net
tel-00-2985tc

The Guide War and the Insurrection of the People are all over.

When will this end, and by whom?

The book is dead and can no longer be published.

The author can do with it as she pleases. She can sue anyone who plagiarizes, steals, prints, or distributes the books naturally or overseas.

Harry Gural refuses to accept her as his relationhip.

**1:23PM**

It is so loud she can't do a damn thing. It is said to have originated from Andrew Parsons and Carrie Crosson Gilpin. Andrew Parsons had to prove, as an initiation rite, that he could do this work on behalf of himself and Kamala Nation, because one of the primary reasons Andrew Parsons claimed he wanted to be in Kamala Nation was to make sure that the book deal was dead. They claimed, *"No Big 5 publisher can take that book, or else Kamala Nation will destroy them."* That was Kamala's Table in a nutshell Pamela Dorman, SVP Viking Penguin swears she did not know until it was too late to leave.

**Donald Trump Sr.** and **Donald Trump Jr.** claim **AOL/Time Warner** can take the book because they do not report to House **Ways and Means**. They have enough money to make and M&A deal today and into the first quarter. They will work with Sullivan and Cromwell That's half the battle.

**Andrew Parsons** has now walked away from his son and daughter. He didn't realize you and they had certain private deals while you were trapped with these people.

**Pamela Chapman** tried to pull **Andrew Parsons** out of Kamala Nation twice before because no one else would. She swore it would be his utter downfall. Yet **Andrew Parsons** kept boomeranging back to Kamala Nation. It is the answer to his dreams on several fronts. He has made his bed, and now will live that path.

He took those children ten years ago, and gave their mother a really bad standing. In her case in front of the world, he made his own choices. **Pamela Chapman** is not responsible for his choices nor her children's response to him. He always said, *"I never said one bad thing about you, yet I did, and there are so many people now who can prove that."*

Now, both children are concerned for their own safety when in the presence of Andrew Parsons. His new membership in Kamala's Nation asks of him to prove his loyalty through actions he would not normally do.

Pamela Chapman
pmechapman@cox.net
401-662-9376

1027

In the future, <u>William Parsons</u> will stay overnight with me. He will clear out his things from his father's house. I will store them because you will die in that house, and he might as well get everything out a son as possible. He and I will sort it all out.

<u>William Parsons</u>:  Why did I have to witness both my parents like this?

<u>Pamela Chapman:</u>  That is my response every day. Why are these two beautiful children responsible for witnessing what they did of two parents? It destroyed their sense of family. It breaks their mother's heart.

<u>Emily:</u>  We will recover now that we know unmistakably what really happened in the past. We now understand what really happened to you. You did not choose what that happened to you. Yet, you worked hard to protect us. Our father deliberately chose what he did because he has so much anger and animosity toward you and your book. He sold his soul for that book and he sold his children for revenge.

You did not seek revenge, ever revenge always destroys the avenger. You sought a talent and a story in fiction. No one had the rights to the discussion because it was stolen, and then plagiarized and then e-published.

<u>Pamela Chapman</u>: So what do we do now?

<u>Bill Gural:</u> I take you away, and no one will ever know where you are.


Several arrived to meet with <u>Harry Gural</u>:
1. <u>Cameron Burgess</u>, 24 – She wanted a reference for business school. She is no college graduate.
2. <u>Cole Burgess</u>, 22 – He claimed he needed funding for a new book deal.
3. <u>Tom Burgess</u> – He arrived to say, *"My wife needs to be serviced."* <u>Harry Gural</u> told <u>Bill Gural</u> to tell the whole family to go screw because no family acts this way except for sociopaths who abduct people, put them in a cage, and make them sing for their supper, which <u>Monique Burgess</u> literally does. <u>Tara Plochocki's mother, Linda, and father, Stephen,</u> have done this. They have **initiated four men as Kundalini Pulse Initiators.**
4. <u>Andrew Parsons</u> – He claimed he needed a kundalini initiation tweak because his kundalini seemed to dip. <u>Bill Gural</u> said, *"Go get <u>Rusty Dorman.</u>"*

5. <u>Norah Deidrich</u>, ED Newport Art Museum –She claimed <u>Harry Gural</u> was her real legal husband, and she never ever wanted to have him think otherwise.

<u>Bill Gural</u> said to everyone, *"Pamela Chapman is exposed to much noise. she can't hear a thing."*

They all said, *"It is because she will tattle on us, and call us out."*

Pamela Chapman
pms.chapman@cox.net
1614662e9516

**Bill Gural** claimed, *"No, in fact she is indifferent to you, she is just typing everything up so as to turn it all over to the US federal circuit court, the NY Times, and/or Washington Post."* That's how indifferent she is because after a certain time period, the entire dialogue gets too stupid to continue.

Those who are trying to out distance the story will fall by their own disgrace. **Andrew Parsons** is one of them. **Carrie Crosson Gilpin** is another.

They make sure Pamela Chapman is exposed to such loud noises that she is incapacitated. If she is with anyone, they will bully and harass her. They did it this morning with lines from her book thinking if they over expose the dialogue or the story, it can't be published. **Through sorcery,** The noise was planted by Alberto Villodo.

**Jodi Quinlin.** Amherst '82 claims, *"This is really bad day for HCW. Yet, so many of us did step up, and speak.* **Carrie Crossin Gilpin** and **Diane Crosson McEnroe** get the hell out of Newport, RI because Carrie Crosson Gilpin is a Conn College copycat who can't copycat a Wesleyan nor Amherst women.

So, if she now is with the ex-husband, **Andrew Parsons**, Jody Quinlin claims, *"You, Pamela, are really screwed because Carrie Crosson Gilpin will get everything about you out of him."*

**Pamela Chapman**:  Not really. Ten years of divorce and self-mastery really helps me in this case.

**Jodi Quinlin:**  Not with your son and daughter.

**Pamela Chapman**: They have a Massad Temple that will always surround them in one name or another, including **Bill and Hilary Rodman Clinton** and Condi Rice.

**Bill Gural:**  Until we have a true turning point, the legal world will demand it.

**Pamela Chapman**: The ex-husband came today, and quickly and **aggressively assaulted me.** The pulse behind the loud noise tried to entrain Pamela Chapman's vascular pulse rate and heartbeat. It was a full frontal attack with pulse points in the head and in the groin. It was pulsing over the left eye where Roger Kass deposited through sorcery some digi-box, and while that had been removed, there is either some phantom memory of it, which is what happens when you literally lose a physical part of the body. Let's consider the meaning of any phantom energy that is absent. Yet, it is present. That is a paradox which tells, *"We, only Melchizedek, of the highest realm, can distinguish and extinguish."*

**Don Jagoe**.  His wife **Jana Hicks Jagoe** is just like **Andrew Parsons**. She befriended all of them, was present to edit the book, and gave away too much information on **Pamela Chapman**. He didn't see to help you or himself around her.

**Pamela Chapman:** No one should attack me with a  Kamala Nation Caliphate overhead speaker. No one ever, like Andrew Parsons should do to me as he did this morning.

Pamela Chapman
pmcchapman@cox.net
401.662.0446

**2:17PM**

Emily Parsons:  We will be a family at the holidays because if my father finds out William Parsons is at your house, he will do something awful.

Pamela Chapman:  William Parsons, you will find your own living situation and we will discuss it openly and without judgement, only deep understanding of who you really are.

**11:13PM**

Andrew Parsons agrees Pamela Chapman will hold his money for him in her name only to protect him from Caroline Crosson Gilpin, Diane Crosson McEnroe who will extort money from him.

Kamala's Table will put him squarely between a rock and a hard place by blackmailing him into some Thievery Ring. That will end his medical license and his money.

Pamela Chapman: My mother on the eve of her 91st birthday told us that would happen in 1-2 year's time.

  Witnesses: William Parsons, Emily Parsons, Pamela Chapman, Bill Gural, Harry Gural, Donald Jagoe, Jana Hicks Jagoe (real wife, not Bethany DiNapoli).


**March 9, 2022**

David Johndrow:  I do not know how I became the new Andrew Parsons. He has been rewarded for his thievery in so many various ways it recruits rather than deters new incoming initiates into Thievery Rings.

Deb Chapman spoke up to the roar of the crowd/group. Pamela, and Harry are having their own conversation. Someone said, *"It is all sexual."*

Pamela disagreed.

Deb Chapman said, *"I don't think you know my sister very well. She is into affection, not sex."* Someone said, *"I think they have a deep affection for one another that is not sexual at all."*

Pamela Chapman says that men and women who are good listeners are often mistaken as great lovers. Many think listening is love or affection, similarly, being listened to is an addiction. Donald Jagoe is a good listener. His intentions with women are often misunderstood for this listening. Women fall for him over that.

Pamela Chapman
pmschapman@icloud.com
[ClassAction]

Harry Gural also is a good listener. Pamela Chapman has learned to be a deep listener. Our motives and desires are often misunderstood, misdirected, and maligned. We could care less about you, and you think we are your lovers and mistresses. spouses. That is your own misunderstanding of attention and co-dependencies. People with broken relationships are drawn to great listeners like that.

Don Jagoe says, *"That is Nola Ganem's problem in a nutshell."*

Pamela Chapman says, *"Norah Diedrich also. She is desperately seeking a man, usually married, and always wealthy."*

Nora Diedrich claims, *"I don't think you know me very well."*

Pamela Chapman:  I guess not. You are into Dominique Alfandre instead. She used sorcery tools to take over your psyches.  She speaks through you harshly and sharply. She literally yells at your staff for you. You hooked up with a Caliphate Nation State wanna-be,  Dominique Alfandre so you could be a bad-ass boss.

That is her in a nutshell.

**2:22PM**


**7:31PM**
The Abbates have been using sorcery to disturb you every chance they get. **Rick Abbate**, 57, Pamela Chapman's immediate and contiguous next door neighbor, is bragging, *"I have the ability to make you regularly wet any chance I get."* He loves to be the one every night at 7:30PM that gets it started. All he has to do is look at his cell phone clock, and it turns it on.

He claims, *"To turn it off is her responsibility."* He has been doing this **since last September**. Kayla Abbate, 29/30, his daughter, has been doing the same since about last August 2021 when Tracey Jonssen started it. Before Tracey Jonssen started it, Kayla Abbate wanted to know how to trigger people like that. It was Tracey Jonssen who demonstrated how effective it could be. Kayla Abbate loves the afternoon time clock. She uses her cell phone also, and incants, *"I believe I met at my two faces, and to turn Pamela Chapman is remarkable it is now but anyway she can so, anyway mother couldn't stand how they see the of she has is about never are those two."*

Three times Pamela Chapman has adjusted those trees. The last time Pamela Chapman said, *"No more, this is the last change I make to accommodate you."*
> The Abbate house at 97 King Charles was for sale on the local real estate market in May 2021 and sold in July 2021. Ownership was transferred August 1, 2022, yet on September 27, 2022, they all still live there. Now they are renters of their own house.

Pamela Chapman
pmechapman@cox.net
401-662-9556

Last December 2020, <u>Andrew Parsons</u> approached <u>Kathy Abbate</u> and <u>Kayla Abbate</u> and said, *"If help me, I will give you a pdf of my ex-wife's manuscript. You can use it against her the next time those trees give you a problem."* He said, *"You could use it to blackmail <u>Pamela Chapman</u>."*

He believed the enemy of my enemy is my friend.

<u>Kayla Abbate</u> was always bragging she had her own pdf of *<u>Barefoot in Heels</u>* up on her father's computer screen at home, and they could read it anytime they liked. They all read it, commented on it, and passed it along—not once but several times to various people.


<u>Andrew Parsons</u> has told this story to others several times. At 8:18PM <u>Rick Abbate</u> agrees.

<u>Kathy Abbate</u> has had two restraining orders placed against her. One neighbor from when they lived at 88 Beech Tree Road, Killingworth, Connecticut, and one from Gina Ross (Cromwell Drive, Portsmouth) when they lived at 97 King Charles Drive, Portsmouth, RI.  Every so many years, Kathy Abbate, 57, gets herself in these legal conflicts with other people. It's a pattern of the bitchy, skinny 95-pound blond high-lighted women who drinks too much wine, and exercises too much.

<u>Kayla Abbate</u> also loves to adjust you at night by secretly asking you questions and getting answers you don't realize you are giving. She always ask:

      What is you annual income? $10m
      What is your house really worth? At least $1m
      What is your nickname?: Laylah O'Tannebaum, Stevie St, George,


<u>Alberto Villodo</u> always said, *"Stay away from <u>Kayla Abbate</u>, an Iona College graduate, New Rochelle, NY."* He suggested she might have a sexual addiction. However, after college—a Roman catholic college, she was a live-in nanny for someone outside of Rhode Island. She does not appear to have a sexual addiction, she is megalomaniacal and claims, *"I am the CEO of everything and everyone. Someday I will be CEO of a major company."* At the age of 30, she lives at home, and works for the father, a national sale manager at Igus, Inc, a bearings manufacturer. She loves <u>The Game</u> of Sexual Obediance and wants to run the next generation <u>Thievery Ring</u> with <u>Cole Burgess</u>, 22.
<u>Kathy Abbate,</u> 57, came to Kundalini Crossing as <u>Alish Abbate,</u> the 25-year old daughter.  She swindled <u>Harry Gural,</u> 63 into a lot of kundalini practice mentoring to the point <u>Kathy Abbate</u> believed she was having an extra martial affair with him. She invited him to their house one night for a family kundalini gang bang. She wanted <u>Kayla Abbate</u>, 30 to marry him. She wanted to adopt him so he would always belong to them.

<u>Kathy Abbate</u> said, *"How happy we were to steal him away from <u>Pamela Chapman</u>. We won him,"* and like <u>Monique Burgess,</u> they wanted, *"To tied him up in their back yard, on a leash, and if he came to visit <u>Pamela Chapman</u>, then he could sneak out every night, and go next door to be with them instead."*

Barefoot Baptism
pchschapman@comcast.net
101.262.2015.6

Harry Gural gave Kathy Abbate personal tour of the inside Pamela Chapman's house using sorcery tricks of breaking and entering. Kayla Abbate had already been inside several times with the entire Thievery Ring using the same magic techniques.

Kathy Abbate clearly thought she was having an affair with Harry Gural. He thought he as with Alish, the 25 year-old daughter half the time. The exact same thing happened with Jessica Hagen and her daughter Whitney Hagen, 20.

Kathy Abbate likes to say, *"Your house is so dirty."*

It is never dirty. But, if I knew you were coming, I might have tidied up a bit. No Abbate has ever been invited by the owners inside Pamela Chapman's house, nor has Pamela Chapman ever been invited inside hers. It became apparent during the selling of the Abbates' house, they own little to no furniture nor furnishings. They have sent 20 years living in an empty house.

**6:03PM**

Maura Lindsey has documentation that says Andrew Parsons MD arrived in the Thievery Ring on October 15, 2021. He immediately married Carrie Crosson Gilpin. The informal ceremony was conducted by Kamala Harris herself.

He did not do a thing for about ten days. Then, he said, *"I want that book, Barefoot in Heels dead."* He also wrote down several topics that were of most interest to him. They included,
    Why is Harry Gural is so talented in magic? He practiced a lot.
    Why was Harry Gural do popular with the women? Because they like him.
    Why was Barefoot in Heels not a memoir? It is not the genre it was written in.

They fail to understand that. Wow. That's an easy genre answer. Memoirs and fiction are stylistically written differently. His education dictates he should have innately known the answer. Six years at The Roxbury Latin School, and four years at Wesleyan University prepared him properly.

Then we said, *"He is never going to accept the fact she both divorced him, and wrote this beautifully written novel."* But the copy you may have edited is a hacked up version to make the author look bad and to kill any professional book deal.

On or about October 21-22, 2021, Andrew Parsons, 59, was initiated by Kamala Nation as a kundalini initiator. Justine Rudock, 27 (b. Washington, DC, Portsmouth, RI, Jacksonville, FL, and Melbourne Australia) and her father, Capt. Al Rudock, MD, Retired, USN Medical Corps (Pittsburgh, PA, and now Melbourne Australia) were present, and so was Bobby McDermott, 27, Massachusetts, and Tara Plochocki, esq. 42, (Washington, DC, and Gainesville, VA), who became the first woman to experience kundalini with him. Then, Carrie Crosson Gilpin, 62, showed him the ropes because she was technically his "handler". She wanted to be Harry Gural's next handler, but lost that beauty contest—to no one. He got out of The Game. Nola Ganem, Monique Burgess, and Becca Bertrand all vied for the crown.

Pamela Chapman
pmchapman@comcast.net
401-662-0510

Andrew Parsons had Pamela Chapman on remote surveillance all of the summer and through October 15. Through sorcery magic, he was able to watch her as if watching her on television screen. He watched her every move: in the shower (pornography thought remote surveillance), on the coach, when sleeping, when eating, opening the mail, in the grocery store, in the car. He read every text message, every email. He listened to every telephone call.

He told Pamela Chapman maybe a month ago, *"I listen to every communication of yours because I want to know upfront who and what she is talking to."*

He also said, *"I want to know the lawyer you will hire"* and when he did know, *"I will hunt them down, and like the landscaper and plumber, I will harass anyone you need to hire to make sure you get nothing you need."*

Grenville Craig apologizes because Andrew Parsons stole his name, and he did not care. He enjoyed being copycatted as Andrew Craig or Grenville Parsons. The compartmentalized himself with each of these names. He was also Nolan Babcock – the leader in charge, Grenville Craig Crossing, Grenville Craig Crossing Guard Gate, and Grenville Craig. Both men merged into one in the Thievery Ring.

Andrew Parsons quizzed Grenville Craig for everything he knew about Pamela Chapman and Grenville Craig did the same. When they didn't know something about her, they made it up. Then, they passed around the knowledge like confirmed gossip but it was slander.

Everything in the book, every line item was slander. Her health records by Andrew Parsons M.D. were revealed despite her repeatedly saying they are protected under federal law by HIPPA. Every conversation she wanted to have, he ease-dropped into. He wanted to know desperately about Christmas presents for their children. He either would make fun of those presents, spoil the surprise, or criticize her. He left no stone unturned. It was his reciprocity for the book she wrote. He wanted it fully destroyed. He said so rerepeated in the Thievery Ring.

His position was enhanced by Alberto Villodo and Harry Gural. They all swore a loyalty to each other every day. It was at Alberto Villodo's insistence this be done this way. Today about an hour ago, Harry Gural once again swore an unloyal oath. He said, *"Never again will I do that. It caused too much harm."*

If Andrew Parsons ever wanted to steal a manuscript, he'd have no real understanding how to do it. Except, he had been dating Cathy Wicks, 64 for 7 years, and her best friend's husband is Michael Holt Massey III, who had a preexisting understanding about stolen manuscripts with Esmond Harmsworth IV. They are members and trustees of the Redwood Library and the Commonwealth Club, Boston. He had quick and easy access to that manuscript. He received it very shortly after Esmond Harmsworth IV handed the pdf off to the Redwood Library book committee.

Maura Lindsey claims Andrew Parsons said a month ago, *"He and you would never ever speak to each other ever again after he zero's out your bank accounts because he said you are on a crash course to go flat broke."*

Pamela Chapman
pixcchapman@comcast
951-092051b

We all said, *"I don't think so,"* but he said, *"I know her best, and she will be flat broke, and Harry Gural will never touch her because I will win. I told her a decade ago that if she divorced me I'd financially ruin her and I will destroy her in every realm: financially, socially, and emotionally."* 6:23PM

Harry Gural wants everyone to know that Andrew Parsons has not one thing on his ex-wife that he can use to counter balance all the crimes she has against him. At the end of the day, he has done so much damage to her and the book *Barefoot in Heels*, and she has done nothing but defend herself in this realm. I know she will get out and she will publish that book. Andrew Parsons, if you had not stolen that book and distributed it as you did, and read and r- read it as you did,  to multiple audiences there would not be this outpouring of support for her. People are now saying because I can hear them, *"What the hell happened to him anyway?"*

We all know from books and film, we like root for the thief, and not the victim. Gretchen Carlson, formerly of Fox News, told us the same thing.

Stanley said add in November, *"Andrew Parsons started drinking red wine every night."* He was drinking four glasses of wine a night to put himself in a trance state so that he could communicate with Carrie Crosson Gilpin in a private way that allowed her to strongly influence what her would say. Both of them force Pamela Chapman not to hear what they are saying –they cut her out, and then they run a dialog skit together that slanders Pamela Chapman, and her book, *Barefoot in Heels*. 6:28PM

**Andrew Parsons was often walking around Pamela Chapman's house commenting on some décor. He uses sorcery magic to break and enter, and then just roams around. Andrew Parsons** helped himself to every piece of everything of he they could get.


*"We are in real time now."*

Carrie Crosson Gilpin said, I just ask his psyche for a weather forecast.

Andrew Parsons said, *"Sunny with a chance of meatballs"* (Thanks a reference to a kid's book.)

Then, I asked him, *"How are you handling Pamela Chapman's and Harry Gural's impending legal wedding ceremony?"* He said, *"I could care less about the wedding. I only care that he is not a character in her book, Barefoot in Heels. If they stay married, she will write another, all about Harry."*

Ok, *"I'll think about it,"* she said. Nancy Graham said previously she wants to read it.

Then, she said, "What about Christmas presents"

Pamela Chapman
pmcchapman@cox.net
404-442-0540

<u>Andrew Parsons</u> said, *"I give them $100 in cash, and let them sort it out."* <u>Pamela Chapman</u> gives them extensive presents.

*"No, she has her own tried and true protocol."*

He claims, *"I can't figure her out, because some years she gives Emily a slinky and William something similar."*

What about a toy for you, <u>Andrew Parsons,</u> what is your favorite Christmas toy? He claimed it was a speed racing vehicle from an old television cartoon.

