If **Bethany DiNapoli** made one more claim of killing **Pamela Chapman** again, would that matter?

Yes, it always does. But, she didn't write it down, and **Harry Gural** didn't access it properly. An Associate at Hinckley Allen claims they have all the documentation, but not a signed contract which Christine Bush pushed away to pursue Harry Gural. Can they use it for Pamela Chapman? Yes, they can. She thought Christine Bush was gathering further data for her cases. No, it was for Harry Gural. Why did she ignore Pamela Chapman? Because Alberto Villodo put a curse on her that said: "No one will adjudicate against me, and no one will support Pamela Chapman in her claims." **Harry Gural's** (false) father wants him to marry **Becca Bertrand** and have nothing to do with **Pamela Chapman**.

Yesterday, **Pamela Chapman** and **Harry Gural** discussed an interesting scenario of an elopement – this after tearing into each other big time in the morning. After some long conversation about not wanting to go camping and hiking, and then find a judge in a town hall in New Hampshire, she said, *"This is what we could do: It is an Auberge Resort in Kennebunkport, ME."* One thing lead to another and they had a whole wedding planned at this resort. This made those thievery women whores very upset.

**Bethany DiNapoli** claimed, *"She would murder Pamela Chapman to make sure no one can ever have Harry Gural."*

They have now set a tentative wedding date of Saturday, February 12, 2022 based on astrology, numerology, and preference to get married right away. They can't do it for January or at the end of December due to venus and mercury retrograde periods. That is a no go!

**Harry Gural** claims, "**Kayla Abbate** made such rude remarks about Harry Gural living next door, **Pamela Chapman** said, *"I cannot have you living here. You would be in their house every night."*

Kayla's parents have been harassing **Pamela Chapman** and her ex-husband since they moved in next door in 2001. Kayla's father keeps saying they cannot play in the game because **Pamela Chapman** keeps getting too legal for them. Kathy Abbate, the mother, takes the daughter, Alish's name, and swindles **Harry Gural** into thinking he doesn't want at all to best **Pamela Chapman**. **Kayla Abbate** thinks she runs the Thievery Ring. She is 29 years old and works with her father in East Providence at Igus.

**Kayla Abbate** is often trying to masturbate and get naked with **Harry Gural**. Her mother tried to get **Harry Gural** to be a private concierge Kundalini Master to do a private kundalini practice with the whole family. This daughter is always trying to harass **Harry Gural** and **Pamela Chapman**, but differently, trying to "win" Harry Gural to destroy Pamela Chapman.

This led **Bethany DiNapoli** and **Monique Burgess** to ratchet up their game of besting. Yet again, **Bethany DiNapoli** claimed, "She would kill and twist Pamela's head," or something like that. The

Pamela Chapman
pmelchapman.com
401-662-0916

words are ludicrous and obnoxious, but these women kept saying, *"They meant it."* Maybe this comes from the books of spells found in, *Midnight in the Garden of Good and Evil.*

Harry Gural has three important things to write:

- He and Pamela Chapman will get married because he promised her. He will not let go of the promise. The first date is Feb. 12, 2022 and it is over Valentine's Day weekend because Mars and Venus and Valentine are transiting together. Other aspects of Harry Gural's astrology chart are good, and so is hers. If you know Pamela Chapman, this is absolutely imperative because she got married the first time on a Sabian symbol for a train wreck. This is not the case now, and he claims, *"It never will be again."*
- Pamela Chapman is terribly skeptical of all of this. Yet, he will prove he can muster the courage because after all she has the right dress bought for another occasion. It just has to fit, and it will, if we starve long enough. We will.
- If Harry Gural can actually pull this off, then Christine Bush claims, "I can no longer serve Pamela Chapman because the entire case was about winning Harry Gural for myself." He needs a male attorney because something similar happened at Sullivan and Cromwell. Why is this happening?  Because Alberto Villodo has been burying all kinds of embedded messages.

Jean Gorham finally admitted she was not properly advising Pamela Chapman nor Harry Gural. She had three guide keys of Harry Gural's and two more of Pamela Chapman's. Jerry Slocum had told her things, and she rarely admits what she actually now knows. Since Jerry Slocum is her Twin Soul, she can't do much to speak out. She could, but she does not.

Emily Parsons overheard some conversations with Donald Jagoe and when she went to check into it, she learned someone had been lying.

Bethany DiNapoli and Monique Burgess will stop at nothing to make sure Pamela Chapman is so tied up, and tied down, and strung out, that she can't do a thing, and to make sure that Pamela Chapman and Harry Gural have zero relationship and zero compatibility. They know so differently because they "dated" in college, and are deep reciprocity of relationship.

If Monique Burgess is all about masturbation and raping Pamela Chapman, Bethany DiNapoli is all about making sure Bethany DiNapoli herself, has all the leadership skill and abilities and, both women kept saying over and over, "They desire to tie Harry Gural up in the back yard, feed him soup, and make him "service" them, when they need it." Both women want to walk around Newport sporting Harry Gural on their arms.

> [**Note**: This sounds like what happened to Elizabeth Smart when she ws abducted by a couple in Colorado.]

They did the unthinkable over the last 2-3 weeks when they walked in to several establishments in Newport:  The Newport Mansions Store, the Cookie Jar, the Black Pearl, 22 Bowen Wharf, the

Pamela Chapman
pinechapman@cox.net
401-662-9916

Hospital, Curl Up & Die Hair, and about 20 other places. They claim they are there agents of <u>Harry Gural's</u> and are looking for reservations or information with regard to <u>Pamela Chapman</u>.

<u>Bethany DiNapoli</u> claimed, *"She needed a hair appointment for <u>Pamela Chapman</u>, and that she was <u>Harry Gural</u>."*

<u>Bethany DiNapoli</u> went to <u>Newport Hospital's ER</u>, and asked what could be done for <u>Pamela Chapman's</u> leg, admitting nothing, but said, she was there for a friend.

They are running around Newport as agents for <u>Harry Gural</u>, slandering him and asking as a favor to <u>Pamela Chapman</u>.

Someone said, *"This is crazy."* They all came out on Saturday. <u>Pamela Chapman</u> can't write it down. Now, she is working with 1,500 pages of documentation that is not yet typed up. <u>Hinckley Allen</u> takes her case. Someone will get back to her. We, <u>Hinkley Allen</u>, have all the notes now, not <u>Pamela Chapman</u>.

*"We can't ignore if someone calls and asks for a restraining order. These women are physically harming <u>Pamela Chapman</u>, and slandering a good name."* Don't forget <u>Monique Burgess</u> wrote an e-book and put her name on it as the author. <u>Kayla Abbate</u> has had an illegal copy of the book from before February 4, 2021. <u>Andrew Parsons</u>, MD, the ex-husband emailed <u>The Abbates</u> a copy as some kind of enticement to help him and <u>Cathy Wicks</u> shake her up on 2/4/21.

<u>Kathy Abbate</u> and <u>Kayla Abbate</u> were all at <u>Tom Hockaday's</u> house in Newport, RI with <u>Andrew Parsons</u> where he read that book nightly for weeks straight. <u>Pamela Chapman</u> had no idea.

If your leg is an issue, and it will be for at least six weeks now, then <u>Bethany DiNapoli</u> has to pay as it is about a particulate medical issue she triggered. When you trigger a physical event, the path of etiology is always an unknown that even a sorceress cannot control, and neither can a medical doctor. <u>Bethany DiNapoli</u> triggered a unique vascular problem. Both legs were affected, but differently. The right leg is fine and recovered overnight. The left leg is having a vascular response.

<u>Bethany DiNapoli</u> and <u>Monique Burgess</u> and <u>Kayla Abbate</u> (all Island Moving Company related) are all playing a sorcery game of cause and effect. <u>Monique Burgess</u> said, *"I was very inspired by the nonfiction book, <u>Midnight in the Garden of Good and Evil</u>."*

<u>Harry Gural</u> claims, *"If <u>Christine Bush</u> is a real partner at <u>Hinckley Allen</u>, she should have asked for backup. She arrived September 22, 2021 when <u>Pamela Chapman</u> sent her an email, with <u>Amey Cardullo, esq.</u> of Newport as a reference. The senior partner that <u>Trudy Coxe</u>, CEO of the Preservation Society of Newport County has worked with previously will oversee this. There is so much work here."*

<u>Pamela Chapman</u>, just type what you can. We will retrieve it as if it is all discovery material.

Should <u>Harry Gural</u> seek counsel elsewhere?

Pamela Chapman
pam.chapman@comcast.net
drpam5050.co

Yes, if he marries Pamela Chapman.

Pamela Chapman will seek counsel at Sullivan and Cromwell for 2-3 special cases. Someone said, *"They will take it, because if Jonathon Karp, CEO of Simon & Schuster wants to work that way, they will pay."*

"Pamela Chapman, you have an amazing ability to speak to these people."

*"Thank you. It doesn't always translate perfectly for my own benefit."*

*"It does not have to. You have what it takes to play a very high game. That is all that really matters."*

Pamela Chapman will stake a claim that in college Harry Gural did also. She is not understanding where he is now, except she knew that once his father stepped down and away, and now that he is wearing his own guiding robe, his personal agency will soar like an eagle. If I am wrong, I will be a monkey's uncle, which is what all those women said yesterday about a wedding.

It started as out as a *"Well, what if …., would you play…,"* and she said, *"I can't play that way ever. I play this way."*

It unraveled so much malicious action, including the fact that each woman especially Bethany DiNapoli, Monique Burgess, Kayla Abbate, Maura Lindsey have been over every item in Pamela Chapman's house down to the seams and a tear of a chair, and wondering where it is all bought. They claim to know the manufacturer and possible cost. Maura Lindsey of Tresor Estates tells them what the market valuation is. The amount of minute detail these women have under them is because they watch Pamela Chapman with remote surveillance like a hawk. Maura Lindsey made a list of her books in her office and other items. Then she researched them online.

Maura Lindsey claims partly because Pamela Chapman lives in a more bespoke world than a retail world. Her furniture was from catalogs of manufacturers and fabrics from other places—the customer's own material.

These women had no idea who Pamela Chapman was, but because she didn't always shop retail they were examining her with a fine-tooth comb. Her lack of privacy is unmistakably grave. These women will stop at nothing to use remote surveillance to study her every move and every detail. Harry Gural made it all possible for them from the start.

Hinckley Allen claims, *"They will take care of it."*

Pamela Chapman wants to pay her legal bill at the end. They say, *"We don't care about that. There is just too much billable work here."* Later on, Christine Bush, esq. walked away from all of that in a play for Harry Gural's affections.

Pamela Chapman
pamelachapman@cox.net
401-662-9510

## November 15, 2021

<u>Pamela Chapman</u>:  November 11, <u>Bethany DiNapoli</u> put a curse on my legs to make them infirmed and unwalkable. It produced a situation in my left leg akin to a DVT. The right leg was remedied immediately when someone spoke up for me, and she undid it. Not really.

Subsequently, <u>Bethany DiNapoli</u> also (12-15 November, but especially on November 13, 14) claimed she, <u>Bethany DiNapoli</u>, with <u>Monique Burgess</u> would "kill" me—<u>Pamela Chapman</u>, pound my head in, do anything to actually kill me as a besting game of each other to win <u>Harry Gural</u> as their lover.

It's pre-meditated aggravated assault.

The following three women require a restraining order: <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, and <u>Kayla Abbate</u>.

**6:02PM 11-15-21**

<u>Monique Burgess</u> created a loud obnoxious dunk tank **exclusively for** <u>Pamela Chapman</u> so she could be obnoxious with <u>Harry Gural</u>, and because *"I actually could,"* she said.

<u>Monique Burgess</u> said, *"Alberto Villodo did it for me when I asked him if it were possible."* All the loudness accelerated.

Dunk tanks had been banned. Yet, she feels she must censor <u>Pamela Chapman</u> because she can talk to high level people seamlessly, and <u>Monique Burgess</u> cannot.

All of this came from the guiding vest of <u>Michael Harner</u> to <u>Bethany DiNapoli</u>. Supposedly, she— <u>Bethany DiNapoli</u>, had all the power to create anything she wanted as a guide on the other side. Only <u>Alberto Villodo</u> knew of that power, and he usurped it. He took it, after <u>Harry Gural</u> tried to take it back. He is now wearing that guiding vest. <u>Harry Gural</u> learned he can no longer have it, because <u>Alberto Villodo</u> refuses to give it up. This is people misperceiving each other's misperceptions. No one actually had it.

<u>Alberto Villodo</u> stole the power from <u>Bethany DiNapoli</u>. She never knew. Now, all the power belongs to <u>Harry Gural</u>. No human can wear their own vest. Who can help <u>Harry Gural</u>? Who shall be a guide of a <u>Melchizedek</u> person when no one is there? No human should be that is for sure.

Pamela Chapman
pmcchapman@cox.net
home@cox.m

Who put these overzealous Queen Bees in charge? But really, who will sting herself repeatedly moving forward?

Monique Burgess is never important enough to be a true Queen Bee, just a wannabe 'Gossip Girl'.

She is just a cubical girl afterall.

**6:02PM 11-15-21**

Harry Gural never has to accept any noises or actions of Alberto Villodo or any of the Harem women.

He only has to admit that Carrie Crosson Gilpin has never accepted that she will never become his official lover or his actual legal wife. She wanted it so badly in the beginning back in May and June 2021 to be his wife and said, *"I would leave my husband for you, Harry Gural,"* and no one really understood any of this until it came out how guilty she was of being jealous of you, Pamela Chapman, and now that she has married your former husband— not once, but twice— and all she does is quiz him about you. You can see she is really married to him because it is about you and not about him. He will die not understanding what really happened here happened because of you and not because of him, and that will break his heart open, and maybe explain to the people who knew him best that he could never really know who you were.

She is extremely jealous of everything Pamela Chapman. She was the handler of her ex-husband who claimed he only wanted information about Pamela Chapman. So, did Kamala Harris, Roger Kass and Becca Bertrand. Carrie Crosson Gilpin tells everyone that he and she are lovers. This actually happened to Harry Gural. He claimed he long forgot, they were short-term married for a nightly game of thievery through Kamala Harris. She did not.

**6:41PM**

Pamela Chapman has so many notes, she will be overwhelmed to research them. The law firm claims that is our job. If she has 300 typed pages, 13 bound books and 500 loose pages with many quotations, she will never get these typed up.

**6:46PM**

Alberto Villodo: No one can come into my house at night because I am in my own dunk tank.

*"No, you are not."*

Alberto Villodo:  I sleep in Nola Ganem's house.

Pamela Chapman
pamelachapman.com net
(860)301-1110

*"Yes, you do. You always find a victim to live with."*

Today, she, Pamela Chapman, re-called Christine Bush, esq. and said, Monique Burgess, Bethany DiNapoli and Kayla Abbate need restraining orders, and here are some other works to get started on. Are you the right person?

Alberto Villodo was shocked about this.

Alberto Villodo will never understand how and when she does certain things. No one saw the impending wedding ceremony for February 12, 2022. Pamela Chapman and Harry Gural claim this could be the perfect solution. As a result, Alberto Villodo and the harem women all want to take them both out to task for this.

**6:55PM**

Pamela Chapman cannot hear a thing.

Bethany DiNapoli claims, *"That is exactly what we wanted to achieve."* Yet, it was Monique Burgess who did the deed.

*"Yes, but we all wanted it, so we all colluded together because if we do not stick together then we will never understand why Pamela Chapman and Harry Gural ever get together in the first place."*

Bethany DiNapoli:  You saw my photo on Facebook with Dina Karousos at a small gathering for her 50th birthday?

Pamela Chapman:  Why?

Bethany DiNapoli:  Because Nikki Lucenti claimed you and she understood something about my appearance.

Pamela Chapman:  Why do you ask?

Bethany DiNapoli:  Because I look like a pig or something like that.

No. it's because she didn't have time to groom herself head-to-toe. No one in Newport dresses like that, and the fit?

Her pants never fit properly, they are the wrong drape and her belly is always hanging out. The weather is all wrong, and well the face and hair are unsual.

If you didn't know Bethany DiNapoli…

Pamela S. Chapman
pmschapman@cox.net
tel: 401-662-9516

<u>Pamela Chapman</u> would think she has no personal wellness or grooming abilities. It is a focal concentration of a personal branding nature. She is holding a glass of alcohol.

If you and she were married to each other, <u>Harry Gural</u>, what would you say to a woman who worked so extensively with you?

<u>Harry Gural</u>:  Since she knows <u>Bethany DiNapoli</u> personally, I'd say you know her one way, and I know her another. Yet, why did she actually get photos like that?

<u>Pamela Chapman</u>:  That is how she always looks around town unless she is dresses up.

<u>Harry Gural</u> saw two very recent photo images of <u>Bethany DiNapoli</u> and <u>Elise Fagnoli</u> on Facebook as directed by <u>Pamela Chapman</u> and he said, *"These women really are not my people at all. I am never attracted to women who look like this."*

<u>Pamela Chapman</u> said <u>Kathy Abbate</u> looks a bit like <u>Alish Abbate</u> in style and also like <u>Elise Fagnoli</u> without the cheek and lip implants.

<u>Harry Gural</u>:  <u>Pamela Chapman</u>, there is no f'way I am ever attracted to woman of this nature ever, not now not ever. Sorcery remote surveillance doesn't actually reveal enough detail to see them as they really are.

<u>Pamela Chapman</u>, do you have to be so descriptive?

<u>Harry Gural</u>:  Yes, she does. She captured them perfectly.

<u>Nikki Lucenti</u>:  I cut my hair.

<u>Pamela Chapman</u>:  I noticed. She was the second to the left. They are real estate agents and business partners. It's a Sotheby's marriage of transaction.

<u>Harry Gural</u>: I saw exactly what you saw, precisely what you saw, <u>Pamela Chapman</u>. We can get married because we understand the same values of grooming and relationships. Yes, we work at it every day.

**7:24PM**

<u>Pamela Chapman</u> is online shopping for Christmas gifts and ideas from Facebook which she never does but she has found something, and if we get married, <u>Harry Gural</u>, I will buy new bed sheets and you can actually open the package.

He accepts the offer of super clean sheets and new towels.

Pamela Chapman
pm.chapman@cox.net
860-662-0410

*"We can buy the towels together."*

*"No,"* he says, *"You buy your own towels and only monogram your name. It might give me hives or something,"* says Alberto Villodo.

*"No, it's Bill Gural, hives?"*

*"Ok, you and I will pick out the monogram lettering."*

*"Now, is there a difference in style here?"*

*"You bet there is."*

Bill Gural sees it right away, and there are 15 more just like that of harem women in Kamala's Workgroup, and they don't understand a monogram at all, do they Jean Gorham?

Ruth Gural: No problem, Pamela Chapman. You're in the family now. Never apologize because Harry needs a cold splash on his f face but so did his f father, and this is all his (fake) father's doing. I, as Myron's wife, cannot say how long it took us to see what he saw, but we finally broke through.

Harry Gural said, *"I have my personal agency back,"* and Frances did it for him. The key was to say to Alberto Villodo, *"You are dead to me, and I am dead to you, and you are dead to Pamela Chapman, and Pamela Chapman and Alberto Villodo are dead to me and so is the entire Kamala's Workgroup because I could not even stomach Tara Plochocki."* Neither could we.

Ruth Gural: Why did this take so long?

*"We can't say other than Alberto Villodo can no longer come here ever again."*

Harry Gural: Now that I am in charge of my own guiding robe I will never ever allow any other person to control me, not even my f wife.

Pamela Chapman: That is not a problem. It is a real reciprocity and you owe me, not the other way around.

Harry Gural: I know that. Alberto Villodo, didn't understand you would legally sue him, or take out a restraining order on him. His mistake.

Emily Parsons: He can never come out again (from the caves) because if he does the entire guiding realm will now notice exactly what he does. He starts with one woman in the Thievery Ring, and moves through them on-by-one. By the time you notice what happened, they all have the entire skill set. That is what happened with this dunk tank noise.

Pamela Chapman
pmchapman@cox.net
101-202-0510

1110

Elise Fagnoli:  I really like my look. Some are claims Pamela Chapman said you would never get a job from me in consulting past the secretarial typing pool looking like that no matter what your educational degrees.

Jacque Crenca, past president of CH2M HILL International, agrees.
It is just not the best understanding of corporate image. I don't know what is, but Bethany DiNapoli claims I never needed a corporate image. Elise Fagnoli claims Bethany DiNapoli is her own worst enemy because according to Pamela Chapman, Bethany DiNapoli talks too long and too fast in board room meetings. She claims to be an Executive Director coach to nonprofit board presidents. The nonprofit she founded is an illegal 501(c)(3). Bethany DiNapoli

People, you make up your own minds but for Harry Gural and Pamela Chapman there is no energy of coherence with women like that, ok Bethany DiNaploi?

*"Yes,"* she say.

Harry Gural: We can't keep you writing. Yes, we can't figure out how to stop the dunk tank. It's rather easy. Who is doing it?

It is a set point for every evening now moving forward, just like Alberto Villodo's noise bands.

*"Who is at the base of it?"*

This is searing energy because Alberto Villodo stuck a pin in you.

*"No, he did not."*

Beatriz took that pin out and Alberto Villodo put it back in yesterday to say, *"Pamela Chapman, you will always be treated second class just like Marcella Lobo, Leora, and maybe Nola Ganem someday, because when I finish with my women I excoriate them. I actually try to kill them somehow so they can never ever strike back, but you were always different, and I knew that. Yet, I did it anyway.*

**7:43PM**

Alberto thought Bethany DiNapoli was as demonic as he was, which is why he said he could marry her long after he said he would never marry anyone. He wanted her to have all of his sorcery tools. He transferred a base level of noise to her. She could not hear it, but she became it overnight, someone said. For her to order "kills" is synergistic with all of this.

Pamela Chapman:  Alberto Villodo, I am indifferent to you, and I will sue you. I will get a restraining order taken out just to prove I am serious about my intentions moving forward.

1110

Once Macklin said, *"You will need a restraining order on everyone in the Thievery Ring."*

Harry Gural said, *"That is the best strategy moving forward,"*

Christine Bush said, *"I knew it all along."* Yet, she did not offer that.

Since you and she had no official contact, she could always walk away, but the law firm now says, *"No f'way do we walk away because if Pamela Chapman can't remember the firm's name, she will always remember the it took three law firms to get one to actually say yes, Hinckley Allen."*

There is no problem in the realm any longer because Christine Bush claims she never understood your relationship with Harry Gural, and since he is 63 years today and you are 61, and you actually dated in college she could not understand this drama.

Christine Bush:  I was married to Harry Gural for several weeks.

*"No, you were not."*

Alberto Villodo gave her reciprocity of relationship feelings, or some magnetizing attraction through sorcery. He must make restitution for all of that.

*"No, he did not."*

Harry Gural had no idea. *"Michael Harner said that belonged to Becca Bertrand."*

Harry Gural and Pamela Chapman are actually a true reciprocity of relationship and don't require sorcery to create anything. Theirs is authentic without false ties, false bonds, or false interactions.

Christine Bush, esq. Ok, only because you now know the difference.

Harry Gural: My father, Myron/ Michael Harner really screwed me terribly, and no one understood me like Pamela Chapman did. She was the only person to stand up for me repeatedly saying, *"Wait. That is just not who he claims he is."*

Pamela Chapman:  They are always silently asking me personal questions.

Harry Gural:  Get the f'out of here right away, or I call the cops.

It's Bethany DiNapoli and Monique Burgess and several others who wanted to peek at Pamela Chapman's computer screen through sorcery remote viewing surveillance.

Alberto Villodo said, *"No, it is not your taste or style."*

Pamela Chapman
pamela.chapman@voo.net
[illegible]

<u>Emily Parsons</u>:  I could f' kill these people. My mother can't buy anything for herself or another. Why do you do that, <u>Bethany DiNapoli</u>? Because, you have not the same taste, class or grace?

*"It's because of that."*

*"No, it is not."* <u>Bethany DiNapoli</u> wants power over <u>Pamela Chapman</u>, and she had it wearing <u>Harry Gural's</u> guiding vest from <u>Myron/Michael Harner</u>, but not anymore.  <u>Frances</u> taught <u>Harry Gural</u> a few tricks, and here is one of them.

<u>Elise Fagnoli</u>, <u>Bethany DiNapoli</u>, <u>Pamela Chapman</u>, and <u>Harry Gural</u> are indifferent to you, and you are indifferent to us. You will be legally sued and held personally liable for a whole lot of issues right away today:  <u>Bethany DiNaploi</u> her left leg, and <u>Elise Fagnoli</u> her book, but the book is a whole collusion with everyone.

<u>Elise Fagnoli</u>:  No f'way I just…

<u>Harry Gural</u>:  There are no but's, and we were all there and so were you. <u>Bethany DiNapoli</u> was a ring leader, so were you, <u>Kayla Abbate</u>, <u>Carrie Crosson Gilpin</u>, <u>Diane Crosson McEnroe</u>, <u>Nora Diedrich</u>, <u>Dominique Alfandre</u>, <u>Cynthia Parent</u>, <u>Noam Zilberstein</u>, <u>Tracey Moore</u>, <u>Tracey Jonssen</u>, <u>Tara Gragg</u>, <u>Jana Hicks Jagoe</u>, <u>Dolly Briggs/Caroline</u>, <u>Daisy Biggs/Skelly Briggs</u>, <u>Nola Ganem</u>, <u>Tara Plochocki</u>, <u>Maura Lindsey</u>, <u>Allegra Chapman</u>, <u>Antonia Chapman</u>, <u>Elizabeth Ross</u>, <u>Virginia "Tully" Ross</u>, and <u>Harlan Ross</u> and more. We don't want you all to think we forgot, but we do, so we look at our notes, all 1,500 pages of them. Because, if we long forget what we did, it will show in the dialog.

<u>Harry Gural</u>: I never thought I'd say this <u>Pamela Chapman</u>, but I love you now more than ever because you never ever waivered. I did not hear you properly. Now the others are made out as fools, and you are not.

<u>Harry Gural</u>:  We will be married next year. If we have to wait for all the restraining orders, we will. We will personally board up the entire place, permanently, if we have to. They do not mind because if Auberge Resorts benefits from this exercise, we all did.

<u>Pamela Chapman</u> said right away, *"We do not camp out, and we do not get married with a preacher over Skype. We do it right."* Pick one of the following: Washington Inn or Kennebunkport, Maine. Pick one. That is how you do it, if you want to elope.

She can't pick Newport because she is already here. She and <u>Harry Gural</u> have to go someplace neutral and then arrive back married. There will be no crossing of the property boundaries with the <u>Abbate</u> family who tried twice over the last several days to abduct <u>Harry Gural</u> for private kundalini practice despite <u>Harry Gural</u> saying, *"No way, Jose,"* to everyone.  No one understood that he and <u>Pamela Chapman</u> have a reciprocity of relationship such that he and she are the only ones they can do kundalini and intercourse with. Actually, <u>Alberto Villodo</u> tried to change that, and he did for some time.  <u>Macklin</u> fixed all that just in time the other night because <u>Kayla Abbate</u>, 29 years old was trying hard to seduce him and then her mother took over.  So, if it isn't one of them, it is another.

