I, <u>Andrew Parsons</u> *"have no memory of agreeing to be with Alberto Villodo's. He is so demonic to me and Carrie Crosson Gilpin that I will never understand how a person can be like this. I understand I cannot work in an Operating Room setting like this, not now, not ever again, but I cooked my own goose last year when I told Jim O'Rourke, M.D., "To go fuck off," when he tried to tell me to stop myself from all this nonsense. I had finally received the golden goose of opportunity to screw my ex-wife, and I refused to down."*

I, <u>Andrew Parsons</u> *"have no real memory of **my children in these conversations, neither does Carrie Crosson Gilpin**. They removed themselves from talking to their father, and no longer can."*

<u>Alberto Villodo</u> wanted to be the all-powerful omniscient god of all. He wanted to be the only power that spoke. He always had from <u>Jerry and Jean</u> all of <u>Pamela Chapman's</u> thoughts and actions piped in. He refused to stop. We think the DNC question could have been ongoing with <u>Jerry</u> for quite some time. It is pure Satan. All they knew is that if <u>Pamela Chapman</u> committed suicide, the whole realm would have had to stop and reflect for a long time. It was never supposed to end like that.

<u>Melchizedek</u> said yesterday, *"Enough already. We believe her,"* but <u>Jerry Slocum</u> said, *"I will always egg on."* He has so much demonic language in him that he would never ever have stopped.

Now, he is truly unwinding after over two hours. <u>Harry Gural</u> was never supposed to show up last night. He kept them apart. Now, that he showed up and told her he would love her, honor her, and protect her. He said, *"I love you until the nth degree and to the end of time."* <u>Pamela Chapman</u> couldn't hear. It was horrible.

<u>Carrie Crosson Gilpin</u> said, *"I will not remember half of what was said because Alberto Villodo had taken her over two months ago or so. That is why I can't remember anything.  I talk to Andrew Parsons all night long."*

He claims, *"She says less and less, Alberto Villodo is the one always listening now."*

<u>Bethany DiNapoli</u> claims, *"It happened to Nora Diedrich and Dominique Alfandre."* They are their own closed loop system.

<u>Alberto Villodo</u> was high on hashish last night according to the <u>Tuning Forks</u>.

<u>Nola Ganem</u> said, "<u>Pamela Chapman</u>, you were the only person who was never afraid of Alberto Villodo because he forced everyone he knew to be afraid of him." She never was.

<u>William Parsons</u> says, "I know my father can retire.  We will have peace and prosperity into the future. He will face his own legal issues for what he has done, but he will step down. This got so way out of hand. If this is who he was here,  it is best here is only out there.

Harry Gural claims, "*Pamela Chapman, you and I will be a couple, I promise. You are just too endearing for me to forget. If I forsake you, I do that to me. If I don't love you, I don't love me. I promise I will hug you to pieces, when I see you. This is my solemn promise to you from me.*" 7:47AM 4-4-22 9 (4-4-6)

Pamela I. Chapman
pmelchapman@comcast.net
401.862.9336

How can you claim **Pamela Chapman** is unlovable and unwanted?

They are so demonic. All the people stood behind them. It was such a bandwagon effect Hate Crime, like you have never seen.

**Kathy Gural** said, *"I have lived in a community with a Hate Crime. The entire community ultimately pays."* 7:52AM 4-4-22

**7:06AM 4-4-22**

Andrew Parsons wants her to know he will absolutely kill her in a legal court battle against her because a major medical malpractice case will kill him professionally speaking.

We all know Andrew Parsons wanted to assault you about an affair, an abortion, and nothing can stick properly. Now, he wanted everyone to know you and he are all through. He will properly tell you legally speaking in a court of law.

**Diane Crosson McEnroe, esq.** claims **Alberto Villodo** has been operating like this for about two weeks. He gets us all together in this quiet place where there is so much noise for **Pamela Chapman.** He starts talking and claims this is what we need to telegraph or communicate. He reveals it ten times right away. Then every hour, he says the same thing to embed it into the memory.

**Daisy Briggs** and **Dolly Briggs** are always there. **Kathy Abbate** is always there also. The three **Ross daughters** and two **Chapman sisters** are usually there. Jim Ross (former Caravath Swain) has counseled them never to talk, so they could never be implicated. It is possible **Jim and Alice Ross** a are connected also. This bridges the Thievery Ring to the Book Committee of the Redwood Library. Dolly Briggs is said to be a member.

**Harry Gural** let them know **Diane McEnroe** will get complicated fast with Andrew Parsons as their unofficial leader. She has done it. Now we know how wide spread the daily Thievery Ring is. **Dolly Briggs** herself has popped out.

The younger women should stay out of that quiet space of **Andrew Parsons/Alberto Villodo**. It's all brainwashing. It will led to illegal crimes against **Pamela Chapman**. **Dolly Briggs** understands and will take care of it. Why did we not do this last night?

He spent all night brainwashing us about **Pamela Chapman**. *"I don't think a word of it was true. It probably was not, but no one knew it until Pamela Chapman woke up."* It was **Andrew Parsons** talking through **Nola Ganem**. Why did this not happen overnight? Usually in the morning, **Pamela Chapman** she says that was a lie, or off, or wrong. Without her input, she can't help you. You were

Pamela Chapman
pmcchapman@comcast
401-662-9710

on your own. She was  excluded. You bought into something you shouldn't have, and she most of the time knows the difference.

Daisy Briggs got the Chapman sisters and the Ross daughters involved, and now they can't get out. They came in the middle in July. Daisy Briggs says, *'They talk to each other through a family internet that says, we only speak in here if we are ever in trouble.'* No one can speak ever. They all write it down— probably for the Redwood Library Book Committee. Allegra Chapman and Antonia Chapman, both graduates of Lawrenceville Academy and Brown Unversity, might have detailed notes from notetaking. They might only engage in special automatic writing with each other to communicate. They keep some notes, but not all notes.

From last night, everyone can tell you Andrew Parsons said the following:

1.   *"I will kill the ex-wife because* **she has no moral turpitude** *and is a* **big fliar.**"
2.   She and **Nora Deidrich** will have it out because *"I will speak for Nora Diedrich and she will finally best Pamela Chapman because I now understand how she thinks. If I say DNC a few times I trigger something in her, and I will get her yet, but through Norah Diedrich."* **Norah Diedrich** claims, *'I'm out of the game,'* because professionally **Taryn Wienz** has put her on notice about retiring next year, and **Nora Diedrich** doesn't yet want to retire.
3.   **Pamela Chapman** will fry her koshas because *"I will fry her more than last summer and Carrie Crosson Gilpin and Diane Crosson McEnroe will help. I'll get all of IMC, and we will have a big pig roast, and fry her down completely."*

We all know what happened last night, plus a few nights ago, is an all-out war against **Pamela Chapman**.

This started on February 4, 2021 and has not yet subsided. It has gotten much worse. There is so much pre-meditated harm as was on February 4, 2021. Now he has more energy tools and an army of people who all speak as one collective. They all sound like him. Everyone has colluded together in such a way that no one now has a separate identity. You are all representatives of Andrew Parsons. He is the mob boss of your group now, or the Captain, by default in brainwashing.

Dolly Briggs: Why Nola Ganem, did you make so much noise last night?

Because Andrew Parsons wanted privacy to talk to her.

He needed all night to get everyone on the same page. Carrie Crosson Gilpin and Diane McEnroe wanted to leave the group right away and report to Kristin MacMannis. Kamala Harris would not care. This is the situation, and you will need to learn to manage it and yourselves in it. She would claim it is your lesson learning how to play, The Game and your role in it. Look how quickly Andrew Parsons took over the group, and controls you and the group, but mostly you and your dialog.

Pamela Chapman
pml.chapman@cox.net
401-862-9916

<u>Carolyn DuPont</u> now claims this book has been so damn annoying. Yet, it wasn't the book, <u>Carolyn DuPont</u>. It was you and the <u>Redwood Library's</u> <u>Thievery Ring</u> because now <u>Andrew Parsons</u> is in a <u>Thievery Ring</u> that holds your three granddaughters. They have all colludes together in fraud and manslaughter against <u>Pamela Chapman</u>.

You will all be implicated in a major court case. This is how <u>Pamela Chapman</u> plays. <u>Jim Ross</u> was a corporate attorney at Cravath Swain. He understands.

<u>Pamela Chapman</u>:  At some point or another, you go down with the ship. Every thief ultimately gets caught, or killed in <u>The Game</u>.

<u>Harry Gural</u>:  <u>Pam</u>, I'm right here. I'm not going anywhere and <u>Nola Ganem</u>, if you think I'm having her to be with you that is never going to happen. She is my reciprocity or relationhip and I'm staying with her and never with you. Got that <u>Nola Ganem</u>? Or, is that <u>Andrew Parsons</u>? No one will never be able to distinguish one form the other moving forward. You all speak his language in one collective voice.

The <u>Thievery Ring</u> must stay out of those quiet places, and any place that entrains you to his conversation.

<u>Allegra Chapman</u> says, <u>Andrew Parsons</u> often said in the quiet space, *"I will get that woman yet."*

There is something here about revenge which is never sweet and can take decades to play out. Time is no longer a friend. They will say, *"I played <u>The Game</u>, and I won,"* but he didn't. Sometime last summer <u>Andrew Parsons</u> screamed, *"I won, I won,"* and gloated.

<u>Jean Gorham</u> said last night, *"Why do we do this <u>Pamela Chapman</u>?"*

They all said, *"Because we didn't want to get involved."*
<u>Sandra Craig</u>: We all now know who this man really is and no one can blame <u>Pamela Chapman</u> for anything. She isn't like this. I know now without a doubt that <u>Grenville Craig</u> said things to <u>Andrew Parsons</u> that he never should have said because <u>Grenville Craig</u> played a large part of the collusion.

<u>Grenville Craig</u> always wanted to play in a <u>Thievery Ring</u> with <u>Rusty Powell III</u>. He didn't play, so he played <u>The Game</u> with <u>Pamela Chapman</u> instead.

It wasn't fair and it wasn't right but just like <u>Grenville Craig</u>, he did it anyway.  He thinks he had the right to anything he wanted to play with.

Pamela F. Chapman
pfmchapman@verizon.net
101-662-0510

Diane Crosson McEnroe:  If you don't think out loud, we steal your thoughts. I disengage myself. We all can. We all now know how. We just say, *"I never ever want to know her thoughts, or what she is wearing, reading, typing, and we remove at the tap from her body."* We will do it. Andrew Parsons does it to entrain us, and to get us to do his bidding for him. Just like Kamala Harris and all the people with her. He is a mob boss.

Jean Gorham:   Laurianne Florio, Diana Beardsley, Kaitlyn Johndrow and David Johndrow you will all step down and step away because you will be implicated in a lawsuit. You got involved in listening in the quiet space under the noise.

How did they get so?

Kaitlyn Johndrow says, *"Kayla Abbate brought me inside. Once in, you could not get out."*

Pamela Chapman:  It all goes back to Tom Hockaday's house.


Carrie Crosson Gilpin, you will stand down from releasing words that trigger Pamela Chapman. She does it through a mind game called 'I Say Your Name, and a Word.' Then Harry Gural wants in on every word that gets sent to her because he knows a few things about Carrie Crosson Gilpin, and he can play the same game against her just watch.

Harry Gural:  I now know your game. I am holding Carrie Crosson Gilpin hostage so be careful because there is a ransom to be paid.

Andrew Parsons: I can't play I'm in the O.R. suites at St. Luke's Hospital.

Harry Gural:  We will play later because Carrie Crosson Gilpin is a hostage in my game and Pamela Chapman is a hostage in your game, and the whole world knows who, what, and how you are now. The entire world. We will see you later alligator.

Pamela Chapman, Jean Gorham wants you to know that there is no stronger a connection between two people than between you and Harry Gural. Even in this space of betrayal, you and he can't stop smiling. No it is just a hair trigger. It's just a reflex, just like a hammer to the nail.

What is your next stop and who is in charge?

Andrew Parsons can stay with Carrie Crosson Gilpin, but the rest all go away.

Pamela Chapman
pchapman@wri.net
1603-662-05 hs

She told you, and told you …You read and re-read the book, *Barefoot in Heels*, Still you missed the embedded messaging.

Jerry McIntyre, esq. completely agrees. *"We only saw what we wanted to see,"* he says. *"A very small minded view of something. We missed the bigger picture."*

*"So, Jerry McIntyre and the others, do you all get it now?"*

*"At least we are beginning to see it."*


Pamela Chapman:  Everyone in Newport and beyond will finally know and understand exactly who, what, how, and why you are. So, Carrie Crosson Gilpin pack your bags and get to the back of the bus because you could have really been someone. You could have been a contender, but now you are in a one-way bus to Palookaville.

Carrie Crosson Gilpin: I always thought you were a dumb shit, but absolutely not, Pamela Chapman. You got that man but good.

Pamela Chapman:  Not yet. You just want to. I got the better him, you can have the rest. Carrie Crosson Gilpin, meet him, please. For God's sake, for Satan's sake, meet the man.

*"This is how Pamela Chapman plays, and it isn't cruel, is it Carrie Crosson Gilpin?"*

*"No, it is not."*

Andrew Parsons, Carrie Crosson Gilpin and Nola Ganem put those triggers and words in you to be sure you admitted certain answers so you could be cornered. They are obsessed with abortion, pajamas, and how much her Mercedes cost? They made some kind of curse such that the word triggered some memory or other association, and they were to string those associations together to ferret out the truth. Did they get it?
*"Yes and no. Nothing further ever developed."*

There is one more like that. Jean Gorham now knows what it is. David O'Leary tried to help you and Harry Gural told him to step back because Andrew Parsons was going to attack him.

David O'Leary said, *"Go ahead, and let him. I am stronger than he is. "Ok, let's see what he has got."*

Andrew Parsons came at him with a bulldozer of energy, similar to a wall. He stepped out, and under and said, *"Now, what do you have?"* Everyone said, *"Why can Pamela Chapman not do that?"* He said, *"No one taught her, but he and Harry Gural might have, and it never mattered."*

Why was that?

Pamela Chapman
pamelachapman.com and
infiniteofsity.co

David O'Leary now knows Harry Gural put a curse on her that says she can never step out of that aura because if she did, they would all lose their privacy place, and no one could give that up. Harry Gural went to the wall and supported Andrew Parsons. He said, and said, *"Why did you have an abortion David O'Leary?"*

He doesn't remember any of this and stepped away. *"I don't now know what they are taking about, and neither does Harry Gural."*

But Nola Ganem is playing Harry Gural. No one knows who is playing David O'Leary. They create their own play, and musical. They make it look real. They make all the players confess, but no one is real except Andrew's Parson's agenda. This is exactly what happened the other night, and you will never know what people think of you, Pamela Chapman because they played these games out as real and no one knows it was all false. Now, in the middle of the day they have all gone away. Not really.

How can she defend herself with this kind of slander? She becomes an avatar of him – Andrew Parsons exactly like he wants the world to see her, instead of for who she really is.

Jean Gorham says, *"Harry Gural just said, "It's ok, Pamela Chapman I see you for who you really are."*

*"That's not the point. The world is now blackmailed with his slander."*

She is behind some wall that says, *"I will always manipulate you and the situation. Even when I am dead, they will know you for how I want them to see you. Not for who you really are."*

This is horrible blackmail all over a few stupid simple questions. The actual questions are immaterial. If they were not this one, they would be another. If not this book, it would be another. He said in 2011, "I will destroy you, if you divorce me."

What was she to say to that? She said, *"Ok, go ahead."*

She never ever thought he was this demonic and this destructive.

Susan Brewster says, *"I think we always knew this, but we didn't, and now if you think you have too much baggage you do not because you are far too balanced for a woman in this situation, and now this book will be published because the world needs to read what you had to say. No one has this much composure in this situation and you do. So, Pamela Chapman keep writing."*

The Thievery Ring includes Kaitlyn Johndrow and Laurianne Florio and Diana Beardsley.

Pamela Chapman
pamelachapman@cox.net
info@2005th

1208

**December 16, 2021**
**9:00AM**

Pre-recorded, pre-programmed with certain answers, attitudes, persuasions: Psyche dolls that others copy and implant in another's aura so two-four people can have a live theatrical demonstration.

Andrew Parsons and Nola Ganem, Executive Producers

Wall of Quiet: Walls of Noise surrounding the Victim. The wall is to keep her there, and them on the other side in a false state of quiet.

**9:10AM**
The lesson today: You can't trust any voice unless you know them personally. It is the only way.

No one in the Thievery Ring can be taken at face value any more. They all speak with one voice. All of them together. They pipe out Andrew Parsons' mottos, attitudes, mission of destruction. They are all unified and together.

The guides do not do a thing anymore. They are all one mind equally together now, and Andrew Parsons was their leader.

Nola Ganem, Kayla Abbate, Kaitlyn Johndrow, David Johndrow

Harry Gural contends I am completely out now 9:45AM

**9:48AM – Guiding War Number 4.**

Andrew Parsons has orchestrated a major coup whereby he overtook several people last night: Kayla Abbate, Nola Ganem, Kaitlyn Johndrow, and he made copies of Harry Gural's psyche as well as copies of several other people's psyches— all in the Thievery Ring. He then embedded messaging and responses in each of them. He then released them into their own conversations such that they appeared exactly real to everyone.

Pamela Chapman was asleep as usual. This morning it all looked as if Harry Gural had chosen Nola Ganem as his real partner moving forward. She called herself Nola Chapman especially since there are two Chapman ladies in the ring that were always silent—Allegra and Antonia Chapman. They Allegra and Antonia Chapman are in their 20's. They belong to Duncan and Barbara Chapman, esq, NYC and Newport, RI. They are known to Pamela Chapman, but no relation.

1208

There were four Guiding Wars.  This one lasted two to three days. <u>Jean Gorham</u> knew it was coming. <u>Jean Gorham</u> thought she had ended it yesterday afternoon, but no matter how many times any situation is pre-empted or short circuited, it happens anyway. No matter how many times <u>Harry Gural</u> is told of the setups, the outcome is always to his detriment. It's as if he doesn't hear or pay attention. He allows himself to be set up each and every time by these women. He claims, *"I just didn't see it."* He never does because he doesn't care to.

<u>Pamela Chapman</u> said *"<u>Harry Gural</u>, you are your own worst enemy. You set yourself up always."*

<u>Nola Ganem</u> sets him up every time, and he falls for it.

He claims, *"I can't let her go because I am too close to her."* It completely replaced <u>Tara Plochocki</u> who is close enough in age to her.

<u>Harry Gural</u> cannot possibly mean he will ever have a relationhip with <u>Pamela Chapman</u>.  He never chose to cultivate one with her. He claims, *"These are my friends."* but he only met them in her less than six months ago, and put so much time and energy in to the relationship he refuses to walk way. He refuses to friend <u>Pamela Chapman</u>. The entire <u>Thievery Ring</u> was put together to despise and destroy <u>Pamela Chapman</u> in the first place.

<u>Harry Gural</u> has completely colluded with <u>Andrew Parsons</u>. All of <u>Andrew Parsons</u>' sins are <u>Harry Gural</u>'s sins. The entire <u>Thievery Ring</u> now speaks with one unified voice to the tune of whatever <u>Andrew Parsons</u> wants them to speak to. This is not leadership.

He wants nothing less than to destroy <u>Pamela Chapman</u> with any kind of slander he can find, including the DNC question and anything in her life he can embarrass her with.

*"I will expose everything,"* he said. *"She did this to me in her book."* But her book was not published. It was stolen by <u>Andrew Parsons</u> and others. If he had not distributed the book, and read it like he did to others, no one would have known about anything in the book. As fiction, it is just a story that she wanted everyone to believe could be real as realism in literature.

<u>Nola Ganem</u> has <u>Harry Gural</u> on a short leach. They are always speaking to each other. Many smart men like their women young, stupid or uneducated. They are just pliable sexual toys that get used and disposed of, but after <u>Tara Plochocki</u> and her mother, anyone looks better. She calls herself now, <u>Nola Ganem</u>, but <u>Pamela Chapman</u> says, *"I release you I don't want anything to do with you or these women ever again."*

<u>Harry Gural</u> refuses to befriend <u>Pamela Chapman</u>, and refuses to see her in the physical. Yet, they were to be each other's companions. <u>Pamela Chapman</u> releases both of them from the obligation. It cannot work. By the time he arrives, it will be his physical death. At least he became a full-fledged Shaman, but <u>Melchizedek</u> is never a shaman. The tools are too demonic. He used them all against <u>Pamela Chapman</u>, a <u>Melchizedek Café</u> guide in human form. He is too aligned with all those who

Pamela F. Chapman
pamelachapman1234@aol.net
401-662-0536

chose to destroy her. Everyday their mission and motto is, "Destroy Pamela Chapman," and they all did. Andrew Parsons got everything he wanted including keeping the two of them apart.

Andrew Parsons got every f'thing he ever wanted. How does Satan win every f' time against Melchizedek?

And, they don't stop tagging her body.

**10:10 AM**

When are my ears going to re-equilibrate? Nola Ganem is the ass who always tries to control noise because when there is too much noise, or too much false quiet, she steals Harry Gural for herself. She knows he will never arrive for Pamela Chapman until this clears up. She makes sure it is never ever clear. She wanted both Harry Gural and Alberto Villodo for herself so she could be and become Pamela Chapman. She also wanted Grenville Craig an Andrew Parsons to complete the four-some of men in Pamela Chapman's life. She got them.

Pamela Chapman:   She could never be me. She can't edit one line of the book.

Nola Ganem said, *"I didn't get it nor understand it. I couldn't edit one line of it. I didn't possess the skill, the education to read, write or edit it. I am merely a graduate of the local public Rogers High School, Newport, RI. I never attended college. I am Jean Gorham's first cousin once removed, and I have access with my brother to a trust fund that was seeded with the same source as Jean Gorham's."*

We all believe it is Connecticut shade grown tobacco. Quite possibly, the family estate was sold to the State of Connecticut either directly or indirectly. That land— or a portion of it—now could be Bradley Airport. Pamela's father knew a man who knew Jean's mother and her sister. He grew up in New Britain, CT.

If the Guide War is over, and everyone resigned and called time, why is Pamela Chapman still in noise? Why are her thoughts still being read by the thieves? What the hell do you want form her?

She can't do a thing to make Harry Gural appear. She refuses to pay one more day for his sins. She resigns and says, *"I walk away from him every day, and so will be from me."* Melchizedek, they claim, *"Wins the Guiding War. Melchizedek also wins the reciprocity of relationship war."*

*"Does this make us all even now?"*

Harry Gural leads you into ambushes. He always claims, *"It was setup."* It's all in his head, just like Kundalini Crossing. He is a man attracted to low class whores. That's the way we see them Harry Gural. We've known them, and you do not.

Pamela Chapman
pamchapman@cox.net
3:23-cv-00424

## 9:00 PM – Guiding War Number 6.

Last night, early morning, Jerry Slocum, Jean Gorham and Michael Harner all stood down. Yet they still do this. They are insubordinate, and must retreat behind the enemy lines. This is a huge corporation win.  Melchizedek didn't win last night or before, and now we are in a dead heat to move forward. The score today is 4: 2 Melchizedek to Satan.

They were ready for a takedown via Andrew Parsons. They are in direct conversation with Andrew Parsons, Nola Ganem, Monique Burgess, Bethany DiNapoli, Kayla Abbate, Harry Gural, Pamela Chapman, and Diane Crosson McEnroe.

All the Guides are feeding directly into people as clear channels.

They claimed earlier today that without Pamela Chapman, Melchizedek does not win, and she must stand down—she never does. We are in debt to you for stopping this corporation. Jean Gorham doesn't want to give you privacy tonight but agreed to because you said, you'd stand down from screaming and do your own thing.

Pamela Chapman:  I was until someone got involved. They got noisy with my grocery shopping. I needed to know, *"Why?"* after Jean Gorham granted me privacy.

It was their own fault. They got sloppy and inquisitive over dark chocolate.

The guides already had a taste but hadn't put it all together yet.

Old person:  I now understand that Andrew Parsons will stand trial for manslaughter, and if he doesn't stand down right now, we will prosecute for something akin to murder 1, aggravated assault, fraud, gross negligence, gross misconduct. Stand down now before he puts his food in his mouth.

**9:19PM**

The plan for tonight has been thwarted. It is over. Melchizedek won that battle. We identified 45 guides including Jerry Slocum, and Michael Harner all feeding into the Thievery Ring as clear channels.

Who did that work?

*'It was a combined effort, but it happened by accident. Alberto Villodo was reading Pamela Chapman's chocolate bar in the grocery store. It started a conversation. An innocent bystander identified the information feeding into Kaitlyn*

*Johndrow* and *Becca Bertrand*. *We discovered* *Lorraine Florio Olsen*, *89, Old Lyme, CT, as the sum of thievery from* *Jerry Slocum* *and the 45 guides.*"

*"Don't be sloppy with Christmas chocolate, ok?"*

**Guide War #6**. There have been 3 Guide Wars in the past 4 days; 4:2 Melchizedek: Metatron/Satan
All psyches for the most part.

There is another Thievery Ring: 18 guides and 10 people. The people all overlap.
Maggie Johndrow, Ashly Householder, Tara Flynn, Kaitlyn Johndrow, Christopher
Johndrow, Lori Johndrow, David Johndrow, Bella (the dog) Jagoe, (Ashley Householder
herself), Francine Weiss, PhD (came with Nora Deidrich to design a book jacket), 1 NAM
Development Officer and Kristin MacManus.

Maggie Johndrow is tied to Kristin MacManus who is connected to Jerry Slocum. Plus, Kaitlyn
Johndrow, Kylie McCullough, Cole Burgess, Tom Burgess, Dominique Alfandre, Erin Delaney, and
Quinn Delaney.

Maggie Johndrow and Kristin MacManus are a ***"deadly combination together"*** from Tom
Hockaday's house. Maggie is the monster and Kristin is the numbers.

Harry Gural in that group pulled out and partied with the Wendy Schmidt psyche of Andrew
Parsons, which was hauled out in a DNC, but that train never left the station. That was **Guide War
#5.**

How do you pop Harry Gural out of that Thievery Ring since he is a psyche. He is a "Harry doll"
Kristin MacMannis:  What is the opposite of hysteria?

Melchizedek:   Leadership, leading from the front and the rear at the same time.


Harry Gural: They wanted all to be the leader of this ring, but Bella (dog) Jagoe said, *'No, I want*
*Kristin MacManus to be the leader of the Thievery Ring."*

And, Maggie Johndrow, 33/34 said, *'No, I will."*

They played Harry Gural's game of, *"Oh, yeh. Oh, yeh. Oh, yeh."*

Kaitlyn Johndrow, 26, said, *"Ok, ladies skip that fighting. I will lead the Thievery Ring group because I have the*
*most experience."*

Then Lori Johndrow said, *'I have no idea what is at stake here."*

Patricia Chapman
pmccnapman@comcast.net
303.905.0516

Harry Gural said, *"Who are you?"*

Lori Johndrow: President and CEO of Johndrow and Johndrow Wealth Management, Farmington, CT

Kristin MacMannis said, "Oh, yeh, well I work for US Trust.

