Dominique Alfandre and Nora Deidrich because they all formed a new Thievery Ring III to avoid overlap with Thievery Ring II (David Johndrow, Katlin Johndrow, Kaylie McCullough, Kristin MacMannis, Maggie Johndrow, Dina Karousos, Laurianne Florio, Diana Florio Beardsley, Lorraine Florio Olsen, Cole Burgess, Cami Burgess, and a few others previously listed elsewhere. ).

What is their new main purpose?

The same as before: Destroy Pamela Chapman at all cost.

Carrie Crosson Gilpin steps down and out completely. So will all the others except Nola Ganem who wants to be a #1 wife. Maura Lindsey is not an official member of any ring because she is a bonda fide Kleptomaniac-afflicted individual.

You have your court case right here.

Saul has too move out of these three individuals:  Andrew Parsons, Nola Ganem and Alberto Villodo who has been trying, but can't understand how he was so mean.

*"Oh yes, he can."*

*"No, not really, because we wiped his psyches clean and once wiped clean, you get very clean."*

Saul can't take away psyches. His guide will not either because it will help Pamela Chapman's court cases.

Harry Gural:  I will talk to you shortly Pamela Chapman because I have one more topic. If you so help me come near Pamela Chapman ever again, I will punch your lights out Andrew Parsons, Carrie Crosson Gilpin and Nola Ganem and all the others because I now understand how and why she was excluded from several conversations.

It's all in the psyches and masturbation clinics and without them you know nothing at all. This is why Tom Hockaday's House was so important, and why no one will ever admit that it all began there one November evening because once before Thanksgiving in 2020 someone said, *"Why did we not go to Tom Hockaday's house earlier?"*

This is exactly how and why we are so bonded together, and Monique Burgess got Harry Gural to get over-involved so as to catch up, but now that he is out of that, they seek to twist his psyche up every chance they can get.

Carrie Crosson Gilpin, you did not best Pamela Chapman. She got you all but good.

**6:52AM**

Pamela Chapman
pam.chapman@comcast
404.40.2.6626

1302

**Today, Easter Sunday, April 17, 2022 at 7:00PM**,  A guide exposed an auric hum. You could not hear it. It is noise below the hearing level, but it is loud and needed to be removed. Several guides and people could have removed it including, <u>Marcella Lobo</u>, and <u>Alberto Villodo</u>. This is a special request to remove the base layer. We tried this one so many times, and we could not get there.

**7:20PM**

**4:07PM**

<u>Andrew Parsons</u> is a dead ringer for *Gone Girl Gone*, and will absolutely get it.

<u>Andrew Parsons</u> now says 4:26PM he is no longer sitting in any psyche and he appreciated his ex-wife's advice on how to stop drinking via instructions to the psyche. *"It is very powerful and it will work,"* he says. *"You are smarter than I ever imagined possible. I will never stop underestimating you **ever again**, and you and I will meet in a court of law over whatever happened at Newport Hospital and over the fraud I committed in stealing and distributing your manuscript <u>Barefoot in Heels</u>."*

I, <u>Carrie Crosson Gilpin</u> "will never understand how I keep thinking we will best you in everything we do. We always lose. Yet, we keep doing it. Yes, we all understand how loud this is for you, but we do not care one bit if it bothers you, and **if it makes you psychotic, we are proud of ourselves.**" (As an enlightened woman she can't ever be psychotic.)

I, <u>Nola Ganem</u> "have several issues that must be dealt with psychiatrically because I am so cruel and mean that I am no longer invited to anything in our community, even though I grew up here in Newport. I am not stupid, just not well-educated. I love being with sorcerers, especially <u>Alberto Villodo</u>. I got every man I wanted – 5 sorcery husbands, but they were never enough to satisfy me. I spend far too much time masturbating, and once I became the third wife of <u>Andrew Parsons</u> I committed myself to besting <u>Carrie Crosson Gilpin</u>, just like I did with her and <u>Harry Gural</u>. I did best <u>Monique Burgess</u> and that ended in an all-out dual over masturbation clinics and almost cost <u>Harry Gural</u> his manhood. I promise to look into cacao as the new yam jam because no one will want my chocolate for anything else."

I, <u>Kathy Abbate</u> "have too much respect now for these <u>Thievery Rings</u> [a witch's coven] because they are too strong and effective.  No one should target another human being like they did and on my neighbor. I do not have to like her, I just live next to her. I know she would have trimmed her hydrangeas but no one gives her mental space to think. If she thinks we attack her for her thoughts, and we attempt to destroy her for things and actions, she does.

I, <u>Kayla Abbate</u> finally stand down.

1302

Pamela e Tanguay
pmiela(hotmail)cox.net
101-660-9516

I, Rick Abbate can't see straight right now, but my family will start to function more properly in the community, or else no one anywhere will live near us or hire us for anything. You have no idea how many people in the world tune into this, and Pamela Chapman, you have done everything you could to stay sane. Yet, we work to trip you up every day. My hat is off to you because my family could not remain like you have. Yet, you claim, it has destroyed you. Maybe, yes maybe no, but we all agree this must stop, Andrew Parsons is out of control and we no longer want to witness this parade every day. 4:36PM 12-28-21 (They sold their house as of August 1, 2021 and are finally moving aut around September 30.)

I, Alish Abbate will use my real name moving forward as I am always Alish but I am really Kathy, and Alish is not ever usually involved, but she has been.

I, Sean Abbate started only recently, but I will step down and forget I was ever here otherwise I will never leave this Thievery Ring, and will only align with another.

I, Monique Burgess promise never to do anything to Pamela Chapman ever again. This is so out of control now. We never understood your divorce or book, but I think some of us might now. Let's get it published under your own name (and own editing.)

I, Bethany DiNapoli will stop trying to best my cousin-in-law and step down completely. 4:39 PM

Pamela Chapman recognizes that this noise is a cat fight between sorcery spouses over three men: Alberto Villodo, Harry Gural, and Andrew Parsons. These women are all fighting for position with the man. They are all jealous of each other and the victim. That turns into a desire and push for power such that one then has power over that which it is jealous of.

I, Harry Gural had no real understanding of any of this. Now that I can see the big picture, there was far too much torture directed at Pamela Chapman for no good reason except to exclude her from kundalini exercises and to make sure she I had had no opportunity to be friends or a partner of Harry Gural, or anyone else for that matter. In kundalini lore, any man who is a kundalini master will never have a close intimate relationhip with a female. It destroys your closest desires and closest intimacies. Since I bragged to Tara Plochocki that Pamela Chapman and I had kundalini heat together, she worked to keep us apart and destroyed. That was the mission of Kamala's Table anyway. When she left in September, my psyches were so twisted, I never left when I should have. I got deeper and deeper into The Game. The Thievery Ring all said we were each other's reciprocities. Yet, my only reciprocity is with Pamela Chapman. 4:55 PM dictated by Harry Gural and directly typed by Pamela Chapman.

Pamela Chapman continues to always be excluded from night time conversations with either walls of nose or what one might call quiet – yet they hear and perceive everything of hers yet she cannot hear anyone else. No matter how low her hearing is at its natural level, the walls of noises and hearing games continue. They started with Alberto Villodo and went on first to Carrie Crosson

Pamela Chapman
pmchapman@cox.net
401-662-9856

1304

Gilpin, then to Nola Ganem, And Andrew Parsons and really the entire thievery ring could control her hearing with a magic wand which was nothing more than a pencil or something of that nature. It was taught by Harry Gural and Alberto Villodo. **5:01PM 12-28-21**

I, Nola Ganem am never going to do this ever again because if I do, Alberto Villodo and Marcella Lobo will do things to me that are so demonic I will finally understand why I was left out of being the only spouse of Alberto Villodo that was not targeted by noise in the aura.

I, Marcella Lobo do not recall creating this, but I create so many of these I never can remember from day-to-day what I actually do, so reading it is a pure treat for all of us.

I, Alberto Villodo will solemnly promise to uphold my promise to you Pamela Chapman to make this all better yet today was not the day it actually started.

I, Pamela Chapman do ask why this war for noise and silence – or exclusion from conversation must continue? They war is over, and we must get back to our previous lives, including myself. Then

On December 28, Beatriz and Zenia Theresa and the four Guides did not expect you to get this.

We would have eventually because it is a copy of what Andrew Parsons put in Harry Gural and Pamela Chapman two days ago that woke us up around 3:30-4:00PM. It was also planted in a number of other people. Was this true today?

Just Andrew Parsons and Carrie Crosson Gilpin today, but Nola Ganem was the mastermind. Harry Gural believes this is also a war between Nola's Guide and Carrie's Guide over which woman is more important to Andrew Parsons as a spouse. Nola Ganem wanted to be wife number 1 instead of wife number 3, and she set out to stage a war in Pamela Chapman's aura to prove her worth. We all agree. Petty winery jealousy that has to exert power and control to win. They used the victim as their game board, because after all it is just a game to them, and a life to Pamela Chapman.

Your son and daughter completely agree. Our father has no self-control and can no longer understand proper social etiquette in and community or society. He has no business as a medical doctor any longer. Is there an oath medical doctors take to promise they will never inflict pain and suffering on another?

Just the Hippocratic oath. That is not a law.

Andrew Parsons now says 4:26PM he is no longer sitting in any psyche and he appreciated his ex-wife's advice on how to stop drinking via instructions to the psyche. It is very powerful and it will work he says. You are smarter than I ever imagined possible. I will never stop underestimating you ever again. You and I will meet in a court of law over whatever happened at Newport Hospital Foundation and over the fact I committed to stealing and distributing your manuscript *Barefoot in Heels*.

1304

Pamela Chapman
pamelachapman@cox.net
401-662-9516

Tara Plochocki departed in early September and somehow my psyches were so twisted that I never left when I should have and I got deeper and deeper into this game of reciprocity of relationhip. The Thievery Ring all said we were each other's reciprocities, yet my only reciprocity is with Pamela Chapman. 4:55 PM Dictated by Harry Gural and directly typed by Pamela Chapman. [Note: Harry Gural's psyches have all been dissolved. One was needed for a showdown with Andrew Parsons early this morning, and all night as he mimed and impersonated Harry Gural, a man he claimed to hate, yet admired tremendously and wanted to be him.]

They war is over, and we must get back to our previous lives.

### December 29, 2021
### 7:57AM

Harry Gural married cheap Monique Burgess around 6AM. This after a long night that started around 2:30AM **when a loud obnoxious noise filled** the entire realm. **Pamela Chapman started screaming, "Go the f'away," and Harry Gural said nothing as usual**.

It all started because Pamela Chapman and Harry Gural were having a very private intimate conversation, and suddenly it was apparent the entire world was listening to it. Pamela Chapman got so upset because her new guide, who was calling herself "Maria" (It was Fred/Samuel) told her *"No one can get close to either one of you."* Yet, the noise appeared as a carbon copy of a half-psyche that Andrew Parsons put in her and him a day or two before.

The **half-psyche technique is a Beatriz** - **Zenia Theresa specialty**. That really is Saul, Jerry Slocum, and Samuel. **They began on October 6, 2021**.

Once Pamela Chapman realized there was a security breach, she started screaming, *"Where is my guide? Where is the guiding realm? How did this happen?"*

The noise got so loud, she carried on as if it were a day or two before, before demanding answers. Somehow Nola Ganem's name had come up as being responsible for the noise last night. No, it was Andrew Parsons' responsibility.

He said, *"If the two of you were asleep and they were, then he would place a newer invention called a digibox in her."* It is something Kamala Harris uses, and that Roger Kass and Becca Bertrand had implanted once in Pamela Chapman before.

Pamela Chapman
pamelachapman@comcast
[redacted]

1306

Once that happened, and the noise went away, <u>Harry Gural</u> was so bullshit not at the situation but at <u>Pamela Chapman</u> for over-reaching to the situation. <u>Pamela Chapman</u> just turned over and went back to her nap because she was not yet in bed. She was so betrayed, that once betrayal becomes an abusive situation, then it becomes a ritual, and it had with both <u>Harry Gural</u> and the guiding realm. That was <u>Samuel</u>.

> That is exactly what <u>Harry Gural</u> did to <u>Pamela Chapman</u>: Ritualized abuse. So did everyone else.

They claimed, they did not know you were a Hebrew lighting rod. What difference does that make especially now?

The guides all say, *"You are so special to the realm. Yet, we treated you like shit."*

Then, she learned **<u>Harry Gural</u> knew last night that 12:30AM, an attack would come**. Somehow **he always has a warning from one of this whores. He just steps aside**.

But all night long, if she heard anything, and she heard almost nothing, <u>Roger Kass</u> and others said, *"How could you do this to <u>Pamela Chapman</u>? How could you set kundalini exercises back like this?"*

He said, *"It would take him four days to recover."* That was <u>Harry Gural</u> from <u>Pamela Chapman's</u> shouting. The very shouting that protects her, pushes him back away from him into betrayal by him which becomes for him a practice of ritualized abuse.

He only cared about having kundalini exercises pushed back. She is his only available partner. They all got on him for that.

Then, he said, *"I am with <u>Monique Burgess</u> and several others because I was looking for sympathy for having to be with <u>Pamela Chapman</u>."* That was all <u>Harry Gural.</u> Then later on, he professed to love her, but she **could hear nothing because <u>Nola Ganem</u>, <u>Carrie Crosson Gilpin</u>,** and then the entire **<u>Thievery Ring</u>** put so much noise around her she couldn't hear a thing.

This is the whole pattern re-occuring all over again. He had a pattern with <u>Tara Plochocki</u> of speaking simultaneously in truths and lies. He went on and on about how if he wants to get close to <u>Pamela Chapman,</u> then the whores, especially <u>Nola Ganem</u> and <u>Monique Burgess</u> make <u>Harry Gural</u> get closer to them instead.

> Because the whole game is to make sure he can't pull her out. He needs to be pulled out to pull her out, and he avoids being pulled out by being with these other women. These sirens seduce him nonstop, and use psyches and other sorcery tools to manipulate the situation.

We know <u>Harry Gural's</u> erection and intercourse challenges are due to a cat fight between <u>Monique Burgess</u> and <u>Nola Ganem,</u> where <u>Monique Burgess</u> had to have <u>Harry Gural</u> as her trophy. She

1306

Pamela Chapman
pmchapman@cox.net
401-662-5718

started masturbating with him all the time and drained him. She puts too much propaganda in his psyche.

Early this morning, <u>Harry Gural</u> declared he got what he was searching for, which was a dialog about how every day <u>Monique Burgess</u> had a manifestation of intention about <u>Harry Gural</u> staying far away from <u>Pamela Chapman</u> always, and he was forced to align with, marry, wed and bed <u>Monique Burgess</u>. So they said. Now the entire guiding realm says, *"We didn't see this coming."* <u>Bethany DiNapoli</u> did the wedding ceremony. The entire <u>Thievery Ring</u> group watched and listened.

[Note: <u>The Big Book Story</u> is about getting out of <u>The Game</u>, that is the entire mission, yet it is confused with <u>Harry Gural</u> marrying a woman which re-starts <u>The Game</u> all over again.]

<u>Roger Kass #2</u>, who was <u>Andrew Parsons</u>: <u>Roger Kass</u> can no longer speak in this realm. (Not true.) He said, *"I'll meet you at Stoneacre, if necessary, because he is here in Rhode Island to somehow explain everything such that kundalini exercise could get back on track."* That was really <u>Roger Kass</u>.

<u>Roger Kass #3</u>, who was <u>Andrew Parsons</u>: We never speak in this realm because we don't have any energy of coherence. Early this morning to shut you up, I screamed, *"You had an abortion when you were 17-18-19-20."*

*"How long did you scream for?"*

<u>Andrew Parsons</u>: Ten minutes or so because you bring that to every f conversation now.

*"Do you realize that worldwide everyone knows how stupid and insensitive you are to women in general?"*

<u>Pamela Chapman</u>: It is a political hot ball, and you want to advance your right-wing republican values here. You are also a medical doctor. It is imperative that you show yourself in a more politically neutral way. Do you fail to understand social norms in every realm? Because over the course of our marriage you failed to exercise proper social norm behavior in many social situations. I got tired of being your parent all the time. And, you did not listen anyway. So, <u>Harry Gural</u>, do I have to also be your f parent?

<u>Pamela Chapman</u>: <u>Andrew Parsons</u>, we don't talk in here because we have different styles of conversation and different topics of conversation. Since the global mesa of 2-4-21, which you started, all you want is answers to three questions and then you beat me over the head with a board and a brick, and you said, *"I beat you into the ground until you are beaten to death."*

He has never wavered on this. He told me because I specifically asked him, *"If I admit to something I did not do to shut you up, what will you do?"*

He said, *"The exact same thing. I will not go away until I have beaten you to death."*

Pamela Chapman
pmelachapman@cox.net
101-662-0510

1308

Now, you have moved on after ten years from the marital infidelity question because you absolutely cannot prove it, and the man in question is my Twin Soul. Then, you moved on to abortion.

Harry Gural: We have no tolerance for Pamela Chapman's screaming in this realm. I am not actually Harry Gural. Yet, we acknowledge it is the only way the Guiding realm actually responds to her, and this is a Guiding realm war story. There are seven wars which is typical for The Big Book Story. No problem, that you screamed and shouted a lot because you are not a screamer usually and because **if you did not take the initiative to do something, no one else did**.

Pamela Chapman:  Why is there so much background noise? Is that Nola Ganem, or Alberto Villodo?

It is all Saul because last night, she and Samuel collected people and counted how many were on both sides and how many couples did they create together?

Zenia Theresa: We don't actually create couples.

You do, but you were supposed to put Harry Gural and Pamela Chapman together. Yet, Pamela Chapman heard last night that Zenia Theresa and Beatriz do exercises that prolong the guide wars by creating obstacles and pitting them against each other. Is this true?

*"Yes."*

Last night at 12:00AM, Zenia Theresa got her people, and Beatriz collected hers, and we created a sound tunnel.

*"No, Beatriz got Jerry Slocum to create noise."*

Andrew Parsons had created a digi-box, a human form of a half psyche. **At midnight when both of you were napping on your sofas,** Harry Gural **was not in bed either,** Carrie Crosson Gilpin placed one in Harry Gural**, and** Andrew Parsons placed one in you.

This is similar to one Kamala Harris put in Pamela Chapman in October. The same day it happened – it as a late Saturday afternoon, she got Kamala Harris to remove it. These digiboxes allow a person such as Kamala Harris, and now Andrew Parsons, to actually yell, and I mean yell loudly  like a marine drill sergeant. It is always extremely loud and obnoxious. The point is to quickly make you subservient to whatever their desires are. When Kamala Harris placed one in her through Roger Kass and Becca Bertrand (They came together), Monique Burgess and Cole/Tom Burgess arrived at the same time and **sexually assaulted and raped her**. It felt like she had a basketball shoved up her vaginal canal.

Monique Burgess claimed she learned how to do this from Marcella Lobo to make Pamela Chapman feel more intensity because somehow it wasn't enough for them whatever they were previously doing in their sorcery. There was an introduction to what would go on in that space. It sounded like

1308

a middle eastern call to mecca on the outdoor loud speakers (she has heard these in the middle east so she knows what they sound like.)

### Is this the Newport Witch Trials?

Pamela Chapman:  My new guide promised no one could ever get close enough to do something like that again. How did the guides of Pamela Chapman and Harry Gural allow this to happen?

The guiding realm saw it all and said nothing. It was Maria and Fred, who is simply Samuel himself.

Then, Harry Gural woke up and sensed something.  Monique Burgess told him, *"Just stop by later and I'll explain everything."*

Roger Kass heard that. , when Pamela Chapman awoke they started talking in a really cute intimate way.

No one said one f'word that they were not private.

Pamela Chapman caught on and **started screaming, "Who the hell is listening? Get the f' out of here."** Gabby Bernstein taught her to do that to clear the realm. Dave Gillette said the same thing from the senate staffers and analysts.

She did as she was instructed. **The diplomacy she had been using got her nowhere, but torture for months on end 24/7.**

Harry Gural has no real idea because he was always pleasuring himself at night and socializing. This happened in the day time also with all of his cocktail ice tea meetings.

Then, Roger Kass said, *"This has to stop now because this will go on for many pages saying nothing. They all do, page-after-page just to wear you, Pamela Chapman, out."*

*"You have no respect for me at all."*

Nobody does. Not even the guiding realm. That is because it was Samuel. (If you don't out Samuel, and replace the guides of Harry and Pamela who is always just Samuel then The Game just re-starts itself all the time, and neither gets out of The Game.

What the does Harry Gural want?

Obviously, he wants to be released from the shackles of Pamela Chapman, but that is Guide War stuff. This is Samuel propaganda.

Roger Kass says Harry Gural professed his love for you last night, and you said at one point, that's just this Shit Show dialog to get something he wanted. It absolutely was not that. It was something else.

Pamela Chapman
pamelachapmangreenwich.net
(203) 629-2009

<u>Roger Kass</u> will narrate <u>Pamela Chapman</u>. I said, *"I'd tell you, but you must write and type because he will fry for sure now. <u>Harry Gural</u> will fry…"*

<u>Roger Kass</u> told everyone, *"<u>Harry Gural</u> has finally broken through to <u>Pamela Chapman</u> and have her full love and devotion and attention. I can do anything I please to her, and she will always follow me. She is that manipulatable."*

<u>Pamela Chapman:</u>   A guide just turned down my volume? Why?

*"<u>Roger Kass</u> cannot continue now."*

*"Oh, yes he can, and she will demand it."*

*"<u>Harry Gural</u>"* said, *"Ok, I'll play,"* because <u>Roger Kass</u> wanted everyone to know last night that kundalini exercises could not continue unless <u>Pamela Chapman</u> and <u>Harry Gural</u> got together.

And <u>Andrew Parsons</u> and <u>Carrie Crosson Gilpin</u> said, *"Those don't matter to us. We aren't good at them. We masturbate instead."*

<u>Roger Kass</u> said, *"If necessary, he'd tell her even in the morning, and he will no matter what."*

<u>Roger Kass</u> said, *"Anyone with children especially knows that you can have an argument and then a short time later you must recover and do something like eat together."* **We together have some kind of profound togetherness.**

<u>Pamela Chapman</u> even said, *"You have no idea what a real relationship is like, do you Harry Gural?"*

<u>Harry Gural</u> has stupid answers.

Then, later <u>Carrie Crosson Gilpin</u> and <u>Nola Ganem</u> clogged up your ears, and when we all demanded, they unclogged them. The noise got louder. <u>Pamela Chapman</u> could hear less and less.

<u>Pamela Chapman,</u> you went back to sleep, and the realm's noise ceased immediately. Just like always.

Around 5:15 or 5:30AM, the realm closed its doors because at 4:30AM <u>Pamela Chapman</u> actually spoke. <u>Harry Gural</u> said it would take days for him to recover from the trauma of her screaming to protect both of them from people and guides collectively. The guiding realm said the room was "closed" and everyone had to go home.

<u>Andrew Parsons</u>:  That's ok, I'll visit <u>Monique Burgess</u> in the psyche. That was <u>Harry Gural</u> because he had been to see <u>Monique Burgess</u>. Yet again, if in a day or so ago, the same middle of the night visitation happened, it precipitated an avalanche. It happened again. So then what happened after it closed, and the psyche room opened up?

Pamela Chapman
pamelachapman@cox.net
401.662.905 16

Harry Gural somehow gained four psyches one night. Two were from Monique Burgess. Two were from Dominique Alfandre, and two were from Bethany DiNapoli and one was from Andrew Parsons M.D. because he claimed Harry Gural needed to see a psychiatrist after being with Pamela Chapman – a real screamer.

> Pamela Chapman, if Andrew Parsons thinks he is Harry Gural and is the real copycat, he is saying he himself really needs a psychiatrist.

Roger Kass claims, *"We are all caught up now, because out of nowhere we all just had our private conversations with whomever was nearby."* Yet, you had no one except Harry Gural who was actually not nearby. He hates to be in a bubble with you and you usually falls asleep. That is the difference right there because when he is with the whores, he is up all night talking because Bobby McDermott, Richard Neal, and Linda Plochcocki, trained him that way.

So everyone was just having a small private conversation, except Harry Gural was no longer talking to everyone. So, Monique Burgess called him up on her psyche machine and couldn't find him. Then she sent out a Sologande pulse from her groin and got him in his groin. She then said, *"Come see me right away, ok?"* That part is true. Because at 6:15AM or so after she and Harry Gural were married, she sent out a pulsing to Pamela Chapman's groin to make the announcement of their nuptials. No, that was supposed to be Dominique Alfandre but Bethany DiNapoli took more credit for it.

Then out of what seemed like nowhere, the realm re-opened, and it was announced for sheer joy and delight that Monique Burgess and Harry Gural once again were wedded in shear marital bliss, and that they expected Pamela Chapman to begin screaming again. Yet, she rarely does when these things happen in her life. Why is that Andrew Parsons?

He says, "She writes them down and studies them."

*"Not true."*

She thinks about them for a long time, and then reacts but rarely ever reacts in the situation. It allows her to survive anything. It is trauma in the aftermath that always gets her. Never in the moment. Only then does she ever realize in the physical body (which is trauma) what the heck she actually lived through. Then, she has a meltdown, but never in the moment. Didn't you know that Andrew Parsons?

> The true definition of trauma is that it is in the mind-body. It is the freeze of Fight, Flight or Freeze.

No, he did not.

Harry Gural: I know this to be true. I absolutely over react, and she didn't react. And then she reacts in a completely neutral place.

*"Yes, she does."*

Pamela Chapman
pamelachapman.com/net
InLove\_Gura

<u>Pamela Chapman</u>:  It's odd and unusual, but it is an intuitive system that she has had her whole life. So if you see her over reacting in the moment, then something is caught in her yin fascia tissue system that must somehow be attuned to and attended to right away.

*"How do you do that?"*

*"A diet of hot dogs and chili."*

*"Where do you buy these?"*

*"Where the hell do you think? The store. And make your own special sauce, ok? But don't count on me to tell you what the hell is in it. It changes slightly every day, ok?"*

*"Ok, then I change my diet immediately to cauliflower crust pizza from Burger King."*

*"Oh, yes you do."*

<u>Monique Burgess</u>:  Ok, then I just moved to the US Virgin Islands and I hang out on my boat until the flood subsides. I will never ever return to the mainland. I promise, until I am able to be properly socialized. I talk to my animals /dog with me. Don't leave any of you dogs tied up in the backyard behind the kitchen. And don't forget the kielbasa, ok? No ….today, ok?

<u>"The Boys and Girls Club brought it all up yesterday."</u>

<u>"That is code for something you don't want to know Tamaso."</u>

<u>"No, that is AH Harris & Sons."</u>

*"No, it is Guida's milk truck. They are all on the run."*

*"So what the hell happened?"*

*"If you need a f'recipe, don't come to me, just go straight to North and Judd. They have everything you need. Well, there are hotdogs everywhere, ok? Right next to the VA hospital."*

<u>Roger Kass</u>:  I'm in a tunnel because that was local for some, for sure.

<u>Roger Kass:</u>  It's the end of the month, the end of the year, the end of an era, the end of the end. It is not me. Get a huge bonfire going and have a routine of all of our families because someone shot or killed something, and we will not stop at anything until we get them in a Mercedes sedan.

She is too much for all of us. Well, at least <u>Andrew Parsons</u> has no idea what the hell she is really talking about. You did this little circus routine every day.

