**9:28 AM**

Alberto Villodo claims The Game is running through DA's psyche therefore, it has newer inputs and will be more vicious. It also has a newer impetus of destruction. Where is it coming from?

Norah Diedrich who wants Pamela Chapman dead because if Norah Diedrich herself has to leave Newport, RI she is pretty much dead.

*"But sweetheart, you destroyed yourself here, Pamela Chapman only cleans up Newport Art Museum messes—she has a history of that, and you are a complete mess at the moment."*

Dominique Alfandre and Bethany DiNapoli:   You and John Brooks tried to clean up the IMC mess, but in your own ways, and Pamela Chapman walked away claiming, *"If they have that kind of support that is their side of the street, not mine. I walk way and become indifferent."* 9:32AM

So, tonight Norah Diedrich and Dominique Alfandre take shots at Pamela Chapman through Andrew Parsons who plays Harry Gural.  Bethany DiNapoli who plays Pamela Chapman.

Andrew Parsons  + Bethany DiNapoli   ⇌   Harry Gural + Pamela Chapman

*"How badly did we destroy you?"*

Battered and bruised, but alive and always with Harry Gural moving forward. What is the 3rd level, is it your exit strategy?

*"No, it is legal process."*

*"Well then, that is your exit strategy. That is what is required. It is usually drugs, gambling, anything illicit, maybe improper fundraising-fraud. We have already been there, and so has Veritas Consulting with us. So, let's move onto the 4th level of The Game."*

*"Is that the kill?"*

No, it is this:

1. We are so f'sick of you.

2. How badly are you beaten up? Are you dead yet?

3. What is your exit strategy? The legal process.

4. Improper fundraising, or How much can you get out or another? If it does not work, you start a masturbation clinic with them, then add in some Kundalini Crossing frosting. That will ice the cake ever time, especially if they are women.

5. A real thievery project of distinction that involves Ways and Means. No, it is prison sentences.

6. Dead, dead, dead and buried gone. Because if you are not dead yet, you will be. You are not sophisticated enough to sit at the big boys table, and just always remain errand boys and girls just like a drug runner, but if you can become sorcerer like them, *"Boy, do you hold the power, but not really."* It is all Jerry Slocum, and Michael Harner doing your dirty work, or maybe Alberto Villodo or Marcella Lobo. It is all the same after all. **9:40AM**

7. If Alberto Villodo, Pamela Chapman, Harry Gural must get out and up into the Celestial Temple and hang out as if dead then that is what we will do all night long, and Pamela Chapman you can channel some but you can't hear to follow along. Don't expect her to bail you out. Yet, in the morning that is what always happens. So don't buy into any bullshit, it is always wrong and the Public Commons runs on lies, thieves, whore's & sorcery. That is basic shamanism at its core. **9:41AM**

**5:58PM**

Andrew Parsons started a recitation over and over and over again in the **Public Commons** saying, *"I want her dead. I want her dead. I want my ex-wife dead".* He repeated this nonstop until about 6:10AM when **Alberto Villodo** asked his psyche to pop out.

When it did, he asked him, *"Do you know what you are* **saying?**"

He said, *"I do."*

Alberto Villodo asked him, **"What did you say?"**

He said, *"I said. I want my ex-wife dead."*

That woman was driving in her car at the time, and calmly asked, *"Why do you want her dead?"*

He replied, *"If I raped her, I'd kill her."*

She asked, *"Why would you want her dead?"*

He said, *"She caused me so much distress and suffering in divorcing me."*

Pamela Chapman
pamelachapman.com net
In Loss 2009 to

We asked, *"Did you go to work? Did you sleep and eat properly?"*

*All a resounding yes.*

*"Did you have a social life, with girlfriends and the like?"*

*Yes.*

Did you go golfing at country clubs, and other courses along the eastern seaboard?

*Yes.*

Did you take vacations?

*Yes.*

Did you connect with family members?

*Yes.*

Where you forward thinking about the future?

*Yes.*

He does not seem all that distressed. You can be sad, but you get over the breakup.

Then, when <u>Pamela Chapman</u> was in a store, we all heard <u>Andrew Parsons</u> say, *"If Pamela Chapman were raped to the hills, then he would disrobe her, and make sure her body was maimed and taken apart limb by limb."*

*"Then, we asked why?"*

He said, *"Because she and I do not see eye-to-eye."*

[<u>Note</u>: This whole dialog really sounds like <u>David Johndrow</u>. <u>Andrew Parsons</u> was never ever this cruel."]

<u>Jackie Egan's</u> name was used, but it was not her. She said, *"Do you realize the severity of which you speak?*

He said in the <u>Public Commons</u> realm, *"It does not mean a thing."* She said, *"It actually will mean something in a court of law."*

He disagreed saying, *"It was of no consequence. Yet, he repeated that he wanted that ex-wife destroyed in any way."*

Pamela Chapman
pamelachapman.com
Before 2005b

We repeatedly said we were all real in real time, over and over again in the early months. We agreed that if we had date time stamps and witnesses, these  thee were real conversations happening in real time, just like what Google and the internet had to prove in its early days: real in real time.

He told her the same thing ten years ago. She remembers exactly where she was, and can pull up an almost exact date because she was studying for a business law exam at SRU. He said, *"If you divorce me, I will destroy you emotionally, mentally, socially, and  financially."*

She said, *"Ok. Go ahead,"* because what was she to say?

He proceeded to do a number of things. In February 2021, he said, *"If you admit to an affair (which she did not have) then I would still come here every day, and beat you over the head with a brick and a board until you are beaten into the ground. I would not stop until you were completely beaten into the ground."* He claims at **7:36PM** he knew he said that to Pamela Chapman in a private conversation orchestrated through Saul.

How does the law speak to these claims?

At Tom Hockaday's house, he and others were using sorcery channels to scouted her out and hunted her down. When he could not find her, he waited. He read and re-read her book in a way to slander her in front of so many others. He obtained the copy of the book from Holt Massey III who got it directly from Esmond Harmsworth IV, who is related to Viscount Rothemere and publisher of *The Daily Mail of London.*

Andrew Parsons did so much harm to her in August 2021 with sorcery walls, Gabby Bernstein tried to peel him off. She reminded him that after 22 minutes, his walls are no longer effective, or will not increase [augment, accelerate] the situation. Yet, he did it for 7.5 hours by putting himself in a trance state that Peter Bramante ED, IMC taught him how to be in.

When Andrew Parsons puts himself in a psyche, gets there by drinking 1-4 glasses of wine. When he goes triggers himself into a trance state, he reads Pamela Chapman's manuscript *Barefoot in Heels.* Currently at this date of writing, he has 3-4 shamanic wives.  The first he got in October 2021. He masturbated every day. He is not at work with the first sorcery wife. At 7:30PM he is with the third who is the fourth who is Nola Ganem. This action alone might burn out his sperm in 2-4 months 7:45PM. He had a vasectomy so it won't burn out his sperm. He stopped working after February 4, 2021. He went back to work in November and December, but now works inconsistently. His life is unstable. He does not live alone. He lives with his adult daughter.

Pamela Chapman's screaming set off this, *"I want her dead"* campaign. But, she can control her screaming immediately. She can calm down within seconds. She always has been able to do that.

**7:14PM**

Pamela Chapman
pamelachapman@comcast.net
[blah blah blah]

P.S. He has had 12 weeks of Officer Candidate School with the US Marine Corp at Quantico, Virginia. It trains you to carry an AK-47 every morning at dawn. You must clean it and get it ready at a moment's notice via US Marine drill sergeants at <u>Camp Lejeune, VA</u>. He also was trained during the summer at US Naval Station Newport in Officer Candidate School for the Medical Corps. They do not carry guns in Newport.

**7:56PM**

**<u>Andrew Parsons</u>** thinks he was set up. He was not. This is the natural course of his life. His intentions are so demonic toward <u>Pamela Chapman</u>. They just say, *"He is too demonic to stand trial for anything against you."* They keep it out of court because he and <u>Carrie Crosson Gilpin</u> will stay involved until he dies. They did not expect <u>Carrie Crosson Gilpin</u> to be so aligned with <u>Andrew Parsons</u>. The drinking might get worse but it will keep him out of the Operating Room. His daughter says, *"He hardly works now any way."*

<u>Pamela Chapman</u> hears so many echoes and psyches. The noise is so loud. This had been taken care of and removed a week or two ago. **<u>Nola Ganem</u>** said tonight, *"<u>Andrew Parsons</u> is so f' pissed, I did this to make him calm himself down. so she can't speak into this space."*

*"<u>Andrew Parsons</u> is so thrilled, you can't believe."*

*"Why is that?"*

He claims, *"<u>Pamela Chapman</u> is so demonic herself. and wants nothing but total devastation of my estate. She is a money grabbing person."*

*"No, she just wants justice."*

**8:15PM**

**9:21PM** <u>Andrew Parsons</u> said, *"We can call <u>Pamela Chapman</u>, <u>Lila O'Tannenbaum</u>, after a set of field games they played one night together: <u>Roger Kass</u>, <u>Becca Bertrand</u>, <u>Esmond Harmsworth IV</u>. She owned every game."*

He said, it should be *"Twin Soul Seer with Kundalini,"* which sounds overplayed and stupid.

*"No one wants to say the ex-wife's name."*

He said, *"If we are going to be real in real time, than we might as well use a more real name. So, it will be <u>Lila O'Tannenbaum</u> because everyone knows it was a name she made up on the spot and no one's name even comes close to that. But, it is a real name for real time living. We are all real in real time. Imagine that."* **9:23PM January 6, 2022.**

**10:15PM**

<u>David O</u> says, *"This is a watershed moment that you do not understand because non-ever invited you to a water shower before."*

*"No never."*

*"So what's this, a party or a funeral? I can't tell the difference."*

<u>David O</u> claims, *"You and <u>Andrew Parsons</u> have such bad history that I can't f' believe it."*

*"Did you ever see this ever?"*

*"Twice. But, I won't tell you. Once when <u>Shawn Savage</u> died, but it was not his fault, and it's a legal matter. Stop."*

*"Once when you sued for divorce,"* <u>Nola Ganem</u> is talking. Stop. <u>Nola Ganem</u> must stop or <u>Pamela Chapman</u> will sue <u>Nola Ganem</u> for breath of psyche as his third and forth sorcery wife. Stop." 9:52PM

*"We stop. We rest. The family refuses to support the conversation. This was <u>Nola Ganem</u> speaking with an Agenda against <u>Andrew Parsons'</u> family agenda. We rest. We stop."*

<u>Nola Ganem</u> says, *"We stop all conversation about anything medical or <u>Pamela Chapman</u> will kick her ass legally and get a cease and desist order on <u>Nola Ganem</u> because you are breaching confidentialities, and have no ethics."* Stop. 9:57PM.

*"It's just noisier than paint spray."*

<u>Stanley</u> claims, *"<u>Andrew Parsons</u> will probably take to drinking a little more because it is what puts him in his psyche, and he likes that. You, <u>Pamela Chapman</u> might be right that his medical training prevents him from popping into a psyche on his own, or to be under the influence and deliver care."* —He can never ever fully relax. He must always be ready and able to deliver and administer medical care at any time of the day or night, fatigued or awake.

*"At work, he's clean. It's at home, he's in trouble. He starts drinking every day. That's the bellwether. He can't go to work. Why did <u>Carrie Crosson Gilpin</u> enable this?"*

*"She trained him this way. He has to pop himself into his own psyche and this was the only way he could do it."*

*"They all failed to understand his basic physiology of masturbation, sperm and kundalini. He never told them he had had a vasectomy and played them all regarding when his sperm would burn out."*

*"<u>Carrie Crosson Gilpin</u> you have a date with <u>Andrew Parsons</u> at Stoneacre at Valentine's Day and you celebrate his birthday and your marriage. Meet greet and espouse your feet. Put your best foot forward. <u>Carrie Crosson Gilpin</u>, I know you can point your toes."*

Pamela I Chapman
pmchapman@comcast.net
Volume 500 ??

## January 7, 2022

Grenville Craig acted on Jan 7, 2022  if he were Pamela Chapman's psyche. This after a long collaboration with Andrew Parsons's psyche so every "fact" has been twisted to serve Grenville Craig's needs to be her psyche and sorcery wife, but as a Twin Soul married to his own Twin Soul for over 50 years, he cannot participate in any Witch's Sabbath sexual orgies. He cannot masturbate, have intercourse with, or engage in kundalini with anyone other than his Twin Soul wife. It is physiologically impossible. 1:20PM 1-7-22.

Andrew Parsons admitted at 2:31AM that he and Grenville Craig made up a lot of details in their psyches about Pamela Chapman and masturbation because he admitted freely that he had no experience with them not even in college. She claimed she and he never ever did anything like that ever.

Andrew Parsons wants you to commit suicide immediately because then he can tell everyone that you were sick in the head, and no one will ever believe anything you ever wrote about himself.

Pamela Chapman says, *"I did not write about you, so what is all the fuss about Andrew Parsons?"* 1:22PM

Last night Andrew Parson was "divorced" from Maura Lindsey and Nola Ganem and is stuck with Carrie Crosson Gilpin until his death. 1:36 PM 1-7-22

*"I'll feel really stupid if she and Harry Gural never get together. I had so many opportunities to have relationships that I will feel really stupid if Pamela Chapman never has a relationship after her divorce."*

*"What does it matter to you anyway Andrew Parsons?"*

*"Because I wanted to experience joy,"* she said in her book.

Andrew Parsons did say, *"I said there is no such thing as joy."*

*"Are you really sure you actually said this Andrew Parsons?"*

*"I don't ever remember, but Jessica Hagen claims she does. Ok, that is a good one because it is written in a boy of conversation that was never actually written down or recorded so it is just a statement in a whole body of work."* **2:29PM**

1408

### Wednesday, January 12, 2022

We have some unfinished business to address.

There were six main monsters in this last chapter of a three-section story:  The Guide War, The Insurrection of the People, and Reciprocity of Relationship. This is the order in which it is played out.

Shamanski is a name of endearment given out at Kundalini Crossing. It got overplayed in such a way that it has a derogatory meaning. Christina Bush, esq. 52, attorney, Providence RI came last night to trap Harry Gural in a last stance dance where he would end up with her in a sorcery marriage and sleeping with her between the sheets of Wendy Schmidt (aka Suzie Shamanski). Pamela Chapman and Harry Gural were separated last night, and claimed they could not be together sexually. That blocked their reciprocity if relationship feeling of themselves and the other.

At about 4AM, she woke up and suddenly asked Harry Gural, *"Where are you?"*

It became apparent that he was in a game similar to the Kundalini Crossing mind game—a game played in the mind where the man is chasing or looking for the woman, and he is playing against a blank or empty field. He has stepped into the void, or the unknown, and is looking for anything or anyone that shows up. And you claim it, it might lack discernment and discrimination. It is the Fool's Game, or the Fool's Journey in Tarot (If you play it upfront it has one meaning. If you play it at the end of all your journeys, it's a journey of enlightenment).

Andrew Parsons played. He was told to look for a woman who will be a reciprocity for the night, and found Caroline Crosson Gilpin all over again, and they left together.

Harry Gural was acting without thought or understanding of his own experience. He loves the thrill of the chase. He was to find Christine Bush, esq. and leave with her, and marry her, except he didn't know it. He immediately recognized that Pamela Chapman told him to be careful last night, *"You are being seduced by a loud noisy group."*

He is always being seduced by a group of whores. He is always looking for a temporary thrill. He immediately stepped down and professed his commitment to Pamela Chapman and said, *"I will never ever do that again."* Pamela Chapman fell back to sleep.

When she awoke, Harry Gural didn't say anything to her. She could not figure out where she was anywhere. All of a sudden, it is as if the entire Public Commons had turned on her. Bethany

DiNapoli and the Thievery Ring were taunting her with highly repetitive recitations (an always ongoing situation).

She kept saying, *"My father would never do this to me. I need help."* She was screaming. She was at the end of her rope. She'd be in tears, if only she could, but she just cannot physiologically cry buckets of tears for anything. She screamed, and screamed. Yet, nothing happened.

Bethany DiNapoli declared herself to be the leader of this Thievery-Thuggery Ring of Monsters. She demonstrated consistent passive aggressiveness daily. The more Pamela Chapman screamed, Bethany DiNapoli and Alberto Villodo made her hearing of a lower and lower and lower volume, several times approaching a volume almost at mute.

It was very apparent that Bethany DiNapoli, Alberto Villodo, and frankly the entire Thievery Ring Workgroup, can lower or raise Pamela Chapman's ability to hear with the stroke of a hand or a wand. The wand was taught by Harry Gural, as imbued and described in the *Harry Potter* book series. It was so intense, that when Bethany DiNapoli, Alberto Villodo, Andrew Parsons, Dominique Alfandre, Norah Diedrich, Carrie Crosson Gilpin, Nola Ganem, and others got really quiet, they then start asking her questions about abortions and other topics to trigger her.

They started all over again to say *"Seer wizard was staring at her."* They were reading her dreams and retelling them, i.e. Jana Hicks Jagoe was smoking and talking to Dina Karousos about taking out a wall for a big window in our house, if she could buy it. It became apparent last night that either Justine Rudock, or Justin Ramel and now Capt. Al Rudock, MD Ret. USN MC, Justine's father. He went by the name Gareth, Justine's brother but the Tuning Forks verified it was Al Rudock, MD of Melbourne Australia, and a retired captain in the US Navy Medical Corp. He once lived in Portsmouth, RI.

This morning, he was watching Pamela Chapman all over again. Someone was reading her dreams, her visualizations, her mind, and her thoughts. It was bad. Really, really bad. It was so bad; she was screaming such that he lost her voice. She started banging on her piano. When she does this Bethany DiNapoli gets so upset, she turns Pamela Chapman down to almost mute. Once again the volume of the noise is tied to their emotional states.

When this happened, Bethany DiNapoli said *"I think we have her cold now. She is our prisoner, and we refuse to let her go. I own her now. She will do everything we want her to."*

And, Alberto Villodo said, *"If we can avoid getting her married to Harry Gural, that is ideal."*

Andrew Parsons and Alberto Villodo agreed that they would keep their prisoner until after February 12, 2022, which was a tentative date – all in role playing gest where Harry Gural and Pamela Chapman decided to get married to cool down this story. It was just an imagined scene. Pamela Chapman was playing a 'what if game' and the whores where making choices of food and flowers, and Pamela Chapman said, *"I don't play that way. Look, if you want to play, we play this way."* One thing became another. Her mother had the invitation already printed. It was quite a planned-out event, but

Pamela Chapman
Dmcallegiance.net (et)
DMDM Dropped

it was imaginary, nothing more. It was to be on Saturday, February 12, 2022 in Kennebunkport, Maine.

Andrew Parsons and Alberto Villodo tried desperately to make sure she is both broke and not free to marry that.

Yesterday, Alberto Villodo said it was his job to make sure Pamela Chapman was financially broke enough such that she could never sue him nor Andrew Parsons. At least 4-6 people have attempted to sue Alberto Villodo, but the cost of litigation always precluded them. He always threatened to so wizardry on the attorney. He cannot actually. It is against the law. The court will not take likely to it. It will go against the case in a big way.

Alberto Villodo is afraid of a lawsuit from Pamela Chapman, but thinks if he prolongs this incarceration, she will be finally broke, and incapitated. She won't be able to do a thing. Andrew Parsons thinks the same way. If she can't have privacy, then she can't get a lawyer for her defense or to sell her book, which today Esmond Harmsworth IV agreed *"has to be a best seller."*

This after a long day of Pamela Chapman saying Andrew Parsons is a humiliation to himself, his children, his alma mater, etc. William Parsons said this morning, *"If these people do not stand down, a vigilante group from around the world will take matters into their own hands."*

Bethany DiNapoli has become an demonic evil "leader" who is desperately trying to angle for top dog that says, *"We will stop at nothing to destroy Pamela Chapman."* And, she means it. Every day at least numerous times of the day, Pamela Chapman is sexually assaulted to over stimulate her vaginally. It is usually either Dominique Alfandre, Monique Burgess, Bethany DiNapoli, Carrie Crosson Gilpin. It has been Grenville Craig/Andrew Parsons, Kayla Abbate and others.

The sexual assaults trigger on the hour. These people do not actually do anything to turn it on. Most in the Thievery Ring also are simultaneously stimulated.

Monique Burgess, husband, Tom, son, Cole, and daughter Cameron wanted to be in the Kundalini Crossing business. Now, they have learned that the trigger for this is in a "digibox" in Pamela Chapman. There would be mechanisms in place with a clock that would set it off. So instead of a pulse ring, the likes of which many Kundalini Crossing practices use, this is a surrogate pulse ring that Monique Burgess is trying out as an entrepreneur on Pamela Chapman for a new business model.

She did not have permission from the subject.

Every time one pulses or triggers, they all trigger because the women have insisted in the most demonic of ways, especially Dominique Alfandre. They we will stop at nothing to make sure she masturbates with us. That is their game. *"She will mast with us if nothing else. We will force her to do it."*

*"No, you will not. Not on your life."*

Pamela Chapman
pam.chapman@comcast
pcchapman.com

There are so many other details from the last few days because Pamela Chapman has not been typing. She claims she is so terrorized and distraught she can't bear to type this story any more. But here are a few details.

She feels so traumatized in her body, she has nothing short of constant over-stimulation of her vaginal area for these women. This ruins the hydroelectric currency of the human body. It is basic physiology.

She is also screaming her lungs out. Between her asthma and the pressure in her head from screaming, her blood pressure feels through the roof. The cardiovascular system is now imbalanced due to these women.

As she screams, Bethany DiNapoli and the Thievery Ring turn down her hearing, but they always hear her just fine. Bethany DiNapoli said, *"That will teach her not to scream. We will force her to be quiet, and we will do it by triggering the question of abortion."*

Andrew Parsons thinks she is one big f' liar. Except, he has admitted recently— and then last night—to his son, and then again this morning to everyone and his son, that he lied to the Emergency Room of Newport Hospital when he had his wife admitted on diagnosis of acute psychosis and delusional state.

He lied to make it known that he was in power and control of her, and she was not, and if she did not admit to having an affair with Donald Jagoe, he would never ever let her out and she would be forced to take medication and the like. This was all a big lie. There are several others like this also.

He keeps telling her she had an affair which she never had. He keeps insisting she had an abortion but there is not one person who can corroborate with the story unless it is a he-said, she-said with David O which is what Andrew Parsons insists on. He keeps saying, *"I will prove you are one big f' liar Pamela Chapman* except he is the big foliar himself."

Today, he wanted to walk down that same road with a story from Grenville Craig through Jana Jagoe and when Pamela Chapman caught wind of the plan, she said, *"No f' way am I ever going to play that game ever again."*

He said, *"I must prove you are a bi f' liar"* And, all she said was that is the tomfoolery and sorcery of Grenville Craig. That is all Grenville Craig. The entire guiding realm agreed. Whatever that story was it came from Grenville Craig. His creditability as a witness is so compromised, it is never going to stand in court, Yet, he claims, "I will torment her, so will Bethany DiNapoli, Alberto Villodo, Andrew Parsons, Dominique Alfandre, Norah Diedrich, Carrie Crosson Gilpin, and Nola Ganem in such a way that she can never get there, and probably can't even get to a telephone call because in the last two days everything got amped up: every sight, person, conversation, everything in her life is broadcast through every possible sorcery channel to as many people as possible. It was also like this last May and June 2021.

Pamela X Chapman
pamelaxchapman@comcast.net
401.608.2979 m

Samuel claims to have done this to get Harry Gural to marry Diane McEnroe, esq. Diane McEnroe claims, *"I will never ever work in this field again because if I am a lawyer now, I never will be again."*

The story of Betsy Zembko yesterday of embezzlement and getting caught as an attorney by her partners and her clients, froze some people in the Thievery Ring. Pamela Chapman thinks the notion of a mug shot and description in the local papers has temporarily stopped some of them, but it does not. It never stops Andrew Parsons and Alberto Villodo who will do anything to destroy Pamela Chapman.

They have no desire to understand any context. They just want her gone and destroyed. Yet, they all say, *"But she is so interesting to talk to."* Bethany DiNapoli keeps saying, *"She must leave because she tells us when we are lying. and because she commands a better audience and a better conversation."*

Bethany DiNapoli is so jealous, she wants to control her and say, *"but I am top dog,"* and Pamela Chapman keep telling her, *"Listen, do not ever forget you work to me. I never work for you. I am C-suite and you are junior management level worker bees."*

Phil Benson, SVP, Jacobs Engineering agrees, and was her just like Jacque Crenca, for CEO CH2MHILL International. We all had the training to be classic management consultants and engineers, and we know of that which we speak breath and act. The others do not.

Andrew Parsons claims, *"He and you have nothing in common, and will never ever be able to stand on the same side of the street, yet he loves talking to you here. He always want to track every movement of yours."*

*"Andrew Parsons insists on knowing exactly when, how, and why you are doing what you are doing. So, he watched you like a hawk in the last few days, just like last summer and fall."*

*"Alberto Villodo does the same thing. He loves talking to you and yet like a virus, he attaches to you and kills you to satisfy himself."*

Andrew Parsons says, *"If his son and his contacts are planning to arrive every day and or night to force a confession out of him, then he steps down."*

*"His sister is right there with him to say this is no way to treat your family or the mother of our children. You are humiliating yourself and the family as well as our community."*

He claims, *"I refuse to ever stop trying to destroy you. I want you dead in every realm. I will say or do whatever it takes to destroy you. Lying and cheating and terrorism, sexual assault, gross negligence, collusion, medical malpractice are all a part of it."* 4:51 PM 1-12-22.

He never wants Bethany DiNapoli nor Alberto Villodo nor the Thievery Ring to ever release you.

He will accept an early retirement from work just to force you here every day in this way. He has put his life on hold to destroy his ex-wife.

Hillary Rodham Clinton said months ago, "This is a type of torture and terrorism (see also July-August 2022) Regarding her hemorrhoids, the Thievery Ring escalated the shear burning of sharp raw pain in the same manner as a magic wand and during on a sexual assault. On a scale of 1-10, the pain was a 14.)

Pamela Chapman was facing was against the rules of the Geneva Convention.  It was accepted two days ago that all if it was caused by and could be cured by Alberto Villodo, he refuses to do it.

Yesterday, he finally broke from her screaming and said, *"I cannot do this anymore."* It was her screaming that broke him. Yet, he didn't pull back the noise far enough.

Pamela Chapman had a monolog yesterday about the fact that Alberto Villodo keeps saying he does what he does to hold ultimate power over the people.

Pamela Chapman said, *"You are no different from Mussolini, Stalin, Lenin, Hitler or Asian leaders. You are merely just a version of the same. We live in a democracy, and you are a free man living as a US citizen. Yet, you are a terrorist to your own people. It does not help he is also a cocaine dealer."*

*"If we do not sue these people legally, they will destroy our communities."* All sorcery channels are listening and watching. *"They will become vigilantes if we continue to stand back and do nothing to stop these people. They are causing physical outcomes in Pamela Chapman's body which is assault."*

Mark Halpern is a member of a sophisticated Thievery Ring. He lives in Tarzana, California and is a member of Paul Kipnes' congregation. Diane McEnroe and Carrie Crosson Gilpin work directly with him. He also has Wendy and Eric Schmidt, former CEO of Google, and Nancy Graham, SVP Scribner's, and Jonathon Karp, CEO of Simon & Schuster.

Regarding the *Barefoot in Heels* stolen e-books— the receipts and the senders, Francine Weiss, PhD, Newport Art Museum, claimed one of them could have been me, but was not. I am once again so close to the line, several times Francine Weiss. She is only here because of her employer, Nora Diedrich, Executive Director, Newport Art Museum. If an employer forces you to commit fraud, can sue the organization?  We will take Nora Diedrich down because her contract allows for immediate removal if she commits fraud. The dismissal is all legal and permissible.

