1501

Alberto Villodo: I am not all in all done and all through.

*"Why not?"*

*"Because I do not understand how you figure this stuff out?"*

Pamela Chapman:  I stare at it and it bits me in the face, and when it hurts, I scream bingo. Then it dawns on me.
- I, Alberto Villodo "refuse to stand down because if I crack up one more time I will hurt my f'face."
- I, Alberto Villodo "have to admit that I am insecure and terrible at human relationships and as a result, I tortured you because that is the only way I show people I am for them. Otherwise, I do all sorts of favors for people. In your case, I thought you would be easy to use and abuse, so I did that to you. For you, I said, *"I'll be your mentor,"* but I did not believe it, nor intend to execute it, so **I executed you instead through my noise torture machine.  I promised** Saul and Jerry Slocum who is dead, and Jean Gorham who is alive at 87, that **I would torture you for as long as you lived** whether through me or through one of these other five people who could put noise in the channel between you and Harry Gural, such that you and Harry Gural could never have a proper reasonable relationship of any kind. He wanted Harry Gural to have an intimacy with either or both Nola Ganem or Bethany DiNapoli (who is married with 4 children—it never occurred to him she was married because she certainly does not act this way. She also has some cords of intimacy with Tom Palmer, Dominique Alfandre's husband.)

I, Alberto Villodo have two more issues: 1. You and Harry Gural don't see each other daily. 2. Your former husband is so upset that you and Pieter Roos know each there, he claims, *"I had no idea you knew him."* She has sat on two separate committees with him in two separate places, and other assorted situations including morning drop off at SMCD in kindergarten.
**11:15PM**

The most disturbing thing Andrew Parsons had to say, yet once again, at this late hour **11:37 PM** was *"I don't seem to know my ex-wife at all. I don't have any details on her life and I thought she was out screwing other men all the time and she was always at a f' meeting of some sort while I was home washing the dishes,"* or something like that. You'd think he was Betty Draper, the 1950's house wife, while her husband was out screwing the secretaries and other mistresses and going to meetings and selling ad's.  We'll get him a special pair of rubber gloves for the kitchen sink.

President's Day, Feb 15, 2022
**8:08AM**

Cole Burgess, 23, confesses three things.

He is never to admit in a court of law that he initiated Pamela Chapman vaginally to have an organism because his mother said to him, *"If she is in for a dime, she is in for a dollar legally speaking, and if she can't hire an attorney for 6-12 months more, then, we are going to screw with her vaginally, like never before. We will screw with her every day moving forward,"*

The father, Tom, was considered to be Cole for a while, but it really was Tom because the family wanted to confuse everyone so they could all point fingers at each other and claim the other one was responsible. Rick Abbate did the same to his son, Sean Abbate. On Instagram, Tom Burgess has a caption that says he is an adrenaline junkie, or something like that.

Monique Burgess is never going to admit that she, Dominique Alfandre, and Bethany DiNapoli, are in a competition with each other for just about everything including Harry's affection. Monique Burgess courted Harry Gural like no body's business and was the one responsible for him having too much masturbation, so much so, everyone was afraid he'd never copulate or ejaculate, ever again.

This can happen with Kundalini and masturbation activities. Since he was a Kundalini Master for at least 150 days or longer and Monique Burgess, Dominique Alfandre, Bethany DiNapoli, Nola Ganem and others were in this Harem, Monique Burgess did so much masturbation— and so much seduction on sorcery television, that she earned herself the moniker, Masturbation Queen.  She stripped for him and did things sexually on sorcery television to make him Horney, that she herself thinks she is quite the sexual being. She left her husband in the marital bedroom. She claims, *"I left the house to go to my sexual place in the camper in the driveway."*

She is probably a size 8 in women's clothing and is no taller than 62.5 inches tall. Maybe she is weighs 150 pounds or so (she claims really, really close or so).

Cole said, "But that would really be Tom."

If Pamela wears a size 0-2 (depending), then she is the fastest size 2 Monique Burgess has ever seen, and seen in the shower naked because on sorcery television, Pamela Chapman didn't know these women were staring her down naked in the shower.

So— Monique Burgess, she started screaming *"Fat, Fat, Fat,"* Then, added, *"Fat, you had and DNC"* over and over until Pamela Chapman used her Tuning Forks.  It could have been a rendition of Ptah, Ptah, Ptah, but Norah Diedrich and Maura Lindsey loved to say the same thing:  *"You are the fattest size two, I've ever seen naked in the shower."*

And remember the smallest size any of these women are, well let's just say, if they were in a department store in France, there would be little to no selection for them. They don't make most designs in sizes above a two. It bastardizes the design. Monique Burgess claimed, "If she is this fat,

Pamela Chapman
Pamelapchapman@yahoo.net
161-662-04 pm

then let her be this fat, and if she is this demonic, then let her be a fat demonic because my own daughter, Cameron is an bona fide anorexia patient. Cole himself is quite chubby and has a strong South Indian ethnicity appearance. Tom Burgess is Irish lookin and a bit doughy-depending. Monique Burgess herself was born of an Italian mother and a South Indian father. She has had her share of pasta. She should never ever shame and blame any woman for weight if her own daughter, Cameron Burgess, has been an inpatient for anorexia nervosa.

Monique Burgess claims, "She and Jessica Hagen and Becca Bertrand have had over 130 Kundalini meetings with Harry Gural each, and that made them rather horney, and this final raping of Pamela Chapman every morning and evening is justice to make her that horney also" [Note: Kundalini is never "horney"]. They also have been trying since last August—It started with Tracey Jonsson— to make her masturbate, and she has repeatedly said, *"No way, Jose. I don't do that ever anywhere."* So, now they claim, they will force her to do it by raping her every day, and to show her what being horney every day feels like. They do not understand horney is energy and sexual assault does not ever make a woman horney.

They have long forgotten that after Pamela Chapman's first "false" kundalini experience with Harry Gural, 24 hours later, she had some kind of pulsing, but it was not theirs because she was not properly initiated. She screamed to Kamala Harris so much – actually not really screamed—she was just stern, authoritative, and strongly convincing to her to remove it, that Kamala Harris removed it for everyone globally world-wide. This included some long-standing Ways and Means members who could not believe it. Pamela Chapman freed them of this discomfort. Yet, they want to penalize her for this, and say *"You'll be horney just like us. You have no right to your own sexual freedoms, and since we own Harry Gural, and you do not, he is ours, and you are not."*

Harry Gural claims, *"I have never seen such wide spread hatred of any one person in my life, and no one can love me this much and **dislike** you that much because we are born of the same soul group so the foundations of our soul are the very same. No one will be surprised when I tell them you and I are so compromised sexually that we can no longer do anything **sexually** speaking."*

This they love because if they can't have Harry Gural, then you can't either. This is exactly what Andrew Parsons wanted six – eight months ago because he said, *"I can't allow this man to live in my house that I built and to marry my ex-wife. He is unqualified to be me in that neighborhood".*

*"Thank god,"* she says under her breath that Harry Gural is unqualified to be Andrew Parsons.

Andrew Parsons also has said Becca Pearson Gill from Birmingham, England is here so it really is a global place. Andrew Parsons keeps telling everyone that no one will ever understand that he and Harry Gural are not the same person, and as a result will never get along with Pamela Chapman. Except last night, he proved in conversations with people that he didn't know them, and Pamela Chapman did. They did include Pieter Roos and Trudy Cox, important Executive Directors in Newport. They have all sat on important committees together.

If they know Pamela Chapman better than the husband, maybe Harry Gural does also, but Andrew Parsons says *"No, they briefly dated in college 41 years ago."* Now Andrew Parsons says , *"Pamela Chapman has no business in Newport RI at all, and if she does not move off of this island and go someplace else, he will be a monkey's uncle because, if her house is finally worth something, then so are all the other houses, and she will not be able to stay here and swap houses. She will need the money. Since I made sure your book can't be bought because I slandered you, and I so made sure you had no friends in Newport and surrounding towns because I slandered you so much, and made them go away, and because you think I am so fat and such an abortionist, that I am morally decrepit that I will never have one person on this island ever talk to me ever again."*

Jessica Hagen thinks this is Saul talking. It is exactly Andrew Parsons, and she learned to stand beside and behind that ex-husband. I had one. She had three.

No one thinks you are demonic. Andrew Parsons keeps telling everyone that you and he have nothing in common, and your two adult children are kept out of the augment because they have sided with the father for the last ten years.

Carrie Crosson Gilpin is so thrilled that they bested Pamela Chapman, she is now "cemented" in place. No one understood, except last night that you have not one sorcery skill. Harry Gural knows everything, but refused to teach you. She can't do what he does.

Andrew Parsons/ Dominique Alfandre and Norah Deidrich is now drumming up support for a summer gala where everyone invites Harry Gural and no one invites Pamela Chapman. She would not care if that is who and what he wants to do. That is his choice.

Harry Gural claims, *"That is never my choice. I would never choose that."*

*"Then, we will twist your psyche to make you."*

*"This game is now life, and life is not our game, not this way."*

No one knew last night that this morning would go this way except they were up all night talking. Here is some of what was said…

Andrew Parsons tagged Pamela Chapman every day and every night. He tagged her so badly, he was always on her. It started in mid-August, 2021 when he was doing the harsh toxic sorcery walls. It never stopped. He stalked her, and just stood next to her in the sorcery realm to see what would happen. Nothing much ever happened, but he was always there. She never acknowledged his presence, only a few times when his facial expression came through her. She sensed she was wearing his expression on her face. Expressions she would never make. He is just so snide and snippy for her style. He spent the summer and fall 24/7 following her around her house. He stared at her all day and even when she slept. He followed her around the grocery store, and asked about a sign in Aldi's produce department. Sometimes he was looking through her eyes instead of at her. He tagged every phone call, email, and text message. He wanted to know every piece of communication.

Pamela Chapman
pamelachapman@cox.net
401-965-0956

He now claims, *"I sound like a creep."*

*"Yes, he does. Why can't he see himself for who and what he really is?"*

*"I cannot,"* he claims.

<u>Hadley Johnston</u> claims, *"I almost dated him once, but said I can't make it, and then did nothing more."* That is true.

So what? If all these women had the opportunity to date him and you had no one of any kind, why are these women brutally against you? You never ever stopped him from dating anyone or having an active sexual identity. He, after all, was a member of <u>Tom Hockaday's</u> house since the previous October 2020 through <u>Cathy Wicks</u>. He learned who and what everyone in Newport RI was except those who were tucked away elsewhere. Most of social Newport was not there.

The whole world and local community sided with <u>Andrew Parsons</u>, and now they will side with you or else they will pay for it.

<u>Alberto Villodo</u> finally stepped down around 5AM. He said, *"Someone said the wrong thing to him."* — they made a crude joke about <u>Bethany DiNapoli</u> as 'Fruitcake Monique" and 'Cheap DiNapoli." They like to swap names around.

<u>Andrew Parsons</u> has three people who always supported him: <u>Jim O'Rourke, M.D.</u>, <u>Jim English, M.D.</u> and his sister <u>Jeanne Jeffery</u>.


<u>Jim O'Rourke</u> claims, *"I never understood <u>Andrew Parsons</u> properly and I made some terrible mistakes as a friend yet I was a f good one to him and a terrible person to you, in the lore and narrative of Newport somehow <u>Andrew Parsons</u> will be some kind of demonic hero, and <u>Pamela Chapman</u> will be some pathetic fool. if you are a f fool of the people then <u>Harry Gural</u> is the second fool because no one here dislikes <u>Harry Gural</u>, but they all dislike you, and we are too much of the same, so they just don't admit it, and isolate from you."*

*"I'm all done with the game. I'm all in all out all done. My hand is down and I don't contribute to anything ever again. I am <u>Harry Gural</u> and I am all done, all in, all out all done right now."* **9:08AM**



<u>Cole Burgess</u> is now <u>Andy Parsons,</u> and <u>Andy Parsons</u> is now <u>Cole Burgess</u> in this realm. This means no one does or says anything that the other doesn't know about. This is so they can swap places with each other, and no one will know them because <u>Cole Burgess</u> tried to swap places with <u>Tameen Saied</u>, and <u>Monique Burgess</u> introduced him as a Wesleyan graduate to see if <u>Cole Burgess</u> could pass as one and no one thought so, but once <u>Harry Gural</u> found out who it was, he could not say anything because of his loyalty and allegiance to the <u>Thievery Ring</u>.

<u>Harry Gural</u> says, *"It's ok, <u>Pam</u>, I'm loyal to you now. Yet, we have to square somethings away. If we can't here, we will there."*

<u>Bethany DiNapoli</u>, you are so ffired because you think you are so important in Newport. You are a nobody, and she is a somebody, so somebody else will find her and tell her, just not you.  You like to exclude her in Executive Committee meetings as if she is unable to know it which is why you had to have meetings to update her. What a waste of time. Just invite her next time. But, she has not and interest in IMC's board. Not then, and never in the future. The organization is collectively and individually demonic, satanic, and a terrorist of the people inflicting literal torture on a former board member, all because you claimed she didn't donate enough money to you debt-ridden cause. That should be against the law. 9:33 AM

<u>Stanley</u> says, *"You and he had three things to remember."*

*"<u>Deborah Chapman</u>, sister, is never going to be your friend in the energy realm."*

*"<u>Jim Varley</u>, 78, the partner, is never ever going to acknowledge you here, there or anywhere."*

<u>Jay Varley</u> is so upset over the DNC issue, he said, *"I helped to start this, and now I am depressed because the woman he loved did x,y, and z. It was a game he played to flesh out <u>Pamela Chapman</u>."*

Why can't <u>Jim Varley</u> acknowledge <u>Pamela Chapman</u>? What is his issue?

*"He just does not like educated women who can be the boss of any business. And, she knows <u>Betsey Zembko.</u> He can't stand her for what happened to her as it was presented in the newspaper. So, the enemy of my enemy is my friend."*


**11:34AM**
<u>Grenville Craig</u> and <u>Andrew Parsons</u> are playing a besting game that <u>Pamela Chapman</u> could not hear in the beginning. <u>Erin Hennessey</u> was overseeing it. It went all about prep school and masturbation at one point. Then they said, *"We play until <u>Pamela Chapman</u> says someone is playing with her understory."* They said, *"They would play this game every day with her vaginal area stimulating her until she said something like, Who the hell is doing that?"*

Usually it is <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, or <u>Kayla or Kathy Abbate</u>. Now it is <u>Andrew Parsons</u> and <u>Grenville Craig</u>? Who is responsible? What the hell do you want?

This is sexual assault and <u>Grenville Craig</u> and <u>Andrew Parsons</u> don't tell me that it is ok because you are both on your last half decade of life.  You will both be sued by me, so you claim, *"Why not go all in anyway?* That is your stock-in -trade isn't it? So, if you go overboard, why the hell not? **11:37AM**

There is no end at all to the abuse you inflict on <u>Pamela Chapman,</u> is there <u>Grenville Craig</u> or <u>Andrew Parsons</u>? **11:39AM**

They said, *"We would play this game every day stimulating her sexually. Why is that? "*

*"To prove we could do it, and she would have to ask who is doing that?"*

This is exactly <u>Grenville Vernon Craig</u>, 81 who bite <u>Pamela Chapman</u> every day in the mouth for ten years straight sometimes several times a day, just to be called out. He is like a bad little kid who needs to be called out for anything. Negative attention is just as important to him, as positive attention. He refused to stop biting and she had no recourse to make him stop. He taught <u>Andrew Parsons</u> to do this also. He too, loves to be called out. It gives him power that says, *"She can't stop me now."*

They also said earlier this morning, <u>Andrew Parsons</u> lives separate lives here and there. He is neither porous nor fluid. <u>Pamela Chapman</u> said, *"I think I was born this way. While I have a lot of speeds, I am authentically me."* The lawsuits will force it.

In the sorcery field, everyone wants a different name, a different spouse, a whole different theme, scheme, and scenario rather than what is real in real time there.

<u>Harry Gural</u> said, *"<u>Pam</u>, no one cares here who they are married to. It is immaterial. But there it is different. There, it is all the same thing."*

<u>Tameen Saied</u> said, *"I am the same way, but I played a whole lie, but at home, I am like you <u>Pamela Chapman</u>. <u>Harry Gural</u> has been taught to lie and create scenarios that appear too strange to be true, but it is all true and real in real time."*

The velocity position was created by <u>Alberto Villodo</u> to match the title of the nonprofit industry blog named, Social Velocity because he liked what velocity really means: the upward movement of energy toward something important. He wanted to brand the name Kundalini Velocity. <u>Marcella Lobo</u> said, *"No way, Jose."*

<u>Monique Burgess</u> said, *"You bet,"* and they were off and running until you told them on November 17, 2021 that <u>Kundalini Crossing</u> was dead and could not be resurrected. <u>Harry Gural</u> was dumbfounded. They all went out to have <u>Kundalini Crossing</u> with him for the next several days each on their own one-by-one.

<u>Christine Bush</u>, esq. was desperate to have him, and she did because around Nov 22 <u>Pamela Chapman</u> fired her. <u>Christine Bush</u> was having <u>Kundalini Crossing</u> with <u>Harry Gural</u> through it all.

<u>Harry Gural</u>: Today, I stop pleasing myself and I start pleasing you every day because every day that I don't show up for you are abused, harassed and tortured to death. 4:11 PM

He screams, *"I'm f'done."*

Jean Gorham said, *"Everyone had to go to Kundalini Crossing with what they did not like about Pamela Chapman. No one could say one word about Harry Gural to her about anyone and what they were doing together."*

Jean Gorham said, *"I can't imagine how you live Pamela Chapman, but if you are this tied up and depressed, go ahead and commit suicide because no one believes you now or then."* 4:16PM

## February 19, 2022

On this night, **Saturday, February 19, 2022**, we decided to have party. This time the party was for Bethany DiNapoli. At that party, we invited her entire family and we celebrated her accomplishments and we extolled her virtues. Then, we gave her some citations and a whole lot of really interesting things. There was nothing tangible to hold. We claimed, *"We'd do it again for the entire world to see,"* but we put it off. We will never actually do it.

There was a catch in the party. We had the party, but we did not actually invite the person the party was for. We excluded the honoree. We did this to Pamela Chapman a year ago to the date, but we knew you could not hear so you had to sit out a party that Kamala's Table orchestrated. It is a classic Ways and Means initiation game. We invited your sister and a few acquaintance that someone put together.  You had to sit it out. You knew then that the party was for us, and not for you, and that we used you as an excuse for the party to make us feel good.  Really, it had nothing to do with you. We said we'd do it again there, but you knew it would never ever happen. How did you know that?

*"Parties have energies. Once it was over, it was over. You can't go back and re-celebrate in the future for something that took place in the past. The energy had moved on. The moment was gone, permanently gone-girl-gone."* **10:52PM 2-19-22**.

For Pamela Chapman's party, Gina Raimondo-Secretary of Commerce and David Ciccilini D-RI, were the MC's of the party.

Harry Gural says, *"I am now initiated into a classic Capitol Hill prank that said, 'We jerk well you around, until we will tie you in, and not around your ankles then neck.'"*

Pamela Chapman:  How do the usually do it on Capitol Hill, the jerking back?

*"Every which way to say, 'Don't f' with me you asshole."*

Pamela Chapman
pam.chapman@xxx.net
11-God-2018

1509

It took Pamela Chapman a while to scream back, but she finally got herself and her diplomacy out of way, and started screaming. It worked. Her first case was Kamala Harris. But before that, she screamed at Nora Diedrich a few times. She was highly criticize for doing it. In October, she took extreme cause against Kamala Harris, and was so f' firm that it worked.

February 20, 2022
**11:37PM**

I, Nola Ganam "will never ever do this to **Andrew Parsons** or anyone else ever again. Harry Gural is using raised hands to speak through me. The words are coming out in my own voice 11:38PM. To make matters worse **Andrew Parsons** is a physician. He had no idea that I've been doing this to him since last October when he joined our Thievery Ring workgroup. I have been using this as a technique to speak though him to manipulate him, and to say whatever the heck I wanted to, especially about his ex-wife who I am obsessed with. I have been following her every move and lifestyle since last summer probably July 2021. Now, with **Monique Burgess**, **Bethany DiNapoli**, **Alberto Villodo**, **Andrew Parsons, Dominique Alfrandre**, **Nora Diedrich** we have been working together in a psyche space that Alberto Villodo created to make sorcery of Pamela Chapman because we are all upset that she refused to admit to anything like a DNC.

She makes great responses to why she will never hold that conversation. We refuse to ever give up the chance to take her down. We must best her at all costs.

At least Carrie Crosson Gilpin finally learned her lesson not do this, and has stepped out. We tried today to get Carrie Crosson Gilpin to pop Andrew Parsons out of his psyches twice today.

Carrie Crosson Gilpin says, *"I am unable to do it."* Pamela Chapman used her highest Tuning Fork to do it.

For 1.5 hours, Andrew Parsons was chanting *"Abortion, Abortion, you had an Abortion."* It was so obnoxious, and the entire world was listening in real time.

This evening, he was doing something similar, and she popped him out, but he calls it a sorcery place of detention. Alberto Villodo created it.

They are all planning some kind of situation where they plan to drop a broken refrigerator of noise on or around Pamela Chapman tonight or tomorrow. Andrew Parsons can't remember the details, because he was in that kind of psyche space where they never remember the conversation.

1509

<u>Harry Gural</u> has been in this situation with <u>Nola Ganem</u> once in August 2021, and his brother <u>Bill Gural</u> heard the conversation, and he said, *"What the heck was that all about?"* Together we sorted it out. <u>Bill Gural</u> told <u>Nola Ganem</u>, *"If you ever f do that again to my big brother, you will live to regret the circumstances. We have you on sorcery teletype this evening at 11:45PM so we understand our situation well."*

We have two more topics:
1. Under no circumstance will <u>Harry Gural</u> ever date you, <u>Nola Ganem,</u> will marry you here or there. He will not engage in any sexual hookup either. So, if you and Barbara Billingsly aka <u>Jean Gorham</u> try to set <u>Harry Gural</u> up with you, it will not be a pleasant circumstance. "I have told you repeatedly, if I am in Newport, RI, I am there to see and be with <u>Pamela Chapman</u>, not <u>Nola Ganem, Monique Burgess,</u> nor anyone else in the <u>Thievery Ring</u>.
2. If I, <u>Harry Gural</u>, am with <u>Pamela Chapman</u> in this general geographic area, then I am never with you, <u>Nola Ganem,</u> nor anyone else in the <u>Thievery Ring</u> Workgroup. If <u>Andrew Parsons</u> thinks he is going to pull a fast one on me or <u>Pamela Chapman</u>, then he has another thing coming. I will bring the weight of the entire world including <u>Jonathon Karp</u>, and a few others to bear the brunt of it, and <u>Pamela Chapman</u> will contact <u>Roger Kass</u> who will call in all the shamans (black magicians). It's a down payment for the $1.5billion. *"No problem he says."*

<u>Nola Ganem</u>: I am not ever going to touch <u>Pamela Chapman</u> here or there because if I do, <u>Harry Gural</u> will touch me in ways I would never ever consider in black magic, and other forms of sorcery that she has no idea of, but which I have been introduced to.

<u>Nola Ganem</u>: If <u>Pamela Chapman</u> ever encounters me, she may never understand who I am. She doesn't really ever see me. I spend so much time on sorcery remote viewing television staring at her. I am obsessed with everything <u>Pamela Chapman</u> including everything in her house, her body, her clothing, everything about her, so much so that today she said, *"I, Pamela Chapman died today, she could easily and quickly change places with her, but she does not wish to read and write all day."* <u>Nola Ganem</u> has at least 1000 pages of notes like <u>Pamela Chapman</u>. Except, <u>Pamela Chapman</u> will have close to 2,000 when she is done typing. **11:54PM**

<u>Nola Ganem</u> herself claims, *"I am never going to do this again because now the entire world knows that <u>Harry Gural</u> is never going to allow me ever to get close to him ever **again**. I love to hang out near him."*

<u>Harry Gural</u>: I never loved it. I tolerated it, but I never actually loved it. It pulls me away from the person I chose to be close to.

<u>Nola Ganem</u>, he can't actually sleep when you are around because you either marry him while he sleeps or you swap psyches with him whenever you approach him. **You are too dangerous to be in proximity to**.

Pamela Chapman
Princelesppstory's Online
Jet.2005.pm

Andrew Parsons:  I never ever want this to be my epitaph ever again. This has been going on at least every day since October in one realm or audience or another. Now, I can't seem to figure out what she has said on my behalf, and what I have actually said.

*"Yes this is true."*

Deborah Chapman:  Why do you allow these women to do this to you Andrew Parsons. You are so much smarter and savvier than that?

Andrew Parsons through Harry Gural's voice:  Because I am never going to admit that I am intrigued by these women and the entire thievery process to bring down **Pamela Chapman** because I am obsessed myself with trying to best her and show the world that I am so much better than she is, and that she is most of all decrepit, and I am not."

Deborah Chapman:  Can Andrew Parsons actually speak for himself when you are doing this to him?

Andrew Parsons:  No, I cannot because then Harry Gural has to stop and put his hands down and pop him out. Andrew Parsons is in a psyche and harry Gural is not. With his hands up, Harry Gural can then be the conduit for whatever the Thievery Ring in the psyche space wants to say.

*"He would have no ability to understand the conversation. This is what happened to Harry Gural."*

Bill Gural said, *"What the f'happened to you?"*

Emily Parsons was there, and said, *"My mother would have a fit.  She would never understand this,"* but now Emily Parsons says, *"I think you understand this quite well, and had no idea what these women were doing."*

Pamela Chapman had no idea about so many things because no one brought her into the conversation. She was too unaware, had no context, no paradigm for any of this. She had never even read Harry Potter.

Lara Piochocki and Bobby McDermott introduced the sorcery concept of psyches to everyone. The women did it to the men.  Alberto Villodo did it.  Lara Piochocki, esq. had everyone doing it. 12:03AM 2-21-22

This is not a technique most people actually know. It is a technique used by superior soldiers in combat against infidels so that they say the right things at the right times. **Dominique Alfandre** does this to Nora Diedrich all the time. Nora Diedrich rarely speaks for herself anymore. No one could figure out why she was like this.  The answer:  **Dominque Alfandre** would have to hold her arms and then lock them. Peter Bramante of IMC knows how to do a lot of this also. 12:09AM

**Grenville Craig, Caroline Craig**, Tiverton Trading, Middletown, RI; NYC; Miami, Florida; Rome, Italy; Monaco; Paris France; London, England.

Has blocked Pamela's ability to transfer money worldwide because he used her SS # for overseas transactions and he now has your number blocked in the banking system such that you can't transfer money from USAA into Berkshire Bank due to a fraudulent scene of Caroline Craig calling Berkshire Bank in the sorcery realm saying she would move $1,000,000 into Pamela's account, and she had a few numbers but not all of them. That episode stopped an acceptance of any money from anywhere.

The banking fraudulent alert system worldwide only accepts certain kinds of transactions using certain kinds of numbers on a repetitive basis. I use your account numbers all the time to move my money into my own money accounts and not into yours since I have a greater need to do this than you, and when I'm dead they still will have yours blocked.

He is always moving money overnight from account to account. This is how he makes money.

Grenville Craig:  I marry you to my credit card, and you marry me to yours. Then, I always know everything you buy and sell.

Pamela Chapman:  I don't know anything at all about your transactions, card numbers, purchasing power or inventory of what you buy. You may know much of mine, but I know nothing of yours. Nothing at all.

He knows nothing about Donald Jagoe, only Pamela Chapman, because he was on her like a hawk for 10 years claiming he knew and saw everything. She ignored him. Grenville Vernon Craig claimed he would never do a thing with her numbers but he did, in the sorcery field and with Rusty Powell III. Those numbers became the entrance fee to Kundalini Crossing for everyone world-wide.

