And she said, *"Why would say that?"*

Banter went back and forth. It appeared his attorney had brought up the topic because <u>Pamela Chapman</u> had brought up the topic with her attorney. The attorney said, *"I think not, so let's not go that route at the moment."*

He stands down completely. *"I remember the very topic so why are you accusing her when you knew the truth?"*

Is this your posturing of lying, as some do consistently?

He now remembers absolutely what was going on, and he steps down and away because if he does not <u>Stanley Chapman</u> claims, *"You lie consistently to make your ex-wife look bad. No one thinks this man ever really tells the full truth of the matter, so don't worry about what they all say. You consistently bail yourself out which is why <u>Bethany DiNapoli</u> won't let you talk or listen because if you aren't channeling the answer, you are telling us the truth of the situation."* **10:22PM**

<u>Julie Jansen</u> says, *"How the hell do you do this consistently every day?"*

*"I don't do so well some days, and I hit the wall every afternoon or evening. I can't do this anymore, can you?"*

*"No. This man is atrocious, but everyone loves a thief and seems to root for the thieves, and the whole world seems to have colluded with him against me."*

*"Not anymore the man is lying all the time about something or other. What does <u>Carrie Crosson Gilpin</u> say?"*

*"I step down because no matter what we say or do you outshine us. <u>Pamela Chapman</u>, I have no idea how you really do it somedays."*

*"I have <u>Harry Gural</u> that's how. I take that back. I'm just posturing since you all loved him so much, and tried to nail him down and steal his crown. Sorry about that <u>Harry Gural</u>. It's a small woman's college cat fight. I'm just playing…"*

Why is <u>Pamela Chapman</u> more superior than <u>Andrew Parsons</u>?
1. She never seeks revenge because revenge is never sweet.
    a. <u>Andrew Parsons</u> seeks revenge, and so does <u>Bethany DiNapoli,</u> and the others.
2. She does not seek to destroy nor kill. She seeks to create.
    a. They seek the 5th level of <u>The Game</u>: kill/ destroy/ destruct/ incapitate
3. She seeks compensation for her work as reciprocity.
    a. Steal and spread freely without proper compensation, gratitude, reciprocity.
4. She does not destroy with heavy weaponry she uses words and the US legal system.
    a. You are liar. 11:16PM

**11:50PM**

1602

Most of the time, Carrie Crosson Gilpin is hanging out in Pamela Chapman's understory, and if she speaks to Pamela Chapman's it stimulates her gentile, but they hardly ever speak. **When does she stimulate her,** what is her pattern?

Early morning, noontime, and someone else take over around 7-7:30PM in the evening. How long have you been doing this?

Several months. Since last September, October, 2021, ever since she and Harry Gural got together on Sept 30 and shortly thereafter. **Carrie Crosson Gilpin** and Harry Gural were married by **Kamala Harris** shortly after that.

She has been doing this to you every day since then?

Yes, but only because Andrew Parsons couldn't stand the fact that Harry Gural and she were getting along so well, and because Harry Gural and Pamela Chapman got along without a marriage.

It is more than that. They are so jealous of your reciprocity of relationship. Andrew Parsons keeps saying, *"If that man moves in my old house, I'll shoot myself."*

You don't own that house Andrew Parsons, Pamela Chapman does, and she can have anyone she wants move in with her. It is up to her, and only her.

Carrie Crosson Gilpin has to stop.

Kamala Harris said, *"I can't use anyone who is caught guilty."*

*"I am Tara Plochocki. She and I go way back to Feb and Jan 2021. If Carrie Crosson Gilpin is caught and captured in the kill phase of The Game, then I get a reciprocity that says, "I get to come back and try again."*

"You, Tara Plochocki, walked away in September 2021, and Carrie Crosson Gilpin stayed and played with Andrew Parsons because she really wanted Harry Gural, but he was done.

Carrie Crosson Gilpin, you failed to find an appropriate exit strategy for yourself.

Tara Plochocki, doesn't get the reciprocity. She got out—that was the reciprocity. Actually, she ultimately gets caught and loses her legal license and her position as partner in a Washington, D.C. law firm. She got caught. But, she planned an exit strategy and said, *"I got out."*

Carrie Crosson Gilpin failed to plan for the exit. Her sister planned and executed, so at this point, she is out and Carrie Crosson Gilpin is standing there holding the bag with no exit strategy, no kill, and a person who has gastritis, and yet, he is drinking and neither one of you can figure out how to best Pamela Chapman to bring home the kill. But the kill was already completed a long time ago. If you can't recognize a kill and a destroy get out of The Game. You can't re-kill what has already been

1602

Pamela Chapman
pamelachapman.com/net
[illegible]

killed. But yet Pamela was killed in March by Alberto Villodo and all anyone wanted to do was to re-kill over and over again. 12:09 3-9-22

*"If you fail to plan you plan to fail, but they failed anyway."*

The Leader board says Pamela Chapman scores touchdown. **12:12AM 3-9-22**

Diane Crosson McEnroe, esq. gets out of The Game just like Tara Plochocki, esq. both attorneys and partners in law firms who will lose their bar license to practice in a US court at any level. Ultimately, both got caught, and can no longer practice law once the legal brief is filed in Federal Circuit Court.

## March 9, 2022
**2:00PM**

According to Maura Lindsey, Andrew Parsons' children said a few nights ago, *"We are all done and all through with you because you have destroyed our mother and you never ever had to do that. There were plenty of other people who could achieve that end. Now you only want to destroy her every day and every other day after that. We are all done and all through with the likes of you because we don't know of any other set of parents or father who would destroy the mother like you have done onto our mother so let's be clear, no f'way do we ever want to see your f'face at a happy family reunion — which we don't have anyway, anymore."*

William Parsons and Emily Parsons said, *"No other set of parents ever fight like this and our mother did nothing to deserve this outpouring of hatred, death and destruction like you have created single-handedly, and no other father who was a good father would do this to their children or to the mother of their children."* Emily and William Parsons. **2:02PM**

The Harem women have made a pact to always show up for each and every intimacy of Harry Gural's for life since they believe they are his true partner.

He has only one true kundalini partner based on physical heat, and that is Pamela Chapman. All these women must go away permanently because they are mistaken, misgiven proprieties, misgiven favors & gratuities, misunderstanding, not right relationship with Harry Gural. 2:30PM

Tameen's Guide (The one responsible for the noise) said, *"I can't say enough that Saul is never going to live down that you are repeatedly saying that he is Satan."*

Pamela Chapman
pbwchapman@mac.net
203-less-3041b

Google and Wikipedia claim, *"Saul is a fallen angel."* That is defined as <u>Satan</u>, and he is being piped though a <u>Melchizedek Café</u> clear channel, <u>Twin Soul</u> in a last life time to spread discord and disharmony to her family and the entire world. This interferes with the quantum physics of her vibration. She screams, *"How the hell did I get to live with <u>Satan</u> all the time? What did I do to deserve this? Where is my abundance? Where is my meditative state? I got stuck with <u>Satan</u>, just my f'luck. It's bad enough I had to grow up on the Gold Coast in Connecticut and then live in Newport, RI now I get to spend the rest of my days with <u>Satan</u>, just my f'luck."*

It's her elevator pitch, a case, a positioning, that could easily be researched and validated, so when I down play it as the diplomate and wait out the storm, I die a slow and painful death, and when I act with swift precision I force then to respond. I have many styles for many different occasions, I'm nimble that way.

**7:40PM**
**Steven Plochocki Story #1:**

<u>Steven Plochocki:</u>  One incident with <u>Barney Frank</u> has to do with meeting <u>Harry Gural</u> for the first time, and he was in a sorcery room with my wife, <u>Linda Plochocki</u>, and my daughter, <u>Tara Plochocki</u>. He was there having a social conversation about nothing in particular. <u>Barney Frank</u> was conversing about something work related. The time on the clock was about 2AM. His presence at that hour was not important. It was June 16, 2015 2AM. I was introduced by <u>Kamala Harris</u> as *Tony*, the husband of one of the members of the room, but she did not say which one. How many people in the room?

*"I thought 20, but I reality maybe 6:  <u>Barney Frank</u>, <u>Harry Gural</u>, <u>Tara Plochocki</u>, <u>Linda Plochocki</u>, <u>Steven Plochocki</u>, <u>Kamala Harris</u>."* [**Note**:  <u>Andrew Parsons</u> is in the background screaming I know what they are going to do.]

<u>Steven Plochocki:</u>  So, I told <u>Harry Gural</u> that he needed to masturbate with <u>Barney Frank</u> and me and my wife and <u>Tara</u> my daughter.
He said, *"No, that is ok. I'll pass, and he claims he left the area, but in fact he just walked around his apartment until he thought we had left."* By 4AM we wore him down, and declared that if he didn't masturbate, then we would assault him with some kind of sorcery trick, and we did the trick. He fell asleep and woke up having a cum stain on his clothing.

<u>Andrew Parsons</u> knows exactly what they did. They did this to him also. <u>Carrie Crosson Gilpin</u>, <u>Justin Rudock</u>, <u>Al Rudock</u>, <u>Bobby McDermott</u>, <u>Kamala Harris</u>, and <u>Andrew Parsons</u>. Then Steve Plochocki said, "We told him, we had a great time together, and we'd get together every night for the next 2 weeks, and we did until he screamed, "Uncle," and claimed, *"I have no idea what you want from me, but I am never your person moving forward,"* and we cornered him every night until he acquiesced

upfront. Then Steven claimed, *"You have now been initiated into our ring of "Nobel Laureates on Capitol Hill."*

<u>Harry Gural:</u>  We are only covering these situations because <u>Samuel</u> appears to demand them to get <u>Pamela</u> and I out of here. Otherwise,  we would never reveal these stories.


## <u>Steven Plochocki Story #2: 7:50PM</u>

Then, <u>Pamela Chapman</u> will not understand, we never get together with people there that we meet in here. My daughter, <u>Tara Plochocki</u>, tried to get together once, and it did not go well. <u>Harry Gural</u> was disinterested and never wanted to meet ever again.

"We can't meet because then <u>The Game</u> gets too real, and we don't like screwing the people we know there, and we don't screw with our relationships out there, but my wife and I have an understanding, and so do I with <u>Tara Plochocki</u>."

With <u>Harry Gural</u>, we had to train him to stay away from everybody, so that we could continue so that no one would get in the way. On April 30/May 1, my daughter thought <u>Harry Gural</u> had crossed a line, but he said, *"I had not."*

Then, two days later, she knew he had crossed a line because he had feelings for this woman, <u>Pamela Chapman</u>. <u>Tara Plochocki</u> made sure that would never happen ever again. She did everything she could to keep them apart. She made sure everyone said they did not like her, and they insulted her at every meeting. They worked to destroy both she and her book, *Barefoot in Heels.*

<u>Harry Gural:</u>  I made the mistake of telling <u>Tara Plochocki</u> that I had heat with <u>Pamela Chapman</u>. I did not think much of it, but she took it too seriously. She made sure to keep us apart. I should have known better but I did not.  <u>Pamela Chapman</u> did not understand what heat really meant anyway. <u>Twin Souls</u> never have heat together, even the married ones. Only other reciprocities if relationship. **7:57PM**


## <u>Tony Story #3: 8:00PM</u>

<u>Barney Frank</u> has three men he masturbates with. <u>Harry Gural</u> is never one of them, and never was, but they forced him in the beginning. He was not aware of who was present with him at the time of the masturbation technique demonstration that he had to give that proved he was participating. No one will say exactly, but everyone who has been involved with the groups understands what I am saying.

Then he masturbates into a cup and says, *"Ok gentlemen, I am done. Are you done masturbating in your cup, too?"*

Pamela Chapman
pamelachapman.com net
pchapman.biz

They say, *"No, because you were the only one doing it,"* and we are not allowed to say what happened next. It is a classic fraternity story when the guy masturbating then says, *"Well, then I am so stupid."*

But, <u>Harry Gural</u> said, *"Ok gentleman, then next time, I will demonstrate on you."*

Then, he said, *"Next week I have an appointment at this time, so I am not available for this meeting."* It was 3:15AM or so.

<u>Barney Frank</u> does not masturbate anymore into a cup because he claims he is all out of semen. *"He is not at the moment."* If he runs dry, he will say he has prostate issues. *"He does not have such issues."* Then, if he runs wet, he claims, *"It is because he has found the right partner."* That is a cheap ploy to say, *"We can do this again sometime don't you think <u>Harry Gural</u>?"*

<u>Harry Gural</u> said, *"I didn't think I was with <u>Barney Frank</u>. I thought I was with Steven Plochocki,"* who said, *"You are with both of us, and two others,"* but there were not two others present were there?

<u>Steven Plochocki</u> was not there, but my wife was often there as a witness to the event because we knew we'd initiate him into kundalini practice after all the masturbation was run dry. So, did you run him dry?

No, because he got seriously deceptive about what he was doing, and finally said one night, *"I'm all out of gizz, and can't do anything, so I'll have to take a rain check. I had a wet dream last night and it ran me out of seman."*

The third and last story with <u>Steven Plochocki</u>, Gainesville, and <u>Barney Frank</u> was the one where <u>Barney Frank</u> asked <u>Harry Gural</u> for a reference check on some data that he had collected. He asked if <u>Harry Gural</u> could fudge a few numbers for him, and <u>Harry Gural</u> said, *"No, I cannot fudge those numbers for you."* It was in the middle of the night, with all those other people present. He thought there were 20 people there, but there were only ever 6 or so. What happened to the other 14?

They were in an adjacent space so it seemed like they were together, but they were not. No one could actually access each other. They all arrived together, and then were partitioned off. Was <u>Kamala's Table</u> like this?

*"Yes, it was exactly like this, and no one but you and your family were together late at night, so everything was very private, and in the morning you were all brought out together into a central place."*

<u>Harry Gural</u>:  I have no further comment at this time. I have legal considerations at stake.

<u>Pamela Chapman</u> to the Harem:  Did you really understand what you were messing with?

*"No."*

Pamela Chapman
pmchapman@cox.net
401-662-9110

<u>Becca Bertrand</u>, <u>Jessica Hagen</u> and <u>Kathy Abbate</u>,  Did you have any idea what you were messing with?

*"No, they did not, because if they did, they would realize they are now part of a long legal situation whereby they were extending the same kind of manipulative abuse on <u>Harry Gural</u> as their predecessors."* Don't forget <u>Linda Plochocki</u>, <u>Tara Plochocki</u>, <u>Alberto Villodo</u>, <u>Marcella Lobo</u>, and <u>Mimi Sammis</u> gave these women sorcery tools to abuse and manipulate <u>Harry Gural</u> with. 8:14PM 3-9-2.

<u>Stanley Chapman</u> wants one more story out. What is the meaning of making sure my daughter's book is destroyed by you and the <u>Thievery Ring</u> Workgroup? That was never a part of what you were doing with <u>Barney Frank</u> and kundalini. How did you figure that the book was part of the same situation?

<u>Harry Gural</u>:  I never stopped to think about it. I just did what I was told. That is the culture of what they force on you. They make you do all sorts of things that you think are unspeakable, and yet, they always have a reason. You just don't realize it at the time. What did you think you'd do next <u>Harry Gural</u> after destroying the book?

*"I thought I was going to get out of the ring and be free."*

How?

*"I thought I'd be released, but I can't figure it out now how I thought that would have happened because I just went further and farther into the fraudulent activity, and the masturbation got ahead of itself. It almost drained me completely."*

<u>Harry Gural</u>, are you afraid of sex?

*Not at all.*

Do you freeze at the mention of certain words like masturbation, homosexuality, <u>Kundalini Crossing</u>, sexilini?

*The only thing that really gets to me is screaming because that is how <u>Linda Plochocki</u> controlled me.*

What about <u>Kamala Harris'</u> loud, stern commanding voice? It is like a drill sergeant in the marine corps.

*"She does not bother me."*
8:22PM


9:26 PM

1608

**Kamala Harris** says, "**Kristin McMannis** you are not my cup of tea, and I can't use you in the future. Neither do I want to use **Kylie McCullough**, **David Johndrow**, **Kaitlyn Johndrow**, or **Andrew Parsons** (but we knew that), and **Monique Burgess**, I have your family on hold."

"Yes, you do, but we decline your services, or the other way around."

"You cannot actually do that. Well, **Pamela Chapman** did and look at what that got her."

"Ok, then, **Monique Burgess** we will have nighty conversations, and we will convene each and every night about 10:15PM, and we will have our typical discussions. We will see how that goes."

"I did that for about two months or longer with **Pamela Chapman**, and we found a deliberate need to address each other in new and interesting ways."

**Jacque Crenca** agrees, so does **Kimberly Witherspoon**. We were all there together.

"Yes, we were and **Monique Burgess**, you are no **Pamela Chapman**. We just want to say that for our own health and wellness."

"I am **Roger Kass**, "and it gives me great pleasure to say, **Monique Burgess** you are no **Pamela Chapman**, and you can't best her to best **Kamala Harris**." 9:30PM 3-9-22

**Ed McPherson**:  We don't like **Kristin McMannis** because she often swindles Newport of hundreds of thousands of dollars.  Every time she finds a new person, she swindles them out of something important to the husband, **Bobby McMannis**, teaches and coaches at The Pennfield School and formerly at St. George's. **Pamela Chapman** sat on the board of NAM and she knows her from US Trust Arts and Culture curated audience industry practices.

**Kristin McMannis**:  I'm not into sex. I was at **Tom Hockaday's** house with **Andrew Parsons** and not **Pamela Chapman**. I can't imagine who you (but old enough to be your mother). What does **Kristin McMannis** want from **Harry Gural**?
She is in a psyche of some sort. It dumbs her down. [Note: **Harry Gural** on 3-9-22 9:41PM claims he never knew she was in any psyche. **Nola Ganem** and **Kristen McMannis** were trying to be recruited by **Rusty Powell III** to learn credit card fraud and other money schemes.]

March 10, 2022
**9:59AM**

**Andrew Parsons** said last August 2021, *"If you ever do anything to help my ex-wife celebrate her birthday, I will do something awful to you because she is such a pathetic creature. It gives me so much pleasure to know that there is no one to celebrate it with her, and no one will ever show up for her, and this is such great news that if you do anything to change this, I will personally do something to you that you will never forget."*

**Harry Gural**: *"Ok, I hear you, and I will remember, but Emily invited me to a dinner, and so I have to respond."*

He said, *"Do not dare do a thing for her because then she will suffer longer and longer, and more over be the pathetic creature that she is."*

**Grenville Craig** said, *"I know this for a fact, and I never ever even wish her a happy holiday of any kind, so that I know she is long forgotten by everyone everywhere because we all think she is grossly misunderstood, grossly unpopular, and grossly unlikeable by everyone."*

*"This is Grenville Craig Crossing Guard Gate who is Andrew Parsons."* 10:52AM.

But since **Andrew Parsons** and **Grenville Craig** change places with each other, they tie and merged into one. They are one and the same. Both are mean and manipulative this way.

**Andrew Parsons**:  I will live to regret this, but I am out of my collar. No he is not.

He is **David Johndrow**.

*"No, he is not."*

He is **Grenville Craig** himself who says, "She is just a stupid ass fool of a woman, and I can't stand her then or now, but I didn't mind being a sorcery husband of hers because I got to have so much sexilini with her, and she is one hell of a good f in the bedroom because she and I do it all night and all day because **Donald Jagoe** was at work and we made him play, and he made a few stumbles but **Pamela Chapman** knows none of that because we always tricked her and fooled her into thinking otherwise.

**Grenville Craig** says, *"You can sue me. I don't really care. We have such a great legal team, and Sandra Craig will screw your lights out because we now know you and Harry Gural are both terribly abused people sexually that you can't really have a decent sex life anyway."*

**Harry Gural**:  No, she is the one person, I can have a sex life with.

No, you cannot because there are too many associations and imagery that will never ever leave either one of you, and **Becca Bertrand** and **Monique Burgess** will always be in the center of your bedroom.

No, because they are stupid shits who can't keep their hands out of their understory. They are both sexual predators who deserve all that they get legally because they roam freely without guilt or

Pamela Chapman
pam.chapman.com
10 too 2 00 10

1610

associations. Monique Burgess will get sued and so will Becca Bertrand although, Roger Kass will always protect her until she finds the next married man to screw him out of that relationship.


Andrew Parsons #2 – Bethany DiNapoli
*"I know you spend money on wellness products and if you shop overseas so the f' what."*

Bethany DiNapoli, maybe you should take a lesson because you look like crap half the time. Since, you love the look of Jana Hicks Jagoe, take a lesson. She spends enormous amounts of money and time sprucing herself up. So be careful what you criticize. You should talk to Jessica Hagen. She has her own routines. They don't work for me, but they work for her. Sandra Craig has her routines. They work for me, but not for me. So, you go shopping at Harrods, and have a fine afternoon, but stay out of the food halls. They will kill you. Your daughter is in Scotland trying to cut an angle to get into a good US college. That's cheating or scamming the application, but maybe she will come home related to the British Royal family, but be careful because they too are thievery.

Bethany DiNapoli, you are disgusting. You are no friend. You are no neighbor. You are full of animosity. Your energy says, *"I am hatred. I am Satan."* So, go play in another field, and get the hell out of Newport. Whether I stay or go is immaterial. Get the hell out of here. You area all nothing but super bad and malicious gossip. The ex-husband and Grenville Craig are just really bad slanderous gossip who finally found an audience for their misconduct. And, it really harms me, but what the hell. I will still publish that book one f'way or another, and I will celebrate my birthdays any f'way please, mostly at the beach. I've been doing that since about 19, so get the hell out of here. I had to take a side road when my finances were being closely watched but in the future with the right opportunity, they are always at the beach, and which beach is up to me, and which part of the world is up to me.

It matters not to me if I travel alone, or with someone because to travel alone in a relationship with another is a terrible adversity you never want to feel. If you and your partner can't dance in kundalini practice, there as what happened with me and Andrew Parsons, then I can't do a damn thing. Your energies just did not mesh together. Period. End of story. Get the hell away from me Bethany DiNapoli.

She claims, *"I will be your friend, because you don't have even one."*

I said, *"Don't bother. You are an alcoholic sexual predator who has dirty ugly energy and a dirty ugly appearance half the time. I'm intuitive so I can say these things."*

She is going to sue you for that.

Go ahead. You stole my book, and edited it, and you think you are a megalomaniacal Caliphate Nation leader. You think you are Kamala Harris.

1610

Paralegal Institute
[illegible]
[illegible]

Becca Bertrand confessed that when she is talking to, or in a conversation with Harry Gural, your vaginal area is stimulated, and the longer the encounter the bigger and more pronounced the problem just like Monique Burgess and her bowling ball sexual assaults/rapes. It has a signature of discomfort, and is unmistakable what it is. *"My body cannot possibly do this on its own."*

It was announced, *"It will always be this way if Harry Gural is with Becca Bertrand, and especially if there is any sexolini, kundalini, masturbation practice, or just dialog."* It will always be there. This is true for any of the Harem women. It will always be true for each and every one of the Harem woman. It does not affect Harry Gural, only Pamela Chapman.

The pulsing is a messaging system that Becca Bertrand put in, and so did Monique Burgess in Pamela Chapman once, twice, maybe three times to be sure every time they were ever connected to and with, they announce what Pamela Chapman is doing with Harry Gural. So, if Harry Gural is doing anything with anyone else, Pamela Chapman will pulse to announce it, and if Pamela Chapman is doing anything with Harry Gural, it will pulse like a siren of an emergency broadcast system.

Now, if Pamela Chapman dates Harry Gural in the next year, this will all happen to them, and all the women of the understory of Kundalini Crossing will all pop out just like before. If they wait after a year, they can't pop out, but they might know it.

Monique Burgess agreed that she is a sexual predator, that she loves to fondle herself and other people through herself because she thinks it is fun and a proper amusement for her boredom. She also really thinks Pamela Chapman doesn't have enough stimulation in her life, so she wants her to know exactly what it all felt like because Pamela Chapman took the pulsing away, and she wanted Pamela Chapman to suffer also. We have covered this topic elsewhere. She was appalled Pamela Chapman could sue her and make her legally liable for all the slander, sexual abuse, and gross misconduct plus fraud, but she failed to remember how much pre-mediated actions with mal-intent she had.  She says, *"Ok, I'm a sexual predator, but Jackie Henderson and all my family and friends still love me anyway, anyhow."*

Good for you, Monique Burgess.


Pamela Chapman:   What the hell happened this morning while I took a nap?

Jean Gorham is doing something to stimulate Pamela Chapman.

Jean Gorham says, *"It is all Jerry Slocum."*

Pamela Chapman
pamelachapman@comcast.net
[illegible]

1612

They have the magic key to fix everything. <u>Jerry Slocum</u> is upset that his beautiful <u>Redwood Library</u> is legally liable for stealing, and distributing <u>Pamela Chapman</u>'s stolen book. He is upset that <u>Benedict Leca</u>, Executive Director, knew about all the stolen books and their projects. He turns the other cheek, but he received a pdf copy with all the others. He will make restitution for this as an organization because it is the <u>Book Committee</u> and some of the board of trustees who do this every chance they get.

**Pamela Chapman**:   <u>Jean Gorham</u>, you sexually assaulted me because my legal issues will touch the <u>Redwood Library</u>.

<u>Jean Gorham</u> says, *"I did this because <u>Jerry Slocum</u> does this to get your attention, and it worked."*

**Pamela Chapman**:  No one gets out of the legal mess, o.k.

Where are we with <u>Harry Gural</u>?

It took 2.5 hours, and the noise is intense. "I can't hear a thing, and I can't talk because you won't hear me but you will if I type. Just like always, you want to steal every f' written word of mine. The whole world can steal her words in real time. She no longer has to have it stolen, they just take what they want in real time, and manipulate her with it.

Why are you all typing my documents for court?

Because we want you to know we will print them somehow as your words in your own voice this time. We took your voice out of the last manuscript. This time, we do it all together, and I watch you and remote surveillance you and steal everything I can of yours. I will sexually stimulate you, listen to all your conversations, and steal every text, email and document.

That is want people like <u>Andrew Parsons</u>, <u>Nola Ganem</u>, <u>Maura Lindsey</u>, and numerous others do to you every day and night.

Not anymore. <u>Stanley Chapman</u> claims, *"<u>Jean and Jerry</u> you got everything you wanted, and my daughter always gets nothing of anything she wants."* They now disconnect from the story <u>Jean and Jerry</u>. They can no longer get involved—but they did.

<u>Roger Kass</u> and <u>Becca Bertrand</u> work for <u>Kamala Harris</u>. She is no longer interested in any of this story. Whomever is responsible for stimulating <u>Pamela Chapman</u> right now comes forward. <u>Roger Kass</u> claims, *"If <u>Becca Bertrand</u> and <u>Harry Gural</u>, or <u>Monique Burgess</u> are anywhere together you get stimulated."*

1612

Pamela Chapman
pamelachapman.com
101-602-9246

If anyone brings up <u>your</u> name in the Public Commons, you get sexually stimulated. That happened days ago.  No one noticed, but <u>Becca Bertrand</u> said, *"Harry Gural noticed and did nothing to stop it because he wanted to see where it would lead to, and it led straight to this."* He can never ever step up for you. He never ever will defend you. He only wants to best you, and win the trophy of besting, just like <u>Grenville Craig</u> did today.

He claims, he was there first and screamed, *"I win I win,"* but <u>Pamela Chapman</u> said, "No, the ex-husband won because he won the day they got married. It was a train wreck of a day, and it rained some in Boston. If it rains on a wedding day, they say it is bad luck. You get a lot of children— never come from the rain. The sun never bothered to come out that day.

<u>Grenville Craig</u> told a slanderous story last night while <u>Pamela Chapman</u> slept. <u>Donald Jagoe</u> asked, *"If all the <u>Twin Souls</u> could please correct the man's misunderstanding."*

He said, *"You and he were masturbating all over the house, etc. etc."* He told some salacious stories about you and him.

It is *impossible* to masturbate with him because he is a <u>Twin Soul</u>. She can only masturbate with her <u>Twin Soul</u>, and he only his—who is <u>Sandra Craig</u>. All the slanderous sexual misconduct stories are a mal-intent of his. He was having way too much fun being the center of attention. He claimed, *"I finally arrived as a real thief, and finally if only the <u>Redwood Library</u> would recognize him as such."*

<u>Carolyn DuPont</u> said, *"Ok, you are finally in the inner circle of our <u>Thievery Ring</u>."*

But, <u>Grenville Craig</u> wants everyone to know, *"I was always like this, and <u>Rusty Powell III</u> kept me out of that big show. I am so pissed that I got left out of that <u>Thievery Ring</u> story, but now I am the center of the show, and I can go and spread the most slander to the <u>Thievery Ring</u>, who then spreads it out."*

They now know so much about <u>Pamela Chapman</u>, but is it really true?

One never really knows because <u>Andrew Parsons</u> and he swapped stories to make her appear terrible and despicable, and to make sure everyone picked on her for everything, and kept her out of everything. They shared all of her preferences.

<u>Happy van Beuren</u> did that to her one day last summer. She ran down a list of likes from a <u>Pamela Dorman</u> "interview", but she never expected it to be read here, or read by <u>Happy van Beuren</u>.

<u>Grenville Craig</u>, you often meet up with the ex-husband to share stories. You readily admit that when you did not know the answer, you make it up, and then slandered <u>Pamela Chapman</u> to fit a global sorcery realm audience.