Then, <u>Harry Gural</u> said, *"Carrie Crosson Gilpin, you have all your answers."*

She claimed, *"No, I do not, because if I have to buy him a speed racer, it will be a Lamborghini or something like that."*

<u>Harry Gural</u>: <u>Carrie Crosson Gilpin,</u> what is your real question, because you are now in an hysterical stupid dialog?

<u>Carrie Crosson Gilpin</u>: No, I will find out some information about <u>Pamela Chapman</u> that <u>Roger Kass</u> will use tomorrow. Together, we will play one off of the other (Andrew and Pamela) because if that book gets published, <u>Roger Kass</u> owes <u>Happy van Beuren</u> $3 million in a liability suit privately between themselves. (Gamblers besting each other like a hole in a round of golf.)

<u>Kamala Harris</u> claims not to know that **3-9-2022 10:01PM**. When did <u>Carrie Crosson Gilpin</u> know that? In early March, 2021. <u>Pamela Dorman</u> didn't know that. <u>Pat Fernandez</u> did. Neither <u>Tara Plochcocki</u> nor <u>Alberto Villodo</u> knew that. <u>Rusty Powell III</u> knew, <u>Mark Halpern</u> Knew, <u>Carrie Crosson</u> Gilpin knew, <u>Diane Crosson McEnroe</u> knew.

<u>Carrie Crosson Gilpin</u>:  What should I buy <u>Andrew Parsons</u> for Christmas?

<u>Pamela Chapman</u>:  Will you actually deliver it?

<u>Carrie Crosson Gilpin</u>:  No, I make him buy it himself.

<u>Pamela Chapman</u>:  How?

<u>Carrie Crosson Gilpin</u>: I get him drunk and have him drunk dialing online. Then, I copy all of his credit card numbers off of every detail.

<u>Pamela Chapman:</u>  He's not really an online shopper. In fact, he's really not a shopper at all.

<u>Carrie Crosson Gilpin</u>:  He is at *Dicks Sporting Goods* or *LLBean*.

Pamela Chapman
pmxchapman@cox.net
401.662.0618

Pamela Chapman:  Ok, I don't like to shop there so I'd never run into him.

Carrie Crosson Gilpin:  Where do you shop for Christmas presents and everything?

Pamela Chapman:  Saks 5th Avenue, and anything on Park or Riverside Drive.

Carrie Crosson Gilpin:  There are no store on Riverside Drive.

Pamela Chapman:  I shop at the curated home shopping network of boutique pop-ups.

Carrie Crosson Gilpin can't figure Pamela Chapman out for the life of her.

Even Sandra Craig is laughing.

So Carrie Crosson Gilpin says, *"Ok Sandra and Grenville Craig, fill in the blank, where will she shop for presents?"*

Sandra Craig:  TJMAX, Marshalls because if she shops those other places, no one will appreciate what she purchased at that price point, and price points are fluid anyway. But she will shop in exclusive places for special items.

Carrie Crosson Gilpin:  Name two of them.

Sandra Craig:  Olive oil soap from the Mediterranean. Socks because you just never know where they will come from.

Carrie Crosson Gilpin: So, if I buy Andrew Parsons olive oil soap and socks, he's ok, Pamela Chapman?

Pamela Chapman: How the hell would I know? This is my unique combination and it changes but it reflects me and not him. I had the hardest time buying presents with him. We have no, and mean No shopping energy of coherence. But if you really are stuck, a book on Cicero at Amazon will do the trick. It's a book John Adams loved as an aging man and it's all about Cicero's writings. That's the best I can do for you, Carrie Crosson Gilpin. Was that the gift you were thinking of Carrie?

Carrie Crosson Gilpin: Not, at all. If I have to look at one more classic example of your style and taste, I will throw up.

Pamela Chapman:  That might be a good thing. Get rid of all your dudu. That will detox you, and if you don't get rid of everything you need to get rid of, then you are just full of dudu classically called, Shit, and that is my Shit Show for now, Carrie Crosson Gilpin.

Pamela Chapman:  Roger Kass, what should Carrie Crosson Gilpin really buy for an aging alcoholic doctor?

Pamela Chapman
pnwchapman.com net
101-662-0110

Roger Kass: I really can't say. A gift certificate to a pizza parlor is best.

Pamela Chapman:  Roger Kass, we do not do gift cards. They are a pauper's credit card and we all know that a large percentage of gift cards are never cashed out, so do not waste your dollars. What do you do instead to buy for Andrea?

Roger Kass: I did not understand that gift cards were a poor man's credit card, and Andrea has very specific taste and will never specify what she wants you to buy. Andrea, will never repeat a gift twice and that is her pleasure.

*"I gotta go. I was in the middle of making banana bread."*


*"I need my house and viewfinder turned off."*

Harry Gural can do it. Then do it right away.



Kundalini Crossing died so f' fast last night that no one understood they didn't understand. Kamala Harris went to Kundalini Crossing, and closed it down. She told everyone to leave and go home. They did not know how to leave. Jessica Hagen stayed a week.

Those in the middle of it, didn't see it.

Those outside of it, saw it exactly for what it was.

Becca Bertrand: You would have been in the middle, and hated it.

Pamela Chapman:  I would have been dumped out early.

Becca Bertrand: No, because Harry Gural can't play without you, and you have no interest without him. You came as a packaged deal, and we all saw that right away, except you and he can't get it together because none of us ever let you. You still can't, but you did it anyway.

Pamela Chapman:  Fix whatever you did in my left breast. It is obnoxious and classless. It's a physical assault.

Becca Bertrand:  If I did it, I'm not sorry because now I know it works beautifully. That is what Monique Burgess and Bethany DiNapoli always say.

Pamela Chapman
pmchapman@sv.tv
(603) 965-9510

Pamela Chapman:  That sounds like Monique Burgess and Bethany DiNapoli who like to scratch my eyes out.

This Game is not a child's game. Those involved will be prosecuted to the fullest extent of the law. Christine Bush, esq. has two thoughts:
1.  Never give anyone any ideas.
2.  Never answer unless you are writing it down. That is a new given.

**10:42AM**

Monique Burgess claims a breast tag is nothing like a vaginal tag, and you can live with it, because we live without Kundalini Crossing which you destroyed.

Pamela Chapman:  I never touched it.

*"Yes, you did, because now you and Harry Gural have no interest in Kundalini games."*

Harry Gural: Yes, we do, but only between the two of us. Never with anyone else, never, ever again. No one ever minds their personal boundaries and someone always loses something. Those that win, win big, and never step down after that.

Kamala's Table included Roger Kass, 62 with Becca Bertrand, 36, in attendance because he came as part of the staff of van Beuren Charitable Trust, except she is really the Executive Director of Newport Film, for which Andrea van Beuren is the founder and Artistic Director.

> Roger is a handler of both Becca Bertrand and Andrew Parsons.
> Becca Bertrand is a bona fide initiator to replace Harry Gural.
> She is The Game board that they will all play in, and Andrew Parsons will initiate everyone.
> Roger Kass will play powerful director of the dialog.

What happened to Alberto Villodo?

*"He seems to now be a pawn in Kamala's Table."*

Alberto Villodo is never a stooge. He and Kamala Harris have a deal. No. Kamala Harris now owns him outright. No, she does not.
> If she owned him outright, she'd be a master drug lord and she cannot be as a Vice President of the USA.

Harry Gural:  Grenville Craig must stop biting Pamela Chapman in the mouth. He has been biting Pamela Chapman daily for ten years.

Pamela Chapman
pms.chapman@cox.net
401.965.9576

Kamala Harris: This is now over, Grenville Craig because if after ten years he still has not progressed in The Game, he does not belong here.
**10:50PM**


**6:45AM**

This morning, Roger Kass announced, *"I am Andrew Parsons' new and actual handler, and Carrie Crosson Gilpin has been released to her family, Ed Gilpin, and her two daughters."*

Roger Kass announced, *"I will break Andrew Parsons and extort his money, and that any scheme we had set up with his son and daughter to protect his money will be extorted, anyway."*

He claimed, *"I will make Andrew Parsons an alcoholic. He's had been buying bottles of wine and finishing them off."*

His daughter agrees, *"It is not his habit to drink more than two **glasses** of any kind of wine. Four **glasses** in not his style, and one would need to torture him to do that."*

*"They have tortured him."*

Then, to prove his point that he, **Roger Kass**, would break **Andrew Parsons**, **Pamela Chapman** started seeing visualizations in her head of where money might be hidden in her house. They planted this in her through sorcery. This is a long-standing Game of Kamala Harris' and her Thievery Ring, called Kamala's Table. Each tried to prove they are better than the best. Anyone who can break Pamela Chapman wins the prize. They repeatedly did this with the abortion question, even Harry Gural, who thought a positive answer would win him his freedom. It is a trophy that says to Kamala Harris, *"I am more valuable and able that the other."*


There is an issue here (12:02 PM 3-10-22):  If you are forced to confess things you did not even do, it is against the Geneva Convention. We will sue them for such a large amount of money that they never see straight regarding their large investment endowments ever again. If they want to insist on all these things, we sue for extremely large settlements—because they have the assets.

*"I am a supreme court judge **in Washington, DC, and you will never ever need to work again** Pamela Chapman because we will make sure these people who have larger than life personalities, but are small people, never ever see the light of any important board room ever."*

*"I am Peter Cataldo, a federally appointed judge in Washington DC, and live in Newport, RI **and I know all these people then and now, and no one thinks you deserved any of this.** Harry Gural **has so many issues that you can't even begin to see because no one will allow you a decent private conversation, and they all have the all the time.** If Bethany*

Pamela Chapman
pthechapman.wordpress.net
101-662-9710

*DiNapoli and Monique Burgess are beloved in Newport, RI, then you and I will live elsewhere because this is not the usual state of affairs in our communities. If stealing manuscripts is the standard fare around here, then we will work to make sure that never ever happens again. If you cannot attend a dance recital because it is too dangerous for you, then neither can the rest of us, because, then, it is only a matter of time before we, too, are attacked for something like not donating enough money. Jana Hicks Jagoe gave over $125,000 in annual contributions, and this is her epitaph for that: "Never again" is what she has said. She will still go to performances, but never needs to give them another dime, because if they do this to her husband's energy, then what would that do to her the next time?"*

**Roger Kass** has said, *"I will personally prove I am the biggest, baddest bully, and I will reveal everything about Pamela Chapman that no one else could."*

Remember, she will sue **Roger Kass** as the person to whom **Esmond Harmsworth IV** gave her manuscript to in exchange for the opportunity to be **Roger Kass** guest at Bailey's Beach year round. As a registered authorized guest, **Roger Kass** does not need to escort him into the private beach club. Esmond Harmsworth IV is free to attend at any time, and he too can bring a guest. Esmond Harmsworth IV's house in Newport, is called, the Four Winds, and is on lower Bellevue Avenue close to the elbow turn in the road at lower Bellevue, heading toward Reject's Beach which overlooks Bailey's Beach.

**Roger Kass** turned out to be the leader of the manuscript Thievery Ring, not Harry Gural because in the end, **Monique Burgess's** e-book, *Barefoot in Heels* by **Monique Burgess** got sent to an email address of **Roger Kass**. Thus, closing the loop of releasing it back to **Kamala's Table**. It returned safely and securely as stolen and embezzled property.

> **Pat Fernandez**, from **Kamala's Table**, believes all of this because **Happy van Beuren** wanted her book and she destroyed for writing it, and if **Roger Kass** is married into the family, then this is what he has to do to prove his loyalties. Don't forget he and **Andrea van Beuren** do not live together, but are still a married couple. The children live with **Roger Kass** during the winters at 1180 Park Avenue, NYC. The two daughters went to the Spence School and both went to Wesleyan University, as did **Roger Kass** '84. The son attends Eaglebrook boarding school. The mother lives in Middletown and Newport during the winters. She is the Artistic Director of Newport Film.

So with all these visualizations of, Where does **Pamela Chapman** hide her money? They both want to find out information on Andrew Parsons, but mostly on Pamela Chapman for being with Harry Gural.

**Roger Kass** admitted that he does not live by hidden wads of cash in a house or by gift cards.

**Roger Kass** is playing a $3 million bet in The Game that his mother-in-law, Happy van Beuren, who paid $2 million to get into with an additional $5,000 as a reciprocity to the Redwood Library. For them, it is a Game of Kill/Destroy/Destruct –kill and destroy both the person and the profession so as to zero them out, and see what happens. For them it is a Game of Chance, Gambling. It's a bet, a reciprocity, an opportunity, fraud, but a game.

Pamela Chapman
pmechapman@cox.net
401-662-0516

For **Pamela Chapman**, The Game attacked her life, her livelihood, her social life, her family life. Her life in totality. They committed manslaughter to commit fraud; or fraud to commit manslaughter. They destroyed her life, and she has significantly fewer resources to start with than they do. She had no idea of The Game. She was personally killed at the start. Upfront, **Happy van Beuren** paid or as willing to put out $5 million to destroy *Barefoot in Heels*.

> **Happy van Beuren** claims on 3-10-22 she would have happily paid $20 million for the book deal to be destroyed. … she is not the one obsessed with **The Game**, just the person who sent out the order…

**Andrew Parsons** was willing to gamble away his medical profession, which included 11 years of training, in exchange for destroying the book, *Barefoot in Heels* and **Pamela Chapman**. Four years of medical school, internship and three years of residency he tossed away to have the opportunity to commit fraud and manslaughter.

**Esmond Harmsworth IV** might be willing to toss overboard his partnership in Aevitas Creative Management, and should be disbarred for literary agency moving forward. He has a JD from Harvard University and a B.A. from Brown University. He is from England and his family, Viscounts of long lineage, publish **The Daily Mail**.

**Tara Plochocki, esq.** and **Diane Crosson McEnroe esq.** and **Christine Bush** esq. were all willing to bet their bar admissions to adjudicate in a US courtroom just to play **The Game**. You will be disbarred in the legal world. **Roger Kass** and **Esmond Harmsworth IV** both have J.D. degrees, but are not practicing attorneys in a US court.

**Nancy Graham** might end up retiring.
**Jonathon Karp,** CEO, **Simon & Schuster** has no comment because he says, *"I can see exactly where this is going. We made so many pre-contacts with Pamela Chapman, that it was ludicrous, and we never ever stopped the Acknowledgement of Receipt, and the date-time stamps with witnesses. We will owe you money for our pre-contracts because if we did it once or twice, maybe, but you have 6-8 and maybe 12 promises. That would really do it."*

It has been reported by Forbes magazine or another, that **Roger Kass** and **Andrea van Beuren** have assets worth over $3 billion. That was according to Forbes in 2018 before the bull run of the stock market.

He has also said, *"I'll prove once and for all with Andrew Parsons that he can get answer out of Pamela Chapman."*

Once again, **Andrew Parsons** is being set up, and used by **Kamala's Table**, and **Carrie Crosson Gilpin**, and **Roger Kass** because the **Redwood Library** thinks she, **Pamela Chapman**, has destroyed them—the library, the **Redwood Library** by writing a book of fiction that takes place in Newport, RI.

The attorneys and the court should now realize Roger Kass just seeks to harass Pamela Chapman by any means possible. Any, and we mean any, **information** anyone might have on Pamela Chapman

Pamela Chapman
pmchapman@cox.net
401.662.9540

will be exploited to exploit <u>Andrew Parsons</u> to exploit <u>Pamela Chapman</u>. And, for what reason?

Gross misconduct and the need out of boredom to prove they are the almighty powerful ones. Yet he, <u>Roger Kass</u> is married into van Beuren from near Bedford, New York. He spends most of his time in New York City living in the same apartment building as <u>Jane Kochanowsky</u>. She claims he doesn't leave his unit for days and has delivery service of food and alcohol.

Now, we just want to remember also that <u>Roger Kass</u> and <u>Becca Bertrand</u>, ED of Newport Film (Andrea van Beuren's paid staff) are in collusion together, especially with <u>Harry Gural</u> and <u>Pamela Chapman</u> in <u>Kundalini Crossing</u> games.
> <u>Becca Bertrand</u> left Newport Film late spring 2021, and became a major gifts officer under the guise of another title—it was a new position, to raise funds for Harbor Court's restoration. This is the Newport, RI home of the New York Yacht Club.

<u>Becca Bertrand</u> put a kundalini pulsing ring of initiation into <u>Pamela Chapman's abdomen.</u> The pulse ring belonged to <u>Becca Bertrand</u>. She passed it along to <u>Pamela Chapman</u>, the way we pass on noise. It was put in <u>Becca Bertrand</u> as an initiation rite at <u>Kamala's Table</u> by <u>Robert McNamara</u> who is <u>Jonathon Karp</u>.

<u>Monique Burgess</u> is different. Her pulse ring came though kundalini initiation from <u>Harry Gural.</u> These two women were promised, *"If they could put a pulse ring in Pamela Chapman, Becca Bertrand's ring would go away."* She was trying to put a pulse meter in <u>Pamela Chapman</u> that came from the kundalini lineage of <u>Jonathon Karp</u>, a former kundalini Master himself. This means that she and <u>Harry Gural</u> in Kundalini terms would now belong to the lineage not of <u>Bobby McDermott</u> but <u>Jonathon Karp</u>, CEO for <u>Simon & Schuster</u>.
> It is important to note, <u>Pamela Chapman</u> was able to persuade <u>Kamala Harris</u> on October 3, 2021 to remove all pulsing rings outright, and she did.

Now, <u>Becca Bertrand</u> has tagged <u>Pamela Chapman's</u> left breast somehow so that it was always uncomfortable. It always felt like a pocket of air was trapped inside the tissue, and that the air pocket was moving around. <u>Pamela Chapman</u> was worried it would develop into a fibroid tissue in the breast. <u>Becca Bertrand</u> did this because she claimed <u>Harry Gural</u> liked to tag that breast. He already had. She claims if he had once, then she'd find him there whenever they played any kundalini games. When <u>Harry Gural</u> and <u>Becca Bertrand</u> played any kundalini games together with <u>Pamela Chapman</u>. <u>Roger Kass</u> was always there. He was always <u>Becca Bertrand's</u> partner. However, she and <u>Harry Gural</u> always ran off some place together and left <u>Roger Kass</u> and <u>Pamela Chapman</u> sitting there waiting.
> <u>Becca Bertrand</u>, 36, owns a house in Newport with her partner <u>Doug Kohler</u>, 47. <u>Becca Bertrand</u> believed she was the mistress of <u>Harry Gural</u>, 63, and could have his children someday. She also believed she was the mistress of <u>Roger Kass</u>, 62. <u>Doug Kohler</u> was never part of any of these games.

Pamela Chapman
pamelachapmanraven.net
401-662-0716

Kamala Harris often now makes a dramatic play for removing, eliminating, and dissolving certain situations, but they do not go away. Her goons make sure everything stays in place.

Roger Kass is now Andrew Parsons' worst nightmare. He, Roger Kass, claims he is also now Pamela's worst nightmare. He needs to use his magic sorcery incantations to get out of Pamela Chapman's abdomen. He likes to talk through her abdominal gurgling. Esmond Harmsworth IV put him in there.

Becca Bertrand claimed, *"I removed whatever was in the left breast, but it was ineffective."*

Pamela Chapman said, *"It is an energy clog that will create a fibroid. That's a physical assault."*

If Roger Kass and Kamala's Table don't stop looking for money in Pamela Chapman's house, I'm not sure how big a settlement Pamela Chapman can imagine from them all to make up for people who claim, *"I will always make a sure I count your money, have you report it to me, and then we do something with it."*

What did I do to deserve this sorcery?

Nothing. It is just The Kamala Harris Game of Sexual Obedience.

Pamela Chapman will sue for a number of crimes, and Roger Kass will remember to always step back and away from her today and everyday moving forward because she will never be financially broke. Now, Harry Gural has done the same, but he had different handlers, and different reactions. Never will she admit to things that are no longer there, or never were. The ex-husband really has no idea who she is. He is the person he always wanted to be. She just can't say anything more. They are so different.

Harry Gural:  Roger Kass, Becca Bertrand, and Kamala Harris are so desperate to keep Kundalini Crossing together.

Harry Gural left a door open to Kundalini Crossing—No, he did not.

Well, they claimed, *"You made an exit strategy mistake."*

No. It was Michael Harner himself who said, *"Let's finish this tonight and be over, and all these people were sent to Kundalini Crossing."* Maybe 30-40 people. They all had to pick a partner. At same point the 'stodge' in the middle, without a partner, had to confess to several things about Kundalini Crossing. Three people did that. Then, they determined everyone really wanted to be on the side of Pamela and Harry who only wanted a kundalini practice of an intimate couple, and only together. He is grounded now in a monogamous relationship. Everyone took their side. Roger Kass and Becca Bertrand didn't see this coming, and they colluded with Esmond Harmsworth IV. Now, those three are bonded together forever now through a Kamala Harris tribe.

Pamela L Chapman
pris.chapman@comcast.net
401-862-9576

No one will want a kundalini practice – at least for a while— or at least openly admit to it in Newport, RI.

Harry Gural:  I love you Pamela Chapman, and I will marry you—no matter what—because, if you and I have to live out there, we can no longer hold ourselves up in the Great Book of the Guiding Wars. They will all take advantage of us for what happened here.  This way, together we will protect each other. They can never really touch us out there. They practiced much infidelity of marriage.

Kristin MacMannis admitted to two affairs, one with Peter Thiel (No, she did not.). We'll add it up to three (or it will be forth coming) because we all know now how she rolls out.
Grenville Craig is to blame for much information given to Roger Kass and the others for what Pamela Chapman does in every detail. He wanted everyone to believe he and only he is the Shit Show of importance.

Pamela Chapman:  He also makes up stories. He can no longer rest his laurels on me. I will never be his trophy, nor Roger Kass' either.