Pamela Chapman
pmelachapman@snet.net
(401) 662-05**

No one will ever understand why the noise in her aura is so f' loud.

**Christine Bush, esq**. said, *"Harry Gural and I were besotted with amorous feelings for at least three weeks or longer. That was why your cases Pamela Chapman did not materialize until you made a phone call at 11AM this morning, and gave a litany of cases to be tried and restrictions needed."*

Pamela Chapman:  Is this the rest of my life? I need to know now, and so does Harry Gural.

Harry Gural:  You get out with me. We always knew that.

Every time you hit those Tuning Forks, guides appear. But the highest notes only go to Melchizedek, and you misplaced them for two weeks.

Harry Gural: Alberto Villodo will now admit to several things.

I, Alberto Villodo *"will never ever touch Pamela Chapman, Harry Gural, nor any other. I will never teach anyone anymore sorcery magic against Pamela Chapman and Harry Gural because if I do Melchizedek guides will surround me, and torture me with the noise I gave to you."*

Why is her noise still there?

*"Carrie Crosson Gilpin and Diane Crosson McEnroe will learn to undo what they do."*

*"No, it's Bethany DiNapoli and Monique Burgess who will attempt to dispel the noise."*

I, **Monique Burgess** *"dispel and quiet her—Pamela Chapman's every moment of every day because if I do not, Harry Gural will send all sorts of sorcery tricks my way and make me pay because I was so f' mean to him and to Pamela Chapman that I wanted to tie him up in my back yard like a dog and keep him all to myself so I could prove to others I had two men all to myself."*

I, **Bethany DiNapoli** *"dispel and quiet Pamela Chapman's every moment of every day because if I do not, Harry Gural will send all sorts of sorcery magic my way and make me pay because I am no longer allowed to do a thing with either one of them."*

I, **Kathy Abbate** *"do the same... I wanted Harry Gural all to myself and for my family. I wanted him to be our private concierge of Kundalini."*

I, **Monique Burgess** *"did the same to Harry Gural and he has not made me pay."*

"...don't push it Monique Burgess."

I, **Kayla Abbate** *"do the same."*

Pamela Chapman
pamelachapman@cox.net
401-862-0957

**Harry Gural:** These confessions mean nothing to these women ever. They only appease guides. Nothing happens to you when that happens, <u>Pamela Chapman.</u>

*"We don't like her, and don't ever want her in our community,"* says <u>Gail Alofs in</u>, <u>Newport Hospital Board</u>.

You and <u>Harry Gural</u> will work with a few guides to remove that noise. The lawyers at <u>Hinckley Allen</u> will get back to you.

<u>David Vann</u> and <u>Marie Rossi</u> can't believe all of this but they can.  Imagine our surprise at <u>Christine Bush</u> because it also happened to someone at <u>Sullivan & Cromwell</u>. No one was spared a chance to help you, until <u>Harry Gural</u> took back his guiding vest from his father, <u>Myron/ Michael Harner</u>. What other surprises do we not yet understand?

<u>Jean Gorham</u> is no longer in our mist. No one understood more of what happened than <u>Jean Gorham</u>. She said nothing to anyone, except she let something slip to <u>Donald Jagoe</u> about how you would never ever get out of here no matter what.

This is what all my lifetimes have been reduced to.

<u>Deborah Chapman</u>:  Then, I don't want you as my sister. You are too noisy for me.

<u>Christine Bush</u>:  I can never take on <u>Harry Gural</u> as a client but I can do your intellectual property materials.

<u>Pamela Chapman:</u> Ok, as long as you are good at what you do, and you are a professional. I don't care.

<u>Tim Hollister</u>:  She is younger than that. Maybe 53 or so.

<u>Alberto Villodo</u> can never look at you, neither can <u>Maura Lindsey</u> who stared you down every day and night for several months, and followed you around your house to look at every item and furnishing.

<u>Cynthia Parente</u>:  Did the same as <u>Maura Lindsey</u> in remote surveillance and unlawful entry of the house.

<u>Diane Crosson McEnroe</u> will never understand why you stopped watching Netflix because we starched you every time to make you stop and answer embarrassing questions. You knew every time but you never stopped,

<u>Harry Gural</u>:  They stopped right away because if they do not, I will make her pay the same way, but differently than how she was made to make me pay every day. Now, it's time to eat crow –and

croissants— ladies. Stop your sorcery right away because I will never ever be your sex toy, your lover, your father, your husband, your slave.

Harry Gural:  Pam, we will work at night to get rid of this. You had no idea the number involved, over 30 people, probably 50 by now.

Macklin will take care of it right away because it is Island Moving Company.

I, Macklin Campbell Ollayos "*dissolve the noise from Pamela Chapman's aura permanently so that it never returns and is on a rotating basis. I will help she and Harry Gural to be surrounded in quiet. So, will Jean Dixon. Eventually it will subside, but not right away.*"

Peter Bramante is the Island Moving Company Executive Director and the ring leader. He will pay and so will Tara Gragg for initiating him. She's at the Boston Ballet School now, but not for long. No one likes her. No one wants her anymore.

**9:13PM**

If you can't do something you let Macklin know. He will run interference between several people because they are all a little overwhelmed at everything that has happened. Your mother wants you to get married. Buy some earring and something for yourself instead.

Harry Gural:  Since I don't need to buy her an engagement ring, I can buy something also. Why? She claims she has enough fine jewelry rings.

Melchizedek guides says we think everyone for participating. Yet, there is still so much noise in her aura.

Harry Gural: I have to work all night.

Macklin now holds the key to the answers. Harry Gural you tune your auric key to the left three times then to the right three times. Pamela Chapman has lost her key holes. It's still there you just don't see it. She knows exactly where it is. It still works.

Harry Gural can talk to you privately you just can't talk to him privately. He can't yet figure that out.

**9:42PM**

The noise in the aura is over her left eye edge in the line of sight and hearing.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Alberto Villodo put it there last March 2021 because he loves that place of intersection of sight and hearing. It is not a box, a hole, or anything like that. Its's an imprint of Villodo's face. She remembers that it lasted maybe a day. She remembers seeing that. No one ever does, but she does. That is his way of saying I am in your 3rd eye, and you can't remove it, but you did somehow. Long Wharf removed him.

I, Alberto Villodo *"take away my facial imagery myself over her left eye, and let her hear freely. Now the noise enters from me right near her left ear because her right ear has a transmitter from Beatriz."*

I, Harry Gural *"remove the box from Metatron in her middle ear and I dissolve the image of Alberto Villodo over her left eye. In its place, I put her auric pen knife key to remind her of her own personal agency, which is always key."*

**9:56PM**

At approx. 5:55PM 3-29-22 Pamela Chapman

*"Last night we were all stupidly being ourselves,"* they said later on. Andrew Parsons, Carrie Crosson Gilpin and Kayla Abbate wanted to play a game to demonstrate to Harry Gural that he would always chose them over Pamela Chapman. They decided to play a game of Whitey-Tighty, dunk tank, or keep away: the last person in is out. They were to make Pamela Chapman the last person in, and the first out. Then, keep her out all night, and keep playing other games. This is their pattern and their culture to hate Pamela Chapman and love each other no matter what. They wanted to prove to Harry Gural that he would always chose them no matter what.

So, Jean Gorham asked Harry Gural to tell her and subsequently everyone all the tricks to initiating a Kundalini Crossing practice. He named several: Circle around the vaginal area, tickle the area around the vaginal opening, and then pulse into the vaginal area. Kundalini Crossing has you push up the vaginal area into the abdomen until you find a pulse point. They call it the initiator because once initiated you always pulse from there.

Jean Gorham then asked him if Pamela Chapman knew all of these. He said, *"Some but not all."* This was all about 3AM. *"Pamela Chapman was well asleep since about 12:35AM"* he said.

He said, *"When she wakes up, I'll tell her what she doesn't know."*

At 4:55AM, she woke up. Harry Gural told her he had some things to demonstrate. She did not know anything about the games they wanted to play. He knew they wanted to play Whitey Tighty. He knew they'd play keep away with Pamela Chapman partly because Pamela Chapman said, *"Nola Ganem told her sometime around 11PM, we hate you too."*

So, Harry Gural dutifully demonstrated three of these, and in doing so, put a pulse initiation point just outside the vaginal canal or just inside. This the signature of Monique Burgess.
He asked, *"Did you ever have this before?"*

1116

He said, *"She didn't know,"* but when <u>Harry Gural</u> demonstrated kundalini practice on Sept 30, 24 hours later she had some pulse point in her, and didn't know what it was. By October 2, 2021, she told <u>Kamala Harris</u>, *"This is utterly ridiculous It needs to be removed."*

<u>Kamala Harris</u> removed it for her and for the world. <u>Tom Hockaday</u> had been pulsing he said early this morning, *"For the better part of 20 years or so."*

<u>Monique Burgess</u> loved to sexually assault <u>Pamela Chapman</u> and stick a pulsing meter in her. Once, Monique <u>Burgess</u> and her husband, <u>Tom Burgess</u>, put two in <u>Pamela Chapman</u>, while <u>Becca Bertrand</u> put one in the lower abdomen.

It is 10:04AM and <u>Pamela Chapman</u> still has this pulse in her. It is akin to a <u>Monique Burgess</u> sexual assault. When asked, <u>Bethany DiNapoli</u> said, "*She insisted on playing this game this way.*" So, once that pulse was there, they started saying <u>Pamela Chapman</u> could not play if you were not pulsing. <u>Harry Gural</u> said, *"No, she has to play."*

<u>Cheryl Hackett</u> said, *"We don't play without <u>Pamela Chapman</u>."* It became obvious to everyone, they created a pulsing game to pulse re-initiate all the women back into a <u>Kundalini Crossing</u> harem. You can't play unless you pulse.

<u>Dominique Alfandre</u> owned the fact that she is now and has been the keeper of the pulsing because she is the originator of morning and evening masturbation sessions, and since you all pulse now, you can join her in masturbation. It was, *"Oh, so sorry <u>Pamela Chapman</u> but <u>Harry Gural</u> did this to you, and you will now commence masturbating with us just like we always said you would."*

Everyone blamed <u>Harry Gural</u>, saying, *"He is the worst of the lot for doing this to you, but at <u>Kundalini Crossing</u>, he initiated everyone in, and no one cared."* <u>Monique Burgess</u> would have been initiated in June 2021, and held the pulsing 24/7 until the night of October 2. They all did.

They said, *"How did you get away with not pulsing? We want you to feel what we feel."*

She always said, *"I did, and I took care of it. Why are you always trying to bring it back?"*

They blame <u>Andrew Parsons</u> for triggering his ex-wife this way, but we know all know it was <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u> and <u>Nora Diedrich Delaney</u> because they have an aggressive drive to screw <u>Pamela Chapman</u> out of anything she has, and the first is a deep jealousy of <u>Harry Gural</u>.

She just said something in a response to something <u>Hurry Gural</u> said. She said, *"It is not you Harry Gural, but they didn't hear the first part, so buzz off and don't take me out of context."*

<u>Pamela Chapman</u> says, *"You have to get rid of this pulsing."* They said, *"No."*

Pamela Chapman
pbia.chapman@comcast.net
hchaw2cx556

Monique Burgess then said, *"Well, ok,"* and did something that made it worse.

Dominique Alfandre said something that was really an initiation of everyone into daily pulsing and masturbation with her.

Pamela Chapman said, *"Stop. I remove myself."* She asked Erin for help. Erin eventually said, *"You'll all have to wear this for a day or so because Monique Burgess and the others insist on re-initiating everyone else because they are that cruel and unkind."*

Tom Hockaday/Bill Martin said, *"What, are you f' kidding me? We don't want you in our community anymore. This is insidious and so unkind as to boarder on wide-scale full tilt community-wide torture. It is violence against women in this case, which could be considered a wide-scale rape."*

So, Monique Burgess and Bethany DiNapoli once again can't stop themselves. They want the whole community of women to be pulse-initiated just to feel the community of each other to play games.

A while later, Pamela Chapman fell asleep. As soon as she awoke, the pulsing came back, she said, *"I have not words to express my deepest sympathies to Natalie Holloway,"* Natalie Holloway claimed, *"These women have no interest in helping Pamela Chapman stay out. They want her inside the harem to control her. They want to make sure Harry Gural doesn't go anywhere near Pamela Chapman."*

Harry Gural just said to Nora Diedrich Delaney, *"If you don't cut this out right now, I will unscrew you f'head off."* She did nothing.

Then, he did the same with the others. They did nothing. They all said in front of us, *"You are nothing, and we are everything. You will always collude with us to achieve our goals. You are no protection for Pamela Chapman. You leave her screwed like never before."*

Monique Burgess said, *"Well, I have to compete with Bethany DiNapoli always."*

They take the dialog typed during the day, and replay it at night. Pulse initiation was a term someone coined. It has been giving them ideas. They are copycat. Now, they re-copying themselves.

No games were played because the women all said, *"I don't want to play either if Pamela Chapman can't, or if you are going to do her quickly."* They were going to play something that said, *"If you don't know the answer, you can't play."* Maybe 20 women had been identified.  Only one or two were actually pulsing. Cheryl Hackett was not one of them. They told a grand lie: *"If you play you must pulse."*

Harry Gural:  They are trying to make Pamela Chapman the only woman in the world now that pulses, and say, *"You saved all of us, but you cannot save yourself."* Last night she was naïve enough to listen once again to Harry Gural who will walk her into a deep forest, screw her, and leave her for dead while he runs off with one of them in a kundalini practice moment in peace and quiet.

Pamela F. Chapman
pmwchapman@cox.net
401-662-9876

Now that everyone said they refused to play, Nora Diedrich Delaney said, *"I don't want to play either, but we screwed with her but good."*

Pamela Chapman asked a few questions and determined if he pulsed like before. Then, she would get her guide to remove it. She didn't hurry to do it. She said everyone involved has to and they did a half ass job. Someone then determined that they had made Pamela Chapman ground zero. She was to be the original new pulse.  If you wanted to clear and clean up the problem, you go to the source. They said, *"Pamela Chapman is the source of all of our problems, and if we eliminate her, we are home free."*

Andrew Parsons agreed, and that was what he agreed to last night, to remove her as the source of, *"all of my problems."*

They look at her with Harry Gural as the source of all of their problems because Monique Burgess said, *"It doesn't matter if I tie him up in the back ward, he will always return to me over you."*

10:25AM, still feeling the full effects of a Monique Burgess sexual assault, gently pulsing all the while.

An attorney claims, "This is perfect because once they are well informed from what you are writing and typing, they don't seem to have remorse or issue with what they have done. They think they will re-try everything all over again.  They keep saying, *"Well, I am going to be in trouble legally any way, and I'm going to pay anyway, so I might as well maximize my experience of my own pleasure."* 10:26AM

We all fell for whatever the cover-up story was last night. This is the real story. Correct. After all of this, Pamela Chapman went back to sleep.  When she re-awoke, some man was acting as the Caliphate Nation leader. No one could say or do anything. His name was Grenville Craig. Pamela Chapman thought for less than a moment. *"That could never ever be Grenville Craig's."*

Since no one could talk, she struck her Tuning Forks, and said, *"Andrew Parsons, give up the fight here for the sake of your children. Step down and retreat. You are embarrassing yourself in front of the world. We all know who you are. You will leave one way or the other. Do it now for your children."* Then she went back to sleep.

He did leave. No one heard a thing, but since Pamela Chapman was not awake, no one was there to verify if he had left. They rely on her to solve all their problems. Then, they create a problem so deep, you can't get out of it. She had to solve the puzzle last night surrounded by the unknown. Alberto Villodo made it impossible for her to hear anything. He was playing his old game of, *"Make sure she can't hear a thing."*

The source and the trophy for all of this goes to Monique Burgess, Bethany DiNapoli, and Kayla Abbate.

**10:35 3-29-22**

Pamela Chapman
pmschapman@yves.net
infoo2o4516

1120

Cheryl Hackett, Terri Conners and one was Kara Malkovich were trying to tell you what to say or do, but no one would allow them to speak. Harry Gural was not the bad guy again.  He and you get stuck in these corners with these bad women, Harry Gural said, *"Jean Gorham forced me to say something, and I didn't want to."*

November 16, 2021
**5:13PM**

Michael Harner can't stand the fact you scream and yell. He said, *"If I have her scream and yell to be heard, I will never –ever speak to you again Harry Gural."*

Harry Gural said, *"Well, I can't stop her from yelling like she never yelled before."*

*"She is just so fed-up with your stupid pet tricks Harry Gural, so are the rest of us."*

Becca Bertrand said, *"Every woman through Kundalini Crossing has their boob tagged."*

He then says, *"When I tag you, you tag me,"* but he never ever told you that. He told us all, *"You had to ask, if he had done that,"* otherwise Bethany DiNapoli or Monique Burgess had done it, and it needed to be undone. Becca Bertrand, who had tagged Pamela Chapman's left breast as a pocket of moving air.

We said, *"Well, she tags your balls."*

He said, *"No,"*

And we said, *"Why not?"*

Pamela Chapman said, *"Because I have no f' clue how their kundalini game is played, and they don't tell me or show me anything, and if he shows me, he doesn't explain himself at all."*

If he tags the left breast, and then he says, you tag me now, and then she starts masturbating, he leaved you alone.

He knew that. She said, *"How the hell is someone supposed to know anything because you don't tell me or explain, yet you do for everyone else including the lawyer, Christine Bush, esq. that showed up for Pamela Chapman, but she became for you."* She declared, *"I am in love with you, and wanted to bed and wed you."*

1120

Pamela Chapman
pamelachapman@cox.net
401.662.9346

She can no longer represent the client she originally arrived for, and what is she going to do with all those attorney notes she took on Pamela Chapman and Harry Gural's behalf? They are null, void, and discoverable. She only wanted to represent Harry Gural, and now Pamela Chapman is two months behind on fraud cases and needs the money. Her name is Christine Bush, esq. and she is a partner at Hinckley Allen, Providence, RI.

How on earth can Harry Gural and Pamela Chapman have a relationship when she is not involved in any conversations and he is? It is a separate life and separate world. He can't sleep so he can never come to visit. Not like this.

We concluded in your absence, because Harry Gural won't talk when you are here. He claims, *"You are too intimidating, but never in public."*

But Becca Bertrand says, *"You and he have no communication of any kind between the two of you. No one believes that mornings can begin that way."*

But she and I agree on a few things and we start here:
1. We don't get out without being together. It is imperative. We are not really together; it is a strained approach.
2. No one can tell you who you are actually talking to any longer. Harry Gural, you get screwed around with people's names.

Harry Gural, when she is asleep or can't hear you, people ignore her. No one takes her seriously about a wedding or a relationship. She can't even really remember what you look like. You stare at here all day, and develop your own false opinion about her and her lifestyle She can't do that to you. You use her all up before you even arrive.

Becca Bertrand, 36 claims Michael Harner loves me to death because *"I serve all Harry Gural's, 63 sexual needs really well, so does Kayla Abbate, 30."*

And, Monique Burgess says, *"No, they do not."*


Harry Gural said, *"He'd marry Pamela Chapman someday and he will. Maybe February 12 is too soon."*

*"Everyone thought since you don't play boob tag, or tag the genitals you don't have a sexual bone in your body. I told them not a chance. It is actually quite the opposite. Someday I will explain it all, but not in here."*

Dominique Alfandre: We don't like you Pamela Chapman, but we obsessed over you a lot and no one cared, but that we stole your book.

Harry Gural:  Pamela Chapman, I have idea who we really are together, do we?

Pamela Chapman
pbuschapman@cox.net
401-662-9816

*"No, we do not."*

*"Yes, we do because we have done this before. We can do it again. Remember that."*

Harry Gural claims no one understood why and how you can't hear. All the noise is ludicrous. We believe you now.

Pamela Chapman: I just got duped by Hinckley Allen after two months of background research. But, we had no contract, but we agreed to keep researching. It was a mutual understanding made in here after emails and phone messages out there.

Michael Harner hooked Harry Gural and the attorney, Christine Bush together two weeks ago and she got too close too quickly. He was uncomfortable. He called their bluff last night. It was Michael Harner, not Alberto Villodo, Bethany DiNapoli, or Monique Burgess.

Harry Gural, gave detailed testimony to Christine Bush, esq. in detail. He spent several nights in the caves talking all night giving her background and learning to play the game so that she could seduce him, and she did. She tagged and chased him all the way through Feb 2022.


Harry Gural: Do you need a wedding announcement in the *New York Times*

Pamela Chapman: Only if you do.

Harry Gural: Yes, I do. What do you want?

Pamela Chapman: No camp grounds. No City halls. No attorneys. No City of Los Vegas.

Harry Gural: If I had to buy you a wedding present, what would you want as a keep sake?

Pamela Chapman: I really don't know. What do you want?

Harry Gural: I want a photo in the New York Times. We'll work on that. It has to look right. Do you want a lot of flowers?

Pamela Chapman: No.

Harry Gural: Do you want a lot of white lights?

Pamela Chapman: Yes.

Harry Gural: Do you want whole candles on the table?

Pamela Chapman
pamelachapman@comcast
tel:662-9516

Pamela Chapman:  I think so but maybe another design. I know photos. See David Handy, Nantucket on Instagram. That will work for me.

Harry Gural:  Have you ever been to Nantucket?

Pamela Chapman:  No.

Harry Gural:  If Harry got sick on vacation where do you go to the hospital?

Bill performs the wedding service.

Pamela Chapman:  I have a list of 13 names, so with you and I we make a full wedding party of 15.

## November 23, 2021 2:30PM

There is a new Thievery Ring that has Cole Burgess at the center and is supported principally by Kayla Abbate and Bethany DiNapoli (who only wants to be called Jana Jagoe because she thinks she is Jana Jagoe). The ring includes the following people:

Newly Formed and Re-formed Thievery Ring
Cole Burgess – He and Kayla Abbate worked extensively together at Tom Hockaday's House
Kayla Abbate
Ramesh Galuti-
Kristin MacManus
Kylie McCullough
Dina Karousos
Susan Bistline
Dolly Briggs
Daisy Briggs
Elise Fagnoli
Cynthia Parent, Noam Zilberstein, Carrie Crosson Gilpin (who always comes daily with Andrew Parsons), Diane McEnroe, Nora Diedrich, Dominique Alfandre, Bethany DiNapoli (Jana Jagoe), Monique Burgess (Solograndre), Nola Ganem (who can be Kristin Coates. Gail Alfosin also took this name. She is a real person in Newport), Tara Gragg, Steve Sabo, + Island Moving Company

Roger Kass and Becca Bertrand belong to Kamala Harris.

Pamela Chapman
pamela@chapman...
...2021 2:05 p...

Bethany DiNapoli thinks she is Jana Jagoe the 10th because she and Don Jagoe will never have any children. Since she doesn't require sex with him, she just wanted him to take her photograph several times a year because someone said (Grenville Craig) that is all you ever wanted from Don Jagoe himself.

He thinks she also doesn't like the fact he no longer drinks alcohol. She doesn't actually want him as a lover. She thinks she has too many now with both her husband, Chris DiNaploi and Harry Gural.

Harry Gural claims he retired, and doesn't drink either, but Bethany DiNapoli says we always know how to pull him into our concourse and make him strip down naked and reveal his deepest darkest secrets.

Now, no one wants Bethany DiNapoli to co-chair run the Capital Campaign at IMC, yet the ring is half IMC anyway. Dominique Alfandre is the other co-chair. Ed McPherson understands why he had to leave and understands why he and Pamela Chapman could see eye-to-eye on most projects They had all better wake up to the fact that Tara Gragg is back in town. We all now know that these people are sweating it out while Pamela Chapman interviews lawyers for the federal court system of copyright infringement and gross misconduct.

Even Alberto Villodo has his quivers moving forward. They are all just guilty as sin. There are no surprises. All are caught in dialog handwritten and typed out. Together, the dialog reveals their deepest darkest secrets. They didn't even have to strip naked for it. We just sat there. They spit it all out one-by-one and two-by-two like soldiers in a war. They can't stand that this might end sooner rather than later. It got racheted up so fast there was no other choice. In an age of digital communication, everything movers faster.

Bethany's favorite lover is actually Cole Burgess (her nephew) and not Harry Gural.
This is because Harry Gural mimicked Cole Burgess a little while ago, and she said without a doubt, *"I prefer Cole Burgess to Harry Gural any day of the week. He is family and I can manipulate him at any time."* He and Ramesh Galuti, 52, his uncle—Monique's brother, owner of Galuti Asset Management, travel together.  Together they are stronger than Harry Gural, and that's who and what she wants as her support team moving forward. Harry Gural you have been replaced by her extended family, who all belonging to Monique Burgess – her husband's first cousin. In RI that means something. Bethany DiNapoli can now play a besting game war with Monique Burgess and her family in a way she cannot play with Harry Gural and others. Bethany's daughter, Juliette DiNapoli wants to attend Boston College just like Ramesh Galuti did.  She is a student in Scotland. She did not get into Boston College from St. George's School. She is hiding out in Scotland until she has a college acceptance in hand. *"I don't want to go to Boston College. I want to go to Mt. Holyoke College because if Elise Fagnoli went there, and Pamela Chapman liked it, I want to go there too."* Bethany DiNapoli wants her to go where Pamela Chapman wanted to go to college.

Your son claims, *"I had no idea half of what you went thorough, and you had no idea half of what he went through, and you both suffered tremendously."* The whole world stood behind the father, and no one listened to the mother.  So why are you all blaming the mother?

Pamela Chapman
pchtchapman@cox.net
401-662-95 16

## November 24, 2021
### 10:00AM

Noise-scapes prevent Alberto Villodo from staring at Pamela Chapman on sorcery remote surveillance. 10:04AM But in fact it is too blurry. Staring at her with no noise makes him want to talk to her, and the noise prevents it. The noise is a form of self-control for him. It blocks the trigger to a conversation. But, for Alberto Villodo to have and to hold the noise, he must give it away but he had no reason to give it away again. His protection was squarely in place. It was overkill to do it again to a person like Pamela Chapman, but she was not this student, nor his friend, so he was free to abuse her, or so he thought.

The noise today is of the tone and volume of Kamala Harris' digi-box: Very loud, very strong.

William Parsons was caught in conversation with his father in a collective of harem women. He had no idea they were all listening to him. Stanley Chapman pulled him out permanently.

Now they know, any family member's communications with anyone in a Thievery Ring is also by extension in that Thievery Ring. William Parsons never thought had say, *"Mom you were always right and I didn't ever give you credit for what you knew, but we will make up for all of this, and you and I will always remember that you had to scream and shout to get people to listen to you because no one ever wanted to believe anything you said or wrote. But, I now know everyone wanted to believe Andrew Parsons and never you. Yet, you were in the right and he was in the wrong place all the f'time."*

*"We know who you are. You might not know who we are, but we will never let anyone enter into these strings with us without some proper vetting because no one understands better than I do that I thought my father was freed, and he was smack in the middle of it all. They all listened to all of our conversations."*

Kathume claims it will go away sooner than expected because it is too much thievery too fast for any one person to absorb.