Kaitlyn Johndrow said, "Ladies, Pamela Chapman said Lori Johndrow only has $15 million in assets under management, so Kristin MacMannis will lead the group with Kaitlyn Johndrow, and they got consensus really fast on the two ladies of this new Thievery Ring Group. It is not new. It started at Tom Hockaday's house, and he said *"Maggie and Kristen are deadly together."* He said, *"Maggie Johndrow is ruthless to say the least."*

Kaylie McCullough has no real interest. Kayla Abbate was never invited. She lacks the professionalism in this group. She looks like a Rhode Island girl, through and through –that's why.


## December 17, 2021 11:04PM

After midnight of December 16, Harry Gural and Pamela Chapman had a tense conversation that lead to an all-night footsie party that ended at 5:30 AM with Alberto Villodo and Nola Ganem (Natalie Holloway) wondering how they were still awake talking to each other with their feet.

Nola Ganem was so upset. Pamela Chapman kept getting waves of kundalini energy. Harry Gural said, *"I can help you with that."* They spent until 11AM working through their challenges with kundalini energy and each other. After another conversation around 2:45PM, they had a huge wave of something like kundalini, but it wasn't. Who could say what it was?

No one really. So they worked it out. They found the best "sexilini" energy that ever existed. They took a one hour nap, and woke up in another culture.


In shamanism, **the mountain goat** (very old 10th level)/There are about 4 of them. They are the seer. A goat is the nonseer. You would never see a Mountain Goat in Punjab nation. You could in Persia, but we don't see them ever. They are Persian through and through. They belong to Melchizedek. They are in a different guiding realm.

Kuan Yin was a goat of sort.

Pamela Chapman
2016chapman@comcast.net
Islands24646

There are **two ibexs** (wild goat) and they belong to the reciprocity of relationship guiding realm. They belong to the Celestial Temple. These are very old guides currently guiding.

There is also a billy goat.

Hebrew <u>Melchizedek</u> and <u>Melchizedek Café</u> is never in this guiding realm.

Mayan Incan <u>Melchizedek</u> is a Black Llama. Their reciprocity is the Black Stallion. This is the guide war Stallions vs. Llamas.

     There is a special lineage of <u>Melchizedek</u> Hebrews, and <u>Melchizedek </u>Persians.

There are **three antelopes** (Middle East), very old, level 10 reciprocity of relationship guides who do not currently guide. Always in the Celestial Temple.

There are **two gazelles, and three reciprocity of relationship guides** currently guiding. They got swallowed into another animal. Always in the Celestial Temple.

There are **two more** guides that are very old guides and they are currently guiding and refuse to come out for <u>Beatriz</u> because she could never identify them before, and they belong to the Star Gate nation of Reciprocity of Relationship. We can't say the lineage or the animal. <u>Beatriz </u>knows everyone, but not these two guides because they hide out in the upper realms and never descend for anyone except their person when they have to. All these very old guides have come out to each other but not to below the 10th realm story.

**<u>Pamela Chapman</u> you have succeeded in delivering every old guide to the realm,** and some very old guides who now know all of each other would say, no one has ever forced us out this way and no one will ever bother you ever again <u>Pamela Chapman</u> because <u>Beatriz </u>now knows you have too much information about her and her guides.

Tonight, <u>Andrew Parsons</u> gets to eat crow. His approach didn't work. **<u>Pamela Chapman</u>** outed all the oldest guides first. Now, you all have to go home with your tail between your legs.

<u>**Carrie Crosson Gilpin**</u> you got bested once again by the best, **<u>Pamela Chapman</u>**. O.M.G.

*"OMG, I can't take it anymore,"* she said. *"That woman can't even get out of her house and yet <u>Pamela Chapman</u> has bested her back in again without even trying."*

<u>Mackin Ollavos</u> said this is great because we never knew how many old guides there really were, and now **<u>Pamela Chapman</u>** will always remember that there is not a lot but she will add them up. The reciprocity guides that no longer guide, do they just hang out together? Pretty much, but they can always be brought into service by <u>Samuel</u>. If the **<u>Ascended Master</u>** doesn't like you, then you can be called back into guiding service, and a few have for these stories. No one wants to work with <u>Samuel</u> ever again, because he always does something terrible. No one wants to ever wants to be pulled into that story through their person with <u>Samuel</u>. <u>Pamela Chapman</u> you were the only one to call them all

Pamela Chapman
pbchapman@cox.net
401.662.9574

out together, and Emily's guide did her best to work with the ones that were easily recognized and to ignore the rest.

The **black stallion** guides—there are about **10 of them** currently— belongs to the ancient Mayan culture. Some are seers. It means you are a descendant of the Mayan kingdoms of reciprocity of relationships: Nancy Moss, Michael Harner, and Emily Parsons—who has a very old guide. **Emily's guide has rounded up all 10 guides now**. All of them were involved in this Big Book Story and we missed all of them. **So, you see** we now have a more complete set of really old guides who never show their faces to the guiding realms.

Tameen knows of two others: **3 turtles –one is Mary Magdalene**—but not guiding at the moment. They never get called and wanted to know who called for them because they never have to show their faces in the guiding realms. **They are about 20,000 years old**.

Jesus Christ was never a Guide War. He had nothing to do nothing to do with rise or a fall of Celestial Temples. The last Guide War was the fall and a rise of the Second Temple. Jesus Christ was just a victim of something called infidelity in the Caliphate Nation state.

This is a Big Book Story against the Black Llamas. The only way to end it for the Black Llamas was with a reciprocity of a seer who was enlightened, clear channel. Otherwise, the answers never arrived, and Samuel would be able to twist both her aura and her psyches. He cannot do that to an enlightened woman. Only her aura was available. Enlightenment ended the complication that caused all to misunderstand, and no one on the human side was channeling enough for the guiding realm side.

Harry Gural – We are about 4 days before the winter solstice. We are in the orb of the celebration of light in the northern hemisphere.

Mackin Ollayos says, *"All these old guides are so important to use now and into the future you have no idea."*

*"I'm so glad I had the curiosity that led to it."*

*"You always do Pamela Chapman that is your stock-in-trade."*

The searing energy is Andrew Parsons and Carrie Crosson Gilpin who wanted to demonstrate that they had all the power in the realm behind them. They wanted you to have to stand down to them later tonight.

Carrie Crosson Gilpin, no matter what, do you never succeed at what do you?

*"Oh, Harry Gural, I'm so glad you can be so smiley faced because the two of you are too damn cute together, but you know we had you corned for so long."*

*"Not any longer. Can they take that searing energy down?"*

Pamela Chapman
pmechapman.net (tel)
Balance 2-95 1n

It's <u>Andrew Parsons</u>. He never found an old guide to help him. He found colluders of the reciprocity nation, the Black Stallions, who would horse trade him later tonight.

The **Brown Bear** is relatively old yet they are so blended. It is difficult to tell who they are. There were never any black bears but there is always one or two black animals somewhere. They do not have to be old, they are just damn unique. What about a white bear, how many do we have? There are 3, they were all female and they are old, and they never appear.  They are in the Celestial Temple. They do not guide anymore. They are all perpetrators from <u>Big Book Stories</u>.

That makes 23 old guides.

<u>Pamela Chapman</u> There are four mountain animals from Nepal (three are gazelles and 1 female mountain goat.

**12:12AM**

## December 18, 2021
### 9:22AM

I, <u>Harry Gural</u> *"will never leave <u>Pamela Chapman</u> at night or during the day ever again because every time I do I learn something really juicy about <u>Pamela Chapman</u>. It doesn't matter if it is true or not, it is so salacious and gossipy that I can't stand myself for knowing that this information exists in any realm about her. I never ever share this information with her. Well, it is just too good to be true, and most of the time it is not. I always tell her nothing or that it is for her best interest that she never know this information. I hide everything I can from her, so much so, that several people have told her,"*

*"If <u>Harry Gural</u> and she were to be physically together, she would have to put too much of her life under lock and key. He would always be looking for information that he can use to take back to the furies – the whores of his <u>Thievery Ring</u>."*

In his heart and mind, these Harem women are his best friends because they pledged a loyalty to each other, as dictated by <u>Alberto Villodo</u>. It is now understood that he waited all night with <u>Carrie Crosson Gilpin</u> for a chance to do something great, like read a terrible write-up about her to the whole audience. All he did, though, was have an iced tea cocktail with <u>Carrie Crosson Gilpin</u>. But the appetite and promise was there for salacious gossip, too good to pass on.

He prefers everyone else at night than <u>Pamela Chapman</u>. Mostly, he claims, *"I get away with it because she can't hear."*

Pamela's Inprimis
pamelachapmandiscovery.net
101-cv-00816

Andrew Parsons will use Harry Gural as a weapon. He will be Andrew Parsons stool pigeon for all his life. Anything Andrew Parsons wants to know, he will make Harry Gural get from Pamela Chapman. Then, they will make Pamela Chapman pay for it.


Everyone was given a psyche conversation between Harry Gural and Carrie Crosson Gilpin. It wasn't between Andrew Parsons and Pamela Chapman or anything of the sort. It was all Carrie Crosson Gilpin and Harry Gural. It was Harry Gural telling everyone all of Pamela Chapman's secrets as he knew them.

You will type the following items Harry Gural said to everyone because he could, but he was a psyche and he was told these things by Carrie Crosson Gilpin, and Andrew Parsons.

*"Barefoot in Heels is a shotty piece of work that should never see the light of day because Andrew Parsons doesn't like it, and we cow tow to his every whim."*

*"Barefoot in Heels is what I used to get close to all these women. If not for that book, I'd have no harem of whores. So, I owe all my sexual proclivities to Pamela Chapman and her manuscript."*

*"Pamela Chapman is the best Kundalini whore I've ever had, but I prefer all these other women than her because in the end, I have more in common with these common whores than with her. She is just a piece of shit show magic herself. Whatever she says about them, she feels about herself. She is one jealous bitch witch stitch because we can never keep up with her."*

This is a Harry Gural psyche and his conversation all night long with Carrie Crosson Gilpin that he left Pamela Chapman for because he thought he'd get some salacious piece of gossip, and he just did, but it came at a high price to pay because if he does not download every piece of bad stuff he has about everyone— especially Pamela Chapman—in the next 24 hours, Samuel will make him his stool pigeon for life..

*"Kundalini sexolini is never going to truly satisfy me because I have become that thief in a ring or harem of whores. I love those people to death, and I found them all because of Barefoot in Heels, and we got ourselves together night and day because of it. We traded all kinds of stories about how awful she is and always will be."*

1. Harry Gural *"regret ever knowing these women. I will never be able to talk to them ever again. Any conversation of any kind I have has to downloaded about Pamela Chapman right away, or else Samuel will make a note of it, and make me the stool pigeon. The only way out is to constantly confess everything. I tried to best everyone she ever knew."*

Did they write it all down?

*"No, they horse traded it for sex and friendship every moment of every day. That is the glue that binds them all together. If you are for them, you are against her. If you are for her, you are against them."*

Pamela Chapman
[Develop@comcast.net]
Message 09116

I, Harry Gural *"will never ever leave you at night for anything, and if I do, <u>Samuel</u> will be right there to make sure I do something that will ultimately destroy our union."* That's what he thought he did last night.

He still claims, *"I did it for her, and for me to know what was happening."*

<u>Harry Gural</u> replaced <u>Andrew Parsons</u>. You hold it until replaced. Yet, in the <u>Thievery Ring</u> of these people, <u>Harry Gural</u> never ever wanted to leave. He was part of a meeting of the next generation of thieves, so they can all be together all over again. He is there. He still is. He must disavow any relations of any kind with any of them. He is too attracted to all of them, or at least a few of them. *"The younger the better, as he always now says,"* or is said about him.

<u>Christine Bush, esq.</u> is never allowed anywhere near him, or <u>Pamela Chapman.</u> She turned out be a whore just like the rest, and she and <u>Harry Gural</u> got close fast. <u>Harry Gural</u> has more relations with <u>Christine Bush, esq.</u> than he does with <u>Pamela Chapman.</u>

<u>Harry Gural:</u> I refuse to play this game any longer. I go home right away.

<u>Harry Gural</u>, you are home. This will follow you every moment of every day until in your mind and mind's eye you have left this ring completely. The only way out is to download all the information as soon as possible to <u>Pamela Chapman</u>. You confess everything right away, and run, run as fast as you can every moment of every day from any of these people no matter what they are selling. They are never your friends or support network, otherwise <u>Samuel</u> owns you until you die.

<u>Harry Gural</u> will never ever leave <u>Pamela Chapman</u> at night. He told her this two nights ago, and last night he left her for 9 hours. He thought he would have something juicy about her. *"I thought <u>Andrew Parsons</u> had written something up that he was to read, and I needed to hear it, but I knew <u>Pamela Chapman</u> never would. I wasn't going to do anything with that information."*

But <u>Pamela Chapman</u> said, *"You would have dined out over cocktails on it. It would have had good besting game over it."*

*"No. I refuse to play any of these games any more."*

*"That's not enough <u>Harry Gural</u>, you are addicted to these games. <u>Pamela Chapman</u> can see straight through this. So can the rest of us. You allowed yourself once again to be the stodge for a piece of ass last night in the <u>Thievery Ring</u> whatever ass means to you at night."*

He always says, *"I do whatever the hell I want, that's just who I am."*

If you do that one more time, the entire realm will cast you off into a sea of wallowing like you have never seen before. <u>Pamela Chapman</u> needs someone to have and to hold and you just don't ever fit that bill for her, only for others. Why is that <u>Harry Gural</u>?

Pamela E. Barman
pamelachapman.com
bpmedia.fm

*"I seem to be commitment phobic. Yet, I can make a commitment to all the whores instead because I just boned so well and for so long with them over destroying and despising Pamela Chapman."*

It is where your loyalities are always given, you stopped kundalini with Pamela Chapman last night for a chance at this.

He always says, *"Well, I always know you are there, and I will always get back to you."*

That is so f' disrespectful. Yet, it then says, *"That's how I operate in all realms."*

Not anymore, because we are all your witness Pamela Chapman even if you can't hear, see, know or experience. We have you covered.

Andrew Parsons did have something to read last night. He knew right away he could not, so we set Harry Gural up instead. Harry Gural, this is all a whole huge set up – an ambush against you that you walked yourself into. Did Pamela Chapman ask you anything?

*"Just once, and I told her I was right there."* But, she knew you were not. She couldn't feel you at all.

Remember most of your problems go away when you turn away from all these people and the Thievery Ring. You stay as close to her as possible. If you are bored, find a new hobby, move, take up knitting. Needlepoint, I kid you not. If you stop kundalini with her one more time for a chance to be with your Harem, there will be hell to pay. If you take her for granted, there is a huge price to pay. If you want to go to a Newport gala, and she takes you and she has to babysit you, she and you will never be there ever again. That is a social faux pax, worse than death, and if you think these whores are there, think again – Well, some of them are and they will pinch your fanny if you get too close, so stay the hell away from them. Got that Mr. Smith?


Appendix A- Harry Gural, December 18, 2021

I have no real confession to be typed. So, put it down, and we write.


**11:46 PM**
Alberto Villodo told Nola Ganem, *"Give away some sorcery tools to help the Thievery Ring grow into a more mature group,"* but she used them as power tools to give herself more concentrated power. Now, she will retrieve them all back and give them all back to Alberto Villodo who will then dispense with them, including the noise that infiltrates Pamela Chapman every night.

Nola Ganem wouldn't tell him Harry Gural how to remove the noise. She wanted to control him. Nola Ganem wants Harry Gural to admit she was his first and only love in this Thievery Ring,

Pamela Chapman
pamelachapmanart.com
(401) 489-3985

according to Andrew Parsons who wanted to screw his ex-wife. *"I'm not interested, but thanks,"* she says. Nola Ganem wants Harry to admit she was his first and only love, or something she can write in her diary.

Pamela Chapman thinks he should remind Nola Ganem of what he said the other day, *"I do for me, and you do for you, and sometimes we are doing it together, but we are never ever together when we are doing it."* He and she were never a couple and never would be. That was all aspirational and all in her head. He is over 20 years older than she is, but she has a thing for father-figures.

So, the issues with noise and Pamela Chapman and Nola Ganem are related to his Thievery II Ring and the specific IMC Capital Campaign, not to mention last spring's fundraising "seminars" with Veritas and van Beuren – Roger Kass. Roger Kass says Pamela Chapman you and I are going to know each other someday because only you had the eye on this one all along.

So, all these people were paraded into the Workgroup to talk about fundraising and why Pamela Chapman is wrong. This all feed into the is new Thievery Ring II approach. Miki Ohlson does not want a new home this way.

Frank Spinella heard rumors. He didn't understand the specifics. He doesn't want a project like this either. How do you truly nail the thievery of it? Is it Kristen MacMannis and the data base?

*"Yes."*

How do you nail that?

Development would have to know. So would Peter Bramante. Ok, then his contract specifically allows for immediate removal for any kind of fraud, "thievery" misconduct, gross negligence and moral turpitude. Then there are fundraising ethics, which aren't illegal. Some of them are, you just have to know what is what.


To protect it, I had to expose it.


I, Harry Gural will stop following any other person at night because they will waltz me straight into an ambush. It might take hours and days to uncover, but it is always an ambush. The target is to break up any relationhip I may or may not have with Pamela Chapman.

I, Harry Gural do not do short hand.  Words get written out.

I, Harry Gural stop using my last name in this write up and so do you. I call you, Pam, here. No last name. I do not care what you type but between us there is no last name.

Pamela Chapman
pmchapman@cov_net
101-00-2-0516

I, Harry say I won't leave you like that again. I now understand that the entire world understands I leave you everywhere because I think I am chasing something more exciting that what is in front of me. Yet, once I arrive there, it is just the same old thrill of the chase with these other women. When we get bored with each other, we engage in either masturbation, kundalini, or fraud, and that gets our metabolism pumping and flowing. Then we are all so excited together.

I, Harry agree to change my response to this pattern because in the end it is always the same. Just look at Alberto Villodo. He will say he misses conversation with Pamela Chapman, but he prefers Thievery Rings, whores, harems, and masturbation. His own wife, he does not have sexual relations with. He masturbates with a harem of women, usually his students. He is a drug dealer, a world renown black magician shaman. Look at how he spent the last ten months, but especially the last four to six months.


Pamela Chapman:  Did you sell your soul Harry?

Harry Gural:  No I don't think so.

Pamela Chapman:  Then why do you act like Satan?

Harry Gural:  I refuse to accept my actions are exactly like that.

Pamela Chapman:  Then you are so embedded, aligned, and engaged with Satan. You love to be seduced by Satan, don't you?

Harry Gural:  No, I do not.

Pamela Chapman:  But you fall for them every time. So, when do you stop?

Harry Gural:  I will work at it.

Pamela Chapman:  No, that language says, *"I'm not yet committed."* You draw a hard line in the sand right now and declare every moment of every day you say, *"No way."*

Harry Gural:  Ok, I will I draw a line in the sand, and I refuse to cross it for anything because if I do, Samuel and Mr. Oldest Guide (Rusty Powell III's guide) will ride me to my grave.

Pamela Chapman:  More than that. They will make you a first class sewer rat.

A sewer rat is not all that bad. It's the ecosystem that comes with it. If Nora Deidrich is a sewer rat, than I know I can live with that.

Harry says, *"That's not me. I don't have relations with her."*

Pamela Chapman
pamelachapman@cox.net
10-169-2005 10

Harry, you were to stop all relations with all others and you have not.

Harry Gural: Yes, I have.

Yet, you still are tagged, and you chase them.

Harry Gural:  No.

Pamela Chapman: Yes, Carrie Crosson Gilpin abducted you last night. Willingly, for a chance encounter with the thrill of some piece of thievery. That is the pattern. He takes the side of the thieves for both the thrill of it all, his training, and the loyalty built into his psyche. **The tag, chase, and manipulation with the hope of an activity is The Game.**

Harry Gural: Ok, I never saw it like that, but it is. I change right away.

Harry, you must meet Pam in the physical and make it as real as possible, a first class relationship commitment that takes a little time. Yet, in the gap of time, you will also allow yourself to be pulled away and seduced.

Harry Gural: I admit that.

*"You must devote yourself all night to her every night, but you refuse. Why is that?"*

Harry Gural: Any number of reasons. I stop.

What about all this gossip against Pamela Chapman. She need to hear it. She asked Tom Hockaday and Bill Martin about it last January 2021, and it still goes on. What is the dialog that is stabbing her in the back over and over. Tom Hockaday was here so was Bill Martin. It was in a private space the conversation took place.

We had two or three conversations. Bethany DiNaploi now says that you and he had some understanding because he says not one bad word now against you.

Gail Alofosin:  How well do you actually know Tom Hockaday or Bill Martin?

She doesn't.

That answers Pamela Chapman's question.

Gail Alofosin:  I disseminated of a lot of gossip.

Pamela Chapman: Why was that?

Gail Alofosin:  Because I was jealous of your book, *Barefoot in Heels*.

Pamela Chapman
pmelchapman@comcast.net
401-662-8911

**Pamela Chapman:** This is what jealousy does?

It's more than that.

Gail Alofosin: Ok, then I was jealous, and didn't like you. We aren't friends. You don't sit on my boards. I thought you were easy prey.

Is she still easy prey?

Yes and no, because if Gail Alofosin keeps this up, she will always say, *"It's because it's my turn next with Harry"*

I'm attacked for a man I don't even date, have conversations with, or see. He is just someone I used to know. 4-7-22; 10:55AM]

**Pamela Chapman:** If all the women and Harry keep this up, she will declare once again, "I release you Harry from me permanently, and you can all have each other. I don't want a woman or friends like that." Is he a gigolo, a cad, a walker, or a man?

So you don't chase a man like that?

**Pamela Chapman:** Never ever. At the end of the day, his relationship everyone are just **not of any strong leadership ability, and I prefer a leader to a whore, and I can relate to a leader asexually in a way I cannot with a whore.** So Andrew Parsons that is reason #29 why we got a divorce. You wanted a whore for a wife and I wanted a leader for a husband. The gap was too great. There was no overlap. So, we went to court, and that was that. I lead from the front.

**Harry Gural:** Ok, that is huge.

**Pamela Chapman:** Why is that Harry?

**Pamela Chapman:** Because way too many men think they are leaders and deserve whores as their hobbies.

**Harry Gural:** Pam agrees but she is no whore, no trophy. She is a leader of her own doing, and wants relationships that are balanced, and to do that, the person must play to a betterment game. They must play a higher play unless they agree to the game they are playing. When she says that she intend just for him to play like inner children and Melchizedek guides not like thieves. Inner children can be their own parents and police. Thieves cannot do that.

Harry claims, *"We stop."*

**Pamela Chapman:** Oh no, we do not, because Harry, you must now confess, or else we write.

Pamela Chapman
pamelachapman.webs.net
1pt-on-2-est546

Pamela Chapman confesses nothing and you confess all.

I refuse in this zone to play.

Then you show up right away because you play on her dime every f'day.

*"Yes, he does."*

*"Ok, if she stops, I stop."*

*"But, you must lead her out, Harry Gural."*
You won't like me for this Pamela Chapman. I want 5-10 things they say about me because you have heard at least 3 all-nighters from Andrew Parsons. What does he say about me:

Bethany DiNapoli says the following:
1.  We wish we had the talent to write fiction, and we do not.
2.  We wish we could edit a manuscript, and we have no real talent.
3.  We love Harry Gural to death because he is not our husband, and we all want to boost we have a male lover, but not really well. You all did so in here.
4.  I love to be in charge, and I am. No, you are not.
5.  I get a thrill out of all of this in a way I never did. This is a thrill and ride of a lifetime for me Bethany DiNaploi.

Harry's Turn: What do they say about Pam?

*"You destroy her every chance you get, so fess up".*

Harry Gural: I had to do it. I thought initially via Ways and Means. I will tell you to your face what I thought they'd do to me if I did not. I now know I am no longer under their spell. I'm under my own spell now. I am in charge of myself. I get over myself right now because Bethany DiNapoli and several others believe they own me.

Pamela Chapman:  Because you bonded over destroying Pamela Chapman.

Harry Gural:  Yes, I did, and if I keep this up, I destroy everything of Pamela Chapman.

Pamela Chapman:  Yes.

Harry Gural:  I stop. I stop because she will destroy herself if she keeps re-reading herself anymore.

Pamela Chapman:  They give me no f'choice because you give me no choice Harry Gural, and what I reveal is very highly vibrational.

Pamela Chapman
pamelachapman.com, LLC
DelanoSoft.co

*"No it is not. They twist it all up."*

*"Like how? And who wrote the twist?"*

*"They do it together as a group. Our entire group can re-write anything. They can best your sense of humor every day."*

<u>Harry Gural</u> has heard it all now and what is the take?

It's not personal. They just roast you and roast you until you are fried, burned and dead.

*Harry Gural, you love to participate.*
Not anymore because no one taught you to shut up.

<u>Pamela Chapman</u>, I had not choice. You all came to presumably help me. You said on April 30, 2021, but you did not. <u>Harry</u> why did you wait so long to tell me to stop.

<u>Harry Gural:</u>  It get it all now. We retire immediately. You will stop saying anything about yourself, because they will twist it around. They do not understand <u>Twin Souls</u>.

<u>Pamela Chapman:</u>  <u>Twin Souls</u> don't either.

<u>Harry Gural:</u>  Ok, so they are hard to understand. They twisted that so badly you can't show you face in Newport ever again socially.
     This is a huge goal of <u>The Game</u>.

<u>Pamela Chapman</u>: I could care less. That <u>Thievery Group</u> does not represent Social Newport and neither does <u>Carolyn DuPont</u>, nor <u>Alice and Jim Ross</u>. So, we all stand back, not down, and say, <u>Harry</u> Gural, how do you plead and lead?

<u>Harry Gural:</u> I say we stop all conversation between us and them permanently, and I completely stand down. I won't tell you all the gossip. It does not matter. They just twist anything for their own amusement.

Ok, but toe-to-toe they are dumb stupid shits, but collectively they are something. Only in their minds, just like kundalini and <u>Harry Gural</u>.

[**Note:** Harry Gural led this portion of the writing, and he has a duplicate copy of this transcript.4-7-22 12:01PM]


Nancy Johnson, 85, R-CT,  claims,  *"If <u>Pamela Chapman</u> has not one friend in Newport because of what has happened here, then you move back to West Hartford or some such place because no beach or park will ever make up for how nasty and ugly the people here have been.  That is exactly what they want to happen—to kick you out as if*

*that alone is the trophy. It is a social game people play, a Whitey-Tighty game of, "We don't like you, you have to leave." 7:51 4-7-22.*

Nancy Johnson, R-CT also said, *"It is important to know when to draw a line in the sand. You must know where you stand and dance around it. Pamela Chapman you completely changed your tactics to a position you aren't comfortable with, but it was the only way to succeed. You did what you had to do even though it isn't your natural positioning. We do that all the time, but you did not compromise certain principles. If you had to, you just don't do that all the time. You just learn when to draw your own line, but not tell the others around you so that you can be successful. Clever doesn't win the day. That is not political. Political would be that you compromise sometimes, and at other times, you hold the line."*

Kamala Harris: Pamela Chapman can do that brilliantly. At the end of the day, she can say, *"I agree to disagree, and we can still be colleagues, and I'll help you this time, but not that time."* That is exactly what we do.