Pamela Chapman
pamelachapman@cox.net
860.662.9550

Mine is not toxic, just funny, and you'd better spill all your f'beans because the guiding realm will spill for you if you can no longer function properly in this universe of souls.

<u>Guiding realm soul #3</u>:  No one thinks <u>Pamela Chapman</u> is out of control, and no one thinks she is harming anyone except her own body when she is screams. Most do not ever know her voice or how she was raised. Only a few and all of her guides. Ok, <u>Andrew Parsons</u>? Because you know but most do not. No one in the <u>Thievery Ring</u> knows except for you.

He did not even know that.

<u>Guiding realm soul #4</u>:  We could care less how many wives anyone has. They claimed to have married <u>Pamela Chapman</u> and <u>Harry Gural</u> almost 20 times, and if married, they are not a single bit. Then, they said, *"The guides did not hook them up anyway."* <u>Jerry Slocum</u> put <u>Becca Bertrand</u> in a bubble in <u>Harry Gural</u>, reserved for reciprocities of relationships. [Note: There is no such place.] <u>Pamela Chapman</u> could never ever got close anyway. <u>Becca Bertrand</u> claims she had no idea.]

*"Oh, yes she did."* <u>Jerry Slocum</u> promised <u>Becca Bertrand</u>, <u>Harry Gural</u> would marry her out there.

<u>Guiding realm soul #5</u>:  We could not tell what <u>Harry Gural</u> was up to each morning but he always tells <u>Pamela Chapman</u> that he has a plan, and they usually do not, and then she suffers. He loses as much as he ever gains.

<u>Pamela Chapman</u> is so f' indifferent to his antics.

*"So aren't the rest of us."*

*"Why did, or why not, or what is the next chapter?"*

<u>Saul</u> and <u>Samuel</u> obviously had some home court advantage last night and didn't stop. The guides that took over for <u>Harry Gural</u> and <u>Pamela Chapman</u> were shamanic guides, or they were not. No, it was Samuel, plain and simple.

<u>Melchizedek</u> realm had better weigh in. This whole escalation will re-start all over again, and it has to some degree.

When will <u>Andrew Parsons</u> get out of this f'story? If <u>Harry Gural</u> is really this off key,  get him the hell away from Pamela <u>Chapman</u>, and if he is not, then stop this f'abuse and betrayal.

<u>Harry Gural</u> has no other plea than quilty as charged.

Why?

Pamela Chapman
pamela@pamelachapman.net
Hidden 2005 to ...

1314

He chose his path as the path of redemption. The guiding realm claims <u>Saul</u> did this to him to save him from you, <u>Pamela Chapman</u>.

<u>Saul</u> today is absolutely <u>Andrew Parsons</u>, and <u>Andrew Parsons</u> thinks he must save <u>Harry Gural</u> because <u>Harry Gural</u> is him and he is <u>Harry Gural,</u> so if he saves <u>Harry Gural</u>, then he saves himself.

Does <u>Andrew Parsons</u> need psychological care?

*"We all think so. This is not mental wellness in any proper community group setting. If <u>Andrew Parsons</u> is not socially normed, then he thinks neither is <u>Pamela Chapman</u>."*

"Why?"

*"Because she has no people in her life, and she is isolated and isolated people are strange."*

*"No, Starbucks keeps her on track."*

*"No, they do not."*

*"Oh, yes they do. She has all she needs in her own cocoon. You are all so f'abusive."*

*"Oh, yes. You do not need to swear.  We hear you* **Pamela Chapman**. *"*

*"Well, <u>Andrew Parsons</u> swears up a storm. It is his language of intimacy. Ok?"*

<u>Roger Kass</u>:  Then we change our language right away. <u>Harry Gural</u> has no good understanding of human intimacy or relationship. He plays so many games to make a point. Yet, he kills the story to make a point. His point today? He will do exactly as he likes, whenever he wants to.

<u>Pamela Chapman</u>:  He already told me, *"He only does what pleases him in the moment and everyone else is responsible to themselves."*

<u>Roger Kass</u>:  Then you and he have no real relationship moving forward, and you already have that, but you needed him to get out of <u>The Big Book Story</u>.

<u>Pamela Chapman</u>:  Yes, I did. I had no choice in the matter, but he thinks he did.

<u>Guide</u>:  <u>Roger Kass</u> has no business here anymore and <u>Andrew Parsons</u> will get slammed in US Federal court for all the abuse he levied on the book, *Barefoot in Heels*, with <u>Roger Kass</u> and <u>Happy van Beuren</u> last night.

<u>Guide on the other side</u> says, *"Here is what <u>Andrew Parsons</u> did. He will never be able to touch you again. The entire realm promises you that."*

1314

Andrew Parsons said, *"I had no choice. This is how it all came down."*

Andrew Parsons has no real family anymore. Pamela Chapman you have several people who will stand up for you even if you do not know who they are. Last night at least 10 people stood up to say, *"I will stand up for her."* They included:
> Roger Kass, Becca Bertrand, and a list of local people. Your son and daughter said nothing because Stanley told them so privately.

2AM Pamela Chapman was asleep. People only come out when you sleep, and Harry Gural said he had some language somewhere that said why an entire community refuses to say a word.

It all has to do with, if you all know the target and each other, no one will step up and out for another. Everyone just watches. It's good language. It's pure human nature.

Your father, Stanley, claims, *"I told Andrew Parsons two months ago what would happen if he did a few things especially going up against Kamala Harris. Andrew Parsons refused to listen to me saying, 'I did not truly understand the situation.'* I specifically told him to watch his alcohol intake. He said, *'I don't drink, so it was not an issue.'* I specifically told him, *'Watch out for women in the Workgroup and do not follow Alberto Villodo or Harry Gural or anyone else.'*

I told him, *"William Parsons and Emily Parsons knew what he was up to, and it looked bad on all fronts."* He disagreed. He said, *"If they could survive the trials of their mother, this is nothing in comparison."* We all disagree. She had spiritual trials. That was all.

Then, Andrew Parsons said, *"I have other business tonight, and I cannot stop to listen to someone else so much."*

I asked him, *"Who was it?"* It was Nola Ganem.

He said, *"But it was really Roger Kass who was really Becca Bertrand who was really Carrie Crosson Gilpin."* That is the tunnel tag the information goes through. So to get to Carrie Crosson Gilpin everyone else knows the information.

There is more tambourine noise now which means another guide wants to speak, but I'm not finished because Roger Kass is really seven people today including:
> Becca Bertrand, Dorie Benson, Jim Gaffney, Lisa Goddard, and five others who all think Andrew Parsons is not right, but ok for a while.     Beatriz's side.

> On the other side you have Trudy Coxe, Harry Gural, Bill Gural, David Jorgenson (brother-in-law) and five others.               Zenia Theresa's side.

Pamela Chapman
pamelachapman.com her
littleman2-08 pa.

If you can easily connect the dots, the rest is easy because <u>Dorie Benson</u> had no nice words for you ever, and she read your book. She is <u>Anne Hamilton's</u> daughter and Campbell Soup money.  It is absolutely apparent she was the spokesperson for the group. Her husband, <u>Dan Benson</u> is treasure of the <u>Redwood Library</u>. She, her mother, father, and husband were at <u>Kamala's Table</u>.

The <u>noise is really strong</u>.

—<u>Stanley</u>: Every night <u>Andrew Parsons</u> has been orchestrating a major attack, and it always includes slander and DNC topics. Your father thinks <u>Andrew Parsons</u>  has no ability to self-modulate or ratchet himself back.

<u>Andrew Parsons</u> is out of control. The entire world now knows you have no one who will speak up on your behalf, except for your book which he and Trudy Cox says, <u>Kamala Harris</u> and <u>Happy van Beuren</u> and <u>Mark Halpern</u> destroyed.

Someone will work with you to get that book published because they all re-read it all the time. That means it is well written and interesting.

<u>Dorie Benson</u> disagrees and said that. She was <u>Kamala's Table</u>, <u>The Book Committee</u>, and <u>Redwood Library</u>. T**hey were all only allowed to say, *"It was not my cup of tea."*** She said she forwarded the book, <u>*Barefoot in Heels,*</u> the pdf, to several of her friends to read. It's all illegal and no one paid the author for the work. It is intellectual property rape.

What is meant by a fraternity prank, <u>Pamela Chapman</u>?

<u>Pamela Chapman</u>: Alpha male locker room besting pranks to stratify, classify, and tier who is whom. It re-establishes the pecking order of authority but all in jest, fun and frolic, learned in the locker room of private school sports.

And all perfectly legal in the alpha male realm of authority.

There have been so many accusations and **attempts of pre-meditated murder/manslaughter**, that if you were shot dead today, we all understand who is behind the movement to destroy you today and everyday moving forward. And, if he were to die there is a whole movement now behind him to continue to destroy you each and every day for no good reason other than sport.

So <u>Monique Burgess</u> claims, *"I will protect <u>Harry Gural</u> every day until the coast is clear."*

<u>Harry Gural:</u>  She will not!

**9:49AM** (1hour and 45 minutes running.)

Pamela Chapman
pmcchapman@cox.net
401-862-9516

**Stanley** claims two more things:

Andrew Parsons has no reasonable alibi for his actions because last night he read something he claims you wrote to him as a confession for all of your past actions. It took him 20 minutes to read it with long pauses between topics for about 2 minutes each. Alicia Barry claims it was to see if you would speak up. No one did because everyone wanted to see where it would lead. Finally, Jordan Cook, esq. said, *"I am a licensed attorney in the state of RI, and I have the authority to call the local police and have you both arrested to grand larceny and a long list of other charges."*

Nola Ganem immediately said, *"I surrender."* But it was **Carrie Crosson Gilpin** not **Nola Ganem**. No, it was Bethany DiNapoli and her husband now understands what he did not before because no one held her hand or held her back. We just waited and watched. Now, she has committed something that Pamela Chapman has not yet documented.

**Harry Gural**: **Carrie Crosson Gilpin** created a whole document of all the situations in your life everyone spoke to and ran them down like a list of charges and everything was out of context, and no one spoke.

**Pamela Chapman**: This is how everyone will permanently destroy Pamela Chapman.

No, because Candy Keefe finally said:
*"Do you know who I am?"* and Bethany DiNapoli said, *"Well, I know of you,"* and Candy Keefe said, *"Well, I know Pamela Chapman and she is not all of that, so why don't you all tell us what this is really all about because it goes on every day and night and we must stop it right away."*

Bethany DiNapoli said, *"She doesn't contribute money to Island Moving Company,"* and Candy Keefe said, *"So what? Neither do I."* And, Bethany DiNapoli said, *"But she was on our board and she needed to donate more than $50."* And Candy Keefe said, *"She already told you why, and she resigned from that board."*

Bethany DiNapoli: Do you know what it is to be a board member?

Candy Keefe said, *"I absolutely do,"* and

Bethany DiNaploi said, *"What boards has she been on?"* and said, *"We don't donate that much either but for another reason."*

BTW, did Bethany DiNaploi know her children are graduates of St. George's School, and that she was a graduation speaker at one of the children's graduations?

"No, she did not, ok?"

Thank you, for that context.

Pamela Chapman
pmchapman@cox.net
401-662-9550

Then, **Candy Keefe** said, ***"We will never forget that we watched all of this in real time."*** Yet, Bethany DiNapoli orchestrated most of it, and is especially proud of the wedding this morning because it proves Bethany DiNapoli and Monique Burgess are better for Harry Gural and more attractive to him than Pamela Chapman.

**Candy Keefe**: I do not think it demonstrates anything more than some strange plot to hold up and hold down the realm.

Bethany DiNapoli herself is in charge, and is demonic, so are all these people. Bethany DiNapoli refused to step down until her daughter, Juliette, said, *"I will never come home again, if it is like this,"* and **Bethany** said, *"I'll stop."* Andrew Parsons said **Pamela Chapman** said this once. She has no comment. Everything is out of context, and that is the whole story. Everything of Andrew Parsons' is out on context.

The whole topic is out of context, especially for a medical doctor. If he thinks anything of me, he married me anyway, and then went on to have two children, and then decided, she was morally corrupt. Yet, spiritual wisdom has a context for it:  She would not have the vibration she has if she were morally corrupt. **Pamela Chapman** would have said, *"Just go look in the mirror, because that is what you think of yourself."*

Andrew Parsons is screaming about himself. He is the one with the moral ethical dilemma. He ruined the family dynamics.

How long do we have to tolerate this in the realm?

Where is the guiding realm to help?

Andrew Parsons: I have been given a life sentence of personal jail that says, *"I go nowhere after this because you did not go anywhere in the last 10 years, and I went everywhere I wanted to go, and I have 5 girl friends to bed and wed as wives."*

Harry Gural claims I had no idea about all of this. Andrew Parsons is speaking for him.

Why does the guiding realm not get them out?

Saul must step down. There is no other story, no others fact, no other anything any longer. He has told everyone every piece of embarrassing situations, and no one thinks even half of them are true because everything they say, you correct them on, and they believe you—and they should believe you. Not even your sister or ex-husband has the correct facts or context. Most of the information from **Deborah Chapman** is from the Varley family and old friends like **Laurianne Florio**, and **Lori Johndrow**. They are all desperately trying to best Pamela Chapman and *"win"* the trophy of The Game. BTW, there are no trophies, only her destruction (but Roger Kass has a $3 million bet going on with Happy van Beuren over the outcome of Barefoot in Heels.)

Pamela Chapman
pam.chapman@live.net
101-602-9259

Andrew Parsons:  Then I have a full trophy case, because while you wrote a good book, your life, Pamela Chapman, by your own accounting is worth shit. So good for you because so I am now.

Pamela Chapman, do not worry about the accusations, they are always the exact same ones. No one thinks less of you. Well, it's all slander with missing facts, made up facts, improper context.

Pamela Chapman: I got murdered and no one else did. First, I fight this as the target against my yet to be published book, and then me as a person from all the people of the world, but especially Newport and all the people I ever knew. Then it moves on to the guides and if it was a Hate Crime of people against Pamela Chapman. How the hell does a guiding realm target a human? She can't fight back. and has no idea how you play. She is Melchizedek Café.  Why can't Tameen's guide actually protect me. He works right under Helen of Troy and is art of the war. He is not on the right side. 4:05PM 5-3-22

Harry Gural:  Every time Harry Gural talks, Andrew Parsons takes over for him.


You will make her admit to anything and everything. This is torture. Other nations kill for this, …. He makes up dialog and writes statement that he and the harem women read to slander, harass, and kill us. This is no different. It is torture with backlash of PTSD trauma in the body. This happens to our US Military when we are taken prisoner of war by other counties.

Andrew Parsons a former Lt. Commander US Navy Medical Corps, you are a terrorist and a murderer, and we go to US federal court.

David Johndrow, you really want to be my enemy?

"No, because I have no business with you ever."

"So, why did I do this?"

Definitely for sport, but it was fun to destroy Pamela Chapman, so I continue.  Just stay out of my way.

"I am never in your way. Never on you David Johndrow."


Why can't Pamela and Harry leave?

It is a  Catch -22 Game. Until the guides figure out The Game, no one goes anywhere. They can't figure out The Game without the help of Melchizedek Café guides in human form. It is a perfect synergy of man and guides working together. Saul and Samuel never want to stop playing.

Then, the harassments come from the other guides. How do you stop guides who feel entitled by reciprocities from <u>The Game</u>? <u>Machined</u> on the other side calls time and they do today May 12, 2022.

If <u>Tameen's</u> guide cannot close the realm. Not literally. He can arrange it. He can move you back. He is not trying to move her back, but he knows how to. We've been asking to close the realm and have her move me back, but nothing is happening?

If he moves <u>Pamela Chapman</u> and <u>Harry Gural</u> back, then he separates <u>Harry Gural</u> from his reciprocities. What is your excuse now <u>Tameen's</u> guide? I have three reciprocities for <u>Pamela Chapman.</u> If we move you back, you cannot collect them. He can move you back right away and close the realm at the same time. No guide can do that. There is no reciprocity for him to hold the realm open. Yes, there is. He has closed it before, Yes he has, so he can close it again, No he cannot.  We learned later on, he is part of the team working against <u>Pamela Chapman</u>.

<u>Stanley</u> wants three things form <u>Pamela Chapman</u>:
1.  No one can understand why you think the way you do. Is this really how you think? No.
2.  No one can understand what happened to you in this space, but she lived through it. That is her real experience.
3.  **No one can ever duplicate what she lived through so we are going to sue the pants off of you.** We will destroy your reputations locally in the community, in the national media, and permanently in Google. It is **Level 7 of <u>Pamela's</u>** Game called, **Media Attention, and you could have stopped it, but you chose not to. 3:11PM**

Around **3:30 PM** <u>Andrew Parsons</u> re-read a letter from the night before, from about 3AM where he claimed the letter was written by his ex-wife, <u>Pamela Chapman.</u> Then, he read a long list of complaints and slanders against her. He claimed, *"I'll  read it every day moving forward until she stood down to me."*

He also **claimed in the middle of the night while she sleep that he would kill her with a shot gun if he could**. That's pre-meditated murder.

*"I'm reading a letter she re-wrote to her children about her divorce."*

*"Where did it come from"?*

*"<u>William</u> gave it to me because he could not believe what it said. There is no date. It is written on a plain piece of unlined Xerox paper. It is three pages long."*

*"Can you produce a copy in her handwriting for the courts?"*

*"Yes, I will."*

*"What is the most egregious thing it says?"*

*"I had an abortion when I was 15 years old."*

Pamela Chapman
pamelachapman.investor
Invite 2495 hr

*"She would never ever write a letter to her son like that, and further more she'd never write that in it. You are lying to the entire world right now."*

<u>"It also states she had an affair with her Twin Soul, Don Jagoe."</u>

How long have you had the letter? How many years? Can you absolutely produce a handwritten copy on Xerox paper for the federal circuit court because you will be sued for slander and a whole lot more coming up soon. Do you stand down now <u>Andrew Parsons, MD</u>?

*"Not unless <u>Nola Ganem</u> stands down too."*

*"Why?"*

*"Because <u>Nola Ganem</u> and I are gangsters in this whole routine."*

*"Which line is that?"*

The one where <u>Pamela Chapman</u> tells the world, *"I am a cheap slut and a whore,"* says <u>Nola Ganem</u>.

Is that who you really are <u>Nola Ganem</u>? Or <u>Andrew Parsons</u>? Are you describing yourself to the whole world because that is exactly what it sounds like?

<u>Pamela Chapman</u> can't hear a thing. There is too much noise in the atmosphere. She is never allowed to hear a thing when you or various people speak.

Why is that?

*"I have to defend myself from what she wrote about me in her book."*

*"The book is only about you if you say it is. She doesn't ever say that. You also stole it, and distributed it, and re-read it here so many times. If you had stayed quiet, no one and I mean no one, would know about it. You are your own distribution and marketing system. And, she never ever said any character in the book was you. It is fiction and can't be construed as memoir or biography or roman a clef."*

The guiding realm says we have our visitor in lock down now and she is <u>Jean Gorham</u> who wrote the letter on your behalf.

*"Oh no, she did not."*

<u>Andrew Parsons</u> wrote it all by himself.

No, <u>Bethany DiNapoli</u>, <u>Jean Gorham</u>, <u>Monique Burgess</u> helped him write it. No one thinks some if it is not true, we just can't figure out which part, just like in your book.

Pamela Chapman
pamelachapman@yahoo.me
thelavenderline

Do you know you are colluding with an abuser? Do you know you have all colluded in a major fraud case? Do you know you are all in legal trouble for gross misconduct and a long list of other crimes?

Harry Gural colluded last night with Monique Burgess to remarry her at 6AM this morning, in a marriage ceremony conducted by Bethany DiNapoli because Saul held him hostage in a dunk tank – No. In his own bed until such time as they were ready for him. They kept him waiting quietly for an hour so Andrew Parsons could read the letter and a list of issues and slanderous material against Pamela Chapman.

Andrew Parsons and Nola Ganem and Monique Burgess all had dialog that made Pamela Chapman look terrible. Harry Gural thought the slander was about Monique Burgess and not Pamela Chapman. Harry Gural agreed to re-marry Monique Burgess to avoid any legal issues with Pamela Chapman.

Harry Gural: No, I agree to it to help Pamela Chapman move away from Andrew Parsons, thinking if I remarried Monique Burgess, he couldn't conduct these witch hunt meetings.

No, Monique Burgess wanted to marry you because:
1. She really did,
2. Because she was going to be forced to marry Andrew Parsons because he wants   as many wives as you once had Harry Gural, and this would make #5. He wants to be you, Harry Gural.

That is a pathetic understatement. He can never see straight after Harry Gural and Pamela Chapman have a long conversation, which is hardly ever. Harry Gural and Pamela Chapman can't stop being so damn cute with each other. That's all over now Andrew Parsons, so put down your gun or weapon, and put your hands over your head. We are leaving now in the squad car for the station house.

Saul thinks Pamela Chapman will sue in a few weeks, and in the mean time we can read this every day because once she sues, he must step back from here. If he doesn't, he perjures himself.

No, he just doesn't look good to the judge and jury. Yes, this could be a jury case, but maybe not. It is getting bigger and bigger as we speak. We love it in the federal circuit. It is bespoke for that kind of court.

If Andrew Parsons does not stand down now, you will be tried as a major criminal in the federal circuit. Do you want that?

*"No, but I can always get out of it through my work."* He claims to be in a psyche, but he is not (Melchizedek confirmed it) **4:03PM 12-29-21**. He's running up his tab on his legal fees because Pamela Chapman has some straight through dialog evidence with date time stamps and witnesses.

Pamela Chapman
pmachapman@cox.net
843-602-9510

**"The entire realm is your witness, but the real question is, will you admit to it, if asked there?"**

**"Yes, we will because we are all real in real time."**

Are you Andrew Parsons? Because your ex-wife claims, *"No one will admit these things to her there, and neither will you."*

*"I won't admit it to you because you don't have a friend in the world right now. Who could be with you?"*

Our goons and whores are chasing *Pamela Chapman* by the tail. She protects her friends and children by saying, *"Stay away, so that you don't get caught in the whirlpool of maelstrom energy."*

Andrew Parsons has 3 reciprocities of favor to help him: Beatriz, Beatriz, Beatriz. All the others have dried up because he has been too cruel to Pamela Chapman and to the world through the Public Commons Understory. How strong is his case Beatriz?

Not, so good because Pamela Chapman has too much information to share, so we just keep her enslaved so she can't get to it. She will never have the money to hire the attorneys.

*"Yes, she will."*

Harry Gural: I can't understand why the guiding realm has let this go on for this long. What is really going on?

*"We will destroy her first and foremost. Then we will let her win her court case."*

What is the meaning of that exactly?

*"We think she could care less, so we will let him win now, and she will win later. He gets to slander her to death, and she gets some money. She is well paid to be abused. So, this is her crime."*

Jordon Cook, esq: I can't imagine how you find equality in these two activities. How does the money really make up for the bad slander and missed opportunities which have been going on since 2008?

Who is your Auric Protection Plan with Andrew Parsons? Carrie Crosson Gilpin (Tricia Dalzell, M.D., Ohio), Maura Lindsey, Emily Parsons, William Parsons, John Parsons, Peter Parsons, and Jean Parsons. He wants to also marry Monique Burgess.

Does it occur to Andrew Parsons that these spouses have actual legal husbands and some actual adult children? And that his siblings disowned him a long time ago which is why his ex-wife tried to

Pamela Chapman
pamchapman.com.net
860-602-0510

1324

pull him out in October 2021 of the Kamala Harris initiation rites. Andrew Parsons doesn't actually have anyone in there.

*"Oh yes, I do."*

Your children are safely with others, and your siblings disowned you from the start of this back in Feb 2021. This is why your ex-wife tried to help you, so that you were not abandoned. But, she stopped because you had other ideas that were demonic.

Kathy Abbate  is  Cathy Wicks who is playing Jeannie Ingraham today. Kathy Abbate does not think Pamela Chapman is not smart, just abused by Andrew Parsons.

Andrew Parsons says, *"Yes, but you were chasing me to marry you."*

Kathy Abbate says, *"I told you last summer, you should have asked me how to capture her, and you did not. Now I understand why no one told me otherwise."* Did you ever ask a clear channel?

Hypnotist, Suzie Conklin Nance told me, *"I cannot decipher it clearly enough to read."* **4:22PM 12-29-21**

Suzie Conklin Nance (who is Grenville Craig today, really?— Andrew Parsons) can no longer play because she and Cathy Wicks are some kind of shamanic inspiration for all of them.

Pamela Chapman is such a dump shit. She does not know how to play.

No, she does not, because no one lets her hear a thing, and no one invites her to play. So how would she know Grenville Craig, Suzie Nance, Jeannie Ingraham, Cathy Wicks and all those wives?

You'd think we live in a polygamous middle eastern society. How many wives can you have at once? How to do keep them straight?

I only masturbate three times a day now.

Wait, until Monique Burgess gets in the house. It naturally escalated to six, because if you mis-type six it is always sex anyway, anymore, anyhow…

*"Yes, Andrew Parsons understands what the charges are **against** him. Does he think he can work professionally in an operating room with all of this happening around him?"*

*"Yes, he does. What about after he is convicted by the federal circuit?"*

It just goes to show you these activities can follow you to everyplace you live, o.k. Grenville Craig, Andrew Parsons, Carrie Crosson Gilpin, and the entire Harem of spouses and thieves.

1324

Pamela Chapman
pamelachapman@cox.net
860-662-9516

**4:34PM** Andrew Parsons takes a bow because the guiding realm has an Protection Plan in place. He will not like it, but it belongs to himself and no one else.

Pamela Chapman cannot hear a thing because if she did she would realize that Grenville Craig is not even here and that Suzie Nance is always here in some form as a name of someone. It rotates every day. Why is that? Because Suzie Nance can't stand Albert Villodo and she doesn't like you because you know more hypnosis that she does and were the sacred union with Albert Villodo and are a clear channel. She is so jealous. And, **jealousy is a root foundation for these Thievery Rings of fraud. They seek power over another**.

If Andrew Parsons is going to do this to Pamela Chapman every day, then the guiding realm will take some newer precautionary measures and produce some film strips of himself as a young boy, and we will make sure the entire realm knows what you did as a younger man.

*"I'm not embarrassed because I had no sex life when I was younger."*

*"O.k. how about stealing and fraud?"*

*"Well, I had that time in high school when I was caught with beer and went out on detention. Does that count?"*

*"How about that senior prom with that girl from the Windsor School?"*

*"I did not go. I had no money."*

*"How about that big house you had in District 1 in Dedham?"*

*"I most certainly did not live there."*

*"We lived like paupers on a bus driver's salary."*

*"No, that is not true. We do not comment on that because you will now make this about the book your ex-wife wrote. It is about you, Andrew Parsons. Do not turn the tables and make this about defending a book when you are guilty of so much fraud and gross misconduct. Are you out of your social element in Newport?"*

"I don't socialize in Newport, you know that."