Christine Bush, esq. claims I only arrived because I was considering representing you in a court of law, yet I preferred all the thievery people to you. I kept telling you to wait, and we will get really good data and intelligence. After two months, Pamela Chapman sent her an email telling her to

Pamela Chapman
pmnelachapman@comcast.net
401-465-2671

either say yes within 24 hours with a written contract, or we go our separate ways due to a perceived conflict of interest on Christine Bush, esq's part—a conflict Pamela Chapman did not list. She cede another partner in the firm.

Christine Bush, esq. turned her down, and chose to wed and bed Harry Gural. She said she needed a date for the Providence Heart Ball in February. She loves to chase Harry Gural. She claims, *"I do it to prove I can track anyone down, and force them to do as I want them to do."*

No, in this story, you were just another whore to take Harry Gural away from the victim, Pamela Chapman. If Monique Burgess had not attacked Pamela Chapman last night at 4AM and woken her up, you might have ended up at dawn married to Harry Gural.

Harry Gural says, *"Oh, not on your life. I am all done and all through with this tomfoolery. I take my old life back. I walk away completely form all of this. I use to love reading Harry Potter and now I am a sorcerer of the first degree. I will never understand how much harm I either inflicted directly on another or taught people."*

*"All this sorcery nearly cost Pamela Chapman everything. Barney Frank once told me* **"Jail is a place for politicians who do not do as they are told. This is because if you and he are working together, and he wants something, and the data does not support it, he wants you to fudge the data, and I am too well trained to fudge data."** I refused twice and this is the outcome. He chose to prove to me that one does not speak out against him. It is a small world of thievery.  Yet, it is so large.
**5:27 PM**

**"Conversation with Shaun Williams. Andrew Parsons knew the medical legal world, and because he did, he knew exactly how to use it to abuse someone ---his ex-wife." 5:36PM**

9:05PM Lisa Halsey, Queen Noor conversation. Lori Kipnes Bailen and Avital Bailen conversation about a reciprocity of relationship here in the US.

**9:09PM**

Alberto Villodo uses noise to say, *"I am the most power man alive, and you report to me. I never stop having power over you."* Except now, he will absolutely stop because if he does not, the entire sorcery world will know immediately of the despot he attempts to be with women –and woman who crosses his path.

There is never going to be a better time for you to raise your hand and scream, *"It's me, it's me I'm here."* We found Leora. We found the roommate. We know the 1st wife. He is a lie and a swindle to say, *"I am more powerful than the most powerful shamans in the world. I am the most demonic man alive, and damn proud of it."*

Pamela Chapman
pam.chapman@cox.net
401.862.5965

There is never a good time to say that Alberto Villodo will pay for his mistakes. It always takes the right attorney and financial capital to pursue, so just star right here.

There are never any other indicators for such trials except that when Alberto Villodo goes to trial, he will understand for once in his life that Pamela Chapman was not kidding months ago when she said, *"I will legally sue, because if you play this way, I play that way,"* and she always said, *"I play in the US Court System, and you play here in the Thievery Rings of wizardry and sorcery. You will pay to have played. I promise you that."*

Now, if you enjoyed the conversation with the Israeli young woman and her American family and Lisa Halsey, the former Queen Noor of Jordan married to Yasi Arafat, then you might always remember this is the kind of conversation Pamela Chapman loves to have. It was so spontaneous that she was just all smiles and glee. If you think we stage these, you are kidding me, just like a conversation we had with Carolyn Kennedy and her daughter's health and this and that.

There are people like Bethany DiNapoli who consider that Pamela Chapman is grandstanding and cannot yet understand why they people come out for her, and not for thee. Yet, Pamela Chapman said, David O

Alberto Villodo seems to think that he can just swoop in and summarize the conversation and claim victory because he is he and never thee. If you are Pamela Chapman, you never realize words will come to you when you type. Bethany DiNapoli, you call her Fruitcake Monopoly by mistake. That is what pops out, but a Fruitcake DiNapoli is a short fat man with a bowler hat and a big fat cigar that he is chomping on getting out of a white limousine right in front of a Providence Hill fruit stand come to collect his take on the till, and then have a cocktail iced tea with Monique Burgess down the street at Providence College, because as a fine arts student she learned to make sailor rope bracelets and tie her wrists together. She is his technology for this and that. Sailor rope bracelets and sailor valentines are code for something you don't really want to know. Not in the state of Rhode Island. Just ask Happy van Beuren she makes and collects sailor valentines. The two women are know well known.

If you need a knot and a bead, Monique Burgess will set you up with a digibox of your own, a cocktail iced tea, and a fake pulse ring you that you can use to be on her wave length every hour moving forward. But, be careful because Nola Ganem will set you up with cacao flakes and you will have a war – a cat fight really between all the ladies in the Thievery-Thuggery Ring. Knots, beads, rings. I have to stop now because we lost the beat 9:38PM. There is no more. All are done, done and gone. All in, all out, all inspired, yet thoroughly through with the likes of you. 9:38PM PMC

Alberto Villodo always ask his students,

*"What has the most fascinating thing in your life been?"*

*"What are you most embarrassed about?"*

*"What is the most sexual thing you have ever done."*

### January 13, 2022
**8:25AM**

At 3:48AM <u>Pamela Chapman</u> started screaming. She and <u>Harry Gural</u> were talking and playing footsie. <u>Nola Ganem</u> was attached to <u>Harry Gural.</u> She claimed, *"I am your night watchman from 9:15PM – 6AM."*

Her job was to report to the <u>Thievery Ring</u> any and all activity and conversation worthy of reporting. She is just a snitch—a snitch -bitch - witch. Any <u>Kundalini Crossing</u> was to be noted. While <u>Harry Gural</u> and <u>Pamela Chapman</u> were whispering, <u>Alberto Villodo</u> was talking under her breath. He does this by repeating his name or <u>Harry Gural's</u> through the exhale of his nose. He has done this nightly from the beginning. <u>Pamela Chapman</u> always said, *"That is the most obnoxious thing. Stop!"* He usually does this for 5-10 minutes to establish that he is in control and you are not.

This morning, she said, *"What the hell happened to your promise? If you come anywhere near me, I will unscrew your head, and roll it like a bowling ball into the caves."*

<u>Harry Gural</u> and <u>Pamela Chapman</u> were heavily flirting with their feet, saying all kinds of suggestive things, but not really. Everything had a double meaning. You could take it all one way or the other. That is exactly how it sounded. <u>Harry Gural</u> kept saying in his own way that <u>Nola Ganem</u> was listening. She always listened.

<u>Pamela Chapman</u> took her opinion to the airways, and said, *"<u>Nola Ganem</u>, you have got to be kidding. You are merely a whore, and nothing more."*

The <u>Thievery Ring</u> was their making their own hoots and howls. <u>Andrew Parsons</u> refused to back down, even when his son had threated a vigilante war the night before. That was around 4:01AM. It was loud. You could tell <u>Andrew Parsons</u> was shaken up because he said, *"Stop. I'm going to throw up."* (He never does that.) <u>Nola Ganem</u> said, *"I have to have a cigarette. I'm so upset buy all of this."*

<u>Nola Ganem</u> and <u>Alberto Villodo</u> had a gap of 5-10 minutes before they started to shake. We thought they were shaking to download something or to clean themselves up. A band of three men took the entire <u>Thievery Ring</u> down except the guiding realm came in after 30 minutes. With the input of <u>Sholmo Zilberstein</u>, he and <u>Pamela Chapman</u> agreed to let the entire exercise go to 6AM.

Pamela Chapman
pamelachapman.com.net
203-402-0931

Alberto Villodo got most of the Thievery Ring to walk out and under the noise. They got out, but the nervous system was still shaken.

Would the Thievery Ring stop all their demonic drama? Most said, *"We would stop,"* but we cannot tell if it had any effect at all.

It did. By 6AM they were all taken out. The entire Thievery Ring was pulled apart some more. It had been a day before. They all re-banded together even though they were spread apart. Now they have agreed to meetup no more, and *all but* Dominique Alfandre agreed to never be a thieve any more. It is because she has said she cannot fundraise without her thievery tools. She needs to be a demon to raise money for IMC and Newport Strings?

It appears so. *"If she cannot have her sorceress wizardry tools,"* she says, *"she will commit more atrocity actions to maintain her deep position."*

Oh, my god no, because Dominique Alfandre had no more position to go to, not after last night. Even this morning, Micki Ohlsen said, *"We will never step down now and allow these people to take over this Newport Academy of Ballet."* So, never before has she said such tomfoolery herself. She has finally seen what you saw all along Pamela Chapman that these people are out to ruin what she created, and she was ready and did give them the keys to her doors.

Bethany DiNapoli said several times, *"I cannot believe that Alberto Villodo has chosen me to be a sorcery spouse to service him during the Witch's Sabbath orgies."* The reasons is because according to him, *"She is as demonic as I am."*

He told Pamela Chapman his choice of a new bride, *"Had nothing to do with her looks, or her sexual proclivities. It was based on how demonic she is with him."* Nola Ganem sought him out, yet, Bethany DiNapoli didn't have to chase him. He found her. She was so pleased to have won that cat fight. Nola Ganem was so willing, ready, and able to masturbate any time of the day or night for him because *"I too am so demonic,"* she said. No one realized Nola Ganem suffered from alcohol poisoning and had an unhealthy attachment to older men who once she tags you, you can't get rid of her. It's Glen Close. It's a *Fatal Attraction*. Quick lock the kitchen door. She has a live rabbit.

Just type Pamela Chapman, and we will clean it all up later. Ok, I, David O do solemnly swear that whatever the hell I did in the past with Pamela Chapman was my own personal business and none of yours, or yours, or yours. We did whatever the hell we wanted then, and we still do.

No, you must consider that I met her at work in a mall and she had a neighbor nor named Lisa P. Amodio who came in the beginning, but did not know a thing. She worked in the shoe department of the same store.

Now, I grew up in an affluent town and neighborhood and went to public school that could have been a private school in their cities and locations. Pamela Chapman grew up in a working-class city but three houses down form Lisa Amodio whose father was a college professor, and whose mother was President of the Women's Club. We all started out in the same places, and there are certainly other considerations, but it goes to a point. Later in life, she and I became so much more than anyone ever thought we ever would be. And, Erin Hennessey went to high school with me so she knows all things also. That's correct. So, I became the great success for my family with only a BS in accounting from UCONN, and because Pamela Chapman went to HCW, I chose not to go to Storrs until my Junior year. Pamela Chapman thought I was crazy for doing that. Yet, I had good grades and I had a lot of money in the bank. And at least, we went ice skating on Saturday nights.

Now, she has done so much more with her life that anyone would have ever thought, including Lisa Amodio's mother. If this is the target we get for our success, we will take it because I am a CEO and have beautiful houses on gold courses. Pamela Chapman will say, *"He is no CEO. It is insurance, so what do you expect?"*

But seriously, no one then would have him be a CEO, except he was always an excellent  golfer. So, if we are the targets because of our success independent of it, we take it, because we are success stories in our own rights.

Now my wife does not agree with me on all things, and I joined Kamala's Table because of her, and not me. We would never have joined if not for Pat Fernandez who befriended Lindsey Grant like nobody's business, but as soon as we joined, it all cooled off.  When I realized why we were there, I could have killed her. Yet, Pamela Chapman was so cool and collected and through all of this she kept saying, *"You have a beautiful family and an important opportunity to be together as a family."* She never ever interfered. There is no jealousy on anyone's part except maybe my sister Martha who never did like you, and neither did my mother or father. But, then again, Martha and Nancy were the same. That is how the energy aligned. I was not that. No, you never were.

Now, this husband of yours does not know when to quit.  You said you took so many fine arts classes at RISD college that it taught you to know when to quit when creating something from nothing. I completely understand. He and the others do not know when to back away. Nothing Kamala Harris does and so do the others. He will fry, and fry, and humiliate himself to his death just as you have said.

While you can't stand screaming to make your point, and everyone criticized you for doing it, you kept saying no one listened to me. It was the only way to hook people into the conversation. I agree because even I could not take the screaming. Yet so many people could hear it or know it. We all knew when you were screaming. Several could hear it out loud, and tried to cover it up. I actually never do scream out loud but I think Lindsey Grant did once.  She did. 9:00AM

We always put place markers of time in so everyone knows we are real in real time because we do not make up this narrative, we just report what is going on because we need to sue in legal court for the atrocities committed against Pamela Chapman.

Pamela Chapman
pamelachapman.com/blog
401-862-9551

Meaghan Perry, the girlfriend of William Parsons said something clever early this morning about pouring boiling water down the pajama shorts of all these women for always attacking Pamela Chapman. It is down to make the girls stop masturbating at boarding school. It's because women should never be against women especially like that.

Pamela Chapman said it is because in countries like Afghanistan and other place where many men had multiple wives, if women do not stick together, they are raped repeatedly, and nightly in their own houses. Women need to be for other women especially in sexual politics. This is so not the case with this Thievery Ring that did not exist until Tara Plochocki and Harry Gural put it together in May and June, 2021. Tara Plochocki assembled the people. Alberto Villodo took over in August as the side by side companion of Nola Ganem. Tara Plochocki stepped out in mid-September 2021 when Monique Burgess had a digital copy of Pamela Chapman's book that they edited themselves. It named Monique Burgess as the author. The Thievery Ring edited every line and paragraph to destroy her narrative voice and ensure it would never be suitable for publication.

There are so many stories about who did what to whom. In the end, they all did it to Pamela Chapman. She is still standing although some days she claims, *"Not by much."*

What is the outcome for all those people? What happened to them?

Now, Nola Ganem had been watching and reporting on everything Harry Gural was doing and saying. He planted some bugs to see what would happen.

He claims, *"She is courteous to him, but not to you."* They all are. *"In the future, we get a hotel suite. If all these people are standing there waiting for a grand reporting project, we will make it worth their efforts. They also wanted an engagement ring and a wedding to prove my commitment to you. That would never have worked. They would have destroyed it, or you, or both. Now they must all walk away. We no longer need the hotel suite unless you really want one. How about Venice? The Grand Canal?"*

Now about the other ones.

Dominique Alfandre is the one hold out. She will not budge. She said, *"If Pamela Chapman can do this for 7.5 hours straight for several days, so can she."* She will not be bested by you. Her daughter in Australia claimed earlier. *"The entire world now knows that Dominique Alfandre and Bethany DiNapoli are co-chairs of a capital campaign that can't raise any money. Pamela Chapman was the lynch pin who knew all the answers. Yet,*



*they were too smug to listen to her, and she got the best of them because now they are all charged with fraud, sexual assault, manslaughter, collusion and a list of other charges."*

The daughter also knows, *"Nora Diedrich's job is now the laughing stock of the art world all the way from Australia, and if Carrie Crosson Gilpin thinks she is Andrew Parsons' handler, they all think that Kamala Harris handled her brilliantly by taking her off the grid and parking her with Andrew Parsons. They appear to be two peas in the same pod and very happy together."*

Bethany DiNapoli will never see another board position in Newport, RI and neither will her cousin-in-law, Monique Burgess. Both women have overstepped in so many ways. They keep saying they have so much control, and so much power. All the power they were given they abused. No one thinks Pamela Chapman abused any power but none was given to her anyway.

If she is ever so careful to always never say anything off the grid of what Melchizedek Café tells her, then last night, they tried to trick her. She came up with the right answer. We all knew Andrew Parsons was trying to track you and have Becca Bertrand and Roger Kass ask you questions involving Pat Fernandez and her husband. The questions did not stack up, but your answers did. When you said, *"I want to explore a little more,"* we did not know what to make of it. With several more statements, declaratively made, you were able to say, *"This in not who you say you are—partly because they had the wrong facts in the case, and did not know the three people."* Pamela Chapman did and so did David O. All from Kamala's Table.

Becca Bertrand claims she said nothing. She wanted to see where it all would go. She realized by saying nothing, she left herself open to comments she did not want reported. If she is only trying to raise $300,000 for Harbor Court, that is her whole job as an Executive Director of a new foundation to rehabilitate the building of the New York Yacht Club. It is really only one major gift or two. If she cannot actually raise it from the membership, she can always go straight to van Beuren Charitable Trust, and raise it in 1-3 gifts. A done deal.

She may have been parked there by the van Beuren family to get her out of their hair. If that is true, it was a gracious exit strategy out of Newport Film. Know that Kamala's Table and Kundalini Crossing made you an errand girl in the Happy van Beuren escapade of stolen books. No blood in the family gets their hands dirty in these matters. Only those on the outside, including husbands. You were Bonnie to Roger Kass' Clyde.

Monique Burgess' husband, Tom Burgess wanted her out of there. She thought she was, but like a moth to a flame, she gets herself pulled in like Harry Gural does so easily.

Harry Gural says not anymore. I am defiantly out and no more will you bother me like you have. *"You are never my people, not then, and not in the future. You have your own family, and your own culture of thievery."*

*"Ok, then I will accept that we had a lot of fun."*

Pamela Chapman
pbpschapman@verizon.net
401-662-9596

*"No comment."*

Nola Ganem will never touch nor approach you or your f' daughter. She was bothering your daughter for over a month trying to get friendly because she wanted to marry the father. She did marry him.  Eventually, they too were divorced. Emily Parsons never played with Nola Ganem except one day when she thought she was someone else.

She told her, *"My mother has so many problems, and then stopped."*

Nola Ganem said, *"That is because she was married to Andrew Parsons, and he is such a terrific man. She is in squalor."*

At that point, Emily Parsons called her brother. They torched Nola Ganem. No one said a word. That was about 1 month ago. After that, they swore things would get ugly. They did. No wonder you took to screaming because our father did such horrific things to make you swear you were a liar and a thief. He is all of these things and more.

Nola Ganem,  if you are a kleptomaniac, have issues with an alcohol, have so many issues with older men—father figures, we never ever want to see you anywhere we are. If, we see or hear of you anywhere near any of us ever again, then we will take you out back and pulverize you. You do not do this to anyone's children no matter how old they are.

Alberto Villodo knew all of this and did not care. That makes him worse than the worst.


Grenville Craig stepped down three days ago and swears he got pulled out in time. Andrew Parsons uses so many stories from Grenville Craig.  Pamela Chapman says they are all in his imagination. We leave it there.

**9:35AM**
David O. claims we keep talking because no matter what, it is never really over until we are all dead. Even when one or two are dead, it makes no difference because everyone else got involved where they did not belong. It' always people closest to you that must take the reins. **9:36AM**


**6:52PM**

If Pamela Chapman is typing and she is, then we will all remember that she typed this in real time and not from handwritten notes, which she has extensively produced since July 2, 2021, and a few days before that since April 4, 2021.

Pamela Chapman
pamelachapman@comcast
(617) 283-5110

1422

The Redwood Library Book Committee according to Jerry Slocum (dead 2017) was founded in the 1950's by his father, JJ Slocum II. He was a literary "reader" who became a literary agent. He founded a group of individuals who could read manuscripts and tell him if they thought they were a decent read. It is very difficult to discern if a book could be and will be a best seller. There have been approximately 30 books written by members for the Redwood Library. They would all be members of one class or another (Redwood membership classes). Trudy Coxe had no idea, neither did many former Executive Director's. The membership of the group consisted of former and current trustees and other people by invitation only. It was a secret club-like group that met only when it wanted to meet, and never reported back to the board. Its sponsor has been Carolyn DuPont, Development Director who received additional donations or confirmation of validity from Happy van Beuren.

With Carolyn DuPont retired, who is its current "sponsor"? That would have to be Taylor "Toby" Fields or Michael Holt Massey III. Benedict Leca is merely Executive Director, but he is informed. Carolyn DuPont's daughter, Alice Ross, wanted to be the editor.  Sandra Orsloff, Holt Massey's wife. The three daughters, all into their twenties, were in the Thievery Ring Workgroup, as silent members.  They did strip and masturbate presumably with Harry Gural under the direction of Monique Burgess. They were sponsored to join through Daisy Briggs and Dolly Briggs as were Allegra and Antonia Chapman, sisters form Lawrenceville Academy and Brown University. The father, Duncan Chapman of NYC and Newport was presumed to be connected to this Thievery Ring also.

Eileen Warburton (d. 2020) has two fiction novels that were published by the Redwood Library under very low print copies and circulation. The Newport Historical Society also has copies. Diana Overly, Lisette Prince and Pamela Chapman request copies to read them. Maybe Ruth Taylor would reconsider publishing them and at a minimum selling them in The Newport Historical Society shop. Lisette Prince can do better than that.

Grenville Craig and Andrew Parsons played a nasty game with each other since August 15th or so. Each would give the other a story about Pamela Chapman. Then they would decide the truth, and slander her with it, regardless of its merit and actual truth.

How does this fit in with Jerry Slocum two nights ago selling Harry Gural and Pamela Chapman up the river to marry Harry Gural off to Christina Bush, esq. (just like he tried to do with Becca Bertrand). Jerry Slocum III requests that you actually not use the III because his father never used Jr. or the II. He was just John Jerome Slocum – He never went by JJ. He was a Harvard man also, and a member of the. Order of the Cincinnati, DuPont Circle, Washington, DC. Now if you understand the Order of the Cincinnati as Pamela Chapman claims she does (she has been there, Harry Gural has also), you will now understand that Pamela Chapman has more understanding of these organizations than the average person who does not belong to them.  If she writes a book as if she is

1422

Pamela Chapman
pmchapman
newport.co

an insider, she is not really trying, she is just writing from her own place of understanding. That is correct. Christine Bush, esq. cannot write from that place, nor can she understand that place to represent it in Newport, RI. She is an attorney who wants to bed and wed Harry Gural just like Tara Plochocki did and wants to be a member of a Thievery Ring just like Tara Plochocki and her mother, Linda Plochocki.

A dialog was produced by Andrew Parsons's psyche with the help of Carrie Crosson Gilpin who played the part of Christina Bush, esq. No one will actually tell you just how insincere and rude it was— rude and downright awful. You just try to ignore them. You can, but you can no longer do that. You must sue them each for slander, harassment, and a number of other considerations.

Alberto Villodo said, *"They would take care of that by zeroing out her financial accounts so that she must move and sell her house. She will be flat broke. This is just what everyone wants for her."*

This will never do. If they can do this to her, they will eventually do this to you.

Who are you? We are a group of guides on the other side. Your relationship with Harry Gural is so tenuous because you have no privacy nor private communications nor intimacy. He can have that with everyone else in this space.


Why can't Pamela Chapman hear properly?

*"Bethany DiNapoli can't control her temper, and this is how she deals with reality."*

*"No, it is all of the Thievery Ring together because no one wants to take accountability for anything moving forward since everyone will be sued in a federal court of law. So, they do it as a group. Ok then, the entire group is in collusion with each other, and all will be sued equally."* She knows who they all are down their sons and daughters.

[**Note:** On the afternoon September 29, 2022, after Pamela Chapman had inquired of the guides on the other side to find old soul, Abraham Lincoln, the USA president who ended the Civil War. He had been shot and killed by John W. Booth at the Ford Theater, Washington D.C. He too had his 3rd eye blown out. Pamela asked of Melchizedek Café and the guides if it could be retrieved? He was. He was sent talking to Ronald Reagan and Jack Kennedy, past USA presidents after several of us asked a few questions including Hilary Rodham Clinton. She asked if he would have ever used a woman as a Secretary of State.  We all asked a few questions. He has been dead since 1865.

In an interesting conversation later while sitting at Starbucks, Pamela looked up online those world leaders throughout history that had committed genocide, and how they died. From past research of her own, she claimed to know something about a castle in Beuren forest, Germany where H. Himmler, Hitler's second in command, and leader of the SS –the group that secretly protects Hilter,

was setting up a command center, pagan occult school, and training ground for the execution of his strategies during WWII.

Prior to WWII he put 17 men, who were in Special Unit H—H for Hexan or witch, to work researching witch trials and punishments of individuals such that he created a database of over 33,000 individuals associated with witchcraft throughout the known borders of Germany. He then claimed that the witches where all Jewish people and were responsible for killing German women and children. One of the core missions of the Nazi movement and occultism was to create a superior race and the Jews who were now documented to have killed all the German woman d children were seen as those who needed to b abolishes. This was a bona fide witch hunt that started WWII.

The other story with the castle as that once Himmler and his men found the "holy grail" thought to be a chalice, it would be placed in the basement in the center of a symbol and the men or initiates of the SS where to gather and experience pagan rituals. This is the basis of the Harrison Ford movies, the *Search for the Holy Grail* and *Raiders of the Lost Ark*.

If we take what we once knew about the castle and Himmler and add what we have learned today, we would take a very short leap to say that the witch hunt of data validated for Himmler and his SS men that the Jews must be executed because they were causing the execution of the German women and children, but the Jewish people as a culture are not witches. Their Hebrew culture is actually a fundamental part of this fifth root race, and not inferior at all. It was a witch hunt through and through, and Himmler used historical data to validate his ideology. If women and children were burned and killed in Germany throughout the last several hundred years, they themselves were the witches. Himmler blamed the Jews for that which the Germans were themselves. The Jewish people were the victims. The Germans were the witchs. The Nazis used witchcraft as a reason to kill and destroy the Jewish people.

There are many articles and many others that need to be read to pull this together. This is just one of them.

https://historyatkingston.wordpress.com/2019/09/10/nazis-and-witches-new-article-explores-himmlers-witch-hunt/

From this article the following quotes:

"In Himmler's distorted racial version of history, the Jews had played a role throughout the centuries in torturing and killing tens of thousands of German mothers and daughters through witchcraft trials. And he was determined to demonstrate this 'scientifically'."

Alfred Rosenberg had put much energy into promoting what might be termed the 'racialization' of the witch craze in German history. Showing complete contempt for the established scholarly view of witches and the past in Germany, Rosenberg instead falsified history and alleged that the Jews, via 'witch-hunting', had carried out a form of genocide against German womanhood.

Influenced by this thesis, Himmler had thus set up the Special Assignment H unit as a supposedly scientific unit to analyze 'the political, social and economic causes and consequences of the witch trials'.

As Harrington rightly points out (book source below), compared to most other SS endeavors, the Special Assignment H unit and its witch project appeared naïve, even comical. However, what it also demonstrated to chilling and frightening effect was how Nazi ideology, intent on 'proving' German racial superiority against the supposed machinations of Jews in the past, ruthlessly exploited 'scholarly' and scientific methods."

'Himmler's Witch Hunt', by Joel F. Harrington, can be read in the new issue of *History Today*, Vol.60, no.9 (September, 2019).

Then read,

https://www.researchgate.net/publication/229795572_Hitler_and_the_Occult_The_Magical_Thinking_of_Adolf_Hitler

The Occult and the Third Reich: The Mystical Origins of Nazism and the Search for the Holy Grail, Jean-Michale Angebert:

> The central theme being Gnosis, its evolution necessarily brings us to Catharism, a neo-Gnosis sect of the Middle Ages, and hence, Templarism. Subsequently, Gnosis goes underground, degenerating with the Rosicrusicans and the Illuminati of Bavaris and finally culminates in the mysterious Thule Society.

> Hilter was an intitiate in the Thule Society. His work maintained he was the new imperial Messiah and the Master of the Third Reich adept in that black magic to which he had been initiated. Southern Germany is a hot bed of mediums and occultists.

> Hilter was introduced to consciousness-expanding drugs, and to astrological and alchemical symbolism.

> "Daring to break taboos against acts which would disgust other people, one might gain powers of which ordinary men did not dream."

Kayla Abbate claims, *"Andrew Parsons has no understanding of his wife and as a result has caused such a community-wide disturbance that he can't stand down without a knock-down fight, and Grenville Craig is right in the middle of that. He seems to think he is entitled to any piece of information about her that exists. He demands it, and he seems to get it. She, on the other hand is in a reverse situation. No one helps her, and no one gives her proper information. Now she has so many notes it' overwhelming to consider the answers are all in here, if one studies them to death. Imagine the attorney fees to read it."*

*"That is not how it works."*

*"How does it work then?"*

*"They will scrutinize every attorney so that she can't get one."*

*"That is how it works. And with Mercury retrograde, you will screw yourself."*

Pamela Chapman
pamelachapman.com net
Dobox2013 tw

Kayla Abbate seems to thinks she herself has been with Andrew Parsons from the beginning of this in August of 2019 but really only since about August of 2020, Since then, she has seen so much of his sorcery she cannot stand him any longer. That is not true. She will just be sued.