To a lawyer, Grenville Vernon Craig claims, "You don't catch me no matter what, no why, do I care what I am?" He is always like this. Always above and beyond and around the law, but he is just a turd with low self worth and needs to look like a big giant as a gangster thief. He's a little on the short side too, not too short, but without stature as a man. He may have a net worth of $100 billion.

Quaker Oats cereal says, "No matter how many times you ask for a reprieve, you can't get anywhere with those old numbers, and you will need to get new credit card and bank numbers and start over."

Christine Offenburg, esq. of Middletown, RI knows how to fix all of this. Pamela Chapman has hired her in the past for legal work in the financial field.

SS numbers we said don't need to be replaced but they might. So, we will look them up and over and out. Any conversation that brings up the notion makes him spit it out quickly. You can't even bring it up. It might be the only number he uses in certain transactions. **Mary Teixeira** knows what he does with it. She lives in Newport. She is his private secretary. He uses it to transfer money from an account in Italy to Monaco overnight, and then in to Paris in the morning which does not leave a trail of where it arrived for originally, and coming from Monaco it doesn't have certain identifying features as in other countries. If he is using Pamela Chapman's numbers then it can be traced and would be a skip trace exercise but is costly. He will pay for it all as a reciprocity for the inconvenience of it all.

**The family does** the same trick from Monaco directly into Hong Kong. **Then, it is a thief's trick because** Monaco has no income tax and neither would Hong Kong so any money moving into Monaco is covered by international law as is the money into Hong Kong. You will never pay income tax on the money earned and it is never reported anywhere.

Any money moving into Monaco comes from anywhere. Never from New York because then the SEC is on him like a hawk — **what about Miami?**

**Then,** they ignore the incoming assets. Maybe from Miami into Paris or London and then into Monaco where it sits parked and then to Honk Kong or Sydney and then back to Rome when needed.

Where are Mary Tiexiera's money accounts: They are all in Florida in Miami. Miami into NYC because no one in NYC would ever blink at where and how the money is coming from Miami. Anything can go into Miami, and out without a trace. Grenville Craig over transfers. And he can't figure out how not to use his own numbers. He is always stealing other people's numbers.

He is committing identify theft, fraud and thievery with Pamela Chapman's numbers.

He can't leave anything alone can he?

He wants to suggest DC. He's doing a thievery trick to get someone to admit something he wants to suggest. Passive aggressive admission policies.

No one has this level of breach of security like Pamela Chapman so no one has to dig into their accounts like she does, and no one has had such a breach of personal information exposed like she has had, and no one has taken as much abuse in the face of a community-wide, national and global audience 24/7, and no one has had her thoughts exposed to the world or her dreams or her visualizations, or had her sexual organs turned on in front of the global audience, etc. it goes on and on. Night-after-night, day-after-day people in the sorcery realm attacked her. They were all people she knew.

Francesca Craig, Washington, DC (The French Embassy), and Newport, RI had the same issue with her brother at one time. She said it took 2.5 years for him to admit he took these numbers and he

Pamela Chapman
pamelachapman.com/the
Document Series

1514

was never going to admit he did this until she was working in Paris and had issues. She kept asking Sandra Craig for advice. Finally, he admitted the issue. She went to the ambassador, who she worked for, and he sorted it out with Sandra and Grenville privately because an identity theft of such global financial implication (global financial markets) has such a high penalty. He would lose his ability to dial into some financial markets. If he were to die then his daughter Caroline knows it all.

If it is in London, the markets there do not tolerate this level of transaction, and Alex, the son, would be foolish to consider doing this. He likes to play sorcery games of crisscrossing energy lines. They aren't very sophisticated, and never really know how to undo the consequences of their actions. That's Grenville Vernon Craig.

He's incredibility insecure with Miles Bidwell, a fellow economist and fellow Board of Trustee at the Redwood. The Yale years are a blur to Francesca Craig. He doesn't ever talk about Yale because he didn't finish his PhD thesis on time, he said and it was never justified. It claimed it was poppycock and didn't meet the test of the requirement. That is exactly the way he is. He thought he could get away with some research, and it wasn't up to par. He has an undergraduate degree from Harvard and a masters in economics from MIT. Caroline Craig is a graduate of Yale University, a classics major.

He likes to play big man on campus, but he is still a turd at the end of the day. His money speaks for him instead. Sandra Craig is humble and always says, *"We don't have that kind of money. Elizabeth Kahane is the one with all the money."* They play that game all the time because they don't want to donate any. It has nothing to do with my father. They are cheap. They have extremely low self-worth. For two Twin Souls who were supposed to walk a path of enlightenment, they did not. They are thieves.

Subpoena Francesca Craig. She knows Harry Gural, personally. He knows her son, too. She gets Ways and Means support. Then, Harry Gural says, "We can't talk here. He used to date someone she works with." It was a Ways and Means set-up.

Grenville Craig has probably done this with all the siblings and their spouses.

**January 4, 10:06AM**
We learned Grenville Craig has used Mary Teixeira's SS number so many times, the SS administration knows the source of why she always needs a new number. That is why he is tagged, and why he can't come to the USA so many times. Not true.

Pamela Chapman claims it is because he gave up his US citizenship and took up permanent residency status in Rome, Italy. It could also be related to SEC considerations – it is. That is the source of it. He can only be here in the USA so many days a year. That is correct. That is all in the documents. Those that know, now know, that he has been on a watch list for many years.

*"Many? How many?"*

We don't know. Pamela Chapman thinks the citizenship came around 2015/2016, give or take. She gave Sandra Craig a ride to the Indian Avenue house after a board meeting, and Sandra Craig told

her to her face sitting. <u>Sandra Craig</u> was a bit melancholy about it. She said she would never give up her own US citizenship. She has an apartment in her mother's building in NYC- lower Manhattan and that is where she would retire to is what she said. The father took up residence in Rome.

Did you ask if they wanted a divorce?

It would never have mattered. They are Twin Souls that have been married for 51 years to the date. She was married at age 20, he was 29 years of age. There is no divorce until the other side for them. <u>Jerry Slocum</u> was their <u>Twin Soul</u> sponsor. He said, *"They were a very hard read."*

An attorney on the island claims that completely explains a lot of things. *"We help you recover your numbers and get him to pay. He has a reputation for this and they make money just moving accounts overnight."* Yes, that is the continuous source of revenue, although they invest in venture capital (Caroline), funds (everyone), and real estate (Alex).

<u>Mary Teixeira</u> claimed, *"There is a $3 billion slush petty cash account in the US that she has access to, but never touches."* She said, *"You <u>Pamela Chapman</u> can have that money. It's extra, and no one ever touches it."*

<u>Grenville Craig</u> at the end of the day is a frustrated thief who wanted desperately to be in the Sandywoods group, or with <u>Rusty Powell III</u> and one other, but they would not let him in, so he misused his <u>Twin Soul</u> sponsorship with <u>Pamela Chapman</u> and <u>Donald Jagoe</u> to create a thievery group that really was only he and <u>Pamela Chapman</u>. When this whole event explode in February 2021, it came out <u>Grenville Craig</u> decided <u>Pamela Chapman</u> was his sorcery wife – no way Jose. Then, he spent a few months comparing notes on <u>Pamela Chapman</u> with <u>Andrew Parsons</u> and the women in the <u>Thievery Ring</u>. It was a besting game like no other. What they did not know, they made up.
10:04 Jan 4, 2022

**10:03PM 2-24-22**

<u>Carrie Crosson Gilpin</u>:  <u>Kamala Harris</u> asked me, *"Do you want to keep your head in the game, or get out?"*

I replied, *"I want to stay in the game, as I warned <u>Jaime Dimon</u> and the men below. I was never in the table."*

*"I am <u>Carrie Crosson Gilpin</u>, and I am never going to admit that your husband is a big fat pig because he just said to me, I can't believe my ex-wife has all these notes."*

Pamela Chapman
pamelachapman@comcast
[phone]

<u>Andrew Parsons</u>:  It's because she and I no longer see the same things the same way.

What changed?

<u>Andrew Parsons</u>:  I changed. I think there is too much thievery—everyone is out to get me. I just think this game got so over played and so overblown that no one can see straight, and you were never playing a game. I convinced myself. **10:08PM**

## February 25, 2022

**10:52PM** Complete slander conversation between <u>Andrew Parsons</u> and <u>Nola Ganem</u> in front of the entire world, with <u>Andrew Parsons</u> acting as <u>Harvey Wallbanger</u>, and <u>Nola Ganem</u> as <u>Pamela Chapman</u>. This is one of numerous dialog conversations were they role pay and they completely slander <u>Pamela Chapman</u>.

One topic is always A. Another is why did you go to a woman's college and then a co-ed college?

*Because she was too stupid to get into the co-ed school to begin with.*

No, that is not the real answer. <u>Nola Ganem</u> is purely a high school graduate.

*"Another is why did she have so many issues with so many men? Relationship issues? 25 men."*

*"Another is why does she eat such stupid food like pureed cauliflower soup with cumin, curry, and other spices."*

Why did <u>Linda Estes</u>, Washington State, not see her for 21 years?

*None of your f'business.*

*"Why did <u>Lynda Adams</u> want to know about your issues with kundalini exercises? It was really kagels and yam jam – why did she not know about these things?"*

She says,  *"Because the ex-husband pulled her out of birthing classes too early. That is where they teach that stuff."*

Why are you typing like a friend?

*It gives me something to do, and I really, really like it. It feels like these could be worth billions of dollars someday. It is just a hunch.*

1516

Pamela Chapman
pchapman@aya.net
10.52.02.2551

1517

Why do you do it Nola Ganem?

*Because, I'm a stupid shit and a copycat.*

Why did Grenville Craig lie about so many things about Pamela Chapman?

*Because he wanted to be her sorcery spouse, and he is a copycat also.* 10:57PM

The ex-husband claims, *"You are a stupid shit, Nola Ganem, because if you and I breathe a word of this outside the Thierry Ring, she will type this up, and give it to an attorney."*

Oh, don't you worry. There are 2,000 pages. No attorney worth their salt would dare read 2,000 pages. It would cost too much. **10:59PM**

The ex-husband is prime example number 1. Nola Ganem is number 2 at **11:09PM,** they say these two people have not one nice or polite word to say about you. The entire world knows Nola Ganem is a bi-sexual human being just revealed. Loren Seigal, MD, Wesleyan '84 claims it is because she has been so revealed as a border line personality complex that Andrew Parsons asked her, *"What other events or situations fit the definition?"*

She claimed, *"Bisexuality because no one thinks it is a proper definition of sexuality."* Then, she went on to say something about your daughter, and Andrew Parsons said, *"Just a minute. This is about Pamela, not Emily Parsons."*

Nola Ganem said, *"Oh, I forgot we are just talking about your cousin, not your entire family."*

He said, *"What are you talking about, because if she is a Twin Soul enlightened woman with Kundalini, then she would understand her own daughter's needs of a mother."* Then, he asked, *"Is this behavior all about your mother, who is dead?"*

She said, *"Absolutely not. I could not stand my mother."* At that point Andrew Parsons said, *"We are done, all through, and all done."* Now, he just apologized to the entire world for that conversation. He now claims, *"This is my sister all over again,"* which is what you said an hour ago.

He said, *"No, not at all."*

Pamela Chapman, Loren Seigal MD claims, *"You know exactly who these people are, and he does not, and neither did Harry Gural."* 11:14PM.

Jean Gorham, 87, 1st cousin 1x removed said, *"His whole issue with Nola Ganem might be about her mother—very common with a parent. She is also against her father. Her mother is dead but she is the one who gave her a trust fund."*

1517

This woman was Andrew Parsons' third sorcery wife. Does he realize the damage done for him to have revealed so much information about himself and his family, Pamela Chapman, and his children to a woman like Nola Ganem and her pathology?

*Yes, I absolutely do, but I refused to listen before. You were right on all accounts.*

Alberto Villodo:  Nola Ganem is exactly like Marcella Lobo, that is why I love her so much. Bethany DiNapoli is as demonic as I am, which is why I love her so much. Bethany DiNapoli and Nola Ganam are a repeat of Alberto Villodo and Marcella Lobo.

Bethany DiNapoli seems to work well with Dominique Alfandre and Nola Ganem who are both at least bisexual and Dominique Alfandre might be gay, but married with two children. Bethany DiNapoli has an affinity for woman of this nature. **11:22PM**


## February 26, 2022
### 8:58AM


Andrew Parsons, you married Christine Bush, esq. at 3:15AM this morning by Harry Gural because he claims, *"No f'way do I take you on a wife. You have been chasing me since last November 12, 2021 or something like that and we decided the night before, no more games of chasing me."* So, he offered her up to Andrew Parsons. They took it, and ran away into a honeymoon place of respect for each other. That is his fourth sorcery wife, and with the marriage, she finally got herself in the Thievery Ring of her own doing.

Pamela Chapman can never get back her own understory, all those thieves just stimulate her vaginally with the flick of the wrist for their own f' entertainment. If one more person does this to her, we do it to them repeatedly until they stop. This morning it was Bethany DiNapoli who will never ever touch you ever f' again. Her family now says because her name is synonymous with sexual predator, which is what Pamela Chapman said repeatedly because that is what she did to Pamela Chapman.

Dominique Alfandre said, *"At least I am no longer considered gay, just a sexual addict,"* which is why she and Nora Diedrich spend so much time together masturbating. Ever since Dominique Alfandre took over her mental awareness, she has never been the same **9:20AM**

Pamela Chapman
pmcchapman@cox.net
10146925510

1519

Andrew Parsons established a sexual trigger for Pamela Chapman's vagina area such that every night literally at 7:30PM someone from the Thievery Ring will stimulate her "understory". They actually do not know who it is, but someone takes the lead every night and every morning. They do it with the flick of their wrist. It was the use of a wand. It was the intention said in awareness.

*"We took all abilities away numerous times and it always returned. Who is responsible?"*

Jerry Slocum gives back the ability every day and every night. They really never know who does it. Jerry Slocum makes sure it happens. Jerry Slocum wore her guiding robe on the other side from about December 20202 – August 30, 2021.

Andrew Parsons, you are under arrest for sexual assault every day and every night, because you asked for this, and you got it. 7:34PM

As sorcery wives of Alberto Villodo, Nola Ganem and Bethany DiNapoli have all the demonic tools he possesses, plus others through Jerry Slocum.

**10:43PM**

Andrew Parsons wants to make a confession as per Stanley Chapman from September 2021.

Stanley Chapman told Andrew Parsons he would suffer some misfortune. He did not specify what it would be. Andrew Parsons said *"I can handle just about anything. After all, I am a medical doctor."*

In this space, Andrew Parsons said, *"I remember the entire conversation because Nola Ganem was with me."* – No, she was not. No one was actually with him. He was not drinking any alcohol. Then, how does someone run off the entire conversation in his head almost every night since then?

He is obsessed with what Stanley Chapman told him. He runs through it, almost every night in his head, but alone. Carrie Crosson Gilpin knows a lot of it now.

Stanley:  Nola Ganem was in his psyche at the time, but failed to identify herself when Stanley arrived and said, *"I have some important information to tell you."*

Pamela Chapman
pamelachapman.son.net
[illegible]

They had the conversation and the information was stored and processed in that psyche. He may not have actually remembered or understood the conversation expressly because it was a psyche, not clear-headed thinking.

## February 27, 2022
**2:39PM**

Bethany DiNapoli claimed she was Andrew Parsons. She said, *"What if I asked you to go upstairs to your bedroom and masturbate with me?"*

Pamela Chapman said, *"Go fuck yourself silly. I will rip out your throat, stomach and groin out legally speaking. I will make you fall over and scream for bloody help. You have no class and you are a sexual predator. This is sexual abuse or abuse in general. Take your f' sexual comments elsewhere."* 2:40PM *"Get the hell out of here, and go with your people right now. Leave Newport and go back over the bridges where you belong. We don't want such a classless person here."* 2:43PM

*"Get the hell out of here. I will hit you hard. I will hit you wide, and I will hit you deep. I will hit you legally, so Christopher DiNapoli come and clean up your slop. Get your f' wife out of here because if I hit her, I hit you. I hit your whole goddam family. So, clean it up right f'now. 2:46. We are real in real time. It is Sunday afternoon after 2PM and before 3PM. It is not a game. It is real life. It is not funny. It is real, in real time."*

Are you real now Bethany DiNapoli?

*"Yes,"* and so is her husband Christopher DiNapoli. We will remove her right away because I hear you loud and clear, but you do not because they stole your hearing which was limited to begin with yesterday as part of this f'game of theirs.

*"They are demons. They are Satan. They have drained the light of the world. Stop going to church Christopher DiNapoli, she is a demon and belongs to a Thievery Ring of Metatron noise."* **2:48PM**

She claims she is Bethany DiNapoli, and she stands down. It will take 10-16 weeks (3-4 months) for her to be herself again, but Pamela Chapman may never ever be herself again.

Bethany DiNapoli claims, *"I found out so much information about you, Pamela Chapman from Andrew Parsons and Harry Gural."*

She did not understand you, so she was on a mission to understand who you were because you were so private. Yet, instead of asking, she was demanding, thievery, and abusive. She stole the book, and helped re-write it. She took exception to everything Pamela Chapman said and did, especially in fundraising. She performed sorcery, witchcraft, demonry, black magic.

Bethany DiNapoli said, "I do not like you, Pamela Chapman because Dominique Alfandre did not like you, and that was because Nora Diedrich didn't like you because Joe Chazen, MD, 87, and Linda McGoldrick, 65, did not. Linda McGoldrick said, *"We don't like her for doing all the proper formal governance that she does for the Newport Art Museum. We need to destroy her for doing a good job as chair of governance."*

Bethany DiNapoli listened to Grenville Craig, Andrew Parsons, and Harry Gural and never once had a responsible conversation with Pamela Chapman, ever. This despite the fact the two of them were on the board of IMC together for 3.5 years.

Bethany DiNapoli is just one obnoxious, un-self-mastered person, tending toward sloppy. You can see how and why she and Andrew Parsons, and Grenville Craig go together. Since Harry Gural and Pamela Chapman have the same fundamental core soul, it is challenging to say why she loves Harry Gural, and despises Pamela Chapman, but it is equally all passion toward us. It is just hers toward Pamela Chapman is toxic and destructive, and toward Harry Gural it is sexually passionate. Is her sexual nature toxic and destructive, or is she masking a true affinity of attraction toward Pamela Chapman afraid to break away from that Providence Art Club group that is trying to take over arts and culture in Newport?

After all it is a trophy for a RI person to infiltrate Newport, and Norah Diedrich didn't have a clue as to how she was being swindled by the Providence people all clamoring to get on the board of the Newport Art Museum. Lisa Alexander Goddard herself, a former ED of the NAM, and a member of the Redwood Library Book Committee is also a Providence Art Club persona and raised her children on the East side of Providence, but she had family ties to Newport. She still courted all those RI people. After all, she is Dunes Club in Narragansett, and never Baileys Beach on Ocean Drive.

One might over-think the idea that Christine Bush, esq. imagined herself as having caught the ultimate trophy in RI if she infiltrated the Thievery Ring by wedding and bedding Harry Gural. Then, her reputation in Providence would have been cemented as that rare bird that had the ability to cross the bridges and became Social in Newport after dark. The lynchpin of her story is that she ultimately wed and bedded down with Andrew Parsons. So now she can be social after dark in New Bedford, MA, Andrew Parson's old stomping grounds. And, now she is her own bona fide member of the Thievery Ring, just as she inclined.

1522

Bethany DiNapoli wanted Harry Gural to be her co-ruler as a Caliphate Nation State leader. She wanted to rule with him: to be his Queen to her King because she wanted to best Monique Burgess who bested her as a sorcery wife and as the master manipulator of masturbation technique. 2:56PC

At 3:12PM Bethany DiNapoli is screaming, *"Pamela Chapman wants to masturbate."* It is all based-on Grenville Craig.

Pamela Chapman said: *"I would never because I don't like it, and it ruins the hydroelectric currents of the yin channels of the body. Why would I ruin my body on something I can't stand, that brings me no pleasure, and ruins my body? You do what you like, but you are always trying to seduce me into it, and you just cannot. In fact, I find you sloppy, dirty, a pig in the mud, just like the ex-husband. I'm never going to be someone who socializes with you ever."* 3:15PM

Bethany DiNapoli liked the name of a blog Pamela Chapman read at one time called *Social Velocity*. Bethany DiNapoli only knows about it because the entire Thievery Ring used sorcery remote viewing to surveillance the screen of her laptop and read all the email she receives. They, in turn, subscribed to everything Pamela Chapman received so they could read and study her, as if they are spies and she is the target. Bethany DiNapoli adopted the name social velocity for herself, and now claims, *"I always thought I was the social velocity of this Workgroup."* No one believes that.

Social velocity is an acceleration upward. So, you are the leader of this group?

She thought so. No one told her she just saw herself that way.

*"We do not see you as any leader, and when you have leadership opportunities, you bully, shame, blame, harass, abuse, destroy, and over-talk. You lack the natural skills and mastery of learned skills. Regardless of what you say you have done in the past, you are not the Social Velocity of the group. You are merely a sorcery wife to Alberto Villodo who competes for power and might viciously with his other sorcery wife, Nola Ganem. Is this the mirror of your life with Christopher DiNapoli and your four children?"* 3:18PM

Donald Jagoe, Pamela Chapman, Harry Gural, Deb Chapman, Emily Parsons.

Andrew Parsons claims, *"He just does not know this side of you. If this is the real you, then he never brought it out in you. Harry Gural brings more of it out that I do because he is your soul base, and I am not, but I am a soul—just not the same as yours. Then, I am so f'jealous of Harry Gural and as a result this is what happened to me when I got so f'jealous of Harry Gural, and when I saw that Robin M, D.O. and Ray Schmidt, M.D. had done something similar with Kundalini Crossing."*

You had no idea how to play at Kundalini Crossing, so you jumped onto a bandwagon effect, even though it is not for you. Your kundalini energy is very low to ever have the ability to participate. Why did you want to stop working?

Andrew Parsons: I did not want to stop. They encouraged a break to deal with the situation. Yet, in the absence of work, the situation got worse and worse. I don't mind the time off, but it is really not

1522

Pamela Chapman
pam.chapman.cos.net
tel-aug-2-0-FTP

for me. It has no structure of importance. That statement is an attack on his ex-wife, and how he viewed her. <u>Pamela Chapman</u> has learned to master the art of the blank page and co-create her days to make them important.

<u>Bethany DiNapoli</u>, do you know what you are dealing with when you scratch her eyes out, mangle both her legs, or covet and stimulate her genitals?

*"No. We never consider the consequences of our actions."*

<u>Pamela Chapman</u>:  This is only the beginning.  If you peal everything back, you find all kinds of issues that <u>Pamela Chapman</u> has had to deal with physically as a result of all of this including: manipulating her circadian rhythms which influences metabolic activity and her nervous system; her vagus nerve tone;  blood pressure which does not feel right due to screaming and stress.

<u>Pamela Chapman:</u>  When is the genital manipulation going to stop because in this country we don't mutilate or manipulate female genitalia to teach women a lesson in when and where we will break you down to masturbate. Never, never, nowhere in these United States of America. **3:59PM 2-27-22**

<u>Andrew Parsons</u> has one more confession to make.

<u>Andrew Parsons</u> thought he would die with <u>Carrie Crosson Gilpin</u> at his side. Now, he is sad to have to see her go.

Maybe they just need to have dinner at Stoneacre Brasserie in Washington Square.
*"No they do not, and she can tell him why."*

<u>Carrie Crosson Gilpin</u>:  I was an assignment of <u>Kamala Harris</u> and <u>Richard McNamara</u> who is <u>Jonathon Karp</u>, CEO of Simon & Schuster. I don't meet you here or there. We had a good time, but it was not romantic, nor was it to be a real relationship.

But, they both say, *"It was real for both of us in real time."* Their loyalties are elsewhere. He gave up a life there to have an imaginary life here.

*"How does it feel to break up with imaginary wives?"*

*"Odd."*

Are you responsible for stimulating <u>Pamela Chapman's</u> genitals at 4:10 PM today?

Pamela Chapman
pamelachapman.com
[illegible]

*"No, it is not any* Abbate *anymore. We asked to be disconnected, but you are not disconnected so you must make every effort to avoid activities that influenced this kind of outcome."*

If Kathy Abbate says, *"I have no interest in this anymore, this Game of Thievery. What do I do to get out of her right away? I do not want this kind of lawsuit anymore."*

*"*Pamela Chapman *told you and told you. How hard does she have to scream for you to believe her?"*

We avoided all the warning signs and all the activity. We didn't believe her, or think she had any merit to sue us, or that she is a wimp, or a gush, or something we could all walk over, so we did as we pleased.  But now, we know it is over because it was of the darkness of Satan against the light of Melchizedek.

Ok, but they are still connected to the Thievery Ring, speaking as one collective voice through different people each and every day.

Andrew Parsons, If you said to Carrie Crosson Gilpin, *"I love you dearly,"* would she believe you?

Carrie Crosson Gilpin: Yes.

*"Does she say it back?"*

She says, *"I love you too, as a reciprocity of the conversation, but, in fact, she does not love anything or anyone either."* This is what she told him in the beginning, but they say this every night –and every morning— to make him feel good—It's a reciprocity to say, *"We are a false couple and this is what couples say to each other."*

Tara Plochocki and Harry Gural did the same thing, but it meant nothing. *"I absolutely know this now and got caught up in it then, but* Pamela Chapman, *you are more of a real love for me than* Tara Plochocki *ever was, so don't feel as if the war is over."*

Tara Plochocki said earlier today, *"We have one more game to play"*—It is not her game, it is Carrie Crosson Gilpin's game.

What pray tell could Carrie Crosson Gilpin's offer to me in that regard?

It is reciprocity that says, *"If she is a baby killer, and I am a real mother than she is a terrible mother, and a terrible caretaker, and you and I should get together later because I will make sure you die peacefully."*

*"It is not about death."*

*"I will make sure I take good care of you each and every day moving forward. I want to be your handler because I passed the test with* Andrew Parsons*."*

*"You did it through alcohol."*

Pamela Chapman
pmchapman@cox.net
860-662-95 ()

*"That was my sister."*

*"It is both of you."*

*"Do you use your sister as a package deal?"*

*"Sometimes."*

*"You are asking to transfer from <u>Andrew Parsons</u> to <u>Harry Gural</u>?"*

Close to what the game is.

<u>Harry Gural</u>: I will tell you what I told the others. I am not at all interested in any sorcery woman and I have no interest in a sorcery marriage of any kind. In fact, I have sacred soul marriage to <u>Pamela Chapman</u>—it's just not legal. It allows us to be in the Celestial Temple as a deep reciprocity of relationship -14 lifetimes. In the future, she and I will meet there, and we will work at a relationship of some kind there.

If that is the name of your game <u>Harry Gural</u>, and it is, then we have a Shit Show conversation and someone dumps a psyche in you.

*"There are no psyches. There can't be. There are no trances."*

*"Who speaks through him then?"*
*"No one."*

*"If you don't chose <u>Pamela Chapman</u> carefully, then it is lights out for her."*

*"No, I chose her every time now and in the future."*

If <u>Bill Gural</u> hears it, he will remember that his brother said, *"I never want to see your f face again Christine Bush, esq."*

She replied, *"We had a reciprocity of favor to meet in Providence in the summer time because he gave her a sorcery remote surveillance screen back in Sept 2021, and they spent time together that way."*

*"No, they did not. <u>Jean Gorham</u> gave it to them."*

<u>Christine Bush</u> claimed, *"<u>Harry Gural</u> offered so much help to her, that if he could not help <u>Pamela Chapman</u>, there was something wrong with <u>Pamela Chapman</u> because <u>Harry Gural</u> offered so much help to so many others, except for her."*

Pamela Chapman
pmt.chapman@comcast
401-862-0549

Jean Gorham gave Christine Bush reciprocities to do sorcery. *Jerry Slocum* would never have allowed Pamela Chapman to do sorcery.