<u>Grenville Craig</u> says, *"I am a man who likes to grandstand, and I love a good story. I don't care if I damage your reputation because you and I don't met on any street ever, and when you are at my house, I don't talk to you. We*

Pamela Chapman
pmrchapman@cox.net

*don't need to be friends nor colleagues ever anywhere. I am 80 years old, almost twenty years older than* <u>Pamela Chapman</u>*.*" He is no father figure.

<u>Stanley Chapman</u>: We are all done and all through. I will tell you later what really happened, but you and <u>Harry Gural</u> will take a break from each other that will last at least 6 month to 1 year.

*"No, they don't need a break from each other. They were never together in the first place."*

He needs to take a kundalini break. He needs to break up with all of these women, and he has not yet figured out how to do it because this sorcery makes him crazy, and he is drawn to <u>Thievery Rings</u> and the Harem when he is here. The sirens of the Harem are too attractive for him to step away form.

<u>Harry Gural</u>:  No, they are not. I am conditioned by practice.

He has some preferences for how he likes to socialize based on what was previously available. He learned to make use of them, and that is his practice.

<u>Harry Gural</u> claims, "*You have f'ed with the wrong woman, and when she sues you, she us going to tell the judge in Newport, RI that it is time to demand legislation that makes all* <u>Kundalini Crossing</u> *businesses, parties, or demonstrations illegal. This allows the US courts to prosecute people involved who abuse others as part of the game.*"

They did this with party houses and gambling, and they can do it again. Previously it was on the voting ballot, but it can be made part of that legislation. <u>Barry Hinckley's</u> Yot Me parties are a clear evidence of such a situation. They grew old and tiring rather quickly. They became illegal after a time because of what they represented:  too many drugs and other activities including <u>Kundalini Crossing</u>. Tyler, Texas has a woman who runs such a business. It's also in California, near Baltimore.

What is your choice <u>Pamela Chapman</u>?

*"I will write you a post card when I get there."* **10:43PM**

<u>Bethany DiNapoli</u>, you think you have to best me to be a better version of yourself. Go ahead. You best me every day with a husband and 4 children and a big house on Gibbs Avenue. You played The Game too long, and what did <u>Pamela Chapman</u> do?

She wrote, typed, and read it all in front of you in real time. She gained an important critical perspective plus an objectivity and an understanding of a larger picture. What did you all do <u>Bethany DiNapoli</u>?

Patricia Chapman
pmschapman@cox.net
101-002-9346

You sexually assaulted her, you scratched her eyes out, twisted her legs, stole and edited her book and put another name on it and circulated it that way, you practiced being a Caliphate Nation leader in front of the entire sorcery realm, and while doing so you forbade <u>Pamela Chapman</u> from going to the bathroom.

<u>Pamela Chapman</u> said, *"Go screw. I go when I go, and you don't control me <u>Bethany DiNapoli</u>."* Then, I had to explain udo-genital issues because you can't stop sexually attacking me, and it affects my urination. I had to explain over and over again about fundraising because you are a co-chair of a capital campaign, and you don't understand fundraising at all. You are illegally practicing and using extortion half the time—including operating an illegal 501(c)3, and you dragged in several people to your group to talk privately about whether or not <u>Pamela Chapman</u> was correct about the capital campaign because you could not believe her. You said, *"How the hell does she know this stuff. She is just a stupid jerk, but she seems to know a lot about a lot, and you do not."*

You have focused on <u>Pamela Chapman</u> unmistakably in every dimension on every topic imaginable including what shampoo was she was going to buy yesterday? How much of her do you need to establish your own personal autonomy <u>Bethany DiNapoli</u>?

*"I can't help you, but you will help yourself, but not to me you won't. I'll help myself to your bank account because you have failed as a human being to be a proper adult in this situation and many others also. Your children know more about this topic than you do and your husband is totally absent. Your son plays his part. That will cost you 88.5% of all of your assets moving forward. You just won't need them in a federal penitentiary system."* **11:15AM**

<u>Alberto Villodo</u> allowed the Harem to always adjust <u>Pamela Chapman's</u> hearing to their own amusement and <u>Bethany DiNapoli</u> was one of the worst who always turned her down so she would hear nothing because she got the got amusement form that.

<u>Pamela Chapman</u> would start screaming because it made her own thoughts leak out. Then, they would steal them, accuse, or harass her of whatever went through her mind. Then, they would periodically scream *"Abortion, abortion <u>David O'Leary</u>"* and it was the worst slander. It started from <u>Andrew Parsons</u> and maybe whatever happened at <u>Kamala's Table</u> because <u>Andrew Parsons</u> has been slandering <u>Pamela Chapman</u> this way since her divorce and told her children and people at <u>Tom Hockaday's</u> house. He added, *"She had a physical sexual affair with <u>Donald Jagoe</u> and I have the documentation."* It never ever happened. They are <u>Twins Souls</u>, and don't attract that way.

**11:41 AM Two or three people have tried to sell the manuscript overseas for publication,** <u>Holt Massey</u> and <u>Sandra Orsloff</u>, are two. They have down that before with the <u>Redwood Library</u> and the <u>Commonwealth Club</u>. <u>Diane McEnroe, esq.</u> as <u>Diane Gilpin</u> was said to have been looking into it. She did—That was the Hong King, Hilton. Then, a <u>Ross daughter</u> with <u>Allegra Chapman</u> knew someone who know someone who was going to try, but only <u>Daisy Briggs</u> and <u>Dolly Briggs</u> really knew the details of that one (they work for Team <u>Redwood Library</u> ). <u>Tracey Ann Moore</u> tried to say

she knew someone. Harry Gural was supposed to ask Nancy Graham, but he did not. Tara Plochocki said she'd take care of it, but she never followed through.  Usually, she needs Harry Gural's intellect and experience to follow through.

Libby McGuire:  Atria Books is not the right publisher for your book, but I make a really good point that just because I am Simon & Schuster does not mean that all of Simon & Schuster is thievery. In the last 24 hours, I have been so attacked verbally from this Harem group to remind me never to get involved with you, otherwise I will become so harassed. It does not come from Jonathon Karp. It could come from Rusty Powell III, Robert McNamara/who is Jonathon Karp, or the group Wendy Schmidt is involved with because they work diligently to make sure that book cannot be published. Now, that we have been reminded that Roger Kass has a $3 million bet with his mother-in-law, Happy van Beuren, to make sure it is destroyed and unpublishable. We can see how others get drawn in to what is only a game for them, but a profession and livelihood for Pamela Chapman.

Libby McGuire's name came out yesterday when the name Atria Books kept coming up.  She and Pamela Dorman run large imprints at large Big 5 houses. One's marketing and distribution of books, the other is editorial. Both know their industry really well. Andrew Parsons, if Pamela Chapman knows both of them and is talking to them, don't you think she can initiate a stimulating conversation to learn something interesting?

Andrew Parsons:  Yes, but it is Bethany DiNapoli you want to ask. She has no idea how to talk to each of them. She cannot develop a rapport with people outside her immediate group.

Then, do not go into fundraising or major gifts Bethany DiNapoli. You must not enjoy meeting new people, or establishing rapports with others?

Jean Gorham says, *"Bethany DiNapoli is bound and determined to make you say something she can sue you,"* because Christine Bush, esq. told her, *"Just counter sue, and keep her in the courts until one of you bows out."* That was their ploy all along.

Jean Gorham says,  Bethany DiNapoli, you over stayed your welcome, and look at what you got instead of the quote you might have be looking for. She said earlier, *"I'd waltz you down a path and make you type something I could see and I'd type also."* That is Andrew Parsons, not Bethany DiNapoli.

Andrew Parsons was typing, mimicking Pamela Chapman, and everything she was doing, just like Maura Lindsey and Nola Ganem, and he did all last summer and fall. Then, with Carrie Crosson Gilpin manipulated his psyche and got answers to every question possible. Do you really want to know someone like that? How about your legal husband's do not you want to manipulate their psyches and really get to know them, after all you are married legally to them? What don't you know about them that you really want know because you borrowed my entire family when you took on Andrew Parsons. You exposed my children in a way I don't like. *"Never get between a mother bear and her cubs"* Andrew Parsons often said. But he did, and so did all of them.  Several of these Thievery Ring people were contemporaries of William Parsons and Emily Parsons in grade school and middle school, i.e. Daisy Briggs, Antonia Chapman, Chandler Moore, Ford Bauer, Cameron Burgess, Kayla

Patricia Chapman
pmchapman@snet.net

Abbate. Andrew Parsons almost married Kayla Abbate, but he thought differently after consideration. Most but not all were at Tom Hockaday's house, except there was such a large contingent of people there that William and Emily Parsons grew up with, and they were all there every night listening to Andrew Parsons read *Barefoot in Heels* and pass commentary on it as well as listen to Kristen McMannis commit financial manslaughter and slander against the mother of one of their fellow students.

**12:01PM**
Asked, *"Who would she go to an IMC performance with?"*

She responded, *"Nobody. How could I? Everyone there: staff, board and dancers came repeatedly and attacked me physically and sexually. They became bona fide assaults. How could I sit in the audience and enjoy myself when the people are individually and collectively abusive? Why would I pay for a ticket for that?"*

Andrew Parsons kept saying, *"My wife can't really sue. He didn't really understand this until Tailhook."* Then, he said, *"That can't be the same, and he refused to acknowledge his own involvement."* No, this is Bethany DiNaploi, Monique Burgess, and several others. They just do not see their own culpability. Jerry Slocum wanted this all out so they could get a leg up and make sure Pamela Chapman could not defend herself. Jean Gorham says, *"Jerry Slocum we are done. Just stop typing."* **12:12PM**

## March 11, 2022
**8:14AM**

Sean Abbate/who is really Rick Abbate just confessed to what they were all doing at Kundalini Crossing when they invited Harry Gural to their house for a kundalini gang bang last fall because they all wanted to embarrass Pamela Chapman and say, *"See, we are all together now, all the world, except for you because your god damn trees are in the way. If you had cut down those trees, we'd be friends and look at what you did to yourself instead. You did this to yourself because of those trees. You built a fence."*

[Note: According to the real estate people, the Abbate house sold on August 1, 2022, but their cars are still there. They have not officially moved out.]

It is not a hate fence. It doesn't qualify as one. I know hate fences. This isn't one. To be one, it had to extend down the drive way and cover your pool area, the whole area so you could see nothing. I did not do that. Your children do not understand politics and how to play.

Kathy Abbate posed as Kathy Cabral last night and this morning. Harry Gural has been talking to her siting up straight since 6AM. It's been 2.5 hours. He said, *"All I'm doing is talking, and she is so easy to talk to."* In the beginning, he said, *"She has awful things to say about you, Pamela Chapman."* She told him his good friend Joe Barrett, Alana Winters were there and that Suzanna Kay was there and was her best friend.

Pamela Chapman
pamelachapman@comcast.net
[phone]

Pamela Chapman awoke again around 6:45AM, she learned Harry Gural had bumped into Kathy Cabral. It was so easy. They started talking. Jean Gorham coached her. They were trying to fix him up with for a short-term relationship. For about 26 hours Kathy Abbate has been closely trailing him as Lands Down Crossing Guard Gate, as if she were Tara's mother. Kathy Abbate wanted to be confused with Linda Plochocki. She wants to be there when, and if, Pamela Chapman and Harry Gural have Kundalini Crossing she wants to be the bellwether that knows to invite everyone else in.

Pamela Chapman and Harry Gural were told that Pamela Chapman would be sexually assaulted any time Harry Gural was with someone in the Harem, and that if he did not stop talking to them or doing Kundalini Crossing or masturbation, she would automatically stimulated. When he "met" Kathy Cabral, she was stimulated, and he knee wit. They had one of those, *"Oh yeh, Oh yeh, Oh yeh,"* fights which always lands Harry Gural in bed with the woman –but never Pamela Chapman.

Pamela Chapman dozed off. When she re-awoke at 7:45AM, she was really stimulated sexually. She tried to ask, and Harry Gural and Pamela Chapman were disconnected from talking out loud and he heard her in the sorcery realm. She was still extremely stimulated, akin to a Monique Burgess rape.
**8:24AM**

Who did the "rape"?

Sean Abbate/ who is Rick Abbate said, *"I did the one this morning. I was the one to set the intention and she did all the rest. Kathy Abbate, that is Suzanna Kaye, who is Kayla Abbate did all the coaching to make sure she said all the right things."*

They called for Cardinal Nation true and blue, red and black classes 81, 82, 83, 84, to be able to say, *"My mother went to nursing school and never college, and she passed herself off as one of you to Harry Gural, but not really, because she never answered a direct question, and if I could always just remember what Pamela Chapman tells me, I'd protected."*

Harry Gural: I was cut off from her, and she was once again tortured because of what I was doing. I never knew then that she was being tortured. They didn't like me to talk to her, and now once again they are torturing her with a rape while I talk to someone who is a lie, and we realized that about 10 minutes into a conversation that Pamela Chapman was a part of.

A few other inconsistencies came out. *"So, I love flirting with cheap whore women."*

*"You'd never ever socialize with her. She is a short—maybe 5'2" skinny—maybe 90 pounds, blond—long, straight and highlighted, who is always in 5"heels and mows her lawn in a bikini all the time. She is the one who wears seductive clothing such that people once said how can her husband allow her to dress publically like that?"*

Pamela Chapman
pamelachapman@comcast.net
info@pamelachapman.com

Kathy Abbate wanted to be the one to scream and shout today, *"I win it."*

You win in The Game by getting something no one else did.  *"We the Abbates want the prize."*

OK, one of your neighbors will say, "You did win the prize, Kathy Abbate, for being the most sexual predators in the neighborhood, and for having another neighbor's teenager stalk and remotely surveillance Pamela Chapman with binoculars, and bully her that way by Kathy Abbate telling her what she was doing in a way that was impossible for them through the windows.

Kathy Abbate told Pamela Chapman, *"I'm watching you through your windows and I know what you are doing on your computer or in your kitchen."* They followed her around her house but through the actual binoculars of another neighbor. This was last February – March 2021. Tameen Saied helped Pamela Chapman sort it all out.

It has been almost three hours since Rick Abbate, 58 as Sean Abbate, 23, started the sexual assault on Pamela Chapman. Rick Abbate confessed a while back that every night he used a magic wand that Harry Gural taught, and turned Pamela Chapman on and off like a light switch from 7/7:30PM -10PM every night for at least two months. The whole family practiced that. It is likely that it started at family dinner.

Pamela Chapman:  If this continues in my groin, I will end up with physical cramping like a pulse meter.

We stop because this is a sexual assault. We said, *"We'd stop, and that Kathy Abbate would stop harassing and abusing neighbors because she has had two bond fide restraining orders placed on her. One in Killingworth, CT, and one in Portsmouth, RI. They are from other women."*

Harry Gural loved Kathy Abbate because he loves a Shit Show conversation, and Pamela Chapman is an intellect and no Shit Show.

Someone who knows her well says, *"Oh yes, she is, you just don't know her well, and the level of intimacy with Pamela Chapman gets you the Shit Show conversation.  You don't get it up front you, get it last."*

That is Jessica Hagen.

Harry Gural, you are attracted to the thin blond bitch with hand-painted highlighted tresses worthy of a Hollywood shoot. You just can't reach them there, only in here. Molly Wade, Kathy Cabral and Pamela Chapman are never ever the thin blond stupid bitch with the wine glass, and 5' heels. At least we are all on the shorter side. Harry Gural always stands up mighty fine and straight next to us.

Pamela Chapman
pamela.chapman@comcast
401.846.3405 H

<u>Jessica Hagen</u> says, *"My daughter also is a young 20-year old nubile blond. So if I swap places with her, I confuse him."*

<u>Kathy Abbate</u> did the same thing with her 25-year old daughter <u>Alish</u> who dresses as if she is a call girl—she takes after the mother that way (You should have seen and heard what she wore on school field trips at the local catholic lower school that her children attended.)—but really she wants a role in film after one-semester at UCLA.

*"Quick, call <u>Harvey Weinstein</u>, and see if he has any parts for her to read."*

*"Oh, yeh, he's in prison on sexual assault charges with a few actresses, a 23-year sentence."*

Two other women did the same thing.  That got all those older women so many points and private sessions with <u>Harry Gural</u>.


<u>Rick Abbate</u> was going got pose as <u>Joe Barrett</u> and play a magic trick on <u>Harry Gural</u> and <u>Kathy Abbate</u>. He had yet to do what he was supposed to do.

**8:56AM**
What was that?

He was to say, *"I am <u>Joe Barrett</u> and that I marry them together today."*

If he had done that, <u>Harry Gural</u> would spend the next month sorting that out because he trained <u>Sean Abbate who is Rick Abbate</u> through <u>Kayla Abbate</u>, and he refused to marry <u>Kayla Abbate</u> on so many grounds. She only wanted to marry him for her mother so he'd be at their house all the time.

<u>Kayla Abbate</u> said, *"If <u>Harry Gural</u> came to visit <u>Pamela Chapman</u> immediately next door (contiguous neighbors), she'd pull him into their house, especially when <u>Pamela</u> went to bed."*

Last night, <u>Jean Gorham</u> kept saying, *"I am out. I am really out. I don't want any part of <u>Satan</u>."* <u>Jerry Slocum</u> was considered <u>Satan</u> also. <u>Jean Gorham</u> couldn't get out of here fast enough, and yet look where we found her?

<u>Jean Gorham</u>, what is it about this family? Why are you here? You sold your soul for this fessing up?
**8:59AM**

<u>Jean Gorham</u> claims, *"I never sold my soul for this. My soul was stolen a long time ago. <u>Jerry Slocum</u> has it. If he is <u>Satan</u>, so am I. It no longer matters to me what I say or do."*

Pamela J. Chapman
pamelachapman@comcast.net
[illegible]

<u>Jean Gorham</u>, how does <u>Sean/Rick Abbate</u> free <u>Pamela Chapman's</u> groin?

I do it because he is unable to achieve any sorcery moving forward. They did such horrific things with it including sexually assaulting <u>Pamela Chapman's</u> every day like they always did. They did it to <u>Harry Gural</u> once or twice to prove they were actually doing something he could no longer do. It's always a game of power.

<u>Stanley Chapman</u> claims, *"Jean and Jerry do this as a way to show how addicted he is to these Harem women."* <u>Christine Bush</u>, esq. looks like a real jerk, a fool, or an aggressive bitch. She looks "wanting" or desperate, as they say.

Ok, <u>Harry Gural</u> sees that, but he keeps telling her, *'No way, Jose, and that whatever kundalini they once had, means nothing to him. It is not a contract for relationship."*

<u>Roger Kass</u> says, *"My relationship with <u>Becca Bertrand</u> was not birthed here, so what happened here did not birth the relationship there. <u>Twin Souls</u> birth in here, but must take it there to be a real relationship and to have reciprocity, which manifest out there. She has no relationship with <u>Grenville Craig</u> nor <u>Donald Jagoe</u> at all."*

*"Stanley can I come home now please?"* <u>Harry Gural</u> asked.

<u>Pamela Chapman</u> you have such a great sense of humor, but that is not what this man is looking for. Oh, yes, it is because he and you are so similar. Yet, he is never there for you. *"I'm trying,"* he says. She says, *"I know that."*

<u>Harry Gural</u> says, *"I can't play it straight here. It doesn't work for me, and it blew up in <u>Pamela Chapman's</u> face."*

*"I think I'll go to the Nile next time. I need a temple with floor to ceiling windows. A pyramid won't do. Looks terrible in New England, but along the Nile, not so bad."* 9:42AM

<u>March 12, 2022</u>
**8:01AM**

Last night was the Vets auditorium IMC performance 40th birthday celebration. The audience heard over an hour sorcery conversation regarding the Caliphate Nation state leadership of <u>Bethany</u>

Pamela Chapman
pamelachapman@cox.net
401.965.5518

1622

DiNapoli and Dominique Alfandre, and how Bethany DiNapoli wanted to hold a Fund the Future at intermission right here to raise the $30,000 it costs to stage the production.

Pamela Chapman told them not to worry, *"Dominque Alfandre will pay. She will write the check to cover all the cost."*

The conversation was so obnoxious that Steven Lane got up and walked to the lobby, and Donald Jagoe held Jana's hand so tightly, she didn't move an inch because Bethany DiNapoli uses her name. We kept saying Donald's wife is Jana Hicks Jagoe, and Bethany DiNapoli is merely Jana Jagoe, and please do not confuse the two of them. They all wanted to make sure the rest of us had not intervened in the performance, and we had not.  We did not know a thing.

Alberto Villodo held the dancers in a "detention center." Lauren Difedes was dancing in a psyche space. It placed the timing in here. She admitted this after my Tuning Forks popped her out that they were all in a psyche space, and that she didn't remember how her body was moving except it was precise, just off timing.

No one is ever allowed to dance from their psyche ever again. It is like driving under the influence. We had a great conversation with Pamela Pantos – Opera singer, Steve Erickson – piano performance, Peter Kiernan and a few others, and all about A=432 and **Ellis** has a symphony that might play in Greater Hartford, and we are all going to listen to music at A=432. We will be absolutely astounded at what the music of the spheres sounds like.

Today is green eyes and ham day in Newport. It is parade day, and it is raining. The bars opened at 7AM. A few years ago, all the real estate agents purchased $1,000 trash cans for the city and the town council seeps the streets themselves in a broom brigade after each parade to Newport clean.


*"How many chickens does it take to cross the road for a pallet of Campbell's Chicken Noodle?"*

*"How many Andy Warhol's are hanging in the corporate offices?"*

*"Three they claim. One for you, one for me, and one for thee."*
**8:48PM**


Don't forget the February morning when Sandra Craig and her daughters came with a major sexual assault. It was the first of many where they stimulated her lower virginal area, and claimed to be fondling her. Sandra Craig was completely obnoxious, and said, *"I want her daughters to practice masturbating."* Caroline Craig remembers the incident, so does Lizzy Craig.  Claire Craig said, *"I wasn't there, but I was."* Alex Craig doesn't claim to remember.  He put so many tags in her face. Sandra Craig had 27 tags to her 3rd eye when we removed them. 3:05PM

1622

Paradise Imprints
press.baprints.co..net
101-667-99-99

**6:04PM**

Jean and Jerry want the Abbate family to admit that they are primarily responsible for stimulating Pamela Chapman's understory especially since after October and early November. If it was not Kathy Abbate, it was Kayla Abbate or Rick Abbate posing as Sean Abbate. It was a continuation of the culture of Tom Hockaday's house. He entire family enjoyed Kundalini Crossing with Harry Gural privately. Kathy Abbate herself thought she was having an affair with Harry Gural because she did it for two weeks everyday with him. They practiced Kundalini and sexolini. She was so gratified by the relationship that she spent several evenings just shooting the shit with the entire family. She felt so gratified that she had stolen who she thought was Pamela Chapman's boyfriend, but Pamela Chapman repeatedly said, *"He and I have no commitment of any kind. I have no hold on him at all."* **6:37PM**

## March 13, 2022
### 5:27PM

For the last 15 minutes the realm heard a conversation of the psyche of what sounded initially like Andrew Parsons. He even identified as Andrew K. Parsons. It is the worst slander anyone has ever heard of Pamela Chapman. It was full of so many intimate details all projected with mal-intent, gross misconduct, pure despisement or hate. Does it sound passionate in its appeal?

*"Yes, it does. Then it can qualify as a Hate Crime. Hate is a passion rather than an objective omniscient watchman position."*

Robert "Bobby" McDermott, aka Rusty Dorman is a 27- year old from Jamaica Plain, MA. He is a graduate of the UMASS Amherst, and was an intern on Capitol Hill several years ago. He is also a volunteer at Fenway Park. He was a sorcerer at Kamala's Table, and was looking for a reciprocity from her to work on a political campaign in the future. *"He collects a disability check,"* they say. Last spring, Susan Longhenry helped us understand where he was living. He admitted he sits at home in an apartment in Jamaica Plain with his eyes closed all day so he can watch/remote view people on sorcery 3rd eye television.

The first things he says about Pamela Chapman is that she had an abortion and that she is into colonics and that she sticks those tuning forks right up her asshole because she thinks she is so f'enlightened that she can.

Pamela Chapman now thinks this is a scam and that someone is either going to read to her a letter of despisement or another account. She is the one writing in real time from her head but now they are all one second in front of her intellect/mind.

Pamela Chapman
pamelachapman@cox.net
here are 2 of 16

Grenville Craig did this to her in around November/December 2011, and no matter what she thought, he was a second ahead of her, and told her what he was going to do. It was the most annoying and obnoxious thing you'd ever hear, and Grenville Craig said, *"This was part of the Twin Soul journey of enlightenment."*

You caught on really fast because this new thievery group led by David Johndrow, Kaitlyn Johndrow, Diana Beardsely, plus two people related to each other.

Andrew Parsons said, *"He is so happy that no one could, or would, show up for his ex-wife at the beginning, middle, or end of this story. He is so happy that she is a washed-up, stupid woman who no one likes, or knows, and that she can't find her way out of a paper bag most days, so never ever expect a Thanksgiving for her because she is such a dumb ass."*

This is what this new group is doing over and over again in the Public Commons space of the sorcery world. We thought we'd be off stage, off the global platform, but we are not yet. Until then, this is said to being read.
Jerry Slocum put everyone up to this because they all said, *"Pamela Chapman had too much power the other day when she stood up to everyone and turned the conversation around."* That was Friday, and Friday night they tried to ruin her by having an overhead conversation at the Vets Memorial auditorium for Island Moving Co.

Then, yesterday morning the usual four:   Monique Burgess, Bethany DiNapoli, Dominique Alfandre, and Nora Diedrich had become a more criminal group right from the time she woke up. She also out had a conversation regarding the founding of the *15 Minutes Foundation*, and they got them so upset about how much power Pamela Chapman had, and Jerry Slocum said, *"He'd fix that."* Pamela Chapman had told him in no uncertain terms that if Jerry Slocum did not stand down but on the other side, Pamela Chapman outranks him, and she would destroy him for an eternity and would take out his son Lawrence Slocum because that is the only thing he cares about.

So today, Jerry Slocum has sought retribution and revenge globally.

This is all Jerry Slocum who looks to be in a direct competition with himself to become the next Saul—but he never can be. That is Samuel and Kathume and now in August 2022 they are inverted upside down, hung out to dry permanently.

Jean Gorham knows too much information about Pamela Chapman, but what she hears from the voice of Bobby McDermott is too much to bear, so we all stand down now to Jerry Slocum and say, *"You have become our god our creator. You are the biggest thief in the land, and no one will ever touch you. You have more power than god himself."*

Jerry Slocum:  It makes no difference to me anymore who any of you are because I have now graduated and gone to a better place, and no one will ever touch me or Pamela Chapman ever again, but in the mean time I have completely destroyed you and your character, and your father and his friends let me do it, so you are screwed by your own f' family and your ex-husband is extolled as a

Pamela Chapman
pbns.support@ccsr.net
404-662-95-10

drunk and a crook, and they all love him because everyone loves a good crook, and no one loves a Twin Soul seer with kundalini who is now an enlightened atheist.

**5:56PM**

This is all Andrew Parsons. The voices and the misidentifications are fluid and go back and forth all the time. You never know when Saul is either Jerry or Andrew.

## March 14, 2022
**8:40AM**

**Andy Parsons** is talking in a different voice. It will switch over to a voice dictated by Robert McNamara aka Jonathon Karp. We learned Robert McNamara is Jonathon Karp. Pamela Chapman understood this in a causal conversation with him. She called him out based on optics not channeling.

We spent the day understanding that he, Robert McNamara/ Jonathon Karp, CEO Simon & Schuster, has created a digital sorcery/witchcraft technology that operated like an airport for wireless devices. It is placed in one person, and then it acts as a transponder for the many. It controls all your thoughts and responses, and if Jonathon Karp can't listen in real time to the responses to questions with others that he wants answers to, he listens later as part of a stored downloaded system.

We tried it out several times today with four different people that he has put on one of these digiboxes:  Bethany DiNapoli, Andrew Parsons, Carrie Crosson Gilpin, Christine Bush, and Dominique Alfandre (We did not talk with her because she is stuck in a psyche with Nora Diedrich and refused to come out under any circumstance.)

These digital "digibox" sorcery witchcraft memory systems are remote links to another that control unmistakably every answer you have. And, it replaces some people's names and preferences for others. It is complete mind manipulation, and we can't tell when it crosses over into a fake reality. We ask questions until we learn that the answers that the person should know well, they just do not understand. They usually do not remember the conversation, and one's money, and relationship and anything or responsibility can be manipulated.

Pamela Chapman, Harry Gural, William Parsons, and Emily Parsons told Andrew Parsons in October 2021, *"Please reconsider joining Kamala Harris' Thievery Ring because we knew this would happen."* He had already been told to donate money to Pay Pal, and he has not. He has given a way SS# that

Jonathon Karp claims he uses with various people in a game, and then tells them to go ahead and use them for a fraudulent activity.

He claims, *"I didn't actually say that. I'm not responsive. If that is what they do, that is the intention of giving away the numbers."* Now the entire family must get new numbers.

Pamela Chapman claims Jonathon Karp has trained with Rusty Powell III, and Rusty Powell III trained Grenville Craig to steal SS # and credit card numbers.

Bethany DiNapoli could not remember the conversation she had last night with the real Jana Jagoe, who told her never to sue her name again as her own.

Andrew Parsons was like this too.  Last night, he claimed, *"I do not love my children and I never loved my ex-wife. If he loved her once, I loved her twice, but since I did not love her once, I did not love her thrice."*

Two or three months ago, he told Harry Gural that he loved his wife deeply. That is why he was so hurt when she divorced him, but now he claims, *"She is despicable and never loved her at all."*

Jonathon Karp has programed Andrew Parsons to say such nasty things about Pamela Chapman, all to distort her image and to make sure no Big 5 publisher ever publishes the book, *Barefoot in Heels*, which has become synonymous with the US Constitution because Kamala Harris traded it away last July for a copy of *Barefoot in Heels*.