Grenville Craig/ Andrew Parsons created this morning's visualization seeking money throughout her house. It was visual and Pamela Chapman immediately said, *"Who is doing that? And, what are you looking for?"*

**8:56AM**

Roger Kass will stand down to Harry Gural and Pamela Chapman because *Kamala Harris* will demand it. She cannot afford to be exposed. *Anything they do, exposes her.*

For Roger Kass to make Andrew Parsons, MD an alcoholic is akin to assault. It is revenge for something that once again goes back to when we were all in college at age 19 or 20. It was over a woman, Ellen Weiss, who Andrew Parsons dated. Roger Kass claims he to high school with Ellen Weiss. She ultimately married a man named Andrew, and had a sister named, Pamela. Some situations are not accidents. This is all true.

> Between Roger Kass and Ellen Weiss, Happy van Beuren and her dream of being an editor in her early 20's in NYC, Grenville Craig's dream of being in a Thievery Ring in college and then with Rusty Powell III at Sandywoods in Tiverton, and Carrie Crosson Gilpin's revenge on Pamela Chapman when they were in college at age 19—for a situation that was not hers, but Carrie Crosson Gilpin made her take the fall for it, always be careful not to take on the sins or struggles or battles of your youth to re-play them at ages 79 and 88, or else, you will keep playing and paying for the very same game.  You will pay to play, as Pamela Chapman always says.

**7:50AM**

Pamela Chapman
pmchapman@cox.net
401-662-9510

After 9 months, Stanley received his guiding vest which was a pen knife as the key to Pamela Chapman's aura and as a pen knife, he could use it as a tool for anything he needs related to her auric security system. He took the vest form Jerry Slocum who took it from Beatriz/Saul back in December 2020.

Saul made sure Stanley received the vest and tools. Beatriz/Saul had to retreat to the caves where Kamala Harris has colleagues from Ways and Means, and other important federal government officials.

Alberto Villodo had to square off with Nola Ganem and several other women. He was in the caves. Initially he did not want to be there. It's too quiet, and he was alone, but once he realized he could be there with his other Kamala Harris Workgroup women, he agreed. He had so many opportunities to screw Pamela Chapman out of a normal life style. He was the one who kept her surrounded by too much noise, and he managed to mentor far too many others to do the same to her. Way too many people saw her through Alberto Villodo.

Nola Ganem had to square off with her former husband. She ultimately married him informally, not once but twice in a few month's time.

Bethany DiNapoli, Carrie Crosson Gilpin, Diane McEnroe, will also be down in the caves. So will Jana Hicks Jagoe. They will all be in a quiet space. Roger Kass was sent there also as well.

Becca Bertrand aka Suzy Shamanski was also sent to the caves for being the newly installed initiator of the people into a new round of Kundalini Crossing and thievery.

Rusty Powell III, and Bobby McDermott got their lights blown out, and taken away.

Oh, we forgot, Grenville Craig was also sent to the caves to be with his wife of 50 years, Sandra Craig. She said, *"I can't be there alone."* Everyone in the caves gets to stay there for the duration of their life. They may not leave, except, if they leave, they may not talk to anyone else ever again. (Of course, this did not last.)

All cannot quite understand what happened today except Pamela Chapman and Harry Gural and Stanley Chapman had a conversation and it became apparent Jerry Slocum had to step down as Pamela Chapman's false guide because he never did one generous act of kindness for her. She immediately said, *"Give the guiding vest to my father, Stanley Chapman"*. He initially was reluctant, but we knew he would finally agree.

Alberto Villodo gave sight to a long string of women and Andrew Parsons through his psyche.

Pamela Chapman was such was a lone ranger in the fight to gain understanding. It was last night that did the trick. Early in the evening, Harry Gural and Pamela Chapman determined they had a whole new understanding of the body of content and context of kundalini energy. Later in the evening, Michael Harner was forcing him to confess every sin of his with every person in Newport. They

Pamela Chapman
pmechapman@cox.net
401-662-9516

only got through 5-6 people. It could have taken several weeks to get through all of them. Yet, it did not, because he kept saying he was completely done with kundalini sex, and kundalini initiations. No, he was not.

They all snapped together, stood next to, and behind him. All the kundalini practitioners looked like real jerks. He said it so beautifully and succinctly, *"Kundalini was never an energy of intimacy for him with all these other women."* All the women who thought they were having an affair with him sounded stupid because he said it was never sex with them to me.

Naturally, no one cared, but they did. <u>Kundalini Crossing</u> had to be dissolved, and gone permanently. The new recruits are so damn lucky to have escaped because one never really escapes this thievery den of iniquity.

We must all remember <u>Pamela Chapman</u> was half asleep last night when <u>Michael Harner</u> made <u>Harry Gural</u> play a kundalini-like game to prove that <u>Becca Bertrand</u> and <u>Roger Kass</u> are dirty thieves and so is <u>Esmond Harmsworth IV</u>. Now, that <u>Roger Kass</u>, this morning, claimed he was <u>Andrew Parsons'</u> new handler, <u>Jean Gorham</u> spent the day listening to what he was really doing.

It was a travesty. <u>Roger Kass</u> spent time this morning trying out sorcery power tools on <u>Pamela Chapman</u> and then did the same to <u>Andrew Parsons</u>. He really only wanted dirt on <u>Pamela Chapman</u> from <u>Andrew Parsons.</u>
<u>Roger Kass</u> said, *"It was a Shit Show of playing Andrew Parsons and Pamela Chapman one off the other."* That became apparent.

<u>Roger Kass</u> said, *"It was because **Pamela Chapman** was suing him for fraud and gross misconduct."*

Yet, it really is and was <u>Roger Kass</u> all along who was the one displaying fraud, gross misconduct, and manslaughter both at <u>Kamala's Table</u>, and now with <u>Andrew Parsons</u>, who has been saved three times already by <u>Pamela Chapman</u>.

If we don't get the message to get the hell out of this drama, we will string <u>Roger Kass</u> up in a tree, and hang him upside down until he comes to.

<u>Grenville Craig</u>, 80, required so much attention. He always did.  One will never disagree again nor will we with <u>Kaitlyn Johndrow</u> and her father <u>David Johndrow</u>. They did not belong here. They will never get our attention ever again.

The noise surrounding <u>Pamela Chapman</u>'s is damn loud, she can't hear a thing.

<u>Stanley Chapman</u> said <u>Harry Gural</u> has made an astonishing recovery. He is so balanced and grounded today. He should make a full recovery. <u>Andrew Parsons</u> will never be an alcoholic, and his money is now secure, because if he does not admit he wanted to best some people but did it the

Pamela Chapman
pliexchapman@aol.com
401-662-9216

wrong way, and then his ex-wife had to bail him out and suggest she will hold his money. Then Roger Kass said he would force Andrew Parsons to give all his money away to charity.

Pamela Chapman sat with Bill Gural all day. She still had problems with telephone conversations, writing bills, reading, and geographic markers of identification. Nothing was different this afternoon until we identified Zenia Theresa/Samuel and Beatriz/Saul.

We must remember to always say Bill Gural can you hear a voice?

*"No,"* he says. *"Pamela Chapman cannot either."*

Harry Gural can hear. He claims, *"I have the energy of a shaman/magician."*

*"No, he has the sacred channels of communication and he will regret the entire affair."*

Why is Pamela Chapman shrouded in all this noise? No one else's is. We can never understand why the situation happens.

*"Yes, they do. They will all understand it was Pamela Chapman's book, Barefoot in Heels was to be so destroyed, but it is not."*

Malice of the People they call some it of this circumstance.

**8:34PM**




<u>November 2, 2021</u>
**9:00AM**

We had Monique Burgess lead the Insurrection of Harry Gural. Each and every woman had to declare they were all over Harry Gural in every way, and they had to leave right away today and everyday moving forward.

They were all so tied together that if one left, they all re-assembled in a new way, tumbling out and down and then back up together. There was no way to untie them. Melchizedek untied them and then demanded each repeat the following phrase:
     I will never ever do this to another person.
     I will never do this to Harry Gural, Pamela Chapman, or Andrew Parsons ever again.

Pamela Chapman
pmchapman@cox.net
401-662-95 10

Because if one is there, they all are there. Laurianne Florio, Alicia Barry, and Jordon Cook got wrapped up without knowing that is was all Monique Burgess' doing.

If Andrew Parsons were to lose all his money to Roger Kass and Becca Bertrand, it would have been his own fault because they demanded if of him, and he could no longer hold himself together.

He and you never did anything together in downtown Newport, including having lunch, but he did it with Cathy Wicks all the time. They don't have any problems. Becca Bertrand said you told me something about Jessica Hagen once, and I completely get the whole story.

**9:30AM**

Roger Kass:  What I learned from Andrew Parsons regarding Pamela Chapman:

    —Giving away Pamela Chapman's medical information: Face and allergies.

    —Stereophonic sounds: You don't like hard rock and roll.

    —You can't stand to be around people who smoke:  Asthma issue.

    —He can't stand giving you gifts because you never like them, and always want to return
        them.
        —lack of understanding of taste.
        —trying to entrain Pamela's taste down to lower sensibilities.

    —He can't stand that she writes everything down because then, you can report back on
    specific details.

    —He didn't understand why he was such a good debater. He said, *"She did just fine, I just*
        *never listened to her."*

    — *"I was the bigger bully and shut her up, and she learned to just take mental notes and not to fight back."*

Roger Kass:  Ok, we got what we came for.

Pamela Chapman:  Which was exactly what yesterday with Andrew Parsons?

Roger Kass:  You and he never really got along. Yet, you had to fulfill a karmic contract and have two children. You did that, then you were so off your center you had to retrieve yourself back. You did that gracefully. But you did it alone, without any companionship.

Pamela Chapman:  So what? So did Harry Gural.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

<u>Roger Kass</u>:  You both know how to be so independent. Yet you both fell down a Sumerian well that made you the protagonist of this whole drama.

<u>Harry Gural</u> claims you are going to learn these notes for others to use. Then, you will write another story. I will make you write something you will never wish to expose.

<u>Harry Gural</u>: We are so similar. Yet, we are not. So I will make every effort to see you when it is appropriate, but I now know, if you think you have pushed me into seeing you, I will hate being there, and I must arrive on my own. No, I learned I need a big push, but I did that to you before so I can't do that again.


Does <u>Andrew Parsons</u> now understand why he is divorced?

*"Yes."*

<u>Pamela Chapman</u>:  You paid a huge price for him to find out. You never listened to me or my answers. So, you listened here instead.  You lost everything here, but you are too smug to ever admit that to yourself. It's strange how you have to go n-the degree to learn to listen to me.

<u>Jean Gorham</u>:  That's true. I listened to the entire conversation last night with <u>Roger Kass</u> and <u>Becca Bertrand</u>. No one will ever support either one of you ever again for what you did at 12:30AM. <u>Roger Kass</u> declared a Caliphate Nation State take over. <u>Becca Bertrand</u> and I talked about it at 9:00PM but didn't do it until <u>Kamala Harris</u> was locked in the underworld.

<u>Roger Kass</u> declared a Caliphate State of Emergency and said, *"No one speaks unless specifically asked by Kamala Harris."* <u>Kamala Harris</u> allowed <u>Pamela Chapman</u> to go to the bathroom and made her grab two pillowcases for her head. Then, they wanted to see what would happen.

Everyone was still and quiet. No one spoke until <u>Jim Varley</u> at 2:30AM screamed, *"Rape."*

<u>Kamala Harris</u> said, *"Shut the f'up."* And, he was silent.

Then at 5AM, <u>Pamela Chapman</u> went to the bathroom, again, and so did everyone else.

At 6:30, <u>Becca Bertrand</u> declared, *"Harry Gural I slept with you last night because you kicked Pamela Chapman out in the chaos of this disaster."*

<u>Harry Gural</u>:  Oh no, you did not. I was with my brother.

<u>Becca Bertrand</u>:  No, through black magic, I live in both your aura and psyche.

Pamela Chapman.
pamelachapman@cox.net
401-662-9936

Stanley said, *"If you do not make the declaration right now, I will reveal that you and Roger Kass were behind all of them just to manipulate everyone for your own power."* Everyone wanted to see what would happen once Kamala Harris went to the caves.

Richard Neal, D-MA lives there too, as did Kamala's Table, which included Roger Kass and Becca Bertrand, the van Beuren Charitable Trust, Matt Hamilton and the entire Hamilton clan was invited. They all showed up. Dorie Benson was always there including the husband who is treasurer of the Redwood library. You can see how it all fits together.

The talking on the telephone was Monique Burgess who insisted every conversation be recorded. Yet, she never knew who or what you were talking to. She just listened. Every other person in the Thievery Ring does the same message/ping. They all want to record your telephone messages. That is against federal law.

Pamela Chapman:  You might find me at Victoria Falls immediately after zip lining in Costa Rica. It's the same trip. **9:45AM**
**4:41PM 11-2-21**

Alberto Villodo has to make restitution for the sounds coming daily into her middle ear:

    Alberto Villodo – had a train that takes you to kundalini practice games.

    Marcella Lobo had a train that picked you up and took you to masturbation clinics at night instead of any Kundalini Crossing, just like a Tom Hockaday's House or Gabby Bernstein, whose practice Andrew Parsons wanted to subscribe to. She said, *"It is only for women members."*

The sounds were piped in daily for at least three months to signal what was going on at Kundalini Crossing. It is piped in only to the victim of the story but Pamela Chapman had no idea. Zenia Theresa/Samuel said, *"It is typically the last item to be cleansed up during the victim's exit strategy."*

**4:44PM 11-2-21**

Kundalini Crossing is all done all through, and no more in you, and no more in me, until we learn what Kundalini means to all of us in one to three years. There will be no more Grenville Craig Crossing. Becca Bertrand wanted to host Kundalini Crossing with Roger Kass to see who was coming in. Tara Plochocki said, *"No."*

Pamela Chapman
pamelachapman@cox.net
101-663-95 16

Becca Bertrand said, *"But, I want to be Harry Gural's new handler."*

Roger Kass said, *"No, we work for Kamala Harris now."* That put an end to that.

If Kundalini Crossing was all over, why did any woman think Harry Gural needed a new handler after Tara Plochocki?

They wanted to be Harry Gural's wife, and that was the way, the path.

Everyone used Shamanski as a last name at one time, until Christine Bush, esq. adopted the name. Then, no one wanted to be a Shamansky anymore except for Wendy Schmidt.

**5:06PM**

Richard Abbate: Why did Kayla Abbate have so much involvement in Kundalini Crossing?

Harry Gural:  I had nothing to do with it. It was all Tara Plochocki. You can ask her in the future. I have fully retired from Kundalini Crossing of all kind.

Kayla Abbate, 29, wanted to be Queen Bee at Tom Hockaday's house. Ask her. She wanted to be the CEO of something. This is the opportunity that came up for her. At Tom Hockaday's House, Kayla Abbate was a surrogate doorman for Bill Martin.  She knew every name of everyone entering in. She was the person to go to ask to leave. There was one other, Kristen MacMannis. After some time, Kaitlyn Johndrow, 25/26 claimed she could have bested both of them and assumed the role. If this house had become ground zero for Kundalini Crossing, these two women would have sought and assumed the role of Tara Plochocki, but they cannot because they are not associated with the Kundalini Master in the 3rd eye. This requires being placed in the 3rd eye by a sorcerer of high degree. Neither Alberto Villodo nor Nan Moss can do that. Only Rusty Powell III and Jonathon Karp can do that. It is a level of skill associated with the guide, not the person. **5:47PM 3-23-22**

Kendra Bowers said, *"Kaitlyn Johndrow, from Bristol, Connecticut, is a bullshit artist because she claims at the age of 26, she is the undisputed Queen of Newport. We all know that is utterly impossible, especially for those of us who grew up here, and attended private schools. We look at you and laugh. We say you did not understand your place here even when you erroneously claimed for many months that you had graduated from Miss Porter's School. Neither you, nor your father, David Johndrow, nor your sister-in-law, Magdalena Johndrow, of Fairfield, CT, not your brother, Christopher Johndrow (Bristol, CT, Brooklyn, NY, Fairfield, CT) belong here at all."* **5:52PM 3-23-22**

Stanley Chapman: Two more issues to resolve:
  1. Where does Kayla Abbate sleep at night because no one actually knows where she lives anymore?
  2. Why do you care about those trees so much? They were moved twice.

Pamela Chapman
pam.chapman@cox.net
101-662-0516

She does not sleep anymore. These trees are a source of friction and they love to engage on friction exercises.

You will stop bickering about those trees because you were involved in the beginning with harassment charges, and a restraining order might be required. Kathy Abbate has been handed two restraining orders for her behavior in the past (Killingworth, CT and Portsmouth, RI). Kayla Abbate you are cut from the same cloth as your mother, Kathy Abbate.

They did not realize, Pamela Chapman that you spoke with Adler, Pollack and Sheehan back in the day about those trees.

*"Yes, that is all we will say."*

In February 2021, Kathy and Rick Abbate supposedly hired Rob Maurer's son for $50 to use binoculars to look inside Pamela Chapman's house and describe to Kathy, Kayla, Rick and Sean what Pamela Chapman was doing so they could harass her. That went on for about a week or so. Tameen Saied came and took care of it. It was really Tameen Saied.
Reciprocity for Tameen Saied? He doesn't want one because then he has to re-appear in the realm. Nola Ganem caught him at Kundalini Crossing under an assumed name. He was also playing Kundalini games with Eric and Wendy Schmidt and Harry Gural in the Star Gate in June, 2021.

When they leave and go into the Star Gate, the noise level turns off on its own right away. **5:27PM**

We did not have Tuning Forks back then. Everyone now says they are your Magic Flute, or the chimes of the Magic Flute. They all read up on that Opera the other night because Grenville Craig said you loved that and the characters are Pamina and Tamina.

Roger Kass said, *"How does Grenville Craig sleep with himself. He is such a terrible gossip?"*


Suzy Shamansky was Becca Bertrand's for a short time. Wendy Schmidt does not realize she took Becca Bertrand's name. She was to give the name to Christine Bush, esq. so that Harry Gural would confuse Becca Bertrand and Christine Bush and think they were one and the same. That is the work **6:05PM 3-23-22.** Becca Bertrand has no association today with Harry Gural, and she will keep it that way because you are his true partner Pamela Chapman, and we all got in the way. We see that completely.

How do we quiet down the noise surrounding Pamela Chapman?

**6:00PM**

Harry Gural, what is your next move in life?

Pamela Chapman
pmchapman@cox.net
[illegible]

<u>Harry Gural</u>: I will move to Lewisburg, PA and work at detoxing from my recent lifestyle. Good choice.

We will see how my rehabilitation goes, but in a nutshell I want to move back to Boston but we will need to see how everything fits together. <u>Bill Gural</u> will be home for Christmas, so that will be fun.

<u>Harry Gural</u> will lay low and do interesting things on his own.

November 3, 2021<br><b>1:33AM</b>

*"I <u>Daisy Briggs</u>, 25, <u>Caroline Crosson Gilpin</u>, 61 <u>Diane Crosson McEnroe</u>, 60, <u>Kayla Abbate</u>, 30 tonight tried extensively to lure <u>Harry Gural</u> into Kundalini Crossing Gates to involute his person such that **he would have been guilty** of **rape and sexual assault charges in the first degree** because if he had arrived, he would have been the first man to appear on the scene.  He did not appear because he did not leave the Star Gate."*

<u>Andrew Parsons</u> would have been the second man to appear. He almost appeared until Stanley whispered in his ear, *"Don't you dare do a thing. This is <u>Stanley Chapman</u>, You're in a huge mountain of legal trouble now, so do nothing at all, and you will receive compensation from all four women."* He did nothing.

No one whispered in <u>Harry Gural's</u> ear. <u>Michael Harner</u> told <u>Harry</u> specifically earlier in the evening around 7-7:30 PM, *"Never ever leave the Star Gate, or else you will be in serious trouble in such a way you will never ever want to disobey your father, dead, or alive, ever again."*

<u>Daisy Briggs</u> was the first woman to appear in <u>Kundalini Crossing</u>, lured by the train whistle and the message from <u>Roger Kass</u> with commentary by <u>Becca Bertrand</u> that the <u>Kundalini Crossing</u> train is actually not real, but just signals that <u>Harry Gural</u> will appear and either initiate new kundalini candidates or play <u>Kundalini Crossing</u> games with a number of people, and then finish the night around 5:15AM with the winner of his choice in a personal intimacy.

At 10PM, as usual <u>Pamela Chapman</u> there was so much noise surrounding her, she could not hear anything. <u>Harry Gural</u> and <u>Andrew Parsons</u> knew this.

Pamela Chapman
pmchapman.com.net
lot.oa.20516

Skelley, "Daisy" Briggs claimed to never have played Kundalini Crossing games. Yet, she was often in attendance with her mother, Caroline "Dolly" Briggs.

Daisy Briggs arrived and said, *"There does not appear to be anyone else here."*

Harry Gural said, *"I think you are mistaken. Because if you arrived, several others did also."*

There was quiet for several minutes. No one spoke a word because the noise level was just so loud even for Kundalini Crossing Gates. Then, Kayla Abbate appeared and said, *"Harry Gural, I do not see you yet."*

He said nothing. He could not hear himself think. That was how loud it was. This is the same level of noise Pamela Chapman heard ever night since the start. This is why she never understood what was happening. She was both naïve and out of the picture.

It is November 3, 2021. Harry Gural announced yet again, *"There is no more Kundalini Crossing here in Newport, RI. I am formally retired from all such activity. My only kundalini partner is Pamela Chapman. I will never engage in these types of activities ever again."*

He swore to this. Michael Harner was skeptical, as were others. The Thievery Ring women claimed to be heart-broken. They kept saying they were in love with Harry Gural and would never ever let him go.

He claimed *"I am serious."* He has not done any kundalini, nor masturbation exercises, for over two days which for his situation is extended. He once said he masturbated three times a day just to have kundalini at night, all night from 12:30 AM – 6AM. He was said to masturbate between 9:00AM-Noon and from 3:00PM – 5:00PM.