The father, Andrew Parsons, could care less about a lawsuit because the Thievery Ring claims they will bully you out of it. Why does he think he will ultimately prevail?

Andrew Parsons claims, *"If I die in five, then I will run down the clock."*

Dead in five implies he has nothing left to live for, and he will live like this for the thrill of it all.

Pamela Chapman
pmchapman@comcast
303-902-9536

No, because if he dies in five then we will all remember he went down in a really bad mistaken way because he wanted to best Pamela Chapman's book so badly he did all the things to make it bigger and better. They all did.

The noise is searing. It gives Pamela Chapman a daily frontal lobe headache.

### November 29, 2021
### 3:12PM

**I, Harry Gural** *"could not bring myself to admit as Esmond Harmsworth IV claims, you could have been one of the best kundalini players, and I prevented you from playing."*

It is so floud around Pamela Chapman. Andrew Parsons is the source of the noises.

The noise tunnel brings in all the thieves, on-by -one and two-by-two. They sit in her aura and pick her thinking apart. Andrew Parsons, M.D. wants you to know he will never ever speak to you again socially because you are never ever going to like the person he has become.

Since Carrie Crosson Gilpin (wive #1) and Maura Lindsey wife #2) and others get along with him and you can't stand them, you and he have a definite social gap. He really likes these women.

Harry Gural:  Tara Plochcocki and I didn't like each other but pledged loyalty to each other. She betrayed me and left at the first sight of dawn in a one propeller crop duster… really it was the first sign of opportunity through her mother, Linda Plochocki, Bobby McDermott and Kamala Harris.

You got left and sold up the river, Harry Gural. She said, *"You were foolish for assuming she had any loyalty to you."* That was Tara Plochocki.

Emily Parsons is Lola Shamansky or Lola Tannenbaum.

Pamela Chapman is *Laylah O'Tannenbaum* or *Persnickety Schlitz*. she was the reigning kundalini games champion one night. Harry Gural was being thrown about as a chi ball we were trying to protect him. It was a hole in won. She won every single game.

Pamela Chapman
pmchapman@cox.net
401-662-9516

**5:51PM**


## December 2, 2021
The end of a Second Round of The Guide War.


There is a whole new <u>Thievery Ring</u> forming led by <u>Laurianne Florio</u>, <u>Diana Beardsley</u>, their mother, <u>Lorraine Olsen</u>, <u>David Johndrow</u>, and <u>Kaitlyn Johndrow</u> who demands to be seen as the leader of the new ring to meet the level of presumed authority of <u>Kayla Abbate</u>. Most were at <u>Tom Hockaday's</u> house. <u>Andrew Parsons'</u> was mimicking <u>Alberto Villodo's</u> voice and demanding that he and <u>Kayla Abbate</u> were in charge and that she was <u>Nola Ganem</u>.

<u>Laurianne Florio</u> and <u>Kaitlyn Johndrow</u> admitted. *"The new <u>Thievery Ring</u> was to finally, once and for all, best <u>Pamela Chapman</u>, because they could not get her to stand down or best her in the past, no matter how hard they tried."*

This is their attempt at a besting <u>Pamela Chapman</u>, and <u>Beatriz's</u> way of controlling the guiding realm. All the sorcery tricks and curses go through the guiding realm guide-to-guide. Once the guiding realm stops all of this, the situation gets better. <u>Jean Gorham</u> and <u>Jerry Slocum</u> had to admit they were acting as the foot soldiers of <u>Beatriz</u>. They are to <u>Beatriz</u> what <u>Tara Plochocki</u> and <u>Harry Gural</u> and the Workgroup were to <u>Kamala Harris</u> – merely the foot soldiers told to take care of the problem, no matter what.

<u>Jean and Jerry</u> came to so many situations with the presumed authority to know what was to happen when in fact they were manipulation the situation to keep <u>Harry Gural</u> away from <u>Pamela Chapman</u> —no matter what the cost is and was to <u>Pamela Chapman</u>.


## December 4, 2021
**10:16PM**

<u>Andrew Parsons</u> is so sensitive, he now believes that the book will be published by a major publishing house. He will personally sue you for libelous slander, and you will forget to sue him for medical malpractice.

<u>Tom, from The Point</u>, said he and your children all know each other, and it is true he knows so may young adults who were all at <u>Tom Hockaday's</u> house. He is the one arrested for digital pornography. He was arrested for what was on his computer.

<u>Harry Gural</u> has no understanding that you and he actually know each other. <u>Bill Gural</u>.

Pamela Chapman
pmchapman@verizon.net
10 June 2016 Pa

December 5, 2021

**Trance State Entrainments I**

Carrie Crosson Gilpin played the game with Harry Gural of "*I don't love you, I don't like you, I can't stand you. Nobody likes you*" several times. Then Harry Gural responds that others are the same to him. It empties you out, and then they refill it with propaganda, i.e. "*We will be the ones that love and like you all the time, and name them.*" Alberto Villodo learned this from Mark Halpern who learned it from Kamala Harris. Tara Plochocki and her mother know it. It's how you drain and entrain people like Harry Gural to your loyalty and remove them from all their relationships.

Carrie Crosson Gilpin has a new name, its home wrecker because she specifically knew Harry Gural liked Pamela Chapman, and she worked tirelessly to entrain him to stop the attraction. Kamala Harris would have told her to just put someone else's name in there instead.

When you remove everyone, you then entrain them to whomever you want them to be loyal to, and you constantly validate that new understanding, and you will have completely replaced their previous life's existence, i.e. Jason Bourne.

To fix it, you remove the new and re-replace with the old.

Bobby McDermott did this to Harry Gural, and he replaced his birth family with Tara Plochocki as the primary family. Kamala Harris does this with every new recruit so that you are not beholden to anyone. He was not involved in any kundalini then. He didn't even really know Tara's parents. It went on and on for a long time at night. It is akin to a trance state in open back doors. Tara Plochocki doesn't have to be present but she seals a deal for him to be attracted to her and attached to her. She knew this was to be an assignment for her because her parents had done this trice before. She was involved in the last recruit.

**Trance State Entrainments II**

Monique Burgess does something similar. You are just wearing people down. Repetition entrains you to their sing-song, and you play along. Massad Temples don't play along well. You never really know if the information is true or false. It's just what appears real in the circumstance.

"*I don't love you, I don't like you, I can't stand you, and I can't stand kundalini with you.*" several times until he responds with, "*I can't stand her either,*" and then they banter for a few minutes or for an hour until

Pamela Chapman
pmchapman.chaos.net
Infracci2695.fn

Monique Burgess is satisfied that he no longer has any attraction to Pamela Chapman at any time. She just keeps going and going until they agree that there is nothing left to Pamela Chapman that they actually like.

Monique Burgess claims, "*I have so much power, I can override anything Harry Gural is attracted to, and force him to masturbate with me instead.*" It never actually reaches that point because Alberto Villodo stopped her one night, and said, "*That's enough Monique Burgess, and never do that again,*" but she never really stopped because it was so effective at getting him to masturbate with her. That is how the whole masturbation scheme took hold back on September 8, 2021. Alberto Villodo is responsible.

After September 30, 2021 when Harry Gural had kundalini with Pamela Chapman, Alberto Villodo said, "*Monique Burgess, I think your technique didn't really take hold.*"

She said, "*I'll fix it.*"

Until it happened again, they all took it too seriously that he fell down a rabbit hole. That was when Alberto Villodo said to Monique Burgess, "*You will have to act fast… Harry Gural and Pamela Chapman have already been lovers, and they will be again.*"

Kayla Abbate loves to use this also but her technique is not yet refined enough because when she tried this on Andrew Parsons few weeks ago, what happened?

He told her, "*You'll burn in hell before I tell you another thing about my ex-wife. She stopped.*"


## Trance State Entrainments III

Nola Ganem plays a thievery game that goes something like this, "*Catch me, catch me, catch me, if you can, I want to lay in your play ground,*" Then she strips down her pants, and starts masturbating. Before you know it, Harry Gural is also masturbating because she as tagged him so hard that he does exactly the hand and body movements that she does. He masturbates so hard and so fast that he is doing it, before he realizes he is even in that game. Alberto Villodo taught her the game.

I'm playing, "*A catch me, catch me, catch me, if you can, and if you catch me, you are free to do exactly as you please. If I catch you, I get to do exactly as I please.*"

How do you know who caught whom? You don't. You just take turns pleasing each other.

I'm not sure where I'm playing, in the 3rd eye?

You just run around until you drop. This is exactly what happened with Kathy Abbate when he kept running in empty space. She just stood and waited for him to drop. Then, they all agreed to masturbate. Not that night. What are you playing now? Who wins? What will she want you to do?

I stop right away because there is absolutely nothing I want from this woman tonight or any other night.

What if she caught me? I say, *"I can't lay today or tonight, and we part ways."* Then she demands I say, *"Too bad, Lady Jane. I can't do it I have a reciprocity of relationship and I can't spread myself as I used to do. After all, you just aren't that good in bed, or in the shed."* The catching is just foreplay. When you stop, you agree to a pleasure seeking activity. The beat of the sound, a pulsing, makes your metabolism rush. That's intoxicating. The rush entrains you, not the woman nor the final activity. It's like a big shot out of a cannon.

They play this kind of pulsing sound at <u>Kundalini Crossing</u> games to get you buzzed and in the mood for kundalini relay races, and capture the flag. They play these at pre-game games at 8-9 pm to get everyone in the mood for later. But it isn't the mood or the energy of actual kundalini or of sex for that matter.

<u>Harry Gural</u> is absolutely addicted and entrained to this pulsing sound. For him it required focused concentration.

**6:00PM**

<u>Andrew Parsons'</u> claimed you were the one to have the affair and DNC and there was no affair and nothing that then lead to an abortion.

He finally just the other day admitted that the book, *Barefoot in Heels* was possibly fiction because while he believes every word of the book is true, he cannot possibly validate each and every scene nor every dialog. He finally admitted, *"It can be fiction."*

<u>Pamela Chapman</u> says, *"That would make me a really good fiction writer."*
*"Are you a guide or a man?"*

*"I'm a man with a plan to be a guide."*

<u>Andrew Parsons:</u>  Don't write anything down. I could show up in a future book.

<u>Pamela Chapman:</u>  I'll have 1,500 pages before I'm all done so what I do with it is up to me, but it will end in a US federal circuit court. Imagine that!

*"We are the Greek Furies—the Avengers like Tisiphone."*

Pamela Chapman
pamelachapman@cox.net
860-662-9519

*"Do you even know who they are?"*

We had to look them up after you called us that, but we don't mind because you are so high vibrational, so upper class, and so well-educated, we can't stand ourselves. That was your life path.

<u>Andrew Parsons</u> claims, *"This is too much for me and my furies. I bow down and out and never ever come back. You have too much over me, and I'll never ever catch up <u>Pamela Chapman</u>."*

*"Who the hell writes this stuff?"*

The archangels who sing… *"Hark the Herald angles sing…."*

<u>Andrew Parsons</u> claims, *"You are so f obnoxious."*

*"No, you are <u>**Andrew Parsons**</u>."* Stanley finally understands, It was you all along who tortured and terrorized my daughter all those years and based on our telephone call you made to me, you wanted me to stand down to you. I did no such thing. Now it is your turn to stand down to me permanently because your parents and all the others believed you and never my own daughter who didn't even get any way to be properly listened to.

<u>Andrew Parsons</u>:  I had an opportunity to blow her lights out,

*"And, if you did, you'd be in jail, <u>Andrew Parsons</u>. Just remember that one."*

<u>Andrew Parsons</u>:  Who are you?

The US federal circuit court because if and when I see you in a US court of justice I will blow you to Kingdom Come (destruction) because you got away with manslaughter every day for 10 years. Now you want to do it all over again. We will never stand for this again. I will never say who I really am because your ex-wife already knows it, and it is not one of her attorneys.

*"Are you a licensed physician?"*

*"Why are you?"*

*"Yes, I am."*

*"Then you need to always remember your <u>Oath of Hippocrates</u> because she knows it well."*

*"How do you know that?"*

*"Because I have met her personally, and she is not at all who you said she was. No one will ever believe you moving forward because you have become a replacement of <u>Alberto Villodo</u> in this <u>Thievery Ring</u>."*

*"I refused to believe she had any such issues of what was said, and I always knew, I would get to the bottom of the issues."*

*"What is the bottom for you <u>Andrew Parsons</u>?"*

*"That she and <u>Donald Jagoe</u> were never lovers and barely friends."*

*"Why was that so important to you?"*

*"Because <u>Grenville Craig</u> had her doing all this automatic writing and she claimed he was in love with her?"*

*"Really?"*

*"Yes, I have proof."*

*"OK, let's see it someday because it doesn't actually prove what you thought it, did it?"*

*"No, it did not."*

*"So is automatic writing proof of acute psychosis and delusion?"*

<u>Andrew Parsons</u>:  No it is not.

*"So why the diagnoses here?"*

*"Because that was my story then, and I'm sticking to it."*

<u>Andrew Parsons</u>:  <u>Grenville Craig</u> admitted he did that to them, but that they didn't have any relationhip of any kind.

*"So you believe <u>Grenville Craig</u>, and not your own wife?"*

*"Yes, because he and I can't stand <u>Donald Jagoe</u> so it was our belief we finally revealed some truth to each other."*

<u>Pamela Chapman</u>:  You know he, <u>Grenville Craig</u>, is his own lie of stories?

<u>Andrew Parsons</u>: Yes, I know that.

<u>Harry Gural:</u> They absolutely came to blows one night, and <u>Harry Gural</u> had to admit he had no idea about any of your divorce. <u>Grenville Craig</u> said, *"I had no idea who you actually were and I had never ever heard about any DNC, so how could any of this be true?"*

<u>Andrew Parsons</u>:  Because I said so, that's why.

Pamela Chapman
pamelachapman@cox.net
1141.02.0516

Stanley:  Did anyone actually think to ask Pamela Chapman because it is her life and not yours we are speaking about.

Andrew Parsons:  She is such a liar.

Grenville Craig:  No, she is not.

Harry Gural:  I think you don't understand her perspective because I heard some things last night when she thought she was talking to David O'Leary and she said you were a fembarassment socially. You were disrespectful. It discredits your education, and you got yourself into so much social hot water that moving around cured. So when you stopped moving, and she realized she didn't really like you, you had no leadership abilities at all.

*"Did she mention an abortion?"*

Harry Gural:  Only that in the topic that she would remember she was sticking to her story because that was her truth and every other conversation was loose shit.

George Tobias/ Bill Kahane:  The topic she refused to name could have been any topic all together.

Pamela Chapman:  Oh yes it could.

George Tobias/ Bill Kahane:  That is the difference because you assumed a topic that was not necessarily "the topic".

Pamela Chapman:  Absolutely true.

Stanley:  Andrew Parsons, why are you so angry at your ex-wife?

Andrew Parsons:  …because she and Harry Gural never ever say what they mean.

*"How is that?"*

*"I can't figure her out half the time."*

*"Neither can the rest of us."*

*"Why is that?"*

Andrew Parsons: You tell me.

Pamela Chapman:  I don't know. Am I ambiguous?

Pamela Chapman
pmchapman.com
101-00209510

Andrew Parsons:  No, just inconsistent.

Pamela Chapman  No, I go with the energy of the situation. Yet, I am extraordinarily consistent if you know me. You just never bothered to get to know the real me. Fortunately, we all now know the real you.

Andrew Parsons:  I refuse to be bullied.

Pamela Chapman:  Me too.

Andrew Parsons:  Ok, so I'm the big bully.

Pamela Chapman:  Yes, and your natal astrology says so.

Andrew Parsons:  How?

Pamela Chapman:  I can't tell you. You'll have to pay me for that.

Andrew Parsons:  How much?

Pamela Chapman:  For you? $25 million.

Roger Kass:  You never undersell yourself.

Pamela Chapman:  I can't. I had a marriage for that. Now, they all pay. After all, we are Cardinal Nation true and blue and through, and that is worth millions.

Roger Kass:  Maybe, but Eaglebrook says maybe Amherst, a Lord Jeffery?

Yes, because it's just too damn literal and after Harry Gural, Andrew Parsons,  David Vann and Marie Rossi, he's just not that impressed.

Pamela Chapman:  Ok too much Wesleyan University between two daughters and you. Let him be his own man and after all Amherst-Northampton is beautiful in the fall, an excellent drive for you from Manhattan.

Roger Kass:  It is *The Four Seasons* after all.

Pamela Chapman:  Yes, with Alan Alda and I forgot B his daughter is Cardinal Nation through and through. We all know that.

Roger Kass:  What about this $25 million? Can he pay to play, because his insurance can? That is off shore in Geneva, Switzerland after all in a numbered account.

Pamela Chapman
pmchapman@cox.net
401-662-0578

*"Love you to tears someone says, yet not that way,"* because <u>Harry Gural</u> was the originator of that comment and <u>The Furies</u> (the Harem,) took it from him, and made him say it every day to them.

*"What a dilution factor. Not worth the words on the paper they were written on."*

*"No, it's actually what they all say to each other at night now."*

*"Really?"*

*"It's all language designed to entrain and create co-dependencies with each other."*

*"No f'kidding."*

*"No one can leave or get out because they created initiations, tribal activities, language and rituals such that none can nor would ever leave. Is this what happened to you and <u>Cathy Wicks, Andrew Parsons</u>?"*

<u>Cathy Wicks</u>:  No, I broke up with him.

No, you did not. We just replaced you with a hate band of thieves that originated at <u>Tom Hockaday's</u> House.

<u>Cathy Wicks</u>: That's true. But, he has now been married four times and has masturbation sex with at least that many. He has a whole new lifestyle now. (She spent 7 years with him and wanted to marry in June 2022)

<u>Pamela Chapman</u>:  Is his what he sought in the first place?

<u>Cathy Wicks</u>:  I have no idea.

<u>Pamela Chapman</u>:  Oh, yes it is. I see it. <u>Stanley</u>, what else do you see that makes for proper dialog tonight?

I can't say yet other than <u>Andrew Parsons</u>, you and <u>Pamela Chapman</u> are never ever going to understand that the <u>Guiding War</u> was never to bring you to this place. You so out-paced yourself. You never belonged here. Yet, you are here now. I will make sure you and she are always separated. You have such mal-intent when it comes to her, and so do all your Harem friends.

Even <u>Harry Gural</u> can't say one nice thing to her. He has been trained to despise, plagiarize, and betray her. He can't be friends with her because it betrays his whole lifestyle and all his friends who are never friends, just Harem women who want power over <u>Pamela Chapman</u>, and <u>Harry Gural</u> himself.

<u>Harry Gural</u>:  I will never betray you ever again <u>Pamela Chapman</u> because your ex-husband has so much venom against you for just being alive.

Pamela Chapman
pamelachapman@comcast.net
203.000.0000

<u>Pamela Chapman:</u>  Yes, that seems to be his story.  He sticks to it.

<u>Patty Gibbons:</u>  You can't say enough nice things, <u>Andrew Parsons</u> in the future because you said so many awful things that no one can ever believe you anymore about anything.  <u>Pamela Chapman</u>, you can't say enough beautiful things to so many. Yet, none of us like you, particularly because of what <u>Andrew Parsons</u> said about you years ago.

<u>Patty Gibbons:</u>  We now realize we were so f'mean to you, but we will never like you anyway.  We will never like each other.
> She lives down the street.  Her husband, <u>Larry Gibbons</u>, D.O. has a copy of the book through AAM. He's a DO anesthesiologist from Pennsylvania.

<u>Stanley</u>:  <u>Andrew Parsons</u>, do you stand down now? We will write all night until you do.

<u>Andrew Parsons</u>:  I have nothing to stand down for.

<u>Stanley</u>: Oh, yes you do because,

<u>George Tobias/Bill Kahane</u>:  You have overplayed your hand so many times, and now you and <u>Alberto Villodo</u> sound alike—the same. He still watches her 24/7.

In the early morning hours of 3-3-22, <u>Bethany DiNapoli</u> agrees to several items as a result of <u>Pamela Chapman</u>; a sexual organ is being stimulated and she said she can stimulate or trigger her vaginal fluids and pulse ringing –a sexual assault—just by the following:

> **If she walks on the same side of the street and is in the same location.

> **If she is in a meeting and <u>Pamela Chapman</u> is there, she will trigger her. That is when <u>Hannah Phiefer, esq</u>. said, *"I am now on the IMC board of trustees, and to look her up as a reference if need be in a court case."*

> **If <u>Pamela Chapman</u> said anything about the purchase of Newport Academy of Ballet, that <u>Bethany</u> refers she had not said.

> **A few other topics like that, including how fraudulent the <u>Newport Hospital Foundation</u> board is because somehow <u>Pamela</u> claims, *"They lack proper board governance."* Earlier we said regarding this board, *"You cannot sit on any other board. You cannot be a business owner in Newport."* This is the opposite of The <u>Newport Historical Society</u>.

Pamela Chapman
pmchapman@cox.net
401/662-0916

The last 20 or so pages that have been typed here is what <u>Pamela Chapman</u> typed on this afternoon day, and as a result it reads like a legal court transcript. We all hope any attorney and judge will see it as not made up fiction, but what was actually said in real time by real people as we could properly identify them. It points to several transgressions proving <u>Pamela Chapman's</u> court case as the plaintiff against <u>Andrew Parsons</u> and others in the near future. **6:35PM 3-30-22.**

<u>Andrew Parsons</u> is never going to understand that he and you are not the same.  He spent several hours today saying, *"But I never knew the people that she seems to know, nor did she know the ones he knew."* She doesn't know his people from working in New Bedford and Boston for over 20 years. He never knew her people. Her people in Newport are not his people in Newport. He knows his people in Newport from his girlfriends, and from <u>Tom Hockaday's House</u>. <u>Pamela's</u> people were never at <u>Tom Hockaday's</u> house. So, you see, it is a divided and conquered world. She and he were so incompatible socially. Just like her mother said years ago, *"It's good you get along so well otherwise people will think you don't really like each other."*

<u>Catherine Chapman</u> said that one holiday around 2008. <u>Pamela Chapman</u> didn't really have a response for her mother then, but today because <u>Catherine</u> can hear her, *"Thank you because you read that properly."* <u>Lois</u> should be smiling also because you and she could make these assessments just like we always knew you could <u>Catherine</u> and <u>Lois</u>. They were good friends. **6:46PM** about an hour or so ago,

** <u>Andrew Parsons</u> claimed and admitted, *'By just putting his hands in front of is male genitalia he intended to trigger <u>Pamela Chapman's</u> vaginal fluids to turn them on. He freely admitted the intention and the hand gesture that goes with it."*

The intentions and sorcery are entrained to one's physical circuitry to specific individuals and not generalized to the public. Signals can be made general to the people they target, but you cannot just say they target everyone uniformly and comprehensively.

<u>Jerry and Jean</u> can deliberately place themselves in the circuitry and manipulate it as if in an open field of on and off buttons. This is why <u>Jerry and Jean</u> could master mind and manipulate because they knew how to. Yet, their guiding level would not indicate they knew what they were doing.

> **That is another reason why <u>Andrew Parsons, MD</u> cannot go back to the operating room. He has so many hand movements that are sorcery entrained to cause harm to his ex-wife. They are equivalent to a hired gun. One more if you please to show us all how you sneeze:

> **We always raise the hand up a little bite, and then drop it straight down to signal you should close your eyes and go to sleep. That was one of <u>Monique Burgess'</u> favorite last Sept /October, 2021. She always made you sleepy when she wasn't scratching your eyes out and it felt that way. She gave <u>Pamela Chapman's</u> the left eye a blood vessel issue.

Pamela Chapman
pmechapman@cox.net
101.606.207.10

1138

**Andrew Parsons** claims, *"I only raised my arms over my head. Peter Bramante taught me      how to do it. Then, he taught me the ability to put myself in my own trance state by reading Barefoot in Heels."*

**Kayla Abbate** and her brother, **Sean/Rick Abbate**, and mother, **Kathy Abbate**, always used a wand up and down to make you vaginally stimulated. Alberto Villodo taught them that. **Harry Gural** taught them the wand method of sorcery.

**Bethany DiNapoli** said, "I can't complete with the likes of **Dominique Alfandre**, but she and I like to use our left hands to signal it is time to masturbate." Does **Pamela Chapman** respond?

Never ever. What is your signal?

*"It is a come hither, and we refuse to tell you."*

**Dominique Alfandre** likes to use her right hand to demonstrate that she is sticking something up your ass, and then she will masturbate to that.

**Nora Diedrich Delaney** claims I have two. One is to say, *"Fuck you out loud."*

*"That's diplomatic for a woman who helped transition you into the job and who did your annual reviews."* Two. I also like to tell anyone I know, *"You and I don't get along, so you should never invite her to anything I attend."*

*"That's good."* **Pamela Chapman** say, *"I think we belong to different social circles of Georgia anyway, so it really doesn't matter. You and I are on opposite sides of the equation on any street, as well as we live on opposite sides of our closets. You dress one way, I go another. And, you worked hard at Tom Hockaday's House's to seduce and date Andrew Parsons, my ex-husband. You told him the story of a fellow anesthesiologist that he and I actually know.*

*"We thought that interesting because I knew his wife from the old days fairly well, but not really. I seem to know the wives, and you all seduce the husbands. I never say, but I know so. Don't ask, and don't tell, and I don't judge because it is your karma. You will pay in another life and not mine. I'll just sit back and wait for you to masturbate, and tell me more lies from the other side."*     **6:56PM 3-30-22**

On this day in 2022, we make a pledge to you **Pamela Chapman** and **Harry Gural** that by next year at this time you will have met or tried to meet at least twice, thrice or 4 times because **Pamela Chapman** you did not wince once when yesterday morning they tried to convince you that **Harry Gural** was the worst of the lot, and went back over some really awful stuff. We can't ever remember it, but once you sat down to type it, the entire story unfolded in a way that had nothing at all to do with **Harry Gural**. It just proved a pattern of the **Harem** women that today is renamed as **The Furies** from Greek tragedies of literature. The "Avengers" are a perfect name for them because at the end of the day, **Pamela Chapman** and **Harry Gural** still like each other. And, while you may not love or

1138

Pamela Chapman
pmieschapman@cox.net
4o1006298 16

like each other, you are true reciprocities of relationhip. He just can't figure out how to connect with you.

Now, this morning he sat out on a major "meetup" opportunity with <u>Joe Barrett</u> '82 and <u>Alana Winters</u> '82. <u>Pamela Chapman</u> knows <u>Harry Gural</u> wanted to having fun playing wizardry with <u>Alberto Villodo</u>. Instead, when <u>Elizabeth Kahane</u> wanted to know were <u>Harry Gural</u> was, <u>Harry</u> said, *"I'm right here, and I'm ready to go with Joe and Alana."* It was her son, <u>Harry Kahane,</u> who <u>Harry Gural</u> had trained in wizardry, and with whom they all had a huge misunderstanding with when <u>David Johndrow</u> took their names and swapped them around. He caused big family problems. This gave everyone an opportunity to save face, have fun, and sort it all out.