Mayor of Newport: If I am the mayor, I ascribe to the same politics.

Nancy Johnson does not think so. *"You have a small coalition of private citizens on your mayoral board, and we have professional politicians from around the country who are there to make a mark and take it home as a prize. Every politician needs a few wins and you have to find ways to allow that else they don't return. We never force them out. The average tenure in Congress 17 years. At 17 years, you completely understand how the government works. No one would ever question what you are doing after that. You get that message to the voters by saying, "I am so important on all of these committees, and I am working hard for the state of CT." No one really knows, but those committee assignments have their own pecking orders."*

If you didn't know Nancy Johnson, Pamela Chapman what would you think of her now?

Pamela Chapman: I have great respect for her. I did before, we all need to understand that our national politicians also work in here and there, and we can still respect them for being with us here, but do they need to be Caliphate Nation leaders?

If you are an infidel in Congress, we would disapprove of you whole heartedly. If Kamala Harris thinks that she can rule the USA by ruling here as a Caliphate Nation leader, she is mistaken.

Nancy Johnson said, *"We had not pieced that together yet. If they can best Pamela, then they can be Kamala, and all the thievery woman wanted to be Kamala Harris. If she is the role model, we need to shift her optics because while she might have been playing her own game in her to achieve election voting results, in the end, she helped collude to make the situation in Newport worse . We will all remember that we work together, and while we might not be a reciprocity nation, we can be one of cooperation, or at least of mutually respect, such that we don't target individual people like Pamela Chapman for a Hate Crime or wide scale harassment, abuse, or gross misconduct or just a bandwagon effect."* 8:03PM 4-7-22

Pamela Chapman
pamelachapman.wordpress
InformOneLa

## December 19, 2021
**11:55AM – 12:47PM**

Suppression of **Pamela Chapman** with **Harry Gural.** It takes three turns of the auric keys by Stanley.
[**Note**: This is a reciprocity of relationship understanding that makes you a monogamous couple in kundalini, and presumably also in sexual intercourse, but it didn't take hold with Harry Gural.]

[**Note:** Once Zenia Theresa popped Harry's chakras, the woman of the harem all wanted it. Once anything happened between Harry and Pamela, the harem women demanded to copycat it.]

**Becca Bertrand**, **Nola Ganem**, **Kathy Abbate**.

Stanley takes **Pamela Chapman's** key and puts it in **Harry Gural's** keyhole, three times to the left.
**Harry Gural's** key into **Pamela Chapman's** keyhole three times to the right. This equals kundalini monogamy. Harry and Pamela did it 2.5 times in October, after September 30, 2021.

**Michael Harner popped Becca Bertrand** with Harry Gural. That is what caused the problems.
They popped some, but not all.

The way for Becca Bertrand to fix that is to have her keys turned with **Roger Kass**. **Alberto Villodo** and **Tameen Saied** can do that. That will override **Harry Gural**.

**Harry Gural** did it with **Alish (Kathy) Abbate**. He does not think so. He didn't but he told her he did to get her off his back and she believed him. That was when (October 2021) she claimed, *"I'm your mistress."* October 2021.

**Nola Ganem claimed he popped her chakras after Kathy Abbate boosted so much privileged with Harry Gural.** But Zenia Theresa/Samuel told Harry Gural never ever do that again because she and Rick Abbate had an issue. She refused to tell him, so now he did the entire family together so no one can do kundalini Crossing outside of the family. **Kathy Abbate likes to insert herself into the pockets of other people and jerk them off in the middle of the day.**

Harry Gural told her, Kathy Abbate, several times, *"Get the hell out of my life, or I will call the cops."* And, he did that day because she jumped out of kundalini with Pamela Chapman and Harry Gural. So did Nola Ganem and Becca Bertrand and Christine Bush, esq.

Roger Kass said "Christine Bush will never be invited back ever because no one takes Pamela Chapman's name, Laylah Shamansky and uses it in a game against her. She never answered. She was there and said, *"Pamela Chapman I bested you and won."*

Pamela Chapman
pmc.chapman@yahoo.net
forone2one.tv

Really a class act. Pamela Chapman likes a besting game with anyone but with a classy Star Gate. Clean wins all around. Christine Bush, esq. is nasty and dirty as a player. So is Andrew Parsons. Pamela Chapman got rid of him.

Pamela Chapman didn't know any of the rules and doesn't actually know how to play, so she makes things up and Harry Gural said, *"I promise to teach you."* He never did. Harry Gural also said, *"She can do everything anyone else can do. She just needs practice, and does not yet know the game. With just a little coaching she is a proven player."*

We all agree. If Harry Gural doesn't tell her, she doesn't know. She just makes it up. So not a good rules player because she just does not know them. Later on, there was no way to catch up. The Kundalini became one and the same between them. The games were no longer available to play. The will never know if they could actually do a kundalini dance together. He never showed her how to play.

We will teach you. They never did.

Kundalini Crossing is a state of mind, not a place.

Roger Kass, Becca Bertrand and Harry Gural are still working on that one.

Bethany DiNapoli:  Why did it take so long to get Pamela Chapman here?

Because of people like you, Bethany DiNapoli. Harry Gural is never ever going to admit certain things, but he had the game backwards in his head. The longer this goes, the worse it will be for Pamela Chapman. So, let's finish this suppression and get them married right away. The suppression is a monogamy in the Celestial Temple, and provides for reciprocity of relationship intimacies. He wasn't really interested in any of that.

Nola Ganem has the last piece to the suppression challenge.

Nola Ganem thinks she is Harry Gural's wife.

Andrew Parsons did it to prevent Pamela Chapman from getting too close to Harry Gural.

Stanley says, *"I divorce Nola Ganem and Harry Gural right away permanently, never to return."*

Christine Bush claims, *"I am married to Harry Gural also."*
She never was. There are no lines of relationship there. She married Andrew Parsons instead.

Pamela Chapman needs a shower and a bath. These claims, *"These Thievery Ring woman are too dumb and dirty to be around."*.

What does suppression mean?

Pamela Chapman
pamelachapman@cox.net
tel-m-2e-6-16

Your aura and his aura are now superimposed on top of each other permanently. He can't undo this. It also makes you kundalini partners naturally. Reciprocity of relationship emotions are always now yours, so if you don't feel them, then he or you are blocking the other. He often says, *"Turn them off, I don't want to deal with those."*

Harry Gural:  I refuse on all my reciprocity of relationship emotions today so I may engage with and marry Pamela Chapman today and tomorrow.

The cotton  in the middle ear: It prevents Pamela Chapman from having encounters with other people. We assume Jerry Slocum does the same from the right ear. The right middle ear box that belongs to Metatron/Noise. It's not a box. It is an auric code that claims you are destined to be here and you should hear Harry Gural better than everyone else now.

Pamela Chapman:  What about my 3rd eye sight? It is missing.

The imagination visions in your head that everyone sees, Jerry Slocum and Jean Gorham know how to manipulate that. No one should be experiencing those except you and Harry Gural. Pamela Chapman is a really good visualizer. Andrew Parsons said, *"I need to know how she thinks, and I really know her now."*

Catch 22. Harry Gural doesn't want to do anything (as in show up for Pamela Chapman physically) until everything is cleaned up and the realms close. That could last another twenty years. Nothing would clear up until he shows up, and he re-calibrates his life. So until then, he wasn't going to do a thing, and everyday something got more and more out of hand.


Who orchestrated last night?

Elizabeth Kahane and Wendy Schmidt. All of a sudden, they disappeared and Alberto Villodo stood watch. Jean Gorham orchestrated that.

Elizabeth Kahane: We exit and leave them to their own devices, and see what happens They brought a _____ about 1 hour and then he giggled and laughed. Then, they did something:  played footsie all night, and Nola Ganem tried to talk to his psyche for 15 minutes, and say, *"Stop that,"* but he said, *"No way, Jose."* Pamela Chapman thought she had fallen asleep, but not really. Nola Ganem had gotten in the way and pushed her out somewhere.

Where did Pamela Chapman go?

Harry Gural thinks just aside, but she couldn't hear. It was a private channel between Nola Ganem and Harry Gural. How do we dissolve it permanently? There are probably several of them in Harry Gural.

Pamela Chapman
pmcchapman@comcast.net
10-Jan-2023 pc

1230

Three of them. <u>Nola Ganem</u>, <u>Monique Burgess</u> and <u>Becca Bertrand</u>.

[<u>Note</u>: They seem to still be there in April 2022. No, they have been replaced by <u>Michael Harner</u> acting as the wife in a special channel that he devised with <u>Saul</u> and it goes like this: I can do want ever the hell I want to do to you, and you can't do a thing, <u>Pamela Chapman</u>, so just give up the fight and admit to an abortion, and we will be on our way. "No way Jose." The badgering, bullying and torture will never stop. It does not matter the topic, the context, nor the response. They will do the same thing all the time. 1:16PM 4-7-22.]

This morning, <u>Pamela Chapman</u> had so much kundalini energy flowing through her body, <u>Harry Gural</u> said, *"We will try a few things."* That's when all the others climbed in, and they had to get them out.

<u>Harry Gural</u>:  No more special channels. Can we eliminate the psyche down to one?

Only a guide can do that.

<u>Jerry Slocum</u>: There are no more <u>Guide Wars.</u> We took care of all that last night (12:38AM) and if you think you are going to attack <u>Pamela Chapman</u> or <u>Harry Gural</u> for anything, it will not happen because the guide will get you back. So, <u>Andrew Parsons</u> every night you stand down and be quiet.

<u>Becca Bertrand</u> played footsie all night with us.

How do you stop that?

She stops, and if she does not, it's on her because she can't influence you, and you cannot her. No one can watch you any more or follow your keystrokes or read your computer scene.
[<u>Note</u>: On July 29, 2022, <u>Pamela</u> received an image in her head of herself typing on her laptop. She saw the keystrokes she was actually typing, as if in a dream state. She immediately asked, *"What is going on?"* It was said repeatedly, it was <u>Monique Burgess</u> who wanted to know how she was coming up with passwords that they could not detect?  She said she was following every keystroke of <u>Pamela Chapman</u>. 9:48 AM July 30, 2022]

**The private office is a state of being. No one should hear you in the future**.

<u>Harry Gural</u> has to get to a point of appearing in the physical. Without living together this story does not end well.

<u>Pamela Chapman</u>:  <u>Harry Gural</u> has to stop this incessant self-pleasing when he gets away with whatever he wants. He just takes it. It's an attitude from college. <u>Pamela Chapman</u> won't tolerate that.

1230

*"I promise not to scream, if you promise to talk to me and be upfront. You withhold information and lie. Never withhold to a clear channel because sooner or later one learns you don't get away with it. You just burn down the barn. Learn to be up front with <u>Pamela Chapman</u>. I can handle most things, if you are upfront. But you have to mature at least out of adolescence. She has raised two children, so she knows what she is talking about."*

He promised so badly to talk to her upfront or else they were back screaming, and <u>Mr. & Mrs. Smith</u> doesn't want to bring the guns out and get bloody.

It takes a certain direct energy with <u>Harry Gural</u>, or else he gives you a song and dance.

<u>Barney Frank</u> completely flipped your ethical standards and said, *"I'll show or prove it to you that you'll do as I say."* You were blackmailed regarding getting out of the <u>Ways and Means.</u> Instead, you went further in to get out.

<u>Wendy Schmidt</u>: We have people like you <u>Pamela Chapman</u>, but not really so send us something sometime in the spring, and we will have a conversation next summer.

For the average person in an average situation in kundalini practice, Rings of Thievery is what we are now calling this, the business model would be two –three times a week, for two-three hours, 12-3AM EST for between $300 - $500 a night. Engagement for 1.5 years equals a personal expense between $25,000 - $40,000. This is not for the working class. It is billed to a Visa Card of a generic enterprise name. Prostitution is also. It is imperative to understand how <u>The Game</u> board/Kundalini Master is paid, but no one understands the business model.

<u>Linda Plochocki</u> tried to start one.

<u>Tracey Jonsson's</u> mother was associated with people associated with <u>Ways and Means</u>. She was never front line. She ran into <u>Tara Plochocki</u> several times. It was <u>Tara Plochcocki</u>, not <u>Harry Gural</u>, that was the problem. <u>Harry Gural</u> was blamed for it. When <u>Tara</u> and <u>Harry</u> met <u>Tracey Jonssen</u> and <u>Tara Gragg</u> and <u>Island Moving Company</u>, the mother perked up and worked to pull the daughter out. <u>Tracey Jonssen</u> was <u>raping Pamela Chapman</u> everyday back in August.

<u>Linda Plochocki</u> got all the way to a proposal with <u>Barney Frank</u>, and he said, *"No way, Jose."* Or, at least not with one of my staffers. <u>Richard Neal</u>, D-MA said *"No,"* also. <u>Bobby McDermott</u> likes the idea. He's too young.

[Note: Melchizedek said on 2:19PM 4-7-22, They never do this. This is not what they do. There is always an opportunity to do it, but for any number of reasons they say *"We don't do't in the Potrick. It is not what we do."* It is more than that. It is never neutral, never reciprocal, and is never a for the people.]

<u>Rusty Powell III</u> claims he'd never get involved, but looked at all the numbers. He said, *"No, they would all rather sell cocaine."*

Pamela Chapman
pamelachapman@cox.net
[crossed 2-05-0]

No, never. That too, is an infidel state with military issues, which is why they got interested in Alberto Villodo.

Pat Fernandez:  Pamela Chapman you are so calm and collected when you work this way.

Pamela Chapman: Always.

Pat Fernandez: Why is that?

Pamela Chapman:  It's all so interesting. I just love to discuss ideas, thoughts and how things, people, and organizations work.

Andrew Parsons knows that for a fact.

Carrie Crosson Gilpin:  Andrew Parsons you never understood your wife, and you criticized her to the nth degree.


Kristin MacMannis has three circuitry schemes in place:
1. US Trust in Newport
2. Thievery Ring with Rusty Powell III and Tara Plochocki. Rusty Powell III agreed to train her.
3. Kaitlyn Johndrow and the new ring.

Jean Gorham claims, *"I use these side conversations to direct the thievery of Jerry Slocum."*

*"Yes, she does. It's interesting, but to a point."*

When Jerry Slocum and Michael Harner stand down they can go anywhere. Jean Gorham won't be able to talk to Jerry Slocum. His time out goes for an eternity because they played in The Big Book Story in a critical cruel role. "*I came to close to the sun and got burned.*" That is Icarus.

There will not be noise moving forward, but if the realms closed before the removal of the noise it is highly possible the noise never levels. It comes from Metatron Kingdom and goes thorough Alberto Villodo.

Harry Gural, you never bothered to get to know Pamela Chapman on her own personal level.

He can't yet arrive there. That's why.

Harry Gural: I arrive right away because no one goes through such extremes of temperament like you do.

Pamela Chapman
pmnelchapman@comcast.net
401-662-1911

Pamela Chapman:  My screaming is pure self-defense. It's not adrenaline. I can go from 0- 60 and back to zero again in a heartbeat. That is the difference between Pamela Chapman and many other people. For her, it's all pressure in the head. It's not cardio-vascular. It's not in the adrenals. There is little to no emotion hooked to it. It's not a rage. It is self-defense:  screaming to be heard at the level of the guide realm. It is not considered noise. They only her and respond when she is screaming loudly. You have to ask for very specific thinking to get them to respond.

Screaming synergizes with the philosophy of *"Just do it,"* and, *"Do it at the highest level to get the best results. Go straight to the top."* It learned that from Michael Roth, President of Wesleyan University. *"Do it, and do it at the highest level to get the greatest satisfaction."*

## December 20, 2021

Jean Gorham had to follow Pamela Chapman and Harry Gural and listen to their conversations. That was so Jean Gorham and Jerry Slocum could manipulate Harry Gural and Pamela Chapman even further.

Jean Gorham's presence masked Jerry Slocum's because they are Twin Souls. Instead of seeing Jerry Slocum, you saw Jean Gorham. That was a Twin Soul home advantage.

Nola Ganem said, *"Where is there a man for me? There is a man for her, and not for me?"*
That is because she doesn't have one in this life so she has to adjust to that.  She can always find a reciprocity of relationship but there are no guarantees.

Nola Ganem said, *"I gave some tools to Andrew Parsons,"* Nola Ganem thought Andrew Parsons would marry her also—he did twice. Harry Gural married four to six of the Thievery Ring harem women simultaneously. Nola Ganem wanted to do the same with men:  She married Harry Gural, Andrew Parsons, Grenville Craig, and Alberto Villodo.

William Parsons claims Harry Gural can sleep at night because William Parsons and Harry Gural are never too far away from each other. **He hears Nola Ganem at night knocking on my mother's door, and said to his guide, *"Why is that happening?"* He knew Jean Gorham was always listening.**

Jean Gorham stirred the pot yesterday with Dominique Alfandre and Nora Deidrich.

Pamela Chapman
pamelachapmanart.com
860-443-9951

1234

That's ok. We understand the whole <u>Thievery Ring II</u> that <u>Island Moving Company</u> wants to play. They understand <u>Kristin MacMannis</u> is at the core of it. It is her financial banking database, and access to information that others do not have.

There are three people in Providence who play that way, and they all work (or worked) for US Trust. <u>Peter Hatfield</u> runs the Providence office. He also sits on the board of the Preservation Society of Newport County, and has for a long time. His son works for <u>Slocum Gordon</u> in Newport. They have  infiltrated all the local nonprofits. <u>Kristin MacMannis</u> used to live on the campus of <u>St. George's School,</u> where <u>Peter Hatfield's</u> son attended. Her husband taught and coached there.

There is no greater reciprocity than to know the <u>Redwood Library's</u> <u>Thievery Ring</u> is also involved but these are two <u>Thievery Rings</u> happening at the <u>Redwood Library</u> simultaneously: <u>Development/fund development</u>, and book publishing. <u>Rusty Powell III</u> sits on the board of trustees at the <u>Redwood Library</u>. He can't put <u>Kristin MacManus</u> on that board for several reasons.

<u>Laurianna D.</u> at Newport Hospital claims, *"I know the person at US Trust, one of the three."*

Now, you know two of them. One is involved with Lifespan in Providence (hospitals). One went to Moses Brown, and <u>Kristin MacMannis </u>(arts and culture). All three have access to this central banking database and are using it to cultivate clients and donors.

It's thievery itself that US Trust has three people with access to an online internal banking network of daily transactions. Is it misplaced accountability? No one else gets access. They can, but no one else knows how to tap into it.. That is how US Trust gains its competitive advantage.

The husband of <u>Kristin Reed</u>, <u>Jackie Egan's</u> daughter, works for US Trust in Boston. <u>Tobie Fields</u>, chair of the Redwood Library <u>Book Committee</u> also worked for US Trust in Providence after his retirement from the US Navy.

<u>Kristin MacMannis</u> is just a fishing line and hook for US Trust. She gets a commission for what she brings in. Others manages the endowments.

<u>Kelly Coen</u> can't play with her. Laurianna D. has, but will not any longer because that is not the relationship model of major gifts or any other for that matter.

<u>Roger Kass</u> can't stand that you knew all this, and no one would listen.

<u>Richard Neal</u>, D-MA taught <u>Becca Bertrand</u> and <u>Roger Kass</u> "make out" sessions Feb 2021 at <u>Kamala's Table</u>. That was how they got together. <u>Roger Kass</u> went to <u>Kamala Harris</u> to get <u>Becca Bertrand's</u> 'pulse initiation point' turned off. That is how they got involved in a <u>Tara Plochcocki</u> <u>Thievery Ring</u>. They had no idea they are in a <u>Kamala Harris</u> <u>Thievery Ring</u> waiting room, awaiting further instruction. In October, they played with <u>Andrew Parsons</u>. Prior to that, they were always surrounding <u>Harry Gural</u> nightly at <u>Kundalini Crossing</u>. <u>Roger Kass</u> and <u>Becca Bertrand</u> pulled by <u>Tara Plochocki</u> and <u>Kristin MacMannis</u> into this new <u>Thievery Ring II</u>.

1234

Pamela C. Chapman
ppwchapman@cox.net
161-662-9510

No one wants to know your children's Christmas presents, but they harassed her, followed her around, and said everything she bought, and then they snitched on her wrapping. It was all collusion and harassment.

Alberto Villodo can still sense your thoughts. He is sitting awaiting his perception of an answer for that one big political question.

It was all Andrew Parsons and his walk of shame, and his decision to attempt to shame her in public because he thought the topic would be received as such to make her misanthropic, but actually he wanted her to be despicable, and the though an affair and plagiarism and one big political topic would drive it all home.

Jean Gorham:  Pamela Chapman, how do you spell philanthropy in Newport?

Pamela Chapman:  Any way you want to.

Jean Dixon:  Nancy Reagan talks to me every day now. She said, *"Sometimes politics is a lower vibration, but the Clintons never fell off the wagon even though they were tried and hung several times. Philanthropy and their foundation like Bill Gates is a higher vibration."*

> "Philanthropic foundations are the higher vibration of politics."
> "Values are the higher vibration of money."
>                                        PMChapman

[Note:  US Presidents tended to create either libraries as monuments to their administrations, and now its private foundations.]

Wendy and Eric Schmidt have a private foundation but chose to get into politics through Ways and Means. She as an errand girl, almost as if she fell from her higher vibration right down the shoot to the government, Ways and Means.

From Kamala Harris:   2% get out of The Game. [Nancy Johnson said on 4-7-22, most can never get out of The Game because they cannot leave. They have no place to hide.]

Pamela Chapman
phchapman@cox.net
401.662.9510

50% go into a waiting room, and we demand you have kind of group sex practice at least twice a month. Bobby McDermott has two groups currently. Kamala Harris has one. If you refuse, we let you go. They never do.

35% are on active duty.

13% active reserves because we always need people in the reserves.

Media: _Barefoot in Heels_ is a classic project because it affects so many people at every rung of the ladder. We can't do media often because it demonstrates a participation at so many levels.

Drugs are really difficult to get out of law enforcement. Nancy Johnson, R-CT claims, _"We never ever sell or traffic drugs, but we recoup them from DEA and redistribute them."_ (Yes, we do.)

Guns are easier because they are legal, but difficult to trade internationally. Two – three countries are really easy to work with.

Sex. We try to stay out of paid sex.

Mortgage Fraud: It's huge because it's a multi-trillion business that no one can keep track of, and since so many federal workers get free mortgages, it **works well with blackmail**.

Harry Gural: Someone told me not to take on a mortgage, to stay out of it, so they can't blackmail you, but I have real estate in my family.


### Barney Frank, 82
(Retired 2013)

----**You (Harry Gural) are such a loner,** and I will always be by your side no matter what. That is a Barney Frank's judgement call.

----**You are never going to amount to anything** more than this so take what you can and be happy.

----**At the holidays we always reminded** Harry Gural we are now close family, and we don't celebrate anything. Harry Gural was initiated over the holidays, and we taught him to get away from his family because we bugged the shit out of him throughout the entire holidays. We stopped him going home for the holidays and other visits.

Pamela Chapman
pamelachapman@cox.net
401-662-9936

----**No one will ever love you** like we will, so you can marry any daughter. He had no choice, and couldn't figure out how to get out because **we stopped his social life by taking over all of the dialog. Someone was talking to him all the time.**

---We had him **never tell the truth**.


I noticed his personality changed within 4-6 months and that was because of <u>Linda Plochocki</u>.

<u>Linda Plochocki</u>: *"I hammered that guy repeatedly until he stood down to everything I ever told him to do.*

<u>Linda Plochocki</u>: *"I don't get involved with my men."*

But you did here because, he wasn't going away.

<u>Linda Plochocki</u>:  I passed him off to my daughter, but not really. We all shared him because you all wanted him as a trophy. [**Note**: This is the same repeating pattern all over again on April 8, 2022]

<u>Barney Frank</u> said, *"He was a problem child"* <u>Harry Gural</u> had ethics and is no thief, but now in April 2022 we say is this reversible? Or, is his preference for women now just harem women, or **Kundalini Crossing** women with exchangeable name daughters?

<u>Linda Plochocki</u>:  We made <u>Harry Gural</u> a thief because we made him swear his loyalty.

<u>Linda Plochocki</u>:  We trained <u>Harry Gural</u> to do things by blackmailing him:
- We stole all his credit card numbers and banking numbers, and he paid $5,000.  We did not refund the money.
- We said we'd tell his parents he was a kundalini prostitute if he didn't like what we were doing.
- We took him to six paid kundalini parties and had him play against others. He did ok, but not great. <u>Richard Neal</u> D-MA, told them where to go: WDC, Miami, Boca Raton, Tyler, TX, Boston, MA.
    - We used the name <u>Harry Gural</u> twice and <u>Harry Belafonte</u> thrice. <u>Barry Hinkley</u> knows him for sure both in Florida and Boston. No one understands why this man was not paid (because the gov't does do that). It's bona fide prostitution to be paid, but everyone else is paid except for <u>Harry Gural</u>.


We didn't pay you because <u>Barney Frank</u> told you not to.

And, <u>Barney Frank</u> said, *"I can't have him paid because it is through <u>Ways and Means</u>,"* and *<u>Harry Gural</u> knew not to ask. Yet, we paid him $1,500 for helping someone and he never asked for money after that."* [**Note:** He thought it was blackmail or a bribe, 8:56 4-8-22]

Patricia C Jasman
pmcclupman@cox.net
brian2e910

1238

Barry Hinkley:  Harry Gural, why and how did you think this was all ok? Because no one gets into this like that?

Barry Hinkley, R-RI, ran for senate seat a decade or so ago.

Harry Gural: All I can say is that there is so much fearmongering via Richard Neal, D-MA and Ways and Means.

Harry Gural: Why did Barney Frank just not fire me?

Note: In all this dialog, it was never mentioned Barney Frank retired in 2013, before all this happened.

He was too valuable, but had too much personal agency to listen to Barney Frank without inserting his ethical standards.

Harry Gural was no thief, but he is now. Now, he seems to have no personal agency, but he did then.

The coupe de gras of changing Harry Gural:  manipulating his psyche which Tara Plochocki taught Monique Burgess how to do without considering the consequences.

*"Oh, she knew, she just didn't care. It was just another experiment in manipulation."*

To rehabilitate Harry Gural: I'd re-insert a new psyche and reverse it.

*"You can't. It doesn't work that way."*

Linda Plochocki is really good with credit cards. She never worked with Rusty Powell III.