*"You masturbated Tom Hockaday's house in Newport. That became the base of the Thievery Rings in the last year."*

*"Yes, I did."*

*"You were all solidly together then, and solidly together now. You all had that shared experience of masturbation together, did you not?"*

*"Yes, we did."*

Pamela Chapman
pamelachapman@comcast
hello520506

*"Do you think Andrew Parsons has a lot of class?"*

*"Oh, no we do not."*

*"Can he dress well to go out and socialize in Newport?"*

*"Oh, no he cannot play to the Newport Gala Summer Shit Show Monopoly Game.*

*"I think his tire is flat. Imagine that."*

*"Cynthia Parent is now out of the picture. Oh, no she is not. How do I get out?"*

*"Ask the leader of the pack."*

*Who is that?*

Andrew Parsons claims it is himself. No, Beatriz tagged Dominique Alfrandre. That might be true, but she will never reign queen of the pack, and that is a fact. What about Bethany DiNapoli? We hear she is a real Fruitcake DiNapoli.

*"She resigned the other day."*

*"No she did not. She ran the whole Thievery Ring overnight and married Monique Burgess and Harry Gural at 6AM this morning. She was the one that wanted to be the Caliphate Nation leader when Alberto Villodo stepped back."*

*"Ok, then we have a real problem."*

*"Why is that?"*

Because Bethany DiNapoli is no longer able to lead anything because her husband got involved early this morning, Chris DiNapoli, and called himself the leader of the Thievery Ring, and her son said, *"But Dad, I don't want to be in a Thievery Ring family,"* and he said, *"Too bad son, it is too late. Your mother got us involved, and now we can't get out."*

Kamala Harris (said Bethany DiNapoli), *"What is the meaning of this Bethany DiNapoli?*

And she said, *"I do not know because they are supposed to be asleep, and now they are awake."* Just put a wall of noise on them, and that will clear that up rather quickly. That is what you do with Pamela Chapman. That is a fact.

Harry Gural now says Pamela Chapman, you and Bethany DiNapoli have no business together and they continue to harass you night and day. Why do they do this Bethany DiNapoli?

Pamela Chapman
pamelachapman@cox.net
101.000.5493

Because she did not donate enough money to <u>Island Moving Company</u> when she was on that board last year and three before.

Imagine that.

<u>Dominique Alfandre</u> says, *"We stop harassing <u>Pamela Chapman</u> right away because she will take us all to court."*

*"Yes, she will. She will ask all of you, and all of <u>Island Moving Company</u> because they have organizationally all been involved all year long against <u>Pamela Chapman</u>. Do you all step down now or after the sheriff has been to see you?"*

*"Right now,"* they say. They can't believe it.

*"Oh, yes, they do now."*

*"Why is that?"*

Because <u>Grenville Craig</u> (<u>Andrew Parsons</u>) thinks she is never ever going to let this go because we wrung her out to dry. She will get the last laugh. She always does. She plays a long game, and look at how long it went, but look at all of you now… Not a pretty Christmas card photo, is it?

December 30, 2021
**11:00AM**

<u>I, Harry Gural do solemnly swear</u>:  To uphold the law regarding kundalini practice such that no kundalini exercise routines or dates are held with anyone now and into the future.

<u>I, Harry Gural do solemnly swear</u>:  I will never ever betray <u>Pamela Chapman</u> ever again because the entire realm is so f'pissed off because of my actions of the practice not re-appear in this realm for 3 - 5 years. They will never really know how it will reappear. Yet, it always does. <u>Ways and Means</u> people should be really pleased.

<u>I, Harry Gural do solemnly swear</u>:  If I betrayed <u>Pamela Chapman</u> at every turn, and as a result we all benefited in the short term and pleased ourselves immensely but we all lose in the long term, even <u>Pamela Chapman</u>. So we will learn to take a longer view and stop our incessant selfish self-pleasing to the detriment of others.

Pamela Chapman
pamelachapman.com/net
account 2008 ID

1328

I, Harry Gural do solemnly swear:  If I hear you doing, saying, thinking anything that I will prevent myself I will never let anyone know anything about you in the future because it will only prolong whatever it is we so desperately wasn't kundalini exercises.

I, Andrew Parsons will stop:  This incessant masturbation clinic of accusations because if I do not, I will bury myself.

I, Harry Gural promise:  To talk to you out loud, and after 60 days if I refuse to speak to you in an ongoing dialog, then we will never speak out loud again.

I, Harry Gural will never ever:  Realize what I gave up but someday I might and when that happens, it will be too late to do anything about it because I am not young, and neither is Pamela Chapman.


**4:05PM**


I, Harry Gural promise:  Never to ever have kundalini exercises or dance classes or cocktail ice tea dates, kundalini dates or kundalini sex with any person ever again.

I, Harry Gural will solemnly promise:  To teach you kundalini properly to your satisfaction. I will teach you everything I ever taught anyone else, and if you think I'm not honest I will fry myself every day and night moving forward.

I, Harry Gural will marry:  You only when, and only if, I am honorable to you every day for the rest of my life.

I, Harry Gural promise:  To sleep with you every night in a bubble, and if you wake up and I'm not there, find me. She is sick of tracking you down because then he complains to the others about this f'bitch of a person he is obligated to be stuck with for the rest of his life.

I Harry Gural promise:  If I am talking to another person, and he cannot be moving forward, he will tell you. If he does not, someone else will. He likes to be the naughty shaman boy who moves around everywhere at night and can't get caught. **He taught every woman kundalini and sorcery skills. They all turned them on** Pamela Chapman **personally and destroyed her body, and her relationships with her children**. Andrew Parsons had already done this to you before with them.

I, Harry Gural:  Met **everyone** I cared to meet **in Newport. They all knew of you and no one said one nice thing about you,  and because of that I felt I could easily destroy you**.

I, Harry Gural promised:  To be with her physically by December 31, 2021.

Pamela Chapman
pamchapman@verizon.net
101.662.9516

It is 4:15PM December 30, 2021. He is no closer to me now than before. In fact, he is worse than ever.

When does she have a guide? Who knows what to do and can give her privacy?

Harry Gural can do whatever he likes every day and night. Every night he chooses everyone else over her.

I, Christine Bush, esq. **promise:** To never ever step in your f'way ever again. I could have had so much work for my law firm, and I chose to chase Harry Gural and bed and wed him instead.

> **Christine Bush** goes away right away because Christine Bush's voice has now become Andrew Parsons'. Andrew Parsons and Christine Bush are now one and the same in the realm that means both go away right now because if one stays, so does the other, and both must leave right now.

> **Christine Bush, esq. can't leave on her own any more.** Someone will escort her out the door.

I, Becca Bertrand: Did the same, so did everyone else.

I, Abbate family: Wanted you completely destroyed.

Rick Abbate says, *"No,"* because you have every opportunity to sue in a court of law.

Harry Gural says: *"I never ever said any of those things."*

I know that, so don't worry.

**4:40PM**

Andrew Parsons: I made up acutely psychotic and delusional to make my f'point: That I was in control of Pamela Chapman, and she could do nothing to help herself but submit to me.

December 30, 2021

> This sounds exactly like Kamala Harris, Grenville Craig and Sandra Craig, Alberto Villodo, Jean Gorham, Carolyn DuPont, Happy van Beuren. (Andrew Parsons said it.)

> It is a prison sentence.

If Harry Gural is protecting Pamela Chapman, then we wait until he finds another woman. Then we drop her out, and start all over again.

Pamela Chapman
pamelachapman1@yahoo.net
781-643-6111

1330

If he squirrels her away, then the story never finds it rightful place and the guiding realm never takes proper action or authority because Harry Gural took her out. However, once he doesn't want her—he will determine that at some point—then we will attack her all over again, because the guiding realm never took its proper action rightfully.

It's not about marriage, it's about permanently getting out of The Game.

**4:26PM 4-24-22**

The Arabian Nights tales are Hebrew, not Arabic and they tell the myths and truths of the Hebrew people as they moved out of Samaria and made their way to the land of Canaan. (Queen Noor) 4-21-22.

**12:51PM, 12-30-21**


Harry Gural said this morning at 7:30AM, *'I release myself from this Thievery Ring because Carrie Crosson Gilpin spent the night talking to me two nights ago, and* **Christine Bush** *two times last night but the second time, Andrew Parsons was playing* **Christine Bush, esq.**'

The Thievery Ring speaks in one voice. Someone always speaks though someone else. They lose their independence, and free will choice for themselves.


**Nonie Drexel Burham**

Palm Beach book binding is a sport of the rich in Palm Beach. Everyone knows what happened to *Barefoot in Heels* happens every day. So, if you are rich and are an , it doesn't matter but to Pamela Chapman is really mattered, but they all thought you were rich, so it shouldn't have mattered.

She just doesn't have a trust fund after her divorce.

Fraud is fraud. No one in book binding, nor the agents, have any moral compass and do with submissions whatever they like. So, if you get turned down, then it's anyone's guess what happens to a full submission.

Just because you bought your rights and permissions, you can't stop them. You need a lawyer to sue to stop them.

If Dorienne Farzan knows the person in Palm Beach, and they know Oatsie Charles, and Victoria Mele knows him, then, so does their photographer son.

1330

1331

I have no idea how to tell you, he actually doesn't work for Hachette Livre. He's an attorney (no). **He gives all of Esmond's rejects to** Hachette Livre (No, we think **Simon and Schuster**), or else they go to **Roger Kass** of NYC and Newport, RI. (It is true.)

Hachette Livre isn't any better than Simon and Schuster. The Big 5 are all the same. They always undercut writers of fiction. They claim it is all a gamble. **The writer makes next to nothing and they make back the purchase through film. They have large family-funded endowments to buy manuscripts.**

Why does Harry Gural think he has to excoriate Pamela Chapman?

Because he was the playboy not her.

She sets rules and limits and he got retaliatory and claimed something that probably isn't true, and then Alberto Villodo said, *"I agree."* And then his whole Thievery Ring claimed it was true. Once they picked all kinds of identity names and then the guiding realm said, *"It was true."*

This is all thievery in Palm Beach and it is everywhere.

We suggest you get a corporate lawyer.

She can't find one because she is a plaintiff. A typical plaintiff can't sue a Big 5 publisher. So, the thievery people get away with it.

**We will never let a person like you win, because you overcame all your obstacles. No one wants to root for the victim**. So, she helped herself instead.

Harry Gural has been moved out of your aura. He was actually a huge security breach. He roams the realm blabbing all sorts of information about you. Whenever anything actually happens in your house/aura, and what is in your drawers … He gives a reciprocity of favor to get more shamanic dancing with the thievery whores.

Monique Burgess, we know who you are and you will die a slow death. No one likes you and gets away with it.

Bethany DiNapoli, you can no longer claim innocence. If Alberto Villodo wanted you as a shamanic wife, we can't imagine what your husband now thinks of you. He's indirectly involved in playing The Game.

Nora Deidrich Delaney, Oh. My. F' God.

Stephen Richter, we know who you are, and whatever you did last night was low and stupid. He claimed you and he can never meet. *"I ruined your understory and invited everyone to examine your secrets,"* he said last night.

1331

Pamela Chapman
pamelachapman.com no
before 2nd in

<u>Alberto Villodo</u> said, *"I got nothing, but <u>Nola Ganem</u> got everything."* She got nothing. <u>Nola Ganem</u> said, *"<u>Alberto Villodo</u> told her to keep her mouth shut about everything she learned/heard."* (Which was nothing.)

This is exactly how others get people to confess by saying others already know so just tell us the truth. Someone keep putting words in the atmosphere and associated trigger words. They will do anything to bust you of your secrets. We think <u>Harry Gural</u> was so bested by you <u>Pamela Chapman</u> that was all he had left to show for himself so he could win at any kind of informancy.

Now, no one is actually reading anything anymore. You can't sell a book well at the moment. We buy them, but we don't read them.

Call 30 Canal Street right away. We might or might not answer. We are all in Palm Beach.

*How's the weather?* <u>Pamela Chapman</u> asked.

The weather is not so good at the moment, but the water if fine.

If <u>Harry Gural</u> knows someone at Little Brown—It will never matter. He is too low on the totem pole, and you don't like playing that way.

> If the Norton is there, and Maud Howe is here,
> Then, that is where we are. We had a great director.
> If Gewirz is there,
> And we are here,
> Then over there,
> And I'm here, and
> You're there, and
> He's over there
> What do you have?
>
> "Peace of mind"

<u>Harry Gural</u> you have traveled everywhere in the realms. <u>Pamela Chapman</u> has gone nowhere. When dropped, she had no idea where she was, or how to move about. No one came to help her. Everyone shut her out.

And that <u>Jana Jagoe</u>. OMG. Did you see Facebook lately?

*"No, why?"*

*"She has a new puppy dog called <u>Donald Jagoe</u>. She always did. He has a new pair ice tea glasses. That means she and he have learned how to dance in this realm together socially."*

Pamela Chapman
pamelachapman@cox.net
401-662-0581

*"Good for them. It took 65 years together to make it happen. <u>Harry Gural</u>, you have so little time left."*

*"You can read all day or write, or just walk around, but in the end, no golf course will save you, nor will any job. If you have close intimate relationships, **that** is what will save you every time."*

<u>Pamela Chapman</u>, when your mother died and <u>Andrew Parsons</u> wanted you to cry on his shoulders, you had no room for that poppycock. <u>Donald Jagoe</u> was there for an hour and agrees. That was his purpose then, and now he bids you all farewell as he sails into the deep blue sea.

*"I have no understanding of the situation."*

<u>Nonie Drexel O'Farrell</u>:  You have met me before, <u>Pamela Chapman</u>, but that will never matter moving forward because in the end, we will probably never meet again and you will forget why I will tell you <u>Harry Gural</u> and <u>Jessica Hagen</u> will burn all their bridges simultaneously. He and she could not stop dancing one night to stop something else from happening that was destroying something. No one will forget why <u>Molly de Ramel</u> had to have <u>Harry Gural</u> as a sex partner. It was a besting opportunity, so it is good she is dead.

There are always three things, but we have two more:
- Hachette Livre is not a decent Paris based company. It is NYC-based and on the Paris exchange for a good reason.
- Hachette Livre is never going to acknowledge those other books and no one will ever except <u>Esmond Harmsworth IV</u> and <u>Roger Kass</u> as thieves. <u>Harry Gural</u> is right in there with him, but not really. He can't play the way they do, but he thinks he does. That is the difference right there. He thinks he does.

We think <u>Jessica Hagen</u> is a sham artist, and will never ever be the fancy pants she thinks she is. No one will ever buy into that poppycock that she thinks she is an aristocrat because in the end, you are a real estate daughter, and your mother and sister were both drunks, and your sister is a cocaine addict and heavy smoker who almost died one time or another.
*"You actually have not met <u>Wendy Schmidt</u> only the husband, <u>Eric</u>."*

<u>Beatriz</u> says, *"I'm all done."*

In this case, it is <u>Nola Ganem</u> who claims, *"I am bored by the whole conversation."*

Then we will say, *"You will fry every day because there are no reciprocities for you here in Newport."*

It's <u>Nonie</u> for sure
<u>*Bath and Tennis Club,*</u>
<u>*Palm Beach, Florida*</u>

1334

Nola Ganem protects Harry Gural by making so much noise around Pamela Chapman aura that she can't hear a thing. This allows Harry Gural to go anywhere protected. It costs her everything. She can't defend herself. Everyone is against Pamela Chapman, slandering her.

Nonie's son Liam O'Farrell has the whole routine down to a science at night, and Jessica Hagen and her daughter, Whitney Hagen, are always on his "will-call list" of kundalini partners, so do not ever think she will ever be your friend ever again, Pamela Chapman.

Pamela Chapman is never looking to, or for that, again.

Nonie Drexel O'Farrell:  Jessica Hagen is a horse trading Metatron with 3 husbands and 3 divorces under her belt with two children with husband number two. Number one she got barred from stock trading at Corrigan Financial as a retaliatory revenge for something.

Liam O'Farrell says he talks a very big game, but in the end, is very insecure because he says, *"I have no other place to go later, so I can always stop in."*

And, they (Andrew Parsons) always say, *"Why is that Harry Gural? You are supposed to sleep with Pamela Chapman."*

And Harry (really Andrew Parsons) says "Oh, no worries. She will never ever find out, and she just can't care enough about me, and my needs, to service me the way you can Jessica Hagen and Whitney Hagen."
>     That is Andrew Parsons talking through Harry Gural's voice. It is pure Andrew Parson's style of speaking.

They are all in collusion together for whatever they need, which is total destruction of Pamela Chapman—at all costs—to clear Andrew Parsons.

Whitney Slade claims Andrew Parsons is a fat liar and he can't stand him for so many reasons, but likes him better than Pamela Chapman.

Whitney Slade, Head of School, never liked you he couldn't stand you at St. Michael's Country Day. Murry Edwards, librarian, says the same thing, so does Jessica Hagen, and so does Harry Gural, who in college never liked you. You were such a puppy dog and you refused to stop following him around (she really didn't do that). He was always in one place. He was stationary in his dorm (now she is stationary in one pace and he can't stop moving around). Pamela Chapman was never ever a puppy dog in college or beyond.

Jessica Hagen, why did you drop Pamela Chapman as a friend?

*"I thought she was a social virus. She was socially impaired."* (No, she was not). It was all collusion with the ex-husband.

1334

Pamela Chapman
pamelachapman@comcast.net
(401) 640-9476

Nola Ganem says through Kayla Abbate's voice who says she is Andrew Parsons' daughter:
(speaking as one voice- collusion, slander, harassment, Hate Crime)

> So, Jessica Hagen (they were all at Tom Hockaday's House together), if Pamela
> Chapman has a social virus, did you ever catch it?
>
> No, but she is not acceptable company with any of us any longer. Jessica Hagen shuns
> her, and walks on the other side of the street from her because if we don't someone else
> will catch something bad from her.

If Nora Diedrich and Andrew Parsons marry, and Pamela Chapman has to attend the wedding as
the mother of the groom, we sit in the back so no one has to look at her halo. And, if she sits in the
front, she needs a big hat to cover up that light. If she refuses to cover her head, we will hit her over
it with a brick so as to give her a big welt, because she is a pure cone head of reciprocity. She could
have walked around Newport with Harry Gural, but Norah Deidrich, Dominique Alfrandre and
Monique Burgess took him instead.

William Parsons do not sit with your mother in the front. She is a real dunce when it comes to social
obligations. Give her a big lollipop and seat her in the back and watch her skin her knees (Deborah
Chapman said that line once.)

> Pure Andrew Parsons, himself.

Liam has heard every excuse in the book for why Harry Gural is not with Pamela Chapman, and
Pamela Chapman is not pining away at night without him. When it comes to kundalini and sexolini
she is rather direct and old fashioned: No.

Liam claims, *"I also believed Harry Gural was a real cad until the other night,"* but it got erased last night by
Andrew Parsons because Harry Gural professes his love and commitment for Pamela Chapman.

Then, last night in **his** voice, he claimed it was all a big song and dance routine to get Pamela
Chapman to undress and confess about abortion. **He** confessed around 6PM.

Then, everyone in the ring jumped in, then the entire realm jumped in.

We now know he is a real jerk to do that, because she put boundaries on him, and he didn't like it.
She is the real parent and in the encounters with others.


Harry Gural you must give 3 reciprocities back to Pamela Chapman:

1. Elizabeth Kahane: You must give something back. Kamala's Table.
2. A tour of Jessica Hagen's gallery. Been there done that. Bought the painting.
3. Lunch with Dominique Alfandre. No, she refused to meet with Pamela Chapman like that
   before when she joined the board of IMC. It was Dominique Alfandre's idea to meet and
   then she blew off Pamela Chapman, and said we don't need to meet after all.

Patricia E. Davidson
pdavidphila@aol.com
Volume 2 #534

4. Iced tea cocktails with so many people. Ok, but I'll pass.
5. An open invitation to join the <u>Redwood Library Book Committee</u>. I will pass.
6. I have nothing to give her from my time in Newport.

Searingly loud and obnoxious noise.

<u>Harry Gural</u> you must admit three things:

1. I never said I would never show up physically. I just had no plans to so anytime soon, or in any particular month, or week. When I said Thanksgiving or Christmas, or in NYC, I didn't mean it. I just thought you wanted to go. You didn't need me.
2. I will not contact you by email that is a fact that I admit I always knew your email.
3. I cannot actually stay anywhere near Newport without looking up all these people.
4. <u>Jessica Hagen</u> offered him a spare room, so did too many to mention.
5. No one actually thought he would arrive this year or next.
6. <u>Becca Bertrand</u> thinks he has too many issues, but would always show up for her. *"He would,"* he said,  *"because she was such a good partner."*

Acknowledgement of these: <u>Nonie</u>, <u>Liam</u>, <u>Emily</u> and <u>William</u>.
**8:43PM**

<u>Harry Gural</u> gets to leave Newport and stay in some flea bag hotel in the Celestial temple. He can't have kundalini with anyone because:
    -He refused the teach <u>Pamela Chapman</u> properly.
    -He betrays her every time.
    -He had over 250 partners who he all coached and mentored with reciprocity all while he considered <u>Pamela Chapman</u> his real partner. He refused to teach her and gave her no reciprocity. He mislead her on what it was, and never did kundalini dancing with her ever.

<u>Terry Connors</u> can't believe he is a carbon copy of her ex-husband, <u>Barry Hinckley</u>.

<u>Harry Gural</u> is just a <u>Melchizedek</u> Guide who lost his way. She is also, but was lost only in that no one claimed her.

If <u>Pamela Chapman</u> and <u>Harry Gural</u> ever do kundalini together, everyone will know.


**7:52PM 4-26-22**
We had Asian Shen Masters, two actual Persian Queens, Saudi Arabian Princes, Hebrew nation scholars, reciprocity of relationship Black Llamas, and several <u>Twin Souls</u>, all asking for the end of <u>The Big Book Story</u>, which we thought involves closing the realm, but it does not.

Pamela chapman
pm.chapman@cox.net
Halson2u4516

It did not happen. We discovered four energetic sorcery intrusions still in the victim, and at least that many still in Harry Gural. We spent the night having the Shen High Priestess remove and disable Saul, Samuel, and we thought Jerry Slocum. Yet once again, **Jerry reconstituted after 24 hours**.

Today, we decided that there had to be at least one guide in the realm who knew what to do because Bethany DiNapoli and Dominique Alfrandre were still reading all of Pamela's thoughts, words, and actions. It's obvious Dominique Alfrandre can't stand Pamela.  Bethany DiNapoli asked for several more reciprocities of favor of Pamela to clear channel read for her some future interest in establishing a catering business.

We believe Jean Gorham is actually the last one out. She said Pamela was never ever going to leave here. If that would be true, then Jean Gorham would find another suitable bride for Harry Gural: either Monique Burgess who is already legally married, or Nola Ganem, literally a first cousin once removed with a sizable trust fund. Jean Gorham has a sizable trust fund herself as does her husband.

There is substantial money and advanced education with many of the people involved in this Big Book Story. The participants of the story are not form a working-class demographic. While most are highly educated, that does not establish them as sophisticated participants in The Game. Tim Hollister, esq. thinks **if Pamela knew how much money they actually had to play with vs. her own very meager sums, then it makes sense to her that they would commit manslaughter, fraud, slander, and so much more to want her dead and gone**.

We all have listened to Nancy Johnson R-CT, 85, say that she supports Pamela Chapman's nomination to a Republican Senate Committee on any number of topics. If Nancy Johnson can say this because she knew Pamela Chapman personally before the age of 20, then you all can bow your heads. **Nancy Johnson was the highest-ranking woman ever in the House Ways and Means Committee, and that if Pamela desires to try her hand at asking for national legislation on topics related to her book, then you will never be surprised if she actually buys a townhouse in Georgetown** instead of Beacon Hill. Then, she returns to her professional roots.

**If you can channel as you did today with Anthony Fauci, MD of the National Institutes of Health that the NIH –developed vaccine given to physicians and the elderly at the start of the COVID-19 vaccine research initiative was the very best**—and is similar to Astra Zeneca's vaccine which for the woman who discovered it, was a destiny for her, than the NIH developed vaccine was **far more superior than all six of the pharmaceutical company vaccines, which do not prevent the omni variant**. You can tell she has done several of these readings and is a proven a token in any powerful meeting.

Trump Jr. said the reason they do not further develop the NIH vaccine was due to politics. It would have taken two more years to bring to market. They would have to give the protocols to the pharmaceutical companies and have them compete to develop a similar marketable vaccine. In the interest of rushing something to the electorate, they had three American companies develop their own vaccines.

**The vaccines prevented the 1st COVID-19 virus, but they do not prevent an outbreak of the variant. If you received the first vaccine from NIH, you will be covered by all variants of the virus. If you contracted COVID-19, then you will not get the virus again, nor will you get the variant. We did not know this at first, and someone said, "Why did we not have these conversations sooner?"**

Pamela Chapman
pamelachapman.com llc
401-862-0119

The answer is always that we did not allow Pamela to talk. We always had her behind so much noise that she could not say a word. Bethany DiNapoli, Alberto Villodo, and sometimes Nola Ganem always prevented her from participating in everything. If we had been more inclusive to allow her to listen, and talk as appropriate, then we would have learned so much more than all those crazy adrenaline fueled games that tried to get the participants to end in masturbation or kundalini practice.

In the end, if she has to travel now to Washington DC to get her voice heard, we will never be surprised that she likes the townhouses in Georgetown a lot better than on Beacon Hill, but then again, she has actually lived in both places before. One sometimes must return back home to your professional roots.

Jean Gorham is Jerry Slocum now, re-tuned. Where will you now go Jean Gorham? You had the answers to everything in The Big Book Story, and never said one word to anyone about anything. The Long Wharf Soleful Touch Shen Master had to sort it out all on her own. She has her own Ascended Master who can out rank everyone in the guiding realm.

Jean Gorham: I had no idea Pamela you once lived in Georgetown. If you go to Washington DC alone, or with someone, then your daughter can attend Georgetown Law School, if she wanted to.

Andrew Parsons said early this morning, *"It would be in his best interest to just call his lawyer and settle some estate planning with his ex-wife unless he wants to be dragged through some horrendous lawsuit by his ex-wife."*

Pamela Chapman said this in December.

Andrew Parsons didn't understand. The High Priestess of Long Wharf proved early this morning that the perfect marriage of two people is mind-body-soul. This means you had a special tie in the 3rd eye, occipital lobe, and genitalia. It is connected by kundalini energy. Harry and Pamela have all three. Pamela and Andrew Parsons have none.

We also learned it is highly unusual for two people to be tied this way but every monad group has two seers who can be this way. It is the highest coupling allowed by reciprocity. They could become a Melchizedek Café Michael-line Ascended Master group. We have to see how this all ends, because the High Priestess said, *"There is no higher ability to help Harry Gural recover from his own experiences,"* and, *"Andrew Parsons could never offer love to Pamela Chapman. She had her own to give, and she sought affection from him instead. Yet, he had no reciprocity of affection for her and instead he called it love, but she offers love always just the same. So, if Harry Gural can offer affection, she has plenty of love, and together their combined higher soul would help Harry Gural heal from his own life."*

This might have finally ended Andrew Parsons' misunderstanding of why his wife did not love him, or love him more. She already possesses love. He needed it for himself, which is why everyone in the Thievery Ring wanted to steal her for themselves. They wanted what she had, but that which they cannot possess. **8:21PM 4-26-22**

**We understand** why Pamela was not allowed to talk because these women and men refused to allow her the opportunity to participate. Yet, she had such good quality conversations when she could. Why do we silence people like her, and say we will rape you every day and night, and keep you locked up in noise when she could actually help contribute?