Then, Kayla Abbate who is about 30 years old claims: *"I don't like older men or men like my father who are this way, but I am too young to understand them. I want to remove myself from this case because it will get very ugly very soon."* This sounds like her mother who does not want to be sued.

Why is that?

He and Carrie Crosson Gilpin have produced the slanderous psyche conversation. It deals with Harry Gural and Pamela Chapman and why and how they have kundalini.  Alberto Villodo has not yet heard it.

No one will ever want to talk to any of them ever again because it says, *"Pamela Chapman is one big fat f' liar, and Harry Gural is a womanizer, and the two of them are the biggest Shit Shows because she flirts with him sexually, but it  means nothing to them."* It's just word play meant to be light hearted and playful, not actually sexual.

*"Are you ready to actually hear it Pamela Chapman?"*

They did it as a dramatic reading or re-enactment, but not as psyches. They have not played them yet. Carrie Crosson Gilpin will play them and it will be their undoing. It is all based-on Carrie Crosson Gilpin.

Jerry Slocum claims it is a raunchy sexual piece that lasts about 10 minutes. It is slanderous and inaccurate. *"You will want to vomit when it is done,"* says Kayla Abbate.

Why does the Thievery Ring tolerate this and that?

Because he and we all promised each other loyalty in this space, and this is how he and Carrie Crosson Gilpin pass their time together.

*"Are they still together? I thought they got unhitched the other day."*

*"They did, but two nights ago they got back together again in an effort to bond over destroying you."* That is their common link.

Harry Gural will now listen for the first two minutes. Then, he will step out. He will vomit. It is too raunchy. What is the raunchiest piece?

*"He and you have sex outdoors at every chance you get, at the beach, on back stairwells, and other public places especially at the University of Kentucky."*

Pamela Chapman
pamelachapman@comcast.net
Into and 2 of 50

<u>Pamela Chapman</u> has one comment. <u>Andrew Parsons</u> had 5 claims to have had 5 sexual relationships since his divorce from <u>Pamela Chapman</u>. He has been in a 7-year relationship with <u>Cathy Wicks</u>. Is he actually mirroring his relationship with <u>Cathy Wicks</u> instead of being raunchy about <u>Pamela Chapman</u>?

Who and what is he really depicting, himself? That would help him understand how people really feel and perceive him instead of her.

Oh. My. f' God. <u>Saul</u> claims he would have sex on the beach or anywhere he could so maybe this is a statement about himself. <u>Jerry Slocum</u> says, *"I agree, and we stop right away,"* because she and he can do this all day. *"They know each other that well."*

<u>Christine Bush, esq.</u> has no idea what she stepped into, and must leave the scene.  She has no business here in Newport, now or in the future.  If <u>Pamela Chapman</u> was going to interview her to represent her, she claims, *"She might immediately determine she is not the right kind of attorney for me."*

So, you and <u>Harvey Weinstein</u> /<u>Andrew Parsons</u> /<u>Grenville Craig</u> are still on for cocktails tomorrow evening at 8:15PM because cocktail iced tea has been dissolved never to return because <u>Pamela Chapman</u> created it, and no one ever invited her.  <u>Andrew Parsons</u> created cocktails because he claimed you don't drink, so no one ever has to invite you ever again to anything in Newport, RI. Many people do not drink so that is never a problem anywhere any longer, and <u>Harry Gural</u> does not drink alcohol either, so she and he are the same that way. <u>Donald Jagoe</u> drinks but he should not drink alcohol, and he has been told this several times. Our soul group does not drink. Period.

<u>Harry Gural</u>:  Every time <u>Andrew Parsons</u> and <u>Carrie Crosson Gilpin</u> try to best <u>Pamela Chapman,</u> they lose. Why do they insist the next time will be the big win? They obviously are gamblers with a gamblers' mentality. No, they think besting someone is the ultimate endorphin trip. Yes, they do. <u>Harry Gural</u> has been in this situation. He regrets it tremendously. He will never do that to <u>Pamela Chapman</u> ever again because now he realizes he directly caused so much physical torture onto <u>Pamela Chapman</u> that was completely avoidable and so has <u>Carrie Crosson Gilpin</u>, <u>Andrew Parsons</u>, <u>Grenville Craig</u>, and <u>Alberto Villodo</u>.

<u>Harry Gural</u> says, *"<u>Pamela Chapman</u> you and I will work our asses off to pull ourselves together like never before. We have each done this before. We will do it again except <u>Pamela Chapman</u> needs her f' privacy."*

<u>Alberto Villodo</u> claims he can see what you are wearing because <u>Al Rudock</u> is now wearing his coat backwards to show everyone what you are doing. What are you talking about? <u>Al Rudock</u> is <u>Gareth Rudock</u>, 29/30 and <u>Gareth Rudock</u>, is <u>Al Rudock</u>, and they swap places all the time. Both are doctors. Do they have time for that? Then <u>Alberto Villodo</u> claims he and <u>Justin Ramel</u> will square up and never look at you ever again.

<u>Leora</u> claims, *"<u>Alberto Villodo</u> can never stop looking at someone once he starts."* This seems to be the problem of <u>Nola Ganem</u>, <u>Maura Lindsey</u>, <u>Carrie Crosson Gilpin</u>, <u>Andrew Parsons</u>, and <u>Grenville</u>

Pamela Chapman
pixxchapman@cox.net
401.60.2.0516

<u>Craig</u>. **<u>Pamela Chapman</u>** can't get any peace. They become addicted, and cannot step back. They must be pulled out instead.

There is nothing but non-stop harassment in this space.

This afternoon from 3:30 –about 5 PM they would not allow **<u>Pamela Chapman</u>** and **<u>Harry Gural's</u>** to have a private conversation. All previous banded conversations were torn open. The <u>Thievery Ring</u> kept attacking them nonstop.

<u>Andrew Parsons</u> was a primary harasser, so was **<u>Grenville Craig</u>**, <u>Nina Totenberg</u> (dead—-Actually <u>Molly de Ramel</u>) is never going to tell you that **<u>Harry Gural</u>** is just a pawn in **<u>Grenville Craig's</u>** game to play you and <u>Andrew Parsons</u> and all your financial numbers all over again. He now has all our children's numbers and the numbers of everyone in that group so he is happy as a clam. No one had <u>Harry Gural's</u> numbers because he did not work with them and does not know them. He had an accountant who deals with all of it just for this reason.

<u>Nina Totenberg</u> also claims that if <u>Grenville Craig</u> were on the **<u>Book Committee</u>** of the <u>Redwood Library</u> he would have known that **<u>Samuel</u>** would have thrown him off because he has no editing skills, but claims he taught high school English at one time. He says this to see if he can get on that committee, approximately 15 members.

<u>Michael Holt Massey</u> is on that Committee, <u>Tobie Fields</u>, <u>Alice Ross</u>, and <u>Jim Ross</u>. What is the entrance requirement?

You must swear loyalty and devotion to the <u>Redwood Library</u> and you must then never speak of the book again. **<u>Turner Scott</u>**, esq. claims, *"They really were not playing a game then, and if you want to sell it, you contact them directly, and we still do business together."* Correct.

Because they did ask the right questions and no one who is that insincere does that much homework for an unpublished book. They ultimately want to take the book themselves for limited distribution. **7:54PM**


**8:54 PM**
<u>Andrew Parsons:</u> In the 10 years that I tried to prove **<u>Pamela Chapman</u>** had an affair, I felt so enlivened. When I realize it was false, I realized I just had to move on to another topic. I picked having an abortion because it is so incendiary.

*"What is the next topic?"*

*"She is a terrible mother based on the fact she and I had different parenting skills and abilities."*

*"Do you think you are acting as a decent and moral role model at the moment?"*

Pamela Chapman
pam.chapman.com.net
3 of and 2:54 pm

Others:  Of course, he is demonstrating that he needs to fight for that which he believes in at all cost no matter what. He knows his children love him to death, and will never tolerate having their mother around them 24/7 ever again.

*"They are adults, and don't need a 24/7 relationship with their parent."*

*"Do you, Andrew Parsons need them at way?"*

*"No."*

*"Are they your parent Andrew Parsons?"*

*"No, I am theirs and I am no longer a child and neither are you, Grenville Craig."*

*"But, Andrew Parsons, you are Grenville Craig."*

*"If you never spoke in this space again, what would happen to you?"*

I would scream and shout until I spit it all out and write my novel, *Barefoot in Disgrace* because that is what they all called your book. That was what Bethany DiNapoli and Monique Burgess called your book one night. I disagreed. I called it *Barefoot in Heels* because you and I never went out because you and I were never a decently clad couple, and you and Jessica Hagen were having an affair of the heart with each other.

*"She is not my type."*

David O'Leary wants to ask Andrew Parsons,  *"Were you and Pamela Chapman ever really in sync socially speaking because I think she never had the right kind of fellow to go out socially with? What do you think Carrie Crosson Gilpin?"*

*"I think David O'Leary is pandering to the crowd because he took Pamela Chapman out everywhere,"* Andrew Parsons says.

*"Where did we go?"*

*"To every decent restaurant in Hartford. She became an expert on French onion soup, although she can't eat it anymore."*

*"Is dining out like that, the only place to go out socially speaking?"*

*"I don't go out like that, and I never will again because Carrie Crosson Gilpin lives in Hartsdale, NY and Quonnie Pond, Charlestown, RI.  But there is always Cathy Wicks."*

*"She and you went out all the time for 7 years straight."*

*"She is not my type any longer."*

*"What is your type <u>Andrew Parsons</u>?"*

*"I can no longer say because <u>Pamela Chapman</u> and <u>Harry Gural</u> will never see the light of day."*

*"Why is that?"*

*"Because <u>Saul</u> won't let them."*

*"That is not a fact. The <u>Guiding realm</u> will see to it that they are together every night and every day moving forward. That is a fact."*

*"What will you do with that <u>Andrew Parsons</u>?"*

*"I will eat my shorts."*

*"With whipped cream or without? …"*

**9:03PM**

**9:57PM**
Related to <u>Erin Hennessey</u> and a mislabeled guide who lost their googles.
There are two guide lineages most associated with the drug trade. It does not matter if they are users or dealers. <u>Erin Hennessey</u> is looking at both of them. It is very apparent the markings on their outer aura that tell other guides right away who they are. <u>Melchizedek</u> created this marking many years ago, and they are still used today. These two guide lineages have the highest number of drug enthusiasts than any other. Alcohol abuse can substitute for the drugs. <u>Nola Ganem</u> suffered from alcohol poisoning. That is not correct. She has two markings, and they are different from the drug markings. One is for substance abuse and the other is for something we call kleptomania but different from what you know it to be. We call it divorce court from society. We liken it to calling it a personality disorder.

<u>Erin Hennessey</u> and other guides: If drug dealers and users all have markings that are the same, and that is different from substance abuse. Sometimes yes and sometimes no. We will never comment on which animals, but they are not old they are fairly new and not good animals.

There are no markings for orphans but adoption always has a marking that says I have a new family in this world in this lifetime…

The café –au lait marking – that is substance abuse. Not really.

The large x on the chest – that is something altogether different.  We will never talk about it. Something akin to a question mark or a hook. It has nothing to do with these markings.

There are five markings all together to date in use. There is not yet one for being a thief in a thievery ring.  It basically says they are never going to ascend, and will never get a reciprocity guide as a birth guide, nor will they likely ever understand why some situations are not in their favor.

1. Substance abuse. Once you have it, it never goes away because you then must deal with it every day. It never includes food.

2. Adoption – All about protection, sense of security, tribe. You are without your birth tribe.

3. Reverse psychology – We treat you like one type of person, yet you are another, but we treat you that way anyway. Most people never know that are improperly labeled.

4. Drug Use including alcohol. Different marking than substance abuse. It's a lower vibration than substance abuse.

5. Incest, rape, and sex against nature. The worst one yet because no guide ever ants to touch you ever again. You have it marked from lifetime to lifetime and it never goes away. It's a Metatron marking for sure.

6. Pat Fernandez had a "puddle" on her 1st layer of her aura. They can signify any number of issues. It would not be in this lifetime since you are a Twin Soul. It could mean that you and Michael have something similar that way.

7. There is something for gambling.

8. There is something for murder. The weapon does not matter.

Who gives the person the marking? It can come in either life or death. Usually Melchizedek. It sets your lineage moving forward and many guides will refuse guiding you with certain markings.


**9:32AM August 2022.**

Hope van Beuren is 88 years old today.
Jean Gorham is 87 years old today.
Grenville Vernon Craig is 81 years old today.
Jana Hicks Jagoe is 75 years old and may not see 79.

From John Stuart Mills, a favorite of Pamela Chapman, we learned a new word, **amanuensis**. One who is a scribe or a copies of another's manuscript, usually as a job.

Pamela Chapman
pmelachapman.com
[illegible]

Carrie Crosson Gilpin is a major amanuensis, having retyped Pamela Chapman's book at least twice to turn it into a script and an e-book. *A scrivener*.

I, Timothy Hollister, esq. heard form a federal court judge today at about the same time, but just the conversation before, I can ask the court to seal an estate if I am in the middle of a court case filing and a defendant dies. I can also ask that the federal court prohibit Grenville Craig's company and daughter, Carolyn Craig, who moves money for the family accounts from moving any money anywhere in the world while in the midst of this federal court case. 9:41AM

If any defendant dies in the middle of a court case, they do actually get charged with the crimes they committed. The difference is there is no sentencing hearing. Any settlement with the plaintiff would have to go through the Federal Circuit itself standing in for probate. That is never the problem. It rarely happens. The settlement amounts do not change. The judge hears the reason for the amounts and decides if the logic behind the amounts is there, and if so, allows it. There is no greed at all in this case, the amounts are high because the people themselves have vast fortunes, and settlements must be made as a percentage of their wealth in order to attempt to prevent themselves and their families from committing these and other crimes in the future. It is presumed to justice for what was done to the plaintiff. It prevents future action for re-happening all over again. For that, you put someone in the federal prison system. That stops them, but not really. They form prison syndicates.

I, Timothy Hollister do hereby claim if I take this case and it goes this way, I resign my position at Hinckley Allen to prevent them from over charging my client and financially benefitting from her in a way that represents greed on their part, especially since she contacted Christine Bush, esq. as potential legal counsel and Christine Bush tuned her down and said the entire firm turns you down. Now, they'd not get to financially benefit from my work. Both Timothy Hollister and Pamela Chapman are comfortable with that approach. She is indifferent to the people he may or may not to add as a team for the case. 9:48AM

I, Timothy Hollister have no regard for the money on this case, and neither does my client. She would use it to seed a what she calls a 7-generation endowment and seek the guidance of organizations like the Pew Charitable Trust to guide her thinking to educate her family in the years to come. They would establish a working manual and other instruments to be sure the money always is both a resource to them and a large investment endowment for generations to come. She personally just want 2 or 3 homes for herself, a new car, a new computer, and to travel. Maybe she buys her children each a house, but they will buy their own with their own accounts. She will just fund it.

Her son worked in global equities quantitative analysis at Putnam Investments, Boston MA, and her daughter is teaching special education in RI. Her daughter is a fiction author in her own right. All of this started with a stolen book. Hope van Beuren, Roger Kass-son-in-law to Hope van Beuren, Esmond Harmsworth IV, Michael Holt Massey III and Andrew Parsons were all at the start of it, so was the Redwood Library Book Committee, Carolyn DuPont, the Newport Hospital Foundation, and Kamala's Table. They all wanted to please Happy van Beuren. Everything was a favor to Happy van Beuren for her financial support, both for Kamala Harris, the Redwood Library, and the

Newport Hospital. <u>Esmond Harmsworth IV</u> also is part of the British peerage system.  He was the literary agent all the work was originally stolen from. He is the one who traded it for social favors at Bailey's Beach –Sprouting Rock Beach Association, the Commonwealth Club, and other places. He doesn't do the Colony Club in NYC. 9:55AM

If <u>Timothy Hollister</u> and <u>Pamela Chapman</u> work together, it is strictly a professional association. Any friendship between the two is of mutual respect and possibly longstanding from 1982-1983. Any association for the two of them has absolutely nothing to do with sex or an affair. *"Oh, my good god, no,"* she says. But this is how some of these people in the <u>Thievery Ring</u> think. That is how her ex-husband thinks, but not how she views relationships. She said earlier this morning, *"Sex is akin to a transaction – the lowest for of relationship dynamic possible. And, just like values are a higher vibration of money, communication is a higher form of relationship. No sex of any kind is involved. Donor relations in best practices of fundraising, customer service management and intimate relationships all run the same way."* <u>Pamela Chapman</u> seeks a higher vibration of relationship. Not everything is sex or transaction, but in the word of legal justice, we must transact money as part of the justice system. That is all. 9:5AM

I, <u>Timothy Hollister</u> and <u>Pamela Chapman</u>, we don't know where we are headed with all of this, but we know where we have been. If the past predicts the future, then we will say, we can do anything with mutual respect. We are both graduates of Wesleyan University, '78 and '82.  By culture at the university, we understand that when we are called to take a leadership position in anything in our lives, we have been prepared with our own intellect, to serve a greater good for the greatest number by doing what we do at the highest level, which is always our best. We know who we are, and if we fail, we have done our most honorable best.

<u>Tim Hollister</u> says, "I accept what she ended with in that sentence. She still is in a lot of pain from her hemorrhoids and if these <u>Thievery Ring</u> people do not stop their brand of sorcery which has inflicted absolute torture in the form of raw pain which she classified as a 14 out of 1 -10 ranking. In medicine a 10 out of ten is very painful. She calls these a 14. It is augmented by sorcery. The pain from sorcery, like sexual assault is slightly different from natural body responses. You have the same manifestation of symptoms, but you know it was not organically initiated. Once pain is triggered, which involves cascades of biochemistry (see the textbook), sorcery can't always turn the biochemist off.  It has to walk its own path, which is why in shamanism, they say, if you can catch certain diseases before it progresses, you can heal them. You can't turn back the dial easily. Sorcery can inflict in a second, but can't always be removed without more pain, over a period of time, or several other curse working on tandem together."

Undoing sorcery seems to be challenge. Often if appears almost like one-way vectors. You keep layering on more and more until you reach a desired outcome. It never moves in the reverse direction for most people. <u>Kamala Harris</u> does a decent job of undoing other people's sorcery. Some say, you must undo your own work. Otherwise you will keep re-initiating it. It is the opinion of <u>Pamela Chapman</u> that sometimes you can't undo your own work because it has the same challenge as the Law of Attraction. You can say the words.  You can pled the words, but your energy tells a different tale. To undo the work, you need a completely neutral 3rd party who has the energy of healing and the interest to undo something. If you were to study the Law of Attraction, you will note

Pamela C. Chapman
pamelachapman@comcast
401.447.0670

so many people never understand that their word belies their underlying intentions. The Law of Attraction comes from intention and so does sorcery. **10:41AM 10:21AM 10:16AM**

## January 14, 2021

2:03PM The <u>Thievery Ring</u> Workgroup <u>Pamela Chapman</u> renamed late this morning as the Scribes of the Pharisees Ring with <u>Tara Plochocki</u> and <u>Carrie Crosson Gilpin</u> as the real leaders. They were over-powered by the project management skills of <u>Harry Gural</u> and the charisma and sorcery skills of <u>Alberto Villodo</u>.

<u>Alberto Villodo</u> then gave power to <u>Nola Ganem</u> who became a demon. <u>Tara Plochocki</u> then empowered both <u>Becca Bertrand</u> and <u>Monique Burgess</u> to compete against each other to become the new handler of <u>Harry Gural</u>. <u>Harry Gural</u> acted oblivious to this royal competition. But, it was this competition that generated the masturbation scheme. <u>Monique Burgess</u> went head on in completion with <u>Carrie Crosson Gilpin</u>. It was a royal cat fight for <u>Harry Gural</u>'s hand in a Witch's Sabbath marriage. They all wanted to control him- to have ultimate power over him. Alberto Villodo himself would say that since he controlled the sexual libidos of these women through masturbation technique and through manipulating noise in psyches than he controlled then both <u>Harry Gural</u> and <u>Pamela Chapman</u>, the two representatives sent by Melchizedek. And <u>Saul</u> controlled <u>Alberto Villodo</u>. So <u>Saul</u> himself in the war was winning with the ultimate control over <u>Harry Gural</u> and Pamela Chapman.

Last night, <u>Saul</u> made <u>Carrie Crosson Gilpin</u> and <u>Christine Bush</u> victims for the next 60 days or longer to test drive if they actually can withstand the scrutiny they themselves levied. Instead, they turned it all onto <u>Harry Gural</u>. He was accosted by <u>Andrew Parsons</u>, <u>Jessica Hagen</u>, <u>Christine Bush</u>, and <u>Wendy Schmidt</u> who all played multiple parts and accosted him with every type of conversation until he finally proclaimed that <u>Pamela Chapman</u> was his true partner, and that he was going home for good.

This morning he used <u>Jessica Hagen</u> to ask certain questions about <u>Pamela Chapman</u>. <u>Harry Gural</u> says he can absolutely be in an intimate relationship with <u>Pamela Chapman.</u>

Someone always shows up to interfere. This morning or last night, it was <u>Christine Bush</u> who has no business here. <u>Wendy Schmidt</u> played his mother and caused too much trouble. He did not understand he was talking to the wrong people – or miss-identified ones until about 3 hours into the dialog. He was at one time fighting against himself as <u>Andrew Parsons</u> was playing a dialog of <u>Harry Gural</u>.

<u>Harry Gural</u> says type this.

Pamela Chapman
pm.chapman@sev.net
401-662-9846

I, Harry Gural, duly promise to never take this realm seriously as it is full of liars and thievery actions and people. I do understand that Pamela Chapman and I are so similar at the soul level that to betray me is to betray her, and to betray her is to betray myself, which is what I did since last May 2021.

I, Harry Gural, duly promise to get in touch with her. We will absolutely know each other there until the day we die. She and I will not have any other life time to be together, and if we cannot be together now, we cannot be together on the other side. That would put an end to our monad group working together for a higher cause and circumstance. Most monad groups do not make it. We have as seers. Our non- seers have not been as lucky, but they have not had the benefits of being a "seer". They also have not had the tests that we have had to endure and we did. We made it through to the other side.

Are Harry Gural and Pamela Chapman now on the other side of this test? It is not a test, but it has been a trial for Pamela Chapman. She feels dead.

You are not dead, and you will experience what it is to be alive again. We, the guiding realm promise because if Saul thought he would kill you, maybe he did, but Andrew Parsons killed himself and so did Carrie Crosson Gilpin in ways they will not understand for lives to come. We can say they will never ascend, and probably end up ultimately in Metatron Kingdom in lives to come.

What about all this manipulation of Pamela Chapman's vaginal area?

It is so obnoxious. We now know that is it three people: Dominique Alfandre, Bethany DiNapoli, and Monique Burgess. If we do not stop them, the entire world could be put asunder by this. Monique Burgess wants everyone to know she will refabricate herself, and so will Bethany DiNapoli but not really, because yesterday she married Alberto Villodo because as he said, *"She is as demonic as I am."*12:22PM

No one will ever have their birthday's mentioned here again because when Pamela Chapman had a birthday Monique Burgess made such a big deal out of not celebrating and then demanded the biggest celebration for herself, and got it. Nola Ganem is the same.

Too many actions got out of hand, and too many people appear to have copycat syndrome. Their actions and inclinations fit the description of kleptomania. At the base and root of kleptomania is jealousy and the manifestation of a power grab. Power grabs come with all kinds of tools and actions that are totally destructive to individuals, families, and societies.

Harry Gural and Pamela Chapman: We wish you all a good day and retreat to our own spaces. No one should or will ever know our personal lives. It is none of their business. When everyone knew everything about Pamela Chapman did it really matter? No, it did not. It was all used to abuse her publically. It created no new understanding of who she is, or was, and if you really think you know her, I can attest from my own knowledge base that you do not. Only in intimacy do you begin to

Pamela Chapman
pamelachapman.com/net
1-630-209-816

know a person. <u>Kundalini Crossing</u> is not real intimacy and neither is masturbation, which we do not and will not practice together. I guarantee that. So does she. **12:31PM**

**2:30PM** It was revealed that <u>Carrie Crosson Gilpin</u> was typing anything <u>Pamela Chapman</u> was typing. She is typing because she claims, *"I am concerned about future litigation against me."*

It was revealed that <u>Dominique Alfandre</u> has been typing all along, and has a full copy of the book as quoted and discussed in the Workgroup. <u>Maura Lindsey</u> has most of it also, and <u>Monique Burgess</u> was the next to take it to a digital formatting specialist, and produce an e-book. <u>Diane McEnroe, esq.</u> used a copy produced by <u>Monique Burgess</u> for a *Google Play* upload via a Gmail account that would be picked up through <u>Noam Zilberstein</u> and <u>Cynthia Parent.</u> 2:35PM.

**2:43PM**

<u>Pamela Chapman</u> is not attracted to overly-stimulated people, especially certain <u>Thievery Ring</u> women who are so stimulated, they cannot stop themselves. In their defense, <u>Kamala Harris'</u> group created pulse rings that pulsed all the time. This created a false, yet ongoing need for constant stimulation – or one could say it was its own stimulation. <u>Harry Gural</u> claimed at one time you get used to it after a while, because when he pulses everyone he ever initiated pulses also. His came through <u>Bobby McDermott</u>. When the master pulses, the women pulse. It is the call to Mecca.

<u>Bobby McDermott</u> claims, *"No, it did not. I am not guilty."*

He was initiated by <u>Richard Neale</u>.

*"No, he was not."*

*"I was initiated by <u>Rusty Powell III</u>."*

*"No, you were not."*

These two men, <u>Richard Neal</u>, D-MA, and <u>Rusty Powell III</u>." do not initiate anyone. Others do the work for them.

*"Yes, they do."*

Who initiated you <u>Bobby McDermott,</u> 27/28?

*"A man on Capitol Hill."*

*"Yes, that is true, but was he an elected official."*

*"Yes, he was at one time."*

Pamela Chapman
pamelachapman.wordpress.com
Document of 10

Was it **Barney Frank?**

*"No, but **Barney Frank** knows who he is."*

Does **Barney Frank** influence that man's committee?

*"Never."*

Does **Barney Frank** masturbate with him?

*"Never."*

Is he gay?

*"No way".*

Is he bi-sexual?

*"No way. He was a man from New Jersey. That is code for something important."*

*"We will have to think about that."*

*"He is actually not from New Jersey, but if you knew all the answers it would make sense."*

Harry Gural asks, *"Did I ever work on a committee with you?"*

*"Yes, you did."*

Was I?

*Yes, he was. Say no more. You and I don't really like each other?*

That is correct. I know exactly who he is.

*Yes, you do.*

"Are you involved with Mark Halpern?"

*"**No.** Only Diane McLane and now Carrie Crosson Gilpin who I will use in my own Thievery Rings. I have two."*

*"Kamala Harris thinks this so obscene because this man does nothing for us at the moment."*

*"So, you are on the side lines?"*

Pattern Literature
[illegible]
[illegible]

"No. Everyone is awaiting the release of the realm to figure out how to operate moving forward. All the rules of engagement are changing, but not really. We just can't use kundalini energy any longer, not at the moment, but maybe in a few months."

[**Note**:  On August 3, 2022, 12:46PM, we think this is Jonathon Karp, CEO of Simon & Schuster.]

"What do people like Tara Plochocki and her mother do?"

"They wait until we give them something else to follow through with."

"Is Wendy Schmidt involved?"

"Not with me, just with you. But she won't worked with Carrie Crosson Gilpin nor Tara Plochocki nor Diane Crosson McEnroe, just with you, Harry Gural."

"I'm fully retired now, so no one works with me in thievery. I only work with one partner, and she is not a thief, ok?"

Carrie Crosson Gilpin:  How did my sister escape?