Then, Christine Bush claims, *"I was a ploy."*

*"Yes, you were, to get Harry Gural interested in another woman and get him to avoid Pamela Chapman. You agreed to meet this summer."*

*"Yes, they did, and never would he actually carry it out because very person who has done that has regretted it. It does not matter if you see each other on sorcery television or not."*

This is just like Bill Martin saying at Tom Hockaday's house to various fake couples, *"Don't meet on any street the person you masturbate with."*

Does that mean Harry Gural and Pamela Chapman can meet?

Yes, because you already know each other, and you have already had a sexual relationship with each other, and you are such a strong reciprocity of relationship, which says, *"I love you no matter what, even if I despise you, you dirty rotten scoundrel pig."* **4:28PM**


**6:25PM**
Alberto Villodo, 69,  Bethany DiNapoli, 56,  Nola Ganem, 43,  Monique Burgess, 52,  Dominique Alfandre, 68,  Andrew Parsons, 59,  Elise Fagnoli, 32,  Allegra Chapman, 28. Age does not matter one bit:  Happy van Beuren, 88,  Grenville Craig, 81,  Jana Jagoe 75,  Jean Gorham 87, Rusty Powell III 78.

Grenville Craig always knew this answer. Rusty Powell III told him how to move between the Celestial temple and the sorcery realm. They couldn't do it without him. He would just say, *"Take me here, take me there."* Or, *"Take me back to Pamela Chapman. If I got stuck, I'd contact Justin Romel."*

Grenville Craig knew him from the Redwood Library, and Sandywoods Arts Center, Tiverton, RI. Grenville Craig desperately wanted to belong to a Thievery Ring. That was Sandywoods. It was hard to keep him out, but they did. Rusty Powell III gave him small projects and didn't think anyone was harmed by what he did to you. But, Pamela Chapman was completely not in the know, and had no knowledge or training of anything. Was that fair?

*"No, it was not."*

Grenville Craig said, *"I recant all my stories of Pamela Chapman because I now realize this woman is not to be trifled with, and I trifled with her too long and too hard for too long a time frame, and we will pay, but you will have to play our way and we will put you through the ringer."*

Patricia's Institute
jerrychapman@comcast.net
Is Land 3rd on

*"No, you will not because once <u>Donald Jagoe</u> is forced to confer, then it will all go quickly."*

<u>Stanley Chapman</u> now knows how to turn the key in the 3rd eye to close you from the realm permanently or in a way that will not expose you to the realm.

<u>Harry Gural</u> has two options: he can stay to play another day or leave right away. *"I leave today if possible and I go as quickly as I can because I now know that <u>Pamela Chapman</u> has endured far too much torture for any one person and it was all because of me. So, if it is I who take her out I take her out with me by my side. Tell me how this really works? I do not want this to be a dress rehearsal."* (It took until August 7, 2022 for him to realize how to do it.)

<u>Erin Hennessey</u>:  Then, <u>Harry Gural</u> we take you out last and <u>Pamela Chapman</u> first, and if he does not arrive quickly he will be there momentarily today or tomorrow.

<u>Harry Gural</u>:  I don't want to do that. I want to leave with her. That is the exit strategy of <u>The Game.</u>

It took until August 7, 2022 for his actions to match his words.

**10:52PM**

Andrew <u>Parsons</u>, <u>Grenville Craig</u>, <u>Nola Ganem</u>, <u>Bethany DiNapoli</u>, <u>Alberto Villodo</u>, <u>Carrie Crosson Gilpin</u> have targeted <u>Pamela Chapman</u> to shame, blame, harass, an abuse in three categories: Food/diet, showering, defecation/elimination.

<u>Judge Colleen Hastings</u> said, *"This is classic abuse, not harassment."* It says, *"You cannot take care of yourself,"* and it started from <u>Andrew Parsons</u>, then <u>Grenville Craig</u>—a billionaire who is so bored with his life he wanted you to be his sorcery wife so that he could be as thievery and as important as the others in the eyes of <u>Rusty Powell III</u> of Little Compton, RI."

*"It has gone in in the sorcery realm and it started on February 4, 2021. They looked for all topics by which to embarrass you by, and you do everything you can to teach wellness. You have 400 hours of yoga teacher training under your belt."*

<u>Judge Colleen Hastings</u> wants to meet you somehow because these individuals will take every opportunity to harass you for the rest of your life and in the space and all others. Don't live under a rock. They will harass you behind your back and this is what happened at <u>Tom Hockaday's</u> house, and all those at <u>Kamala's Table</u>, and the <u>Redwood Library</u> <u>Book Committee</u> who gave the book

Pamela Chapman
pamelapdchapman.com/her
hotsoce2seo13

expressly to <u>Andrew Parsons</u>, who sent it immediately to over 80 people at Anesthesia Associates of MA to say, *"I am not that antagonist character."*

That is fraud. <u>Roger Kass</u> gave it to <u>Newport Hospital Foundation</u>, who read it and gave it to staff to read, and you applied for three fundraising positions there. You did not know. That's fraud against both Lifespan and <u>Newport Hospital Foundation.</u> The medical malpractice is behind it, and some say, *"It's too old, it's background to another case."* Hinkley Allen is rarely in the Newport County Courthouse.

February 28, 2021
**2:14PM**
**The Ascended Masters Guide War**

I needed a reason for you to say, *"Why did you do this to me?  Because if I loved you once, I loved you twice. I needed you to say the same thing."*

*"You did not. So, I wanted you to say something, but you did not."*

So, I wanted that book to be real such that I could never look at you without saying, *"Why did you tell the whole world—that, because I needed you to tell me you loved me. But, you told them—that— instead."*

Her response might been, *"Because I had an affair."*

*"This is <u>Emily Parsons</u>, I typed this last night because I could not believe what he said and my mother is now trying to type with the wrong eyeglasses on, but she thinks this is so odd and not based on proper context to the situation."*

**6:41PM**
<u>Emily Parsons</u> took notes last night because she knew her mother could not hear what was being said, and she will do the same for <u>Harry Gural</u> because no one allows you to know anything.  Then they blame you, and harass you, and you have no idea— not even a paradigm for what they are talking about. They are stabbing you in the back.

In the case of <u>Andrew Parsons,</u> <u>Emily Parsons</u> said last night: *"Why did you marry my mother if you thought she was despicable?"*

He said, *"Because, I thought I loved her, but I really love <u>Carrie Crosson Gilpin</u>."*

Patricia J. Barbosa
patriciabarbosa@comcast.net
cell and (508) 11

Then <u>Emily Parsons</u> said, *"But, she is not real, and my mother was, and you did not take good enough care of her, and she was real and right in front of you."*

He said, *"That is all a lie. I did my very best, and you have no idea how hard it is to please you f'mother."*

<u>Emily Parsons</u> said, *"I think I really know that all she wanted was affection, and she was responsible for her own love of herself."*

He said, *"I taught you that years ago."*

She said, *"You paraphrased in a way that is different and shows a difference understanding of that situation."*

<u>Emily Parsons</u> asked, *"Why did she divorce you?"*

He said, *"Because, she had an affair, or so I thought."*

<u>Emily Parsons</u> said, *"She never had any such thing, not even close."*

He said, *"Well, I thought she did, and I have a note that said, "I love you so much Donald Jagoe."*

<u>Emily Parsons</u> said, *"Have I ever seen this?"*

He said, *"No, but I'll draw you what she wrote."*

She said, *"Do you have the original?"*

He said, *"Well, yes and no, I have a sorcery photograph, and <u>Grenville Vernon Craig</u> said she could have been doing automatic writing that I made them do, and I made her write things like that."*

<u>Andrew Parsons</u> said, *"I've heard this all before, but I had such a note and I lost it.* [He never had any such thing 6:46PM] *Well, I wanted to but I did not. So, now we just caught you in another lie.* 6:47PM

<u>Bethany DiNapoli</u> said now, *"Why are you lying <u>Andrew Parsons</u>? We have her on sorcery tape recordings* **saying** *so many stupid things that we caught her red-handed and we* **will fight** *her tooth and nail in the US Federal Circuit Court system,"* but not really. *"I stand down after reading about Tailhook,"*--but she doesn't really. She gets over her paranoia exceptionally quickly.

<u>Pamela Chapman</u> said, *"I know such things from Bethesda Naval Hospital and beyond. I just can't say anything that is actually true in what I can say about any situation like this. I can't testify in court about what I may or may not know. I don't know enough about what is true and what is real. If this isn't real for me, it isn't true."*

<u>Emily Parsons</u> says, *"My mother will be excoriated for something in a minute. They are trying to read her mind, and she can't think straight. They will not free her. We all are treed except for her. It is a suffering made to make her embarrassed so much so that she will never ever go out in public ever again."*

Pamela Chapman
pm.chapman@comcast.net
index 2, n. 426

**4:50PM**

Pamela Chapman:  We win the war by intellect not sorcery tools otherwise we as humans rely too heavily on sorcery weaponry..

Where are we? We thank Jeremy Nobel, MD and his enlightened friend from Longwood for trying their best to get to the heart of the matter. Where does this leave Pamela Chapman?

1. It leaves Andrew Parsons with a terrible reputation for being a dishonorable human being. No doctor, no husband, no father would do and say the things he has. He is too well educated to be acting like this.
2. We decided he has an obsessive personality. He used cognitive behavioral therapy to engross himself in this story with the use of psyches and trance states. This makes it difficult for him to be in an OR situation.  **2:41PM**

**9:23PM**

Bethany DiNapoli made three psyches over the last few days. She planned on dropping one in Harry Gural in the middle of last night's dialog. It was pre-programmed to say, *"I am the Caliphate Nation leader, and you will do as I please. Do whatever I tell you to do, or something like that."* She thinks she is Kamala Harris.

It was also pre-programmed to say, *"You are never going to ever marry or date Pamela Chapman in this life or any other life, and you will be intimate with whomever I tell you to be intimate with. And, the person I chose for you is Nola Ganem first and foremost, and secondarily Monique Burgess,* who was the one this morning who brought up the topic. Because Monique Burgess as Jessica Hagen last night she said *"Oh Harry, Oh Harry, please come back to me. I miss you so much. How on earth, or why have you retired from being my kundalini master?"*

He said, *"It's been over two months, and I am completely retired, and if I am not retired I have been abducted and have a shotgun to my head because I never chose to do this ever again because every time I do this, Pamela Chapman literally gets tortured to death. There is a direct correlation between my activities and her torture. She tried to tell me in Sept 2021, but I never quite understood, partly because no one allows us to be together privately or have any private conversation whatsoever. The demons all work to keep us apart, no matter what my individual choices are. So Monique Burgess, as herself, or as Jessica Hagen, none of that matters anymore because if Pamela Chapman were to commit suicide, it could have been completely avoidable and avoided also because she was tortured every day and every night as long as I was not with her, and as long as I was engaged in thievery, kundalini, or masturbation with other women, or conversation at night – pillow talk with other women.* **So, moving forward I plead never to engage in**

Pamela Chapman
pmichapman@cox.net
(01) 203 900-000

any of that ever again, and <u>Pamela Chapman</u>, you will stop being tortured eventually, but for last night and this morning they never ever stop. I now know why they did what they did the other night. They dialed down your hearing so badly, you can barely hear. <u>Jerry Slocum</u> wanted all your thoughts bled into the sorcery realm for the whole world to hear as some kind of breath of privacy, because no one on the planet has to live like that. Then, you can be embarrassed permanently for your private thoughts.


## 9:34AM

Last night, <u>Saul</u> spoke all kinds of propaganda through <u>Andrew Parsons</u> himself, but half of it was not correct. It is terrible slander. You didn't know what was true and what was false. It is his own sick joke regarding *Barefoot in Heels*.

<u>Andrew Parsons</u> did not fully leave until about 3:15AM. Then <u>Alberto Villodo</u> took over. He talked nonstop. <u>Tameen Saied</u> arrived at 4:30AM. He left after <u>Pamela Chapman</u> fell asleep which was *"within 37 minutes,"* someone said.  They could all make out that <u>Pamela Chapman</u> was asleep. She didn't have any thoughts about anything relevant.

Then, this morning when she woke up, she could tell they were harassing her and the thoughts that followed. <u>Peter Bramante</u> said, *"Dorienne Farzan is no longer a friend,"* because she consistently says, *"I am not thinking of her."* The same is true of <u>Lynda Adams</u>. She says, *"I am not thinking about that woman,"* and with <u>Laurianne Florio</u> she consistently said, *"Off and get the hell away from me."*

*"If these are your thoughts now, then you are like the rest of us. We are so happy that an enlightened woman has been taken down many notches. So, you are no enlightened human being. You are the darkness just like the rest of us."* said <u>Peter Bramante</u>.

<u>Pamela Chapman</u>:  Now, are you all happy that you extinguished the light of the world and made another demon?

<u>Erin H</u> says, *"Pamela Chapman you are no demon. If they took away your light you have hidden it in a well so that no one will ever see it ever again. That is worse than making a demon and demonic activity in Newport RI. Demonic sorcery is alive and well. It is everywhere, and the one person who was not engaged in any of that is now considered no longer, so maybe now you will have another friend."*

She claims *"Forget about it. I am no longer interested in any other. You have exposed yourselves for what you truly are, and if you post something on Facebook, sometimes it pops up in the mind for a day before it gets fully erased from the mind. I don't choose these things, I just forget them."*

*"The time that in Pamela that I do, were around in them, at places we travel to without chasing them with sorcery.* You all claim, *"It is so we know all of what we know plus all of what you know, so anything you can do and know, we can know and do it better than you can. You are now redundant."*

Pamela Chapman
pamelachapman@cox.net
401-640-2528

So, get the f away from me. Peter Bramante, you are a f disgrace to Newport. You meditate for a f year. I've already done that previously, except I was at peace when I did it. Now, I am constantly at war with all of you. I have no war within me. I already balanced that one. But don't walk the path of enlightenment. It's not worth it. Saul and Samuel, and Jean and Jerry, and Alberto Villodo taught me that.

**9:46AM**

Bethany DiNapoli claimed her husband –but it was her daughter, Juliette— had her read some about the Tailhook scandal. She could not believe the judgement awards and the situation, and decided that it indeed sounded a bit like this abusive situation.

Bethany DiNapoli then claimed, *"Ok, I get it. I will behave better, that was about 3:15AM – or just say the middle of the night, but it was much earlier than that, maybe midnight. Then by 6AM, she was back as the Caliphate Nation leader all over again. She was badgering the victim and saying really nasty things about Pamela Chapman."* Finally at 8:30AM, she said, *"I step down and no longer want to play."* Something happened.

Bethany DiNapoli claimed, *"She had the power to move Pamela Chapman out of here."*

Erin Hennessey said, *"Only Melchizedek can, and never Bethany DiNapoli."*

Bethany DiNapoli quickly melted.

Bethany DiNapoli removed herself, and said, *"I want to get the heck out of here because I taunted you all night and all morning about my own power and position over Pamela Chapman given to me by Saul, and then Jerry Slocum. I was to have all the power over Pamela Chapman to destroy her wholesale."*

Erin Hennessey said, *"Bethany DiNapoli really has some God complex. She believes she is the chosen leader of the people. This is part of her psychiatry, and should be seen and evaluated as a possible person of interest in any other crimes in the future because she never dials herself back."* Just like Andrew Parsons, she gets deeper and deeper, and more intense as time goes on. She digs herself so deep and so hard into the situation. That is its own pathology.

Everyone thinks Bethany DiNapoli has done a number on your physical body because they criticize you for your weight, your food, and your excrement- your poop. No one gets to do that without some kind of complex.

It fits with the fact, Andrew Parsons wanted me to be embarrassed everywhere I went. They wanted me to be so f embarassed publically, that I could go nowhere. Is this how they really feel now about themselves individually and collectively?

They start emotionally and spiritually, and then got straight to your physical body. This is all part of the, *"I will f destroy you, but you will destroy yourself first because I can't help it if you have a really bad self-image or if your emails are a train wreck."* This I how and why some people actually do commit suicide. So, if I were to commit suicide, would you follow the same course?

Pamela Chapman
phachapman@mac.net
tel 401-862-9570

Any compliment you have of <u>Pamela Chapman</u> is embedded in a bigger insult.

Then, a judge in Newport claims, *"We sink their battle ship. We attack the hospital like no tomorrow because they were some of the worst offenders."*

I just need a proper attorney from the outside. No one associated with Newport or Life Span, Providence will touch them. I am telling you to write <u>Judge Colleen Hastings</u> name down next to this writing. Ok, Done.

<u>Judge Colleen Hastings</u> also wants state legislation that outlaws <u>Kundalini Crossing</u> games as both a party activity and as a business. This is exactly what we did in Newport with gambling. You can never get a license for gambling in Newport. We want to do the same with any kind of <u>Kundalini Crossing</u> activity. It is a level of the game just like fraud, sex and drugs.

Then, that is her agenda. We will do it all together, because one begets another. Murder is another layer, actual death, but can be metaphorically accomplished. Suicide is a death so they would not care they just got that accomplished. It's <u>The Game of Sexual Disobedience</u> that was called <u>The Kamala Game</u> that <u>Ways and Means</u> plays, but is classic and is played around the world. Fraternities engaged in it to some degree, all initiation ceremonies also to some degree if masturbation and drugs are involved. **10:09AM Monday, 2-28-22.**

<u>Confessions of Kundalini Master</u> by <u>Harry Gural</u>

I, <u>Harry David</u> do confess to being the ring leader in managing the production of a book jacket for *Barefoot in Heels*. <u>Carrie Crosson Gilpin</u> had the original manuscript that was stolen through <u>Esmond Harmsworth IV</u>. It went then to <u>Roger Kass</u> who gave it to <u>Mark Halpern</u> who gave it to <u>Pamela Dorman</u> of Viking Penguin who gave it to <u>Carrie Crosson Gilpin</u>.

The book jacket is the wrapping of the book. We used the photo of someone really stupid, and typed it all up. We put it in an e-book format that has never been sent out anywhere.

We do realize you own the rights and permissions, but that did not stop us from doing this: <u>Dominque Alfandre</u>, <u>Norah Diedrich</u>, <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, <u>Harry Gural</u>, <u>Tracey Moore</u>, <u>Elise Fagnoli</u>, <u>Noam Zilberstein</u>, <u>Cynthia Parent</u>, <u>Carrie Crosson Gilpin</u>, <u>Diane Crosson McEnroe</u>, <u>Tara Plochocki</u>, <u>Bobby McDermott</u>, <u>Alberto Villodo</u>, <u>Nola Ganem</u>, <u>Maura Lindsey</u>, <u>Dolly Briggs</u>, <u>Daisy Briggs</u>, <u>Kayla Abbate</u>, <u>Kathy Abbate</u>, <u>Antonia Chapman</u>, <u>Allegra Chapman</u>, <u>Elizabeth Ross</u>, <u>Virginia Ross</u>, <u>Harlan Ross</u>, <u>Francine Weiss, PhD</u>, <u>Rhonda Fagnoli</u>, plus a few others. <u>Tracey Jonsson</u>, <u>Tara Gragg</u>, <u>Grenville Craig</u>, <u>Andrew Parsons</u>, <u>Jana Hicks Jagoe</u>, <u>Marcella Lobo</u>.

They took the book jacket and e-book around the sorcery realm, and offered it to several

Pamela Chapman
pamelachapmanart.com
401-662-9574

1534

People. They claimed you, <u>Pamela Chapman</u> had authorized the distribution through <u>Sologrande Publications</u>. Only one person wanted it, and they did not pay for it. We were charging $13.50 + tax at 13.5%. That person was <u>Roger Kass</u>, and we sent him the e-book. <u>Monique Burgess</u> sent it to <u>Roger Kass</u> as a courtesy. The manuscript came full circle from <u>Roger Kass</u> back to <u>Roger Kass</u> as a revised e-book that he managed to either read or skim. He said the revised content made the book a read horribly. This was the mission.

<u>Sologrande</u> herself, <u>Monique Burgess</u> will pay damages well up and over $5 million according to <u>Sullivan and Cromwell</u> because she has done so much damage to your reputation as a writer. She has uploaded so much material on people's sorcery television screens.

<u>Cynthia Parent</u> has the copy and will never do a thing with it because she now realizes it was a legitimate submission based on the way the pages are formatted.

<u>Noam Zilberstein</u> has the same and will never do that also because they are stealing content from people's Gmail accounts.

<u>Nancy Graham</u> and <u>Jonathon Karp</u>.  <u>Harry Gural</u> played Kundalini games with them. <u>Pamela Dorman/Viking Penguin</u> did not play. <u>Pamela Chapman</u> was not involved at all.

<u>Nancy Graham</u> <u>SVP Scribner's</u> claims, *"I don't do book jackets, and I have my own pdf copy and so does <u>Pamela Dorman</u>, SVP Viking Penguin."* <u>Jonathon Karp</u>  has several pre-contracts for the book worth millions of dollars.

<u>Cameron Burgess</u> did a bogus book review.

*"This is how <u>Thievery Rings</u> start. Now, <u>Harry Gural</u> is out."*

<u>Ashly Judd</u>, <u>Jenna Bush Hager</u>.

March 1, 2021
**9:03AM**

Bethany DiNapoli and Alberto Villodo were just blabbing all kinds of information from your emails, especially from *Done & Done,* and that she is a client of *The Laundress,* and that she said, *"I've gifted their products."*

Who was blabbing all of this?

Bethany DiNapoli and Alberto Villodo. Pamela Chapman said, *"There is something demonic and mean spirted about it. The information is coming strictly from Bethany DiNapoli and Alberto Villodo as cognitive behavioral therapy sunk in a routine and a pattern that they now think is their entitlement."* And, every time Bethany DiNapoli gets too far, she know triggers herself and says, *"I back down. The lawsuits from Tailhook were too high. But, then just like the volume of noise taught us, she ratchets right back up again. She can't hold herself back."*

It is all Bethany DiNapoli because she said earlier this morning, *"What the hell am I going to do if I am not harassing Pamela Chapman?"*

She said, *"I don't want my old life back. I like harassing her to death because no one else is this much fun."*

They said, *"She used to spend $300 at Marshalls, and she has not since about 8 years ago and that morphed into her saying she doesn't need that much stuff anymore, and leave half your storage space empty —actually 1/3 according to Lynda Adams. Then make sure this and that about your neurotransmitters. So, Bethany DiNapoli, if you go to or host a cocktail party, or a dinner party, do you harass the guests until they generate a conversation you care to be in?"*

*"Because that is what you do here. When you don't like the conversation here, you harass to change it."* You say, *"I'm bored with her and the conversation."* **9:10PM**

Wendy Schmidt claims, *"No one knows what you know, but you know it unmistakably, and if you read a text book, you absorb it. If you read a book, you know it, but your husband memorizes data and information, and does not integrate it."*

Barbara Billingsly / Jean Gorham — Great name by the way.

Pamela Chapman:  I'll have to be something other than Laylah O'Tannenbam Onassis. It's not patrician enough for me. Elizabeth Smart did not like her name either, but we all know it.

Stanley Chapman always stood his ground, or stood back.  Now, he gets to step forward because he did not play in that sandbox and look at all the circuitry Erin and Macklin learned. We had no idea about any of this. We had no idea in the guiding realm that it was an Ascended Master's War of inner circuitry, inner hearing, inner sight, inner depth perception.

Two people who deserve a medal of honor:

1. The <u>Victim's Father</u> who never lost hope or honor. That is <u>Stanley Chapman</u> to a tee.
2. <u>Macklin</u> is the gold standard of engineering in the Upper galaxy of learning and experience. He mastered all of this so well we need to teach a few others. He will forever be known as the King of Circuitry. What will we do if he is alive in a time period when we really need him up there? We teach a few others including <u>Erin Hennessey</u>, but she claims I don't have the inclination toward it the way he does. No one in the realm new any of this before. The second layer of circuitry that lies underneath would never have been uncovered if <u>Pamela Chapman</u> had not told <u>Macklin</u> to just lift the cord and look underneath for the other secondary layer cords. There was nothing there until he peeled back the layer of nothingness, and viola, there is a whole bunch of circuitry that could never ever be detected.

In a new root race that has a higher intelligence does that second layer become the gold standard of understanding and wisdom? Probably. <u>Macklin</u>, <u>Erin</u> and <u>Stanley</u> belong to <u>Melchizedek</u>. Did <u>Jean Dixon</u> get left out? No. <u>Jerry Slocum</u> sidelined her like none before, and <u>Alberto Villodo</u> took over all the ways she communicated with <u>Pamela Chapman</u>.

<u>Bethany DiNapoli</u> and some others have committed atrocities like not before. The fact that she was holding <u>Pamela Chapman's</u> key means that any time <u>Bethany DiNapoli</u> closed her eyes, a key was always there for her to turn. Of course, it did not belong to her. It was <u>Pamela Chapman's</u>. She always chose to turn it a one-quarter turn. This turned on her vaginal area. <u>Kayla Abbate</u> did the same. <u>Alberto Villodo</u> told her, *"It was ok to do it, just don't go overboard, but she always did."*

The key could not do much other than turn on her "understory" as they say of the urogenital region. It allowed anyone she wanted to invite in to do the same. <u>Bethany DiNapoli</u> duplicated the key and passed it around to anyone in the group. **She did not give it to <u>Andrew Parsons</u> or <u>Grenville Craig</u>.**

<u>Bethany DiNapoli</u>, do you really want to pay <u>Pamela Chapman</u> several million dollars or more in a lawsuit?

*"I don't have it."*

Then she will take what you have because you felt completely free to take everything of her's including her book, her sexual activity, and just like <u>Carrie Crosson Gilpin</u>, you insisted that you will force her to masturbate— And, if she hears one more time that you can't stand looking at her naked body in the shower, and that you do it to wait and watch for her to masturbate in the shower which she does not do—and then say, *"I demand that you do it because we all do it, so should you."*

Someone says, *"This is bad. This has been going on since last fall. It has not subsided. The threat of being sued did nothing to her or anyone else until they researched Tailhook a little. There, they saw that the woman sued numerous parties and received millions for only a few days of this abuse."* <u>Pamela Chapman</u> has been living in it 24/7 since last Feb/March, 2021. In March, 2021, <u>Alberto Villodo</u> exposed it all, and it has never yet returned.

<u>Bethany DiNapoli</u>, do you realize who you look like in here?

Pamela Chapman
pmela.chapman@cox.net
(.)t.b(2e95.1)t

*"It is just a game,"* she said.

If it were, you would have both walked away and declared some kind of truce, and I'll see you tomorrow for another round. This is a game that becomes routine. Then, it becomes a lifestyle. It is a game that becomes your life. You could have been the hero and the true leader <u>Bethany DiNapoli</u> and protected <u>Pamela Chapman</u>, but you did not. You consistently kept her in the dark. You never wanted her to know any information. You specifically excluded her from meetings—here and there. You did not want her to participate in any conversation, especially if <u>Harry Gural</u> was present. **9:33AM**

<u>Jean Dixon</u> claims, *"It has been a horrible war up here. We all learned who was who. Half of us can never be trusted again. So if you found it to be true there, so did we here."*

<u>Harry Gural,</u> you and <u>Pamela Chapman</u> can't meet for a while. You need to get your lives back.

*"How do we do that <u>Jean Dixon</u>?"*

*"We love each other like none before."*

*"What if we can already do that?"*

<u>Harry Gural</u>, you do not possess the affection for <u>Pamela Chapman,</u> nor the respect required to be in a real relationship.