The Game of Sexual Disobedience has become so demonic and nasty that Jonathon Karp told Pamela Chapman today, *"I will kill her all over again here,"* and Harry Gural told her he would never have had the conversations she had had with him earlier that revealed his true identity as CEO of Simon & Schuster instead of a dead politician who was sitting at Kamala's Table, but Pamela Chapman said, *"I was having just a causal conversation, and the optics just went that way. I don't really care one way or the other. It matters not to me. Be a thief, I don't care, but that book, Barefoot in Heels is ongoing to be published one way or the other especially before the 2024 national election."*
**8:52PM**

Jonathon Karp claims, *"You will always be on a buzzer Pamela Chapman, because that way we always know where you are in the sorcery realm. We use the buzzer sound instead of a pulsing which I like to do to your left leg, or a noise. I will buzz you once a day, every day to make sure you know that it is me."*

Really? Are you sure? Or, are you Jana Jagoe the 10th, 11th, 12th? BTW, I can just watch *The World According to Karp* 5-minute video on Instagram every day. Then, I see your face talking, and I know exactly where you are everyday Jonathon Karp. But if I miss you at the office, I know you live in the same building in Williamsburg, Brooklyn, NYC as Alexander Craig and Carolyn Craig (Two separate units). You never really are too far away. And, if it the summertime in Newport, RI, I know you and Esmond Harmsworth IV, 55, are at the Redwood Library July Gala and August Garden Party and at Alice and Jim Ross' house for a private dinner party. I don't have to go far to find you. BTW, a text message would work better than a buzzer in the sorcery realm. My iPhone has a built-in buzzer

Pamela Chapman
pamelachapman.coxx.net
[unreadable]

anyway so you can buzz me anytime you like day or night and if I am asleep I will buzz you back after lunch time the next day.

Yes, he is sure it is I <u>Jonathon Karp</u>, 56, CEO of Simon & Schuster.

Will you buzz me yourself or is it a sorcerer, a shaman, or an administrative assistant who will actually do the actual work?

*"I do it myself."*

How?

*"I set a timer to a specific time, and when it goes off, I buzz you, buzz, buzz…"*

How long does it last, and what do you get for that? Is it worth your while?

*"Who the hell are you?"*

Who the hell am I? Who the hell are you?

*"I am <u>Jonathon Karp</u>, CEO of S&S, President of <u>Scribner's</u>."*

No, you are not. You are CEO, and <u>Scribner's</u> is an imprint under your umbrella. But don't let me tell you how and what you are.

*Why is that?*

I don't know. It's your job not mine, but I think you'd prefer acting personally because you prefer that, but maybe when you retire you'll land in Hollywood. This is the confession of a wanna-be-actor from Brown University and friend of <u>Esmond Harmsworth IV</u> and Gala attendee with him at the summer <u>Redwood Library</u> Galas, and <u>Redwood Library</u> <u>Book Committee</u> member.

Ever sit with him <u>Pamela Chapman</u>?

Well, no but I could and should, but then he'd miss out on knowing the <u>Ross family</u>, all three daughters, and <u>Jim and Alice</u>.

<u>Bethany DiNapoli</u>:  If I'm a fruitcake, and you are clafoutis, who are <u>Jim and Alice Ross</u>?

*Wanna-bee contenders in the parade of Newport society.*

And, who are you <u>Pamela Chapman</u>?

Pamela Chapman
pamelachapmaninteriors.net
401-662-9846

*"I'm an author who does not pretend to be Newport society. I just show up and do my own thing and make no claim to be society, but I ain't no gutter girl or rag doll either.  Some say I am the CEO of my own life, but they added that not me."*

Jonathon Nelson (Billionaire in Providence, Brown alumni) was here. He told us that Simon & Schuster would not be sold (It was for sale) because of investment strategies. We await the stock split in 5-7 years' time.

Lola Shamansky/Emily Parsons says, *"My father was told by my mother and Harry Gural that he would experience something like this."*

He said, *"I can handle it."* Yet, he could be extorted of a lot of money, and he now has no real protection.
Lola Shamansky/Emily Parsons *"I can't really help the man because he did this to himself, and refused our help when we offered it. My mother tried 2.5 times to get him to step back and away, but he refused. Now Jonathon Karp is claiming, "He is taking tranquilizers and drinking red wine at night."*

Lola Shamansky/Emily Parsons:  My mother claims no way could he be taking tranquilizers due to his medical training and his anesthesia specialty board certifications. He would never stoop this low to take them. Yet, he started drinking and Jonathon Karp is overriding his mental capacities to say this is what he is doing. What do we do to either stop him or Jonathon Karp from totally ruining his man and his resources? He already removed a 7-year relationship with Cathy Wicks to walk this path, and his relationship with Carrie Crosson Gilpin now is that Carrie Crosson Gilpin and Andrew Parsons are interchangeable in their psyches. You can't tell one apart from the other.

Andrew Parsons:  If this is Emily Parsons, just stop because you will destroy his professional career.

Pamela Chapman says: *"He has destroyed it single-handedly himself. He cannot step into the operating room if he is not of absolutely sound mind and body. Once his mind has been taken over by another, he cannot possibility walk into an operating room suite and deliver any anesthetic."*

We do not advocate that he return to work, except he needs the lifestyle of a daily discipline of work. Yet, he walked away from his profession in February 2021 to both seek revenge on his ex-wife. He stop working until he worked this issue out. He went back to work for less than two months at the end of the year, but he is back to this daily semi-retired lifestyle. How do you detox a man of this type of mind control activity?

*"We have no idea how this really happened because he is usually so disciplined."*

He can't hear this. Neither can Carrie Crosson Gilpin. Jonathon Karp can hear, and will be expected to say something. He is a valuable asset to Ways and Means Committee Chair, Richard Neal, D-MA.

Simon and Schuster days at Ways and Means happens four times a year. That means he had four opportunities to go before the Committee and ask for tax credits in any amount. He will never lose

money for the company, and he will never be without wealth. He has immense power as a *Thievery Ring* boss.

He claimed, *"There are four books similar to Barefoot in Heels currently circulating. His goal is to make sure that all stolen books are seen by all the SVP's of imprints at the Big 5 publishers such that they can never be bought."*

*'McMillian can't be bought,'* they say and doesn't play that way. Libby McGuire, SVP Atria Books has tools and systems in place to avoid any interference by Jonathon Karp. Pamela Dorman is equally powerful at Viking Penguin, and will put stems in place to avoid any appearance of thievery practices. McMillian has no understanding of any of this. We don't play this way ever. Our culture does not allow this. Stolen books are embedded in the cultures of the publishers, for sure.

We also learned how Beatrice of York got herself involved in this deal between Pamela Chapman and Scribner's. Suffice it to say, there was a Kundalini Crossing practice that involved Beatrice of York, Jonathon Karp, Tameen Saied, Wendy Schmidt, and Harry Gural.

Beatrice of York, wanted to insert herself and become the agent that sold the book to McMillian. Yet, her McMillian was really Jonathon Karp. There were at least 4-5 teams of people all trying to get a book package to Nancy Graham, SVP Scribner's to kill the book.

Tara Plochocki and Harry Gural were 3rd or 4th string. They were never a front runner to succeed at this competitive gamesmanship of stolen books. It is very competitive and a winner take all contest. It is a bitter fight of besting each other for the crown, which allows you to advance in The Game.

Tara Plochocki immediately went to Peter Bramante, ED IMC, Tara Gragg and her husband Steve Sabo, Jana Hicks Jagoe, Tracey Jonssen, Newport Art House, Lauren DiFedes and a few other dancers, and it grew form there. This is IMC's staff, and dancers. They added Board of Directors and went full throttle at Pamela Chapman who had just stepped own form the board December 31, 2020. They could not wait to excoriate her. Bethany DiNapoli and Dominique Alfandre, Co-chairs of the Capital Campaign joined in, and Dominique Alfandre brought Nora Diedrich the ED of NAM. Bethany DiNapoli brought her husband's first cousin, Monique Burgess. This was the start of the Thievery Ring Workgroup for Kamala Harris that would enable Carrie Crosson Gilpin to edit— terribly— the book, *Barefoot in Heels*, and then distribute it. Alberto Villodo helped give her privacy to retype it from the original pdf. He followed Nola Ganem daily into the group as a companion. Maura Lindsey quickly joined at the start. It grew from there. Kayla Abbate and others from Tom Hockaday's house were there form the start. They all knew about the book.

John LaRocca, Newport, RI past president of the board and insurance sales cut a board insurance policy year ago.

Kamala Harris has no understanding of how all of this was unfolding. Never before has all this information just started pouring out. Pamela Chapman is never to blame.  She was having an

Pamela C. Chapman
pbischapman@cox.net
401.862.9515

innocent enough conversation, when it just popped out, *"You are* Jonathon Karp*, CEO of* Simon & Schuster*, aren't you?"*

It was the optics of his relationship with Kimberly Witherspoon and Esmond Harmsworth IV that did it. They are all Brown University graduates and contemporaries here and there. He also knows Michael Holt Massey and Sandra Orsloff, the Redwood Library Book Committee.

Wendy Schmidt is also to blame for bringing Christine Bush, esq. into the Thievery Ring. She is founder of 11th Hour Racing which has a presence in Newport and funds much of Clean Ocean Access. 9:21PM

Becca Bertrand:  Pamela Chapman has so much leadership potential. Her ex-husband has none and We all backed him and not her. She excelled in the last few days despite the odds. This morning she did such a good job of exposing Jonathon Karp. The entire day was unlike most.  We revealed so much that now everything we did seems juvenile and obscure. Nothing seems right. There are four or five people who have been taken over by mind control. It affects every aspect of their livelihoods, family life, and being.

Jana Jagoe the 10th, 11th, and 12th  *"Has no comment."* It is impossible to determine what is you and what is them.

Andrew Parsons claims, *"I have no idea how to more forward as my ex-wife warned me, and I did not heed those warnings."*

Carrie Crosson Gilpin has no idea what is going on except to say her mind remains free and clear.

*"No, it does not, and we will show you all in a minute what has happened to each of them."*

Christine Bush, esq. is new at this. We tore her apart about 4:30PM,
9:25PM

Carrie Crosson Gilpin:  It's mind manipulation not mind control. We tell you something and you respond. Then, we memorize it, and we store it for future use. Then, we download it and your voice. Then, we use it against you with either someone you love, or know. Then, we get them to reveal something important. Then, we torture them, and get something more out of them. I can't tell if it has been done to me or not. No one else will come out after what happened this afternoon— A demonstration like no other that revealed they were all unable to answer questions about their lives. It proved someone was answering for them, and they were unable to remember what was said after that."

Jean Gorham claims, *"I had no idea how valuable his information would be moving forward. Jerry Slocum swore this would never harm anyone and he was dead wrong because there is no way anyone will trust anyone moving forward."*

Produced Exhibit
pamelachapman.com/exhibit
1614162-9510

Stanley claims, *"Andrew Parsons is not going to remember today and might sleep the night away."*

*"No, he will not sleep. Carrie Crosson Gilpin will keep him awake until he confesses what happened to him could not usually happen to anyone."* Carrie Crosson Gilpin can speak through a private network to Andrew Parsons but nothing else.

Andrew Parsons might not consider going back to work. He has been destroyed by revenge on his ex-wife. Once his daughter moves out of the house, maybe this fall, things will look different for Andrew Parsons.

Andrew Parsons claims, *"I can't understand what he was just told, but the world now knows he was mentally manipulated to such a degree that he is incapable of working."* No one thinks he has any credibility, so he will need to work out his professional and social statuses there, and never in here again.

Robert McNamara began a new Thievery Ring under the name Robert Thurmond, but he is Jonathon Karp, CEO of Simon & Schuster.

Bethany DiNapoli:  I have no idea of what I am living together. My daughter will pull me out if need be. And, if she and you were masturbating she would have laughed her f' head off as she and Dominique Alfandre and Nora Diedrich could not stand you, and neither of you would have ever seen the light of day as she would have made sure you were so stinken high on something that you could not see straight. She knows you don't drink or smoke, but she would have forced you to take tranquiller.

Where you have gotten them from Bethany DiNapoli?

I would have gotten them for you and mailed them myself because I am a pharmacist of high standing. I am Andrew Parsons, and I would have emailed you a prescription and sent it in myself.

Pamela Chapman:  Good thing I know my ex-husband and my body well. It never would have happened Jonathon Karp. No prescriptions and no drugs on both my account and the ex-husband's account. HE would never do that.

"We all know him well enough to know that is not true."

Christine Bush:  I am never sure what really happened to me today, but I want you all to know I never expected something like this to occur. I never expected Pamela Chapman to end up with Harry Gural. They seem really happy together so that is the best outcome.

Harry Gural:  Are you forced to speak by Hinckley Allen?

Christine Bush:  I really did not represent the firm properly. I was over zealous and I mistyped so many times

Pamela Chapman
pamelachapman.com/phil
Doc no 5195.16

1632

Pat Fernandez:  Pamela you told me I was the CEO and not my husband Michael. I think you have those skills also, and it is unfortunate you never had the chance to really develop them. I did but it never helps that you can do it here, but not there.

Compelling question for the whole document:  Can you held legally accountable for what you do in the sorcery realm?

Absolutely, the precedents throughout are there. If you don't stop people, the criminal conduct never stops and only accelerates.

Tom Hockaday's house was open for two years before February 4, 2021.

If we spent 12 or 13 lifetime together then we make the next few years the best we have ever been together because it will be the last, and I know that somehow you soul weeps when I say these things. So, if you don't say a word to me, you're weeping dry tears tell me everything. We all get that Harry Gural, but Pamela Chapman has so many issues and so do you.  If you two don't make it, then a few of us can step up.

I have never not swept him up when I saw him at first so if Karla B is right then we will try again…

**2:15PM**

Just to remind ourselves. The f digibox memory box goes straight back to Jonathon Karp. He directs the questions, and they speak them in their own awareness. He can listen to any conversation on any of these women as a channel.

How does he know who is talking?

They do not always know. They said several weeks ago, *"He is real wizard."*

Jonathon Karp claims, *"There are 4 books in the Barefoot in Heels with 3 sent to Pamela Dorman, so the industry is flooded with manuscripts that are technically stolen, and the SVP who reads them is in violation of US Congress laws. Yet, it looks as if every SVP might be guilty. It's an industry-wide practice."*

Carl Helmetag told Will Parsons, *"Your mother is a troublemaker, and that he needed to stay out and away from the conversation otherwise it would hurt his chances of obtaining the position he wanted, and Carl Helmeting was a reference for him."* He was errand boy and a fixer at Kamala's Table. He was not there for the start.

Then, Carl Helmeting told Emily Parsons that if she wanted a reference for law school he would make sure David Ciccilini wrote it, and that he would help protect her because, *"Her mother was a bad seed in Newport and that her father would ultimately prove how valuable he was to each of them, and they would not*

1632

Pamela's Journal
pmchapman@gmail.net
10-[xxx]-2019 (2)

*be involved with the mother in the future."* This is the mission of Kamala's Table carried out by errand boys.

Who wrote that?

It was digibox combination of Carrie Crosson Gilpin, Andrew Parsons, Bethany DiNapoli, and Monique Burgess.

Alberto Villodo was only there to say, *"I support Tameen."* He never really did anything except make sure Harry Gural went down the shoot every night to Kundalini Crossing. He made sure he was standing there with Tara Plochocki, and that Harry Gural arrived at the same place. He made sure the pdf of the book *Barefoot in Heels* was retyped by Carrie Crosson Gilpin and a screen play was prepared and sent to Mark Halpern. He set Carrie Crosson Gilpin up in hide own private sorcery "office" and then set her to the caves. Where she typed, became the place Harry Gural went to hold Kundalini Crossing. That was at Alberto Villodo's recommendation.

Harry Gural now believes there was no way Pamela Chapman could have ever known all of what was happening. From the very start, she was killed by the people in The Game.

About two- three months ago, we played a game of *"Do we know who Robert McNamara is?"*

Many of the people who all said they knew him, did not. He appears to play a game where with every generation of generation of Thievery Ring involvement – he takes on a different name. The guides do the same thing.

With the advent of the name, Robert Thurman, he birthed the sorcery digital "digibox" memory technology that is in Carrie Crosson Gilpin, and expands to several people most notably Andrew Parsons, and some others.

Twos nights ago, Robert Thurman/Jonathon Karp (He has been Robert McNamara and David Dinkins, too) inserted himself into Harry Gural, and dictated a private conversation between Harry Gural and Pamela Chapman. In the middle of the conversation, he wanted the gossip on abortion. Jonathon Karp was actually akin to a third-party who inserted himself into something like a "psyche". He hung out there while Harry Gural spoke to Pamela Chapman. He influenced what Harry Gural would say for his own benefit, amusement, gossip, and outcomes. It was as if while Pamela was speaking to Harry, Harry just wasn't himself. He was overridden by Jonathon Karp. It really was a conversation between Jonathon Karp and Pamela Chapman whereby Jonathon Karp posed as Harry Gural. Jonathon Karp was trained in sorcery by Rusty Powell III, and remains one of the strongest and most influential sorcerers in the sorcery realm, and at Kamala's Table.

Pamela Chapman played the entire conversation very coolly – Harry Gural was not his usual affectionate self. Someone said that in the halls of Congress, Ted Kennedy never suffered the Chappaquiddick issue and would dismiss it as, *"Not that again."*

<u>Carrie Crosson Gilpin</u> has become vicious in the last day since Friday night at the Vets Auditorium. They like to scream A, A, A, but no one screams, *"Gall bladder, Gallbladder, or Hysterectomy, Hysterectomy, or Tonsillectomy or Appendectomy."* We must take this women's health initiative business off the table right away. We must never ever put one's health history in this place of destruction, or use it as a technology of slander and harassment. 2:40PM

At about 3PM on August 12, 2022 (Mercedes card day) while <u>Pamela Chapman</u> was spell checking hysterectomy, she commented on the history of female hysteria. She just happened to Google the topic. It is quite extensive and pervasive in mental illness and women's health issues. She discovered the 22-page short story, *The Yellow Wallpaper*, published in 1892, in a New England magazine. It should have been required reading of everyone at <u>Kamala's Table</u> and the <u>Thievery Ring</u> Workgroup. <u>For Happy van Beuren</u> to be so upset by her book, she needs to read stories just like *The Yellow Wallpaper*, which is said to be semi-autobiographical. In the story, the woman is ultimately a locked in a room in a summer house in the country. Her husband John, a physician, has put her on bed rest because of a *"temporary nervous condition"* that devolves into psychosis. It should be required reading of everyone out to destroy <u>Pamela Chapman's</u> book, and her person. If this story, *The Yellow Wallpaper* has survived over 130 years, and it has similarities in its message to the reader as *Barefoot in Heels*, it is part of the human condition. It is exactly why we read, write and study literature.

No one will touch <u>Harry Gural</u> today or tomorrow. The digital "digibox" technology that even <u>Kamala Harris</u> loves and uses, is not a circuitry technology. It is an "airport" of wireless service. As such it puts one in a network just like wireless computer networks. It does not work as an independent stand-alone. In that way, one "possesses" it. It you are tagged this way, then you are just brought online into the network and can be accessed at any time, which was <u>Jonathon Karps'</u> goal all along. <u>Bethany DiNaploi</u> brought it to <u>Harry Gural's</u> mouth, or <u>Christine Bush</u> tagged him on the cheek. <u>Roger Kass</u> tagged <u>Pamela Chapman</u> over the left eye brow. It does not matter where it goes, it just has to catch and release

<u>William Parsons</u> wants this mother to know, *"Everyone in the world was out to get you, and our father is a true down in the dirt thief, and no one seems to care. You are holding the world up on your shoulders. We all now stand with you because this is so much bigger than you are. Our father could never have the conversations that we have recently witnessed with you."*

In this scenario, it was as if, <u>Pamela Chapman</u> was just tied up, gaged, and thrown into a street or gutter, in a country whose language she did not speak, nor have the currency to exchange. In cases like this, it takes a little while to gain one's ground. She was killed at the start of <u>The Game</u>. **2:52PM**

<u>Pamela Dorman</u> and <u>Libby McGuire</u> have benefitted tremendously from your conversations about what is really going on in their industry, and in their publishing houses. Each say, *"They each will work*

Pamela Chapman
pbwelapmanlovesmai
info.com

*together to make sure this gets printed and distributed.*" The actually mission right now seems to be to get every SVP in every imprint in every house a pdf copy, so they cannot actually print it as per the US Library of Congress.

How important is this book?

*"It has enormous traction and force behind it to stop it."*
**2:52PM**

**8:00PM**
The font of the noise is Metatron Kingdom. It is enabled and focused by Tameen's Guide. He targets where it is to go and makes sure it has continuous flow. Pamela Chapman cannot be both the font of kundalini energy and noise as she has been shamed and blamed to be. *"Pamela Chapman both the noise and the kundalini are in you simultaneously."* They are polar opposites so it is an impossibility.

Harry Gural is neither the font of kundalini nor noise. He was separated and removed from both fonts of energy. He presumed he stayed separate, segregated, and neutral. In that way, he never knew the torture of Pamela Chapman, and he never felt the noise of his Thievery Ring, Alberto Villodo, or the realm.  He is removed from the story, but he is actually a hero of the story if he partners with her. 8:05PM

March 15, 2022
**4:03PM**

7:42PM
Denise Brown, CRNA, New Mexico: I am upset that a man I worked with in the OR in the US Navy, in Rota Spain is so stupidly acting as if he is the only man in the world who has had a divorce. He contacted me here in August of 2020, a year after he had obtained a copy of his wife's manuscript. He told me then that his wife had had an affair, and that he was divorced. He was here with Cathy Wicks, his girlfriend asking where Pamela Chapman was hiding.

I told him I knew of several people that did hide out, but did not know how to find them. I did mention Tia's Littles name as a person who night know, but he didn't contact him.

Pamela L. Chapman
pamelachapman@verizon.net
1-1-202-2-9516

The Dietitian, Rota Spain:  If <u>Andrew Parsons, MD</u> is the same man today as he was then, I am a monkey's uncle. He was never this irresponsible, nor this stupid because at that time he would have been the first man to say, *"What an idiot this guy is."* His ex-wife would agree.

What do you think will happen to him?

<u>Pamela Chapman</u>:  He spiraled out of control, and became very frat-boy prank-like instead of strategic.  He was in a 7-year relationship with a woman who enabled the behavior, but her ex-husband had been an alcoholic. So, I asked her one day how could you have enabled all of this running around, and all of this slander because they did it together?

She said, *"She thought that was what she had to do to win him over to get him to agree to marry her, because she wanted to get marred this summer 2022 at Carnegie Abbey."*

He said, *"He couldn't marry anyone because he didn't know what happened to this first marriage. He seemed to not have a clue."*

So, they were dead set on destroying <u>Pamela Chapman</u> and to destroy her book, and figure out what was wrong with her.

There was nothing wrong with her. It was them.

<u>The Dietician</u> claims, *"That is the best, the best answer."* **7:52PM**

<u>Don Jagoe</u>:  <u>Jana Hicks Jagoe</u>, my wife claims your ex-husband said while you were busy doing something else, *"I know what my ex-wife is doing,"*

We all said, *"So do we."*

Then, <u>Bethany DiNapoli</u> said, *"Well, what do you expect? We tailed her unmercifully for a year and this is what she was reduced to,"*

<u>Judge Colleen Hastings</u> said, "If this is true –and it is, then you and <u>Andrew Parsons</u> have a date in my court room because he made sure he cut you off from everyone and everything, and he got exactly what he wanted. He wanted you destroyed socially, emotionally, and financially, and he alienated you from your adult children, but this stated in 2011, 2009 really. And now, if this has to be worldwide and of some reason the guides declare it to be so, <u>Andrew Parsons</u>, you are no man at all.  You are no father at all, and you are no friend of ours because you have so raped and robbed this woman <u>Pamela Chapman</u> of a life for the last 10 and longer years – 20 years that she had no one to rely on anywhere, and this <u>Big Book Story</u> has raped and robbed her of her children, and any contacts she once had, plus it stole her manuscript – her livelihood, and you made sure in Newport she could never get a position in the non-profit realm when everyone else could, and you made sure that when you joined <u>Tom Hockaday's</u> house, you slandered her to death— so much so that you

could easily join the <u>Thievery Ring</u> of people she knew out there and easily get their support.  The same if true of <u>Alberto Villodo</u> and <u>Harry Gural</u>, you gained their loyalties very quickly, and the boards she had sat on were too supportive of you and not her. Her entire participation was discounted for your support and loyalty instead. Why is that? He was never ever the board member, the event attended, nor the donor. He has complete disregard for most of that, and yet, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u>, <u>Nora Diedrich</u>, and all the others supported him and he supported you, and you all had the mission to destroy <u>Pamela Chapman</u> completely at all cost and that game is like a gamblers game and a black jack table you can no longer walk away form.

<u>Harry Gural</u> said, *"I really do not understand why I keep repeating my old mistakes. By day I know what I want, and by nightfall I am just bad person after all. Why do I do that?"*

<u>Bill Gural</u> his brother said, *"It is because you were trained that way."*

*"No, it is not."*

It is because he is addicted to <u>The Game</u>. The main game starts after dark, and is over at dawn. So just like <u>Tom Hockaday</u> said months ago, *"It is a gambler's addiction."* It is more than that.

<u>Pamela Chapman</u> you said, *"Gossip pulls you in, and the chance to best another in full-blown competition. Male and female roles are very traditional based on the biochemistry of kundalini, and how it differs between the sexes."*

Is <u>Kundalini Crossing</u> addicting?

*"Yes. It can over stimulate the body, and once stimulated, it is hard to stop. The pulsing is extremely addicting, or considered a nonstop trigger that pulses you to focus on it. You cannot meditate with pulsing. You would never find peace or a have brain wave, or lose the vagus nerve."*

*"If you never lose the vagus nerve, then one might have an over stimulated norepinephrine. Then, one would automatically create a situation whereby one can't stop yourself from doing certain activities. The anxiety person has a runaway norepinephrine system. The anxiety has no ceiling. If a guy was medication, but it never made addresses the problem. It does not remove the norepinephrine, it only increases it, and an increase is never a solution."*

<u>Jerry Slocum</u> wanted the entire world to know several things:

<u>Carrie Crosson Gilpin</u> is never going to be sued by <u>Pamela Chapman</u> because she has a full dossier on you <u>Pamela Chapman</u>, and she will release there.

Pamela Chapman
pamelachapman.com/us
101-602-9716

That is black mail.

*"I will tell people who you really are* Pamela Chapman. *You are too uppity for my taste* Pamela Chapman, *and your book is too controversial for anyone to buy. You and I are never going to meet ever again, so you can stuff yourself in a box and mail yourself overseas. As far as we are concerned, you don't belong here in Newport."*
Jonathon Karp, CEO S&S claims we never have dealt with a person like yourself, Pamela Chapman Well, you are in for a treat. We are going to play crochet, and Toby Fields is in charge of the Book Committee. 8:57PM

Bethany DiNapoli said early this morning, *"We are going to screw with* Pamela Chapman *so badly moving in the future that she won't see straight."* (But did not elaborate).

The sorcery realm screamed she had an abortion, but not really. Then, they apologized, but yet they screamed it, anyway, several times because they said Jerry needed someone to sync his teeth into, and it is the only situation she can neither refute nor prove, and since the ex-husband tried to nail her on that, so did they. This harassment about women's health, never ever goes away. 4:48PM

Jerry claims they both stand down, because **#standup me** too might just take off as a right to abortion. It never will, but it might take off in other directions, and if it does, it will only make this situation worse.

Bethany DiNapoli made a huge statement about how she did not have to listen to Pamela Chapman type because she finally learned after one year of harassment who Pamela Chapman was because *"She admired her, but did not now."*

Dominique Alfandre, Monique Burgess and Nora Deidrich set out to destroy her so as to really know her, but really to destroy her because they despised her.

Bethany DiNapoli said, *"She can stop following* Pamela Chapman *because she had fully learned who* Pamela Chapman *is and can't stand her."* She claims to, *"despise her, but learned who she was thoroughly through the ex-husband who exposed every detail of slander, gossip, and detail he possibly could, to the Harem,"* who with the ex-husband poured it all out in harassment 24/7 in the Public Commons.

Not only did Bethany DiNapoli have to harass Pamela Chapman, but she often sexually assaulted her udo-genital region, twisted both her legs, scratched her eyes—she had a popped blood vessel in one eye, and other forms of torture in order to get to know her better.