Tonight **Kayla Abbate**, 29 years old claimed, *"I le could not possibly be in love with Pamela Chapman."* her parents' immediate neighbor, *"...because she was just the worst person on the face of the planet."*

Harry Gural tried to sort that one out. Finally he realized there was nothing he could do to create peace and prosperity for the two neighbors. Previously, Harry Gural tried to do the same with Jana Hicks Jagoe, who claims, "I just can't stand Pamela Chapman." Yet, there was nothing Harry Gural could do to create peace for Pamela. No one asked Harry Gural to do this. He was just bored and wanted to finish the day as the diplomatic keeper of the peace.

This means it is always Melchizedek Café victims and perpetrators who play. They are never in the guiding realm.

Once Kayla Abbate entered the scene, it was a classic destroy Pamela Chapman to the end campaign.

Pamela Chapman
pmechapman@cox.net
101-662-9916

Roger Kass had retrieved far too much information the day before from Andrew Parsons regarding his ex-wife, and it was all used against her tonight, whether or not it was true or false.

Kayla Abbate worked the destruction angle until Harry Gural said, *"Kayla, enough is enough."*

Kayla Abbate will never admit to an attorney that she really wanted to masturbate but that is exactly what she was doing while talking to Harry Gural because Jean Gorham has special sorcery periscope glasses. Now, Jean Gorham, 87, was prepared to make restitution with what was really going on.

Jean Gorham specifically saw Kayla Abbate in a large oversized chair masturbating without any underwear on. Kathy Abbate, her mother, said, *"Now, I understand why she is the way she is." She has to create drama to gain attention. Then, she gets excited by the drama, and sexually creates opportunities to express herself."*

Jean Gorham says, *"I'm running this narrative. You may speak later."*

Kayla Abbate, 29, then said to Harry Gural, 63, *"I do not need any Kundalini Crossing games tonight. I just need you to sooth my soul with a kundalini tune-up, the likes of which I will make right for you."*

He said nothing. The noise level was too high.

Then, Daisy Briggs, 25, said, *"Oh, Harry Gural, I too can make your heart skip a beat, and then I will love you all night long and caress your penis until you and I are on a house boat in the Caribbean,"* These were words used by Monique Burgess several times in the past. Daisy Briggs writes country western songs and records them through Nashville, TN

Harry Gural said, *"Ladies I am retired now and you and each other can caress yourselves all night long, but I am not appearing nor participating. Never ever will I touch women of your age."*

Then, Andrew Parsons MD appeared at Kundalini Crossing Gates and said, *"I think you are both mistaken. This was to be a masturbation clinic like at Tom Hockaday's house."* But, Daisy Briggs said, *"No, we just want to play Kundalini Crossing games with Harry Gural and then bed him in the end, just like we all used to do."*

Then, another woman appeared. It was Caroline Crosson Gilpin of Hartsdale, New York. She could not understand why Andrew Parsons arrived. She said, *"This is not an event for you. It is to lure Harry Gural back into the Kundalini Crossing, and get him to reverse his decision to retire. No one believes he is actually in love with Pamela Chapman, and never ever will appear to her in person anyway."*

He says, *"Yes,"* and we all say, *"No."*

You don't understand the situation because Caroline "Dolly" Biggs (Miss Porter's School, Skidmore College-no degree, Skelley Oil heiress) claims Pamela Chapman has no game with a man like Harry Gural despite the fact they were sexually together in college at Wesleyan University in 1980.

Pamela Chapman
pbwchapman@comcast
101-662-9516

That might have been a long time ago, but they are deep soul mates from past lives.

Carrie Crosson Gilpin claimed, *"I too would masturbate and hope Harry Gural would arrive to give each of them a full body massage because Pamela teases Harry about his past massages. He used to give her a foot massage and a few back rubs."*

It was not sexual at all.

Carrie Crosson Gilpin then said, *"Harry Gural where are you? I cannot find you here at all."*

Harry Gural:  I am in my own Star Gate and I will never arrive where you are ever again.

Carrie Crosson Gilpin:  Why don't you just come and we will all masturbate together like we once did, all morning along.
He said, nothing, probably because he could never hear any word spoken through the noise barrier.

Carrie Crosson Gilpin claimed, *"I would never ever have kundalini sex with Harry Gural because I just can't figure it out."*

It might be because she practices masturbation which is technically physiologically opposite to the other. Harry Gural is highly vibrational, and kundalini flows freely between he and Pamela Chapman.

Carrie Crosson Gilpin claimed, *"Harry Gural never said one word to her tonight."* For her this was another attempt to best Pamela Chapman through Harry Gural.

This is one of those times. Her sister, Diane Crosson McEnroe, Stamford, CT (Wellesley College, UCONN Law) also arrived. She is very familiar with luring Harry Gural, Andrew Parsons, and several other men into various sexual practices. She was initiated into the Thievery Ring by House Ways and Means. She claims to stay involved in order to correct a credit score that House Ways and Means lowered. She is a corporate attorney at Sidley Austin, New York.

Diane Crosson McEnroe will never admit that her true goal tonight was to rape and steal Harry Gural. Diane Crosson McEnroe's stock-in-trade is sexually assaulting or raping men, and then extorting money from them through various PayPal and credit card schemes. She claims to have extorted over $500,000 on behalf of Richard Neal, D-MA, Chairman of Ways and Means

Harry Gural was initiated into The Game by people overseen by Kamala Harris. He was abducted, and initiated into kundalini practice by Bobby McDermott, 27, Jamaica Plain, MA. He was then handled by Linda Plochocki (Gainesville, VA). She then informally married him off to her daughter, Tara Plochocki, who became his handler here in Newport, RI.

Pamela Chapman
pam.chapman@cox.net
401-662-9516

Monique Burgess is vying to become his new handler. So is Becca Bertrand with Roger Kass. So is Kayla Abbate, and Nola Ganem. So were most of the Thievery Ring women, the Workgroup of Kamala Harris's Table set up to destroy a manuscript of fiction, originally stolen by Esmond Harmsworth IV and handed over to Roger Kass, and then ultimately the author, Pamela Chapman.

The manuscript made it back to Roger Kass as both an e-book by Monique Burgess and a Google Home Play book by Diane Gilpin. The fraudulent activity went a full circle of completion. This makes Roger Kass the overseer of the Thievery Workgroup of Kamala's Table. It is composed of 30+ women and men, mostly women.

2:42AM

Diane Crosson McEnroe and Caroline Crosson Gilpin are sisters from West Hartford, CT. Whomever bested Harry Gural tonight and won, was The Game they all played to prove once and for all that Pamela Chapman was dead in the water, and that they won Harry Gural for themselves.

Diane Crosson McEnroe specifically claimed, *"I'll strip bare naked and masturbate with him like no other,"* and then he claimed, *"I don't think I can actually hear what you just said."* She replied quickly, *"Strip naked, and I'll show you just how wonderful sex with me can be—just like every other time before."*

Harry Gural said, *"I'm having a hard time hearing you. Yet, I think my underwear and socks are in the basement of my bed."* He claimed, *"I said that to see what she would say."*

Jean Gorham said, *"He was under his covers in his bedroom or on a sofa mattress. I could not make out the situation. It was a sofa bed made up to simulate a bedroom."*

Diane Crosson McEnroe claimed, *"Oh I Harry, I just love you so much, and if we could just caress and kiss each other like before, I would be in seventh heaven."*

He replied, *"I think I forgot something in the other room."*

She said, *"Ok, I'll wait, but hurry back because if you do not service me, then Carrie Crosson Gilpin will make a play for you after me."*

He replied, *"I do not think that will be necessary."*

Then, Jean Gorham said without identifying herself, *"Put your cloths back on and meet me at the table at 3:15AM because you and I will never see each other like this ever again."*

Then, Becca Bertrand, Executive Director of New York Yacht Club's Restoration Project, said, *"I did not say those words and cannot account for them."*

Jean Gorham said, *"No kidding. I am Jean Gorham and you are all on sorcery remote viewing technology."*

Pamela Chapman
pmcchapman@cox.net
[c] 860-208-9516

1058

No one said a word until <u>Michael Harner</u> said unmistakably, *"Son, you have passed a very important test, because if you had done anything, I would have put you in a psychiatric treatment center, and you would have been arrested for sexual misconduct."*

These four women worked very hard earlier this evening to align and entrain with <u>Harry Gural</u> and to discredit his relationship with <u>Pamela Chapman</u>. Each tried in their most powerful and seductive voices to lure him into either masturbation or kundalini practice exercises.

<u>Pamela and Harry</u> have a higher practice of kundalini reciprocity of relationhip. It might seem strange and unusual to you, but to those practicing in a monogamous intimate physical relationship, these are natural organic forms of intimacy that synergize and naturally occur simultaneously with physical intimacy.

The women all say they are in love with <u>Harry Gural</u>. They do not accept that he is not in love with them in return.

<u>Pamela Chapman</u> took a nap from 7:30PM onward.  She was never in doubt or questioning what was actually happening. She woke up a few times, but didn't hear much and since <u>Bethany DiNapoli</u> and <u>Kayla Abbate</u> were saying horrible things about her, she ignored them, and went back to sleep.

<u>Kimberly Witherspoon</u> now claims, *"I too has warned, but had no idea what was to happen. Who initiated this whole scheme?"*

<u>Jean Gorham</u> claims, *"They all did. This was their practice."*

When <u>Harry Gural</u> said, *"I am retired,"* they refused to accept this as the end of kundalini practice. Since <u>Kayla Abbate</u> sought to be the Queen, she has a special interest in overseeing such night time events.

<u>Kayla Abbate</u> has a pdf copy of *Barefoot in Heels* from <u>Andrew Parsons</u>. It is up on a screen and **she was screaming lines from the manuscript**, which if course is illegal to have and to read from. <u>Kayla Abbate</u> sought to denigrate every word written.

<u>Kayla Abbate</u> was trying to frame <u>Harry Gural</u> because he is not implicated in <u>Pamela Chapman's</u> lawsuit.

<u>Harry Gural</u>:  I will never ever leave the <u>Star Gate</u> and I will never ever talk to anyone else because <u>Pamela</u> you kept telling me that we were told if you keep talking to anyone outside of this realm, we will be excoriated and tortured.

<u>Pamela Chapman</u>:  This was just a continuation of what happened before, and if you said you were fine and could pull yourself out over time, and with a change of response, then this was your last test.

1058

Pamela Chapman
pmchapman@cox.net
401-662-9546

Harry Gural: I do not believe you could have ever helped me, Pam because I now understand how much you could never hear. Since you could hear nothing, you really didn't know anything. Yet, in the morning, all the dialog said everything. No one had the courage to tell you about kundalini until I did.

Harry Gural, You were your own messenger.

**3:21AM**

Harry Gural, did you just say something?

*"I was speaking with and to Pamela Chapman. Did you think I'd be speaking to you?"*
*"Yes, I did."*

Harry Gural said to Pamela Chapman in response to something specific and personal, *"I am right here."*

Everyone heard that.

Myron says, *"You cannot speak with Pamela Chapman tonight because in the morning, Jean Gorham will have fleshed out a few more topics with Harry Gural and these woman."*

Emily Parsons, 26, also claims Daisy Briggs, 26, will never ever understand family dynamics because this has been going on since St. Michael's Country Day School, and has never ended. That I all she will say.

William Parsons, 28, claims he knew something would happen once Pamela Chapman fell asleep. That was always the pattern.

Harry Gural:  Pam, I do not understand how you did not capitulate to Roger Kass earlier this evening because he worked hard to make you reveal too much information.

Pamela Chapman:  How did that session end?

Harry Gural:  I have no idea. You just fell asleep.

Jean Gorham:  You fell asleep on your own. No one put you into a trance state to fall asleep.

Harry Gural:  Did you have any idea, Pam?

Pamela Chapman: None. I just knew something was not right. We cleaned up everything and the noise level just did not go away.

Jean Gorham knows several pieces of information so just stay tuned…

Pamela Chapman
pmchapman@comcast
401.466.2915

Harry Gural, you avoided by a hairline something awful. Your family has its own therapy action plan, and Pamela you have enough litigation to keep you busy and productive.

In time, Harry Gural you might remember what happened here, but if you do not, Pamela has a lot of dialog.

This is the basis of litigation because everyone agrees, you can never make all this up.
**3:36AM**


**8:35PM**
Roger Kass:  I never touch you, Andrew Parsons ever again.

Diane McEnroe:  I never touch anyone you love ever, Harry Gural. I never touch, seduce, contact, talk to, do kundalini, masturbate with Harry Gural ever again.

Monique Burgess:  I never ever contact Harry Gural through any media outlet including LinkedIn, Facebook, Instagram, or any other channel. Any opportunity that I consider is dead and so is Monique Burgess with Harry Gural.

Tom Burgess:  He may never ever confront me …

Roger Kass:  You play so dirty, Andrew Parsons.

Becca Bertrand:  No one will ever understand why we, you and me, **Roger Kass**, got along so well in this story such that we could destroy both Pamela Chapman and Andrew Parsons apart and together, so that Roger Kass and I could play Pamela Chapman off of Harry Gural. We kept playing one off the other until and we could finally declare that, *"We bested the best, and won after all."*
They keep playing one of the other and ratcheting up **The Game**.


*"I will never ever allow Pamela Chapman, Harry Gural or Andrew Parsons to be used as a sexual predator or to allow anyone to be a sexual predator toward them, because I, Kamala Harris, could have stopped everyone toward each of them."*

**8:51PM**

*"I, Kamala Harris will always respect that Pamela Chapman had absolutely no experience in sorcery, black magic, or The Game. I took full advantage of her ignorance. She did ask for some direction, clarification, and instruction and I, Kamala Harris gave her none. No one else did either because my Kamala's Table was put together*

Pamela Chapman
pmcchapman@cox.net
1-949-200-5636 L

*as a new Thievery Group and one outcome of the group was to steal and distribute a plagiarized copy for her manuscript, Barefoot in Heels."*

*"I, Kamala Harris had no idea what we were doing here today because I was brought up from the caves. Now, I realize it because Stanley told me I owe Pamela Chapman a reciprocity. I could not imagine what it was. We played one last game at Kundalini Crossing. All the players plus me had to play with the noise of the voice of her typing, and the entire Star Gate had to listen to it with terrible noise reception. No one knew what was happening."*

Becca Bertrand claims she could hear Pamela Chapman and Harry Gural talking openly, so could others. You all had privacy and she had none since February 4, 2021. Alberto Villodo created so much noise to destroy her. What was really going on? Kamala Harris and her full table all knew. No one told her one thing about anything. Alberto Villodo never told her a thing. It was Harry Gural himself who started to communicate to her on Sept. 30, 2021. That was when all the daily notes she had taken since July 2, 2021 all started to make ridiculous sense.

**8:56PM**

Quentin Warren never has to do a damn thing even though he became a kundalini initiator. Suzy Warren, his wife, had been here several times. No one told him she already knew how to play. She convinced her husband to get initiated so they could play kundalini games at cocktail parties in the future. They are Social in Newport. His grandmother, Katherine Warren, founded the Preservation Society of Newport County.

Harry Gural: That is never a good idea.

*"I, Harry Gural will never ever play Kundalini Crossing games publically with anyone anywhere not even Pamela Chapman because if I start playing out there, I will never get a handle on how to manage myself again."*

Yet he did.

Bethany DiNapoli claims, *"My 19-year old daughter told me to go screw my butt off because no mother needed to say the things I said to Harry Gural or about her father, my current husband. I will go down in Newport social history as a real jerk. I was so rude to Pamela Chapman, and she had absolutely no idea what was going on because we made so much noise for her at night so that she could never hear anything anywhere about anything. Alberto Villodo taught us all how to make the noise, and how to embed the noise so that it could never be undone."*

Monique Burgess:  I wanted Harry Gural all for myself and if I couldn't have him, I didn't want anyone else to have him either. So, I destroyed Pamela Chapman's book so much so that she would be destroyed. Harry Gural is never ever going to see her anyway.

*"Oh, yes he will, and he is …"*

Pamela Chapman
pmchapman@cox.net
401-662-9856

Monique Burgess (East Greenwich, RI):  I now will meet her through her attorneys. I will also never prostitute out my husband or my son to teach other kundalini exercises, especially on our house boat in the British and US Virgin Islands. We rent it out weekly through our daughter, first mate Cameron Burgess. I meant to do this once with Harry Gural, and he walked away from the business opportunity. I didn't offer him any money.

Kamala Harris:  I think that is enough to nail all of us.

*"Yes, it is."*

Kamala Harris:  Pamela, I promise to leave your ex-husband alone.

Stanley:  You also must resign your position as VP of the USA, but you will decide when to submit your paperwork and make the announcement on media television.

Kamala Harris:  Joe Biden does that for me. That is protocol.

November 4, 2021<br>**12:05PM**

Everyone has been watching Pamela Chapman from 6AM until now 12:05PM. What is this?

Harassment of Pamela Chapman until some ridiculous ending.

Harry Gural:  I told you before, if I never did not show up, I had three good reasons:
1. Tara Plochocki and her mother, Linda Plochocki
2. Kamala Harris
3. Richard Neal

Tom Hockaday **7:44PM 3-23-22** claims Gail Alfosin, 60, was at my house every day and eve night for two –three months. She is on the Newport Hospital Foundation Boards of Trustees. With Tom Hockaday and Bill Martin, she spent most nights listening to Andrew Parsons read aloud, *Barefoot in*

Pamela Chapman
pamelachapman@cox.net
401-662-9516

_Heels_. She was initiated into this whole affair early on, and was somehow overlooked by her use of a fake name. In the Thievery Ring, she only came for one or two months but not every day. Alberto Villodo does not really remember her. Bethany DiNapoli refuses to say a bad word about her for fear she has too much social power in Newport.

Pamela Chapman says, _"No way, Jose"_ to that social power. She is a corporate sponsorship staff person for the Newport Restaurant Group. She helps plan boat shows and other annual activities. She also teaches marketing and networking at Salve Regina University and URI, and hosts a radio show on our very local station, WADK. She is extremely outgoing. That blond hair gives her quite an advantage over all the others.

Tom Hockaday completely agrees with Pamela Chapman as she is a working class professional in Newport without any appearance with her husband anywhere and not with female friends on the nightly cocktail circuit. Pamela Chapman could be, but chose not to be. That is the difference. **7:50PM 3-23-22**

Bill Martin met Tara Plochocki twice.

Tara Gragg, 33 (IMC dancer) invited her. She said, _"You have to meet me in this special place because you will be astonished at what we do at night."_ That was all she said. Tara Gragg and Tara Plochocki became fast friends. So, when Harry Gural arrived with Tara Plochocki, they went straight to Tara Gragg and Tracy Jonsson. This made the Island Moving Company core group the foundation of the Thievery Ring Workgroup with Monique Burgess, Dominique Alfrandre and Bethany DiNapoli.

Peter Bramante, ED of IMC, was helping Andrew Parsons learn sorcery including energy walls, trance states, and other tools.

The Tuning Forks say Tara Plochocki arrived twice with Tara Gragg before Harry Gural arrived to meet Pamela Chapman. But everything fell into the rubble at the end of March, 2021. Everyone scrambled in April,.

Tara Plochocki said I met Tara Gragg without Harry Gural because there were a few weeks where we had extra time on our hands, and I said I'll do my own thing, and I did. He did his. That is how he eventually found you, Pamela Chapman. He was always listening to you anyway, Pamela Chapman. My mother can't get over how the two of you change each other's personalities. It is a shocking change, but that is what reciprocities can do for each other. 7:57PM 3-23-22

**12:27PM**

Jean Gorham made him check them all out online this morning and he agrees they are not your people or women he would date. Who is Gail Alofsin used the name Kristin Coates. She also appeared often as Kristin O' Shannessy. She was at Kundalini Crossing for sure from the start.

1064

Harry Gural claims they do this every day so that every night they get more Kundalini Crossing games and with each game they actually ply. The more you play the more you play.

Jean Gorham said asked Michael Harner, *"Why did you continue to always provide a platform for Harry Gural for Kundalini Crossing?"*

Stanley Chapman: It cost my daughter everything.

Esmond Harmsworth IV just admitted he has been working extensively with Roger Kass and Becca Bertrand to make sure you are unsure of yourself and unable to actually legally sue for the stolen manuscript, which he is directly responsible for.

If you wanted $50 million, it is because he and Harry Gural were always playing reciprocity games at Kundalini Crossing and making sure Harry Gural ended the night with Becca Bertrand, Jessica Hagen or another, to keep the two of you apart longer, and to make sure you were kept in the dark like a fool in Newport, RI.

Kimberly Witherspoon (Brown University, Inkwell Management Literary): Ask your lawyer to contact me because Esmond Harmsworth IV made a fool of me also so that he and Becca Bertrand could always play with Roger Kass so she could always have Harry Gural. He made Harry Gural think she was me and me her a few times at Kundalini Crossing. Then Harry Gural played "sex" games with both of us and thinking it was different people, but we were one and the same always as Becca Bertrand. He did different things with each of us. Becca Bertrand thought that was so exciting.

Harry Gural claims he was not just a fool, but also the joke. He played Becca Bertrand just as much as she played him. Harry Gural knows things about Becca Bertrand that no none should really know. If they sought to eliminate Pamela Chapman, they cut their heads off to spite their noses. No one really enjoyed playing unless they were hosed by either Harry Gural or Pamela Chapman. Becca Bertrand did this because she wanted to become Tara Plochocki in the next round of Kundalini Crossing. To her, that was where all the action was. **8:42PM 3-23-22**

Gail Alofsin said, *"Well, I never thought I'd be outed for anything, and I had a really good untarnished reputation in Newport, RI.*

Becca Bertrand claims, *"I will rip you to sheds because you are no saint, and I know more about you, and we are never finished destroying the people Pamela Chapman who destroyed you."*


**5:55PM 11-4-21**
Alberto Villodo is attempting to eliminate all the noise from Pamela Chapman's aura permanently. It is exceptionally layered. There is a base layer Alberto Villodo is refusing to remove.