<u>George Tobias/Bill Kahane</u>: How do you actually write <u>Pamela Chapman</u>?

<u>Pamela Chapman:</u>  Why?

*"Because my notes are all over the place."*

<u>Pamela Chapman:</u>  If you can't keep up with me, don't write.

<u>George Tobias/Bill Kahane</u>: That wasn't me. It was <u>Andrew Parsons</u>.

<u>Pamela Chapman:</u>  He, <u>Andrew Parsons,</u> is the new <u>Nan Moss</u> who can imitate anyone.

<u>John Parsons (dead)</u>: Why is <u>Andy Parsons</u> being tried like this <u>Stanley</u>?

<u>Stanley</u>: Because he insisted and he over-stepped too many times, and now we will finally get to the bottom of this. He should not be a leader of this <u>Thievery Ring</u>. <u>Andrew Parsons</u> is destined to be a terrible twist of fate.

<u>John Parsons (dead)</u>: I already know this, and he can't look me in the face when he dies and say, *"It wasn't my fault."* No one will ever tell you to your face your ex-wife was the one who called the cops on you one night. She would never ever do to you what you did to her.

<u>Andrew Parsons</u>: Who the hell are you anyway?

<u>Jean Dixon</u>:  Your actual father in heaven, <u>Andrew Parsons.</u>

*"If then, he doesn't talk like that."*

<u>John Parsons (dead)</u>: Ok, Chappy. Let's just say then, all done and all through with your dramatic remarks and attitude because your ex-wife has so much more class and grace than you. Yet, she has suffered and suffered because for some reason you had all the support. You got away with murder,

Pamela Chapman
pnvchapman@gmail.net
(01-00200720

but you will not completely get away with everything because no one thinks you will live another 20 years. Be prepared to die in disgrace, and if you like these new friends, ok? But, they are never your friends. and <u>Cathy Wicks</u> was prepared to love you and marry you until the end, and you traded all of that for a group of thievery people who stole your ex-wife's manuscript just like you did. That book will be published. You wait and see.

<u>Jenna Bush Hager:</u>  Who are all of you anyway? I am so pissed that <u>Pamela Chapman</u> can't write a query letter to get that book to Little Brown & Co.

<u>Pamela Chapman</u>:  Got it. Right away, as soon as the guiding realm lets me.

<u>Jenna Bush Hager:</u>  Let's just say I'm not a real Bush, but neither is <u>Christine Bush</u>, esq. but I do the work in the publishing realm. If <u>George Tobias</u> is in that industry, we might know each other.

<u>Julie Kersh:</u>  <u>Harry Gural</u>, why are you so small-minded, and such a thief to <u>Pamela Chapman</u>, and not to anyone else?

<u>Harry Gural</u>: Because I don't really yet know, but if I didn't get enough kundalini sex, I'll die, so I'll do something extraordinary to prove I'm real in real time. Ok, <u>Pamela Chapman</u>?

<u>Pamela Chapman</u>:  I'm real in real time always. <u>Andrew Parsons</u> are you fluid and really also?

<u>William Parsons</u>:  He can be, but not usually.

<u>Emily Parsons</u>:  Only when he is really pissed off.

<u>Pamela Chapman</u>:  <u>Stanley</u>, why is he so pissed today or this month?

<u>Stanley:</u>  Because he is dead set on killing you and your book in this and every other realm. He will stop at nothing to destroy you. We are all understanding why he can't be stopped.

Why can't <u>Andrew Parsons</u> be stopped <u>Stanley</u>?

<u>Stanley</u>:  Because he was to do something drastic, but we will no longer wait. It was all part of some master plan by <u>Jean Gorham</u> and <u>Jerry Slocum</u>. We put an end to that. <u>Pamela Chapman</u> did because the thinking was off, and a set up for a disaster of <u>Harry Gural</u>. <u>Harry Gural</u>, she saved your butt yet again, and no one saved hers.

We all had to listen to <u>Bethany DiNapoli</u> and IMC's loud noises today to torture <u>Pamela Chapman</u> almost every day, every week for several months. It was pure torture and against Geneva Convention rules of torture of prisoners. <u>Bethany DiNapoli</u> of Island Moving Company Dance Academy will never understand why that dance building can't get funded **because no one can tolerate this level of criminal mal-intent.**

Pamela Chapman
pmichapman@cox.net
401-662-9216

It was organized crime:  Staff, dancers, and board. Everyone all together was against <u>Pamela Chapman</u>. <u>Kersie Sturevant, PhD</u> wants to be informed if <u>Pamela Chapman</u> sues IMC because if this is what it looks like then all the trustees will never understand why this had to happen. It is up to the lawyers.
**11:31 PM 3-30-22**


*Continued,*

What's the bottom line <u>Stanley</u>?

<u>Andrew Parsons</u> will pay, and <u>Nola Ganem</u> claims to be gone out she is never ever really gone because she is in love with <u>Alberto Villodo</u>.

<u>Nora Deidrich</u> and <u>Tracey Moore</u> are chasing <u>Andrew Parsons</u> and will do anything for him.

<u>Christine Bush, esq.</u>—no, is out so is <u>Becca Bertrand</u> but not really. She is out as of now, and not later tonight.


<u>Carrie Crosson Gilpin</u> emailed pdf to **Tara Plochocki** May 18, 2021. She emailed it on May 19, 2021 to <u>Harry Gural</u> and then <u>Tara Plochocki</u> emailed it other places.

<u>Wendy Schmidt</u> always put herself in the middle of the story, but worked for <u>Ways and Means</u> via <u>Jonathon Karp</u>, CEO, <u>Simon & Schuster</u>. It was its own <u>Thievery Ring</u>. He has been in Kundalini exercises on Nantucket with <u>Wendy and Eric Schmidt</u>.

<u>Pamela Chapman</u>: No, you are trying to re-brand yourself in Newport by buying <u>Dodo Hamilton's</u> SVF property as a conservation land. You are just looking after your good name, and your 11th Hour Racing nonprofit, but just remember you may be Park Avenue, but so are we. We are never ever the ones who live in the trailer park zoo, as you aptly always suggest. Don't you ever f'forget that <u>Wendy Schmidt.</u>

<u>Wendy Schmidt:</u>  I deserved that one.

<u>Pamela Chapman:</u>  And so much more. So let's just say, we can never ever be partners, ok?

<u>Roger Kass</u> wants <u>Pamela Chapman</u> to always remember who she is talking to.

<u>Pamela Chapman:</u>  Got that <u>Roger-Dodger van Beuren (Kass).</u>

Can <u>Andrew Parsons</u> do that?

*"No, he cannot."*

<u>Pamela Chapman:</u>  Because if he could no one would be screaming or in the hospital or in divorce court.

<u>Roger Kass:</u>  You always said we could play hard ball in court, and leave with a hand shake. Then we meet up later on for cappuccino.

<u>Pamela Chapman:</u> Maybe yes, maybe no, but a good legal battle is a good legal battle. Then, we agree to disagree, and you pay me $1.5 billion, and we become friends <u>Roger Kass</u>.

<u>Andrea van Beuren</u>: Absolutely, we become friends at that price.

<u>Pamela Chapman</u>: See, you pay to play.

**7:49PM**

<u>Carrie Crosson Gilpin:</u> My husband stays out of my organized crime business. <u>Ed Gilpin</u> has no say in my extracurricular activities, but <u>Andrew Parsons</u> is a lousy lover so I'll just say, *"I'd divorce him also."*

I texted him three times, <u>Diane Crosson McEnroe</u> says of <u>Harry Gural</u>, but he never returned the text. *"The context was a neutral acquaintance that I made up."*

<u>Andrew Parsons</u> responded to <u>Carrie Crosson Gilpin</u> in a snide manner. I thought, *"No f'way do I show up to meet this guy. The ex can't be that good if he is that snide."*

If <u>*50 Shades of Gray*</u> teaches you anything, it's that men treat women like shit just to get their way in the bedroom. <u>Kundalini Crossing</u> can be just the same way, but since you are alone in your own room at home, it's hard to nail anyone on what you are really doing. That is the truth.

<u>Andrew Parsons</u> is not that good in bed kundalini wise so for us to all be in a paid kundalini business together, he needs a better title. We are thinking CEO of Medical Malpractice because if he is really this good at being sued in the US federal circuit, we'll give him a trophy for showing up.

<u>Diane Crosson McEnroe</u> can't stand him as opposing counsel. Hell no, we'd be in bed with each other after every case—that's the way for counsel to reach an understanding.
**7:58PM**


**3-31- 22 7:09 AM**
<u>Harry Gural</u> was up all night.  He witnessed a lynch mob protesting over how to screw with you for the rest of our natural life. This is over when <u>Andrew Parsons</u> and <u>Carrie Crosson Gilpin</u> were

supposedly leaving for good for the caves. Kayla Abbate, Rick Abbate and Kathy Abbate were initially involved. An hour in,  Kathy and Kayla stopped. Then Kathy told Rick to stop but, he said *"No, I need to finish what I started."* and Kathy told him he had to stop because later they said they were worried about the legal implications of what they were doing.

Rick Abbate said, *"How could you have even started?"* They were writing up a list of issues they had with you. They were all insults. Most, if not all of them, were not true, or were twisted in a way as to bend the truth.

The other group involved consisted of David Johndrow, Kaitlyn Johndrow, Maggie Johndrow, the daughter-in-law. Pamela Chapman was a bridesmaid in Lori and David's wedding. She went to high school with them. They were married in September 1982, married for 40 years. She last saw them at Laurianne Florio's wedding in 1990, when were both bridesmaids in that wedding. Those two families sail together. Johndrow's had a sailboat in Stonington, CT for most of their married life. They have a home in Lakewood Ranch, Florida and Bristol, CT. His parents retired in Sarasota, Florida, and are both dead now Kaitlyn Johndrow.

This is what happened. Lori Lantiere only recently finished her write-up. She had been doing some typing. She was reading something to Harry Gural. He could tell she had it typed up. It included 10 points of how and why you were the last person on the planet they would ever befriend. It included several outright lies that they constructed and decided were true. They did that in front of everyone. Cheryl Hackett says, *"If these were your friends, you had no chance in hell, in life, because they are so cruel you have no idea."*

It wasn't until about 30 minutes ago when Harry Gural said, *"You know Lori Lantiere, I plan on marrying this women."*

She said, *"Harry Gural, we all know you had no intention of ever marrying her, and if you do it, is to get out of your legal issues."*

He asked, *"How did you know?"*

She said, *"Because my husband and daughter told me so, because they have been involved with this Thievery Ring since October or September 2021."* (They were all at Tom Hockaday's house together. And, don't forget Laurianne Florio and her sister tried to get involved early on, and they were not accepted into the Thievery Ring. The Florio women were never at Tom Hockaday's house. This may have shut them out.)

If saving this document of dialog becomes a problem,  Lori Lantiere says, *"I think you need a new computer because ours is so newer and yours is not. If you can't afford one, then a replacement will be approved for you,"* because listen to this…

Lori Lantiere claims, *"David Johndrow and Andrew Parsons colluded together such that he, David Johndrow, refused to allow himself to leave the Thievery Ring with Kaitlyn Johndrow who wanted to take over as Queen Bee. She*

Pamela Chapman
pmichapman@comcast
101.662.9410

*wanted to become the <u>Kayla Abbate</u> of the <u>Thievery Ring</u> as she witnessed and observed and presumed at <u>Tom Hockaday's</u> house last year."*

When did they join <u>Tom Hockaday's</u> house?

Mid-September 2020. That is six months of togetherness before February 4, 2021.

<u>Harry Gural</u> claims, *"All I did was watch, and wrote things down. I had no idea, I knew this was not going in the right direction. I knew <u>David Johndrow</u>, <u>Kaitlyn Johndrow,</u> and <u>Maggie Johndrow</u> from the <u>Thievery Ring</u>, so I knew enough to watch what was happening. If you think for one minute that I didn't mean what I said, just wait."*

My father also lives at 6715 Firestone Place, Lakewood Ranch, Florida because he had a company that he claimed was headquartered in Florida. He is retired from it now. His parents had a home in Sarasota, Florida for many years. My father made a lot of money, so he and my mother are in business together. She runs a wealth management firm called Johndrow & Johndrow, a mother daughter-in-law family business, akin to Slocum Gordon, Newport, RI founded by Jerry Slocum.

Did the <u>Thievery Ring</u> invest in this family?

<u>Andrew Parsons</u> made a deal. For the privilege to abuse <u>Pamela Chapman</u> for the rest of her life, once he is dead, he taught <u>David Johndrow</u> how to use a wand, and how to stimulate his ex-wife sexually. He also said, *"You can do with her as you please. I hand her off to you to abuse and harass."* He taught <u>David Johndrow</u> and <u>Kailyn Johndrow</u> several things about you.

9:32AM May 27, 2022.

### December 6, 2021
**7:43AM**

We have several issues that must be described to exact precision.

<u>David Johndrow</u>, date of birth:  August 19, 1059

The moral of the story, <u>Pamela Chapman</u>, you know these people. They now want to be part of a lynch mob to attack, harass, and abuse you sexually.  <u>David Johndrow</u> said he would take over for <u>Andrew Parsons</u>, and <u>Andrew Parsons</u> was good with that. He said, *"I can't imagine what I'd do without you. We'd all have to stop. Since you can carry it all forward, I'm superior to her."* They were never competing with <u>the Abbates</u>. They would been two different <u>Thievery Rings</u> that would all be focused on the same goals: Destroy <u>Pamela Chapman</u> every day of her life. **Imagine that.**

Pamela Chapman
pmechapman@cox.net
401-662-9846

She says, *"Are you really kidding? This is so stupid to put all your attention on a so-called game. What it really does is refocus your lifestyle to become your life."* Is The Game your life? Or, is your life the game? The Game is to destroy something. If this is who you want to be, you will destroy yourself first and foremost.

David Johndrow claims he will take the blame for stimulating your vaginal area because he said, *"How good is that, that all you have to do is intend it, and it shows up, and you can turn it on and off just like that?"* And, he is demonstrating it. Yet, when it returns itself back on, it just gets stronger and stronger. Mostly, it makes her urinate, but it damages the tissue. It often it leaves her literally feeling as if she will throw up. It gives her abdominal cramping.

It is real in real time. Jerry Slocum said, *"Pamela Chapman will experience this everyday of her life."* She has since August. It is partly to make her masturbate with the Harem. It also is to destroy her tissue to make it impossible to do kundalini practice with Harry Gural, thus making him turn to the Harem instead, or some designee, who this morning was to be Christine Bush, esq.

Does that woman have no shame? She is such an outcast. She is like the virus that refuses to leave. Throw her scrap of meat and get the hell out of Newport Proper. The optics of Christine Bush, esq. make her so pathetic and so desperate, for what?

A man in a game: You don't win the man, or the game. You just look like a total fool in front of the enter world.

*"I quit,"* she says.

If I had a Starbucks coffee for every time she has said that, I'd have my own gift card.

Lori Lantiere Johndrow claims, *"I had no idea who you really were all these years. I think you and Andrew Parsons don't get along so well. I knew you were too square for drugs, but your body cannot accommodate them at all. That was not our understanding. You are so non-judgmental but you are a snob."*

That is your misunderstanding. I'm a product of my cultures. I am a divine royal at my core, and you always work for me, imagine that. I am so f'smart and you are not, imagine that. For society to run, we need a multitude of diverse talents and people. So, you have a place in the ecosystem, just not here in Newport, ok? We celebrate that you are today all together, but really you had to take my ex-husband's psyche away?

David Johndrow and Kaitlyn Johndrow were too many times in the Thievery Ring witnessing and contributing to the conversations all looped in all together. Now, they represent the next generation of the Thievery Ring, but you don't live here. You are outsiders that want to take over. Kaitlyn Johndrow is 26 years old. She wants to be Queen Bee of Newport Society, after all Tom Hockaday's House by Bill Martin's count had 300 people in there. Most were in a variety of professions, the nonprofit world in particular. She was going to become Nora Dietrich's new Development Director. She has no background in that field. They say, when she and Ashly

Pamela Chapman
pamelachapman@cox.net
401-662-0544

Householder, former curator for the Preservation Society went to the Jagoes for dinner one night, she asked Jana Jagoe for $5,000 for her mother's fund, which is unprofessional. She was working two jobs simultaneously. She did not want to leave without a check for her mother.

Well, we all know she is broke and the book will never be printed. She is pathetic. Since they all know every dime you have, they claim you will be broke by a certain date. They have calculated down to the last penny, when you will move and be flat broke.

That is a lot of attention on something that has no bearing to you.

We understand that.

You do not belong in her business, but we can show how they are always doing your accounting down to every single bill and pattern of spending, This is The Game of Rusty Powell III, Kamala Harris, and others.

Since she can't get a book deal, she had to sell the house, and with her tail between the legs, she will never talk to her kids again. David Johndrow and Lori Lantiere Johndrow what do you ultimately get for all of that?

Lori Lantiere Johndrow:  I get the satisfaction that while you did all that, you are a f'nobody and I am a f' big fat somebody.

Pamela Chapman doesn't think like that, so that is your perception, not the one I live by. Neither does Harry Gural. Neither do the rest of us.

David Johndrow:  I get to be a part of the Thievery Ring.

*"And, if I don't live long enough to see that book,"* Andrew Parsons says, *"David Johndrow knows exactly what to do. He will rip a page out every day, and wipe his butt with it."*

That's a waste of paper. He can't buy a whole carton of books. After all he is no intellect. He is no reader. He's adopted. We don't really know his lineage. He has no karmic contract to be married to his wife, so the soul bonds in this life are with his kids, and they belong to his wife.

Harry Gural, you just solved the puzzle. You were meant to become involved and it took nothing to get you here or to keep you here,

Harry Gural, says, *"Pamela Chapman I do love you, I do, but these people hate you. They can't stand you. They have so much passion against you, they cannot become indifferent to you. You are indifferent to them in that you can turn away all the time. They always are obsessed with everything you do down to your dimes, pennies, and bowel movements, sexual stimulation, your computer, and your book."*

Pamela Chapman
pamelachapman@cox.net
101-662-0516

<u>Harry Gural</u>, claims, *"I do not like <u>Lori</u> but she is ok to talk to. I can see exactly what she tried to do to me last night. She wanted me to tell her things about you that she could twist up. I have witnessed that too many times before, so <u>Pamela Chapman</u> you and I are so good, you have no idea because you and I know who we are, and we are solidly who we are, and so is <u>Roger Kass</u> and <u>Esmond Harmsworth IV</u>, and a few others. We know exactly who we are. We don't have to like each other, but we are grounded in our own realities, and can function not as a moral turpitude problems. We don't function on the fringes of society or in <u>Thievery Rings</u> we go straight through, and figure things out. We solve problems."*

At 8:14AM, an hour later, we claim that the <u>Johndrow</u> family needs a mention as a defendant in the case because they really were in the <u>Thievery Ring</u> and set themselves up to cause so much harm, but the harm they caused was to carry on everything that <u>Andrew Parsons</u> had set in motion. They are in collusion for sexually stimulating you daily. They all took their turn.

<u>Stanley</u> claims, *"<u>David Johndrow</u> is a lewd, unshaven man who smokes too much pot and probably cooks the books of his wife's firm. She doesn't seem to be bothered by that."*

He is just a smug asshole, and always was straight from high school and <u>Lori Lantiere</u> and <u>David Johndrow</u> were high school sweethearts. <u>Pamela Chapman</u> knew both of them before they knew each..

<u>Andrew Parsons</u> spent months creating a culture of destroy, kill, plagiarize, and just plain ruin <u>Pamela Chapman</u> done to her core financially, socially, emotionally, kill her book, kill her relationship with her children and everyone else, just destroy her to the core, and the rest is of no concern to him. If he destroyed his own life and relationships he didn't care. He is unsophisticated. He can't stop himself, because he never could. Once he gets obsessed, he is obsessed.

<u>Stanley</u> claims, *"We all will remember that no one was freed because we all had to out everyone."*

At the end of the day <u>Andrew Parsons</u>, <u>Tom Hockaday's</u> house, her book, and everyone, just entrained to the mission of destroy <u>Pamela Chapman</u>. <u>Jerry Slocum</u> did not have to do half of what he did to orchestrate all of this because no one came to <u>Pamela Chapman</u>'s rescue, and no one cared what he was doing. No one told her. He was not the person who spent his adulthood in Newport, she was. Yet, they all stood behind him at Portsmouth Abbey School.

<u>Dan McDonough</u> claims we all did not look at the whole picture. Our catholic upbringing made us think she was despicable because he was. No one at Portsmouth Abbey School would want to hang around <u>Andrew Parsons</u> now. If he really does die in 5, then this is his swan song .and it is not a good tune. Imagine that. <u>Dan McDonough</u> 8:27AM

<u>Jerry Slocum</u> has to stop sexually stimulating you permanently. <u>Christine Bush</u> failed to understand she has no reciprocity to be here.  She keeps showing up. Does she now belong to <u>Karp?</u>

She says, *"Yes, please."*

Pamela Chapman
pmchapman@comcast
dated 2023 to

They say, *"No thank you."* <u>Jonathon Karp</u> knows what to do with that.

<u>Jonathon Karp</u>:  I send them on a long errand until they wash out. Then, I kick them out, but you can't plan that, I do. I decide.

<u>Erin</u> started the game. She said, *"You are going to make a long list of everything you don't like about <u>Pamela Chapman</u> and then we will compare notes."* They did these themselves.  They did not ask the audience for help.

<u>Lori Lantiere</u> said, *"I did my own list."* <u>Kaitlyn</u> and <u>David</u> did their own list. She did not know that. She then said, *"Wait I did mine with <u>Harry Gural</u>. I had his help."*

He just watched you to make sure you didn't have any input from the others because you were to become the linchpin of the entire game. We knew you'd say something you were not supposed to which was that <u>David Johndrow</u> and <u>Kaitlyn Johndrow</u> were always in the <u>Thievery Ring</u> and had overheard too many private conversations. You knew too many personal details of <u>Pamela Chapman</u>, but she claims, *"I only heard a few, and don't really believe them because [Grig] has said outrageous things, and I have met <u>David O'L</u> and <u>Pamela Chapman</u>, you and I don't know each other sexually, but you are way too square for all of this and that."*

Thank goodness I was so square. 8:34PM

<u>Pamela Chapman</u> says, *"If I met these people today, I have no interest in them whatsoever."*

They and <u>Laurianne Florio</u> teamed up to say, *"Let's best her really good and destroy her in this <u>Game</u>."* and they played <u>Deborah Chapman</u>, and a few others. Then, they fed the fact finding machines. It all went from there. The slander was incomprehensible. Just remember, it does not matter how much money I have on either side, I know who I am.


December 10, 2021
**8:28AM**

The morning after a rather difficult night of slander, <u>Erin Hennessey</u> was sitting above a high perch to see more and greater than ever before thanks to <u>Emily Parsons</u>' guide who showed her how to ascend upwards because she was enlightened in her life. She has that right to that perseptive in the guiding realm. What a phenomenal reciprocity for her commitment, loyalty, and dedication to her engagement with <u>Stanley</u> and <u>Pamela Chapman</u>.

Pamela Chapman
pmelchapman@cox.net

She agrees.

Harry Gural sat smack in the middle of the Thievery Ring. He knew he couldn't move much because they would all attack him. Yet, he just sat, watched and waited. Noting more. He claims he is so over all these women. Yet, he always has a comment that proves he is not.

Deborah Chapman claims she will never ever listen to Andrew Parsons ever again because he said such harsh and rude things about the mother of his children, and his ex-wife.

Deborah Chapman will never recover any respect for Andrew Parsons. Her sister could not possibly be the horrendously awful person she claims her to be because she was is a spiritually enlightened woman. She just could not be that person. She also is an intuitive all her life so she could not be that person. That is an honor bestowed on people for achieving enlightenment properly, so no one should believe how horrendously awful she is. Pamela Chapman herself would say the critical attack launched at her is merely a mirror image of how he sees himself (and humanity).

Andrew Parsons is not her mirror at all. Harry Gural comes much closer.

*"He is a liar and a betrayer,"* says the Johndrow family.

Roger Kass says, *"With a clear channel involved we might finally understand what was true and what was false last night."*

Pamela Chapman says, *"Why ever bother to spend time listening to those persons."*

*"No, they exclude you to bug the shit out of you."*

Bethany DiNaploi and others say, *"No, we decide when and what she hears."*

At least 1-2 weeks ago, **Bethany DiNapoli** declared herself, *"Kamala Harris, the head, leader of the Caliphate Nation."* She wanted Harry Gural to be the co-leader, a partner.  She insisted she had bested Pamela Chapman and thereby had become Kamala Harris in the *"I Am Kamala Game"* of last summer. This also simultaneously bests **Monique Burgess**. In her mind, Bethany DiNapoli is the ultimate winner of whatever fraud and sex games she thinks she is playing.

Grenville Craig and Andrew Parsons together equal a terrible set of stories of Pamela Chapman.

Kamala Harris said, *"No way do I support what went on here last night or many nights before. Pamela Chapman told me they play dirty and that I would not prefer their lower levels or lack of sophistication, and I absolutely believe Pamela Chapman, who knew this from the start. They will proved themselves to be that lower level individual last night like none before."*

Pamela Chapman could not hear any of the conversations and when she awaken, they bullied her with harassing comments while she fell asleep. Then, they resumed the conversation.

Pamela Chapman
pmchapman@verl.net
101.002.09.11.

The three people who really barked last night were <u>Andrew Parsons</u>, <u>Nola Ganem</u>, and <u>Monique Burgess</u>. The women manipulated <u>Andrew Parsons</u> such that he may never have remembered what he said.

<u>Pamela Chapman</u> is always the target of the conversation. She became the target of assignation because <u>Andrew Parsons</u> started it publically on February 4, 2021.

<u>Stanley</u>: <u>Andrew Parsons</u> bantered in a dialog for one-and-a-half – two hours as both himself and as <u>Harry Gural</u>. He was <u>Harry Gural</u> for less than an hour. It was such a horrible slandering assault on <u>Pamela Chapman</u>.

<u>Stanley</u> will never repeat what <u>Andrew Parsons</u> said publically but the themes were abortion, sexual affairs with older men, fraud when it came to work – *"I stole things from employers such as a stapler and some paper."* The following comes from the conversation.

He said, *"You were a terrible mother who couldn't look after her children properly, and was always on the telephone at soccer games."* That happened once and <u>Andrew Parsons</u> lost his shit and claimed <u>Pamela Chapman</u> didn't understand the power of now. Yet, she lives it every day. <u>Andrew Parsons</u> was coaching in the field that day, and he didn't have <u>Pamela Chapman's</u> full attention while sitting on the ground. However, this bothered her inner ear vertigo which he would have dismissed. She is too low on the ground. He never understood that. She didn't either. She just knew when she didn't feel well. He claimed if you were not 100% engaged in watching the soccer match, *"You were a bad parent and a bad wife—because the family was on the field. Being on a cell phone was rude to the family."* He never cared if she ended up with a headache and nausea for the rest of the day.