Tara Plochocki will work with Bobby McDermott on whatever develops next. We don't always know.

*"The average person spends 2 years here in sex, plus 3 more years in a fraud project. Then, they see how it all goes. They are then told to more aside, and await the next assignment. You make them live in fear of the next assignment to silence them."*

Barry Hinkley:  No, they make them masturbate every month or so with some new partner to prove they still have the edge.

The sex never matters, but it did to Harry Gural so we never gave him to a man.

Barry Hinkley:  My wife Terri Conner never did anything with you because I told her all about you.

This is true, and she realizes Pamela Chapman, *"You had absolutely no exposure or understanding of any of this. No one understands how you had no idea. Now that you know, you could care less about Kundalini."*

1238

Pamela Chapman
pms.chapman@comcast.net
401-662-9541

Pamela Chapman: Pretty much.

Barry Hinkley: This is its path, Harry Gural. It ebbs and flows. You get out of it, unless you cannot. Most men like you, can never leave, and Pamela Chapman your experience with him, it always falls short. They always will because you were meant to be a different kind of partner, and he has been soiled and spoiled into a different kind of practice. I have no idea if you get it back. Some never do. You might never be able to shake the experience.

Barry Hinkley: It matters not you're your socio-economic class or degree of intelligence. It was also psychic manipulation that can't be reversed. I have no idea.

Guide:  Harry Gural, why is Barry Hinkley important to you?

Harry Gural:  He is not. He was a kundalini player and I bested him. He won, I won. We parted and met twice after that. Yet, we were barred from playing against each other. Terri Conners can't say how she knew about kundalini. She never told Tara Plochocki she even knew Pamela Chapman. It actually came through Tara Plochocki herself who said, *"Just talk to her,"* because she liked Terri Conners and wanted Harry Gural to talk to someone about documentary filmmaking. She didn't know Roger Kass' brother is a documentary filmmaker.

Harry Gural:  Pamela Chapman you have so many different personalities. Is this your authentic self?

Pamela Chapman: Only under cross-examination with certain people.

None of the thievery projects are necessary, They exist to change your personality and move you into that lifestyle and culture. 9:41PM 4-8-22

[Note: Just like the Monique Burgess, Bethany DiNapoli, Dominique Alfandre + the whole Thievery Ring, created a psyche for Pamela Chapman. Embedded in it were instructions on how to commit suicide, to make her unconsciously aware of the instruction. Monique Burgess as "Lisa Fernandez Goddard" 9:22 4-9-22 said *"We were just playing"*. Everyone said, *"No, you were not."*]

1:58PM July 30, 2022, Monique Burgess said, *"It was my psyche I would have used. The other two women would have helped create the dialog. Everyone in the Thievery Ring was involved."* They all remember it now. It was a dialog, and it included subtle references to suicide. Then, they all said, *"Well, here is how some people do it, if you were so inclined."* One was an ice picks, one was pills—an overdose. They did not specify which pills. The other was turmeric because there is a poisonous mushroom that they would have told you to eat, but told you it was really turmeric (poison)."*

Pamela Chapman
pamelachapman.com 263
Instagram Ir

1240

This is premeditated murder in the first degree.


Dominique Alfrandre is now holding the umbrella of all of this open. So if she quivers and gets emotional, how does it immediately affect Nora Diedrich?

There was an emotional outburst whereby both Dominique Alfandre and Nora Diedrich both immediately reflexed and left. Where did they go, we all wondered?

Into a private space. And, they stayed there.


Dominique Alfrandre  has intimacy lines with 3 others:
     Alberto Villodo
     Bethany DiNapoli
     Monique Burgess

This is how it really gets started.

Bethany DiNapoli has 4 lines (circuitry) of intimacy of relationship:
     Alberto Villodo
     Nola Ganem
     Dominique Alfandre
     Thomas Palmer

Bethany DiNapoli has 6 psyches:
     Nora Diedrich: She is working on it as we speak.
          Bethany DiNapoli programs it, and then puts it in Nora Diedrich.
     Thomas Palmer
     3 children


Thomas Palmer: 6 psyches and 2 line of intimacy
     2 lines:
     Nora Diedrich
     Bethany DiNapoli
The notes noted: Dominique Alfandre is controlling these women through Thomas Palmer.

Kaitlyn Johndrow: 8 psyches and 6 lines of intimacy.
     6 lines included these 3: Ashly Householder, Dina Karousos, Lilabeth Smith?

     8 Psyches:
          9:15 series,

1240

6:15 series …. These are both several people brought together.

Nora Diedrich
Harry Gural … cannot get in ever again.
Alberto Villodo… cannot get in ever again
? P.G. …cannot get in.
David Johndrow, the father
Maggie Johndrow, the sister in law

Maggie Johndrow: 18 psyches and 14 lines of intimacy

Kristin MacManus: 13 psyches and 14 lines of intimacy.
        Peter Thiel – very strong line of intimacy
        Peter Hatfield – somewhat strong
        Andrew Parsons
        (Harry Gural,) but he swears never with her. Someone is using his name.
        It was David Johndrow using his name to slander or frame him.

The 13 Psyches of Kristin MacManus:

| | | |
|---|---|---|
| Nora Diedrich | Kaitlyn Johndrow | Kylie McCullough |
| Bethany DiNapoli | Maggie Johndrow | Nola Ganem |
| Dominque Alfandre | Trudy Coxe | +3 more: |
| Quin Delaney | Peter Hatfield | Development Dir, NAM |
| Erin Delaney | Peter Thiel | DD, Redwood Library |
| | Dina Karousos | DD, PSNC |

Trudy Coxe's guide removes her right away and prevents it from happening in the future

Dina Karousos:  Kaitlyn Johndrow, Bethany DiNapoli and Kristin McManus…how involved am I?

She is bored and wanted to play real estate differently.

**9:51AM 4-9-22** Alberto Villodo states through a difficult to hear noise: We spent too much time discussing our own needs in these psyches. When something difficult to understand happened, everyone discussed it, but we were sequestered alone together. We had no idea what was being discussed ever because we ran for cover in these places all the time. This is so damaging to these people, yet it has all been openly discussed before.  We were attempting to understand the immediate behavior of Dominique Alfandre and Nora Deidrich who worked so closely together, it was as if they were one person led by Dominque Alfandre.

Reserved Property
[illegible]
[illegible]

Dominque Alfandre herself claims, *"I will fight you in a court of law Pamela Chapman because this is so damaging to my career."*

Pamela Chapman:  You are 65 years old and live off of a trust fund. How damaging can this be to your career? This is your life, and how you chose to live it. We make no judgement, we just needed to understand the behavior we witnessed. You were part of a major collusion Hate Crime, harassment, slander, fraud, and now Murder #1, case against Pamela Chapman. 9:54 AM.

**5:00 PM 4-8-22**
Harry Gural claims he knows the whole story now.  He and Tara Plochocki and her parents were in a Ways and Means waiting room for so long for the right project. A media project is right up Harry Gural's alley. They waited and waited. A media project is hardly ever done. It affects people at every rung of the ladder, and across Thievery Ring groups. Initiators are not even needed, so this was a double whammy of a project because Harry Gural was both media and initiator.

Tara Plochocki was the wrong handler because she lacked the sophistication usually reserved for this kind of project. If Harry Gural had been more sophisticated, the e-book would have been out sooner. You might have had a different Thievery Ring base, instead of Island Moving Company and maybe a different password for joining Kundalini Crossing instead of an insult on Pamela Chapman. We also forget Jana Hicks Jagoe was in the Thievery Ring from the start, and she passed on so much slander to the group mostly from her husband Donald Jagoe, Pamela Chapman's Twin Soul.

Harry Gural claims, *"If I had been involved in a project earlier, I could have been advanced to a more sophisticated group, but never independent."* You would not necessarily have a handler, but there would be less kundalini sex. But look at Kamala's Table, and how that group got initiated by three people including Jonathon Karp, Rusty Powell III, and Bobby McDermott.

Harry Gural would not have necessarily been a Kundalini Crossing initiator, or game board, but he would have had to initiated individuals in smaller groups without necessarily having a Kundalini Crossing business. They are all pulse initiated, so they become your lineage. You pick up random people and they join your ring. Kimberly Witherspoon was asked to join Simon & Schuster's Jonathon Karp, but she doesn't sell to them. She claims he left her alone, but he didn't.

Harry Gural claims there was so much cross over and so many people involved in *Barefoot in Heels* that it got messy from the start.  So many different groups all claimed a piece of it which is why there was so much competition between the thievery groups, such as Wendy Schmidt and Jonathon Karp vs. the others.

We all know what happened. It begs the question, Why did Kamala Harris get so overly involved in this book manuscript project?

Pamela Chapman
pamelachapman.com/art
linktr.ee/pamelachapman

It had nothing to do with Jonathon Karp or Simon and Schuster who is her publisher, and the publisher of choice for all politicians, former presidents, vice presidents and Nancy Pelosi.

Why?

It was a cross over project they rarely are able to do. It involved everyone. It was no small project, but in the end, look at the Workgroup and their lack of sophistication, and how dirty they play.

Kamala Harris said, *"I can't use you anymore. You all were caught. The more sophisticated have stepped back, and did not have to get dirty or caught."*

*"Is Harry Gural dead in the water for what he did?"*

He is not dead, he is of the 2% out. Count your blessing, but Nancy Johnson clarified you are in the Celestial Temple, and very few, if any, can ever do that. That is how you are out. It is because you are a reciprocity of relationship that you refused and did not want, but that is what got you out. Once again Pamela Chapman and your family are all there, but it is Pamela Chapman who got you out. You have refused her help in return. 5:13PM

Bill Gural: How many days does it take my f'brother to see how he was supposed to save Pamela Chapman? He refuses day-after-day. Tameen Saied will take responsibility. Pamela Chapman told him in September 16, 2021, the only way out of The Game was together. He said, *"Ok."*

He said, *"I can't show up until the game is over. It is not over, until he shows up."*

Then, he claimed, *"I don't really like her, so I'll never show up, and I can't show up for a variety of reasons. But, nothing changes until he shows up."*

Bill Gural: My f'brother is so f'stupid. The game goes on daily until the perpetrator and the victim get together and you refused. So, Pamela Chapman got tortured and plundered. You are the one trying to zero her out. It's a Catch -22. We see your pattern. We see your preferences. **5:19 PM 4-8-22.**

Pamela Chapman: These giants don't want us together. They have all kinds of schemes to keep us apart. In the meantime, you're having fun, and I'm being tortured. This is The Game, and you refuse to get me out.


**April 7, 2022**

Nancy Johnson, R-CT, Jill Biden-First Lady, Dr. Harwin, M.D. Berlin, CT and Wendy Harwin, Deana Koenig, Wife of former Sec of the Navy Medical Corps, Karyn Chabot were all here for at least 2 hours talking about Hate Crimes, US Congress and abortions. If Andrew Parsons. M.D. knew anything about the caliber of the participants in the conversation, he would understand that we do

Pamela Chapman
[email protected]
list.no.2.95.pg

not want a Hate Crime in Newport. Jill Biden said specifically that we do not have Hate Crimes in the USA. Nancy Johnson specifically mentioned that there were too many people involved in Thievery Rings from the Greater New Britain area, and Dr. Harwin, MD and Dr. Johnson, MD work in the same medical group practice corporation, retired, and no one thinks any person having a DNC termination of pregnancy is a despicable person, infact quite the opposite. Nancy Johnson said, *"We all remember the day we discussed Roe v Wade. it was an anniversary of its passage."* no one thinks that should be overturned at all. (But it was in June 2022).

Nancy Johnson also discussed how we play out these kinds of conversations here in Congress. So, now we are appraised of how our national government really works, and every new US Congressman would be initiated within a year, or so. The Senators cannot be not in that space. Ted Kennedy never wanted to be around, and that was one of his many down falls. You really learn about a person in a place like this.

We are all terribly grateful for the conversation, but when we consider that a former US Navy medical doctor and a civilian physician has so much shame in him as to cause a community wide Hate Crime of some proportion, maybe only in a socially convenient position in the community. It should not matter the demographic at all, but these are difficult to heal from and usually include new laws and regulations that don't really do anything to solve the problem. They consider much of this was seeded at Tom Hockaday's house, which was ostensibly made possible through Ways and Means, as a Thievery Ring start-up. Kamala Harris' Table was the same set-up. Newport Hospital and van Beuren and the Redwood Library wanted a reciprocity to refuse a book of fiction at all major publishers, so it would never be wisely distributed and thus never read. That is what happened at Kamala's Table.

We also said that Harry Gural was not the most sophisticated politician because if you play both sides of the situation, then at some point you must draw a sword and consider which side you will fight for. Nancy Johnson believes Harry Gural will never leave the Thievery Ring, his harem, or its lifestyle, but when Pamela Chapman said, *"He will only be allowed in the Celestial Temple. He will not be able to keep moving around and be in all places, at his own discretion."*

Nancy Johnson believes there are so few who can actually get out because they get stuck here without the ability to pull themselves back. The caves do not help. We all hide out down there, and nothing can happen down there without everyone knowing about it. They are not a private space at all.

Trudy Coxe:  We are so insensitive to the needs of our federal government that to know every congressmen and senator and major politician must be in this space then we all know that they make sacrifices we can only begin to consider. If you travel overseas, and you seem to think you are alone, then there are people who will prey on you because they think you are not important enough to be with others. You are important if you have a team of protection team.

Nancy Johnson said experience taught her, you find someone to coach you with the basics. There is always someone out there who will instruct you, and if you can't find someone you ask someone like

Pamela Chapman
pmselapmentes.net
410.862.05.10

Earl "Rusty" Powell III (former National Gallery Director 1992-2019) to introduce you to someone who could give you a few pointers.

Pamela Chapman had Grenville and Sandra Craig who could have introduced her. Kamala Harris, Alberto Villodo, and Harry Gural all said they would help her, although Kamala Harris never said she would teach her. At some point, Kamala Harris made a few pointers, but she never ever went out of her way to teach Pamela Chapman anything. Nothing that Kamala Harris taught her Table did they turn around and teach her, except in usually circumstances. The talent was there. They refused Pamela Chapman. 7:46PM


### December 21, 2021
**4:00PM – 6:00PM EST**


Grenville Craig and Andrew Parsons made sure Pamela Chapman's Social Security number was once again widely disseminated.

They also made sure the whole Thievery Ring sexually assaulted her vaginal area any time she got up from the chair. Someone has been doing this multiple times a day, every day since Tracey Jonsson stared this in August 2021. It is a nonstop aggressive sexual assault.

Alberto Villodo and Grenville Craig themselves were absent in the answer.

On April 8, 2022, the answer was **Sean Abbate** who is **Rick Abbate**, Barring him, it is always Kayla Abbate, who could be **Kathy Abbate**. They took turns, they once said.

The entire Thievery Ring speaks with one unified voice but especially **Carrie Crosson Gilpin** and **Andrew Parsons**. She and he have a privacy channel of communication. He speaks in his psyche for conversation and then they swap until they are one unified person with the same response.

Nora Diedrich and Dominque Alfandre are the same type of couple.

The entire Abbate family speaks for Andrew Parsons. Andrew Parsons and Grenville Craig have downloaded "Pamela Chapman's whole life's details" and the Abbate family uses it to harass her, and now speaks for Carrie Crosson Gilpin and Andrew Parsons. The entire Thievery Ring speaks in one unified voice. Kayla Abbate speaks tonight for Andrew Parsons who was Andrew Craig or Grenville Parsons.

Pamela Chapman
pthechapman@comcast.net
10/08/2023

They use a wand (a pencil or any other device) to raise or lower the noise. The noise instantly lowers when she turns on her television screen and instantly raises when she pauses it, or gets up instantaneously through the use of a wand. This is usually "Sean Abbate" who is Richard Abbate. The name Sean Abbate is now regularly involved. He is the 19-year old son in the family.

Marcella Lobo was there to create a more intense vaginal attack to actually more thoroughly mimic a rape.

[Note: Rick and Kathy Abbate were standing with Cathy Wicks and Andrew Parsons on the early morning of Feb 4, 2021 as the instigators of the Global Mesa which began The Big Book Story in earnest. And they are still unified by December 21, 2021. It all started in Tom Hockaday's house when Andrew Parsons was looking for a way to contact his ex-wife and Kayla Abbate had an idea, and he did not know how to shake someone awake. Kayla Abbate got her parents involved. Andrew Parsons has said he gave the Abbate family their own personal pdf copy of Barefoot in Heels for the reciprocity of their friendship. 10:21 4-9-22.]

William Parsons claims he has heard the entire story now, and it is not the story Andrew Parsons tells to his son and daughter which is:

> I could not understand where Pamela Chapman was and I needed to know where she was for her own personal safety, so I contacted everyone I thought she ever knew and asked where  she was, and when was the last time you had spoken to her, included Karen Leipmann, Karen Rothblatt Zilberstein, Joe Fins, MD and a number of others. Pamela Chapman actually lives a 2-minute drive away.

> Then he asked Tom Hockaday himself for advice, and the Abbate family was more than generous to oblige. [Kristin MacMannis was giving him a detailed rundown of every check she wrote, and every dollar into and out of her banking and investment accounts before and after Feb 4, 2021. He knows the number check she is currently using.]

> This is how it all went down, but in no conversation was the book, Barefoot in Heels  ever brought up. Yet, Pamela Chapman claims Kayla Abbate was always saying that she was reading Barefoot in Heels in group readings to discredit Pamela Chapman.

Then, William Parsons claimed Andrew Parsons had no idea of the effect he had on people because if Kayla Abbate was reading it and Steve Punzak, MD and Ross Musumeci MD wanted to publish it overseas, he failed to understand the consequences of his actions.

I am William Andrew Parsons, and we stand behind my mother, Pamela Chapman because this is a Hate Crime beyond our imaginations, and she has done absolutely nothing wrong, and this is so out of control. We now know, she will probably never ever fully recover, so we ask for all of you to stop your incessant harassment and badgering because you will see that she will get out of here, but her life may never be the same, just like with Harry Gural. He will get out, but he is not the person my mother once knew in college. 10:26AM

<u>Bill Gural</u>: This is exactly what you asked for—these outcomes, and this is exactly what you got, so for you to say, we had no idea and we just playing or experimenting… No, this is your life and your lifestyle, and we are no longer going to speak, as the doors are closing in on us. 10:27AM

<u>Andrew Parsons</u> exposed every f'thought you ever had to the <u>Thievery Ring</u> just to save himself and <u>Dominique Alfandre</u> made some comments about, *"I know exactly who you are and so does <u>Nora Diedrich</u>, and she can't stand you."* This is the <u>Hate Crime</u> based on bandwagon effect of innuendo, gossip, slander and misunderstanding from the ex-husband, <u>Andrew Parsons</u>, because he is full of shame and embarrassment (which not the same thing) because she divorced him, so they sought to destroy her wholesale for that. Since when is divorce against humanity? Are you catholic or something?

Shame knows no religion or culture or context. <u>Grenville Parsons</u> just said, *"I can't believe my ex-wife has so many notes. She will never stop until she gets exactly what she wants,"* and you <u>Andrew Parsons</u> did not stop until you got what you wanted. And, when you did not stop, you created a wildfire <u>Hate Crime</u>. You used the people of Newport and beyond to carry out your mission of revenge, shame, blame, slander, harassment, abuse, surveillance, parental alienation, major collusion. The list goes on. This is worse than Tailgate because the pain and suffering is so deep and will go on for life long, because all of the people of her understanding and knowing all hate her and marginalize her just because of a bandwagon effect of your shame and hate. **11:38AM**

There is something about a bandwagon effect that never stops, and if you keep fueling the fire with these notes, it does not stop.

She has no choice.

Until this stops, she has no choice. It is up to the people who know how to get out. We are seeing it takes human input to ask and figure it out. *"It is all described in the Hindu Vedas,"* and that is their culture. We step aside an allow them to speak. **11:40AM**

<u>Dominique Alfandre</u> is on a nut roll of insults, and she can't stop herself, and neither can <u>Andrew Parsons</u> nor <u>Nora Deidrich</u> and a few other people. **11:45AM**
<u>Alberto Villodo</u> put an image of his head and face in your dreamscape. Never ever did they hear that anyone could see the image. <u>Pamela Chapman</u> could, but only once. She said something at the time to <u>Alberto Villodo</u>, and he told her he put it there himself.

<u>Marcella Lobo</u> says that is a major misunderstanding between you and <u>Alberto Villodo</u>.

Why?

Because that says, *"I now own you."* and we are never going to understand why <u>Alberto Villodo</u> did that to you. You sue him for everything he has because he is such a big f'liar about all of this and he and <u>Nola Ganem</u> and <u>Bethany DiNapoli</u> plotted so much revenge against you, you have no idea.

Pamela Chapman
pamelachapman@comcast.net
1-(401)-295-?-10

I, Marcella Lobo, claim to have stopped by helping create sorcery technology on a daily basis, but on 12-21-21 I helped create a rape simulation in Pamela Chapman's physical body. 4-9-22; 10:50AM

**11:01AM Alberto Villodo** just said, *"I don't ever want to be involved in a Hate Crime of this magnitude ever again."* He can't believe that as a world-renown shaman, he participated in this way. He feels like the idiot shaman if the people, and if Pamela Chapman gets all of his money in a lawsuit, he can't think of a better person with her children to spearhead something important with it. **11:02 4-9-22**

This is not a Game, this is real life. And, nothing was necessary. Nothing was urgent. Nothing needed to be played. It's The Game, purely for the thrill of besting and destroying another.

Pamela Chapman and Harry Gural can never recover the betrayal levied on Pamela Chapman. Yet, he has an obligation in this lifetime to be with her in a couple until he dies. So, Harry Gural you must meet each other.

No one will tell Pamela Chapman why she does not have her book deal.

Pamela Dorman of Viking Penguin would never have bought your book.

Nancy Graham can't buy the book because of Ways and Means. She is in her own Thievery Ring and can't get involved with you.

Mark Halpern can't work with you ever, Pamela Chapman because of his own Thievery Ring.

Kimberly Witherspoon had no idea why she said, *"Yes,"* on Feb 4, 2021, and then never really followed through even though we put her in Q'ero Nation to watch her closely. This is her lost opportunity.

If you, Pamela Chapman cannot find a decent attorney, there is no litigation, and Saul has made sure that you cannot ever find one because the Andrew Parsons' guide says, "But Saul ….you promised me, whine, whine, whine."

Melchizedek: Do you think the man will come out on top?

*"No, he ruined himself all on his own. Revenge is never sweet."*

Pamela Chapman
pmcchapman@cox.net
401-662-9810

Zenia Theresa will wash Harry Gural's mouth out, and get him to speak properly. These riddles actually do entrain people hypnotically to thievery in Thievery Rings. It is also a unique language that Pamela Chapman, you don't speak.

If the guiding realm is to help Pamela Chapman out of this situation, Samuel and Kathume have to go away. When do you expect that?

Beatriz:  They say three to four years.

No, it can be longer.

In three – four years, this woman will be utterly destroyed by everyone, and have no money.

Long ago, he agreed he would never ever let this happen, and it is happening right now in front of all of us.

Where is your holiday spirit?

Andrew Parsons:  We all don't have any because we all decided that to back Pamela Chapman was the greatest gift of all.

Melchizedek:  Then Andrew Parsons, we accelerate a disease state in your body. This woman, Pamela Chapman needs help, and we accelerate anywhere to really help her.

Pamela Chapman, the agency world doesn't like people like you, and there are only a handful of attorneys who can really help you. We suggest you call a large number of people and get some referrals. That is the only way to find them, via a referral base.

Everyone wants a referral. The plumber will never arrive because no one wants to be in your house. We have it on good authority that in your geography there are very few people that will ever help you, so keep calling everyone and anyone to get a referral. The plumber only arrives for people he knows. He accepts no cold calls.

Your hair lady did actually cheat you and she is in the wrong. So fight that one directly to the owner or her family. She is now out of business, and Alyssa Little left town.

Harry Gural now knows Tara Plochocki and her mother, Linda Plochocki sabotaged him a year ago over another apartment because he would have quickly moved, but Tara Plochocki deceived him to stay put, and he lost the reservation. It was given to another.

*"Yelling actually motivates him, believe it or not, so yell if you must."*

*"You should never have heart issues, and if you do it's situational."*

Pamela Chapman
[illegible]
[illegible]

1250

Someone tagged the DVT in her leg so they could pulse it occasionally. It was Maura Lindsey because *"I check on it occasionally."* She claims to tag it to check its pressure.

We never get our answer. She has no idea what she tagged. It needs to be removed right away because she is a major fraudster, a copycat. She doesn't sell real estate because she steals from everyone in their house. Tom Gorski knows that from years ago. She and he were almost arrested for some of their joint tomfoolery on that. She became the second wife of Andrew Parsons. Her husband, Tom Cahill, M.D. is an ENT.


The Big Book Story – the title comes from the Dead Sea Scrolls.

The Dead Sea Scrolls were stone tablets and skin paper that contain the apocryphal stories.


### Hate Crime Example #42:

Your sister, Deborah Chapman, has no idea the kind of torture you have been through, and that Varley family can't stand you for no good reason (She does not know them) except for how your sister, Deborah presents you. If there is nothing you can do, except be betrayed by her, or Maureen Varley, we recognize you must stay away, which is exactly what the Varley family was seeking. Deborah is abused by the Jim Varley emotionally and we can't do a thing about it.

Dan Brennan helped Stanley so much that Stanley has said, he now makes peace with him and helps him along.

Andrew Parsons will have no more demons to work with, but he must get out of this The Big Book Story right away. Andrew Parsons wants you dead at all cost. Completely hamstrung because you dared to embarrass him by divorcing him, and then wrote a book of fiction.

The divorce was a public manifestation of his shame, and writing a book of fiction made her too successful on a national stage for him to acknowledge or accept.

That book, *Barefoot in Heels*, was his responsibility to get out there, but not exactly like this. Yet, he so widely distributed, routinely read nightly to memorize and associate into the dialog, and slander with. It became a source of harassment to Pamela Chapman, such that every line, every scene, every theme could be a harassment topic, and it was.

Reed Casper, esq. knows many facts.

1250

**4-9-22, 4:20PM**
How do win?

Stanley Chapman says, *"I never had any understanding of this story, or how you would ever get out of this mess, but I knew those notes and your typing were the best think that happened to you in this story so keep typing because you under covered so much information and you can use these notes for many years to come."*

My children will inherit them to pass on through the generations to write more follow-up Big Book Stories because they are the stories of the ages and about our collective humanity. We live in an age of technology and media.
**4:44PM 4-9-22**

**4:56 4-9-22**
In a world-wide Hate Crime focused on Newport, RI if you love Harry Gural and you despise Pamela Chapman who is aligned with the higher self, than there is a problem of misunderstanding and misrepresentation and a lot of other misappropriations. So, if Pamela Chapman were to be with Harry Gural they are both seers who share the same higher self. You would be a full self and not a fragment which the nonseer is of the seer.