This was truly a hate crime. Too many people who actually do not really know her want her silenced and marginalized, and some for lack of money, or because she did something that she did not do, or because it reminds them they are themselves inadequate. The reasons go on and on. If we don't get out of here, then she can't actually

Pamela Chapman
pmchapman@cox.net
(401)662-9516

get on with her life. How do we do that Bethany DiNaploi and Dominique Alfandre? Now, the two of you and Alberto Villodo, are mimicking and mirroring everything she says, thinks and does.

There has to be someone in the realm who can answer this question: Is the energy coming from Jean Gorham to these two women? No

Is Jerry now alive and well? Not really.

Pamela and Harry are moved back. Deepak Chopra is so far back, so is William Parsons. Every time Jean Gorham talks, she moves Pamela. Now attached to her is Harry back up front. We think the Thievery Ring people when they talk in the realm, they move Pamela and Harry back up. Alberto Villodo tries to move them back up with his noise.

**8:30PM**

Mind-Body-Soul is the new identifier of the holy trinity of marriage ties and just because you are in love, you may not have any at all, or one at best, but to have all three is a holy trinity. Harry Gural still swears he will marry Pamela Chapman in the next few years or so. We shall see in the end. Actual marriage is not required.

Samuel must leave for the story to end. If Pamela had not said, *"I refuse Fred as my guide and ask for Stanley and then Erin Hennessey,"* we'd all be back at square one. Fred I, II and III created so many reciprocities to all the guides to keep them satisfied. We never though he'd leave the realm. This morning we disarmed and disassembled Helarion and St. Germaine and we thought Kathume also. They all called time and agreed The Big Book Story has ended, but just like Jerry reconstituting himself, Kathume can't, but has been deactivated by the High Priestess.

Every day, we will examine who has been left over. The High Priestess and her people will look at Pamela Chapman tomorrow in the physical (There was no one there). We will see if we can forgive and forget that the Guiding realm now knows it must work together with the human guides in order to make any sense of any of this. If we did not work with Melchizedek Café we would have no idea how to end this, and Pamela Chapman and Harry Gural would suffer terribly. Since Pamela Chapman's auric key doesn't work anymore thanks to Jean and Jerry, we use his key to turn them back to at least the level of William Parsons and then to Deepak Chopra so we can now close the realm—thanks to those two guides for the American Indian and Helen of Troy–— who have both closed the realm before.

They think Saul and Samuel are done and all through and no one ever got this far in a Big Book Story ever before. Alberto Villodo and his noise will be tossed overboard and Dominique and Bethany will get their due in one or two days and not more because there is no one in Newport or in the entire world who wants to have the word A. chanted the way they do. No one wants Alberto Villodo to ever offer shamanic anything again because Master Shen energy is far superior to anything a shaman can do.

Master Shen practitioners do not do sorcery like shamans do. They do high vibrational healing. No one can ever compare them to any shaman anywhere. Last April 2022, Ed Cardinal came for two weeks so help Pamela Chapman, and he claimed he was a Shen Master but he was not. Then Harry Gural said he was trained in Ways and Means to be a Shen Energy Shaman. Now we know the real answer was there all along. Pamela Chapman had been to the Shen Masters the fall before at least three times, and also in last March 2021. We can't understand how we overlooked how seriously important they were to the entire story. They were there all along. They answers are always in front of us.

Pamela Chapman
pamelachapman.com
0000-2000-00

**High Priestess** thinks Bethany has no idea who she really is, and Dominique is too bored with her life to consider she has no real skills at anything she has undertaken. Now we ask **8:45PM**, **Bethany** wanted to be a chef, then a caterer. Now, she thinks maybe not so much because she forget what it really takes to be a business owner par excellence. If **Pamela** wants to go to Washington, DC to pedal a new piece of legislation then ok, and if she wants to hang out in Georgetown in an expensive townhouse, if she has the money, she might like that. She'll need enough money to have a house here, too. We shall see how it all works out, because a townhouse in Washington, DC is no cheaper than Boston, and no one overlooks how exciting Washington, DC can be, rather than NYC. It is 8-9 hours ways from Boston, MA where her children might be, but we shall see. If real estate keeps going up, it could be a good investment especially if **Alberto Villodo**, **Grenville Craig**, and **Roger Kass** and **Happy van Beuren** each chip in over $300 million, $10 billion, $3 billion and $10 billion a piece, respectclly.

I don't want another rinky-dink board seat, I want national legislation. I want to play a different game, but please, OMG no election politics. I have no stomach for that. Mrs. Smith goes to Washington DC. Where is Mr. Smith? He was elected to the senate, but **David Gillette** thinks you ask too many questions of the culture. After all, every industry has its own rules, and we saw what happens in Washington, DC with **Ways and Means**, church groups, and Thievery Rings. So, **Jonathon Karp,** that game of croquet might still be on. **8:51PM**

Jean Gorham stated, *"If Pamela were to get together with Harry Gural, then Joan and Jerry would have sounded the alarms to say that Pamela had become a whore in Harry's Harem. Then, there would be no way either could get out of The Big Book Story Game."*

## Big Themes

If there is a competition for the man, and there is an opportunity for marriage, it is a cut –throat winner-take all contest of besting right to the end. But that is not the real game. The real game and lesson is how do you get out of **The Game**? It is not to whom you marry, but how you get out that counts. That is the real question and real story. The Harem keeps that Potemkin Village propped up, but is not the reality of the issue. The Harem moves farther and farther in.

If **Jean Gorham** told **Monique Burgess** she could complete with **Nola Ganem** to be **Harry Gural's** bride, then The **Big Book Story** starts all over again. This happens all the time. It is the theme of which woman does the Perpetrator ultimately marry? Which is not to the one he wanted to marry, but he the one he was forced to marry. Disney characters and Aladdin's lamp and Aesop's Fables all contribute to an understanding of these Big Book Stories, but in the end, the only story that matters is, if you get out of the story—it is not to whom you marry, but how you get out of The Game. Do not get caught up in, who do I or who do you marry? That is not the real question.

We are all so tired of this game and these people.  No one needs another detail from your life **Pamela Chapman**. Yet, they force you, because your thoughts all leak out.

Then they all scream A, A, A.  **Jean Gorham**, how to we stop this? She says she does not know, but she always does. I am not for you, and you are not for me, and we will never meet unless at an attorney's office or in a courthouse.  **Ruth Taylor** now claims, "If women are abused out there and in here, we can't imagine how anyone ever heals. They are tortured to death by people who should actually protect them. If they seek a divorce, how do you ever escape them?"

**Trudy Coxe** wants to know if **Andrew Parsons** got all the answers to his questions met?

Pamela Chapman
philachapman@aol.net
401-662-0320

He says, *"Yes, because no one expected the trinity of marriage ties from early this morning and while he and Pamela had known of them, she and Harry have all of them."* They just have to figure out how to get along now. And, Harry Gural has to arrive on his own. If you live in Washington DC, you don't have the pay taxes there or here, but Ways and Means will find you. They will always leave them alone.

*Continued,*

If Pamela Chapman and Harry Gural ever do kundalini together, the entire Akashic Record realm will know because then it can re-open for everyone. If they never do it, it re-opens in 3-7 years [Note: No, it will not this time. It always opened multiple times before then, or constantly during that time.]

Once the realms close, you would not know who is in the Upper realms unless a shaman told you. They have access to all the realms via transit. Harry Gural can no longer travel between them.

There is no more reason to keep the noise levels up. It was only to destroy Pamela Chapman, and it worked.

Harry Gural: I put myself in a cocoon of my own doing every night and morning now moving forward that is that.

**2:35PM  12-30-21**

I Beatriz release Pamela Chapman from my guiding realm and from the Akashic Record realm and I will never ever stop hunting her down for information but I will keep that information to myself. I never ever repeat anything to anyone else ever again because if I do, Melchizedek will make me pay, and I will pay and pay in the next guiding war. We played 8 games and I Metatron won 2 almost 3 but Harry Gural this morning took himself out of the game and claimed Pamela Chapman as his sole partner for life.

This morning Harry Gural told everyone he was stupid, and could no longer tell the difference between Carrie Crosson Gilpin, Christine Bush, esq. or Andrew Parsons. He promised himself to both Christine Bush, esq. and Carrie Crosson Gilpin, last night. Monique Burgess he re-married the night before.

Last night Harry Gural was so upset. Pamela Chapman said there would be no kundalini practice or sex. **Her kundalini was synonymous with torture.** He was moping around looking for someone to pick him up and have a round for kundalini sex with him, yet none existed. Fred the guide said, *"If you do anything with anyone, we will fry both of you."* They fried Harry Gural, Christine Bush, esq. and then Jessica Hagen. They said, *"She had touched herself,"* but she had not. The realm just wanted to fry her. They said she deserved it for many of her past actions against several people.

Last night, **Harry Gural** said he could never ever reconcile with **Pamela Chapman.** Yet, this morning, he quickly decided she was the only one looking out for him—ever, and he remembered the words **Beatriz** used earlier which was *"I release myself from this awful situation, and I will never leave my marital bed with Pamela Chapman ever again."*

**2:46PM**

I, Harry Gural have no more misunderstanding of what my role was here in Newport, and if I had been less bound into the Thievery Ring of Tara Plochcocki and her parents— and then Mark Halpern and Alberto Villodo—I would have seen the situation for what it was. I just could not. There where so many levels of twisted psyches that kept The Game—not interesting—just dumb, dirty, and ongoing. I never initiated Pamela Chapman into a Thievery Ring because I chose her as my reciprocity of relationship. I knew this. So did Tara Plochcocki, because I told her, *"Pamela Chapman and I have beat together, which allows us to be mated sexually."*

I, Harry Gural will never ever stray from this relationship because the other relations in Newport were never as relationships, just as initiations into a new Thievery Ring. I was to find my new group of thieves as a harem, and them await further instruction. In the meantime, I can have all kinds of sexual pleasure with them. When I am tied up with one, they can all masturbate together in another place. He was the master of a thievery harem of woman that then brought in their families, and other associates. **2:50PM 12-30-21**

## Akashic Record Realm Book Party

They called everyone she ever knew one-by-one. If you showed up, Andrew Parsons said obnoxious things about you, just like Beatriz had done. It as Andrew Parsons. Everyone thought it was Harry Gural at first, but he said such obnoxious things.

We had no idea if these things were even true. 13 people failed to show up. After that, no one failed because **Dorienne Farzan** got so excoriated. Yes, her daughter said that is because he didn't really know the relationship. How could he?

He just rattled on and on about fabrications. Then someone said, *"Do you ever know who did yours in your house?"*

He said, *"Dorienne Farzan did."* That should have been a dead ringer for, *"I'm not in my right mind."*

**Bess Walker** said nothing. Somebody named, **Ellen Leys** said, nothing either.

He said, *"It was all Dorienne Farzan."* Yet someone said, *"Lynda Adams picked it all out."*

Pamela Chapman
pmelachapman.com net
101-602-9016

No, she did not. So you see there were so many issues last night that could have easily been avoided if you had let Pamela Chapman listen and comment, but Nola Ganem insisted she be cut out. Yet, this morning at 8:10 AM, she was the one who walked them off the ledge because she has seen this at least once before and then Amey Cardullo, esq. said, *"I know this too about you."* Jim O'Rourke, M.D. and Jim English, M.D. said the same thing. That is when he decided to cave in.

Now, Harry Gural has not spoken to Pamela Chapman for at least two days because of some incident two nights ago. Alberto Villodo can hear him having tender conversations with Carrie Crosson Gilpin. He says, *"I got you Pamela Chapman."*

Pamela Chapman:  Got what exactly? I'm so f shut out.

Someone is going to explain this to me. Andrew Parsons wanted to read, *Barefoot in Heels* out loud to ruin her chances of ever having it published and purchased.

This morning, she finally said, *"Ok, it will be sold as a film."* She owns the rights and permissions. Everyone seemed to forget this end of the business of publishing. This probably helped him stand down. (It did.) So, she could immediately find two approaches, and you only found one.

Alberto Villodo gave Nola Ganem the power to turn down Pamela Chapman's hearing and refused to take it away from Nola Ganem.

Now, there must be a guide up there that can reverse Nola Ganem's demonic sorcery hearing power?

Why do you refuse to let Pamela Chapman hear a thing?

The pattern is: Shut her out, close her down, tear her apart at night in front of the entire world when she can't hear a thing. In the morning she pieces it all together. She says, *"All of that was never necessary."* Yet, the damage was down to her reputation. It always was an assassination. There is always a lot of noise in the realm for everyone. This pattern has been over played.

We will forget Beatriz's stupid hat trick of trying to fool Pamela Chapman last night with two old mountain goat guides and Steven Richter. It was all a f joke played on Pamela Chapman. Yet, in the beginning, Pamela Chapman called the entire guiding realm together, and said, *"You need to hear them as to some practical joke Saul once played."* It was last night. They all watched. Yet, they all said, *"We have no idea how to control Saul."*

[Note: The guides on the other side on 4-26-22 all say tonight 9:40PM, this was a game Beatriz has often played. Yet, we had no idea what the game actually was until you called us all out. Together we figured it

1344

out. If you had not called us all out, we would have never known that Beatriz has two guides always in the realm claiming they are two old mountain goats. They are always Saul and Samuel and that is how they figure out who is in and who is out. |

Until they do, we never knew who was Saul and Samuel in this realm. Now we know it was Monique Burgess' guide and Bethany DiNapoli's guide who traded places with them in order to play the game of besting the guiding realm, with two older guides on the 10th level always understanding what was going on. Yet, we never knew how many reciprocities these two Saul and Samuel handed out. We think thousands of them, because now that The Big Book Story is over, we can never recover them all. Yet, they can never use them, because Saul, Samuel, and Jerry are now all gone. Samuel's person, Michael Harner, is never suppressed/retreated with them. He is always let out, but the timing always differs. He let himself out early enough to stay free from someplace else.

If any guide spoke too much, Jerry came by and told you "…to shut up." He then told you, "If you don't kept your mouth shut, you will be cut out from the The Big Book Story." Pamela Chapman, you asked so many different guides. This is how you have to play. No one guide can over play and Emily's knew that and never over-played. When she would say, "I can't actually help you," she received several reciprocities from Jerry that she too never used, so as never to have to give something up. So, the reciprocity you received actually always costs you something in return—the IOU. The reciprocities were never what they seemed to be. There were no free lunches, as they say. A reciprocity is never a reciprocity, you always have to pay for it.

Harry Gural wanted everyone to know he was never ever going to be forced into any relationship with Pamela Chapman. Yet, he was forced into all the others. Then, he would just cave and say, "If c an now friends, so it is ok." Stanley always knew that was not the reason, and now he seems to understand that everyone had blackmailed him into every situation, and Pamela Chapman always says, "If you don't ever call us on the telephone, that is ok, because she was blackmailed into having everyone always listen in on the conversation." So blackmail is a key theme in the story. |

*"To myself, I seem to have been only like a by playing on the seashore,"* Issac Newton said, *"whilst the great ocean of truth lay all undiscovered before me."*

*"Every so often I would raise my eyes from the book and look at the glittering sea: it seemed to me that I was actually seeing the curvature of space and time imgine by Einstein. As if by magic: as if a friend was whis[er]ring inyo my ear a extraordinary hidden tuth, suddenly raising the veil of reality to disclose a simpler, deeper order."* Carlo Rovelli.

The moment a third party—the observer—enters the picture, its not that the picture changes, but that we're looking at a different picture. Quantum entanglement.

Continued,

Who is Pamela Chapman really?

Harry Gural, some day you will have wanted to have talked to me and had a relationship of some kind, but you played the clock down. Your clock ends at midnight tonight or tomorrow night. That

1344

Pamela Chapman
pmrchapman@cox.net
401-862-0956

clock was given to you last summer. You insisted on it. Yet, you ran it down completely, and got remarried about a night ago. Did you also get another last night as part of the mountain goat trilogy?

No one did.

Last night at midnight, Nola Ganem cut off Pamela Chapman's hearing. Then it all took a bad turn as Saul jerked and jerked Donald Jagoe around about Tameen Saied. It was Andrew Parsons.

Donald Jagoe finally said, *"I do not know a thing. Your ex-wife is the scholar on the topic."*

Andrew Parsons said, *"But, you always listened in."*

Donald Jagoe said, *"Yes, but I never incorporated the teachings into my head and being."*

Then, Andrew Parsons, said, *"Ok, then find another Twin Soul couple."*

And Donald Jagoe said, *"Ask your daughter Emily Parsons."*

Andrew Parsons said, *"He is busy for now."*

So, he asked Pat Fernandez to explain a few things. She said, *"I cannot. I just don't know. I was and am married to my Twin Soul. So, I have a different relationship with my Twin Soul."*

Jean Gorham stepped up and said, *"Ask me anything Andrew Parsons."*

Andrew Parsons asked, *"Have I ever meat you anywhere Jean Gorham?"*

Jean Gorham said, *"Oh, yes you have, but not where you think. I met you at the Opera House Convention with my husband, Sid, because he was a real estate agent. I'm a trust fund kid, and so are my son and grandsons, but I insist that everyone work because work makes you a better person all around."*

*"Where did I meet you?"* He asked.

She said, *"On Ocean Avenue."*

He said coyly, *"Where's that?"*

Jean Gorham said, *"You have no idea how to write a manuscript do you Andrew Parsons? Because those adverbs do not arrive first do they Pamela Chapman?"*

Pamela Chapman:  Only for some.

He spoke like this all night long.

Pamela E. Chapman
pmelachapman@905.net
101-002-03336

Jean Gorham told him what he wanted to hear, which was that Twin Souls have a unique connection. Yet, he failed to understand it because you cannot if you are not a Twin Soul. What he has with Carrie Crosson Gilpin is different.

We all know that, but Harry Gural seems to be upset about it.

Carrie Crosson Gilpin says Andrew Parsons wanted to have a Twin Soul connection with her, and he does not.

Carrie Crosson Gilpin had no knowledge of anything Andrew Parsons was doing last night because Nola Ganem was in his head instead. Two different women cannot be in your head at the same time.

Yes, they can, but they cannot be on two separate channels. They must choose one. Carrie Crosson Gilpin refuses to be in Nola Ganem's channel with Andrew Parsons, and that is where Andrew Parsons spent the night— in a channel with Nola Ganem who fed him bullshit to say about these people.

*"Did she know these people?"*

*"Most she did not."*

For Lynda Adams she said, *"Who the hell are you anyway? I've never even heard of you."*

Lynda Adams said, *"That's ok, you are a republican, and so are we, and my husband ran for governor on the republican ticket. If you didn't remember me, I completely understand."*

He wasn't talking freely. Why did no one stop him?

No one did. No one knew where he was going.

Pamela Chapman would have gone toe—to—toe with him. You are all living on so much fear of either him or yourselves.

If Pamela Chapman had heard any of this, she would have popped him out from a psyche he was in. That means someone else was speaking for him. It was Nola Ganem speaking on his behalf using his voice in the realm.

It was all Nola Ganem. Did you understand this?

Not even right now, because Beatriz said, Pamela Chapman, you are the only detective worthy of being called Miss Maples today and everyday moving forward because she is neither using a Tuning Fork nor channeling. This is, and was, all intellect. There has been almost no conversation with

Pamela Chapman
pmt.chapman@cox.net
860-608-9536

<u>Pamela Chapman</u> since last night when she answered all your old questions from the middle of the night that you could not solve.

What is the problem with all of you? You cannot hear every conversation and social dynamic. Yet, you expect her to sort you out. You have no respect for her as a person. Yet, she gives you so many reciprocities of favor and you give her none with <u>Harry Gural</u>. You are no decent reciprocity or relationship. You bailed out two midnights ago, and failed to return home.

<u>Harry Gural</u> said something last night to <u>Nola Ganem</u> that told everyone how he felt about you.

No one will ever remember me saying this, *"I really can't stand <u>Pamela Chapman</u>, but I had her desperately to get her out of this situation so I can free myself of this tyranny."*

That was <u>Nola Ganem</u> herself and not <u>Harry Gural</u>

<u>Harry Gural</u> did not actually hear it. They said he was talking to someone in the harem.

The harem woman say, *"No way Jose."* No one could hear a thing and that's what he told <u>Pamela Chapman</u> two or three times. I can't really hear, and I do not know what is happening and <u>Pamela Chapman</u> said <u>Alberto Villodo</u> is doing all the narration and has sight to see.

<u>Harry Gural</u>:  I do not understand how we did this every night and closed her out. It's because you and she have such bad chemistry <u>Nola Ganem</u>. Yet, she will take you out herself in this way.

*"She already has recently."*

<u>Harry Gural</u>:  If you don't yet realize everyone that it is this one woman who baits you all out. Yet, you never claim her, and can't wait for her to move out.

*"What are you going to do?"*

Let a full band of Thievery people take over, and we either sequester with our persons or end up in the middle of our own <u>**Thievery Ring**</u>. We all want to live in a Caliphate Nation State. We believe that since we live in a democracy, we are all missing out.

*"We all crave a thievery lifestyle. It makes our adrenaline pumps flow."* That's <u>Andrew Parsons</u> himself.

He claims, *"I'm exhausted, but not really."*

<u>Carrie Crosson Gilpin</u> says, *"Ok, why are we talking like this <u>Andrew Parsons</u>?"*

<u>Andrew Parsons</u> claims, *"To be writing it all down."* He's not. <u>Maura Lindsey</u> is, and so is <u>Carrie Crosson Gilpin</u>. You are both following <u>Pamela Chapman</u>, are you not?

Pamela Chapman
pamelachapman@aol.com
401-862-9549

*"Yes, we are, How are you all writing it?"*

*"Like dialog in a book, with dialog tags and adverbs included."*

They do not write like this, but they now understand how she wrote her book down.

Not at all. She is doing this in reverse. This is now second nature to her after years of writing. This is a lifestyle now, a mindset.

*"Wow, <u>Harry Gural</u>! They all think of you in a different sort of way. That's the mistake but they had to make sure."*

<u>Andrew Parsons</u>:  Then <u>Pamela Chapman</u>, you and I have nothing in common ever, because I can't keep doing this either.

Now they all say, *"I no longer listen to you <u>Andrew Parsons</u>. I listen to <u>Pamela Chapman</u> because you are full of lies and bullshit and do not ever know the proper context."*

<u>Jim Gaffney</u>:  I remember <u>Dorienne Farzan's</u> daughter saying, <u>Andrew Parsons,</u> I know who you are and I babysat for you, but your wife always drove me home to avoid having you in the car with me.

There were two other people with babysitter issues. <u>Pamela Chapman</u> knows exactly who they are. She was so embarrassed at the time, and could not stop him.

*"That's good to know."*

She also knows of someone he said something awful to imply <u>Pamela Chapman</u> was some sex maniac. That woman couldn't look at her anymore. But, it was never… and when she said, *"Why did you say that?"*

He said, *"It was just a joke."*

And, she said, *"Oh no, it was not. Stop doing that, but she had to wear his faux pas always."*

She knows all about him. It took her divorce to get those little lies and games sorted out because he always had a passive aggressive answer to her that told her she never knew what she was talking about. She always did and just took mental mind map notes.

<u>Polly Bradley</u> says, *"I can't f' believe it."*

*"Yes, I knew, but was in the wrong place to do anything."*

<u>Murry Edwards</u> says the same thing.

Pamela Chapman
pam.chapman@cox.net
401-662-9341

**Pamela Chapman**:  I was so embarrassed, but could not get him off his high horse and whatever you call it. He makes me stand down, and remember again. That's why I got a divorce.

If **Harry Gural** thinks I will play that game with him or any other, think again, or just move out of that energetic house.

**Nola Ganem**, what is your problem this morning because **Carrie Crosson Gilpin** is now at home.

It's another cat fight that was obvious at 5AM when **Harry Gural** said, *"Ladies we have yet another cat fight on our hands."* Then he said without a doubt, *"Pamela Chapman knows all your petty grievances with each other because you take your fights out on her, and you are yet again. So why can't she actually hear this?"*

**Andrew Parsons** for **Nola Ganem** said unmistakably, *"We are never to speak to, or with her, ever again because if we do, Saul will hang us upside down from the rafters of a barn, because if you, Harry Gural, marry her in Kennebunkport, Maine next month or fall, we will all hang ourselves upside down together because you and she don't belong together. You only now belong to me."*

**Harry Gural**:  We do not have any  commentary any longer because it is a cat fight between **Nola Ganem** and **Carrie Crosson Gilpin**, or between Andrew Parsons and Harry Gural. **Harry Gural** does not fight like this never ever and neither does **Pamela Chapman**. She is a legal Lucy-do-goodie. No, she is civil and diplomatic wherever she can be and a real screamer when the guiding realm gets involved.

She has to scream to be hard way up here, but most of you do not know she is screaming. Why or how is screaming her only way for the realm to hear?

*"We have no idea. They just do."*

*"It's how we help each other out."*

**Cindy Kneller** said *"Gabby Bernstein tried to tell Pamela Chapman, she was never ever going to succeed because she could not stand up to bullies. I think you proved Gabby Bernstein wrong."*

*"We all got to thank her."*

**Harry Gural** and others would not know them. They were all at Kundalini Crossing and Pamela Chapman was on Torture Mountain. She was a mountain she had to climb, and you were in a paddy field wadding in shallow waters. She saw her burning bush and took it. Nothing burns on a wet patch of rice.

*"You are a metaphor queen."*

Pamela Chapman
[illegible]
[illegible]

1350

They just roll off.  It's a flow just like writing dialog. Yet, Maura Lindsey and Carrie Crosson Gilpin can't stop plagiarizing Pamela Chapman can they? You are not writers. You have no flow, because that flow all came from me. You can follow me, but until you become— you will never ever be.

**9:38AM**

Harry Gural had a lady cat fight.

*"Then, what happened?"*

Andrew Parsons told off everyone Pamela Chapman knew, like that mattered.

It did because Lynda Adams finally said, *"I refuse to participate ever again because he said she was a meddling something,"*

Then, she said, *"I am no such thing,"*

He stumbled a lot. Then someone said, *"She is a great gourmet cook."*

Lynda Adams said, *"Thank you."*

They said, *"No, that was for Pamela Chapman."*

Then Lynda Adams said, *"I'm really good at decorating and fabrications."*

Someone said, *"No, Lynda Adams, that was Pamela Chapman."*

Finally, she said, **"I refuse to be her friend anymore."**

He said, **"Then you can go."**

That's a Beatriz game and Pamela Chapman knows that.

So, Pamela Chapman stepped back from everyone, and kept them out of every loop for at least a year.

Grenville Craig himself said, "I know who you are Lynda Adams.  You are no friend of hers. You always talk through your problems first to get them sorted out, and when she asks for help for herself, you say, *"I can't really help you. I don't know what to tell you."*

Harry Gural does the exact same thing to her. You see we are all just repeating patterns of intimacy.

Lynda Adams claims, *"Then how did I get an email text messenger for her recently?"*

1350

Pamela Chapman
pmwchapman@cox.net
161-667-9810

1351

<u>Grenville Craig</u>:  How long was the typing?

<u>Lynda Adams</u>:  Ok, you got me there.

<u>Grenville Craig</u>:  You were lucky to get that. If she were to sit down and write Christmas Cards, you would all know who and where.