"She can never escape."

"But I did."

"No, you did not. You are sidelined while you work out your legal issues because you fumbled the ball a few times and now you must clean up your mess."

"Will she get a divorce?"

"There are no divorces in Thievery Rings only blackmail. No one can let a spouse go for what they know, or for how they could blackmail you in the future. No mob wife can ever leave so why should a Ways and Means spouse ever get away with anything?"

Diane Crosson McEnroe understands that one all too well. She will tell you all about her blackmail offer Carrie Crosson Gilpin. 2:54PM [Note: We learned in July 2022, Diane McEnroe's son works for the US Senate. Her daughter works in the District Attorney's office, NYC.]

"I, Harry Gural have no idea why we keep typing this because no one will do anything.  I understand with it."

"That's ok Harry Gural, you have a partner who just types what she perceives. It's not your fault and we just go with the flow."

Patricia Chapman
patriciachapman@cox.net
[tel-nbr-01 to]

*"By the way, Harry Gural, next time you get involved with a woman with heat, make it someone a little more interesting. She does not eat, drink, do drugs nor smoke. All she does is sleep. What a snore and a bore, but never a whore."* **2:56PM**

**10:25PM 2-21-22**: Alberto Villodo gives everyone the same soul retrieval regardless of who you are. He said it is his own personal soul retrieval of his own soul. He tells everyone the same story saying, *"Maybe they will make sense of his for him."* As a nonseer with only sorcery remove viewing, he can't actually see the shamanic journeys he takes on behalf of another. He knows they won't know the difference except I did, when Annette Burke did one for me, and Alberto Villodo was the "seer" behind her journey. I didn't know Alberto Villodo was operating behind her. I heard her whole conversation. She did not know that. I did not hear Alberto Villodo. If I were to take my own shamanic journey, I could see the whole journey.

When Annette Burke was finished, she told me some crazy story that did not align with the words. She also made mention of my finances in the journey itself, which Alberto Villodo claims, *"I look into in shamanic journeys as his own inquiry."* Pamela Chapman stopped the journey at that point. That is not a bona fide shamanic inquiry. It's thievery. All people get the same soul retrieval from his students. He is behind all of his students. If you go to Isa G. from Berkeley, you learn to journey for yourself. Nancy Moss is the same way. I have done this with three separate teachers. I see all my journeys. Alberto Villodo does not see journeys. He sees sorcery remote viewing. That is never a journey. **10:25PM**

Who was trying to assault Pamela Chapman last night?

Nola Ganem every time. She does so many things to get your attention:   like twisting her hand in a royal wave – that turns on our vaginal area. The entire Public Commons now knows that. Alberto Villodo could also turn it off. Alberto Villodo also waves his hand as if waving cigarette smoke. That means something to Pamela Chapman also. **Then there is** something he does with his left foot when he stomps it down. **We don't know what it means.**

5:13PM Feb 22, 2022

Alberto Villodo, March 8th-10th 2021: *"Let her see what I can see but don't return her sight back so that she never sees more than I can see."* And, she lost the sight, and Jerry Slocum took the keyhole away.

6:40PM 5-20-22.

**5:33 PM**

Pamela Chapman
pamelachapman@cox.net
deface2019.tv

<u>Alberto Villodo</u> today has agreed that shamanic journeying and shamanic practice are synonymous with other traditions especially kundalini yoga practices as put forth by <u>Guru Singh</u> and given to us by <u>Gabby Bernstein,</u> with whom <u>Alberto Villodo</u> knows and with whom <u>Pamela Chapman</u> might know through <u>Ally Coulter</u>, Newport and Greenwich, CT. These practices are all misogynistic,  and all prove to a point that you either become the bully, or you are bullied yourself. This is exactly what <u>Ways and Means</u> taught <u>Harry Gural</u> and other politicians and hill staffers. It is all the same routine.

<u>Alberto Villodo</u> is a drug lord of cocaine and other illegal things. He uses the sorcery realm of the shamanic journey to have power over people, but especially women. He tends to prey on single women who attend his workshops alone. He is always looking for women in his workshops as students who will be willing to masturbate in the middle of the night, use cocaine, and marry one another in the sorcery realm. It is a tool of power and master manipulation. It gives him ultimate control. It is his language of illegal activity akin to a dark internet of illegal transactions.

*"It is impossible for him,"* he claims, *"to be caught in the sorcery realm because, if you are not a seer, you cannot see the invisible, and if you are, you cannot yet take a photo image."* He claims to be *"invincible in this space."*

See the <u>American Journal of Sociology's</u> 1980 article on Witchcraft.

<u>Alberto Villodo</u> uses the shamanic body of knowledge in a non-profit educational institution to avoid paying taxes and as a cover for selling illegal drugs. He has been selling drugs since high school. He grew up in Brentwood CA. He is 68 years today—July birthday. He has so many insecurities when it comes to women sexually. He and his second wife do not have sexual intimacies together.

<u>Alberto Villodo</u> has had a few shamanic wives. To him and the tradition, as a shamanic husband, he is a sorcery mentor who is paid a reciprocity for the instruction through masturbation. It could be <u>Kundalini Crossing</u>. Yet, the students never know this. It is all a huge secret. The male shaman is never equal to his female spouse, and by his own accord, a spouse is someone you align with that you would not naturally align with. They are fake or artificial relationships that would not exist outside of the sorcery realm. side of this space. They rely on the two people never meeting with each other because most do not like each other.

<u>Pamela Chapman</u> had absolutely no idea about any of this. <u>Annette Burke</u>, Jamestown RI helped us understand this as did several others. <u>Natalie Griffith</u> (The Naughty Shaman) of Glastonbury, CT helped us with this understanding also. She said, *'I have paid over $100,000 to T<u>he Four Winds Society</u> for shamanic instruction through <u>Alberto Villodo</u> and <u>Marcella Lobo</u>.'*

<u>Alberto Villodo</u> will now admit that he is never to understand why being a shaman is not a high calling.  It makes him a master of movement throughout the sorcery realm. Lies, deception, and thievery are the norm in the realm.  He becomes the King or that kingdom, a Caliphate Nation leader of thieves and illegal or illicit activity.

Pamela Chapman
pbawchapman@cox.net
401-662-0515

1441

I, Alberto Villodo "will never touch another woman in this realm ever again, and I will pay damages in the millions to **Pamela Chapman** for what I did to her since last March 2021. I met her last January 2021. It was because of a sorcery scared union—that I forced her into—that everything went wrong, and it went wrong immediately. I could have stopped it, or changed course, but I made her believe it was her guides who did this to her. I made sure I would destroy her. This is what I do to all women that I interact with in this way. Through noise tools, curses, and a whole lot of other approaches, I systematically destroyed her life, her relationships with her children, her sister, her community and all of her acquaintances. I have assets worth between $100 - $300 million. I have told her and I will pay handsomely because I will never need the money moving forward. I do not expect to live more than 7 years or so. I have no natural children, just a second wife who has a daughter. The father of that daughter is her 1ˢᵗ husband with whom we are in the drug trade with. My drug trade is out of East LA, and I live in Big Sue, Cal along Pacific Coast highway across the street from Big Sur Beach." 5:45 PM

I, Alberto Villodo "will never understand how Saul gets me to confess these topics because Pamela Chapman can barely hear a thing, but she can hear to type. She actually hears better this way. She barely edits a thing, so no need to worry that she has re-written it from the original. She has several confessions of Alberto Villodo but this one is the most recent and specific because it comes on the heels of Gabby Bernstein's tenets on how to live in sorcery space. It became known that all of Pamela Chapman's troubles where related to actions directly caused by Alberto Villodo. She will meet you in the Federal Circuit Court system as soon as she finds a proper attorney because you Alberto Villodo have inflicted terrorist actions against her on US soil."

Hillary Rodman Clinton said last summer, *"What you have done is akin to an infraction of the Geneva Convention of terrorism and torture."* So, you have tortured Pamela Chapman beyond the rules of the Geneva Convention, and you are an American citizen.

Pamela Chapman says, *"I must sue you legally to regain what I have lost, and to re-establish normalcy in my life. Your school should close down, but that is your business. Shamanic practice and Kundalini Yoga might in fact be the same thing."* Or perhaps Guru Singh is merely a South Indian – no Punjabi shaman – all might be the exact same thing. **5:50 PM**

6:14PM
*"I confess that I did these things. I am Alberto Villodo and I did all of these things, and I will pay for it in the US federal circuit court, and I will pay, and pay. I will because I told her so last year anyway, but that was for other matters. Now, I will tell the ex-husband to do the exact same thing. Just confess that you are done and all through with this guide war bullshit, and we will all step down and you never ever have to hear from her ever **again**, ok?"*

Andrew Parsons just say I step down and out of the ring so that we can all get on with our lives. Gabby Bernstein can say without a doubt, *"I came and saved the day."* It was her advice to start screaming, and Pamela Chapman did just that. It annoyed the hell out of Alberto Villodo. Most of us read/know that is exactly what brought the house down, her screaming. It actually worked and she started screaming at Kamala Harris, but she is quick to note, it was also because of the

1441

Pamela Chapman
pamelachapman.com
1(646)209-511

relationship she had pre-established with <u>Kamala Harris</u> in the first place. Always understand that your first impressions can be important lasting ones. **6:17 PM** <u>Alberto Villoldo</u>.

I, Alberto Villoldo *"do solemnly swear to accept that you and I were never to be together. We have had some unique experiences."* **6:39PM**

I am Andy Parsons. *"I will not make any such full confession **other than to say I step down and out of the ring just to keep the peace with everyone. I do not capitulate or suggest I lost the debate. I step down and out to keep the peace."*** **6:18PM January 14, 2022**

I am Andy Parsons, and *"Now I will be sued in a court of law because I know exactly what my medical profession tells me not to do."* **May 20, 2022, 9:01PM**

### So why do you do it?

*"To best you like none before. I thought I could best you, and win and get away with it because it was in the energy realm and I did not have to own any of it. I was going to tell everyone you had a history of being crazy instead."*

<u>Witnesses</u>:  <u>Susan Petrovos</u>, <u>Whitney Slade</u>, <u>Maura Lindsey's husband</u>, <u>Tom Cahill</u>, MD agreed to be a witness to this confession.

<u>Harry Gural</u> says, *"I stand down to **Pamela Chapman**, and she and I stick together like never before because I can't best you and still win my own game. I best you with pieces of information but I never ever win that way. They twist it all around, but it keeps me in the game."* 9:18AM

At 9:40AM <u>Bethany DiNapoli</u> is twitching <u>Pamela Chapman's</u> left eye.

*Why are you doing that?*

*"Because <u>Bethany DiNapoli</u> needs everyone around the world to know she is still in charge of the entire situation despite everything else that has happened since about 2 AM this morning."*

A few random notes on <u>Andrew Parsons</u> with dates.

In January 2021, before the March COVID-19 pandemic, at a <u>Redwood Library</u> meet and greet, <u>Cathy Wicks</u> was in attendance with <u>Andrew Parsons</u>. She asked <u>Pat and Torre Peterson</u>, *"Is she having an affair with Donald Jagoe?"* And, *"Where is her book now?"*

Pamela Chapman
pamelachapman@cox.net
Booklet2 (9.10)

Patricia Peterson said, *"I don't know what you are talking about."*

Andrew Parsons got Robert McNamara/Jonathon Karp to put a curse/spell on Pamela Chapman, such that no one would recognize Pamela Chapman and Harry Gural's so much so that this morning he could not sing straight.

[Note: We would expect Robert McNamara/Jonathon Karp's curse to be something Beatrice of York intended and put on Pamela Chapman. Monarchies can't do that. The Guides in the Guiding realm get into trouble for allowing monarchies to do that. It's different with other forms of government. Monarchy are a Reciprocity Nation.] July 2, 2021

Rusty Dorman/Bobby McDermott took over Andrew Parsons' name and agreed to mount an insurrection so he (Bobby McDermott as Andrew Parsons) could finally beat her (Pamela Chapman) up which he had been trying to do since Feb 4, 2021. He wanted her beaten into submission over and over again for thinking she declared *bankruptcy of marriage* due to an affair which never happened. He thinks she has no legal claim.

July 2, 2021

On this day, July 2, 2021, Andrew Parsons asked David Dinkins aka Robert McNamara aka Jonathon Karp, CEO Simon & Schuster to do this: Destroy any book deal of Pamela Chapman's and to make sure she was ruined socially, emotionally and financially permanently.

Then he started screaming, *"I win, I win, I always win."* Andrew Parsons is talking to top direct brass involved in destroying such projects and people.

July 2, 2021

Robert McNamara aka Jonathon Karp, was working through Andrew Parsons. It was never supposed to be like that. He used Andrew Parsons who was completely outside their Thievery Rings and understanding.

February 17, 2022, **12:55PM**

Yet, **he could deliver on the mission and it was irrelevant to us if he compromised himself in the process. Yet, he didn't care. He was the perfect stodge to take the fall for all of us.** He took it. We did not need to compromised ourselves. We achieved victory in the mission using him as the fall guy—and he didn't care. He was so obsessed with winning the outcome at any cost to himself.

1443

Pamela Chapman
pamelachapman@cox.net
P 401 7105 16

1444

February 17, 2022, **12:55PM**

This morning Pamela Chapman said, *"If Robert McNamara could kill the book deal across the board in the publishing industry, then Andrew Parsons will kill her character, destroy her name and destroy her person completely through slander and defamation of character."* His mission:  To prove she was morally decrepit. This is the destruction to her death wording.

February 17, 2022, **12:55PM**

This would mean that together as a team, actually working independently, yet together in mission and moment, Robert McNamara/Jonathon Karp and Andrew Parsons destroyed her completely. Yet, he had to destroy himself first to destroy her. Andrew Parsons will never ever win at destroying a Melchizedek Café guide, a guide on the human side who will die into the Melchizedek Cafe as an Ascended Master. She will never let a man like him take her out:  She will kill herself first to make sure she arrives in Melchizedek Cafe as a suicide rather than be picked up in the guiding realm by a hearse limousine service that will deliver her unmistakably to Satan/Metatron Kingdom.

A show of disgrace last night at midnight. Emily Parsons caught it all, and recorded every f word on her laptop at about 12 midnight because she said, *"No one could believe what he said about you which was everything everyone else criticized about you. Insults beyond insults that she wrote down but stopped after this date,"* she claims. They could have been packed in a psyche that presumed Tara Plochocki asked Harry Gural to recite. They were Nola Ganem and Andrew Parsons.

2-19-22:  2:49PM

Those who listened thought it was exactly Harry Gural. Harry Gural does not recite massive lists the way Nora Ganem can.

Jean Gorham claims, *"The goal was to defame your character and make sure everyone despised you and you had no credibility for anything in Newport, RI and beyond.  Trudy Coxe thought it was the worst slander she had ever heard. They attacked everything about Pamela Chapman."*

It is Andrew Parsons' voice as Harry Gural, *"My ex-wife is so f obnoxious, and Harry Gural is so sweet to her. Yet, we all know that she is a ruthless savage beast because if she had an A. she had 2 or 3, and if she had 1 then she had none."*

**2:49 PM 2-19-22**

Harry Gural:  Since I was never allowed to see Pamela Chapman except through sorcery channels,  I had to endure every line of her book over and over, and I had to endure her ex-husband in a Thievery Ring that I had to swear allegiance to. Then I said, *"I had to step away from that Thievery Ring because it was too demonic, and so is Andrew Parsons because he and Nola Ganem seem to understand each other perfectly. She is always speaking through him and he doesn't seem to care."* He also has Bethany DiNapoli, Dominique Alfandre, Nola Ganem all speak through him. We have no idea who he is anymore when he speaks.

1444

Pamela Chapman
pmchapman@cox.net
401-662-9516

_Alberto Villodo also can speak through him."_ He is a pass through just like Nora Diedrich Delaney and we have no respect for her either (Pamela Chapman writing).

July 10, 2021

You were here all the time with Carrie Crosson Gilpin and in the Thievery Ring. It was a bad turn. Pamela Chapman tried 2.5 times to get you out, and you refused. Kamala Harris remembers both of those times. You never had to be here, nor should have even here. You insisted. This seems to be the message. No one was told to be here or was given instructions. Yet, you all claimed you took directions from others. You opted in yourself. Pamela Chapman did not and **Harry Gural** did to a **degree – he forgot he had choices because he was so indoctrinated in through Richard Neal and Kamala Harris. 6:18PC 2-22-22.**

Cathy Wicks, Andrew Parsons:  Redwood Library, January 2021. Cathy Wicks asked Patricia and Torre Peterson about if they had yet seen her book, _Barefoot in Heels_ and if she had slept with Donald Jagoe. And they said, _"I don't know what you are talking about. I don't know anything about a book or an affair and infact. I don't really who you are talking about."_

Cathy Wicks, Abbates, Andrew Parsons,
Read portions to themselves in bed. Then went outside, and announced a winner on Cable Television and said, _"I demand to know who you slept with, and no one could ever answer the question. Except the answer was in the book:  No one."_

July 13, 2021

No one will buy your book now. It is too expensive. No one wants to front the cash. No one wants to see it anymore. It is a bad omen for everyone including the husband. He now knows he is the biggest Shit Show of them all. He lost his virginity on MTV at **Tom Hockaday's** house where he read the book out loud every night, so no one has to buy the book. He wanted everyone to know he is not the antagonist of the story, and that she is a jerk for writing a damn good book that can't be bought because it takes place in Newport, RI society, and because she is an aristocrat with recourse:  money, people, or position. So why did it take so long to learn all of this?

Because everyone horse-traded it for everything they ever wanted and more. It was a damn good book, but it never saw the light of day. It was never paid for or acknowledged. _"I am going to copyright and you can download it from Amazon for $10/copy very soon, typos and all."_

July 13, 2021

Pamela Chapman
pamelachapman.com/us
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 bc

Alberto Villodo on September 30, 2021 said: We will never return to that Public Commons space because I held it for you that morning and early afternoon and shamans never return to the original place of a global mesa. We leave and then wait for it to clear before we ever return to that same space. Until it clears, it has a certain quality of energy that is neither good nor bad. It is neutral. This is not what we understood before this moment of re-learning the dialog and the narrative.

Alberto Villodo says unequivocally that Pamela Chapman, Nancy Moss, Tameen Saied, and Alberto Villodo never should have stayed in this space this long. It was not ours to be in and Nancy Moss and Tameen were gone the earliest, and Alberto Villodo held Pamela Chapman to the space as long as he was there. He wanted her to be here to clear channel for him.

6:48PM EST no one will ever misunderstand that Pamela Chapman and Nancy Moss can't ever work together because she and Emily Parsons are now at a war because her twin soul that Tucker McGillivray's mother (Nancy Graham, SVP Scribner's) today came and read Pamela Chapman a riot act. She said, *"No one will ever misunderstand who and what Twin Souls are, but no one ever knows or learns except because of this situation."*

**7:04 PM**

Harry Gural: There is a different energy.

Pamela Chapman: It has a pulsing to it. Please stop pulsing. I am not a radar target.

Harry Gural: Alberto Villodo has you as a target every hour of every day. He must ping and pulse you to understand every little picky thing you do, and yet you do nothing to deserve this, and you leave him alone.

Harry is going to say this once, *"I am never going to type again."* Say it over and over to yourselves because this is a karma for all of you, except for Pamela Chapman who needs these notes for litigation, and no one else needs them for anything except wandering why they were here and for manifesting conversation to prove we were all here, in real time, and real space, with real people, and you are real— and so am I. My name is Harry Gural. I live in Washington DC.

**7:44 PM/8:31 PM**

One of the two main lessons to be learned is that,

1.  It takes a strong constitution to put up with all this bullshit every day and night and Pamela Chapman you have one, but you are dead now and cannot get up again. And, no one thinks you belong RI, yet you have lived her for 23 years, and raised two children here in Newport, RI. They think you are slime and scum and a real insult to the people of Newport, yet they are the ones that are the real insult and no one attacks them, just you, because there was never anyone to stand up for you each and every day despite the fact you had several that should of, and could of, so your trust in relationships is low and for good reason.

Pamela Chapman
pmchapman@cox.net
401-662-9516

2. The second lesson is that <u>Nancy Moss</u> is never going to work with you, your daughter, or your son in the future because you and <u>Alberto Villodo</u> are going to have a real blow out in the shaman world. Why? Because she can't say, but no one will ever touch you ever again.

## January 15, 2022

This morning at 6:45 AM <u>Dominique Alfandre</u>, <u>Bethany DiNapoli</u> and <u>Monique Burgess</u> had once again stimulated my vaginal area. It always feels like bad menstrual cramping. It was so loud as well as so cramping in my abdomen that I was under attack—sexual assault because these women did not want me to have any Kundalini exercises with <u>Harry Gural</u>. If they could ruin the physiology of my "understory" they can screw up the ability to navigate kundalini energy. They do this every f' morning, and again around 1 PM, 4PM, 7PM. They rotate on a circuit that they once did individually. Every two hours or so they traded off who got to set the curse. Then, <u>Marcella Lobo</u> created a "digibox" that was implanted in me such that it was on its own timer. This is such utter bullshit and sexual assault and abuse and sexual harassment.

This morning around **8:30AM**, <u>Pamela Chapman</u> played her highest tuning forks and discovered that the Guide War is truly officially over. Yet, <u>Harry Gural</u> was attacked last night from about 2AM -7AM by <u>Nola Ganem</u> who wants to be his sorcery spouse once again. Yet, because the guides helped <u>Pamela Chapman</u> learn that <u>Nola Ganem</u> has a personality disorder and that she smokes a pack of cigarettes a day etc., she just is not the one for <u>Harry Gural</u>. This is after the night before, an entire night fighting off <u>Christine Bush, esq.</u> Every night they are bringing another whore from the <u>Thievery Ring</u> to say, *"They are willing and able and ready to take up where they left off, once <u>Harry Gural</u> dumps <u>Pamela Chapman</u> or once <u>Harry Gural</u> and <u>Pamela Chapman</u> enter into <u>Kundalini Crossing</u> again."*

The Tuning Forks said, *"All of this activity is shear abuse and harassment."*

**9:51PM** <u>Alberto Villodo</u> can't release <u>Pamela Chapman</u> from the <u>Thievery Ring</u> Workgroup psyche because it would *"Break my wife's heart because it would ruin my life because I promised <u>Pamela Chapman</u> all my property—not really, I told her I'd give her my property."*

Does <u>Marcella Lobo</u> want them?

Pamela Chapman
pmeelchapman@comcast.net
401-662-0890

*"No, she wants all the cash."*

*"Why does this ruin your lie?"*

*"Because then I have to part with my property."*

*"This is a Shit Show. He's playing Guru Singh who is conducting this because Guru Singh now knows he is a poor sophisticate and never should have amassed so much money and property. He has no idea how to dispose of his estate."*

*"That is correct. If this is true, there are so many people who can help you."*
*"He does not want any help though because Marcella Lobo wants to keep it all. Yet, she has no ability to hold it all, and what she does with the estate could be a problem. Too many assets for the wrong individual."*

*"Why are you then blaming Pamela Chapman?"*

*"Because I told her she could have all my property, and she would work to conserve it like I wanted it to be. Yet, Marcella Lobo says nothing at all because she now knows this is such a Shit Show, and Pamela Chapman will sue you first and foremost so that your estate dwindles down. Then there are fewer decisions to be made at the time of your departure."*

He claims, *"I'm not afraid of my own death."* Yet, he can't bring himself to consider estate planning.

What happens to your house?

*"It belongs to the Four Winds Society and Marcella Lobo is President."*

"You are the founder. Pamela Chapman told you to replace Marcella Lobo because without you as the founder, she does not possess the skill to be a president of an educational nonprofit. Is Marcella Lobo upset?

"No. Jealous. She just wants to get even as in, *"Who the hell does she think she is?"* Marcella Lobo could care less.

*"Not true because Pamela Chapman has more executive skills and training and can dance circles around Marcella Lobo."*

So can Jacque Crenca who just said, *"I think I found my new position as conservator of all that land because me and John Rogers will take him up and out, and discuss how to divide up all that beautiful land."*

*"Jacque Crenca do not marry the man, o.k.?*

Guru Singh asks, *"Can Marcella Lobo and Alberto Villodo now release Pamela Chapman she has no claim on your land nor any legal suit filed to date."*

Pamela Chapman
pchapmannews.net
301-662-2116

*"Yes, however if she files a claim against me, I will keep my land, Ok."*
**10:01PM**


**10:03PM**
*"Marcella Lobo wants Pamela Chapman to redact all her previous comments about Alberto Villodo and make sure that in the coming trials his voice in the dialog is covered up."*

*"Why is that?*

*"Because he is never to be known ever again as a man, a shaman, a drug dealer, or anyone else. He is a wizard, a sorcerer. He is the devil himself."*

*"She can't really redact, but if it has nothing to do with anything, no problem. It will have no applicability. But at least 12 other people have partial copies of the dialog."* **10:05PM**

*"How old is Marcella Lobo?"*

*"About 57. Exactly."*

*"How old is Alberto Villodo?"*

*"68 or 69. He has about 6 years left to live. She will be 64, and he will be 74/75, or so."*


## January 16, 2022
**10:10 AM**

Alberto Villodo fell asleep for about two hours. Pamela Chapman was also asleep. The entire realm fell completely quiet. It was as if they said, *"You could hear a pin drop."* Harry Gural was asleep for most of it also.

Emily Parsons said, *"It is the quiet we live with all the time in the upper realm."*

Pamela Chapman also asked this morning for a "breast" tag to be removed. Bethany DiNapoli put a new "boob tag" on her left breast yesterday after a guide removed all of them. Pamela Chapman

Pamela Chapman
pamelachapman@cox.net
401-662-0540

said, *"Don't do that because aside from the harassment of it, this "tag" always "moves" around."* It causes air pockets and makes her burp.

A new guide calls it is a "digibox" of <u>Alberto Villodo'</u> noises that no one could find in her body.

At 10:09 AM when she awoke, she said, *"Just watch what happens to the noise."* <u>Alberto Villodo</u> went to quiet. People are shocked, and said, *"We never ever hear these loud obnoxious noises. <u>Pamela Chapman</u> hears them always. No one can believe how loud this is nor that you endured this constantly."*

She did. She often "pushed" the noise away with her hands for other people to hear. They were always shocked. No one did a thing. This is just a constant stream of loud noises to irritate and create chaos. It is a hum of electronic noise at very high volume, thick, deep and wide. It is like pudding rather than dark coffee water.

<u>Nola Ganem</u> claims, *"She has never ever heard this."*

*"Yet,"* she has. She always knew you had to listen to it because <u>Alberto Villodo</u> gave her a copy of everything.  He said, *"If anything ever happened to me, <u>Pamela Chapman</u> and a few others were to always have access. She would have to listen to this."* <u>Bethany DiNapoli</u> would have also gotten a copy as soon as she and <u>Alberto Villodo</u> married last week.

<u>Gabby Bernstein</u> should have known this last night, but she did not, and neither did <u>Guru Singh</u>. They tried to remove all the noises but they could not find the basis or the foundation of it. It is this "digibox" which is a creation of <u>Marcella Lobo</u> who makes all his "echonology" of curses and intentions towards other people.

This is a piercing sound of loud noise. This is a torture tactic worst that other situations. Now, when <u>Pamela Chapman</u> types, they all "hear" the words she is tying through the noise. She barely hears a thing. They did this all summer long last year with walls of hands in the air. If she wanted to sleep, they made noise at such a loud volume, she could not hear. It would happen as soon as she put her head on a pillow, day or night.  The time did not matter. She did learn to sleep with a pillow over her head. It mutes the noise only a little bit.

Now, we need to know that this was the situation.  She was tortured by <u>Alberto Villodo</u> and <u>Nola Ganem</u>, and no one else with this particular noise. But, also with noisy hands like <u>Peter Bramante</u> and IMC and AP, CCG, and then the whole <u>Thievery Ring</u> because they made sure there was always noise to prevent her from having clarity at all.