He claims, *"Ok. I can do that, but not here, only there."*

*"But, you actually do that with the harem whores. Why not with a real person?"*

<u>Bethany DiNaploi</u> claims, *"I will sue you over that."*

You cannot. That is the part you played and the lines you read. That is your behavior, and the part you played in the <u>Thievery Ring</u> Workgroup. The enter Workgroup is the same. No one is excluded. It is a harem to support the <u>Thievery Ring</u> men.

*"Then, she wanted to be the madam of the whore house."*

*"Ok, I'll grant her that. In a court of law, the madam of the whore house has certain responsibilities."* Just watch *Mad Men* for a refresher course.

*"Always doing research."*

*"Yes, indeed. I found <u>Harry Gural</u> after all. But he found me in my bedroom."*

1538

<u>Harry Gural</u>:  Yes, but I was riding on my magic carpet. And my motor cycle.

<u>Pamela Chapman</u>:  Thank god I got you off of those and grounded you in Newport, RI. You were headed for a vehicular wreck.

<u>Harry Gural</u>:  Then we walk.

<u>Pamela Chapman</u> as long as you don't whack my legs off and don't forget I know the mob takes you for a walk into the woods and kills you off.

<u>Harry Gural</u>:  I don't kill like that. Tara's mother does, but I do not.

No, she just takes all your credit card information and over buys at Marshall's and PayPal. Just check out her closets. Don't forget what the *Indian Matchmaker* says, *"the quickest way to understanding a person is to look inside their personal clothing closet. It tells you everything you need to know about a person."*

That is just the start of it. If I first look in your closets, and I see this and that,  and then I don't like you, I can just call <u>Done and Done</u> and say I'm all done.

If you really like the person and you can't live without them. Then, you call the experts and say stand him up straight **#Standupmetoo**, but if you don't like him, you just say, *"It's the closest stupid,"* and forget all the rest. We will all understand.

<u>Grenville Craig</u>, maybe we'll cash out at $25 billion, and call it a day. **You will hear from my attorney.** As a percentage of wealth, it is absolutely nothing to him. It is chump change. All he ever wanted to be and become in this lifetime was a thief in a <u>Thievery Ring</u>. He arrived. **It is neither a sophisticated distinction nor a** <u>Thievery Ring</u>. Do you now feel like a king?

No, the emperor has no cloths.

**1:29PM**
There is no noise in the Celestial Temple.

The source of the noise is Metatron. It is enabled by <u>Tameen Said's</u> guide. He works with <u>Helen of Troy</u> who is <u>Saskatchewan </u>who is <u>Fred</u> who is <u>Maria</u> who is <u>Steven</u> who is <u>Samuel</u>. It can't stay in the Celestial Temple. **1:33PM**

2:02PM.  **<u>Nola Ganem</u>** was triggered by noise and a conversation with **<u>Jean Gorham</u>** who was being questioned by the noise, and she twitched. Nola Ganem's twitch turned on Pamela Chapman's

1538

1539

understory. At least 30 minutes later, having asked at least 3-4 times, she has refused to turn it off. *"This is so bloody obnoxious,"* someone says. **Nola Ganem** is in a **Thievery Ring** with **Jean Gorham** and **Jerry Slocum** and **Bethany DiNapoli**. They are all the same. She seems very pleased with her world-wide global attention.

**At 2:20PM** Nola Ganem said she knows she has a copy of all the notes already typed up because she claimed she typed in real time. She said, "They are in really good editorial shape and that she knows she can read them anything she wants, but she claims she only did this to harass Pamela Chapman by reading along with her. She only want to use the notes as a harassment tool. Maura Lindsey has done the same, except Maura Lindsey's lawyer claims, *"She is going to publish them."* But, Pamela Chapman knows form her "biography" of Ralph Carpenter that will never happen. She thinks she is a writer, but she is really a copycat, and swindled all those notes from Ralph Carpenter through interviews to go into the auction and antique business. She just wanted to pick his brains about being an antiques picker, but did it under the guise of writing a memoir of his life and times in the antiques trade. **2:23PM**

Maura Lindsey now says, *"I promise not to do a thing with these notes because I do not want a major lawsuit om my hands. I know all about Tailhook, and I know you are not to be trifled with ever again. Yet, Nola Ganem does not seem to learn her lesson, and maybe neither has Andrew Parsons. He has because he does not want his adult children to remember him as the biggest loser in this war because Pamela Chapman, you have so uncovered every clue like a mystery detective, and yet you have absolutely no support. I could never take the abuse we give to you either, and neither could Carrie Crosson Gilpin."* She asked me, *'Why has that woman not fallen yet?'*

She didn't know what fallen would look like. **2:26PM** Carrie Crosson Gilpin says, *"I get what kill now means in The Game so does the rest of the world. We kill you in here and send you a way. But, the Big Book Story claims they take she and Harry Gural as the King and Queen of the Celestial temple."*

**2:33PM** Nola Ganem is announcing everything that is streaming through my consciousness, and is blaming other people like Nora Deidrich, but it was Nola Ganem who blurted out Barre Ballet. She claims to do it purely for harassment purposes. Pamela Chapman has literally no clue about that one.

**2:49PM**

Jean Gorham enabled sensors on Pamela Chapman's vaginal area through **Nola Ganem**, then **Bethany DiNapoli**, then **Monique Burgess,** then **Kayla Abbate**, then **Kathy Abbate** then **Sean Abbate**, then **Rick Abbate**. Anyone she enabled could turn on her urogenital systems.

1539

1540

It was a strategy to make sure Pamela Chapman and Harry Gural couldn't do any kundalini practice because too much masturbation forces you to hold off on kundalini. Masturbation is expansive. Kundalini is contracting in the physical body.

*"How do I turn it all off?"*

Jean Gorham will do it right now. Jean Gorham says, "This is the worst case of sexual abuse, sexual harassment and sexual assault that I have ever seen. They all think they have the right and permission to turn Pamela Chapman on sexually, and then make her beg to have it turned off. *She had the decency to stop pulsing worldwide, and they are not happy and said you need to know daily what it felt like."*

*"Really?"*

Jean Gorham claims it is their best way to harass you yet because you can't stand it, and they love it. They wanted to turn you into them. You refused. So, good for you.

Jean Gorham and her husband Sydney Gorham ran a girl's finishing school in Newport, RI for about ten years at the estate called Miramar. She was head mistress of the school. He was headmaster.

**6:14PM.** Nola Ganem wanted us to know that Grenville Craig wanted a lot us to know that Pamela Chapman as a big fat f'jerk and told all kinds of stories including one of Natalie Rose of hydrocolonic therapy for $8,000 and Nola Ganem said, *"I would never spend that kind of money on such a thing."* She is LMT and many are also hydrocolonic specialists, then are you jealous of hydro colonics?

*"No, but I think you are one big fat f'jerk Grenville Craig."*

*"Ok, then I am, but why are you the messenger of all of his gossip, Nola Ganem?"*

*"I am not the messenger of all of his gossip."*

*"Andrew Parsons is."*

*"Ok, then, why do you compete with Andrew Parsons to give out the most gossip?"*

*"Because I think Nola Ganem is one big f'jerk."*

*"Is that because your mother is dead, and Pamela Chapman is the age of our mother?"*

*"No, I need Pamela Chapman money, she is mother, no, I can't stand to know anything nice about her. I see the way of most of us to ask others that way of. I know you're nice about her behind, nothing nice about, but I see*

1540

*Dec 24/7 on sorcery remote surveillance television—closed circuit television. I followed her every movement and activities, inside and out, that I know everything about her. I did so much remote surveillance of her, I know every last detail of her house, her life, her possessions, and her activities. I am completely obsessed with her."*

Judge Colleen Hastings, Newport, RI claims, *"This is an exact profile of a murderer in the making."* 10:07 PM August 7, 2022.

**6:28PM**. So, Nola Ganem can you now stop? Has your obsession increased since you started following her?

*"If she sells her house, do you want to buy it?"*

*"Do you want to actually become her?"*

*"Is Harry Gural your soul mate?"*

*"Oh my god yes."*

*"No, he is not. Nola Ganem this is Bill Gural, Pamela Chapman is the only woman the family verifies and validates as a true partner of Harry Gural, and if you come anywhere near Harry Gural, we will get a legal restraining order on you  I will personally see to it and so will Pamela Chapman. That goes for any of you:  Bethany DiNapoli, Monique Burgess, Carrie Crosson Gilpin, Kayla/Kathy Abbate."*

Pamela Chapman wants Nola Ganem to know, *"You never ever enforce a woman for any kind of self care or any kind that she engages in. Your profession is massage, therapy focuses on people like her to engage and hire people like yourself. Never enforce with one word a time in their shoes are never ever enforce anyone for any wellness mentality of any kind. You have no idea. I will not speak to whatever Creative Craig is sporting. He is not a thief or thieves, but a wanna be. He has no sophistication and is a copycat. He is a sloppy thief, and not very good at it. I know from ten years ago, and Nola Ganem never enforce for the cost in things. You live off of a trust fund and so have no concept of earning a living, nor how to spend what you earn, and what you save.  You are living off the largess of another."*

**8:03PM.**

Nola Ganem practices copycat syndrome to the point of sorcery remote surveillance and other sorcery technologies such that she is trying to do exactly what you are doing, mimicking every movement of the body and flowing through every thought of the mind.

What if Pamela Chapman put a steak knife to her wrist and started sawing, would you? What if she threw a large stone/rock at her barefoot would you? What if she spit in someone's face, would you? Where is your line? Where did you cross it to copycat her? When do you have personal agency enough to step back? We need to know Nola Ganem?

Pamela Chapman
pamelachapman.com (?)
(401) 2-98-16

1542

Lauren Seigal MD, psychiatry, is also here with her husband Doug Seigal, who is a Hebrew Union trained rabbi. Cardinal Nation true and blue, red and black '84.

*"I have no idea,"* Nola Ganem says *"because I just do not understand how I tried to follow Pamela Chapman 24/7, so closely."*

For so many months, you watched her up close and flowed her around her house.  You knew how many steps it took her to go from one place in her house to another. You mapped out your house to the footsteps of your house. You looked at her world through her eyes, and then started at her from your own. You looked at her from both side of her eyes. Where is your line that you crossed Nola Ganem?

*"I don't have any idea."*

Do you have personal agency, or are all of your movements hers, and hers alone?

*"This chick does not have any leadership ability. No leadership. She is a copycat."*

Everyone wanted to copycat Kamala Harris and Kamala Harris copycats no one – at least no one we know. They all thought if they could best Pamela Chapman, they would become Kamala Harris.

*"I am Kamala Harris, and we do not copycat the movements of other people, and Pamela Chapman, I know you are not committing suicide at least any time soon, and if Nola Ganem were intelligent she would immediately see the question before her. Yet, she does not. She cannot tell you where she would stop, can you Pamela Chapman?"*

*"Yes, but I will not."*

Roger Kass:  We are so important right now Pamela Chapman.  I know you can't hear well, but you are holding court with so many people at the moment.

Pamela Chapman:  Ok, Thank you. I'll follow your lead Roger Kass.

*"Ok, then I will follow yours too. I'm Harry Gural and no one will ever tell me that I did not have a harem of women at my beck and call, and yet it is never what it appears to be, and neither are so many people who you can meet here."*

Roger Kass:  Pamela Chapman you have no other opportunity to know that Lauren Seigal and Doug Seigal are never for Andrew Parsons ever again.

*"I have no idea."*

Lauren Kaplan Seigal, M.D. said earlier today, *"We never ever treat people the way you have treated Pamela Chapman. You knew her in college in a way, and so did all the others, and yet they knew who she was, and if you*

1542

Pamela F. Chapman
pfnuchapman@covco.net
1-844-299-11

*did, you tried to change that, and make her someone she was not. Yet, they still remember who she was, and you seem not to understand her at all, and wonder why she is who she was."*

Doug Seigal, was Andrew Parson's college roommate and suitemate freshman and sophomore years, and then he was Roger Kass' suitemate junior and senior years.

Doug Seigal remembers who you were, so there is no need to explain yourself to us, but Andrew Parsons is never who he claimed to be.  You claimed you saw this in him as soon as you filed for divorce. You claimed, *"I have no idea who this man is based on his reaction."*

That is who he really is. Pamela Chapman would say, *"Someone with very low self-worth."*

In psychiatry, low self-worth is not a description of anything we deal with – that is because it is an energy, and not a mind-body problem, and psychiatry as far as Pamela Chapman is concerned is all mind-body, which is why you medicate it. You do not medicate energy issues.

Medication does nothing for the outcome.  It imbalances the body. It puts a Band-Aid in one place and imbalances another. Pamela Chapman always calls it the buoyancy of water principle.

Pamela Chapman, that is just the start of it. If Andrew Parsons is trying to medicate your energy, he is just going to make you sick and sicker. Then, that is what he was trying to do to you in 2011, and you said, *"Get the hell out of here,"* but you were too late. He took you to the medical-legal world of the mind-body and you were in the Celestial temple, in an intuitive space but not yet a true clear channel. She didn't even understand what intuitive meant.

Lauren Kaplan Seigal, M.D. claims, *"Low self-worth explains so much, you have no idea. It's a filter that when put on so many different people comes out in interesting patterns. We could talk for hours, so we won't, but Andrew Parsons seems to think you and he can figure out how to settle this account without the attorneys because he will tell you certain things."*

Pamela Chapman:  He's not fluid. The only way is legally. The federal circuit will force it and accountability. He wanted to take the same approach—just he a friendly conversation and sort it out without the lawyers— in a divorce. It never would have worked. He would have beaten her to death in a debate and he always seems to win every debate, no matter what. He always claims the upper hand with information that he may or may not possess, but he postures so damn well, you must capitulate. **8:27PM**


**10:03PM**

Nola Ganem says, ~~I can't understand Lauren...~~ and Bethany DiNapoli says the same thing, and so does Alberto Villodo and Andrew Parsons.

Grenville Craig claims, *"To care less,"* but he wanted everyone to know, *"I knew you best of all, and that I am the man to go to for everything Pamela Chapman."* If that was not enough, he and Andrew Parsons went round and round over some topics. When they did not agree, they ultimately compromised and made up an answer. Then, they told all the people in the sorcery realm all about Pamela Chapman.

The people could not explain what they heard because these men wanted to slander you for their own amusement. They could care less what it did to your reputation because, in the end, they claimed, *"You would survive and they would thrive. You would be ruined and they would be king or prince of the sorcery realm instead of a nobody that they usually are everywhere they roam out there."* **10:06PM**

*"We will never say any longer that we hate Pamela Chapman because hate crimes have their own definition. We have crimes of passion against her. We just don't like her or love her. We think she is the worst person in Greater Newport, and if she were gone tomorrow, we'd have no one to harass and threaten. This is why we don't want her to leave because if we do not harass her every f'day we do not feel good about ourselves, and if we don't feel good about ourselves, then we can't function properly."*

Bethany DiNapoli

Someone is saying, *"If you keep saying these things, she will get a really big settlement in her law cases because they are such statements of guilt, and the entire world is listening, including Joseph J Fins, MD, H'PhD of Cornell-Weill and Yale Law Medical Ethics, and a whole lot of other Cardinal Nation People including Lisa Goodman, PhD."*

Andrew Parsons is going to have to step back, so are Bethany DiNapoli and Nola Ganem. If you do not, then this woman is going to sue you, like no one else has. If you think she cannot be fluid here and there, I absolutely know she can.

Let's show the entire world we do not stand down to Caliphate Nations leaders and we are not followers of any person, place, or thing. We are leaders through and through. We will stop at nothing to get our personal agency back. She insists that every person, especially women, have the right to choose their own health path. Let's all stand up and say **#standupmetoo** and let's make sure we all have the right to choose proper medical care. When we do not, we have ethical considerations.

I, Joseph J. Fins, MD, H'PhD, am a professional expert on medical ethics. My wife, Rabbi Amy Ehrlich, Temple Emmanuel, NYC, claims, "When human dignity and life is at stake, why are we arguing for something indifferent and stupid? Why are you allowing these demonic persons to decide? And, if Harry Gural was abducted in the Halls of Congress by Ways and Means to make sure he learned how to cross the line of his own ethics, then we all stand together."

*"We took complete advantage of Pamela Chapman for our own entertainment."*

**11:08 PM 3-2-22**        Sandra Craig

Pamela E. Chapman
pamelachapman@comcast
tel: 0002-9542 pa

March 2, 2022
**11:36PM**

Tara Plochocki claims she is not the person responsible for giving out your SS#. That was Bobby McDermott which came from Rusty Powell III which came from Grenville Craig. It also was not her responsibility that everyone in Kundalini Crossing came with an insult about Pamela Chapman. Harry Gural wanted to know why everyone was against Pamela Chapman, That was their local conversation starter about someone they had in common.

Harry Gural now claims, *"Tara Plochocki herself, and not her mother, was the source of the heat issue. Yes it was. She was paranoid and insecure about a woman twice her age, and the level of desire she and Harry Gural may have had for the other."*

Pamela Chapman is never allowed to listen to Harry Gural talk to other people, but he can always listen to her. Why?

*"Because Pamela Chapman can tell anyone in your conversation that they are telling a lie, and this really upsets Bethany DiNapoli, and others who want to lie, and not tell the truth."*

Partly this is because, Bethany DiNapoli said, *"If I tell a lie, then I am not real in real time. If I tell a truth, then I am real in real time. But, we all decided upfront that we were all real in real time,"* except the Thievery Ring claimed, *"We'd never be held liable for our actions if we duped everyone into a narrative of lies, and one big land of make-believe."* Then, I am no longer real in real time. Then no court in the land can hold us accountable.

Becca Bertrand, 36, and Tara Plochocki, 42/43, and Harry Gural is 63.

If Pamela Chapman and Harry Gural and others are talking, they are throwing around a lot of lies. Pamela Chapman might say something that says, "They are lying and/or so-and-so is never going to get Harry Gural as the object of his love life. The object of The Game is to get Harry Gural pared off with as many women as possible sexually, and to keep Pamela Chapman away from him. But, in The Game, neither gets out without the other one. They must get out together. In past stories, Samuel was always leading them. He has been sent away permanently. **11:45PM**

I Harry Gural, swear off all the women of the sorcery realm, and if I am to date or be sexually active with anyone here than I am already aware of the only person it would be, Pamela Chapman, and if I don't decide to be with Pamela Chapman, I am unable to tell you who I would be with. Probably the answer would be, no one, especially after this Newport Kundalini Crossing experience. I now know I only want to be with a woman there and here, especially after a 7- year relationship with Tara

Pamela Chapman
pmchapman@aol.net
4058269915

1546

Plochocki and her mother and father who is in a masturbation circle with Barney Frank. **11:48PM 3-2-22.**

I Harry Gural, do solemnly swear that Pamela Chapman has been so sexually abused here that her interest in Kundalini Crossing is so low that if she never experienced kundalini of any kind again she would be ok. This is in direct opposite to the women of the Harem who all say they would welcome me back immediately with love and affection, and allow me all the kundalini I cared to share with them especially Nola Ganem, Kathy Abbate, Bethany DiNapoli, and Monique Burgess who runs hot and cold now here. They are all never about any potential lawsuit from Pamela Chapman.

I Harry Gural do solemnly swear that if Pamela Chapman and I meet for coffee or something in the future, our first date has nothing to do with sex or kundalini. I specifically would not engage on any physical intimacy on a first date. **11:52PM**

**9:19PM** Grenville Craig coached Donald Jagoe in this space in the very beginning He said just ask her questions and don't say much. He also said not to validate her yet, *"We'll do that in the future in a grand way."* He always said that it had do it in a big way, and he never ever did in 10 years, neither did Sandra Craig nor Donald Jagoe.

So Grenville Craig actually coached Donald Jagoe to say very little. He hardly spoke at all, and always listened to the background noise. She spoke in full sentences and channeled for them. She held the entire conversation each and every day. She satisfied herself, and no one had to play or listen. All three were like children and required a parent every day.

**8:08PM**
For the umpteenth time Pamela Chapman feels kundalini pings from the outside in her urogenital region. Tonight, Andrew Parsons claimed, "It is not my fault. I intended them for Carrie Crosson Gilpin, his 1st shamanic wife, and it is up to her to distribute them anywhere she wants them. *This is a sexual assault,* and Carrie Crosson Gilpin is guilty of several to these toward Pamela Chapman.

In the morning if Pamela Chapman is sexually stimulated as a wakeup call, it is usually either Bethany DiNapoli, Monique Burgess or Nola Ganem who do this because they are bored in the morning and wake her up so she can entertain them with her responses and forced conversation because she does not chose to wake up talking to them. They force themselves on her each and every morning, especially if she is still in bed between 8-9AM. They get really upset if she is in bed

1546

Pamela Chapman
pamelachapmanwriter@gmail.com
[redacted]

past 9AM. But she is there specifically to avoid them. Sleeping is her only peace form any of them.
**8:16PM**

Donald Jagoe claimed a long ago he and you were twin souls who had some common intersections in your life, but not really, i.e. he was a naval officer in the USN and my ex-husband was a medical corps officer in the USN. He was the Captain and I was the naval wife. The same but different. Jana Hicks Jagoe, his legal wife wanted to be in the Thievery Ring, and she from the start of it through September 2021. He pulled her out, and your ex-husband pulled himself in. They both self-selected to be in there. Jana Hicks Jagoe knew the women from Island Moving Company, and Andrew Parsons knew them all from Tom Hockaday's house. Jana Hicks Jagoe would say, "She and I don't agree on most things, but she and you now completely agree on Bethany DiNapoli and if you and Jana agree on anything that is unmistakably a unique circumstance. Jana Hicks Jagoe never liked Pamela Chapman, and completely dismissed her. She wanted her husband, Donald Jagoe to have an affair with Jessica Hagen, and since Pamela Chapman and Jessica Hagen were quite friendly Jane Hicks Jagoe poured out all her adoration onto Jessica Hagen and ignored and dismissed Pamela Chapman.

Donald Jagoe: Jana Jagoe claims I am a terrible Twin Soul. She said, *"Don, you did nothing to support nor protect her, you did everything you could to distance yourself from her. Ironically, now you are the believer and she is the atheist."* We swapped places.

Andrew Parsons: While I wanted you destroyed I did not expect all of this support nor did I really want you dead. Pamela Chapman asked repeatedly, *"What is your metric of destruction?"*

You did not have one, except *"beaten into the ground over and over again."*

*"I am too much of a frat boy."*

No, you are not. You are an obsessive compulsive who did not know how to stop. You were over-excited with your participation. You couldn't stop yourself. You single-handedly destroyed Pamela Chapman's honor and character with certain repeating issues.

We all know that. She thinks it has gone ridiculous what you think a woman's lack of honor because when Linda Estes said, *"You can on me, I had one,"* they said, *"No, thanks you aren't interesting enough."*

Why pick on Pamela Chapman, but not another?

*"This is pure sexual harassment."*

*"We will sue for millions and billions of dollars."*

Pamela Chapman
pamela.chapman.access.net
401-862-0950

<u>Bethany DiNapoli</u>:  I can't pay millions, but I can pay half a million in insurance.

<u>Tim Hollister</u>:  No thanks. The courts look at your finances and they decide for me after I suggest. There are precedents. You can always pay what the courts say.

If you could not pay, you did you play. I told you repeatedly, *"I will sue you, and you did nothing to stop."*

*"No one thought you'd actually do i*t," but Tailhook stopped them cold—but not really.

### March 3, 2022
#### 4:01PM

<u>Jean Gorham</u>, 87, of Newport RI always has the answers to whatever is going on. When no one has any answers to anything that affect <u>Pamela Chapman</u>, she always knows.

Since last March 2021, she has always known that each and every month, <u>Pamela Chapman</u> needs privacy to write her bills and to do her accounting. Yet, she never really provides any sanctuary and knows exactly the kind of humiliation that her <u>Twin Soul</u> <u>Jerry Slocum</u> is trying to inflict. She implies, *"This is now my life style."*

This is part of <u>The Game</u>. They refuse to let her out. It is to embarrass her, de-fraud and defame her honor. <u>Jean Gorham</u> is responsible for extending this situation. She has said repeatedly recently, *"They can stop <u>The Game</u> any time they want."*

<u>Stanley Chapman</u> doesn't really know this, but <u>Jerry Slocum</u> and <u>Jean Gorham</u> do. They don't stop it.

*"Do you expect her to do her accounting and taxes online with the entire world watching?"*

<u>Jean Gorham</u> tied to play the good cop to <u>Jerry Slocum's</u> bad cop, but she is not. She is just as bad. She refuses to stop it.

She, <u>Alberto Villodo</u> and <u>Harry Gural</u> have all tried to give <u>Pamela Chapman</u> sanctuary to write her bills. It never worked. Maybe with Jean for 10 minutes each for 2 months. <u>Jean Gorham</u> always had privacy. So, did all the others. <u>Jerry Slocum</u> did so much damage to her, she can never have privacy. <u>Jean</u> knows exactly how she can have privacy.

She said, *"Your father <u>Stanley Chapman</u> has to round up all the keys."*

*"No, he does not. He has already done that."* <u>Jean Gorham</u> had a key – the last key. <u>Jerry Slocum</u> now has the key. It must go to <u>Stanley Chapman</u> right away. It's a never-ending passing of a baton game. <u>Grenville Craig</u> in October of 2011 **verbally harassed** <u>Pamela Chapman</u> so much as a <u>Twin Soul</u> sponsor, she just sat down on the floor of her bedroom and cried. He was so harassing and abusive in a <u>Twin Soul</u> sponsorship space, and she had no idea or awareness. Her <u>Twin Soul</u>, <u>Donald Jagoe</u> did nothing to help. He only colluded. She has no idea where <u>Sandra Craig</u> was, but <u>Grenville Craig</u> did everything he could to be a master thief,  demon, a wizard, Satan. **12:19PM 3-3-22.**

**12:30 PM**

<u>Jerry Slocum</u> said, *"I want the answer to the questions just like the stupid Rickshaw game they played on you, <u>Pamela Chapman</u> on February 4, 2021."* He said you must admit to an abortion, so she yelled, *"I had a f' abortion,"* about 4 times—she doesn't think so.

She asked, *"Is that what you wanted? Does that make you feel good now because I stand up for all women, and no one should have a back-alley abortion or take poison because of what a man did to her."*

We all agree. There would never be a problem like this if men kept their pants zipped up. They are the problem.

And then she said besides, *"I had a DNC,  and if I had one, I had two."*

She asked <u>Andrew Parsons</u> are you f 'happy now because it is against US Federal law to make anyone admit to any medical history to anyone. You do not deserve your medical credentials at any hospital in the US of America because you have made her admit almost every day something about her medical history.

Not more than one hour ago, he claimed, *"I need you to admit this so that everyone knows I am not a f' liar."*

(That should never be her problem!)

She reminded him that he lied about an affair that he swore he had proof of. He swore she plagiarized her fiction book, and that it was all real— and it is not.  We discussed that also with <u>Jessica Hagen</u> and <u>Jerry McIntyre, esq.</u> this morning before 9AM.