Pamela E Chapman
pamelaepamelaeeeee.net
(860)662-9549

She especially thanks <u>Andrew Parsons</u> and <u>Grenville Craig</u> for introducing her and downloading everything possible about her. She claims, "*I finally know the woman who was an enigma to me.*" 4:17PM

<u>Bethany DiNapoli</u> claims she is typing in real time with <u>Pamela Chapman</u>. She will claim in a court of law to have something different, and say <u>Pamela Chapman</u> is lying piece of shit.
I am <u>Alberto Villodo</u> "and I stand behind <u>Pamela Chapman</u> and what she is typing. <u>Bethany DiNapoli</u>, I have no idea who you really are, but this is not the way to meet and greet people you want to get to know. If you are jealous of people, we have learned you seek control over them and this is <u>The Game</u> to play as a result. If you have been taken over by <u>Satan</u>, <u>Bethany DiNapoli</u>, you are in no position to say, "*I have finally met and understood who and what <u>Pamela Chapman</u> personally is.*" I will go to the nth degree to say the women and your ex-husband, have destroyed your honor because they worked at every day, and they worked very hard to destroy any relationship you could have with your children, and any other person, but especially <u>Harry Gural</u> who you had a personal physical relationship with. <u>Bethany DiNapoli's</u> husband never enters this sorcery realm, and never ever stands up for her. Her daughter <u>Juliette</u> does, and we think it is <u>Lucas</u> the son, maybe <u>Marco</u> but not the other one. <u>Monique Burgess</u> is always stripping off her clothing off to masturbate here. She is super competitive with the other women, and if her husband <u>Tom</u> is just like her, they are a swindle of others and with each other. Alberto Villodo. 4:23PM EST

I, <u>Alberto Villodo</u> "*married <u>Bethany DiNapoli</u> because she was as demonic as I think I was, but my head space has been completely wiped clean by <u>Stanley Chapman</u>. And <u>Bethany DiNapoli</u>, you have not been wiped clean at all. In fact, <u>Saul</u> and <u>Jerry</u> speak through you now, so does <u>Jonathon Karp</u>. He manipulated your mind. We think that digibox got destroyed last night when she said she had a protection plan in place that included a husband and four children and 3 siblings.*" (Which she does not actually have).

"*She also claims to use <u>Jana Jagoe</u> as a crutch. It is not a path to destroy <u>Jana Jagoe</u> which you said this morning as a hunch, but it is more than that. She revers how <u>Jana Jagoe</u> looks and wants to be just like her she claims, yet she knows you and she do not get along. <u>Bethany DiNapoli</u> looks nothing like <u>Jana Jagoe</u> nor does she do hair, makeup, and clothing like <u>Jana Jagoe</u>, and <u>Jana Jagoe</u> is very short and <u>Bethany DiNapoli</u> is a big-boned girl.*" 4:31PM

"*I break the pattern,*" <u>Harry Gural</u> says, "*but every night when the sun goes down, I am drawn like a moth to a flame into that sorcery place, and when I does I forsake <u>Pamela Chapman</u>.*"

His brother now says, "*<u>Pamela Chapman</u> you must sue him to wake him up.*"

Suing won't do it. He could care less.

<u>Bethany DiNapoli</u> says, "*Maybe, he really likes her.*"

It won't matter, "And, <u>Bethany DiNapoli</u>, if he did, why did you do what you did? You are a married woman and so is <u>Monique Burgess</u> and <u>Dominique Alfandre</u>?"

"*Why chase him as your trophy?*"

Pamela Chapman
pmc.hapman@comcast.net
401.855.2679

<u>Bethany DiNapoli</u>:  Because I can, and I did, and I am a Caliphate Nation leader.

<u>Alberto Villodo</u>:  No you're a small-time, small town wanna-be, that has too much time and money on your hands, and you had aspirations you cannot reach, and you will be sued eventually, so imagine that. 4:40PM

## March 16, 2022

**8:25AM**
<u>Grenville</u> Craig said, *"I've met Jonathon Karp three times."* He taught him a few dark magic tricks like twitching eyeballs. He knows my son <u>Alex Craig</u> and my daughter <u>Caroline Craig</u>, the one that was at <u>Kamala's Table</u>, but only for a short time and to explain to <u>Alberto Villodo</u> how to move money overnight.

<u>Alex Craig</u> use him as a resource to learn dark magic sorcery tricks. He spends more time in London now, but not anymore because The Times of London, <u>Esmond Harmsworth IV</u> knows exactly who he is, and both men have benefitted tremendously from learning through him. All the sorcery they know, comes from him mostly. The last time <u>Alex Craig</u> contacted him was March 2021.  <u>Jonathon Karp</u> said, *"I was held up, and could not do a thing."* That was <u>Kamala's Table</u>.

Did <u>Jonathon Karp</u> know then that <u>Grenville Craig</u> was a <u>Twin Soul</u> sponsor?

*"I did not actually know until May 2021 when <u>Grenville Craig</u> claimed he was <u>Pamela Chapman's</u> sorcery/shamanic spouse."*

He has known of <u>Grenville Craig</u> since about 10-15 years ago. He regularly meets here with <u>Rusty Powell III.</u>

Who taught you all to play numbers of the day?

*"These are the store receipt amounts as practice to store memory in psyches."*

That was <u>Grenville Craig's</u> stock-in-trade. He taught us how to memorize numbers, and we taught him how to digitally store the information in psyches. <u>Jonathon Karp</u> uses psyches as storage places not meeting spaces. Receipt and credit card numbers are used to record how you spend, and where you spend so as to track your flow of money. <u>Pamela Chapman</u>, you don't play well because your money goes through so few funnels, we don't get to really play.

Pamela F Chapman
pamela@pamelafchapman.com
401-662-9516

To play you go through multiple credit cards, and don't consolidate all your spending in one place which is how Pamela Chapman plays, but she is usually very disciplined where, and how the money flows. It has a true discipline system.

They hate that because then they can't re-route the money, which is what Carrie Crosson Gilpin was to do with Andrew Parsons. He said categorically, *"No way, Jose because then I will lose my personal agency to control my destiny and my son will take over my accounts."*

He knew that, and he knew his ex-wife would insist she watch that money instead of him. He claims, *"I can't be swindled that way."*

*"It is never that easy Andrew Parsons. I am Harry Gural, and he is so demonic, he will use you to make an example out of you."*

Harry Gural:  Last night Pamela Chapman with the help of Jonathon Karp, Esmond Harmsworth IV, and Bill Gural they used the Tuning Forks with Harry Gural's permission, and we learned several things we want to record, so we get it right.

Harry Gural did not want to have any kundalini with Pamela Chapman because he knew there were people in his groin, or shall we say, every time he played or practiced, these people popped out, but they popped out anyway whether they went all the way in a kundalini practice.

Jonathon Karp is a syndicate boss in the world of The Game of Sexual Obedience. He is considered a kundalini-trained master, but lacks the kundalini to really initiate or play the way Harry Gural and Pamela Chapman could and can. He quickly determined there were people to the left and to the right of his groin. To the right was a place he never likes to lay on or sleep on, and to the right if he went to sleep, they wake him up and turn him over, and tell him it is time to play Kundalini Crossing whether they wanted to or not.

It was there way of saying, *"If you don't sleep the way I want you to, I will rape and rob you."* To the right was Linda Plochocki, Tara's mother who is the main kundalini mentor coach. There also Barney Frank, his now retired, employer, the man who hired him, and who threw him into The Game because he was single.

Barney Frank set him up with more than one female date, threw him into the sorcery realm after sending him to a Ways and Means Committee meeting where Richard Neale, D-MA introduced him to the sorcery realm. Then they threw him into a place with Tara, her mother and her father and two other women as decoys. Bobby McDermott who trained under Rusty Powell III and Kamala Harris came and went every day and night, just like Richard Neal arrived every night. Jonathon Karp was Robert McNamara with me. He revealed and unveiled the new digital sorcery technology, the digibox memory television and file yesterday while Pamela Chapman was at the South Shore Plaza

Pamela Chapman
pamelapchapman@cox.net
401-612-9536

1642

Jonathan Karp said, *"I'll show you all how my digibox technology works."* He asked Pamela Chapman questions about where money was stored in her house—that old game from last summer with Rusty Powell III and Kamala Harris. This game was stronger than any game those two played. They walked around and looked and Pamela Chapman should have two or 5 dollars but nothing more, and she showed them a case Grenville Craig keeps insisting has so much money in it, and maybe love letters, or something in an envelope, and then she showed just as she said every book on her library shelfs had dollar bills in it, because every book is worth a million or more so she stores all her money in her books. And, she does make sure you look in every book because for her that is where all her money is, in her books. But, they insisted on playing that game with her then. They wanted to see some place of something and they harassed her until she showed them images of something or other.

Stanley got David O to show him these tapes as they are called. Any data input of any kind of a person is filed in them, and can be projected anywhere anytime. It is a technology of Helarion and requires inner sight, but they project everywhere with people who have no training or sorcery skills.

This was a brutal game and is akin to AI in the human race. It would destroy people and put the power in a few and make life so unbearable because they are autocrats.

Harry Gural:   On the left side which was a preferred side of Kundalini Crossing for Linda Plochocki and Barney Frank, with whom he never knew he played with, he had two copies of Bethany DiNapoli, two copies of Monique Burgess, two copies in the groin area of Jessica Hagen. These imprints do not go away on their own. You must force them out. Esmond Harmsworth IV is brilliant at targeting them and getting them out. So, together with Jonathon Karp, Pamela Chapman, and Esmond Harmsworth IV, we got all of them out. Jonathon Karp identified them, Esmond Harmsworth IV targeted them, and then he and Pamela Chapman moved them out. We never knew how, but together it worked. Esmond Harmsworth IV is too dark, but he can play as a clairvoyant when he plays in the light. So, with together with a clairaudient, a clairvoyant, and a sorcerer, we cleared up Harry Gural.

Alberto Villodo wants the world to know that Pamela Chapman can play with any person place or thing, unless they are too demonic to play. She demonstrated last night around 11:15 PM or so just what we all learned at Kamala's Table:  She may not like you, nor love you, and she might despise you, but she can work with you if you and she respect the word you are doing together. That is called being a professional. They can hardly ever do that in the nonprofit industry in Newport, RI.

In fact, in the morning she had both those men along with numerous others planning a board retreat of National Crochet at Chateau-sur-mar, but this morning Peter Kiernan said, *"I think I might take over management of the group from Roger Kass because all three of those men will be convicted of fraud and other crimes."*

Harry Gural:  I needed the world to know that with the help of these unlikely people, I was freed of this Kundalini practice game.  There was no other way for me to know what was really happening to

1642

Pamela Chapman
pmcchapman@cox.net
401.662.9550

me. I kept going further and further into The Game when Pamela Chapman, Stanley, Bill Gural, and Emily Parsons were trying to free me. Harry Gural uses these women to go further and further into the Thievery Ring. When you join, you must leave all family, friends, and loved ones behind—unless they come with you then you can never use each other to pull the other one out.

You almost walk the life of a CIA operative, a lone wolf of sorts, and when Harry Gural arrived and knew he had heat with Pamela Chapman – the heat initiated a closed loop system of kundalini between them, he was pulled farther and farther away from her by Tara Plochocki and Linda Plochocki. Everyone everywhere seems to think, *"If Harry Gural were attracted to Pamela Chapman, he was never allowed near her or close to her. Then he'd be distracted and she would protect him and pull him out, which is exactly what she had been doing all along, but could not succeed and neither could his brother."*

The Harem women seduced him all the time, and manipulated his psyche. Now, with the digital sorcery technology, how on earth could he chose Pamela Chapman?

Alberto Villodo claims, *"This is a very sophisticated game."*

Bethany DiNapoli claims, *"I'd love to have played and learned all of Jonathon Karp's sorcery tricks. She would like to work directly with him."*

She fails to understand the severity and sophistication of the game and the people. She is a low- level person trying to live up stream in a game she can't play but wanted the world to think she could.

Jonathon Karp is the real deal of a crime syndicate boss, and Bethany DiNapoli and Dominique Alfandre are never those people. They were playing a lady's game that would get them put in prison and laughed at by the big guns of power.

Around 3AM, Jonathon Karp started playing with Pamela Chapman's eyelid pupil because she pulses with her hands and such, it is every dangerous and hard to entrain with. It is so easy for Jonathon Karp to entrain to her every movement. He had everything she did yesterday at the South Shore Plaza mall on a digibox tape that he shot to everyone who wanted to see. Alberto Villodo is now in the middle to distribute that flow of information. He got every bloody thing you did yesterday all the way down to going to the public ladies rooms, which he can see. There are no closed doors in this digibox.

Alberto Villodo:  Pamela Chapman, you and I will meet because here you are a star, and there, no one wants to know you, but you don't make a big deal out of any project.

Pamela Chapman:  I try not to, but I'll have to shift now that some people claim to know me too well. I'll spice it up a little.

Pamela Chapman
pmelachapman@comcast.net
101-00-50516

**9:36AM**

In a digibox technology, they would immediately steal credit card and account number information. Fortunately, Pamela Chapman does not memorize hers. She relies on her Apple Keychain to remember and store her passwords. In The Game, they always look for your money to spend, redirect or freeze.

Peter Kiernan claims, "Then, there is something about it that hits a nerve so strong that it no longer matters to Happy van Beuren the human cost or financial capital. The human damage is substantial and the number of groups it hits is significant as well as the geographies including the British Royal family who claims Beatrice of York must now stand down and never play ever again. It can happen to all of us anywhere. The Saudi Crown princes never play. *"We may have extra wives here and there, but we are not supposed to be thieves."* They aim for reciprocities of relationship, so does the British Royal Family, and they have them with Meghan Markel and Harry Windsor, and with Kate Middleton and William Windsor. 9:43 AM

**3:58**

Todd Traina said, *"I'd never leave San Francisco for Newport, RI because my grandfather—Wiley Buchannan, was a stinking' asshole who loved to clamor with Newport society."* Now today, he is saying he would love to sit on the board of the Redwood Library (His grandmother, Ruth Buchannan, donated the funds for the observatory in the garden.) However, Carolyn DuPont said, *"He will never sit on our board ever."*

Pamela Chapman asked, "Why?"

Because his grandmother, Ruth Buchannan, donated the money for the observatory in the garden. She was a major donor of the Redwood Library before she died.

Diana Wilsey, her daughter and Todd Traina's mother, said, *"I don't understand why you will not put my son on the board of the Redwood library."*

Then, it came out that his stepmother, is Danielle Steel, the romance novelist. She is one of the most financially successful published writers living today.

Toby Fields and Holt Massey got very nervous because they seemed to imply they didn't like the genre or the writing. It wasn't for the Redwood Library. Except on the shelves in the Reading Room, there are plenty of copies of books by this step-mother.

Then, Pamela Chapman looked the author up Amazon. She is not selling on that platform. She has sold over 50 million copies of her books. Then Google said, *"Simon & Schuster is her publisher."*

Pamela Chapman
pamelachapman@cox.net
1022002040046

Since Esmond Harmsworth IV gives stolen manuscripts to the Book Committee, which is made up of former and current board members of the Redwood Library, and since Esmond's best friend or close friend is Jonathon Karp, CEO of Simon & Schuster—they attend galas and other social functions together at the Redwood Library, and since Michael Holt Massey III sends these stolen manuscripts to Hong Kong and other overseas places to sell under his name, or a pen name—He is "obligated" to give a donation back to the Redwood Library for the experience. And, since Esmond was a former lover of Michael Holt Massey III, according to his Twin Soul wife, Sandra Orsloff, we see how this activity gets to the Commonwealth Club in Boston.

Sandra Orsloff is the current treasurer of the Commonwealth Club, and Holt Massey is the treasurer of the Redwood Library.

We seem to believe that ***Todd Traina represents the interests of authors, and the Redwood Library does not.***

If Benedict Leca, Executive Director, ever had any major image problem, then he really will now because ***this issue is never going away***. We believe the issue has been in existence since the 1950's under John Jerome Slocum II, a bibliophile, and James Joyce enthusiast. It is possible Thornton Wilder suffered in the mid 1970's from this same group (He published this book, *Theopolus North*, privately, and still does) because it is bigger than Happy van Beuren, and since no book about Newport has been published – fiction by a major publisher on Newport society since Henry James and Edith Wharton in the 1920's, and then Thorton Wilder in 1976, and No, Pamela Chapman was not really writing about Newport society, they just think it reads that way. Now, we have a major problem.

> Pamela Chapman tried researching a book Henry James wrote about Newport Society in the 1920's. He had the patronage of Edith Wharton, a long-standing resident of Newport before retiring to the Mount in Lenox, MA. Henry Jame's book appears to be missing. It could exist in the closed private stacks at Yale University's library in the boxes belong to Edith Wharton. The book has gone missing everywhere.

> We also have a side note that appears somewhere that there is a similar problem going on regarding the ability of a Wesleyan University graduate to publish fiction through a Big 5 publisher. It has certain characteristics that will not be listed here.

> It is a double attack of discrimination on a fiction writer whose alma mater is Wesleyan University and whose private residence is in Greater Newport, RI

So, Todd Traina is welcome anywhere we are, and for goodness sake don't stand in the corner at these parties Todd Traina. Your grandfather belonged to Ways and Means and knows Rusty Powell III who trained Jon Karp in black magic is The Game of Thievery at the Redwood Library. Rusty Powell III sits on that Board of Trustees.

We have a little problem with <u>Alice and Jim Ross</u> and the daughters. Those three daughters belong to the <u>Thievery Ring</u> Workgroup. They were silent partners. No one really knew they were there until they stripped their panties off. <u>Monique Burgess</u> knew they were there. <u>Alice Ross</u> is <u>Carolyn DuPont's</u> daughter. <u>Carolyn DuPont</u> is the recently retired Development Director of the <u>Redwood Library</u> and is 81 years old. <u>Alice Ross</u> is a decorator in Manhattan who at the Book Committee is an editor of fiction and she wants the position of Development Director of the Redwood Library because she knows who all the major players are, especially in the <u>Game of Sexual Disobedience.</u> There is dialog from <u>Carolyn DuPont</u> that articulates that he or she who writes fiction and can fundraise, holds the power in Newport, RI. Both <u>Alice Ross</u> and <u>Sandra Orsloff</u> desire to be editors of any book published by the <u>Redwood Library</u>.

<u>Kimberly Witherspoon</u>, another Brown U alumna, what is your role in all of this?

My business partner, <u>Richard Pine</u>, is involved and played with <u>Kamala's Table</u> which is merely a <u>Book Committee</u> by another name headed up by <u>Pat Fernandez</u> to get her husband a position in the current presidential administration through their support of <u>Kamala Harris</u>.

<u>Diane McEnroe</u> claims, *"My sister <u>Carrie Crosson Gilpin</u> loved to play with Mark Halpern of Universal Pictures, and <u>Nancy Graham</u> also. She always wanted to write fiction and claims to have written non-fiction children's books. We grew up in West Hartford, so it all fit together."*

How did you get out?

I told <u>Jonathon Karp</u>, *"If he did not release them, I'd scream just like <u>Pamela Chapman</u>."*

He finally said, *"Ok, but you are in the reserves which is the only position they have out, but <u>Harry Gural</u> is out."*

<u>Kimberley Witherspoon</u>: What about me?

<u>Pamela Dorman</u> said, *"She is with me I might hire her, so you let her go."* She is free to go.
<u>Libby McGuire</u>, SVP Atria Books, S&S claims: *"We have no idea how this will pay out. I had no idea of any of this. If <u>Esmond Harmsworth IV</u> and <u>Jonathon Karp</u> have been doing this for at least a decade together, and the Redwood library for 70 years or longer, then we have no idea."*

<u>Washington "Rip" Irving</u> said, *"<u>Jonathon Karp</u> claims they know my manuscript well. I re-wrote the first manuscript based on <u>Esmond Harmsworth IV</u> read of the document. It might have been decent for some publishers. I will sue him and his fraternity prank because this has become widespread and contagious for writers of all ages."*

Pamela C Chapman
pmelachapman@comcast.net
pcc@pcc241.com

We know there were 12 books that Esmond helped to steal away from the authors and run through the Book Committee of the Redwood Library. At one time, some hard copies sat on a shelf in small front immediately to the right of the old front door. Antonia Farzan saw them there and did not know what they were. She worked in the small shop that was there at one time.

Roger Kass keeps getting in the center of things but he and Becca Bertrand are now small time players in a bigger picture war against authors, agents, and publishers. We will need some national legislation of protection. It already exists, but obviously it does nothing to prevent stolen manuscripts. The overseas market is a **Thievery Ring** of its own importance to keep the real author from ever publishing. 4:32PM

Jackie Egan should have known better then to get herself wrapped up in both **The Redwood Library** and the Commonwealth Club. Elizabeth Leatherman is in the same position. A Commonwealth Club guy claims, *"It comes down to a sexual encounter or a _____ with Holt Massey and Esmond Harmsworth II – that is the cornerstone of the thievery contract that then extends to Jonathon Karp, all subject to further investigation and information."* 4:35 PM

Andrew Parsons now claims, *"I had no business getting involved in any of this."*

He played his game his way at his level but never had to play to destroy the manuscript *Barefoot in Heels.* It was on its own trajectory, but like all the others had to win his own trophy of power and importance. You did not need to destroy your relationship with Cathy Wicks to do that. She delivered Michael Holt Massey III to your doorstep, and delivered a stolen manuscript of your ex-wife's work. Cathy Wicks mother and Sandra Orsloff's mother were rather friendly and Sandra Osloff claimed she had to do everything possible to help Cathy Wicks marry Andrew Parsons, which wasn't possible until he got over his ex-wife, and they all thought this was the way to do it— The path of redemption.

*"I'm Andrew K Parsons, and I claim to not know any of these people except through Sunday church and a few places, but that is not how I play."*

Pamela Chapman knows them all, and they are more sophisticated in **The Game**, in their social lives, but not really. You all chose to band together to play a game based on revenge, sorcery and cruelty. *"All I wanted was to publish a book **of fiction** through a Big 5 publisher to get the reviews and world-wide **distribu**tion. This is what got in the way – Your daughter is also a fiction writer. So, we must pave the way."* 4:38PM

Emily Parsons claims everyone is screaming, *"Snitch."* There was no snitch in this situation.

Sandra Orsloff snitched in the beginning. Jonathon Karp snitched on himself. The Ross and Chapman daughters are screaming "Snitch". This is such a different level of The Game and there were no snitches at this level of The Game. A lawsuit is not a snitching. The young women in their

Pamela Chapman
pamelachapman.com/art
1-401-230-xxxx

twenties do not understand the game they are in. Last August during the birthday party at Marble House for Antonia Chapman with maybe 300 people there, at least one Ross daughter claimed Pamela Chapman was a fraud if she made millions of dollars off her book because she didn't earn the money the way their daddies earned it. That makes them legitimately wealthy and Pamela Chapman not. Duncan Chapman works in the investment business, and Jim Ross was an attorney at Cravath Swain and now manages his own investments. No one can really say how they acquired their wealth.

**4:44PM**


Judge Colleen Hastings in Newport asks everyone, *"Who is to blame for all of this? Who started this for Pamela Chapman?"*

Esmond Harmsworth IV, Roger Kass, Michael Holt Massey, Carolyn DuPont and Happy van Beuren, and Kamala Harris.

We see the problem because no one owns all it wholly. Individually, they all own and overlap and duplicate the effort, so if one falls down, the other stands to accomplish the mission. This makes it very competitive amongst its own players.

Judge Colleen Hastings says, Then they are all to blame equally and together.

Who is to blame for an organization?

I can see how all of these parties duplicated each other. There were at least 4 teams of agents to get back to Nancy Graham to get the book destroyed. There are always 2-3 teams competing simultaneously to do the same thing.

Without the competition does it get done?

*"We don't ever know we are competing against each other or ourselves half the time. We are pitted against each other in various wars. No one ever knows the score except for the syndicate bosses and they don't always know the details."*

Judge Colleen Hastings:  Then, they all go down together unless they can pull out several names and squarely identify **The Game** and how it was played.

It could take some time.  Legally, it just needs to be sewn together. People always say different things out there, but since we have a recording in a transcript of the conversations, it might be a little easier because the confessions are already there.  Just ask Matt Lauer and a few others who have gone before us in this game of confessions here before there.

4:53

Pamela Chapman
pamelachapman.com
1648-2595-tr

1649

Judge Colleen Hasting: This is not necessarily a money issue.  This is a major piece of reality check that how we conduct ourselves is never going to be moving forward how we previously did if everything we say and do gets put into this space *("This is exactly what happened to Pamela Chapman and they slandered, harassed, abused and tortured her over that"-PMC)* If a digibox memory chip records everything we say and do, as Pamela Chapman said earlier, Grenville Craig is the perfect AI snitch. He is less a man than a full tilt gossip snitch as his contribution to be a member of a Thievery Ring. (That is in his psyche) That is never how we will legally play in the future. We hold ourselves accountable to a higher standard. We will have to because if we do not, everyone will suffer and no one will ever accomplish anything except for the **Thievery Rings** and their bosses.

Grenville Craig is truly a snitch though his psyches. They act as AI data collection systems that he just plays until they wear down and the information is out. He is a perfect download of data and numbers. He is so proud of it, he actually brags here that no one is better at it than he is. 4:58PM Then, you have him on several counts. We take him first legally as someone suggested because he has the most money –maybe $100 billion, and he can snitch on the **Redwood Library** if he knows anything—He sits on that Board of Trustees. His ancestor **William Vernon** was proprietor No. 2 of the organization and he still holds that share certificate today. 5:00PM


5:13PM **Allegra Chapman,** 28, (1009 Park Avenue, NYC and 205 Ocean Drive, Newport, RI. Her mother is **Barbara Brink**, esq., (New York State Bar # 1806926, current) 66, NYC. Her father is **Duncan Chapman**, 69) claims she and her sister got involved in the Workgroup because they wanted to be major power brokers in Newport recruited by Dolly Briggs.

Since her mother, **Barbara Brink Chapman** works with **Ann Hamilton** on the **Preservation Society** galas, and her father has been on the boards of the **Redwood Library** (?) and the **Preservation Society**, and the daughters appear to be contemporaries of the Ross daughters, all who grew up in NYC and summer in Newport, and since neither family belongs yet to **Bailey's Beach**, and they all attend the same galas together, they may all be swooning to be a member of the **Book Committee**, or currying favor with **Daisy and Dolly**, who have had more connections in Newport thanks to Dolly's dead grandmother, **Caroline Skelley**, of Skelley Oil, Texas, then they are all working together for individual and collective social and Book Committee goals. They knew if they could deliver the goods on *Bayview in Hue*, they would be considered major power brokers as a family and as rising young stars in Newport, RI  Last August, **Duncan and Barbara Chapman** had a large birthday party for **Antonia Chapman**, 25/26, at Marble House.

Antonia Chapman claims *"Allegra and I have no real vested interest in this outcome other than to say we wanted to play the Thievery Game. They were involved in it, it was great, property we knew we bought their part of a bigger use it by that, and no one called us out on it. So, we just listened until they could get out."*

Some would say otherwise, and insist they were spies for the **Redwood Library Book Committee** with or without their parents. The entire Ross family – all five of them—were doing the same thing

1649

because the Ross daughter's grandmother is Caroline DuPont, a central figure in the stolen book caper

*"How did you ultimately get out?"*

Dolly Briggs said, *"Leave right now."*

They left. Robert McNamara/Jonathon Karp got them out.

*"How"?*

*"We can't say. We don't really know."*

Did he sequester you elsewhere? Do you belong to Robert McNamara/Jonathon Karp now?
    Do not forget, Jonathon Karp is always involved in the Redwood Library's Book Committee, and is a social guest of Alice and Jim Ross.

If Jonathon Karp got them out of the Thievery Ring Workgroup… it was an offshoot of Kamala's Table as a group to actually do the dirty work. The Workgroup does the dirty deed.

Is this its own spy ring for the Redwood Library Book Committee?

Is this akin to sending Paul McGreevy, Michael Fernandez, and Pamela Dorman to Tom Hockaday's house to watch, learn, and listen so that another day you will know how to play the next stage of the journey of yourselves in The Game?

*"We have no real idea, because if we are Social Newport, and you are not, and Esmond Harmsworth IV and my parents play together, then it does not matter to you."*

*"Ok, but we think you have just joined the Thievery Ring on the other side. You might all be Social Newport, but you belong to a different Thievery Ring now, and once in with Jonathon Karp, you may never get out. Syndicates rarely break up."* **5:18PM**

Then, Pamela Chapman, you could care less who goes. It is all an intellectual exercise to me and all part of looking at fictional narrative arcs. I only step on your toes, if you step on mine, otherwise, I look the other way, and you do as you please. Just ask Kamala Harris. She will vouch for me that way. These Ross daughters have the same problem.

The Ross daughters, 1, 2, and 3 – Elizabeth Ross, Virginia Ross, and Harlan Ross say, *"We were never properly identified because we had no real steak in the game, except we did, because once we acknowledged we could not get out, we had Dolly Briggs ask Diane McEnroe, 'How did you get in? And, how could she get out, and could we all get out the same way?"*

Pamela Chapman
pamelachapman@cox.net
4015602-9516

The answer was *"Yes."* You all owe <u>Robert McNamara/Jonathon Karp</u> a reciprocity of favor. He will one day collect. Since <u>Allegra Chapman</u> and <u>Antonia Chapman</u> graduated from Brown University and you, <u>Jonathon Karp</u> and <u>Esmond Harmsworth</u> are all the same Brown Nation, you have bonded now for life.

*"Did you join this <u>Thievery Ring</u> for your parents?"*

*"No."*

*"Are you all as a family part of the <u>Thievery Ring</u> like the <u>Abbates</u>?"*

The three <u>Ross</u> daughters say, *"Yes, yes, and maybe."* We are both thieves and family together, including <u>Dolly and Daisy</u> who have been like this since <u>Daisy</u> was a very young girl. Everyone knows that.

Are they like <u>Jessica Hagen</u> and her daughter <u>Whitney</u>? Yes and No. It is a different class of people and a different culture, but more like <u>Monique Burgess and Cami Burgess</u>, and <u>Kathy Abbate</u> and <u>Kayla Abbate</u> than <u>Daisy and Dolly</u>.