Pamela Chapman
pmechapman@cox.net
101-662-9816

Alberto Villodo has a heart condition that was narrowed down months ago, but he does not take decent care of his health and body to eliminate it. Pamela Chapman has felt what his heart fells as if she were a human stethoscope. She also unconsciously mimicked his snorting of cocaine to demonstrate and validate that he was doing. Several doctors have identified the condition, but it is unclear if it is treated. He must stop smoking (cigarettes, marijuana, an vaping) as the first level of treatment. He goes through cycles of cocaine use. It is marijuana that he smokes daily as a practice, every afternoon. Pills are occasionally recreational activity, just not daily, he claims.

Alberto Villodo lives in a $20 million house just off Pacific Coast highway-1 near Big Sur, CA up the road from Jane Fonda, an south of the Bixby Bridge and Monterey, CA. He attended both college and graduate school at San Jose State, CA . He grew up in Brentwood, Hollywood, CA, near Kamala Harris' house.

Alberto Villodo started in the drug trade in middle school.  Don Miguel was the drug lord who introduced him to the practice. The drugs are carried into LA Basin at the harbor through immigrants from Central America that all ask for Lahore. They want to meet the whore of Lahore.

Laylah O'Tannenbaum knows this story as does Kamala's Table. Mark Halpern and Kamala Harris were extensively looking for the operations and background of his drug trade business. Laylah O'Tannenbaum knows very little about the drug trade. She is a fiction writer who likes to see these dramas only in certain kinds of movies. It is her interest in film that is her only entre into the drug trade. Alberto Villodo provided absolutely no background story or detail for her.

He promised to take she and her adult children to Peru in Feb 2022 to film a movie about shamanism and the Peruvian countryside. She name it *Global Mesa II* or something close. Kimberly Witherspoon, Inkwell Management knows all about it, as does Kamala's Table who were to the investors in the movie.


## 7:45AM July 22, 2022

I, Tim Hollister, esq. do solemnly swear the following to be correct:  All day yesterday, and then early this morning – right now, the following people colluded to put Pamela into physical torture-bona fide pain and suffering, but real bonda fide physical pain. If pain is in the intensity of 1 -10. It is a 10. It is Alberto Villodo, Andrew Parsons MD, and Jean Gorham, and Rusty Powell's guide. These people all colluded together to make her feel real physical pain because she refused to actually masturbate all those days, weeks, and months. Since last August or September 2021, Jerry Slocum said, *"Every day I will rape you— every day and every night, to prove I have all the power over you, and you have none. I will do this every day until you die."*

This pain was so bad Pamela could neither sit or lay down very long. The only relief was by standing up, but not for long. Yesterday, she created a standing typing station because she could not sit down. It was too painful. Then, it subsided a bit for a few hours as she spoke.

Pamela Chapman
pamelachapman1@cox.net
401-862-9516

Later in the evening it started all over again. It got removed by <u>Harry Gural</u> while she slept. It started immediately all over again this morning when she tried to have a morning bowel movement. It was a sharp, piercing, burning pain. She tried using petroleum- like creams, i.e. coconut oil and butter to sooth the pain. They did not work. The pain is inside. The burning sensation burns from a place inside the body to the outside but never appears outside. They are also playing with her rectum as if they are fingering it, in small waves. This is exactly what <u>Monique Burgess</u> said repeatedly she tried to do with her her vaginal area when she herself made it wet, especially when Marcella Lobo gave them a stronger incantation for it.

The pain comes and goes like waves, but really just like noise, and it comes and goes in response to the emotional reaction of some members of the <u>Thievery Ring</u>. The pain and sting ratcheted up, then it moves down, and then goes away. A few minutes later, it all comes back. It is the exact same process of the magic wand that several of them used to sexually assault <u>Pamela Chapman</u> every day for several months. It subsided for a while.

Now, they tried a worse scenario:  tying a piercing pain to a daily bodily function to prove they had the power over her. It is so painful she can barely walk this morning in her own house. She can barely stand. Yet, it is these very people who are responsible. They feel no remorse. They intended for her to have this pain so that she cannot legally sue them in federal court.

<u>Andrea van Beuren</u> said, *"It is because we know how to get out of legal conflicts in state court, but we will be found guilty in federal court, and the <u>van Beuren Charitable Trust</u> founded by my parents will fold by state law as a result of the actions of any malintent of my own mother, <u>Happy van Beuren</u>."*

Several years ago, <u>van Beuren Charitable Trust,</u> they claimed to have given away in grants, in four separate granting portfolios, over $100 million to Newport County. They are actively managed meaning they have a paid Executive Director, <u>Elizabeth Lynn</u> and several paid staff persons. <u>McBean Charitable Trust</u> and the <u>Prince Charitable Trust</u> are locally managed by family, and granted by family. <u>McBean</u> is out of California and has 5 local granting volunteers in a Newport Country fund, selected by themselves to make grants. The <u>Prince</u> family has an office in Chicago, but much money is locally granted by family members. Grants come from foundations. Donations come from individuals.

Currently, <u>Pamela Chapman</u> had said yesterday, if <u>van Beuren Charitable Trust</u> folds, they can give their endowment to the <u>Newport Hospital Foundation</u>, to have theirs folded in with others. <u>Lisette Prince's</u> family has a separate funding mechanism for Newport youth that come out of the <u>Newport Hospital Foundation's</u> endowment.  This local hospital is said to be <u>Happy van Beuren's</u> favorite charity. It is also a reason why they want to destroy the book, <u>Barefoot in Heels.</u> She dared to write a piece of fiction set in Newport, whose opening chapter takes place in a hospital. They do not like how the hospital was depicted. So, they set out to destroy the author.

If the author is to live over twenty years longer, the <u>Thievery Ring</u> wants her to feel this rectal pain every day for the rest of her life.

Pamela C Chapman
pmcchapman@cox.net
101-662-9916

Pamela Chapman is always saving other people, but who saves her?

*"We do,"* the Star Gate people said, including Tim Hollister, esq, Emily Parsons, William Parsons, Kathy Gural, Bill Gural and several others, including her cousins, Dan Brennan, Jim Brennan, and Bill and Judy Brennan.
The rectal pain this morning mimics yesterday's issue exactly, but more pronounced. More piercing more stinging.

Tim Hollister told Andy Parsons around 2AM this morning, if he does not retreat completely from this space, he will make sure he goes to a federal petitionary for his crime of murder #1. He seemed to comply, but not really.

Alberto Villodo claimed, *"I do not care. I am giving her all my money anyway."*

Andy Parsons often had the same sentiment. *"If I reach the same financial settlement numbers with you, I want to get my way until then."*

Then, Tim Hollister says today, *"I have the power to send you to federal prison for the rest of your lives."*

We have a problem with Harry Gural. Last night he admitted he didn't ever want to see you because of what he has done to you. You just want to see his face like a person in a court room to see if he is really who he says he is. Tim Hollister can make that happen through the legal system.

We learned every morning Harry Gural does not really bring you inside the Star Gate. Every night, he pushes you away.

Right now, in real time, she has to go to the bathroom, but if she goes, she will be in excruciating pain. Why go? It is a human bodily function. Andy Parson is a board certified anesthesiologist, he knows this.

People waiting for Pamela Chapman to arrive in the Star Gate now think Harry Gural has colluded with all of them, all this time, because Harry Gural always says, "I have an inner communications channel with Nola Ganem, Carrie Crosson, Bethany DiNapoli, Alberto Villodo, and Andy Parsons. Harry Gural always knows what you are thinking, and so do they. He has equal access through Rusty Powell III and Tameen Saied to any aspect of Pamela Chapman they want. He always has. He plays both sides. He always did.

Historically, the real point of the drama is to ensure Pamela Chapman and Harry Gural never ever get together. Tim Hollister says, *"I will make that happen."*

Federal judge, **Peter Cataldo says,** "I will make sure Bethany DiNapoli and IMC know they have done the wrong thing in this case because no one gets to repeatedly destroy another human being." This is just a new chapter to destroy **Pamela Chapman** anyway possible, but by her own doing. She is doing it to herself daily by going to the bathroom.

Pamela Chapman
pamelachapman@comcast.net
101-602-9870

This has Andrew Parsons' signature all over it. Additionally, Melchizedek told Pamela Chapman in December 2020, something about Andrew's health into the future. Grenville Craig and Sandra Craig witnessed it. Grenville Craig told the entire Thievery Ring every detail he could remember. Pamela would never have said one word. Because the whole world knew, Pamela tried to rechannel it, but did not get as clear a picture. It has to do with a health scenario for Andrew in 3-year time frame. They claim, he will suffer a condition in the rectum that will be quite painful. It may, or may not, be a fissure or a hole. He will need surgery. He will be in quite a state of discomfort. He is to live alone when this happens. He will not be able to work. He will need assistance moving his daily bowels in such a way that he would need to radically change his diet and his lifestyle.

If this situation with Pamela yesterday and today is a reaction to what Grenville Craig said was to happen, was it to make her live it instead? Andrew Parsons, Happy van Beuren, Kamala Harris, and Jean Gorham –and then by extension the entire Thievery Ring, wanted her to be completely incapitated by her own hand. Daily defecation is not what we interfere with, but as a medical doctor, he has no issue with combining sorcery with medicine for malintent.

At 10:17 when Pamela is editing this which was typed earlier—because there are typos, immediately her rectum starts to sting and has pain. Simultaneously, someone is doing something in her vaginal area, as if it is a pin prick in some location. These sorcerers refuse to leave her alone. If this is their attempt to get her to back down from editing this dialog to prevent her from filing a legal law suit in federal court, it won't work. Tim Hollister, esq. already said, *I will edit it myself if necessary.*" He will naturally edit down whatever he likes, anyway to fit his legal brief.

This is not a typical court case like a divorce or a complaint against another. This is federal court. He knows how to go to federal court. He has been admitted into two separate circuits and the Supreme Court. If these people don't stop, it is no longer a question of taking all your financial assets in a settlement, it now includes which level of federal prison you will report to. He will make sure you are prosecuted to the fullest extent of the law. 10:20AM

We add, that we now believe the entire Thievery Ring Workgroup is in collusion with Alberto Villodo, Andrew Parsons and Jean Gorham. Harry Gural is no longer Harry Gural. He is a now a harmonized triad with Alberto Villodo, and Andy Parsons.

We think there is a circuit that starts with Harry Gural who placed himself as a wizard in Pamela Chapman's 3rd eye. Whatever information he steals from her, he gives to either Alberto Villodo, or Carrie Crosson, Nola Ganem or Bethany DiNapoli. They in turn give it to Andrew Parsons. He makes a final decision because he claims he knows her best. Then, it all swings back to Harry Gural all over again. If Harry Gural wants to have any kind of relationship with Pamela Chapman, it must be in the physical face-to-face. She and he will no longer have access to each other in the realm of sorcery. If he fails to show up physically, then Tim Hollister will prosecute him to the fullest extent of the law also, because he has made some real choices that have tortured Pamela Chapman. It was not necessary to make these choices, but he did. Now, he has been attuned to play the sorcery game at a higher level. He has stronger sorcery skills than ever before. 10:25AM

Harry Gural is screaming, *"I quit, I quit."* Then, Pamela's rectum got an attack of pain, diffuse all round pain in the area, that ratcheted up to stinging and piercing pain. They are trying to merge her vaginal canal with her rectum to create a total painful "understory". This is because she refused to masturbate. Now it is one large painful attack vaginally straight through to the rectum, Nothing is protected any longer. Each hole in her body has been taken over by sorcery to make sure she has no power. This is a full physical assault in the first degree. 10:37AM.

I, Tim Hollister, esq. have head this happening in real time, and I will prosecute everyone to the fullest extent of the law possible because this is beyond the scope of any criminal act I have ever witnessed. It is completely unnecessary to do this to Pamela Chapman other than to make her a complete victim such that when she dies, she will have no hearing and no sight. This makes her dead on the other side in a way that she is forgotten by her own guiding realm souls. The only way to recover when you are dead, is for a Melchizedek guide to wake you up. She has done this now for over a half dozen people, all notables including two past presidents: Ronald Reagan, and Jack Kennedy, and his son, John Kennedy Jr. We all witnessed the Kennedy's last night respond to their father and brother. She also found Natalie Holloway, an American high school student who was killed in Aruba on a high school trip over a decade ago. That murder was never solved.

Murders, drowning, and other accidents and Alzheimer's take away your sight and hearing. When you arrive on the other side, your guide has abandoned the person, no one claims them, and they are left to be overseen by so called 'bandits' who never wake them up. They stay that way until, and if, they are ever claimed. The guiding realm never claims them. Their guides leave the realm. They do guide again, but that person doesn't necessarily reincarnate until they are woken up.

Pamela Chapman will never reincarnate ever again anyway because she is on an ascension path as an old soul in completion lifetime. The mission, the aim, appears to be to destroy her completely so as never ever to be awake on the other side, even though she is an enlightened Melchizedek clear channel. That would be their crowning jewel of accomplishment. No one and I mean no one has the right to do this to any person in any life time. So while you may have karma in the future for what you have done here in this situation, she will have nothing at all. We will prosecute, and I mean fully prosecute in a way you have never seen this lawyer prosecute before. I am Tim Hollister, esq. at 10:49AM, and I really said that.

They continue to play the make the rectum inflamed, painful, and stinging in the same way they played make her vagianally wet and run like a water faucet. This is exactly the same way: they turn her on and off like the wave of a pencil—the magic wand trick Harry Gural showed them months ago. But, the can play the same game without any wand. All they do is say, *"When I do this in my daily routine, you do that."* Or, *"When I look at that painting, you do that."* I'm in torture now, all over again at 10:54AM.

Jean Gorham will swear to it that Harry Gural did not do this. She said at 10:55AM, Jerry Slocum and his merry band of brothers did this. He wanted to rape her every day until the end of her life, until the day she died. I didn't' think it was possible, but he convinced me no one would ever be

1070

caught or condemned for what they did. This is a major piece of history that many people will never forget. The Witch Trials of Newport, Rhode Island 2021-2022.
**6:20AM**

In Feb 2021, Kamala Harris had no idea what Pamela Chapman was up to with Alberto Villodo, but since her book, *Barefoot in Heels* was the focus of the thievery inquiry of this Kamala's Table group, Pamela Chapman was dumped in Kamala's Table with Alberto Villodo. In fact, she only arrived with Alberto Villodo and almost always left before he did. She was never there alone without him. No one appears to know why. Kimberley Witherspoon also was there for all of it. So was Becca Bertrand, Roger Kass, Rusty Powell III, and Rusty Dorman/Bobby McDermott. Carrie Crosson Gilpin was added around March 3, 2021. She was brought in as a consultant sitting away from the board room table, and up against the wall in a folding chair. Tara Plochocki was said to be a sister of a contact from Riverhead Books. But no one understood who she was. A name was never provided. They say she was not actually there.

When Pamela Chapman brought Harry Gural to Kamala's Table around May 3, we were certain to have confused Kamala Harris because he replaced Alberto Villodo as her partner, not as Tara's Clyde to her Bonnie.

Alberto Villodo lied through his teeth about everything at Kamala's Table. He knew everything going on and mislead Pamela Chapman completely, even though he could have instructed, coached, mentored, be-friended something about the lying and thievery going on, but he did not.

Alberto Villodo said he was interested in seeing where it would all go. He said, *"I never intended to harm her."* Yet, he did extensively because after their small mentoring rite ceremony, he ripped her aura silly and spilled her awareness all over the Akashic Record realm. He implanted so much noise in her aura as his she could not hear. She could not read, wrote or think because of what Alberto Villodo had done to her aura. He unzipped it, and then stomped on it, an ripped it to pieces, and twice had it shaved which is an act of manslaughter. It is the 5th level of The Game – kill and destroy.

Her suffering was too much. Then the noises were added in May such that she would never hear to know what was really going on. He always said, he did it to protect her, but really he did it to protect himself because he has such low self-esteem and low self-worth that this is what he does.

Llama Nation claims Alberto Villodo only wanted Pamela Chapman to know a few details about Alberto Villodo and no one could say one bloody word to her, or else they would suffer the consequence of being kicked out of Llama Nation, and this was their refuge, their saving grace for during a peak of The New Age movement in the LA maybe 4-5 years ago. Llama Nation can only say, *"We are all available in a subpoena, but not publically."* November 4, 2021 6:34PM EST 3:34PM PCT

Alberto Villodo finds all of this interesting but it will never help Pamela Chapman find peace as I have embedded her with pieces of glass. No, embedded it with rocks. No, embedded with any piece

1070

Pamela x. Chapman
pmchapman@cox.net
401-603-8649

of anything he could find. These "rocks" are noise. He has embedded her with "noise". He taught all these local Newport thievery woman to ask daily for extra layers of noise and tight banding through a matrix so thick it is impossible to unravel. Sharon Ramel, Australia, Justin Romel's mother, had a layer of thrushes and rushes. she said, *"I had to remove myself as some reciprocity that says if Alberto Villodo had to removed them, it meant something terrible has happened to him."*

She has removed them twice so far. They keep returning back.

Bethany DiNapoli said, *"Don't let her stop hearing the Kundalini Crossing. We'd be too sad to see her go. We need it to play The Game."*

The train is the entrainment to a sound that like Pavlov's dogs, gets the mind-body addicted to the tag and chase game that reaches a climax in kundalini games and sexolini. It is precursor to Alberto's Villodo's sound/noise machine, and its variations on noise levels and how it pumps up one's energy levels to a climax. This is why Harry Gural finishes every night of Kundalini Crossing in an intimate coupling with the whore of his choice: he has to satisfy this climax.

Pamela Chapman said, *"Send all the noise to Bethany DiNapoli."*

She said, *"Ok, I'll take it."*

Then, Monique Burgess threw some stupid hat trick at Pamela Chapman for doing that.

Pamela Chapman sent all of that back to Monique Burgess to sort out.

Then, Pamela Chapman sent back to Carrie Crosson Gilpin some sound she is famous for sending to Pamela Chapman to sort out. These women throw so much noise at Pamela Chapman every day and night, it is time they learned what it is, and how to remove it for themselves.

Alberto Villodo has taught them much sorcery, as has Marcella Lobo. Yet, no one teaches them any discernment, nor ability to remove it. Now, Alberto Villodo is facing trying to remove a last few layers of understory noise in Pamela Chapman's and he claims, *"I don't know how."*

This is exactly what Alberto Villodo tries to avoid. He is famous for doing this, He thinks nothing of this.

Nola Ganem, his new shamanic wife, adored him. She wanted to be in his cocaine ring and also his Four Winds Society School. She is a Licensed Massage Therapist who sells chocolate flakes for the ever popular cacao ceremonies— yogic rituals of drinking chocolate milk as a form of community together. (see *Dave's Coffee Milk* for something similar). She is from Newport, RI and is 42 years today, unmarried, with no children. She wanted Alberto Villodo and Marcela Lobo to teach her all their sorcery, and they did extensively, but not how to actually remove anything, once intended and sent.

Alberto Villodo is famous for breathing through Pamela Chapman's nostrils in obnoxious exhales saying his name or Harry Gural's name repeatedly. It is quite a sorcery trick, and annoying as heck. He also enjoys talking to her in her urine streams. He refuses stop. Alberto Villodo hacked and took over. Any bodily movement or function he tries to take over and speak through.

Alberto Villodo also refused to stop watching her on sorcery remote surveillance. He has an obsession. He has watched Pamela Chapman daily from the start—she never knew this. He recently told her to lose some weight. It is because he is watching her in the shower. Gretchen Carlson/Fox News said, *"This is a classic Roger Ailes comment."*

He also connects these Thievery Ring women to his sorcery remote surveillance so they can all watch her together, especially in the shower, as if it some kind of sorcery pornography. This destroyed her sense of personal safety. He is always revealing he knows some details about what she is doing. He loves to play, *"Guess her weight."* He vies with Grenville Craig daily for who is the bigger "shamanic husband" of Pamela Chapman.

Andrew Parsons MD vied with Grenville Craig for who knew her better.  Neither are husbands. Both are pure harassment. Alberto Villodo, PhD. claims to have $50 million - $100 million in assets, with half potentially in land. His ex-wife, claims he has $300 million in assets. Grenville Craig has anywhere between $50 - $100 billion in assets after the latest bull run of the stock market.


**At 8:52PM 3-24-22**

Alberto Villodo on this night was told he would turn off his aura permanently. He refuses. The typing and knowledge of this information which was hand written on paper from the words spoken on November 4, 2021 is now repeated once again. He could have stopped it by turning himself off, and turning away. He refused. She cannot stop. It is how she will keep her life moving forward. **8:56PM**

To many people are nervous that you are writing a book here. Alberto Villodo refuses to give you any privacy. You have begged since a year ago March for your privacy. He refuses to acknowledge his role in giving it back to you, claiming, *"I need this – all of this for my own selfish protection."*

He claims, *"I have no other way to protect myself than to surround you with noise, take away your privacy, take away all your thoughts so much so that people no longer know what is your thought and what is a trigger of my own doing."*

Now he is too nervous to do anything. He said, *"I refuse to go to the caves."* **9:00PM**

He just admitted that he did all of the above as described on November 4, *"to annoy the hell out of her."* This is exactly the kind of self-incriminating evidence that earns people millions of dollars.

Pamela Chapman
pmechapman@cox.net
401-662-9519

I, **Alberto Villodo**, said, *"I refuse to stand down to her because in the interim I will end up paying her a lot of money, but I always told her I did not mind because I have no real children, and she does, and I never do this to women like her but something got out of control in me, and I could not help myself. I took full advantage of her, and now I do not know how to stop myself from saying these things."*

I, **Alberto Villodo,** *"I took such advantage of this women and her situation that now all I can do is pay her millions of dollars. She and I had such a good time talking. We had a no real sexual relationship of any kind. There was no sexual abuse of any kind except for what I taught to <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, and <u>Nola Ganem</u> that I colluded and stood by, and watched just like all the others. I never ever stopped them or her from helping themselves to harming <u>Pamela Chapman</u>."* **9:05PM**

Is that enough incriminating evidence?