When she had to tell <u>Andrew Parsons M.D.</u> she suffered from inner ear vertigo, he said, *"It doesn't exist."* He also thinks medical intuitives cause harm, yet they can actually once and for all properly diagnosis, so people can be properly treated.

She didn't go to many sports games because being a spectator requires the right seating for her line of sight. <u>Andrew Parsons</u> could never understand that he'd say, *"Your being a princess and buck up."* How insensitive. He can't measure her vertigo, therefore he can't measure and manage it, he says it doesn't exist.

<u>Harry Gural</u>: I stand behind you and beside you <u>Pamela Chapman</u>, and <u>Roger Kass</u> can go to hell because he speaks from both sides of his situation.

*"Yes, he does, but so do you."*

<u>Andrew Parsons</u> said, If <u>Harry Gural</u> and <u>Pamela Chapman</u> were to marry, <u>Andrew Parsons</u> would terrorize him every night.

Pamela Chapman
pmechapman@cox.net
401.662.9516

*"Why is that?"*

He claims, *"You do not deserve love from anyone for divorcing the family."*

**Pamela Chapman**, he said, *"No one will ever like you ever again because Harry Gural can't stand you and you lie all the time about your feelings for him."*

*"We will make sure Harry Gural never arrives for you, so you will die without any love for anyone else."*

Regarding lying, he said, *"You are a liar."* It is because no one could read your true feelings for him. Do you believe she'd be devastated by this **Andrew Parsons**?

*"We can't tell. So, they called her a liar."*

**Monique Burgess**:  Andrew Parsons you have no idea who this woman really is and this level of explanation is beyond our comprehension. You demand it fit into a box with your parameters on it. Case in point is, if I insist you masturbate every hour of every day, I will force it, and **Pamela Chapman** says, *"No way, Jose,"* and she showed you exactly why that was bad for you and kundalini, and how you undid the very thing you wanted. So, you ridiculed and attacked out of your own ignorance. Even when she finally explained it, you continued. We are never the same people, but we sat on the same non-profit board, but you ridiculed her for that also.

Stanley said, *"My daughter can explain everything in proper context. We will stop because you do not have to explain yourself everyday like he demanded: Three things every day because nobody cares about them that way."*

*"What is the **Johndrow family** doing here, all of them?"*

*"We will get to that."*

Stanley said, *" Andrew Parsons went down a long **slandering** list."*

**Andrew Parsons**:  Does my son understand now my defense, my perspective?

**William Parsons**:  Yes, but it was so f*rude that people will never think positively of you in the future.

**Andrew Parsons**:  Maybe that's true.

This is what **Andrew Parsons** did for 10 years. Now, he has a wider audience. He won some grand lottery to defend himself this way, and to slander her that way. People don't pay attention to her anyway. They line up behind him.

Pamela Chapman
pamelachapman@cox.net
401-662-9510

*"I don't want them anyway."*

<u>William Parsons</u>: Then we stand behind you because <u>Andrew Parsons</u> said such terrible things that you have repeatedly said in psychology what he said about you is what he believes about himself, and you are not that mirror.

<u>Patti Christina,</u> PhD Clinical Psychology, agrees. She says, some are a bit true, but not really. His perspective is off, and reflects a deep seated sense of low self-worth. It pervades everything. It does not possibly reveal who she really is.

Look at <u>Pamela Chapman</u>, because <u>Andrew Parsons</u> wants to utterly rape and rob her of her entire life because she wanted a divorce, and got it.

<u>Andrew Parsons</u> could have married <u>Cathy Wicks</u> easily. Instead, he wanted to bury <u>Pamela Chapman</u> alive, and he did.

This is <u>Andrew Parsons</u> at his core. <u>Pamela Chapman</u> always said, *"At least, he had his children as a north star, but not anymore."*

<u>Andrew Parsons</u> aligned with <u>Grenville Craig</u> and these women and <u>Harry Gural</u> to destroy <u>Pamela Chapman</u>. So that they could take all those stories and spread them around. They did all his dirty work of slander, harassment, and abuse.

There is also the simultaneous story of <u>Happy van Beuren</u>, <u>Roger Kass</u>, <u>Esmond Harmsworth IV</u>, <u>Kamala Harris</u>, <u>Pat Fernandez.</u> There are the organizations of <u>Kamala's Table</u>, <u>The Redwood Library</u>, <u>Newport Hospital</u>, <u>Newport Art Museum,</u> and <u>Island Moving Company</u> that was doing the very same thing.

Each of these branches has its own people, tools, and outcomes, but the end result was always the same: destruction of the both the person and the book, *Barefoot in Heels,* so that it could never be published because too many saw themselves in it, and never did they want anyone out there to know who they really are.

When all groups colluded together –and when there was crossover of participation—and there was, that's when the entire story really blended together into one huge <u>Hate Crime</u>. If you tried to remove yourself from one side, then you played the other.

<u>Monique Burgess</u> now says *"I don't want to participate anymore."* (but she did).

No one wants to listen to you anymore <u>Pamela Chapman</u>.

Pamela Chapman
pmchapman@cox.net
101.662.9510

They set their own North Star to **Pamela Chapman's** downfall. If they aren't the centers of attention, they have hissy fits and side bar conversations, mostly with **Harry Gural**, as if **Harry Gural** were to be the deciding point of comfort in her life.

Tom Hockaday and Bill Martin, Alberto Villodo, and Kamala Harris are the same in this story. They bringing people together individually to form a community of sex in order to commit masturbation or kundalini, fraud, or total destruction of something. In this case, first a book. Then its author. Pat Fernandez, Ways and Means, and others called it politics, or playing The Game.

**Harry Gural**, why do you have many side bar conversations?

**Harry Gural** can't stand listening to **Pamela Chapman** defend herself. He has no tolerance for her truth and always turns away from the conversation. He always wants a private intimate conversation with each of the Harem—those playing in this contest of besting one and the other for the prize of total destruction of **Pamela Chapman** and her book, *Barefoot in Heels*.

*"Not anymore."*

**Harry Gural** does not pull himself away. All these women and men have other lives and other people. He does not. They will leave him on a deserted doorstep every day.

Stanley:  **Harry Gural**, you have no other lifestyle than the one you are living.

**Pamela Chapman** claims, *"I will change as soon as possible."*

Andrew Parsons:  No, she cannot.


Motive of Happy van Beuren and The Redwood Library Book Committee.
There are many possible ways to look at this. Fiction always does. This is why society writers are supposed to stay out of fiction: to keep the mystery there, and let no one else in.

It's also about power in society. She who writes about it has all the power. Reference: July and August, 2021 dialogs of Caroline DuPont.


No one can watch you in the privacy of your own shower, **Pamela Chapman**. But, they do. No one can watch you do anything. But, they do. The list includes: Andrew Parsons, Bethany DiNapoli, Nora Deidrich, Dominique Alfandre, Alberto Villodo, Maura Lindsey, Monique Burgess, Nola Ganem. It is all sorcery remote surveillance.

[Note: It is all remote viewing pornography in the shower…We had a legal case in Newport with an attorney using a pen camera hidden in a bathrobe on the door of the bathroom watching a young woman talk a shower.]

Iona Ross: Listen to me. He can't touch you or anyone else, ever in kundalini and he refuses to seduce you that way because he then would seduce all these other women simultaneously. It's the same with if he touches me now, he touches everyone the same way. He has a harem that gets everything anyone else gets. There is no private interaction.

*"How did we make that happen?"*

Iona Ross: I don't know.

*"Who is responsible for that?"*

*"Each of them must break away, but they come right back."*

Erin Hennessey, how do we break those bonds completely and permanently?

*"Who took Pamela Chapman's 3ʳᵈ eye?"*

Monique Burgess thinks she took it, and refuses to give it back ever again.

Through Andrew Parsons, they all see any creative imagery, she imagines.

*"How is that?"*

It's not her 3ʳᵈ eye, just her imagination. They all took her imagination, and claimed, *"We own her."*

Alberto Villodo was the one who took it in March 2021, but we didn't definitely really know this until September 6, 20212 when Samuel, Merkle/Kathume and Jerry left for Metratron Kingdom. Then we knew everything that Alberto Villodo had done that we blamed on the Giants, but it was him all along. He is no shaman, he is a sorcerer.

William Parsons:  So where is the justice for my mother, my sister, and me? My father sought his own justice. He claims to have succeeded beautifully.
10:27AM

Pamela Chapman
pmrchapman@cox.net
401-662-9516

Jean Gorham knows at all times what Pamela Chapman is doing. Jerry tells her.

Jean Gorham always has an extra guiding key of Pamela Chapman's. She can use her mouth instead of a key. How does a living person do that?

It is tied to Jerry Slocum. They are merged as one and the same, Jean and Jerry. They are now officially the devil incarnate. She is the living Satan, the official demonic Sorceress of Newport with Bethany DiNapoli right behind her. 9:35PM 5-6-22.

Jean Gorham has a theory. If Jean Gorham is alive, she is given a reciprocity that claims she has power over Pamela Chapman's life, and that Jean Gorham can ascend as Melchizedek. She can become Pamela. This is just like the, *"I bested Pamela, and I become Kamala Harris."* Now, it is, I bested and became Pamela, just like women in the Thievery Ring Workgroup.

Without Alberto Villodo to hold the Thievery Ring together as a group….and without Harry Gural to hold you together individually, What do you all become?

A mess, chaos. Last night was an example.


**11:06AM**

Harry Gural spent the night talking privately with each of them because he has these channels.

Kaitlyn Johndrow and Lori Lantiere Johndrow are chasing Harry Gural. David Johndrow and son, Christopher were there also. They were all so obnoxious. Constantly screaming. No none could actually hear them, but the people around them. We learned in May 7, 2022 from Melchizedek Café that David and Kaitlyn, father-daughter, are almost energetically indistinguishable from each other.

Kaitlyn Johndrow has two people constantly chasing her: Laurianne Florio and Diana Florio Beardsley, sisters. Chasing is a following by another name.

Kristin MacMannis and Kylie McCullough. Are not even in the same space any more. Susan Bistline isn't either. This is the start of a new Thievery Ring.


Alberto Villodo. *"I have no idea how I got involved in this because it destroyed me too."*
10:47 5-6-22.

Pamela Chapman
pmcchapman a cox.net
401-662-9510

Andrew Parsons also said, *"This destroyed me"* Don't forget you became that which you sought, which was total destruction of Pamela Chapman. You became destruction yourself.  **5-6-22- 11:23PM**

**5-7-22 8:40AM**

Kamala Harris says the #1 weapon in The Game is the ability to be able to demonstrate competency, but being a sorcerer or sorceress is Kamala Harris' number one tool of leadership. Every person needs a tool. Every person must be a sorceress to play, to hold power.

Noise is the #1 and sexual assault/rape is the #2 tool of Alberto Villodo and Marcella Lobo to control the students, women they don't like, and the drug trade. In Pamela Chapman, when the noise turns off, the rape turns on. Jerry Slocum adopted this from Marcella Lobo.

Jerry Slocum would say to any of the members of the Thievery Ring, any time you don't hear the noise, you turn on her vaginal area. Firstly, it proves Jerry and Jean hold all the power over her personal agency, and they can manipulate her kundalini relationship with Harry Gural.

If Jerry Slocum were not involved, Jean Gorham would recruit Alberto Villodo to do the job of Jerry Slocum. He in turn would never stop sexually abusing her through Marcella Lobo, Bethany DiNapoli, Nola Ganem. Dominique Alfandre, Nora Diedrich, Maura Lindsey, Diane McEnroe, Kayla Abbate.

Jerry Slocum is tied to Jean Gorham who is tried to Kathume. This means that Alberto Villodo would be tied to Jean Gorham who is tied to Kathume, but Alberto Villodo is naturally tied to Samuel and that would bring Samuel and Kathume back together as Saul. If Saul were to be tied to Samuel all over again it would re-trigger Beatriz and The Game would start all over again. This what happens in every Big Book Story if you do not stop the human bridge who is Jean Gorham. She stops because the guiding realm stops her by removing Jerry Slocum and then immediately removes Kathume and has Jerry Slocum take both out back. This is exactly where Samuel wants to go.

Alberto Villodo always says, *"If some drug dealer gets to sassy with him, he gives her noise."*

Leora had the same problem. Pamela Chapman had her noise removed by Kathume last year, but he refused to remove it for Pamela Chapman.

Alberto Villodo always spoke to her through every sorcery channel note psychic Jean Dixon used: urine steam, running water, friction caused by wheels on the ground, walking. It's in *Harry Potter* that the wizard could talk that way. We could not make him stop.

Pamela Chapman
pmechapman@cox.net
401-662-9876

<u>Pamela Chapman</u> never read <u>Harry Potter</u>. In the series, the character, Lord Voldemort is a sobriquet nickname for Tom Marvolo Riddle, the main antagonist, the main character of destruction. What did he use as his tool?

He just moved around a lot and created all kinds of chaos. He used a wand of magic proportion. <u>Harry Gural</u> introduced the wand to the Workgroup. He loved <u>*Harry Potter*</u>.

**RIDE**: is the new code word for guide because <u>Pat Fernandez</u> can only drive now not fly. If she flies, someone always asks her *"Hey Pat, What's my Lineage?"* Every day at 4:00 PM.  Between 5-7PM EST, we had <u>Paul Kipnes'</u> music. That was in April and May, 2021. Before.

<u>Harry Gural</u> claims he won't fly either.  It comes from <u>Linda Plochocki</u>. If he flies anywhere, she attacks him in his seat, just as on any long car trip. She makes him so uncomfortable, he can't travel anywhere. He is stuck at home.

<u>Alberto Villodo</u> has two choices now:  he either fesses up to everything, or he goes to federal prison for the rest of his life. <u>Pamela Chapman</u> will file a lawsuit in federal court with an attorney. <u>Marcella Lobo</u> is going with him. He won't see the outside daylight of Argentina ever again.

<u>Your voice has 3 qualities to it:  Tone, Range, Energetic Signature</u>. You never lose your energetic signature, but <u>Alberto Villodo</u> always changes the tone and the range such that you can always be heard by him no matter what. <u>Alberto Villodo</u> changes everyone's' voice:  his own, <u>Andrew Parsons</u>, <u>Harry Gural</u>. He outright took <u>Pamela's</u> voice, and claimed it as his own.
**10:05AM**

**2:55PM**

Andrew Parsons was given sorcery sight three months ago. He also had it during the summertime. He followed you day and night to find a way to publically embarrass you in a way that your book publicly embarrassed him. Yet, your book was not published. This is his revenge story for a manuscript only printed out at a local copy center, left sitting on a shelf in her office.
<u>Harry Gural</u> and <u>**Kathy Abbate**</u> really liked tagging and chasing each other. No, they did not. Yet, he had his fun, and so did <u>**Kathy Abbate**</u> pretending to be her 25-year old daughter, <u>Alish</u>.  By screwing you, <u>Pamela Chapman</u> out of a book, a boyfriend, and a future husband, she and <u>**Rick Abbate,**</u> her husband, and <u>**Andrew Parsons**</u> and <u>**Cathy Wicks,**</u> thought they had won the whole lottery.

Pamela Chapman
pmelchapman@cox.net
10.00.2.9516

Bethany DiNapoli now thinks she is Harry Gural's sponsor. Of course, she also thinks she is Kamala Harris, the leader of the Caliphate Nation state, VP of the Unites States of America, and Jana Hicks Jagoe, wife of Donald Jagoe, a woman who spends most of the year living alone in an apartment in Paris, wearing couture.

A psyche in this story is a private channel of conversation in sorcery. It's how sorcerers can manipulate your ego-mind. Enlightenment is a transcendence of the ego. Therefore, an enlightened person only has one mind-body-ego that cannot be manipulated as a psyche.

Are psyches the real problem?

Harry Gural cannot stop talking to these women and men in psyches.

That is the core problem for Harry Gural?

*"We got rid of the lines of relationship between Harry Gural and the Thievery Ring, but the psyches remain until they are taken out completely."*

For Harry Gural, he arrives in the story without issue in his aura. That was taken care of by Kamala Harris, Rusty Powell III, Bobby McDermott, and Linda Plochocki. He gets continuously attacked in the psyches. He only frees himself by being clean of all psyches, wind tunnels or other such channels. Even when we thought we was clean, he was not. He was totally clean by May 2022. He was always being visited by voices in the middle of the night. They were Carrie Crosson Gilpin and Nola Ganem. No one in the thievery realms anticipated this.

As long as he had any psyche or related sorcery channel connected to him, he used a stodge in The Game to set Pamela Chapman up to first always be receptive the noise so it could be used as an echo location device, and then set her up such that the Thievery Ring could move up to her level, abduct her, rope her into the center of their Thievery Ring, and harass her 24/7 through the use a psyche channel. She in turn could never leave. This to them would be irreversible and their very own promised land.

This leaves Pamela and Harry unable to ever be together. *She would never hear anyone other than those in the psyche.* Retreat and suppression would be impossible together. Reciprocity of relationship would have no bearing, except if you physically live together. Kundalini practice would mean nothing. All those Thievery Ring people would jump in, and reclaim Harry Gural back to themselves.

All these people who embedded themselves in her aura over the years, where there as stepping stone to opening the aura up to eliminate her personal privacy (reading, writing, thinking), and then to receive noise which manipulates her hearing and eliminates all forms of communication with others. This set up The Game ultimately to abduct her and gain absolute control over her in a mental prison of disempowerment.

Pamela Chapman
pmechapman@cox.net
401-662-0946

Was it The Game or Alberto Villodo who abducted her and manipulated her for absolute power over her in a mental prison of disempowerment? Like Harry Gural, it was not this Game, but Ways and Means through Linda and Steven Plochocki and Tara Plochocki who inflicted the worst abduction, manipulation and sorcery on him. They sent him into prostitution for their own power and greed. Alberto Villodo and Tara Plochocki in May and June 2021 really set Harry Gural to make sure he was dedicated to the stolen book project and that he and Pamela Chapman would never be together on any realm. They both wanted that relationship destroyed. There is a similar pattern there.

We disconnect the crux of the problem, which is "Grenville Craig Crossing/Andrew Parsons." He was the lynch pin in your aura. He was in the aura with a psyche. So was Alberto Villodo and Harry Gural and Andrew Parsons. They placed a copy of their psyche in your aura but nothing ever happened. Alberto Villodo did that. It demonstrated that was never going to work with Pamela Chapman so they increased their use of noise and manipulated her hearing instead, and harassed her anyway they could publically instead of privately.

Grenville Craig was a Twin Soul sponsor masking as a false relationship in the aura. He wasn't supposed to be there. Who put him there?

Rusty Powell III about ten years ago.

Andrew Parsons and Grenville Craig had no business in there. Jerry Slocum gave Andrew Parsons the pen knife (auric key).


Kathume will manage Pamela Chapman's aura and Harry Gural's psyche.

We now believe the Harry Gural psyche that was in Andrew Parsons was really an Andrew Parsons psyche that he blamed on Harry Gural. It was an Andrew Parsons psyche with Harry Gural's voice.

**7:49PM**


[**Note**: If Harry Gural is always plagued by the whores tagging and chasing him, Pamela Chapman is always plagued by harassment. They harass her for everything. They seduce and pleasure him always and forever more.]

[10:04PM Tim Hollister, esq. says you are that person and that is a huge compliment because I see that is exactly The Game. You each come at it from opposite sides. You face the same behaviors, but you have opposing or opposite outcomes:  one is seduction, and the other harassment and abuse. The only way out is transcendence. You must get off the seesaw otherwise you are always moving up and down. 10:07PM 3-31-22.]

Pamela Chapman
pmrchapman@snet.net
tel.no.2-95-16

Once man's pleasure and seduction is another person's abuse and harassment. That is the name and focus of Alberto Villodo, and The Game.

## December 11, 2021

### 5:00PM – 6:45PM

Samuel says, Nola Ganem controls the noise.

Alberto Villodo controls the muffle and vibration of the aura such that if the harmonic resonance is too high, it belongs to Alberto Villodo. He constantly claims he needs to control people this way.

Harry Gural is in constant motion between all realms. He is most definitely a sorcerer, so is his brother. He can no longer be a shaman because of this story.

You had four men: Andrew Parsons, Grenville Craig, Alberto Villodo, Harry Gural, all competing with each other as the one who knows the most about you: the one who could best the best with information. Andrew Parsons should be able to win that war but he can't imagine what to say. Grenville Craig never belonged there. Yet, he remains, Alberto Villodo is merely a thief stealing information. Harry Gural is doing a combination of many things, but Pamela Chapman says, *"He is too co-dependent on cheap women."*

*"No, it's a psyche problem."*

Harry Gural has no more reciprocities for relationship – that is not what he seeks. All these cheap whores, *"Say that's ok, I take you anyway."*

No, they will never actually do that. They will drop him immediately. The cheap whores will all disappear overnight someday. That is the actual Game of the Guiding War. The Perpetrator and the Victim just depart and are forgotten. How do you get Harry Gural to depart with Pamela Chapman?

She will get cornered, and she will just surrender. Then, he and she slip into the backdrop. They never have to meet. Others will avoid them.

People like Nora Deidrich will leave here. No one will remember who they were shortly after that. Kamala Harris is likely to resign, but if she does not, she should never seek or win re-election. Pat

Pamela Chapman
pmcchapman@cox.net
101-662-9516

Fernandez should never return to Newport because she is the one who managed Pamela Chapman's arrival at Kamala's Table. Pamela Dorman didn't help herself in the publishing realm and neither did Simon and Schuster because they are now both bought by Ways and Means.

It's not about getting out. It's about associations. Andrew Parsons got everything he wanted at his wife's expense. Then, he pays without remorse.

If Saul and Samuel are now exposed for what they truly are and Beatriz is cornered (she is Kathume and Samuel), and we have freed Harry Gural as much as we have, we are aiming to free Pamela Chapman. Can St Germaine now call time? What will it take for him to call time?

Pamela Chapman tells St. Germaine to appear right away. We need an answer to this compelling question: What will it take for you to call complete time on The Game?

They won't say, except St. Germaine, Saul, and Samuel seek to expose everyone who could possibly play. So, The Game also involved not only who are all the people but who are all the guides as a first level understanding of The Game. Who is in, and who is out?

Who are the guides who can sort this out?

Kathume knows who he is. Kathume claims we last did this at the end of Atlantis before the flood, at the end of the last root race. No one ever gets this far, so why did we get here but not yet out of the Guide War?

All the guides who have played before know how to stand aside and never really play. Ultimately, the Black Stallions have all become conspirators in The Game instead of reciprocity guides to Melchizedek.

**3:22 PM**

December 12, 2021
**9:52 AM - 12:20PM**

Pamela Chapman
pmchapman@cox.net
401-662-9710

About 12:30- 1:00AM last night, Andrew Parsons started playing a psyche of Harry Gural. That psyche tried to destroy Pamela Chapman and Harry Gural, but mostly Pamela Chapman. It continues now. People were aghast, but said nothing. It was full of slander in. The psyche was mean spirited.

Pamela Chapman was asleep, and heard nothing. Harry Gural was asleep and heard very little. If Pamela Chapman had heard, or could have heard it, Pamela Chapman would have known immediately that it could not have been Harry Gural, and Harry Gural would have never heard himself like that because it is a copy of one of his bona fide psyches.

Pamela Chapman will go to her grave screaming she knows the difference between who he was and who he is now. She did this consistently in early May and last summer, 2021. She called out Richard Neal, D-MA, Chair of Ways and Means for stealing Harry Gural's voice in the realm. She knew unmistakably the voice was not Harry Gural. Several times Pamela Chapman was the only person who could say, *"That can not possibly be Harry Gural. Something is not right.*" She would have said the same thing last night.

In the vain of the conversation:  Andrew Parsons was disseminating information under false pretense. He put his own answers into the psyche of Harry Gural. How do you prepare a psyche that way?

   [**Note**: You can't call up and play a psyche when the person is asleep.]

You call it up and ask it a question. Then repeatedly tell it, *"This is what we think of … until that psyche is 'brain washed' the same way."* It is a form of **brain washing and blackmail because the psyche is not let go of until it agrees.** It doesn't take long to brain wash a psyche.

Carrie Crosson Gilpin made a copy of Harry Gural's psyche. She put it in her own aura. She did this through Marcella Lobo, who then transferred it into Andrew Parsons's aura. Once there, Andrew Parsons can call it up at any time, and brainwash it.

Once in the aura, he can call it up like a playmate. He talks to the psyche, and Harry Gural is no longer aware that he is actually in there. It's a private conversation and a private playmate. All the people in this Thievery Ring had multiple copies of each other's psyches that they swapped around and manipulated on their own as a play thing. Alberto Villodo taught them all how to do this, and they happily colluded and played along. Men have a different role than women, except Harry Gural did not play this way at all He was a victim of the psyches technology. Linda Plochocki never used them. Tara Plochocki was introduced to them through Alberto Villodo and then sued them on Harry Gural.

No one plays with Andrew Parsons and no one is aware of extra Andrew Parsons psyches except for Carrie Crosson Gilpin who can't stand listening to his psyche. It sounds similar, but is so mean-spirited she no longer cares who he is.

What is the extent he would go to harm someone according to his psyche?

Pamela Chapman
pbswchapman@cox.net
To 1 (603) 951()

P.S. Later on, Bethany, Monique and Dominique tried to create a psyche of Monique's that would be placed in Pamela that would give instruction on how to commit suicide, such that it would be homicide by suicide.

Carrie Crosson Gilpin:  I can't say. I really don't understand psyches except he could say he will stop at nothing to destroy Pamela Chapman especially now with the book, *Barefoot in Heels*. He justifies having stolen the book because it was about him.

**6:17PM Sept 6, 2022**
Having removed Samuel, Merkle and Jerry Slocum, we understand now more than ever that Alberto Villodo is completely responsible for taking all of Pamela's reading, writing and thinking away. It is his guide, Don Miquel and another guide—both 4th level guides—who have somehow swindled the entire guiding realm and Samuel, Merkle, Jerry Slocum and Michael Harner and is the one responsible for all of the sorcery that is reading everything Pamela is reading and blabbing about every little detail in her life including what she is wearing and looking at, everything. We had no idea it was all due to the guide of Alberto Villodo. He is using kundalini practices in the 3rd eye to read everything about Pamela Chapman. Esmond Harmsworth IV took him out of the 3rd eye. He game right back. Any time she has kundalini with Harry Gural he is always there. He just jumps right in. But he is a bad player. He just hangs out, and demands, *"but she is mine and not yours."* It's a power grab. It's more than that. He wants to remind the worked that he holds all the power over another and he will not be trumped by any person or any guide or any Big Book Story. He did this to Leora also. She is a woman in her 30's in Los Angeles. She helped Marchella Lobo sell cocaine on the lot of NBC/Universal Productions. Kathume unglued her form Alberto Villodo but didn't do anything to unglue Pamela Chapman.