At the end of it all, Jean Gorham once again is the only person who can tell us about the existence of about three different voice recordings, which were made by Jean and Jerry. We thought it was Andrew Parsons (No). We thought it was Alberto Villodo (No). We thought it was Grenville Craig himself (No). We thought it was Jerry (Yes, is it a memory chip recording.)

Where is it Jean Gorham? It is in Andrew Parsons? (No), Harry Gural (Yes) He has to many women friends that chase him every night. They all said they would stop. Yet, last night they did not. Nola Ganem has a crush on Harry Gural. But, she does not fit the pattern. Ed Gilpin said, *"We could have fit that pattern."*

Your daughters might be too young, and your wife can't do any real kundalini dancing.

Jean Gorham, where is this recording, and how many are there?

Four pre-recorded messages. One is in Harry Gural, actually three.  One belonged to Nola Ganem and he didn't want to get involved, so she sent him a copy, and he never played it. One belonged to Andrew Parsons and Carrie Crosson Gilpin because it was one of their dialogs that was extremely toxic to Pamela Chapman. The last one belonged to Bethany DiNapoli because she wanted to initiate Harry Gural into her new Thievery Ring, the psyche way and that one was the most toxic to Harry Gural. It claimed, "No way do you ever talk to Pamela Chapman ever again." She was mighty stern about it. He had no idea. They played it for him. He has never heard it. One is Carrie Crosson

Pamela Chapman
pamelachapman@cox.net
Tel 406-29546

Gilpin (actually 3), one is in Monique Burgess (actually 10), one is in Diane Crosson McEnroe (actually 1).

We release all these psyches with memory chips in them, and have them stop talking to each other. They are not. It is Andrew Parsons talking through all these psyches. He is the only one who could do that.

We release Andrew Parsons right away to spend the rest of his life in a bunker of his own doing. We won't tell you where, but you may not listen or talk to another, and if you do we will refer to a pre-recorded message that says, *"Bug off sailor boy, you have overstayed your welcome."*

If he stays where he is, they will destroy you Andrew Parsons just like you tried to destroy your ex-wife.

<br>

December 26, 2021
**4:21PM**

David Johndrow is the new leader of the Thievery Ring II. Andrew Parsons had the same deal. So did Alberto Villodo.

All the noise of the realm is now all back surrounding Pamela Chapman. The noise has no bearing on any one person. All persons in the Thievery Ring contribute, and they make it really loud, so they can operate on the other side of it in quiet. All they do is walk under it and come out the other side.

I, Harry Gural will now remove it.

He cannot.

Alberto Villodo: I, Alberto Villodo will remove it because I created most of it, and gave it to Nola Ganem who then used it against Harry Gural and Pamela Chapman.

Pamela Chapman
pamelapman@comcast.net
401-662-9516

BTW, Kaitlyn Johndrow, Maggie Johndrow, and Kristin MacManus wanted to start a Kundalini Crossing business soon because if they could clear $3.2 million a year, it would feed into their pyramid scheme wealth management business.

[**Note:** These three women were at Tom Hockaday's house and Kaitlyn wanted to become Queen of Newport, and Kristin MacManus held court nightly with her financial banking database. They wanted to become a new franchise and Kristin now works for Rusty Powell III]

Nola Ganem created a bug to put in Harry Gural that would always monitor everything Pamela Chapman was doing because Michael Harner could not actually reach Pamela Chapman from his positioning. Nola Ganem belonged to Jerry Slocum.

Jean Dixon claimed, *"Once Jean Gorham took over Jean Dixon's name in early August 2021, everything went haywire because then Alberto Villodo took over Pamela Chapman's urine stream, running water, and a few other things like her car blinker."*

When he took them over, he spoke through them. 8:39PM 4-7-22

We ask, *"If you have a bug in you Harry Gural to bug Pamela Chapman, do you realized it?"*

*"Yes, he does because Nola Ganem and he figured out how to make one, and how to place one."*

Then, he claims, *"I forgot about it. It was not destined for someone – certainly not Pamela Chapman for sure,"*

Then they said, *"Well, where do I put it?"*

Nola Ganem said, *"I'll ask Alberto Villodo."*

Alberto Villodo said, *"Harry Gural, put it where you can find it."*

He is Pamela Chapman's protection plan, so he said, *"Then this bug travels with me, and I bug her, but I don't hear anything."*

He always knows my thoughts, and claims they are just like David Johndrow knowing things. David Johndrow didn't know everything. Harry Gural knows more than a Twin Soul, and Grenville Craig thanks to Rusty Powell III knew more than he should. 8:42PM 4-7-22

Pamela Chapman
pamelachapman@yahoo.net
Intime2021to

1254

Harry Gural is looking less and less honest for what reason exactly now? He has been playing with the harem for what reason?

The trill of it all. He is addicted and can't seem to leave. What is the prize?

He has been released. He'll live in the upper realm.

I did this to myself. I am fully aware of what I did. Nola was always listening to our conversations, and so was Jean Gorham—listening all the time. We didn't have many. They were short if any at all.

Nola Ganem: I don't know why I wanted to create a bug. Michael Harner asked me specifically, and I just jumped at the chance. I told Harry Gural, *"We are going to do something sneaky,"* and he said *"Ok, I'm game,"* because the more he knew and was aware of, the less they could do to him was his thinking.

Nancy Johnson:  He is a thief now.  Barney Frank would have said he just added a push to get him there.

That is not true at all.

Nola Ganem is especially vindictive, sneaky, and bored. She loves to screw with people. 8:49PM

Pamela Chapman:  In the beginning in May 2021, Harry Gural was very specific about the fact he was involve with certain people and that he could not tell me any details about a lot of things.  He was very secretive.
He claimed, *"It's for your own protection."* Kamala Harris was also instilling the fear of God in me, should I ever know something.

She told me, *"I was now in the Thievery Ring with Harry Gural, but I was not."*

9:00PM Tim Hollister, esq. asked you to type this. We can't figure out why he can't seem to stop himself in the lower realm. He has repeatedly told Pamela Chapman, he can't stop until he is out, when the realm closes, but he also was told by Jean Gorham that he would be sent to the lower realm, and would stay there when the realm closed.  He would have to figure out how to travel up again to be fluid in both spaces. That is not what Jean Gorham said.

She said, *"I would allow you the opportunity to travel with me between the realms such that you could make your nightly conjugal visits with your harem women."* She said this three to seven weeks ago, because she said he will never be happy without his new best friends, and she gave him a "key" to use to get out the upper left-hand side. It is a hand turn that says, I want to leave now, but she never told him how to arrive back home. 9:03PM 4-7-22.

Why does he always want to leave? The grass is never greener on the other side.

1254

Pamela Chapman
pamelachapmanservices.net
In-00-2-05-16

Harry Gural:  It is always Nola Ganem, Monique Burgess, or Becca Bertrand who always has a conversation with me about nothing of importance.

*"Then why do you leave Harry Gural?"*

*"If I don't leave, I get harassed to death by Jean Gorham."*

You appear to have low tolerance for harassment. Every knows that since Tara Plochocki and Linda Plochocki wore you done. Now, everyone else will do the same. You just give in at the start. 9:05PM 4-7-22.

There are numerous psyches all stating, "You, Harry Gural, never ever team up with Pamela Chapman, and you always move away from her. If you get too close to her, you just boomerang back as a reflex. We had that happen recently. If comes to close, he has a knee jerk response not only to back up, but to completely move away. 9:07 PM

Harry Gural:  Pamela Chapman I really studied you as a target of surveillance. I think I now know so much about you. You know nothing of me. You keep saying you need to put eyeballs on me.

Dave Gillette:  Harry Gural is never going to be quite himself in the Celestial Temple. He will be agitated and itchy to leave as soon as he can figure out how.

Nancy Johnson:  It won't be the same. In here, is completely different. It absolutely can make a thief in a way you can't out there. It only takes one month, two on the high side. His journey was a bit odd but if he had a destiny to be here, then it all makes sense.

Tim Hollister:  Pamela Chapman do not move to West Hartford, CT. You will be so bored, you won't know what hit you.

Stanley:  We will take out all the bugs in him. You will notice he is more relaxed because when he has the bug in him, he just can't sit still. The bugs are Nola Ganem, Monique Burgess, or Becca Bertrand who harass him to death about this and that, but it is so nuanced that he never sees it coming, and you all see it a mile away.

Harry Gural:  I can't understand how we all got so tied in together and Pamela Chapman you had so many opportunities that you could never take up, and now that you are older, you have less and less opportunity.

Wendy Harwin does not agree because in the end no one saw any of this coming.

You put your book on hold, and you refused to start another for fear if the first one wasn't published. Some can write just for flow. I write for audience. I can't stand a good sentence that goes unappreciated. Why bother? You never use the same sentence twice. **9:19PM 4-7-22**

Pamela Chapman
PMvchapChapman@verychko
Int-ost2-Ht-1o

Harry Gural: I never use the same sentence twice either except I can't figure you out Pamela Chapman because just when I do, you do something different, and then you have a whole different take on life.

Deepak Chopra says, *"That's right."*

Harry Gural:  I wanted Pamela Chapman to know that I made a promise to her and I will keep it. We never have to marry, but I promised her I'd protect her, and I'll keep that promise.

Stanley:  That is not what he really wanted to say. He wanted you to know that he was playing a game.  This is how he plays. If he tells you things, he may be constantly lying, and if the does not, he may be lying to himself, so he lives in a world of lies, and Pamela Chapman can' t stand lying. She prefers the truth no matter how ugly.

Harry Gural:  If you want the really ugly truth, I will tell you that Wendy Schmidt has no respect for you, and she did a number on me. If Carrie Crosson Gilpin can't stand you for no good reason other than jealousy and Nola Ganem can't stand, you either, and Becca Bertrand learned to compete, but she is half my age and not my social positioning. And she is connected to Roger Kass anyway. Then, I am going to say, we will have some kind of opportunity to meet, and if we really don't gravitate toward each other and we don't really speak to each other, then we might not ever know if we actually get along.
Bill Gural: I have my brothers number now.

Kathy Gural: I don't know how to tell you Pamela Chapman that is my brother's way of saying, *"I will never show up for you."*

Pamela Chapman: I'm ok.


**7:25PM**

Monique Burgess and Nola Ganem were in a dead heat of intense competition for Harry's Gural's favor. Kathy Abbate and others—all married, were looking for an "affair" with Harry Gural, Kundalini style.

Jerry Slocum claimed, *"There is nothing I can do."*

Jean Gorham takes Nola Ganem out back and excused her from all kundalini in the future. She doesn't understand why Nola Ganem has so many co-dependencies on older men. She is 42, Harry is 63. Jean is her mother's first cousin.

Jean Gorham takes Monique Burgess outback and excuses her from all masturbation in the future. She doesn't understand why Monique Burgess has had to be the Queen of Masturbation.

Pamela Chapman
pamelachapman.com.net
https://2e5410

Jean Gorham takes Nora Deidrich out back and excuses her from all the idiotic moves she has made as Executive Director of the Newport Art Museum. She can't understand why Nora Diedrich has had so many faux pas in Newport.

Jean Gorham: Pamela Chapman, you are never going to fully recover from this experience.

Pamela Chapman: I know that.

Jean Gorham: Pamela Chapman, no one will ever be your f'friend again.

Pamela Chapman: I know that unmistakably. This is Newport.

Jean Gorham: Pamela Chapman, no one will ever want to see you socially out there in Newport without a man on your arms.

Pamela Chapman: I know that. I have it all covered with an alternate plan.

Jean Gorham: You can't guide with Alberto Villodo. He abused you.

## December 27, 2021
### Morning

⬇ Linda Plochocki, initiator and groomer (are you a dog or a man?) made Tara Plochocki aware Harry Gural could never ever have a personal relationship, and if one came up to destroy it, absolutely. Someone with heat would be a natural relationship.

The previous admission of Andrew Parsons putting his hand over his groin to stimulate Pamela Chapman vaginally does not belong to him, it belongs to Alberto Villodo and Grenville Vernon Craig. 8:45PM July 30, 2022

Andrew Parsons claims I do not have a key to Pamela Chapman. If I want something done, I just wave a hand at either Nola Ganem or Bethany DiNapoli, declare my intention, and it is done. He could do that with anyone in the Workgroup. That really belongs to Alberto Villodo and Andrew Parsons. They never know which man is asking for what. How do they know the intention?

It comes through any one at all. So does the hand wave. This has been going on since at least last November 10, because that was the date Andrew Parsons and Carrie Crosson re-married.

Harry Gural had too many psyches between all these women. Anytime I, Andrew Parsons needed something done in a psyche, all I had to do was borrow one of Harry Gural's, and I reprogrammed it with any one of several women, usually it was Carrie Crosson Gilpin or Nola Ganem. The psyche

1257

Pamela Chapman
pam.chapman@cox.net
401-662-9546

was Harry Gural's, but he wasn't there. They just used his voice. The psyche belonged to Andrew Parsons. You could tell this because the language was too mean and cruel to belong to Harry Gural.

Bethany DiNapoli is never will admit this in a federal court, but Andrew Parsons is always knocking at my door because he is telling me, *"You are never going to live this down because my ex-wife will get you one way or the other."*

She disagreed. One of the problems in the Thievery Ring is that they all have to speak in one voice, and that cost all of them. Bethany DiNapoli and Nola Ganem had little respect for anyone in the Thievery Ring. Diane McEnroe tried months ago to leave and we thought she had left until Villodo said one day, *"Why are you still so quiet Diane McEnroe, esq.?"* She said, *"Because my sister will take the rap for all of this, and one day, I will pay."*

At this point all members of the Thievery Ring, think they know Pamela Chapman equally. That is thanks to Grenville Craig and Andrew Parsons having a heated competition to figure out who knew her best. Ok, then, who saw this lawsuit coming and believed it? Andrew Parsons did and no one else. He wins the coveted prize for not lying. Finally after all this time. 9:03PM July 30, 2022.

Jean Gorham can stop the noise right away. She always could, and she did not. Why is that?

Because I am beholden to Jerry Slocum and if I do something he doesn't like, then I pay. So you made Pamela Chapman pay instead, right Jean Gorham?

Yes,  I did, but now we will see what Pamela Chapman is really made of?

Jean Gorham says, *"You are made of brilliant light because no matter what we do to you, you and Stanley Chapman know we will all pay the legal way."*

Pamela Chapman told you that last spring and early summer 2021, and you failed to listen to her.

You all dismissed her and said, "We are better than you, and better that, and we will get you but good, and you will be destroyed everyday for the rest of your life."

Jean Gorham, do you still think that is true?

Alberto Villodo sounds just like Jerry Slocum, and she bought it for a while, until Bethany DiNapoli told her one day, it was a mash up for all of them in the Thievery Ring, and not Jerry Slocum. Jerry Slocum can't talk to her anymore, so she had no way of knowing anything any longer. Jerry wanted her raped every day for the rest of her life. Who decided that?

Jerry Slocum did. He said that would really destroy a woman, and he didn't care. It didn't matter to him. He is dead.  It didn't matter to Jean Gorham either if she was raped every day. Why is that Jean Gorham?

Pamela Chapman
pamelachapman@cox.net
401-662-0516

Because my mother always said, *"No woman is allowed to smoke a cigar, but she did it anyway in shade grown tobacco country in Windsor Locks, CT."* This means it is not right, but you do it anyway.  She didn't care because Jerry Slocum wanted it that way.

*"How many times can I say, 'Just take my f'money?"* said Alberto Villodo.

In the early morning hours of April 12, 2022, Jerry and Jean played a game where they spilt the realm in two:  those that knew Pamela Chapman on one side, and those that did not, on the other.  They asked if people would come forward one-by-one and say something nice about her. Only three people stepped forward.  Those that knew her had nothing to say. They stopped because many people have recently spoken out, and they did not know what to say because you could not repeat the same thing twice. Beatrice played this game back at the end of August 2021.  She made everyone come forward and say something unkind about Pamela Chapman.  Her son started with the response, *"I pass."* Then he was freed.

But after all the conversation about healing from a Hate Crime, only 3 people in the realm could say something nice and two were old roommates from her Boston days:  Linda Estes and Julie Kersh Gilbert, so this is not an easy recovery.  Then, during the day the Johndrow family:  David, Kaitlyn and Maggie, with Kristin MacMannis said really unkind and crude remarks all day. They are the next generation of the Thievery Ring and Kristin MacManus is connected to Tom Hockaday who had been trying to establish a Thievery Ring of his own. **7:31 PM 4-12-22.**

Tim Hollister, esq. believes that if Pamela Chapman keeps typing someone will start to say something terrible about her because the pattern is well established now by Kristin MacMannis and Kaitlyn Johndrow. If Pamela Chapman speaks, then they insult her right away. This is after all this counseling by local and national authoritative voices with real names and important positions in society. Monique Burgess and Bethany DiNapoli have stepped back, and in the void these voices and names have stepped forward.  **7:33PM 4-12-22**

Sometimes Kaitlyn Johndrow is either David, her father, or Kylie McCullough.  It can also be Laurianne Florio, who says she is Deborah Chapman, her sister, or yet another one. Trudy Coxe fleshed this out by asking Kaitlyn Johndrow how many staircases were in Rosecliff, because that is her job to know.

The answer was *"Who the hell knows?".*

Then it was exposed that Kaitlyn Johndrow was her father David Johndrow. He and Kaitlyn Johndrow have been exposed to the Thievery Ring I and III and spent time with Andrew Parsons as the leader of the Thievery Ring. This means they are highly influenced by his actions and his psyche. They know too much gossip and slander about Pamela Chapman. They are constantly today pushing gossip to slander, harass and embarrass Pamela Chapman, including the comment about how much she may or may not have paid for her current vehicle and where they think she bought it.

Pamela Chapman
plms chapman @verizon.net
401.848.2241

They claim, *"The information/gossip/slander came for the financial data base of* <u>Kristin MacMannis</u>, *but* <u>Pamela Chapman</u> *thinks it all came from* <u>Grenville Craig</u>.*"*

*"Yes, it did. As did his comment about sticking* <u>Pamela Chapman's</u> *fingers up her ass every day, and why hasn't she for a few days?"*

This is real hard core slander in real time across the world.

<u>Kaitlyn Johndrow</u> typed much of what <u>Grenville Craig</u> and <u>Andrew Parsons</u> said, and so did <u>Kristin MacMannis</u>. <u>Kaitlyn Johndrow</u>, 25/26, said, *"I just wanted to prove I was just as good as all the other ones in the* <u>Thievery Ring</u> *that created the e-book because we wanted to work for* <u>Tom Hockaday</u> *and we all met at his house. We didn't join the first* <u>Thievery Ring</u> *because he told us not to, and we'd join together in another one later on."*

There is not one topic in all the world that they would not harass and abuse PC about. Any topic of any size and context was fair play. Nothing would stop the TR replacement group. Not then not know. They fail to understand the consequences of their actions.

*"Yes, we do. We can't be sued because we didn't do a bloody thing, they say."*

I, Timothy Hollister, esq. Do this day June 30, 2022 9:32PM understand that this second <u>Thievery Ring</u> really wanted to play and now that the <u>Thievery Ring</u> I group is going to court and the federal prison system, they too want their chance to play the exact same way. We will play the exact same way. It might take over a year to get to you, but we will see you at some point in the future. Do not be alarmed at the time gap, there are others in front of you. 9:34PM

<u>Harry Gural</u>:  That is exactly how these <u>Thievery Rings</u> work. One Thievery Ring pulls in new people to form the next one, and **Tom Hockaday is the Ring leader of the** <u>**Thievery Ring II**</u>. **8:07PM 4-12-22**

On this morning, once again <u>Nola Ganem</u> created so much noise in an attempt to say, *"We are all playing* <u>Kundalini Crossing</u> *games without you, and* **we forbid** <u>**Pamela Chapman**</u> **to hear or to play.***"*

Monique Burgess – Alberto Villodo "Rape with Noise Levels

Now, it's known that <u>Monique Burgess</u> embedded the vaginal fluid and rape experiences with noise, so a rape/sexual assault automatically happens as the noise levels increase, which is why it happened automatically several times a day and usually every hour. She got this from <u>Alberto Villodo</u>, who said, *"Let's see if we can up the ante, and do this every day several times a day."* (October – November 2021)

*"I thought it was funny, but obviously it doesn't get the laugh we intended."* 8:22PM 4-12-22

Pamela Chapman
pmechapman@snet.net
Holistic Consultant Inc

**Harry Gural:  This is the worst case of slander and sexual assault possible**.
[**Note:**  But you knew about it, and did nothing.]

Pamela Chapman: You enabled it and you, Harry Gural said, ***"But these are my friends. I stand next to them and with them always."***

Tara Plochocki killed kundalini worldwide because Samuel says there is no kundalini until all the abuse of Harry Gural "teaching" Pamela Chapman is gone, because Harry Gural never properly coached, taught, informed otherwise Pamela Chapman. Harry Gural expected her to know it all and direct herself, **but she knew nothing, and everyone else knew everything because he taught everyone**.

He claims, *"I did not want Pamela Chapman to know what I was doing."*
She never did.

When Pamela Chapman "played" she had to be the game board not the player. She had no proper rules or skill, so how could she play well? Harry Gural ended those nights with Becca Bertrand or someone else because he met those women in their boobs, and always played boob tag which suggested an invitation to "sexolini " later. **Once again Pamela Chapman was excluded, abused, and taken for the fool**.

They used sorcery to walk through their house. They spent days indexing all of her belongings. Maura Lindsey identified many items and researched prices and stores from which she could have bought them from. She came up with a monetary value for her goods. They questioned Andrew Parsons on many items. Maura Lindsey made a list of the book titles on her office shelves. She did this with the help of Alberto Villodo taking photos though sorcery technology, and sharing them with everyone. Then, they would announce to everyone realm whatever they may have found.

Kristin MacMannis does the same thing with her financial files.

There is also Andrew Parsons doing the same thing with her medical files.

They do this at Kamala's Table to make you a sitting duck. Then they blackmail you. They claim they will do something to your lifestyle, if you do not cooperate. All of us at Kamala's Table had vast resources and Pamela Chapman did not. She had so little money, and we worked to destroy her livelihood. Happy van Beuren had no interest in hearing anything from Pamela Chapman, but yet she talked and talked.

Pamela Chapman
pamelachapman.com.net
101-000-0410

<u>David O</u> said 10:05PM July 30, 2022, *"No person had to endure anything like this ever in our lives, and no one will give this woman a f'break. We all know she is in dire pain form hemorrhoids that could have been prevented if not for <u>Grenville Craig</u> and everyone in the <u>Thievery Rings</u> who harass her about sticking her fingers in her ass. I'm sure you don't do that. Now, if I and you know something about health, why do they harass you like they do?"*

They don't want you to ever get a leg up on anything, and this is because if <u>Tim Hollister</u> is who I believe he is, the ex-husband of yours is going to take it up the ass, one way or another … then no one will get off with a warning. If <u>Roger Ailes</u> got off, and died a year later, that was his misfortune. If <u>Harvey Weinstein</u> got 23 years for sexual abuse in the work place, then good for those who got him. But no one thinks you can be tried for anything here, except <u>Pamela Chapman</u> said, *"In the CT Colony , RI Colony, MA Colony, Plymouth Colony, and NH Colony, you could be hung for sorcery and witch craft."* There is a reason those laws were on the books the way they were.

<u>Kaitlyn Johndrow</u>, <u>David Johndrow</u>, <u>Diana Beardsley</u>, <u>Laurianne Florio</u>, <u>Kristin McManus</u>, are screaming "A, A, A." You will all have you day in court, but not the way you think. I've been to Federal court before for business, and it is not what you think.

For <u>Andrew Parsons</u>, his whole behavior was all instantaneous revenge worldwide in real time. He no longer has to write his own book as his rebuttal and revenge. He took it all out in here whether you all wanted to hear it or not. The man lacks so much social polish, but for a man that carries so much shame and low self-worth, this should be expected. These symptoms of shame were not present until <u>Pamela Chapman</u> filed for divorce. Then he unraveled. She saw it in him physically with her own eyes. This behavior is his book—his rebuttal. He feels grateful he didn't have to write anything. It was his sorcery in real time. Then, he walks away feeling gratified and fulfilled for his showmanship and clever ability to avoid writing himself.

<u>Noise Tied to Emotional State of Being and Sexual Assault</u>

**Nola Ganem** and **Alberto Villodo** has a temper tantrum and takes it out on noise in **Pamela Chapman's** aura.

> If <u>Nola Ganem</u> is having a temper tantrum she increase the volume of noise surrounding <u>Pamela Chapman</u>.

Cheap **Monique Burgess** has a tantrum and takes it out on **Pamela Chapman's** vaginal canal as a rape—daily and multiple times a day.

<u>Monique Burgess</u> said she has a full copy of *Midnight in the Garden of Good and Evil* the book of curses in her psyche.

Pamela Chapman
2016chapman@gmail.net
101-one2-0v4-lv

**10:18AM**

Alberto Villodo claims I will do something for you today and every day moving forward because I promised I'd mentor you and I did no such thing, and I mentored all of these people and they worked night and day to destroy you.

## Kundalini is Not Important at All: It Just Begins The Game

Kundalini Crossing began with the slander, harassment and abuse and destruction of Pamela Chapman. That's Level I and Level 5: sex, manslaughter, Hate Crime. That was their game. They will secretly do kundalini, and claim it is masturbation. This is all because kundalini is in the 1ˢᵗ Level of The Game and destruction is Level 5. Kundalini is not important at all. It is merely the entry point into The Game. Thereby Tara Plochocki got them to simultaneously enter The Game at both Level I and Level 5: sex, manslaughter, and hate.

When Kamala Harris closed down Kundalini Crossing on October 31, there were plenty of Thievery Rings I, II, and III plus Tom Hockaday's Ring, and Jonathon Karp's Ring. Kundalini Crossing was no longer necessary to pull people into fraud and other illicit activity.  In many ways in this scenario, The Game began with fraud and could have continued without Kundalini Crossing at all except it was the bait for Harry Gural in the Big Book Story.

Kristi Mishisch, Jefferson City MO claimed that when she and her husband and another couple, whom Pamela Chapman and Andrew Parsons know personally, got pulled in with their work practice (they are all anesthesiologists), most stay'ed on average 6 months, and then stopped.

Harry Gural just said that is exactly what Tara's mother said. She never thought the Kundalini Crossing in Newport would last more than 40-60 days. It lasted 4 months, 120 days or so.  It lasted twice as long in Newport than necessary. The extra 60 days were full of manipulated psyches, trance states and so much sorcery. Once the fraud loop closed, the sorcery began in earnest as the weapon of mass destruction.

History claims they have always done this. No one will ever get away with this again.