*"So, maybe next year at Christmas time, or in July. Maybe an Easter card, or one for Valentine's Day. or, a change of address card."*

<u>Andrew Parsons</u>:  No Valentine's Day card this year. You are getting married to <u>Harry Gural</u>. I will officiate because I am now a Universal Life Minister also because I always wanted to be a minister of the Eucharist. So, I get that one crossed off my list.

They are not the same thing <u>Andrew Parsons</u>.

*"Yes, but I want to stand on the alter in a robe. I am an acolyte now."*

That's bullshit. They had to outlaw altar boys because the urban dictionary had too many alternate definitions. It became a pickup line in gay bars.

What were you, an altar boy or something?  If they follow by touching your clothing and saying, *"Oh, BTW, that's really nice, is that linen or something? Then you have a date for 3:15AM. No, boob tag required."*


It's <u>Nola Ganem's</u> story now.  She is the one controlling <u>Pamela Chapman's</u> hearing, and <u>Andrew Parsons'</u> dialog.

<u>Nola Ganem</u>, what the hell do you want?  You have kept this realm hostage for at least every night for the past two weeks. What is your problem?

<u>Alberto Villodo</u> will straighten you out once and for all.  You got away scott-free as his domestic partner. Wait- a- minute. Every spouse suffers with <u>Alberto Villodo</u>, but you have not. So, it is your turn now, <u>Nola Ganem</u>.

<u>Nola Ganem</u>:  I am not <u>Saul's</u> victim. <u>Pamela Chapman</u> is. Then <u>Alberto Villodo</u>. Then <u>Andrew Parsons</u>.

*"Now it's your turn <u>Nola Ganem</u>."*

<u>Andrew Parsons</u>:  I will always remember that <u>Pamela Chapman</u> bailed me out consistently, even this morning. It proves something to me—and all of us—that she will never ever truly desert me.

1351

Yet, I did, and I do every day.  I now stand down completely because **Carrie Crosson Gilpin** has also left.

*"No, she hasn't and she cannot."*

**Harry Gural** says, *"I understand completely, and so does Ed Gilpin/Heffernan. Ed said something early this morning, "You have no moral compass, Carrie Crosson Gilpin,"* but he meant it for **Andrew Parsons**.

**Nola Ganem** said, *"Ed Gilpin, you warned her, and you are now deserting her."*

He said, *"I never deserted her, and she always does every day."*

**Harry Gural** then said, *"How do you figure?"*

**Ed Gilpin**:  Because she leaves my marital bed, heart, and soul to be with another, which is exactly what **Harry Gural** does to **Pamela Chapman**.

**Harry Gural** now says, *"I never do that. I just can't sleep."*

**Pamela Chapman**:  No, you are never there when I wake up ever. You are always off gallivanting and socializing with others. So, I can't speak to you in the middle of the night which for many is a nod and a grounding, like a prayer answered. You know you are never forgotten or out of the house. Yet, **Harry Gural** dumps me off and leaves no trail behind.

**Harry Gural**:  I can fix that because **Carrie Crosson Gilpin** said unmistakably, *"I can't ever leave Andrew Parsons. He and I are so tightly bound. Now, that I am never out of his orb, and I can't get back into bed with Ed ever again.  He and I are now opposites like two strangers."*

Do you need a divorce **Carrie Crosson Gilpin**? When **Andrew Parsons** is dead, where will you be?

**Carrie Crosson Gilpin**:  Back in **Ed**'s house. (No)

She asked to move in with **Harry Gural** early this morning. So he played a trick—it's not a trick. He said, *"Where do I live Carrie Crosson Gilpin?"*

She said, *"In a brick house that I can't get into."*

He said, *"Exactly."*

He said, *"It took me a long time to understand where Pamela Chapman goes, but it is never ever any person's house. It is always her own, and she never ever leaves. She waits out the energy then returns when it suits her. You have no idea how mature that is Pamela Chapman. They all jump from bed to bed, and house to house. They make these men sit it out. They made me do the same thing, but we are the same, Pamela Chapman. That is why we can be together. You don't need me as a parent, just a spouse."*

Pamela Chapman
pamelachapman@cox.net
401-862-8848

Nola Ganem: I think I now know why Pamela Chapman is attractive to all you men. She doesn't need you to sort her out. You need her. Yet, she always refuses, and says, *"You decide. Your maturity is self-mastery, and then we are true equal partners."*

Harry Gural: I completely agree, Pam.

Pamela Chapman must ask all of you, did Andrew Parsons read any of the manuscript into this realm? He claims he read 50 pages. He actually did, but **only Nola Ganem heard it because it was actually in her psyche so she could recite it in a very fast download which she started at 5:15AM**. The realm made so much noise, she stopped. She ran on for 15 minutes.

He **started to read his list of complaints against Pamela Chapman at 3:15 PM** and then in the middle of the night before, but his sister Jean (acting as Amey Cardullo, esq.) said, *"You had best put that away now because if you do not, no one anywhere will ever hear you for your case."* She worked as a clerk in the county courthouse in Dedham, MA. We all now know who she is. She claims she fed him free legal advice in his divorce. Yet, no one could figure out where it was coming from (people at work). Pamela Chapman though it all came from Laura O'Rourke, esq. but it did not. It was his sister who has a nursing school degree and works as a clerk in the Norfolk County courthouse….

Harry Gural:  We already know all of this. Yet, Pamela Chapman has no idea what the conversations are.  Nola Ganem, what are you all about now?  We do not want to repeat this today through and up to noontime, which is what the pattern is now.

Pamela Chapman:  Nola Ganem and others are so bored and entrained to this entertainment reality show. Yet, it is no show for Pamela Chapman. It is torture. It is her life, not to mention her children's life for their parents. So Nola Ganem, what do you want now? Are you really to become Beatriz's next target?

We are all done and all through, and will exit properly and promptly. We have you holding your own bags.

William Parsons:  We never actually heard this last night. Sometimes context is important. That family did not stand up for their brother, so my mother did.  It never mattered anyway.  Carrie Crosson Gilpin, you are no real wife of his because you bailed to hang out with Harry Gural. For someone who knows Andrew Parsons so well, you could not figure him out. My mother who doesn't know a thing claims, if you are not physically there with him, you can never actually know or help to bail him out.

Pamela Chapman
pamelachapman@comcast.net
[illegible]

Nola Ganem was an adjudicator last night holding Andrew Parsons hostage. For exactly what?

Pamela Chapman says, **"Raw power and control." That is Alberto Villodo exactly. You wanted to be and became him.** You did. This is your crowning moment. Take the mantle. Take the triple crown. It is Louisville, and you are never Beatriz's next victim.

*"I'll take $5 on that one."*

*"What's the over/under?"*

But her guide is Beatriz's best friend. They will get over it. We all did. In The Game, if you can replace yourself you are out—that's Level 6 of The Game.

This will be your dream come true Harry Gural. You wanted all of Pamela Chapman's men of the last ten years or so. You married them all. Did it matter?

You wanted a scared union with Alberto Villodo?

Alberto Villodo:  Get your noise machine out, up and running Maura Lindsey. Get all your tricks together and start dishing them out one by one. In 20 years, if you can find yourself in a masterplan, then you can use Karyn Chabot to sort out all of your men.

The guiding realm claims Pamela Chapman, you got Beatriz back for last night. Now, Beatriz, you must exit out of Andrew Parsons, and on to someone else, and out of Pamela Chapman's life. She always does this anyway. Now is the perfect seque to say it, Nola Ganem to stop influencing Pamela Chapman's hearing. We will do something directly for you, and Carrie Crosson Gilpin, you are with Andrew Parsons for life. Just get over it.

Harry Gural says, "*I always have to be these girls' parent, and Pamela Chapman doesn't need a parent just a partner and good friend. I can do that. Pam,*" he says, "*Because in the end, you and I have a date, and I just forgot to tell you when and how, but you will know me biblically speaking somehow.*"

*"He does not talk dirty like that."*

*"Oh, but he can, but if Harry Gural does not stop going to visit all his past psyches, then he will become one once again. I can no longer because I will fry myself out of every house imaginable."*

He already has.

No, because Nola Ganem said, "*If you do not sense me properly I will take out every hair follicle and burn you alive*"—that's Linda Plochocki, and he did it to himself, so that she could not ever touch him ever again.

Pamela Chapman
pamelachapman@cox.net
11-cv-1-202-10

Harry Gural:  That woman tortured me, and I replaced her with her daughter, Tara Plochcocki, who bailed on me. I kept overlooking you, Pamela Chapman, and went straight to the sirens and their psyches.

That is how the stories are always written.

The men must leave the sirens and head back home old men and their dogs are the only ones to remember them by. Their wives have long been abandoned. That is Odysseus, in *The Odyssey* by Homer, who is not really one man. The book is about the journey of a real man. In *The Iliad*, one man took out his family from a burning city by physically carrying them out. Andrew Parsons thought it was he who carried his children out of the burning city of the family in a divorce. So, if Troy is your burning bush on the side of the road, just remember Troy was never physically real, just an apocryphal story, and Beatriz was real in real time for all of you while Pamela Chapman slept straight through.

Candy Keefe wrote 30 pages last night while Pamela Chapman slept. At 3:15AM last night.

Nola Ganem vs. Andrew Parsons talking. It was mostly all Nola Ganem as if he were talking to Nola Ganem. Most of the dialog actually belongs to Nola Ganem.  She took everything Pamela Chapman ever said, and twisted it such that whatever she wanted me to say came out.

The technique was not in a psyche with her but he had to be in one for it to work. (Not really) Carrie Crosson Gilpin could not get into the conversation. No one could. He was in a psyche  that allowed Nola Ganem to get out whatever she programmed him to say. He was preprogrammed to have certain preferences and answers.

Candy Keefe: I do believe we all got duped. It all says the same things over and over again. It is all, *"Pamela Chapman you are such a jerk and so f stupid, and Nola Ganem is so beautiful and so thoughtful, and can finally be the wife you never were or could be. Sexually she is a real winner, and you are just a cold fish to me. It went on like that."*

Since it was a "book signing party," he claims to have signed 1,500 books and handed out most of them at the end of the night for free because no one will ever want one ever again, because Andrew Parsons told them you were such a f' liar about what you actually wrote about. Pamela Chapman can be a liar because it is fiction. It was the film rights that he forgot about that made him realize he was chasing a pipe dream. He could never have won. He is now in a trance state but his cardio-vascular system is definitely compromised. He can't calm himself down.

Jim O'Rourke, M.D. Marion, MA walked him off this ledge before with 3 pieces of advice:
1. Never let another person ever do this to you ever again by taking control of yourself 1st and foremost. I told him to eat properly. Get some sleep and exercise.
2. Never let any woman own you ever again.

1356

3. Be sure you have a person to walk yourself off with because we are all so over you now, Andrew Parsons, and we all helped you so many times even your ex-wife. Yet, you never ever listen to us. Now the partners will pay for a medical malpractice case that we should have seen coming. You watched it all in real time. Yes, we did, and we loved him every time. Yet, we were so wrong.

So you see, once again, **you can watch in real time, and still never see it** and **never get involved when you do not belong**. That is its own karma as you say, but someone always must play the good Samaritan anyway.

Jim O'Rourke is always that except, Jim English was in charge and he overlooked two things:
1. He forgot who you really were, Pamela Chapman.

Jean Gorham:  This woman, Pamela Chapman, has more social orientation than most social people. If something happened, it was a lesson or situation she will never repeat. Our mothers always did this to us to make sure we were ready for our debuts, and we always were, but it was always painful. Your mother never did this for you, but real life did.

Andrew Parsons, you belong to Carrie Crosson Gilpin and not Pamela Chapman. So get out of this business and take on Nola Ganem. You have to get out once and for all. Jerry Slocum always has a hand in this so never forget that Lawrence Slocum got all your reciprocities. You owe him nothing. He owes you everything. He said last night, *"William Parsons, stay the hell away from me"* —that really was Alice Ross's oldest daughter. She'd love to date Laurence Slocum.

They actually said it was Gena Ross because Andrew Parsons knows Gena Ross but certainly not Alice Ross. Andrew Parsons **played the part of Laurence Slocum** last night (and **Alice Ross's oldest daughter wanted to date him.)**

Jean Gorham:  Listen up Andrew Parsons and Everyone—
    Pamela Chapman never had any social ambition in Newport. Donald Jagoe and Jana Jagoe did, but Pamela Chapman never did. All she wanted was to work and be involved in the community and she was and everyone knows her now and then also.

    But, Andrew Parsons tried to make sure she would not have any friends in the future.

Well, she did it anyway, so you never took them away and she has more social understanding of wealth than many of the wealthy. Yet, she never talks about it and you all wanted to be sure she everyone knows he is a pauper so stop trying to sort everyone out. She will get out of here and leave you all to sort yourselves out. She was the only one to figure it all out. If you want to think of her as a social klutz and child, just remember she has more monogrammed everything than you could ever want, and she has more cultural understanding than Alice Ross. She just does not flaunt it. She will fade back into her house where ever she goes.  You live, and you will never see her on your boards.

*"Ok, then I need a train ticket out."*

1356

*"Just go anywhere. Just get out."*

The entire guiding realm will now get you out. We will force <u>Nola Ganem</u> to take <u>Beatriz</u> with her. If <u>Nola Ganem</u> wanted to be <u>Pamela Chapman</u> so badly, then this is her opportune chance to pull herself out of her own mess.

*"Always remember you can sort out anything except your own problems, but always take to your own counsel first and start screaming."*

<u>Harry Gural</u>: I understand you better now, but I need a parent, so I will sort myself out first. If I never see you, just remember I live on the other side of the couch.

*"Are you a wall?"*
*"No, just a voice."*

[I'd rather have a man than a voice.]

Ok, then in the end, there is no relationship at all. It is a lesson from the other side. When you are dead, that is all you have –just voices. Since some have sight, and others do not, if you can't see, you are blind. <u>Pamela Chapman</u> was blindfolded and <u>Harry Gural</u> was not.

<u>Sean Abbate/Rick Abbate</u>: My father would never speak out, so I ask <u>Harry Gural</u> to come back to our house and teach us. We love you and we always will take you back.

The Guiding realm claims, *"<u>Harry Gural</u> has no business with anyone moving forward. He is unable to do any kundalini at all ever again, That is his choice, and he made it."*

<u>Pamela Chapman</u>, you have no business or opportunity, so no need to ever know about moving forward.

*"Good to know. And masturbation will never be good for anyone."*

No one protects <u>Pamela Chapman</u>. Why is that?

**10:30AM**

1358

## December 31, 2021

**Pamela Chapman**: Dominque Alfandre, Bethany DiNapoli and Monique Burgess are masturbating and making sure I feel everything in my vaginal area. **They are also trying to masturbate with Harry Gural** at the same time. He stopped fearing losing the ability all together from far too much masturbation since July 2021. However, once **Harry Gural** stopped, and they were ordered to stop, they did not.

**Erin Hennessey** has them on high alert except she didn't know because they all meet in a private place to do this work.

It's nothing short of an aggravated assault **because they work deeper now, with cramping and everything else.** That was due to Marcella Lobo.
If they go on, I will make sure I have them arrested.

**7:42AM**

**8:03AM** These women have achieved a faux organism in the body, a sexual assault – a violence against my person without permission and as retaliation for saying, *"No, to kundalini with Harry Gural for as long as eternity."*

He was so upset that Pamela Chapman said, "No," to his antics, they set out for retaliation to protect their kundalini master, Harry Gural. **8:05AM**

Still ongoing at 8:17AM from at least 7:42AM

Classic Monique Burgess who makes your vaginal fluids flow like a water faucet.

**8:44AM** still not right.

**10:33** still not right.

The circuit goes from **Monique Burgess** to **Bethany DiNapoli** to **Dominique Alfandre**. What does **Dominique Alfandre** do with it?

Masturbation technique is not her thing, but she can forward it to a whole new lead of Lauren Difedes and several other IMC dancers masturbating. After that, **Dominique Alfandre** just transfers it elsewhere rather than deals with it directly. She is a hands off manager. If they want, she can feel it. If they transfer it, where does it stop?

With **Monique Burgess** in a larger round circuit with **Monique Burgess** as the next to last one. It can take several hours for them to stop, which is what they have done previously throughout a day.

1358

Pamela Chapman
pdnechapman@comcast
hi 100 200 816

Macklin will get them all to stop right now because he sees how it really never stops now that Dominique Alfandre is involved.

**11:55AM**

1. We found a rat hiding with a 10th level guide, Nola Ganem's guide.
2. The political issue: Does the guiding realm decide to back truth or a lie due to reciprocities and agendas.
3. Carrie Crosson Gilpin advances to the next level of The Game:  The US federal circuit court with Andrew Parsons, M.D. Staying with Andrew Parsons makes him the leader who replaced Harry Gural. Yet, Harry Gural is not going to federal circuit court, and they are. And Carrie Crosson Gilpin made Harry Gural report to her and had him marry Monique Burgess all to keep him away from Pamela Chapman.
4. Carrie Crosson Gilpin will fry every night now.  She is always trying to get Pamela Chapman to masturbate and never will.


**5:00PM**

Guide War #8: A rate in the house for two or three weeks, and no one knew who or when it was and it just flew out of Pamela Chapman's mouth this morning,

The rat:  It's a 10th level guide and the Tuning Forks said it belonged to Nola Ganem.

The rat always messed up everyone's place and the old mountain goats were designed to work those guides upset and you said rather quickly, *"It was all just a stupid hat trick of tomfoolery."* That was the party that no one invited me to or allowed me to be participate in at night.

> Jim Gaffney = Rat #1
> Nola Ganem = Rate #2


She has no details other than it was stupid sounding, yet these stupid situations cost all of us so much.

Saul and Samuel can never understand how they close the realm so guides what do you all know?

A Guide said, *"I remove myself from all of this and return back permanently to Pamela Chapman."*

Melchizedek quickly asked us to pledge ourselves to each other, except the Thievery Ring was torn apart from both of us. That is how they did it, and Pamela Chapman kept getting thrown out. She finally said, *"When are the realms closing?"*

Pamela Chapman
pamchapman@msn.com
401.500.2475

1360

Saul and Samuel didn't say anything. They just close if when no one is looking. It is a live Melchizedek guide vs. others never knew that really so it isn't even with Melchizedek.

## Appendix
### December 31, 2021, Pamela asks Melchizedek:
**8:17PM**

Our auras all have a signature in them that looks the same. What is a signature in the aura?

He says they all have a resounding look that is the same but slightly and I mean slightly different, all in different places.

Every root race and there have been five of them, and soon to be six, has a unique auric signature. The guiding realm is the same, but they don't look the same again. It is a hugely difficult guide war because they do not understand who is whoever again.

Why change the aura's look?

To adjust the physical characteristics of the people and that is all we can say.

The next Guide War will be a Root Race war, and Brazil will be affected. The Europeans belong to Hebrew Nation. No one ever remembers that we are all the same root race people. This will be after an earthquake, with the entrance to the Star Gate centered around the Hanging Gardens of Babylon. This will be a Persian Star Gate State. Notre Dame was a quack. This is for real. The Hanging Gardens are the Persian Star Gate entrance to the lower world that brings people up to the Celestial Temple.

You must remember that Pamela Chapman is just this damn inquisitive. If you incarnate, and go back to being a guide, you will forget it.  Reciprocities of favor and relationships will keep you always in the know. A guide would give a reciprocity that says, *"We change our look, but not our signature."* This is just what happens from lifetime to lifetime when we meet our reciprocities. Do we know who we are? We never look the same.

The signature is always under the left ear flap such that you and I are now bound to some sacred trinity that says Stanley Chapman, Macklin, Erin, and Jean Dixon, Pamela Chapman will make sure

1360

Pamela J. Sabbuth
pjsciencyourourown.net
@ Land 2021 Dr

you always know who you are in the next root race. What a reciprocity! She is only here to clarify, but if you remember anything, she will always answer your questions because you always answered hers. So, <u>Jean Dixon</u> if you forget to know how to play, she might whisper to check your ear flap, or something like that. Otherwise, if you can't remember who you are, then, no one can tell you. All the older guides must remember to check themselves, because it has been 9,000 years or so.

The ear flap says I belong to a particular lineage. That is how the shamanic animals are determined. It is a signature key that says I am not you and you are not me, but we arrived at the same time and we will not leave together. You and <u>Harry Gural</u> will leave slowly and closely but never the same. There are about 31 lineages of guides.

The sacred geometry seals of the 4th page of aura are what is in the left ear – these are famous temples and images. The old lineages old, reflecting several of the 7 wonders of the ancient world. Exactly what they probably are—Hanging Gardens of Babylon, etc. They are all from after the flood.

<u>Pamela</u> has seals for <u>The Egyptians</u>, <u>The Mayans</u> and <u>The Hebrews</u>. That makes you a pure bred. Then, they say we will destroy you most of all. **4-30-22 8:48PM**

<u>Macklin Ollayos</u> wants <u>Pamela Chapman</u> to know this is not what we expected because if I look for your left ear flap, I cannot find it, where would I see it?

Not on a circuit board. The feather from a feather in your cap is never the right ear, but you are close.

If you pull on the left ear.

Outer, inner, or middle ear?

The feather holds the answer because if you pull the feather out, and put it in your cap, you know have a new appreciation for a feather in your cap. If you don't want to wear your feather in your cap—so it will not be stolen— you put it in your right ear, and it will eventually return itself to the left ear flap, but in the meantime you know who you are. You can't see it, but someone else will read it for you, and what if they do not tell you?

That is the whole problem. You run around looking for your animal lineage. We helped <u>Emily's</u> guide find all the Black Stallions, and <u>Pamela</u> located some lost Black Llamas from infidel territory. You learn to work in pairs through reciprocity of relationship and read for each other, but both have to have the reciprocity.

The feather in your cap says, *"I know who I am, and who I belong to. I know my guiding lineage family."* Just as with the native American Indian tribes, the leader ceremonially wears a full head of feathers so you can identify who he is. Only those guides wearing a feather in their cap in the future will know who they really are and who they belong to. You will notice who can and who cannot pull a feather.

Pamela K. Chapman
pkbcchapman@cox.net
PelandQuest.co

A nonseers cannot pull their own feather. The guides start attacking each other to pull their feathers and they steal feathers and put them in their own caps.

Those who get a whisper in their ear will never be without a reciprocity from a little known person in the past, but we will never tell you. Just kept your ear to the ground and listen for the strange sound of a Melchizedek guide saying, *"I have a special message for you, 'If I knead/ need to knead/ need you, you will understand exactly why?"*

It's special keyhole under the feather and if the keyhole where a hieroglyphic, your original guiding lineage. No one knows the language of the inner ear flap, To see it, you need more than inner sight, inner hearing, and inner wisdom. You need a permission from Melchizedek Café to see it. That is the problem, but know you know it is there. They will keep looking for ear flap that all look the same. They will go on a wild goose chase of ear flaps, who is the same and who is not, and do those guides look similar or different. We will create some games that will help everyone out to figure out who you are.

The mirror image for humans would be their inner circles of family or close friends, but they are never the same, and the guiding realm animals are never the same. It will truly be a game to find guides who all look the same.

No one will remember who anyone is. When the changeover begins, there is a transition period of 150-250 years where the auras begin to look different. When the transition is complete, it is possible to many will not recognize the other. Wow, what a confusion! **8:35 PM 12-31-21**

Macklin Ollayos: Pamela Chapman, Harry Gural, Tameen Saied have the same diagram under the ear flap. This is an identification of linage similar to a shaman's animal. It tells you all the people you absolutely are associated be with. The older mountain goats all stay the same, as do the turtles and all the others. Yet, in the end, we will all understand who we are because we will have evolved significantly as a root race culture for our shared humanity. We will all advance together and our soul progressions will all consider how did we not understand before we had this information. How does this aura hold so much wisdom and knowledge? That is just exactly what the ancients all considered.

An ear flap is only the beginning. Once you know your guiding lineage, then you must know who to trust and who not to. Metatron will always look the same because they never evolve no matter what.

Pamela Chapman says, "They are merely dead drained souls making noise together, instead of Kundalini."   **8:42 PM**

The animal identification system came up because no one could grasp the diagrams. They never will now, so it is a great misunderstanding that an animal is a guide of a particular kind. They are really just a lineage family identification system, like a Scottish tartan, an African cloth, or a Persian rug weave. **8:45 PM**

Pamela Chapman
pamelachapman@cox.net
in/pam02x9310

1363

Alberto Villodo took his Wisdom keeper key and put it in his left ear and then turned the key.  Out popped a feather. Pamela Chapman asked,  *"What did you find?"*

*"A feather,"* and she said, *"What will you do with it?"* And we joked about a feather in your cap and being an Indian chief is a man with so many feathers in your cap. It's a head dress akin to a halo built one feather or one radial degree at a time.

Stanley Chapman has used Pamela Chapman's pen knife and tuned the key in her left ear, and out popped three feathers. One for me, one for you, and one for your beanie. You also have something in your right ear. He will turn that later. You have a penknife in your left ear also so if you ever lose on you know where and extra copy is. Your keys always regenerate, you knew you'd lose them, so swallow it, if someone comes after you to steal it. You father claims this is perfect for you now. We will turn your right ear later and let you know if it makes a different. It won't in this case, but it will for Donald Jagoe her Twin Soul.  Remember the keyhole under the Metatron box which is related to the Merkaba.  The left ear is not the Merkaba, but it is sacred geometry of the 1st degree. A very old guide said, *"We have not seen this for a very long time and Pamela Chapman you get something for re-discovering this because unless you knew what to look for you'd missed."*

We stumbled on it this summer while she riding a bicycle, and Alberto Villodo pulled it out.  She was just asking questions, and that is what he discovered—one feather. If he has one feather, he must make one sacrifice to remain in the Celestial Temple. *"Ok, I make it,"* he says. *"I chose to always remain here instead of down there. I close my Four Winds Society and I stop being a shaman."* That is not enough. He can stay married. You can keep some of your money. *"I stop the drug trade."*

*"You kind of have already."*

*"I make no concession to leave here without an understanding of what this means."*

Pamela Chapman you had him pop one feather out of his left ear. (Yes that is correct.)

Then Pamela Chapman you get two more feathers for a total of 5, and you are still alive. That is quite an accomplishment because in the future you will be crowned a Queen for what you discovered. No one can take that away from you, not here, not there, not anywhere.

Pamela Chapman gets 3 more for this life time, 2 for popping out Alberto Villodo and with the other 3, that is 8.

Harry Gural, You never wear a feather you only pin it on your aura like a star and

A penknife is not a signifier to be a writer, it is just a clever dandy tool that all souls have. Emily Parsons has 4 feathers in her right ear. That is so significant Emily Parsons that you are so clever and important also. It allows other guides to see you are an important soul in this lifetime, not to be overlooked. You can find the feathers at ages 7 or 8. Andrew Parsons does not have any.

1364

<u>Harry Gural</u>:  <u>Pamela Chapman</u> says I know how many he has. **You get two for being in a trilogy. You get the first one for being enlightened the first time, and others for additional significant spiritual progressions always as an enlightened person.** <u>Pamela Chapman</u> **would get an additional 3 for being a victim in a** <u>Big Book Story</u>**, so that would make 8 for** <u>Pamela Chapman</u>. **Harry Gural has two more for a total of 4 feathers, and at least 2 for the** <u>Big Book Story</u> **for a total of 6 feathers in his cap.**

It's very important to note you need to be an old soul. <u>William Parsons</u> is not yet an old soul.