Then <u>Bethany DiNapoli</u> especially, as well as <u>Dominique Alfandre</u> decided to become passive aggressive, and said, *"If she screams one more time for her freedom, we will make it so quiet. Yet, we still hear everything of hers."*

They practice putting cotton in her ears as well as muted and muffle sounds. They hear everything of <u>Pamela Chapman's</u>. She hears nothing of them. They do this to both harass her directly so that

Pamela Chapman
pamelachapman@comcast
Instagram 2025 16

she cannot participate in the conversation **and because,** as a Melchizedek guide she knows when they are lying, and they don't like that. This is harassment of the nth degree. **Pamela Chapman** demands to have quiet now permanently.

**Alberto Villodo,** and others, I will sue you because I have a grand case before me. **Alberto Villodo,** do you want to settle out of court, or should  drag you through it with the NY Times and a dozen others?

*"I settle,"* he says, *"because I hear this noise. It is like a volume 10, and if I do not immediately stop I will get myself arrested for such negligence, gross misconduct, sexual abuse and a dozen other charges."*

Guru Singh does not do this. He has his own legal issues but nothing like this. Marcella Lobo created many magic charms and intentions. All the thievery tricks, sorcery, wizardry, and demonic actions came straight from Alberto Villodo and Marcella Lobo.

Pamela Chapman was the target of way too many because while Alberto Villodo was not technically part of the Thievery Ring, he invited himself through Nola Ganem. He took over the group. Its mission was to destroy Pamela Chapman and her book, *Barefoot in Heels.*

10:35AM

Harry Gural now says, *"This is such a harassment of the worst kind, and you put up with this daily for months because no one took your word for anything, and no figured out that it was Alberto Villodo, and that he could remove it. But he did not. He is on a huge power trip to have absolute control and power over another."* 10:36AM

Harry Gural now claims that Pamela Chapman you had told the truth all along and no one was willing to listen to you.

Last night Bethany DiNapoli set Harry Gural up in the worst marriage proposal situation. Pamela Chapman could not hear a thing, and went to sleep. It was from 2AM – 7 AM. When she woke up, they declared the passive aggressive stance that, *"If she spoke, they would make her so quiet."* It was because at 2AM they wanted to pay Whitey –Tightly to clear the realm and make her the only one standing in the middle. They wanted to make her scream, and scream, and then tell her, *"No one will ever help you ever again."*

[Note: This is exactly what happens to every victim when they are dead. They can't scream—No one hears them. They can't hear. They are knocked out until a Melchizedek guide—if ever, retrieves their soul from the dead. It is a knocked out third eye. They do it to humans so they arrive on the other side prepped this way. You are knocked out as a human so that you will be incapacitated in the dead. 8:25PM 8-3-22]

Whitely-Tighty is a fraternity prank that groups play on certain members. Wendy Schmidt says, *"They played this on a Kundalini Crossing person in another place and it worked beautifully to get that person to never show up again."* How would you achieve that BD?

Pamela E. Chapman
pamelaepchapman.com net
in touch2015 llc

1452

We were going to scream back at Pamela Chapman instead. We set out to make a list of all the words that trigger Pamela Chapman and we were going to get her to admit to having an abortion— if it was the last thing on earth. They often now tag that word to the name David O'Leary, and when they do not get the response they want, they flood the space with the response they select, and then they say, *"There is the answer, we find it."* But the answer, they created and positioned themselves. 10:45PM

[**Note:** This is exactly what happens to the dead. If they are mute and can't hear, there are thievery guides who scream at them nonstop. In this case, it is not the humans mimicking the guides, but the humans pre-staging what the guides ultimately do. This has happened in the last seven Big Book Stories to all of the victims. It begs the question, do the guides do this because they claim they are mimicking humans? If the humans don't do this, can they? How do they get the humans to play exactly the way they prescribe it?]

This is Andrew Parsons' mission. Yet, all the women have now taken it on as their personal mission also. It is pure harassment. Andrew Parsons has told Pamela Chapman the theme and topic or questions do not matter. Neither does the answer. They would just keep harassing her no matter what. So, if she admits to anything under torture, they would continue to torture her anyway just to harass her. There are prisoners of war held in other countries who have had an easier time than this. Hillary Rodman Clinton told her the Geneva Convention outlaws many forms of what has happened to her. Yet, they all walked always saying, *"We cannot help you, and told her children to do the same."*

Every night, someone from the Thievery Ring is trying to marry Harry Gural off to another. He keeps saying, *"I am not interested. I am engaged to Pamela Chapman and married to her here."*

11:01AM

Then there is the layer of sound in her vaginal area. It is a ringing sound like the sound of a locomotive train called Kundalini Crossing and if that train whistle blows, Alberto Villodo wanted kundalini energy from anyone else. Yet, Pamela Chapman says, *"It rang all the time whenever Alberto Villodo was around. It always arrived at night and sometimes during the day."*

Alberto Villodo sits in his big chair 24/7 unless he is at the beach or traveling. He has no private social life. He just sits in the chair and uses sorcery to connect with the world of people. He rarely, if ever sleeps. He takes cocaine with ecstasy to relax. He also smokes a joint a day in the late afternoon to claim himself down. Annette Burke claims he smokes two packs of cigarettes a day.

*"I will sue unconditionally because he has done so much damage to her personally."*

1452

Pamela Chapman
pamelachapman@yahoo.com
860-490-2305

Pamela Chapman now claims, *"I may never ever recover from this experience. All her family and friends went away."*

Alberto Villodo are you know pleased and happy with yourself? Are you the king of the sorcery realm? Did you finally beat out Guru Singh and Gabby Bernstein as top dog like you always wanted?

*"It's an LA thing."*

The people of Llama Nation understood what was happening to you. They could do nothing because he gave them all private protection, except Leora, who was a mess, and so were you. Yet, if they said anything they would be in trouble. So, Alberto Villodo is really Beatriz/Saul and all the people are like guides who had reciprocities to turn away. Who is mimicking whom? Guides or people? Which comes first, the chicken or the egg?

No, one was high enough to actually do something. Pamela Chapman kept asking who is in charge. Who do Beatriz/Saul report to? Once the Guide War was officially over again by January 14, what was she to do?

The noise and harassment refused to end. The Guide Wars and Beatriz/Saul set up the harassments with the guides, but it was the people who seeded them first and foremost. The guides become the army of millions that then collude with those people. If there are no people to come through and collude with, they can't play, or at least they can't play this way.

Andrew Parsons was able to be recruited by whole rings of thieves to take on his full agenda which was also the agendas of another, i.e. Happy van Beuren, Redwood Library The Book Committee, Newport Hospital. He and Bethany DiNapoli, Nola Ganem, Carrie Crosson Gilpin and a few others are now synonymous with his mission. They are all one and the same. They speak with one voice, one mission, one moment of total destruction, right to the end.

Last night, the guide Fred who is Samuel told Harry Gural, *"Pamela Chapman will never ever be right in the head."* As soon as Harry Gural heard that, he knew it was some kind of folly, and that Andrew Parsons was involved. It was Andrew Parsons acting as Fred.

Then, there were two names that Nola Ganem made up months ago. They were also there. Harry Gural knew they both belonged to Nola Ganem. Correct. Then there were three names: Christine Bush, esq., Wendy Schmidt as a Shaman, and then everyone was to be a Shamansky moving forward. They claimed, *"Pamela Chapman didn't like them using other people's names."*

Gabby Bernstein said, *"No one used their real name or their real-life personas anyway."*

They renamed Harry Gural, Harold Weinstein for that man in Hollywood who was arrested for sexual abuse. He was a Harvey. This is a Harold.

Then, they called in Gabby Bernstein who was Nola Ganem. She performed a wedding ceremony that Harry Gural could not hear. She said, *"I now pronounce you husband and wife. You may now have extensive Kundalini which we will now all participate in."*

Harry Gural said, *"I will not, and I said no such thing."* He did not say anything of any value last night. Then, this morning at 8:30AM he proclaimed, *"I will sue you for harassment."* That stopped them cold. It stopped them dead. Why does that from Harry Gural stop them, but not from Pamela Chapman?

"Pamela Chapman will never have the headspace to sue, nor the money. They could put her off until she is just flat broke and crazy from all this noise. It's a total in incapitation. That was Andrew Parsons' mission over ten years ago. So, this noise box, this digibox, is Alberto Villodo and Marcella Lobo's insurance policy to abuse other people presuming the abused can never be of the right mind to sue. They pick women with few resources, without ability to hire the legal counsel of a major law firm. Just like Simon Thatcher & Bartlett say, *"We never represent plaintiff's like you."*

Harry Gural claims, *"I will sue. I will gain my own place back in society, and I will marry Pamela Chapman. It might take us years to recover, but when we do, we will be together. That is my public promise because this is the most ridiculous hat trick ever, all so I would have Kundalini Crossing with several women."*

They claimed Harry Gural was their male prostitute, and they need and want you as their legal husband. It's a besting game of the highest caliber.

*"I refuse all of you every day today, and every day moving forward because this is absurd sorcery. I will never ever like any of you there, and if we got along here, it is because I did not yet fully understand, or know you."*

Pamela Chapman kept telling Harry Gural, *"You just don't know them out there, the way I do."*

So, *"Nora Diedrich, get the hell over yourself, and Dominique Alfandre, stop treating her as if she were your puppet because that is a lawsuit in waiting."*

Harry Gural:  I'm not protecting her I'm just pointing out we did this to each other in the Thievery Ring space also. Carrie Crosson Gilpin and Andrew Parsons, you are both the same so you cannot sue the other. You are both equally demonic. Bethany DiNapoli, where is your husband, Chris DiNapoli in all of this? Is he an absentee husband?

No these women are just so f' competitive. They claim, *"I'm in charge,"* and the family ignores them here to do their own thing. With major law suits in the making, no one will think it's funny any longer.

Pamela Chapman said this for several months, but they all thought she was the fool. **11:34AM**

Pamela Chapman
pmxchapman@comcast.net
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n

All the sound comes from a digibox that was placed in your physical body. First in your groin, then in your left foot, then in your chest at the level of your left breast. You could not contain it well in your breast tissue as it, *"made you burp,"* you said. It created a tightness and a tug. It moved around a lot.

<u>Alberto Villodo</u> said, *"I put it there because <u>Harry Gural</u> was tagging women's left breasts. He might have tagged yours, but never did a thing with it. If he had, every time he tagged you, he would have gotten me. Then, I would tell him to leave you alone because you were my reciprocity, and not his. Yet, I didn't want you for anything because I knew you were not a masturbation partner nor a typical sorcery wife. I knew I had picked the wrong women, but rather than release you, I took you as a prisoner instead. That was my mistake because once <u>Marcella Lobo</u> got a hold of you, it was lights out for both of us. She has a demonic side of her that completely allows me to be as demonic as I like. She indulges my demonic side. She has no choice in that really. All he knows comes from the digibox and more than 50 layers of noise."*

<u>Alberto Villodo</u>, What do you get for all of this?

*" Absolute power over women. I usually don't admit this, but women like <u>Annette Burke</u> don't do a thing for me. I usually leave them alone after stringing them along, but she didn't go away, and I was so intrigued by you. Yet, you are not wife material, and I did not have the foresight to say, "No," once <u>Saul, Don Miguel</u> who is <u>Ed</u> and Q'ero <u>David Kehoe</u>, 2ᵗʰ, all said, "Ok, let's go."*

*"Why was it important?"*

*"If I spent more time in The Four Winds Society, <u>Ed</u> could spend more time running the cocaine business. We could part ways better."*

Is <u>Ed</u> <u>Marcella Lobo's</u> first husband?

*"No, not even related."*

*"Not true."*

What is the relationship?

*"He is the brother of the first husband."*

Who sits at home with the grandmother?

*"That is <u>Ed.</u>"*

<u>Mark Halpern</u> claims, *"That guy just can't be?"*

Why is that <u>Mark Halpern</u>?

Patricia Chapman
patriciachapmanlawyers.net
license 24916

*"He is such a plain jane kind of guy."*

*"Precisely. I'm a monkey's uncle."*

*"Wow. Just remember <u>Mark Halpern</u> how we solved this, but don't forget to get better evidence."*

*"Ok, <u>Pamela Chapman</u> we will try."* 9:37PM 1-16-22

What other noise is there that you use <u>Alberto Villodo</u>?

*"One wall of noise comes from each person. We all dump it together in a tube that we say connects through sorcery to <u>Pamela Chapman</u>. That is the wall we use to cross over to get to privacy."*

*"So, there are three sources of noise that all work together to keep her imprisoned?"*

*"Yes. That is on top of the curse that you know all her reading, writing and thoughts?"*

Yes.

<u>Pamela Chapman</u> says, *"You are like a virus that lives off of but yet ultimately kills its host completely. Destroys it to its death absolutely."*

Then, <u>Mark Halpern</u> claims, *"He has no ability to understand what he has done because if he is all strung out daily on marijuana, cocaine, ecstasy and nicotine because he does not sleep, then he has no ability to actually understand day-to-day what is affecting him. I have researched drug use and drug effects. People like him are totally washed out eventually."*

He has an appetite for power and control. This is how he expresses it. <u>Gabby Bernstein</u> and <u>Guru Singh</u> are some of his primary competition.

*"We forgot that <u>Gabby Bernstein</u> and <u>Mark Halpern</u> work together."*

<u>Mark Halpern</u>:  I have no knowledge that <u>Gabby Bernstein</u> is working with me

*"Yes, you are both working to prevent books from being published by acting as bullies to the people involved."*

*"No,"* Gabby Bernstein claims, *"That was one project, and I do not belong to that <u>Thievery Ring</u>, any longer."*

*"Ok, well we are grateful for your participation in helping us most recently. We are not here to judge only to understand the various tribes and rings of who goes together with what because in the end some will stay together, and some will part, but if we are truly lucky <u>Pamela Chapman</u> will depart. Are we cleared for takeoff yet, or are we stuck in an <u>Alberto Villodo</u> jet?"* 9:43 PM

*"Applause, applause. <u>Pam</u> you are great..."*

Pamela Chapman
pamelachapman@gmail
inland.org-le

*"This is serious business though. It has so affected <u>Pamela Chapman</u> like you cannot believe. So let's get her the heck out of here ASAP. <u>Alberto Villodo</u> stop that noise. Stop that whatever you call it, Dissolve it immediately."*

*"I can't."*

*"Why?"*

*"Because if I do, I will dissolve the likes of you."*

*"We don't get along, so bye, bye, <u>birdie</u> Al-bertie."*

*"You are the biggest shit,"* he says *"because if I want to persuade you to stay…"*

*"But, you cannot."*

*"I am gone. I am down. I am on the other side."*

*"The other side of what?"*

*"I will not say."*

*"We do not stand on the same side of any street anywhere and you damn well know that."*

Ok, then I say, *"Bye, bye, toute suite, and all that jazz."*

Salud! **9:49PM**


He forces <u>Pamela Chapman</u> to hear him always, but she cannot. They always want to know her, but she cannot know them. There is no favor here at all. So, how does she cut that cord of irreconcilable differences, lack of communication, lack of trust, lack of gratitude, and no relationship? How can she finally cut that cord with <u>Alberto Villodo</u>, and say so long to the noise? **10:13PM**

<u>Helen of Troy</u>, and <u>Tameen's Guide</u> and <u>Jerry Slocum</u> and <u>Jean Gorham</u>.


**10:25PM**

<u>Marcella Lobo</u> is so upset that <u>Pamela Chapman</u> can sue them both for being so demonic through sorcery. <u>Marcella Lobo</u> is trying desperately to scratch at <u>Pamela Chapman</u> to find something she could use against her. She has nothing to actually sink her teeth into yet, so she is scratching like

Pamela Chapman
pamelachapmanreceiver.net
101-66259850

crazy except it is not <u>Marcella Lobo</u> or <u>Alberto Villodo</u>. It is <u>Andrew Parsons</u>, <u>Bethany DiNapoli</u>, or maybe <u>Dominique Alfandre</u> and <u>Nora Diedrich</u> who always come together.

Well, if it is <u>Nola Ganem</u> also and <u>Carrie Crosson Gilpin</u> who always try to upset her with something they think they can get her with. They never ever win, and so they scratch and scratch and like a true gambler thinking they have finally gotten her, but in the end, she will get them really bad because the law is on her side. In a year or two these too will be seen by a court judge because in the world of high stakes accounting there were mistakes made that were mistakes given through the sorcery realm, and you thought the sorcery realm was not real. *"Yet, it was, I was, and you were all real in real time."*

Now, you must decide if your experience here was real or not, and if it was real, how do you fare? If it was not, why did you stay here?

<u>Nora Diedrich</u> and <u>Bethany DiNapoli</u>, you both did not seem to understand your roles in the beginning. Yet, you aligned early and decided to play Russian roulette with the <u>Thievery Ring</u> and this is what you found:  a <u>Thievery Ring</u> that was using sorcery against a woman you all know, but did not appear to love, yet love enough to make her jump through all of your hoops and ladders because without her, you'd have had nothing to do for the past year of your life. Now, you must all move forward including <u>Pamela Chapman</u> and <u>Harry Gural</u> who will get together because their independent lives depend on it. Ok, <u>Nora Diedrich</u>?

**10:34 PM**

<u>Pamela Chapman</u>, you say so long, ta, ta, see you later alligator, tally ho! Or was that tally ho! See you later alligator. It just does not matter any longer. I give you all a royal wave from the balcony. *"She is such a little shit,"* but we don't like her or love her, we just need her to be a Shit Show Game Show host so we do not get bored without lives and our lies. Actually that is <u>Mark Halpern</u>. He accepts the position unconditionally.  **10:48PM**

### Sunday, January 17, 2022
#### 12:41PM

*"He needed someone to take charge, but he could not lose control. This is the paradox of <u>Andrew Parsons</u>."*

*"It's the challenge of the 14-year adolescent, and you are not the parent. In soul retrieval—you must be simultaneously both the inner child and the inner parent, and know the difference for when each can show up, and then practice how to be in relationship with the other (another) and mind these boundaries and challenges."* This is the human

Pamela Chapman
pamelachapman.com inc
Int-01-2-0216

condition unmistakably. That is the relationship battle and challenge in one paragraph with several run sentences. **12:44 PMC**


## Monday, January 18, 2022
### 3:34PM

Alberto Villodo: **I f' stand down to everything** because if Pamela Chapman screams any louder or longer she will literally harm herself or someone else. She does not need a psych ward. It is all easily fixable. Yet, no one will see to it to fix it. They harass her 24/7 and abuse her sexually because of their f' guide war. Neither person, nor guide, will stop this abuse and harassment. And Harry Gural who is supposed to be her support, never shows up to validate her, neither will her kids, or anyone else for that matter. Not ever the woman at the grocery store.

8:36PM 1-18-22 Alberto Villodo has accepted a compromised position that he and you are not exactly in the lines of communication and relationship he thought you were in.


Andrew Parsons is considered a hero, so you should all know what Odysseus has been up to on his journey of his life. He was a bad husband who has done too much deep damage to you and then to his children by claiming, *"They didn't have a real mother, and that she was a moral ethical problem."*

*"Well, not really, she walked the path of enlightenment but that was a bad experience because she had such a journey with the devil and Satan himself."* Now, she is just an atheist who believes in nothing. She lost her sister and her children all in the same year. So, she has been abandoned by everyone

9:00PM Lynda Adams claims, *"We did not do this to you intentionally. No Saul did."* 9:01PM

Grenville Vernon Craig. Delete all that. He is the wrong person with the wrong message in the wrong context. Just like the ex-husband. They want to be top dog and big man on campus. They don't know the real me.


*"I'm awake, just dead. My soul is dead. The Big Book Story stole it. So when the do I get out of here? There is nothing new or good to come from this ever again. I will do—live— something awful, if I don't get out of here."* 9:05AM

*"I know you want to go to sleep for 1,000 years to forget all of this, but then when you wake up, you won't know anyone."*

Pamela Chapman
pmc.chapman@snet.net
860-906-0506

*"I prefer that to the memory of this lifetime. I will never be able to forget how betrayed and abandoned I was in this lifetime. I have to remember that for eternity. I'd rather be dead and asleep. So way to go Beatriz and all you guides, you killed a Melchizedek clear channel. Way to go!"*

*"I go to sleep for 1,000 years. I become a marginalized, neglected, abandoned soul., both in my human life and in the dead."*

This is exactly what this Big Book Story does. They grab you here through human misconduct and manslaughter and then the guiding realm takes over r and the thieves take hold of you. When you dies they take you prisoner. You can no longer hear to see, and you are lost to your own soul lineage. They do theirs to force you off a path of ascension.  The guides have to set the story up with humans so that they can then use the humans as the path in. They can't take over the humans unless the individual people are guideless and thievery. It appears to only take two months to convert an individual person into a besting beast of thievery. After six months to a year, a thievery person is changed forever.

**July 18, 2021 – October 21, 2021 Maura Lyndsey** looked at Pamela Chapman in her house 24/7. She looked through her, and around her. She cataloged every inch of her house. She made lists of her belongings. She searched the internet to source the items, and put a total dollar amount on her furnishings. She claims, $30,000 if she resell them in her shop, *Tresor Estates.*

Nola Ganem who didn't stop looking at Pamela Chapman and her house. What about the ex-husband? They say spring, summer, and all fall.  He only stopped because he married Carrie Crosson Gilpin. It actually went on so long, it feels like he never stopped. The same is true of Alberto Villodo. He is always watching every move she makes. **10:17 PM 1-18-22**

Pamela Chapman's suffering all these months could have been alleviated by Alberto Villodo and Harry Gural. Yet, Harry Gural  claims, **"I couldn't actually do anything because if I did, they only used it against me."**

The Thievery Ring women have been raping Pamela Chapman almost daily form October 2021 to January 2022. It was also going on in August and September.

Pamela Chapman
pamelachapman@comcast.net
101-000-0000-06

January 19, 2022

**3:59PM**

We will need to keep a few details straight: Marcella Lobo was known as Laura Villodo for the Monterey Private School crowd that her daughter attended. Reese Witherspoon claims it was not necessary to change her name for that crowd only that she was too well known as the sorcerer's wife and the drug dealer's wife, and changed her name to look like a family. Her first husband, they say, is in the drug trade in Arizonian or near the desert. Kamala's Nation worked hard to pin this down and never really got the same answer twice. Mark Halpern was dying to know. The details change every day with Alberto Villodo.

Marcella Lobo has one daughter. Alberto Villodo never adopted her. He has raised her since the time she was five years of age. He and Marcella have been married approximately 16 years. She is 57 years of age.

Marcey-Darcey (a Pamela Chapman nickname for Marcella) had one daughter, and no husband, and she had an ex-husband in the drug trade, and she herself had some addictions to the drugs.

The father claimed to send money. He did.  There is an account set up in Marcella's name so that she would always have money for the daughter. It's still there. She has not touched it. It belongs to Marcella.

Is it cash or land or real estate?

*"It's not cash."*

It's in an investment account.  It's invested in drugs, so she cannot ever get out because to cash out she has to re-pay the upfront investment. It's a pyramid scheme of sorts. You invest $1 million upfront for the drugs. You sell it for $1.5 million. You re-buy for $1 million, and resell for $1.5. Then you are up $1 million. Yet, if you had to invest $1m upfront to buy into the ring, you are always $1m behind.

It's more than that. You can never ever re-pay the upfront costs, just like we discussed for Johndrow and Johndrow. To get out of the wealth management business, they have to buy everyone out of their accounts. The only way out is to transfer the business to someone else.

They thought they would give or sell the business to Ed, which is who will take over for them. Marcella Lobo owes the former husband nothing, and has a cash account somewhere to buy herself out in the future. Alberto Villodo claims not to know this, but he does. It protects her if something

Pamela Chapman
pixelchapman@cox.net
January 2022

happens to him. She is on decent terms socially with the ex-husband, who never sees his daughter, who does not live at home in Big Sur, California.

*"Did the drugs come from Peru?"*

*"No, not a drop. They come from Ecuador."*

*"No, they do not. They come from Central and South America on foot through the LA Harbor Master. They did at one time."*

They would say, *"I work for La Whore."* That was their password into the USA. They were all illegal immigrants on foot.

Alberto Villodo thought Pamela Chapman was a perfect stool pigeon. He took advantage of her. It caused her undo harm, personal sufferings, and personal relationships with family members. It threatened her livelihood as a writer, her bank accounts, and caused her undo harassment all because Alberto Villodo said he wanted to be perceived as the almighty powerful man.

We fear for what will become of our USA society with all this sorcery. This is not freedom and justice for all. This is absolute terrorism on our own soil. Kamala Harris knows all about Kundalini Yoga from Gabby Bernstein, and has her own version of noise that she gives away in the form of some kind of daily announcements that sound like a cross between marine corps sergeant and Middle Eastern calls for prayer. Roger Kass the announcements are so loud; you never know if it comes from your mind or elsewhere. It makes you stand at attention at least twice a day. It forces you to know Kamala Harris is in control, and you are not. 4:59PM 1-19-22.

**5:28PM**

Harry Gural wants everyone to now know that Kamala Harris has tied herself to this lawsuit in a unique way. While Pamela Chapman does not yet know this, there are some special signifiers that Kamala Harris knew and did not try. And when all of this is exposed, it will be a major story somewhere.

Ok. We will look forward to whatever that says.

**All night long,** *"I just want my f ex-wife dead. I want her dead and gone. I want her killed. I want her dead, dead and gone, and killed. That is all I ever wanted since she filed for divorce. I want her f killed."*

Signed Andrew K. Parsons 10:43PM

Pamela Chapman
pamelachapman.co...net
103-462-9516

Bethany DiNapoli:  I don't ever want to hear this woman scream ever again. Yet, every f' night and day she screams. Now, because Saul and the Thievery Ring Workgroup, which I belong to with her ex-husband, harasses her every chance they get, she screams for her freedom. It has not worked.

Every day, they say, they stand down and get out of the ring, but it never f' happens so she screams for her privacy and her freedom which she never f'gets. 10:45 PM

Jana Hicks Jagoe:  I never want Bethany DiNapoli to use my name ever again because she has taken my name and used it for ill gain. My name is now synonymous with a Thievery Ring and people who have tortured my husband's Twin Soul, which is akin to torturing him. So, you all must now stand down and stop.


## January 21, 2022
### 8:00AM

I, Andrew Parsons *"did this so my f'ex-wife would be so embarrassed that she could go absolutely nowhere in Newport without feeling so guilty and embarrassed about herself that she will run and tuck her face away from the people of social Newport because she can't stand the embarrassment by me or anyone else.  So, now she can't be as humiliated as I was when she filed for divorce in 2009 and then in 2011 because she humiliated me so much that I could not show my face at work for at least 1-2 weeks, but I did anyway to raise money for the family."*

But you have had at least 6 girl friends that you have slept with sexually and three sorcery wives. Carrie Crosson Gilpin will stay with you as an intimate partner for the rest of your life. You are never alone, and she agrees to masturbation with you.

He assured Pamela Chapman from about 2AM -7AM while she slept –He said all of this over and over again all about abortions, and *"will not stop,"* he says, *"until she agrees with him."*

She said, *"No way, Jose. I will never ever agree, and the entire Public Commons is like an audience of the Hunger Games movie all screaming at me from one side or the other."*


Last night Andrew Parsons was on a tear especially from 2AM until about 7AM. While she was asleep, he badgered her nonstop about having an abortion, and then all morning long he badgered her again demanding that he would not stop until she confessed to an abortion. She said she never ever would.

Pamela Chapman
https://pamelachapman.com/
401-862-9411

The main idea here is that he wanted revenge for the book. It was not yet published. He said he'd never have to write any rebuttal at all. *"You, had to spend three or more years writing fiction to get your revenge out on me, and all I had to do was appear on 2/4/21 in the sorcery realm, and I got an audience, world-wide. I have better distribution and audience than you'd ever hope for with your book. I got you back but good. I bested you, and got a bigger audience. I won the besting game of the divorce,"* he would say.