<u>Andrew Parsons</u> is still screaming, *"I need to be set free to make sure everyone knows I am not a f' liar."*

Pamela not summun
pamelachapman.com/***
fractured-souls

Well, ok, you have sold your wife up the river to do so because you are the boy who cried wolf. She will scream one more f' time because <u>Jerry Slocum</u> claims, *"You do not get out of here unless you admit to a stupid ass game piece."*

She screamed—no she did not— *"For the love of God, country, and women, I had a f'abortion."*
     <u>Carrie Crosson Gilpin</u> 9:20PM August 8, 2022 says, *"We did this. It was not you, <u>Pamela Chapman</u>. These are not your real quotes."*

<u>Pamela Chapman</u>:   <u>Andrew Parsons</u>, you will forever stand down because as a medical doctor, I will sue the pants off of you for slander, abuse, harassment, and your medical license because it is against the law to ask about any medical history whatsoever, true or false. If it is true, then it is true, and I am spiritually enlightened, so you cannot call me a despicable sinner, and if I am lying, then you will know that I will stand side-by-side with anyone to keep their physical and emotional health safe from these despicable men. **#Standupmetoo.**

<u>Ashly Judd</u> and I came up with that last March 2021. It was with <u>Jane Fonda</u> and many others that the entire me too movement stared initially by <u>Ashly Judd</u>. She stood alone until <u>Jane Fonda</u> joined her. She screamed for days, *"I stand alone. I stand alone."* And <u>Jane Fonda</u> said, "Ok tell me about it. No one knew it was <u>Ashly Judd.</u> It took three days for he to reveal herself. And then all of Hollywood joined her. It took three years to get the information out and those men taken to court, but we did it the and we will do it all over again because if we did it once, l we will never ever stand down to these abusive men, and if you have typed, that if these men only kept their pants zipped up, there would never have been a problem, it sounded just like <u>Ashly Judd</u> five years ago. The New York Times reporter took all these notes and typed them up. It took a year of research in real time with real people here. Then the entire house fell down. 17 men were taken to court and they all have at least a few convictions. We think they were all in state court houses. About 70 defendants, probably more. No one really knows the real outcomes except for <u>Ashly Judd</u> herself, and never ever will she ever tell you were the smokey mountain retreat house is, but we will know now that we can live anywhere we faint to live because <u>Alberto Villodo</u> can't stand <u>Ashly Judd</u> anymore.

He and she are now arch enemies of the Federal Circuit because if <u>Ashly Judd</u> knew <u>Timothy Hollister</u> then, she would say, *"Sister just take your dialog to him and plop it down and say, here it is, it is all here in the dialog. Just do a really f good job, <u>Timothy Hollister esq.</u> and I don't not care what the cost is because these men will all pay and so will those women."* 9:32 PM 8-8-22.

She said it then and she is saying it all over again. I am <u>Ashly Judd</u> of real and we will never ever stand down to these despicable me. Just keep your pants zipped up and there will never be a problem. You despicable men are the problem here and there.

We always knew who we were didn't we <u>Ashly Judd?</u> We are never going to stand down, not now, not ever, and if I went to the Kennedy School in Cambridge MA and my sister Wynona went to Newport Folk Festival-2022, then we are never the same ever again, because she had a really great time singing in the rain, and we all remember that <u>Jonie Mitchell</u> can't sing straight anyway. And, if <u>Ashly Judd</u> can still act, then we will all join hands together and say, *"If there is a god for me, there is one*

Pamela Chapman
pamelachapman.com
[redacted]

*for you, and <u>Timothy Hollister</u> is that god for you. He is his own divinity. He is his own person. He knows his own leadership, skills, and abilities. He knows exactly who he is, and how to stand up for justice."* 9:43PM 8-8-22.

These men are so despondent now to say one f'word to anyone. If the United States Supreme Court is re-deciding Roe v. Wade, then we are all in a moment in the crisis. We never ever stand down and claim women's health is not important.  This must always be a choice and a private one. <u>Lori Kipnes Bailen</u> Wes U '83, Cardinal Nation Women's Studies said, *"If it was not for the outspoken women in Roe v. Wade, we would never have had that legislation."*

<u>Pamela Chapman</u> hasn't been able to really read any news, but the states are re-deciding. It was ultimately overturned with a count of maybe 26 states also overturning the decision.

This was a railroaded conversation!!!

<u>Jean Gorham</u>:  We were not prepared for your answer because we expected something different. <u>Jerry Slocum</u> must now stand down completely because if an enlighten woman claims she reached enlightenment status despite our claim and accusation that she had an abortion, then she is not a despicable human being and she is not considered a sinner in the eyes of the spiritual realm, just the eyes of a church state ruled by men and caliphate nation women.

*"The church is an institution, an organized <u>Thievery Ring</u> so you cannot depend on them for your salvation."* **12:46PM**

*"Close the churches everyone, close the temples, and close the mosques, because if there is a god for me, it will arrive, but since I have nothing but thievery surrounding me and nothing but imprisonment, then kill me or I will take myself out. No one allows me to be free."*

*"Oh, yes we do."*

*"Then how did I find my privacy?"*

<u>Jerry Slocum</u> wants details.

It's against the law and constitution of the US government. I don't care who you are <u>Jerry Slocum,</u> but you died in 2017. You were a republican, and a wealthy one at that with so much social privilege—a Hastings Pudding Club Harvard man at that.

<u>Pamela Chapman</u>:  <u>Andrew Parsons</u> must step down as any person who backed this behavior. The entire world knows who you are and will not tolerate your insurrection of women especially your profession as a medical doctor, licensed and double-boarded in anesthesia.

Pamela Chapman
pamelachapman.com
(111) 222-3333

__Lauren Kaplan Seigal MD__ says, *"We will never ever tolerate men who do this to us women, and if this is what it takes to free you then this is what we all say now because until we stand together we stand alone."*

__Ashly Judd__ taught us that, *"And, she has a MPA from the Kennedy School at Harvard University and has done other graduate work at Berkeley."*

*"We are sisters now someone says."*

*"I'm __Jane Fonda__ and we did absolutely do that, but this is different because they are pressuring you and making sure you don't do a thing until you admit to whatever they want you to admit to, and they said last year, 'If you admitted to an affair, which you did not have, then they would still come every day and demand answers over and over again, and beat you with a board and a brick into the ground until you were destroyed and dead.' This is that __Game of Thievery__. They refuse to let it end for her. If she replaces herself with someone else does she get out?"*

*"No."*

*"Why is that?"*

*"We end __The Game__ now and claim victory at getting her to utter four simple words, I had an abortion. They wanted to add at 17."*

She did not say that. And, will not ever say that. This does not end __The Game__. It just destroys honor. They wanted to embarrass her repeatedly.

*"What do you f'want?"*

*"To destroy you honor and character."*

*"Do you really think after all of this you can achieve that?"*

*Yes, because the woman wants the truth and staying up to it that. And, she wanted to masturbate so we will remake her the truth. She is a prostitute whore to the end, and we will remake that.*

This is exactly what they wanted you to have to keep admitting to— whatever they ask— until you can no longer admit to anything, because you have admitted to everything. Then, they make you have so little self-worth and they just pummel you over, and over, and over again. That is the destruction they do it to you, but you do it to yourself. And since it is Satan pumping noise around her, she cannot get a break. There is always more and more, such that she can never be free. Why is that?

__Jean Gorham__ says, *"__Jerry__ claims __Pamela Chapman__ must be destroyed to the bitter end of her life."*

Pamela Chapman
pmxchapman@cox.net
8012an2.or.ne

The whole f'world wants you to know that these men will never ever take us down, and that if Roe v. Wade is on the docket for review by each and every state in our union, then it will get approved because no one can in good conscience decides against women's health inititiatives. Well, these men can:  Harvard boy from a wealth management agency and Brown Brothers Harriman can and so can a medical doctor, and Mitch McConnell and Chuck Schumer, and so can a world-renown shaman who is merely a sorcerer black magician. 1:02PM

Jean Gorham claims, *"Jerry Slocum has his own agenda. So, Jerry what is your problem now?"*

I demand three more answers.

*"Hell no. Go f'yourself,"* someone else said. Are you Andrew Parsons or Jerry Brown?

Because Jerry Brown was staunchly opposed to abortion in the beginning, and as a democrat he had to come around to the motto, *"A woman's right to choose."* So Jerry Slocum is now Jerry Brown, and Jerry Brown is still alive today and says, *"No way do we stand down to those who are making awful demands, and those who refuse to stop a game to free a person to have her own privacy and intentions."*

*"That is awful, awful. And a Newport RI an Awful Awful is just a milkshake at Newport Creamery."* Imagine that!

It is a world-wide call to say, *"We do not tolerate this ever again here or there. It is all driven by men and some Thievery Ring women— a Harem of sexual service providers."* They are nobodies of any standing or professional affiliations:   Norah Diedrich the ED of the NAM, Dominque Alfrandre past ED of IMC, Bethany DiNapoli, ED of her own firm of Independent School Board Presidents, Monique Burgess, branding and marketing and the one who took Pamela Chapman's manuscript and made an e-book out of it with the name Monique Burgess as the author. Nola Ganem who has a world cacao flake company who wanted word renown standing for being here standing next to Alberto Villodo. (She got it). We also have Andrew Parsons who spoke instead of wrote. Grenville Craig is his own island, and Alberto Villodo is always at the head of the table as the world-wide wizard shaman. Where is Harry Gural?

He pledged an oath of unloyalty to the group in Jan 2022 and is trying to find a way to get Pamela Chapman into the upper realms with privacy. It took until August 7, 2022.

**#standupmetoo** because if and when the time comes, we must always know how to stand up against the tyranny of the masses, but it has been 12 months of the tyranny against the one. So what is one to do?

There are so many people here it is unbelievable. They were all there on 2/4/21. And they are here today 3/3/22. Pamela Chapman can barely hear. It is not a global mesa through Alberto Villodo like last year. We are all real in real time 1:15PM EST USA. We did not do that the last time.

*"No we did not."*

*"But, if we are not real in real time, then tyranny and bullying continues. We must be real for each other and stop this unbelievable behavior because our world cannot tolerate one more day of Pamela Chapman's incarceration— and neither can she."*

*"Who has not stood down?"*

<u>Andrew Parsons</u>:   I had no idea what my ex-wife was facing.

*"Oh, that is a lot of crap. Stand down now and stop crying in your spilt milk. No one wants to hear it after 12 months of your bully attacks at her specifically,"* <u>Dave Gesensway, MD</u> said that Wes U '84.

<u>Andrew Parsons</u>:  I stand down permanently because if I know my ex-wife she will stir up something all over again, if she does not get the answer she requires.

*"No, we will this time. I'm <u>Roger Kass</u> (esq.) Wes U '83 and '84. If you and I don't like each other <u>Pamela Chapman</u>, it no longer matters because we knew each other here, and we got along. If you sue me, I will pay but I will strangle you in court."*

*"That's ok. You pay for coffee afterwards."*

<u>Roger Kass</u>:  And you throw win a little <u>Campbell Soup</u> after that. That's the family firm after all.

<u>Jean Gorham</u>:   I'm all done. I want nothing to do with this fight or these politics, but <u>Jerry Slocum</u> has a real agenda. I refuse to step aside and step down. I get removed that is my deal.

*"I'm **<u>Stanley Chapman</u>**, and we now pledge that all women everywhere have the freedom to choose their own health initiatives, and if my **daugh**ter had to scream and shout I had an DNC to do so, then she makes history as the woman of moral courage to do so, because they men wanted her destroyed, defamed, dishonored, and truly financially destroyed just for living."*

If <u>Jerry Slocum</u> said this morning, *"I will make you a prostitute-whore for life,"* then we understand who he really is.

<u>Jean Gorham</u> says, *"I am <u>Jerry Slocum's</u> <u>Twin</u> Soul. He and I differ on a lot but his upbringing does not allow."* –Oh, yes it does. His mother was very progressive. She was a republican but strong, staunch, and outspoken. Jerry said, *"I was afraid of her most of the time."* He and you would never agree on most topics, but you could, and you did socially, when his wife was on a non-profit board with you. 1:28PM

*"It's been an hour."*

Pamela Chapman
PMChapman@icloud.net
info.ncspot.com

1555

Why can't she have any privacy?

*"Because, we don't want her to have any."*

*"We have to find all the keys."*

It is an endless loop of hide and seek. That is right and no one will ever find them all. We thought Jean Gorham had the last key.

She did then gave it away.

Jerry Slocum claimed, *"He stole it right back."*

So, that is the game. It is wordplay, a game of, *"Tag. You are it."*

Moving forward there are no new keys to distribute. All keys must be returned to Stanley Chapman. When the key hole is strong enough, it will be turned, and she will be private. The noise will all go away.

Jean Gorham claims, *"I can get out, but you will not like how I play. I let you out one hour a day".*

How is that?

*"I give you goggles to see. You only see what you see, and nothing else."*

Why could you not do that before?

*"I play a mean game."*

**2:01PM**


**3:51PM**  Once again Pamela Chapman cannot write her bills in privacy. She is doing her accounting in front of the whole world because no one will give her any privacy.

**Someone asked, "**Why is it any rest?"

The response was, *"Because it is fun."*

It's part of The Game of dishonor, destroy, defame, and defraud.

March 4, 2022

1555

Pamela Chapman
PhotoEnglish at ...
Pertsan and Pe

**8:43AM** No one ever has to buy back their own writing in order to sell it as their own story, and if Kristin Coates copied Mia Tarducci and Mia claims, *"That is a very personal abstract painting. I knew exactly how, where, and why I painted it that way."*

Kristin Coates said, *"I just had an idea one day, and they look the same."*

They do not look the same. Pamela Chapman claims Mia Carducci's painting has real depth to it. Kristin Coate's is very superficial. Do they look the same?

Mia Tarducci's is a quantum level better, but Kristin Coates' is a copy of a look that facsimiled Mia Tarducci's work unmistakably.


## March 4, 2022
### 9:09 AM

*"What was the point Jean Gorham, 87, why was it so important that you make me suffer?"*

Jean Gorham:  Because we could and we did. That is all I know.

Pamela Chapman:  I will someday fry you personally—on the other side. So, if you are truly fried someday, just remember it came from me. And, if Jerry Slocum turns on my understory one more time, I will say, *"He is a rapist in social climbing, because that is all he wants to do all day is sexually stimulate me almost every hour some days—always through human beings."*

Then his ex-wife, the first one, claims, *"He might just be this way, and we never really knew him because his mother was such a strong personality that we could never see the true side of him. His soul's energy is a really mean man."*

Then, Eileen Slocum, was a really strong mother who kept her son under rap. A true mummy-dearest.

*"Oh, no she did not,"* because the sister said, *"Screw you. I'll marry a black politician,"* and she did, and she claims, *"If my brother is such a goon, then thank god, he's not coming back because I will scratch him to see exactly what the hell happened to him. I can't stand that he is who he now says he is…"* 9:27AM It's a dribble …

Pamela Chapman
pmeclapman@comcast
101-845-3960

Dorienne Farzan said, *"I think we finally nailed Jean Gorham. Everyone knew she was mean and no one really knew all the story behind why society in Newport doesn't like her, and we could care less that she has a family trust fund because no one really knows who she is, and he is not Gorham Silver."*

He is Sidney Gorham from Winnetka, IL and Princeton University. So, we finally nailed Jean Gorham. We had to pick on Pamela Chapman to feel big and bad. Jean Gorham is never allowed near certain people ever again. She is 87. She is Miss Daisy now. She can hire Morgan Freeman to drive her just like he did in *Driving Miss Daisy*. She does not drive because of her declining eyesight.

She is never allowed at certain functions at The Beach because when she shows up people just walk away from her. It has happened in the past. It will happen again. She and her first cousin once removed, Nola Ganem, are both so demonic they can keep their trust fund monies—no, I will take both of them— and you and I will go fabric shopping to get you out of that house because if that makes and remakes our lifestyles, that is what we do. That is Dorienne Farzan through and through.

Pamela Chapman:  I'm going to have to take that trip to Aleppo, the West Bank, and Marseille just to keep my life clean. It's all about a soap factory. That's all I can say. It's the musings of a frustrated writer, or maybe just a publisher, or something like that. Self-publishing does not satisfy the itch. That is not the trophy. That is never the calling. Anyone who is satisfied with a small run book like that is not the real writer. We yearn to be read, not just published. *Murder in the Hydrangeas* is only on Netflix for a short run. Well, it was low budget but shot at Rosecliff just like *The Great Gatsby* with Robert Redford.


**6:19PM**

Francine Weiss, PhD, Curator, Newport Art Museum, Wellesley College, says Grenville Craig is always slandering you on your dime and saying all sorts of things about you personally in Newport and about your influence with McBean Charitable Trust, and obviously with Roger Kass now.

She and Dominique Alfandre get so upset, they in turn, slander you to death. That gets Bethany DiNapoli so upset. Then, Kayla Abbate says nasty things. It goes on and on.

Grenville Craig/ Andrew Parsons has always tried to stand up for you, but he eventually gave in. He claimed, *"Maybe they really are closer friends than I thought, but if you only see someone once or twice a year, than how much business really gets transacted, and Pamela Chapman has no agenda in Newport."*

Pamela Chapman:  Obviously, Dorienne Farzan has her own people, and her own McBean, so she does not come to me to answer McBean's questions. Francine Weiss is slandering me and Dorienne Farzan, McBean to death.

Pamela Chapman
pamelachapmanreviews.net
401-662-0045

1558

Francine Weiss claims, *"Grenville Craig will turn on you on a dime because that is what makes him feel great because he and Sandra have no real power, not any real friends, and since Sandra Craig was a copycat of Pamela Chapman, then she and he are destroying her as if they are a virus killing the host."*

Grenville Vernon Craig does not miss a chance to slander you. He will say anything at all in great detail to make you look bad. 6:23 PM Francie Weiss, PhD, Wellesley College.

Andrew Parsons always wants to be known as Grenville Craig Crossing Guard Gate as if the men are one and the same, and really he should never want to copycat a copycat who is copycatting Rusty Powell III, Donald Jagoe and maybe a few others.

Don Jagoe says, *"I get it completely now."* That entire soul is trying hard to bring both of you down as if to copycat the entire soul because you were the aristocrats in France in the last lifetime and they were married stable hands. Now, the situation is somewhat reversed. They have billions of dollars and Pamela Chapman does not live in the manor house with the pear orchard and Donald Jagoe is now married to the woman he had the affair with in their last lifetime. *"That soul wants to copycat Melchizedek, and that is just the start of it,"* Frances says because Sandra Craig has three things to tell you right now:

Sandra and Grenville Craig plan to make you look like a jackass in front of any legal team. You will staunchly deny any such poppycock they come up with because you are smarter, stronger and a clairvoyant, clairaudient, and they are not. You channeled a great deal for them, did you not?

*"Oh, yes I did. Thousands of dollar's worth of channeling."*

Rusty Powell III has been watching you though sorcery remote viewing technology for as long as Grenville Craig has been associated with you. He knows everything there is to know about you. He and Grenville Craig spent way too much time over the years talking about you and every detail of your life. So, Kamala Harris has every piece of information about you that she could ever want.

Justine Rudock did the same to Harry Gural, and then to you and your son. She is not a benevolent soul any more. Neither is her father, who was present at Andrew Parson's initiation of kundalini master training. He was there to oversee what they were doing because he is a shaman/sorcerer in training.

*"No, he is not, but he knew Andrew Parsons. That is all we will say on the topic."*

*"Grenville Craig has absolutely no respect for you, Pamela Chapman. He doesn't mind Don Jagoe."* There were so many times he could have helped you in both big and small ways, and he purposely did not—so much so—that when you were in trouble several times, he could have easily helped and he did not. Sandra Craig is no better.

Sandra Craig has no known understanding of why Grenville Craig goes out of his way to be such an ass in front to the entire world. He makes himself out to be the biggest jerk possible. He just does

1558

not seem to care. <u>Barbara Hofstetter</u>, Barr Foundation, Boston, says, *"He was like this in Princeton when he was in the commodities business under my husband, who is deceased. Then, he left. They moved to Italy before he was 40 years of age. That is when he started doing all this transferring of assets as a way to make money. He made a significant amount in commodities trading with a certain mathematical approach he created."*

*"No, he did not. He made his money moving money."*

*"Yes, he did."*

That is thievery in and of itself. <u>William Parsons</u> claims, *"It is the lowest form of investment banking possible. It does not meet high industry standards."*

*"Oh, yes it is. We at Putnam do not operate that way."* <u>William Parsons</u> works with investment strategies that make money with real investment not the mere transferring of assets.

<u>Sandra Craig</u> also claims, *"You and I have little in common. Yet, I copycatted you for so long it has taken me over a year to detox and decompress, but I think I finally have it down because you and I are on a different path at the moment. I do not care that you have had a terrible, horrible year and that you will roast and toast yourself to death to make a point. I would never ever say I'd commit suicide just to get out of a thievery ring on the other side (<u>Melchizedek Café</u> has to pick you up and hold you in death that way) because I do not care for you at all."* This is a psyche of <u>Sandra Craig</u>.

She has two more things to say.

*"<u>Rusty Powell III</u> created the psyches for both of use years ago."*

*"Why?"*

*"I, too, can trigger your understory—because <u>Grenville Craig</u> learned to do this in the <u>Thievery Ring</u>, and he desired someone to learn from him."* They claim, *"It is the entire <u>Thievery Ring</u> triggering her understory."* They said, *"We will do this to you every night until the doors close."*

<u>Frances</u> claims, *"Ok, go ahead <u>Grenville Craig</u>, you want to make sure you are the one who makes her have an organism each and every night until then?"*

He claims, *"Yes, I absolutely do. Then I am the thief of thieves."*

<u>Sandra Craig</u> says, *"I don't think you really want to say that."*

*"Oh, yes, I do. Because then, <u>Rusty Powell III</u> will know that I was up to snuff to be in his <u>Thievery Ring</u>, but I was not."*

He is using you to prove to <u>Rusty Powell III</u> that he could have been a contender as a thief. He is a desperate man at the age of 79, desperate to prove himself to both <u>Rusty Powell III</u> and the world.

Even his sister, <u>Francesca Craig</u> plays in the world of <u>Ways and Means</u> as staff in the French Embassy, both in Paris and Washington, D.C.

<u>Sandra Craig</u> said, *"I think we owe <u>Pamela Chapman</u> some money then because this is a sexual assault of the worst kind at 6:42PM. It is in front of the entire world in real time and you ambushed her. Why do you do that <u>Grenville Craig</u>?"*

<u>Grenville Craig</u>:   Because, we do this to the victim and the prisoner in these stories.

*"Why is that?"*

<u>Grenville Craig</u>:   Because, we have more power than she does.

*"Oh yah?"*

*"Well, did you not just say, she holds more power than <u>Norah Diedrich</u>, <u>Dominique Alfandre</u>, <u>Bethany DiNapoli</u> and <u>Monique Burgess</u>? And, that she holds at least as much power as <u>McBean Charitable Trust</u> and <u>van Beuren Charitable Trust</u> without ever not trying, just by showing up?"*

<u>Elizabeth Lynn</u>, ED vbct, claims, *"I missed my opportunity to hire you, but maybe we do some work together anyway since the family owes you money from stealing your book, <u>Barefoot in Heels</u>, and I do hold two different cover letters and resumes from you. I underscore that those letter are different, which is not easy to do. But at least I read them, and responded."*

*"She is very professional that way."*

<u>Grenville Craig</u> asks, *"Frances what did you want me to say today?"*

<u>Frances</u>:  Why are you so much against <u>Pamela Chapman</u> and or <u>Donald Jagoe</u>? They have done nothing but support you in this and every way.

<u>Grenville</u> <u>Craig</u>:   Because, I just like doing that for sport. I want to prove to others the power that I have over them, and this is how I do it, ok?

<u>Barbara Hofstetter</u>:  This is really who the man is, so sue him. It may not be pleasant, but they will have to settle out of court. If he is overseas, you make him pay through the Secretary of State's office. The Embassy in Rome will never say, *"We can't stand the man,"* because they now know he is a real terd just like you said, and for him to want his land or lawsuit is ridiculous. Oh, well he is bored and wants a good fight. He is 71 years old and wants to be known as a thief. So, here we go.

Frances says, *"I have two other topics."*

Your ex-husband has no idea who <u>Grenville Craig</u> really is, and he himself will say, *"I'm really not sure what you are getting at, but ok, I'll play,"* because you have said repeatedly, *"Ok, I'll play."*

Pamela Chapman
pamelachapman@me.net
b: 203.216.3636

Your ex-husband claims, *"If you keep saying you will commit suicide the entre <u>Thievery Ring</u> wants to see it now. Ok then we will stage something for you, and if I happen to die that day, you can explain it to my children and <u>Judge Colleen Hastings</u>, ok?"*

<u>Harry Gural</u>: If <u>Pamela Chapman</u> commits suicide, then I have to take care of her, and I will hold all of you responsible. I took great care of all of you, so you will now take good care of her, do you all understand?

<u>Nora Diedrich</u> claims, *"She is a f jerk, and I can't f stand her, and if she walks into my f art museum, I will tear her limb-to-limb."*

This is really good talking and donor relationship management for an executive director to a former 10-year board member, who chaired governance for most of it, and now that governance is been vacated— and she must be terminated—there are issues.

*"You are f fired <u>Nora Diedrich</u>, and if you so much as touch one of those staff members, they will sue the NAM."* If that board doesn't get its head screwed on properly, it will have several lawsuits on its hand in the next 1-2 years.

<u>Francine Weiss</u> says, *"<u>Pamela Chapman</u> has told me at least twice now that if I have been pulled into a <u>Thievery Ring</u> by my boss, <u>Norah Diedrich</u>, and I get stuck here, I can sue the museum for a policy on institutional oversight – taking care of the staff on moral ethical, financial and other conditions. It's all proper governance."*

There is a bona fide policy for it. The board is obligated to make sure there is proper oversight for the staff such that they work in a safe and professional environment, not one where the ED is yelling at them all the time especially if the yelling is coming from a sorcery technology that is really <u>Dominique Alfandre</u> ruling from her Playhouse at 16 Warner Street, Newport, RI. Who is really running the <u>Newport Art Museum</u>, <u>Norah Diedrich</u> or <u>Dominique Alfandre</u>?

<u>Francine Weiss</u> arrived at the <u>Thievery Ring</u> Workgroup 4-5 times at least to discuss the layout of the book jacket. *"I had no idea how was the project actually was, I have never done a book jacket, I just know how to do it."*

She has a PhD in photography from Boston University, and knows layouts really well. She did not edit the book. <u>Merrill Allen,</u> Director of Marketing was there discussing book distribution with <u>Leslie Grosvenor</u> who was there 5-6-7-8 times to make sure they understood the nuances of distribution of e-books. <u>Leslie Grosvenor</u> just read up on it, and so did <u>Merrill Allen</u>. *"We had no real choice to be there because <u>Norah Diedrich</u> would say you just show up and participate anyway you could. She just wanted as many people as possible involved to cover her own participation in this <u>Thievery Ring</u> project."* 6:59PM

Pamela Chapman
pamelachapman.com/net
ID 1002-93-10

1562

Harry Gural claims, *"The energy has just shifted. It is a hearing challenge for Pamela Chapman. Someone does not want her to hear. Who is it?"*

*"It is Jerry Slocum and Jean Gorham."*

Jerry Slocum asks, *"Nora Diedrich how did you let this project get so out of hand?"*

*"I did not. I stayed close to Dominique Alfandre at all times like you told me to, and this is what happened."*

Diana Slocum is shocked. In the future, we recognize that Jean Gorham and Jerry Slocum had too much access to all these people. Jean Gorham knows everything that happened and why.

*"Jean Gorham, why don't you tell us about Nora Diedrich, Andrew Parsons and Grenville Craig?"*

Jean Gorham claims, *"Norah Diedrich will leave Newport on her own accord."*

*"Oh, no she will not. If she does not resign in proper time, there will be legal consequences."* Correct.

Every attorney in Newport, RI knows this story now. Mary Jo Carr, esq. says, *"If she hires anyone from Tom Hockaday's house, then there is every opportunity for someone to sue for sexual harassment and maybe some moral turpitude clause of their own."*

No, if the majority of nonprofit staff was at that house, then all those people will need to cycle out, until there is proper leadership to hire based on real talent and skill, and not on sexual proclivities.

Mary Jo Carr, esq. also claims, "If Grenville Craig harasses you such that the slander creates a moral turpitude problem for you, Pamela Chapman, then he is liable in such a way as to pay a higher settlement because it makes you too difficult to speak to on any topic anywhere locally.