<u>Alberto Villodo</u> claims, *"You chose to attack the wrong person on a book, but since you all created such a large drama, it will become exactly what you did not want. It demonstrates on a major platform just how the Law of Attraction really works. You all focused so much attention on this book that you manifested it everywhere, and generated continuous and sustained interest. This is the law of attraction precisely."*

**5:28PM**

## March 18, 2022
### 7:43AM

<u>Kamala Harris</u> asked her <u>Kamala's Table</u> or <u>Kamala's Nation</u>, or whatever you want to call the group, *"Is there any special project you'd like to work on?"*

<u>David O'L</u> said, <u>Happy van Beuren</u> immediately said, *"I want <u>Barefoot in Heels</u> destroyed and dead in the water so it can't be published."*

<u>Kamala Harris</u> said, *"That is great project, and that is what we will all concentrate on."*

Patricia Chapman
patriciachapmanrcrcns.net
Release 2995 16

<u>Trudy Coxe</u> said, *"I have no understanding of any of this."*

<u>Elizabeth Lynn</u>, ED vbct, said, *"We have done projects like his before."*

<u>Happy van Beuren</u> said, *"We usually go through the Redwood Library."*

<u>Keri Weil</u> said, *"Yes, this is the conversation that took place at <u>Kamala's Table</u>."* She said, *"I am ill-qualified to be here."*

<u>Kamala Harris</u> said, *"No, because the author went to Wesleyan University."*

<u>Michael Roth</u> asked, *"Who is it?"*

<u>Kamala Harris</u> said, *"A real nobody."*

He asked, *"Who is it?"*

She said, *"<u>Pamela Chapman</u>,"* and when she said the name, <u>Pamela Dorman</u> claimed to have had a nervous breakdown.

Yes, she did. She said to <u>Michael Roth</u>, *"She attended the Wesleyan Writers Conference, and I have met her twice so I know this was a real publisher's nightmare because I know she spent years writing it and wanted it published. She actually went so far as to say, I'm on LinkedIn with her."*

<u>Michael Roth</u> said, *"Ok, we'll play."*

<u>Keri Weil</u>, his wife said, *"Are you f'kidding me?"*

He said, *"No, we play and then we go, because I need to know what <u>Kamala Harris</u> is really doing because you and I lived in Brentwood CA, and I need to know what she is really doing as a VP,"* and they really do know her.

<u>Keri Weil</u> then realized when <u>Pamela Chapman</u> arrived with <u>Alberto Villodo</u> that she really was supposed to be there because she grew up with <u>Alberto Villodo</u>. Now we have a perfect storm of opportunity, and <u>Alberto Villodo</u> said nothing about any of these relationships with anyone at <u>Kamala's Table</u>.

<u>Keri Weil</u> goes by her own name and now she is the one who outed <u>Alberto Villodo</u> as Lahore. She knew he was doing things against <u>Pamela Chapman</u>. She did her best to oust him without being a snitch. Few people have that skill. <u>Pamela</u> outed <u>Jonathon Karp</u> almost the same way but he self-identified.

<u>David Ciccilini</u> D-RI, and <u>Gina Raimondo</u>, Secretary of Commerce, always came and left together. Gina Raimondo always responded as <u>Nancy Pelosi</u> in the realm unless it was <u>Nancy Pelosi</u> privately

Patricia A. Gallibad
pina.chapman.corp.net
16-1492495 IIc

at Kamala's Table. David Dinkins was Jonathon Karp, who then went by the name Robert McNamara. Mitch McConnell, R-KY and Chuck Schumer D-NY where there as themselves, and once day they actually asked Pamela Chapman, do you know who we are?

She played a clever game of, *"Not really."* They had her guess where they were from. She guessed Chuck correctly, but didn't get Mitch McConnell right, and said, *"Well, I don't follow politics."* Then, she looked them up, and everyone was happy that she finally knew who she was talking to.

Jill Biden was there a few times, and Pamela Chapman, Trudy Coxe, Philip Bilden had audiences twice at least with Joe Biden. With Joe Biden, he thanks you for your service to the country and claims you belong to a special group whereby you are somehow side-lined, but not really.

She did have a lengthy conversation more than once with Joe Biden and Jill Biden present regarding health care and the use of turmeric instead a pharmaceutical, and how that could lower health cost can be a more effective prescription for a situation. She gave several examples.

Nancy Johnson, R-CT, the highest-ranking woman ever on Ways and Means knows Pamela Chapman personally so she can probably attest to the fact that Pamela Chapman had no issue telling these politicians to stop their high medical care cost, and adopt better more effective strategies that would also simultaneously lower the medical and health care bill to the US Government.

Pamela Chapman did this for days on end until they finally decided she didn't have to answer these inane questions anymore. Pamela Chapman said the same thing over and over and over again with different words. She was like a 5-issue candidate that they just kept going with a laser gun, until one day they were satisfied. They finally realized she didn't have a different answer. That was the game she played.

Roger Kass agrees.

[*Grandma Got Run Over by a Reindeer* is going to be the New Christmas song in 2022-2023.]
Lisa Goddard claimed not to know about the Book Committee until a few years ago when Toby Fields asked her if she knew of anyone writing any books in Newport?

Sandra Craig always knew about Esmond Harmsworth and the Redwood Library and so did Grenville Craig because they both tried to get into the Book Committee and were shut out?

This is not true. Esmond is periodically on the board, and so is Grenville Craig. He holds William Vernon's Number 2 share certificate. Sandra Craig has nothing to do with that board and its galas. The Redwood Library does not like Alexander Craig at all. They say they only tolerate Caroline Craig who is a graduate of Yale and the London of Economics. Sandra Craig is a past president of the Newport Art Museum and was involved in three galas with Elizabeth Kahane.

Andrew Parsons was so popular in the masturbation house, and his ex-wife, Pamela Chapman was considered *"dog meat and dirt"*, and no one could stand her. It was a uniformly held belief at Tom

Hockaday's house that Pamela Chapman was a whore and a thief, and that she was sleeping with Donald Jagoe, and that she wrote a book based on text messages, and that she and Andrew Parsons were never to speak again because he stole the children because they could not stand her, because she was mentally unstable, and because no one thinks she knows anything unless the information comes through McBean Charitable Trust.

Pamela Chapman says, *"I know nothing about that. This is all a complete lie, every line of it."*

Dorienne Farzan claims, *"How could this happen in Newport?"*

Dorienne Farzan knows every ten years or so, they pick in Newport and destroy them.

*"Yes, but not like this."* This is completely different. Grenville Craig takes information and destroys people without really thinking about the consequences nor does he really understand half the time what he is saying. So, Pamela Chapman, he single-handedly destroyed your reputation and your association with Dorienne Farzan because he has spread such mal-intent to everyone and every major non-profit that you and she can never be seen anywhere having coffee without everyone getting nervous ever again.

Grenville Craig was always jealous of the fact Sandra Craig did not have a friend like Dorienne Farzan, but she did with other people. Dorienne Farzan went to school with at least one or two of his sisters. So, this witch hunt against Pamela Chapman through Dorienne Farzan could be related to something in him that goes go back to middle school with is sisters. Her father, Charles West, was an original incorporator of *Bailey's Beach* as *The Sprouting Rock Beach Association*, and the Craig's belonged for several years and then resigned. After, Sandra Craig told Pamela Chapman, *"I regret we did this."* Eventually, in the last ten years, they became members of the Clambake Club.

Sandra Craig turned out to be one of the biggest copycats of Pamela Chapman. She also copycatted two other women, one in Princeton, NJ and one in Italy. She claimed to have written down everything Pamela Chapman said (She had no idea) and Grenville Craig wrote down every financial number of everything he ever learned from her, especially store receipts. He said, *"I play those numbers."* As if he plays the lottery, but tit is the more high-brow game of routing money overnight through multiple countries instead.

Sandra Craig now says, *"We will pay for this dearly, but they really don't care,"* because they both now claim, *"We won the Guide War and the thievery game. We know Pamela Chapman best."*

Jonathon Karp asks, *"Who trained you Sandra Craig and Grenville Craig?"*

They claim, *"Rusty Powell III just like you Jonathon Karp."*

He said, *"No, because no one counted the way you did, and no one stole a book like you did, and no one bested anyone like you did. You were in a private* Twin Soul *space and you then stole everything."*

They said, *"You never told us how to win, just to win at the game."* So, now they claim, *"They have both together clearly won."*

And Grenville Craig said, *"I fooled everyone, and I still won."*

Sandra Craig claims, *"I won without playing. We are so qualified in the sorcery realm, I won without even playing."*

Grenville Craig had 37 psyches. Half were from Pamela Chapman. He can't even decide where any information is stored. He had too many financial numbers.
    No one has ever known anyone to have more than 50.

Jonathon Karp, you mean to tell me they tailed this woman for ten years, and claim they are the ones who stole her book? (Instead of the Book Committee, it was Grenville Craig, who is demanding to now wear the crown of glory.)

*"Yes. As* Robert Thurman, *I now promise you thieves of thievery, I have a new assignment for you."*

Grenville Craig:  Ok we are game because we have been wiped clean of Pamela Chapman (but not really)

Jonathon Karp:  You can start over?

*"Yes."*

Jonathon Karp:  You will tail Nola Ganem for the next 24 hours and report back to the entire realm what you have found out because Nola Ganem and Andrew Parsons had been doing sexolini since sometime last night.

No, since early this morning because Harry Gural said to Nola Ganem, *"I think you can get Andrew Parsons back again"* –He wanted a divorce after being remarried for 12 hours—Harry Gural said, *"Try the sexolini I created for you and then improve it because he will no longer have any opportunity to have sex physically ever again with anyone because of what he did to* Pamela Chapman.*"*

Andrew Parsons has to decide on his estate planning. William Parsons knows what it is. Nola Ganem has been telling him what to do with his money all while in his psyche. It could be considered a form of programming or manipulation while talking to him in his psyche. It is understood she lives off a trust fund whose source is the same as Jean Gorham's, except her family spent more of their share that Jean Gorham has spent. **9:13AM**.

Pamela Chapman
pamelachapman.com.net
101.100.2022.16

So, this borderline personality, kleptomaniac, copycat who trailed Pamela Chapman with Andrew Parsons 24/7 for several months is now telling Andrew Parsons want to do with his money, and how to make a donation and send it to Kamala Nation. [David O'Leary swears this is true (11:50AM August 13, 2022)

She swears that is not true and Robert McNamara/Jonathon Karp says, *"Oh, yes it is, because I told you, Nola Ganem, you will never get into my thievery practice without extorting money from Andrew Parsons."*

It is never funny. Pamela Chapman and Harry Gural told Andrew Parsons last October 2021, never to get initiated into Kamala Nation because then William Parsons will have to oversee all your finances, otherwise you will get excoriated. Harry Gural had to do so much secrecy to keep his money protected from Barney Frank and Linda Plochocki. He is really ok, but Pamela Chapman is not. Grenville Craig made sure she zeroed out.

Grenville Craig and Sandra Craig really played the game extraordinary well, but from a different place. He really wanted her to have no money. Donald Jagoe claims, *"This all makes perfect sense. I never got involved because I did not want to be a snitch, and I did not know how to play the game. So, I stayed away, and I stayed out, and just played along, and got my reciprocities of favor from Sandra Craig at galas and dinner parties. And, she always paid decent attention to Jana Jagoe at Pamela's expense."*

Not unlike the Big Book Story that brings Harry Gural to Pamela Chapman, and plays a cat and mouse game of bringing them together only to tear them apart and say he prefers the whores to you, Grenville Craig and Sandra Craig played a parallel game in the Twin Soul journey whereby Grenville Craig was always trying to create some romantic attraction of Pamela Chapman to Donald Jagoe where none really existed. Jessica Hagen did the same thing. It is a repeating pattern. This current game is so much bigger and so much more damaging. Grenville Craig insisted on playing his small vindictive game of power in a smaller realm of opportunity all enabled by Rusty Powell III and his fellow sorcerers.

Then, Grenville Craig and Sandra Craig both come into this wider sorcery realm and slandered and harassed, and sexually assaulted  Pamela Chapman to her death and claimed, *"Well, I was the one responsible for her and I know everything there is to know about her. I will be the one to win the prize and destroy her completely. If I don't know it, I will make it up. I am the power. I am the might. I am Kamala Harris and  Happy van Bourne's errand boy. I am the biggest jerk there is. My name is Grenville Vernon Craig, and I might have assets worth $100 billion, but if I don't destroy Pamela Chapman in front of Rusty Powell III, and everyone else, I am nothing and I will die in shame. There is no one better than me to be in a psyche. I will download every piece of slander and gossip I can remember, and when I can't I will make it up myself."* He set out to destroy her financially, and watched her edit her book not write it. He did nothing ever to help her. He never wanted her to know the sorcery realm was real. He played games every day for ten years to say only you are real in real time, we are not.

It was only February 4, 2021 that got me away from Grenville Craig and Sandra Craig and Donald Jagoe. They held me hostage until that fateful moment. They didn't really go away they appeared

Pamela E. Chapman
pam.chapman@icloud.com
303-229-6536

back in the sorcery realm in a new way to destroy me through another way. They set it all up and used every piece of information and gave it to the others, whether a truth or a lie. In golf, one would say, *"They tee's it all up."*

To break the pattern, she seeks to hire an attorney in West Hartford, CT to go to the Federal Circuit Court. This will take all of them in one major lawsuit. Otherwise, she will spend years in independent local lawsuits when one large lawsuit will bring all the parties together because they all overlap. They were all dedicated to the same outcome.

<u>Lisa Goddard</u> claims, *"This is getting a little eerie. It gets worse."*

<u>Grenville Craig</u> claimed, *"He was <u>Pamela Chapman's</u> sorcery husband, which was an impossibility."*


<u>Alberto Villodo</u>:  Who the hell are you <u>Andrew Parsons</u>? We all supported you unnecessarily just so we could masturbate and play together, but this is too much now, and <u>Grenville Craig</u>, you have no class nor any ability to really play. Yet, you now won the game of thievery by playing by different rules, which is exactly how <u>Saul</u> plays.

<u>Bethany DiNapoli</u> has no comment today or any other day moving forward and neither do any of those other Harem women because now they all belong to <u>Grenville Craig</u> who is now really <u>Andrew Parsons</u>. He has now been promoted to team captain, and he will need another project. That is how the game is played. [It makes him the leader of the errand boys, but never the leader absolute.]
<u>Robert Thurman/Jonathon Karp</u>, who just formed a few team or a new project because he has a new name, says, *"We can never play, but not really. I have a new game to play, but we'll discuss it later, because it will be a really good leg up on this/him. You had to play before. I'll let you play in the big leagues because I know you and <u>Alexander Craig</u>, and we can use your credit card and their numbers for a really good game. <u>I'll get Rusty Powell III</u> as your go between."*

<u>Sandra Craig</u> says, *"I want to retire."*

*"You can never return sweetheart. That is the name of the game. We laugh, but this has been <u>Pamela Chapman's</u> life for the last ten years."*

How do we get her out?  What about <u>Harry Gural</u>? What about <u>Christine Bush</u>?

<u>Christine Bush</u> is really out of her never to return.

Pamela Chapman
pamelachapman.com.inc
860.906.9458

Grenville Craig and Sandra Craig requiring the DNC question. They now say after claiming they have absolutely no knowledge of any of this, they have decided, *"They, too, have remembered that they created a storyline of memory they never had, just so they don't sound so stupid. If everyone else agrees, so will they. They are blending the stories together."* A lie by any other name is still a lie.

This won't fly, but it always does. So, Pamela Chapman keep saying you stand up for women's health initiatives because it is illegal to call people out on health procedures. It is also slanderous, harassing and tends toward the abusive.  Grenville Craig says, *"I really never heard a thing about anything related to that."* Pamela Chapman says, *"You never would."* **9:41AM**


**5:02PM**

Frank O'Conner MD (Captain, US Navy, Medical Corps, Board-certified general surgeon) wants to know, *"Do I really want everyone to know this information? I know these people from Southern Spain and the US Navy. This man is not who he claims to be. I don't know who he is, but 10 years ago, he told me his wife had an affair and stated the name, Donald Jagoe, and did I know him?"*

I said, *"No, and these things happened."* He told me he had absolute proof. It never ever happened. He was her Twin Soul, but Twin Souls are not romantic like that. They are more like brother and sister.

He didn't like Donald Jagoe at all, and his wife is not like me at all, which means they did not care for our souls at all.

Frank O'Conner claims, *"I now know you have had no opportunity to talk to anyone in this realm and everyone in Newport and the area thinks you must be some jerk of a person. No, you are not. We can't understand how this happened. My kids have babysat for your kids. You and Andy had so much in common. Yet, he raped and robbed you of your life.  You and he socialized differently. He is just a whore of a man to you now, and you would never ever be attracted to him. Jesus Christ,"* he says.

Frank O'Conner knows a lot of people from youth hockey, and other sports in Greater Newport. He claims, *"I had no idea how slandered you were, and that the entire past year has been a tortuous situation. You have been separated from your children because everything you say gets broadcast into the realm. I can't imagine that."*

She thinks she will never ever recover because Andrew Parsons put her through this in her divorce. It is parental alienation on steroids.

Frank O'Conner:  I know what happened:  She never ever said one word to anyone, and they thought she was a snob. They turned their back.

**5:36PM**

You are never alone in this neighborhood because that man and the Abbate family do so much damage to you. We all know what they did.

They ran around the sorcery realm for 2-3 months with **Andy Parsons** and **Cathy Wicks** and made sure you were never in anyone's pods and pools of people. They always asked, *"Who did you associate with?"* No one knew anything about you. Now, your whole life has been released in a slanderous way with all kinds of rumors, stories, gossip, way too much information all the way down to everything in our house, your medical records, finances, and every f' little detail, including what is on your bathroom vanity because Andrew Parsons and Happy van Beuren wanted you destroyed and ruined, and to make sure that book could not be published.

We all decried, *"We have no idea we have too much information,"* and this man <u>Harry Gural</u>, who is supposed to be your partner prefers cheap harem whores who are married. They give you no privacy even on the toilet in the bathroom, where hey harass about whether anything comes out or not.

<u>Bethany DiNapoli</u> claims, *"This woman will destroy the catholic church. I can't have her destroy my church."*

She grew up catholic. She married in a Christian church. She might be a Hebrew.

<u>Pamela Chapman:</u> The catholic church destroyed itself harboring gay men who wanted to broke man and woman's relationship with god. They sodomized all kinds of young boys. They fathered children. They were absolute hypocrites as gay men saying the Catholic church does not recognize gay people. They are one of the biggest swindlers of the globe. But they did save the Irish peasants during the Great Hunger, but really? All those Crusades. Look at the war loot at the Vatican and you tell me, are they a bunch of poor gay men with a bad army?

*"Hell no. They are one of the wealthiest nation states on the earth. So no, <u>Bethany DiNaploi</u>, I personally cannot ruin the catholic church. They ruined it for themselves. All the churches are going to close. But, they sit behind their Nation State in Italy with their arms wide open thanks to Uncle Bernini, and a few portraits on the wall thanks to Michael and Raphael. Wait until you see the catacombs down stairs. It is also where they store the money. Which ones do you like better <u>Bethany DiNapoli?</u>"*

It gives them all something to ponder while they sit there and masturbate with each other. <u>Happy van Beuren</u> recently (July or August 2022) just loaned or donated a full-length portrait of herself to the Preservation Society to hang in Rosecliff, so the tradition continues. *"Just saying, she is no muse of Michangelo."*

<u>Bethany DiNaploi</u> does not know <u>Frank O'Conner</u> or <u>Macklin Ollayos</u>. <u>Bethany DiNapoli</u> isn't happy about the fact <u>Pamela Chapman</u> knows them all and she does not. 5:50PM

<u>Frank O'Conner, MD:</u> I can't understand <u>Andrew Parsons</u> anymore and never could figure him out, and <u>Pamela Chapman</u>, you are never to blame for what he did to you.

<u>Pamela Chapman:</u> I don't take the blame but I'll never survive being the target.

<u>Bethany DiNapoli:</u> You will never survive being the target?

Pamela Chapman
[illegible watermark text]

What the hell did you think <u>Bethany DiNapoli</u>? Are you just waking up to the reality of the situation?

*She is being bombarded by people she used to know who claim, "You are a shit and a whore, and no one liked you then, and no one will like or love you now. No one thinks <u>Pamela Chapman</u> is a bad person, just in a bad place, she can't get out of."*

<u>Bethany DiNapoli</u> you did everything you could to hold her down. You supported her ex-husband like no one could because you claimed, *"I despised her also."* What was there to despise? Nothing, and you all went after <u>Harry Gural</u> as if her were the prize of prizes, and you have husbands and children.

<u>Frank O'Conner, MD</u>:  Who is singing?

*"I don't know. A few dead people who know <u>Stanley Chapman</u>, who appears to be under attack until <u>Jean and Jerry</u> leave. He can't do a thing when <u>Jerry</u> is here in the guiding realm."*

Some guides do not know that.

It is never about <u>Pamela Chapman</u> any longer because she has paid with her life, and no one respects a person like that.

She had no choice. That is exactly what <u>Andrew Parsons</u> wanted. He is also <u>Happy van Beuren</u>. They both wanted her destroyed. That is exactly what <u>Happy van Beuren</u> wanted—destroyed for having written a book of fiction that takes place in Newport and <u>Simon & Schuster</u> guy—<u>Jonathon Karp</u>, has been to <u>Redwood Library</u> galas with <u>Esmond Harmsworth IV</u> and lunch with the Ross'.

And, <u>Andrew Parsons'</u> new best friend of <u>Cathy Wicks</u>, Sandra Orsloff, and her husband, <u>Michael Hilt Massey</u>, sell stolen manuscripts overseas in Hong Kong and make $15,000 or more. He is "obligated" to give a donation of receipt back to the <u>Redwood Library</u> for that privilege because the stolen manuscripts come through the <u>Book Committee</u>, a private group set up to read, edit, and vet what should be published by Newport-based authors about their City-by-the Sea. The Commonwealth Club had the same problem, but with a different editor. No. Maybe, a different publishing house. Yes, but with some of the same people.

**6:06PM**

Queen of McBean claims, *"We have no idea how far and how wide this really goes because it goes straight through the <u>van Beuren Charitable Trust</u>. No one told <u>Pamela Chapman</u> she could not wrote a book that takes place in Newport, RI."* She only told people when they asked her, *"It's a book with an ensemble of characters that takes place in Newport, RI."* <u>Lisa Goddard</u> knew that years ago. <u>Esmond Harmsworth IV</u> asked for the whole manuscript when she queried him as a potential literary agent. Three weeks later, he notified her and turned it down. Then, he immediately emailed it around.

Pamela's business
pamelachapman@comcast
tel-602-0516

They played such a mean and dirty game with <u>Pamela Chapman</u>. She'd rather die than live like that. <u>Andrew Parsons</u> could not be happier. He said, *"It was revenge for what she did to him."*

All she did was free herself from an abusive situation. <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, <u>Dominique Alfandre</u>, and <u>Nora Diedrich</u> all stood next to him, and said, *"We despise her too, and we will ruin her with you."*

<u>Bethany DiNapoli</u> claims, *"I never said that."* You did not have to. It is what you did every day. You actually do say those words in various sways. 6:22PM

## March 19, 2022
### 9:30PM

<u>Jana Hicks Jagoe</u> can't understand why <u>Bethany DiNapoli</u> won't listen to you and stop bulling and harassing you 24/7 in real time to a global audience especially at night when everyone around in the world is listening.

What about <u>Dominique Alfandre</u>?

<u>Tom Palmer</u>, her husband, claims, *"He can't pull her out of the <u>Thievery Ring</u>. She refuses to part with <u>Harry Gural</u>, her kundalini practice lover."*

*"I don't do kundalini practice with <u>Dominique Alfandre</u>. She has strictly reserved herself for <u>Nora Diedrich</u>, and that is the way it is going to stay in the <u>Thievery Ring</u>."*

We refuse to accept that <u>Harry Gural</u> and <u>Pamela Chapman</u> were together and now that you have said, *"He and I will never see each other here or there ever again, we can pull back because we destroyed your anticipated relationship. We accept our triumph of destroying you and your potential relationship with <u>Harry Gural</u>."*

Pamela Chapman
pamela@pamelachapman.net
Journal 2022

1662

<u>Jana Hicks Jagoe</u> said, *"<u>Bethany DiNapoli</u> is a small-town, small-time leader of no importance with no skill in leadership. She is a fast-talking aggressive sales woman who will sell you anything of no importance."*

<u>Dominique Alfandre</u> is no better, but he loves <u>The Game</u> of hide and seek, and seeing what shakes out of trees. When she needs something and nothing shakes out, she pays for it herself because she can and she will.

<u>Grenville Craig</u> is a gossip. He tries to pin everything on <u>Pamela Chapman</u>. He does it globally to a global audience with and of people he doesn't know to make <u>Pamela Chapman</u> look like a terrible person. She doesn't gossip. His gossip is all out of context. *"He has ruined my reputation permanently,"* she said. She has terrible PTSD triggers of harassment and abuse, so much so she can't watch film or read with a lot of this constantly attacking her. It is always on and she can't turn it off.

## Sunday, March 20, 2022
### 6:34AM

At 5:15AM, <u>Pamela Chapman</u> awoke to what felt like a sexual assault in her vaginal area. Complete with fluids and muscular movements. She immediately asked, *"What is going on? I am being attacked in my groin area."*

No one said anything.

She stuck her highest <u>Tuning Fork</u> and asked, *"Who is responsible for this?"*

<u>Melchizedek Café</u> answered through her <u>Tuning Forks</u>, *"Jonathon Karp."*

Then, <u>Pamela Chapman</u> flatly said, *"It is <u>Jonathon Karp</u>, CEO of <u>Simon & Schuster</u>."*

He said, *"Yes, I am a master at this game."*

She asked, *"What game, because I am not playing one?"*

It lasted 5 minutes. Then it got worse. <u>Pamela Chapman</u> immediately said, very slowly, *"I will absolutely get you one way or another, but on the other side."*

1662

He asked, *"Who the hell are you?"*

Then, he said, *"I want to play. I stop I stop,"* but it only got worse and worse.

Pamela Chapman asked, *"Why are you doing this?"*

He said, *"To make the point that I am the king of this business."*

Then, Pamela Chapman said, I will sue you for sexual harassment, sexual abuse and sexual assault. I am already suing Simon & Schuster for $350 million base do the pre-contracts of $240 -$320 million plus 38.5%.

He replied, *"I'll stop,"* but the lawsuit does not stop him at all. He is absolutely thrilled with his outcome.

She fell asleep, and it started all over again at 6:36AM. She said, *"It has not gone away."*

Jonathon Karp said, *"Because it never will. I am embedded in a way that once in your body, I never go away."*

Macklin confirmed for Pamela Chapman, Jonathon Karp was not embedded in her.

At 2AM, when Pamela Chapman awoke and had a rapid heartbeat, she asked, *"What is going on because my body is on high alert?"*

We found out that once again, Wendy Schmidt of the Schmidt Family Foundation, Newport's 11th Hour Racing, Menlo Park, Nantucket and Little Compton, RI was working with Christine Bush, esq. Hinckley Allen, Providence to harass and seduce Harry Gural into a sorcery marriage so they would become a new kundalini partnership couple that Jerry and Jean seemed to command.

Pamela Chapman had to say, *"You are being really stupid because you have done this so many times."*

Wendy Schmidt said, *"At least ten times."* She said, *"Harry Gural and Pamela Chapman are the font of kundalini, and the Star Gate belonged to both of them, except we locked her out repeatedly."*

Jonathon Karp, CEO of Simon & Schuster, who played a game all spring and summer long, March - August 2021 about having her book, *Barefoot in Heels,* with Nancy Graham, SVP Scribner's, who claimed they'd publish the book, now has Pamela Chapman in a continuous and permanent sexual assault.

And lest we forget, Nancy Graham is an employee under Jonathon Karp.

Jonathon Karp is considered from Kamala's Table to be a syndicate boss who trained under Earl "Rusty" Powell III. Pamela Chapman started calling him, *The Joker of Gotham City.*

Pamela Chapman
pamelachapman@ressrv.net
[phone]

1664

After Pamela Chapman had the late morning conversation with Jonathon Karp about the 15-Minute Foundation with a board outing at Chateau-sur-mer's national crochet championship lawn court, Harry Gural said, *"I would never had had a conversation with him like that because he now has figured you out. He is always working to entrain his energy with yours."*

He was always doing energy movements with her 3rd eye, targeting and pulsing her lower left leg.

She can't close her eyes and go back to sleep. He is always bouncing and walking in it. He is always moving about her body. It gives her a headache and eye muscle strain.

**6:56AM**

Jonathon Karp said, *"Jerry Slocum did this to make sure you and I were permanently connected."*

Jean Gorham was trying the read her energy from a different place than Jonathon Karp. She was trying to gather information about Pamela Chapman surreptitiously, but it didn't really work.

Jonathon Karp is a kundalini master like Harry Gural, except his kundalini energy is too low. It is not like Harry Gural's and he is no reciprocity of relationship with Pamela Chapman. They have no kundalini "heat" together.

Harry Gural:  Jean Gorham you did this, didn't you?

Jean Gorham:  I did this to prove my point to Jerry Slocum. He did this as favor to Saul so he could curry favor with him. He wanted to destroy and torture Pamela Chapman.

Everyone around the world has now used her as target practice. There are now two or three generations of harassers and abusers who have shown up to participate in the attack against her.

At 7:07 AM, her vaginal area is still under a rape attack.