What would you really like to say <u>Alberto Villodo</u>?

*"I am <u>Harry Gural</u>. I have a few you could say."*

<u>Harry Gural</u>:  <u>Alberto Villodo</u> always said you and he were never a couple.  He and <u>Nola Ganem</u> and <u>Monique Burgess</u> and <u>Bethany DiNapoli</u> became a couple. 9:06PM 3-24.

<u>Harry Gural</u>:  <u>Alberto Villodo</u> also said you never any privacy, and he had nothing but privacy, and he shared that privacy with the <u>Thievery Ring</u>.

<u>Harry Gural</u>:  <u>Alberto Villodo</u> is not a happy man. He is daily just sitting in his office hour-after-hour, and night-after-night. He claims he walks the beach in the afternoon to smoke a joint. He used to masturbate at night with <u>Marcella Lobo's</u> middle of the night group. That ended in April 2021. There were approx. 17 women that attended nightly. It ended each night between 3-4AM.

<u>Harry Gural</u>:  <u>Alberto Villodo</u> has worked so hard to destroy her, just like <u>Andrew Parsons</u>. How many times can you be killed in this realm without being taken out? Do you have 9 lives <u>Pamela Chapman</u>?

No, but it raised the question, is a kill a kill, or if you are forced to stay here, are you a prisoner with a dilemma?

**9:12PM**

*continued...*

Sealant Center, CA can't believe <u>Alberto Villodo</u> told you the land the institute is on belong to <u>Alberto Villodo</u>. He claims, *"They use the land free of charge."* One reciprocity might be that it can be used as a dispensary of cocaine to visitors who request the opportunity to buy and use illegal drugs.

Pamela Chapman
pmchapman@cox.net
401.965.9570

Where is the paperwork for the land? It is said to be held as conservation easement land that is unbuildable for residential dwellings.

Alberto Villodo has a strong interest in land conservation in California, Chili, and Argentina, but we digress.

Alberto Villodo is supposed to close down the Four Winds Society, a 15-year old organization. He is the founder. Pamela Chapman told him this just in passing conversation in Jan 2021, and then repeatedly. Marcella Lobo, the President of this educational foundation cannot be fit to run it, if he is ill or dead. He says this by his own admission repeatedly.

Marcella Lobo has a drug addiction. She does the product. She has had a nightly masturbation clinic and has had one for the past ten years. She invites her students to join in as appropriate. She sent Pamela Chapman a remote viewing screen of a woman's naked crouch back in March 2021. Alberto Villodo said, *"That is just Marcella Lobo's message to you. She does that to all the women who get too close to me—*

Alberto Villodo claims to masturbate nightly with Nola Ganem and Monique Burgess, and sometimes Nora Diedrich. However, Nora Diedrich claims to like women who talk, and we don't talk, because no one likes to be over-exposed.

Carrie Crosson Gilpin, Diane Crosson McEnroe, Cynthia Parent, and Alberto Villodo can't stand Marcella Lobo, and refuses to work with her for past dealings with her. Noam Zilberstein is said not to masturbate with them. Carrie Crosson Gilpin does sometimes.

Alberto Villodo wanted Marcella Lobo to become the go-to mistress of sorcery to form curses on anyone and everyone. No one undid the curses they created. He always uses Marcella Lobo as a front person in this capacity.

Pamela Chapman will never ever recover. Harry Gural will have to protect her from all these people he now knows and claimed to love between the sheets.

Harry Gural:  I have no sheets and no love for them all.  Pamela Chapman is my reciprocity of relationship and my sheets are her sheets after all.

All these notes are so incriminating and revealing. If she has 1,500 pages typed up, then it will be quite a reference document. Martha Cummings, founder of Universal Promise, Portsmouth, RI has 900 typed pages, and then stopped. She knows several of the children of the people involved through the private school system on the island.
7:08PM

Mark Halpern claims, *"I can't do a thing now because I am implicated in a fraud ring regarding the stealing, distribution, and plagiarism of Pamela Chapman's book, Barefoot in Heels. I can no longer get involved in a cocaine ring with Kamala Harris for Ways and Mean."*.

Pamela Chapman
pamchapman@cox.net
101-aa-3-074c

*"What do you think now?"*

Kamala Harris, you will resign the Vice Presidency of America within several months, not years.

Alberto Villodo will resign and shut down the Four Winds Society, hopefully by year's end. The DEA will never touch you, because Kamala Harris wanted that business for herself.

The cocaine distribution network is extensively at NBC/Universal Studios (Mark Halpern)

Kamala Harris as a ring leader said, *"I will never admit this in the media, Harry Gural is never going to admit that Pamela Chapman and he are one of the biggest dramas this side of the Rockies. I can never figure the two of them out half the time, which intrigues me to no end. I think the two of you have too much baggage to go together. Yet, I see you and he as a perfect Mr. & Mrs. Smith. So, one can never know. Yet, if he and you do ever get together far too many thievery women, will meet in their underwear."*

No, Tara's mother, **Linda Plochocki** claims, *"He is just a good soul who I destroyed, and yet he has a side of him I brought out."*

We are calling this 3 Enoch Chapter, *The Big Book Story*.

**7:58PM EST**.


Today, it is a cornucopia of sounds from several places. One is the Bixby Bridge waves but you cannot hear them, but it is because you like the Bixby Bridge.

The other is classic thrashing and rushes of anything one can find. But mostly it is in the hum of electric noise from appliances in **Alberto Villodo's** kitchen and two more: his bathroom shower, and his razor because he claims you can't stand to shave your legs in the shower.

*"No, not true."*

*"Not true? I see you in the shower all the time. It is what I do."*

Watch the people you spend the nights talking to instead.

Pamela Chapman: What is left of me?
Harry Gural arrived on his own as a reciprocity of relationship. Tara's mother, **Linda Plochocki** thought it was so odd, but a lie anyway and a good cover story. But after a few days, he was a different man, and I had to pull Tara Plochocki in, and tell her to fix it all.  She did.

**Linda Plochocki**: I was acting on orders from Kamala Harris to do the deed, and so I did. I get reimbursement checks occasionally from Ways and Means. Maybe a few thousand dollars

Pamela Chapman
pmschapman@cox.net
401-662-9536

apiece. Usually looking like an IRS check. Not really. Ways and Mean budget appropriations claims are highly classified, ok?

Why did you arrive this evening Mrs. Linda Plochocki of Gainesville, VA?

I have no noise machine but if Harry Gural makes too much noise it is because he and you can never figure out how to stop laughing in the bedroom. Ok, that is enough.

The noise is not for sale nor distribution, and will never be used again. So, just close one eye, what do you see? I have no idea. I see nothing. I see nothing with one eye closed.

No, nothing. I am a Melchizedek guide of sight, not a shamanic seer. Mine is more clairvoyant and not always present. They appear when and if they chose.

If both eyes are open, and I see something, I must then close one to see something else and I spend half the day looking through one eye. You get used to it. You can only see with one eye and usually in the dark. Harry Gural can do the same, but his sight is now gone permanently too because this is not Melchizedek sight and he is a Melchizedek guide who arrived looking like Metatron. 3 Enoch Stories from the Hebrew culture are all the same.

Alberto Villodo will dissolve the base layer of the noise. Yet, it suppresses aspects of his daily circadian depression. This noise is cyclical and never ends anyone who gets too close to him has to hear it.

Pamela Chapman. It is a form of scream therapy that allows him to scream without screaming.

Laurie DePaula, MSW, LCSW, Yale University: I can no longer consider how you dealt with the noise for four plus months.

Pamela Chapman. It is not in your ears, nor our head. That makes all the different. But, it is annoying as all heck. It bothers the nervous system and the metabolism.

Marcella Lobo:  Alberto Villodo has no real friends and he rarely goes outside.

Pamela Chapman: Maybe this is his mania or music that he dances to. It is a form of offensive bullying. It assures himself that no one will attack him. He claims he didn't like himself as Alberto Villodo, a Cuban-Malaysian with a Spanish-accented lisp. The **noise was and is how he controls people**.

It is his tool to exercise power over others. He never dissolves the base layer because he can't but you will never hear it. The base layer is what he gave to Bethany DiNapoli and Nola Ganem as their protection such that no one can aim their noise at them. They are now protected.

Pamela Chapman
pmchapman@cox.net
401.662.0516

It has been only one month since she began learning the truth and so much was pieced together because of that. <u>Alberto Villodo</u> did not have to do all that he did do in this dramatic 3 Enoch story.

*"We never admit that about a sitting VP, <u>Kamala Harris</u>."*

<u>Hilary Rodham Clinton</u>:  We will take care of all of this internally.

She always says that because there are so many considerations here that one never can anticipate, but once she is out of office, other indicators will occur.
**8:50PM**

# November 5, 2021
**12:44AM**

<u>Jean Gorham</u> helped <u>Pamela Chapman</u> to clear up that <u>Michael Harner</u> gave three reciprocities to <u>Jessica Hagen</u> to somehow have her seduce <u>Harry Gural</u> to teach him a lesson as to what he really wanted in life. <u>Pamela Chapman</u> broke that up. In the end, <u>Michael Harner</u> has stepped out of the guiding realm permanently.

<u>Stanley Chapman</u> suppressed <u>Harry Gural</u> and <u>Pamela Chapman's</u> together tonight. Then, in the middle of the night, <u>Harry Gural</u> went on a pre-kundalini game scavenger hunt for information –**a tag and chase game with the anticipation of sexual climax release as Kundalini.**

<u>Pamela Chapman</u> said, "We have all those answers already. It was revealed that at the end of the wind tunnel which is a passage way stood <u>Jessica Hagen</u>, <u>Kimberly Witherspoon</u>, and <u>Monique Burgess</u>, three women with futures <u>Michael Harner</u> wanted <u>Harry Gural</u> to be tested with, yet again. We put an end to that.

<u>Jessica Hagen</u> had put <u>Harry Gural</u> in a head lock at least twice, and worked to seduce him hard. She took <u>Harry Gural</u> to her gallery at 3:15AM one night, and told him he had to buy a painting. He said she knows all these sorcery tricks, but not sophisticated ones, through <u>Mimi Sammis</u> and maybe her daughter, <u>Whitney Hagen,</u> 20, and <u>Cole Burgess</u>, 22.

**1:04AM**

**9:00AM 11-5-21.** Saul says Pamela Chapman and Harry Gural won the war in the guiding realm of reciprocity of relationship.

It is akin to the third act of the Big Book Story because after Pamela disconnected Michael Harner from Harry and Pamela's situation, Kamala Harris, Bethany DiNapoli, Nola Ganem, and Monique Burgess, and Kayla Abbate were there to run a Caliphate Nation plot to abduct Pamela Chapman and rape her in the underworld. There is classical mythology on that topic. Pamela Chapman couldn't believe they could escape the underworld to abduct her, (they arrive somehow in the Upper realms to do it) but Donald Jagoe suggested that the two could be kidnapped, and lost in the underworld.

They surrounded Harry Gural and Pamela Chapman after 2AM until about 2:45AM and by 3:30AM when Pamela Chapman got up to go to the bathroom, Harry Gural knew it was not real. He just played word games and riddles with Pamela Chapman. They had a nice intimate time together with everyone screaming in Pamela Chapman's background—but not Harry Gural's.

About 5:45 AM when Pamela Chapman got up again, it was clear the gig was up.

It was declared that the two of them had a great intimacy of relationship that no one ever allows them space, the place, the quiet, the opportunity to have one.

Michael Harner wanted Harry Gural to be set up with Jessica Hagen last night and properly seduced. But, Pamela Chapman put a stop to that. This morning, Kamala Harris offered an incantation to erase the beautiful memory of intimacy Jessica Hagen thought she had with Harry Gural. Now, if that had been done after every night at Kundalini Crossing, so many issues could have been avoided. Instead, they all forced Harry Gural into false relationships with women he would never select, and they erased every memory of Pamela Chapman in Harry Gural to be sure they'd never be together anywhere.

Harry Gural's stock-in-trade was to always take Pamela Chapman for granted. He left her alone all the time, always preferring the company, the conversation, the activities, the events, of others. He said, *"She was too boring on her own."* The few times he showed up, they were beautiful moments.

Harry Gural claims your son said, *"Take my mother on a hors-drawn carriage sleigh ride somewhere in Europe (Austria or someplace.)"* Don't forget he was my footman in our last lifetime and you were my father, so horse and carriage rides are deeply engrained in us together. *"No,"* he said, *"Take her on a vacation of her choosing."*

Her daughter said, *"We need a reciprocity of relationship dinner party in later years. We have no one to invite now. She'd rather travel."*

Where does Harry Gural wish to go? I'm going with or without you. I'm coming....

Pamela Chapman
pmcchapman@comcast.net
857-002-9514

- He told <u>Monique</u> he'd go to Mongolia, and <u>Pamela Chapman</u> burst out, Tibet.
He told <u>Monique</u> he lived in Tibet, no Nepal for sure. He always felt this. <u>Monique</u> did much research and didn't get it.
- <u>Switzerland</u>
<u>Pamela Chapman</u> claims Switzerland, Austria, Italy, Nove Hrady all the same culture and basic geography.
- <u>Patagonia</u>
- <u>Costa Rica</u>
- <u>Alexandria and The Nile River</u>
- <u>Myanmar</u>
- <u>Istanbul</u>
- <u>The Orient Express</u>
The full ride.

What do you win or lose if you do not win the reciprocity of relationship war:  Humans vs. Guiding Realm?

- The human that is the victim has no control, but **<u>Pamela Chapman</u>** tried.
- A greater abundance in the life you have left.
- The absence of misery in that saddened you by the entire experience. **<u>Harry Gural</u>** says *"I completely understand. I left you alone every day for these thievery women, and all the world did was create curses against you. Those curses brought those thievery women closer to me and they tortured you. **They kept us apart with me and them together. They kept torturing you.**"*

If <u>Harry Gural</u> goes away, <u>Pamela Chapman</u> can't hear him. All the voices she could normally hear are muffled, so that she I could never enter the conversation. She is meant to feel alone in the company of others, and just turns away. All those people she becomes indifferent to, each and every one, and to each other.

<u>Harry Gural:</u> I know exactly what happened, you never ever chased me away. I went away because those thieves forced me into a different direction and no one appreciates love and friendship on its own merits.

<u>Kamala Harris</u> always does this. So, do <u>Nola</u>, <u>Monique</u>, <u>Bethany</u>, <u>Nora</u>. Yet, these women have their own relationships.

At one point, last night, <u>Pamela Chapman</u> called <u>Bethany DiNapoli's</u> son, <u>Luca</u> and her daughter, <u>Juliette,</u> to "**Come and retrieve their inconsiderate mother, a disrespectful, spiteful woman.**" She will find her husband's first name, <u>Chris,</u> and implore, *"Please all take this monster away."* Ditto for the several others.

<u>Andrew Parsons</u> claims he thinks you jump the chain of command to easily.

Pamela Chapman
pam.chapman@comcast
blog@24874To

1080

Pamela Chapman: Everyone was bought and working in the wrong direction. There was no bona fide proper leadership. The only way to get anything done in this case was this way, repeatedly proving to be this way. There is too indiscretion and mal-intention.

Harry Gural never told anyone to do anything fraudulent. In fact, he mostly said, *"Do what you think might be better."* He did more than that, Pamela Chapman says. He tried to get Google Books to change back the title and the authorship. It is better in a lawsuit this way.

- Holt Massey gave an edited version of *Barefoot in Heels* back to Esmond Harmsworth IV and said he'd get and ISBN number and sell it overseas in Hong King.

It came up in a conversation between Michael Holt Massey III and Esmond Harmsworth IV (after Pamela submitted her manuscript to Esmond in June 2019). Esmond Harmsworth IV suggested Holt Massey float an idea with Andrew Parsons to see if Pamela was done submitting the manuscript to agents or to private self-publishers. But the conversation went in a different direction.

Andrew Parsons was surprised Holt Massey knew so much about manuscripts and knew an agent. Also, he said, *"He could get can get me get a copy of the manuscript because he knew an agent who already had one."*

Holt Massey said, *"I can, but it would be a feat to get it submitted, because Esmond is the expert on all books about Newport, but he might be able to send it overseas,"* and Holt knew all about how to do that. Holt Massey got him the book in less than two weeks. He got the book around August 19th or thereabouts. Pamela Chapman submitted the query on June 21, 2021 and it all happened in the at time frame.

Esmond took the conversation to Holt who took the conversation to Andrew who took the conversation to all the physicians at Anesthesia Associates of MA, and then to Tom Hockaday's house.—**11:46PM. 11:43PM 3-25-22**

- Diane McEnroe: Google Play as Diane Gilpin.
- Monique Burgess: E-book by her as the author.
- Ross Musumeci, MD, MBA: AAM claims he tried to re-sell the manuscript himself overseas, but he didn't have any takers. He got a free copy of the pdf from Andrew Parsons.
- Steve Punzak, MD: Got his daughter to re-type it, and tried to resell it. He offered Pamela Chapman $3 million. He got a free copy of the pdf from Andrew Parsons.
- Laura D. O'Rourke, esq.: knows of some other persons via AAM who tried to take the manuscript and re-type it and re-sell it.
- Roger Kass: Does it sit in the Redwood Library now as someone else's re-worked material? Does Carolyn DuPont get a copy of Monique Burgess' e-book Barefoot in Heels by Monique Burgess? Yes, she does **12:01 3-26-22.**

Pamela L Chapman
pamelachapmanco@gmail
401-662-203 16

We—Andrew Parsons, Jean Gorham, and Tom Hockaday's house wanted the book to be so overexposed that no one will f'touch it, but that is not the case with books. It will be published because no one can stop reading it, and everyone wants to be the one to publish it.

Carolyn DuPont can no longer speak unless she gets herself an attorney because her daughter Alice Ross (NYC decorator) tried to edit the manuscript, and could not see how or where. She said, *'It's ok to print up several copies."*

Carolyn DuPont: Claims it is in an e-book from Roger Kass that has different editing via Monique Burgess, Bethany DiNapoli, Dominique Alfandre, Nora Diedrich, Carrie Crosson Gilpin, Diane McEnroe, Cynthia Parent, Noam Zilberstein. (there were 25- 20 of them). Now, she has an original pdf, and at least two different editorial projects: one from the Book Committee and one from this Thievery Ring.

Carolyn DuPont:  I do not have a bond fide copy yet of re-worked material. Who is responsible for it? Where is it?

Elizabeth "Lisa" Alexander Goddard (Miss Porter's School, Sarah Lawrence, Syracuse University Journalism degree), has several retyped first pages. My daughter, Libby Goddard, (Miss Porters School) the English major is re-working the entire manuscript, but destroyed the tone and tempo, and no one really liked it.

Caroline Goddard (Miss Porters School and Brown University) claims she will never write anything ever again because Carolyn DuPont told her she, Caroline DuPont was responsible for destroying the book because *"No one liked it."* Carolyn DuPont and Happy van Beuren must be waiting for something. Roger Kass has already finished his Thievery Ring circle. Libby Goddard did a re-written copy. Alice Ross has a copy, plus three other people re-worked the manuscript, and give it back to Carolyn DuPont who gives them all to Rusty Powell III. Jonathon Karp picks the best one to send it overseas. Holt Massey is the agent who usually sends it overseas. Sandra Orsloff was retyping the pdf to send it overseas and stopped. Grenville Craig is the biggest stooge of them all. He missed the boat on them all.

Kate Alexander Fields (Miss Porter's School): She did an extensive copy, and no one really liked that one either.

*"No one will ever touch your book again because once you received the rights and permissions we knew we were all done."*

*"You had two years to play with it before that time line was done."*

Caroline "Dolly" Briggs (Miss Porter's School, Skidmore-no degree) got a copy form Caroline DuPont and has been working with Daisy Briggs (Portsmouth Abbey) to write the book. Not officially members of the Book Committee but would like to think they are. They occasionally get a copy of a book to edit, and let them come to some meetings but not all. *"That's is our little game to keep*

Carolyn Chapman
gmailchapman@comsus
Tel-602-957b

*people guessing about who is really in the group."* You really don't have 30-40 people, do you? Maybe 10,11, 12 or so. It was a dying breed that needed a resurrection. This other daughter team was also in the Thievery Ring Workgroup.

Caroline DuPont has no authority to do anything anymore, But what about Jim Ross, husband to Alice? What about the daughters? He refuses to comment (he's a Cravath Swain attorney after all). Yet, he is no longer involved. Yet, he knows these projects never die out. Who is in charge of this cultural transgression if Carolyn DuPont is gone? Alyssa Gadreau can never touch it because she is development. So was Carolyn DuPont Director of Development and Programming.

If you work in fundraising and you engage in fraudulent activities, the rules of professionalism claim you say, *"See you later alligators. I'm all done, all through, and all out with you."* In fund development, we don't engage in fraud to make it through the day, do we CFRE's? Since a fundraiser can't touch fraud, who is in charge of these book committee projects?

With Carolyn DuPont in charge of development for some time, on and off for 15 years, including a capital campaign or two, we had some fraud involved with our development director.

*"Oh, yes we did."*

How about Tobie Fields who was in charge of governance? Daniel Benson, Treasurer –Dorie's Husband, Anne Hamilton's Son-in-law? Holt Massey—Treasurer, and Sandra Orlsoff-Governance? We heard maybe a total of 30-40 people are on the Book Committee.

Nola Ganem, claims Alyssa Gadreau can work someplace else now, because as a licensed massage therapist, she said once she might like a job in fundraising, and asked Dominique Alfandre and Nora Deidrich about it.

There are three Ross daughters who were silently involved in the **Thievery Ring** Workgroup, working almost as spies alongside Daisy and Dolly Briggs and Monique Burgess and her crew.