Alberto Villodo is completely responsible for so much sorcery of incapitation that he will go directly to a federal work house as detainment until such time that a sentence can be rendered. Pamela Chapman believes he is a flight risk out of the country where he could hang out indefinitely in the Amazon Jungle, Brazil, the mountains of Peru, or anywhere near his estates in Argentina and Chili. She also believes Monique and Tom Burgess are flight risks because they have lived on their boat in international waters for at least two years on the past.

Alberto Villodo is also directly responsile for Pamela's hearing, both her inability to hear antythg do to either silence ortoo much noise. Alberto Villodo taught this to Bethany and Nola directly. All last winter Alberto Villodo was directly responsible for her need to scream.

Alberto Vidollo is also directly responsible to making everyone on the Thievery Ring commit to a loyalty oath such that they were all in this together, as one unit. He also taught them all about psyches and created the window tunnel that made Pamela Chapman the noise wall that they all moved under and away from. He stopped at nothing to destroy her so that he could have all the power in the realm. Neither Yogi Bhajan II of Kundalini Yoga, nor Gabby Bernstein, nor Kamala Harris every had to do this to exercise their power and abilities in this realm. Alberto Villodo has completely destroyed himself and Marcella Lobo isn't their constant need to protect themselves by surrounding themselves with these weapon of mass destruction called sorcery and noise so that the

Pamela Chapman
pamelachapman.com llc
401-862-9540

entire world knew they could never touched and that they themselves hold all the power. **6:34PM 9-6-22**

Monique Burgess taught everyone how to walk through walls. She claimed, *"It came from the book, Midnight in the Garden of Good and Evil, but it did not."* Alberto Villodo said something to her, and she put two and two together, and that is how it all came about. He knows how to do it, but he doesn't do it. Marcella Lobo doesn't do it either. Isa G. said, *"It is not shamanic. It is pure sorcery."* Earlier Pamela Chapman read something online that said shamanism is healing and sorcery is destruction. That which can heal can also destroy. It is all the same energy. It just depends on your intentions.

Alberto Villodo's guide is mimicking Melchizedek Café in that the guide appears to have too much access and information on Pamela Chapman as if he has downloaded her aura, and no guide has permission to do that.

Macklin is going to blow out the 3rd eyes of at least five guides in the next few hours and we will see if that works. We need to get back Pamela's hearing. The Big Book Story blows out your 3rd eye, but it was Alberto Villodo who took the 3rd eye out in the first place. When Alberto Villodo first arrived she saw cartoons in her 3rd eye a time she learned later on he was smoking marijuana. And, she complained to him, *"What the heck is this?"* She also saw sorcery television for or a few days, but neve at her request. It was always at night and they were people who were trying to walk into her aura. She knew fee of them. Alberto Villodo knew them. Marcella Lobos also sent her a photo of Marcella naked groin. Villodo dismissed it , *"Oh, she likes to do that to other women."* It is harassment and pornography at a minimum.

This also means that he gave away sorcery abilities to Nola Ganem and Bethany DiNapoli and at least several others including Justine Rudock and Justin Ramel and Leora is now not without a place in this lawsuit because he did the same to her just before he did this to Pamela Chapman. She works with Mark Halpern at Universal and Woody Harrelson said you can subpoena him. He knows who she is. So do Justin Ramel and Justine Rudock who was born in the USA and lives in Melbourne, Australia. Justin Romel works in production at Universal Studios.

Alberto Villodo is no different than Andrew Parsons, Grenville Craig, David Johndrow, or Jerry Slocum who all said they would stop at nothing to destroy Pamela Chapman. They pulled in an entire Thievery Ring to support them and service them sexually. They had a second and third tier of recruits mostly those who all met originally at Tom Hockaday's house, and were all supported by the C-suite that was Kamala's Table, and the leadership of United States executive and legislative branches of government. Without Alberto Villodo's sorcery, this whole experience could have been minimized and mitigated. Instead it was aimed straight at incapitation of all kinds, torture and trauma. Alberto Villodo is completely responsible and so are all those who colluded to be a part of destruction to the death experience of raw power.

Pamela Chapman says, *"It was never about him. He made it about him."*

Pamela Chapman
pmchapman@cox.net
101-00-2-0516

**Carrie Crosson Gilpin** claims, *"He doesn't understand fiction, and neither did most of us except he would now say, 'You, Pamela Chapman, are such a liar that I can't stand you because you represent nothing good in society."*

**Pamela Chapman** to **Andrew Parsons**, you are going to make a list of everything good that **Pamela Chapman** has ever done that you know about she gave so many reciprocities, so much knowledge that freed so many women, taught so many people so much spiritual wisdom as well as what kundalini really is, and the proper ways to align with it. She also clear channels so many personal answers to people and even **Andrew Parsons** said, *"She has a great sense of humor."* She was a lot smarter than he ever gave her credit for, and she has more divine wisdom, joy, peace and love that his intellect can ever imagine. He has real knowledge of who she is and his attacks on her are mirror reflection of how he feels about himself. She dissolved her own shadow self. He is nothing but mere darkness.

How many times **Carrie Crosson Gilpin** did you actually read cover to cover?

**Carrie Crosson Gilpin**: Five or six times, maybe more.

How many times did you re-type it?

**Carrie Crosson Gilpin**: Twice.

How did you type the screen play to Universal Pictures?

**Carrie Crosson Gilpin**: "I had to make judgement calls of what to use, and what to eliminate, and I did a crappy job of it. I have no training to write either fiction nor screenplays. **Mark Halpern** knows my sister **Diane Crosson McEnroe** through **Jonathon Karp**. He gave me some general guidelines, but I had no idea what I was really doing. I did it to understand the book and more than that, **I did it to screw with your product so you could never use it**." It was pure revenge.

*"The enemy of my enemy is my sorcery wife **and neighbor**"* Feb 4, 2021.

**Carrie Crosson Gilpin**, The activities both of you are responsible for include making sure **Harry Gural** does not get near you, and that he gets married to others, and they get copies of his psyche so he refuses to be with you ever again. That is called brainwashing.

**Maura Lindsey** is not ever again coming into this space because her husband, **Tom Cahill, M.D.** claimed, *"She can no longer participate because he will arrest himself if this goes on."* He is appalled at her behavior because as a medical doctor this man, Andrew Parsons understood nothing of his hypocritical oath—or HIPAA laws. He repeatedly says things about your medical history, **groin** pulls, toe nail fungus, C-section, breast cancer.

**Tom Cahill, M.D.** said once last night, and then recanted hours later, saying, *"That must have been Pat Fernandez and not Pamela Chapman."* He also claims, *"You and Andrew Parsons had no business in Newport*

Pamela Chapman
pamelachapman@cox.net
hivenet205.co

*Society ever."* Pamela Chapman knew that and was too embarrassed to go around town with him. He was too much of an embarrassment socially despite his education and profession.

Andrew Parsons:  I am way too embarrassed now because I said the same thing last night through Harry Gural that he is too embarrassed by her to go around town.

Now, they both know everyone in Newport, and no one actually likes her.

Harry Gural is now part of Newport Society and will likely never be in Newport Society due to the kinds of women he is attracted to.

Andrew Parsons wanted his children to know unmistakably that their mother didn't hold her water because she always had to urinate every hour. This is medical history and confidential. Why pull her apart for medical history?

That is discrimination.

Carrie Crosson Gilpin claims, *"It is because you can't keep up with the rest of us."*

That is just bona fide discrimination of the way we are born.

Eli Pendergast would say, *"We all have some type of disability, but here those disabilities aren't manifest, and so why manifest these general problems? It doesn't belong here, only to a medical claim. That is not a reason to attack someone."*

Andrew Parsons claims, *"I don't know who Eli Pendergast is but if he is that disabled man from the other day,"*

He is.

*"Then, we cannot actually say one word, will we Carrie Crosson Gilpin?"*

*"No, they cannot."*

Carrie Crosson Gilpin: We don't go toe-to-toe with you ever again. You win every argument possible. Yet, we slandered you and won the besting war based on slander.

Pamela Chapman:  If you want to best me. We do it right now toe-to-toe.

Ok, Andrew Parsons says, "What about that abortion issue?"

Nobody on the face of the planet, wants to hear this story for the 20th time. We will say, all abortions are political. It's about taxpayer funding to clinics. Women who need them should go to licensed facilities. No should go over state lines or visit with unlicensed people. Roe v. Wade saved so many people's lives, Do not ever forget that, ever. Except it was overturned in June 2022.

Pamela Chapman
pmchapman@cox.net
401-662-05 16

Carrie Crosson Gilpin and Diane Crosson McEnroe have you forgotten your sisterhoods from college?

*"We protect each other, and you do not. I have lived that culture repeatedly in my life. We are all done with all of that one."*

Pamela Chapman will sue you for HIPAA violations of releasing personal medical information from a medical chart and discussing it publically in the Akashic Record realm.

*"Yes, Carrie Crosson Gilpin is with Andrew Parsons until he dies. It's a marriage by Kamala Harris. You are with him night and day. You are his watchmen, his confidant. You yell at him to straighten him out. You are his best friend. You must defend his honor."*

So who got the best of the situation?

Pamela Chapman did. She may have married him, but she divorced him, and will sue him— again.

Andrew Parsons says, *"You were a terrible parent. You did not look after your children properly and he gave them too many examples."*

I'm sure the examples were out of context. Everyone thinks after Feb 4, 2021, she was the mother of the year. She protected her children differently than Andrew Parsons. He maybe their banker, but she does other things quietly, and gives them life lessons such as how to bury your dead, how to attend a funeral, how to celebrate a graduation and birthdays, how to use money. The rituals of life that are necessary to nurture it teaches them about family bonds etc. The deeper questions and bigger picture, not to mention driving them every day and listening to what they have to say.

He will never ever best you on his level. He never can understand this and neither can Carrie Crosson Gilpin's guide. You will win your lawsuit, and every conversation like this.

Patti Christina could not explain nor understand why she kept trying to speak last night. No one would let her. A psyche talking over a loud speaker does not let anyone in. Psyches never talk like that. Jerry Slocum let that psyche in.

Those following Pamela Chapman night and day since last June through sorcery remote surveillance include: Maura Lindsey, Nola Ganem, Elise Fagnoli (for 2-3 months), Kayla Abbate, Kathy Abbate, Tara Gragg, Bethany DiNapoli,  Nora Diedrich, Alberto Villodo, and Harry Gural.

No one finds anything worthy of embarrassing her with, but Harry Gural now says you can argue with anyone because you have their attention, but to get it is the problem especially when they are attacking you non-stop which even Harry Gural did.

Pamela Chapman
pmchapman@snet.net
To (203) 245-Fin

The human mind thinks anyone can write memoir and fiction. It takes tremendous effort and craft beyond effort.

Harry Gural won't touch **the project, and neither will anyone else. We know it was stolen and re-circulated, plagiarized and distributed.** This is quite common but the number of players and their position in society, industry, and politics was extensive. Kamala Harris herself was too involved with the book, swapping it for the constitution back in July 2021.

**11:11AM**

Kathy Abbate: I can't have Harry Gural ever again in my life because I can't have everyone thinking I am Satan.

Nikki Lucenti claims most of Portsmouth already knew that except for Harry Gural who was oblivious to all of them. Too much self-pleasing and not enough attention to real relationship dynamics.

**11:21AM**

None will remember anything, so writing it down is essential. Too bad it took so long to get started. We got the best of it anyway.

No one ever recalls everything. Yet, the stories all look the same.

Pamela Chapman:  Don't forget, many of these stories were written in stone literally in old languages. Much is gone and some remain in stones hidden in famous temples, caves and other places for man to find 1,000 years later. Immediate understanding isn't always important. Many are focused on Samaria, Babylon and that region. Here in Newport, we will do something different.

No one knows the true perspective of Pamela Chapman. The Watchman all have a different tale to tell.

Pamela Chapman
pamelachapman@cox.net
101-662-9516

**Insurrectionist #1**: Andrew Parsons, with Cathy Wicks, Kathy Abbate and Rick Abbate. They make things happens on the frontline by stirring up the people.

**Scribe of the Pharisees**: Carrie Crosson Gilpin, Mark Halpern, Pat Fernandez. Instrumental in making things happen. Prostitution and sex is always involved, but the kind of sex is immaterial.

Perpetrators arrive. Then they become thieves.

**5-5-22. 7AM**: Jean Gorham always knew everything. She said repeatedly, *"I know Jerry is involved."* Then, she tried to plead with him to stop the noise, but he never ever did. Jean Gorham said repeatedly, *"Pamela Chapman you never revere get out of this alive."*

**7PM**

Harry Gural will never understand that he and Kayla Abbate, Nola Ganem, Monique Burgess, Bethany DiNapoli, Nora Deidrich, Dominique Alfandre, Carrie Crosson Gilpin, Maura Lindsey, Andrew Parsons, Grenville Craig, Kathy Abbate, Tracey Moore, Tracey Jonssen, Cynthia Parent, Noam Zilberstein, Diane Crosson McEnroe, Carrie Crosson Gilpin and maybe some others have no more business ever together after this executive session.

Harry Gural admitted earlier today that they are his friends, and will never ever let them go. They are never for Pamela Chapman, and as such, neither is he. He has always known how to remove the noise in her aura, but he never did, because to remove the noise was to remove a privacy room of their own doing. The more noise in her aura, the more privacy they all had to do as they pleased. He also had so much masturbation and kundalini exercises, he was instantly stimulated by one or more of the women, a harem.

These women are all connected to each other such that if one is involved with Harry Gural or Pamela Chapman, they all are. They all copy every bodily movement which this morning included some yoga stretches. Dominique Alfandre got obnoxious with Pamela Chapman and while she was doing a yoga stretch in the bed, *"Don't do that."*

Nola Ganem is always saying things like. They are entrained completely to everything Pamela Chapman does physically. They listen to every thought she ever has and project. They comment and scrutinize everything she reads, writes, types, and thinks.

Harry Gural rapes and robs her of every little thing and opportunity for the benefit of his harem which benefits Andrew Parsons.

Jean Gorham promised Pamela Chapman that they would break Harry Gural at some point, but he never ever broke, and now he can't understand why Pamela Chapman thinks they can never get married in the future.

Pamela Chapman
pamelachapman@cox.net
101-662-9516

It's because he has done so much to actually betray her and rob her of everything. He never talks to her, or lets her listen to his conversations with other people, mostly women. She heard a little conversation today. It was crazy stupid. They all are. **He sounds so immature for his age, and he is attracted to such young immature women, as well as women of every age with the foundation of scarcity, lack,  and low self-worth. He is often functioning as their parent**.

Diana Beardsley is dictating faster than Pamela Chapman writes, but Jean Gorham claims it's Alberto Villodo  instead. It's really Jerry Slocum.

Jean Gorham claims, *"I had to declare Harry Gural done and over. I will never ever understand why he chose those women over you. He should never have accepted that fate. Yet, he did. No one wanted you to have anyone at all. Now, they got their wish. You prefer to be alone anyway, and you will get your wish."*

No one ever said you had to accept Harry Gural as a destiny. Yet, you tried very hard to accommodate this reciprocity of relationship. He is unable to fulfill his duties that way.

Jean Gorham:   Harry Gural, why did you actually chose the harem women over Pamela Chapman?

Harry Gural:   We don't get along so well here.

Pamela Chapman:   Who you are in here is not different than out there. You need not fake it out there, because it isn't in here.

Kayla Abbate:   I don't understand why my mother has no one in the realm.

Jean Gorham:   Because she abused Harry Gural and Pamela Chapman's reciprocity of relationship. And, you can't speak for her. Period.

Jean Gorham and Pamela Chapman had lengthy conversations last November and December 2020. Now, she will say, *"There is no way we could have anticipated two lengthy experiences, or these outcomes. No one will support anything you ever do in the future. You are free to sue anyone you like. They will never like or accept you anyway."*

Harry Gural:   I don't understand that I had to make a quick choice.  Jean Gorham tricked me. She asked me, *"Who do you like the most in the harem?"* I said, *"Nola Ganem."*

She then said, *"Ok, is she a bit like Pamela Chapman?"* I said, *"No. I like her a whole lot better than Pamela Chapman for many reasons."* She made me list a few:

1. She is always open to me always.
2. She always listens to me.
3. She will masturbate with me.

Pamela Chapman
pamelachapman@yahoo.net
101-602-9516

4. She never complains about anything.
5. She is a great sorceress

Then <u>Jean Gorham</u> said, *"What about <u>Pamela Chapman</u>?"*

1. She is super smart.
2. She is diplomatic, when she wants to be.
3. She is well educated.
4. She is well traveled.
5. She wrote a book, which I stole.

<u>Jean Gorham</u>: Sold. They do not look alike at all, but you are intimate and personal about <u>Nola</u> and not at all with <u>Pamela</u>.

<u>Harry Gural</u>:  I never spent any time with <u>Pamela Chapman</u>.

<u>Jean Gorham</u>:  Why not?

<u>Harry Gural</u>:  If I did, I had to give reciprocities to the other women.

<u>Jean Gorham</u>:  Only because you felt quilty or you wanted to.

<u>Harry Gural</u> said, *"I couldn't refuse <u>Monique Burgess</u>, and that got out of hand, but I can always refuse <u>Pamela Chapman</u> because I always took her for granted."*

<u>Pamela Chapman</u>, why do you think you are attracted to <u>Harry Gural</u>:

1. We are a deep soul-based attraction at the soul level.
2. He makes me feel deeply in my mind-body-soul awareness.
3. He used to be great sexually body-to-body.
4. He is very well-educated, and smart to boot. He's well-read and a critical thinker.
5. He is someone with whom I have an energy of coherence with. See in quantum physics to understand the comment.

<u>Pat Fernandez</u>:  <u>Pamela Chapman</u> you and <u>Harry Gural</u> can't imagine what being together would be like because he lives here and you do not. So we will grant each of you a favor.

<u>Harry Gural</u>:  I want to be remembered by you as someone you could have married on Valentine's day weekend. So every February 12- 14, you will celebrate somehow, ok?

—I will contact you some time, and you will respond. That is my obligation to you.
—My wish is that Valentine's Day be better for you moving forward than in the past. Just give it a good remembrance, Ok?

Pamela Chapman
pmcchapman@cox.net
101-n62c0416

—Then, you and I will go to Maine someday, and you will think of me and I will think of you. You will never go there, but ok.

<u>Pamela Chapman</u>, what is your wish?

That my book be published by a Big 5 publisher in the next 1-3 years.

<u>Andrew Parsons</u> claims there is no book jacket because <u>Carrie Crosson Gilpin</u> has no proper notation. *"I can't understand what she really did. She emailed me a file."*

<u>Andrew Parsons</u>:  Ok. Then she described it to me, and it doesn't make any sense.

Why?

*"Because, <u>**Pamela Chapman**</u> you claim you love **Italian** opera and French cooking, and something about the beach. No one thinks of you that way, except I now know you in a different way and you are that person. Yet you don't live like that, but your taste in music is completely different."*

All the A. thoughts overriding Pamela's thoughts belong to <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u>, <u>Andrew Parsons</u>, <u>Nola Ganem's</u>. It's the most obnoxious conversation playing in the background of *Pamela's* typing. **6:40PM 5-4-22.**

They were attempting to blackmail her into some sort of confession to make the world think they are her thoughts, but they actually belong to the five people just mentioned. They must match themselves to a lawyer, and settle up front with <u>Pamela Chapman</u>. Otherwise she will rip them to shreds financially and in worldwide digital media, not to mention the local community for their participation here. They did not have to be a part of this, but they insisted.

A few hours ago, <u>Monique Burgess</u> confessed, *"I intended through <u>Marcella Lobo</u> to create the most despicable act of sorcery against <u>Pamela Chapman</u>— anything that would completely and utterly destroy her person."*
    See further on, the pre-meditated, murder 1 with <u>Dominique</u> and <u>Bethany</u>.

<u>Jean Gorham</u> didn't think it took hold. She heard it being intended. She got many of her ideas from the 1999 book, *Midnight in the Garden of Good and Evil*, which we will all read someday, but never today. May we all not buy it, but just exchange it for a few weeks at a local library. We don't want to own too many copies of a book that destroys the people in our community. **6:50PM 5-4-22**

<u>Alberto Villodo</u> is responsible for the noise in <u>Pamela Chapman's</u> aura. Noise vibrates it does not flow. It's a slide not a switch. It is in the lower circuitry only, and is in <u>Alberto Villodo</u>, <u>Jerry Slocum</u>,

Pamela Chapman
pinchapman@cox.net
401-662-9510

and <u>Samuel</u>. It has 3 locks. The slide might be horizontal that has to turn counterclockwise to open as a key hole to be locked closed.  **7:13PM 5-4-22.**

Ultimately, it was a switch in that turned it off but, it was also because <u>Alberto Villodo</u> had embedded this message in himself, *"I am not for you <u>Pamela Chapman</u>, and you are not for me, but I can be for your sister, but never for you."* **7:15PM**

<u>Alberto Villodo</u> slides the volume with is hands, and jumps up and down in his seat. He does not activate the vibration at all, he just modulates the volume. When it gets to loud, he shuts it down and begins the then escalation of the volume all over again. It is the actual noise sound that actually bothers the vagus nerve in the human body, which would include the "rest and digest" of metabolism. **7:47PM 5-4-22.**


  **8:10PM**

After too much noise once again, to silence <u>Pamela Chapman</u> while they take her over her, so they can play in her theater of existence, she screamed for a while. Will they ever leave <u>Pamela Chapman</u> alone?

Even in silence they listen to all her thoughts. To play on her stage, they either silence her so much she can't hear a thing, but they hear and pick up everything, or they make such loud or high pitched noises that it is impossible to hear. They sip ice tea all night long socializing while she is not allowed to hear or participate. They play in her house, and say she can't kick them out. But it is December 12.  More days are just more days. They accomplish nothing but tyranny. <u>Cheap Monique</u> is twitching <u>Pamela Chapman</u>'s eyes again.

<u>Cheap Monique</u> can't stand her new name so she is twitching your left eye until you stand down.

<u>Fruitcake "Bethany" DiNapoli</u> can't stand her new name either, but she is such a fruitcake and her parents were in the mob, so it fits. She claimed they were in organized crime so we decided to believe her for once.  It's a Sicilian thing, even if the name is from Naples.

<u>Dominque Alfrandre</u> is a spoiled brat, so that's that. And <u>Nora Deidrich</u> is a sewer rat, so there's that too.


December 13, 2021
**6:50PM**

Pamela Chapman
pamelachapman@cox.net
401-662-0816

We learned that the nightly noise tunnel was really a method by which is anyone in the <u>Thievery Ring</u> is having masturbation "sex" or kundalini. They move through <u>Pamela Chapman's</u> wind tunnel. When they move under the noise, instantaneously they are in quiet. They can do anything they want without ever hearing it, or each other.  It is how their <u>Thievery Ring</u> finds quiet at night – <u>Harry Gural</u> knew that. As long as it was noisy for <u>Pamela Chapman</u>, they all had quiet from and with each other. <u>Harry Gural</u> had no interest in releasing <u>Pamela Chapman</u> from this torture. She was the noise she could not get out of. As long as she was tortured, they were free and could play anyway they wanted. They would never stop.  She would never be free.

<u>Andrew Parsons</u>, <u>Harry Gural</u>, <u>Alberto Villodo</u> and <u>Grenville Craig</u> all knew and participated. Their freedom came at her abuse.

<u>Emily Parsons</u> claims, *"My father does whatever he wants every night – and can, because he is in perfect quiet, and has a relationship with <u>Carrie Crosson Gilpin</u>."*

If <u>Pamela Chapman</u> starts screaming, they hear it. They get upset, but they don't stop. They kept saying, *"We don't stop, until you stop screaming."* That is not how it all worked.

Human screaming cuts through the makeshift quiet spaces that are thievery to begin with – creating noise in a person such that they can move to the other side of the noise, and it cuts through the noise in the guiding realm such that a guide does not require inner hearing to actually hear it. Otherwise without inner hearing they would have no idea of the conversation or the level of trauma or torture. Noise is a low vibration. Singing is always a higher vibration if singing in perfect pitch. One has to find a way to transcend the noise in order to communicate. On Sept 6, 2022 at about 12:30PM we learned that <u>Erin</u> can bring those of us with higher vibrations to a higher place in the Upper realms to speak directly with <u>Samuel</u>, <u>Merkle</u>, and <u>Jerry</u> separately such that we could negotiate a transfer of victim and prison from <u>Pamela</u> to <u>Alberto Villodo</u>. This started as a causal conversation of <u>Pamela's</u> from these notes and [onoled] <u>King David</u> from the fall of the second temple.

We did a true shamanic soul retrieval and gave those three something they wanted more than <u>Pamela</u> and <u>Harry</u>:  <u>Alberto</u> and <u>Marcella</u>.  But we had to do it at a level of communication that they could all participate in. It excluded many, but we believe it to have been successful. <u>Kathume</u> is really <u>Merkle</u> and he knows how to re-enter Metatron Kingdom, and his aura is upside down to fit inside. And he enjoys being there. <u>Jerry</u> will much enjoy existing at the entrance to Metatron in the same way that in January 2021, <u>Beatriz</u> had him holding the keys guarding the gate to an infidel pen in shamanic territory. <u>Samuel</u> very much always wanted to "go home" to Metatron station. He had to be lead there. He too inverts upside down. <u>King David</u> and other with inner hearing can watch their travels to Metatron station. <u>King David</u> who is now <u>Solomon</u> will get him inside. <u>Merkle</u> can enter on his own. They began by traveling on a noise string circuit, but then we intended for them to travel back on the trajectory of the Star Gate that brought them here when it opened.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

King David was the only other victim in these Big book Stories to get released. He did it by making a deal with Samuel. He was able to communicate the deal while a Hebrew cantor was singing. He always negotiated while the Cantor sang. The communication was able to transcend the noise and the other people so that real outcomes could be achieved. In this story we used Tuning Forks and Erin Hennessey (dead) who at the beginning of this story's narrative was one of the few who could actually sing with Harry Gural. They sounded like true angels singing. Pamela called them the choir of St. Mary's.

The final negotiation—it was tried on other days but not to this extent—took place in a backdrop of "a chorus" of those of us on a much higher vibration in the Upper realm. The Tuning Forks helped to immediately clear the realm of the noise, so we could transcend it. It is as if a beautiful a cappella chorus is singing at perfect pitch to the audience while the rest of use negotiated a standard soul retrieval in the Upper realms and swapped out a woman for a man who by the mere exchange will save not only the woman and her children, but humanity from an impossible situation. Once again, music has saved our souls. **2:40 9-6-22**

Nora Deidrich is going  to fry herself to sleep tonight and every night moving forward beasue she is never allowed to know anything about you because she has been one of the worst people in the Thievery Ring to surveillance Pamela Chapman night and day. She watched her on sorcery television and naked in the shower. Then she blames all the time to everything she ever reads, thinks or writes. She says *"I can't stand that bitch, but I need to know everything she knows in order to survive."* However she failed to hire Pamela Chapman in development not once but twice, and we have the cover letters and resumes to prove it. The last being in October 2020.