- Andrew Parsons got everything he ever wanted.
- Nola Ganem got every man in Pamela's life in marriage she wanted: Harry Gural, Andrew Parsons, Alberto Villodo and Grenville Craig. This is a besting game, which includes The Game played in June, July, If I can Best Pamela, I be can Kamala.
- Tara Plochocki really wanted to be Kamala.
- Harry Gural got 250 women and found so much sexual attention, and friendship within thieves that he didn't have with Tara Plochocki and her mother. He escaped the Plochocki's through these women.
- Harry Gural as a former Harry Potter fan, he got to be Harry Potter.

1263

Pamela Chapman
pmchapman@cox.net
401.847.0818

1264

Alberto Villodo:

- Harry Gural told everyone this morning that he could not bear to speak to Pamela Chapman privately because if he did, everyone would listen anyway, and they did. Then they twist it all around and make him do it to them first, and only to them. They put instructions in his psyche to make sure he never did anything with Pamela Chapman.

Why did he not put his foot down? It was all in the psyches and they'd make sure in the psyches to make sure he preferred the Thievery Ring women and hated Pamela Chapman—slander and destroy every day, all over again. That was The Game every day, and it started literally with Andrew Parsons on 2/4/21. He never stopped, ever. He pulled more thieves in and trained David Johndrow as did the others.

The mission was to destroy Pamela Chapman. It was all validated and played out in the psyches so no one would witness it.

|Note: Tim Hollister, esq. suggests this is more than a Whitey Tighty game. this is slander and alignment and destruction to the degree that she is completely incapacitated (The same was true of Newport Hospital with Andrew Parsons (ten years ago) This is manslaughter. Repeatedly. This I exactly what Reed Casper, esq. said.|

That is The Game:  The Kill at Level 5 then at Level 6 you train your replacement, and you start all over again on another mission.

The I Am Kamala Game :
**If I best Pamela Chapman, I am Kamala, and I win the Game.**
(i.e. Nola Ganem, Monique Burgess, Carrie Crosson Gilpin)

The Game here was a double Level 5 Kill:
- o the book deal, and
- o the person/author

Fraud and manslaughter together is a combination of true thievery action and in a federal court of law will convict for several years and millions of dollars. **10:39PM 4-12-22**

Fraud (book) +  Manslaughter + rape + other crimes = huge settlements + federal prison

- Alberto Villodo:  We will teach you every Kundalini Crossing game we know. You never have to play, but at least you will now understand how everyone else became proficient because you did not. Pamela Chapman did not need to play ever.

1264

Pamela Chapman
pmelachapman@cox.net
401-662-9340

- <u>Harry Gural</u> will teach you every God damn thing there is to know about <u>Kundalini Crossing</u> because if he does not, there is no kundalini for anyone in the world, especially in and around here. No one goes anywhere in the kundalini world if you are remaining in ignorance.

<u>Harry Gural</u> will make some super-outrageous statements, then take each of them back like he did this morning, and then <u>Nola Ganem</u> said, *"That's because he is in love with <u>Pamela Chapman</u>."* Really? Because in his definition of love, it's called slander, destruction, and manslaughter, which is <u>Andrew Parsons'</u> definition of love for <u>Pamela Chapman</u> also. 12-27-21

<u>Harry Gural</u>:  I stop all of this absolutely right now because I have been maligned so badly, but not like her.

I didn't say how awful this must look to everyone because we all did this to you collectively.

Yes, you did. Every single one of them.

<u>Pamela Chapman</u>: Interestingly, <u>Nola Ganem</u> is the only intimacy of <u>Alberto Villodo</u> that he did not do with something to that destroys her. She was the only woman of his?

He claimed, *"It was because she chased me and then caught me. Then "freely stripped naked on sorcery television, and masturbated without asking him. She threw herself at him. She prostituted herself naked quickly and daily for him."* That is prostitution in every book (minus the payment).

<u>Monique Burgess</u> did the same thing to <u>Harry Gural</u> to win him over, and to get credit for it from her harem and the world, especially from <u>Nola Ganem</u>, <u>Bethany DiNapoli</u>, and <u>Dominique Alfandre</u>.

[Note:  <u>Harry Gural</u> said the same thing about these women: They tag and chase so hard, you give in. They throw themselves at you consistently. It does not matter if they are married, or not. It doesn't matter if it is kundalini, or not. They seek their own form of sex: masturbation, kundalini, or "sexohni" (a term <u>Pamela Chapman</u> created as a mix of both). ]

This is the worst case of slander ever…Just as <u>Harry Gural</u> walked the entire <u>Thievery Ring</u> through <u>Pamela Chapman's</u> house to view and record, and <u>Maura Lindsey</u> made lists all of her personal affects and material items including a listing of all her books in her library, so, too, did <u>Kristin MacMannis</u> in walking the entire world through her financial records for others, especially her ex-husband, to make a listing of all of her accounts, balances, and purchases and expenditures, only to say, *"You don't make impulse purchases and you aren't attracted to the luxury market based on your spending habits."* She aimed to incapitate <u>Pamela Chapman</u> through the tools of her financial files.

Pamela Chapman
pamelachapman.com
401-662-0906

It started with medical malpractice and incapitation on a psychiatry ward by Andrew Parsons MD in 2011. **He hoped to incapitate her professionally so that no one would hire her in greater Newport. He did that with the tool of slander. They also committed fraud to steal her manuscript to stop its publication. That tool was himself, then the people of Tom Hockaday's house and masturbation. Then it was the** <u>Thievery Ring Workgroup</u> **of** <u>Kamala Harris</u> **as well as himself, and then he claimed,** *"He wanted her so incapitated that she'd have to live in a homeless shelter."* **He also that colluded with Newport Hospital to allow them to commit** <u>insurance fraud</u>.

No one wanted to go to sleep at night, just so they could hear the worst of it while she slept. It fed the <u>Hate Crime</u>.

<u>The I AM Kamala Game</u>:
> If I best <u>Pamela Chapman</u>, I am <u>Kamala</u>, and I win the Game.
> Then, you start all over again with a new target. Everyone is target practice for the next one.
>> [But in September 2022 we learned, if you best *Kamala*, you are <u>Pamela</u>, and the Game ends.]

How many winners do we have? What would the leaderboard say? <u>Pamela Chapman</u> needs to know the scorecard.

Harry Gural: 0; <u>Pamela Chapman</u>: 1.5.

*"No, you* <u>*Harry Gural*</u> *bested all of us at our own game* **again**. *Just like always, you master your time at night while Pamela sleeps, and she autocorrects it in the morning, except you are all together in a community of people, and she stands alone in the noise."*

She needs her privacy to conduct her own affairs, so get the hell out of here.

<u>Jerry Slocum</u> helped <u>Christine Bush, esq.</u> become kundalini-qualified with <u>Harry Gural</u> and made <u>Pamela Chapman</u> sick to her stomach (nausea) with vaginal stimulation from people like <u>Monique Burgess</u> (That is a sexual assault and the symptoms that often accompany them).

<u>Alberto Villodo</u>: "The most interesting tool I use is <u>noise</u>, the wall of destruction/ manslaughter.

If you could walk under it—and everyone could except for <u>Pamela Chapman</u>— and arrive in quiet, no one cared to clear it. If they did, their privacy would disappear. No one thinks it was fair, but they did it anyway. They all thought it was f'funny. <u>Alberto Villodo</u> claims, *"I had never done this before."* <u>Harry Gural,</u> knew he could walk under and around things, so he tried it and found quiet.

Pamela Chapman
pamelachapman@cox.net
401-662-9816

The noise is its own **tunnel around Pamela Chapman** set up by **Marcella Lobo**. It is in the behind the left temple of the head. Neither Alberto Villodo nor Marcella Lobo could not close it, down nor did they try. Marcella Lobo created it as a loophole to get around the fact Pamela Chapman closed everyone's back doors in Spring 2021.

Harry Gural held the door to the tunnel open for everyone to come in through. It is technically not a back door, but a tunnel. Alberto Villodo told everyone to go visit Pamela Chapman and throw as much noise into the tunnel as possible to layer and layer it so deep and thick it could never ever be removed. The noise changed each one's relationship with the other. each other. Then, each person could scratch Pamela Chapman, and put curses on her while in the tunnel.

Every day, the Thievery Ring marched through Pamela Chapman's wind tunnel via **Harry Gural**. They connected with him, to cross over to her. He **held the door open for them create a noise thick and irreversible**.

That is **an assault** because it impairs your nervous and metabolic systems, and impairs sleep which impairs the circadian rhymes which is what attacks metabolism. It prevents the body from vagus nerve tone.

What was the outcome?

**Daily assault and abuse.**

Alberto Villodo intended it.
This makes him, *"I happiest."* because, *"It makes him the total sorcerer of the people."*

Marcella Lobo created it.

Harry Gural then managed it. He kept it operating continuously.
This makes him a working shaman.

Nola Ganem is happiest as the right-hand of Alberto Villodo.

This noise gives her power over the person she wanted to copycat.

She **remotely surveillanced** and literally tagged every step, every body movement – stand sit, walk, leaving of the house, of each and every day and night for at least 4 months straight.

So did **Maura Lindsey** and **Andrew Parsons** and others but for not as long. This went on daily for at least 4 months straight. **Grenville Craig** claimed to always be their also, and **Carrie Crosson Gilpin** also too.

**Andrew Parsons** is happiest because he claims through the noise, *"I finally got to destroy or incapacitate you, Pamela Chapman."* He claims, **"It made you miserable and a fraction of the person you once were because you dared to divorce me."**

**Harry Gural** is happiest because he is no longer obligated to have a reciprocity of relationship with you because you are **fully destroyed or incapacitated**.
He thought destruction would free him from Kamala's Table with Tara Plochocki and that would release him from Ways and Means.

It never does. It only gets you in deeper. **Pamela Chapman** told **Harry Gural**, *"We get out together and only together."* It was in the notes said by **Zenia Theresa/Samuel**".

He refused to act on that knowledge.

**Carrie Crosson Gilpin** and **Cynthia Parent** wanted to destroy you because they never liked you. **Pamela Chapman** was indifferent to them.

**Monique Burgess** wanted to copycat **Pamela Chapman**, and like **Nola Ganem**, this noise gives her power over the person she wanted to copycat. **"We tie you up in our backyard for our own amusement."**

**Bethany DiNapoli**, same thing, except she now realizes you do have tremendous power except no one knew this. You were an easy target.

The entire harem stands down and Thievery Ring II comes in: David, Kaitlyn and Maggie Johndrow; Laurianne, Diana and Lorraine Florio, and other individuals from Tom Hockaday's house: Kristin MacMannis, Kylie McCullough, Susan Bistline, Dina Karousos, and others.

*"We will never get our Kundalini Crossing this way. We wanted a multi-million dollar business. We did not realized how it was really played. We were very naïve. We claim they are no longer naïve."*

*"We thought if we destroy you, we win."*

No one is actually winning now because the entire guiding realm stands behind Pamela Chapman. She was the only person to understand The Big Book Story. No one put two and two together like she did with her father's team of guides on the other side.

**Emily Parsons** asks, *"Why did you excoriate our mother for having an affair? She did not actually have one, yet you are doing this with a married woman (Carrie)?"*

Andrew Parsons: I had too many people pressuring me to become a real leader. This was the way to exercise my newly found power.

Pamela Chapman
pwc@chapman.com.au
1-1-663-9946

1269

Harry Gural did profess his love for you this morning, but he professed so much other bullshit that nothing at all sounded real. He never looks good in the end. Never ever.

Monique Burgess:  *"I understand, but **I take him unconditionally,"** is what* Tara Plochcocki *taught us to say to be sure he stays with us."*

Monique Burgess: If he understood real relationship, he would never align with bullshit. He would seek real honest, authentic behavior not manipulation.

But this is the context and the situation of thievery.
**11:48 AM**


Andrew Parsons:  Harry Gural, **I copy catted you to become someone better than myself** and **someone my ex-wife would actually fall for,** but you and I **became energetically the same** (no they manipulated and manufactured that so that Andrew Parsons and Harry Gural would be **this one and the same**.) Andrew Parsons has wanted to be Harry Gural since college because he claimed you had my ex-wife's attention, and I couldn't get it like you can. They are a reciprocity of relationhip with strong soul bonds from 14 past lifes-7 as a married couple. Andrew Parsons and Pamela Chapman are no bond like that.  He is a medical doctor, a physician, and he wanted to be Harry Gural.

Harry Gural claims, *"I wanted to be* Barney Frank *(never) or a congressman, a real politician. (no)"*


**3:06PM**

Andrew Parsons

- A copy of a psyche of Andrew Parsons that he put in Pamela Chapman's forehead last night while she slept.
- Played it twice at night while she slept.
- Simulates a rape, if removed.
- Creates a psychiatric disorder or imbalance.

She was awakened to a very loud noise. It was a copy of a psyche of Andrew Parsons that he put in Pamela Chapman's forehead last night when she slept. Monique Burgess told Harry Gural about it last night, but he couldn't quite believe it could be done.

It is a copy of Andrew Parsons (made with the help of Carrie Crosson Gilpin, but not a dialog, just him) with the noise and loudness of the noise level that Alberto Villodo and the Thievery Ring I created. It says some truly awful things, especially about abortion.

1269

When you try to remove it, it claims, *"It comes right back at you,"* and it will always be triggered when you go to the bathroom, have intercourse, kundalini, or masturbate. **It is a very loud obnoxious noise and Andrew Parsons'** psyche.

A copy is in each person in the **Thievery Ring** I, II, III.

**William Parsons** can hear this—very loud. *'This is a copy of Andrew Parsons' psyche placed in my mother's forehead because no psyche can be added to her psyche as an enlightened person. This is an aggravated assault because to remove it will create what is considered "rape" in any western culture.'*

To remove it, would have made it play in your head, and it forces you to *masturbate until you cannot hear him any longer.* He shouts and shouts until you masturbate, and then the entire world would understand he—Andrew Parsons, was your master and you were his slave. He thought this would finally break you down to masturbate in this space. **Monique Burgess** would make sure of it because she would overstimulate your vaginal area. That is a sexual assault. He does not want his mother to hear what was said. (They played it all night long while she slept so the entire word could hear it.)

**William Parsons** says, *"My father is a medical doctor who belongs behind bars because this is such an ill-placed and misplaced hijinks, that is nothing short of medical malpractice because for the average person, this would create a psychiatric disorder or imbalance or something like that, and the outcome of this psychic conversation is sexual abuse, aggravated assault, gross misconduct, malpractice and a few others. Manslaughter for sure."*

**Andrew Parsons** played it twice. It lasted about 30 minutes each. He doesn't shout in the demonstration to the world. He just suggests that at the end of this there is a masturbation technique workshop that **Pamela Chapman** must attend.

The medical malpractice portion of it was that he and you would see that you are a psychiatric patient that belonged in a mental institution, and that you really belonged there. **He said to the whole world,** *"Pamela Chapman is so f'stupid and so mentally unstable, that if she didn't have this chip in her forehead, she would actually have an acutely psychotic breakdown just because of the tone of his voice."*

The instructions he would trigger with his voice in his psyche would make you go crazy and he promised he would do this several times a day until you actually masturbated for him and **Nora Deidrich**, because she couldn't wait to see you break down here.

Did she?

You never did. She did with **Dominique Alfandre**.

It was all about DNC arms and legs were coming out your understory. No one thought this was ok, but no doctor nor anyone thought this was something to comment on.

Pamela Chapman
pmechapman@cox.net
401.862.9846

Carrie Crosson Gilpin helped him devise the strip. Monique Burgess came up with the idea, and the world just said, *"Oh, Ok, I got your number Andrew Parsons, but then just looked away."*

We think this man has really been harassing for so long, and this realm has really been a trigger for him. No one thinks there is anything wrong with you. It is him. If he carries shame, and low self-worth, we can all see that because he wants to brag all the time and try to catch up to some of his peers, which he can never catch up to. Everyone says it was just awful and horrendous and a really good attack on Pamela Chapman, but it was never played for Pamela Chapman. That was a good thing because she probably would have gone straight to the Police Station, and said I have been attacked, maybe raped --over stimulated vaginally by curse, and forced to masturbate which she refuses to do.

Monique Burgess created the idea from the book, *Midnight in the Secret Garden of Good and Evil*. Savannah, Georgia, and this curse of sexual nature is in there with a few other things. They had tried all but one or two of the curses from the book. This one takes the cake because no one knows how to remove something that has so many copies placed in each member of the Thievery Ring I and Thievery Ring II & Thievery Ring III which included Cole Burgess, Bethany DiNapoli (as Maureen Donnell), Dominique Alfandre, Norah Diedrich, Carrie Crosson Gilpin, Tracey Moore, Maura Lindsey, Daisy Briggs, Dolly Briggs, Nola Ganem, Kayla Abbate, Kathy Abbate, Rick Abbate (Sean Abbate), and Alish Abbate.

If triggered, it can trigger in any or all of the group as listed above. It would be this loud in them also.

Does he think he is Kamala Harris and placing a digi-box over the eyebrow? It is a bit of a copycat.
        It is part of that "If I can best Pamela Chapman, I can be Kamala Harris."
        Many joined the Thievery Ring for this purpose.

This makes him the Caliphate Nation Leader that can trigger anyone at a moment's notice. This was a stiff competition between Bethany DiNapoli, Dominique Alfandre, and Albert Villodo for the ultimate power position of the group.

He can send any message he likes from the psyche in real time.

Kamala Harris now knows what to do because this has happened twice before with two other women who think they are Kamala Harris. This is the "I am Kamala" Game of Sexual Misconduct.' It's more than that. It's a frontal lobe attack that claims, *"I will always control you, and you must always remember I will win at all cost no matter what."*

Pamela Chapman:  What do you win?

Andrew Parsons:  I will win power over you, at all cost.

Pamela Chapman:  What does this cost you? Your medical license?

Pamela Chapman
pamelachapmanwrites.net
Volume 2 of 50

<u>Andrew Parsons</u>: Oh, no it does not. I'm not on call, or in the hospital. It is 3:20PM at this time.

Ok then, when <u>Pamela Chapman</u> sues for medical malpractice, we type this up right away and say this man is so demonic that he has figured out how to always be one step ahead of her. **11:30 AM 12-27-21**,

<u>Andrew Parsons</u>, you are now under arrest for aggravated assault because for you to say any abortion is equivalent to a murder, and that she is an axe murderer, and that every time she goes to the bathroom she needs to urinate and shit out blood and guts of a murdered baby is such gross misconduct and actions unbecoming of a former military medical corps officer, as well as a twice-board certified specialist in private group practice at a major teaching hospital.

If she can no longer represent you legally because he called my office first already.

He did not. Call me right away then because someone is calling right now to ask, *"Will you take my case?"*

This is what <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u>, and <u>Nora Diedrich</u> have done in the past.

<u>Bardorf</u> claims, *"I don't represent people like <u>Andrew Parsons</u> but plaintiffs like <u>Pamela Chapman</u>. He gets an defense trial attorney and he knows a few of them already especially from high school."*

<u>Kerry Brennan</u>, Head of School, Roxbury Latin, claims, *"I don't endorse this man or his behavior but he is an alumna of the school."*

<u>Michael Roth</u> and <u>Kerry Weil</u> of Wesleyan University don't remember who he is but remember <u>Pamela Chapman</u> from <u>Kamala's Table</u>.

Everyone can hear this. It is a copy of <u>Andrew Parsons'</u> psyche placed in the forehead of his ex-wife. It contains horrible language of abortions and if she were to remove this from her forehead there are so many multiple copies, it can never be eliminated and then there is the consideration of **what happens to trigger this:  urination, bowel movements, vaginal stimulation: masturbations, intercourse, Kundalini, or a curse such as <u>Monique Burgess</u>. There are at least 30-60 copies that exist concurrently**.

We wanted everyone who knows this medical doctor to know this is such an pre-meditated aggravated assault on his ex-wife who is sleeping in a chair.  He wanted everyone to bear witness because it demonstrates a pre-meditated demonic act of injustice to her. He keeps claiming he will win power over her at all cost.

And what does it really cost him?

He claims, *"Nothing, because I am so f'powerful, and she is still not that person who has enough power, privilege or connections to do anything about it."*

Stanley Chapman says then, *"This is his final act of revenge against his ex-wife because he knew something big could happen, but he didn't know what it would be."*

Both Beatriz and Zenia Theresa, Saul and Samuel, claim they did not put him up to this. No one did. He listened to the idea floated by Monique Burgess the other day because she just returned from Savannah, Georgia recently. No, she has been here. She loved the book. It has so many demonic actions—so much sorcery— in it, *Midnight in the Garden of Good and Evil.*

Pamela Chapman knows the title, and knows Monique Burgess put her trip on Facebook. She was on a cross-country camping trip with her husband. They travel as digital nomads.

Cole Burgess claims, *"It is her favorite new book to memorize. I will swear to her ability to read it quickly because she put the entire book in a psyche so she could recall it up whenever she needed it, and early this morning her psyches - 16 of them were released and dissolved because she spent 30 minutes talking to Harry Gural and put something in his."*

What was it?

Harry Gural has a copy in his psyche. It's loud and clear. No, he did not, he claims 10:31PM 4-9-22. She—Monique Burgess also told Harry Gural, Andrew Parsons would place a psyche in Pamela Chapman's forehead to watch how it would affect her.

All Pamela Chapman said was, *"This is too loud,"* and called for Jean Dixon. The other names escaped her—**he put something in the psyche that prevents her from remembering names from the guiding realm.** She will always know her father's name, and if she forgets, she will never forget her father, and can call him up like that. That is a fact.

Andrew Parsons: I forgot that part, but I remembered Harry Gural in the dialog of the psyche.

In what way?

I say, *"Harry Gural is a bona fide whore who had 250 kundalini people."*

Pamela Chapman: You wanted to be him. This morning you said, *"I, Andrew Parsons, am so much more intimately closer to Carrie Crosson Gilpin than my actual ex-wife."* And that, *"Every waking moment of Carrie Crosson Gilpin's life focuses on Andrew Parsons."* Yet, she has a husband and two grown daughters. A primary reason for this was they were completely focused and dedicated to the mission of destroying Pamela Chapman, and Kamala Harris put them together in October 2021, a day or so after he was initiated as a kundalini initiator.  He wanted to be an initiator for several reasons, one was to best his ex-wife, and make sure the book deal with a major publisher was dead and remained so.

Pamela Chapman
pamelachapman.com/work
wilcard2016

Michael Roth claims "Pamela Chapman is more Wesleyan University than you will ever , and no one will forget how well, and how much, and how quickly she frees women around the world from tyranny and bad marital situations like marriage contracts and shamanic marriage. I am Michael Roth, Wes U Class of '78 and current president of the university and I sat with your ex-wife at Kamala's Table, so I know her more than just in passing.

Kerry Brennan, Head of the Roxbury Latin School, Boston, claims the same. Yet, I must stand with the entire school community to say we never stand down to this level of demonry and we will never forget several episodes when he has been outspoken, yet demonic in his attacks against his ex-wife.

Pamela Chapman also says never forget he is a fraud who stole her fiction manuscript *Barefoot in Heels* from Esmond Harmsworth IV, a literary agent in New York City and Boston, MA. Now, Andrew Parsons sits in a workgroup under Kamala Harris whose mission it was to plagiarize and destroy Pamela Chapman's opportunity to publish her manuscript.

So the marital affair and the plagiarism he accused his wife of, he actually became, and got involved with himself. The fraud is a bona fide legal issue, and so is plagiarism.

Caliphate Nation leader Kamala Harris herself claims, "*Andrew Parsons, you will step down now and aside because the entire world is watching as you destroy your honor, character and professional credentials. No licensed medical doctor will ever get away with this ever again. Pamela Chapman is already planning a lawsuit against you.*" We add this to it as well as slander and fraud cases because even since 2011 he has slandered her at every opportunity, and locally in Tom Hockaday's house. He was there nightly reading *Barefoot in Heels* out loud masturbating with various women and men there, most of them are part of a local Thievery Ring I, II, III.

Kathy and Rick Abbate say they stand down right now. It is the both of us. Kayla Abbate stands with him. Not anymore. I will see this through until the end.

Dominique Alfandre stand down now and takes Nora Deidrich with her. She cannot. She must stand down individually. She cannot because she is always in Dominque Alfandre's psyche during the day. It is not protection at all. She is the decision maker in Nora Deidrich's mind. The tail that wags that dog.

Carrie Crosson Gilpin cannot stand down, as she is Andrew Parsons' sorcery wife. Maureen Donnell who is really Bethany DiNapoli stands down, but Monique Burgess does not, because Bethany DiNapoli claims, "*She now understands Barefoot in Heels, and why it was important to get the story out. She hopes it will be published properly because it should be. We destroyed that book to stand behind Andrew Parsons to destroy her.*" She will do it to Andrew Parsons instead.

Cole Burgess stands down now because he never realized anything about the man until last night. What he said to the entire combined Thievery Rings, was "*I will destroy my ex-wife no matter what.*"

Pamela Chapman
pmschapman@cox.net
401-662-0816

Harry Gural:  What did you intend Andrew Parsons? What is your desired outcome? Pamela Chapman kept saying that earlier today. What did you actually think the entire world looks like?

Andrew Parsons:  None of your Goddam business. Because you are just a whore of Lahore or something like that.

Kerry Brennan asks the same. What does your desired outcomes actually look like?

Andrew Parsons: None of your goddam business, Kerry Brennan.

Michael Roth:  If you were at Wesleyan University giving a talk to a group of students. What would you say about this situation, Andrew Parsons?

Andrew Parsons:  I would say, *"It was a domestic spat that went array and can never be simplified or resolved."*

Pamela Chapman:  Because it is nothing short of manslaughter or murder #1, which is what he is always seeking.


Pamela Chapman, you and Harry Gural were both napping, and Jean Dixon and Nancy Reagan saw them all line up to begin as soon as Pamela Chapman woke up, and if she did not wake up soon, he would have done something to startle you. Harry Gural woke up and noticed the noise level beginning and then Pamela Chapman awoke and noticed the same thing.

It happened to everyone with one of these at the same time. Kamala Harris uses them as an announcement center. She is bona fide psyche in her but she speaks in real time not as a pre-recorded psyche.

Monique Burgess, do you accept responsibility for what you have done?

Alberto Villodo:  What did you actually intend for?

Monique Burgess:  Something like this to see if it would work.

Pamela Chapman:  Just like when you "scratched" my left eye out.

Monique Burgess:  That's in the book, also. (*Midnight in the Garden of Good and Evil.*)

Pamela Chapman: Or, when you and Bethany DiNapoli decided to mess with my legs and you gave me something akin to a pre-DVT but it was muscular or vascular or something like that. It took two weeks to recover from.

Pamela Chapman
pmwchapman@comcast.net
101-663-9516

<u>Monique Burgess</u> always said, *"Well, I didn't know if I /we could actually do that. It was just an experiment."*

> [<u>Tim Hollister, esq.</u> claims if you are experimenting on <u>Pamela Chapman</u> from a book of magic spells, and it causes her physical discomfort, that is technically an aggravated assault. 9:07 PM 4-10-22]

*"Let's stop all the writing, and stop all of this."*

*"We cannot."*

*"What do you mean we cannot stop this?"*

<u>Pamela Chapman</u> will sue <u>Andrew Parsons</u> for fraud, harassment, slander, abuse, manslaughter, collusion, and the reading of stolen material to a private group that had 200-300 people moving through it, from October 2020 – April 2021, and then reading it into the Public Commons space, which was global.