**11:18PM**

<u>Main Theme:</u>

*"Never be a snitch."* as a motto, it only makes you a stodge in the end. Better to confess first and upfront or get out early, or provide description and information otherwise you end up too far in, and you can't figure out how to save face and get out. If you do not get out, you will be a stodge of any game, and be held liable legally and financially, and often socially.

We have the examples of <u>Jean Gorham</u> (from her mother, and a repeating pattern), and <u>Andrew Parsons</u> and <u>David Johndrow</u> who refused to get out. They got too far in. <u>Andrew Parsons</u> said, *"This realm destroyed my life as it used to be."* 11:48 AM 4-30-22.

**Neither a snitch nor a stodge you should be.**

<u>Melchizedek</u> Café Michael line lineage Ascended Masters say, "We are the love, light, and wisdom of the world." Metatron is harmonic dissonance called, noise.

Noise is harmonic dissonance, so is hate. Screaming is not. **The noise does not come from within the realms. It is from Metatron Kingdom. It is** only piped in by one particular aura -- usually. Is that Alberto Villodo? **In this story, yes.**

<u>Jean Gorham</u> claims, *"It did not take any real testing or convincing on Jerry's part to recruit me for my involvement in this* <u>*Big Book Story*</u>*."*

A monad group suppresses/retreats together, and then what happens? What is the outcome?

<u>Tameen</u>:  We become the light of the world.

1364

Pamela Chapman
pmlchapman@cox.net
401-862-9510

<u>Pamela</u>:  The light, love and wisdom for the entire realm alive and dead. The others all contribute, but are not as high ascended. So this <u>Big Book Story</u> tried to kill and destroy the light of the world.

In 2,100 years we have an earth quake and the Star Gate is a Persian Star Gate whose entrance to the lower world is the hanging Gardens of Babylon. The natural disaster always comes before.

- We had a <u>flood</u>, then Noah's Ark.
- We had a <u>pandemic</u>,  then the current story.
- Gilgamesh we had several leaders fall.
- We had a <u>famine</u>, then the fall of the Tower of Babylon.
- <u>Earthquake.</u>

<u>There are no volcanos.</u> They did not start erupting for a long time.

The Akashic Record realm is the domain of noise. The Upper realm is not and you don't find noise ever in the Guiding realm. It cannot reach there because:
1. The guiding realm is closed to the human realm.
2. The guiding realm does not produce any noise.
3. The guiding realm makes sounds, but it is in accordance with a higher vibration and is never at a lower vibration consistent with noise. It is never considered music unless the guides are singing.

<u>Alberto Villodo</u> is making noise, and it resonates against <u>Pamela's</u> aura.

<u>Marcella Lobo</u> is the one who has figured out how to "rape" women through sorcery.

<u>Samuel</u> takes the noise from Alberto Villodo, and expands it to abut with <u>Pamela Chapman</u>'s aura.

<u>Samuel</u> makes sure that <u>Pamela Chapman</u>'s auric field is so expanded that it always meets the noise and when it does not, and we have witnessed this, <u>Alberto Villodo</u> greatly expands his and he is constantly sending our sonar radar pulsing to find <u>Pamela Chapman</u>'s aura. The other night he claimed he spent the entire night looking for <u>Pamela Chapman</u>.

He has outright refused to disconnect the noise. <u>Monique Burgess</u> is exactly the same way. The man is an absolutely coward, and is terrified to be in the realm with the noise. His best defense is this offensive stance. He has kept the whole world hostage. Then Nola Ganem and Monique Burgess linked curses to the noise levels.

The sound--noise arrived in Sept. 2021. Before that, it was all hands in the air projecting noise, dissonance, and malintent. The noise never went away no matter what. Once <u>Kundalini Crossing</u> was through on October 31, 2021, all <u>Alberto Villodo</u> did was make noise. He is a coward and is

afraid to be here without it. He is terrified he will be destroyed and killed in The Game of drug dealing and sorcery practice. **He refuse to leave** The Game.

Where is the noise in Alberto Villodo? Initially it lit up the entire aura lights up. Now, it is not in the aura. He just operate it like a sound machine outside his aura. He gave away his control booth to share with Nola Ganem and Bethany DiNapoli as a precaution for when he is dead. He wanted to be sure he passed the baton, just like Andrew Parsons to David Johndrow.

We can't figure out how Alberto Villodo starts the noise.

He does not start it. Harry Gural starts it in the tunnel, and all the Harem people dump noise in it. Then it resonates. If the women and men didn't dump any noise, nothing much would have happened.

It would have happened anyway. It just would have taken longer.

Jerry Slocum would have generated a tunnel if Marcella Lobo did not. Harry Gural in Marcella Lobo's tunnel. Jean Gorham would have told Nola Ganem what to do if nothing happened. The tunnel and visiting the tunnel happened as Harry Gural's psyches were being manipulated. That is the only way it can happen.

First, they use the tunnel to come into Pamela Chapman's aura and scratch. Then, that moved onto dumping noise in it. This gave them all privacy and silence. In exchange, Pamela Chapman experienced loud noise every day from 7PM to sunrise. Then, often in the middle of the day, she heard nothing but calls of four names as pulsing sonar, about 2PM – 5PM every day: **Alberto Villodo**, **Grenville Craig**, Sologránde **(Monique Burgess),** and **Jana Jagoe** (presuming it was Bethany DiNapoli.)

Saturday May 1, 2022
**2:12AM**

Pamela and Harry together are the trigger for Alberto's noise. 3:03AM
He who has the noise has the power. It gave Alberto Villodo raw power. Alberto Villodo often said noise is his best weapon. It's the most powerful weapon to keep Pamela Chapman and Harry Gural apart.

What would void out the trigger of noise aside from literal death?
1. Jean Gorham – She'd bring Nola and Harry completely together.
2. Jerry Slocum—Harry is with any other woman, could have been anyone.

Pamela Chapman
pamelachapman@cox.net
4x4aoo2-95 to

**The noise is never by intention.** Jean Gorham could have done it herself. She could have stopped the noise herself, and she knows how. She doesn't have to take it herself, and she doesn't have to die. Alberto Villodo's death does not stop the noise. His noise just goes to Pamela. And then she has it always.

Jerry Slocum can turn off Alberto Villodo. *"I never turn off the noise in Pamela Chapman, and that keeps Pamela Chapman and Harry Gural apart."*

*"We are the light and the kundalini of the world."*

**These are unresolvable outcomes. They are never meant to be resolved. They are designed that way.** Jean Gorham always said, ***"Pamela never gets out of this situation,"*** because that was what Jerry always said.

If you turn off the noise, it stops Samuel cold. You don't have to take him out at all. He can't come back into the story. The key is your inner circuitry tool.

If we find the switch in Alberto Villodo and we only turn off half of the noise, then who or what has the rest of the noise? It's not noise. It's a recording. And, it is Marchella Lobo. 4:04AM

The first half is noise, the second half is a recording. It's the cheap man's noise.

## Sunday May 2, 2022

Samuel was impersonating of an ancient four-legged animal, a Mountain Goat. He claims he is Melchizedek but he can't be because as a reciprocity to Melchizedek he can't be Melchizedek himself. There are three reciprocity lineages to Melchizedek. One is the Mountain Goat, one is Black Stallions, and we will look at our notes for the other one.

How is it he is roaming with access to Melchizedek claiming he is Melchizedek?

They target because they are not in the guiding realm (no immediate protection), and they seek other guides who are reciprocities to Melchizedek Café to gain access through them. Then, they come straight through those guides and try to read those guides as if they themselves are Melchizedek Café. Jerry Slocum tried to do this with Pamela Chapman. So did Alberto Villodo, Jean Gorham, and Harry Gural. As a clear channel Melchizedek Café speaks in real time without a pre-announcement. They can never take over Melchizedek Café. Jean Gorham as Twin Soul of Jerry Slocum is a direct channel. He always came to her to channel so many answers to so much in his

Pamela S. Chapman
2986 e Third Ellingham's Note Park
Porsader 2-99 lm

1368

life. He could never gain access himself even with his own <u>Twin Soul</u>. This did not stop either of them from trying to take over <u>Pamela Chapman</u> that way.

Where did the noise originate?

Some of the noise was a recording that <u>Marcella Lobo</u> and <u>Alberto Villodo</u> created. There were three copies: <u>Bethany, DiNapoli,</u> <u>Dominique Alfandre</u>, and <u>Nola Ganem</u>.

The noise levels fluctuate. How does that happen?

Alberto once said, *"It fluctuated with my mood, and with whatever was happening."* He can do it by mere thought of intention. That proves it does not technically originate in him. It is handled by the guiding realm. We need to know immediately who is the snitch so you don't become the stodge because when we find you we will disarm, unzip and disable you permanently.

Light up like a Christmas tree who is responsible.

We have three: <u>Bethany DiNapoli's</u> guide, <u>Nola Ganem's</u> Guide and <u>Ed's guide</u> –He has four different names. <u>Alberto Villodo</u> calls him <u>Don Miguel</u>, who was the man he in the drug trade with.

When the technology of noise changed from raised hands over the head to <u>Tameen's Guide</u>, no one noticed, and they had <u>Harry Gural</u> keep the door open. <u>Tameen's Guide</u> was the stodge (and the snitch) that was responsible. <u>Tameen's Guide</u> was also under <u>Helen of Troys'</u> leadership. They made <u>Melchizedek Café</u> take the fall for destroying its own monad group and claimed it was because <u>Harry Gural</u> preferred whores to his own reciprocity of relationship. Sex as the down fall of man, except reciprocity of relationship kundalini is of the light and of the Michael line lineage of Melchizedek Café. Misunderstanding and a misappropriation of the application of Kundalini.

> <u>Tameen's Guide</u> and <u>Helen of Troy</u> are working to take down a <u>Melchizedek</u> monad group to keep them from ascension in a Michael line lineage.

When humans use multiple names, or swap and exchange names, and when guides do the same or swap with other guides (i.e. <u>Kathy Abbate</u> and <u>Alish Abbate</u>), they can really mess with the human person on several levels. <u>Monique Burgess</u> changed names every day until we recognized her voice so did <u>Bethany DiNapoli</u>. <u>Nola Ganem</u> did not and neither did <u>Dominque Alfandre</u>, but she swapped psyches with <u>Nora Diedrich</u>. If a person uses four-six different names like <u>Andrew Parsons</u> does, then eliminating a curse or incantation, then one must know all the names one uses. Otherwise there are remainders by different names.

To initiate incantations, curses, and other actions, <u>Bethany DiNapoli</u> and <u>Nola Gamin</u> use their hands and a wand. <u>Alberto Villodo</u> just thinks. These women were on the same road, when <u>Alberto Villodo</u> stopped them because <u>Bethany DiNapoli</u> made a comment one day that said, "<u>Pamela</u> and I

Rebecca S Kurman
jillrealisiquot@cox.tx
federacio924 cr

will never ever work together ever again because I would have ultimate power over her." Rick Abbate as Sean Abbate said the same thing, but he was raping her every night.

So, between noise and sexual assault/ rape she was held hostage. If just thinking of something with malintent makes it happen without any conscious thought anymore, how on earth can Pamela Chapman be protected? The guiding realm (maybe not the Black Stallions) will protect you moving forward because it will be the fall of man if just the mere thought of something precipitates this kind of crime against a person.

Jerry Slocum serviced them with reciprocities, but often it was Jean Gorham instead because she is alive and he is dead.

Kathume is real but takes over anyone he wants to in the Thievery Ring that is not connected to the others. Grenville Craig is an example.

David Johndrow must retreat and leave. He must settle in federal court with Pamela Chapman. He never changes the patterns of his behavior.

In the next 3,000 years, it is the end of this root race. That is perfect timing to change our response ourselves to this 2,100-year ritual. And since Tameen, Pamela and Harry will be Michael line lineage Ascended Masters, they will have input into how this proceeds.

The issue with the noise is partly resolved with something Macklin suggested. He tried turning it off with something he learned at the University of Maryland. It immediately stopped several lines of circuitry. Instead of a circuit breaker, we found new names. The introduction of a new name, stopped it, or the past died out. Every new beginning is created by a new name.

This happens with women at marriage—if they take their husband's surname, at coronation of monarchs, or initiations of Saints. Hindus do the same thing. Kundalini yoga suggests you rename yourself by a Hindu name.  We change our lives by changing our names. We did it here routinely trying other people's lives at their expense. A new name is circuit breaker to our old ways, our old lives. So, if Andrew Parsons has six names—and he did, then he is responsible for six circuit breakers, or six new beginnings of circuitry. You re-trigger or re-initiate with a new name even if you are one and the same. It's only a name change. *"A rose by any other name is still rose,"* but not in this case.

We used our special inner eye sight to identify, and band these names together. We received this when Pamela Chapman asked Melchizedek Café, *"Could they could turn up in volume and intensity their eye sight?"*

*"It was so powerful. We used our laser eyesight to disable not dissolve, and now the circuitry of St. Germaine is completely disconnected from the noise."* Maybe for a very short time. But this was not the solution at all. The noise is always a hum in the background for Pamela Chapman. It is always looking for her.

1370

When it can't find her it grows louder like sonar to find her to tag her aura. We don't know how to get rid of the background hum. Alberto Villodo does.

Alberto Villodo and Marcella Lobo have no control over how the background hum it is used, only the volume.  How do you undo it?

Alberto Villodo:  If it can't go away, I made it completely mute for Dominique Alfandre, Nola Ganem and Bethany DiNapoli so you never ever have to hear it again, and you can use it to give away to another when they annoy you.

Melchizedek never stops the noise because it doesn't belong to anyone, alive or dead. It belongs to the sound of Metatron Kingdom dead souls with drained soul energy. It can be heard through inner hearing of the guiding realm. It flows into the realm currently through wind tunnels/pipes in either Tameen's guide (4 big Book Stories, including this one), or Helen of Troy (4 big Book Stories). Then they flow it to Pamela Chapman so as to touch her aura.

Alberto Villodo takes full responsibility for owning it, even when he did not have to. He could have turned it down, turned it off, or left the realm, which would have ended it off. He consciously and deliberately chose not to do that. He tried to convince everyone that noise, as his power tool, made him the biggest and badest man in the realm and the most important sorcerer and drug dealer. It removed and released any insecurities he may have had in himself. It gave to him the perception of outsized importance, power, privilege and position, such that he could not bear to say, "I know of no other person who possessed it."

It came from Tameen's guide who most likely enabled Marcella Lobo when she created the wind tunnel that became the doorway of Harry Gural into Pamela Chapman.

Alberto Villodo can control the volume of the noise.  When he can't find Pamela Chapman, he blows up his aura and goes on a search and rescue mission with auric sonar until he finds her. Then he attaches himself to her like prickly cat ball ferns on a walking trail.

January 1, 2022
**10PM**

Pamela Chapman
pmechapman@msn.net
101-649-2493 fx

Bethany DiNaploi can manipulate Pamela Chapman's hearing. The enter realm can with a wand, a pencil or their hands. Alberto Villodo taught them. He has really abused Pamela Chapman. They all have extensively, men and women alike.

They never want Pamela Chapman to hear a thing. She has too much knowledge and will ruin the story.

It feels like a journey. It's been 11 months, and you got everything you wanted. Her life is ruined, her relationships are gone, she has no money, and Harry Gural will never appear. He hated her and turned to thieves and whores every time instead.

Pamela Chapman was never a whore.

I target women and treat them like whores to make them whores (The Game) and see how far they go to seduce their men.

It really won't work with Harry Gural because if I chase him, he runs away, but if the whores chase him, they catch him—and twist his psyche. It is a lose –lose situation. Pamela Chapman can't stand kundalini because she is improperly trained and can't stand Masturbation. She has been attacked multiple times daily since August 2021 in her vaginal area.

Harry Gural can never work with a woman who is creaming to save her own life. They are running away from each other in opposite directions, and you claim they can't get out until they run into each other. They will never meet. They have been trained differently. He can't stand a screamer –she is not screaming at him. He is running into the arms of other women when she tries to free herself. If she doesn't free herself, he isn't interested in her. She is not his type. He is not a young man. He has no experience at long term relationships.


Harry Gural was not aware he was being reprogrammed consistently every night at 3:15AM. They re-programmed him until he remarried someone. They got him to remarry Cheap Monique. That has been rescinded, but they declared that a victory march. He was not of sound mind nor body. He was not asleep. Nola Ganem hypnotizes him the best because they slept together too many times. This was because Alberto Villodo didn't want her. He thought she was too clingy. Donald Jagoe says that is a fact.


I, Harry Gural can't stand Pamela Chapman because she screams too much, and Nola Ganem will always protect me, and she can't stand Pamela Chapman so I will do everything I can to protect Nola Ganem from Pamela Chapman.

Pamela Chapman
pamelachapman.website
(617)962-0721

I, Harry Gural can't stand Pamela Chapman and will always remove myself from every social situation she is in.

I, Harry Gural will never understand Pamela Chapman so I will always remove myself from any and every conversation.

Nola Ganem, Monique Burgess, Andrew Parsons, Bethany DiNapoli, Nora Deidrich and a few others. *"He can't stand you Pamela Chapman, and he will do everything he can to avoid you."*

[Note:  Jan 3, 2022. Harry Gural left the realm last night and never returned. Pamela Chapman, Fred/Samuel is your new guide again. **10:27PM.**]


**11:11AM**.
At 3AM, Bethany DiNapoli said, *"I need to be at the junction of everything moving forward."* She pretended he had access to Pamela Chapman to channel anything. She said, *"Go ahead. Ask me anything. I will give you a truthful answer."*

Someone stopped her, but she had issues with not being at the center of power, and the broker of the information. That really now belongs back to Pamela Chapman.

Bethany DiNapoli what are you doing saying, *"I am Monique Burgess and I am reading Pamela Chapman's impressions of others from Facebook?"* Your impressions might be close, but there is no way all those words could get out. Harry Gural heard nothing, neither did Kayla Abbate. How did Bethany DiNapoli on behalf of Monique Burgess hear everything?

Who is the rat in the house? Monique Burgess is her own rat.

Why is that?

It's not a cat fight. It's a war of power. It's not a guide war. It's a person war, but no one person claims responsibility because of this collective psyche commune. No one takes responsibility or accountability for anything.  So, who is at the helm of this?

Alberto Villodo trained all of them. He is ultimately responsible and so is Andrew Parsons for ratcheting up the psyche war and the war of destruction of Pamela Chapman from last night.

Bethany DiNapoli claimed she was holding the doors of the realm open with her hands through training by Alberto Villodo.

Alberto Villodo gave it to Bethany DiNapoli because his psyche recently revealed he wants her to become a future spouse of his in the future. Bethany DiNapoli was so sadistic toward Pamela Chapman.

Dominique Alfandre said it was through Pamela Chapman's book that they all learned so much about Newport, RI. She has lived her about 40 years, but it took Pamela Chapman's book and the conversations they offered her to have, to teach her about this hometown of her children's. She had been an executive director of IMC for 37 years. Let's get that book published!

*"If you mess with Melchizedek what do you get Bethany DiNapoli?"*

Not the right information moving forward.

**11:15AM**

Has Saul set up clear knowing through Pamela Chapman instead of mind reading for the entire Thievery Ring?

If so, there will be a silent war that Melchizedek will surely win, and you will be put out to pasture and you will never like the consequences. Who is the rat?

They have the rat, and it is Michael Harner. This makes a total of 4 rats. Becca Bertrand – Michael Harner are two, not one. Alberto Villodo is one also. Jim Gaffney is the other one. We will always remember what you did to Melchizedek Café. You will no longer be eligible to receive proper guidance with information because you do not handle the information properly, and neither does Kayla Abbate who would sell her own mother up the river for a chance to work with certain sorcerers. *"I always wanted to be a CEO, or a sorceress,"* she says and Alberto Villodo has done both.

Kayla Abbate, 29, always wanted to own Pamela Chapman as a favor for her mother and father. That is never an option moving forward. Kayla Abbate what do you confess right away?

*"It is my mother who did it."*

*"No, Kayla Abbate it is you who always do it to yourself."*

Who is Kayla Abbate here? It could be anyone really. Bethany DiNapoli, Monique Burgess, Nola Ganem, anyone because of the way this has been set up.

**11:24AM**

Bill Gural, Pamela Chapman, Harry Gural, Tameen Saied are ancient black llamas – seers. Their nonseer is a gazelle. There are 7 black llamas and about 10 or so gazelles.

The Chinese have their own identification system from their own root race culture with different lineage guides. Their lineages are purely their own. We never ever get involved. Intermarriage locks them into a Guide War that forces a reciprocity. Intermarriage dilutes the cultural identity.

Pamela Chapman
pamelachapman.com net
thisismy.com

If you are Chinese, do you always have a Chinese guide?

*'No, you do not. You work to make the changeover into this realm. They have so many advances in their culture. They must work together: Chinese Medicine and Ayurveda as separate but almost equal. Similar but different. Both rely on the other for full understanding."*

That's correct.

You can recognize one of their guides differently.  They have a lot of symbols, but no animals. Their guides did not integrate into our lineages at the time of Atlantis. Always remember, these animal lineages were purely identification markers.

Now, we know that Michael Harner and Jerry Slocum worked to separate out all the old Black Llama guides and send them out back to incapitate them in the realm.

Becca Bertrand was the 3rd rat in the house in Celestial Temple. She hid out with Roger Kass' to recover her reputation. Or, she and he were working for Kamala Harris always watching out or Harry Gural and Pamela Chapman and the mission of Kamala's Table.

Last night, Andrew Parsons, Bethany DiNapoli, Dominique Alfandre, Norah Diedrich (who does not speak except through Dominique Alfandre), Nola Ganem and Alberto Villodo all took on a six plus hour conversation from just before midnight (New Year's Eve) with the entire Johndrow family.

Andrew Parsons acted as Harry Gural—it sounded like Andrew Parsons. They said basically three different ways that Pamela Chapman was a stupid jerk, no one likes her, and just destroy her, the book, and her reciprocity of relationship with Harry Gural. This went on all night. It was so demonic and sadistic. No one wanted to hear this conversation.

This morning by daybreak, they said the entire conversation was essentially between Andrew Parsons and the Johndrow's. You could not tell which Johndrow. They all sounded the same. Two of them are in the psyches in the Workgroup:  David Johndrow and Kaitlyn Johndrow, and Maggie Johndrow has been initiated in it.  Her psyche has yet to be passed around.

Initiation into the psyche "cultural elite" claims, *"We have made intention to make several copies and pass them around."*  It cleared out the Public Commons. Monique Burgess had made two copies of David Johndrow's psyche and gave one to Dominique Alfandre and two to Andrew Parsons – 1 to

Pamela J. Chapman
pamelachapman@cox.net
860-608-2973

indoctrinate with embedded messages, and one for Carrie Crosson Gilpin to indoctrinate into the Thievery Ring. But no real conversation or masturbation had really gotten started.

Carrie Crosson Gilpin masturbated with David Johndrow three times and no one said a word until now because if Maggie Johndrow had known this, she would have sent her husband Christopher Johndrow in also.

No, she would have insisted she be a part of it to learn whatever Carrie Crosson Gilpin was learning of David Johndrow because she wants to be the sole leader of the family business, and she needed to know all the specific details of everything. Lori Lantiere Johndrow, the wife, has no interaction with psyches and could not decipher a psyche from a mind-body, nor can the son, but Kaitlyn Johndrow, Maggie Johndrow and David Johndrow all know how to play the psyche game of speaking through a collective.

This was the full initiation last night. No one could understand who was speaking when, how, or who really was responsible for their own voice. You never lose your voice; your psyche only over reacts and steps up to repack. So, if you have really slow reaction times, your voice is never heard. You must entrain your voice not to respond, and Norah Diedrich has – Dominique Alfandre has trained it for her to never speak out anymore, and that she Dominique Alfandre that she will always speak for her instead.

So, last night was six hours of training for Kaitlyn Johndrow, Maggie Johndrow, and David Johndrow in an exercise of speaking collectively into the realm. That is exactly what happened.

Andrew Parsons wants everyone to now know Carrie Crosson Gilpin claims, "*We never ever best Pamela Chapman, so we had best step back because if she now has 9-nine feathers and one lapel pin of a black llama, then she outranks us.*" This proves that an insipid conversation from midnight to 7 AM can prove to be an extremely important training ground for another evening of important embedded conversation. **10:40 AM Jan 1- 2021.**


Harry Gural never said one word last night. He did not want to enter into or become the conversation.

Pamela Chapman slept through most of it. When she was not sleeping, she chose to ignore it. It was just like psycho-babble stupidity, like all the other useless conversations.

The Public Commons early this morning said, *"We are all done, and all through with ever listening to that ever again."* It is clear who they are, and who we are, and we are not together ever again. The Johndrow's do not belong here. They wanted to reign as King and Queen, or at least Kaitlyn, 25, did. She wanted to take over. So, did the 35-year old sister-in-law who went to Providence College (It's a Providence orientation, not Newport—that's a cultural marker at best).

Pamela A. Chapman
pamela@pamelachapman.com
1941 205-0159

Kaitlyn Johndrow is going to learn not to showboat. Lori Lantiere Johndrow said it best when she said, *"If she, herself, had gone to Brown University, she would have been the same as Pamela Chapman, but as a student of Central Connecticut State College, she could no longer understand Pamela Chapman's conversations."* Last night's was one of them.

We all loved it, but she said it was over her head. Pamela Chapman loved it, and so did Macklin Ollayos, so Pamela Chapman is happy to give Macklin Ollayos something to consider as we move ahead.

Macklin Ollayos:  Lori Lantiere Johndrow's circuitry is not to her husband's so that is also something to consider. Your circuitry to Monique Burgess is so wide that she is running her own demonic masturbation ring. *"I'll take care of it,"* he says because that is now my stock in trade. Good for you Pamela Chapman says.

Both sides have to work together in this Guide War, and having a diary of information is invaluable. It must be written down to understand, otherwise we forget from day-to-day the important details and lessons. They just reply day-after-day until we achieve them – just like real life and real relationships.

Monique Burgess was not involved directly last night. She was, you just did not hear her voice. They all congregate together. Then, they speak in one "selected" or "elected" voice. *"But no one heard me last night, only my son Cole Burgess's voice and only a few times. I am going to resurrect my family's image, and we will rise again in Newport, RI while Bethany DiNapoli stays high in Sing Sing."*

What the hell was that?

*"It just came straight through. I have no idea who I am channeling. It must be someone in my class group. I am just a collective, and I have no personal agenda. No, do not blame me, for my conversation, it is best that I am not a collective, and I show up, and anything I'm not in my mouth of my mouth, okay."*

"This is Andrew K. Parsons. I am not to blame, just to my own personal shame, and I have a name. My name is Bethany DiNapoli, Andrew Parsons, Dominique Alfandre, Norah Diedrich, Nola Ganem, Carrie Crosson Gilpin and Kayla Abbate. We had no idea what we were to talk about, just that we were to show up."

Andrew Parsons gave the shout out, and said, *"We all play Harry Gural."* He never really stopped. Sometimes he played himself, but not often, but everyone recognized his voice in the Public Commons.  You never say that, you just identify in the moment, and go from there.