*"But,"* she claims to her death and beyond, *"I sought no revenge what so ever."*

Revenge is never sweet. If you seek revenge for another, it becomes the revenge you seek for yourself first. He wants nothing but total destruction and death for Pamela Chapman

She sought the highest form of experience which was writing a fictional narrative. He sought destruction for it. Then he obtained a fraudulent copy of the book. Then her fraudulently distributed it. Kamala Harris and her Kamala's Table and Workgroup did the same. So did the Redwood Library Book Committee and the Newport Hospital Foundation and Lifespan executives in Newport, RI.

Then they took to the airways and said, *"I will destroy you. We all will destroy you. We don't care for what, or for how long, we will stand behind him, and beside him, and we will take up the banner of destruction because that is what we all love in the sorcerer's realm."*

So, this workgroup of thieves all pledged an oath of loyalty to Andrew Parsons. Alberto Villodo said this morning, *"I moved away from. I disavowed him permanently."* Everyone did except Carrie Crosson Gilpin because she said, *"I cannot understand how he got this way, it was just yesterday that I met him, and I never thought we'd be this close, but if we are, we are, and now, I love him to death and that is all. I can really do. So, I am perplexed."*

I have said repeatedly said, *"There is a god for you, but not for me. I am a Melchizedek guide of high standing. I want to know where is there a god for me because I stand alone and no one supports me?"*

So, on the other side, you have all abandoned me and for you to ask me to stand alone like this is a sin too deep for you all to commit. You have taken a Melchizedek guide and allowed her to be destroyed as a human, and to ensure she cannot ascend when she dies.

**11:45AM**

The whole Thievery Ring Workgroup stood neck and neck with him. All pledged a loyalty to him. Andrew Parsons and Grenville Craig rewrote Pamela Chapman's history to suit themselves. They don't care what the lies were. They said, *"We will find someone who will agree with us, and if it is a lie, they will believe us anyway, because we hold all the power."*

Pamela Chapman
[Pamela Chapman.net]
Version 3.05.16

This is <u>Andrew Parsons'</u> game of revenge and besting until the end. The only end is destruction followed by death. She would have said neither the legal system nor the medical system protected her. The medical-legal system betrayed her once again, so did literary agency and the publishing realm.

No one wants this on their epitaph that says we knew he'd kill her himself. <u>Linda Plochocki</u> said, *"I believe you would kill yourself just to get out of the Thievery Guide War challenge. I don't want to watch it because we always say about abused women, Why did we wait until he killed her?"* Just like with OJ Simpson. We learn over and over we just stand aside and watch, and then claim next time, *"We will do better,"* but the entire world watched and did nothing. What do you do now <u>Andrew Parsons</u>? What is your next move? <u>Pamela Chapman</u> isn't changing her position at all

Rocky Horror Picture Show # 3 which is he and you just duke it out, and then you stand up and walk away.

*"No, why Jose, I don't play that way."*

<u>Andrew Parsons</u> claims, *"If I can't break my ex-wife down, then I never knew her because she always was the easiest to break down, and I got everything I ever wanted except I could never now break her down so you won that one, but I will win the final battle."*

No, she is on the right side of that equation. Yet, who really wins if she is dead and destroyed? There was no reason for such utter destruction because she will now be an atheist to the end. What good is the light if you are left out in the dark cold to fend for yourself? Everyone else got love and support. They got affection. She had disaffection. She wants to be 5 again because she needs that love and protection and affection, and when <u>Harry Gural</u> offered her some in his quilt, he said, *"I can't give you any more because all those whores come first and foremost. I abandoned you and ran my own race, and I will see you at the end."*

The end of f' what? She will be just a fragment of something, but never again ever like before. This Big Book Story hollowed her out, and left a void.

Then, <u>Andrew Parsons</u> says,  *"I got the best of you."*
**12:41PM**

*"No you did not. I had to detox from you. No one but me got the best of me face-to-face. There was no one there to ever see the best of me. Now, I am nothing just like before. But I will be free and no one will ever f' touch me ever again. So, <u>Bethany DiNapoli</u> you wanted to be me. Stand in a very unique line. You want to know where my experience comes from? Jerks like you who support assholes like <u>Andrew Parsons</u>. No woman should ever stand behind <u>Andrew Parsons</u> yet <u>Carrie Crosson Gilpin</u> and <u>Diane Crosson McEnroe</u> should absolutely know better. Don't you ever stand behind these men."*

**#Standupmetoo.**

*"We live in the smokey mountains. We have to some times. Jasper, Wyoming, but we always get there, and when it comes time to reappear, we know exactly who we are always, and we always stand up in our own truth because we know it unmistakably. Get the hell out of here Andrew Parsons you are not in a big enough league to sand with me."*

**#standupmetoo** is the new hashtag of the decade. It is a continuation of what Ashly Judd and Jane Fonda started, and we will stand together and take these awful human beings down. They aren't just men but they are, so **#standup** me too is all I'll type. 12:10PM

Jim O'Rourke, M.D. claims, *"He has already considered that medication would not help Andrew Parsons because it comes from deep-seated revenge and nothing more. Yet, trance states, masturbation, and alcohol—red wine seems to pleasure him, so there is something to it. He gave up his 7-year girlfriend Cathy Wicks for a sorcery marriage and a Thievery Ring experience. He has crossed so many lines, and he doesn't really think about it. He is on a fast track of total destruction just like he always wanted, except the destruction is on him and not on Pamela Chapman. Even though she considers herself dead in the water, she is not dead and never will be even though she is dead serious when she says she will end her life just to get out of the guide war challenge. This is not living and the guiding realm has chosen to ignore her and turn a deaf ear to her—They mimic the humans after all."*

Guides, you abandoned one of your own for a story you don't even understand, nor can you even control. Satan controls the story, and until you step back, it is in Satan's hands *"We take her— and it— back right away,"* they say, *"because if we do not, there will be no tomorrow."* Saul is running around screaming what Andrew Parsons did, *"I win I win."*

Andrew Parsons claimed victory over his ex-wife because he claimed, *"She will never see the light of day in Newport socially. No one will touch her ever."*

That pleases him to no end because he is ineligible anyway to be social in Newport. His demonic activities were miss-informed and misdirected. She doesn't belong to an of those clubs. She had the wrong husband and they do not accept divorcees.

After a night of brutal beating from Bethany DiNapoli, she stopped. She did not understand a marriage to Andrew Parsons, nor did she understand your book, and now Bethany DiNapoli claims, *"They are all stupid idiots for what they did, and did not understand, and why the hell did she beat you up?"*

She claimed, *"You were too stupid. I liked beating you up."* She said, *"But now that I understand who and what she supported and gave her loyalty to."* She claims, *"She will stand down and shut up because you and she will never be forced to work together, and if you are, she will always consider that she works for you and not the other way around, and for IMC to hold you accountable for Scott Steele is too stupid. Yet, this is what Martha Parker did."*

*"Well, Martha Parker, you could have said something, but you did not. Why should we understood everything perfectly? You all thought once it was spoken that I knew Scott Steel of Severna Park, Maryland and his wife, Gretchen—and five children—that I would have to resign the board of IMC."*

Pamela Chapman
pamelachapman.com net
© Camp.2014

"I consider <u>Gretchen</u> a long-time friend. I met her when we all lived together in Portsmouth, RI. He and <u>Martha Parker</u>, the board president, had been in a relationship for about 5 years. <u>Martha Parker</u> is a divorced business owner with two grown children. She lives on Broadway, Newport, RI. She rents rooms out to IMC dancers. She owns Team One and Patagonia in Newport, RI. She and Scott Steel are in numerous sailing regattas monthly. She takes her business on the road to these regattas and hold pop-ups. He won the silver medal in the Olympics in Acapulco, Mexico years ago for Windsurfing.  He at one time coached sailing at Georgetown University as a married man and father of several. It didn't pay enough to keep it up."

<u>Martha Parker</u> claims, "She almost became a professional sailor. They are partners on the water in senior mixed regattas."

"I don't resign over other people' personal affairs. **I had my own personal agenda that I would never let you touch or adjust."** 12:29PM

## January 22, 2022

**5:11PM 1-22-22:**

<u>Kamala Harris</u> said, "I knew that <u>Alberto Villodo</u> had surrounded you in noise."

<u>Gabby Bernstein</u> said, "We don't get involved in other people's matters like that."

<u>Harry Gural</u> said "<u>Linda Plochocki</u> says the same thing. No one gets involved in other people's matters especially when it comes to torture tactics." We are all here in real time. Yet, this morning, <u>Tameen Saied</u> said, "Everyone lies so that no one is real, and since <u>Pamela Chapman</u> was the only one being real, no one can step up and help her otherwise. We don't want to be real in real time, but we are real."

Her ex-husband spent the morning yelling he was pleased. The *Public Commons* claimed her a despicable person that no one wanted. Even the guides said, "They didn't care if she committed suicide because then she'd s be out of their hair."

You have no idea how idiotic it sounds to have all of you, world-wide and in the guiding realm all support <u>Andrew Parsons</u>, and betray and abandon <u>Pamela Chapman</u>. That is real in real time. She is human after all and you all f' forget that.

No, we do not. You just don't belong to us or to anyone, so you are unclaimable to the entire world, so we don't expect you to ever survive, and we want to see you killed today. This is the <u>Hunger Games</u>, and we have all taken bets on the outcome.

Pamela Chapman
pamelachapman.com to be
August 2019 to

**January 23, 8:45AM**.

<u>Harry Gural</u>:  I will contact you there because you and I are real in real time, and I never let you know that I knew you were going to sleep last night or that I was here this morning. I always love you.

You don't just leave <u>Harry Gural</u>. You abandon her at every turn, so much so that she always assumes you are gone and to another woman who are always bad for you. You will always sell your soul for a certain kind of sexual encounter with them. As someone said, *"You have had more women than we could ever rack up. You are the personification of a prostitute who had too many John's, you can't even begin to understand intimacy, and what is real and what is not. What is real is right in front of you. What pleasure do you get from bedding one of these women?"*

<u>Pamela Chapman</u>:  <u>Monique Burgess</u>, yesterday you teamed up with <u>Bethany DiNapoli</u> to sexually assault my vaginal canal again.

<u>Monique Burgess</u>:  I will never do that again because sometimes it really is me, but we pledge loyalty and I never knew.

<u>Pamela Chapman</u>.:  In a court of law you equally liable and guilty, so be careful who you pledge your loyalty to.  They don't stand up for you in a court of law, and you will learn that experientially. **8:47AM**

January 25, 2022

So now as <u>Saul</u> what do you think is the big picture? <u>Saul</u> claims something big is going on and no one will ever know for at least a 100 years or so because something is shifting. We are moving out of religion and back into the spiritual realm. We always have some form of religion. It just takes an older ancient form that is all. But to be far we don't need a messiah we need a messenger of distinction. What is the message?

Pamela Chapman
pamelachapman.com
fb.pamela.cop

That we are approaching the end of the 5th root race and we will move into the 6th root race at the beginning of the next 2,100-yar cycle which many claim will be focused on Brazil, but not likely. It moves back to the Hebrews to the start of it all, and then once again the diaspora begins throughout Europe and the Middle East. We just did that historically by moving people out of Syria and into Europe. That is not the same thing. An earthquake will trigger the movement of people. Sometimes a whole region dissolves, and it creates a new geography. It won't this time. We have done that all before. We created deserts out of forests and forests out of deserts. The same thing can happen again. We move the fertile and the dry, and rearrange mankind's settlements. Where man's root race cultures have always remained as root race people, they will remain. The diaspora's really don't affect them.

Melchizedek Guide Number #97, #98, #99, #94, #95, #96 all claim you are just too much for all of us to bare and my f' brother is too stupid to even like you, but I now know the two of you are just too much for all of us to bear witness to, so just get a room, ok. Get it out of your systems. If you chance to move to Boston and you and he never meet I think the world will collapse.

**6:38PM** Andrew K. Parsons, MD: I just wanted to slander her name which is why I told everyone she had an abortion and an affair with Donald Jagoe. I told everyone I could that my wife left me for another man and he didn't want her, and she got left holding the bag of a divorce. And, that she had such a mental breakdown and was acutely psychic over the breakup. Then, she had trouble with her kids and a whole lot of issues which were never true. 6:40PM

Dictated after a huge attack **Michael Harner** in support of Nola Ganem to prove she was not a liar because she had told everyone, **Pamela Chapman** was the most despicable person in the Public Commons, and if she could not get something on her, then they'd all think she was a liar too.

Nola Ganem has been on Pamela Chapman since early this morning. She told Harry Gural, she would be his nonstop companion every day. He says, *"No way, Jose. I'm not your companion, lover, spouse, anything ever. Leave me alone."*

And Nola Ganem claimed, *"I need the support of a man like Grenville Vernon Craig, or Andrew Parsons because she has no more credibility in the Public Commons, and no one believes her. She is using their names to underscore the answer to the attacks she created all day against Pamela Chapman."*

It has been a nonstop day of attack by Nola Ganem but also using **Grenville Vernon Craig**, Bethany DiNapoli, Monique Burgess. Maura Lindsey said, *"I never wanted to play the Nola Ganem game. If you belong to this Thievery Ring, you must play whatever they want to play. They use your name whenever they want to get you blamed for slander and defamation that you did not do."*

Pamela Chapman
pthechapman@cox.net
401-662-9510

1470

So why belong to such a <u>Thievery Ring</u>?

*"It is what we pledged. No one realized how out of control it all has become."*

*"Whenever we step down, and we never step out. But, you cause all the trouble, all the abuse, harassment, rape, and assaults."*

<u>Carrie Crosson Gilpin</u> said, *"This is so out of control. The entire world now knows who to blame for everything. No one believes you are without blame <u>Andrew Parsons</u>."*

<u>Eric Schmidt</u> of Google said with his wife <u>Wendy Schmidt</u>, *"We struggle with being real in real time in the early days of Google on the internet. With the internet, we all now recognize that we are real in real time. We can communicate instantaneously there as well as here."*

If you are this way in here what are you like out there? If you are a jerk online do we want to know you there?

We say, *"We got over that years ago. We all now know who were are. If we don't like you on Facebook, we probably don't like you here or there."*

<u>Andrew Parsons</u> says, *"I refuse to take the rap for <u>Nola Ganem's</u> behavior today and every day."*

*"Well, you set a course of total destruction of <u>Pamela Chapman</u>, and gathered up as much support as you could in this <u>Thievery Ring</u>. They all pledged their loyalty to you. You had a whole group to help you. <u>Pamela Chapman</u> only had herself. Is that a far fight?"*

No one helped her ever understand his space. Plenty of people could. They did not. Diplomacy on her part never worked, neither did any kind of negotiation. Only raw attacks and screaming worked. **6:52PM**

Her whole body does not feel well. It is out of balance. She can't go to the bank without everyone attacking her accounts. She can't take a shower without remembering that all the women in the <u>Thievery Ring</u> are attacking her for being naked in the shower. They are harassing her for being naked, and telling her, *"You have an ugly naked body."*

<u>Bethany DiNapoli</u> kept saying, *"I'm was **waiting for** her to masturbate in the shower."*

This was the attack this morning. It was <u>Nola Ganem</u> determined to make her confess to all this masturbation sometime in the past in the shower.

*"Are you f' kidding me?"* she asked.

1470

Then, it was revealed that Nola Ganem said, *"I will force her to confess to something so that I don't look like a f' liar in the Public Commons because I told everyone she was the most despicable person if all."* This sounds like Andrew Parsons, but it is Nola Ganem his third and fourth sorcery wife.

Andrew Parsons refuses to allow my sorcery spouse to stand down just because of crowd control reasons.

Nola Ganem:  I stand down for so many other reasons, and I you don't I will sue you for some kind of liable.

*"You can't. It was your fight, and now you must live the consequences."*

Andrew Parsons:  No, I refuse to allow Nola Ganem to do this as any one's sorcery spouse.

All sorcery spouses do is masturbate together. Besides, you know his psyches through and through. If he tells you to stand down, you stand down right away today.

Harry Gural will say the same.  Nola Ganem,  if Harry Gural tells you to stand down, you do it right away ok?

*"Yes, Harry Gural. I always knew you'd come back to me."*

*"No, Nola Ganem, I am never coming back to you."* I just said, *"Stand down, and you just did for me, ok? I love Pamela Chapman. She is my soul mate, and you are just a cosmic interference."* 6:59PM

7:12PM they say, if Andrew Parsons does not stand down right f'now, he will soon get himself a subpoena in court for a whole lot of slander and defamation charges because several people all are pondering, *"Why Pamela Chapman has not yet called a f' lawyer?"*

No lawyer will take her on until she has privacy. It's a catch-22.  Andrew Parsons, Alberto Villodo, and Grenville V. Craig say, *"They will delay, and delay, so she can never sue."* They will delay until after said time period so that she cannot sue.

That will never happen because in this case you have every legal reason to go to court as soon as your notes are prepared, which could take a little while. She can't get enough done. She **gets harassed and abused for everything she says or does.** She can't even pay a bill without harassment. Then everyone wants to join the harassment brigade, and harass her too. She will take them all to court if she has to. She does not care. Get off your f' moving train and stop all this abuse. She will screw all of you once she can and she will. So, get your head screwed on straight because she will come after you with a cannonball of lead aimed straight at your legal face.

Saul claims, *"No matter what they said, they'd abuse her every day until she died."*

1472

She said, *"No way Jose, you fix this right away. I am no abused victim. You f' straighten this out or else when I am on that other side, I will rearrange your f' face as a <u>Melchizedek</u> guide on the other side. Since I will won't be in the guiding realm myself I will trip you up every f'time. So straighten out that halo of yours <u>Grenville V. Craig</u>, <u>Alberto Villodo</u>, and <u>Andrew Parsons, M.D.</u>, because I will see you in court. My halo and my crown might be battered and torn, but it will be there somewhere, even if I have to hire a newly crowned gun. We hire guns. We don't fire them. I'd never fire a good gun myself, I'd only hire them to get them on my side of the equation—which is my side. Ok?"*

I have all the self-incriminating notes, in real time with date-time stamps. Is that good enough for a judge of the US Federal Circuit? court system. 7:21 PM We got savvier and savvier as we went along. <u>Amey Cardullo, Esq.</u> and <u>Turner Scott, Esq.</u> have the earlier notes, and we have lots of witnesses. <u>Tim Hollister, Esq.</u> Wesleyan '78 from West Hartford, CT. He has some good notes.

This escalated so high and so wide that no one could then believe it could get to this. It did. This is slander of the worst kind on every count including falsifying medical documentation and committing fraud to obtain your manuscript. Anything to commit slander of any kind and keep her out of a job in Newport, RI which she diligently applied for. Yet, the <u>Tom Hockaday</u> house had too many people in it. <u>Andrew Parsons</u> sat there night-after-night reading her book out loud.

If he had not read that manuscript out loud in the house,  so many people would never have known about any of this. On February 4, 2022,  everyone already knew and you were the last to know about the theft of your book. Her prior good friend, Jessica Hagen, helped collude with the ex-husband. She had never previously liked him. In fact, everyone colluded with the ex-husband to slander her, and keep her out of Newport socially, financially, and economically.

<u>Tim Hollister</u>, esq. said, *"Don't worry about the volume of notes. a good lawyer knows exactly how to handle them."*

January 26, 2022

1. Andrew K. Parsons *"do solemnly swear that as of today, Wednesday, January 26, 2022, I will never harass, embarrass or abuse <u>Pamela Chapman</u> ever again."*

1472

*"As of today, January 26, 2022, I have been slandering, harassing, embarrassing, and abusing her nonstop, consistently since January 2009, when she first filed for divorce. If I ever do anything ever again in this sorcery realm or elsewhere in public to the same harassment, embarrassment, abuse, slander, defamation of character, I will do something extraordinarily karmic to repay my children and society, because today, I have hijacked the entire sorcery realm with my personal vendetta against my ex-wife, Pamela Chapman."*

Signed, **Andrew Keith Parsons, MD**

Witnessed by:  **Alicia Barry**, **Jordan Cook, esq.**,  **Dorienne Farzan**, **Elizabeth Kahane**

*"No one will ever know that you and he have parted ways because he conducts himself as if he is still married to her, and that she is his property."*

He chose to destroy her to save himself. He has been harassing her daily 24/7 since February 4, 2021, which was his while objective. He told her that form the start. She has now collapsed, and she does not think she will ever recover.

No one understands how bad it was until **Andrew Parsons** claimed, *"If she is self-triggering trauma in herself, it is really f'bad. I know trauma,"* he said, *"and I caused it in her form this sorcery space."*

The entire **Thievery Ring** Workgroup is doing the dirty work of **Happy van Bourne**, **Kamala Harris** and the **Redwood Library** **Book Committee**.

[**Note:** It is possible that this did happen this way except moving forward other people in the Thievery Ring especially David Johndrow, Bethany DiNapoli and Dominique Alfandre spoke in his name instead. As they all spoke in one voice for one unified mission of destruction, he stepped back. Those in the sorcery realm can hear his actually voice and rarely do they hear his actual voice. They hear others instead, but they use his name. 11:05 AM 8-20-22 Today, David Johndrow is consistency speaking through Andrew Parsons' name, but everyone knows it is David Johndrow instead. He is more cruel and has a difference cadence to his words. There is no honor and character amongst thieves.]

**Nola Ganem** just claimed, **Pamela Chapman** can't sue in a court of law. She will support **Andrew K. Parsons** until the day he dies.

**Alberto Villodo** says, I am equally liable and culpable for this outcome. I remove all incendiary and otherwise harmful tags and situations, people and outcomes. I never want to meet **Pamela Chapman** on any street because she will never look the same to me as when I first met her last January 2021. She has evolved into a different person based on what we all did to her. (Just like in the book, **The Yellow Wallpaper**).

**Nola Ganem** said, *"Harry Gural will never satisfy you, so don't ever try."* **5:28PM**

Pamela Chapman
pamelachapman@comcast.net
1/26/22 2:05 pm

## January 27, 2022
### 12:22AM

*"Why did you abuse, harass, embarrass, scandalize and defame the character of your ex-wife now and in the last ten years?"*

*"It's all the same? I needed to make myself feel better as a man."* **12:22 AM 1-27-22**

*"She didn't make me feel good enough as man in our divorce so I set a course to kill her character and assassinate her here, there and everywhere I can. That is why she was so dejected in Newport, RI."*

*"I read and re-read her book, and sent it to everyone I knew. Then read and re-read it at* **Tom Hockaday's** *house until they all said, "Stop reading. I can't take it anymore."* But, they did, and he did.  Then **Carrie Crosson Gilpin** read and re-read and retyped the book.  Then, **Tara Plochocki** and **Carrie Crosson Gilpin** read and re-read the book and massacred it.

One-by-one, we are here today, when **Pamela Chapman** said, *"I would rather kill myself than live one day longer because my body is now trembling, and because I'm having a panic attack or a nervous breakdown, or something. Whatever it is, it is  itself triggering trauma in my fascia tissue."* She knows yin yoga and PTSD as a certified 400-hour yoga teacher training person. *"I know PTSD and I'm having a quantum physics rendition of it.  As an enlightened person's body, the nervous system and the hormonal system are different. They respond differently that an unenlightened person's. It's quantum physics. Deepak Chopra, M.D. is an excellent person for that."*

### Alberto Villodo, 12:51AM EST

His number one sorcery tool, his stock-in-trade is to help women to let go towards their sexual freedoms. What does that really mean?

*"I help women be in their life through self-knowing, service, and womanhood, own roles."*

*"Seriously?"*

*"Yes."*

*"Is that shamanism?"*

*"An advanced shamanic master always has a harem of women to service them. No shaman ever leaves his tribe of men for another nation elsewhere. He gets all the sexually free woman. That is how the shaman / sorcery tribes have always worked. They sexually service very well. It's not Peruvian. It's  Andean."*

Pamela Chapman
pttrchap@natra.ces.net
401-662-0510

*"No, it is not. It's Siberian. It is the same root race. They all want extra kundalini practice. No one man ever is completely satisfied by one woman in kundalini."*

**12:51AM 1-27-22**

**1:02AM -1:12AM**
Andrew Parsons:  In the end, I know now what I will be dealing with. Pamela Chapman will publish that book, and I will have to take it in the chin, but since I will be the one dead, he will deal with me first and foremost.

The entire guiding realm will know who I am, and what I've done to a Melchizedek guide on that side.

Cathy Wicks never stopped loving you. How could you betray her, and abandon her for Carrie Crosson Gilpin?

It was just so easy. She couldn't stand Pamela Chapman either. She and Andrew Parsons bonded oh so well over the destruction of Pamela Chapman. It was all too stupid, and so perfectly aligned that in the beginning all they talked about was how to destroy Pamela Chapman, but so did all the others. **1:12AM.**

Stanley Chapman put Harry Gural next to you last night and told him to just say a few words and no one could believe he never left your side and you said, *"He stayed up all night, but not because you were talking excessively. You were talking some and listening some. Then you and he just oo'ed and coo'ed."*

*"No, we did not."*

*"Oh, yes you did."*

*"Oh no we did not….on and on and everything."*

Now he claims you and he never have to marry. That is true. February 12th is too soon. Maybe 3-5 years is better.  You said, *"Maybe 8 years, or maybe we just live together until we want to leave each other."*

And he said, *"We marry instead."*

She said, *"Maybe we get married on a beach in the Caribbean in a beach coverup,"* and they said, *"No, I'm not missing this one. You will wear a proper dress."*

Pamela Chapman
pamelachapman.com.net
101-00-240510

We say, *"10-15-20 people tops and we go someplace really private, and never tell you a single thing ever again. Oh, and he pays for the wedding, so he gets to control the guest list."*

*"Ok,"* he says. *"She'll take care of little things, and I will cover all the other stuff. That is rule #1."*

What if she has more money?

It will keep the guest list down. The event is banned in Newport and on social media. We plan to sell it to People Magazine. *Kundalini Master Weds in Newport.* It will be a best seller especially in Fall River, MA. We could always just serve pigs in a blanket and cheap Newport wine to the guests. The hors d'oeuvres serve to remind us all of our past lives and other declines, and to always remind him to wrap her in his mother's guilt at least as he did with so many others, but since she is not a pig in any blanket, we remind them, *"We eat our enemies and just leave the crumbs behind."* **12:07PM**

P.S. We must do a vegan "pig" and a veggie "blanket" You will have to use your imagination of this one. It could be anything. That is the whole point. For you it is a pig in a blanket and for you it is something entirely else. We don't serve champagne. We serve <u>Dell's Lemonade</u> instead. With pureed strawberries in stemware.

*"What happens in the fall?"*

We switch to cocktail iced tea and then gather up all the fallen leaves and sprinkle them around the table top and serve fudge brownies or chocolate covered something, or we just say pass the frozen whipped banana bread topping – or a whipped avocado something, but we don't say what.

In winter time, we all just suppress, and undress to our hearts' regress.

In the spring we just ping ourselves and pop out of our old winter house but never before May 10th. We stop now. Ok?

**4:22PM** Through sorcery, <u>Andrew Parsons</u> was allowed him to listen to every conversation <u>Pamela Chapman</u> had with anyone at any time. He felt entitled to know her intentions from now until the time he died. <u>Alberto Villodo</u> put this in her back in October 2021. Has he found peace with knowing every conversation?

"No, because she doesn't have any, and not a one of those conversations reveals anything of any value to him because she has had so few. She doesn't say a word to anyone about anything. He has found them unreliable, except today when she and <u>Harry Gural</u> were talking with her father about his health – channeled through <u>Melchizedek</u>."

Pamela Chapman
pbischapman@cross.net
860-992-9516

Two Melchizedek guides with Stanley Chapman were comparing notes about Andrew Parsons health that Alberto Villodo blabbed and commented on to anyone who would listen. It's coming through Jerry Slocum who had been stripped of his ability to talk. **4:37PM**

### January 28, 2022
**10:52AM**

Bill Gural:  Michael Harner keeps putting Christine Bush, esq. in Harry Gural's psyche. This is about the fourth time she has arrived at night to swoon and seduce him into becoming a sorcery spouse. That would make her part of his harem. That was her whole mission. That plus the Heart Ball. She needed a new date more that a new clinic. Usually, he eventually breaks down because he can't stand to keep the line drawn, so he finally agrees.