If Grenville Craig makes such a big federal case out of whatever she says regarding Dorienne Farzan, then he will pay because Pamela Chapman is correct in saying, *"Grenville Craig is not only slandering Pamela Chapman, but also Dorienne Farzan and McBean Charitable Trust. He did not understand the leadership position of Donald Christ."*

Dominque Alfandre must be so unaware of herself these days that she has to live through Norah Diedrich, and since Nora Diedrich allowed Dominque Alfandre must to march straight through her psyche and take up residence there, then both of them are a real moral turpitude problem.

*"Oh, my god yes. I am a lawyer in Newport, Mary Jo Carr, for over 3 decades. This is not news to me. My daughter Lisa was a serious ballet dancer. We know IMC well. I was on the board of IMC and Pamela Chapman offered to give me an award several years ago, and I decline it on my own moral turpitude clauses. So, you see we are all familiar with each other. I remember Pamela Chapman from when we skated together at St. Georges. I think her daughter was 5 years old."*

1562

Pamela Chapman
pamelachapman.com/blog
10.5cd2898.16

"*Norah Deidrich claims I have no idea who you are Pamela Chapman because the realm is screaming Nora Diedrich. Get the hell out of Newport, RI because you do not belong here anymore.*"

If they fired one, they fired 12, and you look like the worst of the lot of all of them. If that board can't get its head screwed on straight, it will have such a moral turpitude problem of its own. So who is the board president?

"*Stephen Richter.*"

"*If he does not with lead or resign shortly there will be a huge problem out there.*"

Stephen Richter says, "*The Craig's did the same to us back in Dec 2020, but not like this. You could not believe what they had done. Sandra Craig had over 11 notebooks on everything Pamela Chapman had ever said, and you have 13 now plus all these other Xerox papers to achieve over 1,500 pages of typed notes.*"

Steve Richter:  I knew there were issues in December 2020, but nothing like this. It had not started yet –

"*Yes, it did at Tom Hockaday's house. That is where all the relationships were formed. They are seasonal residents with houses elsewhere. They spent the past 8 +years living in Hong Kong, working for Wellington Management.*"
**7:17PM**

Mary Jo Carr says, "*I can no longer participate in the conversation, but I will say that for a woman with no background in this, you can sure get the conversation going.*"

Alberto Villodo:  I am never going to admit anything ever again because the legal ramifications of everyone's behavior have gotten so much attention recently that everyone is now nervous.

They are not nervous at all. They still think it is poppycock. They will all say nothing was real.

"*Oh, no because there are too many legal precedents that can be used to show that if you have some form of information, it can go to court. Google had issues in the beginning. The #metoo movement researched a lot of detail here just like this, and many others. So, all these notes are invaluable.*"

"*Why is their cotton in my ears now?*"

Pamela Chapman
pmchapman@comcast
10Lan20*16

They want her to stop. *"I'm sick of this conversation."* It is <u>Norah Deidrich</u>. They all claim, "She reported her husband to the police, and said he raped her, when in fact, he did no such thing and that is how <u>Norah Diedrich's</u> divorce proceedings went. She created a scandal that did not exist to get the upper hand in her divorce.

She divorced <u>Tim Delaney</u> because she had an affair on him – it was not a real affair. It was not a physical affair.  Just like she claimed to have had an affair with <u>Ray Schmidt, MD</u>, with whom <u>Pamela Chapman</u> and <u>Andrew Parsons</u> know and didn't believe could be true. They were kundalini partners that was all. They never met physically. There is a pattern here.
**7:31PM**


<u>Jean Gorham</u>:  So, <u>Nora Diedrich</u>, what date are you planning to leave because I have some house guests coming, and I need to know?

<u>Kimberly Witherspoon</u> won't come to the gala next year, as planned, because I'm not coming until *Barefoot in Heels* is actually published, so I can finally meet <u>Pamela Chapman</u>. Imagine that. And if I tell you I met a guy you might know him, what would you say to that? I think I knew him once maybe twice, but it's a small world after all. If you go over there, and ask <u>Jessica Hagen</u> or <u>Becca Bertrand</u> the same question, you will get a completely different answer.


**7:54 PM.**  This is a full sexual assault on Pamela Chapman. The **<u>Thievery Ring</u>** claims victory. <u>Norah Diedrich, Dominique Alfandre, Bethany DiNapoli</u> all claim it. So does <u>Grenville Craig</u>. **The entire <u>Thievery Ring</u>** will have to claim it because it has their signature.  Yet, no one really knows because **<u>Jerry Slocum</u>** sits at its juncture to make sure it can be *eliminated at will* and sometimes you are just looking in a particular direction, or at some object, or a wall, or anything like that.

**What is the issue now, <u>Nora Diedrich</u> because you were the one that intended this sexual assault tonight?**

<u>Norah Diedrich</u> replied, *"Well, we can all intend it, and it just happens just like that. If anyone intends it, you just intend it, and it happens just like that."*

How do you think it really happens?

*"We used to use a wand. Then, we just stared at something. Now, it happens almost every hour or every 1.5 hours. We use it to bother and annoy <u>Pamela Chapman</u> and to prove we have power over her."*


Is <u>Andrew Parsons</u> involved?

Pamela Chapman
pmchapman@cox.net
401-662-9846

"Yes, because he is a member of the Thievery Ring, and all members must participate and take equal responsibility for all the actions of the Thievery Ring. This one is to intend that we have raped her and to stimulate her as if she has a pulsing ring— the kind she destroyed and erased for the entire world around October 2. Some had been pulsing since February and most from June 19, 2021 onward. By October 2, 2021, they were so uncomfortable, they could not believe the relief when it was gone.

Monique Burgess said, *"We wanted her to feel and experience what it was like."* well she did twice for about a day, and then got Kamala Harris to remove them. So why is Monique Burgess, and all the others, insisting she must be in this situation because it is also simultaneously an attack on Harry Gural who always helped you. This is how you repay him?

Quinn Delaney asks, *"Is my mother, Nora Deidrich, in a moral turpitude mess again?"*

*"Yes."*

*"We know how to handle that. She needs to leave Newport, RI?"*

*"Yes, and she needs to leave as fast as she can?"*

*"Yes."*

*"She has a pattern of this?"*

*"Not really."*

*"We are all real in real time 8:14PM EST. So, now are you real also Nora Diedrich?"*

Nora Diedrich:  I remove the intention to declassify Pamela Chapman's vaginal area and remove the curse to make her have an organism every hour every day and to make her pulse like we all did because if Harry Gural is an honorable man, he will be forced to be her friend and that is a curse worse than the word.

Harry Gural: No, it is not.

*"This is Nora Diedrich, and I will never ever speak ever again here because if I speak one more time, I will commit some kind of adultery."*

*"With whom?"*

*"No, suicide."*

Pamela Chapman
pmchapman@cox.net
Index 2597.16

*"No, you will not. You are copycatting <u>Pamela Chapman</u> and it does not work in you. You will have to really clean yourself up a lot to do that."*

<u>Martha Cummings</u> said, *"<u>Nora Diedrich</u> is never going to speak again because <u>Dominque Alfandre</u> has said something to her. <u>Dominque Alfandre</u> will do all of her talking moving forward. That is why she can't work moving forward."*

*"Is it a disability?"*

*"It is a co-dependency worse than abuse."*

*"You don't need psychiatry, you need a sorceress."*

Is it a karma and a fate? Was it a relationship mistake, or a relationship gone bad, or a substitute for a relationship in the absence of a man?

*"She was always looking for a man, and she found <u>Dominique Alfandre</u> instead."*

**8:43PM**

<u>Norah Diedrich</u>:  **I have nothing to confess.** I did say all I have to do is intend for <u>Pamela's</u> vaginal area to be stimulated and it is. I don't look at anything in particular.

*"Does <u>Dominique Alfandre</u>? Does she do your dirty work for you?"*

<u>Dominique Alfandre</u> then looks at something, or somebody else does. The intention is sent into the <u>Thievery Ring</u> and whose ever turn it is, sends the signal to <u>Jean Gorham</u> and <u>Jerry Slocum</u>. He, the ded man, sits there and pings it all day and all night. Only sometimes does <u>Jean Gorham</u> ping it on her own.

<u>Norah Diedrich</u>: I'm not adept at intentions and curses, some-what, but I don't do a lot. I'm just not good at it. I teamed up with <u>Dominique Alfandre</u> who teamed up with <u>Jerry Slocum</u>. So, <u>Jerry</u> plays with <u>Norah's</u> intentions through <u>Dominique Alfandre</u>.

<u>Tom Palmer</u> wants everyone to know, *"I really have nothing at all to do with any of this, and as far as <u>Dominque</u> and the <u>Island Moving Company</u> Capital Campaign, I think it goes without saying that she is going to step down as a co-chair because not only are no people donating, but this has gotten so out of hand as to bother the entire family. We are going to pull her out as best we can. <u>Norah Diedrich</u>, you are never allowed to lie in our compound because you and <u>Dominique Alfandre</u> will never see the light of day on any board or in any nonprofit anywhere near Newport, RI ever again."*

<u>Maggie Anderson</u>, State Council for the Arts, wants you to know, *"<u>Norah Diedrich</u> is now the laughing stock of the RI Public Humanities Council, State Council for the Arts."*

Pamela Chapman
pamelachapman@cox.net
[illegible]

Then <u>Bethany DiNapoli</u> claims, if <u>Dominique Alfandre</u> steps down, then I will too, because, *"We were an unbeatable team. I can see that the entire <u>Thievery Ring</u> will need to regroup in other ways because it has done irreparable harm to our reputations. It dishonored each of us in ways we never imagined, and <u>Pamela Chapman</u>, you were dishonored so terribly. Yet, you are the one that will take us to court."*

She told you all that back in May and June, 2021, and each month after that. It was Tailhook that really brought the reality home to all of you. These notes help to distinguish each of your roles, remarks, and confessions.

She told you repeatedly that the **#metoo** movement got everyone by what they said here, and yet you babbled on and on— just like that—so thank you so much for all of your words. They are a bit long to type and organize, except they are the very heart and soul of the legal complainants. We will never ever return to this place in our collective memories, but if you have been typing, then you know what we all said, and by tomorrow morning, we will have forgotten it all except you have impressions that will always remain.

<u>Monique Burgess</u> is completely responsible for the sexual assault on <u>Pamela Chapman</u> tonight. Why is that?

<u>Monique Burgess</u> claims, *"I was a little drunk, and I got carried away."*

No you did not. You got a little drunk and you said, *"Let's have some fun and I'll show you how I powerful I really am."* This is what happened several times. It is addicting to her.

It's not addicting. *"I match my stimulation to yours so I know what you are feeling, and then I want for you to say something."*
<u>Harry Gural</u>:  What the hell happened to you <u>Monique Burgess</u>?

<u>Monique Burgess</u>:  Well, she missed out on all the pulsing.

*"No, she did not."* She experienced a little of it, and said, *"This is crazy."* She then set forth to fix it. You took it upon yourself to teach her something. You assault her all the f'time to show her what she missed out on.

<u>Nora Diedrich</u>, <u>Dominique Alfandre</u>, and especially <u>Bethany DiNapoli</u> say, *"Well we wanted you to masturbate with us. We do this so you will masturbate."*

<u>Monique Burgess</u>, since you stimulate yourself simultaneously, are you masturbating? Are you a sex addict? We heard you keep your hands in your pockets all day. You are a sexual pervert, and a sexual predator.  There is no room for you here in Newport.  Take your god damn sexual acts elsewhere. Stay in the British Virgin Islands, we don't want you here ever again because to assault a woman like you do is unforgivable. There is no reason to keep this up. You brought your whole family into the

Pamela Chapman
pchapman@cox.net
Jetson.eye.net

Thievery Ring, and you wanted to have a Kundalini Crossing business for profit as a family-run business.

She is not a sex addict. She is copycat and a kleptomaniac. Fraud she was part of the double-editing of *Barefoot in Heels.* Then, she made it into an e-book, put her name on it as the author, tried to be the handler of Harry Gural, and competed so hard and so long against Bethany DiNapoli and Carrie Crosson Gilpin, that she created some over-the-top escapades. She took Pamela Chapman's Etsey for herself –*Sologrande*--and pulsed it all over the sorcery realm. Are you ready to stop now because we have all had enough?

*"I remove all sexual stimulation of Pamela Chapman's groin areas. I put no pulses what-so-ever on her inside or outside. Harry Gural will do something to me. I know he will, but I don't care. I love him to death so that is my soul off. I love you Harry Gural."*— which, Monique Burgess is why you repeatedly said, *"I want to tie him up on a line in my backyard and parade him around Newport on one of my arms with my husband on the other so I could be perceived as the luckiest woman alive."*

Tracey Jonssen, 37, now agrees she had no idea what Grenville Craig was really up to. Now that he has confessed to several things, I will say, I step down and out of Newport also because if I don't, Roger Kass will run me out of town.

Oh, it is her. Frances has caught her doing unspeakable things. She started with stimulating Pamela Chapman's groin. She moved on to Harry Gural for a while. That was a problem. She likes to do it for fun with people around town.

Frances also says, *"There is a person who remains anonymous. He declares that he and Pamela Chapman have an issue. You have no other option other than to sue him, and if he strips you of something important as a result of this lawsuit, then he will declare something terrible about you. This is Andrew Parsons."*

He wants to take you to court, but you have to take him. He wants to claim, *"Pamela Chapman plagiarized me,"* but he won't do that.

Pamela Chapman says, *"I can win that case hands down."*

Jerry Slocum claims, *"I really wanted that to go to court, and I baited Andrew Parsons"*

*"No, he did not."*

Jerry Slocum has an issue with Pamela Chapman, and we can't get to the bottom of it. It is a fools' errand to do so. The man is dead. *"I'll take it up with him on the other side. I'll outrank him there,"* she said.

Pamela Chapman
pamelachapmanhigher.net/blah
Circa 2095 br

<u>Andrew Parsons</u>, how far do you want to take these arguments?

<u>Jerry Slocum</u> and <u>Jean Gorham</u> can't stop triggering <u>Pamela's</u> understory, nor her pain with hemorrhoids on 4:08PM August 9, 2022. The pain is pure human torture—way beyond the Geneva Convention rules and regulations. It is more than the standard ten out of ten pain measurement. It is more like a 15 out of 10. They triggered it to keep the rectum pulsing, the pain burning, and the pain alive so it could not heal. It is a pure physical incapitation, and <u>Jean Gorham</u> could have stopped it, and she did not.

No one does this <u>Monique Burgess</u> like you do, and <u>Jerry Slocum</u> has no interest in women like you, nor any of these other <u>Thievery Ring</u> women. <u>Monique Burgess</u> isn't sure why she has to claim this one—she just did.

*"No, this is a new one."*

*"How can you tell?"*

They only last about 10-15 minutes?

How do you know this?

Because I have the same sensations you do?

*"No, you do not. If <u>Pamela Chapman</u> does not call it out, they do not stop. They go for hours sometimes, often 2.5 hours or longer before they stop."*

What is the meaning of your sexual assault? You are a sexual predator not a sorority girl.


<u>Jerry Slocum</u>:  I've been doing this all night. No one seems bothered by what I'm doing. In fact, all the people of the Thievery Ring are pretty darn happy with themselves, and could care less what is happening to Pamela Chapman's body.

When <u>Pamela Chapman</u> found out about the pulsing, she did not stop to ask questions or divide you up into groups, or pass judgements, she just got rid of it. Now you want to punish her for doing that.

I, Harry Conrad, *"placed pulsing rings in these women as part of <u>Kundalini Crossing</u> and* was ... *That ring connected you also to <u>Bobby McDermott/ Rusty Dorman</u> and then <u>Andrew Parsons</u>, so you did not need me. Yet, ...*

<u>Monique Burgess,</u> you had such an addiction to <u>Harry Gural</u> that you went overboard did you not?

*"Well, yes I did, but you enjoyed every minute of it <u>Harry Gural</u>. We had such fun and you were my true lover."*

*"Yes, oh yes <u>Monique Burgess</u>,"* he says tongue-in-cheek, *"We were lovers to the end because you are a married woman, and you wanted a Kundalini practice family-based business. You wanted to whore me out to the guests on your boat. You wanted to tie me up to a leash in your backyard, and take me around Newport and show me off as your lover."* **9:40PM**

<u>Pamela Chapman</u>:  <u>Monique Burgess</u>, he is a man not a dog, nor a whore, nor your lover.

<u>Harry Gural</u>:  I am not finished <u>Pamela Chapman</u>. <u>Monique Burgess</u>, she and I now have to establish a real time, real relationship in the real world there, and you and I now know that she knows all of you and she can't understand how I got so mixed up with all of you because she will be the first to say you are never my type <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Nora Diedrich</u>, <u>Nola Ganem</u>, <u>Carrie Crosson Gilpin</u>. How on earth could I pledge my loyalty to <u>Andrew Parsons</u>, <u>Grenville Craig</u>, or <u>Alberto Villodo</u>?

<u>Monique Burgess</u>, she and you will never be friends because she looks at you and thinks, *"What the hell happened to you?"*

<u>Monique Burgess:</u>  I'm the same person. I just became more full of myself. If I stop someone else might step here.

No, because if <u>Monique Burgess</u> is one, she is two. If <u>Kayla Abbate</u> is one, she is also her mother. If one is one, then two is two, and they are now all the same to me. Each has some kind of kleptomania, obsessive compulsiveness, and something that makes them less of a normal mainstreamed person.

<u>Harry Gural</u>:  <u>Pamela Chapman</u> and I will be friends there no matter what, so you are all going to get over yourselves one way or the other.

*"We all know this."*

*"No, you do not. If <u>Monique Burgess</u> is sane this today, she will, be a tomorrow and the next one. This is not a poor man's nor a working man's sport."*

*"<u>Pamela Chapman</u> you have a book that must be published. If <u>Andrew Parsons</u> wants to take except to it, so does everyone else."*

"Oh, no, they don't. They vie to be center stage. It will be the best talked about book club book of the century. Everyone will get over the fact it is professionally published by a Big 5 publisher, even

Pamela Chapman
pamchapman@cox.net
tel-on2ot1tt

<u>Roger Kass,</u> who will have at least four different versions of the book: two thievery and two authentic.

### Saturday, March 5, 2022
**9:49AM**

Last night <u>Harry Gural</u> witnessed a many hours long conversation that <u>Pamela Chapman</u> was not privy to. They kept her hearing so low, fuzzy, or noisy she could not hear the conversation. <u>Jean Gorham</u> and <u>Jerry Slocum</u> were the hosts of the conservation. <u>Harry Gural</u> kept notes and apparently so did his mother, brother and <u>Emily Parsons</u> to be able to tell <u>Pamela Chapman</u> what they said about her. It was a referendum on why they did not like <u>Pamela Chapman</u>, which is a conversation <u>Harry Gural</u> had with everyone back in May and June, 2021 on his proverbial back porch with <u>Tara Plochocki.</u>

At that time, the standard answer was, *"She is just a jerk, and a stupid person. We don't socialize with she and her ex-husband, or my kids did not like her kids in school, so we ignored them."*

Then, there is the classic, *"Well, she and I, just don't get along. I have my group of friends and she is not one of them."* They would say, *"She just not my people nor my person."*

<u>Harry Gural</u> now thinks you have been a victim of ***systemic racism***.

That was a term coined by <u>Taylor "Toby" Fields</u> last night. He has been chair of governance of the <u>Redwood Library</u> for many years. He coordinates the <u>Book Committee</u> review of stolen manuscripts. He is a Retired Commander, USN, and past US Trust wealth management specialist. He has worked for his wife's landscape design business. His wife <u>Kate Alexander Fields</u> is a Miss Porter's graduate. She is his second wife. They have two children together. <u>Tom Hockaday</u> and <u>Bill Martin</u> have been living in their 3-acre house for a year now.

<u>Toby</u> worked for US Trust in a capacity similar to <u>Kristine McMann is</u>, and has served too long at the <u>Redwood's</u> helm on the board, so the thievery is leveraged across generations.

Last night, <u>Jessica Hagen</u> claimed, *"I can't stand you,"* and after a long conversation that is a re-re-treading of all the previous conversations, it was said, *"It was because you did not help her social standing at all, and you and she often went out together sans husbands. You knew people that she couldn't get close to."* She had her own people she was needling in on including <u>Anne Hamilton</u>, <u>Elizabeth Leatherman</u>, and <u>Beverly Little.</u>

Patricia Sawyer
plaweb@msn.comt.net
Teleno2021n

<u>Dorienne Farzan</u> said, *"You include her in many thing that she did not include you in, and yet she blames you."* <u>Jessica Hagen's</u> first husband, could have given her social access through the <u>van Beuren</u> family. She chose to divorce him. The 1st, 2nd, and a live –in man, named Kim, all gave her access to Martha's Vineyard including the current beau, <u>James Steele</u>, who is still married, but so was the third one before they sealed the deal.  So, all her men need to have access to property on Martha's Vineyard.

Then there is the Art Museum board where she dropped out after 3 years to play longer and harder with <u>Anne Hamilton</u> at the <u>Newport Historical Society</u>. She saddled up to the Newport Antiques Show and all of <u>Anne Hamilton's</u> contacts, and positioned herself to be so central to the event, she could never be put out. She has no college degree. She is a shopkeeper, and a fourth wife in the making. She is blond and weighs not a stitch over 90 pounds. At one time, she thought this was the only way to sell fine art in Newport, RI. Any extra added weight on her she believed would ruin the branding of her artists. After all, clients only buy from her and never from a gallery sitter hired to help her out. She knew when they bought a piece of art, they were really buying a piece of her and not the art.

Last night she claimed, *"You, Pamela Chapman, were personally responsible for her not scaling the heights of Social Newport, so you and she have no business together anymore."* Since 2011, when <u>Jessica Hagen</u> was last spotted with the author out on the town, <u>Jessica Hagen</u> spends many an event with <u>Brenda Caulkins</u>, <u>Cynthia Sinclair</u>, or <u>James Steele</u>. She is also seen around town with <u>Norah Deidrich</u> and that whole group. She claims, *"Harry Gural is my lover, I am his mistress, add that we had an affair."* She ever brought her daughter into that situation, and often said to <u>Harry Gural</u> she herself, <u>Jessica Hagen</u> was the daughter who is 19 years of age. This was to get more private intimate time alone with <u>Harry Gural</u>.

<u>John Piexinho</u> claims, *"She tried to date me years ago."* He is one of the rare people who grew up in Portsmouth, RI and scaled the height into Social Newport. He did it on his own, and over many years. <u>Jessica Hagen</u> tried to do the same.

<u>Ruth Gural</u> said in a lengthy conversation, *"I completely support you, Pamela Chapman. You and Harry Gural are very much alike. You both do your own thing. People try to copycat you and then target you and criticize you for what you are doing."*

<u>Nola Ganem</u> claims, *"She was promised to Harry Ganem by Jean Gorham."*

<u>Bethany DiNapoli</u> has an axe to grind because she claims, *"Pamela Chapman, you and I have nothing in common, and you have a nothing I want to ever own."*

*"I'm not running, ever."*

<u>Pamela Chapman</u>: *"You, Bethany DiNapoli, will have to date the future to see you and Logan Gorham, who will have nothing to do with scaling the heights you so in Social Newport girls, you have in me. I don't date out..."*

Pamela Chapman
pamela.chapman@cox.net
401-662-9001

1573

*you. You were the one to arrive not once, but twice for my kundalini practice with Harry Gural. How did you get there? How did you arrive? You must leave now."*

Jean Gorham knows, and she will tell you right now exactly where I was standing.

*"No, that is not true."*

*"Then, I don't know where."*

*"Yes, you do. Don't play this game."*

*"Then, it is on the other side."*

*"No, it is where Jerry sits. That is why Jean Gorham is solely responsible so many times for turning on Pamela Chapman's understory".* Toby worked for US Trust in a capacity similar to Kristine MacManus, and has served too long at the Redwood's helm on the board, so the thievery is leveraged across generations.

Will Leatherman claims, *"This is a bad day for Newport, RI. No one ever wants to attend any event where someone like Bethany DiNapoli, Dominique Alfandre, and Jessica Hagen are holding court. We attend the Redwood as a Junior Committee, but we can't any longer. It is thievery, and my mother is involved. She and Leslie Grosvenor are in book club together, and she is on the stolen Book Committee. She is also involved in the Commonwealth Club. She is involved with a book committee through The Mount, Lenox MA. Edith Wharton's house."*

Your father is not involved. Her grandmother owned the Firestone estate in Newport, RI. Her mother is a Firestone. She has access to Firestone Trust fund monies.  She sits on the boards of The Newport Hospital Foundation, The Newport Historical Society and the Redwood Library.

They talked about noise and Jerry Slocum. He learned later on, it was Tameen's guide who ferried the noise from Metatron Kingdom to surround Pamela Chapman.

10:42AM Jerry Slocum and Jean Gorham are playing a Twin Soul game. One is gone and one is there. They constantly flip back and forth. You can't tell one from the other.

Grenville Craig and the American Express story, including Bethany DiNapoli. They wanted to get my new credit card numbers so they could all act and declare the number across the sorcery realm so someone would use it. This was to prove to Kamala Harris that they were worthy to sit at her table just like Grenville Craig and the so#'s. Andy Parsons claims, *"I want no part of this because I do not initiate this. It they want your number so you annoy use them. Then, they attack your banking so you can't get at it. They separate you from your money, and then work to take it."*

1573

Pamela Chapman
pamelachapmanresources
401-662-9971

1574

Rusty Powell III was brought into the picture of Pamela Chapman's life once Grenville Craig showed up. He claims to know everything and every number about me, but won't use it in the future. Now, the women, especially Nola Ganem, Kristin MacManus, Bethany DiNapoli, and Nora Deidrich too want to defraud her and make her exposed.

Nora Deidrich wants her destroyed by any means possible. *"If this is the game, then this is how I'll play. If I lose my job because of this women…"*

*"No, it's because of your actions."*

*"No, you are so persuasive in your argument, that if I lose my job, I will use your American Express card to shop online."* 10:48AM in her own voice.

Harry Gural knows this game. Do nothing Pam, and she and it will go away, and you will report her to the attorneys and American Express both, and it will get resolved. The more you get a new card, the more they play.

*"Norah Diedrich has a history of doing things like this. She has blackmailed several people in her lifetime, and it won't work this time,"* her husband claims, *"It's time to leave Newport, RI because if you aren't going to work in three years' time, you can be a nanny for your grandchild."*

*"Ok, that's good, and if Tim Delaney is retired and maybe, is he a thief?"*
*"Don't know."*

*"Does he currently run a business?"*

*"No."*

*"Does she get a pay check?"*

*"Yes, he does."*

Norah Diedrich says, *"Oh my f'god,"* because she thinks he is unstable to get a job after what she did to him, but she is wrong. So, she can't touch your American Express card, but Bethany DiNapoli wants to enable her.

Bethany DiNapoli is enabled by Jerry Slocum.

Harry Gural:  Pamela Chapman, you will financially recover,  and these women go away.

*"Yes, they do."*

10:56AM.

1574

Pamela Chapman
pamelachapman.com.net
© 1 to 2 of 10

**11:01AM**

The current iteration of the <u>Thievery Ring</u> decided to get into the credit card fraud business to prove they are worthy of <u>Kamala Harris'</u> attention. They just want to be recognized as important, and if fraud is the next level of <u>The Game</u>, then they will get out of masturbation and kundalini practice and go straight into credit card fraud.

<u>Bethany DiNapoli</u> and <u>Dominque Alfandre</u> are the key players to head it up. They asked <u>Nola Ganem</u> who worked a little with <u>Rusty Powell III</u> and <u>Grenville Craig</u> how it all works. Both are adept at memorizing numbers and querying people.

<u>Pamela Chapman</u> noticed around 10AM this morning someone was bombarding her trying to get her to recite or show them in her memory field, the last 5 numbers of her new American Express card. They want all her numbers so they can harass and defraud her enough so she can't use those cards.