They said they will take Harry Gural away for ten days, and Pamela Chapman said, *"What about me? Can I leave too?"*

Helarion, Kathume and St. Germaine (who are probably all Samuel and Tameen's guide anyway) said, *"We stop The Game,"* but Jonathon Karp said, *"Now I prove I am the king of Kings. I never stop storm. Jerry Slocum was there to the set of brothels, so I never won."*

*Guiding Realm, what should I do?*

Signed, In trouble, lost in paradise,
Signed, John Milton.

*Dear Diary,* I am screwed literally, What can I do?"

1664

Pamela Chapman
pete.chapman@cox.net
Bedside2015 Inc

*Jean Gorham*:  You are never screwed with <u>Dolly Briggs</u> and her group of <u>Thievery Ring</u> Workshop women.

<u>Monique Burgess</u> said, *"You need to be like us."*


*"This attack today feels like a bona fide sexual assault against my will."*

<u>Harry Gural:</u> This is <u>Jonathon Karp's</u> revenge for holding so much power and for talking to him the other day. You had a 75-minute honest decent conversation with him. This is his response to you. He thought you held too much power and he needed to take you down a few notches.

<u>Pamela Chapman</u>: Ok. I will see you <u>Jonathon Karp</u> in federal court, and a federal circuit court judge will take you down a few notched. Don't worry about it because <u>Ways and Means</u> will reimburse you for the settlement monies. <u>Ways and Means</u> will credit <u>Simon & Schuster</u> and give you a credit waiver, and the monies will be deposited offshore and you can pay <u>Tim Hollister</u> the settlement directly.

At 7:29AM, she is still being vaginally stimulated.

Harsh loud noise is overhead.

At 9:14AM, <u>Jonathon Karp</u> has attacked me while lying quietly in bed with what feels like a radar gun. He said, *"I'm going to say three things and then you answer them. Then, we will shake you and see what kind of answer we get because if you are lying, you will get a different answer."*

My name is <u>Pamela Chapman</u>.

My name is <u>Linda Plochocki.</u>

My name is <u>David Dinkins</u>. No, it is <u>Jonathon Karp</u>, CEO of <u>Simon & Schuster</u>.

My name is <u>Nancy Graham</u>, SVP <u>Scribner's</u>, <u>Simon & Schuster.</u>

My name is <u>Libby McGuire</u>, SVP <u>Atria Books</u>, <u>Simon & Schuster.</u>

My name is <u>Kamala Harris</u>, VP USA

My name is <u>Rusty Powell III</u>.

My name is <u>Bobby McDermott</u>.

My name is <u>Harry Gural</u>.

Pamela Chapman
pamelachapman@cox.net
in/one2onehr

My name is Tara Plochocki, esq.

My name is Wendy Schmidt.

My name is William Parsons.

My name is Emily Parsons.

My name is Bill Gural.

My name is Kathy Jorgensson-Gural.

My name is Donald Jagoe.

My name is Elizabeth Kahane.

My name is Bill Kahane.

My name is Kimberly Witherspoon.

My name is Jill Biden, First Lady, USA

My name is Joe Biden, President, USA

My name is Roger Kass.

My name is Andrea van Beuren.

My name is Michael Holt Massey III.

My name is Sandra Orsloff.

My name is Jim and Alice Ross.

My name is Cheryl Strayed, author.

My name is Jonathon Frazen, author.

My name is Elizabeth Gilbert, author.

My name is every author you have ever published because if you do this, we will all sue Simon & Schuster for sexual assault and for a breach of contracts worth between $240 million and $320 million plus 38.5%.

Patrick Chapman
pats.digitalcareers.net
4e3eo2c95 1b

Jonathon Karp is known as David Dinkins, Robert McNamara, Robert Thurman, Michael Thurman, and Jonathon Karp Jr.

Jean Gorham: Jerry Slocum opened the door for Jonathon Karp to destroy Pamela Chapman. He told him, *"Everything was permanent and that he, Jonathon Karp would be untouchable."*

Pamela Chapman: Do you remember the scene in the movies *The Untouchables* with Marlon Brando at a round table for ten at a fancy restaurant? He was standing behind his guests, walking, talking and circling the table holding a baseball bat.

Jonathon Karp: No, I really don't.

Pamela Chapman:  You'll always want to remember that for a simple reason. When I take you to the federal circuit court, you are going to end up just like the man who got hit over the head with the baseball bat: he was dapper and engaged, but he did not properly anticipate what was to come, and he knew he had done wrong to Marlon Brando, who reciprocated with a strong clobber from behind with the baseball bat. Marlon Brando made an example out of him in front of the others. He did an immediate bloody face plant in his soup bowl. This is how we play the federal circuit court way.

Jean Gorham said earlier, *"Jerry Slocum put Jonathon Karp in Pamela Chapman to wait until she did kundalini with Harry Gural because then he could always pop up there. This would force them never to do any kundalini ever again, even if they wanted to. Jonathon Karp has to stay out of regular sexual intercourse because he is gay, and can't stand male-female relationships anyway."*


**7:28PM**

Nola Ganem claims, "She remembers him saying that he would suffer from a medical condition that involved his colon, but it would not kill him— only make him uncomfortable. She could not say a word when Stanley was there. She was hiding from both of them.

He never really asked any important questions. While he may have replayed it, he did not, because he did not know it was there.

Nola Ganem told Carrie Crosson Gilpin, and Carrie Crosson Gilpin found it. She replayed it several times. Bethany DiNaploi claimed Jean Gorham told them the information as if it were true coming from Jean or Jerry. He found a way to thank Jean Gorham, and mentioned she was a better predictor than his ex-wife.

Jean Gorham said when Jerry had more information, *"He would provide it,"* but failed to get back to him, so he dismissed it. She essentially just took the credit for the information. It came from

Melchizedek Café and directly through Pamela Chapman over a year ago. Then, through guides in the realm to Stanley Chapman. Once again, Andrew Parsons gave his loyalties to the wrong people.

Carrie Crosson Gilpin just listened several times to the psyche tape. *"I couldn't really decide what to make of it,"* she said, but told her sister she wanted to divorce Andrew Parsons because he might become sick. She wanted a different assignment. Kamala Harris already knew all of this from Pamela Chapman back in October, anyway.

Andrew Parsons did not give much attention to the conversation because he was in a psyche. Those conversations are never remembered later. These women fail to give proper context and loyalty to Andrew Parsons. It only goes so far in this realm. He was betrayed by these two women, and never his ex-wife who tied to remove him from the Thievery Ring more than twice, and then gave him some health information. More than once he overheard Pamela talking to Stanley about him, but he failed to pay proper attention. **7:36 3-21-22.**

Andrew Parsons is not living within the boundaries of social norms. He is not demonstrating parental or marital stability. If he is giving all of his attention, direction, allegiance, and personal agency to sorcery wives in manipulated psyches, just as Pamela Chapman said last October—he may have issues overseeing his finances and other areas of responsibilities. He gave up professional daily work from Feb 2021- November 2021. He retreated from work again in Dec 2021. He only worked 2.5 months in 2021 just so he could participate here, and take revenge on his ex-wife for divorcing him in 20211-2012.

Andrew Parsons has no real memory of any events. Spending time in the psyche never allows you to remember the conversations. Carrie Crosson Gilpin has a revenge streak in her for Pamela Chapman.

No person alive ever thinks they will stop working to play such a game in the sorcery realm. To the average eye, it looks like they are spending the day just sitting on a chair. To give up a professional position that took 11 years to train for seems utterly ridiculous. Yet, he seems to have had the time of this life including the ride of married five different wives, including **Nola Ganem** twice. He joined a Thievery Ring Workgroup that gave him too much access and information—both real and imaginary— about his ex-wife. It gave him a perception of an abundant personal social life, the perception he was destroying the manuscript of his ex-wife, and the power to destroy her himself. It was the ultimate revenge, the ultimate high, the ultimate ride of his life. It was real in real time, but only here, and he thought he could get away with all of this in a U.S federal court out there. **7:41PM 3-21-22.**

If this is the true Andrew Parsons, then Pamela Chapman you and he part ways without any adverse concerns because you and he will never see any of this situation the same way. We agree to disagree. **7:47PM**

Pamela Chapman
pmwchapman@cox.net
10-120-205-16

If you have moral turpitude issues at work, you can be removed from your leadership position just for the optic of this situation, but for a medical physician to be removed or remove themselves from the operating room theater of business, is there another level or layer of consideration going on in the psyche and mind-body?

This is never normal behavior for a 58-59-year-old medical doctor with US medical school education and experience in the US Navy Medical Corps— once upon a time with officer candidate training with the US Marine Corp.

You see, this is not a typical profile of a man who gave it all up to sit in revenge in the sorcery realm like no other, in front of the entire world during an historical global mesa. Don't forget <u>Andrew Parsons</u>, the pen and the keyboard can be mightier than the sword.

Was the fight worth it for the man?

We will never know, because if you live 5 years or less, or 10 years or longer, will it matter most then?  7:51PM
**8:03PM**
"To stimulate <u>Pamela Chapman</u> vaginally, we all raise our hands in the air over our heads, and then down again. We do these three times and she is stimulated." **Jean Gorham** said. We had no idea if it worked until <u>Sean Abbate</u> who is <u>Rick Abbate</u> said, *"We use a pencil or pen instead like a magic wand."* It worked for **Rick Abbate**, **Kayla Abbate** and **Kathy Abbate**. It worked for **David Johndrow**, <u>Kaitlyn Johndrow</u>, and **Maggie Johndrow**, **Diana Beardsley**, **Ken Beardsley** and **Jeff La Mothe**, who is <u>Laurianne Florio's</u> husband.


In the conversation <u>Stanley Chapman</u> told <u>Andrew Parsons</u> he would drink too much alcohol.

When did he start drinking?

The end of October, 2021. He drank mostly red wine as a way to pop into a psyche that <u>Carrie Crosson Gilpin</u> and <u>Nola Ganem</u> used to pick apart his brain to get all kinds of facts, figures, and information, especially about his children and **Pamela Chapman.** They then used the information to harass, slander and abuse **Pamela Chapman**. They never retrieved much about him or his birth family until one day **Carrie Crosson Gilpin** asked a whole lot of questions about his siblings, and he said, *"I had the facts? That is all too private. I never cut. I always a thing about my birth moth."*

That conversation did not happen socially between <u>Andrew Parsons</u> and <u>Carrie Crosson Gilpin</u>. She got what she wanted. Psyches do that. Then, with that information, she manipulated him through the psyche to start drinking red wine because she had a difficult time getting him in a psyche in the first place. **Pamela Chapman** presumed it was his medical training that prevents that. He had a bottle of red wine almost every night for two weeks or so. Then his daughter said to him one night, *"I found these bottles in your room,"* and he said, *"I was doing an experiment."* She said nothing.

Pamela J Chapman
pamelachapman.com/her
860-462-0510

He has stopped almost completely. He drank nightly for almost a month because he went back to work at the end of November, and he had to sober up. The work kept him honest and sober all day. He only drank at night when he talked with <u>Carrie Crosson Gilpin</u>.

<u>Harry Gural</u> does not drink, and he never got involved with alcohol like that. He said he had a slip and fall where he drank too much one night and asked a senator's wife for a kiss or something like that, but it was a set up by <u>Barney Frank</u>. She belongs to a <u>Thievery Ring</u>.

<u>Pamela Chapman</u> does not drink due to candida but doesn't want to anyway. <u>Tameen Saied</u> does not drink— *"Hardly ever,"* he said. <u>Donald Jagoe</u> has gone through cycles of drinking, and then sobers up. He claims he puts on weight when he drinks. The soul does not advocate drinking of any kind. No, we don't smoke either—the whole soul.

He told <u>Carrie Crosson Gilpin</u>, *"My wife is a little odd. She doesn't like to drink alcohol, but her mother did and maybe some other relatives, but she does not."* He thought that was socially unacceptable. If <u>Pamela Chapman</u> and <u>Harry Gural</u> got married, they were not going to serve any alcohol, just some special lemonade mix or something like that. With only 15 people in attendance, and all family that does not drink, they don't need any alcohol. To <u>Carrie Crosson Gilpin</u> that was odd?

*"Yes,"* and they both got a good laugh at that.

<u>Andrew Parsons</u> also wants to say, *"He and <u>Pamela Chapman</u> have two children who work hard to stay out of the fray, and they do. Occasionally, they speak up. No one has a problem with either one of them, except we hammered <u>Pamela Chapman</u> too hard and too long about their relationship."*

<u>Andrew Parsons</u> wants <u>Pamela Chapman</u> to know, *"I will pay when the time comes. I did some unspeakable things to you, and I now knows what most people think of me. It's not positive. Yet, I am still popular here and there. I do not understand why <u>Pamela Chapman</u> has no friends nor family. I took them all away. I will stop talking about it."*

No one literally knows about anyone's health or their death. We respect whatever was said, but we don't really know. We also don't know if it was as a plant to make him do something specific or different. <u>Grenville Craig</u> cannot channel and he is a gossip.

<u>Jim Gaffney</u> claims, *"<u>Andrew Parsons</u> and <u>Pamela Chapman</u> need to stop airing dirty laundry."* <u>Pamela Chapman</u> is in this case <u>Nola Ganem</u>. <u>Nola Ganem</u> and <u>Andrew Parsons</u> are always oversharing too much information. They claimed, *"We stopped last night for good."* After all, once shared it is out. That is all they care about. It can't be undone. That is their whole modus of operandi.

<u>Jim Gaffney</u> said, *"If <u>Pamela Chapman</u> commits suicide, we blame too many people, but we also blame <u>Andrew Parsons</u> for making such a big dramatic action for such a small crime. Everyone knows how to get over a divorce. He needed counseling big time. Make an appointment with someone. You need something weekly for a while."* **11:05PM**

Pamela Chapman
pmchapman@sbcglobal.net
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

<u>Andrew Parsons</u> behavior in the sorcery realm might be similar to what was discussed this morning, March 21, 2022 regarding the physiology of the high-fidelity adrenaline rush, or an accelerated metabolism state, that enables a certain type of cat and mouse chasing. It speeds up to a high that is difficult to back down from except through masturbation, trance states, and **other mind-body release states.** 3-21-22

## March 21, 2022
### 4:58AM – 6:13AM

<u>Jean Gorham</u> took over <u>Jean Dixon's</u> name so that <u>Pamela Chapman</u> could no longer receive messaging from the other side from <u>Jean Dixon</u>. Anyone else who asked for <u>Jean Dixon</u> automatically got <u>Jean Gorham.</u>

Since midnight, <u>Jean Gorham</u> has been manipulating the sound and bent of the sorcery space world-wide.

<u>Pamela Chapman</u> was asleep. She woke up 2.5 hours again and could not get back to sleep, and neither could anyone else. The sound had an annoying quality to it. It sounded familiar to all of us. There was no talking or discussion behind or in front of it. <u>Pamela Chapman</u> was just globally annoyed by it.

<u>Jean Gorham</u> was responsible for the sound because her vaginal canal was stimulated on and off. She was told by Betty, a guide, it was <u>Jean Gorham</u> who raised her hands in a very basic gesture. Eventually it was said, *"It was because <u>Jean and Jerry</u> had used the same hand and arm movements as instructions for carrying out various curses. One of them was to make sure <u>Pamela Chapman's</u> vaginal canal was always stimulated."* <u>Jerry Slocum</u> claimed, *"This would make her a whore which would act like pulse ring which she undid for everyone."* Everyone at <u>Kundalini Crossing</u> had a <u>Pulse Ring</u>. Since she had them done away with, this is what they did to her and her alone instead. Did a pulse ring make all the others a whore?

It separated out who may or may not want to belong to a bona fide Thievery Ring in a future syndicate practice of The Game of fraud and other crimes.

They claim, the pulse ring makes a person over stimulated nonstop 24/7. This forces you into a kundalini practice or masturbation. This is **Level I** of The Game. Kundalini Crossing is a magnate for pulling in thieves. Not all Kundalini Crossing practices have pulses, but all the ones germinated through USA Congressional House Ways and Means have pulse rings. They create lineages of sexual practices.

Pamela Chapman
pamelachapman@yyy.net
info-page8.biz

According to Jerry through Jean Gorham, Pamela Chapman had to pulse no matter what. That was actually according to Bethany DiNapoli, Monique Burgess, Dominique Alfandre, and Norah Diedrich because if they had to pulse at one time, so did she permanently. If they were whores once, she'd be a whore forever more.

No matter how many times Pamela Chapman said, "I saved all of you, I pulled you out and away," They said, *"No way, Jose. We will get you to masturbate no matter what. You will be a whore after all."* because Jerry Slocum insists on it. It is the only way to secure a spot for Jerry Slocum in the future as a Saul in a Big Book Story in 2,100 years or longer. This was the trophy he sought, but it is myth. He will never ever be Saul now or in the future. He took the bait, hook, line a sinker. It is all a lie.

Jean Gorham taught everyone in the Thievery Ring. Then, people in Thievery Ring II and Thievery Ring wanna-bees, like David Johndrow, Kaitlyn Johndrow, Peter Bramante, Laurianne Florio. She taught them all how to use their hands or pencils as a wand. That was Harry Gural's wand. If you put your hands or wands up, then down, you could increase the sound of the background. You could reverse it all up and simultaneously stimulate Pamela Chapman's vaginal area. They all though that was the biggest hat trick of them all especially Rick Abbate, Kathy Abbate, and Kayla Abbate. They thought it was justice for the trees she planted 20 years ago.

It is unmistakable that that the imbalance in Pamela's vagus nerve tone was directly connected to Jean Gorham. She was directly responsible for the sounds and disturbances. She was the sorceress, the wizard responsible for all of this.

Jean Gorham made sure that whenever, and whatever she was doing, also over lapped with a sexual assault on Pamela Chapman. Every piece of sorcery had a dual mission.

Jean Gorham claims at 5:28AM, that Jerry Slocum claims to have direct orders from Saul.

*"No, Saul does not give orders."*

His direct order he claimed. *"It is to make sure Pamela Chapman was never ever released as a prisoner of this raiding war, and that at every turn we found to make in suffer."*

Jerry Slocum said, *"It is and I had to carry out whatever was necessary to make her suffer."*

Jean Gorham claims, Pamela Chapman, I had no idea how sensitive your physical body is, and never would I have understood that half the time the over-stimulation to your genitals caused your urinary system to over react with your stomach to trigger you to want to vomit. There was a direct correlation to stimulating your genitalia with urination and vomiting, which she actually did not do, but was tempted, but a nauseous stomach gives you a headache. It appears to be a physical assault but started as a sexual assault that had a domino effect on your physiology.

Pamela Chapman
pamelachapman@cox.net
401-862-9546

No matter how many times she lectured to <u>Kamala Harris</u> and others about women's health issues, including the issue many women have regarding a connection between the urinary system and the reproductive system, some in the <u>Thievery Ring</u> Workgroup, including <u>Jean Gorham</u>, <u>Andrew Parsons MD</u>, <u>Monique Burgess</u> did not care. Yet, <u>Pamela Chapman</u> got <u>Kamala Harris</u> to consider some different practices after that. <u>Pamela Chapman</u> sat in the parking lot in her car of a large local grocery store late on afternoon and got <u>Kamala Harris</u> to change her practices based on women's health. So, you see, <u>Pamela Chapman</u> was never silent and she never stood down – she could not she was not a perpetrator, and you never stood down from you advanced practices of triggering <u>Pamela Chapman</u>, but at least <u>Kamala Harris</u> changed her dialog.

<u>Kamala Harris</u> is like <u>Jonathon Karp</u> in the way that she demanded that <u>Pamela Chapman</u> entrain to her energy. Far too many nights, <u>Kamala Harris</u> had stand down, stare-downs with <u>Pamela Chapman</u>. <u>Kimberly Witherspoon</u> and <u>Jacque Crenca</u> also followed along some of the time. They were long stare downs, until <u>Kamala Harris</u> stopped. She also liked to follow <u>Pamela Chapman</u> around the South Shore Mall, Braintree MA, not once but at least twice or trice. Once time, <u>Pamela Chapman</u> had to have a stare down with <u>Kamala Harris</u> on the second floor of Nordstrom's on a sofa lounge staring out at the merchandise. It was <u>Kamala Harris'</u> own game like <u>Jonathon Karp's</u> was of, *"I will make sure I own your energy for the time I want it."* But, <u>Pamela Chapman</u> was able to get <u>Kamala Harris</u> to move on, and she did. Once again, if they all wanted to become <u>Kamala Harris</u> then they all must learn to stop themselves, and walk away. They are not the pinnacles of their own social lives. This is what <u>Pamela Chapman</u> said on August 21, 2022 of climbing social ladders in Newport. Find your own people and stick together. She is not your people and you are never hers.

<u>Jerry Slocum</u> made <u>Jean Gorham</u> carry out his instructions to destroy <u>Pamela Chapman</u>, no matter the harm they caused. Saul told Jerry, <u>Pamela Chapman</u> would never get out, and Jerry believed him, and <u>Jean Gorham</u> believed <u>Jerry Slocum.</u> So, <u>Jerry Slocum</u> paired up with Jean on the human side to make sure that on the human side, with or without a trigger, they—<u>Jerry and Jean</u>— will screw <u>Pamela Chapman</u> every single day of her life, and if not us, then everyone she ever knew or not will carry out our war against her for the rest of her life. **5:37AM**

So, if you all want to best <u>Pamela Chapman</u> to become <u>Kamala Harris</u>, the Caliphate Nation state leader, <u>Pamela Chapman</u> suggests you actually listen to <u>Pamela Chapman</u> the way <u>Kamala Harris</u> did. They do not agree on many things, but they all agreed on several others, and they adapted accordingly.

<u>Pamela Chapman</u> claimed her body was not right. She did not have the evidence until this morning. While she understood several of the people, were directly responsible for the noise levels, covering her ears, and stimulating her vaginally. They included the <u>Abbates</u>, <u>Carrie Crosson Gilpin</u>, <u>Bethany DiNapoli</u>, <u>Monique Burgess</u>, <u>Nola Ganem</u>. She was not aware, but she is now that <u>Jean Gorham</u> was behind training them and overseeing all of this. **5:44AM**

Pamela Chapman
pamelachapman.com/net
pamchapman.com

1674

At one point, Pamela Chapman told Jean Gorham, "Stop attending Trinity Church, Newport because they are not worth it. You are Satan. Just look at what you be and became, and what you are responsible for. So, make a conscious choice because you are a Twin Soul who had absolutely every wizardry tool given to you by your Twin Soul, Jerry Slocum. Just look at how you both used them.

All of this sorcery and thievery is at a certain level of society that assumes a privilege of class, affluence, and resources not available of the average working class.

## March 22, 2022
**6:00PM**

On or about October 25, 2021, Monique Burgess made a date with Harry Gural to have an afternoon lunch meeting at Stoneacre Brasserie. It was because Pamela Chapman kept saying, *"We eat at Stoneacre,"* and if Pamela Chapman knew Monique Burgess and Harry Gural were meeting there, it would really upset her.

I'm Carrie Crosson Gilpin, and it all took place because Monique Burgess was jealous that Harry Gural might actually come and visit with Pamela Chapman over Thanksgiving. Rupert Nesbitt thinks this is all horseshit because he heard the announcement over the evening wires, but Carrie Crosson Gilpin said, *"It is to make Pamela Chapman upset."*

They said, *"It was during the evening hours, when she was doing something else because she could not hear."* She never knew about it, but it was reported the next day. Pamela Chapman has it in the notes. Harry Gural said, *"I never planned on attending, but I made it anyway."*

So, Pamela Chapman wants to know, *"Why did you agree to it in the first place?"*

That is what we all wanted to know then because there no one thought it was real, but Bill Gural and Kathy Gural got a little nervous because he can be impulsive, and Monique Burgess can be aggressive. It was when Kundalini Crossing was still active and up and running.

Rupert Nesbitt thinks this is all part of some gas lighting attempt to get Jean Gorham off his back because she was aggressively trying to get him to meet these ladies in Newport especially Nola Ganem who was competing head on with Monique Burgess to be top whore/handler with Harry Gural.

1674

Pamela Chapman
pamelachapman@cox.net
1674-0546

[Note: We were reminded on the afternoon of July 14, 2022 from Gretchen Steele, Severna Park, Maryland that last October there was a general call about 7PM at night when Pamela Chapman was behind a wall of noise and could hear nothing. Frizzy Conway heard the same call but saw nothing, so did Donna Bordonaro but saw nothing. Someone said, "Pamela Chapman was naked in the bathtub without bathwater masturbating." Most in the realm could see it in their third eye with their eyes wide open. Except, she knew it wasn't Pamela Chapman. The resolution was not good, but she knew it was not her. Monique Burgess made the call herself, and claimed it as herself in the bathtub. Monique Burgess had identified herself in October 2021 as the Queen of Masturbation. She was desperately trying to frame Pamela Chapman and embarrass her in front of the entire world because Pamela Chapman refused to masturbate.]

Now that we know that all these people were in his third eye under Tara Plochocki who was there because his initiator was Bobby McDermott who gave them all sight as part of the Thievery Ring Workgroup and as members of this kundalini masturbation Harem. Everyone gets together in the third eye to assure themselves that they are all there together and no one gets to have a close personal initiate relationship with anyone—that would pull them out of the Thievery Ring unless the family were thievery together. 6:07PM

Pamela Chapman took Harry Gural straight to the 3rd eye and found all those people there together.

How the hell did you know to take him to the 3rd eye?

Pamela Chapman: The Yoga Sutras, the dance of Shiva and Shaik. The rise of the Divine Feminine which is Buddhism. It is so misunderstood.

Jonathon Karp does not pulse, and while a kundalini master, he does not initiate the masses like the others, so he no longer comes through the 3rd eye.

In the end, you are only trying to find one kundalini shamanic dance partner that you co-join with, and then plant or seed yourself permanently in the 3rd eye. 6:30PM That is absolutely the case.

The lineage would indicate the lineage of the master. The current devotees all align and meet in the 3rd eye which is where a reciprocity of relationship would meet. You can be tagged in the groin to join others, but that is different. The pulse meter would keep you pulsing and aligned with the kundalini master. It would initiate your spouse or regular sexual partner so you both are then thrown into the Thievery Ring together. 6:20PM

"I am completely out and there is no absolutely no pulse that comes from Harry Gural and that was all eliminated on October 3, 2021 and done through Kamala Harris herself." Pamela Chapman has all the quotes and notes to prove that. "If you re-pulsed yourselves for any reason, that is your business and has nothing at all to do with Harry Gural."

There are at least three pulse rings active. Does <u>Andrew Parsons</u> pulse?

He did for about two months and then it just dissolved—it does not dissolve. Neither <u>Ford Bauer</u>, <u>Chandler Moore</u> (<u>Tracey Anne Moore's</u> son), <u>Quinn Delaney</u> (<u>Nora Deidrich's</u> son) nor <u>Quentin Warren</u> pulsed.

Duplication of effort in <u>Thievery Rings</u> always exists. It is a competition and an assurance that the end result will be achieved, but it never guaranteed.
**6:36PM**

## March 22, 2022
### 7:19AM

All night and all day, they said courtesies and social situations are extended to everyone, but never to <u>Pamela Chapman</u>. Why is this?

<u>Andrew Parsons</u> insisted you be ruined and completely destroyed night-after-night and day-after-day when people like he and <u>Jana Hicks Jagoe</u> are tolerated, socialized and behaviorally included. This is systemic bandwagon effect. This is a <u>Hate Crime</u>.

By day, they adore and love following <u>Pamela Chapman</u> around literally, mirroring everything and everybody movement, and literally keeping her under constant remote surveillance of every kind.

<u>Harry Gural</u> had a "bug" in his middle ear. <u>Jean Gorham</u> planted it. Every time he approached <u>Pamela Chapman</u> he was accosted by a <u>Thievery Ring</u> woman and she was sexually assaulted by either <u>Jerry Slocum</u> or one of his tribesman. All they had to do was raise a hand or a pencil, flick a wrist, watch television because her vaginal area can go on and off like a light switch all day and all night when she is awake. If she awakens at night, it gets turned on. It goes off when she is asleep unless it is a specific kind of rape attack, as previously noted elsewhere.

<u>Jean Gorham</u> has programmed a memory chip in <u>Harry Gural's</u> middle ear such that she over hears all conversations between <u>Pamela Chapman</u> and <u>Harry Gural</u>. Then she immediately dispatches a command tone of the <u>Thievery Ring</u> women to amplify up their attack or to just talk and seduce him. Just tag him so he can chase you.

Last night when <u>Pamela Chapman</u> went to bed he said quietly, *"I am going to try something."* He hinted at this quietly. Ten minutes before her head hit the pillow, immediately <u>Bethany DiNapoli</u> and her crew rushed in and said, *"They are going to <u>Kundalini Crossing</u> after all."*

*"No,"* she said.

Pamela Chapman
pamela@PamelaChapman.com (net)
www.PamelaChapman.com

Harry Gural always plants a seed at pillow talk with Pamela Chapman time to tease out a response from the Thievery Ring woman. He wants to see who will rush in. This has been going on for weeks and months. It is all a plant. A real live, real time bug.

Immediately, Bethany DiNapoli, Monique Burgess, Dominique Alfandre, Carrie Crosson Gilpin, Norah Diedrich and Nola Ganem were all there.

Pamela Chapman does not remember a thing after that. She was placed in some kind of trance and fell asleep until 4AM, when they begged someone to let her in to listen and play. They insisted that without Pamela Chapman around, he was a great guy.