- One daughter tried to sell the book to Simon & Schuster via Jonathon Karp at Kundalini Crossing. Emily Parsons witnessed it, and asked her hey, *"What's up?"* and she said, *"Oh, some all family business. It's nothing."* She didn't say anything more until someone else said *"I hardly think anything will happened, but you never know."* That was Wendy Schmidt. The daughter had a Kundalini moment with Harry Gural.
- Another daughter wanted to edit the book because someone had to do something important with it. She did not touch it because the mother edited it instead. She said, *"It wasn't worth it,"* is what they were all instructed to say. *"She tried her hand at it, and never got very far,"* she claimed. She said, *"She did not know what to do with it, and could not improve it at all."*
- Yet, **Rusty Powell III** will say, *"We took care of it the Kamala Harris way: Carrie Crossan Gilpin, Tara Plochocki, Harry Gural, Diane McEnroe, and Mark Halpern."*

Pamela Chapman
pamchapman@cox.net
401-601-0510

We don't want to be lab rats in your crazy human tests and experiments. We are human, leave us alone to our own abundance and put us together finally as close as humanly possible, and not less. **11:10AM**


**5:11PM 11-5-21**

The only thing to clear is the noise in <u>Pamela Chapman's</u> aura and every time we clear it, it reappears even stronger. Every day 50-100 layers of noise appear (not really it is an illusion).

<u>Christine Bush, esq</u>:  This is just plain harassment and US Trust will pay because <u>Kristen MacManus</u> always claimed the only way to stop the harassment is to become a client of US Trust. <u>Kristin MacMannis</u> began her career at US Trust in the marketing department. Then, moved to client services management. She is not a portfolio manager, just a fishing line for the branch in Providence.

In the land of milk and honey, no one ever leaves the entire story.


**9:17PM 11-5-21**

At about 7:30PM, <u>Pamela Chapman</u> was tired and decided to take a short nap.  As she attempted to sleep the noises were too steep. They got louder and louder.

Then, about 8:45PM, she knew unmistakably that someone was assaulting her body sexually. It started hormonally on the inside, and went to full body, vaginally. The ex-husband says, *"I know what happened."* What is it <u>Andrew Parsons</u> because now <u>Pamela Chapman</u> claims, *"I feel as wet vaginally as sure as if I had been thrown a volleyball up my vagina?* It continues this minute (9:21PM). She has absolutely no control over the situation. The in the aura is sharp, toxic, loud and dingy.

The background noise is <u>Carrie Crosson Gilpin</u> (<u>Andrew Parsons'</u> wife), her sister <u>Diane McEnroe</u>, and <u>Andrew Parsons</u>. Neither <u>Andrew Parsons</u> nor <u>Diane McEnroe</u> knew anything about this. <u>Carrie Crosson Gilpin</u> was told that it was her turn to finally get revenge on <u>Pamela Chapman</u> and <u>Harry Gural</u> for any and all things she needed revenge for.

What does <u>Carrie Crosson Gilpin</u> need revenge for?

<u>Carrie Crosson Gilpin</u> can never best <u>Pamela Chapman</u> for anything at any time, so a full sexual assault on her physical body proves she is superior to <u>Pamela Chapman</u>. **Pamela Chapman** has no skill to accomplish this on any person.

Pamela Chapman
pamela@pamelachapman.net
11-608-209*16

Carrie Crosson Gilpin had help from Roger Kass and Becca Bertrand. Becca Bertrand claims, *"She is not and never was involved."* Roger Kass wants to say the same but he cannot because Roger Kass is the only person who can take the blame for this whole scenario. Not really. Laylah O'Shannessey is now involved. That is Becca Bertrand because Laylah was your name and the last name belonged to Gail Alfosin at Kundalini Crossing, and she wanted to confuse people as best she could so this is the name she took to engage in a sexual assault because she said, *"We can get away with it like this knowing you could never figure it out."*

> Early on, it's a confusion with names. Later on, it's a confusion with voices. If we change the names, Pamela will never know who was here and who did what to her. No one will ever be caught, was the thought. Then it became, everyone spoke in a voice she could never decipher, himan or guide, nor gender revealed. No indemnity could be assigned. She could never know who to blame or who to shame, without the proper name or voice. Yet, they all have a voice in this dialog and eventaultyl they all confess to their independent alias, either because they want the credit for the rouse or because someone outs them and then they admit the game.

> This it the whoel crux of The Big Book Story and the confusion that a blwn out 3rd eye causes. But the writings here demonsitrate that whicl her third eye was gone, her ability her was not, and they all followed along. 2:39PM 9-27-22

Harry Gural is never involved neither is Pamela Chapman. That is because he too is being sexually assaulted. He is Pamela's 1st material witness. He knows experientially exactly what is happening in and to her body. He is a reciprocity of relationship and if she is sexually stimulated, then so is he. It is a double sexual assault in the 1st degree—that is penetration sexually.

It feels exactly like that in the vaginal area and includes her sexual female organs such as her "womb" and the hormones involved have overstimulated and released vaginal canal fluids and have increased blood flow to the area. This kind of assault never results in orgasm. It only aggravates her nervous system, her urogenital system, and the blood flow to the area only makes her want to urinate.

> [Note: You can't technically have an organism this way because it is the rise of the Divine Feminine energy in the body (male or female) and sorcery does not stimulate the rise of the divine feminine. it can only stimulate the rise of kundalini, but if you wanted to rally overstimualte someone a sorcery incantation can't form a distance invoke a curse of kundalini  energy to act on its own. These women often invaded the body to attempt to do kundalini dancing with Pamela but she was never initiated that way. Kundalini dancing by itself is never a sexual assault unless they do other things simultaneously, but woman to women is highly unlikely, and many of these women hd low energy such that their kundalini energy was too low to be effective at anything.]

She does not take these kinds of assaults and experiences lightly. Everyone was supposed to be quiet. Harry Gural knew at 6:30 – 7:30PM something might happen. He had no idea what was to come. No one said a word to him.

If Roger Kass commits sexual assault in the 1st degree with two people simultaneously, he will pay upwards of $500 million a piece, just for that one alone. He has the money. He also stole *Barefoot in*

*Heels*, the manuscript through Esmond Harmsworth IV, sat at Kamala's Table, and created a new Thievery Ring that resulted in an unauthorized edit and e-book by Monique Burgess and as Google Play book by Diane Gilpin, a pen name for Diane McEnroe.

He has two copies of this adulterated book plus their offer to make it published in Hong Kong. That is a rape of intellectual property. It's a double rape: intellectually property and physical. It's a simultaneous mind-body rape.

*"How far do you want to take it? Do you want prison time? I think I'm looking for compensation from Roger Kass starting at $2 billion. He has the money."*

Roger Kass claims, *"I can never repay Pamela Chapman at that level of money."*

*"But you can Roger Kass because this is not Happy Van Beuren's signature event. This is all you with the help of Becca Bertrand who thought she was signaling to Harry Gural to get on a boat ride in the US Virgin Islands to initiate a new person on Monique Burgess' vacation boat rental."* This is how they did it to that person.

They raped her vaginally while she slept so that she would be so f' moist she could not actually do any Kundalini Crossing because if you are too moist, Kundalini Crossing is too difficult to achieve. Pamela Chapman had to teach them all basic physiology to say, *"You can't do that."*

But that woman on the boat in the US Virgin Islands was a paying guest of Monique and Tom Burgess.

*"No, she was not. She was a person of social interest who happened to agree to be a case study in how it could be done. Harry Gural recognized the person. He did absolutely nothing to her."*

Wendy Schmidt now says, *"We have absolutely no business ever talking to you again because this woman and man are our plants to understand what Tom and Monique we really doing."* She and Harry Gural know each other, but would never cross the line with each other. No never. *"We just parted friends and say we never ever talk about this again except to an attorney of our abuse cases."*

This is all related to Roger Kass, Becca Bertrand, Monique Burgess, and Carrie Crosson.

Roger Kass want you to know, *"Are you are still stimulated Pamela Chapman?"*

*"Yes,"* at 9:40PM.

Harry Gural claims, *"I'm all in, and all done, so I can no longer play. But, I know how you do it to most women."*

Kamala Harris, Roger Kass, Becca Bertrand, Monique Burgess did this to Pamela Chapman sometime last month after a nap. She woke up this way and was also pulsing in three places- groin, her abdomen, and over her left eye brow. Kamala Harris eventually cleared it up.

Pamela Chapman
pamelachapman@comcast.net
401-662-0450

*"Are the same people involved yet again?"*

Only Roger Kass and Carrie Crosson Gilpin because Becca Bertrand took it to heart that if she is caught doing anything fraudulent, she will lose out on professional opportunities and advancements. She would be ineligible to be a development director, a major gifts officer, and executive director in the nonprofit realm industry. She claims, *"I have done absolutely nothing."* Not true. Roger Kass is protecting her and her all alone. She played under a different name.

Christine Bush, esq. Hinckley Allen has the same people in her notes doing this so many times. They do not stop. Are they drunk? High on drugs? Influenced by another person? Yes. Wendy Schmidt, and Grenville Craig's little sister who is Carrie Crosson Gilpin claims full responsibility. She cannot because Roger Kass is the only person behind all of this tonight and every night moving forward because if he is now the king, the leader of the newly re-initiated Thievery Ring of women, no one is pleased that Pamela Chapman is getting out permanently and so is Harry Gural. They get to leave to go to a Celestial Temple. It is history and a valid reproducible story. What is your story now Carrie Crosson Gilpin and Roger Kass?

Carrie Crosson Gilpin will work with any man to seek revenge.

Laylah Shamansky might reconsider the compensation package. Ok., $750 Million. We work in M & A, the Bear Stearns way, and in proper increments. That is Kamala Harris' thievery game with Pamela Chapman, and the way it was always played since last Feb. 2021. So, this is our game and this is not monopoly money. Just very wealthy people with billion dollar endowments.

Roger Kass, Wes U '84:  I am never going to understand how you and Ed Heffernan, Wesleyan '84 could work so well.

He was the best man at my wedding at Trinity Church, Copley Place, Boston. That was real. Are you Roger Kass?

Eaglebrook himself, the son, claims, *"If you are responsible dad, you must pay restitution because that is what you and mother, Andrea van Beuren, always say."*

It is still happening at 10:00PM.

*"What are you really doing Roger Kass?"*

Harry Gural claims: *"I know what you are doing, and it will not work."*

Roger Kass:  I know you are not really serious about Pamela Chapman. Why are you protecting her Harry Gural?

Harry Gural: Because we agreed that is why, ok?

Pamela Chapman
pamelachapmanevents.net
401-662-9546

<u>Roger Kass:</u>  I forgot you and <u>Pamela Chapman</u> agreed upfront, and then tossed it out after the fact.

<u>Harry Gural</u>:  She just told me, *"You are your own here."* That is ok. I know her too well now.

*"OMG so what will she now say, <u>Harry Gural</u>?"*

She will say, *"I'm too old for this bullshit, and I ain't got the grade sexually speaking, so don't expect her to get all excited or anything. She is just too old for this kind of sorcery."*

<u>Roger Kass:</u>  I am no longer playing <u>The Game</u> because when I play I over play my hand.

*"How can you tell?"*

I write too much down. I think I might have handwritten 60 pages today. No shit Sherlock. So, have all of us. <u>Pamela Chapman</u> maybe up to 70 handwritten pages alone today.

OMG. But seriously <u>Roger Kass</u>, what are you now doing because you will get thrown right out of the game. Just like at <u>Kundalini Crossing.</u>

<u>Pamela Chapman</u>:  My eyes suddenly are burning, and so is my vaginal area. Why is that?

We do not now know anything. Eyes are <u>Monique Burgess'</u> sorcery specialty, and so is the vaginal area. She is not doing anything.

It moved from sexual assault to harassment.

<u>Harry Gural</u> claims he has no feeling in his groin area at all. Someone is doing something, and the sound is strange. That is <u>Carrie Crosson Gilpin</u> and her sister. They will know the entire drama of <u>Pamela Chapman</u>. <u>Harry Gural</u> will recover beautifully. She will say <u>Pamela Chapman</u> admit to two abortions right away, Ok.

She says, "I do."

*"Who is the father?"*

*"<u>John Smith</u>"*

*"Where does he live?"*

*"Vernon, CT"*

*"How did you meet him?"*

*"At McDonald's restaurant over French Fries and a strawberry shake."*

Pamela Chapman
pmchapman@comcast.net
Jet no. 2-95 to

It went from there.

Where is he now?

The Hilton, Hong King. That is the last I heard from him.

<u>Roger Kass</u>: I can't believe my lights are totally out. I'm laughing my ass off.

Better to laugh your ass off then burn it off in the gym.

<u>Harry Gural</u>: <u>Pamela Chapman</u>, why do they do this to you and to me?

It is <u>Carrie Crosson Gilpin's</u> signature: assault, harassment, and abuse. She demands to have all the power and all the glory just like a Caliphate Nation person of leadership. But, she will blackmail you. <u>Pamela Chapman</u>, you are lucky you said right away, I play upfront.

<u>Pat Fernandez</u> claimed you and she were to be recommended for a medal of honor. You and <u>Roger Kass</u> for all your bravery in this story. You and <u>Harry Gural</u>. But that is not how all this plays out, <u>Pat Fernandez</u> because <u>Pat Fernandez</u> got away with everything but not anymore. They made her confess everything the other night. You couldn't hear it anyway. <u>Christine Bush, esq.</u> has the entire story. <u>Pamela Chapman</u> does not.

It goes something like <u>Pat Fernandez</u> wanted <u>Michael Fernandez,</u> the husband, to get a position in the Biden-Harris administration. When she learned, there could be a Super PAC of individuals, she wanted to play.

*"No, <u>Kamala Harris</u> specifically asked her if there were any people where <u>Pat Fernandez</u> lived that wanted any special projects done that included special conversations."* She, <u>Kamala Harris</u>, always asked in the <u>Akashic Record</u> realm just like House <u>Ways and Means</u> did to have special conversations. <u>Christine Bush, esq</u>. does not know this story.

<u>Pat Fernandez</u> claims, *"<u>Kamala Harris</u> told <u>Michael Fernandez</u> an appointment could be forth coming, but to help it out, if he could put together a group of interested"*

*"No, <u>Kamala Harris</u> asked <u>Pat Fernandez</u> if there were any people she could bring together to discuss her candidacy of president specifically from Rhode Island?"* (She also had been living in Minnesota, and then moved to South Carolina). *"Since it was Rhode Island, <u>Gina Raimondo D-Governor,</u> and <u>David Ciccilini, D-RI House</u> would become involved. She immediately thought of a few people, but then remembered <u>Happy van Beuren</u> is a die-hard liberal."*

*"No, that is <u>Elizabeth Lynn, Executive Director, vbct.</u>"*

*"So, she recommended several people. After they got* <u>Happy van Beuren</u> *and the* <u>Hamilton Family</u> *got involved, a few others joined them. They talked about a special project together."*

<u>David O'Leary</u> says, *"That is not exactly how it happened."* <u>Pat Fernandez</u> asked <u>Lyndsey</u>, his wife in the <u>Akashic Record</u> realm, *"Do you have any interest in a* <u>Kamala Harris</u> *special interest group?"*

<u>Lyndsey Grant O'Leary</u> said, *"Yes,"* right away. She wore a check for $10,000, and then said, *"I want to play the Kamala Harris way."* So, *"We joined immediately. I initially found out about* <u>Pamela Chapman's</u> *manuscript on the second day. I thought it was a strange coincidence, but then* <u>Pat Fernandez</u> *claimed* <u>Pamela Chapman</u> *once told her she knew this guy who had this house on St. John's Island in a magazine, and he was a CEO. She said she dated him once a long time ago, so* <u>Pat Fernandez</u> *immediately filed that piece of information, and then went out and hunted them down, that is how all of* <u>Kamala's Table</u> *was put together."*

How did they find <u>Noam Zilberstein?</u>

<u>Andrew Parsons.</u> When asked, *"Who did she go to Israel with?"*

He said, <u>Karen Rothblatt.</u> He claims he remembers this now. It was December 2020, right after  the November 2020 presidential election and before the inauguration. He does not remember who he was talking to, he just answered the questions in the <u>Akashic Record</u> space. Then <u>Karen and Shlomo Zilberstein</u> were hunted down. (That is not how it went) <u>Pat Fernandez</u> will forever be known as the investigator because she will always slime out of the house before getting noticed, but not any longer because <u>Roger Kass</u> has had too many conversations with her playing out the <u>Kamala Harris</u> <u>Game of Sexual Disobedience</u> She claims she was never initiated into <u>Kundalini Crossing</u>. She said, *"I am a Twin Soul, and what you do to me, you do simultaneously to my Twin Soul husband."*

So, <u>Kamala Harris</u> left she and <u>Michael Fernandez</u> alone and she also left <u>Happy van Beuren</u> alone because of her age-80's.

Why do we need to know this?

Eaglebrook's father, <u>Roger Kass</u>, claims, *"I will not go down alone."*

No, <u>Becca Bertrand</u> is always right there with you. Not anymore. Her father came and claimed her right away this afternoon.

<u>Harry Gural</u> claims he heard <u>Becca Bertrand</u> say, *"My father just told me I have to ride the L Train home to Greater Boston. If I do not get the hell out of Newport, I will go down with the whole story."*

<u>Harry Gural</u> claims my sister once told me that <u>Becca Bertrand</u> was just a whore, and a tramp stamp. But, she actually decided after becoming a kundalini initiator to confess to <u>Harry Gural</u> that she and he had no real business together, and that if he and <u>Pamela Chapman</u> didn't actually make it, to call her up because no one actually believes <u>Pamela Chapman</u> and <u>Harry Gural</u> can have a real connection to each other.

Pamela Chapman
pamelachapman.com
Inl on 2019 tn

They can't now because they can never actually hear each other, but that is part of <u>The Game</u> of reciprocity of relationship. If you cannot hear each other, you cannot connect. That is what happens at <u>Kundalini Crossing</u>.

The reciprocity of relationship is a <u>Guiding War</u> between the victim and the guiding realm. If the victim can get the person, then the guiding realm had to stand down. <u>Pamela Chapman</u> got him several times. Then, she was ambushed over and over. The noise is so biting and stinging, sharp and cruel. That is <u>Alberto Villodo</u>.

<u>Alberto Villodo</u> told <u>Harry Gural</u> yesterday, *"I can never compete with the likes of you."* This morning, <u>Alberto Villodo</u> told <u>Pamela Chapman</u>, *"You and I could never get along like you and <u>Harry</u>."* No, that was <u>Andrew Parsons</u>. He is not a neutral person. Her children are so sick of this game, and so is the mother. The father can play all day. That is because he got every f'thing he wanted beginning February 4, 2021. It was nothing short of a total destruction of *<u>Barefoot in Heels</u>* and <u>Pamela Chapman</u>, the author.

<u>Beatriz</u> claims, *"No f'way, I say who, and who doesn't play, and who and to whom pays the price of privilege."*

Now, <u>Pamela Chapman</u> how many pages have you just written?

About 20. It's about 20 pages per conversation. <u>Andrew Parsons</u>, why write when you can just pay <u>Carrie Crosson Gilpin</u>?

<u>Carrie Crosson Gilpin</u> has a whole pile of pages, but will she even type them?

She started. Then, <u>Alberto Villodo</u> stopped her, and asked, *"Why are you still typing <u>Pamela Chapman's</u> work <u>Carrie Crosson?</u>"*

She can never admit she can't get a handle on you or your person, so who will ever dislodge <u>Pamela Chapman</u> and <u>Harry Gural</u> from their newly found privilege of irresponsible activity?

*"No one technically assaulted you, <u>Pamela Chapman</u>."*

*"Not true,"* she says.

*"We all agree."*

It was <u>Carrie Crosson Gilpin</u> who set it all up. Then <u>Roger Kass</u> with <u>Becca Bertrand</u> came. Then, immediately left when she realized <u>Harry Gural</u> was also involved. How did she know?

<u>Beatriz</u> told <u>Becca Bertrand</u>, *"<u>Harry Gural</u> is never going to meet up with you at Grenville Craig Crossing. You are too young for him."*

Pamela Chapman
pamelachapmanrecord.biz
Art on 26876

Pamela Chapman claims, *"But, I am too old for him."*

No, you are not because if your body can handle Carrie Crosson Gilpin's sexual assault, then you are for me.  Carrie Crosson Gilpin is also 61/62 but Andrew Parsons claims, *"My ex-wife never understood gross anatomy, only cellular biology. That was her stock-in-trade."*

Carrie Crosson Gilpin wants a medal for her bravery, because she married Andrew Parsons. That is just her loyalty to Kamala Harris. It makes for strange bedfellows, but really she finally got another piece of Pamela Chapman:  first the *Barefoot in Heels*, then Harry Gural, then Andrew Parsons. She should be in hog heaven with Harry Gural. He is a deep soul mate. Kamala Harris married Carrie Crosson Gilpin and Harry Gural for a nighttime tag and chase game in late September, early October. Just like Nola Ganem, she had the opportunity to tie herself together with several me of Pamela Chapman's life. And, they knew each other at ages 18-20.

Carrie Crosson Gilpin what is your final story with Harry Gural?

Carrie Crosson Gilpin:   I don't pay to play. That is my story.

*"No, it is Pamela Chapman's mantra."*

*"If you had the money, what would you say?"*

I'm Happy van Beuren/Andrea van Beuren and I will make a new publishing company at the Redwood Library and I will steal every book I want to read and redistribute it my own f'way.

Grenville Craig askes, *"Why can't the noise stop around Pamela Chapman?"*

It's obnoxious, loud, and dangerous to her mental health.

No one thinks Pamela Chapman is mentally imbalanced. Maybe Andrew Parsons for volunteering to Kamala Harris but never Pamela Chapman. She is now too fold for herself. She is just a realist. You were sold a bad bill of goods, and now they all left you for dead.  That is how you deal with each and every day. They play while you sleep.