If Nora Deidrich can't survive without knowing everything you know, and she is so rude to you, then she thinks it is justified because she claims, *"I never ever wanted to know her in the first place,"* but Grenville Craig told me, *"If I listen to everything she ever says, reads, or does for at least a year, I will know everything there is to know about her."* This is Grenville Craig's invective to the entire group. Just listen in, and you will find out exactly who she is because that is exactly what I did, and look at what I became— morally justified, and certainly in the know, about everything Pamela Chapman.

**I, Timothy Hollister,** am never going to ever admit that I was here, but I will and in a court of law because I am real and so is Pamela Chapman, but these women in the Thievery Ring refuse to ever admit they were here or that they are real in real time, but we all know they are here all the time, because today, 9-27-22 we learned that the entire Thievery Ring listens to Pamela Chapman 24/7 because they can't imagine not knowing everything she knows, and in the future they would have to actually talk to her directly to have these kinds of conversations and they refuse to acknowledge that they even know her but we all remember they where here to harass her 24/7. I will never ever admit that I was her to her personally, but I promised her I would legally represent her, so if I do not, I will be on list of names that said the same thing to her. We all made so many promises to her and then when she took the information out there, no one ever wanted to do anything to suggest anything in here was real. But, I never changed my name and neither did she. I will never admit that

1175

Pamela Chapman
pinelchapman@comcast
101-002-9517o

I know anyone in Newport, RI because, well, I really don't know anyone, but I feel like I know so many of them really, really well now, and so does she. She knew all these people before February 4, 2021, and now she knows them from a different place and time, and she wants nothing to do with any of them. 8:56PM

Maura Lindsey, Andrew Parsons and Jean Gorham are huge offenders at surveillance of Pamela Chapman and "wire tapping" here 24/7 to listen in. They have an insatiable appetite to know everything and refuse to give her any privacy. It is all sorcery enabled, and they are criminal offenses. They are so obsessed wth everything Pamela Chapman. If the US court system do not do something to stop them, someone will get a gun and shoot her dead. They are that obsessed. 8:59 9-27-22 Pamela Chapman

There are no ice tea cocktail conversations for her ever. There never could be, not like this. No one can ever talk to her, not like this. No one can ever play any games with her, not like this. It only stops around 6AM when they get up to do something else. It begins again at sundown—which is when Harry Gural's social life begins every day.

Andrew Parsons must remain quiet for seven nights in a row. Then we will reveal several other episodes of his that have cost Pamela Chapman and Harry Gural too much trouble.
1. No one will ever ask Pamela Chapman about DNC's or affairs ever again.
2. No one will ever say Andrew Parsons is a great father.
3. No one will ever say Andrew Parsons was a great husband because we all now know everything— Too much really—Pamela Chapman is horrified at what he revealed of herself.
4. Harry Gural was in a major collusion with all of them. Today, he only wanted to talk with Nola Ganem and Monique Burgess all day long. He claimed he was in a psyche when talking to them, which means he never remembers the conversation. Being in a psyche never puts you in a bad mood, which means there never is an emotion. He claimed he needed clarification, but he'd never remember it. In a psyche, you are awake and aware of the conversation, and you're having a good time, but you have no real control of it. It's a demonic sorcery attempt to lift the veil of consciousness and reveal authenticity and truth. There is only one lifting of the veil. It is at a very high vibration, and requires a journey of transformation. Sorcery can never arrive there. Neither can most people.

I call it Kundalini Crossing that can't calm down.

No. It's merely a besting game, which is gambling. Tom Hockaday said a long time ago, it's all gambling anyway. For Harry Gural and Pamela Chapman, masturbation sunk the deal. He formed natural physical relationships with these women. Thievery was just a part of The Besting Game.

Samuel claims, "We just burn it out, but it does not burn out. You can transfer it, but not really. It's a mindset like Kundalini Crossing."

Pamela Chapman
pmechapman@cox.net
401-662-0516

1. **No one will ever understand** why you had to endure so much trauma. You were not guilty of anything, and yet they forced you every day and night.

2. **You are not the right candidate to be here any longer.** There is nothing in here but trauma, noise, lack of sleep, an abusive ex-husband, and men who abuse you.

3. <u>Nola Ganem</u> could have saved herself last night and created peace and quiet for <u>Pamela Chapman</u>, but her lack of cooperation brought it all down today. They now blame <u>Nola Ganem</u>, but every one of them knew this information. Everyone is to blame for your torture at night, whether it was noise directly—or because of it— they came to attack you. They also created so many disturbance to her sleeping including her nervous system, cardio-vascular system, metabolism, anything connected to the vagus nerve. No one dared to step out to help, and <u>Thievery Ring</u> keeps growing larger and larger.

<u>Pamela Chapman</u> bested <u>Zenia Theresa</u> twice by fleshing out <u>Samuel</u> and knowing she was both <u>Saul</u> and Samuel. Now, she can no longer play because she was found out.

No one ever reaches a total breakdown, but you came close, so we release you right away. Yet, she has no privacy or autonomy back. Yet, she doesn't have her thoughts back. It's <u>Alberto Villodo</u> who makes that happen permanently. No, it's <u>Samuel</u>. It's also <u>Kathume</u>.


## December 14, 2021
### 7:00PM


<u>Harry Gural</u> will never understand that her and <u>Kayla Abbate</u>, <u>Nola Ganem</u>, <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u>, <u>Nora Diedrich</u>, <u>Carrie Crosson Gilpin</u>, <u>Maura Lindsey</u>, <u>Andrew Parsons</u>, <u>Grenville Craig</u>, <u>Kathy Abbate</u>, <u>Tracey Moore</u>, <u>Tracey Jonssen</u>, <u>Cynthia Parente</u>, <u>Noam Zilberstein</u>, <u>Diane McEnroe</u>, <u>Carrie Crosson Gilpin</u> and some others have no more business ever together after this executive <u>Thievery Ring</u> session. The more noise in her aura, the more privacy they all had to do as they pleased. He also had so much masturbation and kundalini exercises, he was constantly stimulated by these women, a harem.

These women were all connected to each other such that, if one is involved with <u>Harry Gural</u> or <u>Pamela Chapman</u>, they all are. They all copy her every bodily movement which this morning included some yoga stretches. <u>Dominique Alfandre</u> got obnoxious with <u>Pamela Chapman</u> over the stretches she was doing for her own personal self-care.

<u>Dominique Alfandre</u> said, *"Don't do that."*

Pamela Chapman
pamelachapman@wovo.net
401-662-0516

Nola Ganem is always saying things like that. She is always telling Pamela Chapman to tidy up the island in her kitchen. They are entrained completely to everything Pamela Chapman does physically. They use sorcery remote surveillance to watch and listen to every thought she ever has, and project it. They publicly scrutinize and comment on everything.

Harry Gural has so defiled and betrayed Pamela Chapman that there can be no relationship of any kind. This is the mission of The Game. Everything he does is for the benefit of his harem which includes Andrew Parsons. No one ever said you had to accept Harry Gural as a destiny.

Jean Gorham:  Harry Gural, why did you actually chose the harem women over Pamela Chapman?

Harry Gural:  Because you and I don't have enough coherence here with these very people

Pamela Chapman:  Who you are here is not different than there. You need not fake it.

Harry Gural: I did not understand that I had to make a quick choice. Jean Gorham tricked me. No she didn't. She asked me who I liked the most in the Harem? I responded, *"Nola Ganem,"* and she said, *"Ok, she is a bit like Pamela Chapman?* And I said, *"No, I like Nola Ganem a whole lot better than Pamela Chapman for many reasons."* She made a list of a few:
- She is so open to me always.
- She always listens to me.
- She will masturbate with me.
- She never complains about anything.
- She is a great shaman/wizard.

Jean Gorham said ok, what about Pamela Chapman:
- She is super smart.
- She is diplomatic when she wants to be.
- She is well-educated.
- She is well traveled.
- She wrote a book, which I stole.

Jean Gorham said they are not a like at all but if you are intimate and personal about Nola Ganem, and not at all about Pamela Chapman, and he said, *"Because I never spent any time with Pamela Chapman"*

She asked, *"Why not?"*

*"If spent any time with Pamela Chapman, I had to give reciprocities to other women."*

You thought you did because they manipulated your psyche that way.

Pamela Chapman
pmchapman@cox.net
860-662-9336

He said, *"I couldn't refuse Monique Burgess".* That got out of hand. I always prefer Pamela Chapman except I took her for granted.

Harry Gural: He wants to be remembered by you as someone you could have married on Valentine's Day weekend, so every 2/12-2/14 you celebrate somehow.

> *"I will contact you sometime. You will respond. That is my obligation to you."*

> *"My wish is that Valentine's Day be better to you moving forward than in the past. Just give it a good remembrance, ok?"*

> *"Then, you and I go to Maine someday, and you think and of me, and I think of you. You will never go there, but ok."*

Pamela Chapman, What is your wish?
> That my book be published by a Big 5 in the next three years.

Roger Kass: publish or perish is what they always say.

Carrie Crosson Gilpin: I love you, this and that.

Andrew Parsons: I love you too, this and that.

Carrie Crosson Gilpin: I love you, Harry Gural.

Harry Gural: This and that.

The three of them can't distinguish one from the other anymore based on this sing song language. No one will ever be able to tell them apart. Harry Gural, you have now entered into hell because you, Carrie Crosson Gilpin, and Andrew Parsons are now in the same language with each other.

**3:54 PM July 28, 2022**. I, Tim Hollister said the following to the entire two realms. Pamela heard nothing. Harry Gural heard the whole conversation, and said nothing at all to her. Someone said you rolled your eyes a few times. No, she actually just stared hard twice for a few moments each.

Pamela Chapman
pmcchapman@cox.net
101-00-09516

There are so many people who now say <u>Timothy Hollister esq</u> has a conflict of interest in representing <u>Pamela Chapman</u> in Federal court in the State of CT. She was born and educated in Central Connecticut. She seeks to move to Farmington , CT when she has the resources available. She already knows which house she wishes to buy. If she suggested to <u>Timothy Hollister, esq</u>. to also buy a house in either Avon or Farmington, CT it is because I explained to her and others why I wanted to buy a home in Vermont. She said, *"At your age, you might not like the weekend drive. My children went to college there, I know how far away it is. You can achieve the same lifestyle in Avon of Farmington on a 1.5-3 acre lot with a house."* She was happy to provide an explanation of why I might like that lifestyle independent of my current wife's lifestyle. We happened to date for a few short months in 1982-1983, so she knows a little about me, but nothing about my lifestyle as an adult. And, neither did I about her.

Yesterday, she heard an NPR review about *In the Woods* on Broadway. Then she played some of the soundtrack form You Tube. She also played music from the Newport Folk Festival, which happened just 2-3 days before. It had surprise headline performers—as it always does. This year they were Joni Mitchell and Paul Simon. She played a few of those songs from that concert that were already uploaded to You Tube. She has a diversity of interest in music like that, especially in the performing arts.

I, <u>Timothy Hollister</u> asked her to read to me the bio she wrote for her book. She read the last submission which was emailed to <u>Kimberly Witherspoon</u>, which added three things that others did not mention. They were yoga teacher training, energy medicine and advanced hypnotherapy. All the other information was the same. She'd now agree to take those out completely. She also said, *"No one ever even bothered to read that because only two people were sent the entire PDF, and no one reads that fair."* It might have been at the bottom of a submission letter. She can't remember.

<u>Carrie Crosson Gilpin</u> was making crass remarks with <u>Andrew Parsons</u> that, *"Pamela is not her bio."* He said, *"How does she write like that?"* <u>Carrie Crosson Gilpin</u> retyped *Barefoot in Heels* twice and claims to have read the book over six times. <u>Andrew Parsons</u> claims to have read it daily for months on end—too many times. He can't count them. He was trying to memorize and associate into every line. "Associate in" is a term from hypnotherapy.

I said, *"I can't even begin to conceive of what you wrote."* <u>Carrie Crosson Gilpin</u> re-wrote and re-typed it and it said the following instead, "I GRADUATED FROM WESLEYAN UNIVERSITY IN BIOLOGY AND HAVE TWO CHILDREN. I LIVE ALONE IN PORTSMOUTH RI, AND LEFT MY HUSBAND FOR ANOTHER MAN." This woman has a master's in journalism from Columbia University, NY.

Here is what <u>Pamela Chapman</u> wrote:

MS. CHAPMAN BEGAN PENNING SHORT STORIES AND POETRY AT THE AGE OF 10. SHE COMPLETED HER FIRST FULL-LENGTH NOVEL AFTER ATTENDING THE WESLEYAN UNIVERSITY WRITERS CONFERENCE.

Pamela Chapman
pamelachapman@cox.net
101-602-9516

Born in Connecticut, she is a graduate of Wesleyan University, B.A., and Salve Regina University, M.S. She has lived in Washington, D.C., Andalusia, Spain, and Newport, Rhode Island—for over 20 years. A long-standing trustee in Newport, Rhode Island on local non- profit boards, she presides over my own management consultancy. She has certificates in French Regional Cuisine from Le Cordon Bleu, Paris; The Culinary Institute, Napa California; Advanced Yoga Teacher Training; Energy Medicine; and Advanced Hypnotherapy. Her passions include France, classical music and Italian opera. When not travelling the world, she can be found walking the local Aquidneck Island beaches collecting shells.

I, Timothy Hollister, esq. can't even conceive of who you are anymore, because this is not who you were when I dated you when you where 22/23 years old. I was 26/27 and a rising associate at Day Berry and Howard, Hartford, CT. I met you at a Wesleyan University alumni gathering in Hartford. We agreed to meet in the future to talk about the opportunity to become a Caro Institute Fellow in Washington D.C. That is all it was.

Andrew Parsons, MD is all upset today.  He claims, *"You will take me over the coals in a federal court for what I did to my ex-wide over the last 10-15 years."* It is nothing short of aggravated domestic abuse and other things. I don't' use those terms, but I will to appease the audience in this conversation.

Today, July 28, 2022, this woman remains in extreme physical pain due to hemorrhoids she did not anticipate. She has not the diet, nor the lifestyle that would precipitate them.

I had a rather long conversation with several people including Andrew Parsons, Carrie Crosson Gilpin, Maura Lindsey and Dominique Alfrandre regarding why it is they seem to dislike you so much, and why you can't get any privacy. They hound you day and night. They make sure they pull your sexual history apart regardless of whether or not it is true or false. We all know that some men are dates, and some are affairs of the heart.

They say, Harry Gural, MPA Harvard was an affair of the heart because you and he refuse to meet, and you have nothing in common but sex.

Tim Hollister, esq. they say, *"Is not quite the same, but we think he is."*

*"No, he is not."*

Joe Fins, MD, they say you repeatedly say was a literary affair. You learned so much about literature from him as a College of Letters major, and you loved talking to him about literary topics, independent of sex.

Pamela Chapman
pmcchapman@cox.net
401-662-9510

Carrie Crosson Gilpin claims David O'Leary, President of Re-insurance, Virginia, was the love of your life.

Paul Dulcos and Don Jagoe were like brothers to you. There are assorted others who both claim to bed you, and others who rarely touched you and can't understand why you have this whore-like reputation.

In Hartford social circles, your resume reads brilliantly for a woman who knows her way around the cocktail circuit. Maybe you have some insecurities, but you know your way around, and nothing surprises you and money is money. She could care less how much you have. Money does not define her or others. It is not the requirement for her to know you or befriend you. She well knows billionaires and millionaires and paupers alike. Each has their place in her life.

Harry Gural said, *"I refuse to allow these Harem women to discuss certain topics about her sex life in front of Andrew Parsons, Grenville Craig, and Alberto Villodo. These men went crazy every time various topics up. The only other topic outside of a DNC was you slept with far too many men in your life. They drummed up some names that even you said, 'I really don't know who you're referring to.'"*

Harry Gural is not that kind of cultural man in any urban society. He can dress well, and present well, but he does not circulate with people like that. He circulated his whole professional life with public television staff members or members of Congress on Capitol Hill.

I, Timothy Hollister did not live an adult life consistent with what you wrote. You ex-husband disagrees with who you are wholeheartedly and said, *"Get off you f'high horse."* The photo on Instagram, Facebook, and LinkedIn was to be the one she wanted to use for her book jacket, even though publishers take their own. The photo is absolutely consistent with this write up.

Today, she claims, *"I have gotten a little older, and looks it. I need a dermatology tune-up."* But, she is trim and she likes to dress in a manner consistent with the old branding of Avon and Farmington. She was going to move to West Hartford 4 years ago, if she sold her house because the homes were less expensive, but she loves certain pockets of Farmington for the bike path and other amenities. She knows it has one of the lowest tax rates in the entire state. She is eyeing a particular house next to Hillstead Museum off of Mountain Road.

I, Timothy Hollister, esq. am the utmost of professionals in what I do in the legal field. So is she. She might have some casual banter for me, but we know each other. She could care less who I am married to, and is happy I am in a stable relationship. She has no claim or interest in me as a partner like that. We have already walked that path, but we can be friendly, collegial, and get along to achieve a mission or result. **4:27PM July 28, 2022**

Pamela Chapman
pmechapman.coy.net
401-662-9516

## December 14, 2021
### 9:10 PM

This is from a psyche of <u>Harry Gural</u> in <u>Andrew Parsons</u> that <u>Jean Gorham</u> arranged earlier today. It was created by <u>Roger Kass</u> of <u>Harry Gural</u> that <u>Roger Kass</u> kept for a future time. <u>Andrew Parsons</u> had the opportunity to create answers for a few questions that they planned to play later. Later is right now.

1. Who is your most cherished family member in any family you have ever had?
   a. <u>Becca Bertrand</u>
   b. <u>Pamela Chapman</u>
   c. <u>Nola Ganem</u>
2. Who are you most tied to right now?
   a. <u>Becca Bertrand</u>
   b. <u>Lola Shamansky</u>
   c. <u>Nola Ganem</u>
3. Who are you most likely to wed in the future?
   a. Nobody
   b. <u>Becca Bertrand</u>
   c. <u>Pamela Chapman</u>. I'm going to swoon her to death. She will buy whatever I sell because she loves me to death. I know this for a fact. What if she doesn't? Then I will deliver to you a golden-haired child of modernity named, <u>Becca Bertrand</u>. It isn't a marriage for love, just for retribution so <u>Pamela Chapman</u> knows she blew a good deal because I am the best thing she will ever have. He thinks of her a blond, but she is not. That's <u>Kristin MacMannis</u>.

If you start doing this every night for a while what do you get <u>Harry Gural</u>?

A whole lot of dialog that has nothing to do with anything real, but you start believing these stories are real. They come from real people's voices. They project agenda's and desires not necessarily in a reality.

<u>Lola Shamansky</u> claims maybe he was confused because <u>Christine Bush</u>, esq. is a Shamansky, and so is <u>Wendy Schmidt</u>. If I am a cherished family member, than my mother is also, but it does not read like that does it? Is this a dry run for something? We are all so tired of them.

<u>Becca Bertrand</u> had one of these one night. It cost <u>Harry Gural</u> everything. He suddenly was confronted with a lie, but he admitted it as a truth. Then, everyone started doing it to catch him in a lie. That was the start of a really bad spiral.

Pamela Chapman
pmrchapman@cox.net
1614602-9516

Harry Gural said he'd marry her in an instant but couldn't until his father ok'ed the deal. That was in August 2021. Becca Bertrand says, *"He'd marry me really fast, if I had his child."*

Nothing like that at all. Do you know who I am Roger Kass? Andrew Parsons. The question of DNC's is in everyone's psyche because Andrew Parsons put it there at least three to four months ago or longer. Everyone has been trying to best the other. Alberto Villodo said the other day, *"We are just all done. Dump those psyches right away right now because something bad will happen really soon. Now is that time."*

Susan Brewster, Wes U '84, Care New England Hospital, Philanthropy, claims, *"He is so over his head with this. No one will ever understand why he is obsessed with it. Andrew Parsons was also obsessed with his ex-wife having an affair, and she didn't have one. What is she to do with this obsessed person who is scandalizing / slandering / triggering trauma her at every turn?"*

Why do you think it is slander?

Susan Brewster claims, *"You have no right to a woman's body Andrew Parson's – Our Bodies Ourselves. That's code for women's talk since Andrew does not know what it is. Someone said it was an important book in the 1970's? We took back our bodies from men."*

Carolyn Crosson Gilpin claims, *"Susan Brewster can go to hell because Andrew Parsons knows what he is talking about."*

*"Ok. I'm David Gesensway, MD"* Wes U '84, Minnesota. *"We all know who we are. So what is the issue Andrew Parsons, MD, because I know it all from years ago."*

Andrew Parsons:  David you have no idea the problems I have had with the ex-wife and this jerk off Harry Gural.

David Gesensway, MD: Oh, yes I do. We all have ever since last February 4, and then last May after Harry Gural arrived on April 30, 2021.

Andrew Parsons:  Then we will remember that the ex-wife is a f'liar.

David Gesensway, MD:  So are you Andrew Parsons, M.D. and no medical doctor can ask those questions or report them here. That is a professional crime with punishment.

Carolyn Crosson Gilpin:  How to you know my husband?

David Gesensway, MD:  I lived with him senior year at William Street high rise. How do you know him?

Carolyn Crosson Gilpin:  I met him at Kamala's Table.

Pamela Chapman
pmsychapman@cox.net
401-662-05??

*"No you did not."*

Carolyn Crosson Gilpin:  Ok, I met him here because I helped steal his ex-wife's book, get it plagiarized as an e-book and a screen play, and spread the narrative. I re-typed it and read it several times through just like he did.

David Gesensway, MD:  Tell me what you like best Andrew Parsons, the best line in the book.

Andrew Parsons:  I can't say. The ex-wife is typing out our conversation.

David Gesensway, MD:  Are you sure it is her?

Andrew Parsons:  Yes, because I tag her every day and night, and I know exactly what she does every minute of every day and night.

David Gesensway, MD Wes' 84:  Why do you do that?

Andrew Parsons:  Because she will get her due and so will I. I will catch her doing something she isn't supposed to be doing.

David Gesensway, MD:  Like what? Give me an example.

Andrew Parsons:  I think she can't have a bowel movement, so that is really something.
    Then in July 2022, she had the most excruciating hemorrhoids in front of every one. The pain was unbearable for over four weeks.

Pamela Chapman:  What the hell is ? That's another medical question. I'm not constipated, but no one gets to know that.

Andrew Parsons:  So if she isn't constipated, why does she needs herbal medicine?

David Gesensway, MD:  Why would you say that?

Andrew Parsons:  Because she is shopping for something like that, and she has other options.

David Gesensway, MD:  Ok give us two.

Andrew Parsons:  She can do hydrocolonic therapy or take two tablespoons of castor oil.

Pamela Chapman:  Not a chance.

Karyn Rothblatt:  Ok, so Cathy and I are making cookies tonight. Wanna join us down the hall?

*"I, Andrew Parsons could, but Carrie Crosson Gilpin will say she can't eat them. She will get too fat."*

Pamela Chapman
pmr.chapman@cox.net
tel.no.2-9451n

Karyn Rothblatt:  I don't eat them any more either. I've lost 60 pounds since college.

Andrew Parsons:  Just like the ex-wife.

Jim Gaffney:  What is your problem tonight, are you a misplaced psyche or something?

Andrew Parsons:  I don't have a misplaced psyche. The ex-wife is just a f' liar.

Jean Gorham:  How many times are you going to go through this Andrew Parsons?  After a while, you sound like a broken psyche or something?  Why are we still having this conversation after all this time?

Andrew Parsons:  Because she is a f'liar, and I will prove it to all of you someday?

Jean Gorham:  How will you do that?

Andrew Parsons:  I will put her on the witness stand, and make her confess everything.

Jean Gorham:  Do you plan to take her to court?

Andrew Parsons:  No. If she takes me, I will insist on these questions.

Pamela Chapman:  You don't understand they are not admissible in a court of law. These are sealed medical histories, and you are a doctor who knows better. They are protected under the federal law, HIPPA.

Andrew Parsons:  Ok, then I will play a game of tag with someone, and if I win, I get to ask her any question I want, and get it answered truthfully. If I lose, I shut up permanently. Pamela Chapman has to play.

Pamela Chapman:  No, she does not. She will not.

Harry Gural will play instead.

Harry Gural:  Oh, no I will not. He will corner me and insist on something stupid. He will blackmail me. I refuse. He has done this to me before. Then, he puts me on tape and makes it look like I know something, and I do not. He has done this before while Pamela Chapman is asleep. Everyone heard it. It went something like this:  *"I know she will never admit this, but I know for a fact…. We were all dumbfounded."*

Yet, Harry Gural said nothing at all.

Pamela Chapman
pamelachapman@cox.net
1-1-602-93-16

If he said anything, <u>Jean Gorham</u> had permission to do something, but he did not. He swallowed the whole thing, <u>Andrew Parsons</u>.

<u>Samuel</u> said right away, "*I think you have all been swindled.*"

It was revealed it was a psyche in <u>Andrew Parsons</u> that he had pre-programmed. This was the night everyone was kept awake by everything.

No, it was the next night because <u>Jean Gorham</u> had several permissions, and <u>Harry Gural</u> refused to do a thing.

Why?

If he had, <u>Andrew Parsons</u> would corner him, and make him do several laps around. Then <u>Alberto Villodo</u> has to say, *"Ok, kids, times up. Let's not forget what we are really all about. It's really sorcery and child's play. Yet, it is not."*

Why is <u>Pamela Chapman</u> typing this?

*"She needs to know what he is really doing to slander her."*

Ok, they also say he has done something like this several times in the last two to three (2-3) months. Always with a psyche. It plays out differently each time, sometimes with <u>Monique Burgess</u> and sometimes with <u>Nola Ganem</u> because they are close to <u>Harry Gural</u>.

*"We read your mind. We will catch you at something."*

*"They haven't been able to yet."*

How come?

*"We can't figure that out yet. But when we do, you will be excoriated in this marketplace of the understory."*

*"I'm a lawyer, and I say there is no payment in kind for this information, and if someone does not fix this right away, she will be caught with something. It will be devastating to her. She will never recover. Yet, he will always get away with it."*

Why is that?

*"They play their victim until her death. The bully gets away with it."*

<u>Jean Gorham</u>: <u>Pamela Chapman</u> you will never really hear <u>Harry Gural</u>. He just asks a lot of questions so no one can catch him in a lie for an answer. He told me that back in May. He has

Pamela Chapman
pmcchapman@msn.net
Instagram In

confidences he gives away. No, he does not. Never does he give them away, except if they are **Pamela Chapman's**. He gives crazy answers to protect himself.

You expect us to believe that?

*"Yes, if he is truthful, he will fry. It has happened several times. It doesn't matter what the topic. Any truth fries him. Linda Plochcocki did this to him so he would never be caught. He never had intimate conversations with anyone. They all talk, he does not. That's why they all love him."*

So how do you get close to him?

*"You marry me,"* is what he says.

What if you don't like him after that?

*"Too bad."*

Did he shut up with his family?

*"Oh, yes he did. That is what broke them all up several years ago."*

**Jean Gorham** has two issues with **Harry Gural**
1. No one can get close to him to figure out what the real issue is with him.
2. There are some topics he could never ever talk about.