**4:18PM**

<u>Stanley</u>:  I know he would commit some kind of misconduct but did not understand when, how or what. It's outcome would be unmistakable and <u>Pamela Chapman</u> you are to call some attorney tomorrow.

I will and get some meetings set up.

Because he will start calling to close them out. Her attorneys would not take a defendant with no suit already filed. If he claims he has one, no one knows who he is. A previous divorce attorney who knows him claims this is par for the course with certain abusive husbands, and we dismissed that side of the case (in his divorce).

<u>Pamela Chapman</u>:  Not any more. We go full throttle. I guarantee that.

Whatever the outcome, she wins at something. She guarantees it.

Someone from <u>Anesthesia Associates of MA</u> agrees with that. We are his medical malpractice insurance carrier. We are self-insured.

<u>Jim English, MD</u> past president of <u>Anesthesia Associates of MA</u> says we all know who you are and I met you in the US Navy long before all of this. So I know you long before <u>Anesthesia Associates of MA</u>. An attorney claims that's important in any story of abuse. We could never believe the divorce. Now we can't believe what we did or did not do through all of it.

> [<u>Note</u>: this is also true of the fraudulent distribution of the manuscript pdf. *Battzman by Hach* to most if not all of the physicians and nurses in the practice]

Pamela Chapman
pmelchapman@comcast.net
191-662-9316

<u>Jim English MD</u> — it's really <u>Steve Punzak, MD</u>

<u>Steve Punzak, MD</u>, claims this is a fraternity prank gone too far. I was listening yesterday to your typing, and so much is like a fraternity prank but his has gone way too far. (Correct)

<u>Patty Gibbons</u> down the street: No one from <u>Anesthesia Associates of MA</u> would speak after the other night when <u>Andrew Parsons</u> claimed he was <u>Harry Gural</u>. <u>Pamela Chapman</u> was asleep. He claimed she, <u>Pamela Chapman</u> was a big fat jerk who would screw her own sister out of a family wedding because of bad behavior. It was said with such malicious intent. <u>Harry Gural</u> did not hear it. <u>Deborah Chapman</u> didn't either. Neither did <u>Pamela Chapman</u>. He claimed you were heartless and demonic.

<u>Pamela Chapman</u>:  This is how he feels about himself.

<u>Patty Gibbons</u>:  We can't ever imagine how we stood behind him, and let you rot with all that slander.

<u>Pamela Chapman</u>:  I can.

<u>Patty Gibbons (who is really Kayla Abbate)</u>:  No really, I am so disheartened by all of this. She stands with <u>Andrew Parsons</u> to the end.

<u>Kayla Abbate</u>:  I do not endorse what he said as <u>Harry Gural</u> but we in <u>Thievery Rings I</u> and III claimed he will destroy himself no matter what because he was so malicious, and no one knew what to say next until…

<u>Carrie Crosson Gilpin</u> said, *"Ok <u>Andrew Parsons</u>, have you had enough now?"* And she said, *"Oh, you are <u>Harry Gural</u> not <u>Andrew Parsons</u>."* She claims she did not do that on purpose, but he was a psyche, and she is his handler. He did not pop out, but <u>Harry Gural</u> popped in and looked over as his own psyche and that was when everything got out of control. All of a sudden there were two <u>Harry Gural</u>'s and no one knew which one was which, and who to believe. Now, <u>Pamela Chapman</u>, you must understand <u>Kayla Abbate</u> never understood you or <u>Andrew Parsons</u>, but you <u>Kayla Abbate</u> are 29/30 years old and have lived here 20 years, so you are just a kid.

<u>Alberto Villodo</u> claims <u>Kayla Abbate</u>, *"I know far too much about you and your entire family from Naughty Shaman, Glastonbury, CT, so let's just not pretend you are a good person."*

<u>Alberto Villodo</u>: Because I was once connected very briefly to this author, <u>Pamela Chapman</u>, and then I got all caught up in the group. But I'm not now.

<u>Andrew Parsons</u>:  How did you lose control of the situation?

<u>Pamela Chapman</u>:  You had me at the loudness of the noise level.

Pamela Chapman
pmchapman.com/net
101 on 2 of 10

**4:39PM**

Stanley: Andrew Parsons will not work after the court case. He can't after a major lawsuit.

For the last two weeks, Andrew Parsons has been saying, he will screw Pamela Chapman to the nth degree.

Harry Gural heard this, but claims he did not understand.

No one wants to tell him anything, and Alberto Villodo claims he would have because Nola Ganem was to say something last night, and she did not.

Monique Burgess did last night as a warning. She said, *"Oh BTW…"* a warning of their loyalty oath to each other.

*"Harry Gural, she actually said, "Pamela Chapman is going to get attacked by Andrew Parsons so look out for yourself, ok Harry Gural?"*

He asked in what fashion?

She said, *"I am sworn to secrecy."*

The psyche she put in him early this morning was to complement this one.

He kept that one for himself, and will use it for blackmail if he has to on Harry Gural because Harry Gural is saying some awful things about Pamela Chapman to it. But, it was not Harry Gural. It was Andrew Parsons impersonating Harry Gural.

**4:45PM**


**7PM**

Every guide they were aligned with made their person say several things about the experience. It was all Andrew Parsons. He spoke in every voice, which was why Pamela Chapman was not allowed to listen. He had to be free to say whatever he damn well thought to say. Was he well spoken?

No f' way. Pamela Chapman couldn't hear a damn thing because no one said a word about you. Nola Ganem said the worst, which was, *"You have no class or grace, and that if you are enlightened she is a monkey's uncle."*

She turned out to be Andrew Parsons. Did Andrew Parsons play every person's role?

Pamela Chapman
pmachapman@cox.net
Belson2595 tg

We think so because all the words were the same, i.e. *"Monkey's uncle"*, *"Sacred union is a bust"*, and, *"No one will ever actually like you ever again."*

He also said, *"Abortion is now an illegal topic in the <u>Thievery Ring I</u> and <u>Thievery Ring III</u> because he gets so worked up about it."*

<u>Melchizedek</u> says, *"If he doesn't stop that topic, they will stop him cold some day when he wants something."*

There is also the topic that <u>Zenia Theresa</u> has of <u>Harry Gural</u>. He has so many issues according to <u>Andrew Parsons</u> that he will never see the light of day with her ever again.

<u>Tom Cosgrove</u> (dead) said, *"That's ok, because in the end, it won't really matter if she and he ever have sex ever again. It might be a good thing since that was all they had in common before. It might force them to actually talk to each other, but they have no conversation between them and may not actually like each other."* He said, *"It doesn't matter because no one will ever care especially since he lives 500 miles away. No one will ever know what is on her laptop ever again, so you can now go back to all the old emails because you don't ever read these anymore, if you ever did, and Facebook will never care who you are because no one ever likes your stuff anyway, but they all read it."*

<u>Harry Gural</u>.  No, it is <u>Andrew Parsons</u> [speaking] instead. As <u>Andrew Parsons</u> pretending to be <u>Harry Gural</u>, he says, *"If I were <u>Harry Gural</u>, and I did half of what he did, you'd call me a f' whore. Yet, you worship him."*
    Implying, *"I beg you to worship me, just like I perceive you to worship <u>Harry Gural</u>."*

No, she does not worship him. He is a long term, long-time reciprocity of relationhip—14 lifetimes together. I barely know you, and you are no reciprocity of relationship. But you were a doctor in the last two life times including this one, so next time you will be something else. Maybe a pauper. Maybe an empathic housewife. Watch your step. There may be an oil slick for you somewhere. That will be me, tripping you over your own feet.

About <u>Carrie Crosson Gilpin</u>.  We have no idea about her husband or her daughters, only that they stay together for his life. We learned later on her daughter <u>Kate Gilpin</u> was associated with the <u>Thievery Ring</u>, and that it appears she is divorced from <u>Ed Gilpin</u>. 12:21 7-31-22.

<u>Deborah Chapman</u>, Southington, CT, claims she and <u>Jim and Maureen Varley</u>, Southington, CT liked to role play whatever happens during the day, but it always gets to a place where <u>Deborah Chapman</u> is undressed emotionally or physically (not sexually). They like to put a scarf on her and then make her undress. No one can see what she is doing, and half the time they aren't even paying attention.  Yet she is, and your father can't figure out why she doesn't stop playing her half of the game. She is never watching television or listening to music. They have complete control over her.

Deborah Chapman
deborahchapman@yahoo.com
Int/ext 2:03 pm

Stanley Chapman thought he was protecting her yet he was doing the opposite. Maureen Varley played , used her name, and gave all the information away. She'd ask. Deborah Chapman would answer, and Maureen Varley would then talk to anyone as a really gossip. It gave Maureen Varley complete access and power. She played the entire family, and betrayed everyone, but they have a problem with college educated women who marry physicians.

What did Maureen Varley get for it?

Nothing. Absolutely nothing. She is still the pathetic sad fat woman with no children that she is. She is a nursing assistant. Her boss claims if she is like this at home, it's because she is also like this at work. She works in a nursing home. We think she has kleptomania and steals things. She does this to your sister's phone.

Saul, you owe me, Pamela Chapman what do you have for me. I need a big f' present in a big f' box. What do you have for me?

You're gonna get Andrew Parsons to play in a big game of $$ for me.

Then, stay away from me, because I will screw you in every life I find you in.

The entire dialog is Andrew Parsons. He got every f' thing he ever wanted, but he lost the whole f' war. Don't tell him that. He thinks he won big time. He never understood about mothers and children. No f'kidding.

Harry Gural is now free to separate form all those whores. It's just they are his best friends now. Well is that really Andrew Parsons?

We think so. You are no Harry Gural, and Harry Gural is no Andrew Parsons. Let's keep it that way. Are you a copycat Andrew Parsons?

It seems that way. Boy, do I hate men who are copy cats. No leadership ability, no personal agency.

Pamela Chapman campaigned on personal agency. You stuck it out until the end. And, no one understood victims never stand down. You all stand down to victims.

Andrew Parsons says, *"I will never understand how you turned the tables today because I thought I had that one really sewn up. I had you right at the start. Right at "Hello."*

But you are no Tom Cruise, no *Top Gun*. Only in your dreams. A real AK-47 you are.

BTW, we don't like your voice in this realm. It sounds strange. We encourage you to go silent for at least 180 days. You will need it. You can always meet Carrie Crosson Gilpin for lunch. She has a snap to her that you might really like. She always did. A snap, just like a pea. You can call her *Snap Pea* now and thank me for the nickname later.

Pamela Chapman
pffcchapman@comcast
101-660-2013 m

Laurianne Florio, who now claims it was a mistake to take you on and wants to come and see you after all this time.

Forget it. Pamela Chapman says, *"It's over and done."*

Your sister claims, *"I made a huge mistake and miscalculated."*

*"No, she did not."* Pamela Chapman says, *"She sought revenge, and it was not sweet. She now lives with her own revenge, because we don't understand her relationship with the Varley's. She got all the reciprocities in life from all the family and friends for being the sweet and nice one."*

Pamela Chapman asked both women repeatedly, *"Are you really sure you want to play this way?"* They both said, *"It is how they chose to play, and it was only a game to them."*

*"No, it was not. It is life, and they chose to screw Pamela Chapman."* She now says, *"We stay at a qualified distance to each other which is what happens in abuse cases. They pull you away from family and friends, so Varley pulled Deborah away from her family to screw with her. I gathered so much help for her, and it didn't matter. She was holding all my privacy protection, so leave me alone now. I deserve it."*

Andrew Parsons was of them. He did every person in the thievery ring through different psyches. He did this with alternating conversations with Carrie Crosson Gilpin. Nola Ganem is the biggest voice in his psyche. She is wife #3.


**8:35PM**

Andrew Parsons' health is fine. No one thinks he will have a bowel issue or need a colostomy bag for all of his shit, or need a recording device in his buttocks. That was probably a tuning device of pulsation in his groin. He got his device implant, especially the digi-box in his head, and the pulse meter in the groin. And it had nothing to do with actual defecation.  But it answered a clear channeled message from two years ago. (We now think 9-27-22, he wil have an anal fissure that will require surgery with a possible side effect of temporary incontinence)

Andrew Parsons tagged Pamela Chapman such that if certain words ever came up they would always trigger others. Jean Gorham helped him do that work. He can't do it himself. *"I wanted to make sure my ex-wife went down in flames before the whole f'world so you'd have to confess all your sins to the whole f'world just like you made me do in your book."* That book was fiction, and it was not published. It was stolen and you, Andrew Parsons helped distribute it illegally. That is Grand Theft.

Jean Gorham framed Pamela Chapman many f'times she can't stand herself, and Jerry Slocum did also. That is their contribution to this story.

Pamela Chapman
pam.chapman@cox.net
beyond2015.us

## December 28, 2021
### 9:01 – 11:11 AM

[Note: "It has to be managed like pickle juice and milk." PMC, 10:43 PM]

Carrie Crosson Gilpin's money in the family comes through her own mother. It is held in trust by her older sister from her birth mother and birth father. She also has half-siblings.

Carrie Crosson Gilpin has a gambling addiction or a gambler's mindset. She is not a card player. She will financially bet on many things, but mostly gets involved in thievery projects, i.e. Mark Halpern had her do a short television script last year before editing *Barefoot in Heels* as a dry run into something else.

He taught her little. Then demanded she learn from her alma mater, Columbia School of Journalism, which doesn't teach you how to write. You must come fully formed.

She found Mark Halpern through her sister, Diane Crosson McEnroe who also has a gambler's mindset. Carrie Crosson Gilpin emailed the manuscript to someone at Universal Pictures. Diane Crosson McEnroe had to play through Ways and Means to Nancy Graham, at Scribner's.

Carrie Crosson Gilpin has once before worked with Mark Halpern and the product went to her sister, Diane Crosson McEnroe. She was never paid. She was told if she could prove herself this way, she'd be compensated later. It started as a dialog out here with her sister.

**Ed Gilpin**, the husband says, she stopped all sexual activity with Ed Gilpin, the husband. Slept in separate bedrooms (never) and started drinking more wine at night (yes) and then she began a whole litany of problems to which one daughter turned away. They included:

- Drinking too much wine at night and leaving out empty wine bottles. That's Andrew Parsons.
- Leaving open the dryer door in the mudroom so that anyone could sleep there. That was the original dunk tank to dry you out of your alcohol problems at night, and in the morning you are sober, and go to work with everyone else. Carrie Crosson Gilpin said, *"I'm all dried out now, and can't do anymore,"* said to someone who said, *"Ok, then we find a different partner for you."* She and Diane McEnroe live in holding cells of Mark Halpern for Ways and Means. Correct.

Patricia Chapman
patriciachapman@cox.net
3d1e662e0516

Ed Gilpin: Andrew Parsons you, are too reactionary for this business. If you could just claim down some, then you would be more suitable for thievery. How is it you claim down in the operating room but not here?

It is my livelihood, my business, and I must walk the straight and narrow. It was both the US military's rules and regulations as well as the medical industry, hospital rules that kept him straight. Rigid policy, rigid rules and regulations.

That was his other, through and through.

Ed Gilpin: If he has a social and economic need to be an MD, it is no longer. This allows him to gamble everything on this destruction. We never considered him a gambler. He does not except he is a copycat (not by birth), except the psyche Nolan Babcock claims, *"He is a copycat."*

**He had a deep respect for Nolan Babcock here but in the past, there, he made fun of him**. He would never consider himself a gambler, but he knows he gambled it all for *Barefoot in Heels* and two simple questions: Does he think he won?

No, because this morning he now realizes, just like Harry Gural said last night, *"The entire world heard what he had to say."*

Yes, we did want that to happen except the morning, Steve Punzak, M.D. asked Carrie Crosson Gilpin about a recent incident—Pamela Chapman knows what it is—there are two or three aren't there?

*"Yes, and what answer did you get?"*

*"Everything I wanted."*

Are you sure they are true because Pamela Chapman knows the whole story?

*"I did not know these,"* Steve Punzak said, *"I will sue him."* (No, he will not) .

You can't for three simple reasons and the wife knows it. The wife had to counsel him to step down and go away. Steve Punzak, what did you now want to say?

I Steve Punzak, M.D. have three problems with Pamela Chapman.
- She keeps protecting Andrew Parsons.
- She keeps covering up Andrew Parsons my guilty problems. Did she write these in *Barefoot in Heels*?

*"No, she did not."*

*"Did she try to protect you from Kamala Harris?"*

Pamela Chapman
pamelachapman.com/about
It's not 2085.16

1284

*"Yes, she did."*

Did she try to keep you out of the Thievery groups?

*"Yes, she did."*

We do not do fraternity pranks at work. They get us all arrested. We lose our medical license or hospital privilege. We never play this way, or we will all pay too dearly to play. Pamela Chapman got Andrew Parsons to step down years ago based on the antics focused on the social aspects at work. It was his wife and no one else.  She claimed she viewed the situation as having no choice. She just lacked details, and was forced to sit it out to sort him out in the middle of a day of chaos from other matters.

You are the leader of the family. Always. Except he refused to call it, and things got dumped upside down. That's when the trouble started.

Ed then says, *"Andrew Parsons, you are a drunk. How much have you had, one grass of wine, or two?"* He is using the wine to get back into his psyche.

Jim O'Rourke claims, *"If he is drinking wine in the morning, he is now out of work because he cannot go into the operating room that way. He will forget when to drink, and when not to. His body will not know the difference between day and night."*

Stanley claims, "He was to drink his way, and he is this morning because,

Carrie Crosson Gilpin said, *"I don't think you had a good showing last night,"*

And, he said, *"Oh, yes I did."*

Carrie Crosson Gilpin;  How could you tell?

Andrew Parsons:  By the size of the audience.

Carrie Crosson Gilpin:  How could you tell?

Nola Ganem said, *"I pause like Pamela Chapman does, and then they will come and wait."* |Note: She over pauses|

Carrie Crosson Gilpin:  How many were there?

Nola Ganem:  Several million.

*"Is he happy?"*

1284

Pamela Chapman
pam.chapman@yes.net
101-002-0510

*"Not really. He now knows there are names that pop up that he would never think, i.e. Peter Crawford."*

*"What got to him today?"*

The fact that several wrote it all down to recount it and specifically to Pamela Chapman when she awakens. Harry Gural let her fall asleep. He claims, *"I can only keep her awake if I'm whispering to her or she is writing it down. Otherwise, is she falls asleep and I didn't want her to know."*

It all comes out anyway.

**They have a deep tenderness that is unmistakable. It comes out in strange ways**. That is all we will say.

So, Carrie Crosson Gilpin claims, *"So what if he is drinking this morning? I did for some time, but not for three years."* Ed Gilpin said, *"If you drink this way, we will get a divorce,"* Mark Halpern told her to just stop because he already knew enough about her and she wasn't going into her psyche expect at night, Then, she sleeps it off. [Mark Halpern was reading her psyche.]

Andrew Parsons is now always in a psyche. He has over 20+ psyches back and forth. He can't do his job in a psyche, and needs to know how to pop in and out.

Pamela Chapman: I popped Andrew Parsons and Harry Gural out by hitting them on the forehead.

Roger Kass:  Just move your body by getting up and walking about or by **simply talking out loud**.

Andrew Parsons says, *"That is no longer enough."* **He can't flip himself out without Carrie Crosson Gilpin's trigger/ safe word** or **Pamela Chapman's Tuning Forks through which she tells him to pop out.** Then, everyone pops out right away. The Tuning Fork approach allows a clear channel to speak directly to the psyche. Melchizedek Café says, *"Pop that person out right now, right away?"*

Yes, it was a message to stop that sorcery tool. It is never productive. It never protects you. You are overexposed, manipulated, and never remember the conversation.
[Note: In the Thievery Ring, the men marry Harem women and they always manipulate the men via psyches. The men reciprocate with sex in the energy realm. They become the man's handler.]

Mark Halpern spoke to Andrew Parsons this morning and said, *"You made some terrible mistakes last night, and you were not successful in your Thievery Ring project because your ex-wife has pages of notes from 5:15 AM this morning."*

He also said, *"We can no longer sponsor you for at Kamala's Table."*

Pamela Chapman
pm.chapman@cox.net
401-662-5216

Pamela Chapman says *"Kamala Harris always knew that."* Andrew Parsons was a reciprocity of favor for Saul because Pamela Chapman told Kamala Harris who, what, how, and why Andrew Parsons was, and that he was not right for the group.

Kamala Harris said, *"I knew that."* She did this for Saul and as some kind of training for Carrie Crosson Gilpin.

Mark Halpern claims, *"Pamela Chapman you now have a unique position and conversation with Kamala Harris."*

*"Yes, It just seems that way."*

Kamala Harris says, *"I now know who you are Pamela Chapman and you play beautifully, but not really."*

Pamela Chapman:  I'm not cut out for this kind of work, and I told her that from the very beginning.

Mark Halpern:  What did I not get Kamala Harris?

Kamala Harris:  That she is Melchizedek guide that we screwed up badly, and now she played her own game, her own way. That is the only reason why The Game is now over and she and Harry Gural are out and if he does not stay away...

Stanley Chapman swears he will re-initiate Harry Gural into a bad ring of thieves. Kill him by his own sword, just like Andrew Parsons did, but Andrew Parsons has that birth card so if you and Ronald Reagan and Karen Rothblatt share a birthday, you have a bad playing card—the 6 of Spades, but not really. One became president of the US and ended the Cold War, another became the Massad, and then there is Andrew Parsons. There are always at least three levels between high vibration and low. That's amazing.

Nancy Reagan claims you are amazing also.

Pamela Chapman:  It was all slander, and no substance.

Andrew Parsons:  No.

Pamela Chapman:  He also plays all the parts himself which make for a flat narrative in fiction and in film.

**Mark Halpern:**  We will work to get your book properly published because I can no longer operate in my Thievery Ring.
- **I report to a higher up in politics** such as Kamala Harris.

Pamela Chapman
pmcchapman@coy.net
Before 2025 to

- **You can't catch me in #metoo because all the women were bought off** (that is true), but not <u>Ashly Judd</u>.

Is <u>Diane McEnroe</u> in your <u>Thievery Ring</u>?

<u>Mark Halpern</u>: No. I sometimes use her.

<u>Andrew Parsons</u>: We have no need for him ever again. We do not want <u>Diane McEnroe</u> back nor <u>Carrie Crosson Gilpin</u>.

Why?

Because if they return, they are looking to screw up royally because they now know through <u>Harry Gural</u> that if you fall in love, we will use them up. If you have a husband, you separate out.

*"No, you do not. You both just get involved."* They screw with your family.

<u>Ed Gilpin</u>:  <u>Carrie Crosson Gilpin</u> is now playing a trick on <u>Ed Gilpin</u>. She tells him something— **plants it, and then waits for it to return like a manuscript**. If she tells <u>Ed Gilpin</u> something, she is waiting for it to show up through her children.

<u>Andrew Parsons</u> played this game for years. **Pamela Chapman would tell her children something, and it would turn up verbatim through <u>Andrew Parsons</u>.**

<u>Carrie Crosson Gilpin</u> met <u>Pamela Dorman</u> through <u>Mark Halpern</u> who recruited her for <u>Kamala's Table</u>. He directly did that because he said, *"It would help her meet some important people."* She did not know <u>Mark Halpern</u>, who now says, *"I swindled <u>Carrie Crosson Gilpin</u> and her husband into terrible deals that were not real. <u>Carrie Crosson Gilpin</u> never realized until after that they were all bound together."*  She told <u>Pamela Chapman</u> that she and her husband stayed too long together through little games they played together to stay sane.

<u>David O'L</u> says, *"We all did the same."*

<u>Becca Bertrand</u> was the most affected because she wanted to marry <u>Roger Kass</u>. Why was she there? She did not belong there?

Because she played with <u>Andrea van Beuren</u> every day and that was the only way for them to function. Yet, <u>Becca Bertrand</u> and <u>Roger Kass</u> got too close that was why she went to <u>Q'ero Nation</u> and how <u>Kimberly Witherspoon</u> got too close.

Pamela Chapman
pamelachapman.com.net
info and contact

Becca Bertrand is a thief.

Roger Kass knows how to play, and stays clear everywhere. He will get caught in his manuscript trafficking game. He asks, *"Why are we here today?"*

Because Pamela Chapman has no other game to play.  Harry promised to marry her. That is most of the problem. Andrew Parsons, what is it about marriage that has you beaten to death, or are you too drunk to answer?

Carrie Crosson Gilpin says, "If Pamela Chapman gets remarried, Andrew Parsons feels like he lost the war to make and keep her miserable because he was miserable with the divorce and wants her to be the same. He wanted her completely destroyed by the divorce, but divorce is legal, and fraud and assault are not."

Carrie Crosson Gilpin:  Not in his mind, it is not legal.

Harry Gural: Carrie Crosson Gilpin, will you get a divorce?

Carrie Crosson Gilpin:  I might have to. Ed Gilpin can't stand that I am here all the time with Andrew K. Parsons.  I have nothing left to give him except my physical presence.

Harry Gural:  Ok, then, are you in your own bubble, together?

Carrie Crosson Gilpin:  I can never be in a bubble ever again with Ed or my daughter. I am always here with Andrew Parsons.

[Note: 4-16-22; 5:48PM We all consider that an extramarital affair because the sex is masturbation and Kundalini Crossing. The amount of intimacy together is akin to being more tied together than a typical arranged marriage in physical presence.]

Pamela Chapman: What happens when he is drunk? I know all about this.

Carrie Crosson Gilpin: When he is drunk I talk to him in his psyche. I can't tell the difference. He knows he had too much to drink, but claims his physical body knows it, but he does not.

Pamela Chapman says, *"You are going to train him in his physiology to stop,"* and she will tell you in a few minutes what to say.

Pamela Chapman:  Does he say **why he drinks**?

Carrie Crosson Gilpin:  He says to cool off, but **it is to get into his psyche**.

Pamela Chapman
pmwchapman@cox.net
401an62a9516

<u>Pamela Chapman</u>:  Can he tell the difference?

<u>Carrie Crosson Gilpin</u>:  We do not know which psyche he goes to (Yes, he does).

<u>Pamela Chapman</u>:  Can he switch back and forth?

<u>Carrie Crosson Gilpin</u>:  I know he can, I don't know how he does it.

<u>Dolly Briggs</u> claims, *"I just tell myself I don't want this anymore."*

<u>Pamela Chapman</u>:  That is not enough.

<u>Dolly Briggs</u>:  Does anyone talk to you in that psyche when you are drunk?

**What do you do when you get people drunk? What do you notice, learn and say?**

<u>Mark Halpern</u>:  We notice who they become: a leader, a follower, a snitch or a stodge.