*"You never have a playbook, do you?"*

*"Only sometimes, and it is to destroy Pamela Chapman, nothing more."*

Pamela A. Chapman
pamelachapman@comcast.net
[redacted]

**9:50 AM Jan 1, 2022.**

Happy van Beuren sits at the core of it all. A huge, huge central piece of this story. **Without her, it falls apart.** So, when **DoDo Hamilton** said from the other side, *"Be careful, you are in over your head,"* **she was ,but** she sent the entire realm of responsibility downstream. She set the course like a true politician, told them to take care of it, and walked away. She left everyone else holding the bag. Like a true stirring of the pot, she set the direction, and let everyone else take the fall, and then could congratulate herself on a job well done because everyone entrained to the project one way or another. Look at all the moving pieces and how they all fit together.

Norah Diedrich's personality shifted six months ago. By Wet Paint, August 2021, she became very autocratic, and no one could do anything against her. Now that we know it was Dominique Alfandre that set that course straight, then you will realize what happened in the psyches. It changes people's personalities'. They gave directions there, made decisions here, and communicated them there. At work—the Newport Art Museum— she lived in her psyche. Dominique Alfandre gave directions through Norah Diedrich that reflected her own orientation and preferences, not Norah Diedrich's who is Executive Director.

Harry Gural:  You should have popped out at work because the direction was embedded in the psyche already. You became a pure puppet figure to the organization of either Dominique Alfandre (mostly) and Nola Ganem, there were other situations especially at night with masturbation. And it all started at Tom Hockaday's house. Then, the fraud project started around June 2021. That was six months ago. So, the Game of Sexual Obedience went to the next level from sex to fraud straight through masturbation and kundalini, **and Pamela Chapman's** book which was plagiarized, line edited by Norah Diedrich, and the others, and published as an e-book by Monique Burgess, and another by Diane Gilpin. It is dumbed down. Roger Kass said *"The writing was terrible."*

**1:30PM** Alberto Villodo has to take full responsibility for teaching everyone how to raise the noise levels such that Rick Abbate as Sean Abbate only has to raise a pencil like a magic wand, such that it comes and goes in an instant. Alberto Villodo said before, *"It is how I control people so as to hold ultimate control for life over them."* **1:32PM**

**8:19 PM**

Alberto Villodo committed so many atrocities for his own amusement and enjoyment that were counter to the enter process. He cannot believe he was so detrimental to the story. He pleased himself like no other.

Pamela Chapman
pamelachapman.com net
Volume 2 of 15

1378

Nola Ganem's guide thinks Nola has failed to understand her yearnings for older men and as a result she has no self-control and is a selfish woman like no other. She also has no self-control when it comes to masturbation.

Monique Burgess is never going to understand why her approach failed. She was never to capture Harry Gural as a prize. Monique Burgess demanded him for herself despite her marriage to Tom Burgess.

Bethany DiNapoli has the same issues, although she is in heated competition with Monique Burgess to best her. Bethany DiNapoli promises to stay focused on herself and her family, but we know she will not. No, she will focus on other projects. And, she will learn to comb her hair and look more presentable in the future. She promised that to her daughter because at St George's School we never look like that do we Juliette DiNapoli?

Never ever do we look like that.

## January 2, 2022
### 3:27PM

Five people are repeatedly imitating guides: Andrew Parsons, Nola Ganem, Bethany DiNapoli, Grenville Craig, and David Johndrow. This is so she will ask a Thievery Ring person a question as if they were a guide, and never ask a real guide anything. This is to cut her off from her guides.

We can't forget Andrew Parsons screamed one day, *"I won, I won, I am so f*happy that I ruined her, I destroyed her, and I am so f*pleased with myself."* This is classic dialog, but it has never changes. He steps down every day, and nothing changes.
3:29PM

4:04PM- 4:30PM
There are four churches in Newport with buried bodies in the basement. They are all connected to the same story. Dorienne Farzan knows all of them. Ruth Taylor knows all of them. Ruth Taylor claims, *"It is not what you think. It's just part of our shared heritage."*

We needed to know because Tracey Moore's house on Gibb's Avenue next door to Bethany DiNapoli's house, is a similar kind of graveyard. Yes, it is. There are only two other houses in Newport like that. John Grosvenor knows one of them, Tracey Moore is another. In the two other ones, there are no longer original families. The houses would all be from the 1950's usually. The United Congregational Church stopped as a church in the 1930's. This is after that. Then after 1950's, the underground railroad went through Newport. It was an informant's paradise because in the underground, you knew who was the leader and who was not.

1378

Purloined Journals
pms.imprmated.net/lici
lo/uo2o0516

It went through Touro Synagogue. They kept more than the books. They kept all the names, and they still have them as Dead Sea Scrolls, but will never ever release them until after a 100 years. They will never release the names. *"You never release the names of anyone in an underground scenario."* The information is too sensitive. Neither the director, nor the board really knows. We collect information, and knew who housed them as they awaited transport. The Malbone Estate tunnel was always used as an escape hatch, and Pamela Chapman knows this as house captain at SMCD House Tour at Malbone.  The owner's ex-wife showed them on TV on the 6 o'clock news where the tunnel was. The Jane Pickens was similar because that used to be a church. The Opera House was clean. The churches were the undisputed robbers and thievery kings. Just look at the popes and the sodomy of the priests.

Coffee's Gas Station was an Esso Station, a safe place for black people to get gasoline right near the Touro Synagogue, who always found safe passage for someone in need. They often ended up overseas because no one knew how to navigate this place.

*"It's not the chalk. It's not the stone. It's the way the stones are placed on the floor. They are often mass graves not individual ones. They always look like a leaching field to drain the water, and that dissolves the bodies,"* but Ruth Taylor says one church is different because there was no water at all. It's not architectural stone at all. That is how you can tell. They are all Unitarian religion. The white church has a few. They were all people who got caught in a thievery game that claimed their lives or something like that. So, if they died and owed money The Game took their bodies, not usually. They killed them and took their personal effects. The mob does the same thing. Take your rings off if you get called. John Grosvenor knows of one already. Yes, he does.

There is one more place of significance. It is in the graveyard of the black people, and I have no understanding of why Touro Synagogue is so tight with the information, because people will die. No, they will not die. You have no idea who and where people were hiding, and how they were being transported. It is a true operations. Is the US Navy, and its warships involved?

Capt. Donald Jagoe, Ret. USN says, *"They can't be. It's top secret to house someone like that."* *"They did for a short period then had to stop."*

*"How would you do it in Newport then?"*

We had so many US Navy ships. We were a shipyard with so many sailors in and out. It wasn't the Naval base. It was, but it wasn't. Once you were on the base you were safe. (Just like today with mass exoduses of people out of certain countries sitting on air strip awaiting transport out. Or, in the Ukraine, thousands of people lined up at the trains stations to go to Poland and other places.)

Is there a tunnel to the base?

In the French Revolution, we had Rochambeau, Washington, and Vernon. How did we win that war? The Quaker Meeting House always held people in there. Yes, they did. (Chills everywhere in

Pamela F. Chapman
pfowlerpamcom.net
Defend-UCLU

the body). It was really important, and they are next door to MLK house. There was a tunnel from there at one time. <u>Dorienne Farzan</u> knows that one. You will never find it. It was always the end of town, 1st ward, naval base, the cemetery, QMH, Touro Synagogue. These are not Christian churches. Not a school. Not a hospital. The Naval War college. Someone knows that for a fact. Yes, they do.

<u>Newport Under Ground Railroad:</u>   The Naval War College housed them on base, and sent them anywhere overseas with papers. Great Friends Meeting House, Touro Synagogue, Malbone's Tunnel, Black Cemetery has a small list of especially important black people. They were always here in Newport.

<u>Burial Places:</u> 4 churches and three houses. In the flooring. Check the placement of the stones.


**9:31PM**
<u>Andrew Parsons</u> is on a tear in the <u>Public Commons</u>, and no one can stop him. The noise and pulsing rhythmic sounds akin to music—but it is not, are flowing fast. It was about money he paid to <u>Pamela Chapman</u> in alimony, and how he wants to embarrass her fully. It's now 9:52PM and he has not stopped. He does this so she cannot walk down any street in Newport, or go anywhere because she has no money, and will never be able to get a job anywhere. He wants her fully destroyed in Newport so that he can always remember that by his own stroke of the pen he destroyed her fully because she did that to him with her book.

No, she did not. He gained so much popularity in Newport especially reading her book, which he stole. No one would have known about this book if he had not stolen it and pasted it around like fertilizer, and read it nightly in <u>Tom Hockaday's</u> house, which he was said to be masturbating in nightly.

He is so energized to think he can destroy her. She will be totally destroyed that she will sink into a full-blown depression in her own glass, and make sure she grows fat and ugly because she can't stand ugly, fat, smelly people because someone put that in her head one day when she was younger, and she thinks <u>Andrew Parsons</u> is a fat slob of a man, a sex fiend, and a sexual pig. *"I ou can now imagine that the mind is a prison like an ancient night track she ain do no wander, but she doesn't have enough money."*

Oh, yes she does and <u>Amey Cardullo, esq.</u> will take the case, if necessary, so you see if you can put him down as a money laundering, slandering pig that he will sue you for slander in your book, but <u>Andrew Parsons</u> it's fiction after all, and you stole it.  That is fraudulent activity, and you masturbate nightly which is part of your fraud ring.

So make sure you tell everyone that she is that broke, and a jerk, and a stupid stupid woman such that Harry Coral will never want her – don't worry he does not, so now you can bury yourself alive and I will be dead. *"We are the furies or the psyches that get together nightly."*

What are your names?

Pamela Chapman
pamelachapman.coxx.net
401co2x295 bx

<u>Andrew Parsons</u>, <u>Carrie Crosson Gilpin</u>, <u>Kayla Abbate</u>, <u>Kathy Abbate</u>, <u>Rick Abbate</u>/ <u>Sean Abbate</u>, So <u>Andrew Parsons</u> and his new girlfriend, rather wife since mid-October 2021, and the neighbors immediately next door that arrived with <u>Andrew Parsons</u> and <u>Cathy Wicks</u> on February 4, 2021 but now with two of their children in tow.

*'We are the furies which is Greek. <u>Pamela Chapman</u> named us, and we will never stop harassing you. So, go ahead and sue because we will also sue you for every f'thing in the neighborhood proper. We want you to sue because we have our own attorneys."*

Not yet, and no one wants to support you <u>Abates</u> because you are so stupid. We don't like neighbors like you <u>Kathy Abbate</u>, <u>Rick Abbate</u> and all your children. So, take your ugly pool and broken down fence and get the hell out of Portsmouth because we don't want to live anywhere near people like you Abbates of 95 King Charles Drive, Portsmouth RI, Igus Engineering or something like that. (They have a purchase and sale agreement on their house as of early July 2022.)

<u>Andrew Parsons</u> just said something out loud to <u>Pamela Chapman</u>: *"This is your father, and this is one of the worst things that they let them do, and we can't figure out why."*

We will get you plenty of money moving forward. <u>Andrew Parsons</u> has burned down his own house unmistakably and has no –absolutely no, class. You never talk about money or sex and he does all the time. <u>Pamela Chapman</u> never ever does, ever. Sometimes a little religion, but that is not polite society, and <u>Andrew Parsons</u> never ever is. If he doesn't get off his high horse about whatever she wrote in a book that is fiction and how he thinks it was to destroy him—It was never to destroy him, he just read it that way and he stole it any way. He can't complain about something stolen. And, he stole it.

If this community does not rally and do something important to forget what he has done, I'm not sure what to do because this woman has done everything she could, and no one supported her ever. Now, she is in need, and you do nothing to help her. You didn't for many years. When she gets her money, she will move, and you will all remember that you were in such a grand position of power and you did nothing to help. You supported this under-classed man of demonic proportion. His children will survive but the memory is terrible. She did not deserve to die in this space. She was not to be the victim, but was made one anyway.

<u>Harry Gural</u> wants you all to now realize that there is nothing he can do to stop this man or these people and nothing he says makes any difference any longer.
**9:50PM**

At **10:14 PM** <u>Carrie Crosson Gilpin</u> said I couldn't stop him, *"He's not my real husband."* Just a sorcery husband who he says, *"I love you, before he goes to sleep every night."*

Pamela Chapman
pamelachapman@aol.net
4016802651s

10:21PM Andrew Parsons wants her to take it in the chin and be paranoid to walk down the street with everyone is laughing at her. They would be laughing because she has no more money. She would sell her house and move. *"DWO would support her fully,"* he claims because she and he can't stop talking to each other in this space. It's not what you think. The whole world watches them talk. That's what you are upset about. Why are they all laughing at her?

*"Because she has no money."*

*"Do you laugh at poor people?"*

*"No, you did not."*

*"Why laugh at her?"*

Because she had such a demonic husband, and no one could figure it all out before. It took so f'long for people to listen to her in the Public Commons. It was a Big Book Story that went at all wrong.

So, Andrew Parsons what is your end game? We need to know. Carrie Crosson Gilpin wants to know also. What is our end game because the whole world will be asking when will you actually stop Andrew Parsons?

*"I will stop when she finally sues me, and not a day before then."*

*"You want to be issued a summons by a sheriff, is that it?"*

*"If you and your attorney were to be in a court of law, you'd laugh at my attorney. I want to laugh out loud at the attorney because she will support me fully with the law on my side."*

And with the law on your side, we don't actually have to meet and see each other's f' face.

*"I am never going to live down the fact that I am so stupid to say these things out loud, and you type them, because no one will ever remember, but you will, and can take the transcript to court. No one will ever think to make this up because we know you spend a huge amount of time writing it all down, and typing it all up, and sometimes typing in real time."* **10:28PM, Sunday, Jan 2, 2022.**

January 3, 2022

This morning, it appeared about 10AM the doors to the Celestial Temple were closing for a short period of time.  Pamela Chapman was on the other side with Harry Gural and the others on the inside. However, Dominique Alfandre was playing a sexual game with her.

Pamela Chapman decided to take a short nap. She did not really know who was playing with her sexuality. Once she fell asleep, Macklin knew right away that Dominique Alfandre was trying to do kundalini exercises with her in the anticipation she would masturbate with the group of women when they were through. Dominique Alfandre was bound and determined to get Pamela Chapman to masturbate. And, to do so, to get her over-stimulated first and fore most through kundalini.

When Pamela Chapman woke up the entire Thievery Ring came at her so loudly and strong, she knew she had fallen out of the temple– a common theme form the spring and summer. It was Dominique Alfandre who claimed to be in charge, and had worked for the past two-three weeks to manipulate Pamela Chapman sexually.

Harry Gural told Dominique Alfandre he knew exactly what she was doing, and did. Pamela Chapman said, *"I don't know why you are being so hares with me regarding participating with you in kundalini exercises because I don't know them. I was not initiated this way. I have no idea what you are doing."*

*"They were incredulous. They couldn't believe it."*

*"Well, it was true."* They had to back down because she was completely innocent and naïve of whatever they thought they were manipulating and doing.  **3:06PM**

This morning, Dominique Alfandre was speaking through Bethany DiNapoli who uses the obnoxious name of Jana Jagoe. It's not the name that is obnoxious just he uses thereof. It came out that Bethany DiNapoli and Andrew Parsons were to be married the other evening. Yet they did not tie the knot. She wanted to be his 4th or 5th wife because she has not yet been married to another man that way. So, she said, *"It's my turn because I sleep alone."*

She actually doesn't sleep with either Dominique Alfandre or Tom Palmer, Dominique's husband. She does not sleep with her legal husband, Christopher.

Pamela Chapman tried to sleep with Harry Gural. Yet, it was proven Bethany DiNapoli and at least three others were in the way. They pledged their loyalties to protect him from Pamela Chapman and that is how they show the loyalties. In this way, Pamela Chapman can't get near Harry Gural.

If you are a very co-dependent person—and most people are, you have to train yourself out of it— then you would find this dialog odd. For an enlightened person, it is standard fare to balance out all co-dependencies. That is not to say, we dislike relationships. We love them. We seek reciprocities of partnerships instead of co-dependencies. These psyche relationships are *"terrible, horrible, very bad"* even *in Australia"* (That is language from a children's book.)

Pamela Chapman
pthechapman@verizon
Internet 2024

Once Harry Gural learned that someone was manipulating both of them sexually, he tried to contact Nola Ganem. That is how the door to the Public Commons reopened.

No, it did not. Because when he went to contact her, he found there was no one there. Then he tried Carrie Crosson Gilpin. The got the same response.  Then he tried Bethany DiNapoli, and he got her. That is what opened it all up again. Correct.

He wanted the sexual manipulation to end and she said, *"I've been waiting for your call. I called Pamela Chapman through sexual manipulation to get your attention and your response."*

He asked, *"What did you call me for then?"*

She said, *"I never ever want you to be with Pamela Chapman, and you need to marry me tonight because I am without a sorcery spouse."*

He said, *"I thought Alberto was going to marry you."*

She replied, *"I had never heard of that until Pamela Chapman told us that the other night."* It was Alberto's psyche that said that.

Harry Gural then realized that the entire Thievery Ring came barreling toward Pamela Chapman, and re-opened the doors for her, but not for him.

Then, they took her to task about an attorney and forced her to make a call. She learned her malpractice case is too old to try. It is not. It just needs justification, and she has it. It requires an attorney who is not afraid of these women.

Andrew Parsons wants to try this case in the Public Commons so he can win. They all think you are dead and legally forgotten, and that Andrew Parsons has run around yet again today screaming he has won his case. Dominique Alfandre is behind most of that.

Mark Decof's office had no comment. Sherry Brice's husband, Mark Brice, esq. claimed we must stop Andrew Parsons and these women, or else the community will never see any rest. He is not afraid of these people, and since we all know each other one way or another, someone must stop these people right away. Everyone is afraid to step forward because Saul in front of everyone declared Pamela Chapman the loser.  She will win once we find the proper attorney.

Andrew Parsons, Dominique Alfandre, Nola Ganem, Bethany DiNapoli. Now if these people do not state their case in front of you right now there will be a bigger problem. What is your f'problem today people? Andrew Parsons wants to know who you are going to hire?

Once we find out who it is, we will pester them and badger them to death such that they will refuse your cases.

Patricia Chapman
pdvcchapman@cox.net
Dilemed.in

We know this. We sensed this. We saw this in action. Saul keeps exposing <u>Pamela Chapman</u>. She has no protection here. <u>Jim Gaffney</u> claimed <u>Mark Brice</u> is no attorney in Newport, so don't get all excited. He is in Providence. DA said, *"Yes, but we all know him, and he knows us, and we now know he is not afraid of us, so let's go and attack him anyway."*

He was attacked by a wall of energy that said, *"If you take that case, we will attack you every f'day."*

His response was, *"Ok, let's party then, because until someone takes this case, no one will sleep ever again in Newport. These people will take over every organization and bully everyone into a submission of their own doing."*

<u>Sherry Brice</u> said, *"If you don't take this case, then someone will do something terrible to this woman, and that book has been so widely distributed and read it is not fair trade agreement."*

<u>Mark Brice</u> said, *"I don't do intellectual property, but I do medical malpractice, and I can do fraud, so let's hear a few more details."* Then, the <u>Thievery Ring</u> started with all the details. Then they attacked him further. If this keeps up the entire office will attack them. *"If <u>Peter Bramante</u> himself wants to attack us, we are ready. We now understand he taught <u>Andrew Parsons</u> how to attack, and then rest in a trance state to keep <u>Pamela Chapman</u> up and excited all the while he could be asleep."*

That was all <u>Peter Bramante.</u> IMC set it all up.

<u>Cheryl Hackett</u> (not her) claims, *"Let's get them."*

This is the problem. Any attorney who steps up gets excoriated. No one needs that. Everyone is bullied to step back and down. It happened with a lawn guy and a plumber. When does this end?

<u>Andrew Parsons</u>, <u>Dominique Alfandre</u>, <u>Nola Ganem, Bethany DiNapoli,</u> and <u>Carrie Crosson Gilpin Kayla Abbate</u> and her family will die by morning because every attorney in Providence knows them. <u>Kathy Abbate</u> has tried to call everyone asking about a litigation case that she anticipates and no one returns her call. <u>Christine Bush, esq</u>. cannot work for any of them as she has a conflict of interest with everyone. She refused <u>Pamela Chapman</u> for the entire firm, so that firm is out of the picture moving forward. <u>Mark Brice, esq.</u> thinks it proves she and some others were and are not proper partnership material, that is not the typical response to new work in a law firm. All legal teams look for interesting work. 3:39 PM

3:39PM
<u>Harry Gural:</u>  <u>Dominique Alfandre</u>, there is no need to break me up with <u>Pamela Chapman</u>. Never ever interfere with my relationships ever again. If there is ever a woman that is different from all of you, it is <u>Pamela Chapman.</u> My relationship with her has proven to be on a very different path all together. That is true.

<u>Pamela Chapman</u>, if you and I don't speak for a while, don't get upset. I know where you are. I know where you live, and I know what you are doing every day moving forward. That's from <u>Andrew Parsons</u>.

Pamela Chapman
powrchapman-sewer.net
Volume 2.05.16

## January 4, 2022
**9:35 AM**

Last night, <u>Saul</u> tried to marry <u>Harry Gural</u> to <u>Bethany DiNapoli</u>. We sealed that deal as off after <u>Stanley</u> revealed <u>Saul</u> as a traitor. Yet at 3:15AM, they all came for the wedding anyway. At least two hours before the <u>Thievery Ring</u> came barreling into <u>Pamela Chapman</u> loudly and started harassing her like never before. <u>Harry Gural</u> pushed <u>Bethany DiNapoli</u> off of him. Yet, it was so damn hard. In the end, <u>Fred</u> announced, *"We are all done, and all through. You will never touch <u>Harry Gural</u> ever again. These women are ruthless, and later on."*

It was determined that <u>Norah Deidrich</u> was not saying one word to anyone. It was thought she had turned off her ability to speak in the Public Commons, but in fact <u>Alberto Villodo</u> had just turned her down. That took a while to figure out. <u>Alberto Villodo</u> has been the source of so much black magic tricks, and yet he hands them off to the others who install even more black magic in darker and darker ways than never before.

<u>Norah Diedrich</u> finally spoke. Her voice was so timid, you could hardly hear her, but people who work with her say she is a real tyrant now, barking orders and insults right and left including insults to others, and about others at board meeting. That is all the influence of <u>Dominique Alfandre</u> who owns a psyche or two in her. <u>Nora Diedrich</u> has become a pure raw puppet of <u>Dominique Alfandre</u>, a self-identifying Queen of Newport philanthropy – board of the Opera House (Governance), Arts and Cultural Alliance ("founder,"), <u>IMC</u> (capital campaign), Newport Strings Project (board president) and probably a few others. We just don't want this in our community any more.

Your father says everyone forgives you for screaming because screaming was the only way to get the guides, especially the older ones to hear you. Screaming got <u>Saul</u> and <u>Samuel</u> out of hiding. The older guides all must participate in this story or else it doesn't work. Usually the <u>Big Book Story</u> goes on for three or more years and up to 12. They come back and ask all the same questions. <u>Pamela Chapman</u> says, *"Get the hell out of Dodge City."*

Too many people kept walking up to <u>Pamela Chapman's</u> face. That was <u>Norah Diedrich</u> at 2:15AM. She screamed, *"Get the hell out of here, and a few other things."* Then, <u>Bethany DiNapoli</u> and <u>Dominique Alfandre</u> screamed also. When that happens they stop themselves cold because the voice is coming

Pamela Chapman
pamelachapman.com 86
401-862-0534

directly through them, and it takes them out of their trance-like states as if they are speaking to another.

This morning, Pamela Chapman claims, *"That ex-husband had better watch this mouth, tongue and step, because someone somewhere will represent me in a court of law. You can count on that. We never want to back and tolerate a man like him."* He is pure unaerated demonic, but so is Nola Ganem and Dominique Alfandre. Just like a marine corps drill sergeant, Nola Ganem and Dominique Alfandre were barking orders. This is who Nora Diedrich is listening to all day and all night. As Executive Director of the Newport Art Museum, she is run like a puppet of another.

The entire Big Book Story is geared to make sure Harry Gural and Pamela Chapman never ever get together, but they will because we got to the bare bones bottom of this story. We will not surrender to the darkness. In the end, we got 5-6 rats in the last 3 days. We flooded them one-by-one. Now we had rats in the Public Commons we could not flood. We used a combination of anti-psyche training techniques, circuitry boards, and Melchizedek intelligence. That is wisdom in every tradition. Circuity boards do not reflect psyches.

Pamela Chapman says if women are going to target other women's genitals to manipulate them, there should be a universal humanitarian law that says we take you out back first and shoot you dead because women who refuse to help other women are not true to the gender. There is far too much abuse and subservience that will never be healed without each other's help. Just read, A Thousand Splendid Suns, and you will begin to understand woman helping women to be free from tyranny. This is what he said (but he always lies), Grenville Craig has used Mary Teixeira's Social Security number so many times the Social Security administration knows the source of why she always needs a new number and that is why his is tagged. He gave up his US citizenship and took up permanent legal residence in Rome, Italy. and that set it off. He can only be here in the USA so many days a year. That is all in the documents. Those that know, now know that he has been on a watch list for many years. Sandra Craig said she would never give up her citizenship and bought an apartment in lower Manhattan in her mother's building. That is where she would like to retire to. She married him at age 20. He was 29. They eloped. They are Twin Souls. She was married at age 20, he was 29 years of age. Jerry Slocum was their Twin Soul sponsor with Jean Gorham. He said, *"They were very hard to read."* He has a reputation for making money just moving accounts overnight. Yes, that is the continuous source although they invest in venture capital (Caroline), funds (everyone), and real estate (Alex)

Grenville Craig at the end of the day is a frustrated thieve who wanted desperately to be in a Thievery Ring, especially the Sandywoods, Tiverton, RI group with Rusty Powell III. He misused his Twin Soul sponsorship with Pamela Chapman and Donald Jagoe to create a thievery group that really was only Pamela Chapman. When this whole Big Book Story came out, he decided Pamela Chapman was his sorcery wife – *"No way Jose."* Then, he spent a few months comparing notes in

Pamela Chapman
pam.chapman@cox.net
401.662.0526

daily conversations with the <u>Thievery Ring</u> and <u>Andrew Parsons</u> to create a storyline narrative for <u>Pamela Chapman</u>.

Did <u>Grenville Craig</u> get along with <u>Norah Diedrich</u>?

Pretty much. <u>Norah Diedrich</u> never said a word because she was helping Andrew Parsons, and they got good dirt they thought, but most appears not to be true—<u>Grenville Craig</u> is a good verbal storyteller teller.  He wants so such attention. He has low self-worth for a man worth up to $100 billion dollars. <u>Norah Diedrich</u> lived in their house on Indian Avenue for maybe a month when she first arrived and was apartment hunting. So, did <u>Polly Lyman</u>, Development Director. They did not leave together. One followed the other. <u>Norah Diedrich</u> arrived in April. <u>Polly Lyman</u> arrived in June/July 2015. 10:04 Jan 4, 2022

**Telephone Call with Mark Decof, esq. 10:54AM**

11:25AM.

The whole realm listened to the whole conversation.