Michael Harner claims, *"It is because he and Jerry Slocum want Pamela Chapman to fry and cry herself to sleep."*

It won't happen. Fry and cry doesn't suit her quantum physics. She already fried in August 2021, and now she has been tortured to death, and is devoid of human emotion, and human relationship and is almost empty to the point of destruction and death, which is the metric of completion for Andrew Parsons, and now Jerry Slocum and Michael Harner. Total Destruction, moral decrepitude, and death is the only acceptable outcome for three men, and for some reason Christine Bush, esq. delivers that in a relationship with Harry Gural.

Harry Gural completely stands down. He says, *"This is not who he is and not what he stands for ever, and if Michael Harner is that kind of shaman, he is so turned off by shamanism. He never ever wants to be considered a shaman ever again."* Pamela Chapman got to that point months ago with Alberto Villodo, so did Ralph Parod, and a number of others. They aren't shamans, who are healers, they are sorcerer wizards, black magicians.

Bill Gural also claims, *"That for any person to get to my brother, he or she must go through me first, and no one gets to him without my permission, and Christine Bush, esq. has no reciprocity with him or me. Pamela Chapman has reciprocities with both of us. Yet, she can't get near him with any consistency. Jerry Slocum and Michael Harner both made sure, they can't be together, not now or ever. For some reason, both men are in sheer competition with each other. No one can step down to take the right steps to finish this competition properly."*

Also, Bill Gural said, *"If you want to be with Harry Gural you must be cleared by Emily Parsons and me, and neither can say any of these harem women are cleared, or able to be cleared properly. Emily Parsons knows many of them. Her mother knows all of them.  No one gets by either of us without some knowledge of these people. Christine Bush has no pass to be here with my big brother, and Pamela Chapman has every pass because I have actually met her*

Pamela Chapman
pmschapmann.com.net
401-662-9551

*in the past with my father at Wesleyan University and at my family house. She spent the night there in October of 1980. 41 years ago."*

*"If you think <u>Pamela Chapman</u> has a mental deformation you are mistaken. She and I understand perfectly the problems in the past and the future, and no one thinks she is suicidal just completely without a plan for the future since these men have made her so tortured in this space. In the last 10 years, she has had no ability to navigate the future with any relationship or financial opportunity. The book has been destroyed, her relationships destroyed, her social life gone, and every other aspect of living has been destroyed, and <u>Andrew Parsons</u> could not be happier."*

*"<u>Emily Parsons</u> knows that you and she have relationship issues but like my brother you asked us to trust you and we did not, but now we understand what you were seeking and why you could not speak your own truth then, and why out there it is very difficult to get this information out and understood."* 11:06PM

11:13PM <u>Harry Gural</u> says, *"Maybe, I am so over-stimulated, I can't stop."*

That's what <u>Pamela Chapman</u>, <u>Bill Gural</u>, <u>Emily Parsons</u>, and <u>Stanley</u> thinks. The amount of kundalini and masturbation this summer and fall was too much for any average person to accommodate.

<u>Harry Gural</u> says, *"I know my limits, and not to cross them."*

*"Yet, he is triggered so easily. When he is just sitting, if someone even lightly seduces him, he is off and running."*

<u>Bill Gural</u>:  <u>Pamela Chapman,</u> you know my brother, so we...

<u>Pamela Chapman:</u>  Maybe, but it doesn't matter. I knew him from the start of this adventure and recognized him, when no one else her could. But, it never mattered to him, he betrayed me too many times. He claims, *"I'm not his type."*

This is now a competition between <u>Jerry Slocum</u> and <u>Michael Harner</u>. <u>Pamela Chapman</u> is being tortured for is. When and how will this end?

Right now, but they never mean it. There is always another ordeal. When does the guiding realm take over?

Right now. No one can accommodate your ordeal either, <u>Pamela Chapman</u>. To be this tortured is too much to handle. You can't handle one more day, and they want this for the rest of your life every day.

*"Why does this take so long?"*

*"This business with <u>Michael Harner</u> and <u>Christine Bush</u> is too stupid for any of this. How many times do we repeat this?"*

Pamela Chapman
pamelachapman.com/contact
artland 2019 to

*"Too many, over and over."*

Harry Gural do you understand what they wanted to do?

*"Yes, and I can't understand why they keep at it."*

They kept saying early this morning, *'We will keep on Pamela Chapman until we find her breaking point. Then we will see what she will do from there."*

Pamela Chapman said, *"I am already there."*

The Tuning Forks said, *"Jerry Slocum, Michael Harner, Saul, and Samuel have all stood down."* Christine Bush, esq. said, *"I stand down, and so does Nola Ganem because after Christine Bush, the next person to re-try Harry Gural was to be Nola Ganem. This is a repeating pattern that never dies."* **11:26PM**

The run up to this was Harry Gural was telling Monica Rogers, *"I don't understand Pamela Chapman, and that she and I have little in common, and I can't see spending any time with her there because I can't understand her here."*

She kept saying, *"That doesn't make any sense because the other night you were so tight and so clean, and you kept professing your love and relationship for her. Yet, last night you were a completely different man. What happened? What did he say?"*

He had no real true explanation except that they must leave together because all the women in here that he spends time with are the worst people in her mind. He has chosen them over her. Monica Rogers said some really cruel words about who he must really be. He was a psyche. **11:40PC**

## January 31, 2022

From Tameen Saied and Emily Parsons: Tara Plochocki told everyone at Kundalini Crossing last July and August, they needed to tell their favorite passage from *Barefoot in Heels*, in addition to her SS#, and an insult about the author herself. Harry Gural only knew about the insult and he wrote many of them down and even questioned a few. He stopped the practice himself. They arrived at Kundalini Crossing with intent to slander and defame. They communicated venom to Harry Gural in exchange for being initiated into a Kundalini Crossing practice, part of Level I of The Game of Thievery. The exchange was part of vetting new Thievery Ring participants.

Pamela Chapman
[illegible]
[illegible]

Emily Parsons claims my father said he can't understand my mother, but my brother and I get her involuntarily which means we get her completely. It's a Hillary Rodham Clinton term for we understand and we never had to try. If we get her this way, why can't Andrew Parsons also?

We all say, *"Get over yourself Andrew Parsons because the entire global community now thinks you are a jerk off of the people. No one ever wants you to visit them, or speak to them here or there because you are to cruel, vicious, and stupid to understand human dynamics and relationships. Why on earth did you walk away from a 7-year relationship with Cathy Wicks to pursue a revengeful vendetta against our mother for choosing to talk a spiritual path of redemption and enlightenment and then tell everyone she was morally decrepit?"*

They all wanted to believe him. Everyone believed him. No one gave her the benefit of the doubt or disbelieved him. That is her unjust reward for living quietly.

Now we, Tameen Saied, Harry Gural, Emily Parsons, William Parsons and even Meaghan Perry says, *"Get the hell over yourself Andrew Parsons because the entire world thins there is something wrong with you because this woman is so demoralized and so underutilized and under privileged at life. You are following her every minute 24/7 and have been since the early summer 2021. Why did you ruin your life to do try to destroy hers?"*

William Parsons claims her screaming works, but it is too much for most people. She is never a screamer by nature. Yet, Jerry Slocum stated unmistakably, *"I need to know where her bottom is."*

She said, *"Right here, right today."*

Today we learned, Saul (Kathume + Samuel) wanted her so dejected that when she dies, she will be forced to join Saul's Thievery Ring on the other side. Saul knocks out her 3rd eye in human life so that when she arrives on the other side she remains knocked out. Then Saul has someone like Jerry Slocum pick her up and transport her to their place in the realm. She is only allowed to wake up if she will commit acts of thievery on their behalf. *"I make her so dejected in this life that she accepts me when she is dead,"* he said. They did this to each of the seven past victims of these stories that Stanley and Erin found and woke up. Now, this time, they wanted a clear channel to help them out, but failed to understand Melchizedek Café never helps any soul like that. She just wouldn't be able to channel. She does not belong to this guiding realm. Dead, she goes straight to a Melchizedek Café place, which is untouchable by Saul, and the rest of the guiding realm.

All the men, Alberto Villodo, Harry Gural, Andrew Parsons, David Johndrow, Grenville Craig, think you, Pamela Chapman are unattractive, fat, and can't pull yourself together. Yet, even Alberto Villodo did it to her too many times to make Bethany DiNapoli and Nora Diedrich feel better about their fat bodies. Alberto Villodo claimed last spring, you are putting on too much weight." He did say the same thing about his own legal wife, Marcella Lobo last spring/summer 2021. He told Pamela Chapman she was doing too much ecstasy with her nightly intake of cocaine, and that was causing her to get too much, and asked Pamela Chapman about reduction strategies."

This is classic abuse by men toward omen. Gretchen Carlson said several times last year, this is Roger Ailes. Judge Colleen Hasting also said 12:25PM 8-20-22, this is classic abuse of men against

Pamela Chapman
pam.chapman@cox.net
IrelandParsons

women. Thy don't want you to take care of your physical bodies so they insult them. <u>Grenville Craig</u> hammered this by saying she was always sticking her fingers in her butt to defecated, and after 30 days of continuous pain on August 20, 2022 due to hemorrhoids, she can say without a doubt, she never ever stuck her fingers up her butt for anything and if there is a remedy for constant pain due to hemorrhoids she would do it in a heartbeat. He was commenting with such regularity over her urinations and bowel movements she kept asking would you like to measure them in a beaker or on scale, and plot the numbers on a graph? He was obsessed with her output of bodily functioning.

In summary, <u>Alberto Villodo</u> was always classically committing abusive acts against her using her weight. She never stepped on an actual scale. He would say, I have the ability through sorcery to ask about exact weight on a scale, and I get a numerical answer. I know exactly how much you weigh. If you gain weight I know. He and all the <u>Thievery Ring</u> people were watching her undress, change her clothing and take a shower. They all said, *"She is the fattest size 2 I know."* <u>Grenville Craig</u> is all toilet talk. He is obsessed with whatever bodily functions come out of her body. He harasses and abuses her over it, and so did the entire <u>Thievery Ring</u>.


<u>Dominique Alfandre</u> is never going got admit her financial resources to anyone. She does not want anyone to know how wealthy she really is because then she can play Caliphate Nation ruler from a place of humble beginnings. She didn't have any humble beginnings. She grew up in Washington D.C. Her father was a builder who built thousands of homes. She went to Radcliffe College. She is never ever humble at all. The family owns a place in Paris. She owns a place in Florida. She owns a compound at 16 Warner Street in Newport of three dwelling including her brand-new construction of a "Playhouse", an entertainment space with a loft guest bedroom. It has a kitchen, dining area and grand salon with a stone fireplace and a grand piano. It is a meeting and entertainment space to do as she pleases. Her sister runs the family foundation of <u>Robert Alfandre</u>, her father who lived on Embassy Row in Kalorama Circle.


## February 1, 2022


<u>Saul/Kathume/Merkle</u> + <u>Samuel</u> wanted to capture the Black Llamas for his/their own enjoyment. When did Saul's this competitive aggressiveness begin?

11,000 years ago is what the old guides say. Now that <u>Helen of Troy</u>, <u>Sesquatuwhan</u> and <u>Tameen's Guide</u> have birth been captured, we will end this Big Book Story Guide War permanently. In the Guide Ward trilogy, it is the reciprocity or relationship third leg of the war that is the most egregious and cruel, and no one ever is released in life or death, but they will be now because we have blown out their third eyes: we have destroyed the keyhole, we have twisted their head and inverted their auras to make them the hanged man. Inverted they are destroyed permanently. We did this yesterday and today August 5, 2022.

Polly an judith
procorproductivecoulel
301-555-93 ld

1482

Saul thought Pamela Chapman could have been a lynch pin trophy for them on the other side. In death, she could all channel for them and they could beat Melchizedek. But, Melchizedek always wins the war when we take the long view. You might win your short battles and declare yourself the victor, but in the end, we won. But now, we all must heel and heal.

We just change our intentions from destruction and death, incapitation, financial hardship, social isolation, harassment, sexual assault, fraud, and other matters, and shift our full awareness to healing. If we do not change our own intentions and heal ourselves first, we as a community will never heel and heal this Hate Crime, which only recruits newer and newer members to augment the old. The guides mimic the people. If we heel and heal, they must heel and heal. If we heal, they must turn away.

So, today and everyday moving forward, we say, we learn to breath. We learn to be grounded, we practice self-care, and one-by-one we will heal ourselves, our families and our communities. It all starts with the self, not with the other. It starts in, and it starts in you simultaneously. Together we will heel and heal all of us naturally together. So, sing out loud *"Kumbaya My Lord"*, and drink the Kool-Aid of self-care. Find the best yoga studio you can go to there, and every day visit them at 9 am until you are the very best version of yourself. It will take at least a year or two.

If you are this focused on self-care, you do not destroy anyone or anything. If you take care of you, and I take care of me, we will all heal together simultaneously. And for goodness sakes, stop eating processed food. That alone is self-care. You will make yourself feel like a million bucks, and you will have it, because you didn't buy all that pre-packaged processed food, especially that made by Campbell Soup Co. It is bad for the body and health, bad for the carbon footprint of the earth, and you will see your waste stream decrease, and probably our waist line too. 10:39AM August 5, 2022

Saul is a bad seed. *"Pamela Chapman you and I will never see eye-to-eye,"* he said.

*"We do not get anyone actually guide a victim after we declare them ours. You become the property of Saul, not Samuel."* In fact, Samuel by at least three names, Fred, Maria, Zenia Theresa, and one other name. we used to say, *"I am your guide now."*

Pamela Chapman refused him. She said, *"I take either Stanley or Erin Hennessey, and only them. You must step down. I refuse you as my guide."* Every person has the right to say that, and it happened.

Saul who is Kathume + Samuel said, "We did not know if Jerry Slocum or Michael Harner would work out until we played the game, but once we started, we knew they would be ours in perpetuity because they played our game our way. Alberto Villodo doesn't play our game our way, but Bethany DiNapoli does, and so does Cole Burgess. We can always use more, but they now belong to Saul and

1482

Pamela Chapman
pamelachapman.com/book
(to) 2023

not Samuel. I can't live as a human when I am with Saul, and he has not had a last life time either. His lineage doesn't want him back.

Harry Gural and Pamela Chapman were staring at echo her in the 3rd eye. She has been doing this all along. He always turns away. In the beginning, he said it made him sleepy right away, and twice put him in a trance state with someone else. She said, *"Why do you not stare at me anymore?"*

He did this nighty with Nola Ganem and all the others at Kundalini Crossing. He can do this naturally with Pamela Chapman. She and he had it from the start with him, but she did not know it was a sign or indication of anything. He did. Harry Gural walked away from every sign they were natural kundalini partners. When he stated that in the presence of Roger Kass and Becca Bertrand, it was sudden, euphoric and excitatory. Yet, he never bothered to teach her anything. He jumped into her, and made her lead. She had no idea how to lead this, and was not able to use him as the game board as every other woman did. He made her the master.

Pamela Chapman has to lead the co-dependency of the relationship. He does not return any favor of replay. He will do it for all the others. He thought in college, she was the goody-goody co-dependent. Yet, he was, and is after all. Tory Maletia says stop typing because he will go into a tail-spin of remorse for not getting back to you earlier. No one will ever see this man again in this realm because he can't keep his energy contained,  kundalini, masturbation, game show host, or otherwise. He is always giving advice away and having lots of laughter and so much fun. Yet, he can't speak at all when Pamela Chapman is around, and with Elizabeth Kahane, he had hours of laughter and fun. He doesn't know how to do that with Pamela Chapman, nor does he or they ever involve her or engage with her to even just sit and watch for her own fun. He claims he has no idea how to talk to her here. Out there, she in turn has nothing much to say, unless you really know her well. They are paralyzed at a long-term standstill. **3:07PM**

Tory Malatia knows two women he actually dated. He doesn't yet see the pattern, but she will because all these whore and thieves bully him into doing things. In his profession, he will have to hold his own. Oh, he can really do that well. Let's see him do it out there, because Donald Jagoe has the same problem. Jana Jagoe wanted to pull his chain always. Yet, she was not the leadership. He was.  He was always behind her, claiming but I am leading from the front. So, if you hired Donald Jagoe, Jana Jagoe always lead from the front, behind a thin veil of gossamer fabric always manufactured in Paris, France. If you hire Harry Gural, you get him, all his baggage, maybe a whore or two. You don't get Pamela Chapman. **3:10PM**

If Alberto Villodo needed clear channeling he somehow got himself  *"a private answer through you,"* he claimed. If he needed an answer, he got everyone in the Thievery Ring to ask you silently and privately in different ways to get Melchizedek to answer. He never wanted her to know he or anyone else said through her. He wanted to use her as a private channel that only he and they knew about.

It never failed except for a few times.  Now, if someone asked you anything about anything in your life, you just say ask Bethany DiNapoli, Dominique Alfandre, or Nora Diedrich or all the others because they seem to know everything about you because that is all they did at night was ask you

Pamela Chapman
pamelachapman@comcast.net
401-200-3985 ph

everything they could and got all the answers to everything in your life moving forward. They would now become her Delphic Oracle.

Actually, they did not for two simple reasons:

1. The noise obscured the delivery, so Melchizedek Café never properly answered. Harry Gural knows that for a fact.

2. It never actually went through Pamela Chapman, it went through something else her instead. Melchizedek Café claim, *"If it goes through an auric field, we actually never know who is asking the question."* Because Pamela Chapman and Tameen Saied are so careful, we always know exactly who is asking the questions. We always knew that Harry Gural was using her. Occasionally, we gave him a right answer, but we gave him so many wrong answers, that he actually stopped.

It took Nola Ganem a while to say, *"This is too unreliable."* They never knew they were trying to hijack your clear channeling. **This is how Alberto Villodo got his kicks every day,** and there was no way to ask him to back pedal. He claimed he needed your assistance this way because he inadequate as a shaman—because he was no shaman, just a true sorcerer black magician, and as a man. He never bothered to read you in, and tell you what he was doing, which was a mistake with Melchizedek Café. He sent everyone in to abuse the privilege. It was torturing you.

You were never ever in jeopardy. The questions did not originate from you. If they all got the wrong answers, then that is too bad for them. They actually never counted on anything they learned. They were just cats scratching at the post of your Melchizedek Café inner wisdom. They were far too itchy for their own good. Curiosity killed the cat, but really, this was unmistakably torture not for them, but for Pamela Chapman.

Melchizedek once thought it was odd, and gave some strange answer. Nora Diedrich claimed, *"This just isn't right, and it was not."* So, you see if Melchizedek is stumped, and since these women don't practice discernment, then they will mislead themselves. Pamela Chapman feels abused and mislead. Melchizedek claims, *"You should not because for Alberto Villodo to do this to an enlightened clear channel means he will never achieve this in any of his lifetimes. For Harry Gural to do this, we aren't sure what this means. He was so sure of himself, yet he did not once stop bringing the others in."* He thought on more than one occasion he had all the answers to your life. It's thievery snitch gossip. He could never reproduce the answers. He eventually stopped. Bethany DiNapoli did not stop. Neither did Monique Burgess. They usually arrived together. They never asked about themselves, only about you, Pamela Chapman. That too is thievery gossip. Melchizedek Café is never ever a gossip.

*Alberto Villodo* claims, *"If you and I have to meet in a courtroom, you will never like what I say about you. You and I are too different for you to take.* I am a sorcerer and not an idiot.*"*

Now, Andrew Parsons wants to know, *"Did I ever do that to you?"*

Pamela Chapman
pmccchapman@comcast.net
401.662.9050

She has no idea. He was always asking me, *"How much money my car cost? How much did other things cost in her life?"*

He and everyone else always walked through Pamela Chapman's sorcery field every f'night on their way to peace and quiet, while they surrounded her with nothing but noise.

They all helped themselves to asking personal questions about Pamela Chapman to stump, harass, and embarrass her. The noise was the wall and you all walked under it to gain peace and quiet while Pamela Chapman had to live with the noise. It all came from Alberto Villodo.

On the way to the other side of the noise, you all asked any kind of question.

Maura Lindsey claims she stopped. The answers made no sense to her. Melchizedek ultimately stopped answering. they knew it was not Pamela Chapman. Alberto Villodo did this specifically. He claims it was an old sorcery trick to fool clear channels, and make themselves look more powerful than a clear channel. It makes a shaman/black magician look more important than a clear channel. They have more sorcery tools in their toolbox.

Alberto Villodo feels so inadequate as a man and as a shaman, he had to do this to you to feel better about himself.

Here is the paradox:  He needed all her inner wisdom, the answers to everything to make him feel oh so powerful as a man, and as a sorcerer shaman. Yet, in order to have that power, he had to imprison her in so much noise that she could not hear a thing, not one conversation with anyone. He either had so much noise surrounding her that her whole mind-body was a physical train wreck. Or, it was so quiet for her that they would play a Whitey-Tighty game. She would  have to scream and scream to be heard, just so he could derived so much authoritative power. He quieted or shrouded her in noise because no one liked it when she would say Melchizedek Café said, "You are lying."

The very wisdom and truth he relied on for his power was the very privilege he tied to keep her away from. He thought, and so did all the Harem women, and Jean and Jerry too, that they could hack into Melchizedek Café and reroute questions and answers to anything they ever wanted without her ever knowing she had been hacked by black magicians. Fortunately, Melchizedek Café is so much smarter than they are, and they have a wonderful sense of humor. The joke is on Alberto Villodo and the Harem, and never on a Melchizedek Café clear channel. Melchizedek Café will mess with answers like nobody's business just to say, *"No way, Jose."* Aug 5, 2022, 5:05PM

If noise and clear channeling secretly without permission is the only way for Alberto Villodo to have all the power he claims he needs in his life to be the all-powerful authoritative one, and if they can't hack Pamela's clear channeling and the noise is absent, then by decree that man has no power at all. He is neither shaman-sorcerer/black magician nor man. That is Andrew Parsons to a tee-. Also Bethany DiNapoli and Nola Ganem also. Wanna go for three? There whole modus of operandi pivots around them gaining power through the destruction of another, almighty power expressly

Pamela Chapman
pamelachapman@icol.and
8044462695-16

from **Pamela Chapman**. When offered another, *"Hey go pick on them instead."* They say, *"No way Jose,"* I need her instead.

## February 2, 2022

I, Harry Gural *"will never marry **Christine Bush, esq.** if I am of sound mind and body. Actually, she married **Andrew Parsons** instead."*

I, Harry Gural claim, *"in the sorcery realm, you only need masturbation and kundalini practice as part of sorcery and thievery projects. It is Level 1 of The Game."*

I, Harry Gural *"used sorcery to destroy **Pamela Chapman** (but not directly at her), and her book on behalf of **Kamala Harris** and **Happy van Beuren**. I did it with **Tara Plochocki, esq.** and her mother **Linda Plochocki** in the sorcery realm."*

## February 6, 2022

Early this morning around dawn, and up until about 8AM, and them again in the early evening while **Pamela Chapman** was typing, **Andrew Parsons** confessed to playing **Kundalini Crossing** games outside her vaginal area. She did not invite this. She did nothing to encourage this. She had to ask **Harry Gural** about it. He was able to have **Andrew Parsons** quickly say, *"I did this."*

She thinks this is a response to something she typed a day or two ago. She typed, *"I had no idea that Harry Gural was playing all kinds of kundalini games outside women's vaginas."* He never played those games with **Pamela Chapman.** So, **Andrew Parsons** seems to have taken upon himself to initiate her this way. She can't get him to stop. *"I stop right now he says."* 8:27AM .

BTW, today is his birthday. The **Thievery Ring** seems to have given him a lot of birthday attention. They never do this for **Pamela Chapman**. They celebrate him like a king.

**Lisa Goddard** got **Andrew Parsons** to stand down an hour ago. She said, *"If you do not stand down permanently, we will make sure you are never welcome anywhere on this island whether a church, a synagogue, a*

Pamela Chapman
pamela@pamelachapman.com
860.460.2905 [?]

*library or anything else."* He loves the public library system. He has been to the <u>Redwood Library</u> with <u>Cathy Wicks</u> for cocktails.

They have officially gotten back together again, but she and he will only remain friends as <u>Carrie Crosson Gilpin</u> has not stepped down as his sorcery wife. She is always with him everywhere he goes. <u>Cathy Wicks</u> keeps forgetting that.

Just get him to kiss you, <u>Cathy Wicks</u>, because that will prove who he is with <u>Carrie Crosson Gilpin.</u> 8:31PM

*"If she isn't going to be stimulated by <u>Harry Gural</u>, I'll do it my l'self,"* says <u>Bethany DiNapoli</u> about who is really responsible for the stimulation in <u>Pamela Chapman's</u> understory that has been going on in the real-time moment for at least 2-2.5 hours. It started with what she will call a kundalini "itch", and moved to what she calls a <u>Monique Burgess</u> "rape". But, when pressed for who is really responsible because the he whole <u>Thievery Ring</u> wants to be responsible, <u>Bethany DiNapoli</u> says, *"It is <u>Andrew Parsons</u> because he wants her to know what it feels like to be so stimulated all the l' time, because she has no interest in such activities in this lifetime at her age, and he is so stimulated all the time by <u>Carrie Crosson Gilpin</u> and <u>Nola Gancu</u>, that he can't understand why she is not interested in such sexual activities."* This is a carry-over from <u>Tom Hockaday's</u> house where she would never have been interested in at any level of participation.

<u>Carrie Crosson Gilpin</u> says, *"Then you and he are very different that way."*

*"Yes, they are."* He is of little sexual interest to her and has been for a long while.

<u>Carrie Crosson Gilpin</u> then says 9:23PM, *"<u>Andrew Parsons</u> is very sexual and needs a lot of attention. She herself has little interest in engaging with him,"* but, then again she is married to <u>Ed</u> and has two grown daughters, and lives in Hartsdale, NY next to Scarsdale. *"I'm done and all through with <u>Andrew Parsons</u> for the evening because I am a married woman and I want to spend time with loving husband of 27 years, or so."* Except, she is divorced and single.

<u>Carrie Crosson Gilpin</u>:  <u>Harry Gural</u>, do you know who <u>Pamela Chapman</u> is?

<u>Harry Gural:</u>  Yes, I do. She and I are of the same soul monad group and at our core we are the same soul, so she is a bona fide soul mate, so sexually speaking we are very compatible. She is not my twin soul so we have more attraction for each other that way.

<u>Carrie Crosson Gilpin</u>: Do you know who <u>Harry Gural</u> is <u>Pamela Chapman</u>?

He is the Newport, RI version of a Kundalini Master, they say. He did not treat me that way, but then again to me he is a man first and all that other stuff comes later…

<u>Carrie Crosson Gilpin</u> says, *"I don't enter into <u>Pamela Chapman</u> until they later tell …"*



Alberto Villodo, it is time to put all this sorcery and harassment to rest. Shamansky herself, Christine Bush, esq. must also stand down permanently because she keeps coming back and chasing Harry Gural to get him to be her sorcery husband. He has absolutely no interest. She is merely a Mt Holyoke 12-college exchange woman desperate for a 12-college exchange co-ed experience, and Harry Gural is just not that man, ok? Wesleyan University is that kind of place, but you are not Christine Bush. Stay in Providence and take a Providence College man. She will never get a Brown man ok? She can have Esmond, but he is gay. He can teach her Kundalini Crossing, Ok? 9:31PM

Oh, Alberto, get over yourself. We all have. Get some help. You smoke enough marijuana and take enough cocaine and ecstasy. You also vape enough, and smoke two packs of cigarettes a day. Give that noise to someone closer to you like Bethany DiNapoli. 9:33PM

**11:20 PM.** *"I put her in the hospital so I could have peace of mind that she would admit to something terrible so that I could resurrect my own ego. That is how I justified putting her in Newport Hospital."*                                        Andrew Parsons, M.D.

That is just not how we put people in psych wards...