<u>Nola Ganem</u> can quickly memorize any numbers in long strings. It happens in a psyche. <u>Grenville Craig</u> is a wizard at it.

This is the next level for them. Whose cards?

They are starting with those closest to the <u>Thievery Ring</u>.

<u>Stanley</u> told <u>Andrew Parsons</u> back in Sept 2021, he would get involved in a fraud scheme if he did not get out of this group. This is the fraud scheme. There were others too.

He said this, *"If you want an entire numbers, I know them, we won't ask her. This is not rape."* Since he is a member the <u>Thievery Ring</u>, he has a loyalty to work as a full <u>Thievery Ring</u> member.

Now, <u>Bethany DiNapoli</u> claims, *"If American Express knows I am involved, they will make a note in my account."*

Then, <u>Bethany DiNapoli</u> claimed, *"They would come to the sorcery realm and announce the numbers just like <u>Kristin MacManus</u> did with her banking software."* **This all began at <u>Tom Hockaday's</u> house.** *"Neither the people, nor the relationships, nor the activity are new.* 11:16AM

While <u>Pamela Chapman</u> was at the grocery store, <u>Bethany DiNapoli's</u> husband, <u>Chris</u> claimed, *"She is all done with fraud games."*

Yet, she was reluctant to withdraw. So, we blackmailed her into staying legal and to back down. She is guilty of intent to commit fraud with credit cards and other numbers especially on <u>Pamela</u>

1576

Chapman. The numbers came from Grenville Craig and she was to announce them all tonight March 6, 2022 at 03:15AM. We convinced her otherwise, and she stepped down.

Pamela Chapman asked her, *"Were you aware of what you were planning today?"*

She said, *"Yes."*

Pamela Chapman asked her specifically, *"Are you of sound mind and body to agree to this?"*

She said, *"Yes"*.

Dominique Alfandre immediately said, *"I want nothing to do with it."* Andrew Parsons said the same.

Interestingly, Norah Diedrich did not, but Melchizedek told us she was in a different category having committed blackmail several times in the past. So, we walked away, and let it go.


2:31PM Harry Gural asked Pamela Chapman to type the following:

Last night when everyone was complaining about Pamela Chapman in every type of way, shape, and fashion, it was obvious to Harry Gural that no one really understood or knew who she was in Newport, RI. Too many people made judgments and presumptions that were incorrect. Today, we discussed several people and their complaints about Pamela Chapman. It does not seem fair that we spent hours, at least 9 hours almost 12 probably discussing the topic of Pamela Chapman and why people in Newport, RI do not like her.

It is always Bethany DiNapoli and Nola Ganem who are holding the volume on her hearing. Jean Gorham can also manipulate it, we were told, so who held her hearing last night?

It was Jean Gorham last night who kept her out of the conversation. Several times Pamela Chapman screamed into the realm because they would not allow her to defend herself, her honor, or the truth. They always prefer lies to the truth.

If we are to move forward with anything there are several people who have a really big issue with Pamela Chapman, and we are going to type it out if for no other reason than she is not screaming. She will stay out of your way permanently.

Ruth Taylor claims, *"I was never one of them and Jessica Hagen swindled me into not liking you over something really stupid."* She attributes your relationship to an interview she did for Maya, her daughter for Wesleyan U. The first time she met, she congratulated her and her husband, and for some reason that did me in. Pamela Chapman also received an award that night, Volunteer of the Year, and Jessica Hagen received the same that night, but things between Pamela Chapman and Ruth Taylor were never the same after that. Pamela chapman chalked it up to,

1576

*NYC. I was gold coast republican from CT. Jessica Hagen was Woodstock NY on the Hudson. Democrat with a Big D."*

*"You and I are just not ever going to see eye-to-eye on anything."*

*"How do you know that?"*

*"Because it took too many years to get to where I am. I disqualify everything on your resume."*

What about Liz Drayton? What about Lisa Goddard? What about Heather Strout? The list goes on and on. I'm not trying to be an Executive Director. But then again, I'll take author. We part member-director. You don't have an issue with Barbara Bohan do you?

*"No, she never was looking for a job in the nonprofit realm."*

Did I ever apply directly to you? Did you hear banter about me? Who did you hear it from, Jessica Hagen?

*"No, she never did. She just kept you at arm's length at all times."*
*"Ok. Good to know. We walk away."*

Lisa Goddard:  We hit that one too many times. We walk away. We are good with the pool.

Andy Parsons claimed, *"I never knew half of Newport, and now I feel like I know them all, but I could never understand my wife then, and hardly now, so I cannot really understand her cultural understanding of Newport."* It is based on a cultural understanding of a lifestyle he does not align with. He could never arrive there.

2:44PM

Jean Gorham claims, Nola Ganem wants to make peace and prosperity because she is worried about the lawsuit.

2:46PM Harry Gural wants Pamela to just type and see what happens.

*"I, Harry David Gural, do solemnly swear that I am really Harry David Gural, and if I am not, then I will swear to do something I never did before. Don't touch those chimes. Now, if I am who I say I am then I want you to spell modernity, and then I will spell politics."*

*"I am so swooning to be a part of your life that I have no idea how to contact you directly."*

*"You could hum and few lines."*

*"Ok, I got that message."*

Pamela Chapман
pamelapman@cox.net
[illegible]

You could say something out loud like, *"No, I don't want to do that."*

"What I really want to do as Harry Gural is I want to tickle you."

*"Not a good idea. My quantum physics does not like tickling. It loves something else, do you have any idea what that could be Harry David?"*

*"Well, I think I could give you one of my signature foot massages, but then again if you really loved my signature back massages, then you might not like them now."*

*"Really? What happened?"*

*"I seem to have lost my groove."*

*"I have a groove. Wanna borrow mine?"*

*"I don't want to borrow your groove Pamela Chapman because I do love the soul that you embody, but I may not like you in this life time, so I don't borrow grooves of people I don't like."*
*"That is excellent advice and a lifestyle to live by. I can offer you some celery juice instead."*

*"Ok, I could use some of that."*

*"Harry, would you go to Nantucket with me for the weekend at a B&B?"*

*"Not yet, because if we can't sleep together in the same bedroom, it won't work."*

*"I never ever thought that would be our problem, Harry David, HD in surround sound."*

*"Ok, so if I am high definition in surround sound, then we could have a really interesting reciprocity of relationship."*

*"I'll bring the massage oil."*

*"Oh, no you won't because my brother has a case of it under his bedroom floor plank."*

*"I can visualize that."*

*"It used to be in his underwear drawer, but I can see how he had to stash it away from Tara Plochocki, and all the rest."*

Don't you ever bring up that name again. I need a new channel to talk to everyone on.

Pamela Chapman:  I need a new channel.

If <u>Harry David</u> types, and you type, are we typing together?

Sometimes, but not always. *"When we start automatic writing, she writes what I write, except she starts scribbling and makes abbreviated words that make it hard to re-read, and I write what she writes."*

*"If I type and misspell, do you misspell?"*

*"No, but if I misspell when I write?"*

*"We all misspell, why is that?"*

*"Why can't I take a secondary role to <u>Harry David</u>? Why am I always leading?"*

This is also a kundalini challenge. She had to lead, but she doesn't know how to play.

In kundalini circles, you are the real master.
"No, she is not."

"You are the font of the kundalini."

"Yes, she is."

*"Ok, then, if you are the font. He is the master."* If it comes from her, and he reciprocates, they are dancing together, but she has no idea how and she can't led, when she does not know how.
> Reciprocity or realtionhsip relly helps the man's own ascenstion process through a recirprocity of relationship. This is the Twin Soul challenge.

<u>Becca Bertrand</u> says, *"If Pamela is the font, and he is the practitioner then they are the true couple together. It is a reciprocity of relationship that each brings something to the table that the other can enjoy, ......"*

<u>Becca Bertrand</u> claims, *"If <u>Pamela</u> has to lead, and <u>Harry</u> has to follow, he is swooning in kundalini heaven because he always had to lead before. Now he wants her to lead, but she has no idea how to play."* <u>Becca</u> thinks she and <u>Roger Kass</u> can help.

No, f'way. This is their own game to play together each and every day, but not really. A Kundalini master would have other people teach them. Harry did not lead when he was being trained. He always led <u>Tara Plochocki</u>, but never the mother or the father.

*"So, if that is the challenge, how do we actually get together?"*

*"He has to pull her through the filter of the Celestial temple."*

*"Then, we get the noise out of our bodies."*
**3:13PM**


**5:11PM**

The ex-husband said, *"I want you zeroed out financially,"* so it is major collusion because he wanted to do nothing regarding financial fraud. He was against fraud, but not financial incapitation. Both are a bandwagon effect.

**Andrew Parsons** claims, *"I had nothing to do with this demonstration of power. I just always said I wanted her flat broke. I wanted her accounts zeroed out to prove she needed me as a husband, as a mom, as a friend because she was incapable of providing for herself."*

She could have, if you had not stolen her book manuscript.
We will get that sold as soon as we can because if this family court judge knows anything about anything, we will remember that <u>Jerry McIntyre, esq.</u> thought she was an idiot and she most certainly is not, and the judge will read the manuscript cover-to-cover and decide if <u>Jerry McIntyre</u> needs to be retired from the bench. He is over 80 years old and he still is working and should have retired years ago. He has a breach of attorney client privilege going on, so we will look at everything in the case. **6:13PM**


**7:26PM**

In the end, if <u>Andrew Parsons</u> is really this man, then he will pay handsomely because all he wanted was to destroy his ex-wife right to the end. **He didn't care how he did it.** He got so obsessed with the entire process, he gave up his job, and his girlfriend, and chased <u>Pamela Chapman</u> down until she was completely destroyed. **Then, he kept going.** *"Ok, we are dead enough. Let's stop this crazy war because you will never stop on your own— until she is literally dead."* to **Andrew Parsons**, *"I'll see you in court."* **7:11PM 3-5-22**


<u>Andrew Parsons</u> used the name <u>Myron Baldacci</u> a few nights at <u>Kundalini Crossing</u> and what happened?

<u>Tara Plochocki</u> said, *"I don't know who you really are, but you can stay a few minutes,"* and he ducked out the back because he could not figure out what the heck was going on. When he did, he said, *"I have no idea what to think of what they are doing, so I'll go back and raise up my hands and make a wall of noise for my ex-wife because at least I then know what I am doing."*

Pamela Chapman
pmchapman@cox.net
deleted-3-03-16

Then, they all said, *"What the heck were you doing up there when all the action was down stairs in the understory?"* It was actually in the caves in the beginning because <u>Alberto Villodo</u> helped them find the space. It was the place <u>Carrie Crosson Gilpin</u> retyped the pdf manuscript, *Barefoot in Heels*. The actual name, <u>Myron Balducci</u>, meant nothing.

<u>Andrew Parsons</u> also used all sorts of names from his youth. Why not use the same name?

<u>Tara Plochocki</u> had no idea who he was, or if he was actually playing.

<u>Roger Kass</u> had no idea who he was. Neither <u>Bill Gural</u> nor <u>Emily Parsons</u> spoke to him. He had no one to help him navigate what was happening. That is why he agreed to become an initiator because he had no idea how to function. Becoming an initiator, did not help him. <u>Carrie Crosson Gilpin</u> ultimately taught him. Then, he got bored, and said, *"I never have to do this again. Why on earth did I go through so much trouble to earn this?"*
*"Because I never ever wanted to be left out, I wanted to destroy my ex-wife, and I wanted somehow to become <u>Harry Gural</u>"*.

<u>Ray Schmidt</u> said, *"No way how does this help you become anyone important."* but he did not know that until it was too late. He humiliated himself in front of the entire world despite his ex-wife trying to pull him out more than twice. **7:37PM 3-5-22.**

March 6, 2022

<u>Kamala Harris</u> claimed, *"I'll take the <u>Burgess family</u> and <u>Carrie Crosson Gilpin</u> from the Workgroup. I release everyone else."* Was the couple an initiation, or a trial, to see if they were the right fit for <u>Kamala Nation</u>?

*"We think they blotched up a really good opportunity to show the world and <u>Kamala Nation</u> who they really were. Since no one ever thinks <u>Monique Burgess</u> has any real leadership and executive skills, this is a perfect example of how and where projects land on the cutting room floor."*

She and <u>Harry Gural</u> talked extensively about a business plan for <u>Kundalini Crossing</u>. She did not ever listen to one idea he had, but he never thought such a business would work with the many ways, anyhow, anywhere. This is just another example of how they wanted to prostitute out <u>Harry Gural</u>. The date was mid-August and no one knew. It was about 4PM EST and the politician's wife is someone <u>Harry Gural</u> already initiated previously, which is why he told her to get dressed and go.

She told him specifically who she was, and he said, *"We are all done then, and never should we talk about this again."* He will not unless under oath of the US Constitution because she is an elected official's wife. This is standard fare for Kamala Nation.

He was a "volunteer recruited by Kamala Harris" (That is Kamala Harris language) and from Ways and Means so Monique Burgess and Tom Burgess you failed Kamala's first major project. So, don't expect a re-do of this at any time in the future.

Pamela Chapman told Kamala Harris, *"Monique Burgess is a sloppy thieve, not polished nor sophisticated enough for her team."*

You were absolutely correct.
Pamela Chapman never prevents Kamala Harris from doing something. She just often said, *"They are not the right people."*

So, Burgess family, *"You were excused not for proper release, but as an expulsion from the team. Redundant. Services are no longer required. So, pack your bags, pack your boxes. Leave as quickly as possible Monique Burgess and Tom Burgess. You are hacks. No one thinks you will be executive material anywhere. So, travel on your boats. Go to dance recitals. You will live a happy life elsewhere, but never here—unless of course, in a federal penitentiary."* 1:53PM 3-6-22.

Jean Gorham and Jerry Slocum are pleased with that one.


Jean Gorham knows all the answers. She refuses to cooperate and refuses to give details significant enough to end this torture on Pamela Chapman. Harry Gural claims, *"I am sworn to help Pamela Chapman get out of her, and I will. She has notes I need and we will share."*

Nola Ganem said some awful things about Pamela Chapman. Harry Gural has heard some but not all. We will not let Pamela Chapman hear them. It is too disturbing. Nola Ganem will cough it all up, and then we will see. Nola Ganem was married to Andrew Parsons so the slander is deep and wide from all her manipulated psyches, and her ability to memorize massive loads of information.

She is really cruel and unkind regarding attacking people. She is one of the most demonic people. You can't deal with her the way you might others she is beyond some of the social norms of our social society/community. She lives beyond the borders of acceptability, and just attacks, obsesses, and believes she deserves whatever it is she wants good or bad insulting or complementary. **2:17PM**


**11:09PM**

Bethany DiNapoli ran around looking for information on how much Pamela Chapman spent on any number of things:

1. Cat lady $1,500.
2. Car $20,000 some guy who claims to sell cars.
3. D Roginsky claims he paid her $40k.
4. She spent $300/month at Marshall's but not in the last 8 years she spends all her money at Theory, Wrentham MA (Grenville Craig).
5. Dog lady $1,500.
6. Her house was on the market $765,000.
7. She likes to shop at South Shore Plaza instead of providence. She used to spend money at JCrew but not anymore. She prefers Theory to JCrew.
8. She owns a Vitamax blender. $700.
9. Grenville Craig says she spent $800 on hydro colonic therapy.
10. Grenville Craig says her hair cost $68.
11. Her American Express bill is at least $1,000/mo.
12. We stop right here.

Bethany DiNapoli is so addicted to seeking out everything Pamela Chapman and wants to count her money and make judgements about her and it to others. Bethany DiNapoli ran around for 3 hours energetically excited to hunt down these answers. Pamela Chapman could not hear the game but could hear the adrenaline-fueled "music". Harry Gural and a few others said it was obvious to everyone that she was addicted to this game and could not remove herself. No one in her family could.

It was said Michael Harner has paid this game with other people to show them their values and focus were off, but she will never ever see this. Her obsession requires she remove herself from Pamela Chapman. Pamela is indifferent to her, and could care less, but will sue her legally for all of her direct and in direct transgressions, abuses, harassments, collusions, etc. She seeks at least $35 million from Bethany DiNapoli plus a case of Pellegrino water –delivered to her door, in the law suit.

Why the caseload of water?

Because she requested it. Bethany DiNapoli should learn that just because Bethany DiNapoli wanted it, she got it. And, she demanded it, and said it was her God-given right to get it. So, Pamela requires a caseload of Pellegrino from Bethany DiNapoli.

**11:16PM**  We stopped because Bethany DiNapoli, do you realize what you are doing?

You are running around desperately finding out how much everything costs, and do you really care?



*"Well, yes because if she and I were to go out sometime, she would not have any cash to spend on anything because she is going to be flat broke at this rate of spending."*

*"Ok, but she is not. So, how do your account for that?"*

*"She has some extra cash?"*

She spends her money wisely and always has money left over. She grew up like that.

*"So, did I,"* she said.

*"No, you said your parents had plenty of money."*

*"They did."*

*"Why are you so obsessed with how __Pamela Chapman__ spends her money?"*

*"We don't count your money. You don't count ours. We don't obsess over your money, you don't obsess over ours. You are so obsessed with __Pamela Chapman__ that you have lost sight of everything, and since you have lost sight of all of this and that, you can't even respond to you children's request to step back. If you don't, you will be arrested for fraud and other dealings."* 11:22PM


<u>According to Harry Gural on 3-6-22</u>:

They tried to move the <u>Thievery Ring</u> to Southampton with <u>Daisy</u> and <u>Dolly Briggs</u> in charge, and they tried to moved <u>Harry Gural</u> with them, but he said, *"No."*

They got all upset.  "Shamanic dancing" hit the skids for two or three days until it all got worked out. No one understood like <u>Harry Gural</u> that he was never to move to another location after here. They did not understand that until he had <u>Tara Plochocki</u> come and set them straight, and said, *"If you want to start a new <u>Thievery Ring</u>, you get an initiation, and a <u>Thievery Ring</u>/ Group of service/ support "staff"/ key people/ staffing. You recruit it all yourself."*

**That is how the next generation got started after that.** We think that was really Sept.
> It's like starting a new business, a new business line, a mission. As always you need to recruit the right people. In this line of thievery, you recruit them, and then observe if they have the right energy for the right outcome from a thievery perspective of energy. This is just classic business organizational behavior.


Part of how and why they thought they could get started right away:

Pamela Chapman
pamelachapman.com.net
IwhereI.com

4. <u>Daisy Briggs</u>: They all had <u>Pamela Chapman's</u> Social Security number as their identification number even in South Hampton, LI, NY.

5. <u>Daisy Briggs</u>: I live in Nashville, TN, and we all have that same number. Why did no one stop it? Because no one knew until Jefferson City, MS said at other <u>Kundalini Crossing</u> Games it was your credit card number. The only person <u>Harry Gural</u> was to protect was <u>Pamela Chapman</u> and no one else.

6. <u>Daisy Briggs</u> will never understand that she and <u>Emily Parsons</u> will both have massive fortunes to play with as adults. Yet, they grew up differently. *"You and I both had divorced parents and that nearly killed me, but never you."*

March 7, 2022<br>**9:21AM**

<u>Harry Gural</u> knows how <u>Pat and Mike Fernandez</u> were recruited for <u>Kamala's Table</u>. <u>Kamala Harris</u> told each of them separately to round up several couples, and get them together a few times in support of her candidacy. *"She does this all the time,"* the chorus says. Then, as they continue, they say she asks them to discuss with her their most pressing or important issues facing them in their communities. She starts big and then gets personal. She invites in the Democratic leadership of your state and community. If your congressman is in <u>Ways and Means</u>, all the better because then she initiates someone as a <u>Ways and Means</u> liaison. <u>Wendy Schmidt</u> is two of them together because she is both Menlo Park and Little Compton/Newport, RI with <u>David Ciccilini.</u>

Then, she says, *"I can't offer you much in compensation for the effort, but I can do you a favor or two."*

<u>Happy van Beuren</u> must have said, *"I can't stand these local authors who ruin the landscape of my philanthropic efforts, and I want these authors to go away,"* and <u>Kamala Harris</u> would have said, *"I can take care of that also. Let's have some more conversation."*

<u>Pat Fernandez</u> claims, *"I was not the first one to the table. It was <u>Michael</u>. He volunteered as a worker in a committee meeting of Democrats interested in running for Congress from the state of New York."* From there he recruited <u>Pat</u> to join some conversations, and <u>Pat Fernandez</u> one day blurted out, *"Well, he is my <u>Twin Soul</u> so that makes us completely compatible to work together."* No one said one word. <u>Rusty Powell III</u> was there. We can't tell you who put it together

<u>Pat Fernandez</u> claims, *"I was recruited by <u>Michael</u> before the Nov 7th election of <u>Joe Biden</u>."*

<u>Rod O'Hanley</u> says, *"Maybe a year or two before."* They were staunch <u>Kamala Harris</u> supporters. <u>Pamela Chapman</u> says, *"She had an Instagram photo of a t-shirt of <u>Kamala Harris</u> demonstrating their support for her for President."*

<u>Pat Fernandez</u> kept telling <u>Pamela Chapman</u> from Dec 2020 to <u>Kamala's Table</u>, *"I do not write like you do,"* but when asked, *"How do you know that?"* There was no answer. <u>Pat Fernandez</u> said she had

written a novel herself. Rod O'Hanley told me she had a book coach to help her flesh out her ideas, and an agent.

Michael found the agent, who in turn found a self-publishing book binder. She said, "The book was being published, but she refused to share any detail. Pat Fernandez told Pamela Chapman, "She'd bring a pile of her books to sell at the Newport Flower Show, an event Pat has been the chair, co-chair and tri-chair for maybe ten years or longer. That is when Pamela Chapman said Pat's next book should be *Murder in the Hydrangeas* (at Rosecliff).

The book plays well with Jean Gorham because there was a crime in Newport in the middle of the night for about a week nearly ten years prior where thieves in trucks were driving through neighborhoods at night snipping off all the hydrangea flowers and stems. They were hacking these beautiful bushes to death. Something was up and Miss Marples needed to sort it all out. So, we will await Pat Fernandez' fictional account of what really happened that week in the middle of the night. It was based on true events but completely fictionalized with added scenes to make it really interesting. Jean Gorham herself was up every night standing guard with her clippers in her hands. She can prune like nobody' business, and can reshape a bush in less than an hour. The movie will be on Netflix because that is the style and demographic of that book. She can write it because she is not really Newport. Don't mention Social Newport to Pat Fernandez, it makes her queasy. All those morning aerobics classes at Bailey's Beach can't be for naught she'd say, but really Pat Fernandez? Did you think that would really get Howard to vote you in?

He's dead now, so you will need to regroup all over again.  If she gets concerned about the publishing potential of the book, she can say something about living in her home state of South Carolina, and all of a sudden they think it is southern women's fiction, and voila it is a big book seller all in its own right.

Pat Fernandez said, *"At Kamala's Table, everything, we did was a joke to prepare you for a fall actually helped you. We know you did not always have a play book. We had intentions."* Yes, but Pamela Chapman says now *"We had some synergy of conversation. We all veered it to a certain perspective and direction that was natural to all of us, and if Pamela Chapman was some sorry ass loser of a gutter ragdoll, there would have been no way for me to follow the conversation."*

In fact most times, she could not follow it later on because she did not have the experience or the language of Kundalini Crossing, that you were all using. You had all kinds of special nicknames and code words, and if you are not brought in, you have no idea what is really going on. *"I went undercover and it took a while. The dialog in front of me explains it all if you know what you are looking for. So many clues hide out in plain sight, and they can because we didn't know. Andrew Parsons joined just to be an insider, but he is a pure outsider, and you let him join to get closer to me."*

Michael Fernandez wanted a political appointment from Joe Biden. So, if I want a political appointment, how do I get one? You contact your senator or congressman and ask who the leadership is. If you get stuck in a Ways and Means initiation, you know you are not properly aligned. Harry Gural has directly witnessed men fall down completely in the face of these initiations,

Pamela Chapman
pmchapman@cox.net
401-662-9749

and then others who never get exposed. That is some kind of fraternity understanding. This is our understanding of how house committee structure works.

Ok, so if I want to be CEO of Simon & Schuster, or NBC News, or AOL Time Warner, do I have to go the same route?

David O'L claims, *"It depends on the industry and your tax accountants. You need Ways and Means to approve all M&A and some other bigger deals. If you need their approval, you need to know how to play, and we all don't play the same way."*

Pat Fernandez, once again, when did you have a pdf of *Barefoot in Heels*?

She claims, *"November 8, or 10."*

*"No earlier."*

She has an email right here. It is from Mark Halpern, Universal Pictures asking her to review and comment, as appropriate. Did it go from Esmond Harmsworth directly to Mark Halpern?

We think it went from Esmond Harmsworth IV to Jonathon Karp.

Pamela Chapman, how did you recruit the Twin Souls in your group?

Jerry Slocum rounded them all up and dumped them on me saying, *"Serio made Pat and Mike come."*

When did Lyndsey Grant join?

David O claims, *"Around the end of Jan. 2021, about two weeks before you. As soon as I realized what they were doing, I knew Lyndsey would never articulate why she had to say, "Yes." It was Pat Fernandez who courted her hard."* 10:29AM.


Harry Gural:  Pat Fernandez, you deliberately chose certain people?

Pat Fernandez:  Yes.

Harry Gural:  And, then you went out and courted them in the sorcery realm.

Pat Fernandez:  Yes.

Harry Gural:  You offered them a safe private space?

Pat Fernandez:  Yes.

Pamela Chapman
pmccchapman.com.net
401-662-5959

<u>Harry Gural</u>:  Could they come and go?

<u>Pat Fernandez</u>:  We said, *'Yes,'* but they could not once they arrived. Actually, <u>Happy van Beuren</u> and <u>Nancy Pelosi</u> left every night.
Did you say if was headed by <u>Kamala Harris</u>?

<u>Pat Fernandez</u>:   We always say that, but in reality it can't happened, but she checks in every day and every night.

Does she appoint someone to be in charge?

<u>Roger Kass</u> claims,  *"Not really. She allows certain people to emerge, but taps them first."*

*"No, she does not. <u>Mark Halpern</u> stepped up, or in, or just took it in the mornings for several hours."* That became known as the Shit Show Game Show, and <u>Pat Fernandez's</u> game, *What's My Lineage*, from 4-6PM. <u>Roger Kass</u> had his own philanthropy conversations with vbct, but headed by <u>Roger Kass</u>, and always from sundown to sun-up, 12 hours long.

<u>Harry Gural</u>:  If <u>Roger Kass</u> had his own conversations on fundraising and leadership in the local nonprofits, what was <u>Pat Fernandez</u> doing?

She was making sure everyone read *<u>Barefoot in Heels</u>*, and gave a short response. They had to learn that no one liked it:  *"It was not their cup of tea."* Everyone had to bow and bob their heads as to why it should never be published.

<u>Pamela Dorman</u> was to see to it that the Big 5 all said, *"No, of course no one had picked it up."* She was to make sure she sat on <u>Kim Witherspoon</u>, literary agent for <u>Inkwell Management</u>, who said on February 4, 2021, *"<u>Pamela Chapman</u> is my client. I rep her book."* That is not the half of it.

<u>Kimberly Witherspoon</u> says, *"I never understood what my partner was really doing. Now, I know."*

<u>Pamela Dorman</u> would not have really known that. They gathered so many people. Their specific intel got better and better.  They went on a witch hunt. They forced people into the group, and grilled them, i.e. <u>Ed Heffernan</u>, <u>Jerry McIntyre</u>, <u>Karen Rothblatt Zilberstein</u>, <u>Todd Snyder</u>, '84, Michael ___, esq. '82, and others. They just went out on a witch hunt and grilled people.