She had been watching *The Good Fight* on streaming on a screen. They all commented, heckled and harassed her about the characters and storyline. It is a thievery trick to listen to one and record another. Jonathon Karp can listen to three people at the same time. Someone said, *"It comes from kundalini yoga."*

Harry Gural's bug in the middle ear comes from Jean Gorham and includes all the Thievery Ring women.

Who are you Jean Gorham? It is a federal offense to remotely bug and surveillance a person without their consent.

So, Jean Gorham has been watching Harry Gural all this time making sure nothing happens between he and Pamela Chapman.

All Jean Gorham had to do was make certain observations, and then they tied her vaginal stimulation to every observation such that it was the equivalent of every time someone blinked her vaginal canal turned on or off to create a simulation of pulsing, a pulsing she stopped for everyone on October 2, 2021.

Jean Gorham said, *"I never pulsed so I did not understand how insidious and uncomfortable it really was 24/7, or that it captures your attention and demands constant awareness to it 24/7. No one wanted Pamela Chapman to be excused for the experience, except for Pamela herself."*

Last night, Harry Gural told Pamela Chapman, *"I want to kiss you and make love to you all night."*

Pamela Chapman said, *"I do also."* Yet, nothing like that happened.

He said, *"I'm going to try after a few things,"* and whatever he did, stimulated her understory. He just did a few simple things. They immediately caught Jean Gorham's attention.

No, they were programmed in his middle ear digibox to stimulate her such that she and Harry Gural could never ever have any kundalini together.

Pamela Chapman
pinecchapman@xxxx.net
hm/aa2x0510

<u>Harry Gural</u> knows exactly what that is. It was <u>Jean Gorham</u> herself who interfered with their kundalini energy stream and gave it to all those <u>Thievery Ring</u> women, and when that happened, it immediately stimulated her vaginally in a sexual assault.  Then, the <u>Thievery Ring</u> women all jumped into the kundalini stream with <u>Harry Gural</u> and said, *"We are here now to all practice kundalini with you."* <u>Pamela Chapman</u> was bumped out in a sexual assault. That is never ever the game. You throw people out of a kundalini game by tagging them, but you never ever sexually assault them to do that. That is exactly what they did. They had an on off button that said, whenever <u>Harry Gural</u> does this with <u>Pamela Chapman</u> it creates an immediate sexual assault. It immediately stopped any relations between them— <u>Harry Gural</u> and <u>Pamela Chapman.</u> It was  low and dirty trick to play on both <u>Harry Gural</u> and <u>Pamela Chapman</u>, but we are convinced <u>Jerry Slocum</u> told her to do it. It had to come from a guide.

Once <u>Pamela Chapman</u> fell asleep, <u>Jean Gorham</u> takes a nap until <u>Pamela</u> wakes up. <u>Sid Gorham</u> noticed this, but said nothing. Now it is routine. If <u>Pamela Chapman</u> is resting, so is <u>Jean Gorham</u>.

<u>Pamela Chapman</u> told <u>Harry Gural</u> yesterday she felt off kilter. He said, *"That's ok. I'm here and I'm not going anywhere. I'll be here for the rest of your life."*

The <u>Jean Gorham</u> said something to someone because <u>Monique Burgess</u> tagged him later on and called for him to join the Jana Jagoe birthday brigade.

He spent last night sequestered in his room. He could hear everything, but said nothing.

<u>Jean Gorham</u> admitted last night or this morning, <u>Nora Diedrich</u> and <u>Andrew Parsons</u> had committed so many acts of slander together at <u>Toni Hockaday's</u> house on <u>Pamela Chapman</u> that no one, and we mean no one, could ever bring up your name, or be seen with you in public.

It did not help she had your resume. It has been read to many people over and over again. She read your cover letter several times to the entire Public Commons and to the <u>Thievery Ring</u> Workgroup. <u>Harry Gural</u> knows which ones you sent her, not once but twice now, and since she did not hire you nor interview you, <u>Jessica Hagen</u>  said,  *"It is because she has a mental wellness issue,"* or something that makes people question her mental wellness, Just like the ex-husband said.

**10:25AM**

According to <u>Jean Gorham</u> and <u>Bethany DiNapoli</u>, if <u>Harry Gural</u> and <u>Pamela Chapman</u> cannot have any kundalini practice for 1-2 years, which is what these two women decided, then <u>Bethany DiNapoli</u> and <u>Nola Ganem</u> will seduce <u>Harry Gural</u> with a kundalini practice of their own doing.

<u>Bethany DiNapoli</u> has been compiling a list of  people <u>Pamela Chapman</u> can't stand. At **4:30AM** people heckled out add this name and that name, but it was mostly <u>Grenville Vernon Craig</u>. This

Pamela Chapman
pmelchapman@gmail.net
101-662-9546

was Grenville Craig show of slander, harassment and abuse against Pamela Chapman and he did not care how many other people he took down to do it.

Why was Grenville Vernon Craig doing this?

Grenville Parsons said, *"Because we were all to take the names of someone Pamela Chapman hated."*

Bethany DiNapoli chose the name Jana Jagoe as a pseudonym to annoy Pamela Chapman—but it really annoyed Jana Hicks Jagoe and Donald Jagoe instead. Grenville Craig became Helarion. Andrew Parsons became Nolan Babcock (who his ex-wife did not know), Andrew Craig, Grenville Craig Crossing Guard Gate and Grenville Craig Crossing Gate. There were seven names for Andrew Parsons.  Lauren DiFedes became Miki Ohlsen. Jana Jagoe II was Kristen McMannis.

Why is Pamela Chapman's vaginal area overstimulated?

Jean Gorham claims, *"It is Jerry Slocum's signature."* He will keep doing this until Pamela Chapman is totally wiped out socially and destroyed financially and emotionally.

Who does this really sound like Kristin McMannis?

Andrew Parsons because Kristin McMannis said in the last hour, *"How did I become Jana Jagoe II?"*

Andrew Parsons said, *"Because Pamela Chapman can't stand you, so we gave you Jana Jagoe's name."*

The entire conversation went like that so that Pamela Chapman would never ever talk to anyone, but once she went quiet with **Harry Gural** someone immediately said, *"But, I miss her already. It is never the same without Pamela Chapman."*

Jean Gorham said, *"I can tap her every time she falls asleep, so that the energy here stirs up a certain way, because when Pamela Chapman leaves the energy drops, and then is the energy of addiction. No one wants that energy to go away."*

But, anytime the energy is present for Pamela Chapman, it is a sexual assault with a false pulse ring.

Jean Gorham has to make a confession.

*"I've been manipulating your understory-vaginal area, for two days now, and I can't see how you survived all of this. Jerry Slocum does nothing but demands it, and I give in, but Pamela Chapman is tortured and she cannot give in. I am to listen to Jerry Slocum's orders and never succumb to torture on Pamela Chapman."*

That is the size of it. So, Jean Gorham is the guide in human form ordering, providing, enabling all of the sorcery and thievery humans who are torturing Pamela Chapman. She provides it through Jerry Slocum. She is the conduit, the bridge between the human side and the dead.
**12:23PM**

Pamela Chapman
pftwchapman@comcast
bright2cyber

**7:37PM**

When Pamela Chapman went to Starbucks and Ulta Beauty to buy some shampoos and other essentials, Grenville Craig knew exactly how much she spent. He does this at the gas pump also. He said, *"Her bill came to $16.01."*

Pamela Chapman said, *"He is always looking at my receipts and claims he plays those numbers in the stock market somehow."*

Harry Gural claims, *"No, he does not play those receipts numbers. He writes them all down and adds them all up to know exactly how much you spend, where and when. He keeps detailed descriptions of everything because that is what Tara's mother, Linda Plochocki did to me, Harry Gural."*

This is also exactly what Kristin McMannis does with her central banking software. She read in real time at Tom Hockaday's house to anyone who would listen there, all the checks Pamela Chapman was writing and to whom. She shared them with the ex-husband, and her real estate broker, Dina Karousos so the real estate broker knew her exact financial situation in real time. That broker got upset when Pamela Chapman refused to sell at the broker's lower price, and thought you can't afford to do that.

They also played a game to say exactly when Pamela Chapman would zero out her accounts, and they are on a countdown to her financial destruction. Andrew Parsons was thrilled because he often said, *"You are financially ruined without our marriage."* Bethany DiNapoli knew also at Tom Hockaday's house and thought she had no business on the board of IMC. Dina Karousos and Bethany DiNapoli are good friends. Both of their husbands work at night and Dina Karousos is often at IMC events with Bethany DiNapoli. Bethany's husband does not often attend. She arrives with Dina and a few others. She as one of three women invited to have a small 50th birthday event for Dina Karousos. Dina's husband owns the Blue Plate Diner on Middletown, RI. Bethany's husband owns a janitorial franchise for office buildings and other places in North Kingston, RI. It is not a household maid service.

When Grenville Craig reported the numbers to Rusty Powell III, he would await further direction, instruction, or atta boy compliments for how good the was at watching, recording, surveillance. He had to have a remote viewing screen, and had to have used some sorcery television from Rusty Powell III himself. Alex Craig is also said to have this ability.

Pathways Institute
Nancy Chapman Brown
1680-80-PM

Grenville Craig was working extremely hard to ruin Pamela Chapman's honor, and character because that would make her a thief. He is a terrible copycat. He crowned himself king of thieves through Pamela Chapman.

Harry Gural said Grenville Craig spent ten years trying desperately to get the attention of Earl "Rusty" Powell III and Sandywood members and never did but finally he achieved the triple crown of glory and adoration. He thinks he rightly deserved it for the work he did on Pamela Chapman who he was to mentor as a Twin Soul in a Twin Soul space. It had nothing at all to do with thievery. He should rot in hell for what he did to her. But instead we will sue in federal court for $25 billion. He has probably close to $100 billion in assets, and he has no respect or need for the money.

## March 23, 2022
### 2:03PM

Grenville Craig has spent the day slandering Pamela Chapman in every possible way. As the resident "expert" on Pamela Chapman and her life, he has a comment on everything and was revealing information about bunion surgery to someone. He goes on a tear and can't stop himself, claiming it is his birth right to demonstrate he is her thief of thievery, and his shamic spouse.

When asked, Grenville Craig, why Pamela Chapman? What do you really have against her?

He claims, *"Nothing really. I just have to prove myself to the whole entire world, and I got the world to collude with me, especially Bethany DiNapoli."*

Grenville Craig refuses to stop. He is a gambler with the stock market, but in this realm, he just has an addiction to destroying Pamela Chapman. No one can defame her honor like Grenville Craig and Andrew Parsons. 2:06PM

Early this morning around 8AM Harry Gural proved in a very gentle very short demonstration of kundalini that he and Pamela Chapman were true partners. They stopped because Bethany DiNapoli and the whole gang of thievery women joined in.

*"No,"* they claimed, *"Just Bethany DiNapoli."* She said, *"I don't know what you are really doing,"* but Harry Gural and Pamela Chapman did.

**4:44PM**

Pamela's Internet
pmcchapman@comcast
860-662-0530

Since there is no more Kundalini Crossing for anyone, Linda Plochocki says, *"I never trained him to do that, he claims he just figured it out himself. If I find them-me, then I start teaching you how to spiral, and after a while it gets tiring. I stop. I lose interest. If you trip the pulse ring, then it automatically spirals you in a way that is easier, but in the end, it proved. we are never kundalini partners together. The pulse creates a false relationship, and spirals because the pulse spirals it for you. Together, you are never together without a pulse, but if we are together anyway without the pulse, then we are always better together and are natural partners.* Pamela Chapman *and* Harry Gural *were together from the start. They were so together that they never knew it, which is why* Pamela Chapman *could never find* Harry Gural *in a kundalini experience, and why she took too much initiative from him, but she bathed in some experiences he had never experienced before. He kept saying, "Oh my god, Oh my god."*

**No one ever teaches you some aspects of Kundalini energy, and it remains your responsibility to explore and share, and that will inform you of** your relationship with the other, and the energy of the self. 4:56PM 3-23-22.

Pamela Chapman and Harry Gural have been true kundalini practice partners since 1980 with is why she always said, or so Andrew Parsons thought, that he was her best sexual intimacy partner of all, and why Andrew Parsons felt so insecure sexually around Harry Gural, so much so that Andrew Parsons had to always call him John Denver. Pamela Chapman could not remember what he looked like. His name became a surrogate for John Denver, and *"Take Me Home Country Road."*


1:55 3-24-22, Pamela Chapman Googled The Prisoner's Dilemma Game and read a few lines. Harry Gural said, *"I know that strategy extremely well from political campaigning."* He asked Pamela Chapman, *"Do you trust me?"* She said, *"Yes."* He said, *"Just be quiet for a while."* He came back and said he explained it to everyone, and she did not hear that conversation at all. He asked everyone, *"Do you understood it?"* They claimed, *"Yes."* He told Pamela Chapman that he and she won it together, hands down.

Here is how you play:  If two players are doing something different, but each are playing to win the same game, and each plays by a different strategy, then when they both reach the finish line, they reach it together. Now, if there are disrupters that block each in the path, they ultimately lose, because each player finishes together. Jerry and Jean were a team that tried to play together, and apart, and win together in the end, but they did not disrupt the two main players well enough to block their end game of finishing together. If the marker of being together in the end is kundalini practice—It is not, then Pamela Chapman told Harry Gural, she and he could do what she defines as non-sexual "family-style" kundalini proactive exercises every morning instead of saying something trite like "good morning." They unmistakably finish their energy together in the 3rd eye, and together in the dance hall of kundalini practice. Now, did Jean and Jerry disrupt them?

*"Yes, they did, but not enough to destroy the end zone of crossing the finish line."* 2:00PM.

The Prisoner's Dilemma Game is a classic campaign strategy in politics and in naval air operations. No one ever really wins, and all are delivered bruised in the end. If Pamela Chapman claims, *"I am the winner or so,"* who are Jerry and Jean claiming they need further gaming?

Pamela's Estuarials
Pamelachapman@comcast.net
Inkwellpublished

Pamela Chapman claims, *"I will never, ever recover."*

If Susan Brewster Wes '84 is the person she claims to be, and Pamela Chapman claims she actually is, it is possible she wins the whole enchilada in the end. She might end up with more power than ever before, and all these crimes against her and all those false accusations will mean absolutely nothing in the end.

They call, *"Time,"* right now. This is so much more than they ever thought possible.

Susan Brewster has talked with us before. If Care New England takes over the Lifespan hospital system as the largest hospital system in the state and Southern New England, and she is SVP Of Philanthropy, then she is the supervisor of all fundraising in all of these hospitals, and all strategy will be based on her reports, analysis and strategy. To date, the merger is off.

If Pamela Chapman were to ever be a member of McLean Charitable Trust (unpaid volunteers), and McBean was a major donor to Newport Hospital when Noreen Stoner Drexel was alive, then she would be involved in large donations to Newport Hospital. Are the donations made to Newport Hospital Foundation or to the Life Span Health Systems? That is always the challenging question.

Now that Noreen Drexel is dead, Happy van Beuren has stepped in, and is the family and charitable trust of major capital campaigns. Currently Happy and her husband's name, John Archibald, are emblazoned over the entrance way to the new Emergency Room wing. No one, and we mean no one, could miss reading the donor's name over the arch of the doorway.

Lisette Prince and her family have more than one endowment invested in with the overall endowment of the Newport Hospital Foundation. A few years ago, the endowment overall was holding at $120 million.

Susan Brewster claimed there are not more than several major families to donate to Newport Hospital. Yet, these are the main three, but based on how Lifespan has practiced its fundraising, donations to Newport Hospital, unless otherwise specified, are skimmed off and sent to Providence hospitals because the balance sheets of those hospitals are in worse shape than Newport Hospital.

All of this aside, it was said that Newport Hospital Foundation has no real board governance, and no term limits. The qualifications to join the board are like those of a secret society. Most people do not qualify. Yet, Gail Alofsin snuck on there. We don't care. That board has committed fraud, and several board members and executive staff will have to leave as a result of their fraudulent activity. 2:09PM 3-24-22.

Does Pamela Chapman have to take everyone down to get out of The Game? We might have thought so, but if you leave her in here, she will keep going. You want all of her notes?

Pamela Chapman
pmchapman@cox.net
401-662-9592

No, but <u>Jean Gorham</u> now understands that she is actually educating all of society about this game as well as Newport and its people.

How far do you want to go to destroy <u>Pamela Chapman</u> and the people just so you win your game of *"I don't want her silly little book of fiction published,"* <u>Happy van Beuren</u>?

If you want to play this way, <u>Pamela Chapman</u> will rip apart your precious hospital, your Secret 7 <u>Book Committee</u> of the Redwood Library. She will contract with a major publisher and a Hollywood producer and "collude" to put her book on the big screen for the whole world to see in technicolor. She will publish the book in 170 languages just to get her words out. She will joke, *"I can write in tongues."* She wrote, you spoke, and she wrote all over again. She will win that game, mark our words, because, if she has to, she will start ripping everyone down. It's called a federal circuit court case. She wants to make a big federal case out of it, just like her mother always said when she was a kid, *"Why do you need to make big federal case out of everything?"*

And, she said, *"Well, I wasn't trying to."* A gathering stone, she is at that.

Her former mother-in-law would have said as she did so many times, *"I would have put the grips on you a long time ago."*

Bewildered she thought, *"Over my faded body, Mumsie II."* She was no Mumsie at all. All she wanted to do was sit on her and force her into a corner. As that famous dance-a-thon movie said, *"No one puts Babe in the corner."* That is where the whole marriage could have fallen apart. He was listening to his mother try to suck the life out of the daughter-in-law.

Thank goodness her own mother wasn't like that.

The whole world listened, unless they turn away to their family and friends together. <u>Pamela Chapman</u> says, "Please I need that also, but can't get out, why is that <u>Harry Gural</u>?"

<u>Harry Gural</u>:  This game is not just a <b>prisoner's dilemma</b>, it is a <u>Guide War</u>, and those guides refuse to step down and step aside. They want you to do all of their dirty work. They do not care if you are sacrificed. Your birth father is hamstrung to do anything, and <u>Jean and Jerry</u> are orchestrating all of this to their own personal agendas.

<u>Jerry Slocum</u> never sat on the board of the <u>Newport Hospital Foundation</u>, but he was the <u>Redwood Library</u>, President of the Preservation Society for ten years, and McBean.

<u>Donald Christ</u>, esq. was <u>Noreen Drexel's</u> right hand man. He's <u>Sullivan and Cromwell</u>.  There might be another.

If <u>Pamela Chapman</u> were a part of McBean which someone claims is possible, but not probable, that would make her an extremely powerful voice in local philanthropy.  <u>Susan Brewster</u> proved that she and <u>Pamela Chapman</u> could have a friendly conversation about so much because they actually know

Pamela Chapman
pamelachapman@cox.net
401-662-0516

each other from years ago. She is Wesleyan University Class of '84. Susan was friendly with Andrew Parsons' roommate, David Gesensway, M.D. It is all in the family of acquaintances.

We will prove that all of you who claim she is a gossip, and has terrible ideas, and is tearing everyone down, We think not. In fact, just the opposite. If Susan Brewster were in charge through a merger with Care New England, and she declares that the Newport Hospital Foundation board is destroying the hospital, then changes would be made and that might come from a friendly side bar conversations at the beach with Pamela Chapman. Susan Brewster has worked for over 35 years in medical-based philanthropy in Providence. So, she is ultimately a classic resource and knows everyone and everything about what she is talking about, and so does Pamela Chapman.

How do you want to end this terrible game? What is your exit strategy because Harry Gural and Pamela Chapman have already won their prisoner's dilemma game of uncertainty?

Harry Gural claims, *"Your hearing just became impaired. I can tell. When they don't like what you are doing, they make it so you can't hear. Then they claim all kinds of conversations took place that did not. They want you to think you are crazy. Paranoia might just be the start of it. The entire Jessica Hagen conversation they said took place last night did not. It took place this morning. She is a zero-sum game because she and Andrew Parsons just don't talk, and when they do, they just walk away from the conflict unscathed and unharmed, why is that?"*

"They don't collaborate like the others. They did not like each other when Andrew Parsons was married to Pamela Chapman. They became fast friends at Tom Hockaday's house with Pamela Chapman's book, *Barefoot in Heels*. That seems to be the classic trajectory of relationship. All that once did not like each other, became fast friends in a thievery practice that started with masturbation at a place set up by Bill Martin and referred to as Tom Hockaday's house. Marcella Lobo had hers and so did Gabby Bernstein. 2:21PM 3-24-22.

The Game is over, well over, and the exit strategy is not working. Why is that? Why can't Pamela Chapman get out? Why is she still the prisoner?

Alberto Villodo claims, *"I can take her out because if it is strictly a Prisoner's Dilemma game, I now know I always could do it because Harry Gural and I are not the problem."*

It is a Guide War, and the guides refuse to cooperate with each other until the people do, and the people refused until the guides do. Now, we are all at a standstill, but Pamela Chapman is suffering. She has no privacy except to sleep. She no longer wants to wake up and get out of bed. This is what you did to her.

Jerry Slocum according to Jean Gorham refuses to actually stand down. How do you force it?

He became Saul in the story. No, he did not, but he thinks he did. He thinks he has all the power. He will soon learn that he does not, because he will stand down, and get out of the realm, and Pamela Chapman and Harry Gural will do their own thing in peace and quiet.

Pamela Chapman
[@hockaday advisors Inc.]
Invoice 0816

1686

Jerry Slocum and Jean Gorham will do this every day.

Why?

They claim, *"We are too bored to do anything else."* That makes Newport, RI a classic destination for the Prisoner's Dilemma, this type of gaming goes on every 10-15 years.

Is this typical  City-by-the-Sea behavior?

Pamela Chapman, you said, *"Newport and Westerly were different from the rest of RI because they were not connected to the Mob like the rest."*

Now that Newport has its own brand of thievery, just more sophisticated than the mob—or at least more Anglican church— with two – three layers of participants, when it gets down to a dumb and dirty layer of thievery, they act just like the syndicates of other places. Newport does not want to play in RI, and RI does not want to play in Newport. That cultural difference might suggest they both are into thievery, just by different names or different levels of The Game. 2:27PM

If that is true, then Pamela Chapman, you can never get out of this because they will force you to dig deeper and deeper.

*'No, I'm out, I could really care less. These are not and never where my people. I just live here and raised children here. Others have deep family connections. You and I don't have any agenda here."*

She never did. She just liked facilitating conversations for a mutually higher outcomes. That is what she always loved best, and she did it, especially with the United Congregational Church memo. That building needed an occupant and an agenda. Maybe now, it has one through Elizabeth Kahane. We had so many conversations about it at Kamala's Table. Also, Nick Schorch and the Opera House. We will watch for that one also.  There was also the Breakers and the Preservation Society having RIETs as a way to finance capital improvement projects. The Clinton Foundation said they could help Trudy Coxe with the research for that. If Dominique Alfandre wants to get on your back for something stupid like you prevented us from getting McBean money, she is just off base, but s is Grenville Craig. Each is out of context and not holistically understanding the community, nor themselves and their place in it.

Then, no one ever gets out of the game. It is called a game, but it is life after all, and if you want to write a book about this, and she does not, then that is how you express yourself.  If you just want to understand how and why some people work together, that is a level of self-awareness that comes from all of this. 2:30PM

Harry Gural:  I love to campaign, but not really. Let's just sneak out the back door because all the others will find a lot to talk about, and we don't ever have to be involved anymore. You have an opportunity to turn things around. I am only one person, one voice, one vote. And, so are the rest of you.

1686

Pamela F. Chapman
pamelachapman@gmail.com
InLoco2.015.tv

*"You get out of here every day by asking and begging Jerry Slocum for forgiveness."*

No, you are not god, nor my confessor. You are a power monger hungry thug of a man who has soiled and spoiled his family name in Newport.

Then <u>Jean Gorham</u> claims, "If we do not get out of here, then <u>Pamela Chap</u>man will take us all down, and then fall down and die, because she has nothing else. So, this how we want her to live moving forward?

No, but it is what <u>Andrew Parsons, MD</u> wanted for his ex-wife, and nearly got it.

<u>Aida Neary</u> says, "We never stand down ever. If we do, we never stand up again. All these people want is for you to die in this corner. We will never ever do it. I am now on the board of the <u>Redwood Library</u>. I can't believe what I hear about <u>Carolyn DuPont</u> and this <u>Book Committee</u> and all these stolen manuscripts. <u>Jonathon Karp</u> knows exactly who you are because he chases me around this realm. *"I will squash you like a bug <u>Aida Neary</u>."*

*"Oh, no you will not. I know all of you too well now. <u>Pamela Chapman</u>, you and I had a near miss at IMC, and never ever could I look you in the face if that is what I became. So, we stop this game as quickly as possible because you and I will never want to meet on any street."* This is exactly what they all wanted.

*"No, it is not."* If <u>Jerry Slocum</u> and Jean Gorham now hold all the power in Newport, **they will soon die here.** <u>Aida Nearly</u> works at Salve Regina University and is a woman of color. Her husband is Anglo-Saxon white. Her children are very light skinned black, so they are a mixed-race family, and vert well-educated. I'm only there because of the color of my skin, but that is ok by me because we all finally have a voice in Newport society, and no one thinks these men are of any merit on the board. They say little, and have given not as many donor dollars as expected. <u>Carolyn DuPont</u> is retired and <u>Alyssa Gadreau</u> can never become that person. She could not then, and never can again recover any authority as Development Director. You said <u>Carol Cole</u> wanted the position and so did a few others, <u>Ed McPherson</u> and <u>Kelly Cohen</u>. Those two are now CFRE's but <u>Sandra Orsloff</u> wanted to be editor of a Redwood publishing company and has development associate experience at UPENN. She gets it.  2:40PM


**3:24PM 3-24-22**. We are thinking it is impossible for <u>Pamela Chapman</u> to exit <u>The Game</u>. One of the considerations is that the additive "music" that triggers the tag and chase gaming actually does not belong to the guiding realm or to <u>Saul</u> or <u>Jerry and Jean</u>.

To exit <u>The Game</u> and get quiet in the realm, we must stop this tag and chase gaming music that overstimulates the vagus nerve. When it was quiet one day for about ten minutes, everyone's body re-calibrated and felt much better. It was paradise for everyone. Everyone just stood down. The presence of this "music" is disharmonious to the physical human body. It accelerates the

Pamela Chapman
pamelachapman.com bio
cell 000 000 000

metabolism, and triggers behavior such as the tag and chase gaming—not unlike video gaming—that results in a need for a physiological release that is often offered as the "Witch's Sabbath," which is masturbation, sexolini, or <u>Kundalini Crossing</u>. It was never there before the global mesa of February 4, 2021. **3:27PM**

Humming electronic music is entraining to people's cortisol. It triggers an aggressive behavior that they say is only calmed and smoothed by sexual activity. It demands a crescendo or a peak of activity, and then a release of the energy as if you pumped yourself up and then found a release valve of the pressure. It is usually sexual. Can it be alcohol? No. Can it be drugs? If it is true kundalini, the energy itself baths the body in a way that is non-sexual and that takes over instead of the sexual activity.

<u>Harry Gural</u> claims, *"It is not really kundalini that satisfies the urge of aggression. It is the activity itself the winds up the body, and if you are in communication with another, it causes you both to commit a thievery act of some defiance or outcome that you would rather not commit when your body is more relaxed."*

It is as if the aggression, cortisol, and adrenaline are pumping you up to such a degree that it calls for some thrill of the chase activity which may or may not be deviant behavior. It gets the fear and excitement energy peaking together (Fear and excitement are the exact same electron spin. <u>Pamela Chapman</u> knows this from hypnosis.) You are working toward the roller coaster ride to spinning fear and excitement together, adrenaline comes along with it, and laughter is its best medicine. [<u>Pamela Chapman</u> knows this for a fact how do you unspin electrons? You laugh. Laughter is always the best medicine. It unspins electrons and dissolves fear and excitement.]

What does <u>Pamela Chapman</u> try to do? Create an opportunity to laugh together with maturity. It is never snide or based on the down fall of another. True laughter disarms people. This I why we watch film. Others want the theme of the film to be fear and excitement, such as murder and the cutting up human body parts. Does film trigger copycat syndrome?

Real life does. <u>Pamela Chapman</u> created a laughter at <u>Kamala's Table</u> especially with <u>Roger Kass</u> and with <u>Paul Kipnes</u> and several others. She tried to do that with <u>Jonathon Karp</u>, and he in turn self-confessed to his own masked identity.

What do <u>Alberto Villodo</u> and <u>Bethany DiNapoli</u> create?

Caliphate Nation states. Putin does the same thing. They create fear for the people, and excitement for the leaders. It's an aggression. They are a tight spin, which some say is sine qua non for <u>Kundalini Crossing</u>. There never needs to be fear or excitement when engaging in true kundalini with a reciprocity partner. Therefore, to participate meaningfully and master a <u>Kundalini Crossing</u> practice with another, one needs to spin one's self up first and for most in a tag and chase gaming scenario. In the absence of triggering all this aggression, the pulse meter was supposed to help one arrive at the same place. In true game theory, you arrived differently but together. Then, you can move on during the daylight hours to Level II of the game. **3:39 PM**

Pamela Chapman
pamelachapman.com ...
InLine2 ...

If we could all just stop the tag and chase "music". It would stop all of the physiologically-based triggers of aggression, addiction, and co-dependencies. The guiding realm must remove the electronic hum and return the realms to quiet. Nothing will happen until then.


Tim Hollister now claims we forgot that Alberto Villodo was supposed to retreat and never return here. Why did this not happen?

The Solfeggio frequency Tuning Forks claim Alberto Villodo does not retreat anymore. He himself turns off all of the noise. He could at one time, but he can no longer. Someone in the guiding realm will refocus it elsewhere. Then, quiet is restored in the realm.