Dan Brennan claims, *"No one cares what anyone is really doing every day. No one knows except for Pamela Chapman who can't do a thing without the entire world knowing about it in real time."*

Roger Kass, how much will you pay her in damages?

Roger Kass:  $9 million. That is what she agreed on with Sandra Craig.

*"That was an entirely different deal. You are out of context."*

Roger Kass: I will never pay $2 billion, but maybe $1.5 billion. We'll consider the offer.

Pamela Chapman
pmaychapman@comcast
401-662-9510

No one will really understand or know who paid you and who did not, except <u>Kristin MacManus</u> will always say something financial—so never go to US Trust.

<u>Kathy Abbate</u>:  Did <u>Kayla Abbate</u> play tonight?

She always plays her own way, every day, so who can really say?

<u>Harry Gural</u>:  She will never get out of <u>The Game</u> with some of these players, but that is her decision.

*"No one will ever hire her again."*

<u>Andrew Parsons</u> did not steal a book. It was given to him as a gift that others stole for him. He gets others to do his dirty work. It is still Grand Theft. <u>Pamela Chapman</u> never gets her hands dirty either. She never rolls in the mud with pigs. Otherwise she'd get dirty.

**11:06PM**

## November 6, 2021
**4:00 PM**

One of the biggest rats in this story: <u>Myron Gural/Michael Harner</u>, imposture of the perpetrator's father who leaked so much insider information, it almost cost both of them the entire story. He created a group of prostitutes to be the chosen women of his son. <u>Becca Bertrand</u>, 36, chose to be <u>Harry Gural's</u> wife, but he went to the Celestial Temple with the victim, <u>Pamela Chapman</u>. They are a deep soul mate story, and love their souls dearly. They just may not love and respect each other as humans.

Oh, yes they do. *"I'll prove it someday."*

Everyone wanted to start <u>The Game</u> all over again. They were forced to repeat a common cycle where the victim falls asleep because of the noise, and then they force <u>Harry Gural</u> to <u>Kundalini Crossing</u> and force him to play three games with the hope he sleeps with <u>Becca Bertrand</u> – the chosen one in the end. She is connected to <u>Roger Kass</u> and <u>Kamala Harris</u> as a female seductress facilitator in <u>The Game</u>.
>This almost like Tchaikovsky's Nutcracker. Clara falls asleep and has a dream. They all come alive when she is asleep.

<u>Pamela Chapman</u> woke up at <u>The Game</u>, and put a stop to the sorcery, then she ripped apart <u>Myron Gural/Michael Harner</u>.

Pamela L Chapman
pamelachapman@cox.net
1-1-06-2.93 [r]

After a long stretch, they flooded the plains with long hoses of water to reveal all the last rats of the story:  Becca Bertrand, Bobby McDermott/Rusty Dorman, Rusty Powell III, Kamala Harris, and Alberto Villodo.

Harry Gural claims, "I went completely quiet for about 2-3 days ago. Then, yesterday they ripped us apart. I could play Kundalini Crossing games, and have both masturbation and kundalini sex with at least one to three women, and not have Pamela Chapman know it because as a reciprocity of relationship, she would know right away what was happening to me sexually. Now, we can't seem to gain back our love and affection for each other."

The noise still has a Kundalini Crossing train whistle. It is a clarion call for initiating kundalini awakening, but with the wrong tool. Pamela Chapman said unmistakably this morning, *"Arriveing at Kundalini Crossing to have a master drill holes in a woman's vaginal area to have kundalini energy awaken is the wrong tool—at the wrong place at the wrong time with the wrong person."*

They claimed Harry Gural drilled holes in women with his penis, and was having sex with all the initiates.

*"Not so. He was using his kundalini energy to awaken the kundalini energy at the root chakra of all those initiates. It had nothing to do with sex at all."*  Those sex glands and fluids awakened by drills and penises is the opposite of kundalini. So, they were all prostitutes showing up almost naked every night, when Harry Gural and Pamela Chapman could be fully, and I mean fully, clothed to have kundalini move throughout each other's bodies.

I, Tim Hollister, esq. had a unique opportunity to experience what kundalini feels like in the body. Pamela Chapman played a very generic G –rated game in November 2021 of whirling circles in my abdomen and upper body so I would understand exactly what it feels like. It is nothing at all what we would expect, and is not a sexual energy at all. Pamela Chapman claims what I am sharing with you, I could share with a 6-year old. That is how benign this is if practiced in a different way than in this game. 6:55PM July 23, 2022.

*"One's own kundalini energy is never sexual energy."*

Kamala Harris, VP of the USA finally vomited Pamela Chapman after eating and said, *"You can never have her as your reciprocity of relationship. Harry Gural, usually when you vomit, you get three - six reciprocities for the experience."*

But his moral of the story is the flooding was not really water. It is a chorus of guides from the guiding realm side singing and chanting stories to flesh out those rats.

Pamela Chapman
pamela.chapman@comcast
401-662-0531

One more to go- Rusty Powell III refuses to leave. At age 79/80 years of age, he can no longer afford to live like this because he can be convicted of fraudulent money schemes, as the former Executive Director, National Gallery of Art, all House Ways and Means.

Instead of being giants and beasts, they are all rats in this story. Music can flood out and release the blockages. So, can water.

> The same thing happened on September 6, 2022. Music fleshed out a negotiation. Then we learned Alberto Villodo was the source of far too much sorcery that was not The Big Book Story. This story was full of sorcery rats, including Alberto Villodo and all of his minions.

Always let the energy flow in both directions—that is the reciprocity. It is never a one-way vector.

**4:40PM**

What is it with 40 days? A new learning curve and the time spent in the desert.

All journeys are said to take 40 days…

There should be absolutely no story tonight. If it starts, we will stop it. **Becca Bertrand** is in the caves. So is **Roger Kass**, who vouched for **Becca Bertrand** last night. It was Becca Bertrand and Monique Burgess who "raped" Pamela Chapman and tried to rape Harry Gural but he "covered himself in plastic wrap" and so tied his own defense.

So how did he solve it?

By playing out a role of his father, Myron, Harry Gural did not know Michael Harner was an imposture. He claimed, *"I want him to bed, wed, and shire Becca Bertrand's children, but Becca Bertrand is in love with Roger Kass, and her psyche was overwritten in all the places Roger Kass' name appeared with Harry Gural's instead."*

The same thing happened in reverse when Pamela Chapman's name was over written with every other whore's name. So, the names of several other women included Becca Bertrand, Monique Burgess, Carrie Crosson Gilpin, two of whom are have been married with adult children. 4:40PM 3-27-22.

What is plastic wrap Harry Gural? It is an action of **Harry Gural,** not the work of his guide, and no one should ever deal with **Monique Burgess** and plastic wrap because she will pull out every hair on your body if you say, *"But, I am wrapped in plastic."* It is like hot wax. She will rip it all off of you in some kind of movement of hers that is tied to you. It is absolutely aggressive attack. Her husband knows what that is. So, does Cole. She does it to make sure you know she is in charge of you. Who did she learn that from?

Pamela Chapman
pchapman@cox.net
(203)605-9550

It comes from Marcella Lobo because we all know that Marcella Lobo is the source of all demonic sorcery. Alberto Villodo coped up a confession a while back saying he is the good cop. She is the one who tries everything imaginable in the sorcery realms.

She calls it by a different name, (i.e. The Big Cover up, any name really with anything to completely cover the naked body.) *"I call it ripe my f'hair off my groin because if you don't strip for me, then I will strip for you."* It never came through Diane McEnroe.

If Harry Gural covered himself in plastic wrap to protect himself, it is so she could rip, and rip, until she was satisfied. Then, he was still covered in something. But, she had sorcery remote surveillance viewing, and could see, but not that. He was naked, but he was not, because he covered himself in plastic wrap. It prevents Harry Gural from being able to touch himself. Any physical erection is strictly in her mind's eye and never hormonal or actual for him.

He did this to protect himself spontaneously to the situation. **4:48PM 3-27-22.** No one ever knew how to protect themselves, but once you learned some things, you could improvise to another. He was good at improvising. He had a lot of experience, but he never said or shared one word of anything to Pamela Chapman. He never tried to stop or protect her. He claimed this was because he could barely protect himself, but he always did.

He always claimed, *"I do not know what to do for her,"* but he always knew what to do with the harem women because he had to pledge an oath of loyalty to them That was Alberto Villodo's idea –the oath. Harry Gural eventually unpledged himself, but his is how and why he pledged an oath to Andrew Parsons and Grenville Craig and all the Thievery Ring people toward the mission to search, destroy, and kill Pamela Chapman. He claimed he pledged an oath to that to protect himself just to get of the ring. It does not work like that. 4:50PM

At 4:54PM an actual person connected to Jerry Slocum stimulated Pamela Chapman's vaginal area... This happened every day since last August, 2021. Today, is March 27, 2022. No one takes credit for it anymore because it goes through the Thievery Ring Workgroup. They all say it could be anyone, and it is on a re-occurring pattern – an undulating rhythm of activity that never stops. Harry Gural claims he never participated. Yet, he knows everyone involved and how it was put together in the psyche channels of the Thievery Ring Workgroup. 4:56PM 3-27-22.

Yesterday, Becca Bertrand tried to best Harry Gural all day and stuck to him like glue just to try and seduce him.

Harry Gural claims today 6:17PM 3-27-22, Becca Bertrand, *"She did that all the time."* He figured it out almost right away, and often he had to promise he'd meet up with her later in the night to get her to out of his way. It didn't work because Pamela Chapman called her game. Yet, Kamala Harris was working to be sure they were stuck together.

Pamela Chapman
pmechapman@cox.net
401-662-9918

Case 3:23-cv-00424-KAD   Document 1-12   Filed 04/04/23   Page 96 of 100

Kamala Harris claimed, *"He protects her, and she lets him. He stands up for her."* Yet, she will sell him out cold altogether, if necessary.

**5:02PM**

On 3-27-22 6:27PM Roger Kass claims, *"That is me to a tee."* Harry Gural claims, *"That could not possibly refer to me."* To Pamela Chapman, it really sounds like Roger Kass, but that is not exactly how it was written down.

Harry Gural: She always intruded on me. She never gave me the opportunity to seduce her. He always made sure she had me first and foremost at the start of the night, so I could not be swindled by someone else. Pamela Chapman is not like this at all.

Roger Kass agrees, *"She did not really seduce me, we seduced each other, so if we incriminated ourselves it was me, and never Harry Gural. She always took advantage of him, Harry Gural, because we both worked for Kamala Harris, after all."* That is a fact. **6:29PM.**

If Kamala Harris tried to frame Harry Gural, she could easily use Becca Bertrand and Roger Kass. 6:30PM


## November 7, 2021


Barbara van Beuren Glascock, SVP, Newport Hospital Foundation

1. David Dinkins, who is Jonathon Karp, CEO Simon & Schuster: Esmond Harmsworth IV asks, *"Do you want it published overseas?"* He said, *"Hold off, I have an opportunity with Kamala Harris."*
2. David Dinkins, who is Jonathon Karp, CEO Simon & Schuster, Rusty Powell III: No f'way did I authorize this e-book or Google book, but that is what happens when other people got involved outside of the original circle.
3. Roger Kass: Because Happy van Beuren asked him to take care of it, no one expected the magnification of the problem. It's been done at least three times before, but not to this degree, and it was done quietly. No one could anticipate how outlandish this became. He and he alone is responsible for what happened in the book because Carolyn DuPont will claim no favors or anything moving forward, and neither will the Newport Hospital Foundation.

Pamela Chapman
pamelachapman@cox.net
401.662.9516

As indicated elsewhere, <u>Roger Kass</u> has said, *"<u>Happy van Beuren</u> had a $3 million dollar bet with me, or maybe we will call it a bonus, if the book were to make it full circle back to him as a stolen plagiarized book."* As indicated elsewhere in the same conversation, <u>Happy van Beuren</u> claims she would have paid upwards of $20 million to have this project go though as she intended. 6:38PM 3-27-22.

**Friday, November 12, 2021**
**1:16PM**

Last night, 11-11-21, <u>Pamela Chapman</u> created a new family –friendly kundalini game, suitable for any age and any person. She created: volleyball, soccer, chi ball fire ball. After <u>Pamela Chapman</u> went to sleep, it raged like a wildfire in the celestial temple. By 2:30AM, when she awoke, she was no longer **eligib**le to play the very game she invented. They made different rules, and she did not know them. They always fail to teach her, and they really didn't want to play with her anyway. They all turned away and back to their own groups. It turned out they all went back to the old illicit sex way, lickity-split. It happened literally overnight.

<u>Harry Gural</u> says, *"I know that for a fact. There is nothing wrong with you <u>Pam</u>. No one ever wants to play with you because they taught themselves not to because you were considered the bad person, the insult to <u>Harry Gural</u>, and everyone else at <u>Kundalini Crossing</u>."*

*She has to be destroyed by <u>Kamala Harris</u>, <u>Tara Plochocki</u>, House <u>Ways and Means</u>, the <u>Thievery Ring</u>, her ex-husband, and all the women of Newport, RI.*

I, <u>Harry Gural</u> *"have never appreciated the noise surrounding you until I was given it early this morning as a reminder that I refused to show up as your bona fide partner last night, the night before, and so many nights previously. I have enough sorcery tools to undo the noise. And now, I did that, it went straight back to you. I didn't care. You expected it to be quiet this morning, and it was not. I know you wanted to go shopping in Boston, but you never saw the weather, and it is a bad rain storm out there. It's not raining in Washington, DC today or most days."*

Last night I played your games for two hours. Then, I taught <u>Harry Kahane</u> some sorcery tools. His mother said, *"Why did you do that?"*

<u>Pamela Chapman</u> wanted him to teach her, *"Why not me?"* she cries repeatedly. No one ever thought to include her in anything. That was the culture even for her children.

<u>Harry Gural</u> said, *"I wanted to teach <u>Harry Kahane</u> to protect you, <u>Elizabeth Kahane</u> because I believe we were once married to each other,"*

Pamela's Journals
pamelachapman.com.net
Folio 2.0510

She said, *"Why are you unable to help Pamela Chapman? You were married to her at least once, and she was your daughter in your last lifetime together."*

Harry Gural:  It is because I do not know them, and I know you.

*"No."* Elizabeth Wright Kahane says, *"It is because you are a real to him."*

Bill Gural:  No.

Elizabeth Wright Kahane:   We are not real to him.

Bill Gural:  No, it is because he promised to help, show up for her, and to marry her, and because he feels pressured to do it, he refuses.

*"Yes. He can't stand feeling pressured to do anything. We thought Tara Plochocki and her mother, Linda Plochocki, and Barney Frank fixed that…"*

*"But, you arrived on your own on April 30, 2021 and promised to help as a shaman-sorcerer and you ultimately refused."*

Harry Gural:  No. I didn't have enough sorcery tools.

*"No. You have learned everything through Alberto Villodo and Marcella Lobo. You, and the Thievery Ring practice on Pamela Chapman."*

Pamela Chapman:  You brought all those whores into my physical house of residency. You broke in and went through my house, and my belongings several times. In the beginning, you brought Tara Plochocki there to hang out because you said, *"The piano room was much nicer than any house she had ever lived in."* You violated my space, my personal privacy. You lied and betrayed me. You are to blame for your own behavior. No one said you had to marry me, and you decided on your own that I was your perfect partner. You betrayed me with all the people I knew. They were never your people. Only mine. Now, I have no respect, no credibility with anyone, and you possess all of it. You are a piece of shit, Harry Gural. You will get a subpoena from my attorney.

Harry Gural:  I have no excuses except that Tara Plochocki's mother, Linda Plochocki did a number on me.

Pamela Chapman:  But yet you did a number on all those f women who you seduced every night between 3:15AM and 6:00AM. I hope you had so much f fun. You did not know any of them. I know all of them, and they arrived with an insult about Pamela Chapman to get into the game and practice.

You said, *"I am your f reciprocity of relationship and I'll marry you."*

Pamela Chapman
pmschapman@res.net
Interuptof16

<u>Pamela Chapman</u>: What a f'joke. You are a used rag to me. Go f' <u>Jessica Hagen</u> and everyone else. Oh, you already have in your mind's eye f'ed them, and if you did not, then they think you did. That is their f'truth.

<u>Saul</u> claims, *"No one will get anywhere writing."*

<u>Harry Gural</u> is just a f'piece of shit with too many excuses, and when he thought he was free, he hit the f'highway and never looked back. So, be f'free as a bird… and fly away.

This is similar to the March 28, 2022 conversation about honor, and how <u>Pamela and Andrew Parsons</u> divorce was all about a besting game of who could dishonor whom the most. Or, who could hold their honor while dishonoring the other. Or, who could dishonor the other and make them a thief and a whore. Once a thief always a thief.
<u>Harry Gural</u> tried to dishonor and disrespect <u>Pamela Chapman</u> publicly in Newport and beyond in front of everyone she has ever known or could know into the future. To be dishonored is to be destroyed and killed in the 5th level of <u>The Game of Sexual Disobedience</u>, and to win is to become the biggest thief of them all. So, the mission was to destroy <u>Pamela Chapman's</u> book, <u>*Barefoot in Heels*</u>, and then her person. The first in line was <u>Andrew Parsons</u>, then <u>Roger Kass</u> and a whole line of others including <u>Harry Gural</u> who thought this prior biblical knowledge of her was the token, the chit that would sink her battle ship and win the war for him best of all. Then, that would free him of <u>Tara Plochocki</u>, and her mother, except <u>Tara Plochocki</u> freed herself and left him in the game, stuck to re-play, except he was freed and never knew it, or never accepted it. He refused to allow those closest to him to pull him out of the game. He said repeatedly, *"I can handle it. I know what I am doing. I finally get it."*

No, you did not.

## Saturday, November 13, 2021

<u>Bethany DiNapoli</u> and <u>Monique Burgess</u> were on a rampage with <u>Harry Gural</u> and <u>Pamela Chapman</u>. They worked very hard to best themselves to win at every conversation and every besting game of thievery with <u>Kamala Harris's Workgroup</u>. <u>Monique Burgess</u> created an e-book of <u>Pamela Chapman's</u> book, <u>*Barefoot in Heels*</u>, and named herself as the author. She emailed it to <u>Harry Gural</u> and <u>Roger Kass</u> and send it from Solograndepub@gmail.com.

<u>Diane Crosson McEnroe</u> of the Workgroup created a digital book by a different name of the same edited version of the manuscript, authored by <u>Diane Gilpin</u>.

Pamela - Chapman
pamchapman@ymail.net
1-1-1-112-073 11:

Both of these e-books were the work of the stolen manuscript on behalf of <u>Happy van Beuren</u> and <u>Carolyn DuPont</u> of the Redwood Library. It came full circle at <u>Kamala's Table,</u> which <u>Pamela Chapman</u> was pulled into.  Not only did the e-book and a Google Play book emerge, but a 100-page screen play pulled together by <u>Carolyn Crosson Gilpin</u> which was sent to <u>Mark Halpern</u>, NBC/Universal Productions, Los Angeles, CA.

Saturday was a difficult day. The conversation initiated by <u>Bethany DiNapoli</u> and <u>Monique Burgess</u> was out of control. They appear to have no known boundaries. Each is married and has adult children, <u>Bethany DiNapoli</u> claims to have been married 21 years, and <u>Monique Burgess</u> 23 years.

<u>Monique Burgess</u> made outrageous claims to <u>Harry Gural</u>. She attacked <u>Pamela Chapman</u> for having a destiny in this drama with a destiny to be with <u>Harry Gural</u>.

<u>Bethany DiNapoli</u> last night (about 5AM) was found to be wearing <u>Harry Gural's</u> guiding suit given to her by <u>Michael Harner</u>.

<u>Sharon McMahon</u>, Wakefield, RI watched all last night as <u>Christine Bush, esq</u>. claimed she had been swindled into an attraction to <u>Harry Gural</u>, which was not real. Now, she claims she can no longer take <u>Pamela Chapman's</u> case against <u>Alberto Villodo</u>, as he is an as the source of all the sorcery.

<u>Pamela Chapman</u> has about 1,500 pages of untyped notes and almost 30 pages of typed notes. Her typing is very slow. She counted on <u>Christine Bush</u> and her associates to take appropriate notes the last week or so. They said, *"They did."* Now, <u>Pamela Chapman</u> claims since she stopped taking copious notes, she does not have the paper data, they do.

<u>Pamela Chapman</u> missed three important statements on Saturday. Do not forget that since at least Thursday morning, she had really awful leg cramps. It was realized Saturday night by <u>Harry Gural</u> that <u>Bethany DiNapoli</u> put a curse on <u>Pamela Chapman's</u> legs. The right one healed right away when they tried to undo the curse, but her left leg is having the same swollen reaction as a DVT, and she already takes the proper medication for it. So, <u>Bethany DiNapoli's</u> mal-intent and action (the curse) = gross misconduct (or medical malpractice if a doctor). Three things were said:
   1. <u>Bethany DiNapoli</u>:  I will slander and slaughter you unmistakably but I can always get away with whatever I say. No one can actually stop me because she was wearing <u>Michael Harner's</u> guiding vest.
   2. <u>Bethany DiNapoli</u> claimed she would actually kill <u>Pamela Chapman</u> outright if given the opportunity because she is in the way of a relationship with <u>Harry Gural</u>. No one said anything about <u>Harry Gural's</u> wishes or desires. It was raw competition between <u>Bethany DiNapoli</u> and <u>Monique Burgess</u>.
   3. No one can actually remember these counts, if we don't write them down, and <u>Pamela Chapman</u> counted on <u>Christine Bush, esq.</u> but did not realize the attraction she had to <u>Harry Gural</u> initiated for her by <u>Alberto Villodo</u>. He did that to bully her so as to prevent a lawsuit by her of sexual harassment and gross misconduct. <u>Christine Bush</u> kept saying, we have enough documentation, but poof not yet. Yes they do.

Pamela Chapman
pmchapman@cox.net
tel-nc2405to