**Bethany DiNapoli** says, *"It's me, isn't it Harry Gural?"*

Why would you say that?

**Bethany DiNapoli**: Because you love me the most. You always said that at night.

**Harry Gural:** She is delusional.

*"Of course, she is."*

**Harry Gural**: Why **Bethany DiNapoli** do you say these things?

**Bethany DiNapoli**: I am bound and determined to best them all each and every day moving forward. I will stop at nothing to prove my point.

*"That's Andrew Parsons speak. Those are his tried and true words. Are you all speaking as one voice now?"*

**Jean Gorham**: **Harry Gural** are you prepared to say anything about this and that?

Pamela Chapman
pmchapman@cov.net
301-662-0516

**Harry Gural**:  I can only say, *"I love Pamela Chapman, but only in a certain way,"* and this and that isn't one of them.

**Becca Bertrand**:  I don't understand.

**Harry Gural**:  Yes, you do. Don't play coy with me Miss. This and that as a matter of fact.

**Becca Bertrand**:  That's not what we say.

**Harry Gural**:  How do you know that?

**Becca Bertrand**:  We prove who we are in real time by saying some code words and phrases, so if we are a psyche, we know right away.

**Harry Gural**:  No. We never know who is a real-time psyche, except when we have certain topics, otherwise we change our wording every few days, so we all know who is really on the same page.

**Becca Bertrand**:  Why is that even important? What is the same page mean?

**Harry Gural**:  It means we don't share certain information unless we must, and this and that protects us from over sharing. All dialog tags are really short.

No, they aren't short.

Oh, yes they are— very short, and sing—sang—song, so that no one says anything.

Why is that important? What is to be revealed? What are you hiding?

Nothing. It's just what Nola Ganem created this because it fits in the noise tunnel.

Is it a password?

**Harry Gural**: Yes, it is. If I am not worthy of the tunnel because I did something I wasn't supposed to do or say, I don't get the code word.  Then I have to stay in the noise, and I don't get my privacy. It hasn't happened to anyone yet.

Who or what was Nola Ganem worried about? Or, was it blackmail?

**Harry Gural**:  About two weeks this has been in play. It sounds like a blackmail ploy of Andrew Parsons'. If he doesn't like something or wants to squeeze something out of you, this is what he will do. You get stuck with Pamela Chapman's noise or general lack of privacy, and get pushed out.

You never get pushed out, just extorted.

The Tuning Forks say, "If it sounds like Andrew Parsons it is."

Nola Ganem claims, *"I took suggestions."*

*"She did not."*

*"Is she in charge?"*

*"No, she is not. She just has control of the noise."*

Harry Gural you are not going around with Nola Ganem again. Every time she is near you, she plants too many psyches in herself of you, and prevents others from being near you. In just one hour, she has over 5 psyches of yours she is processing. Andrew Parsons you will stop all of this sorcery with psyches because yours will take a beating. Carrie Crosson Gilpin will be right there for you, but you will have to explain to all of us why taking on a spouse who is married to another – his ok, when you attacked your ex-wife for an affair that was not even real?

Andrew Parsons:  I don't think sorcery spouses are a big deal.

Pamela Chapman's:  You sleep with her every night. You masturbate with her every day. You talk to her all day and night. You are extremely tied together.

Andrew Parsons:  That's none of your God damn business. You are just jealous, Pamela Chapman.

Pamela Chapman:  No, she is not, especially if it is Carrie Crosson Gilpin. She is indifferent to your love life, but you are a hypocrite.

Andrew Parsons:  Yes, I am but you are a f' liar.

Pamela Chapman:  So are you.

*"Andrew Parsons is trying to read you through a psyche, but can't find an answer."*

*"If we dismissed a psyche, where did it go?"*

*"It should have been dissolved?"*

*"They never are."*

Where do old extra psyche's go?

Straight into the guide's memory, and in the future the guide will act exactly like the person and harass you 24/7. The old guides love to play this game.

Pamela Chapman
pam@chapmangroup.net
1-860-295-4.

Jean Gorham, what now happens to Harry Gural?

*"He goes back to where he belongs."*

*"Where is that?"*

*"We won't tell you."*

Can Pamela Chapman leave the realm?

*"She can't leave."*

Can she at least gain privacy?

*"Yes. Harry Gural will have it also, but his will be different. And, we won't tell you."*

How many stranger ways can this play?

*"A few more."*

What happens to Andrew Parsons?

*"We nab him in day light, and put him in jail."*


Harry Gural wants Pamela Chapman to know, *"We are getting together, but not soon. Then, we are going to go hiking somewhere local."*


## December 15, 2021

Allegra Chapman and Antonia Chapman came to the Thievery Ring through Skelley "Daisy" Briggs, 26, who came through Caroline "Dolly" Briggs. Elizabeth Ross, Virginia "Tully" Ross, and Harlan Ross came by in July 2021 via the Redwood Library Book Committee through Caroline "Dolly" Briggs. Jim and Alice Ross told their daughters, *"Just observe and watch, and only speak out if they were in trouble."*

Pamela Chapman
pamelachapmanreports.net
Into of 2 of 16

In quiet spaces, the only way to protect themselves was to hide behind Kayla Abbate. When they tried with Kathy Abbate, it didn't work. They can't stand Kathy Abbate. They understand, *"She has no class."*

Jim and Alice Ross are part of the Redwood Library Book Committee. Alice Ross is Carolyn DuPont's daughter, but that's not all. Alice was an "editor" of the book jacket by the Redwood library, so was Elizabeth "Lisa" Alexander Goddard. Except, Lisa Goddard said, *"It is very well written,"* and then so did Alice Ross. Yet, no one really understood how to edit it.

So, Alice Ross brought in Esmond Harmsworth IV to teach them something about editing. Esmond Harmsworth IV said, *"It always depends on the publisher and the particular editor."* Carrie Crosson Gilpin, you edited to your own specifications and dumbed down the book considerably.

This is what happens. This is a voice-driven narrative. They worked to edit and strip out the voice of the writer to dumb it down, make it sound insipid, and unworthy of publication. This is exactly what the Thievery Ring worked to achieve.

Harry Gural tried. He did a little. Then, he stopped. He said, *"It made no sense to do it. It all makes sense in the context of the narrative arc of the story,"* which is why she said, *"It is tightly edited. If I take this out here it ruins it there."* They never saw that.

Carrie Crosson Gilpin, never did either even for the number of times she read it. So, Larry Scanlon didn't really help you Carrie Crosson Gilpin, you should have sat on that *Enormous Egg* and then you would know a narrative arc from another especially since you claimed to have written a children's book.

If my ex-wife is really this smart, then why did she dumb herself down to marry me?

Karma. It's a bitch. But, then she smartened up, and got a divorce. Then, she got really into who she really is. It's just very few people cared to notice.


Harry Gural just said, *"I am always here now."*

Jean Gorham:. Well only if I allow it. Only if I accept it. Otherwise, he is just a voice, an anonymous voice in the wilderness, and I can make him into anyone I want. He can be a whore and a prostitute, or he can be a phi beta kappa man from Wesleyan. I will decide and make him into my own aspiration of a person, because after all he can be anyone I want him to be.

Pamela Chapman:  He claims he sees me through sorcery remote viewing. I don't see him. So, if I need him to look like Sean Connery (he comes with all that baggage – his own luggage and a hat on the pier,) he will. If I need him to be Antonio Banderas, he will be. That's my story and I'm sticking

Pamela Chapman
pamelachapman@gmail.com
(401)269-9140

to it. So, <u>Harry Gural,</u> don't ever show up in front of my face because then you will ruin my whole reality of the situation. And, then, I won't be able to stand that you shattered my dream of a real <u>Don Quixote</u>. And then, we'd have to go back to Wesleyan and get those brothers to re-write *Newsroom,* and do you see the mess you will have made?

Some of us got that completely. If you have to ask, just don't. Just stand back. <u>Harry Gural</u> did you get the message? Oh, I think so loud and clear because if she has to send it by carrier pigeon, she will. Who is your stool pigeon?

<u>Carrie Crosson Gilpin</u>. No, it's <u>Nola Ganem</u>. No, it has to be <u>Monique Burgess.</u> She won't be outdone by <u>Nola Ganem</u>. No, it's <u>Fruitcake DiNapoli</u> because, *"Damn it. I can't stand it when <u>Monique Burgess</u> beats me."*

This is what <u>Alberto Villodo</u> dealt with every day. Welcome to <u>Kamala'a Table</u>. She claimed this is how politics is played, all these agendas. See what we all learned from this <u>Big Book Story</u> and <u>The Big 5</u> story coming out maybe in 2023? You can pre-order next spring.

<u>Roger Kass</u> takes ten cases.

Then, <u>Roger Kass</u> we need a room at the <u>Harvard Club</u>. Do you have access?

*"I think so. We're having a party. You must come in masquerade so you don't look like a thief. <u>Pamela Chapman</u> is coming in tights as the cat burglar."*

"No, that's been taken by <u>Becca Bertrand</u>."

*"Ok, then put her on the rooftop, then in a cigarette boat, and drive her downstream."*

*"Is there a restaurant on the Mediterranean involved?"*

*"There always is."*

*"Can you get the Jetstream?"*

<u>Roger Kass</u>:  I can come and pick you up <u>Harry Gural</u>. Then we drive up town, and we get a few items. We'll drive to the beach, and have a large party at the water's edge.

*"<u>Elizabeth Kahane</u> has these all the time."*

*"Ok, we get her involvement."*

*"No way Jose. She is out."*

*"Then I get a few cases of a few things, and we play the <u>Roger Kass</u> way."*



*"No way. Then, too many board members get involved."*

*"Ok., I just shut up and do my own thing. Every f' day."*

The issue with <u>Nola Ganem</u> and <u>Kundalini Crossing</u> is from <u>Carrie Crosson Gilpin</u> that no one can get over the <u>Kundalini Crossing</u> line with <u>Andrew Parsons</u>, not even <u>Carrie Crosson Gilpin</u>. The only place they can play is in the mouth. No one experienced has played with them that way, so no one can really say how or what they play.

*"They are both so orally fixated. It works uniquely for them."*

<u>Andrew Parsons</u>, can initiate other people, but he couldn't actually play any <u>Kundalini Crossing</u> games before or into the future. <u>Nola Ganem</u> can barely play, so she jumps, but usually stands aside and swaps places with <u>Alberto Villodo</u>. This way if he gets knocked out, she says, *"It's me instead of him,"* and he gets to play another round. She is never a strong player. <u>Pamela Chapman</u> knocked her out twice on the outside of the aura – in the groin and on the left abdominal side. She is always hanging around outside the groin.

The other issue with <u>Kundalini Crossing</u> and all these women is that <u>Kathy Abbate</u> is a decent player because <u>Harry Gural</u> dedicated himself to her, but he will say, *"She is not my true partner."* He never wanted her as a partner because at the end of the day he said, *"I learned never to get involved with any of these women, just like <u>Alberto Villodo</u> and his students. So, I picked a woman outside of the attention scope of people, and so does <u>Alberto Villodo</u>. But my real partner was always there and was part of a different picture."*

So, <u>Kathy Abbate</u>, you would have never made it bigger, and your family will never understand that you and <u>Kayla Abbate</u> are just the same, as is <u>Alish Abbate</u>, who was there in name only and was her mother, <u>Kathy</u> Abbate. Your place in the community is now cemented as you are exactly who you always said you were, <u>Kathy Abbate</u>, a whore who can't get her daughters out of the game either. Neither can <u>Alice Ross</u> nor <u>Barbara Chapman</u>, who is no whore. But they came through <u>Dolly Briggs</u>, or Grandma, <u>Carolyn DuPont</u>, or mummy dearest, <u>Alice Ross</u>. Always playing out an older story of missed opportunities or misplaced dreams and aspirations, just like <u>Happy van Beuren</u> and the publishing industry.

<u>Kundalini Crossing</u> is now considered a mental state of being.

<u>Harry Gural:</u>  If it is mental, then we must always remember, I can be with anyone else at any time I am with you. I am never really with you. I am with me always, and in my energy system I may meet you, but I may never ever engage with you because I never really want to, nor should.

*"I want to be with you in that place <u>Pamela Chapman</u> because when you and I are there together, there is so much energy flowing, we can both feel that, and it never felt that with any other person. That is why you are my true partner. <u>Kathy Abbate</u> and <u>Nola Ganem</u> and everyone else, I never had that energy with you, ever. I did my job. I am never a whore. Now, I am bowing out completely."*

Pamela Chapman
pamelachapman.net
Infinite Source

*"No, I really am <u>Pamela Chapman.</u> There is something about when we are truly together, it is completely different. We have a different Kundalini practice as reciprocities of relationship than with other people."*

Say, it's only a paper moon
Sailing over a cardboard sea
But it wouldn't be make-believe
If you believed in me

Yes, it's only a canvas sky
Hanging over a muslin tree
But it wouldn't be make-believe
If you believed in me

Without your love, It's a honky-tonk parade
Without your love, It's a melody played in a penny arcade
It's a Barnum and Bailey world
Just as phony as it can be
But it wouldn't be make-believe
If you believed in me

So, we are all real in real time, if we only looked at our clocks and validated our people. Then, it's not make believe, if you believed in me.

At **10:45PM 4-3-22**, You are all individually and equally liable for acting as one combined unit. It was <u>Alberto Villodo</u> and he was doing all the talking and implicating <u>Andrew Parsons</u> into something terrible against <u>Pamela Chapman</u> 10:53PM.

Once again the Commander, <u>Steven Holman</u> MD, New Hampshire, Retired, USN, USNA-Annapolis, Former Navigator at Tailhook, story of his first wife writing him a letter saying how she had made a mistake with marrying his best friend, and that she wanted him back, or at least had made a mistake divorcing him. This was <u>Andrew Parsons'</u> dream for <u>Pamela Chapman</u>. He desperately wanted, or needed her, to do the same. He has been waiting for her, except <u>Holman</u> did not abuse his wife, and <u>Andrew Parsons</u> did. If she did write such a letter, he would play a game, and say, *"Too bad for you, I've moved on,"* and he would make it a painful begging experience for <u>Pamela Chapman</u>, which she will never ever do. Period.

**10:58PM 4-3-22.** This is what it comes down to at the end of the day, the desire for a love letter, or a confession, that she made a mistake and wants him back, but he got her good and says, *"I got over you."* This morning it comes down to the <u>Hate Crime</u> that started at <u>Tom Hockaday's</u> house by <u>Andrew Parsons</u>, <u>Kayla Abbate</u>, <u>Kylie McCullough</u>, and <u>Kristen MacManus</u> with <u>Bill Martin</u> looking in. **11:00PM 4-3-22**

The caves are not a place, but a silent retreat unto the self. <u>Alberto Villodo</u> is afraid of his own silence. 11:03PM 4-3-22.

<u>Jean Gorham</u> claims, *"<u>Andrew Parsons</u> claims he has been maligned today. <u>**Alberto Villodo**</u> did this to him. They all agreed to speak in one voice and to support each other's claims. His has always been to search, destroy, and kill <u>Pamela Chapman</u> and her book deal."*

So, if not today…

*"**But** that is the mission every day. Then, today it is to save <u>Alberto Villodo</u>."*

<u>Andrew Parsons</u> what is your mission most days?

<u>Andrew Parsons</u>:  To destroy <u>Pamela Chapman</u> and her book deal, but I know it will be published someday, but still I want her to be zeroed out and flat broke. That is my game, but <u>Alberto Villodo</u> is so demonic.

What is he doing?

<u>Andrew Parsons</u>:  He wants to destroy me and my reputation.

*"No, you did that all on your own."*

What did he do to you today?

*"He told everyone that <u>**Pamela Chapman**</u> is so f' stupid that she can't see **straight** and things like that."*

We don't worry about that.

*"I never wanted my children to see me this way."*

*"You made a point of it. When <u>**Pamela Chapman**</u> told you to stop for the sake of your children, you said since last October, "No way, Jose, I got his one," and you did not have it at all."*

*"My son is all but not speaking to me."*

Why did you not change your tune?

*"Because <u>Alberto Villodo</u> won't let me."*

*"No, because you didn't want to."*

Pamela Chapman
pamelachapman@cox.net
401-662-9546

I did, but **Alberto Villodo** said, *"You can't back down now."* This is not the conversation. This is now a group conversation and everyone is afraid of the legal implications including Alberto Villodo. 11:08PM

**Andrew Parsons** claims, *"Pamela Chapman, we will settle out of court."* We will never speak again. Do you want that **Pamela Chapman**?

You don't speak to me now, so what is the issue? You worked so hard and so long to slander and destroy me. You will now pay. You don't get away with that **Andrew Parsons**.

**Rick Abbate** agrees with that.

**Andrew Parsons**: I don't think I want you to live in a homeless shelter anymore because if you do, I would look like first class jackass, and if you came close, I still look like a jack ass if I leave millions to my children especially after all the slander I did to you in Newport, plus what I did to your book. There was no way I would let you make a living after your divorce from me. 11:12PM.

*"I am stupid, and did not expect to get annihilated just because Alberto Villodo is superior to me. It was Carrie Crosson Gilpin who told me to stick it up my ass the other day when Pamela Chapman bested her once again, and once I did that, she egged me on, and over and over again we fought until I decided it was time to fight Pamela Chapman once more."*

I, Timothy Hollister, esq. immediately recognize this statement as something that I recognize form a previous case. This kind of dialog has an immediate trigger response in another that forces them to overstep their own personal boundary lines to get them to do something usually criminal. 10:52 AM 9-6-2022. If I am not the attorney to represent Pamela Chapman, then I will do everything I can to make sure all these people are criminally persecuted to the fullest extent of the law because there is not a person alive today or yesterday that has ever had to live with this kind of harassment and abuse. It extends to the guiding realm who refuse to remove her from this situation, and they keep saying Harry Gural must prove himself by removing her, but he has no understanding or skill to do that. I arrived in the Upper realm within seconds by the action of **Jean Dixon** (dead) and so did Joe Fins MD and several others. They say **Jean Dixon** will remove **Pamela Chapman** but never today or tomorrow. These notes are taking forever to type and edit and they say only after she finishes, but she has said repeatedly, *"I am about a month away."* Today, she has about 1,775 pages editing down from about 2,200. That is a large volume of writing to formulate and edit properly. She has said in the last two days, *"I am so done with all of this."* She has been typing all these notes all day every day since September 16, 2021, almost one full year. She is burned out from the process.

I, Andrew K. Parsons, *"will make it up to my ex-wife because if I die in 5, then my children will have so much money, and my wife will have nothing, and I will look like a first class jack ass. If I do not die in 5, I will be broke—no he will not."*

Melchizedek says, *"You will never be broke."* 11:14PM 4-3-22

Pamela's Summary
PChapman@comcast.net
pamela@dharma

I, Harry Gural "have no idea why Andrew Parsons keeps asking Pamela Chapman if Harry Gural will take his house from him. This is an ongoing concern of his. All I can think is he is worried I will live with his ex-wife and somehow live in a house he claims he bought and paid for, but which she got in a divorce. He got cash, and she got a house. If I ever live with Pamela Chapman, she will live in a house she pays for with her own money, and I will live in my own place, and if we live together we will live in both places together, but separate, and her children will inherit all of her real estate just like they will inherit Andrew Parsons' house themselves." **11:19PM 4-3-22.**

I, Andrew Parsons *"wanted my ex-wife to have no relationhip with any man. If she did, she might find love with him in a way she did not with me. Then, if he lives in a house I initially paid for, then it is a double indemnity against me."*

Pamela Chapman says, *"You have had at least 5 sexual intimate relationships with other women since the divorce, and have been with Cathy Wicks for 7 years. She wanted to have a marriage ceremony with you at Carnegie Abbey in June 2022."* **11:21PM 4-3-22**.

I, Andrew Parsons say, *"Ok, but never in my house ok?"*

*"That is Alberto Villodo for sure."*

*"So, why is Alberto Villodo speaking for Andrew Parsons?"*

*"Because he is never sure of what to say to Pamela Chapman anymore."*

*"Was it all Alberto Villodo?"*

No, he doesn't speak when he says, *"I am Andrew Parsons."* 11:22PM

Andrew Parsons just said, *"I know what I said already, and I am good with that."*

Andrew Parsons said, *"At night, I just lay awake and don't move, but I talk to Carrie Crosson Gilpin all night. That is how I stay awake. In the morning, we get up and do something else. This is what Harry Gural did with Nola Ganem for two months straight. Carrie Crosson Gilpin and I are not doing any kundalini exercises nor are we doing any masturbation together. I am just talking to her all night."* They both claim to talk, but he does more of it because she is his handler.

Carrie Crosson Gilpin claims, *"If I go to prison, then I blame my sister."*

What about blaming herself for your own actions?

She refuses to accept responsibility for her actions. She claims, *"I would never ever expect to pay Pamela Chapman damages."* Yet, she knew she will have to pay something in the future.

Pamela Chapman
pamelachapman@cox.net
401.662.9092

<u>Tara Plochocki</u> claims, *"I will be protected by <u>Jonathon Karp</u>."*

Oh, no, she will not. <u>Kamala Harris</u> made it plain and clear. If you get caught, you are on your own because she doesn't tell you how to get the job done. Just to do it. You are responsible if you get caught outside the limits of the law. 11:28PM

<u>Kamala Harris</u> told this to <u>Pamela Chapman</u> on more than one occasion. It was the conversation about leadership and <u>Thievery Rings</u>, and how they don't tell you how, where, and what to do, just what the expected outcome is. It is up to you to choose your path of execution. 11:29.PM

<u>Nancy Pelosi</u> claims she is the same way. They both shared this at <u>Kamala's Table</u> one day. <u>Pat Fernandez</u> and <u>Pamela Dorman</u> both agree with that statement. 11:30PM

<u>Meaghan Perry</u> immediately said, *"That is not the voice of <u>Andrew Parsons</u>."* It must be <u>Alberto Villodo</u> and the <u>Turning Forks</u> validated that. We also asked about why his dialog sounded the way it did, and it was because he and the others in the <u>Thievery Ring</u> were trapped in personal digi-boxes in <u>Alberto Villodo</u>. They were not a collective together. They were all entrapped uniquely and individually  <u>Alberto Villodo</u> himself did this.

<u>Monique Burgess</u> thinks it was three days ago or so. Once they were with <u>Alberto Villodo</u>, all communication in the realm came through <u>Alberto Villodo's</u> voice.

Here's how it works:  You think to say what you want. He either repeats it, or rephrases it to suit himself. He can also record it, and play it back to you. If <u>Andrew Parsons</u> starts saying something, <u>Alberto Villodo</u> will finish it. He claims, *"I am blocked from hearing that which he is saying."*

<u>Meaghan Perry</u> tried to pop <u>Andrew Parsons</u> out, and she could not. <u>Pamela Chapman</u> got him popped out through her 928hz tuning fork, but that was not enough.

He said, *"I could not understand how I arrived there."* He also kept saying, *"<u>Alberto Villodo</u> was the most demonic person he had ever met, but he could not elaborate why."*

<u>Harry Gural tried</u> to ask a few psyche type questions. The <u>Tuning Forks</u> validated he was a psyche in <u>Alberto Villodo</u>, but it was not <u>Alberto Villodo</u>.  <u>Pamela Chapman</u> knows <u>Alberto Villodo</u> would never ever let anymore near him.

<u>Nola Ganem</u> was once, *"That was too much for everyone involved."* He admitted he put everyone in the <u>Thievery Ring</u> in a psyche in him so that he could manipulate them. It was all because he didn't to want to go to his personal cave because noise as a defense does not work there. He claimed, *"As a drug dealer, I'd be killed."* No one tried to suggest he would be harmed, but if he did not go, he would definitely have harmed <u>Pamela Chapman</u> and <u>Harry Gural</u>.

Then, <u>Andrew Parsons</u> was so not himself. Some of it came through a conversation with the <u>John Hatheway, MD</u> family of Spokane, WA with whom he implied, *"I do not know,"* but he does. That

whole dialog was off kilter for <u>Andrew Parsons</u>. That family demonostrated he was not his usual self.

<u>Monique Burgess</u> claimed, *"I try now not to speak. If I do, <u>Alberto Villodo</u> takes over."* The same is true for <u>Bethany DiNapoli</u>, and all the others. If they speak, <u>Alberto Villodo</u> speaks for them, and changes their usual response to the conversation.

<u>Monique Burgess</u> claims, *"No one saw this coming. <u>Kathy Abbate</u> got out of it claiming her husband would kill her, but <u>Kayla Abbate</u> is in there. The <u>Ross daughters</u> got out, maybe, maybe not, but we popped everyone out. The big story was that after that happened, <u>Pamela Chapman</u> feel asleep. <u>Harry Gural</u> was with her, so cute and so sweet."*

When <u>Pamela Chapman</u> awoke around 5:30AM <u>Jerry Slocum</u> immediately said, *"You must admit to having had a DNC."* <u>Pamela Chapman</u> said, *"No way, Jose."* They played a game.  Because <u>William Parsons</u> admitted it for his mother, than <u>Emily Parsons</u>, <u>Deb Chapman</u>, and <u>Meaghan Perry</u> all admitted to having had one. <u>Megan Hatheway</u> had done the same.

<u>Jerry Slocum</u> let out a torrent of dialog. He said, *"She absolutely had to admit it."*

She said, *"No, I refuse. I will not."* She said, *"<u>Jerry Slocum</u> is Satan. No guide in a divine realm would ever shame and blame a woman for terminating a pregnancy, or any other such thing. If it were not this topic it would be another."*

<u>Jerry Slocum</u> was on her, and refused to let up. Finally, the guide realm said, *"They would take <u>Jerry Slocum</u> out back and take out a circuitry loop."* It has been almost two hours now, and his dialog that has been coming out is nothing short of Satan. He has been programmed for hated. This Hate Crime business <u>Pamela Chapman</u> was also generating out of <u>Jerry Slocum</u>.

<u>Andrew Parsons</u>:  I never remembered that <u>Pamela Chapman</u> said, *"Never to do certain things because you will never get out of them, and they will destroy you, and your children."* She was right. I will never question her ever again. She had the right misunderstanding of what was happening in my own life.

<u>Andrew Parsons</u>:  I never misunderstood <u>Harry Gural</u>. I never wanted him to be with my ex-wife, but if <u>Harry Gural</u> is endearing to her, she needs to have someone. I always did, and <u>Alberto Villodo</u> is just a plain horrible man.

<u>Andrew Parsons</u>:  I will always misunderstand that <u>Pamela Chapman</u> tried to save me from <u>Kamala Harris</u>. I did not understand half of what she did, and I never listened to her then nor now. She seems to understand in a way that does not harm her, <u>Jerry Slocum</u>, <u>Jean Gorham</u>, and <u>Grenville Craig</u>. I did so much damage to her reputation in Newport that she could never get a job in fundraising not ever because people like <u>Nora Diedrich</u> hate her, and no one could ever really tell me why. I was just satisfied that they despised her just like I did.

Pamela Chapman
pamelachapman@cox.net
401-662-9541