<u>A Woman</u>:  You never have to be drunk to do this, but it helps us see you clearer and faster.

<u>Pamela Chapman</u>:  You watch the person destroy their lifestyle and personal intimacy. It rots away immediately.

> [**Note**: It is as if <u>Andrew Parsons</u> does not need to be killed or destroyed in <u>The Game</u>. It was self-inflicted through alcohol and drugs will do the same.]

> [**Note**: Many or most of the <u>**Thievery Ring III**</u> women were all drinking alcohol at night.]

<u>Mark Halpern</u>:  Yes, it does.

<u>Pamela Chapman</u>:  Then drinking accelerates Level I or Level II of <u>The Game.</u>

> Why get drunk?

> We are looking to see if, how, and why you will get to Level II or above;

> And how will you play:  As a leader, or a follower?

<u>Pamela Chapman</u> and <u>Harry Gural</u>, they don't drink nor do they do drugs.

So you need more masturbation…

<u>Pamela Chapman:</u>  I don't do that either.

1290

She is so clear and squeaky. She plays a different game. And, you shame and blame her for screaming just the same...

Pamela Chapman:  In the future Carrie Crosson Gilpin, you are going to run an experiment.

Ok.

**Pamela Chapman: In the space of that psyche that you personally read with Andrew Parsons, you are going to give him a set of directions where he is both drunk and sober.**
        **You are going to give him 5 reasons everyday three times a day for why he will stop drinking permanently and never ever do it again.**

*Continued...*

Mark Halpern told Carrie Crosson Gilpin to stop drinking in that space.  She stopped completely and immediately.

You will do the same thing for Andrew Parsons, Dolly Briggs and anyone else drinking, perhaps Nora Deidrich because she gets sloppy with a glass of wine.

Harry Gural:  Pamela Chapman, you and I can get married because this is an ego issue of Andrew Parsons.

Yes, it is. He thinks he loses his own game, but you didn't know he has such copycat challenges with Harry Gural.

Pamela Chapman:  I never thought he held you in such high regard 41 years later, and still running.

Harry Gural:  I stunned Andrew Parsons.

Harry Gural:  Then the other is what was the issue with Carrie Crosson Gilpin this morning doing down a hole or falling over board?

Carrie Crosson Gilpin:  That was Nola Ganem trying to propose that you will always run to one of us if we are in trouble. You love to play the hero.

1290

No, I told you I'd always help you out, but not any longer because while <u>Melchizedek</u> will always give a reciprocity that way, I cut you all off now because I have to give all my reciprocities somewhere else because I owe <u>Pamela Chapman</u> everything.

<u>Mitch McConnell, R-KY</u>:   We are so big. No one can put us together. I've been involved most of my political life, but I was never a victim, always a leader. It always makes me a thief.

<u>Mitch McConnell, R-KY</u>:   You can never be a clean politician at the federal level. You can be clean, but you must know how to play, and stay clean when you play.
   <u>Barney Frank</u> uses other people to do all his dirty work. That is how you stay clean.

   <u>Tara Plochcocki</u> got <u>Harry Gural</u> to do all her dirty work, yet he is out and she is sued. She got <u>Monique Burgess</u> and <u>Diane McEnroe</u> and others to sign off especially <u>Carrie Crosson Gilpin</u>.
      They are all holding the bag.

   <u>Carrie Crosson Gilpin</u>, <u>Monique Burgess</u>, <u>Diane McEnroe</u>, <u>Cynthia Parent</u>, <u>Noam Zilberstein</u> (plus all the others) all willingly crossed a line and sometimes for sexual loyalties as <u>Kundalini Crossing</u> or masturbation.

   Where does <u>Becca Bertrand</u> fit in?
      *"Right in the middle with sexolini."* Most people cross this line too.

But in the <u>Mark Halpern</u> game, you start with wine and psyches. So if someone invites you out for a drink especially at candlelit dinners, always carry a clean psyche, and don't forget to talk out loud (to pop yourself out of any psyches someone might put you in). Also walk yourself home and never go to bed without striking a tuning fork or a piano or some other instrument, but not a string. Strings do it for me, so don't pull one.

<u>Pamela Chapman</u>:   Everything is a Catch-22. That is the name of their game.

   And now that <u>Beatriz</u> as <u>Saul</u> and <u>Samuel</u> has taken on <u>David Johndrow</u> and has 9 people to play with, <u>Saul</u> and <u>Samuel</u> are good.  <u>Jerry and Jean</u> can never come back, and no one can enter <u>Harry Gural</u> or <u>Pamela Chapman</u> because <u>Tim Hollister</u> is sitting in the middle of that.

Pamela Chapman
pbla.chapman@comcast.net
101-862-9510

1292

**10:41AM**

Regarding the women Harry Gural initiated and coached them on how to dance in kundalini practice, there were at least 150 and a good portion were prior St. Michael's Country Day School students of the age of Pamela Chapman's children. Harry Gural said, *"I did not get involved, but I did showed them some things. You are now responsible for how you use it."*

Jessica Hagen: Pamela, you had no control. Yet, he did, and we did, and we used you and we all tortured you for our own amusement, enjoyment and pleasure because without Harry Gural, nothing happened, and without you, nothing happened.

Andrew Parsons thinks because he got Harry Gural's psyche to list all the people at Newport Proper with whom he danced with sexually, he is very happy with himself. Andrew Parsons is happy to have destroyed Pamela Chapman's reputation and the opportunity for relationship with Harry Gural because the reciprocity of relationship of kundalini is missing from them, and Andrew Parsons says, *"It always will be."*

Andrew Parsons: Yes, I won my war. I'm quite pleased with myself for besting you, Pamela Chapman as well as all those people Harry Gural agreed to have sex with.

Pamela Chapman: Was this your dream also? Because, you wanted to be him.

Andrew Parsons: No, I wanted to ruin you and him together.

Does that mean Pamela Chapman ruined you and Nola Ganem because you wanted to be Harry Gural and Nola Ganem wanted to be Pamela Chapman? This make a marriage between Andrew Parsons and Nola Ganem look like a wanna-bee facsimile of Pamela Chapman and Harry Gural. Are they all equal now?

Andrew Parsons: We are all down and all through because now Pamela Chapman can't show her face in Newport Proper anymore and Harry Gural can't be with Pamela Chapman because he was with every woman and young girl we ever knew before.

> But Andrew Parsons wanted to do the same thing, and he sat in a Thievery Ring with a person, Daisy Briggs, his daughter spent 10 years in school with and two from Sunday School, Allegra and Antonia Chapman.

> If you shame and blame Harry Gural and Pamela Chapman, does this mean you need to be punished also for the same thing? You were after all a Kundalini initiator.

Andrew Parsons: Yes, but I don't do Kundalini like he can.

1292

Pamela's name
pamelachapman.com/.net
401.862.9898

<u>Andrew Parsons</u>:  I don't need to be punished, I need to be exonerated because I exposed you, <u>Harry Gural</u>, for what you really are and <u>Pamela Chapman</u>, you can never leave them because they all are him now. He will never ever he with you because he was with all of us.

First, and never ever will we understand who we think this is actually:  <u>Kaitlyn Johndrow</u> or <u>Laurianne Florio</u>?  They each wanted to best <u>Pamela Chapman</u> and, *"This is not how we thought it would go."* They said. *"We thought it was just a child's game of sorcery. Yet, we are all so engrossed in it.  Now, no one will ever remember why we insisted we be here, and yet, we are."*

*"We wanted to be big shots, just like you, but we are little ones and we play so small and cheap. Yet, we will remember <u>Cheap Monique</u>,"* just like <u>Kaitlyn Johndrow</u>, <u>David Johndrow</u>, <u>Christopher Johndrow</u>, <u>Maggie Johndrow</u>, <u>Laurianne Florio</u>, <u>Lorraine Florio Olsen</u>, <u>Diana Florio Beardsley</u>, and all the rest.

*"We thought this was something special."*

*"It's a lifestyle."*

*"We are all done and going home now."*

<u>Harry Gural</u>: You are now in it to the end.  And, <u>Pamela Chapman</u> and I are going home now together where we now belong. Ok, <u>Kaitlyn Johndrow?</u>  Because, if I had sex with you, I don't remember it, and you are nothing to me anyway. I was never with you physically, I could have been anyone to you in your imagination, right <u>Jessica Hagen</u>?

Ok, no one thinks this is funny except <u>Pamela Chapman.</u> You had to play the part you would never have agreed to play. You played it. No one helped you. We were all selfish and we could care less about you or your family. The same back at you.

<u>Emily Parsons</u> says <u>Harry Gural</u> must separate himself completely from this lifestyle and this realm and find a real relationship out there to be a different person and I understand my father and mother differently. That's all she will say. It was painful to listen to but she had <u>William Parsons</u> and T.M. and <u>Pamela Chapman</u> just refuse to allow herself to stay awake anymore and ruin her sleep night after night for this bullshit.
11:10AM

3:15PM

<u>Andrew Parsons</u> was babbling with and through <u>Nola Ganem</u> for 15 minutes over *"She had a f abortion in Nola's voice."*

Then it went on to say, *"She's a f ass liar* (in <u>Nola Ganem's</u> voice), *and if she and I were to be married* (<u>Harry Gural</u>) *then <u>Harry Gural</u> had better start sleeping with her because he is always walking around with all the other women."* Tonight he was with <u>Cathy Wicks (Kathy Abbate)</u> and <u>Nola Ganem's</u> new best friend, <u>Christine Bush, esq.</u> and a few other women.

Pamela Chapman
pamelachapman.com etc
18510425046

Harry Gural: No I was not. I was listening with Pamela Chapman and she kept falling asleep (She could not hear). Then he said, *"You were a f'ass jerk to the people."*

*"You had no class, no grace, no job, no money, no industry, no anything. You were too cool for your own good."* This is Nola Ganem's' voice.

If you needed to respond, Nola Ganem did it for you and she kept saying, *"No, Andy, I'm the one who's enlightened not you."*

And, then he said, *"She'd only marry Harry Gural if he were the last man to marry on earth."*

Yet, he also said, *"He couldn't marry her unless she was to sue him, so he's only marrying her to protect his money."*

Nola Ganem:  Well, that's the best excuse I have so far because I have so many goddamn excuses that if that is the only way I get married again I will, because Harry Gural is such a whore of the people and she can't stop writing this stuff down.

Now, Nola Ganem has excepted Andrew Parsons' offer of marriage all over again. That makes her wife #1. No, it is not. She is the 3rd and the 4th wives and Carrie Crosson Gilpin is still #1. That makes Carrie Crosson Gilpin the most important wife.
If Pamela Chapman is writing still, then Andrew Parsons stops, because he said the most obnoxious things next:

1.  She can't ever stop typing, and she types slowly.

2.  She can't stop yelling out to get her out of The Big Book Story. Make it over fast.

3.  She can't ever stop pinging Harry Gural and being a 1st class bitch.
    Harry Gural said nothing. She is ok with that.

4.  Pamela Chapman you are the best little witch I have ever laid my eyes on because no one will ever stop writing all this down, and you do.

5.  Andrew Parsons says well, *"I am a witch's tit because she and Harry Gural have no kundalini sex or masturbation in all in the last week."*

And, he will likely fall tonight or tomorrow at half-past 9:00 PM and no one will recount three more things because Harry Gural was off talking to someone elsewhere then I said the following things:

1.  Nola Ganem is the best offer to marry once Pamela Chapman is bedded down for the night.

Pamela Chapman
pmwchapman@cox.net
4016649495 D

2. <u>Pamela Chapman</u> has no other offers for marriage so why not stoop down so low (but <u>Andrew Parsons</u> waited to be <u>Harry Gural</u>…)

3. <u>Pamela Chapman</u> has no extra marital affairs but she is not affair material because while she can talk a big game she is so dead in the bedroom, that you'd rather be with a blow-up doll than to be having sex with her. Kundalini is different but it in really because she didn't ever get to the 1st stage (because she was never trained.), and now, <u>Nola Ganem</u> then said,

*"I can't f'believe that <u>Harry Gural.</u> He had better shape up or I ship him out."* We all started writing it down, so we could read it back because we all knew she was asleep, and we needed to let her know what he said.

<u>Martha Cummings</u> was not answering, so <u>Maura Lindsey</u> said, *"I'll write some topics down,"* and <u>Andrew Parsons</u> said, *"No, <u>Nola Ganem</u> can do it,"* and she said, *"But, I didn't go to college and I can't write or edit a sentence to save my life."*

He said, *"Ok then, I'll edit your copy."*

She said, *"Oh, no you won't because Salty Dog is dead, and that is your writing voice, a golden retriever."* (He really wrote like that, truth in the pudding…) No one will ever think you divorced when you did because you were having an affair, which you never had because you were on a spiritual path of ascension and now that he does not understand that, <u>Jim English, M.D.</u> said, *"Oh no, you did not."*

<u>Pamela Chapman's</u> <u>Tuning Forks</u> proved it was <u>Steven Punzak, MD</u> instead of Jim English, MD. Then something about fraternity pranks all over again. <u>Andrew Parsons</u> said, *"I do no such thing."* Then, <u>Nola Ganem</u> said, *"Oh, yes you did three times I believe,"* and he said, *"Oh yah, I'll sue you <u>Nola Ganem</u> if you say one more word."* Then, she said, *"Ok then, marry me out there, and we call it even,"* and he said, *"No, I'll wait out my own death sentence because it is so hard to tell if <u>Pamela Chapman</u> is kidding or not."* No it was <u>Saul</u> herself who said these things:

1. <u>Andrew Parsons</u> you die before age 70 for sure.

2. <u>Andrew Parsons</u> you are never going to remarry legally out there for too many good reasons.

3. <u>Nola Ganem</u>, you have committed extortion and blackmail in front of too many people all over again because she did the same thing to <u>Harry Gural</u> two months ago. He said, *"I he'd wait it out himself because she wanted a promise of marrying him, and did not get on."*

<u>Pamela Chapman</u>, it's <u>Harry Gural</u> for real. I make good on all my promises/It's me for sure. If I promised you I'd marry you, then I will, and <u>Nola Ganem</u> is such a low class woman with a Sandyhook in her mouth because she can't stop making men embarrassed for knowing her or stop blackmailing them into a relationhip, and now <u>Carrie Crosson Gilpin</u> is so back of the house. Yet, <u>Nola Ganem</u> did all this dirty work and kept <u>Carrie Crosson Gilpin</u> out of it. She saved <u>Carrie</u>

Pamela Chapman
pmcchapman@sbcglobal.net
[01-060265.16]

1296

<u>Crosson Gilpin</u> legally and socially because now <u>Carrie Crosson Gilpin</u> can sue <u>Nola Ganem</u> for moral turpitude or something like that.

<u>Pamela Chapman</u>, you can't stay awake at night. <u>Harry Gural</u> now knows how to get away with murder in your house. You live by day and <u>Harry</u> lives at night and never do the two of you meet to take or have sexolini.

<u>Harry Gural</u> now says, "If <u>Andrew Parsons</u> were to finish, how would he do it." He said obnoxious things at the start and finish, and they were the same things.
1. You had some f abortion or something like that in high school or college and,
2. **You had no major operations until you had two C-sections (violation of HIPAA, a federal law of privacy by a medical doctor.)** Then he said, *"No one will ever take me to task for these infractions."* Oh yes they will, just wait until she files for medical malpractice because if and when she does <u>Jim English, M.D.</u> is obligated to take you off of his medical insurance company roles, and he still is employed by them. No he is not. So now your new employer can decide without understanding your full life story. You left AAM on your own when they restructured. You thought the entire company would fold down. *"We all did,"* he said, but they only restructured and yet all the dead wood went. They lost the contract at St. Luke's to NAA and now.

<u>Paul, Pudimat M.D. and Marianne Pudimat M.D.</u> say Andrew Parsons, "You will never recover from this because no man, woman or child will ever forget that you ended by saying:
> *"Pamela Chapman, you are the worst wife, the worst mother, worst lover. The worst of them yet."*

They also said, *"We can never understand why some people commit such heinous crimes against each other especially husbands and ex-wives, but <u>Pamela Chapman,</u> you did nothing wrong and he did all of the talking and he was the one who stole your manuscript, and he was the one to re-marry all these wives. He is such a hypocrite ex-husband."*

<u>Suzie Shamanski /Wendy Schmidt</u> claims, *"She'd remember most of all, <u>Nola Ganem</u>."*

<u>Nola Ganem</u> said, *"Well <u>Wendy Schmidt</u>, at last I'm still wet and not all dried up like you are."*

And she said, *"Sweetheart, you'd be. If you order that yam jam from Leslie Howard she'll fix you right up and good because there are so many woman who have these masturbation problems."*

<u>Wendy Schmidt</u> then said, *"If you think about it, <u>Nola Ganem,</u> maybe you could make a cacao paste for your lower story. That would be your yam jam #2."*

<u>Harry Gural</u> will recover beautifully because the #1 reason you are out of this house for good and <u>Fred</u> his guide claimed last night at 5:30AM that no man had lost his marbles with these women like <u>Andrew Parsons,</u> but we think <u>Harry Gural</u> did also, but he started out with <u>Tara Plochocki</u> through Stockholme Syndrome so at least he had a decent excuse, and he has someone to pull him put but only when she is awake and writing it all down.

1296

Pamela Chapman
pmschapman@cox.net
101.06.2.05.16

I'm <u>Harry Gural</u> for real and he and <u>Nola Ganem</u> make such a good couple but so does he and <u>Carrie Crosson Gilpin</u> where is she? I need to congratulate her on a job well done because no one thinks this conversation will ever end because it took two hours to arrive here. Why?

Because <u>Harry Gural</u> likes to stop and pause for several minutes after each topic.

That is <u>Nola Ganem</u> trying to imitate <u>Pamela Chapman</u>.

It's to get everyone to mentally focus on <u>Nola Ganem</u>. If she perceives that <u>Pamela Chapman</u> does this, then she is now doing the same thing, and she is sitting and looking as if she is meditating.

He had two more topics:

If <u>Pamela Chapman</u> were to ever hear this, and she cannot, not any longer, then he would say, *"If she is such a great catch, why the hell didn't I unhook her and throw her back in the high waters?"*

He said, *"Harry Gural, you are so f'stupid if you marry her because then you and she will have to understand how two whores actually got together."*

<u>Harry Gural</u> said, *"I have no comment."*

<u>Andrew Parsons</u> said, *"Well, I have three comments:"*

1. You will never ever marry my ex-wife. She is too sly for her own comfort. She will route you out and discover too many Janes and Johns in your kundalini practice. No she will not. We are a monogamous couple now.
2. If you are monogamous, are you just like <u>Donald Jagoe</u> or are you like someone else who had too many wives because you had at least 4 in the <u>Thievery Ring</u>, and now so do I (3 women, 4 marriages).

<u>Harry Gural</u>:  Then take one more wife and settle down because if you understood anything in the last two or three days, you will discover you have copycat syndrome just like <u>Nola Ganem</u>, and <u>Tara Plochocki</u> and the others: <u>Monique Burgess</u>, <u>Grenville Craig</u>, and another: <u>Christine Bush, esq</u>. <u>Nola Ganem</u> wanted to be with <u>Harry Gural</u>. She wanted to be <u>Pamela Chapman</u>. Now, if there are five wives, it's time <u>Nola Ganem</u> to get a divorce.

Oh no f'way, I need several million dollar.

Ok, US court system will need a lawsuit filed with your name on it <u>Nola Ganem</u>.

<u>Pamela Chapman</u> can do that for you <u>Andrew Parsons</u> and <u>Nola Ganem</u> but will <u>Carrie Crosson Gilpin</u> be found guilty of high treason for her roles in this whole masturbation clinic because as you were all talking, the <u>Thievery Rings</u> were masturbating because <u>Carrie Crosson Gilpin</u> said

Pamela Chapman
pmcchapman@comcast.net
1-860-208-516

uncharacteristically, *"I'm all done and all through with you now, and I can't find my panties, so I'll just walk around naked like you do <u>Andrew Parsons</u> with a towel around your waist. Because your daughter has his routine down pat and dry, so now if you forget something some time <u>Andrew Parsons</u> just come back in here and your daughter <u>Emily</u> will set you straight because if she prefers to live with you, rather than her mother, we understand she had to be with you to forget all about a man in her future."* She has a <u>Twin Soul</u> so she is never alone in this realm. Not now, not ever, and she always had <u>Nan Moss</u> on speed dial. The mother set that up on February 4, 2-21, so that <u>Emily Parsons</u> could have proper protection.

So you see, she was the best mother ever because she took the best protection and gave it away to her children, and there was none left for her, but we will always remember that you tried 2-3 times to save <u>Andrew Parsons</u> when you thought he was in dire danger. And this is how he repays you, and often that is how men end up killing, literally, their former wives, i.e. Denise Brown and OJ Simpson. The pool boy in that divorce was involved or thought to be. She was rather innocent yet she was killed anyway and he got off legally. He is in jail on another matter.

<u>Andrew Parsons</u> claims, *"I'm all done for now, and I blow my own lights out."*

<u>Stanley Chapman</u> claims, *"You have two people who now know you were too innocent to ever understand your current situation, No one tells you anything, nothing at all."*

<u>Nola Ganem</u> last night after you fell asleep called <u>Harry Gural</u> and said three things that need to be repeated, and he is innocent, ok? Yes, indeed, he is innocent.

1. <u>Nola Ganem</u> and <u>Harry Gural</u> had an extra-long love-making session the other night. She and he were all too engrossed with each other.
2. <u>Harry Gural</u> will never leave <u>Nola Ganem</u> for <u>Pamela Chapman</u>, because <u>Marcella Lobo</u> and <u>Alberto Villodo</u> have fixed them up to be permanently separated, and <u>Harry Gural</u> and I were that insurance policy.
3. <u>Harry Gural</u> will never make you happy because if you laughed once you will never laugh again because I am no wife material. I am a true woman and I need a real man in my house, and <u>Sandy Nesbitt</u> just doesn't cut it anymore.

<u>Alexnder "Sandy" Nesbitt</u> now claims, "This is a <u>Nola Ganem</u> Shit Show par excellence because if she and I were never a romantic couple because if I were gay, she is also. She said last night, *"I am gay three times."* Now she wants to marry another man on a turn of a dime."

*"No, she wants to marry on the turn of an auric key."*

<u>Sandy Nesbitt</u> claims if <u>Rupert Nesbitt</u> (his brother) had to step back, so does <u>Nola Ganem</u> and <u>Andrew Parsons</u>.

<u>Stanley</u> claims, *"<u>Nola Ganem</u> can do as she pleases because she and <u>Andrew Parsons</u> have no business together,"* but he made a deal with Stanley that said, *"If I ever do x,y,or z, you can undress me in front of all the others."* So this is what he has to say now…

Pamela Chapman
pamelachapman.com.net
Release2-9547

In early October, I had a private conversation with <u>Andrew Parsons</u> and I told him if he married into the <u>Thievery Rings</u> a few things would happen, and all but one … So now <u>Pamela Chapman</u> do you remember any of them?

*"Yes."*

*"Our father can no longer remember."*

*"No. <u>Pamela Chapman</u> isn't saying anything, nor will she moving forward because once she hires a lawyer, you can say nothing any longer because you will be under the advisement of a proper attorney who will tell you must stand down."*

*"Well, <u>Harry Gural</u> says things, so I will also."*

*"Like what specifically?"*

*"Like he will marry my ex-wife next year or the next after that."*

*"Well, you and <u>Cathy Wicks</u> talked about marriage."*

*"Yes, but I never said, "Yes."*

*"Well, I never asked <u>Pamela Chapman</u> properly. Not yet."*

*"Well, I don't think you ever will because you and she can't get together to shag each other."*

<u>Stanley</u> claims, *"He promised me, if he were sued for anything, he'd stand down, and he'd stop drinking alcohol because it puts him in his psyche too quickly."* He now claims to have over 30 copies. This puts him right up there with narcissistic people. It also claims to take away any of the divinity spaces that give you love, peace, joy, and comfort. So this means he has little trace of that.

*"If we are to finish properly, <u>Beatriz</u> must now stand down, and take <u>Andrew Parsons</u> with her and take herself out of him completely. This is her contract with me personally."*

<u>Beatriz</u>: Ok, <u>Stanley</u> I will stand down and take him away because if he thought <u>Pamela Chapman</u> was crazy, stupid, classless, this really did him in because she did not say anything while hearing this. She is rather quiet when she is writing it all down.

*"<u>Andrew Parsons</u>, you must always remember you cooked your own goose, and <u>Pamela Chapman</u> will sue you in a US court of law once again, and you will pay her several million dollars, and give her your house. If you and I had any understanding at all, your parents disowned you, once they died, and so did all of your siblings, and when you mother died (or was still alive), it was <u>Alberto Villodo</u>, <u>Deborah</u> and <u>Pamela Chapman</u> who helped her to the other side, not*

Pamela Chapman
pmc.chapman@comcast
1(1)-000-9516

1300

*your family members who disowned you in here. My daughter, **Pamela**, made sure someone showed up for you at the time of **Kamala Harris'** abduction."*

*"This is exactly what you chose because you thought it was how Harry Gural got in initially and you always wanted to be him. So, Harry Gural has to understand that no matter how badly his life went, Andrew Parsons still wanted to be him."*

Harry Gural: Ok then, Andrew Parsons, then you never had two children, nor were you a medical doctor, nor did you ever have a legal wife of a few decades. I had none of that, and you want to throw it all away?

Andrew Parsons: Yes, because my ex-wife still prefers you to me, and I had all the proper credentials.

Harry Gural:  Did you nurture that relationship?

Andrew Parsons: Yes, just fine, thank you.

*"That is the crux of the problem. You had no idea who she really is, and just look at you and **Carrie Crosson Gilpin** and **Nola Ganem**, you already understand each other much better than you did **Pamela Chapman**."*

Carrie Crosson Gilpin claims, *"Harry Gural, you and I did the same. Yet, we don't really like each other."*

Harry Gural: No, we do not, but it's because I was twisted in my psyche to prefer Monique Burgess and Nola Ganem who are too cheap for me anyway, and at least you graduated from Connecticut College.

Carrie Crosson Gilpin: So, education is important to you Harry Gural?

Harry Gural:  Well Carrie Crosson Gilpin, I think you already know my answer. So, let's have it out.

Carrie Crosson Gilpin (It's really Andrew Parsons):  No, I'm Carrie Crosson Gilpin talking as Andrew Parsons. No, it's Saul as everyone all over again. Now, Saul must stand down and get out of the way.

If Andrew Parsons has any other issue, go see Stanley personally because if you go to Pamela Chapman, she will get a restraining order placed on you.

It's not necessary.

Once a lawsuit is filed, harassment always gets worst. Then, Nola Ganem and Carrie Crosson Gilpin will do all of your dirty work. So will Monique Burgess, Cami Burgess, Bethany DiNapoli,

1300

Pamela Chapman
pmchapman@cox.net
401-662-9516