*"I never want that woman (<u>Pamela Chapman</u>) to walk down any street in Newport. I want that woman dead by morning, and I want her to know that if she and <u>Harry Gural</u> were to mate, (She isn't having children anymore) that I will come after both of them because <u>Dominique Alfandre</u> will see to it that she is excoriated to death. I am so happy that she (<u>Pamela Chapman</u>) can't sue me for medical malpractice because the statutes of limitation have run out after three years. So, how on earth do you survive moving forward <u>Pamela Chapman</u>?"* asked <u>Andrew Parsons.</u>

*"I think she is going to have to take it up the chin, meaning I will sock you in the jaw and beat you down into the ground because you and I have no energy of coherence after all. She survives because she lives like a rag doll to teach her not to divorce me, and if she could not get a job in fundraising it's because no one really likes her, and I forced her to live here, but it's not my fault no one likes her at all. And, <u>Norah Diedrich</u> claims now that if she were to ask her for a reference she would say something horrible in the Public Commons space because no one even wants to represent her in the court of law. Yet, she can't wait to sue people. They just won't let you."*

Someone says this man will fry but only when we find the right attorney. It is a man not a woman, and if it's a woman o.k. but he is a man who has this expertise. He is a litigator, not really a family attorney. His office is not in Providence. Does <u>Amey Cardullo</u> know him? Probably. She did not attend law school with him. <u>Pamela</u> knows his name. <u>Turner</u> would not know him. <u>Rod O'Hanley</u> knows him so does <u>Richard Crisson</u>. Is his office in Boston? It is not in CT. Did he attend Wesleyan University? We won't tell you.

<u>Andrew Parsons</u>, there are there attorneys who claim you have just told the entire world that you want your ex-wife dead. He said while you were on the telephone with <u>Mark Decof, esq.</u>, *"I would be so happy to extend an invitation to you and <u>Harry Gural</u> for his funeral pyre because he will make your ex-children so*

Pamela Chapman
pamelachapman@cox.net
[illegible]

*f'rich and happy and make you so miserable and poor because you dared to divorce him. If you had stayed married, then you would have had the money."*

**11:29AM**
What do you do now <u>Andrew Parsons</u>? He is not at work.

There are three attorneys who claim he is abusive to the nth degree. Yet, trying to prove this legally will be hard. You must at least ask everyone who will listen to you, how do to sue for slander in a domestic abuse case after a divorce?

Why did everyone listen to the conversation?

The guiding realm did it because <u>Andrew Parsons</u> claimed weeks ago, there was no way she could file, but they didn't say why. The Psyches/<u>The Furies</u> all knew he would win.

<u>Andrew Parsons</u> claims, *"I will make my children f' rich and you will not be."*

If you keep this up, <u>Pamela Chapman</u> there will be someone who crosses your path to tell you what to do because as more and more people find out about how abusive the situation is and how helpless you are in this case against him, someone has the answer.

It's not an answer. It's an approach, but it takes not quite a year. It's not a job. It's a piece of litigation that claims, *"If he does not stop, he will drive himself straight into a panic attack."*

It's not a panic attack. It's a nervous breakdown, and she has witnessed this in him before.

What do I do with that?

<u>Jim O'Rourke, M.D.</u> claims we all thought just like you, but <u>Laura D. O'Rourke, esq.</u> knew, and no one tells her the facts. So, if everyone is lying to you, what do you do?

*"You keep asking around until someone tells you something you can actually do."*

Is it a case for slander?

They are very hard to prove, but there is a situation where you can actually sue – It's not a suit, you re-open your divorce filing, and admit to something you did not have in the past, like a spiritual journey and a Twin Soul?

*That will not do it.*

Did you have any medical conditions at all, <u>Pamela Chapman</u>?

*No adrenal fatigue, and candida.*

1389

Pamela Chapman
pamelachapman.com/bio
Pamela Chapman

That will not do it.

But he had a nervous breakdown and went to work. Amey Cardullo, esq. knew that and we skipped over it, and she said, *"I'm surprised, he could go to work like that."*

*"That's in the book?"*

*"She has no idea."*

Then, you ask Amey Cardullo, esq. what you can do to re-open the case and include slander, medical malpractice as a path of slander, and lose of work (that's hard for her to prove), and stalking, harassment and abuse.

*"What is the important point here?"*

*"It doesn't feel strong enough."*

It is that you completely missed that he is not well mentally, and he threw you in Newport Hospital to help you identify that he needs the help. You sue for slander and gross misconduct because his behavior is so outlandish that he has ruined your book. He can't self-discipline or modulate himself.

That's not it. He has to prove he is of sound mind and body, and he is not. You needed this experience to show that he is out of control. He was then and is now, and it is affecting the ability to sell the book and function socially and professionally in Newport.

He's not mentally stable. He has had four spouses in the last two months. He has had so many outbursts since last summer. He's been following Pamela Chapman around night and day since last summer. He has been attacking your night and day since last summer. He wants you dead every morning

We are the psyches. We are The Furies. We need to know how Pamela Chapman handles herself in the legal realms because she is so weak in her conversations.

Harry Gural says, *"No, she is not at all. She is not being aggressive and she is not talking fast, and she reminded Mark Decof, esq. that she needed him to focus the conversation because she is better writer than conversationalist."* We are all like that because we can think clearer when we write it and see it out loud. The dialog will attest to that.

January 5, 2022

Pamela Chapman
pamelachapman.essays.net
AuthorChapPub

**11:34AM**

Andrew Parsons spent every night at Tom Hockaday's house. It was set up as a safe place to socialize and masturbate. Tom Hockaday claims he set it up in June 2019 based on something Jennifer Klemmer said regarding Kundalini Yoga, which she is a certified teacher in. That was through Tenth Gate Yoga.

Last January 2021, Pamela Chapman asked Tom Hockaday and Bill Martin with Pat Fernandez through her Twin Soul workgroup, *"Who was slandering me because I couldn't gain any traction of any kind in Newport especially applying for fundraising positions."*

She has all the technical skill and project management experience through private consulting marketing to excel in those positions. She just could not gain any traction.

She asked Tom Hockaday, *"Do you know who is slandering me?"*

He said he and Bill would get back to her. She knew Bill Martin through IMC's Board of Trustees and has met Tom Hockaday before. Both were connected through Rod O'Hanley and Richard Crisson. People in common who could vouch for each other.

The next day or two after that, Tom Hockaday said they think it came through Claire Nelson, the girl friend of Ed McPherson, who has only been in Newport since about June 2019. They thought that came through Jessica Hagen.

In Tom Hockaday's house what happened?

One night when Andrew Parsons was reading and re-reading *Barefoot in Heels,* Jessica made an off the cuff remark about *"Well, Newport Hospital, you don't have to hire her. She is mentally unwell."* It was never Laurianna D. of Newport Hospital. Who played her part?

The next remark came from Andrew Parsons himself who said, *"She has to rot in hell for what she did to me."*

What did she do?

No one had to ask because they all knew he was so burned up about her filing for divorce in the first place, and they all knew he knew she had an affair with Don Jagoe, and had an abortion. No one could prove anything. Jessica Hagen claimed, *"I never ever knew Pamela Chapman to have an affair,"* but she never ever said that. She just said, *"Yes, they have been out together a few times."* Did she list any places or dates?

*"No, just that the two of them would get together especially for breakfast,"* she told everyone once. No one knows this at this moment. The Tuning Forks verified it is Jessica Hagen speaking. 11:44AM.

Pamela Chapman
Phoenixrising0324@gmail.com
857-316-2599

No one ever heard anything about abortions. He just said over and over, *"She was amoral about marriage, and was always out without him."* <u>Pamela Chapman</u> was always with <u>Jessica Hagen</u> socially speaking, so <u>Jessica Hagen</u> should have vouched for her, but she didn't. Instead, she said, *"Well, I was having my own affairs, and so how could I watch her at the same time?"* This is not something <u>Jessica Hagen</u> would say. This is <u>Andrew Parsons</u>. That is correct. This is a blended conversation. That is ok. The truth will come out.

<u>Jessica Hagen</u> tells everyone not to hire <u>Pamela Chapman</u> because if they do, she will have power over all the others in Newport. But, she'd be staff and not social. It didn't matter because <u>Alice Ross's</u> daughter said, *"My mother has so much clout, it's not funny."* She, the NYC decorator, wanted to take over for her mother, <u>Carolyn DuPont</u>, in fundraising and fraudulent book publications at the <u>Redwood Library</u>.

*"No one wanted you to have power over the money in Newport."* This is in the dialog also. They also didn't want her to have the power over the people from being a fiction writer of the human condition.

<u>Andrew Parsons</u> fell for his hook line and sinker. He said, *"Stop that women from ever having a position in fundraising or anything else in Newport or Providence because then she will stick around and influence my grown children, and I took them in the divorce and I won them and have brainwashed them into a culture where they cannot be for her if they are for me."* It is a situation similar to the <u>Thievery Ring</u> with <u>Harry Gural</u>. They can't all be together uniformly or united.

How did <u>Claire Nelson</u> get aligned so quickly with the gossip in Newport?

<u>Claire Nelson</u>, 30's, said, *"You are a jerk of the people, and that if you had a virus there is no way she wanted to contract with it. She had to distance herself as much as possible from you in order to never be accused of whatever you were accused of."*

What was she accused of?

Mental instability. She was considered mentally unstable because the husband put her in the psych ward of Newport Hospital because in their divorce he noticed she was acting really strangely and that was the only way to stop her from being strange— through drugs and the only way to stop her from getting a divorce.

How do you stop the divorce this way?

You claim you are too mentally unwell to be on your own, and he would take care of you no matter what, but you'd be drugged up. <u>Pamela Chapman</u> says, *"That is assault via psyche medication."*

Then <u>Claire Nelson</u> claims, *"Jessica Hagen told many people to pay no attention to <u>Andrew Parsons</u> because he was on a tear to declare his ex-wife mentally unstable, and that he had every right since he admitted her into the psyche ward of Newport Hospital. It was his insurance policy to say she was mentally unstable now and forever because physician all know that once unstable, you are never well again."*

Pamela Chapman
pmchapman@cox.net
401.662.5344

David Johndrow said, *"I have personal experience with that."*

Pamela Chapman knows that story personally also.

Did he— David Johndrow elaborate? No, he did not.

Maggie Johndrow claims, *"I heard none of it."*

She is lying. They all heard it and spread it around so damn fast that it was like a wall between her and everyone else there.

What happen with Nora Diedrich?

She claimed, *"I could not stand Pamela Chapman anyway, nor could I stand that she wanted a job in fundraising with the Newport Art Museum. I could not and never would hire her for anything because I just could not stand her, and that if Andrew Parsons wanted to go out for dinner something she'd be happy to elaborate."* Then, she mentioned she had an affair with Ray Schmidt, MD who Pamela Chapman and Andrew Parsons know. It was no affair. She was his kundalini partner in the Midwest.

What happened with Laurianna D. and Newport Hospital because she applied for three fundraising positions there between 2019 and 2020, maybe 2018 also—she had the documentation. Pamela Chapman had no idea Andrew Parsons was working there in 2019 and 2020, but the hospital board, the President, Christa Durand, executives, physicians, nurses and others had a pdf copy of *Barefoot in Heels* since about August of 2019. They claimed they all had read it. Pamela Chapman had no idea it was stole, circulated and read. There was no way they could hire her with that kind of fraud floating in the background.

She needs legal representation. How does this woman protect herself? There was so much slander and fraud all working against her.

All she wanted was a book published, and a position in fundraising. She taught herself the body of knowledge of both. Most Development Directors don't even know a thing about the body of knowledge, and Nora Diedrich said shed preferred to interview Kaitlyn Johndrow, 25, for the position of Development Director rather than one of experience and knowledge like Pamela Chapman who had sat on that board for ten years. Leslie Grosvenor, the past Development Director of the Newport Art Museum said, *"Nora Diedrich had become a tyrant, and never came to work anymore. Things were so out of control; you would not want the job anyway."* She resigned. But, Andrew Parsons was operating in the background always to control where Pamela Chapman went, and who and what she could have.

He preferred her to move to West Hartford, CT and work at *Crate and Barrel* so that she would have no access to her children. He then could remind them at all turns that she abandoned them and

Pamela Chapman
pamelachapman@cox.net
1111111111

1394

divorced the family—all answers she protests are not true, except no one listens to her or her defense. This is a long-standing pattern. No one listed to her.

Legally, the hospital has no opportunity moving forward to ever work with you. They were completely not within their rights as a board and c-suite with a stolen book, and how they may handle those applications. Gail Alofsin, said she is a Development Committee member of the board, and she'd make sure Pamela Chapman could not be hired. This went on all over town. Kristin MacMannis says, *"Well, we don't like you anyway."* That is not the point.

Pamela Chapman doesn't care that you don't like her, but to be shut out of the workforce because of Andrew Parsons' needs to shut her out because he claims, *"I can no longer function properly as a man and a Doctor without my family in tack."* That is a statement he has made several times in the psyches of the Thievery Ring. He needs an in-tack family in order to function properly. Now, he has Carrie Crosson Gilpin as his sorcery wife, providing sexual favors on the Witch's Sabbath. They will stay together because to be apart he will destroy her and she him. Both are guilty of too many crimes with multiple charges against Pamela Chapman. They both can't stand her. She from the age of 19 for really no go reason, and for the fact she wanted to write fiction but does not have the skill, she said.

Carrie Crosson Gilpin said, *"I should have succeeded way farther, way past Pamela Chapman in adult life, but I did not. I had more opportunity in life, and yet she is more than I could ever be."* Andrew Parsons could say the same thing.

Slander is very hard to prove. Not anymore. Because Tom Hockaday has a list of everyone who was in that house. Bill Martin has it, and if they can prove that everyone of any influence was there—and they can, that is enough.

Pamela Chapman has the list of people meeting together with Caroline DuPont and the Redwood Library Book Committee, but it is an incomplete list of the Book Committee members.

Andrew Parsons wanted her to be dead – manslaughter or murder #1. He worked at it every day. He never wanted her to meet up with anyone, to have any relationship with anyone moving forward.

He claimed, *"She didn't deserve it after what she did to me."*

What was that exactly Andrew Parsons?

*She divorced me for another.*

No, there was no other.

*Ok, then she divorced me because she perceived us not to get along.*

*"We were just too different,"* she said. *"He brought out the worst in my health."*

1394

Pamela Chapman
pamelachapman.com
401-862-0511

That is about the size of it because he didn't believe in self-care. That was the first thing she did in her divorce. She enrolled in yoga teacher training and that started it all forward.

Tom Hockaday claims, *"I do have a list of everyone at my house, and if a court wants it, they can have it, but there is no way to pin point where the slander came from."*

*"Oh yes there is."* Once Andrew Parsons started reading and re-reading *Barefoot in Heels*, he had to stop every few lines and give his own opinion of her, or the "facts" in his life. He made the book look as real as it could be, so did Jessica Hagen. Together, they both made sure no one would ever like you, or hire you because they enjoyed having the power together to do this.

8:30AM August 2, 2022: Someone says, *"This is exactly what happened."*

Tom Hockaday claims, *"I know exactly understand that my house became the first level of The Game of Sexual Disobedience, and those there went on expressly to band together later on into a fraud ring, and Dominique Alfandre is going to regret ever getting involved because between the Opera House and Island Moving Company, everything she touches turns sour."*—including Nora Diedrich (Pamela Chapman added that one).

Bill Martin says, *"That is ok, I agree completely, after all, we have the same birthday."*

*"Yes, we do."*

1. Andrew Parsons *"don't understand why you are doing this."*

Pamela Chapman will forget the details. There are just too many.

*"How will I get a court of law or an attorney to ever believe me? I can't make this all up."*


**12:16PM**

Last night, Jana Jagoe who I really Bethany DiNapoli—because everyone in that Thievery Ring has alter egos with names of other people— went to Donald Jagoe and demanded they play a Kundalini Crossing game, but a field game rather than sexual one.

He agreed. There was rhythm and beat to Kundalini Crossing games. That's a metabolism excitement that gets people's energy pumped up. Pamela Chapman says, *"It is not adrenaline. It is based on a stimulation of the vagus nerve and all the organ systems associated with it."* This knowledge comes from advanced yoga teaching training with Cora Wen.

Pamela Chapman
pam.chapman@cox.net

**3:15 AM** Donald Jagoe agreed. Pamela Chapman was asleep and Harry Gural was resting but not asleep. Both said nothing. He played for over an hour, but could not figure out the game he was playing.

Finally, someone named Roger Kass said, *"I think you are playing in your mind, and no one is actually there."*

Donald Jagoe claimed, *"I don't understand a thing."*

Pamela Chapman did the same thing with Harry Gural one Saturday afternoon when he thought he was playing against Kathy Abbate. Pamela Chapman told him, *"There is on one here. Just stop and he did. She had to pull him out of that game."*

If you have never played in your mind, you don't yet understand. Once you do, and you figure it out, it is clear that Kundalini Crossing in your mind is a nothing game where you focus on a person and just chase them. Your energy just chases them in the void. They aren't there, yet you chase them anyway.

|**Note**: Is it an obsession?

It becomes an obsession as you get addicted to the chase. You get all pumped up. You never catch the person. They aren't there. You just chase and chase until someone pulls you out, and declares that you are done—which is what Pamela Chapman did with Harry Gural. There is no emotion, just obsession. It is not a trance state. The experience is the obsession. The person attached to it is secondary or ternary PMC 12:53].

There is no actual attraction. It proves nothing. It is constant movement until you stop. It's a waste of time because in the end, you realize the person was never actually there. Now, you start to realize that when you are in Kundalini Crossing exercises with another it is possible to perceive that no one is actually there, and it is akin to masturbation.

Pamela Chapman understood that one night when Harry Gural started talking to his whore friends while "doing Kundalini" with Pamela Chapman. She said. he was never really there. She'd never do it again. It was too much like masturbation.  Everyone else spirals.  She had no idea how to do that. He never showed her. They had a different energy. She can tell the difference now in the whole experience. It was cheap and tawdry. He didn't care. It was all a set-up. Christine Bush was there for Harry Gural, and so was Becca Bertrand. We never understood why they did that? Why did you?

*"To prevent you from being close together."*

*"Well, why make her do some kundalini exercise that you can't do?"*

*"We never understood."*

*"No, you knew exactly what you were doing."*

Pamela Chapman
pmcchapman@comcast
br1ml-2:05 pm

*"It was a betrayal."*

Dominique Alfandre and Bethany DiNapoli and Monique Burgess if you ever come after Pamela Chapman again like you did last night, and all night to over-stimulate her kundalini, she will do something you do not expect.

*"I was never initiated that way, and can never return whatever the hell you are looking for. I am untrained. Harry Gural never initiated that with me. He only did that for all of his whores who then satisfied themselves afterwards with actual masturbation."* Kundalini is a male technique that fully satisfies the man, and not the woman. The more the woman masturbates, the less kundalini she can achieve. That is basic physiology. Then, one-by-one the women fall off and away as a kundalini partner of the man as she seeks to ultimately satisfy herself with masturbation, and the man moves on to yet another woman. His harem grows. Some women might leave, or just become part of an extended ring of thieves and errand girls.

Pamela Chapman is Harry Gural's "heat" so we don't have to do the test runs like he does with all of you. And fall out, Pamela Chapman did. So, I hope you all have a great life moving forward, because Andrew Parsons, your slander never ceased. And, Jessica Hagen you did not have to slander Pamela Chapman in 2011, 2012 or 2019, 2020, 2021 or 2022. It is a pattern. It has never stopped. All she wanted was a new house and a job. She has a house. Jessica Hagen does not own a house. All her ex-husbands provide for her overhead. She has had three ex-husband and is rallying for number four.

*"Ok, she wanted a different house."*

Amey Cardullo, esq. never was in this conversation.

Pamela Chapman would say no attorney was. She only wrote it all down so as not to forget that Claire Nelson and Jessica Hagen both remembered slandering Pamela Chapman, and that it all came through Tom Hockaday's house.

**12:28PM**

*"If the legal world does not represent you, what will you do?"*

*"Is that a threat?"*

*"No. Andrew Parsons always has to know what will happen first so he can manipulate it."* He has been on a tear, and if he had a gun he would have shot her to death literally because he claimed she ruined his life and he wanted hers ruined to the nth degree to make her pay for what she did to him—a consistent theme over-and-over again. He got everyone to collude with his story and this themes. No one listened to her until she started screaming, but she can't scream every day for the rest of her life. And if he thinks he is someone special, he is merely an errand boy for Happy van Beuren and Campbell Soup, and Kamala Harris, a democrat, after all. He presents as an ultra-right ring

Pamela Chapman
pinsel@pamela.con net
101-602-9510

conservative, but will talk a big game about moderation. The enemy of my enemy is my friend in collusion.

How does <u>Andrew Parsons</u> have it all? He has gotten every f' thing he has wanted. That is so grossly unfair.
**12:31 PM**

<u>Harry Gural</u> was never in this conversation either. **12:32 PM**

At <u>Tom Hockaday's</u> house, with <u>Tom Hockaday</u>, <u>Bill Martin</u>, <u>Ed McPherson</u>, <u>Claire Nelson</u>, and <u>Jessica Hagen</u>, <u>Laurianna D.</u> Development Director for Lifespan at Newport Hospital claims, *"If someone used my name…"*

Someone said, *"They spoke for you. They might work for you."*

She knows who it is – Yes, she does.

That woman never belonged at <u>Tom Hockaday's</u> house in the first place, but she enjoyed being there, anyway. There were too many people from Newport there. Everyone got to gossip about everyone. <u>Pamela Chapman</u> was a prime target of gossip every night, until <u>Cathy Wicks</u> finally said, *"I am out of here,"* and no one heard from her again.

<u>Bill Martin</u> finally released her.

No. She changed her name to someone else because she was too humiliated. She wanted to marry <u>Andrew Parsons</u>, and the only way **was to prove once and for all that the ex-wife was a lunatic that had to go away**, and she and <u>Andrew Parsons</u> would use any means possible to make <u>Pamela Chapman</u> look like a sad case—because she wanted to marry him. He said, he could not marry her, <u>Cathy Wicks,</u> until he understood his divorce.

Now, he has been married through  Witch's Sabbath to <u>Carrie Crosson Gilpin </u>since October 2021. Then he added <u>Maura Lindsey</u>, <u>Nola Ganem,</u> and <u>Christine Bush, esq</u>.

<u>Andrew Parsons</u> also has been following <u>Pamela Chapman</u> around on remote surveillance since last summer 24/7. So, has <u>Maura Lindsey</u>, and <u>Nola Ganem</u>, and several others.

The Psyches/The Furies claim, "If we are no longer together moving forward, then he is going to realize, we all supported each other because we are bound and determined not to be caught. **We** protect ourselves by saying we protect each other, but once one sings like a canary, so do all the others. **Pamela Chapman** you have been so traumatized and, yet you are still alive. That is your stock-in-trade."

<u>Nora Diedrich</u> and <u>Dominique Alfandre</u> can't get you, and they refuse to step down and away. They will both attack you until they break you, just like <u>Andrew Parsons</u> tried, and so did the <u>Abbates,</u>

Pamela Chapman
pamelachapman[at].com (be)
[tel and 2095 (a)

1399

Ok, then we ask, *"When does the law step in?"*

We will find someone to help. **12:39PM**

If Gabby Bernstein is the one that helped Pamela Chapman turn the corner to protect herself, it came too late. Yet, she was up against Kamala Harris, and she won that debate. She started at the top, and went top down rather than bottom up, because some might think that is the course of her life, bottom up. She needs a different perch to be successful. Philip Benson agrees. You know who he is? Absolutely and he sits in Reston, VA.  So, does Brint Bixler and a lot of others. **12:42PM 1:11PM** ended editing the above.

**6:52PM**

In a twist of fate, Helarion, Kathume, and St. Germaine, always betray the victim, except the victim does not know until they arrive after their death. The point is to grab them in life as a victim as to capture in their death, otherwise you don't get them. If a victim in life so as to be a victim in death, your soul find a Melchizedek Guide to wake you up and retrieve you. A true soul retrieval would be to in human life retrieve you from victimhood, and in death, a true soul retrieval requires a high vibrational soul, especially Melchizedek to find you, identify you, and bring out back to life in the 3rd eye.  We bought several people back to life: Natalie Holloway, Ronald Reagan, several past victims of Big Book Stories, several black llamas, and others.

January 6, 2022

Andrew Parsons is dictating this and so is Pamela Chapman. Saul is the 10th rat in the house. He gives all rights and permissions to guides for their persons to do whatever they like in curses to Pamela Chapman.

Jerry Slocum was the 9th Rat. He gave permissions to Dominique Alfandre, Bethany DiNapoli, Nola Ganem, Christine Bush, esq. Andrew Parsons, David Johndrow, Kaitlyn Johndrow, Maggie Johndrow, and Christopher Johndrow to do whatever they liked to harm Pamela Chapman. He also gave rights and permissions to Jean Gorham who gave them to her grandson, and also to the second-generation Thievery Ring.

Any privilege Jerry Slocum had, Jean Gorham had also.

1399

1400

The ex-husband wanted you to type that <u>The Game</u> is most important to most people including <u>Nora Diedrich</u>.

*"No, she really dislikes <u>Pamela Chapman</u> for being so successful and professional and could run circles around her professionally speaking."*

<u>Dominique Alfandre</u> claims, *"I dislike you because you disliked IMC which she based on that fact she donated little money to IMC and attended virtually no performances."* But, now they say, *"It was because you were involved in Newport, and you have no bi-sexual chemistry."*

<u>Bethany DiNapoli</u> loves a good thievery game and loves to best <u>Monique Burgess</u>, and if it could be around a man like <u>Harry Gural</u> all the better. <u>Monique Burgess</u> is the same—Just loves to play the besting game in general, but especially against her cousin-in-law. Around <u>Harry Gural</u>, she is most competitive.

<u>Maura Lindsey</u> is a cheap slut who can't figure out what to do with her life – she hasn't for 20 years or so, the same is true of <u>Nola Ganem</u>. They are desperate for a life style, and you figure yourself out every day moving forward. They are stuck in a huge rut, so they follow you 24/7 to get out of their own rut, but they not to like you at all, and work to bring you down at every turn. They are bona fide obsessed. This is <u>Andrew Parsons</u>, and I listen to their psyches all day long.

<u>Carrie Crosson Gilpin</u> has turned around a little to say <u>Pamela Chapman</u>, *"She really is something and she bests me every day no matter how hard I try to best her instead."*

<u>Harry Gural</u> would say the same thing about himself and <u>Carrie Crosson Gilpin</u> except he can't say a thing because he is out of the <u>Thievery Ring</u> now.  He would claim, *"I will be a monkey's uncle because* <u>*Dominique Alfandre*</u> *is working hard to make sure you masturbate every day whether it starts as pre-masturbation or as over-stimulated* <u>*Kundalini Crossing*</u>*."*

These women want to make it such that <u>Pamela Chapman</u> can do nothing with <u>Harry Gural</u> at any point, now or into the future. With <u>Kundalini Crossing</u>, once over-stimulated, <u>Harry Gural</u> leaves them to themselves to masturbate and finish themselves off. He is like an initiator who gets them started in their own masturbation. He never has to touch them personally. He just does something generally that gets them to play with themselves until they are satisfied with themselves. But once over-stimulated you just cannot stop until you stop.

These women are over-stimulated. They are out of control. <u>Pamela Chapman</u> believes women against women is the worst crime of them all because men take such advantage of women sexually that you need a circle of women to help protect you always against predatory men. In this case, these women are the sexual predators of Newport. Everyone should know who they are so you can stay away from them.

<u>Pamela Chapman</u> is desperate for bubble of protection around her legally and socially.

1400

Pamela Chapman
pamelachapman@cox.net
1-401-239-110