No one is ever going to tell you *what* you are guilty of because you , **Andrew Parsons** are so f' guilty of insurance fraud, misdiagnosis, incarceration, defamation of character, and other charges. and Jerry McIntyre, esq. never encouraged her to file for medical malpractice, so she lost out.

Andrew Parsons has been tracking her obsessively and compulsively. He has spent more time focused on her in divorce, than when he was married.

**11:31PM**

February 7, 2022

Early this morning, Andrew Parsons, 6:25AM –the time he used to leave for work, he stimulated Pamela Chapman's vaginal area through sorcery. It lasted until well after 9AM. Somehow she is always now on the cusp of him "flirting" with her kundalini style.  He claims, *"Harry Gural, did not ever do that, so I will."*

Pamela Chapman
pmchapman@comcast.net
401-465-xxxx

They talked for a while about who was really responsible for "raping" her because it evolved to a Monique Burgess style "rape" and the entire Thievery Ring now claims no one person can ever be responsible for raping Pamela Chapman. *"They are all responsible together is what they said."* Yet, Bethany DiNapoli claimed, *"It wasn't me, it was Andrew Parsons who always wants it initiated."* This began they said 2-3 weeks ago. Before that, if Pamela Chapman's "understory" is overstimulated, she could not do any kundalini with Harry Gural.

Andrew Parsons said, *"That was the way the stimulation is set up. Pamela Chapman has to say her understory is under attack, and when she says the word "understory", then it triggers more stimulation itself. It cannot stop, unless Pamela Chapman calls it out. Using the word understory only triggers, which only triggers a more augmented response. It is a Catch -22 that doesn't stop."* That is sexual assault, harassment, emotional abuse, major collusion. They just do not stop. They did the same with the word "pain" in late July, early August 2022 when she was in dire pain with hemorrhoids. The more pain she had, the worse they made it through sorcery. They thought they had finally found a way to best her—through shear physical pain. It was torture. The more pain she had, the worse they made it.

Bethany DiNapoli can't understand how you and Alberto Villodo don't get along better. They did up until some sorcery spouse arrangement. It fell apart completely, but that was exactly when he asked to be able to know everything about her: reading, writing, thinking. It was Jerry Slocum who was the guide who did the damage. Her whole life fell apart after that because Alberto Villodo was always in control and in charge of all of that, and he did nothing but watch her fall apart, and suffer because he needed her clear channeling and her protection plan which included all that noise for himself.

She had no idea he was so responsible.

Stanley claims, *"Jerry Slocum, if Pamela Chapman sits on McBean Charitable Trust, you will be the laughing stock of Newport, RI because she will outperform, you just remember that. Without McBean, she can do her thing too."*

*"No, we like the fact that you outed Jerry Slocum. He thought he was brilliant, but it was Jean Gorham's direct channeling that made him look brilliant, nothing more, and nothing less than that. If he is good with financial numbers, then he seemed to know the pulse of what was happening and it appeared clear and fair, and knew what was not. Well, we can figure some of that out anyway without channeling, but Jerry Slocum was not the brilliant connected mind you thought he was."*

*"And, with his father, maybe, responsible for the Book Committee at the Redwood Library. There is a conflict of interest with your book."* Carrie Crosson Gilpin and Rusty Powell III could be a terrible connection in Newport if people like Michael Holt Massey, Sandra Orsloff, Jackie Egan and the Commonwealth Club get together with Esmond, Carolyn DuPont and the Ross daughters who sat in the Thievery Ring Group. It is all spelled out. Dolly Briggs is at the center of both the Thievery Ring and the Book Committee.

The Ross daughters, Elizabeth, Virginia and Harlan are spies with their parents, Alice and Jim Ross, in the Thievery Ring for The Book Committee. Also, Allegra Chapman and Antonia Chapman are contemporaries of the Ross daughters. The Chapman daughters also have the Brown University alumni connections, and both also graduated from Lawrenceville Academy. Their father, Duncan Chapman, sat on the board of the Redwood Library at one time. Both families live in both NYC and Newport, RI. Both are new, less than 15 years, to the social set of Newport, RI. with their parents.

Dolly Briggs drinks too much, and Daisy Briggs has been known to be anorexic, just like Cameron Burgess. Daisy Briggs writes and records  country songs through Nashville, TN.

David Johndrow and his daughter Kaitlyn Johndrow also claim responsibility for it. They did this morning.

Someone was saying Andrew Parsons said, *"I don't care one bit if I am legally liable for any of this,"* and was flying in the face of any court ballet for assault. The Tuning Forks said it was David Johndrow of Bristol, CT and Sarasota, Florida who did all of that. This means he and his daughter are more tied to the Thievery Ring than anyone thought because most of the sorcery work is done in psyches. Andrew Parsons was so adamant about scaring his wife, that at 6:25AM, or shortly before when she awoke, the Public Commons went from quiet to very loud, and Bethany DiNapoli and a few others asked a few questions as if they were right next to her. They asked her what velocity meant, and social velocity.

She claimed, *"I don't really know."*

Then, they scorned her and Harry Gural for not telling Pamela Chapman what the term velocity meant in the Public Commons. But mostly, Bethany DiNapoli wanted her to know that she read a blog that Pamela Chapman read because through sorcery tools they watch everything she reads and steal it for themselves.  If imitation is the highest form of flattery, they research the source of every email she receives. They let her brain and her life curate for them, and then they steal it for themselves. Harry Gural told her that they all had to subscribes online in their own emails to everything that came though Pamela Chapman's email. They were bound and determined to read everything she read, and harass her for it. Anything she could know, they would know better.

Pamela Chapman went to bed and stayed asleep. When she woke up, Andrew Parsons came roaring at her loudly, claiming he was full of remorse for what he did to her last night, around midnight when the discussion of abortion came up. The entire world said, *"Not that conversation again."* William and Emily Parsons came out with their clans and gave it the all college go with their father. Cheryl Larson said so much that we all asked, *"Why did you not speak any earlier?"*

She said, *"I did, but now you are finally listening, as we never listened to Pamela Chapman, and now we are."*

Pamela Chapman
pamelachapman@cox.net
401.965.9961

Andrew Parsons had to step back because no one, and we mean no one, ever wants to talk with him again. Now, this morning, he is full of remorse because he had no one to talk to. He had lost his social life. He actually texted Cathy Wicks about getting together. When we turn ourselves off here, we actually return to out there.
**5:00 PM**

We know where the source of the fraud comes from now? A day school parent in NYC. Pamela Dorman knows who it is. She always did. *"Pamela Chapman you and I are on the same team here."* It's Kamala Nation. Kerry and Michael Roth aren't in it, but Roger Kass is. Happy van Beuren is involved. Esmond is always involved from the start, but never has to be moving forward. But Nola Ganem is always involved. Anne Hamilton is always involved.

Roger Kass and Esmond have an arrangement, but never again because if this arrangement were to work it would seal the deal for the next generation to come. That means my daughter Ainsley Kass inherits her grandmother's thievery – that is correct, and she's Wesleyan. This is left over from Kamala's Table. She wanted to play the part of Carrie Crosson Gilpin?

Yes, but they refused her due to family. Kimberly Witherspoon claims how on earth could this happen again? Because it always happens tight under your nose. You are not involved. You don't want to be. Richard Pine is always involved. But he has no new clients. It does not matter. It's how publishing works. But he doesn't work with major publishers. It does not matter.

Pamela Dorman claims if Ainsley Kass is involved, no one wins. If your family wants to found a publishing house they can. They have the money. Is that the goal? Is it personal?

Roger Kass says it is a combination. It looks like she is in the book as Social Newport. That is all that is important to them. *"She writes like she is one of us."* They say, *"Off with your head, you are not. Sue. You can't write like us,"* but she writes better than you do. So, there take that one.

*"If I go to Dalton and live in NYC and Newport, am I threatened?"*

*"Yes, you are."*

*"If I live in Cranston or Cleveland do I care?"*

*"No, you do not."*

Pamela Chapman
pamela.chapman@comcast.net

*"So, it is personal, social, or snobbery?"*

*"It is because you come across as Social Newport, and you were not supposed to write about it."* <u>Edith Wharton</u> did and so did <u>Ogden Codman</u>. So, did <u>Henry James</u>, and <u>Thorton Wilder</u>, all 50 years apart.

It's <u>Monique Burgess'</u> plagiarized book that is directly involved now, not <u>Diane Gilpin/McEnroe</u>. They already know how it is coming down. <u>Monique Burgess</u> got someone recently to review it – read it, and they did not like it.

<u>Pamela Chapman</u> says, *"I would not like it either."* It is not on Google Play. <u>Elise Fagnoli</u> took it to another path. She got it suppressed onto a website, and then got it up and out again – that was <u>Noam Zilberstein</u>. <u>Mark Halpern</u> claims, *"I wanted to claim the book was mine, and that you, Pamela Chapman plagiarized me."*

We think so. <u>Harry Gural</u> says to <u>Pamela Chapman,</u> *"You will hate this. Everyone can download it and she can't fix what is wrong with it because her version is so much better."* <u>Pamela Chapman</u> is going to have a break down over the poor quality of the work and the defamation of her authorship. They could not defame her character any further so they aimed straight at the quality of her work and creativity, etc.

There is no more editing. Just intentional illegal download, sale and distribution with marketing. **7:01PM**

## February 9, 2022
**9:28AM**

About two months ago, <u>Bethany DiNapoli</u> as <u>Jana Jagoe</u> gave out in this space at about 3AM, <u>Emily and Williams</u> SS #'s and said she was <u>Grenville V. Craig</u> and that he got these numbers from <u>Pamela Chapman</u> who only had them on a former tax return. <u>Pamela Chapman</u> does not know the numbers at all.

<u>Andrew Parsons</u> gave out these number quickly in a psyche to the women he was connected to: <u>Carrie Crosson Gilpin</u>, <u>Becca Bertrand</u>, <u>Nola Ganem</u>, <u>Maura Lindsey</u>, and two others. They all know them by memorization now because <u>Grenville Craig</u> makes everyone learn these numbers quickly and correctly.

Patricia A. Chapman
pamelagchapman.com net
845.502.0950

Pamela Chapman's numbers started with Grenville Craig, then went to Rusty Powell III who gave them to Bobby McDermott who gave them to Tara Plochocki. She gave them to everyone at Kundalini Crossing, who had to repeat them every time they returned. Harry Gural knew the number, but didn't know where it came from until he did, but he said nothing That was June 2021.

You could not get to Kundalini Crossing without an insult to Tara Plochocki and Harry Gural of Pamela Chapman and her SS#. Bethany DiNapoli knew of all of this and said nothing so did everyone in the Thievery Ring.

Andrew Parsons said, *"I did not know what I had done until I had done it, and then it was too late to take it back."*

We all understand what Pamela Chapman is thinking.

First. Her entire family's SS#'s are violated because Bethany DiNapoli released them all to the Public Commons for at least two months, from mid-October onward when Andrew Parsons joined their group and Carrie Crosson Gilpin made an Andrew Parsons psyche rather fast and made him download everything

Andrew Parsons initially said, *"They only wanted to know all about you, Pamela Chapman."* It is possible Kamala Harris got to Pamela Chapman via Andrew Parsons's psyche because they could not infiltrate her so they used him instead in the war against her book.

Second. Bethany DiNapoli is married with four children, two of whom have graduated from Syracuse University, NY. Her daughter is in a gap-year program in Scotland after 3 years at St George's School, Middletown. Bethany DiNapoli's husband owns a business that cleans office buildings, apartment complexes, homes as industrial cleaners, never as maids. It is a franchise –based business. He is the first cousin of Monique Burgess. They live in a 19th-century house that was decorated by the Newport Showhouse Guild about twenty years ago. She claims she grew up in Westerly, but others say Providence. She graduated from the University of Vermont with a degree in dietetics.

Bethany DiNapoli claims, *"You are way more intellectual than we are, but that is ok because at a cocktail party no one is interested. You make yourself persona non-grata that way."*

It was the fact that Jessica Hagen told everyone, Pamela Chapman, you were *"mentally unwell and your ex-husband agreed."* It happened in Tom Hockaday's. Jessica Hagen and Andrew Parsons colluded together to make sure no one hired you, or liked you, or socialized with you.

February 12, 202

Alberto Villodo has a bride and groom figure in on his desk. At 4:19PM, he has to let go of the bride figurine because he claims he and Pamela Chapman are no longer married, and never were, except fake ceremony done by Saul. The figurines represented the fact that he and she were together always on his desk, and to let go of Pamela Chapman, he has to remove the figurines themselves. He has done this before. It is the only way to make these women go away. The figurines came from his own marriage to Marcie-Darcie.

What does Pamela Chapman do, now?

He removes the bride, and puts it in the drawer for a week, or a month, or a year until he takes it out and remind himself that it is Marcie-Darcie herself and not Pamela Chapman.

He told Jean Gorham one night, *"I can't let Pamela Chapman go because I have no one to replace her with in his figurine."* Now, we know that Nola Ganem has no place to go to regain her composure because this is not what we thought at all.

It is all over a figurine on his desk?

It is like he has acquired a make-believe wife that he keeps in prison with noise and takes over her reading, writing, and thinking to her own demise. He's a virus that kills his host.  **4:23PM 2-12-22**

Through sorcery remoter viewing, it was Jean Gorham who sees these figurines on his desk. Most people can never see Alberto Villodo in his office, but Jean Gorham could through Jerry Slocum. These are figurines from Peru or Bolivia.

This was the day Pamela Chapman and Harry Gural talked about getting married in Kennebunkport, Maine. They are neither prepared nor ready, and don't talk to each other much. They are real for each other and everyone wants to listen in in their conversation. **4:24PM**

---

February 13, 2022
**4:18PM**

Pamela Chapman
pmchapman@cox.net
401-662-9516

**Global Insurgency of the People** lead by <u>Saul</u>, <u>Jerry Slocum</u>, <u>Michael Harner</u>, <u>Samuel</u> who is really <u>Steven</u> yelling, *"Abortion, abortion. You had an abortion at age whatever they wanted to say."* It including <u>Carrie Crosson Gilpin</u>, and <u>Dr. Andrew Parsons</u>, <u>Tara Plochocki</u>, and <u>Nola Ganem</u>-Licensed Massage Therapist. It was a global uprising between 9-10AM EST today, Sunday morning.

<u>Jerry Slocum</u> especially did not care one bit if <u>Pamela Chapman</u> was bothered by the harassment and abuse. No one cared at all. He said, *"Let her commit suicide we don't care. Go ahead. Commit suicide,"* he said. It was terrible and despicable the level of disinterest in the whole affair. No one cared.

If <u>Pamela Chapman</u> is typing, she is preparing for legal lawsuit, and she is not yet ready to hire a lawyer. <u>Saul,</u> and <u>Jerry Slocum,</u> and <u>Andrew Parsons</u> harass the attorneys. They all say, *"I pass."*

At 4:28PM <u>Pamela Chapman</u> is back to the same place of listening to <u>Alberto Villodo</u> scream and echo her as she types. It is the same every day no matter how much we peel back, and no matter how much they say, we are delivered from this evil.  There is no deliverance, only harassment 4:29PM

## February 14, 2022

<u>Alberto Villodo</u> said, *"I can't comprehend the abuse against her. She and I had such great conversations until March 8, when we were falsely married together. Everything immediately fell apart after that. It fell apart grossly and minutely."*

He became an enemy overnight just like that.

<u>Harry Gural</u> claims that <u>Tara Plochocki</u> now says, *"She and Beatrice of York talk frequently."* They do and <u>Sarah Ferguson</u> claims she spoke to <u>Alberto Villodo</u> several times, but he did not know who she really was. <u>Meaghan Windsor</u> always knew, and <u>Harry Windsor</u> always knew everything from Llama Nation.

<u>Harry Gural</u> stayed up all night at three times in May – June 2021, visiting <u>Beatrice of York</u>. Also involved were <u>Wendy Schmidt</u>, <u>Jonathon Karp</u>, <u>Nancy Graham</u>, <u>Mark Halpern</u>, and <u>Tara Plochocki</u>.

There should be dialog from last June and July regarding the direct involvement of <u>Beatrice of York</u>, <u>Kate Middleton</u>, and <u>Sarah Ferguson</u>. <u>Beatrice of York</u> pitted herself against <u>Nancy Graham</u> in a, *"Will the book be sold to <u>Scribner's</u> of London or <u>Scribner's</u> of New York?"* London was always the British Royal Family. Whether it was one location or another, it is always <u>Simon & Schuster</u>.

Nancy Graham always hemmed and hawed that she wasn't up for the project.

They played that dialog for days on end. Pamela Chapman was sent to a meeting with the British Royal family were they said they would be her literary agents. They too, wanted the money, after all. Kate Middleton said they would sell the book to *"St. Martins in the Fields."* When asked, *"How exactly would the book be sold?"*

They replied, *"By diplomatic pouch."*

When she asked again, *"How exactly would that go?"*

Beatrice of York said, *"Just like this,"* through the sorcery realm.

At the point, Pamela Chapman walked away. Beatrice of York jerked her around. She was also having kundalini practice with Jonathon Karp, Esmond Harmsworth IV, Wendy Schmidt, and Harry Gural. Tameen Saied got himself too overly involved also. It was Beatrice of York who told him in no uncertain terms to keep Pamela Chapman in a dunk tank out of the Star Gate.

Trudy Coxe claims in the beginning of Kamala's Table we were never told about your book, and when it all came to the surface, Philip Bilden immediately said, *"I am no longer available and can no longer participate and he just left like that."*

It took over a month to be able to leave permanently, and he said nothing at all. Not one bloody thing, and he got his wife and his sons to understand he had been maligned by Kamala Harris. He is a Republican who was selected by Donald Trump to be Secretary of the Navy, but he turned down the appointment. Pat Fernandez did not recruit him. Then, it was Ways and Means because he is not a favored son in Washington DC. This was a thievery ploy, and he refused to play.

You, Pamela Chapman, refused to play, but had no choice. Once you started screaming, they started paying attention. Most people can't gage the range of response that you have.

*"That's part of my charm. I have more speeds than most. I had to learn to turn them off."* Trudy Coxe understands that completely—I've seen a few.

Monique Burgess claims Alberto Villodo has it out for me today. Who knows. His dialog is boring and lagging. He needs content badly, and it really shows. He will say anything all day, even toilet talk that is so bad and so low for any grown man. It is 2.5-year old toilet training dialog.

Pamela C. Ingram
pamelachapman@comcast.net
860-662-9910

1497

Pull your own plug <u>Alberto Villodo</u>. You owe us all that.

**6:40PM**

<u>Harry Gural</u> has had his lock and keys changed three times. Did he know that? When, where, and how? **One key turn with <u>Pamela Chapman</u>** at the end of Sept early October. **One when <u>Stanley Chapman</u> over as his guide. One when he entered the Star Gate** When **he was put in her 3rd eye**. These are when his keys were modified and turned.

<u>Harry Gural</u> won't be back in the wind tunnel of noise. Neither will <u>Nola Ganem</u>. Now <u>Bethany DiNapoli</u> stands there because she is holding a key. It's here. She got it from <u>Kayla Abbate</u>. That's how you daily stimulate her vaginal area causing a sexual assault. <u>Kayla Abbate</u> who is usually <u>Kathy Abbate</u> says, *"I stand down because I will not stand for sexual assault charges in a court of law."*

<u>Bethany DiNapoli</u> claims, *"I refuse to ever use this key ever again because if I do, it will cause me bad karma."*

<u>Lisa Goddard</u> claims, *"This is never what we want to hear, but <u>Bethany DiNapoli</u>, you have no real leadership skills, training or abilities, and if this is how you behave in front of the world on the world sorcery stage, we treat you as a sexual assault perpetrator and say stay away from our mothers, sisters and daughters because your opportunity to make a difference in the world was not used to the highest standing and abilities, and <u>Pamela Chapman</u>, you did everything you could to stay composed. Yet, no one really helped you, so good for you for finding some messages to keep people focused on higher considerations. This is not what you want to hear <u>Pamela Chapman</u>, but if you had an A, then so the hell what because now that we all know that <u>Andrew Parsons</u> is a real jerk off of the people, how the heck could you consider ever being in social Newport with him? You could not. And if as your sister said, he is sore that you are not as sexually perverse as he is, then this is just revenge for all of that. Then make sure all women know that A. is a political term with implications for free funding at clinics and DNC's are the real procedures that happen with insurance monies at physician's offices and surgery centers. Make sure all your medical treatments are private and secured under confidentiality clauses because that is the federal law in the USA, and no one ever has to admit to any medical procedure anywhere, and if accosted or harassed, also know that the Americans with Disabilities Act also protects you, if you have any disability of any kind."*

<u>Bethany DiNapoli</u> claims, *"I don't talk like that. <u>Pamela Chapman</u> always does."*

<u>Christine Bush</u> now claims, *"I want nothing to do with Newport because if <u>Harry Gural</u> lives in Washington DC, then he and I are both outsiders, and this is what they do to an outsider."* <u>Harry Gural's</u> connection to

1497

Pamela Chapman
pamelachapmanproject
[illegible]

Newport is <u>Pamela Chapman</u>. As a true soul mate, it could have offered him an entree. For you <u>Christine Bush</u>, you could have been considered as legal counsel but did not want the work. That was your entre, legal counsel for a resident of Aquidneck Island. **7:26PC**

**8:35PM**
<u>Pamela Chapman</u>, you never wavered for one minute on your stand on women's health issues, and you were so consistent. They tortured you for that anyway. The content did not matter, nor did the truth or the lie. It was just an opportunity to say something inflammatory that would make people harass and abuse you. That was all that mattered to them. They never cared who they dragged into the conversation. In fact, they purposefully went out of their way to say if you are connected to this person, we will hunt you down, and kill you too.

[Note: For at least the month of March 2021, or two – maybe until and through sometime in April 2021, <u>Pamela Chapman</u> had <u>Alberto Villodo's</u> voice. Every time she spoke, she sounded exactly like <u>Alberto Villodo</u>. She did not like that one bit, but he controlled it. With <u>Kamala Harris'</u> help, he finally took his own voice back and left her with her own. It was not able to be duplicated.]

It's pure torture not to be able to process your thoughts or to have them because someone and will harass you, wake you up, and scream at you just for having your own thoughts. The ex-husband kept saying, *"But I need to know who she really is."*

<u>Bethany DiNapoli</u> said, *"Under no circumstance were you to be freed, and as long as <u>Harry Gural</u> was not married to thee, then she, <u>Bethany DiNapoli</u>, and her Caliphate Nation had control over <u>Pamela Chapman</u> permanently."*

<u>Jean Gorham</u> said, *"<u>Bethany DiNapoli</u> insisted she have control of <u>Pamela Chapman,</u> and as the Caliphate Nation leader she would rule over <u>Pamela Chapman</u>."*

<u>Jean Gorham</u> says, *"<u>Jerry Slocum</u> and I always agreed that no matter what, <u>Pamela Chapman</u> could not be freed because then she and <u>Harry Gural</u> would be free to get married and somehow that would upset the applecart. Then <u>Saul</u> and <u>Samuel</u> lose the Guiding War, and as long as they are not married, they are considered in play."*

<u>Harry Gural</u>:  Ok, I get the game now. As long as we are not married, they can attack me. It forces me to marry her. It's a passive aggressive ploy to get me to marry her. No matter what, they win at what they want don't they <u>Pamela Chapman</u>?

*"Yup."*

<u>Harry Gural</u>:  We will have to get married to satisfy the guides on the other side, but we don't have to like or love each other. We only have to get married to satisfy a wedding and a license.

Pamela Chapman
pmelchapman@cox.net
401-862-9510

<u>Pamela Chapman</u>:  Ok then, you pick what you like, and we work with that.

<u>Harry Gural</u>:  Then, I pick we wait a year or two, and then when we figure out who is who, we decide that we may or may not like each other, and then we either live together or not, until we die.

<u>Pamela Chapman</u>:  Ok then, let's wait five year or longer so that we never have to really pick out any new china or furniture.

<u>Harry Gural</u>:  I never said wait five years. We'll be almost dead. Your birth father claims he has a better plan, but we'll get to that.

Your father claims sell in 2022, and go from there. 9:15PM

<u>Bethany DiNapoli</u>, <u>Tara Plochocki</u>, esq. and <u>Nola Ganem</u> were always courting disaster for you. All of them are always discovering reciprocities that destroy you. They are dead set on the mission of the <u>Thievery Ring</u> which was:  Destroy the manuscript so that cannot be published—destroy her professionally as a writer so she has no money:  destroy her relationships with people – harass anybody she contacts, or those who contact her: and <u>Andrew Parsons'</u> personal mantra – destroy her completely until the bitter end. She must be destroyed completely. She is morally decrepit. She must be destroyed professionally, financially, socially, emotionally, spiritually until she is completely destroyed because I asked <u>Andrew Parsons</u> recently,  *"What is your metric of destruction? What constitutes the end?"* **10:13PM**

**10:51PM**

*"<u>Pieter Roos</u> said some harsh awful things that made me,"* **Andrew Parsons,** *"realize that you and he know each other in a way I do not."* He said, *"If you realized how much effort your ex-wife put into doing some things for the benefit of her children, you would not be doing the things you are doing."*

<u>Andrew Parsons</u> said *"She never cared for those children"* and <u>Pieter Roos</u> said, *"You have no idea <u>Andrew Parsons</u> what a mother does for her children. I do, and I can tell you I would never ever treat <u>Barbara Roos</u> like that."*

*"No, he would not,"* **Pamela Chapman** said. *"I know that,"* she added.

Then <u>Andrew Parsons</u> said, *"I can't tell you what you know and what you do not, but I can tell you if you ever saw her at a gala, she doesn't conduct herself properly, as I can see it."*

Pamela Chapman
pms.chapman@cox.net
401-662-5951

1500

Pieter Roos said, *"I sat next to her at the Slocum's house for dinner when she sat next to Jerry Slocum, so I can tell you she did nothing improper."*

That is a true fact.

Bethany DiNapoli says, *"This is too much, because now I realize Pamela Chapman, you have more social clout than I can imagine."*

Pamela Chapman:  Why is that?

Bethany DiNapoli:  Because no one I know sits at the Slocum house for dinner between Jerry Slocum and Pieter Roos, former Executive Director of the Newport Restoration Foundation of 18 years or more, and currently Executive Director of the Mark Twain House, Hartford, CT.

Pamela Chapman:  Our daughters went to SMCD together, but that is beside the point. It was all for the Newport Art Museum.

Bethany DiNapoli said, *"Well, I didn't get my invitation to that dinner."*

Pamela Chapman:  You never will sweetheart.

Andrew Parsons also says, *"I can't imagine what you will do moving forward Pamela Chapman, because I said such awful things about you, and I do not think you will ever recover, so don't ever try because you will never be able to recover your reputation, and character assassination is against the law, but since I did it anyway, and I got away with it, and you will never get this many people to read your books. I won the taunting game of destroying you. You wrote, and I spoke."*

Pamela Chapman:  Ok. Then understand, Andrew Parsons, my manuscript, my book was not a repudiation or a revenge or anything of that intent against you or anyone else. It's a story of a story. You are the one that took it too far and took it as revenge which you then declared you had to seek in return. Revenge is never sweet, but I did not seek it, you did. The book was not about you. You made it about you. You created an outcome that was completely unnecessary. But, so did Happy van Beuren. It was not a book about her or her family or her precious hospital. She just made it that way.

Some Person:  In the end, he and Happy van Beuren both got exactly what they wanted: Another chance to assassinate you and no one would figure it would be here.

Pamela Chapman– It's a global 24/7 assignation. I know this from last Feb 4, 2021. People around the world knew our names on Feb 5, 6, 7. They all knew who we were from Melbourne, Australia to London, England to Chennai, India.  They all knew us and the story. It was real in real time, globally. And it all stayed that way.  **11:03PM 2-14-22**

Andrew Parsons:  I am completely done. All in, all done, and all through? Yes. **11:03PM**

1500

Pamela Chapman
pamelachapmanstory.net
info.wcd.com