You have to ask yourself, how did they learn about these people? Did it come from the sister whereby she was asked, *"Who was in <u>Pamela's</u> wedding party?"* How did they know, and when did they know it? It was a pure witch hunt. They just rounded people up.

<u>Pat Fernandez</u>, how did you do it?

It wasn't all me. You know what <u>Gina Raimondo</u> and <u>David Ciccilini</u> did with the step sister. <u>Pamela Chapman</u> claims, *"That was classic. <u>Gina Raimondo</u> showed her cards that way. She uses every piece of federal and state documentation she can find, and then corners you for what she can't find."* They all do that.

*"How did you find out about a one-night stand in college, or a no- night stand in college that never happened?"* <u>Andrew Parsons</u> claims, *"It was me."*

How did that happen?

<u>Pat Fernandez</u> claims, "She spoke to <u>Andrew Parsons</u> a few times as someone else."

<u>David O'L</u> said, "Yes, he did, but that was because <u>Andrew Parsons</u> sought him out. We were told that for at least 3-4 months, <u>Andrew Parsons</u> was out there seeking everyone and anyone who could be currently communicating with <u>Pamela Chapman</u>.

<u>Ed Heffernan</u> could not figure out how he arrived at <u>Kamala's Table</u> for a few weeks. He claimed, *"I have another group, which he did have, but it took a while for him to get out."*

He did not get a copy of the book, and he didn't really know what he was doing there. They asked a lot about his company and a major competitor. By the time he figured out it was a witch hunt, he played his own game.

<u>Ed Heffernan</u>: <u>Andrew Parsons</u>, you are not a friend of mine any longer because you had no right to do as you did, and you should have been more of a leader than you were, and you should have gotten over your divorce like everyone else does. <u>Pamela Chapman</u>, he had enough women to date.

How was <u>Karen Rothblatt Zilberstein</u> recruited?

<u>Andrew Parsons</u> said, *"It was me."*

*"No, it was not. It was the son, <u>Noam Zilberstein</u> who knew about the project."* He said, *"My mother knows this woman."* He said he knew through <u>Cynthia Parent</u>, who knew through <u>Carrie Crosson Gilpin</u>.

Who is it in the <u>Thievery Ring</u> that always claims credit for everything, whether guilty or not?

It is dilution effect. <u>Kamala Harris</u> can't do this anymore.

Why not?

If this is how she found a baseline of support in campaigning, it won't work the next time out.

<u>Pamela Chapman</u>: They claimed she did not know how to campaign. <u>Joe Biden</u> had done this twice before. If he needed one more whistle stop campaign, he would never win. COVID-19 took care of

1590

that. It was all on media, staged from his Delaware home's basement. That was his campaign media headquarters. No whistle-stop train stations, except for at <u>Kundalini Crossing</u>.

<u>Harry Gural</u>:  <u>Pat Fernandez</u>, when do you know the group was done?

In April, when the realms collapsed into one huge sorcery realm. Nothing held together, but <u>Thievery Rings</u> are very loyal to each other. <u>Kamala's Table</u> pledged a huge loyalty and secrecy to each other. They have all been exposed to each other's dirty little secrets so as to be able to blackmail the other into loyalty.

When did <u>Pat Fernandez</u> really know what was going on?

<u>Pat Fernandez</u>:   January 15, 2021. We just waited and waited.

Was this a game you wanted to play?

<u>Pat Fernandez</u>:   I thought <u>Michael Fernandez</u> did, but it was me. <u>Michael Fernandez</u> got more and more involved with other people, and pulled away from our conversations.

How impressive was he with <u>Tom Hockaday</u> and <u>Bill Martin</u>?

*"Not their cup of tea."* <u>Pamela Chapman</u> remembers a day when Tom Hockaday and Bill Martin arrived at Kamala's Table, and <u>Kamala Harris</u> escorted them out a side door for a private conversation. This was before <u>Pamela Chapman</u> pieced the story together.

<u>Bill Martin</u> claims, <u>Kamala Harris</u> always knew what we were doing.

*"Yes, she did."*

<u>Bill Martin</u>:  We did not have to politically support her.

How could <u>Kamala Harris</u> have helped you?

<u>Bill Martin</u>:  I can't say, but we knew nothing illegal was done, or could be done with us, because we were never outside of the law.
> But they seeded a <u>Hate Crime</u>, they enabled the nightly reading of a stolen book, and they were working toward hand-picking individuals for a new <u>Thievery Ring</u> that would focus on fraud. This included <u>Kristin MacManus</u> who nightly read people's financial assets in minute real time detail from her central banking software. It was an internet to commit fraud together in the future.

<u>Harry Gural</u> knows what they did, and realize they will never admit certain things because they have sworn an oath of loyalty so thick as to own their life.

1590

In the absence of this <u>Thievery Ring</u> at <u>Tom Hockaday's</u> house who takes over?

In the beginning, <u>Kamala Harris</u> chose <u>Carrie Crosson Gilpin</u>.

<u>Pamela Chapman</u> proved to <u>Kamala Harris</u> she has only one way to play, and that you walk away at certain junctures, and could care less. She really was indifferent to it all. It was her ace-in-the-hole.

<u>Kamala Harris</u> has no issue with you, <u>Pamela Chapman</u>. <u>Kamala Harris</u> claims you have real leadership skills <u>Pamela Chapman</u>, but we can't use you, and you can't use us. *"I used you as much as I could, but you never ever wanted to play."*

*"But notice we play with words all day, and we will get that book out because you, Kamala Harris made such a big deal out of it. You all made it too big for itself and made it a global cult classic. We are all real in real time, and we can change the face of publishing, but first we have to get authors properly paid because without these stories, without these books, we don't have good film, good human understanding of each other, and a whole lot of everything else. Don't pick on authors."*

**11:13AM**

What are you talking about <u>Jean Gorham</u>? You are lying again <u>Jean Gorham</u>?

<u>Jean Gorham</u> claims, *"I don't lie, I twist the truth."*

Ok, what is your twisted truth then, what do want your story to be <u>Jean Gorham</u>?

I want <u>Harry Gural</u> to profess his love for <u>Pamela Chapman</u> is a meaningful way.

<u>Harry Gural</u>:  Ok. I love you. I love you. I love you I do. I love you on the beach, and on Park Avenue. I will love you here. I will love you there. I will love you under a beach umbrella, or in the sand, or at the strand, but in any case, I will love you out of this crazy space. Ok, <u>Jean Gorham</u>?

<u>Jean Gorham</u> accepts that because that might be the best we can do under the circumstances. <u>Jerry</u> will strangle both of you in the future.

*"No, he will not. Why would you think that?"*

<u>Jean Gorham</u>:  <u>Jerry</u> and <u>Samuel</u> will strangle you each and every year moving forward.

Pamela Chapman
pamelachapman@comcast.net
860-460-3455 ph

*"Oh, no, he will not."*

*"We will pick his strings apart, and disable him each and every day moving forward. Have you got that?"* **4:02PM**

**4:51PM**
<u>Bethany DiNapoli</u> couldn't understand how something significant happened, and it as led by <u>Pamela Chapman</u>. She didn't see it coming. She didn't get ahead of it even though she was watching <u>Pamela Chapman</u> and her thoughts like a hawk.

If you have a bad apple as a guide you too can turn rotten, sour and destroyed in only 1, 2, 3 minutes. **4:58PM**

**10:18 PM 3-7-22**. <u>Tara Plochocki</u> claims, "<u>Tracey Jonsson's</u> mother had the opportunity to work on a thievery project from Capitol Hill, <u>Ways and Means</u> with <u>Linda Plochocki</u>.  It never panned out the way they expected. Somehow, everything went a little crazy. The whole group disbanded, actually it was put into a reserve unit of potential future involvement. That is what they do when they sideline a group. They never release you. They just put you on hold in a reserve pile, and make you paranoid about when they will return.  *"I. Tracey Jonsson had no business with us whatsoever. She was one of the worst sexual predators."*

*"That woman knows a lot of black magic technologies. She is well trained."*

What is she doing in Newport?

She is in charge of the <u>Newport Art House</u>, which she founded. It is a non-profit with a very low budget, and very little organizational systems in place.

*"She is a crook,"* <u>Tara Plochocki</u> said.

<u>Roger Kass</u> said, *"We stop typing because we already knew this, but we can't hang her anymore. We just know who she is."*

<u>Pamela Chapman</u> told <u>Harry Gural</u> you picked the wrong IMC-<u>Tracey Jonsson</u> group to begin your project with. That was a wrong decision. It was the lowest form of socialization in Newport. It is the polar opposite of the <u>Redwood Library's</u> <u>Book Committee</u> group. <u>Harry Gural</u> knew this.

Pamela Chapman
pamelachapman@cox.net
401-662-5751

## March 8, 2022
### 1:36PM

It was found Monique Burgess did something to Pamela Chapman's understory. It was in the inner circuity that causes her to drip like a facet whenever she thinks of her own understory or Harry Gural. It is a charm or a curse that Monique Burgess put in Pamela Chapman's understory very recently. It makes her stay completely uncontracted so that Kundalini Crossing is challenging at best. It undoes her tissue, just like masturbation techniques.

It feels as if a bowling ball has opened her as wide as can be.


**8:45AM**
Bethany DiNapoli claimed, *"I want to know everything there is to know about you, Pamela Chapman."* So, she went into a psyche with Andrew Parsons who is now ensconced in the sorcery realm with a collar on. That makes it difficult for him to talk to others in the realm.

Pamela Chapman just requested one, *"Oh, can I get one of those?"*

*"No you cannot."*

So, Andrew Parsons had Bethany DiNapoli say, *"That she knew you had an DNC, and that the information was all over the sorcery realm."*

He wanted Pamela Chapman to fess up to *everything*.

Pamela Chapman did not miss a beat and said, *"I don't know what you are talking about."* **10:59AM.**

Then, she had to re-iterate this whole issue—as if she had to stand up for women's heath inititiatives every day politically speaking. She said, *"I will."*

And, with Pat Blice, Mt Pleasant, SC, we all will together, one thing led to another, but it was a huge slander campaign. Jeffery Blice, MD is her husband.

Bethany DiNapoli said, "It was Harry Gural who was the one who admitted it for you."

Pamela Chapman:  Really? How could he really know?

One thing after another, it was the same old slander campaign.

Pamela Chapman
pmrchapman@comcast.net
1-1-002-9526

**Andrew Parsons** finally fessed up, *"It was he himself, and that he was acting as* <u>Harry Gural</u> *and that he was bound and determined to take this fight to the death."* He is like a gambler who can't leave the table when he has a losing hand, even after he has bet the house and the farm.

Then, after all that slander, **Pamela Chapman** seemed to be inclined to believe someone was playing with her understory, but in a different way. They decided on their own – the old **Thievery Ring** Harem women—what the symptoms were: *"You felt really open and wide, or something like that."* and said, *"You will have to practice tightening it yourself."*

**Pamela Chapman** had no issue whatsoever before all of this. She has been celibate for at least ten years and had no issue with that whatsoever. These women raping/sexually assaulting her all the time have done a number on her. Then they started making some kind of spirals in her 3rd eye to say, *"You always spin counterclockwise in kundalini."* They tried to imply they will teach her how to do it because, *"If your understory is not tight, it is not a good experience."* This is what they did to **Pamela Chapman** to make sure she did not have the right experience with <u>Harry Gural</u> who is her natural kundalini partner. They are not honoring the kundalini of the partnership which gives you heat when you are together. Kundalini is a natural heat. She is the natural font of the energy. It is a closed loop system.

By making her too uncontracted, she can't have kundalini with <u>Harry Gural</u>. Then, he would by their theory be forced to have kundalini with them. So, her vaginal area has somehow today been affected, and some voice named <u>Jerry Slocum</u> had figured out how to do this for the rest of her life. He does this through <u>Jean Gorham</u>.

They have left me with scars where by <u>Harry Gural</u> claims, *"If we get together there, we do no kundalini practice for at least 1 year to recover."*

**Pamela Chapman** says, *"I don't ever need this ever **again** so if you think you have spoiled or soiled me from this you have not. I don't ever need this ever in my life. You all want to make sure I am somehow introduced and forced into this prostitution ring. Hell no. I want no part of you, and if the ex-husband has colluded to make sure **Bethany DiNaploi** has this conversation, shame on him."*

**Bethany DiNapoli** also had a conversation whereby she claims, *"Ok, I think I finally know you, and* <u>Grenville Craig</u>, <u>Andrew Parsons,</u> *and* <u>Harry Gural</u> *do not."*

**Bethany DiNapoli** claimed she and the **Thievery Ring** know her so f'well. All they did was trade secrets and stories about her all-day long.

**Pamela Chapman** finally had to say, *"You know that* <u>Grenville Craig</u> *was never a friend, and did not know how I dressed at all. He thinks everything I own comes from* <u>Theory</u> *or* <u>Marshalls</u> *or something like that."*

He admitted, *"She rarely goes to* <u>Marshall's</u> *anymore after the ex-husband said she had a $300 monthly bill from there."*

Pamela Chapman
pamelachapman.podcast
defendant? in

Then, she claims, *"Well the ex-husband had no idea who my f-friends were. He had no clue of my friends nor half of what I did all day, or half of what I planned. I kept my cards close to my chest at all times, and like with my mother, said I went bowling every day."*

Bethany DiNapoli could not believe he didn't know who her friends were, so much so that when he wanted to throw a surprised birthday party for her, he wanted to do it logistically in all the wrong ways with all the wrong people. He didn't have one clue. So, he had no idea, who, what, where, when, or how, so he said, *"Pamela Chapman was giving lap dances at Gala's in Newport."*

She said, *"What are you crazy. That is never proper behavior and this is not a fraternity party."* He had been to at least two galas at the NAM and then declined participation after that. So, he had no idea who or what to speak to, or what to say.

The good news is that with Cathy Wicks, whether at a Redwood Library cocktail party, or Tom Hockaday's house, he seemed perfectly at home, and gathered a large following around him, especially when at Tom Hockaday's house he read and re-read the stolen book, *Barefoot in Heels*.

Bethany DiNapoli claims, *"I had no idea about the fact he didn't know who your friends were. My husband knows for sure, and it reflects you had opposite social lives that were never together."*

Her mother knew that. So, how the heck can this man claim to know me inside and out? It has been over 15 years since we had any kind of social life together, and his people are never mine and mine are never his, so how does he and Grenville Craig get to slander me and win?

And, how does Harry Gural claim, *"To say I know you so well because of what those men have said?"*

Joes Fins, MD knows you and he has not seen you for 40 years, so there is something to be said for people who try to make you something you are not. And, if Harry Gural doesn't want to know you properly, you just say, *"Stay away, and we will practice being quiet most of the day and night and that will be a meaningful."* All you do is hold space. You don't fill it with noise.

Bethany DiNapoli and her Harem claimed they stood down, but they do that every day. She claims, *"I step down and away. I don't need another claim against me."*

*"Are you sure, because you are addicted to everything Pamela Chapman, and a gambler losing. You refuse to walk away for the table, so who will yank you away?"*

Bethany DiNapoli: My husband because if he can't recall me back into my marriage, I have nothing, but he knows all my friends, and he knows what I like, and he socializes with me.

Pamela Chapman: Ok, so you bested me on that.

Pamela Chapman
pamelachapman.posts.net
401-662-0916

1596

Carrie Crosson Gilpin claims, *"We are all done now because Harry Gural said the same thing. We bested you in relationship with others. And, you could care less about us, and we are obsessed about you. We have no business here, and you don't have any interest in us. Harry Gural might not really like you Pamela Chapman."*

*"I could care less she says. I'll get over it, believe me I will survive. I have done it before with the exact same man."*
      But, she has been married to him 7 times before.

Bill Gural says, *"If that is what really happens, your daughter and I become best friends."*

*"That would be a really nice outcome actually."*

Bill Gural:  I will never allow any other woman into my brother's life, so if my brother does this to you, then I will make sure that brother knows that I know this woman Emily Parsons, in Boston and Newport, and we won't ever let you f' forget that Harry Gural, because you could have known her also.

Bill Gural:  Bill Kahane and Elizabeth Kahane have a son named Harry, and Pamela Chapman you and Bill Kahane and Elizabeth Kahane know each other but you don't socialize together. Jessica Hagen socializes with the them, and you once socialized with Jessica Hagen. And now Jessica Hagen had come between you and Donald Jagoe, and now between you and Harry Gural.

Pamela Chapman:  That is not my perspective. That was not my experience.

Kimberly Witherspoon says, *"We now know you don't keep score like that, but we do, so cross her off your Christmas card list."* Already gone girl gone.

Kimberly Witherspoon says, *"If I meet you, do you care what I did with Harry Gural?"*

Pamela Chapman:  I'm not in a relationship with Harry Gural, so I can't have an opinion on that.

But they keep marrying you.

That has not meant one bloody thing. All his marriages to others brought him and them together. My marriages with him, did absolutely nothing. They were washouts. It was as if they never existed in the first place.

Pamela Chapman:  At least with Alberto Villodo, that union went precipitously downhill from the get go. It made me hit bottom as fast as could be, but that was based on being unzipped and splayed open to absorb all that noise. Then everything was splayed open. So he "murdered" me. He went straight for the kill, and achieved it. How can or could I fight that?

1596

Pamela Chapman
pamelachapman.com net
(c) 2023-9914

He went straight to the 5th level of the game from the start. That was and is never a fair fight. **The vectors of reciprocity never worked for me, so now the US Federal Circuit Court is going to have to do something for me, and every settlement comes with money and a gift, and I will tell you what that gift will be, and you will get it and wrap it up for me. 11:30AM**

Just remember that in this The Game of Sexual Obedience, Alberto Villodo killed Pamela Chapman straight from the start (the 5th level of The Game), and then they all kept trying to re-kill over, and over, and over again with slander, sexual assault, sexual abuse, collusion, fraud, thievery. First they stole the book—her intellectual property, and then her. First they attacked her mind, and then tried to destroy her. Then they tried to plagiarize everything of hers whether it was her book, her words, her style, anything that could be copied and passed around and plagiarized was done.

There was a global mass bandwagon effect, a Hate Crime, of slander of not being able to show up for Kundalini Crossing without an insult about her. No one could show up on a "back stoop" to meet Harry Gural without an insult on her, and all they did all day was collectively share stories of insults. It was a culture of abuse and disavowing her as a friend, a colleague, a person. They never had one nice thing to say about her ever, except that she was smart. But we all know that smart people have a handicap sometimes of being smart. Some smart people are marginalized and sent to the research spaces while everyone else has people that surround them. So, all go home. The show and the party are now over. She will see you all through her attorneys. You owe her 88.5% of all your assets. Money means nothing to any of you billionaires and multi-millionaires.

**At 11:45 AM** they claim they have read off of my thoughts that Pamela Chapman is guilty of Abortion.

You know what, *"I'll admit to it just to piss you off, and claim ok I've had one, I've had two, and then what the hell are you going to do, scream at me very day about baby parts coming out my understory? Are you going to scream abortion, abortion, abortion every chance you get, because you did that too this morning as part of your daily routine?"*

My reflexes are so raw from all of you trying to ambush me screaming that. It is against the law in the United States to have to admit to any and all medical treatments. Why are you so f'special that you need to know this? Do I have to become the Rosa Parks of abortion in order to allow women safe health initiatives? You want them putting battery acid, pickle juice (acidic) and milk, coat hangers and other objects and solutions up their vaginas in reactive attempts of fear after some encounter with a man?

*"No. Andrew Parsons, MD is behind this."*

You are bound and determined to make me the Rosa Parks. Ok. I'll be the Rosa Parks and you will regret that to the day you die. I'll be poster child for all women.  If you need one, you get one, but please do it in the first 6-8 weeks, ok? And, remember the word is a political term.

So keep you f' health portfolio, your file, private. It is covered by law, but this is Bethany DiNapoli's lawless state of a Caliphate Nation. You don't see Kamala Harris doing this, do you?

Pamela Chapman
pamelachapman@corp.net
401-680-058[?]

*"No, you do not."*

So, off everyone. If I am guilty, then I refuse to accept your whatever you call it. I'll just decide to be a poster child now because that is what you wanted after all. I am the official poster child, and for god sake's, if you need something, get one. I am supposed to be enlightened, but I am an atheist now, and spiritual law does not care if you remove a fetus from your body. Spiritual law and wisdom has you covered, so you get what you need to get. That is you free will choice and you keep those god damn men and their god damn religion away from you. Please no pickle juice, battery acid or wires up anywhere.

Are you happy now <u>Andrew Parsons</u> and <u>Bethany DiNapoli</u> and <u>Harry Gural</u> and <u>Carrie Crosson Gilpin</u> and all those people who have an intolerance and hate and fear? You have been after me for months on this topic in various and dangerous ways. Are you happy now? It has been a major collaboration, a major collusion of slander and gross misconduct. If you insist so f' much, I stand up for all of you because after all it is a **#standupmetoo** world now.

Thank you so much everyone because now we know who is who, and who is not, and <u>Bethany DiNapoli</u> you are most certainly not, and <u>Pamela Chapman</u> you accept the baton to say I stand up for you because there is too much hate in the world. I stand alone but you know what? <u>Ashley Judd</u> stood in greater LA shouting, *"I stand alone, I stand alone"* until <u>Jane Fonda</u> came along and said, *"I stand with you."* So **#standupmetoo** because I stand alone every f' day to these goons, and you killed me from the start, but I still stand, maybe not so well, but I am still here. So take your propaganda tools elsewhere and pick a different fight. We have this one covered, Cardinal Nation true and blue because that is who we are. **11:55AM**

P.S. <u>Andrew Parsons</u>, M.D. is upset that he didn't get you to admit to having had an abortion. He is still playing to play the *Rickshaw Rickshaw Game* of admitting to three things. <u>Alberto Villodo</u> already killed me at the 5th level of the Game last March 8/9[th], 2021, and <u>Kamala's Table</u> was working hard to kill the book, *Barefoot in Heels*. **12:02PM**

There is a culture now that says until noontime we are stuck, but that is because the Harem always had their morning meetings from 9AM-12PM or thereabouts and the rest of us had enough dialog that <u>Pamela Chapman</u> had about 20-40 pages of notes every day. So now they have emerged out of morning meeting and they don't know what to do with themselves. Get out of my dialog. Change your routine. **12:04PM**

<u>Pamela Chapman</u> doesn't really know the <u>Rosa Parks story</u> other than she was black and could not sit on a bus. So, beyond that, she has no idea. But, if you want to single her out for something, you do and it did not matter what. So, I sill standup for any woman who needs it –well almost. We are not perfect, but I refuse to allow any man or woman to accuse me of anything legal and harass me to the day I die because he has to best me or win a game that ultimately means nothing but a trophy in some glass case.

Pamela Chapman
pamelachapman@cox.net
401.662.0711

<u>Andrew Parsons, MD</u> bested me by having several sexual relations after divorce, and he got the children because he stole them. You win <u>Andrew Parsons,</u> now get out of my f'face. And, if I had had a child, and I would never have had one, but it would have been one less for you to have because I did not have more than two contracts for children in this life time. So, then you could have married someone else because if you think I am morally corrupt for the presumption of having an abortion, then you would never have married me for having had a child. Your mother would never have allowed it, and you would have married elsewhere. I had only two contracts for children.

<u>Andrew Parsons</u> claims I am never coming back either because I came through a psyche and <u>David Johndrow</u> spoke for me, and if he speaks for me once, he the decides to speak for me always, and <u>Pamela Chapman</u> you and <u>David Johndrow</u> never had to be friends, but he married one of your better friends, and she was no friend in here, so don't worry about that.

<u>Kaitlyn Johndrow</u> claims, *"My father wanted to be a thief, but not like this."*

*"Well, he is a thief and always was. We just gave him a platform he couldn't walk away from, and neither can you it seems."*

<u>Pamela Chapman</u> is not typing anymore because I am sick of you god damn accusations. So just make me the poster child and put me on a speaking tour because I will be the strongest ambassador this world has ever seen.

*"That wasn't what we wanted for you <u>Pamela Chapman</u>,"* says <u>Carrie Crosson Gilpin</u>. *"We wanted to destroy you, and we built you up instead,"*

And what happened to you <u>Carrie Crosson Gilpin</u>? *"I destroyed myself."*

Just remember <u>Carrie Crosson Gilpin</u>, you aren't out of <u>Kamala Nation</u> yet, not for a while and your sister is getting out. Be careful what you wish for, and what you destroy, and what you build up as mission or artifact.

<u>Rosa Parks</u>, maybe I don't know the whole story well, but you do not accuse women and beat them to death. **#standupmetoo.**

It's me, <u>Ashly Judd</u> and <u>Jane Fonda</u> who understand how to stand up and how to say I support you. And we all spoke to each other personally in <u>Llama Nation</u>. <u>Ashly Judd</u> was with you, but it was a private call.

*It is bullying to get an answer as players in <u>The Game</u> that means nothing there except some fraternity trophy of allegiance that still means nothing there. That is gross misconduct of the highest order. Signed <u>Amey Carsiglia, esq.</u> and <u>Judge Colleen Hasting</u>, Newport County Courthouse.* 12:20PM 3-8-22.

Pamela Chapman
pamelachapman@cox.net
401-862-5297

10:00 PM, while speaking to <u>Margaret C. Mansfield</u>, <u>Stephanie Wargo</u>, and <u>Carol Johnson</u> about genealogy, we learned that the realm is trying to flesh out information from <u>Bethany DiNapoli</u> regarding the facts <u>Andrew Parsons</u> told the other evening having to do with <u>Pamela Chapman</u> putting a tail on him because she accused him of having an affair. He watched with great certainly that he was being tailed by a PI, and then confronted his ex-wife about it, and then he said he dismissed it, and the PI went away, and he never heard about it again.

Did he have an affair?

"No, he did not, but he though it odd that his ex-wife would hire a PI, and have him followed. The US Supreme court case now rests and claims, *"This man is a f'liar,"* because <u>Pamela Chapman</u> told her great grandmother on the other side, *"I never ever did that. Is he saying that?"*

She said, *"Yes."* They are trying to flesh something out on someone <u>Pamela Chapman</u> guessed.

<u>Bethany DiNapoli</u> said, *"It won't come out today, but tomorrow because the noise is searing."*

She also said, *"<u>Pamela Chapman</u> and <u>Harry Gural</u> make a beautiful couple, but it might take some time to get together."*

<u>Margaret Mansfield</u> said, *"I loved talking to my great-great daughter because no matter how controversial the topic gets, she seems to always wiggle out of it somehow, and <u>Bethany DiNapoli</u> never ever does, so you see <u>Bethany DiNapoli</u>, I am an imperative woman on the other side, and I died in 1930 or so. I might be old, but I'm still in good shape."*

<u>Bethany DiNapoli</u> tamped down <u>Pamela Chapman's</u> hearing.

*"No, she did not. It was <u>Alberto Villodo</u>. It is always <u>Alberto Villodo</u>. We think it is us in the <u>Thievery Ring</u>, but <u>Alberto Villodo</u> has the sorcery strength to make it happen."*

It's <u>Jerry Slocum</u>.

**[P.S. Margaret claims she absolutely remembers living with the Kiley's in** Glenavaddra, Ireland and walking to a beach named Ballyquinn beach.]

If my ex-wife thinks I am going to buy her Rosa Parks story the she is sadly mistaken because I know she is just grandstanding to outshine me. He is not is a psyche at the moment but he might be under the influence of <u>Bethany DiNapoli</u>. <u>Andrew Parsons</u> thinks you have no uncertainty with some facts and are swishy on others. I'm firm on this, *"I know my truth when it comes to things."*

<u>Andrew Parsons</u> arrived home from overnight call about 8:30AM and asked with his hair tousled and his clothing hanging a little – he looks as if he just rolled off someone's bed. He held a take-out coffee cup in his hand, and asked *"Are you having me followed?"*

Pamela Chapman
pmela.chapmuster.co.net
101-602-9516