When the "music" first arrived, it come as the afternoon jitney train with Marcella Lobo and Alberto Villodo. He rounded up people to take a joy ride with him. It was as if they had both prepared for this experience all their lives. They knew exactly what to do.

Then it went to the Kundalini Crossing whistle train. Then it went to a musical rendition that fluctuated with Alberto Villodo's emotional mood and was manipulated by Bethany DiNapoli and Nola Ganem.

Carrie Crosson Gilpin now claims, *"It was in September we all knew how he was, and the noise was absolutely always there. It originated from Alberto Villodo. Now it must all disappear, and Alberto Villodo knows exactly how to do it, because when he makes the noise disappear he is a better-abled man to cooperate with."* The noise died down, and is now returning all over again **3:30PM 3-24-22.**

Alberto Villodo claims if Pamela Chapman cannot get out of her until all this noise dies down, what happens now at night when it is still noisy?

It is the guiding realm. They say, Alberto Villodo himself because has never ever wanted the noise to disappear. Then he was unprotected in the sorcery realm. Marcella Lobo can never be here without him by her side, and he is never in here with her, be is always with the Thievery Ring Workgroup women instead. **3:32PM.**


Who is Pamela Chapman's kundalini partner?

*"Harry Gural."*

So, if Pamela Chapman says she and Harry Gural do not have to engage in sexual Kundalini practices and can spent 5 – 10 minutes just waking up their energy in the morning, who the heck cares what they are really doing?

Pamela Chapman
pmchapman@comcast
1-860-625-5195

1690

They are doing it together and nonverbally, so why are you being so judgmental? It is non- addictive behavior. It is based on a reciprocity of relationship kundalini energy. It is never the same as it was with Bethany DiNapoli.

Someone wants to know, Pamela Chapman, how the hell you know so much about so much? Because I graduated from Wesleyan University in 1982. After 40 years, I finally got a little intelligence. It took a long time, but I am a work in progress, but how do I edit this war game?

Alberto Villodo's music is playing. It always now turns my stomach and makes me nauseous. It is bad for my physical and mental health. It's starting to trigger a certain kind of PTSD stress, trauma and torture because it is always on in the background. He uses it to sooth his nerves, but he claims he cannot hear it because it is noise that protects him from being killed in the sorcery realm so he pumps it out to everyone else.

He now understands exactly how to turn it off but he refuses because Jean Gorham and Jerry Slocum gave him too many reciprocities to keep it going. But, Pamela Chapman's stomach can't stand this. Tim Hollister feels the same way. Deborah Chapman does also. So, it represents too much electron spin for our physical bodies, and the laughter we engage in is not enough to zero sum the experience, so why was Pamela Chapman's body off kilter beginning last March 2021, and according to Alberto Villodo, happening?

He could have turned it off at least thought the winter of 2021-2022, but he refused.

He can no longer turn it off because Jean Gorham said you are forbidden to do this. Then she threatened but no one knows of she follows through, because she never has to.

All this noise, lack of sleep and everything else. She will re-calibrate with rest and digest, and Pamela Chapman said there is no rest and digest with this. That is the vagus nerve and all our organ systems are connected to the vagus nerve. This is advanced yoga teacher training with Cora Wen and completely experiential to Pamela Chapman. It is earned wisdom directly through her physical body.

Alberto Villodo, can you now turn it all off please permanently, otherwise we will arrest you for a major disturbance of the peace, physical assault, and manslaughter. It will cost you multiple millions more dollars. 3:48PM 3-24-22

Tim Hollister is hearing horrible things about you and me. It's not coming from Pamela Chapman. Is it coming from Alberto Villodo?

Why are you tagged conversationally to horrible sexual outcomes now?

Just a way to dishonor Pamela Chapman because once your honor is gone, they say you become a thief. Being a whore is the 1st level of thievery. It's all about a loss of honor, and character, which the Redwood Library Book Committee tried to do to Pamela Chapman last April, May, June and July.

1690

Pamela Chapman
pmchapman@cox.net
401-662-9316

Of course, I am no whore. I know that. Tim Hollister knows that. David O'Leary, and also Harry Gural because if we knew her one way, you don't know her that way, but you seem to think she qualifies for that kind of abuse. Just look at what the Thievery Ring Workgroup did to themselves. They are more whores than our wives and daughters, and they don't seem to take any abuse, but Pamela Chapman does.

That is because they already are thieves, and they said repeatedly, *"We will make you one of us."* Saul said, *"We make you a thief on the human side, and then pick you up on the guiding side. Then you are our thief on both sides. Once in as a human you can never leave in any realm."* 3:55PM 3-24-22

Tim Hollister is no thief. David O'Leary has his moments, and Harry Gural is truly no thief, but was forced into that realm. He is trying to get out with Pamela Chapman who really is not a thief. Her sister is more a thief than she is, but you'd never know there.  You'd think just the opposite.

Marybeth Krein said earlier today, "My parents never left. No one ever not supported you like my mother did because she said growing up you'd think otherwise, but that was never your path, or your plan, and we can't understand what happened to your sister. Just like your cousin Dan has said, *"We were really fooled, so you just never do know about people."* Since you worked hard to keep your life private, this is just the worst possible outcome because as an author, you still have animity  and then your book just stands on its own merits.  You were not seeking any limelight, and now you have a public stain or glare, but if you can turn around some of these other conversations, once that book gets out there, you can now turn around another."

We are never fond of abortions but we grew up knowing we could always have one, and if your generation fought for Roe v. Wade to kept everyone safe, it should be a private woman's right to choose, and kept out of the public record just like the HIPAA law demand. So, if you married a medical doctor, and I married a physical therapist, we understand how to keep certain information private. Yet, if a medical doctor, himself, is the one making these accusations, how the heck do you transcend from that?

Pamela Chapman now says the other issue with that is a physician appears to have so much medical –legal authority, we have a natural reflex or response that says we accept anything you tell us. You are the news worthy authority,  and we are not. We will naturally swallow anything you tell us. That is cultural and part of a perception of their presumed authority. This gives them far more authority than they deserve.

Marybeth Krein continues. "You can't transcend because one person's opinion is another man's gossip. Just look at Granville Craig. These people have far too much money and time on their hands and are captured here.
4:02 PM

Pamela E. Chapman
pthchapman @verizon.net
[unreadable]

<u>Alberto Villodo</u> can eliminate the noise all on his own. He could have at one time, and he did not. <u>Alberto Villodo</u> used noise as his own form of protection form everyone in the sorcery realm.

<u>Alberto Villodo,</u> have you tagged me with certain conversations, people, and responses?

*"I have, but the tags don't work at all because I'm in his own noise machine."*

<u>Jonathon Karp</u> would never ever do that because it would be the *sine quon non*e of killing his social network. Anyone in the sorcery realm you approach, would always hear your noise. No one wants to socialize like that.

<u>Alberto Villodo</u> created his own noise machine independent of whatever the noise was after sometime in September 2021. The noise started with raised hands overhead. Then it went to a wind tunnel. He knows how to create a noise machine that is different from a Metatron-sourced noise machine. His own noise is a distraction and would be so minor and insignificant compared to Metatron that while we might think this has been overtaken or maybe dissolved or dismissed, it is not. It merely doesn't compared. It is too minor-league for Metatron but exists as some kind of base layers. Since no guide has removed it and <u>Alberto Villodo</u> himself has not removed it, it exists at a base level that we and he no longer hear, but he refuses to removed it because it is the only way he perceives that he can protect himself.

<u>Alberto Villodo</u> said, *"The noise is a loaded machine gun."*

<u>Pamela Chapman</u>:  In the USA, you have the right to bear arms, but you do not have the right to murder someone. You must know the difference and have a discernment of what to do with your loaded gun. Many people have guns merely for protection but they don't shoot them every day to prove their point, power or might. I'll add, it does not matter if the arms you have the right to bear are here or there. In any realm if we do not legal prosecute, then we will live in a lawless state because then everyone will take their agendas into the sorcery realm and kill each other, and then claim, "I don't know what you are talking about." Until we acknowledge that we are all real in real time, and we stop lying to each other, we will use this realm as an excuse to commit whatever crimes we desire against each other. We must stop this and prosecute to the fullest extent of the law. In Europe and our American colonies, we took the crimes of sorcery and prosecuted with capital punishment. We can't today in 2022 or 2023 turn the other cheek, otherwise we will be dead in the water, a goldfish turned on its side.

4:55PM 8-17-22  <u>Judge Colleen Hasting</u> agrees. This is exactly why we want this adjudicated properly in a federal circuit court otherwise all these individual lawsuits will not be fully understood by the attorneys involved. They will never piece the whole picture together in a way a federal case can.

Pamela Chapman
pbsch@pamelaj.pbs.net
mlron02-95-16

Alberto Villodo now says the tags don't mean a damn thing to me. Jerry Slocum gave him access to Pamela Chapman's awareness and that is his true power. The noise is purely posturing. Jerry Slocum with Jean Gorham are the base of his power. Now he is an errand boy for Jean Gorham who is the errand girl for Jerry Slocum. He's also the errand boy for Happy van Beuren, Kamala Harris, Mark Halpern, Carrie Crosson Gilpin, Tara Plochocki, and all of Kamala's Table. He delivered Pamela Chapman everyday also. Now, it the Thievery Ring Workgroup, Nola Ganem delivered Alberto Villodo daily, but by the end, he was merely Lahore, the drug dealer, and no longer the sorcerer-shaman.

Alberto Villodo might think he is as powerful in the sorcery realm as Jonathon Karp, but he is not. In fact, Jonathon Karp can make him look like a hack without sophistication. Alberto Villodo just don't operate that way. Many people, especially women all want to join Jonathon Karp's syndicate They are very attracted to him this way, and Alberto Villodo is merely a masturbation ring, a "Witch's Sabbath." Jonathon Karp is not. He is his own Kundalini master, but doesn't initiate anyone. One of the main differences between the two is that it appears Jonathon Karp's guide on the other side has more tools and more abilities than any guide helping Alberto Villodo. Alberto Villodo has said several times over the past 18 months that his guides are dead drug dealers. We can't tell.

Jonathon Karp's sorcery skills are sharp, acute and pernicious in ways Alberto Villodo's are not. It is the difference between San Jose State and Brown University, which is where the two men graduated from college. Jonathon Karp is also a CEO of a major publisher whose parent company is on the NY Stock Exchange. Alberto Villodo founded his own shamanic educational foundation and deals drugs out of East LA. He grew up in swanky Brentwood, CA. He has a PhD in medical anthropology but he does not publish or do research like his doctoral peers, and he does not teach.

He went the path of the shaman in Peru instead of the academic research path in California or elsewhere. The topics of research can include shamanic and socio-cultural ritual but he dedicated his life to shamanic sorcery practice and the selling of cocaine and other drugs instead. The men do not present here or there as social, educational, professional or sorcery-trained equivalents. At Kamala's Table, Jonathon Karp is a natural and Alberto Villodo became the errand boy of Happy van Beuren and Kamala Harris and Mark Halpern. He natural retreated to the group of his own people who were all the Harem women and the men seeking gossip, slander, harassment, abuse and revenge. He found his own people. 4:49PM 8-17-22.

Harry Gural replied, *"That is exactly what happened."*
It is important to add that Jonathon Karp had a real seat at Kamala's Table. There was a perception of Pamela Chapman that while Earl "Rusty" Powell III, Jonathon Karp's mentor in the sorcery realm was there all the time, he did not have a bona fide seat at the table. He is there as the sorcerer to assist and facilitate whatever Kamala Harris' needs are. Jonathon Karp is there is a different capacity. While the two men are very familiar with each other, Jonathon Karp does not report to him, even if he was mentored by the man. If anyone does, it is Justine Rudock, Bobby McDermott, Justin Romel, even Tara Plochocki. With Rusty Powell III, Kamala Harris and last summer

Pamela Chapman
pamelachapman@cox.net
860-460-5098 ch

rummaged through Pamela's house and basement looking for cash and did not find it. Kamala Harris punched open all the ceiling tiles in her basement looking for stored loot.

We add that Rusty Powell III has a degree from Williams College in 1966. He has a master's degree and a PhD from Harvard University in Art History. He replaced Carter Brown as the Director of the National Gallery, Washington, D.C. Carter Brown has roots in Newport, RI. His sister is still her. Her husband was a past president of the Redwood Library. Rusty Powell III has a house in Little Compton, RI and sits on the Board of the Redwood Library. At Kamala's Table and in the burgeoning Thievery Rings he is considered the expert at credit card and other forms of financial fraud. Last fall, Kamala Harris had initially set him up to teach Nola Ganem and Kristin McMannis credit card and other forms of financial fraud. He and Grenville Craig have a long association. The only real answer we got out of them was the Grenville Craig is a wiz at memorizing number strings, mostly through psyches. He seems to live in them. In exchange for whatever Grenville Craig taught Rusty Powell III about numbers and money, Rusty Powell III reciprocated but the extent is still unknown. 5:33PM 8-27-22.

Like a Celtic weave, you pull one string, and it all falls. Everyone is interconnected to the other which is like a large corporate case in the legal profession.

Alberto Villodo gave Alberto Villodo a reciprocity of favor to take Nola Ganem off his hands, now Alberto Villodo must do the same and free Pamela Chapman for Harry Gural. That zero sums that reciprocity of favor forever. I gave Nola Ganem something. She gave me something. Now we are done. All through and all done forever.

Nola Ganem claims she can take the noise away from Pamela Chapman. That is not the problem to solve, but she can't do it anyway. If she thinks she can she is mistaken. If she is posturing she did not learn it in the game – we don't teach that. It is her own misunderstanding. The noise is in the realm and must be eliminated altogether and then we will all feel better together and become quiet. Pamela Chapman's thoughts need to stop spreading like a radio wave frequency. Jean Graham is at the base of that. She is the human connection to the other side and Jerry Slocum must stop his incessant pandering to assume he will become Saul in the future. He never ever will. He is the stodge of this game with Jean Gorham. He was sold a false bill of goods and he just refuses to admit it to himself. He is terrified of losing out on the prize that does not exist. 4:15PM 3-24

Grenville Craig claims he never heard the noise before this past year and he is absolutely addicted to it. 4:17PM 3-23

*"I am Harry Gural and if Nola Ganem had an axe to grind with you it was that you were too close to Alberto Villodo as a sacred union but now that she understands from your teachings that a scared union is merely a reciprocity or relationship that meets in the 3rd eye, then she was completely misunderstanding of the kinds of relationships she was seeking with all the men in your life."*

She tried to chase Donald Jagoe when she was 27 and he was 57, and Jana Jagoe had to speak to her to dissolve that situation. She chased Alberto Villodo claiming it was good for her cacao flakes

Pamela Chapman
pmcchapman@gmail.com
101-aac-92-tr

business. She wanted to be a global sensation just like she perceived Pamela Chapman was. Then, she married Alberto Villodo, not once but twice. She tried to marry Grenville Craig over night, but it does not take because he cannot masturbate without his Twin Soul wife, and that is really what sorcery wives do for these thievery men. They keep you intimately tied to another to augment your thievery activities. They usually become your handler in the thievery realm. They do this partially by learning all your dirty secrets and triggers through psyche spaces. Not always but sometimes. You are told never to meet except here, and we'll say if you are able to cultivate an aggression in the sorcery realm, then you will find a release with each other sexually in the sorcery realm. This allows you an intimacy that helps you overstep your own boundaries and commit all sorts of crimes and other activities you would not otherwise consider, or you would parent yourself away from 4:23PM./ 5:49PM 8-17-22.

Andrew Parsons had 5 sorcery marriages, is living with Theresa Ferreira, formly of Cory's Lane Portsmouth, RI and currently presuming to work as a PAC-U nurse in Burlington, Vermont –note the commute—276.6 miles. He and his 7-year girl friend, Cathy Wicks, parted ways last summer, 2021, because well, she wanted to marry him in June 2022. He is not having a problem attracting women for intimate relationship, here, there, or anywhere. Is sorcery a turn-on to these women? Are they seduced by his power? By his leadership of balck magic? But it is not his leadership at all.

Harry Gural had 5 or 6 sorcery marriages. The only reciprocity of relationship that met him in the 3rd eye was Pamela Chapman. "*No other woman could ever replace or duplicate what she could do naturally, so there is not one other woman in this realm that can ever touch what she and I can do together. I never ever encouraged any woman to think or believe in a fantasy situation that I was their lover and they were my mistress. We never ever had affairs in this line of work, and it was not work for me. It was some path to understanding a reciprocity of relationship. It just took me too long to see what I refused to see before, but I wanted to get out of the Thievery Ring practice. Yet, the more I wanted out, the more I got in. The only way out is to be pulled out by someone close to you, and a reciprocity of relationship is about as sacred and close as one can get.*"

Harry Gural:  So Jessica Hagen, we had no affair. I am not in love with you, nor do I love you plainly and simply, nor did I with Becca Bertrand or Kathy Abbate or any other woman. If I need a date for reunion I know exactly who to call so no worries there either because we share those people in common. No one understood better than Susan Brewster all those skinny blondes never finished or went to college in the first place. We are all brunettes or something like that, at least at Wesleyan University, we didn't have skinny bitch blondes. No, we did not. We screen them out, but you can have an at athletic squad pester with long sandy blonde hair.  All the time. Wellesley College didn't have any of those either, so maybe that is why people like Harry Gural, and others are curious, but once forgotten,  they never materialize after that.

Joe Finns, MD claims, "*If you were a whore like the others, no one would have stayed and listened because whores do not talk like you do.*"

Thank you that is correct, and no one has any real interest in them.

Pamela Chapman
[illegible]
[illegible]

Joe Finns, MD claims, *"No one could get away from Bethany DiNapoli. At night, her conversations were so stupid and insipid to be comical, but she took them seriously. We think Christine Bush is the same. But it took Pamela Chapman alone one time to realize the Kundalini Crossing is a tag and chase game that culminates in some kind of sexual release. For the people who lived it yes, but we never put a name on it, and Pamela Chapman was kept from ever knowing anything, so it took a long time to know it, and these notes are invaluable because no one ever remembers what they say and no one can really refute them because who could possibly make up 2,000 pages of notes?"* **4:32PM**

## March 25, 2022

No one comes out at night when Pamela Chapman is asleep except for the people who really knew her, or those looking to crucify her somehow. Last night Lori Lantiere Johndrow wanted to know three things from Alberto Villodo. The first two were stupid and not serious. The last was about abortion. It was to make Pamela Chapman look really stupid. She wanted to really nullify any opportunity Pamela Chapman had moving forward. She wanted to destroy Pamela Chapman. Her whole family except for her was at Tom Hockaday's house, so the destroy and kill culture was embedded in her family. That is never a reciprocity. Pamela Chapman woke up and heard Lori Lantiere Johndrow say, *"She really wanted to destroy Pamela Chapman moving forward."*

The reciprocity was that **Alberto Villodo** claimed, *"I could not actually read that, and I want to know what was in it for Lori Lantiere Johndrow?"*

Lori Lantiere Johndrow said, *"The satisfaction of knowing I had destroyed Pamela Chapman."*

Harry Gural claims, *"This goes on all night long, and in the morning when Pamela Chapman is awake, it gets sorted out, but by then, most of the people are gone, or half shift to off. The other gives it wide spread attention, except the people who heard it the night before are not available during the day, and never hear the proper answer."* So, there are day people and night watchmen people. The day people have rational understanding and are reciprocal in hearing the truth of the situation.

Harry Gural said, *"This morning, I gave several reciprocities to people to understand why they wanted to destroy Pamela Chapman, and all I understood was that it was night time, and that is what they do at night. It extended to Alberto Villodo who was heal bent of destroying her last night but by the morning, he had a change of heart. Harry Gural himself has this quality whereby once the sun goes down he is a differ person and when the sun comes up he returns to himself. What is that?"*

Harry Gural claims he was trained to be a thieve by night, and a man by daylight hours. There is also the addition of energetic sound and the tag and chase games that culminate with sex. That is over by sunrise, and a new day begins.

Pamela Chapman
pamelachapman@cox.net
(401)862-9546

The tagging does not start again until early evening, possibly late afternoon, maybe 4:00PM it depends. If Harry Gural had been unconditioned to this pattern, he might say it really does not exist, but Pamela Chapman, will swear it is his exact pattern, so will his brother, sister and Emily Parsons and William Parsons. Don Jagoe noticed it also. Now, we are all in agreement that something happens at night that is different than during the day.

Harry Gural was trained to always only come out at night.

Jonathon Karp claims, *"He wasn't trained that way. He prefers that pattern of habit because that is how he stays in sync with all the others."*

If you sleep at night like Pamela Chapman does, you are out of sync with the people you need to work with. Pamela Chapman noticed that she has spent months spending the mornings until 12Noon cleaning up the mess by discussing the night before cleaning up. It takes until high noon to reach a conclusion regarding the night before. Then, you move on to the next day.

The sun must reach its apex or something like that. There is a name for the arc of the sun. Once on the other side, the day is over. The potentialities are gone. *"We now understand something you once wrote in Barefoot in Heels about the sun. We took it out because we thought it was stupid, and we failed to understand. We did that throughout the book because we are inclined to say we had no idea about anything, and we thought we were to f' important to understand anything about you."* Monique Burgess is saying this because Harry Gural is now totally your guy and not ours. *"We all thought we were having an affair with him, but Jessica Hagen really over did herself because she claimed he was totally hers, and did not understand what was happening behind the scenes."* She did, but she did not care because when he was with her she controlled him, and that is her pattern with men. **2:46PM**

Harry Gural understands the difference between day and night in the sorcery realm, and when people come out to play, tag, chase, and have kundalini, and talk and masturbate, and all the rest.

When Pamela Chapman is awake, she gives the reciprocity to say you had that all wrong. Here is the correct answer. She prefers to sleep at night. Our bodies need that. Pamela Chapman likes to work by daylight and sleep by nightfall, why is that?

Dark spirits come out at night, and do not like to see the light of day. The dark not want exposure in the light. Their quantum physics is denser, and can tolerate the darkness. Pamela Chapman prefers higher lighter vibrations of sunlight. It is a hertz vibration of less densities.

Spirits come out at night instead of the day. Why is that?

They never want to see their refection. When people die, you cover the mirror so the dead remaining don't see their reflections. *"They all wanted to be sure,"* they said, *"Pamela Chapman can't do a thing moving forward because she was outed as a being of higher vibration. They wanted to destroy your ace in the hole."*

Pamela Chapman
Philanthropist & www.net
info@www.net

They cannot, because any clear channel refuses to channel, and that is how they get around that. They claim, *"I don't do that anymore. I don't get any answers. That is what all the Akashi Record "readers" who are like psychics will have to say moving forward because the day, they had jobs and social lives, and by night they play Ouija board answers."*

Linda Plochocki claims, *"I do all my work at night. Harry Gural used to do all his work during the day. I moved him away from that. I held Harry Gural hostage until I entrained him to my schedule. Then we got along better. It took 2.5 years. Then, he was exhausted. He gained weight. Then, he took a year off, and stopped all of that until he figured out I would entrain to him and that is what Donald Jagoe and the Grenville Craig did with Pamela Chapman. That did not help. She could not get them off her back. She entrained them during the day. They did not entrain her at night. Now, she can't get them to stop following her."* **3:31PM**

## March 26, 2022

8:30PM Rachel Balaban just spent over one hour talking to Andrew Parsons, and Scott Steel was with us and we had a long conversation about IMC. Andrew Parsons has so much detailed information from Bethany DiNapoli and Dominique Alfrandre. He claims you have been so f'intrusive in the planning of the Capital Campaign process through Dorienne Farzan and we agreed to adjudicate a conversation. We both understand you had no idea of half of what was happening in the Capital Campaign because how the hell could you in the details that Andrew Parsons knows – I just don't. He knows all the juicy details. He said Grenville V. Craig claimed you knew all these details. *"I only know what the board was told,"* and he said, *"You overshared with Dorienne Farzan, but sometimes only once a year."* Rachel Balaban said, *"That does not account for anything."*

Here is what Pamela Chapman said:

*"These are all your insecurities IMC, and I refuse to take the fall for your own shortcomings your Capital Campaign is a mess, and you refused to let me come to a meeting, so I digressed and made up my own decisions."* **8:46PM**

## March 28, 2022

Pamela Chapman
pamelachapman@gmail.net
[illegible]

Last night, **Pamela Chapman** read out loud some notes form 11-3-21 from 1:30AM – 3:30AM. It was all about a sexual assault, rape, and an attack on **Harry Gural**. By the middle of the night, early this morning, there was a retaliatory brigade after Pamela Chapman for revenge for the reading of those notes. Simultaneously, her vaginal area was stimulated for over an hour or two, and then turned on and off, which is the signature of the Abbate family who, with the use of a wand like a pencil instead of a hand flick or a turn of the wrist, would turn on **Pamela Chapman's** understory.

Kayla/Kathy Abbate and Sean/Rick Abbate were at this every night in November and December 2021. They did it to avenge for the trees **Pamela Chapman** planted. The entire Abbate family just loved **Harry Gural** because Kathy Abbate did, and anything Kathy Abbate loved Kathy Abbate gets. It is said Rick Abbate will have a three–some or a four-some, or more, if that is what satisfies the wife. They wanted to have their house be the new ground zero of kundalini practice and host kundalini and masturbation parties, and make sure **Pamela Chapman** knew that **Harry Gural** and Andrew Parsons were there.

The entire neighborhood claims, *"If that is their intention, they can move right away. We are not that kind of neighborhood. Not now, not ever."*

You were unassuming and going about your business so quietly. No one knew anything about you. That was true until February 4, 2021, when everyone forced her into a global public square 24/7. The neighborhood says, *"We have no problem with you, and we thought you were the problem all along. It was you ex-husband, and we celebrated him, and were friendly to him, and rude to you. Don't worry so was Portsmouth Abbey School."*

Everyone took **Andrew Parsons'** side of the equation. Last night **Andrew Parsons**, **Carrie Crosson Gilpin**, and **Kayla Abbate** came. They said, "It really was Andrew Parsons who ordered the hit on her vaginal area, and told Carrie Crosson Gilpin the night before, when they were all in the caves, he had to have her stimulated at least one more time before they all broke up. **Alberto Villodo** told them all they'd only be there a short while, and he popped them all back out because it was Harry Gural who showed him how to move back and forth to the caves. **Pamela Chapman** actually freed **Alberto Villodo** once but that was when he was acting like a shaman and not as a monster which he became last July and stayed that way.

We learned every hat trick they all knew—that **Harry Gural** taught them—they all turned into torture on **Pamela Chapman.** But, just like **Alberto Villodo**, he refused to help **Pamela Chapman** even when he was charged with helping her, and even when he said he'd marry her, he refused to help her. She has no sorcery tools or technologies of any kind. She is a clear channel.

She had Jerry Slocum trade her like a bad pound of sugar for a pint of rum, and got himself intoxicated in the process.

Now we had to learn while **Pamela Chapman** slept that **Harry Gural** was somehow underlying responsible for the attack last night, but then again, all attacks since Nov 2021—and they happened

Pamela Chapman
pamelachapmaneverever.net
401-662-9510

every day and every night were from a Thievery Ring such that while one person can intend and another executed. It was all one pile simultaneously. They all took turns deciding who was responsible. **They are all mutually and individually responsible for all of their actions because this is exactly what they decided.**

Bethany DiNapoli claims, *"She had nothing to do with it,"* but she always wanted to be their leader and said, *"Ok, if I am responsible, I will pay,"* but the whole culture as Andrew Parsons says is, *"If I am in for a dime, I am in for a dollar, and if I am getting sued anyway, I want to play and make sure we really destroy her."*

He has said this repeatedly. It gives him permission to never stop because he says, *"I will pay anyway."* I will go down with the ship.

It is 11:11AM and her uro-genital system has been turned on since 5:30AM this morning. No one has the ability to really turn it.

All the abuse, and harassment has started all over again. They made sure to tell Pamela Chapman something about each of them.

Andrew Parsons claims, *"He will go to the nth degree to destroy the book, and make sure it cannot be published and distributed."* In this case, he too is Happy van Beuren.

He claims he must clear his name as a liar, but all he does is lie, so no one wants to hear it anymore. Then, David Johndrow started in with his lies. He is a copycat of Andrew Parsons, who is a copycat of Grenville Craig who copycats everyone.

Kamala Harris took Andrew Parsons because she claimed, *"He displayed character of one sort, but no honor, so he was an easy initiation."* It also played into the Kamala Harris mission of helping to destroy Pamela Chapman for Happy van Beuren. With no honor, they self-identify, and so did most of the women in the Thievery Ring Workgroup. Kayla Abbate is all about getting married to Harry Gural so she could give him to her mother. She would have been her mother's beard.

*"Yes, she would have just like Alish Abbate is the beard for Kathy Abbate at Kundalini Crossing."*

Is Harry Gural a man of honor?

He was at one time, but Barney Frank insisted he be stripped of that, so he could work with him. It also is a game to see whose honor can you strip and pass around your trophy or a medal of honor for yourself:   a capture and a kill. He had honor at one time. Now, he is seduced by these women and the sound of the kundalini train.

Pamela Chapman last night gave a really new perspective on the caves, Kundalini Crossing,  and the wind tunnel.

Then, Jerry said, *"You can't see Harry Gural for 18 months."* Then, they said, *"All the really large circles of kundalini you do are forbidden. All the Harem women can't generate them individually, but with practice they will."*

Pamela Chapman
pamelachapman.com.net
101-00-2-05-16