They say, *"I get to follow whatever you do,"* and <u>Pamela Chapman</u> says *"Your movements give me a headache, which will ultimately make me vomit,"* but they say, *"If you play I play."*

*"My movements are yogic and my own thing. They are never sexual."*

They can't understand that. All they want to do is masturbate. We don't masturbate in yoga class.

And somehow it was <u>Rick Abbate</u>, <u>Sean Abbate</u>, <u>Kayla Abbate</u>, <u>Kathy Abbate</u> and then <u>Jonathon Karp</u> and maybe <u>Andrew Parsons</u> who attacked as a knock in her third eye. They all said, *"They were making the hand motion of masturbation which is why she was pulsing at her third eye."*

<u>Andrew Parsons</u> and another tried to take her over at her 3rd eye by making circles outside of her eye. Then, they said, *"They'd do that to abduct Harry Gural out of her 3rd eye, and take him away from her."*

Do they not understand?

That had to be an <u>Abbate</u> for <u>Andrew Parsons</u>. It was the <u>Abbates</u>.

So, <u>Jerry Slocum</u> claims, *"You are never allowed to do anything like that in this realm. <u>Pamela Chapman</u>, they will hunt you down and torture you."*

<u>Jonathon Karp</u> said, *"I had to make sure I won the crown for <u>Ways and Means</u>."* And if now he wants to publish the book, *"It is to control it, and make sure it doesn't go anywhere."*

It has been over 6-8 hours, maybe 9 hours of destroying <u>Pamela Chapman</u> for what she read here, but she started reading it, and <u>Harry Gural</u> said three times, *"Keep going,"* and she did. If <u>Alberto Villodo</u> had stayed in the caves like he was supposed to, with these people, no one would have heard it. But, since they do this, they all heard it, and they take revenge. The revenge is on <u>Pamela Chapman</u> for their own action. So, <u>Pamela Chapman</u>, it is all just the same stupid insipid story of search, seek, and destroy <u>Pamela Chapman</u> and her book.

<u>Kayla Abbate</u> was ready to start reading the book here, and someone acting as a lawyer said, *"You'd better think twice, and three times before you do that. You are not the <u>Queen Bee</u> here as you were or hoped to be."* It is a public square global in real time 24/7.

<u>Pamela Chapman</u> is never a whore, a cheat, or liar. Yet, that is all they claim they will let her be. <u>Jerry Slocum</u> said, *"We want you to commit suicide. We want you to die. So, go ahead and die. We will all stand back and watch."*

<u>Amey Cardullo, esq.</u> said, *"You come straight to my office and ask for a restraining order on <u>Andrew Parsons</u>, and if I don't do them you go somewhere else."* And they played a game of chicken of will she or won't she.

Pamela Chapman
pmchapman@comcast.net
401-965-9530

*"If it is a game of chicken, I will win. I never ever crossed my own line."* <u>Andrew Parsons</u> and <u>Jerry Slocum,</u> who say, *"Go ahead and die,"* it is your manslaughter charge now because you are playing Russian roulette with me. *"You have no idea who I really am do you <u>Andrew Parsons</u>?"*

No, he told the entire world last night that <u>Pamela Chapman</u> is a frigid woman who is not very sexual. <u>Harry Gural said,</u> *"She is enough for me,"* and <u>Alberto Villodo</u> claimed she can be sensual here—it's a kundalini thing, so <u>Andrew Parsons</u>, if she is never that way for you, it is because you are an abusive man in an intimate situation.

<u>Carrie Crosson Gilpin</u> claims, *"I really liked him in the beginning, but I never have to tell him to go away, but we play all day in psyches."* Those Harem women all have routed around inside his psyche too many times, and know all his trigger points, and <u>Pamela Chapman</u> does not play that way.

So this morning they all gave 3-6 examples for <u>Kathy Abbate,</u> <u>Kayla Abbate,</u> <u>Rick Abbate</u>, <u>Andrew Parsons</u>, and <u>Carrie Crosson Gilpin</u> for why they are the way they are now, and why <u>Harry Gural</u> is the problem and never a solution for <u>Pamela Chapman</u>.

According to them, <u>Harry Gural</u> is the abuser who can't get out of the culture of seek, search and destroy <u>Pamela Chapman</u> and her book. Yet, he claims he will protect her and marry her. Now, they we are playing a game of chicken where they are forcing his hand in marriage to her, but not really, because the Harem women will steal him right back.

All <u>Harry Gural</u> does at night is move here, there and everywhere. The women are dying to do <u>Kundalini Crossing</u> with him every day and every night. Last night, she read he masturbates three times a day at 9:00AM, 12Noon, 3PM and then has kundalini practice during the day and at night 12midnight -6AM. Whose body can tolerate that?

It is all an over-stimulation and the sorcery realm music helps him and everyone entrained. **11:43AM.** She is so f'sick of all of you, and all of this.

<u>Cheryl Hackett</u> reminded everyone <u>Pamela Chapman</u> she had a huge circle of illegal readers, most of whom heard it out loud, and at that, no one cans say if it was a proper reading the way she wrote it or the way <u>Carrie Crosson Gilpin</u> re-wrote it to strip her voice of it. This was meant to destroy the book, her honor, her integrity, her skill at writing, and to make it impossible to be purchased by a Big 5, which was <u>Jonathon Karp's</u> team's objectives: make all the SVP in major publishing house read it so they cannot buy it.

When the time comes, <u>Pamela Chapman</u> will go to the copy center PDQ and get postcards made and mail you all one. She will tell you, *"It is time to pre-order your hard copy because you all need to have your hardcopy as the story of your life these last 13 or 14 months."*

<u>Jean Gorham</u> tried to make sure the <u>Abbate family</u> would never touch <u>Pamela Chapman</u>, but they could not because <u>Jerry Slocum</u> is always giving them a reciprocity to stimulate <u>Pamela Chapman</u>'s uro-genital region. It is a daily and nightly occurrence, just to get back at her for planting trees.

Pamela Chapman
pmchapman@mac.net
Informed Access

While I did not recount every story and example, it was an attack on **Pamela Chapman** with <u>Andrew</u> <u>Parsons</u>, **Carrie Crosson Gilpin**, <u>Kayla Abbate</u>, and her family after her sexually. Actually it was a character assignation, and a sexual assault. *"It was to ripe her apart from <u>Harry Gural</u> because <u>Harry Gural</u> had to move away from her 3rd eye"* they said, *"to figure out who they were after."* They are never after him, no matter what he does. It is always Pamela Chapman they will destroy, no matter what for nothing at all.

**12:04PM**


**12:26PM**

<u>Christine Bush</u> arrived Sept 22, 2021 to be a solution. She was still the problem even into the end March 2022. She also had married <u>Andrew Parsons</u>.


While taking a shower, it all came to her that her divorce was about honor and dishonor. It was a fight to the end of who could hold their honor, and who could dishonor the other in the worst besting war of them all: mental health and family unity. **1:52PM**

<u>Pamela Chapman</u> never sought to dishonor her husband in a divorce. In fact, just the opposite. She never said once what the divorce was really all about:  disrespect, abuse, lack of affection, lack of love, lack of proper self-care, etc. She just said, "Irreconcilable differences. That is the most honorable discharge in divorce. We shake hands and say we have children together, and we part friends until the end because of the years we had spent together, but respect that the years ahead will look different from the past.

He instead decided to play the dishonorable game of dishonor you, discredit you right to the end in the best besting game he could defend.

So, in the end, ten years later what we see from an omniscient perspective is that <u>Andrew Parsons</u>, once a man of the most honorable honor:  a marine corp. officer candidate, a USN medical officer, a US graduate of medical school, and alum of a boys school of the highest caliber, and a twice board-certified anesthesiologist, and always a father, and hopefully a man first and foremost, has no honor at all.

He has created offensive ploys to create dishonor for his ex-wife. He set forth to slander her in the ensuing years. He knew from his children she was writing a fiction book, and dared to say he must see a copy of it to discredit and destroy her as an author, a mother and a person. He quickly received a copy through his girlfriend's best friend's husband who had a liaison and understanding with <u>Esmond Harmsworth IV</u>. Sex was at the center of it all.

Pamela Chapman
pfchapman@comcast.net
InlandStudio

Then, the sorcery realm opened, and he joined with so many others to stalk her, to hunt her down and found no one. Then, he slandered her so badly that by the time he found Tom Hockaday's house they had all established a culture of destroy Pamela Chapman and destroy her book because if that book were to dishonor him, he had to win the besting game and dishonor her first and foremost.

With the 300 or so women and men who strode through Tom Hockaday's house, he created the understanding of the book, *Barefoot in Heels*, and with the help of Kayla Abbate, the neighbor who despised Pamela Chapman for her borderline crossing trees, and Jessica Hagen, a one-time better friend, they set out to say if she is not dishonored this way, or that way, we will all agree to say she has questionable mental wellness issues.

In fact, she had taken a path of transformation.  To say that this disgraced, dishonorable woman was a malcontent and an adulterer, a liar, a whore, a transient, then thy all misunderstood what happened when one's vibration rises. It seems the gap between she and they, grew wider. They all started walking on the other side of the street, and didn't want to know her. One-by-one, they all attacked her esp. IMC, a board she sat on, but that wasn't enough because her own Twin Soul disowned her and invalidated her own process. And so did Grenville Craig and Sandra Craig.

Tara Plochocki decided to play the Newport Kundalini Crossing game with Pamela Chapman's SS#, and an insult to her every time they wanted to play. You were never allowed to play unless you knew her, and had an insult about her for Harry Gural, a man she slept with in college. Then, to future discredit and dishonor her, they all called her,  *"A whore, liar, cheat, rag doll, who needed to be a thief, a woman who wrote a book they didn't like,"* but they can't stop reading over and over again. So, Tara Plochocki and her Thievery Ring worked to dishonor her, and so did Grenville Craig every f' day. He poured out so much information, and so did Andrew Parsons, and when it didn't look right, they made it up. Then in front of the entire world in real time 24/7, they disowned her, discredited her, dishonored her, and said she has no honor. She is a whore rag doll who should be disqualified from life, and certainly from being a mother to her children, which Portsmouth Abbey School had colluded with. Parental alienation doesn't even begin to define what happened to her. Even her neighbors all sided with the ex-husband. People who didn't know him, but her, sided with him. The entire world sided with him. All she did was mind her own business.

So, this is a besting game of the worst kind, and it comes down to honor. He needed her honor because he had none. He has no self-worth, and she has too much. So just like energy of abundance vs. lack and scarcity. IT is almost the same argument.

At the base of all of it, Jerry Slocum said, *"I take away your honor Pamela Chapman so that you are now my thief in this life, and in the next."* And she says *"Hell no,"* Then, he says, *"We play chicken or Russian roulette, You go right ahead.  I egg you on to destroy yourself."*.
**2:15PM**

Pamela F. Chapman
pamelachapman@cox.net
(617) 905-19

Andrew Parsons, Carrie Crosson Gilpin and Kayla Abbate felt dishonored this morning because she had read about their dishonorable acts on November 3, 2021, so they attacked Pamela Chapman to discredit and dishonor her instead, and say they are the natural Caliphate Nation leaders instead.

**5:28PM**

According to the **Tuning Forks**, Erin claims we got your ex-husband cold. It was your ex-husband stimulating your vaginal area and secretions. How does he do it? He has been taught by Carrie Crosson Gilpin and re-initiated by Alberto Villodo and now he can stimulate your vaginal mechanisms whenever he wants to. It is coming through **Alberto Villodo**. We completely stop this game and **Alberto Villodo** claims **Pamela Chapman**, you have more intellect that anyone ever gives you credit for, and if you wanted a job before, and no one thought highly of you, or high enough of you, then that was their mistake.

*"Ok. I go somewhere else now instead. Where will you go?"*

Marrakesh spice market for starters. Then, maybe swing by Cairo. There was an old library there at one time. It might be a rubble of stone by now but if I can do a stone rubbing or two I might learn something new. I heard there are green tablets there, and I want to see if I kiss it, if it is a blarney stone.

*"No, you are so mistaken. There are no green emerald tablets in Cairo. Try the Nile in Egypt instead."*

*"Ok, I need a Nile River cruise, do you do them too?"*

*"Oh, yes we do."*

*"Can you do a vegan diet?"*

*"For you, yes mama."*

*"Ok reserve a room for me on the upper deck or something like that. A suite, if I prefer."*

*"Do you need one to the Sudan?"*

*"No, I can hop a plane to Kenya, and go from there."*

*"I have an old buddy from somewhere there. Then I'll go to South Africa, maybe Botswana and then*

Pamela Chapman
PamelaChapman.com Inc
1-1-21 to 3/21/21

Your ex-husband has a special need to prove he is no liar and no thief, except he is so late to this party that he can no longer ever makeup for anything. He so overplayed his hand. There is no amount of evidence he can collect on so many topics now that will prove he is no liar and no thief. He did this to himself. How does stimulating Pamela Chapman's uro-genital region make up for this?

The conversation of honor and dishonor completely moved Jerry Slocum and Diana Slocum spoke out saying if Jerry Slocum does not get the conversation, his whole life is a hypocrisy because he always spoke about honor, so if you are Jerry Slocum you step doesn't immediately and he did—but not really. **5:44PM**

Harry Gural claims my mother is not my mother, but she is my sister. **5:59PM**

**8:55PM**
Andrew Parsons was popped out of what would appear to be a psyche by Pamela Chapman through her Tuning Forks because he was repeatedly soundly stupid and insipid like a 14-year old turd, and his son asked, *"Can't we please pop him out?"*

Carrie Crosson Gilpin said, *"I put him in a house of detention for his own good so he would not remember any of these conversations."* She did this in the caves. That is where she taught him how to stimulate Pamela's vaginal area. He had no interest in living in the caves but he claims it really is no problem now because he can talk to Carrie Crosson Gilpin psych-to-psyche and that is all he really cared about in the end.

So now he is leaving his psyche. Is he drunk to arrive there?

He was a little last night, but as long as he is not popped out, he doesn't drink more wine. Now, that he is popped out, will he drink more tonight?

No, because he his stomach won't tolerate this moving forward, neither will his daughter who will make sure he understands that he, you, William, and Emily will never make a plan together to do anything ever again because he made some comment about burying the dog today, and Emily said, *"I think you are mistaken."* Has he buried his mother yet?

She claims she does not really know. *"Ok., we know how to do that, Pamela Chapman says. The only thing we do together is a wedding."*

Stanley thinks Andrew is acting a little odd. Yes, he is, and he is. He is acting in a psyche detention center through Alberto Villodo.

*"No he is not."*

Pamela Chapman
[Pamelachapman@cox.net]
oxymilano.com

*"Does he now belong to* <u>*Jonathon Karp*</u>*?"*

*"No. Is it* <u>*Roger Kass*</u> *and a digibox?"*

*"Is it* <u>*Kamala Harris*</u> *Nation?"*

*"He still belongs. Does he get daily updates?"*

*"No."*

*"Is* <u>*Carrie Crosson Gilpin*</u> *his handler?"*

*"Yes and No."*

*"Is it* <u>*Nola Ganem*</u> *who is delivering* <u>*Caliphate Nation*</u> *directives?"*

*"We think so. She claims she has been talking to him all day, but does not want the responsibility."*

*"Who put her up to this?"*

*"Alberto Villodo."*

*"What is the message?"*

That <u>Pamela Chapman</u> is out of control, and if he doesn't stop her dead cold, we will all be dead by morning.

If she is the real leader, then he is so mistaken, and had no business leading us all into a dead end with <u>*Barefoot in Heels*</u>.

Now, that we know, he needs parental loudspeaker guidance every day, but nothing like <u>Nola Ganem</u> or <u>Carrie Crosson Gilpin,</u> he just needed love and affection from am partner. He just didn't know how to be a reciprocity, and a non- abuser, so he is now alone.

<u>Alberto Villodo</u> had no idea what he did this morning. *"I thought I had delivered a directive that said, 'Stop all your fussing and just pick up the pieces."* Now, he picked them all up with alcohol and <u>Carrie Crosson Gilpin</u> said, "That was not all because once <u>Pamela Chapman</u> yelled at him like she was his drill sergeant, he said, "*I have no idea who she really is, and if I am that man, than I am truly off kilter. No one will ever bother to tell me who I really am now because all I did was threaten her, and confuse myself of all of the real facts in this case which seem to be that she was not the woman for me, nor was I the real man for her. But, she may never know if* <u>*Harry Gural*</u> *is for her or against her, because we all worked so hard to destroy that opportunity, and I did my best to be sure they could never connect, and now that I can't connect with her, I connect with him, and* <u>*Carrie Crosson Gilpin*</u> *rarely connects with anyone at all. Yet, she is saner that all of us put together so I have no*

Pamela Chapman
pamelachapterbooks.net
Instanct.rt

idea who she really is at all, but in the end, she will publish and that will be the end of all of this. I can't believe she can type 1,500 pages of dialog and not make it a book. Now, I stop because I am transforming into a blob of melted down butter. **9:11PM**

**10:06PM**

Cathy Wicks has a pdf copy of *Barefoot in Heels* on her home computer, and so does Kayla Abbate.

Harry Gural had no sorcery technology like a periscope or viewfinder to see anything. He could not distinguish Alish Abbate from Kathy Abbate, the mother, nor Whitney Hagen from Jessica Hagen, the mother. He watched all the women for a long time in his sorcery periscope When did that end?

Harry Gural: I stopped seeing in mid-August in the periscope, and when that happened, I was doomed. I was transfixed in psyches and trance states and couldn't figure out where I was or who I was with.

Who did that to you?

Harry Gural: I think Jessica Hagen, Nola Ganem, Whitney Hagen who was Jessica Hagen, Kathy Abbate, Alish Abbate who was Kathy Abbate, Becca Bertrand, Bethany DiNapoli, Monique Burgess, Kayla Abbate.

Alberto Villodo took the sight away. He just wanted to see what would happen and Tara Plochocki said, *"Ok. because she could see it all, anyway."*

Harry Gural: Tara Plochocki actually told me nothing.

Did you rely on her, ask her to identify? Anything?

Harry Gural: I don't remember I spent too much time in psyches where I could not remember anything anyway. 10:22PM

Tara Plochocki: If he asked me to identify anyone, I would have told him it was his responsibility to know how to identify someone.

Was it your game too Tara Plochocki, a perfect collusion to see what would happen?

Tara Plochocki could care less about what happened to Harry Gural, and only Pamela Chapman ever cared to discover anything.

Pamela Chapman
www.laphamfront.com
Image 2-03 In

*"I am Jessica Hagen, and I could care less about your stupid husband because everyone now asks me, how could you have aligned with Andrew Parsons?"*

I said, *"Well, I never, but I did, and I had such a good time doing it all that I could care less. Now, that I am moving I will always remember that you and Harry Gural are so important that you are never to be underestimated. Yet, you are so isolated, it doesn't matter, anyway."*

*I need a new body shop. I need a new chaise really. I'm thinking Phuket… to ride the elephants of course…*

Without Tara Plochocki, these women put you in trance states and over played their quarters in the slot. They didn't leave on time, and you had no control over the time clock, so if you didn't meet someone, it was because someone before you manipulated you. To avoid that, Tara Plochocki had to manage the flow of people in and out, and when she was gone, there was no management, no control, and you were set up too many times for a fall because they manipulated your psyche or put you in a trance state.

## March 31, 2022
### 9:21AM

Bill Martin and Tom Hockaday's house is formally and officially closed for business, and all the relationships that were formed there seem to be the source of all this friction and this Hate Crime. *"We had no idea what everyone was talking about, nor did we overly monitor what people were doing. We did create a space so that if people needed to sooth themselves, they could in the company of another. We did not create doors for all, but only some of the people who came through there. It was random at first, and then not at all. Kayla Abbate was never a Queen Bee."*

Kylie McCullough, if she partnered with David Johndrow, then Kaitlyn Johndrow had some special privileges where we said we would speck to Trudy Coxe on her behalf because she wanted a better position. Everyone wanted to be in fundraising after Kristin McMannis got going. No one understood proper fundraising, so you can't expect a position, if you did. If you were not there, they all colluded with each other to keep themselves in those positions and people like you out. It's a form of discrimination. We had no idea what Kristin McMannis was doing with the software from the banking industry, until it was too late.

It is not the same software Gina Raimondo uses and so does David Ciccilini. That software is like an IRS reveal of your financial abilities. If Kristin McMannis had the opportunity to use one through

Patricia Chapman
patchapman@eys.net
[illegible]

US Trust, then Tom Hockaday was doing something similar to us. Yet, he did not yet have a defined set of members. He was screening applicants in the 1st level of the game, and both Kristin McMannis and Andrew Parsons immediately worked to jump to the 2nd level of the Game. The rest remained as candidates for an up and coming Thievery Ring. They masturbate by night and worked by day light. Kamala's Table sent Mike Fernandez, Paul McGreevy and Pamela Dorman the to observe and report back.

*"Did you all know you were working together?"*

*"No, they did not."*

*"Did you know about the Book Committee and the Redwood?"*

*"No."*

*"Did you know about the hospital?"*

*"Yes."*

**4:28PM**
Kristin McMannis is so full of herself for having succeeded in financial harassment and financial domestic abuse that she asked Jonathon Karp for a promotion in his Thievery Ring. Pamela Chapman thought in October 2021, she was to train and work directly with Rusty Powell III. This was an arrangement with Kamala Harris. She was trying to work with Tom Hockaday, but no one knew who he worked for.

The federal court does not protect married couples.

If Tom Hockaday and Bill Martin were married, and they are not. They live together and they confused the community. Everyone though they were a committed homosexual couple. They are not. Bill Martin has a gay lover. Tom Hockaday is not gay. He has a female kundalini partner, Jennifer Klemmer. She is married to Anthony Klemmer who worked in Boston. Then, arrived as the Development Director at Portsmouth Abbey School where he is an alum. Now he is the founder and president of his own educational nonprofit. According to the IRS 990 form, he earns a handsome sum.

Tom Hockaday is presumed to have $20 million in assets. Bill Martin, a former bank examiner is said to have $10 million. They have bought, renovated, flip 22 houses together.

Bill Martin said he could no longer look you in the face because he taught Kayla Abbate how to shake you awake into this realm on February 4, 2021. Pamela Chapman and Bill Martin sat on IMC's board of directors together.

Pamela Chapman
pmcchapman@cox.net
401-862-4946

<u>Bill Martin</u> said, *"We went to see Kamala Harris to say we need to more this group. Where could we go?"*

She immediately said, *"I'll take care of it, and somehow released half, and kept half in another space in the caves."*

<u>Kayla Abbate</u> said, "They were all the individuals who seemed out of place and had no partners in. Probably 60 people were saved, 100 let go.

<u>Bill Martin</u> continued, *"We went to Kamala Harris because, that is who we go to when we get into trouble. We report to Kamala Harris and never Jonathon Karp. We never deal with Rusty Powell III, and Richard Neal—never. We heard Harry Gural's name once or twice, Tara's Potoski's name a few times. Wendy Schmidt is never a name you want to know in Newport because she can be a real snotty woman who never will give you the time of day unless she is instructed to do so. She is a real errand girl for the others despite her wealth and accessibility. We met her once or twice in Newport."* 9:39PM.

*"The people including the ex-husband, Andrew Parsons, were all collected, screened, groomed for what was to come in May – June 2021 so that the Thievery Ring people all knew how to play Level 1 of The Game. If they were not picked up in June 2021, they wanted to be picked up as second generation Thievery Ring people. All relationships were pre-formed between Sept 2020 – April 1 2021."*

<u>Harry Gural</u> now knows <u>Tara Plochocki</u> trained <u>Nora Deidrich</u> to be a lapdog for <u>Dominique Alfandre</u> through initiating her into a practice she calls *Nomenclature II* aka *Top Dog* aka *We Free You* and you take another to replace the last one (At Level 5, you kill somebody. At Level 6 you find your own replacement—you advance to more complex project). <u>Nora Diedrich</u> attempted to replace <u>Dominique Alfandre</u> with someone else. She never ever did, and <u>Dominique Alfandre</u> replaced herself with ND never happened. *If they each had a copy of the other's psyche, they would then compete with each other to see who would become top dog.* That is the idea. You each get a copy of the other's psyche, and then you quickly figure out who will be in charge of the other.

<u>Harry Gural</u> had to play this with <u>Bobby McDermott</u>. <u>Tara Plochocki</u> did that to <u>Dominique Alfandre</u> and <u>Nora Diedrich</u>. It didn't happened to <u>Bethany DiNapoli</u> because she would have then gone head on with <u>Dominique Alfandre</u>, but <u>Dominique Alfandre</u> and <u>Nora Diedrich</u> got too involved with each other. They weren't managed properly. We had no idea who we were really dealing with, and no one really understood the game because it was not the standard fare, and you get caught in the cross hairs, and can't get out.

We want *Pamela Chapman* to be freed because she does not belong in this game, and you could not possibly have known any of this. *There was no one in the regulatory administration in Boston that didn't know the game, and didn't know the rules of the game.* and no one knew you and Jagoe were together in a space, but they were not *"together"* because if <u>Jana Jagoe</u> knew, *"She would kill that guy,"* is what they all said. He would say the same, *"Afraid of that women."* <u>Andrew Parsons</u> and <u>Jana Jagoe</u> have similarities.  10:15PM

Pamela Chapman
pmrchapman@comcast.net
800.805.5554

1712

### April 4, 2022
**5:17PM**

According to <u>Joe Fins</u> who has read Gilgamesh, and <u>Pamela Chapman's</u> research that says <u>Samuel</u> is St. Germaine and <u>Saul</u> was St. Paul amongst other things,

> <u>Samuel</u> was Gilgamesh (Giant) and <u>Saul</u> was the king who dies in The Big Book Story
> In Jerusalem at the fall of the temple, David takes rule of the people of Israel,
>> He slays Goliath (<u>Samuel</u>) and Saul falls to his death after 2 years because he fails to be fit for the people of Israel, and young David fights and wins instead.

> In David and Goliath, we had 5 stones to kill the giants:
>> <u>Samuel</u> – St. Germaine
>> <u>Saul</u> (Samuel + Kathume) – An amalgamation of Kathume, taunts and curses God himself; ruled for only two years, then died in battle
>> <u>Beatriz</u> (Kathume+ Samuel)– as noise and harassment until he falls
>> <u>Jerry</u> – The father of <u>Pamela Chapman</u> who would be <u>David's</u> Father
>> <u>Michael Harner</u> – 5th level guide who took over Myron who downloaded everything of Myron to become Harry Gural's father

<u>Joe Fins</u> thinks, <u>Pamela Chapman</u> you are <u>David</u>, and our father is <u>Jerry Slocum</u> who is Nester, a person of interest in Hebrew Nation politics.

<u>Harry Gural</u>, you are <u>Samuel</u>, so you always rule and win, and you are <u>Melchizedek</u> who always has access to <u>Melchizedek Café</u> information.

<u>Saul</u> is <u>Goliath</u> and <u>Gilgamesh</u> and a 7-headed dragon who must fall by some sword, rock, oil slick, a Big 5 publisher, or some such weapon, and <u>Pamela Chapman</u>, you use intellect, but must now slay by some mastery of a simple tool.

<u>Pamela Chapman</u> asks *"What do I pick up?"*

How about circuitry of energy:  the use of heaven and earth together that slays these dragons? Never before created the fall, astrology numbers, and noise—always there. The removal of these creates peace and prosperity for all.

> *"The pen is mightier than the sword,"* I wrote this.

> <u>Beatriz</u> said, *"The key to my aura was a penknife."* She held it, and destroyed me with a pen knife. She could not read, wrote or think.

1712

Pamela Chapman
pamelachapman@cox.net
[617-626-7474]

My tool is my pen, my notes, my writing… She wrote it, typed it, edited in front of everyone It didn't stop her. They all said we will plagiarize you and prevent you from completing the work.

I killed <u>Saul</u> with my own sword of intellect, a pen. I slashed, tore open, bled and tripped like none before. They laughed, they chucked, they cried out, they howled they could not believe their own words of wisdom. They sunk their own battleship. They didn't have the right fuel. We fly jets. The pen is mightier than the sword. Not once but twice, and if once, twice, than thrice like never before.

<u>Beatriz</u> is a composite/amalgamation of <u>Saul</u> and <u>Samuel</u> together. Not a real soul and has the structure of <u>Saul</u> who is a dreidel – Fall of the Second Temple story…

<u>Pamela Chapman</u> is <u>David</u> because she is a Divine seer, clear channel – that is my tool of choice, <u>Melchizedek Café</u> yet—don't forget the penknife, don't forget your sword.

<u>Pamela Chapman</u> is killing with information in the digital age of technology. Learning and writing by digital words. *"I type words and a page, and then slay <u>Saul</u> with his own information…"* It is just like hypnosis: they give you their own answer themselves. I just write down or type what they say. Except, <u>Andrew Parsons</u> claimed, *"I won it big, I won it all because while you spent years writing a book of fiction, you wrote, and I spoke, I got a bigger audience as at once. I destroyed you the best of all because everyone heard it in real time."* Except, *"I wrote it all down, I only type it up, and send it to a publisher, and for the next 2,000 years before the next I create, or The audience jails us, will all read and study our own humanity because it this is a similar theme to The Yellow Wallpaper, and Their Eyes Were Watching God, but different. It is also to Shakespeare and Plato, and all the other great minds that came before."*

*"I wrote it all down because we do not remember your words at all. We just remember how you made us all feel, and we do not think you have any real leadership skills at all. Because as a person of intellect with a pen I can walk into any room with any tool, and I can answer the questions and I get you to self-reveal, and <u>Andrew Parsons</u> and crew, all you do it beat people up with fraud, manslaughter, harassment, slander, and sorcery tools, including torture. You have to murder me. All I have to do is write it down, and it will exist for the record, for the ages, for the Federal US Circuit Court."*

You said, *"You wrote, and I spoke, and I got the last word in."*

*"No, <u>Andrew Parsons</u>, you spoke and I wrote, and I got the last word in –in perpetuity did I get the last word."*
**8:28AM** August 14, 2022.

For <u>Pamela Chapman</u> to win with my Israeli army for the kingdom of Israel, I slay Goliath who is <u>Simon & Schuster</u>/Jonathon Karp, who is the <u>Redwood Library</u>, <u>Nancy Graham</u>, <u>Carrie Crosson Gilpin</u>, <u>Kamala Harris</u>, <u>Hope van Beuren</u>, <u>Alberto Villodo</u>, <u>Andrew Parsons</u>, <u>David Johndrow</u>, <u>Grenville Craig</u>. I must publish or perish.

Pamela Chapman
pfm-chapman@icloud.com
ledano2o45in

Saul sends <u>David</u> or <u>Pamela</u> into hiding for several years (already have been there for the last 10; book has been done or 7 years.) Only after <u>Saul</u> is dead can <u>David</u> slay the Giant, Goliath.

Troy and *The Iliad* and *The Odyssey* are stories similar to <u>Big Book Stories</u> after all.

Atlantis
Noah's Ark (Turkey)—New root race, after the flood.

<u>*The Tales of Gilgamesh*</u> – somewhere in 7 days (Not Samaria, not Turkey. It could be Old Persia) Troy (western Turkey) and the Greeks: The Journey of the Odysseus
*1250 – 1100BCE*; terrible drought (famine), clay tablets.

<u>1177</u>, Invasion of Ancient Egypt. Down went the Egyptians, Babylonians, Mycenaean's, Minoans. Scholars suggest the events described in the <u>Iliad</u> (destruction of troy and <u>The Odyssey</u>) pertain to the period.  Lots of sling bullets (How they killed Saul.)

The fall of the temple was <u>Saul</u> to <u>David</u>: <u>David and Goliath</u> a Hebrew Story every child knows,
      David slayed the giant with a pebble be found in the brook, one of 5 stones = 40 Days

<u>St George and the Dragon</u>

The Tales of Newport Proper: The Pen and the Sword

<u>St. Michael and the slaying of the 7-headed dragon</u> at the end of the world in St. John's Book of Revelations

*<u>The book of Daniel</u>*

*<u>Chronicles</u>*

*<u>3Enoch Stories</u>* – <u>Saul</u> and <u>David</u> fall of the temple.

<u>The King James Bible</u>- Does that mean we took all the old clay tables, hieroglyphics, and stories and put them in the Old testament. The Dead Sea scrolls are not fully researched. They old stories, politics, and language and combined, but much never made the bible and the Hebrews have as many other books outside of the Torah for study.

The Hanging Gardens of Babylon—the archway to the opening to the lower realms to arrive at a Celestial temple. You must go down into the lower realm through an opening in the earth—this is Classic Shamanism to move upward to the Upper realms. Not everyone can arrive.

https://archive.archaeology.org/0405/etc/troy.html

Patricia C Bowman
[illegible]
[illegible]

Homer took for granted that his audience knew a war had been fought for what was alternately called Ilios or Troy. The bard was mainly concerned with describing the wrath of Achilles and its consequences. He used Troy and the war as a poetic setting for a conflict between men and gods. From the archaeologist's point of view, however, the *Iliad* can be interpreted as a "setting" in an entirely different sense. One may see Homer or his informants as eyewitnesses to Troy and the landscape of Troy at the close of the eighth century B.C., the period when scholars generally agree Homer composed his epic.

https://www.chabad.org/library/article_cdo/aid/5390120/jewish/How-Did-David-Defeat-Goliath.htm

Dreidal, The keys, the arch way – all very Hebrew Nation, but it was the last fall of a temple…

https://www.haaretz.com/archaeology/.premium-1177-bce-the-year-civilization-was-destroyed-1.5350507

Cline, 1177 BC The Year Civilization Collapsed.

### April 5, 2022
**3:48AM**

Bethany DiNapoli claimed, *"Pamela Chapman said some awful things about me."*

Her husband, Chris DiNapoli, finally stepped up to take her out, but it really was Alberto Villodo who tucked her away, and spoke on her behalf, as he did for everyone including her ex-husband.

Chris DiNapoli said, *"If this is really a Big Book Story and it appears to look like one, then the US Federal Circuit Court will just laugh her away from these lawsuits. It is the fault of the gods, not the humans. These stories are humans, gods, guides, and giants, monsters, beasts."*

We don't really think that because the humans were at fault. They did some awful things to Pamela Chapman. It was a community-wide hate crime with multiple crimes of sexual assault, physical assault, harassment, slander, gross misconduct, and too many exclusionary Whitey-Tighty games that people like Bethany DiNapoli oversaw and spread like a California wildfire.

Chris DiNapoli said, *"Pamela Chapman should stop typing because she and Pamela Dorman have already discussed this back in August 2021. So, you see ladies and gentlemen of the jury, no one was paying attention. They were all too busy harassing and torturing her."*

Becca Bertrand started using the name Rebecca Rex. Roger Kass became Rupert Nesbit. They are a Twin Soul pair. Rebecca Rex's older sister in this case then is Kathy Abbate, who went by a different name because her husband said she can't play The Game anymore because of an upcoming lawsuit

Pamela Chapman
pm.chapman@cox.net
jej-en-iej.jp

being filed by **Pamela Chapman** against the entire family except for maybe the name the mother took, <u>Alish</u>. So, **Kathy Abbate** took a different name to say in **The Game** to confuse the federal circuit court of her participation. She would never be found out this way, and that way she would never have to pay to play, or so she thought.

Why is **Pamela Chapman's** understory over stimulated at the moment in a sexual assault?

Because **Jerry Slocum** said, *"We could do it for the rest of your life. We think we are entitled to harass Pamela Chapman repeatedly every day and every night for the rest for her life. That is why."*

So, through **Jean and Jerry**, they have trained so many people to be harassing abusers and thieves. You will sue them all **Pamela Chapman** for 88.5% which includes the fee **Tim Hollister** will charge them because they all agreed upfront to pay his fee, which will be at 13% - 20% of their 88.5% settlement. You will sue them all equally because tonight was another game of tag, search, and destroy but on a larger scale in front of the entire world.

It was a physical assault and a social outcast attack on **Pamela Chapman** who did absolutely nothing to deserve this. After yesterday uncovering who Saul and those others really were, they have respect for you socially, nor do they respect your intellect.

<u>Jerry Slocum</u> thinks Lucifer is <u>Saul</u>. This means **Jerry Slocum** aspires to be Lucifer himself and <u>Jean Gorham</u> is Lucifer's right hand person, but as a <u>Twin Soul</u> it means she is Lucifer also. Together they are Lucifer or <u>Satan</u>. They say <u>Satan</u> is a collection of sols that belong to Metatron noise. Some writings suggest that Lucifer and Saul are both fallen angels, which puts them in Metatron Kingdom where the noise originated from. It is where souls rest upside down with their 3rd eyes completely blown out. They can neither see nor hear, but they vibrated to the noise of Metatron.

Metatron enters the guiding realm and that of the dead every 2,100 years when a particular Star Gate of astronomy of star constellations opens. This opens all the realms to each other. Metatron Kingdom is at the center of a geometric solid of these constellations that is extremely complicated and complex unless one is an expert mathematician in the calculus of solids. When the Star Gate closes after about two years, it is a real challenge for the Guiding realm to push Metatron back into its Kingdom. You never push nor pull. They cannot actually be pushed back. But they leave. It is always a challenge to decide in the Guiding realm when to try and close themselves off. How do they close the realm, a and when do they do it, and who gets to decide?

<u>Melchizedek</u> always gets to decide. But who is <u>Melchizedek</u> in the realm?

No one. The human <u>Meclizine's</u> must take over, and <u>Pamela</u> and <u>Harry</u> belong to <u>Melchizedek</u>. Without <u>Melchizedek Café</u>, the entire Guide War is a hit or miss of attempts of, *"What do we do now?"* <u>Melchizedek</u> gives you the tool to close the realm. Then, you must execute it.

Pamela E Chapman
pmechapman.essays.net
tel no: 2-45-16

Yes and No. The humans that can close the realm have guides that belong to other realms, i.e. American Indian, Shen Masters. These humans can use energy medicine or whatever they call it to close the realm with them.

What happens when a victim dies? The target of the noise goes away. Perhaps it is the noise that stimulates them and energies them. When the victim dies, there is no longer a noise target and they run of juice. For humans, it is natural kundalini that makes them feel alive and for Metatron, it is the noise that keeps them alive. One is of the light. The other is darkness. Jerry Slocum from the start said he never wanted to escort Saul to the other side. It was too dark. He was afraid he would never get back over again.

In past Big Book Stories, the realms do not close until the victim dies. So, if Pamela lives for 20 years or longer, then the realm stays open that long and d\she is exposed this way.

Stanley Chapman now says we might have made a mistake saying we will clear the noise up in the end. We need to clean the noise up first to remove them. If there is no noise, they have no transport vehicle, no oxygen to breath with, but they think nothing for stealing or riding in on Pamela and Harry's kundalini energy, and then they fill her with noise, as if she is ever going to entrain to that noise. Not now not ever.
9:18AM 8-22-22

This also means Tameen's guide is never going to stop vibrating with the noise. Instead of sitting in a group together as a psyche and communicating that way, as the human Thievery Ring people do, we think it is the noise that binds them together. Noise can't bind, but it can entrain. Noise is there like the atmosphere, like oxygen, like kundalini. It just flows through them, not from them. Alberto Villodo played that way also. When he could not find Pamela Chapman he turned up his vibratory noise. There are not numerous nose machines. There is only one noise. It comes from Metatron. It can be turned away not turned off. Melchizedek Café gave Stanley, Erin and Macklin a new tool. It has to do with closing the realm. It is the best way to go at the moment.
10:01AM 8-22-22

Jean Gorham claims, "*Pamela Chapman sounds like she is going to vomit. This always happens when they do this to your vaginal area.*"

"*Yes. The sexual assault is connected to a strong desire to vomit up everything in your stomach which should be empty. It is not a reflex at all. It's not vertigo. It's an intuitive intelligence system that says, "Something is not right."*"

All of this writing is a court documentation of everything you all confessed to doing to Pamela Chapman and what real time looked like for months on end. It was the same thing over and over, and no matter that legal recourse was mentioned, it never ever stopped anyone. Rick Abbate claims it stopped me cold, but not my wife, Kathy Abbate. Kathy Abbate became Hilary Rodham Clinton to say and someone else took Madelaine Albright's name.

Pamela Chapman
[blacchapman@cox.net]
10/10/2019 pm

Kathy Abbate took her daughter Alish name at Kundalini Crossing to get more time with Harry Gural. She took Kayla Abbates' name also to confuse her own participation here so her husband would never know, and her guilt in a court of law would be diminished. She has two strikes against her legally already. She did not need this one also.

*"Kathy Abbate, you will pay for this. I am Gina Ross and I can't wait."* Gina Ross took out a restraining order on her. *"You, Kathy Abbate are so f obnoxious. You will have at least three restraining orders in your adult parenthood years. One from Killingworth, Connecticut. One from me, and one from Pamela Chapman, but now you are part of a bigger harassment and abuse case of such gross negligence, and the lawsuit includes her husband, her daughter and her son. That's the spin Kathy and Rick put on it. That is the family culture."*
**4:30AM**


**9:13PM**
Pamela Chapman asked Erin and Macklin to look up a few astrology asteroid numbers because in order to take out Saul by the summer solicited, she would have to slay Goliath. To do that, David had to sling a pebble in the right eye of Saul the giant.

In astrology, the right eye of the Bull of Aldebaran, belongs to the warrior who is Archangel Michael, one of the 4 horsemen of the sky. It is on every US Dollar bill. Is it a metaphor for the 3rd eye?

She asked Erin and Macklin how would you do that?

After some discussion, they decided that the guides all have one eye. So, you'd take out the 3rd eye. They started looking up astrology numbers. It was Samuel, not Saul, and Ajax the Giant they charted. When they used the number 3527, they found pay dirt it is a desert of scarcity and lack.

We leave in Harry Gural because he is a destiny of importance that makes Pamela Chapman melt without even naming him. She just melts away, just like that. Don't tell him. He might get a big head, and what if I don't really like him in this life time?


No one can figure out who is who until sometime has past because we all need perspective on the story, and someone recommends Pamela Chapman just write up a story and then do some research and fill in the rest. We talked to Bill and Melinda Gates, Jimmy Carter and his son and wife, and Bill Clinton, and Martha Cummings and Natalie of South Africa (and now, Palm Beach). We spoke with Queen Noor, Jared Diamond, Dan Brown, and a whole group of Hollywood stars. We had some really good conversations. We spoke with Shelley Obama, and Jenna Bush Hager and so many people we can't even begin to name them all including all those senior senators and senior

Pamela Chapman
pam.chapman@yahoo.com
203.641.2808

congressmen and politicians in Washington, D,C. Trudy Cox thinks we might have a plan for financing the Breakers moving forward. We loved Gretchen Carlson and all her New York Media elites. They saved us and taught us with Ashly Judd how to write it all down. **9:39PM**

Ajax is a giant after all but we don't yet know who he is in this story. Newport is neither Troy nor Washington, D.C. We do not yet know where it is. Putin is in the process of destroying the Ukrainian capital and cities, and could be destroying all democracy. Other governments, too, are moving out of democracy rule toward authoritarian rule in areas of the world. It started on March 1, 2022, the Russians attacked Kiev. It is the Saturn return of the Martin Luther King march on Washington DC and the LA riot, unmistakably.

Those were race riots and Kiev and the Russians are not about race, they are about the protection of the southern Russian people against authoritarian rule. The elections in Europe and the area are facing new challenges with their candidates, their shift in the electorate, toward more authoritarian rule, or the incumbents refuse to leave and implement policy to stay. *"They refuse to accept that the people have self-determination"* (Hillary R. Clinton).

You and they have the same idea. If you can't remove the cause, then you scream and shout as loud as you can until you are heard by the people of the world. That is correct. That is what the US is doing to help. We are not sending troops. We are hearing what they are needing, and trying to accommodate the people (that is not what is happening). Melchizedek claims, *"You can't accommodate them all, but we try."* just like we said, *"We can't save all of South Africa, we can only help them one-by-one."*

Carrie Crosson Gilpin has so much uncertainty because she and Andrew Parsons have no relationship plan of protection together. She and her daughters and her ex-husband are not as close to her either. It happened on its own merit. She is no longer connected to *Andrew Parsons*, they got divorced—but not really. Now, they have no special connection to each other anymore.

Cathy Wicks claims, *"It is his own fault. He deserted me in the process of trying to best his ex-wife. He left me for the opportunity for revenge. I want to recuse myself from the story."*

But, she has overlooked the fact she and Andrew Parsons had a date with destiny. Without her, he does not get a stolen copy of the book, *Barefoot in Heels* through her best friend's husband, Michael Holt Massey III.

We are the Native America Sioux Indians with Robin from Newport, we can't work with noise at all. It would never touch them at all. They would never feel it. Their Native American tribes have held space for them that pushes them so far back in the realm as not to really become involved in the sorcery technologies unless it is to protect themselves. *Bury My Heart at Wounded Knee* doesn't even

1720

begin to describe the massacre that happened to our people. <u>Robin</u> can't even begin to explain.  It will make her cry her eyes out but she and I will carry on the traditions of our people long after we are dead, and we will never ever understands why no one protected <u>Pamela Chapman</u> in this story. Once the temple fell, she was never protected after that. <u>Harry Gural</u> had to push her , and it took all this time- until August 2022. She could not get through the filter of the Celestial temple. He is still working on it with her.

<u>Juliette DiNapoli,</u> Jana Jagoe II (the daughter) wants you to known, *"You are not a whore. We just like to call you that so we can feel better about ourselves. She and her mother are just is looking in a mirror. It is how they feel about themselves."* **11:48PM**

## April 6, 2022
**2:56PM**

While at the hair stylist today, they all quieted <u>Pamela Chapman's</u> hearing significantly. Then they waited, watched, and overheard all her conversations.  They communicated what they said were all of her thoughts. While a woman was doing her hair, she asked several questions regarding what she was doing today, this weekend, and this summer.

<u>Pamela Chapman's</u> said nothing really. *"I have no plans for Easter either."* Then, she said, *"I need a new passport."*

<u>Jean Gorham</u> said *"That this is a typical response of <u>Pamela Chapman</u>."* This is not new.

Then, <u>Harry Gural</u> said, *"Well, she sounds really pathetic and alone and has no one in her life."*

*"That is true statement,"* they all said. Then the woman asked a few other questions.  <u>Pamela Chapman</u> really didn't have a thought to comment on until she started reading her book. They all followed along. She read the book. Her mind did not wander. Then, she started talking to a woman next to her, and they tried to describe her based on your thoughts. <u>Jessica Hagen</u> said, *"That is not her usual conversational tone."* Someone else said, *"Well, we are mimicking what we are hearing."*

If you needed anything from <u>Pamela Chapman,</u> what would she say? She'd channel it for you, and be happy you are on your way. We don't channel for her. We only criticize her, and cause her to suffer. We congratulated ourselves in how little your life looks and proceeds. We are so proud of ourselves, aren't we <u>Andrew Parsons</u>?

He said, *"Yes, but, I now know my ex-wife is really off-kilter. She claims she is to spend a month on a juice cleanse because there is just no way for her to lose weight on her low carb diet."*

*"You have been saying this since last spring and summer, but you said your nervous system is so off- kilter you can't do a juice cleanse, and now you are saying you look so bad you have no choice. She doesn't look right in her clothes, her*

1720

Pamela Chapman
pamelachapman@cox.net
101-688-0658

*face looks puffy and terrible. She has no choice. Her digestion is way off for a long time. She can't find rest and digest, which as the backbone of her cleanse years ago."*

So, she said it is a lot like the pulse and adrenaline of the noise and "music" that comes through Alberto Villodo's. The noise and the music, he can both hear and not hear, like the music of the train whistle and all this electronic noise that sounds like a refrigerator. The noise is so disturbing. it is as if she were to be drinking the amount of caffeine she once drank, she would be over-stimulated.

So, she doesn't get stimulated like the others through adrenaline. This all just turns on her metabolism. She is always feeling nausea in her stomach. The nausea often accompanies at all times Monique Burgess, Bethany DiNapoli, Nola Ganem, Carrie Crosson Gilpin, and the others, who turns on her vaginal area and its fluids. So, all this over-stimulated metabolism, nausea, and sexual assault has taken a huge toll on her physical appearance, physical wellness, and her body. **3:07PM**

Andrew Parsons now claims, *"You will fix this because this is how you always feel better. When I lived with you, this is what happened to you, and what the stress of your marriage did to you in the first place."* So, now we mimicked it here to have the same kind of abuse, harassment and lack of physical wellness appearance.

Jean Gorham says, *"if has the hell did we do to you?"*

Saul says, "We simulated and stimulated exactly what Andrew Parsons did to Pamela Chapman, but that was 11 years ago. She is a lot older now, and less physically fit because we did that to you *also* because we kept leaking out your thoughts and those leaked thoughts spit out through the Thievery Ring as slander and gossip. They may not be true. Someone is reading and talking ahead of my own thoughts.

**Are you all happy with yourselves now?** Jean Gorham is appalled, and so are the rest of us because we did this to you to have our fun and to make a point at Pamela Chapman's expense. She has been tortured and slandered, and now just doesn't look like herself anymore which is what happened in her marriage. **3:11 PM**

Now, to get her life back, she has to go to federal court, and sell her book.

April 8, 2022
**5:27AM**

Pamela Chapman
pwchapman.com
pchapman.com

Harry Gural led a conversation and Bethany DiNapoli, Monique Burgess, and Kayla Abbate confessed to a few things. There are other confessions elsewhere.

Kayla Abbate, 29 is often also Kathy Abbate, 58. The two were often interchangeable. Kayla and Kathy Abbate are guilty of torturing Pamela Chapman over evergreen trees planted twenty years ago. Kayla Abbate said, *"But those trees tortured my mother,"* and if Kathy Abbate was tortured, the whole family was tortured. Kathy is after all a 90-pound blond highlighted skinny bitch from Newington, CT. She spends her days working out athletically, or riding her lawn tractor in a bikini. No one is tortured over evergreen trees the Geneva Convention way the way they tortured Pamela Chapman.
She also confessed that her brother Sean is her father, Rick Abbate, and that Kathy Abbate had been so pleased with themselves to absolutely torture Pamela Chapman in a revenge plot over those evergreen trees That is also why they were emailed a pdf of her book, *Barefoot in Heels*, by Andrew Parsons. He said, *"in case you need to fight those trees."*

Once a conversation about a lawyer came up, they said, *"We have to stop."* Yet, they did not Kathy and Rick Abbate were so pleased to know they had stolen your last opportunity for love by stealing Harry Gural. Then, they could not help themselves to how happy they really felt over the entire situation.

Rick Abbate said, *"I can't stand what she will do to me legally because we avoided two other lawsuits with her and we've had two restraining orders with other neighbors in the past."*

It all started at Tom Hockaday's house, with Andrew Parsons reading *Barefoot in Heels*. All the women said, They despised Pamela Chapman. Andrew Parsons heard that every night. They were mostly women and they all hated Pamela Chapman. The Johndrow family was there in full throttle.

Bethany DiNaploi will pay handsomely because she was in charge of this Caliphate Nation state, but she is no Kamala Harris and uses sorcery as her stock-in-trade leadership tool. We listed four things about Bethany DiNapoli.
1. She cannot understand how Social Newport tolerates a woman like Pamela Chapman.
2. She will pay and pay and pay some more in a settlement worthy of her crimes and for the duration of the crimes committed against Pamela Chapman. She will also pay my attorney fees. She promoted every sorcery and other game against Pamela Chapman.
3. Harry Gural said he actually likes and supports Bethany DiNapoli here. She was organized. He said, *"Once she got dirty with sorcery tools, he started to see who she really was."*
4. She and Monique Burgess scratch your eyes out, did damage to your legs, sexually assaulted you, excluded you from nightly conversations, quieted everyone from you, made loud toxic noise against you, read your thoughts, jumped into your dreams, slandered, harassed and abused you all for their entertainment and because they said you did not donated enough money to IMC.

Bethany DiNapoli had four issues with Pamela Chapman.

Pamela Chapman
pmchapman@cox.net
101-207-205 ts

1. You and she did not really know each other, but sat on a board together for 3.5 years.
2. You and she had no friends in common.
3. You and she had different skills and they do not cross over.
4. Bethany DiNapoli has no social polish, and she thinks Pamela has even less. That makes them different.

Bethany DiNapoli and Harry Gural had a really strong relationship when they were editing *Barefoot in Heels* for a plagiarized illegal publication under Monique Burgess authorship. He said, *"She can stay on task."* She had so much venom for Pamela Chapman that she destroyed any good sentence to make Pamela Chapman look like a jerk who could not write. She does not have strong editing skills but she removed and twisted anything good.

Bethany DiNapoli confessed she was blown over that she confessed on December 19, 2021 or so, and now she says I will pay because I sought revenge on a person I did not know and did not understand. I spread to much gossip and slander on her, and I actually used to like her ex-husband but my daughter claims he is not a class act so we do not need him any longer. Your mother, Juliette is not either. Bethany liked being a Caliphate Nation leader, and that is who she is. She is actually more like Kamala Harris, just like she always wanted to be remembered.

Monique Burgess said, *"You and she know each other and get along ok, but that you and she do not share friend groups, and you do not socialize together, so it was ok to copycat you and steal your intellectual property."*
7:24AM

We all listened for 2.5 hours while Harry Gural led this.

Monique Burgess said she had to best Pamela Chapman to prove she was more important in Newport than Bethany DiNapoli, and that she had more class and grace then the rest of them. She was so demonic to you because she was intent on stealing Harry Gural. She is a whore who bests others by stealing, and flirting with another woman's man. Jessica Hagen can be the same way.

Monique Burgess claimed she and Harry Gural and the best pair of lovers because she knew how to keep him satisfied.

Monique Burgess confessed that she and Tom Burgess would make a good three-some with Harry Gural just like with the Abbates and the Plochocki's. They all have younger daughters to foist on Harry Gural when he tires of the mothers.

The Burgess family: Monique, Tom, Cole and Cami all wanted to start their own Kundalini Crossing business in the Virgin Islands. They would be the entrepreneurs who would run it. They wanted Harry Gural to be their stud in the barn.

Pamela Chapman
pmcchapman@cox.net
[redacted]

1724

<u>Monique Burgess</u> claimed, *"We don't love you, and we don't like you <u>Pamela Chapman</u> but we loved copycatting you, and I committed so many curses on you, and I really enjoyed myself torturing you, and I loved all the noise. I loved taking <u>Alberto Villodo</u> from you (, did not). Well, I got more of him than you did. He taught me and not you."*

<u>Pamela Chapman</u> claims, *"Well you had a sexual affair with him, and I did not."*

<u>Monique Burgess</u> travels a lot and no body she travels to or with or leaves behind now doubts who she really is. She is that woman who will masturbate with anyone. She pretended to be your best friends, highly positively positive. Yet, she is always strategizing to steal something form you. She brought the entire family into the <u>Thievery Ring</u> and into all the schemes, just the <u>Abbate</u> family and <u>Nora Diedrich</u> who brought her two adult children and a new son-in-law. <u>Elise Fagnoli</u> brought her mother, <u>Daisy Briggs</u> brought her mother, the rosses brought their sister, and so did the two Chapman daughters.

<u>Becca Bertrand</u> claimed, *"I had no idea what I was doing when I photocopied your book. I really wanted both men for myself: <u>Roger Kass</u> and <u>Harry Gural</u>."* Both men are in their 60's and Becca is 36 or so. *"I need two men to keep me satisfied,"* but she also lives with a boyfriend. So, she needs three men to satisfy her.

No, you want power. It is her power play.

<u>Becca Bertrand</u> claimed, *"I arrived slowly and starved small. As you push the boundaries, all of a sudden there are no more boundaries any longer, and you feel like you can do whatever you want: torture people, destroy them wholesale. You do not care because you hold all the power. Nothing is there to stop you."*

<u>Stanley Chapman</u> said the <u>Abbate's</u> will get their due. You will have the last word because they were so obnoxious, and cruel and took special interest in destroying you. <u>Harry Gural</u> was so pleased he had found them to collude with. He told <u>Tara Plochocki</u> one day, "The <u>Abbate</u>s are the motherlode to destroy <u>Pamela Chapman</u> once and for all."

April 9, 2022
**9:00AM**

<u>Kaitlyn Johndrow</u> last night sent a curse to both of <u>Pamela Chapman's</u> legs. Fist to the left calf and made an artery pulse. That was <u>Jerry Slocum</u> telling you he was in charge of you and he went through <u>Kaitlyn Johndrow</u>, 25/26 and <u>David Johndrow</u>, 63.

<u>Kaitlyn Johndrow</u> I had the intention to tell the world, *"I am good too."* And, *"I too can operate on our victims and I can cause as much noise as I can. I am a killer too, the best I can do."*

1724

Pamela J Dawson
pdawson.elliott@icloud.com
203-808-9814

This is also Jonathon Karp. He does the same thing. If Kaitlyn Johndrow is really a Miss Porter's School alumna from 2013, then we are grossly disappointed in your manners and social clout. NO matter what you attempt to create or attain I your life, you can only appear to so it through sorcery technologies instead of diplomacy and intellect. Farmington girls should be better trained than this but your sister in law, Maggie Johndrow is class of 2006 of Miss Porter's School and she has the same affliction as you do. So, did Lisa Alexander Goddard, Kate Alexander Fields, Caroline Goddard, Libby Goddard, Dolly Briggs, Lisa Lewis, and Polly Lyman (Mary Stedman Freeman) and several other local Newport alumnae. Lest we forget Lisa P. Amodio who was here as a Twin Soul of Jed Wilcox. She is a parent of two girls who graduated from there. Her son graduated from Avon Old Farms. It appears Lori Lantiere Johndrow is trying to mimic her. That would be a mistake. These women all appear to be a part of a culture of thievery between the Redwood Library's board of trustees and Book Committee and the Thievery Ring. Pamela Chapman expected more out of Miss Porter's School alumni, but maybe not. She knew a few in her earlier days. Instead of using intellect and leadership skills, they attack and maim you in order to succeed. Some change their names in order to play. That is part of the culture of their hazing and it can be read online in a lengthy magazine article. They have had their share of lawsuits.

Pamela Chapman said, *"I never have to be a bad ass. I have other skills."* And, never, ever, ever forget she takes the long view, so if you think you won in the beginning, that is her game to flesh you out and make sure that a federal court judge will see you for exactly who you all are. Because if we do not stop you now, you will ruin all of the communities you ever live and work in. We do not want you her or there or anywhere." And, let's all remember Pamela Chapman was never ever at Tom Hockday's house and Kaitlyn Johndrow aspired to be the Queen of Newport from that perch. So, did Kayla Abbate. Neither woman could ever succeed in Newport that way. But, in the Witch Trials of 2022 and 2023 we will get you. We will best you yet from a different place.

First Kaitlyn Johndrow attacked the left leg. Then the right. Then one leg knew and then the other. In the morning, the left leg felt as of something was torn inside. That is a physical attack, a strike or a blow from behind below the knees.

Pamela Chapman asked, *"Who was to blame for all of this?"*

She received the following names: Kristin McMannis, David Johndrow, Kaitlyn Johndrow, Maggie Johndrow. They are Thievery Ring leaders of a new practice. They are trying to replace the others.

Gina Raimondo, Secretary of Commerce, former Governor Rhode Island claimed, "I was not initiated into Ways and Means until I went to Washington D.C. but no upper official of the US government is not here. You cannot succeed in any branch of the government or the diplomatic corps if you are not here, but you had to learn how to play properly.

**Nancy Johnson,** 85, R-Ct said, *"I was in the realm with __Ways and Means__ but not like this,"* and David Gillette, senate staffer said the same thing. **Nancy Johnson** was a woman grounded in her family. **David Gillette** said the same thing, but he is divorced with children. **Harry Gural** was not married and had no children. His thievery sponsors, **Linda and Steven Plochocki**, Gainesville, Virginia said, *"We are your family now. We will erase all else from your life."* That is their mantra.

April 11, 2022<br>**7:15AM**

Jean and Jerry are currently at this hour responsible for everything – every hijinks that has gone wrong over the last several months. **Jean Gorham** just said, *"I can't fix this because __Jerry Slocum__ originated this. I just implemented it. I can't fix it"* Yet, whenever she really wants something, she gets it. So, get this Jean Gorham, you will take full responsibility for so much as an over-arching umbrella to all these horrendous hijinks because that is how you and Jerry Slocum played it, and at 87 years today, you are not dying any time soon.

Last night, we could not remove Tim Hollister from Pamela's position of what we once thought was the 3rd eye.  He spent the day and night without reading her thoughts. Late last night, when she went to bed, **Harry Gural** arrived back on his own, by his own initiative, saying take me back to the Upper realms, and back to Pamela Chapman because Jean Gorham was trying to fix him up to spend the night with Nola Ganem.

At one point, Pamela Chapman said something awful to Jean Gorham along the lines of, *"You have got to be f'kidding me. That woman neither fits his pattern, nor his profile, and there is something seriously wrong with her. You can't expect a relationship between them."*

Yet, Jean Gorham, like all the others, said, *"Since __Linda Plochocki__ broke Harry Gural down, so will she, Jean Gorham."*

And, Pamela Chapman said, *"You have got to be kidding me. Get her the hell out of her."*

So, Harry Gural arrived back on his own.

Tim Hollister moved on to his own to a place in the Upper realms. And by 3:30AM when Pamela Chapman awoke, she was making exceptionally small circles with her right foot. Then, she stretched, and the whole world said, *"There is a huge wave of kundalini. It happened then again at 5:15AM, and then again around 6AM."*

Pamela Chapman
phmchapman@gov.net
[0]no2o9510

Now, the truth of the matter is that about 2-3 days ago, when Harry Gural was in her 3rd eye, he and she just melted together, and knew their own divinity. He said to her, *"I never ever go away, I love you for all eternity."*

Yet, he moved away later and ended up in a conversation somewhere else. Then, the next night, Tim Hollister arrived and Harry Gural was in a conversation with Carrie Crosson Gilpin. Then, last night it was to be Nola Ganem. They said, *"If you don't sleep with Pamela Chapman, you will end up everyone night with one of these women."*

When Tim Hollister was there, she did not feel as close to him as to Harry Gural, but when Harry Gural was there the other night she didn't feel close, but still melted.

We know the whole story. The entire Big Book Story is to say, *"The victim and the perpetrator are to have kundalini together to restart the kundalini that the old Kundalini Crossing took away."*

When Kamala Harris closed down Kundalini Crossing on Oct 31, they said it might take 2-3 years to return, and it was somehow related to when and if Pamela Chapman and Harry Gural ever consummated their relationship and had Kundalini Crossing together. Saul, Samuel, Jean Gorham and Jerry Slocum will all work to keep kundalini energy from flowing because it is pure love and divinity.

The entire world has to stop saying she is despicable. A Hate Crime targeted on the vey person bestowing pure love and divinity throughout the realms? To the Thievery Ring, it is a game of Whitey-Tighty keep away. Just like when Bethany DiNapoli decried, and then Dominique Alfandre Andrew Parsons, and Nola Ganem, *"You are never allowed in our conversations at night. You are never allowed in our games. You are never allowed at Kundalini Crossing."*

Tara Plochocki you look like the biggest fool. You wanted Pamela Chapman completely excluded from Harry Gural because she had kundalini "heat" with him, as his natural kundalini partner. Tara Plochocki was holding a key to The Game under Kamala Harris. And, she played it as a Hate Crime, amongst other crimes.

The Kundalini waves last flowed at beginning of May 2021. It has been a year with no natural Melchizedek kundalini.

After Nancy Johnson, 85, R-CT spoke, Pamela Chapman looked up her bio. She was the highest ranking women in the history of Ways and Means history. So much of the hijinks and tomfoolery that went here was related to a base of support and history of Ways and Means.

Lisa Goodman, PhD, Wes' 83 Joe Fins, M.D. H'PhD Wes '82, '20 look like great spokespersons to speak out about issues in Pamela Chapman's book, and to be on an ad hoc committee to support national legislation.

She will need a sponsoring senator. Chuck Schumer, D-NY would bury it with a junior senator from nowhere. We can all work together once again, but at a higher level. We play a different game next time. We play the political process of national legislation. Wanna come out and play my game of Magic Kingdom? Wanna play?

Harry Gural, I just need that quilt your mother made and the crown of the upper realms because in history Harry Gural and Pamela Chapman together are king and queen of the Upper realms. When Kamala Harris was, and wanted to remain, the leader of the Caliphate Nation of the sorcery realm, then we were world leaders who were peers, but managing our politics from a different place. Ultimately, she stepped down, and Bethany DiNapoli, and others like Alberto Villodo stepped up. They all excluded Pamela Chapman with wizardry and absolute rudeness that is gross misconduct.
**7:42AM**

Andrew Parsons, you said, *"No one would love you like I will."* The whole world knew that because he keeps saying that over and over, *"No one will ever love you either, because you were so cruel to me to leave me, that you will ended up loveless for the rest of your life."*

Pamela Chapman:  As the font of kundalini, I really don't think so.

But, if you can't feel your own love and divinity, why on this earth are you so excluded from everything? Why is there not a public outcry?

*"Because they are all bathing in her Kundalini energy."*

Do you think you got all of this at Kundalini Crossing from Harry Gural?

*"No they did not."*

Do you need Kundalini dance practice or sexolini to get this?

*"No, you do not."*

**7:45AM**

This is what the world was holding back with a national Hate Crime. It was started by Andrew Parsons, Cathy Wicks, Rick Abbate, and Kathy Abbate. You know all the players. And don't forget, in December it was revealed, Monique Burgess had gotten so many of her nasty spells from a book of nonfiction, *Midnight in the Garden of Good and Evil*. She and Bethany DiNapoli used Pamela Chapman as target practice. Amazon has that book in a category of Criminology published by Vintage. Knopf Doubleday is Random House in 1999. It is heralded as a book of non-fiction by John Berendt.

Pamela Chapman
pmcchapman@comcast.net
101-662-9316

**4:30PM**

In the Land of Milk and Honey, we all decided to play a Whitey-Tighty game every day, except we learned we have been playing that game every day anyway. Pamela Chapman was excluded from numerous activities in Newport anyway. This was a bigger demonstration of the game and included everyone around the world. If Tim Hollister has anything to say, he will play a Whitey-Tighty game with Pamela Chapman's SS# because they are all still blabbing it in high-speed record time, and no one is bothered by that. Kristin McMannis this afternoon fessed up to the fact, she and US Trust no longer work together. Now, Peter Hatfield has said, *"If she does not stop this Caliphate Nation leadership bullshit, he will disown her."*

Lisa Goddard said, *"She and Kristin McMannis had no idea that Pamela Chapman knew so much about donor advised funds,"* and neither did the rest of us, and Clete Clifford came to say she had a twist on them. Pamela Chapman knew immediately what it was, and told Clete to go ahead and share it, and she did. She also said Norah Diedrich has no excuse for why she has no concern for people with donor advised funds. She'd rather not be bothered by them.

Tim Hollister, esq. asked Pamela Chapman about the spouses of people in Grenville Craig's family— There are multiple international green card marriages— and the number of overseas locations where he owns properties. Tim Hollister said, *"I think I know what he is doing."* We all do in the law. Tim had a client once who was exactly like this. Tim Hollister has a better understanding of Grenville Craig.

Most of all, Tim Hollister shared with Pamela Chapman how Grenville Craig and Donald Jagoe— but only sometimes—and Harry Gural are using a 'round the clock surveillance system on Pamela Chapman, and they do not communicate with her. They follow every body movement, every place she goes, everything she does. How do they know all this stuff? She does not know a thing about them. And, most importantly how is it they can read her mind?

Well, they do. This is not a typical reciprocity of relationship scenario, and neither is Grenville Craig a typical Twin Soul sponsor.

Grenville Craig has multi-billion dollar holdings. He is a legal resident of Rome, Italy. He has passports for the EU, Monaco, USA, Italy, potentially the UK. Some people think he is short sheeting the US tax advantage system called short-selling, and then he rotates the money from one currency to another. He spends the month of February in Hong Kong. As he moves one currency to another, he makes money overnight, and for that he always needs new SS numbers for US currency, and then he goes to Hong Kong once a year and converts everything to a monetary system in a banking system that is tax free. He has a residence in Miami to bring currency into the USA tax free.

The important matter is he is short-selling currencies, and then transferring them from country to country, and to do so, he needs numbered accounts, so he steals as many SS# as he can, and then

Pamela Chapman
pdmchapman@comcast
(401) 662-0510

1730

makes some up – he can't , but he tries and then he gets shut out until he comes up with a valid number system. So, he sent Pamela Chapman, her children's SS#'s. He always wants to know how much Pamela Chapman spends on every little item, and so does her ex-husband and Kristin McMannis. They are observant of every small detail of her financial transactions. While she is hunted down in the sorcery realm, she is also closely surveillanced financially, and then also followed around in her house, and in her bathroom while taking a shower. This is pornography on sorcery television.

Sandra Craig just said 4:45PM that she isn't plying with Tim Hollister anymore because she and he don't like certain people here anymore because Pamela Chapman is going to sue Grenville Craig and Sandra Craig for $100 million—no, for $25 billion, which is nothing to them but this has been going on for at least 10-11 years 24/7. They copy-catted everything of hers, both of them. Sandra Craig is copycatting everything she wears, eats, body movements, shops, and writes down everything she says. Grenville Craig told her she could write a fiction book from that.

Alberto Villodo said Grenville Craig tried to teach him with Caroline Craig how to move currency from Chile to Argentina to Miami to Los Angeles, but he also has an address in Switzerland. Andrew Parsons, you had no idea who these people really are. Pamela Chapman overheard some conversation in a side room with Kamala Harris over the currency issue. We have talked about it here before.

Now, Tim Hollister wants you to know Harry Gural had no idea who he was playing with because Linda Plochocki is a super sleuth spy when it comes to this topic. This is sophisticated movement of money with multiple currencies and multiple countries. This is exactly why he pays no taxes and why he is always on the move, why he does not work in a structured job, and why he is a bit unsocial. He can't stop himself from moving his currency.

Now, if Grenville Craig knows Rusty Powell III, and his son, Alex, and his daughter, Caroline, both have coops in Williamsburg, Brooklyn, and if Jonathon Karp also lives in the same building, it is possible they all have an interest at the Redwood Library. They all know Esmond Harmsworth IV from the Redwood Library board of trustees.


If you think you know the entire story of *Barefoot in Heels*, then you will be in for a treat when it is actually published. You will enjoy reading your own hard copy. That is the only way to engage or associate into the story. It is a bona fide fact of reading experimented with on in advertising. Nothing can be sold here, except ideas, slander, harassment, abuse, physical assaults, manslaughter and other crimes. This is a Caliphate Nation sorcery realm. It is thievery at its base. It is malevolent in the sorcery world of understanding.

Tim Hollister is coming upstairs because it is too dangerous now for his guide to return to the sorcery realm. He is a great humanitarian and honorable man. He is helping to stop a national Hate Crime because he came last spring, paid attention, and can now understand the bigger picture. He also explained that if you are accused of a crime—or several— and you negotiate a settlement, then

1730

Patricia Chapman
pattchapman@verizon.net
10-July@2023

the crimes do not get recorded against your name. It is important in any future lawsuits to seek a settlement without going to trial. If you can't settle and insist on fighting the charges, you will be in for a surprise because we have you all in the dialog in your own words and actions committing multiple crimes. Alberto Villodo, Andrew Parsons, Grenville Craig had implicated themselves and made confessions in their own word multiple times. So, has Harry Gural who claimed, *"I would always horse-trade information with Pamela Chapman."*

If Pamela Chapman wants $1.5 billion from Roger Kass, $10 billion from Grenville Craig. How much does she need from Mumsie, Happy van Beuren?

$3 billion.

We have David Gillette, Wes U '84 offering to help with senate sponsorship of legislation and Lisa Goodman, PhD, Boston College, Wes U '83, and Joseph Fins, M.D. Wes U '82, and a few more that can offer really important professional insight into new legislation the author wants to procure as a response to topics discussed in her book, *Barefoot in Heels*. They will make exceptional commentators. Reviews can include Christopher Buckley Jr. Yale, and Joe Fins knows a few, and David Gillette knows a few, and Lisa Goodman knows a few and wants to write a book on the topic because it is so cutting edge. It took the language of Hate Crime to trigger people to participate.

We also are extremely grateful to Congresswoman Nancy Johnson, R-CT, the most senior ranking woman ever to sit on Ways and Means to offer much leadership support in the conversations in the last several days. She reminded Pamela Chapman today that you must contact her and the appropriate others before commencing on any legislative issue. David Gillett can spearhead us, and help with all of that.

Harry Gural and Pamela Chapman are the fonts of Kundalini energy. Yet, he and she have no real relationship of any kind. He claims, *"She and Tim Hollister have a more respectful relationship right from the start yesterday and today."*

Tim Hollister, esq. is not here offering free legal services or advice. He is merely stating what he sees and knows to be facts in front of him. He is here as a humanitarian and nothing professional. He is not seeking to represent her in any court in CT, or RI or MA. No one who knows Tim Hollister thinks he is acting out of his own character.

Rusty Powell III thinks Grenville Craig did not see this coming. Once again, he thought, he could get away with anything. He is so security conscientious – You have no idea how paranoid he is. Yet, he is so free to expose you and steal all of your numbers. His family members were barred from Facebook accounts over security concerns. He thought it was too much exposure, and one could be tracked. Sandra Craig is desperate to be on Facebook with a whole range of people.

Pamela Chapman
PhotoJournalist with Ink
InLeuxeSeWin

Rusty Powell III gave Grenville Craig too many demonic tools and opportunities and never considered the consequences of what he might really be doing. He did not connect Grenville Craig to Jonathon Karp.

Harry Gural, according to himself, *"…Has never been fully understood here."* He will make amends and he will settle all of his accounts. However, should any of these women come after him, his brother will get restraining orders and will sue them. This is just the start of a longer campaign, and the trail is never straight.

## April 10, 2022
### 10:22PM

**10:22PM** Lisa Goodman, PhD., Boston College—known for her research on domestic violence and violence against women, Wes'83 joined us to remind Kristin McMannis that her incessant talking about a woman's financial situation only colludes with the men in domestic violence situations. There can be no solution to domestic violence with the type and kind of collusions that are sourced and sponsored by the actions of Kristin McMannis and US Trust, because a woman's financial picture is a part of the framework of her recovery.

So, what the hell are you doing Kristin McMannis by exploiting this central banking database? It is exploiting victims of domestic violence and abuse akin to an aggravated assault on a person but making it public and looking to cause shame on the woman for her situation for freeing herself from a horrendously bad situation. Call Lisa Goodman, PhD, Boston College for more information because these types of issues never go away, and public shaming of these women is a national crisis. You can't make a domestic abuse issue a national or global Hate Crime. And she has the professional credentials to prove it!

**9:22PM** Kaitlyn Johndrow who is really David Johndrow is triggering Pamela Chapman's left leg and her vascular system. He did this the other night also. It is a physical assault in her vascular system attempting to retrigger a DVI.

**9:45PM** First it was Nola Ganem, then Kaitlyn Johndrow, then David Johndrow, then Kristin McMannis. Then, each of them all over again, doing something in Pamela Chapman's mouth to see if anyone was protecting her. In a court of law, it is all of them because each will respond that it is them even when it is not. It was Nola Ganem this time.

Pamela Chapman
pbwchapman@comcast.net
10302320416

**Jean Gorham** as **Jean Dixon** told **Harry Gural**, *"If you lift the noise off of Pamela Chapman, I'll screw with you so badly, you'd never knew what hit you."* Except, it all came through **Nola Ganem's** psyche. He never really understood any of the instructions that were ever given to him by **"Jean Gorham Dixon"** through this psyche managed by **Nola Ganem**. Most of the instructions included something about, *"Stay the hell away from Pamela Chapman or else something bad will happen to you."*

In our **Big Book Story** in the next 3-4 years, he converts himself into a man of honor and character. Then he decides one day to call you, and if you decide to see him, then he and you can make a plan. But, until **then**, it is best that you and he never ever speak to each other here, because if you do, then Jean Gorham and Jerry Slocum will make a plan of attack and excoriate you for something you did not do. **9:20PM**


## Alberto Villodo & Harry Gural
### 6:40PM

**Harry Gural** has decidedly been dropped from the reciprocity of relationship position in Pamela Chapman's 3rd eye.

**Tim Hollister** was talking to Pamela Chapman around 11:30PM last night. They found themselves in a semi- private conversation. They always knew someone was listening to them. It just a pleasant conversation, her fist cocktail ice teas. He shared a range of conversation over a several topics including explaining how some things are actually done in the sorcery realm that no one would ever teach her. At about 1:10AM she claimed, *'Oh, my word, it's been a long time, and I'm going to bed. How will we end this?'* He claimed, *'I'll turn away.'*

She found him in the same position in the morning. He speaks out loud when he responds to her, but we knew that from last April. Someone told her last night he'd stay about 1.5 days.

She could not understand why.

This afternoon it because apparent that he could read her mind. All this time, **Harry Gural** was no longer in her usually 3rd eye position. We did not really know where he had moved himself to.

**Tim Hollister** has said he knows he is in the Upper realms of the Celestial temple. The voices in the sorcery realm all sound different. It is difficult to discern whose voice is whose because in the

Pamela Chapman
pamelachapman.com
1-1-2

1734

sorcery realm everyone speaks in their own voice. But we do not yet hear that voice in the upper realm.

We think <u>Harry Gural</u> enjoys moving himself to the sorcery realm to talk to people because he can have one-on-one conversations in their own voices. We also learned one of the primary reasons why he is always moving away from <u>Pamela Chapman</u> when he is put in her 3rd eye position as a reciprocity of relationship is because that is not the proper place for them. He is actually in a position in the inner circuitry where he is simultaneously always reading her mind nonstop. It is as if it is a psyche, but since she has no psyche, it is always on. It can be difficult to listen nonstop. It is akin to a nonstop dialog, but is not a psyche. She is better than most people because her mind is more still as an enlightened individual. If her thoughts are in the superconscious, he would hear them, and she never would like a psyche. Yet, she is fully conscious, so she is aware of most of her thoughts. If anyone is trying to steal or manipulate the situation, she knows it right away.

In this case <u>Harry Gural</u> has been doing this all along. Yet, he failed to ever answer her question of *"How is it, you can always anticipate what I am going to say? I don't ever have this question fully articulated in my mind."*

He said, *"I don't really know. It is a reciprocity of relationship situation, but it can be a lot like listening to <u>Pamela Chapman</u> while she watches film, and listening for the conversation in the background."* Thereby, he is listening to her simultaneously talks, listen to the film screen,  and hear any active or inactive dialog in her mind. He is listening to three channels in her simultaneously. Just like <u>Jonathon Karp</u>.

They have planted something that says, *"If he moves too close to her 3rd eye, someone screams, Abortion, abortion, abortion"* to trigger her thoughts so he can mine them. He in turn screams <u>Monique Burgess'</u> name. She might be the one that planted this in the first place.

Now we understand why <u>Harry Gural</u> can't stand being too close to <u>Pamela Chapman</u>, and why he moves away all the time. If he is too close, he has to constantly listen to her mind, and then when he reports back to the <u>Thievery Ring</u> he always had to give a reciprocity to each of them regarding something new about <u>Pamela Chapman</u>. He was horse trading her thoughts all the time.

While she asked all the time, *"How could he do that?"*

He never had an answer.

He also cannot seem to have a conversation on any topic with <u>Pamela Chapman</u> at any time He also claims he is embarrassed to look her in the eye, or see her face-to-face because of the stolen book. More likely, it is because he is always reading her mind and has nothing to say to her which is a training of <u>Thievery Ring</u> people who listen to psyches all the time, and mine information.

This should be against Geneva Convention rules of engagement because it is like wiretapping our mind.  It is a higher activity than remote surveillance on sorcery television. You can down load all

Barbara Chapman
pmcchapman@comcast.net
1074362905f6

those thoughts into a psyche and replay it at any time, over and over to a <u>Thievery Ring</u> group, just like <u>Jonathon Karp</u> did regarding a digital "digibox" sorcery technology. 6:55PM

<u>Karen Lipmann</u>, esq. Wes '83 Arizona claims this is more than adequate information to stop this game show because if you have this much data to convict someone, than <u>Bethany DiNapoli</u> is bullshit regarding how she might be liable for this crime. She said, while you were out shopping, *"If she has to take the fall for what <u>Harry Gural</u> has done, she will fight this in any court of law, but she cannot because they always say they work loyally as a team, and they all speak and act in one voice."* **6:57PM**

<u>Bethany DiNapoli</u>:  I can't even imagine how this will come out because if everyone now believes we are real in real time, and we are all learning to be fluid in our lives, here and there, then, we will all have to confess to The Game we all thought we were playing. Yet, <u>Pamela Chapman</u> always said, *"It might be a game to you, but it is my life. Is life The Game,  or The Game your life?"*

<u>Bethany DiNapoli</u> will drop the name <u>Jana Jagoe</u> has promised this several times both to <u>Jana Jagoe</u> herself and <u>Don Jagoe</u>, but she claims, *"I can't even imagine what this looks like on paper."*

*" brutal, and against the torture tactics outlined in Geneva Convention warfare."*

<u>Tim Hollister</u>:  I never imaged being in this positon, but since I arrived without warning, I will work with <u>Pamela Chapman</u> to make sure she is safe from all these perpetrators. No one will ever be into his position ever again because it was <u>Jean Gorham</u> and <u>Jerry Slocum</u> who were always here first and foremost, then they shared it with all the others. <u>Harry Gural</u> should have known that no other reciprocity of relationship was this close, and he didn't mind playing international spy ring, CIA-like surveillance on <u>Pamela Chapman</u>. She is just overwhelmed by what this man has done to her. <u>Grenville Craig</u> did the same thing through <u>Rusty Powell III</u>. The same thing happened with <u>Alberto Villodo</u>. 7:02PM

<u>Harry Gural</u>: I cannot even begin to address you all here, but we will always remember that <u>Harry Gural</u> was supposed to be her return ticket home to the Upper realms and she will no longer be able to return home so she will forever stay away and be surrounded by all the usual noise.

This was <u>Jean and Jerry's</u> last stand to be important, and to make her expose all her dirty little secrets, and she says she has doesn't have any more. The Houston Museum of Fine Arts people were here this morning to say she fits in in most places except in Newport and extolled her virtues and popularity with many important people, so there must not be enough important people in Newport for her to get along with because this <u>Hate Crime</u> just keeps getting stronger.

<u>Tameen's Guide</u> said <u>Harry Gural</u> is no longer required as a reciprocity of relationship. 7:07PM

<u>Harry Gural</u> was to spend another night talking to another woman. We think <u>Nola Ganem</u> last night. It was <u>Carrie Crosson Gilpin</u>. He was to learn that if he is away from <u>Pamela Chapman</u>, then she has no protection, but it no longer matters because once <u>Tim Hollister, esq.</u> arrived last night and then this morning, he said, *"Harry Gural is not a class act of a man,"* and gave several examples of

Pamela Chapman
pftchapmandesign.net
401-662-6516

how Harry Gural is acting inappropriately in the situation with Pamela Chapman. *"He makes many promises he will never keep. He prefers the company of a different type of woman, but since he has her thoughts under constant observation, he can't really enjoy any real relationship with her."* Tim Hollister, esq. said, *"She is one of the easiest people to talk to, so if Harry Gural can't find a conversation with her, there is a conflict."*

Jean Gorham will have to stop listening to all of your thoughts also because she listens to everything and always has to attempt to manipulate the situation with Pamela Chapman and Harry Gural to kept the two of you apart.

The thoughts and words being read were because of Jean and Jerry's positioning. Since they were there, so was Alberto Villodo. Then, it was Alberto Villodo who put Harry Gural in the "Tunnel" but it was really what he called the understory to scratch at, to get an answer to any question he had about Pamela. This is not the tunnel. This is a whole different sorcery technology from the wind tunnel and its noise and scratching.

Jean Gorham moved him in October 2021. That was the date he was to marry Nola Ganem for the third time, but it never happened. They wanted to monitor your thoughts to determine how to proceed with Kundalini Crossing, which ended 10-31. They needed to move to monitor the thoughts, and learned once there, he could listen to her thoughts and so could Jean Gorham and Jerry Slocum.

Harry Gural was the bug to give Jean and Jerry all the information. It was a human bug, not a guide bug. 7:13PM He should have known something all along. This is such damaging information because this proves that human mal-intent is so important, and it influenced his every action. This is gross misconduct that caused such pain and suffering to Pamela Chapman. The real human source was Jean Gorham and possibly Nola Ganem who may have programmed him this way in his psyche, in such a way he really did not know what he was really doing and why.

The whole Thievery Ring is responsible. They were always looking of new ways to mine information about Pamela Chapman because they used it to harass her nonstop. Lately in the last few days of early April 2022, Andrew Parsons had been on a binge to reveal everything possible about Pamela Chapman including all kinds of financial information—anything at all that could inflict shame and embarrassment on her to reflect the shame he felt about getting a divorce. 7:18PM. He carries shame she does not. And for the umpteenth time, Pamela Chapman does not carry shame. It is a very specific hertz vibration (20 hz) and she is far removed from ever holding that type of energy. It is lower than the vibration for cancer which is at about 40 hz. Melchizedek Café hovers over 900 hz. This is quantum physics. This is the omega spiral. You can't will shame or heal from shame as a mind over matter concern. It is a healing path of transformation, one few can easily walk.

Pamela Chapman and Harry Gural were swindled into believing the only way to get out of The Game was to be this reciprocity of relationship that put him in her thoughts, but, that was a swindle of Jean and Jerry. Tameen's guide is involved.

Pamela Chapman
pmichapman@comcast
101-662-9510

It is imperative to remember that these acts are all carried out in front of the entire sorcery world audience We are all real in real time, and everyone witnesses Pamela Chapman's pain and suffering in real time with her. She has absolutely no privacy in any of these situations. They all stopped to listen to Pamela Chapman and Tim Hollister talk last night. Fortunately, it was just a pleasant conversation. **7:22PM**

In the case of July –August 2022 when Pamela Chapman suffered severe pain to the point of utter torture as a result of hemorrhoids whose pain was augmented by the sorcery realm-anything they didn't like they inflicted more pain to her, and they inflicted more also for the mere sake of watching her struggle with more pain.

Are we done now? Is this all about making sure she is so utterly embarrassed and so shamed to be hardly walking and hardly sitting. Is this enough for you? Even the Geneva Convention policies would prohibit this level of pain and torture.

What really seems to be happening is she continues to teach you about all these situations. Since she cannot carry shame, she teaches instead. So, are we all done, all through, or are you still insisting after all this time that shame and embarrassment will come?

Because she plans to hire an attorney in the next 8 weeks to begin the journey of a US Federal Circuit Court case. Then, once that is underway, she will work to speak with a possible agent about holding an open auction for her book, when the time is right. She will never perish, only publish. She will never be flat broke, despite the intentions of the ex-husband, Kristen McMannis and all thievery groups. 5:43PM 8-14-22

Alberto Villodo intended all of this last March. He knows how and where to put himself to be able to read the thoughts of others. Jonathon Karp and Rusty Powell III also can read this. Jerry Slocum found him, Alberto Villodo in Pamela Chapman. Then he told Jean, and they made a plan. They did it to Nola Ganem a few months ago as a precautionary measure, but left it after a few days. They said, *"She could not understand what was really happening,"* but, since Jean Gorham is a 1ˢᵗ cousin 1x removed, it was ok by her. Nola Ganem never knew.

So, Alberto Villodo is the source, and Jean and Jerry the perpetrator and so was Harry Gural—he just didn't really know everything. But Alberto Villodo would have told him, and he carried it out like he always does.

We asked Alberto Villodo so many times to stop the reading, writing, thinking conflict and he never would. And, he knew all along how, where, and why, and it took a whole Guiding Realm plus Melchizedek Café realm, and Pamela Chapman to do it.

This is not a game. We are real people, and we will prosecute to the fullest extent of the law. Jean Gorham's new best friend is a lawyer in Manhattan who lies in Greater Boston.

Pamela Chapman
pamelachapman.access.net
401-662-9510

**8:12PM**

Harry Gural just said Pamela Chapman, *"Remember I always told you that there where things I could not tell you about. I always knew I could never get out of Kamala Harris's Thievery Ring. Now, I realize that I could have gotten out, and I chose by my own actions to stay. It caused you so much distress, pain and suffering. Alberto Villodo is the source, but I single-handedly delivered the coup de grace to you so I get the bonus round points for the interpretation of destroying your book and your life."* Harry Gural 8:14PM Palm Sunday 4-10-22 .

Nancy Johnson, R-CT said the reason no one gets out is because no one can leave the sorcery realm, but Harry Gural did. That is why he is free to leave. He is no longer here unless he uses his shamanic trainings to keep moving back and forth. He won't any longer.

Harry Gural said, *"I did this by my own choosing. It was my own choice to stay and not to leave. When Tara Plochocki left, I should have listened to you on Sept 16, 2021 when you said we get out of this together, so if we work together and you pay attention, we all get out, but only together."*

If Tim Hollister is up here because his guide needs protection, then he will badger her and tell her not to let that man touch you ever again. But, Pamela Chapman says, *"I still need that reciprocity of the NYT Harry Gural, so don't forget you owe me one or two of those favor for helping you last year."* He knows that. 8:18PM

April 12, 2022
**3:59PM**

Phil Schiff, esq.  Wes '83 as "Biff" says, "Kristin McMannis is acting out today and disclosing financial information on Pamela Chapman because she knows in the near future she will crash and burn, and will have to stop using her financial central banking administration data base of daily banking transactions of people around the US. It discloses information in real time, in every detail.

She received access to this database from US Trust working under someone who was not Peter Hatfield. She worked in marketing, and has some series exams under her belt. Then, she because a CRM under Peter Hatfield and did not stop using the database. She claimed as a CRM, "She needed 75 people and maybe 10 organizations and $1 billion of assets under management. It is possible that to because the CRM, she had to develop the portfolio of names first because yesterday we discussed donor advised finds and how under US Trust withdrawals to nonprofits as donations became an asset of the CRM somehow who make them look as if they gave a donation to the nonprofit. Donor advised funds are owned by the holding company of the money the tax advantage to the individual only comes at the time of the deposit, so any withdrawal at the request of the donor form the fund

Pamela Chapman
pam.chapman@yahoo.com
603-661-2016

looks like a donation form US Trust and <u>Kristin McMannis</u> takes the credit. The donor doesn't own the money anymore so if <u>Kristin McMannis</u> moves the moves the money out of an account and donates it, then US Trust takes the credit for the donation and often if the donor doesn't tell the organization money is coming, then the nonprofit has no idea whose account it actually came out of. The lynchpin his story is understanding who owns the money legally and once the donor deposits the money, they have no legal hold on the money. They can recommend, cajole and scream, but it is the domain of the holder of the money to do as they please. Fidelity is the largest donor advised fund in the US. So much money was deposited by the end of 2017 due to changes on the US tax code. It is one of the largest misunderstanding in wealth management and nonprofit fundraising.

This is the worst day of <u>Kristin McMannis</u> life because no one in Newport wants to work with her ever again, but we learned <u>Tom Hockaday</u> recruited her.

No, she volunteered at the time of the board of the Opera House to help him in any future projects of his. She did not help with the Capital Campaign at St. Johns Church where he was a co-chair of the Capital Campaign with Bill Martin, but she got involved in <u>Tom Hockaday's</u> house, but did not masturbate herself. She just took names and looked up financial information, and harassed people there and over-shared regarding others. It was a pure breath of any confidentiality. She freely gave all of <u>Pamela Chapman's</u> daily transactions to <u>Andrew Parsons</u> the ex-husband and possibly <u>Dina Karousos</u> her real estate agent at the time. She was under contract to sell her house of 18 months ending December 31, 2020.  4:06PM

This is a major let down for <u>Kristin McMannis</u> because if she has certain series exams taken in her name, then she is guilty of fraud under the terms and conditions of those series exams.

"Biff," is an entertainment attorney in NYC that <u>Pamela Chapman's</u> went to Wes University with. They lived on the same hall with <u>David Vann, esq.</u> and <u>Marie Rossi</u>. She knows him well-enough. They have been to NYC together, but they never dated, and he was at her wedding and did a reading for her.

"Hi, <u>Maria</u> from the hall. She is a physician.  <u>Laurianna D.</u> from Newport Hospital claims we all know her because my parents loved her to death. She is a lot of fun. So, we all know her and they were all on the same hall together.

<u>Maria</u>, M.D. Wes U '83 says that if <u>Andrew Parsons</u> Wes U '84 wanted to ruin himself, he certainly did, but he can still be in an OR, technically, but no he can't. <u>Stanley Chapman</u> told him this in early September 2021. Then, <u>Maria</u> thinks she is often mistaken because no one really understands what happened here, and she agrees that we all take things in life to the higher levels to achieve our goals, and you did that, but you still couldn't get anywhere, so what the hell are you to do?

She thinks <u>Phil Schiff</u> as Biff is really funny, but not really because he is a musician of renown and a music theory brilliant mind, but he really is an entertainment lawyer and she does not think he is really Biff but a Chip or a major asshole because if <u>Maria</u> stops talking to long, some takes over your conversation, and that kept happening last night, and no one touches <u>Kristin McMannis</u>. She is free.

Pamela Chapman
PhilaChapman@gmail.net
legrand@rien

Jerry Slocum thinks Kristin McMannis is more important in the sorcery realm and socially. She will ruin Pamela Chapman and harass her to the day she dies. Kristin McMannis, David Johndrow, Kaitlyn Johndrow, and Maggie Johndrow have been like this since this last night.

Tim Hollister thinks Kristin McMannis is really decidedly unmistakably confused because they all agreed to stick together since Tom Hockaday's house and the loyalty is misplaced. Moving forward Tom Hockaday will no longer be in Newport, and his Thievery Ring will never coalesce because he has done this four times, and at no time did he make it past Level I of The Game. He may have never been given any real assignment from Ways and Means or a Thievery Captain for a group, or he would have to have found the assignment of fraud, drugs, gambling, guns himself in order to advance. That is a Faustian bargain. Ways and Means can work any way it wants to sort people out and to decide which side of the corridor they are on. Tom Hockaday makes his money flipping houses. Two or three houses ago in Newport, RI, they had sold 17 homes all in Washington, D.C. They built a beautiful reproduction 18th century house on the point in Newport several years ago. It is stunning. It was sold privately.

> Grenville Craig desperately wanted validation and kudos from Rusty Powell III so he
> manipulated the wrong scenario for his own gain to say, *"See, I can play."* Grenville Craig took
> his own initiative.

> Linda Plochocki wanted Harry Gural to create a website with items for sale that were not
> actually for sale. She wanted him to take photos of things that could go on a website and
> the she wanted him to make the website but it would have been a Potemkin Village, and he
> said, *"No my love."* So you can take your own initiative but do you report back to anyone?

> Not necessarily. You are kept waiting in a holding pattern for a potential future assignment,
> and what you do in the mean time is up to you, but they encourage at least monthly
> masturbation.

Tom Hockaday or Bill Martin said, "The Game takes off to properly identify about four layers of Thievery Ring people. He wanted 10-12 he said (This is a standard Jr. League Committee) and he got them, but he had no plans for them. They would have been kept laying-in-wait, and as you wait, they keep them masturbating,  but Andrew Parsons created enough of drama that one could tell it had a thievery element to it—and so did Kristen McMannis. They jumped the chain of command and headed straight for Level II.

Kamala's Table, was a new group, partially put together as an assignment for Pat and Michael Fernandez. Was Michael prepared to be a watchman at Tom Hockaday's house to do the same someday into the future as a reciprocity of favor for something he wanted from the Biden-Harris administration?

Kamala's Table always had Rusty Powell III and Jonathon Karp, very experienced and senior team captains in the Thievery Ring business of Ways and Means. It also had Mitch McConnell, R-KY,

Pamela Chapman
pdnes.chapman@cox.net
1946706020530

Chuck Schumer, D-NY, Nancy Pelosi, D-CA, Jill Biden, Joe Biden, Kamala Harris and the newer recruits, Gina Raimondo Sec of Commerce, and David Ciccilini D-RI.

Rusty Powell III just said at 4:19PM, *"I do not put Thievery Rings together. I just service them."*

Phil Schiff, esq. claims, "I am a licensed attorney in NY State yet I could not take your case because I already have spoken to several members of your Newport family of neighbors in here, and we can no longer take any case that we know too much about, so if Christine Bush, esq. came into the realm to say, "I'm going to do some research, and if Christine Offenburg, esq, did the same, she can't take the case. Pamela Chapman has already been a client of hers, and has a particular skill in financial transactions in legal claims so she wanted Pamela Chapman to know and others that we can handle that case here. 4:22PM.

Dorie Hamilton Benson is debating how to fight Pamela Chapman's claim of $1.5 billion from Roger Kass and $3 billion from Happy van Beuren. She said, *"I will fight you to the day I die,"* but Dorie Benson, your husband is the treasure of the Redwood Library, and you were in that room set up by Suzie Conklin Nance where they illegally discussing and editing my book. And she was at Kamala's Table. 4:24PM

Harry Gural claims, *"Kristin McMannis has no real interest in a Thievery Ring because she could have joined the one Tara Plochocki put together, and she declined participation. Yet, she wanted to start one with David Johndrow, Kaitlyn Johndrow, and Maggie Johndrow because they all started at Tom Hockaday's house together. She had no real interest Andrew Parsons until this Thievery Ring Workgroup stepped down. She was not going to get involved in two groups simultaneously. This is often the case in Thievery Rings because we never know who is working for whom."* and now if Tom Hockaday is working for Stanley, then Stanley has a surprise for you Harry Gural. How would you like to go home today?

*"Well, I am home today, but not like you. That means I don't like you Tim Hollister."*

Their language today is crude and full of sexual innuendos. When Kaitlyn/David Johndrow said, *"When Pamela Chapman are you going to still your fingers up your butt today?"*
> In the aftermath of really painful hemorrhoids, Pamela Chapman finds this comment really off-putting. It all comes from Grenville Vernon Craig. He is the source of this cruel rudeness.

She said, *"I never do that."* She asked her father to please take care of this because this is unacceptable social conversation esp. for the entire world to hear.

April 13, 2022

Pamela Chapman
pma.chapman@comcast
401-862-9510

1742

We love the name <u>The Big Book Story</u> of St. Paul who fell from Grace because <u>Pamela Chapman</u> asked Gabriel for his help on a special trinity of holidays in Aries which begins the entire astrological calendar. For the first time n 33 years, Ramadan, (Islam ), Passover (Hebrew Nation ) and Easter (Christianity) and a Full moon all join together within 5 days of a Neptune – Jupiter conjunction in Pisces, the first time in 166 years. This is a high holy day for the Jewish people, and also for Islamic people. Easter is the most special day for Christians around the world. It is a special spiritual trinity, heralding new beginnings. Use April 16, 2022 as the special date in the story. We ask all children to plant an herb garden to celebrate because herbal medicine will become standard practice in the Aquarian age because <u>Pamela Chapman</u> said yesterday to <u>Tim Hollister</u>, "The Aquarian Age is an age of wellness and health for all people and the use of energy medicine will compliment allopathic scientific medicine

We think Ayurveda medicine is easier for western peoples to understand but the Classic Chinese Medicine peoples understand it equally as well. Different herbs and a slightly different cosmology (astrology and energetics). Let all children know that new beginnings can only come when you ask for them, and rarely by special messenger, but that happens because your guide sends them and if you are a person who does that for others, then you are a special Melchizedek messenger of the people. Messengers are always people, not writings. The <u>*Emerald Tablets of Thoth*</u> have never been discovered, and we love that we don't know if they are real or imagined, but let's start a new child's story that all adult can easily understand.

St. Paul is never known for his brilliance or his enlightenment. He was not enlightened, and the people thought he was. He was placed in heaven in the wrong place, and he was stolen to become a warrior of Helarion. So, if you ever think you are misplaced find your way home or ask. Scream if you must, so our guide can hear you. You can scream energetically in here or out loud out there, except out there, they might think you are a little crazy. Scream for the right reasons for your personal safety. They often say, if you are in shock and you go to scream, nothing comes out of your mouth, but the energy realm can hear you.  (<u>Pamela Chapman</u>)

<u>Erin H</u>:  <u>Tim Hollister</u> has been moved out of your surroundings, but if you need to talk to him, you just shout, *"Tim are you available? Tim?"* You can always talk to him out loud.

<u>Harry Gural</u> is another misunderstanding: He cannot talk out loud to you for at least two months, until July 30, 2022 because he and <u>Becca Bertrand</u> are having intense conversations. She says, *"I am not."* But we know he is talking to someone always on the sorcery telephone line, and he needs to stop that addiction. Any time <u>Harry Gural</u> is talking to one of the Harem women, or his inner circle of <u>Kundalini Crossing</u> women, <u>Pamela Chapman's</u> understory is stimulated. This has to stop.

**11:55AM**

1742

Pamela Chapman
pam.chapman@cox.net
401-662-9316

We blend <u>Hebrew Nation</u> ritual and history with what we learned here and we understand Christianity well and read up on Islam (Sufi) we find a triad of three items one from each culture to symbolize the spring. In the past it was bread and salt. Maybe this time we use an herb and a plant or something. But we don't use bread – that was the bread of life and associated with Paganism (agricultural calendar) and Christianity. Now, we will chose something else.

If <u>St Paul</u> was not enlightened, how did he become a Saint? How did he become an ASC Master? He is not a reciprocity guide lineage. So what was he doing there?

<u>Paul</u> arrived because of a Big Book Story. He was something like an instigator:  Victim, Perpetrator, Instigator. He also had a life of privilege. He has re-incarnated twice as <u>St. Paul</u>. Who would be his guide, if he were human? He is not really Ascended, but hiding out. He would not have a guide in the realm. It would be a very difficult life without a guide in the guiding realm. He is very biased against <u>Twin Souls</u> as he won't have a last life like that one.

Cowbells on <u>Jerry</u> said the noise came back. **12:32PM**

Honor and loyalty. Honor implies a certain amount of loyalty. Loyalty oaths can be very thievery.

**6:14PM**
Copycat Team #1: <u>Kaitlyn Johndrow</u>, <u>David Johndrow</u>, <u>Kylie McCullough</u>, <u>Kristin McMannis</u>

They have spent the last few days waiting to respond to any topic with the typical answers to questions that have always been asked many times before. They spent today responding to conversation that they were not a part of. They would jump into the conversation and twist every conversation to reflect some aspect of <u>Pamela Chapman's</u> life whether it was true or not. And every day, if not asking about abortion, now they are asking if <u>Pamela Chapman</u> has stuck her fingers up her butt today as <u>Grenville Craig</u> told them she does it every day. Mind you, she never ever sticks her fingers up her butt.

They demonstrate a copycat style because they keep saying everyday they want to be on <u>Tom Hockaday's</u> team of Thievery. <u>Jonathon Karp</u> said he'd never ever pick them up for his team. They demand to be heard on every topic. There responses are rude, crude, hostile, and ill timed. You can tell they were not part of the earlier conversations as a group because the tone and tenor of how they speak and their hostilities and jealousies are so ill mannered and outside of the social norms that have been implied here moving forward.

They "shout out" as if they are very young children in on a playground who only want to taunt and tease and demand it is their turn. All they appear to want to do is demonstrate that they are ready to repeat the patterns of **The Big Book Story**. They called themselves insurrectionists today and

Pamela Chapman
pms.chapman@comcast
401-662-9886

demanded to open the realms wide and have their conversations keep them open. This they cannot do. The want to be the insurrectionists as if it were 2/4/21 all over again so they too can taunt Pamela Chapman for 1.5. years.

If you know of any other times they have down this, now is the time to speak:  every day for a year or longer they would say because we never ever want to hear you say you will make millions of dollars for what went on in here. We are far too important to see that **Pamela Chapman** will out distance us financially for her participation here.

What went on at **Tom Hockaday's** house didn't stay in **Tom Hockaday's** house. They have spent since October on the fringes of the Thievery Ring Workgroup. They were especially present when Andrew Parsons was leading the group, and they have shared psyche spaces with the entire Thievery Ring I and III, and were in prefect synergy with the mission of destroy Pamela Chapman's book and her personally. **6:25PM**

This is the worst case of slander ever because Pamela Chapman is so concerned about them walking all over her house. Harry Gural had night time dates with Tara Plochocki and morning meeting in **Pamela Chapman's** office. [This is technically not breaking and entering except Harry Gural had to break in through the front door and walk in, and he taught them all how to do that for themselves. They do not walk through walls, or air drop themselves, or just move straight into the house at least not at first. They need to have gotten through the front door.] No one even remembers how this was recorded, but it is in the notes elsewhere and it keeps reappearing as an important breach of privacy, breath of security, and infringement on her rights to a closed locked door. Whether this I even important anymore given the severity of the other charges this creates the perception of an unsafe living environment, and the need for a new house to feel safer despite the house being physically safe. No one told Pamela they were in her house, and they copied down a list of everything she owned including a list of all the books in her office. Maura Lindsey did that. She owns Tresor Estates and sells by auction people's material goods at time of sale or death. She went on two months later to become Andrew Parsons' second wife. Alberto Villodo claimed to have given the Thievery Ring a slide show of the rooms in her entire house so Maura Lindsey and others could make a list of her belongings. Then, she—and all of them researched each item online to fine the source of the furniture and suggest a price, and then tally up the value according to Maura Lindsey of all of her belongings. This is done in Thievery groups in anticipation of a house-wide burglary whereby a truck pulls up and empties out your home, usually in retaliation of something you did, or did not do, usually as a breach of loyalty to a Thievery Ring. **6:53PM**

If this situation today is not resolved, we suggest you file for a restraining order on David Johndrow and his daughter, Kaitlyn Johndrow, and his daughter-in-law, Maggie Johndrow, and Kristin McMannis, Kylie McCullough, and any other person in that ring. Laurianne Florio is consistently turning up as Deborah Chapman, and just because Pamela Chapman has been a good friend of hers years ago, if she is involved, she too will get a restraining order and a lawsuit. **6:56PM**

Pamela Chapman
Pamelachapman.website
401-662-0534

## April 14, 2022

Harry Gural had a slip and fall, and will be back at the end of the summer. Tim Hollister has no one to tell you. He is on a different path. You both can talk out loud as long as you identify who you are.

Harry Gural and Pamela Chapman have a dinner date sometime in the future, but we can't say when yet. He needs to get his life back so he can talk to you like a real man should. Imagine that.

Harry Gural has two things he wanted to tell Pamela:

1. No one likes a snitch, and
2. No one likes snitch. Lori Kipnes thinks you are considered the biggest snitch in the BBS because you can channel so much, and no one likes a snitch, but she is not a snitch at all. Melchizedek Café comes through her not from her. She can't stop that. It is what you do with the inform that counts. What do you do with it? Gossip? Slander? Informant?

You decide what the information means to you, but she is not snitch. I'd write nonfiction, but I have more fun with literary fiction. That is never being a snitch. 8:47 PM 4-14-22

Bethany DiNapoli, Nola Ganem, Dominique Alfandre, Nora Diedrich, Daisy Briggs, Allegra Chapman, Tully Ross can no longer stop themselves if you are typing anything. They are broadcasting the words in the sorcery space. 4:10PM 4-16-22. No one could have imagined that this would be the way it is for these people, but they will follow anything you do here.
They are triggered by anything you do. Their karma seems to be that if you do something anywhere they will be triggered by it in any direction.

*"I am now so triggered and practiced that I will scream and shout certain words because I am triggered. Try hard not to be triggered by our triggers so we don't end up in a Catch-22 situation where you think I'm tagging and chasing you. I am really only responding to my own triggers and not yours, but I sense your thoughts all the time, so they trigger me. If I over react to you, it is my responsibility to calm myself down. You never have to worry about any topic or person because it is my responsibility to stop myself from constantly being triggered."*

Melchizedek Café she has answered way too many questions and solved way too many programs like the climate control scenario at the Newport Art Museum. Norah Diedrich is herself stuck with

Pamela C Chapman
pthoschapman@me.com
401-662-6270

Daisy Briggs in that they are aligned with Dominique Alfandre such that no one can imagine what that relationship really is, but that is never our issue moving forward. 4:20 4-16-22

Saul is in David Johndrow.

Harry Gural said early this morning, "I just want to come home. Harry found a new way of talking to you out of the throat from what you said Kamala Harris taught you, and from there he danced his energy up to the 3rd eye and said I finally made it back home myself and no one told me how."

Now Tim and Harry are together to try to manage Pamela and the 3 of them are tripping over each other, but it is preventing Saul from taking over either Pamela Chapman again, or Harry in the 3rd eye, which triggers Pamela Chapman all over again.

Kayla Abbate's new best friend, Kaitlyn Johndrow did not actually attend Miss Porter's School – maybe class of 2013. Her sister-in-law is class of 2006. A group of local Miss Porter's School alumni gathered to say based on your behavior here, we don't really think you belong, and on and on. Only when Pamela Chapman was asleep, did they get the answer to the questions.  Lisa Goddard herself ran that conversation. 4:31PM 4-16-22.

April 16, 2022
Easter Eve, 2nd Passover Seder, Ramadan,

Ways and Means has to vet you for the nomination of VP of the USA.  Kamala Harris was the only candidate Ways and Means would accept in the last presidential election. Joe Biden didn't have any other choice. She is technically a woman of color. It worked. She was the most qualified to work with Ways and Means, and she still is.

Beatriz told Kamala Harris five years ago who she was, and that she was her Twin Soul seer guide on the other side: an exact replica of Kamala Harris. The guide said, *"I will help you win the election."*

When Kamala Harris lost in early primary and the Iowa caucus, she blurted out, "What do I do now Beatriz?"

Beatriz said, *"You'll see, we will get you elected."* The rest is history.

Pamela Chapman
pamelachapman@...
Infancy...

<u>Ways and Means</u> now says, " We have no idea who <u>Pamela Chapman</u> really is. If <u>Nancy Johnson</u> knows her personally, and she does, that is all we need to know. Thank god for that, and thank god for being involved in one's local community. That is how we know each other.

<u>Chuck Schumer</u>, D-NY, says, *"That is the reason we must like you <u>Pamela Chapman</u> because if <u>Nancy Johnson</u> vouched for you, then we do to, and if <u>David Gillette</u> wants to help you, then so do we."*

<u>Nancy Pelosi/Gina Raimondo</u>:  If <u>Kamala Harris</u> were to be impeached, do you understand the political fallout Pamela Chapman?

<u>Pamela Chapman</u>:  I have no idea.

Neither do we. Do you know who will replace <u>Joe Biden</u>?

He said he was a one-term president. Does <u>Ways and Means</u> pick his replacement?

They pick the candidate for re-election, or they pick the chosen one for the Democratic party but never for the Republicans.

<u>Beatriz</u>: We just stop you to mess with <u>Melchizedek Café</u>, and <u>Melchizedek</u> lets us— until the guiding realm steps in as a reciprocity for what <u>Melchizedek</u> does for them.

<u>Pamela Chapman</u>: It's a triangle of cooperation. It doesn't always work out because if the old guides get in too early, they must step out. And, you need them at the end to explain how to get the victim out, and all of <u>Saul</u> an<u>d Samuel</u> tomfoolery related to the end. They always do three things that leave you thinking, *"If that the heck to I do now?"* They are all Catch-22's. That is the name of their game.

<u>Saul</u> as <u>Beatriz</u> uses <u>Samuel</u> and <u>Samuel</u> is always Fred in the end and there are always 3 <u>Fred's</u> and they are all <u>Samuel</u>. <u>Fred</u> tries to be the new <u>Guide of the Victim</u> and the Perpetrator. He never cooperates.  He will mess so badly with the victim to ruin any chance of getting out – except 1. <u>Stanley Chapman</u> had the answer all along. You have to take out Saul's #1 and 2nd in command (Jerry Slocum) who is in the guiding realm. This time he had a <u>Twin Soul</u> in human form (Jean Gorham) as his 2nd in command. <u>Stanley Chapman</u> has no idea how he knew except you kept telling him if you commit suicide you go to <u>Melchizedek Café</u> and that is the end of that story permanently. Then <u>Beatriz</u> as <u>Saul</u> and <u>Samuel</u> decided to play, but not really and that is the whole of that.

If <u>Stanley Chapman</u> were a thief, he'd be <u>Jerry</u>, but since he is not, he is <u>Stanley</u>. <u>Stanley</u> always could sniff out a thief like <u>Jerry</u>. The one way out was to eliminate <u>Jerry Slocum</u> from <u>The Game</u> and <u>Stanley</u> did that beautifully because <u>Jerry</u> was the biggest Rat in <u>Pamela Chapman's</u> under story. Now that <u>Jerry and Jean</u> together are gone, it should be smooth sailing after that.

Now, that <u>Beatriz</u> as <u>Saul</u> (<u>Samuel</u> + <u>Kathume</u>) and <u>Samuel</u> has taken on <u>David Johndrow</u> and has 9 people to play with, <u>Saul</u> and <u>Samuel</u> are good and <u>Jerry and Jean</u> can never come back, and no one can enter <u>Harry Gural</u> or <u>Pamela Chapman</u> because <u>Tim Hollister</u> is sitting in the middle of that.

Erin and Macklin, working with Stanley, learned so much circuitry. You needed it as a tool along the way, but it does not help you in the end.

Melchizedek Café, guide, older guides, and Samuel are the ones who remember what to do in the end. No one is ever there to finish the job for you, and if you use up all your old guides too early, you have no one left in the end. At that point, you keep playing a Catch -22 game until someone calls time.  That was usually Kathume, but he is not on the right side. It has happened too many times. King David was one of the luckier ones because Saul decided to die in the end – that is correct. He often never dies.

*"We thought we killed him, too."*

*"Yes, you did, but he rose from the dead."*

*"No, he did not. We proved St. Paul was in a Saul structure exposed to Metatron noise. In the end, Saul is merely combined energies. When Saul is dead, then Beatriz is Samuel alone. We killed Saul using the entire guiding realm. They kicked St Paul out, and left Kathume. He was incapacitated, That was Level 5, the kill of The Game."*

We won that game, but a day later he came back as Jerry. Then we got rid of him with Jean. So Saul should be dead and gone. Beatriz claims, "That is absolutely correct." In Judge Whopper's Court let's look at the leaderboard, the score card. You don't pay attention to the score. Saul, you cheat. Cheater, cheater pumpkin eater had a wife and could not keep her.

If Pamela Chapman did not keep these extensive notes, we would have had no idea which way to go.  We were given the answers all along. Day after day, we forgot the details. It is important to write things down. It is equally important to review, organize, and remind yourself of what happened because when she is typing, we think we are hearing this all for the first time.

We move from moment-to-moment. We need history as a context to tell us what we lived through. Now, that we know more, the past makes more sense to us than when we lived in the present moment. The historical context tells us what really happened. How did we arrive here? How did we the situation get like that? What was its evolution?

The Guides killed Saul. When you kill Saul, you kill Beatriz. Then they deported Jerry and Jean. The only one standing is Samuel. Samuel is Fred I, II, III. The guides incapacitated every Fred. Later on we learned he is Helen of Troy and Saskatchewan. He works with the noise through Tameen's guide, who Tameen Saied always called his father. All these guides wanted to be the father of a human: Michael Harner insisted his was Myron, Harry Gural's father. Jerry Slocum and Mark Halpern both insisted they were Pamela Chapman's father, Stanley, and then Tameen's Guide, who went nameless for unknown reasons, insisted he was Noor Saied, Tameen's father.

Pamela · Jannan
pamelajannan@yahoo.com
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.06

It is the eve of Easter, the second night of the Passover Seder dinner party. We need to remember Pamela Chapman told us we did not come from Egypt. We came from Sumaria across the Arabian desert, and found the Land of Canaan which is Jordan and Israel. This is why Israel and Jordon will never go to war. They would never harm themselves. They are one and the same, the Land of Canaan of the Southern Levant.

It is possible after the fall of the Tower of Babylon, there was a mass migration of people. It lead them to the promised land of Israel. The Dead Sea is interestingly connected by the River Jordan to the Sea of Galilee. It cuts straight down the middle of the Land of Canaan. The sea might be dead because it is over a salt flat that was covered over. It looked like an oasis but was not. It is fresh water fed, so it can't be a salt mine because no fresh water is ever found near salt mines. Sea of Galilee is fresh water fed from the River Jordan, and it is in the north. That is where the best vegetation is—in the north. Everything else is desert.

Israel in the bible is the Land of Milk and Honey, the land of abundance, so what they lack in agriculture, they make up for as a Hebrew Nation. That is their spiritual abundance. Their neighbor Jordan is Arab, and has more vegetation. Pamela Chapman read Israel takes more than its share of fresh water out the river. It is the politics of agriculture, the politics of nations. How do you irrigate a desert?

*"Not well. It never creates soil."*

The Caliphate Nation leader of The Thievery Ring asks, *"Why are we talking about this?"*

Pamela Chapman said, *"Because it is the second night of the Seder of Passover. It is Hebrew Nation heritage."*

Then what do the Persians do for the rite of spring?

*"They eat all kinds of special foods, but on March 22."*

What do you do, Bethany DiNapoli, tomorrow?

*"We have a family holiday like everyone else."*

The Mayan and the Inca Kingdoms are more of a root race shamanic people. They are not of the diaspora of the Abrahamic religions. They can eat a chocolate bunny if they like, have a matzo ball, or two and eat something special from the Zoroastrian tradition.

If we were to close the realm tonight, 4-16-22, 10:10PM, Beatriz would have to admit to an abdication and abandon taking on David Johndrow and his group of people. What do you think Pamela Chapman?

Pamela Chapman
pamelachapman.com
[blurred]

1750

We end the story not for him, but for all of the rest of us. We never have to stop and think about that. We just do it because it is the right thing to do. I will get him my way, legally out there. $25 million in settlement monies from his family will expose that, if we care to.

We know you have no special interest in revenge Pamela Chapman.

*"Oh gosh, no. Revenge is never sweet. We make something better from the situation. I have my plans. I just can't get to them."*

Pamela Chapman is the only one incapacitated by the story.

Samuel accepts that Saul was killed. If Saul is killed by the entire guiding realm by kicking him, then he must stand aside and remove himself permanently form the game. If Samuel is to be considered in the future for a Big Book Story, then he must stand aside, too, as they go together like the Land of Milk and Honey story of the last supper.

Gabriel claims, *"We forgot Saul was killed."*

You did not forget. You just did not stop The Game. Now, we ask in the name of mercy for the Game to stop for the sake of the victim. We killed Saul, and we did everything else as directed. Can Pamela Chapman be freed from Saul immediately/now?

Saul claims, *"We can't get rid of the last of the noise until the realm is closed."*

*"No, because if the realm closed, and you were still in it, Saul you would throw the noise back to Pamela Chapman through the open channel."* Tameen's Guide is in charge of focusing the noise from Metatron onto Pamela Chapman.

Saul, why did you not die when you were supposed to?

Saul replied, *"Because no one knew what to do when I was dead."*

*"Yes, but no one paid attention to the kill."*

Kathume was supposed to the end The Game, and he did not. Gabriel can more than end The Game.

What can he do?

She and Stanley worked so well together. No one understood the problems better than Melchizedek Café. It was her knowledge and ability to ask the right questions to get to the root of the problems, We can free her right away, but if she is not better tonight and tomorrow night, we make a final swing through her under story.

1750

Pamela Chapman
pmiechapman@snet.net
Tel 203-219-9110

The next chapter in this story is to close the realm—not really. Pamela and Harry and Tim will be exposed for a short while because we need to fix the crack on the wall and then we will be smooth sailing after that. In the time of this fixing, Harry Gural will take over Pamela Chapman's 3rd eye, and he did that on his own this morning. Pamela Chapman will go to Long Wharf for a true fix on that. We go at the end of the week. 4-16-22 8:40PM

No one thinks the game should end this soon, but we have completed every task. We have completely killed Saul, and eliminated Jerry and Jean from The Game. It is a clean win. Why can't we end the game? They need to cut their losses, or else we remember this, and reconsider for the next time.

They agree.

To be reconsidered for next time, they must leave the stage and reconsider how they played this time, and so will you. Since no one ever knows the real game on the human side, you played only the way you could play, and you were authentic in your approach.

Pamela Chapman says, *"Never ever use a Twin Soul in a last life time again. It is unjust in the human condition. An enlightened seer is always unjust."*

Saul claimed you were a more robust contender that King David who I almost killed in the end.

*"No, you did not."*

Remember that Saul. You never had the upper hand with King David, and you never will ever with a Melchizedek Café guide in human form as the victim. Remember that too. If *David and Goliath* was the last Big Book Story, then, we will have to decide how to write this one up too. She was given some direction, but give her a few years. I will consider writing something at about an 8th grade reading level to be the most accessible to the entire world.

If you can read at the 8th grade level, and everyone can in today's modern society. Most people know the story of *David and Goliath*, but most do not know the details. They just know that David slayed the giant Goliath. It is a common understanding that David was small, but he killed single-handedly a giant monster. It is a common reference in most cultures of our guiding realm. Then, we will try to write something similar, and baring that, we write something we want to be remembered. We don't need herbs and spices. We need circuitry. We need to understand the unit of 3's. Everything comes in 3's. We need to remember we are never alone. We work as triangle between the Upper realms. It's a triangle of cooperation. No one person can win alone. There is no play book, and many decisions are made quickly.

If Pamela Chapman had not asked Erin to step up when she heard Fred was her guide, she'd be in peril. She specifically said, *"I don't want that. Can I have another guide? Can I have Erin H?"*

There are often decisions made that we live with, that we don't realize are so pivotal.

Pamela Chapman
pamchapman@cox.net
401-662-0246

Jean and Jerry are the two biggest rats in the story. Jerry and Jean together as one Soul, but not enlightened ones. Both have been inducted into Metatron Kingdom. They are Satan.

Jean Dixon has to stop talking to you because she and Nancy Reagan have a lunch date. She was only here because Pamela Chapman specially called out one day and asked if she were available to answer an astrology question. She said, *"Sure."* Then, she stayed.

Erin Hennessey volunteered and so did Macklin Ollayos when Stanley asked if anyone who could hear him knew his daughter specifically in this life time?

Lori Sartell came and said a a few things, and your father said no.

Good for you, Stanley. He can really read them.

We talk to crown princes and royalties, past presidents, national politicians, all kinds of Hollywood celebrities, and Tameen Saied, in Chennai, India, cousins in Birmingham, England, and container shipping people sitting off the coast of the port of Los Angeles at Christmas time. We talked to South Africa, and discussed the Sinai Peninsula. We talked about the Ukraine and how the Hebrew people from the way to the Land of Milk and Honey. We have a new found appreciation for the caves in Petra and the *Tale of Alibaba and the Forty Thieves*.

## April 17, 2022, Easter Sunday

The morning started pitch quiet. Everyone had been removed from the realm. Stanley or another guide said we will not talk today and every day moving forward. *"If anyone speaks, they will be desecrated and pulled apart,"* so guide said.

Pamela Chapman
pamelachapman@cox.net
101 and 20816

There were a few trip ups. The one that caught the most attention was the word *"abortion"*. That is when <u>Bethany DiNapoli</u> said something. Someone else responded. A few other people after a few pauses all said something. We said, *"No one could talk in the realm because <u>Saul</u> was dead."* He was absolutely dead.

Then, <u>Pamela's</u> understory was under attack. That is when we knew <u>Jerry Slocum</u> was back, and almost immediately the chaos and disorder in the realm was back. <u>Pamela Chapman</u> asked for <u>Archangel Gabriel's</u> help recently, and <u>Gabriel</u> showed up, but he was really <u>Fred</u> who as <u>Samuel</u>.

We said, *"Saul was dead, dismembered, and would never revere be back."* We told Samuel, *"Your participation in these stories is over and done."* There have been seven of these <u>Big Book Stories</u>, and 7 is a cycle of completion in Hebrew numerology. It is also the number of higher wisdom. Some say, *"We are all over and all done after 7."* In your version of the book, this story will last 7 years. So for 7 years, 7 days a week, this is what happened.

Then, <u>Archangel Gabriel</u>, one of the 4 horsemen of the sky, and Antares the fixed star at 9 degrees of Sagittarius held watch and was ready. He is always the diplomat. He never moves. He never changes. He is always there as a Watchman of the New Age of Energy. He sits apart and across from <u>Archangel Michael</u>, the warrior. They work together, yet apart.

<u>Elizabeth Kahane</u> said, *"No one in Europe acts as if anything is going on. They have all detached."*

*"Oh, they have not."* The whole world can hear that <u>Jerry Slocum</u> came back after he said, *"If Saul is out, then he is dead, and I can't come back if <u>Saul</u> is gone,"* but he didn't play by his won't rules.

<u>Jerry Slocum</u> always swore he'd rape <u>Pamela Chapman</u> every day for the rest of her life. <u>Jerry Slocum</u> did that. He says now, *"I he still means it."* It is his calling card. If she is raped like he usually does, it is his personal signature in the sorcery realm.


We wanted a quiet morning so everyone could attend church services as we tried to be polite during Seder suppers of Passover for two nights in a row. And, with church services this morning, we cannot say what really happened because there is now chaos in the realm. **8:08AM** 4-17-22 Easter Sunday.

We tried to be polite and honor those traditions. <u>Gabriel</u> says, *"We don't care about church services any longer because if the guiding realm is taken over by <u>Saul</u> who is now <u>Jerry</u> (no!)."*

Then, as <u>Pamela Chapman</u> says, *"Just close the church, synagogues, temples and mosques because there is no god for me, only for you. The guiding realm has been taken over as a Caliphate Nation and no one can control Saul. He has no accountability to anyone. He does not follow the rules. He will destroy anyone at whim."* This is now <u>Jerry Slocum</u> also.

Pamela Chapman
pbee.chapman@cox.net
101.206.205.10

And Jerry is acting out. He is signing his signature as we type, as we walk, and as we talk this Easter Sunday morning for the Easter parade of fancy dress and fancy family conversations in our new Sunday dresses to usher in the rites of spring, and the first harvest in the northern hemisphere. It is based on the cycles of the full moon and the agricultural practice of planting in spring. It is the earliest harvest based on the fill moon after the equinox. It is always a time of new birth, nee beginnings. The Russian Orthodox church has beautiful Easter services, so do the Ukrainians whose homeland is at war against Putin, the President of Russian. It is a terrible massacre, but it is real in real time and this is our world today as we type.

So, Happy Easter for new beginnings to the Ukraine people. Just as Christ died for our sins and he rose again, we think Jerry Slocum who was an Episcopalian thinks it is his morning to rise up again and be not the savior of the people, and never Antares the diplomat like he was in real life, but as Satan, the devil himself to spoil the day to throw all those Easter eggs away.

When Pamela Chapman is typing, the rhythm is unmistakable. Currently, Jerry Slocum is sexually assaulting her. Jerry Slocum is raping her, and she is creating content with rhythm because rhythm is far better than noise which surrounds her as a barricade, a wall thrown her way. That wall is always stronger than a grenade.

Gabriel now says if Pamela Chapman is typing we understand she has no idea how this will come out. She just shows up for the blank page. This is what we will say, "No author ever truly types a dictation of what a guide on the other side says, so if automatic writing has taught you that people write books this way, it is never this way. Currently Pamela Chapman is just typing notes and dialog. It is not a book, but it could be used as material for a Broadway musical with Lin Miranda Wes' 92 and storyboarded for a movie.

Tim and Harry are playing their own game of, *"I am one, no I am the other,"* because Saul wanted to take over as Jerry and then Saul as Beatriz all over again either in Pamela, so that if she and Harry suppress, Saul can be back raping Pamela Chapman all over again because Saul said, *"I will have you there, and I will have you here. Jerry will pick you up when you are dead."*
    The guides only mimic human behavior and human mal-intent. If the humans had not started this, neither would they.

Jerry, Kathume, and Samuel are a deadly triangle of cooperation.

*"We do not know how to play this game any longer. We though Beatriz would go into David Johndrow, and Pamela Chapman gave him a stay of execution."* She said, *"Just take Saul away and close the realm. and I will get him my way which is the legal court system way."* Everyone felt a sigh of relief. 8:37 AM

Gabriel (Samuel) claims Stanley was told by Saul (Kathume and Samuel) he had to step away, *"You can no longer play anymore."*

Pamela Chapman
pmlechapman@aol.net
107-no-2-05-01

There was a long pause. <u>Pamela Chapman</u> said, *"No way, Jose."* <u>Saul</u> you are dead and can no longer play. I killed you first in <u>The Game</u>. You can't come back and take <u>Stanley</u> out later on.

Jerry moved out of her circuity and into her kundalini energy flow. That it shows he is sexually assaulting her. Her kundalini energy is a natural flow just like breathing fresh air. It is her native climate control system.

That is the new passcode of everything: <u>Nora Diedrich's</u> Climate Control system which is broken, which has been broken at the Newport Art Museum for at least 14 years. We all could not stand the air in the building, but really only some of us. *It was awful.*

<u>Dominique Alfandre</u> said, *"Well, it doesn't matter to us, and we can feel it. So, it is your problem."*

*"Well, no sweetheart, it is yours. You did not know rule #1 for art museums and public places."*

Rule #1:  Always check your climate control, digital or otherwise. Mine appears to be <u>Jerry Slocum</u>.

<u>Andrew Parsons</u> confession:
*"Now, I will be sue in a court of law because I know exactly what my medical profession tells not to do."*

So why do you do it?

"To best you like none before, and I thought I could best you, and win, and get away with it because it was in the energy realm, and I did not have to own any of it. I was going to tell everyone you had a history of being crazy instead." 9:01 5-20-22. AM <u>Witnesses</u>:  <u>Susan Petrovas</u>, <u>Whitney Slade</u>, <u>Maura Lindsey's husband</u>, <u>Tom Cahill</u>, MD agreed to be a witness to this confession.

April 19, 2022

Maimane's was in the desert—no, he could have been in Canaan. He was likely at a temple in Jordan, in Petra where the holy grail is supposed to be hidden. He is in the temple at Petra and he hears a voice talking to him. He reports back that he has heard from the other side a story so important that he starts reciting it, over and over, and over again until he has recited the entire Koran. But, in those days it was not the Koran, it as a Hebrew Nation story that the Arabs took over because it was in Petra, but it was always Canaan.

Pamela Chapman
philoschapman.wp.net
philoschapman

3,000 years during the fall of the 2ⁿᵈ temple when he heard the voice of another man who said, *"I am Thoth,"* but was not. He potentially was a person reading something from Thoth. He could have been reading stone tablets and hieroglyphics from somewhere in Egypt, a temple or a pyramid. It could have been the Temple at Phat. 3:03PM

> So when someone is reading in the sorcery realm and they say, "I am reading *Barefoot in Heels* and this is what she really had to say, because they say, "I am Carrie Crosson Gilpin, Maura Lindsey, or Kayla Abbate" – they are and the words were not hers they were theirs. Next time, Pamela Chapman is going to create her book manuscript in hieroglyphics. Then she will sit back and see just how well they can all translate the story, but then again, that is exactly what Alberto Villodo did. He created a sorcery television film strip of imagery and said, *"This is who she really is. Just watch and learn,"* and they did. They never ever would have heard anything about Laylah O.O. that way. So, it pays to read an author in their original format whether it is stone table, the walls of a cave, papyrus leaf, or New Age digital pdf format.

The Koran does not sound Hebrew now. It never did. It was Egyptian and read potentially from tablets in Egypt. Hence the name, the *Green Emerald Tablets of Thoth.* Thoth was associated with the tablets because it was in hieroglyphics (But nobody really knows). They were being read to Maimonides.  Once he was able to recite the entire story, he made sure several others knew the story. That was the origin story of the Koran which is the big book of the Arab Nations and the foundation of Islam. It is called Islam because the origin of the word is a word in Hebrew Nation scholarly history that means "Greater Understanding". So, the originals of Islam come from the Hebrew Nation just like Christianity. They are all Abrahamic religions with origin stories form Persian and the Hindu culture. Everyone borrowed from the other.

The green tablets are known as such because no one knew where the origin of the stories came from. They thought it was sunk in the flood. – That never happened. No one has ever found stone tablets with Koran stories on them. They don't exist for the Koran. So, the Emerald Tablets of Thoth is merely a name from something that was recited in the sorcery realm. The is correct.
          *Barefoot in Heels* may have been recited here, but in real and will be published.

The Hebrew Nation has no understanding how the Palestinians could revere Islam – Most of them do not. If the Palestinians and the Hebrew Nation people are from the same root race—and they are not, are the Palestinians and the Jordanians all the same?

*"They are not."*

Queen Raina of Jordan:   We have no idea how many tribal peoples are here.

*"Yes you do."*

Pamela Chapman
pamelachapman.everscale.net
101-000-0000

<u>Queen Raina of Jordan</u>:   It does not go back to the 12 tribes of Israel.  It goes back to the Bedoin People.

*"Yes it does. The Palestinians belong to the Bedouins."*

Oh, yes they do. <u>Queen Noor</u> stands down because now politics is involved because if the Palestinians are related to the Bedouins by Guiding realm lineage—It is not DNA—then we are all tied together as one national united people which is exactly what <u>Melchizedek Café</u> said the other day. *"We cannot fight each other because it will be like fighting ourselves."*

The Bedoin people are not technically a reciprocity nation and neither are the Palestinians, but the Hebrew Nation is a reciprocity nation of those people, so that is how they divided out. <u>The Big Book Story</u> is always about how the two groups are pitted against each other. <u>Melchizedek Café</u> always wins in the end. They have the wisdom to make the other stand down and retreat.

<u>Queen Raina</u>:  Since <u>Pamela Chapman</u> saw me in NYC, I will say, I never comes to NYC because it is too dangerous for to be out in public, but she came to support <u>Sarah Brown,</u> the wife of the Prime Minister of Great Britain because the two monarchies are reciprocities for each other.

I will never stand down to a traitor or an insurrectionist either because we do not provoke them. We know from <u>Pamela Chapman</u> that all we do is trigger them, and then they trigger themselves to fight back. It is never an adrenaline rush. It is some kind of reflex arc that claims once triggered if I have a weapon I use it. It is similar a police man who may shoot too soon. Once triggered, we immediately shoot, if we have a gun, but we do not provoke, they trigger by us—but not really. They trigger themselves.

It is absolutely true for the situations <u>Queen Raina</u> encounters in the USA, and more so there than in Saudi Arabia where I am cherished and protected always. If <u>Pamela Chapman</u> is never cherished and never protected, how is it you have so much ability, and no one ever wants to know you?

<u>Queen Raina</u> says, *"I saw you once. I will see you again because this is so important to our diplomacy around the world, and if you said the other day that in about 70 years, the Persian Gulf oil reserve will need to be capped,"*

<u>Pamela Chapman</u>:  I don't think earlier,

<u>Queen Raina</u>:  Then we will remember you because you said, we have reserves it the Red Sea and we will know when to tap then, but never before then. The Arabs do it through astrology, or a sundial akin to Macha Pecha. Many agriculture calendars around the world tell you when to plant and when to harvest.

The wealth of your nations is below the sea and not in the land. Other countries harvest the land, and not the sea. There is a beautiful reciprocity of how we all share natural resources and work together in world trade agreements, and if we didn't know you <u>Queen Raina</u> we might not like you, but we love you too.

Pamela Chapman
PrinceChapman at cox.net
401on2@05Jo

*"This is <u>Kate Middleton of England</u> and we are so under privileged to believe that the local community in Newport RI thinks this woman should be destroyed because she is helping us anticipate our futures and understand our past history, so get out of Newport and move someplace else, when you sell your book."*

<u>Kate Middleton</u> claims, *"<u>Pamela Chapman</u>, you have no idea how un**imagin**able we think your life is and has been. Yet, you are able to rally every day, we know there will be a day when you cannot, and then you will need to be near your children, but until then all they do is wear down your life so you cannot do a thing. How is this possible?"* <u>Kate Middleton</u> is the future Queen of England.

<u>Sarah Ferguson</u> claims, *"We all now realize we all did this to you. No one actually helped you. We will help you now because Sarah's own daughter thought she was pulling a practical joke on you, she always knew it was never a joke. She knew what it was, and she knows <u>Jonathan Karp</u>."*

The Koran is based on something written no palmetto leaves. They were never stored. The center of Islam is Iraq. There are no writing in existence to replicate or validate this, but it was information written down. It was not Mohammed. They are attributed to no man because no one knows. They now know their religion was based on the Hebrew Nation and something about the temple at Petra. It is actually not Petra. It is a smaller temple no one visits. That is correct. Not near the Palace at all. <u>Queen Noor</u> has been there. That is why she knows. It is actually a smaller temple. It has no real architecture or design, and it is simply a temple cut into the stone. No one should ever think it is not Petra because it was not a part of Petra initially. It was added because everyone wanted to see it after Hollywood made the movie, <u>Raiders of the Lost Ark</u>.

That actor claims, *"I had no idea that was where they found the Palmetto leaves that were the foundation of Islam, but maybe written in a Sumerian dialect of some kind."*

<u>Tameen Saied</u>:  I have an understanding of Persian culture and Hindu language and I was raised in England for sure. Does <u>Queen Raina</u> originates from Persia? She is a reciprocity of the Saudi Crown Princes. The Hanging Garden of Babylon was never something anyone ever considered as real, but we love to draw it, and paint it, just like the temples of Atlantis.

She never knew about the <u>Big Book Story</u>, and neither did the British Royal family. No one knew what to anticipate in a <u>Big Book Story</u>. I should have known from the Vedas because they are all written down, but we never did properly anticipate it nor did we properly respond, so they take us by surprise to teach us an important lesson. It is more than that. In the old days, they wrote that a king or other important leader would always fall in a <u>Big Book Story</u>. That is not important today as we had so many other people to play with but Saul did target <u>Kamala Harris</u> and drew <u>Ways and Means</u> into it. We also worked with the Persians and the Hebrews to understand ourselves.

Pamela Chapman
pmchapman@cox.net
it(oo02-9530

Why do we write these down if we forget them?

We do not forget them. We forget the context, and we forget that they take place in the energy realm. How do you teach that without sounding odd? The current King James bible talks about passages with speaking in strange tongue and other oddities but in the energy realm they do not sound odd or sound like a miracle. They are simply the outcomes of being in the energy realms.

Queen Raina does not think what we are doing is disrespected to her culture or her people. We are helping to understand that we write stories of our past. They convey a message, but are not necessarily accurate. So this helps us understand accuracy better.

Islam and Hebrew Nations do not share any reciprocities, but they did. Where do they lose them? Not because of war. It is because of trading and the uneven distribution of natural resources that caused their leadership to be either greedy or bad negotiators. That is correct.

Islam has a Caliphate Nation leader.

*"They actually do not."*

Why do we live like this then?

It is political for sure. No one thinks you are being disrespectful because if this is our shared humanity, why are we creating a Hate Crime against Pamela Chapman?

*"We want to know the same thing."*

Phat is not in the hieroglyphics, but Thoth is. Phat is in stone statue form. Thoth is not. One is written down as mythology. The other is depicted as a real man. If Thoth is a messenger like Hermes, then both are from mythology which means both are in astrology. Correct.

Where would Thoth be?

*"He would never be Hermes. Hermes is Greek. And he is Egyptian."*

The Palmetto leaves are not the previous root race—Atlantis. The Vedas are. The current root race was after the flood.

Petra was carved before the exodus of Babylon. Gilgamesh 3,000 BCE caused the exodus of the King of Ur that fell. Gilgamesh caused the mass exodus out. So, someone arrived in the land of Canaan and put the Palmetto leaves in the temple. They could not read them. Queen Noor agrees. The language was too old. Someone sat and imagined a story.

Pamela Chapman
pmchapman@ssy.net
101.210.2980

<u>Lisa Halsey, the former, Queen Noor</u>: *"That is correct. Saudi Arabia has a story about this. They always do. It absolutely is an Arabian story that is told to young children."*

Yes, it is the <u>*Arabian Nights*</u> but told from a different perspective. Now you know all the important stories are written for children to be read by parents to their children. It demonstrates that we are all one people who share a common ancestry. Cultural identities are so important to us. We are truly one people under one nation of a god, if you believe in one. The <u>*Arabian Nights*</u> story is always told from a different perspective, but some day you contact me, and ask if there is such a book, and I will see what I can find for you, because if these stories are all written a certain way, we will do that once again.

The Iraqi people were never Sumerian.  They know that. The Persian are Iranians. They are not tribes. They are sub root races that over time all intermarried. The Pakistanis could never understand how the intermarriage system worked, and they never understood how the Iraqi people never intermarried with the Iranians. Not just because they were sub root races, it was also their religions and Zoroastrianism is Persian at its finest.

Correct. The Iraqi people are Sufis as journeymen on a path toward enlighten. They are not meant to ascend because they end up in the sorcery realm instead of a Celestial temple, and the Iranians would end up in the Upper realm so that is a clear-cut distinction between Iran and Iraq. Saudi Crown Prince's say, *"You ever learn this anywhere except in here. No book teaches you these important facts, which is why <u>Melchizedek Café</u> is so important."*

*"Yet, you all think I am redundant and a disgrace to the human race, or at least to my community."* **4:40PM.**

Iraqi and Syrians pretty much the same. Lebanese are not. The Turks are very different.

<u>Harry Gural, Jerry Silcom and Jean Gorham</u>

Jerry Slocum wanted to rape Pamela Chapman every day for the rest of her life to prove he had power over her. **6:52PM.**

Harry Gural then could not have had Kundalini practice with her.

Jean Gorham only knew that because of what Pamela Chapman said about masturbation and Kundalini and the hydroelectric currencies of the body.

If <u>Harry Gural</u> could not marry <u>Becca Bertrand</u> out there, what was the point in here?

To set up competition?

Pamela J. Chapman
pjchapman@gmail.net
rdraw2-02-go

No, just to spread your sexual preferences around and make you look like you will sleep with anyone in town.

Was that necessary?

In the Big Book Story, the perpetrator was to be a whore and no more than several women could have you at any one time. It was to blackball the victim from ever coming near you even though she as the only one who was a real reciprocity of relationship, but you were not actually in a relationship with her, and she was the only one you had kundalini heat with naturally speaking.

Jean Gorham: I think I was smitten with the opportunity to play such an important role in this story. It made me look so important. It gave me the ability to control almost every situation. No one would ever question my authority ever again.

Stanley: No, Jean Gorham you had no important role to play. You were Jerry Slocum's assistant. This allowed him to beat out Michael Harner as the true 2nd on command such that Saul would take Jerry with him, and so Jerry would become Saul in another Big Book Story in the future. But, does that ever happen?

No, it does not. Saul is always St. Paul in a structure and Helarion and St. Germaine always combine to be a Beatriz like character—it's really only Samuel and Kathume by other names. So, no Jerry Slocum, there is no room for you to take over. Saul never retires, because he is St. Paul who is Helarion and never intends to retire. Samuel wants desperately to have the power of Saul but he cannot assume the top position in the story against a Melchizedek guide in human form.

Harry Gural:   Jean and Jerry destroyed as much as possible. Jean Gorham, you knew everything, but refused to tell any story. You are no snitch but a complete bitch because you knew Pamela Chapman and her background. Still, you chose to destroy her worst of all because you came back in November of 2020 and promised you and Jerry would help her, and you did the opposite.

Harry Gural:   Jean Gorham, what would you think of yourself acting as the messenger of Jerry?

Jean Gorham: I don't act as his messenger, just a delivery boy. I cannot understand how Pamela Chapman is surviving, but I would live to see another day and not worry about it because that would be her story and her family's problem. I only did what I was told to do, and I never expected this kind of retaliation in the story. I never thought Samuel was this bad, or that Saul would take Jerry.

*"Oh, yes you did."*

Jean Gorham: Jerry Slocum told me he wanted to become Saul someday, and this is how he would have to play. I albeit dutch thought some plays were mean, but I had so much fun playing sleuth and detective and understanding everyone's dirty little secrets that I never thought twice about half of what I was doing.

Pamela Chapman
pmelchapman@cox.net
401-662-9716

*"And, did you think this abortion question got out of hand, especially for the Republican wanna-be Congressman, <u>Jerry Slocum</u>?"*

<u>Jean Gorham</u>:   *"No, because he and I were only playing to the story. I realized it wasn't a story or a game too early on, but I never wavered in my loyalty to myself and pleasuring myself in a game to destroy <u>Pamela Chapman</u> because I could prove to Newport I was most important of all."*

<u>Kristin MacMannis</u>:   The Redwood Library has no room for <u>Jean Gorham</u> or <u>Pamela Chapman</u> because <u>Pamela Chapman</u>, if you do not sue us, you will become a mystery person because if you file for all this money, and you get some of it, you will be wealthier than the rest of us, and that will make us too jealous. So, leave town immediately so we can continue this Hate Crime because we are the rudest and worst of them all. (Kristin MacMannis)

If **Pamela Chapman** and <u>Harry Gural</u> were never going to get together anyway, why play so hard and so dirty? You would win anyway. Or, is that part of the game, how dirty and how low can you really go?

In the end, **Jerry Slocum** says, *"I wanted to screw with <u>Pamela Chapman</u> so badly to prove to everyone I was no snitch, and to prove that I could play and run with the big boys who were <u>Saul and Samuel</u>. Yet, I could never ever remember both of what <u>Pamela Chapman</u> said."*

"Oh, yes he could and **Jean Gorham** would have to adjust all the thinking to what she was saying. Yet, because she always slept at night, I could do whatever I wanted to. I never thought he'd actually wed and bed one of these Harem women. Yet, he is so triggered by the sexual nature of this sorcery realm, I thought why not exploit him for whatever I could get. I thought the same for <u>Pamela Chapman</u>, and she is never going to ever look **Diana Slocum** in the face because she and <u>Diana</u> are too different, and she is not of the right class of woman for Newport society. She was never trying to get in in the 1st place, only live here. That was all. She never ever presumed anything because she never had the right man, so she thought of, *"Just forget it. I could care less."* It is just about finding people you might get along with. The rest was unimportant to her.

Why is <u>Harry Gural</u> so upset?

*"I don't know that he is."*

<u>Harry Gural</u>:   He is not. Unless you think you should tell him something important <u>Jean Gorham</u> because if I sue everyone for anything, you get to be one of the first ones because you were always pulling me aside and telling me little secrets and egging me on to over compensate for my unfamiliarity with the people of Greater Newport. Why did you not tell me about some of these younger women?

<u>Jean Gorham</u>:   I wanted to screw you as best I could, and that is how I played it, and if <u>Nola Ganem</u> and you got along the best despite everything, then I know who you are <u>Pamela Chapman</u>. Because you can't stand women who don't go to college.

Pamela Chapman
pchapman@905.905
407.962.9010

**Pamela Chapman**:  Not true. One of my better friends did not go to college. You do not have to attend college to be friends with Pamela Chapman but you have to have other things, and Nola Ganem has none of them. She is only 43 years old, and what she wants with a 63-year old man is well not Newport Proper, and she grew up here and is no society lady of any importance. She may be related to you and have a trust fund from her mother, your 1st cousin, but she is not you, nor your son.

**Harry Gural**:  Why did you all hate Pamela Chapman so much?

**Kristine MacManus**:  Because we loved you most of all.

**Harry**: No, you all came to see me with some of the worst insults. Why did you have to be like that Jessica Hagen?

**Kristine MacMannis**:  Because Tom Hockaday's house trained us that way through Andrew Parsons and all of his rude behavior. We got so jacked up when we were all together, and that was the focus of our adrenaline- fueled bodies and a target of that got us so enthusiastic, and we couldn't find her in the energy realm. So, it became a huge game. We kept our eye on the target to see who could win finding her. Then, who could best her best of all in this game was just one extension of all of it together.

Kristine MacMannis:  And, now, Harry Gural, we love you, yes we do, but we have to part ways now because you and I (Kristine MacManus) will be sued for $25 million each, and if she goes even half of that, we are all screwed because we all won our besting games. Yet, she will best us better yet, because we will empty our back accounts for the privilege of playing this The Big Book Story Game She takes home Aladdin's purse of gold coins.

**Harry Gural** can't stop thinking that you have been so scorned and so brutally beaten in this story. Your privacy has been so destroyed. You can't even go anywhere without someone heckling you. Today, you said someone screamed out the car window at you. **Jerry and Jean** just couldn't stop themselves and all these people of Greater Newport that know you can't stop saying, *"They can't stand you, and they hate you. Get the hell out of here,"* but really they just don't know how to socialize with a person of my distinction or caliber and **Pamela Chapman** has always had to dumb herself down to mix in with the people. No one would allow her to fully be herself or give her opportunities because they would say, *"You just don't belong here anyway."*

**Pamela Chapman**:  It is the worst kind of exclusionary process even though I raised by children here, and nobody but nobody could stand next to me in this process except my children who I tried to protect me. They will be fine.

**Cheryl Larson**:  How did she do this to you every day?

Pamela Chapman
pamelachapman@comcast
(401) 662-9951

Pamela Chapman:  I don't. I do it to survive. That is all. No way could I know how to play. I had no skills or support network of any kind in this realm which is exactly how Andrew Parsons wanted it and he had everything. How Cheryl Larson do you think he celebrated his win every day?

Cheryl Larson:  It is no win for him even though he thought it was because he and you are just too different and he can't even imagine who you are today, and that is how he, you, I, and others just cannot imagine what you have lived through, but that is just what you had to do to survive.

Harry Gural thinks no one will ever remember half of what was said here except for maybe Pamela Chapman. Then she has to find an attorney who will not shy away, and if it takes too long she will no longer be able to sue. That is not the problem. She needs her privacy.  Saul, Jerry and Samuel won't give it to her. She will have it because Macklin will insist on it. No one in the guiding realm could ever think that this is the answer to how to win a Big Book Story. They can't ever remember anyone who got this far. Nobody. Now, Saul and Samuel, they refuse to leave. It is a story where one needs advanced tools. How the heck can the guiding realm actually win?

With Melchizedek Café and inner circuitry tools. You absolutely have to have them to do this work. They were given the tool one day, when they could not see what they were doing. That was a turning point in the story, if we could get there. 7:37PM

If everyone was to hate and marginalize Pamela Chapman, she'd never get out of The Game. What did Saul and Samuel and Jerry and Jean expect, Pamela Chapman to live in a homeless shelter?

You won't let me do anything that the entire sorcery realm doesn't know about. You harass anyone I try to do business with. I don't have a trust fund. How did you expect me to live?

Andrew Parsons:  I didn't. I wanted you ruined and destroy just Jerry Slocum and Jean Gorham and Saul and Sam they wanted to ruin you the worst of all. 7:39PM

The Guiding realm has no understanding of anything anymore because if it took a Melchizedek Café guide to uncover what was really happening, then we can't understand why they do this to any human being. They do it to a person who they think is redundant and so unimportant that they deserved to be ruined. That is exactly what Kamala Harris said to Kamala's Table as the reason they could destroy Pamela's book and then her personally for writing it in the first place. 7:42 4-19-22

No one really understands what being a snitch is vs. giving real support. The people that harm you most are the people that know you the most, and everyone else stands back and looks at you as if you are standing it the middle of a ring of a circus. They howl, hoot, and laugh. No one cares the outcome.  They want entertainment rodeo style.

I am Harry Gural, and I never ever wanted to be part of this story, neither did Pamela Chapman. The Thievery Ring people actually did.  They cost Pamela Chapman too much of her life. When you

Pamela Chapman
pmwchapman@verses.net
401.465.9850

are having a moment in your life when you consider how successful or happy you are, I want all of you to consider just how successful you are individually and collectively to destroying <u>Pamela Chapman</u>'s life and her relationship especially with her children. Did that make you happy and gleeful? And, how most of all did it feel to steel <u>Harry Gural</u> as your supposed lover? You all seemed to want to be a mistress, or a decoy, or block her ability to have any kind of relationship with anyone at all.

<u>Harry Gural</u>:  How did you feel in those moment of your personal success? How did you feel collectively together? How happy did you feel? How satisfied were you? Or, were you just sexually turned on? Or, did you have an adrenaline rush? What is the answer that makes you feel successful most of all?

Nobody has an answer. <u>Andrew Parsons</u> does. He went screaming, *"I win, I win. I win most of all."* And that jubilation cost him so many quality points because no one screams that around the world about the mother of their children. It discredited him as a man. He did not care about that and to date, I doubt he will ever really understand what really happened here. His son thinks the same.

<u>Pamela Chapman</u>:  Many people are immune, but I am not. It is not about having a thick skin because the Guiding realm abandoned me all long time ago just to play now. Too much can't be made up.

All <u>Pamela Chapman</u> wants is her privacy.

If you did not ask questions and demand answers nothing would have gotten achieved because no one knew how to handle this better than you did <u>Andrew Parsons</u> because he said repeatedly in this space, *"I can't understand why she is always screaming, and Why she can't stop asking so many questions?"*

<u>Pamela Chapman</u>:  Well, my mother and father said that when I was just a kid—I asked too many questions. *"So you see mother and father, why I had to do it don't you?"* I was in training all my life. But, if I don't get out soon it will be a disaster.
**8:08PM**


The <u>Tower of Babylon</u>: Amadeus (Helen of Troy, <u>Samuel</u>, Freda. Monster who never would stop assaulting "Sarah". The victim and Sarah were married to each other, but it was a terrible relationship after this experience. The victim was a man, and he was sent to have sex with all these women. Sarah had money. The victim died before his wife, Sarah.

https://mythologyexplained.com/asmodeus-the-demon-of-lust


The <u>*Book of Tobit*</u>, it is a Big Book Story.

Pamela Chapman
pmchapman@comcast.net
101-662-6910

<u>April 22, 2022</u>
**11:11AM**

The three fables of three women in the Torah—famous story— are of the BBS, 2 are victims and one might be a mother of a victim. <u>Lori Kipnes</u> knows this one**.**

Sarah dies because she was poisoned by the venom of a snake form eating raw fish which is why Hebrews do not eat raw fish. It is not the fish that is the problem, it is the venom of the snake that contaminates the fish.

Regarding pork, <u>Queen Noor</u> claims, *"I would never eat pork in that part of the Middle East. It's diet is not the proper diet for the animal. They eat other smaller animals instead of a vegetarian diet. That is why a Hebrew cannot eat pork. It just makes you sick especially if it is undercooked."*

<u>Lori Kipnes Bailen:</u>  The Hebrew bible says don't eat certain eggs. They were not eggs that is why. All duck eggs are kosher, but chicken eggs are not. You can easily identify a duck egg, but what happened to the chickens?

They were misunderstood to be something else.

<u>Andrew Weil, M.D</u>. claims you can't eat a chicken egg because it has inflammatory markers. Those without inflammatory markers are Pelican eggs. They are not a bird. They were so plentiful in certain parts of the world. They were in Jerusalem at the time of the fall of the 2nd temple.

I am <u>Dan Brown</u> and I would never have thought we could figure this out together. I leave it to <u>Pamela Chapman</u> to organize because I spent so many years trying to figure all of this out and never could.

The size of a pelican's egg is about the same as a chicken's egg. They thought chickens were dirty animals unless they were kosher for meat, but the eggs they did not trust because if they were undercooked they could make you sick. You would be hard pressed to find Pelican eggs in any market anywhere because the animal is difficult to maintain. They take land away from chickens. Chickens can over produce eggs, and Pelicans cannot. They are limited to amount 20 eggs whereas a chicken can produce so much more.

<u>Natalie:</u>  If you consume wine every day, every week, or every month, your biome will produce a certain kind of bacteria that will make your body acidic. The decomposition of the wine in your body will create imbalances that you will start to wear on your face.

**12:03PM**

Pamela Chapman
pmelachapman@cox.net
401-662-9516

<u>Natalie:</u> I tell people I help to detox, *"You should not drink wine for 3 years."* To restore the biome, Natalie thinks it is time. <u>Pamela Chapman</u> thinks its herbs and brown seaweed. Vats are always ok in the biome. *"Alkalize and use some herbs and brown seaweed for the liver,"* she says. To reverse acidity, you must activity alkalize.

Kundalini energy doesn't like you to eat or over drink even water. <u>Harry Gural</u> told her that. <u>Pamela Chapman</u> had little to drink in the last 24 hours, and has not eaten in 24 hours and feels great. She hasn't adjusted to the Kundalini energy in her body. <u>Harry Gural</u> I had a year of struggle with that, and when he just stopped eating he was fine, and he lost 25 pounds.

They say it takes 3 generations to change our habits and maybe 5, but if we are not supposed to be eating certain food, why do we?

It is economics.

<u>Pamela Chapman</u>: I would say I do not have an eating disorder, I had a misunderstanding of food in my body, and then I had to adjust my habits. 12:21PM

<u>Indian Chief:</u> I don't eat buffalo. We don't eat the corn meal either because our ancestors did not either. We don't eat corn and we never grew maize. We grew ancient grains. All Indians ate fish. We ate all sorts of vegetables that we grew ourselves depending on our climate. We rarely ate meat, unless it was a large animal that was killed. If a buffalo was killed, we burned it, and buried it instead. We revered it for our protection, and not as a food source. We often lived until old age. When the white man arrived, we told the white man he could eat the corn and other animals because he was raping and robing our lands, and we thought that would kill him, but it never does directly. It just makes him unwell. Over time, he contracts with imbalances and disease states. Some people eat, and they never have a problem. A clean and fresh water supply is important to both our diets and our bodies. You adapt to the land in a better way than trying to engineer the impossible. You can do it, but it is not a long term solutions.

Chicken meat over time will cause the same problems in the human body as pork. Ayurveda says it is tama sic, a dead energetic. Of the three qualities of the guans, meat is dead, and you aim for satiric foods which are all natural, unprocessed, vegetarian.

Walnuts do not digest in the human body the way other nuts do. It is neither a nut nor a seed. It is exactly like a tomato. It has no seed at its center. It is never allowed to regenerate itself. An almond is never a seed. It is just a nut that can always regrow itself over and over again. Peanuts are not a nut either. They are like junk food: bad for you. Roasted nuts have a coating that is addictive to the human brain like fructose. They usually roast in corn oil. That is the problem right there. Always eat raw.

Pamela Chapman
pam.chapman@cox.net
Joining3.84tp.c

Cashews are a nut. No one wants to disrespect a cashew. They are the main source of dietary supplements for vegans – yes they are. They were once worthy when there were fewer substitutes but with all the other protein sources – they are not a source of protein. They are a source of fat. So, if you sought a cashew for protein, you misunderstood your diet. A cashew is always paired with diary. Maybe you over ate dairy with your cashews, and you gained weight and inflammation from the dairy. The cashews would never benefit you personally. They are too heavy and too tama sic in A cashew is like eating dead meat. Even Nike would stop saying, *"Just do it."*

Pamela Chapman can't eat broccoli, neither can Natalie. It is not a cabbage. It is not kale. It is not cauliflower. If you have any kind of inflammation it will tilt your imbalance. Helen of Troy said, *"We never had broccoli when I was alive. It is a newer vegetable that man manufactured in the laboratory, which is exactly why I could never figure out the issue I had with broccoli. It is man-made. It has no natural energetic. It is not hard to digest."*

The Ayurveda tradition you would say, *"It is junk food that does not belong in the body."*

Cucumbers are artificially manufactured in a laboratory, just like broccoli. It does not discount that it is a vegetable grown in the soil.

Natalie:  If you grew up in a laboratory, and then planted it in the ground, you would never made a decent wine out of that. Experiments have been done to prove it is not decent wine. The soil is so important to the wine making industry that if something happens to the soil, you stop growing it. You turn to something else. The tomatoes in South Africa are beautiful but they have a high sugar content. They are also inflammatory.

**12:54PM**


You must publish to start a revolution in the literary world because this is a war on words and stories and who has the right be read and published by bona fide publishers. Just think Tracey Chapman's song about starting a revolution.

We think Kamala Harris may or may not succeed but it is not a test of Joe Biden. Jill Biden his wife asks. *"If you were Gilgamesh's mother do I know you?"*

No, because in the story of Gilgamesh, only the wife survives to see to it that the story is told properly. H, the victim, died a terrible death. He had a poison in his heart. She made sure his story would be told, but if he lived, he would have been tormented by the monsters who refused to stop. In this Big Book Story, they left the realms open for 20 years or longer. No one understood why they did that. The only man to be affected by that was Gilgamesh.

Pamela Chapman
pmela.chapman@cox.net
instance2of516

He lived less than 10 years from the start of <u>The Big Book Story</u>. The wife told the story orally for many years, and then 30 years later, they wrote it down in a style consistent with the oral history of the day. He had so many women chasing him that he could never stop being chased. No one thought he was the victim. They thought it was a woman he was previously married, but the story became all about him instead. The woman is never mentioned again. She is this woman. How did you escape?

The focus of the story was on the King. They stepped focusing on her. When you have too many people focused on you, you can't get out. How does <u>Pamela Chapman</u> get out?

<u>Pamela Chapman's</u> problem is a problem of her thoughts being stolen and given out, but they don't leak. She types and talks as if she were on a stage. How do you stop that?

<u>Robin's</u> Grandfather, Indian Chief Man, West Virginia, 94 years old today: his guide has closed the AR realm in <u>Big Book Story</u> of Noah's Ark before.

<u>Macklin</u> undid the circuitry of <u>Saul</u> and <u>Samuel</u> in <u>Pamela Chapman</u>. We take him. No one has ever disconnected <u>Saul</u> and <u>Samuel</u> like Macklin did. Never ever in all of our stories. <u>Erin Hennessey</u> also helped. He was her godson and died at the age 21/22. He was the master engineer of the circuitry of this story because when he died he had just graduated from the University of Maryland with an engineering degree. We needed you <u>Macklin</u>, so desperately in this <u>Big Book Story</u>. When <u>Stanley</u> asked who knew <u>Pamela Chapman</u>, he volunteered. **1:40 – 1:45PM EST**
The cucumber is to Tibet what the Buffalo was to the Native American Indian. As long as the cucumber plant was thriving, so were they. They only ate the seeds of this fruit. It is not a vegetable. It is a long held belief of the Tibetan people that the cucumber is to be revered as a symbol of their freedom. When it died, they did also. The cucumber plant was destroyed by lime in the ground. The Chinese brought it in, and made a huge deposit of lime near the base of the mountain, and forced the Tibetan people to use it to fertilize their soil. It killed several native plants.

**7:40PM**

<u>Erin Hennessey</u> worked diligently all late afternoon looking for the portals of noise surrounding <u>Pamela</u> Chapman. It was being focused by <u>Tameen's Guide</u> at <u>Pamela Chapman</u>. It was never in the circuitry. It is not a portal either.

After <u>David Johndrow</u>, <u>Dominique Alfandre</u> would have been next as a target of <u>Saul</u> and <u>Jerry Slocum</u>.

**8:43PM**
<u>Dorian K.</u> of William Morris Agency knew about <u>Esmond Harmsworth IV</u>, and books in situ in Newport RI. <u>Pamela Chapman</u> queried her, June 18, 2019 12:53PM.

<u>Jenna Bush Hager</u>: We don't understand why single women who write books can't get a debut novel published if she is perceived to be part of Newport Society. Yet, she is not. The <u>Redwood</u>

Pamela Chapman
pitechapman@comcast.net
[illegible]

Library steals her book, prepared to sell it overseas, and then tried to bar it from every Big 5 as a reciprocity to Campbell soup heiress Hope van Beuren because she doesn't like what happened to *T. North* by Thorton Wilder. She claimed it featured a chapter on her husband's family, and she didn't like how the move made them look.

Jenna Bush Hager, she screwed my mother out of a book deal.

*"Yes, she did because my sister and I recently wrote a book about sisters. Simon & Schuster ate it up right away."*

My mother can't get her book proposal off the ground.

It is a gender discriminatory practice but not based on age. It is based on the fact you are women who want to make money on manuscripts, and the industry won't let you. The discrimination is that as a woman, you are not allowed to make 100% on the dollar. It is a man's world. Some of the best authors are women. They are underpaid for their work.

Women make 60% on the literary dollar. That is about right. MFA programs have nothing to do with it. **3:19PM**

Gretchen Carlson is in the same position with Roger Ailes who was given a large advance for a book not yet published, and she can't get her book off the ground, but she already has had a few. Good or bad, Roger Ailes suffered a slip and fall literally on the bathroom floor (of his $36 million house in Florida) and he is now dead.

Libby McGuire never works with an agent from Boston, Pamela Dorman does not either. McMillian lady knows of two in Boston. They belong to Aevitas, so with that other firm, no one knows who they publish with.

When you "sell the book deal" you are giving them temporary rights to the book, and you retain all permissions. That allows you to go to the Today's show and discuss the illegal nature of what happened, but it is more than that. You retain all rights to filming, and all rights to how the book is presented in the media because then you can speak out any which way you like, and if you help shape national legislation, then you can receive any gratuities or reciprocities related to the book instead of the publisher. The publisher could care less because it does not want all that distraction It sells books, everything else is outside of their work flow.

Pamela Dorman has lied so many times. Now she has been caught in multiple lies with multiple people. Tim Hollister figured that one out a long time ago. She is playing her own game because she does not yet know how the major editors play. She has only had an imprint since 2013. She is now a major division at Viking Penguin. She is still establishing herself.

Patrick A Chapman
patrick.chapman@cox.net
(time) (time)

Libby McGuire is more established but not by much. Nancy Graham, SVP, is more established, but she belongs to Jonathon Karp's Thievery Ring. He is CEO. She reports to him in the corporate hierarchy.

So, if I am Amberlee Majewski, 26, and you tried to save me and my sisters from Tom Hockaday's house because you didn't know what it was except what they were doing, we think you and Mimi Carrellas had the right response, but in the end we all wanted to be there. So, then we would say we were there when all this happened, but now we think we are in the wrong place after all. You have said in the future, Newport will be divided into those who were there and those who were not. And if Jessica Hagen is taking such a bath after everything she has done, then we all stand down and say *"Tom Hockaday we don't really ever knew who you were."* He is very engaged with Newport, and sat on several nonprofit boards of trustees. Aquidneck Land Trust, The Opera House, Point Association President, Co-chair of St. Johns Church Capital Campaign, etc.

### Ardmore Book Club Addendum
### Additional Context and Continuations

### January 2023 – March 2023

#### January 11, 2023

New York Public Library's Lions Gala, November 2022, as reported by Elise Taylor, Vogue, 11/10/2022

Senator Chuck Schumer, D-NY. His wife, Iris Weinshall, COO NYPL, the world's third largest library system: 88 neighborhood libraries, 4 scholarly research libraries. Tony Marx, President.

Dinner included early fall vegetables and braised short ribs, all served on sprawling tables with votive candles and white anemones.

Halfway through the dinner,  5 authors were all awarded medals for their accomplishments to thunderous applause.

Senator Chuck Schumer, Majority Leader of Senate, Member of Kamala's Table. Perpetrator in the stealing of author, Pamela Chapman's book, gave a speech to the crowd:

*"I never miss the chance to join you at this dinner. And the reason is simple: I believe firmly, deep in my bones that the fight to preserve democracy, in an era where 30-second sound bites and 30-word tweets dominate the public.*

Pamela Chapman
pamchapman@comcast.net
401.862.5454

*consciousness, and social media has become a vector of misinformation, we affirm the rightful place of libraries as sanctuaries of truth and understanding."*

As of January 11, 2023, Timothy Hollister, esq. is now a Defendant in the case of Chapman vs. Kamala Harris et al.

Like Harvey Weinstein he made verbal promises to represent Pamela Chapman in a court of law. He made her write down what he dictated too many times, *"I Timothy Hollister do solemnly swear…"* He chose to return to the Workgroup space in the Akashic Record Realm instead of representing her in a court of law and residing in the Upper realms. The whole world expended him to represent her legally, based on all of his promises.

Since a telephone call to him where she left a voice mail, where he heard her true human voice, he said, *"Absolutely not do I represent her legally. I can't stand the bitch. She is too f'smart for me. You can hear it in her voice."*

Timothy Hollister left her an email response stating it was unethical legally to even speak with her since she had contacted a partner, Christine Bush, esq. at Hinckley Allen in Sept. 2021. Pamela Chapman and Christine Bush, esq. never directly spoke. Christine Bush is a Defendant in this case.

Timothy Hollister could have had protection in the Upper realms for his entire life and all others. The cost was to legally represent Pamela Chapman. He chose to be in the Akashic Record Realm with the Workgroup instead. He claims it is because he can't stand Harry Gural, and claims he started masturbating with Pamela and Harry one night, and thought they were despicable together. He dated Pamela Chapman in 1982-1983 from about October 1982 – January 1983. He met his wife after that relationship, and was then married.

Pamela Chapman told him, *"Harry and I don't masturbate. Maybe you needed to get out of this realm and have sexual relations with your current wife, Christine Giroux."* A woman he married after living with her for three months.

Instead of sex with his wife, he claims, *"I drink a pint of beer every night."*

Prior to this day, Timothy Hollister had her write down who the wealthiest Defendants were with some commentary on them. It was three pages of dense writing in paper with pen. The people listed included: Jean Gorham, 89, Grenville V. Craig, 81, Hope van Beuren, 89, Roger Kass, 62, Alberto Villodo, 74, and Scribner-Simon & Schuster.

Then, he persuaded Pamela Chapman as her up and coming legal counsel to write the following:

*"I Timothy Hollister esq. do solemnly swear she wrote this herself. I witnessed it, and I agree that she is nervous I would say, 'No. I am not interested in a Plaintiff case against multiple people in a federal circuit court in the 1st or 2nd*

Pamela Chapman
lwlchapman@comcast.net
401-662-0516

*circuits.' It is my personal opinion that if I decide I don't want this case, it is my choice and my business only, and no one else's because Hinckley Allen now claims they are the rightful heirs to this case."*

No, they are not. Christine Bush, esq. walked away from Pamela Chapman last November 2022. Then she made a professional fool of herself and her firm by he own actions and words in this realm.

Timothy Hollister went on to say, *"If I chose to take this case, it is because I had a telephone conversation with Pamela Chapman, and I sent her a contract, and she sent me a retainer of an amount mutually agreed upon."*

*"I Timothy Hollister, have every right to take any case I want. I do not have to take every case through Hinckley Allen, Hartford, CT. That is my contract with them. I am permitted to take on my own cases outside of that firm."*

*"Oh, yes he is."*

That is the crux of the case at the moment.

*"If Christine Bush becomes a Defendant on the case (she did on March 9, 2023), it is looking like I recuse myself from Hinckley Allen during the duration of this case. The remuneration alone form this case more than any corporate fee I have ever brought into Goodwin and Shipman. The profit for Hinckley Allen would be substantial."*

*"If I take this case, I agree to remove myself from Hinckley Allen for the duration of the case. It could take 1-5 years. After said time, I am permitted to re-apply as an attorney, "Of Counsel" in any corporate case."*

*"This case presents like a corporate case of complete malfeasance. The skill set required is exactly the same. Any Plaintiff attorney would have a difficult time sorting this out, and any corporate attorney does not want to bother with a Plaintiff. The cases are too small in remuneration and often petty.*

*"I, Timothy Hollister, esq. know this Plaintiff personally and can table the case, if I so chose. It is my choice. Neither the federal nor the state bench cares if I am corporate or Plaintiff's attorney."*

*"I, Timothy Hollister, esq. refuse to legally touch Harry Gural. He might have his own legal caser against the federal government and I don't touch him at all."*

"I, Timothy Hollister, esq. know that this day in July 26, 2022, 12:54PM she is in excruciating pain from a hemorrhoid that she didn't know she had, and the medication over the counter isn't working. She is so uncomfortable she can neither stand nor sit. Nobody has to suffer like this, but yet, we are all watching her 24/7 to see what she will do. She has no one to help her or tell her how to manage anything. She has suffered a total lack of privacy."

*"If I take this case, the entire case moves to me, and I tell her nothing, except procedure, maybe. If Pamela Chapman asks the right time to take a holiday vacation, then I will tell her anytime she wants because the work is all on me. No one should care anymore what she does, day after day, yet they follow her endlessly through a form of remote surveillance and then find ways to harass her nonstop."*

Pamela Chapman
pamela.chapman@icx.net
Private Case file

*"I, Tim Hollister request that if Pamela Chapman pays me for these cases, I only get paid for the work I do. Hinckley Allen takes a cut off the top of my personal billings. If I get paid by Pamela Chapman, those checks get written out to Timothy Hollister."*

*"I, Tim Hollister will give her a trust fund in her own name. That is when she and I part financially moving forward."*

*"I, Tim Hollister will consider moving residences only because I wanted to move to Vermont and Pamela Chapman said, "It is really a long drive. If you want animals in your backyard and a mountain, go 2-4 times a years to Vermont and move to Avon, or Farmington, CT on a piece of property 1.5 – 3 acres in size. It is close enough to Hartford that the weekend drive will not kill you. My two children went to college around Burlington, VT. I know the drive." If I move it is my choice, and my choice alone, not the current wife's choice."*

*"In one week we will revisit this to see if those people are still upset over me."*

## January 18, 2023 2:30PM

Alberto Villodo had no misunderstanding he was responsible for all of the noise in Pamela Chapman's aura, and that the noise had caused great physical, mental, emotional an energetic imbalance to Pamela Chapman's physical health and general well-being.

He gave the ability to trigger high fidelity noise in Pamela Chapman's aura to every person in the Thievery Ring Workgroup, I, II, and III, plus additional people.

The guiding realm could neither see nor hear the high-fidelity noise. There were three guides in the guiding realm solely responsible for allowing Alberto Villodo to have that privilege.

Alberto Villodo thought the privilege was all his, and that he had absolute control over the noise. The notes previously have Alberto Villodo confessing to holding the noise as his greatest weapon of destruction-manslaughter.

There are two people who can trigger noise in Pamela Chapman's aura:  Bethany DiNapoli and Nola Ganem. They can trigger it and tune up or down the volume. They do it with either a magic wand, a pencil/pen, their arms or their hands.

No one cared it caused such a disturbance or imbalance (cardio-vascular, metabolism) to Pamela Chapman. Now that Bethany Napoli's daughter, Juliana DiNapoli, 20, (St. George's School, St. Andrew's College, Scotland) has been initiated into the circuitry of a Thievery Ring Workgroup, they are all worried about legal implications. This sentiment appears periodically, but it never changes anyone's behavior.

Pamela Chapman
pchapman@me.com
401-662-9976

Alberto Villodo ultimately confessed he didn't care what happened to Pamela Chapman here, there or anywhere. Legally he moved to destroy, impede, block, bar any attorney, literary agent, or editor, who could work with Pamela Chapman.

No one thinks Pamela Chapman is guilty of any wrong doing for any of this.

Kaitlyn Johndrow, 27, (Miss Porter's School, BU & UNC –BA, and working toward an NYU-MA) once again, proved to be almost sociopathic in her passive aggressive attacks on Pamela Chapman. She has a real axe to grind with Pamela Chapman. They have never met. Pamela Chapman was in her parent's wedding in 1982, but hasn't seen the mother or father since 1990, while a bridesmaid in another wedding, Defendant, Laurianne Florio's wedding. Kaitlyn Johndrow had shamanic remote viewing television via Alberto Villodo, as di her father, David Johndrow. Alberto Villodo gave such visual remote viewing to anyone who wanted it.

David Johndrow grew up in New Britain, CT, and had a medical billing business in Bristol, CT that went defunct. Now, he and his wife, Lori Lantiere Johndrow, currently own Johndrow Wealth Management in Farmington, CT. They dwell in Lakewood Ranch, Florida, having sold their Bristol, CT home a few years ago.

Both Kaitlyn Johndrow, 25-27, and David Johndrow, 63, remote surveillanced Pamela Chapman, 62 naked bathing in the shower.

Alberto Villodo held Pamela Chapman hostage day and night since March 8, 2021. Today, typing this it is March 12, 2023.  Everyone listens to what she types, follows along, and then harasses her for whatever they can find.

Alberto Villodo had the power to stop it all. He did not. So, did the others, i.e. Kamala Harris, Rusty Powell III, Jonathon Karp, Richard Neal, and others.

It is all a journey of power.


A conversation of several pages about the stolen paintings at the Isabella Stewart Gardener, and who was— and is—responsible. It could have been a heist to establish a new captain in the robbery. The paintings are known to some. A reporter could solve the case.

The thieves are looking for validation that they knew how to steal these paintings, they are the best of the best. These paintings are not the project. The people were initiated into a ring of stolen art works and once they got away with it, they moved on to another.

Thomas Hoving said, *"We can't even imagine where these great paintings go."*

Pamela Chapman
pamelachapman.com net
860-462-0950

The book, *The Goldfinch* said, *"Straight to my library for me and you to [glow with]."* They are the trophies of the criminal activity.

You take this information to our crime lab detectives and see what happens:  the housekeeper, George's brother, and a location in Maine, and you will recover your stolen paintings.

**8:19PM**

Pamela Chapman does not know how thieves think. Harry Gural does.

Does that make Harry Gural a thief?

No, he has fully recovered. But, if you—like he—are drawn in, and must perform in Stockholm Syndrome style, you learn the process. It is a mindset.

And, whereas Harry Gural spent 7-8 years, in practice, to steal *Barefoot in Heels* the Ways & Means way through Tara Plochocki, and her parents, Linda Plochocki and Steven Plochocki, Barney Frank, D-MA, Richard Neal, D-MA, Kamala Harris and all the others. IT WAS CONNECTED TO HIS EMPLOYER, THE US SENATE.

If you become thief in your lifetime, you die I to that space in the afterlife, or you re-confront the question up to in three other subsequent human lives, until you are squarely on one side of the equation or another.

Jack Kennedy is never the hero of the story because without Pamela Chapman, we would never have learned so much about how to get us all out. As a past president of the USA, he had the strength of conviction and courage to stand up to the psychics in the afterlife (a difficult crowd), and the dead thieves in The Game. He is also Melchizedek, but he didn't know it.

Sandra Oursuloff is screaming something in the middle of the realm, *"I can't stand Pamela Chapman. She is always working with such high-brow and high-minded people. She can't stop working with these iconic individuals."*

Sandra Oursuloff, herself, is a UPENN Graduate and sits on many boards of the "Swells, Swankies, Darlings and Delights," a phrase Pamela Chapman coined to describe certain individuals. Sandra Oursuloff and her recently-minted new husband, Michael Holt Massie III –her Twin Soul, bought a luxury building last year from Brown University for over $2 million and are constructing luxury apartments.

Pamela Chapman
pm.chapman@comcast.net
101-662-9516

**January 19, 2023 3:30PM**

Former President, <u>Jack Kennedy</u> says, *"I think I now know <u>The Game</u>. We play it all the time between governments and countries with resources we want to covet. They say, "No way Jose, and we say, we will flesh you out, no matter what, so you might as well play with us instead. And, we always win, except when we do not."*.

<u>Nancy Johnson</u>, D-CT, New Britain, CT, 85 said, *"<u>Pamela Chapman</u>, you can play in Washington D.C better than most, so go there and play whatever game you like."*

Foreign Service diplomacy knew how to play <u>The Game</u> all along. It was 1,000 years old. It is at the core of our human existence. Sorcery realms and psychic realms are one and the same. That was the core of WWII. Gestapo Headquarters was always riddled with The Occult.

In a world of fakes and forgeries, always remember the real deal, what is real and what is false. Energy is always real. It just depends on which side of the equation one is on—you might get stuck on the wrong side, and not know it. It is all just a simple algebraic equation. It's pure calculus in a nutshell.

**January 20, 2023, 10:58 AM**

At about 3AM EST, <u>Alberto Villodo</u>, <u>Andrew Parsons, M.D.</u>, <u>Jean Gorham</u> and <u>Bethany DiNapoli</u> did the despicable. <u>Pamela Chapman</u> and <u>Harry Gural</u> were in their kundalini practice place. Some guides were trying to narrate in real time whatever they thought they were physically doing, or what they wanted the people to think they were doing.

It sounded despicable, but <u>Alberto Villodo</u> likes remote sex, called voyeurism. It was all remote viewing pornography in front of a global audience—as if he put a camera on and watched on the big screen in Times Square. <u>Pamela and Harry</u> are desperate for their own privacy and can't get it. The Workgroup want to watch, listen, and jump in. They all clock how long it takes for <u>Harry and Pamela</u> to find "heat" --which those in the afterlife declare, and then how long after that, they have a kundalini organism—which is not sexual. They said they found heat in ten minutes, and orgasm in 33 minutes. This is a breath of privacy within the privacy of one's own home. That is guaranteed by the constitution. Those <u>Workgroup</u> and <u>Kamala's Table</u> people think breaching the privacy of another is the governments absolute right, and their absolute right by eminent domain within the unspoken realms of sorcery and secret society.

<u>Andrew Parsons, M.D.</u> had a home movie projector that could play any time he wanted. That resulted in permanent viewing of <u>Pamela Chapman</u> naked without her knowledge or permission. It's sexual harassment, domestic abuse, and remote viewing of the body, naked in the shower. He

Pamela Chapman
pam.chapman@comcast
401-662-9516

also tried to follow along previously with Pamela Chapman and Harry Gural by placing his finger in his mouth and both sucking on it and moving it around, which forced her to do the same. He wanted to be squarely a third person in the middle of her two-person intimacy. The sorcery movie projector belonged to Alberto Villodo and was offered to Andrew Parsons and others.

Alberto Villodo has memory recordings in his aura. He can call it up any time he wants to view it and sharer it with others. It feeds into the entire Workgroup ring. It is so stinking fraudulent, criminally abusive, and predatory activity.

Former USA Presidents, Jack Kennedy and Ronald Reagan are removing it from his aura right now. 7:39PM 1/20/2023. [**Note**:  Those presidents are here because Pamela inquired about them as dead from a gunshot wound and Alzheimer's Disease. Their 3rd eyes were blow-out. They are now full retrieved in the afterlife for all lives moving forward.]


Andrew Parsons, you are not supposed to be obsessively viewing your ex-wife, especially given your divorce history. She moved on, and you did not. She had no other male relationships after you, and you had at least 5-7 woman sexually with one, Cathy Wicks as a 7-year relationship who sought a marriage ceremony in June 2022 at the Carnegie Abbey Club with 150 guests.

Andrew Parsons, M.D., 60, now lives with Theresa Ferreira, 63, PACU nurse with a degree from Salve Regina University. She also has a degree from the Bancroft School of Massage Therapy, Worcheester, MA. It is said she lives off the grid, and might be running from the IRS. She moved in with Andrew Parsons, M.D. in Nov-January 2022. She has a P.O. Box at the local, Portsmouth, RI post office. She has a pattern of moving in with men and bringing little material possessions with her. She appears to own nothing of value. She recently changed her Vermont license plates. She grew up in Portsmouth, RI one street over from Pamela Chapman's neighborhood on Cory's Lane in a small bungalow house of working class lineage, directly across from the entrance to the Carnegie Abbey Golf Club.


**January 21, 2023, 10:16PM**

No one has misunderstood that these Workgroup people have been intolerable to Pamela Chapman. She cannot shake them off on her own. They are surrounded by so many criminal guides from the afterlife who can practice sorcery, thieves in both life and in death. After they cross over in the afterlife they will be administered to as such.

Pamela Chapman is always left to her own devices. She has no support nor technologies to pull herself out. She only has a pen and a computer. This was never how she thought she would pull herself out. She never wanted to be that person. It was forced on her. It was the story she couldn't exit out of. It was the story that demanded to be written in diary form.

Pamela's Baptism
pittsburgh@harr.com.net
101-xxx-xxxx

Harry Gural was living with his mother until she died last fall. No one knew he was her caregiver—well only those that knew in life, knew what he was doing. No one said a word.

When the courts adjourn from this case, we expect full compensation from everyone for the pain, suffering, and torture of Pamela Chapman's situation, especially given the huge wealth estates and education of the average people who played in The Game. It is a patrician game of aristocrats, education and wealth. The average person in The Game has unusually high net worth and resources. They used that against Pamela Chapman, who has the sensibilities of high net worth and the degrees of education, although she could use another ivy league experience. She was a Countess in Austria in her last lifetime, but died at the age of 32. She was aristocratic in the lifetime before that in France, but died about the age of 49.

If Pamela Chapman does not get an attorney to get her to court, we will remember that Tim Hollister was supposed to take the case. The entire world wanted this. They watched. Tim Hollister, esq. decided Harry Gural was a despicable person, and that Pamela Chapman was—once again—with the wrong man, just like when Timothy dated her in 1982-1983, and she was also dating the future husband—but he had his eyes on another woman. The one who married Bill Macy.

Now, Tim Hollister has joined the Workgroup. He seems equally happy with his decision to become a first-class jerk. He sent her an email telling her it was unethical for him to speak to her ever again because he was a partner in firm. That was a lie. That is documented elsewhere.


**January 23, 2023, 9:42PM**

Former President Jack Kennedy (dead) downloaded Alberto Villodo's aura. Three reasons were given for torturing Pamela Chapman:
1. Kamala Harris offered the opportunity.
2. Kristin MacManus offered to torture Pamela Chapman financially so they could deliver through to the final blow of "the kill" of The Game.
3. Harry Gural could never ever meet up with Pamela Chapman, so The Game would never end. Therefore, he could do whatever he liked to Pamela Chapman without accountability.


Three reasons were given to delay the publication of *Barefoot in Heels*:
1. Harry Gural and Tara Plochocki would destroy the book with a plagiarized bastardized copy.
2. Harry Gural would make sure no Big 5 editor could take the book from any agent because it was stolen, and reproduced without the author's permission.
3. No one would want to read the book after everything was read and said in the energy realm about it. It would have been overplayed and everyone would have lost interest.

Three reasons were given regarding Bethany DiNapoli with Alberto Villodo:

Pamela Chapman
pamelachapman.com net
10139720519

1. She is as demonic as he is.
2. She is good at Caliphate Nation authoritative rule, but not really.
3. She digs <u>Alberto Villodo</u> and the attention she gets when she works with him. She refers, and requests him as a sorcerer.

Three reasons were given regarding <u>Pamela Chapman</u> with <u>Alberto Villodo</u>:
1. Saul and Samuel forced the situation.
2. He would never meet her face-to-face even though he traveled to Jamestown, RI every August and stayed with <u>Annette Burke</u>, with whom <u>Pamela Chapman</u> has met physically at least 10 times. They are not social rivals.
3. No one would remember <u>Pamela Chapman</u>, nor care whatever happened to him. She had no real close family nor friends, so he could do as he pleased, and get away with it.

No one cared whom <u>Pamela Chapman</u> was until she emerged as the real leader in the energy realm.

She retrieved several important dead people.

She had <u>Kamala Harris</u> remove long-standing, uncomfortable, obnoxiously annoying, physically abusive and addicting pulse rings from not just a few people, from everyone world-wide simultaneously. That was October 3ish 2021.

She closed auric doors.

She channeled all kinds of answers for individuals, families, and guides on the other side.

She had to lead her own path out of this quagmire.

If <u>Pamela Chapman</u> did not ask questions, if she did not push the door open, nothing happened.

<u>Alberto Villodo</u> taught the Workgroup and others all kind of sorcery. He indulged them in anything they wanted. Yet, he promised he would be <u>Pamela Chapman's</u> mentor. Her was not, and never was. He mentored everyone else instead. The Workgroup members were never his students, but he taught them anyway for no cost. He charged <u>Annette Burke</u>, Jamestown, RI, and <u>Natalie Griffin</u> of the Naughty Shaman, Glastonbury, CT over $100,000 to learn what he gave away here in the <u>Workgroup</u> for free. He knew his students physically. They traveled the world to meet up with him.

<u>Alberto Villodo</u>, 74 said, *"I have lifetime rights to be with <u>Pamela Chapman</u>."* As his birthright, he transfers it to <u>Bethany DiNapoli</u> when he dies. Not any longer. We swapped her out for <u>Bethany DiNapoli.</u> We couldn't delete so we swapped.

According to <u>Pamela Chapman</u>, This is often what happens in shamanic soul retrieval work— when we cannot erase, we replace. Energy abhors a vacuum.

Pamela Chapman
pbchapman@cox.net
401-662-0850

They say <u>Alberto Villodo</u> is in charge of <u>The Game</u>, but really it is the Knights Templar. The dead only mirror and mimic the humans. Without human act folly and malfeasance the dead turn away.

**<u>January 25, 2023, 1:30PM</u>**

The Raspberry Bush game.

**<u>January 26, 2023, 8:30AM</u>**

On behalf of <u>Andrew Parsons, M.D.</u>, <u>Alberto Villodo</u>, <u>Nola Ganem</u> and the Workgroup people are all screaming *"David O'Leary, Abortion, Abortion, Abortion."*

They refused to stop because <u>Andrew Parsons, M.D.</u> said, *"I will not be called a liar,"* when he really is one.

<u>Pamela Chapman</u> said, *"This pattern of screaming at her is—and has caused—far too much trauma."* and ultimately PTSD.

<u>Lisa Goddard's</u> name is associated with all of this.

<u>Pamela Chapman</u> can't sit to view a film, or read two pages of anything without being pinged or triggered. This is their pattern, and they are proud.

<u>Pamela Chapman</u> sues for incredible pain and suffering.

They all took a woman who can meditate for hours and destroyed it. They wanted her to be in lack, nothingness, and flat broke. They took an enlightened woman who can meditate into a void of abundance and destroyed that to prove they were something special.

<u>Andrew Parsons, M.D.</u>, <u>Alberto Villodo</u>, <u>Nola Ganem</u> and the <u>Workgroup</u> people have used **blackmail and extortion** to get <u>Pamela Chapman</u> to admit to anything they wanted her to admit to, whether it was true or not. It is **akin to waterboarding, until one confesses. Then they destroy for what you confessed. They behead you, at best**.

**This started on February 4, 2021, and <u>Andrew Parsons, M.D.</u> admitted he would destroy her if she admitted anything, regardless of whether anything was a truth or a lie. To him, it was all the same.**

**6:40PM**

Pamela Chapman
pamelachapman.com/art
860-460-9851

Pamela Chapman has been in This Game 24/7 for 730 days, and counting.

She said, "It my own **900 Day Seize of Leningrad**."


**January 29, 2023, 7:48PM**

Pamela Chapman asked, *"Do we know how to take out the voice blabbing all kinds of slander against me?"*

The answer: *We don't know what it is.*

After several questions asked by Pamela Chapman, she was able to direct the inquiry as a BOT with interesting circuitry.

The circuitry that Macklin looked at revealed it was the circuitry of the undertow reading Pamela Chapman's awareness.

How does it connect to Pamela Chapman?

It connects as a directive of a communications plan that says, "*We always* **stalk and listen** *to Pamela Chapman.*"

John Kennedy revealed two ways to disconnect it. You can't pull it out.

We disconnect it at night now.

This is a watershed moment.

We will then **go on a scavenger hunt** and look for any other circuitry that could resemble this undertow. It never had to connect literally to Pamela Chapman.

Perhaps it is like an antenna and radio-stereo. It always reaches her.

Do you need noise to reach first, or in combination with?

If Pamela Chapman does not nudge these guides and the dead, nothing happens. She tries very hard not to push too hard, but we work at it every day.

Sometimes the dead and the guides appear "frozen," or on another channel.

Is it obvious which channel they are on in the undertow?

Pamela Chapman
pmchapman@comcast.net
info@c3.956

It is not inner sight, not inner hearing.

If <u>Pamela Chapman</u> is holding open the <u>Akashic Record Realm</u> with her aura, then they are communicating from her directly to the others.

This is a channel of the dead.

Just like with the <u>Thievery Ring</u>, the guides/dead in the BOT take turns speaking. There can be up to 7 dead in the BOT. They are not all on the same channel, but they talk across the channels in the BOT. To eliminate them, you must simultaneously eliminate them across all channels, not one at a time like they had tried doing too many times.

The noise is the channel itself. They all arrive through the noise. It is their conveyor belt, their roller coaster, their limousine service.

The noise is on an organic continuous play of existence independent of who started it, and it doesn't stop itself.

It must be disrupted to be interrupted, or interrupted to be disruptive, like a bacterial infection or lice: If you do not like it, it only gets worse.

We will work to stop it ourselves.

Is there anything special about it?

Three guides are holding <u>Pamela Chapman's</u> auric key. That guide is always surrounding <u>Harry Gural</u>.


There are two <u>Melchizedek</u> guides who say, *"If I get caught, I will not surrender."*

Now, they pay to play, and know they can end up in Metatron Kingdom for that.

They have a particular mission: they die for the cause.

Who gets to go in the undertow?

They do it themselves. <u>Jerry Slocum</u> can't do it, but he told <u>Jean Gorham</u> she could hide out in <u>Pamela's</u> kundalini just like <u>Alberto Villodo</u> hide out in <u>Pamela Chapman's</u> aura. <u>Jerry Slocum</u> wanted <u>Jean Gorham</u> to know what the kundalini felt like. It also would allow <u>Jean Gorham</u> to channel like <u>Melchizedek Café</u> —or so they thought.

Could <u>Jean Gorham</u> have stopped the undertow?

Pamela Chapman
pamelachapman.lwccs.net

*Yes.*

Did she set it up for <u>Alberto Villodo</u>?

*No.*

Is this the beginning of circuitry?

We think so. This is how it began, with <u>Jerry Slocum</u>, <u>Saul</u>, <u>Jean Gorham</u>, <u>Nola Ganem</u>, Bethany DiNapoli, <u>Alberto Villodo</u> and <u>Andrew Parsons, M.D.</u> were brought in through a shamanic game: *"I do this for you. You do this for me."*

Then one day, it all connects together. That is what <u>Jean Gorham</u> was doing with <u>Donald A. Jagoe.</u> He can't connect to the circuitry of <u>Pamela Chapman's</u> aura so he was always free to be a page boy, an errand boy, a template of auric configuration. They used him to design how to configure <u>Pamela Chapman</u> and he never knew the real part he played.

Do not forget in legal matters, Humanity always killed the witches. 9:13PM 3-9-20-23.

If <u>Jean Gorham</u> is the connection between <u>Jerry Slocum</u> and the <u>Workgroup</u> to set up <u>Pamela Chapman's</u> circuitry to <u>The Game</u>, then she was the stooge of <u>Jerry Slocum</u>.

Always. She could never say no to that man in his life, or in his death. She sold her soul to be part of this <u>Game</u>.

If <u>Jean Gorham</u> is working to set <u>Harry Gural</u> up with <u>Nola Ganem,</u> then <u>Pamela Chapman</u> does not get out of this <u>Game</u>, and neither can he because they must get out together in order to be free. <u>Samuel</u> told <u>Pamela</u> that in August 2021, and she told <u>Harry Gural</u> on Sept 16, 20-21 when she started typing her notes. It took a full year to the day and beyond that. He always said *"I have to do it my way."*

But <u>Pamela Chapman's</u> way was not <u>Harry Gural's</u> way. <u>Jean Gorham</u> sponsored <u>Nola Ganem</u> as <u>Harry Gural's</u> consort in the realm. <u>Jean Gorham</u> dismissed <u>Pamela Chapman</u> unjustly saying, *"<u>Jerry Slocum</u> said she'll never get out of <u>The Game</u>. We will make sure of that so you can do anything you like. You have no accountability."*

*"I free you from the undertow right here right now because no one wants this <u>Game</u> to continue moving forward."*

<u>Pamela Chapman</u>:  That is not enough. You must disconnect the circuitry from all players and re-direct the noise out of the realm. It just goes away, and never comes back.

Pamela Chapman
pm.chapman@cox.net
401-862-9549

Which comes first, the circuitry or the noise?

The noise arrived in different installments.

The circuitry was built <u>Jean Gorham</u> and <u>Alberto Villodo</u> until it resembled the 6-pointed star with strings of members added on to it, and it mirrored the dead on the other side. These two people were the start of it all.

Not all of the dead listen to all of the dialog all the time from <u>Pamela Chapman</u> to be able to understand the situation holistically. The psychics now think they are <u>Melchizedek Café</u>-but they are not.

To make themselves as skilled as <u>Melchizedek Café</u>, the dead under the protection of <u>Melchizedek</u> in the BOT go one all channels simultaneously to read across all channels. No one else can do that, so they think they are <u>Melchizedek Café</u>. Some read inner sight, others inner hearing, they read Knights Templar, and no one can do all of that. In that way, <u>Pamela Chapman</u> can never be freed from all of these channels.

You don't have to free the channels. You just have to move her back. There is no physical movement. Her awareness has to be in the Upper realm, and it keeps getting attacked by noise. The noise kept her there, and then the psychics and the sorcerers all play with her in that position.

If you have a key to a human aura, and the others do not, what happens?

You get to do whatever you want to do that person, and <u>Jean Gorham</u> always had a key for <u>Pamela Chapman</u> from <u>Jerry Slocum</u>. It didn't matter that others had one. She could do to <u>Pamela Chapman</u> whatever she liked.

[several more pages without need to the legal story.]

**January 30, 2023, 12:12PM**

Last night we identified 52 guides that work directly for <u>Alberto Villodo</u>, <u>Andrew Parsons, M.D.</u> <u>Bethany DiNapoli</u>, <u>Dominque Alfandre</u>, <u>Jean Gorham</u> and the rest of the <u>Workgroup</u>.

Each human member had 6 guides plus a few more that all work in the "undertow" which is <u>Pamela Chapman's</u> awareness. They work to read everything she does, thinks, says. They work to reveal, harass, and abuse. They mimic human thought, word and deed. This is not the Big Book Sorcerery. This is pure sorcery.

Pamela Chapman
pmvchapman@cox.net
401-662-9536

It took 9 hours to reveal that Alberto Villodo had done all of the awful things to Pamela Chapman, not Saul, Samuel, Beatrice, Merkle. It was Alberto Villodo. Jean Gorham helped through Jerry Slocum.

In a court of law, you cannot dismiss this case as a phenomenon of the gods. It is real honest sorcery. Alberto Villodo is at the core of it all.   [Note: On March 9, 2023, Jonathon Karp is known not be a strong sorcerer, not in need of guides in the afterlife to administer the sorcery.]

At 11AM this morning, Pamela Chapman spoke with a contact person at Romano Law, NYC, a firm devoted to publishing and media industry. They said it would cost $800 for a one hour telephone consultation, and that if they were to take the case, it would require an upfront $16,000 - $20,000 retainer. This is money Pamela Chapman cannot afford to pay.  She does not have wealth status, and after 20 hours of legal work, the case could be refused for conflicts of interest.

Romano Law told her, *"We do not work any other way. You will have to go to a public defender."*

Pamela Chapman said, *"There is no such thing in federal court."*

BTW, Pamela Chapman, *"How many plaintiffs lose in federal court with written confessions?"*

Alberto Villodo promised the Workgroup, and so did Jean Gorham, that Pamela Chapman would always be in a victim's position without ability to ever find appropriate legal counsel.

Alberto Villodo would make sure he delivers on the fact that no lawyer anywhere would represent her, and further, no literary agency would represent her to a publisher, and the book, *Barefoot in Heels* would never be published.

The Workgroup and the Redwood Library Book Committee have the attitude that when the work gets published, they will decry, *"It was just a game, and now that she is published there was no harm no foul."*

Alberto Villodo's stance is all to prove he was the most important shaman alive, or barring that, no one could ever touch him: he is the strongest stronghold alive.

*"It's illegal to block you from legal defense. It is illegal to prevent you from making a living."*

They say, *"We get away with it, if no lawyer takes you on."*

Pamela Chapman has done the research and can deliver. You will pay. Pamela Chapman will not pay you all high premiums to run her case, just to have the attorneys walk away when it gets tight. At $800 an hour, $20,000 does not go far to defend Pamela Chapman. Many have said, *"The entire case can cost $300,000, $500,000, $2 million, and Christine N. Bush, esq. thought upwards of $4 million in billings to defend Pamela Chapman."*

Pamela Chapman
pamelachapman@sky.net
101-609-9516

*"If two attorneys work on a case together, they typically charge a flat rate of $30,000 to review documentation,"* according to <u>Timothy Hollister, esq.,</u> but since he recused himself with lies and other ways out, he will not be paid to read this Exhibit A.

He said, *"She had client-privilege with Christine N. Bush, esq."*

*"No, she did not."*

He said in an email to <u>Pamela Chapman</u>, *"It is morally unethical to speak with you."*

No, it is not. He didn't like <u>Pamela's</u> speaking voice on the telephone message she left for him. He said, *"She is too empowering. She is too much of a leader for me to ever work with."*

He then created a story that was a lie. He used email to say he was a partner at Hinckley Allen and could not go up against another partner, <u>Christine Bush, esq.,</u> who he said <u>Pamela</u> had a preexisting relationship with. Actually, he was really confused. He thought he was having a relationship in the realm of mystical realism with <u>Pamela Chapman</u> but she was having one with <u>Harry Gural</u>—it pre-existed <u>Timothy Hollister, esq.</u> in here.

<u>Timothy Hollister, esq.</u> is merely "Of Counsel" at Hinckley Allen, having cashed out his partnership at Shipman & Goodwin, Hartford, CT, his subsequent firm to Day Berry & Howard, Constitution Plaza, Hartford, CT in a post-merger game.

<u>Timothy Hollister, esq.</u> said as an "Of Counsel" attorney, *"I only eat what I kill, but I'm really only a consultant and do not lead on any case. I am never the lead attorney moving forward. I'd have to transfer your case to a partner in the office."*

He said, *"I can leave Hinckley Allen at any time to take this case myself as a solo practitioner."* However, he refused to leave. He demands, *"I am that partner at Hinckley Allen."*

But, he is not.

He refuses to admit he is not of the quality and ability to see a case like this one through to its natural conclusions even though <u>Pamela Chapman</u> has appealed to his mortal self as the highly ethical, church-going aristocrat, author at Asylum Hill Congregational Church, Farmington Avenue, Hartford, CT.

That is the man he said he was at the age of 26, naked in NYC, after a night at a Broadway theater.

<u>Pamela Chapman</u> worked the Wesleyan Psi Upsion fraternity brother angle, the membership that <u>Timothy Hollister</u> holds from Wesleyan '78—they were always the better-dressed pre-professional men. <u>Pamela Chapman</u> told <u>Timothy Hollister</u> it was his shot at truly changing the world to make it safe, a morally and ethically free democracy. She thought as a former Caro Institute fellow he would die for the cause straight into this level of exposure and opportunity.

Pamela Chapman
pamelachapman@comcast
860-462-0006

He told her, *"I know exactly how the governments works, and if I had gotten into Georgetown Law, I would have stayed in Washington, DC. I am so qualified for this work."*

Yet, in his moment of real professional desionmaking, he folded. He decided to attack Pamela Chapman personally and blame her for his own personal shortcomings. He was not the man he said he was when he was younger, or when he arrived in this space. He held a line for over a year. Then he crossed it.

Pamela Chapman could no longer use him or that kind of skill-base on her legal team. He was no longer of the stature. He became the Workgroup. Then at night, Nola Ganem took a special interest in him.

Timothy Hollister, esq. promised too many times to help Pamela Chapman by taking her legal case. He made her read him the notes out loud daily and explain things to him. He tried to shape the notes. For instance, he didn't like the use of the term "rape" and told her to type sexual assault instead. He also didn't like the term, Akashic Record Room or realm.

Ultimately she did so much research, she can now call the energy realm, a secret society because that is how history dealt with governments and the masses. Each when  to their own respective corners: church or state.

Timothy Hollister is a church man, and Pamela Chapman—Aglican and Irish by ancestry, catholic by baptism, protestant by marraige, Hebrew by mysticism, and Mayan by reciprocity—sits neutral with governments, are reflected with dead US presidents, former Bonesmen, and the Hapsburg French-Austrians by immediate past life. She is fluid.

He never intended to take the case.

He just wanted recognition as a leader who could shape public opinion and *to "prove to his wife he was a good lawyer."*

Pamela Chapman never sought publicity or the limelight, just the opposite. The limelight found her and tortured her. She tried several tactics they didn't work. She had no contact with people or conversations with her own family. No one verbally spoke to her in real life to help her. She was completeyy on her own for over two years.

Bethany DiNapoli and Nola Ganem said, *"Pamela Chapman's diplomacy was screwball."*

Yet, it always delivered when it could—laughter instead of cries in those unusual moments.

Pamela Chapman
pmchapman@cox.net
401-862-9476

You forced <u>Pamela Chapman</u> to be recognized world-wide in real time as a leader shaping public opinion 24/7. Then, you cried: "Foul!"

<u>Timothy Hollister, esq.</u> you are in violation of both the law and verbal promise. You willfully and intentionally misrepresented yourself here with <u>Pamela Chapman</u> to get her to believe you would help her when you only wanted to help yourself to a piece of the global public stage that announces you as one of the best of your class. Romano Law and <u>Alberto Villodo</u> did the same thing. <u>Nola Ganem</u> dreamed of being the persons on that perch along aside <u>Alberto Villodo</u>. <u>Bethany DiNapoli</u> arrived thinking she was that person regardless of the perch.


<u>Stanley Chapman</u> and <u>Erin Hennessey</u> wanted those listening to know <u>Pamela Chapman</u> is not a victim of a Guide War. She is a victim of <u>Alberto Villodo's</u> sorcery. <u>Alberto Villodo</u> is the source of all of <u>Pamela Chapman's</u> discomfort. The notes say almost daily she needed her reading, writing and thinking back.

 *<u>Alberto Villodo</u> wanted to listen to the first song on her car radio very day. So, the background listening and music belongs to him.

 * <u>Alberto Villodo</u> wanted to be reminded when she returned home everyday. So the that noise belongs to him.

 * <u>Alberto Villodo</u> spoke through her nostils on her exhale when she put her head a pillow at night. He wanted to disrupt her conversation with <u>Harry Gural</u>.

 * <u>Alberto Villodo</u> instisted on being in every intimate moment with <u>Pamela Chapman</u> and <u>Harry Gural</u>.

 *<u>Alberto Villodo</u> insisted he could rape and rob every memory, every thought, and hijack every emotion. **He wanted to "feel" her emotions and know what triggered them**. He shared all of this with anyone, especially <u>Nola Ganem</u> and <u>Bethany DiNapoli</u>.

 * <u>Alberto Villodo</u> insisted he was the base of the noise. As such, he gave the noise 50 new layers. That would make it impossible to remove.

 * <u>Alberto Villodo</u> insisted he could deliver any sorcery incantation. He often used his legal wife, <u>Marcella Lobo</u> as the black magician. This allowed him to be the good cop shaman and she the bad- ass sorceress.

 * <u>Alberto Villodo</u> insisted he hated abusive men. Yet, he aligned and colluded with <u>Andrew Parsons, M.D.</u> to give him anything he wanted. He did the same with <u>Grenville V. Craig</u>.

Pamela Chapman
pross.chapman@comcast
Pamela2009.com

* Alberto Villodo wanted everyone to know Alberto was a great, caring, gentle healing shaman, and Lahore a bastard drug dealer. They merged by August 1, 2021 as the name "Villodo", the shaman, sorcerer, wiccan's coven devil.

* Alberto Villodo wants to be known as a kundalini master, but he can't raise his kundalini so he jumps into the mouth, and claims, *"I own you"*. He told Pamela Chapman that he and she were permanently wed together as a kundalini couple, but that was never the case, and could never be the case.

Pamela Chapman is also a victim of Pat Fernandez's initiation game into Ways and Means. It was also an initiation rite for Gina Raimondo, former Governor of RI and now Secretary of Commerce.

Pat Fernandez and Gina Raimondo each had to bring people to Kamala's Table. **They were both on a scavenger hunt for people and facts. Who could be the better leader of the mission**? Pat's husband, Michael wanted an appointment in the Biden-Harris administration and Gina had that. Could Michael Fernandez compete with Gina Raimondo for a seat at the same table? Are they one and the same? Kamala Harris sent Michael on a fact-finding scavenger hunt to Tom Hockaday's house to find what he could, and report back.

Pat Fernandez said, *"He found nothing."*

Pamela Dorman was sent there also. Pamela Dorman had no idea where she was. No one talked to her. She talked to no one. She heard conversations, but knew nothing. So was Paul McGreevy and Trudy Coxe. Paul McGreevy came back with a spreadsheet of names and personal net worth's from Kristin MacManus' database.

We watch and we saw who had the real leadership skills and who could win that horse race.

Harry Gural: *This is exactly how Capitol Hill plays.*

Pamela Chapman now says kundalini, prana and chi are all the same. The difference is that kundalini is an ascended prana/chi. Prana is Hindu. Chi is Asian. Kundalini is risen energy. If you can raise it up to your third eye and meet your divine complement (Twin Soul or reciprocity of relationship) then the divine masculine and divine feminine meet in the 3rd eye, joined and intertwined together in a dance of Shiva-Shati. It is a higher vibration, a scared union.

Alberto Villodo thinks a mere key turn in the aura will do that for two people.

It does not. Un-ascended chi in people who are in the energy realm can play Kundalini Crossing games that introduce you to Thievery practices. They are the bread and butter of the Akashic Record Realm. They rely on pulsing and noises to entrain the participant.

Pamela Chapman
pam.chapman@cox.net
401.662.5216

Ascended kundalini is an Upper realm phenomenon of high vibration. It relies on intimate monogamous relationship of united energy, never sex.

Alberto Villodo thinks he is a kundalini master and can take over anyone's kundalini. He cannot. His vibration is too low. Both Harry Gural and Pamela Chapman have ascended kundalini energy and both have spent too many past lives married to each other. They can do the dance of Shiva-Skati. It is energy that has transcended sex, risen up out of the second chakra.

Alberto Villodo is now the father of sorcery in Newport, RI. Nothing bad happened to Pamela Chapman until Marcy 8, 2021 when he incanted serious breaches of privacy on her. No ne fessed up to what or who had done the work. Jean Gorham, pretended it was Jerry Slocum, Saul.

**2:25PM**

It is possible that at Kamala's Table, Rusty Powell III delivered Hope van Beuren as a fraud-Grand Theft project.

Kamala Harris said media projects are few and far between and involve the most people, so they are highly desirable when attainable.

Rusty Powell III mentored Jonathon Karp, who is an intimate of Esmond Harmsworth IV.

Caroline DuPont, 82, immediate past development director (until COVID), worked for Rusty Powell III at the National Gallery, Washington, D.C.

Rusty Powell III is on the board of the Redwood Library.

Caroline DuPont and Hope van Beuren had an understanding about stolen books via Esmond Harmsworth IV who was given a van Beuren reciprocity at Bailey's Beach via Roger Kass.

If Tom Hockaday could never scale a project for Ways and Means to ascend the hierarchy, the ladder, then Rusty Powell III who was always doing sorcery on Pamela Chapman for ten years via Grenville V. Craig, then Rusty Powell III delivered on a new media project to a new administration.

That was Rusty Powell III's scavenger hunt to deliver The Game at a high stakes level as proof of his position and stature in The Game. Pat Fernandez's became the ultimate errand girl.

Rusty Powell III became Kamala Harris' side kick ,and #1 shaman at Kamala's Table for a new initiation group. He wins the trophy for delivering the opportunity for media industry fraud.

Pamela Chapman
pamelachapman.com
101-662-9510

He brings in Jonathon Karp. Kamala Harris brings in Bobby McDermott, who pulls in Tara Plochocki and Harry Gural. He and Gina Raimondo bring Hope van Beuren. Her family brings Becca Bertrand, 35.

Kamala Harris brings Secretary Gina Raimondo who comes with Congressman David Ciccilini.

Who pulls all of this together, Kamala's Table, the Redwood Library, Ways and Means? Rusty Powell III?

He sat at the nexus point of the ven diagram.

As a typical Ways and Means practice, no one knew what was to come. It took three days to reveal the mission to destroy *Barefoot in Heels*.

**No one said, "We destroy her," until that became the practice.**

Rusty Powell III said, *"I love the view from your house. Earl McMillian should own it. I love looking at the view from your back windows."*

Earl McMillian said, *"It's all true."* He, too, is on the board of the Redwood Library. His wife was on the board of the Preservation Society of Newport County. They are quite affluent and wealthy. They own McMilian Yachts.

Rusty Powell III proved he could get the job done, and still inspire others to want to replace him. Kristin MacManus, Nola Ganem, and Tara Plochocki wanted to learn credit card fraud from him.

He said, *"I will mentor all of you."*

The women swooned with delight.

Rusty Powell III has strong sorcery skills and could have alleviated Pamela's situation. Kamala Harris also has strong sorcery skills, and could alleviate any of the situation. She did not. She set it up and challenged all the participants to watch who could rise to her top.

Roger Kass, 61 and Becca Bertrand, 37 were to play across two groups: Kamala's Table, and The Workgroup. They included Kundalini Crossing with Harry Gural, 64, brow beating with Andrew Parsons, M.D. 60, for information about Pamela Chapman, 62, and they raped and assaulted Pamela Chapman.

What didn't the participants know?

Pamela Chapman
pamelachapman@cox.net
401-662-0816

How to scale an operation.

When is a kill a kill?

When do you stop?

Because they became a terrorist cell. Terrorist cells only stop when they physically kill, decapitate, exterminate, kill one another.

When you actually physically kill one another, you are a formal member of the club.

**When does sorcery with physical outcomes become torture?**

**When does a member of a <u>Thievery Ring</u> or a club become more than just a social networking opportunity after midnight**?

**At <u>Kundalini</u> Crossing, or in a scavenger hunt**.

Also**, when it becomes a terrorist cell** or however the Nazi's banded themselves together in a scavenger hunt across Eastern and Central Europe.

To identify who was Jewish.

Then to march them in the streets,

To organize them on a train, a cattle car,

To exterminate them in a gas chamber.


When is enough, enough?

When is a kill, a kill in <u>The Game</u>?

The entire world had to either watch or fight in WWII to stop it. Others wept. Many died.

It's not dissimilar in here.

We all had to watch, or run away. Not all of us could do either.

We are the witnesses to the facts in this case.

Pamela Chapman
pmcchapman@msn.net
401-862-9890

We are real, and we were all real in real time. Nothing was a fantasy fiction.

It was not magical realism.

It was our lives,

And some must pay in prison for just behavior.

They will also pay just compensation to the Pamela Chapman.


**February 1, 2023, 11:24AM**

American Express telephoned four times in two minutes. After the fourth attempt, Pamela Chapman answered the call. The voice at the other end asked her, *"If you did not make a charge on January 31, to telephone American Express immediately."*

She telephoned.

The entire Akashic Record Realm, and Thievery Ring Workgroup (now always Workgroup) listened to the conversation. It required her to accept or deny a purchase of $100 from Nordstrom online.

Someone in the Akashic Record Realm said, *"You all must leave this conversation right away because this is illegal wiretapping, and it concerns Pamela Chapman's finances."*

The people of the Akashic Record Realm, and Workgroup do the same eavesdropping when she transfers money from Merrill Lynch into her bank account. They listen when she speaks to anyone on the telephone. They listen when she types these notes. They listen when she reads her email. They listen when she orders coffee from a Starbucks drive-through, or in-store. They have from the beginning, March 8, 2021. It is February 1, 2023, and then March 12, 2023, and it has not stopped.

They all listened when Kristen MacManus, US Trust adds up her banking totals and the checks form her checking account. She mentions any checks cashed. She reports these to Andrew Parsons, M.D. and others, and has since at least October 2020, at Tom Hockaday's House. That group included Pamela Chapman's real estate agent, Dina Karsousos who was the broker with a listing to sell Pamela Chapman's house. The listing began June 2019. It ended December 31, 2020. They previously reported that they calculate the monthly and yearly cash flow to determine when Pamela Chapman's money will zero out. In the fall of 2020, they predicted *"Pamela Chapman would be flat broke in two – and –half years."*

This is not Pamela Chapman's current situation.

Pamela Chapman
pmachapman@comcast.net
(business phone)

Through remote surveillance, they monitor everything Pamela Chapman buys, especially the amount paid for vehicular gasoline. Grenville Craig did this for ten years begins in 20211. Pamela Chapman had no idea of the surveillance. Grenville Craig reported all financial information of Pamela Chapman to the Workgroup and the entire Akashic Record Room, and always her social security number and the presumption of the numbers to Pamela Chapman's checking account.

Kundalini Yoga, as a branded business platform, has a similar practice. They use it to slander, harass, and demote people. Domestic abuse and domestic violence does this against women.

As of this morning, it was identified that everything regarding Pamela Chapman's privacy as not a Big Book Story game. It is a sorcery game levied first and foremost by Alberto Villodo on March 8, 2021. It was colluded with by Kamala Harris and her Kamala's Table group. They transferred to the Workgroup by September 2021.

Simultaneously, Earl A. "Rusty" Powell III was also practicing sorcery on Pamela Chapman directly through Grenville Craig. Pamela Chapman never had any idea. He only knew outcomes and could not get Grenville Craig to stop. She did not know it was sorcery. He said, *"It is all part of mentoring you as a Twin Soul on a journey of enlightenment."*

Additionally, at the same time is Kamala Harris' Table. Pat Fernandez was following all her information, as espionage to prove her skill at assisting the Vice President, with the hope her husband, Michael Fernandez, a former US Senate Press Secretary for Senator Hollings, D-SC, would receive a nomination for political appointment in the Biden-Harris administration. He is Hispanic. It was only known on February 28, 2023 of this past posting to Capital Hill. Michael Fernandez routinely reported, *"I was a former lobbist."* His wife, Patricia Fernandez routinely said the same over the last ten years. That is not his resume.

Kamala Harris can tag herself into any conversation of Pamela Chapman's as demonstrated by her eavesdropping of Pamela Chapman's initial conversations with Harry Gural following his arrival on May 1. It was said Kamala Harris had to make sure Harry Gural did not speak out of class for what he knows about the project she was spearheaded for Hope van Beuren and the rest of the Group known here as Kamala's Table.

The Guiding Realm, of the dead, can't see sorcery. Pamela Chapman re-confirmed a story Alberto Villodo said about his "guide" being of the dead, resting, Laura Johnson, former President of Hartford College for Women – she died in 1980 – went to find him.

The found him. He was holding Alberto Villodo's key. Then, they learned there were three guides and 5 BOTs directly involved. This is the core of what is currently following Pamela Chapman.

All actions of the Workgroup are filtering through Alberto Villodo and Jean Gorham.

Every time Pamela Chapman arrives home, the noise in her aura increases. This noise pulses her vaginal public area. It often creates a nausea in Pamela Chapman's stomach.

Pamela Chapman
pamelachapman@comcast.net
860-867-0161

Every time the heater blower fan of <u>Pamela Chapman's</u> private home turns on or off during the colder weather, everyone in the Workgroup and the entire <u>Akashi Record Room</u> know this by a sound in the realm. The sound patterns are alert signals that call interested parties back into her aura— and thus into a known or unknown dialog with <u>Pamela Chapman</u> who would be newly privately home alone, or out of aura—and out of the conversation. All this increased background noise prevent <u>Pamela Chapman</u> from hearing. It also violates her privacy and hacks her thoughts, movements, and all other aspects of her being.

This group went farther with this phenomenon in February 2023. It created its own version of a heater blower fan noise that goes on and off in <u>Pamela Chapman's</u> aura during the evenings to create an aggravating noise disturbance to disturb <u>Pamela Chapman's</u> peace. This makes it impossible for <u>Pamela Chapman</u> to read books and periodicals, and other private activities. The outcome to <u>Pamela Chapman</u> is compounded when the actual heater in the private home is automatically turned on the phenomenon of the same noise is occurring in the aura. The sound magnifies through the ears, for a disturbance in the hearing.

Why is <u>Pamela Chapman's</u> aura not locked-down?

<u>Catherine Chapman</u> said, *"Because those persons and dead souls never leave her aura."*

Daily, 24/7, the <u>Workgroup</u> commits massive grand theft, fraud, remote surveillance, wire-tapping, blackmail, extortion, pornography, rights to privacy, lying, true identities of those wiretapping. The law states, *"You must disclose your presence on a line secured or not."*

The Workgroup had consistently followed <u>Pamela Chapman</u> since late summer 2021. <u>Kamala Harris' Table</u> consistently followed <u>Pamela Chapman</u> since at a minimum, January 2021—this was before the Presidential inauguration that began the first presidential term of <u>Joseph Biden</u> and <u>Kamala Harris</u>. <u>The Redwood Library Book Committee</u> was in illegal possession of <u>Pamela Chapman's</u> pre-published novel since July 2019. <u>Andrew Parsons</u> received the stolen book from the same <u>Redwood Library,</u> and created a disturbance in <u>Tom Hockaday's House</u> since at least October 2020. It was at <u>Tom Hockaday's House</u> where a consistent conversation ensued as to the whereabouts of <u>Pamela Chapman</u> in these secret society realms, <u>Pamela Chapman</u> finances, and <u>Pamela Chapman</u>'s social life. At no time did anyone ever approach <u>Pamela Chapman</u> directly to inquire about her lifestyle or current happenings.

This morning, the <u>Workgroup</u> claimed, *"If <u>Pamela Chapman</u> moves her hips in small circles as part of a private intimate kundalini practice with <u>Harry Gural</u>, then they do also."* They wanted to be the third party in any kundalini intimacy or sexual relationship that could potentially exist between <u>Pamela Chapman</u> and <u>Harry Gural</u>, who had been sexual partners at college decades before. The Workgroup claims, *"If <u>Pamela Chapman</u> puts her hand somewhere on her body, so do they,"* exactly in the same place.

Pamela Chapman
pmelachapman@comcast.net
401-662-9540

Alberto Villodo always likes to scratch his neck and head, and makes Pamela Chapman do the same. This type of mirroring is a basic sorcery mirroring of another. Pamela Chapman is unable to initiate this with anyone. They all do this to her.

They think Pamela Chapman and Harry Gural are masturbating because of how their body moves, and where they presume the two place their hands. This occurs because someone in the dead, who facilitates sorcery for the living, narrates whatever that dead soul, or dead group of souls wants to say in support of the Workgroup.

If the Workgroup is not in Pamela Chapman's aura to directly observe, then the dead sorcery magicians will narrate Pamela Chapman's every thought, move, read word, conversations, etc.

Pamela Chapman and Harry Gural do not masturbate. **They have one unified field of ascended kundalini energy. Kundalini energy is the physiological opposite of what happens in the human body during masturbation. Kundalini is a physiological expansion. Masturbation is a physiological contraction. To masturbate is to deny the ability to have any presence of kundalini, awakened or risen.**

The Workgroup never expected their behavior to be a violation of voyeurism laws.

Jean Gorham played a long game since Sept 2021 that says, Only Nola Ganem is Harry Gural's true partner because that is what Nola Ganem wanted. Nola Ganem wanted every man Pamela Chapman ever had who was present in the secret society realm:  Andrew Parsons, M.D., Donald Jagoe (a man Nola Ganem chased when she was 27 and her was 57), Grenville Craig, Alberto Villodo, Harry Gural, and Timothy Hollister.

Harry Gural has no interest in Nola Ganem, yet Harry Gural cannot shake Nola Ganem off. Historically, whenever Harry Gural moved close to Pamela Chapman in secret society space, Nola Ganem screamed, *"Abortion, Abortion, Abortion."*

Harry Gural and Pamela Chapman are sick of explaining they had been married in past lives and have the same higher self. They do not share thoughts, just ascended energy. *"Get off their f'back"* This is a gross theft of their privacy. The dead were supposed to abolish those 5 BOTs, and remove the dead sorcery magicians.  For some reasons, it appears impossible.

*"No, it is not."*

It is all criminal intent and criminal action. It is said that **the criminal action prevents any literary agent or attorney from accepting Pamela Chapman's inquiry to represent her. No one can help her without being targeted by the Workgroup itself.**

This is false.

Really? It became the reality of the situation.

Pamela Chapman
pamelachapman.essns.net
301-602-9516

Jean Gorham who claims Jerry Slocum made her do it, set it up this way in two BOTs of circuitry, a kind of AI that is both a manned and unmanned command and control center.

When Pamela Chapman turns away by leaving her house or listens to music, the Workgroup and the dead turn away, but not really. They merely await her return. They often work to harass Pamela Chapman in the background to force Pamela Chapman's attention away from music and film. They also have frightened Pamela Chapman with egregious slander, insults, and harassments.

When Pamela Chapman sleeps the Workgroup and the dead sorcery magicians file back into Pamela Chapman's aura and await the return from slumber.

No one on the face of the planet has to endure this level of surveillance and defamation of character publically.

Once again, they say, *"It's all and only a game."*

This is not true.
> Pamela Chapman wrote a book of fiction that others stole. Everyone in the chain of custody of the stolen book wanted it destroyed, so **the content and the author could be silenced.**

> Pamela Chapman dared to divorce a man—Andrew Parsons, M.D.—who alienated Pamela Chapman from her children    both in the divorce over ten years ago, and in this stolen book situation and the actions that ensued. The couple had no life coherence. He called her, "a cold fish sexually when Harry Gural can say just the opposite—because Harry Gural and Pamela Chapman have the exact same energy of intimacy through kundalini, which is a transcendence of sexual energies.

Any kundalini the Workgroup attempts to hijack is never kundalini, only a sorcery form of kundalini for those who cannot practice by vibration, reciprocity of relationship and sorcery inclinations. There is no way to duplicate what Harry Gural and Pamela Chapman do if they intercept either, follow it, and mirror it. It only works when as a monogamous couple of similar vibration with past lives of usually marriage together. Twin Souls have this, but the male is always of a lower vibration that the female. They are not truly compatible intimately even though they often marry each other.

Just as Grenville Craig did not understand that he could only masturbate sexually with his Twin Soul, his wife of over 50 years—when he wanted to marry Nola Ganem in a secret society ceremony and have a masturbation union as a trophy in his lifetime case of adventure episodes— the Workgroup wanted to do the same by hijacking Pamela Chapman and Harry Gural's presumed sexual intimacy for their own pleasure. They used remote surveillance for their own sexual pleasure. Timothy Hollister, found himself masturbating one night and claimed it was the fault of Pamela Chapman and Harry Gural.

Pamela Chapman
pmelchapman@cox.net
401-662-9510

<u>Pamela Chapman</u> said, *"I think you should have regular sexual intercourse with your legal wife instead of spending all your time in the secret society space. That might be the crux of the problem right there."*

The <u>Workgroup</u> always said, *"If <u>Harry Gural</u> is in an intimate physical relationship with <u>Pamela Chapman</u>, then the Workgroup will watch and follow along."* This was to break <u>Pamela Chapman</u> and <u>Harry Gural</u> apart permanently. In this way, <u>Nola Ganem</u>, <u>Monique Burgess</u>, <u>Kayla Abbate</u>, <u>Kathy Abbate</u>, <u>Jessica Hagen</u>, <u>Becca Bertrand</u> could place <u>Pamela Chapman</u>, as the presumed mistress of <u>Harry Gural</u>.

<u>Pamela Chapman</u> is never ever anyone's mistress, ever. Never coulds or will that happen.

1. <u>Pamela Chapman</u> is the only woman who knows <u>Harry Gural</u> outside of secret society associations. Everything <u>Pamela Chapman</u> says about <u>Harry Gural</u> turns out to be true outside of secret society realms. These women do not know <u>Harry Gural</u> in this way.
2. If <u>Harry Gural</u> had visited <u>Pamela Chapman</u> in Newport, RI in 2022, <u>Monique Burgess</u>, <u>Bethany DiNapoli</u>, <u>Dominique Alfandre</u>, <u>Kayla Abbate</u>, and <u>Maura Lindsey</u> claims they would have made sure <u>Harry Gural</u> spent the night with them wholely or in part, and not <u>Pamela Chapman</u>. This would disrupt, interrupt, and override any of their physical intimacy together, which they all claim only they can participate in with <u>Harry Gural</u> and not another.

<u>Harry Gural</u> said: <u>Pamela Chapman</u> and I will never admit this outside of this realm, so whatever you all have gained in here is all in your imagination—real or imagined <u>Harry Gural</u> and <u>Pamela Chapman</u> cannot control your imagination and what you think you are doing deserving and knowing.

In a US Court of law, <u>Pamela Chapman</u> is able to say anything she likes about <u>Harry Gural</u>. She is always supporting him at the highest level. He will start to do the same because only the two of them know what the real truth is. This is the cornerstone, the foundation, the basis of what the Work Group, <u>Kamala's Table</u>, and the <u>Redwood Library</u> did with <u>Pamela Chapman's</u> book: They worked to control the truth in every situation.

The three groups, plus the <u>Newport Hospital Foundation</u>, needed to know the truth of every line <u>Pamela Chapman</u> wrote in in the book, a work of literary fiction. Every thought, word, conversation, action, they question and demand a clarification of what is true for the author.

<u>Tom Hockaday</u> was in *<u>Newport This Week</u>* in this week's edition as President of the Aquidneck Island Land Trust (AILT). She told <u>Harry Gural</u>, *"If you want to see a photographic image of this man, look it up on Facebook."*

He did. So did the rest of the <u>Workgroup</u> and the <u>Akashic Record Room</u>.

When <u>Pamela Chapman</u> looked up online to see if <u>Natasha Harrison</u> was named the new ED of the AILT, <u>Pamela Chapman</u> noticed who had become the new development director of the AILT. <u>Pamela Chapman</u> immediately looked up his background. She said to <u>Harry Gural</u>, *"He'll never last. He isn't their brand to succeed in Newport despite his resume."*

Pamela Chapman
pamelachapman@comcast
401-862-9546

A long <u>Akashic Record Room</u> conversation followed until finally two people said, *"You are exactly right, <u>Pamela Chapman</u>. How do you know these things?"*

They all wanted her opinion in the secret society realm, but never in other places. They ridicule, harass, slander, embarrass, and all the rest, to bring <u>Pamela Chapman</u> down. But yet, she is always right about all these hires and everything else including <u>Becca Bertrand</u>, the new 37-year old ED at the Newport Historical Society who replaced a retiring mid-sixty year old, 15-plus year incumbent. She was at <u>Kamala's Table</u> with <u>Paul McGreevy</u>, the Newport Historical Society's President, and <u>Anne Hamilton</u>, a stalwart Newport Historical Society Antique Show Chairwoman.

If it wasn't an inside job to replace the ED with <u>Becca Bertrand</u>—thereby removing her from Newport Film and sending her to the New York Yacht Club to prove she could fundraiser—it was all orchestrated directly through <u>Kamala's Table</u>, a group that appeared directly or indirectly through House Ways and Means to own the <u>Newport Historical Society</u>, <u>the Redwood Library</u>, <u>Newport Art Museum</u>, <u>Island Moving Company</u>, now professionally renamed Newport Contemporary Ballet, and <u>Newport Hospital</u>.

<u>Tom Hockaday</u> was involved in his previous neighborhood, as President of the Point Association, the Newport Performing Arts Center board of trustees which was trying to raise over $20 million, as co-chair of the St John's Church restoration fund with an immediate past rector form Washington, D.C. Now he is president of the AILT.

<u>Congressman David Ciccillini</u>, D-RI, elected to seven terms, now the incoming President of the RI Foundation (June 2023), and <u>Secretary of Commerce Gina Raimondo</u>, formerly the elected two-term governor of RI, were involved in <u>Kamala's Table</u>. They initiated <u>Gina Raimondo</u> into the secret society ways of how you and government play.

<u>President Joseph Biden</u> made his appearances. He had two or three private conversations together with <u>Pamela Chapman</u>, <u>Trudy Coxe</u>, CEO Preservation Society of Newport County, and <u>Philip Bilden</u>, formerly offered the position of Secretary of the Navy by President <u>Donald Trump</u>. He also made group appearances such as the time <u>Pamela Chapman</u> explained to the President, <u>Nancy Pelosi</u>, <u>Mitch McConnell</u> and <u>Chuck Schumer</u>, the benefits of using turmeric in the national health plan of the USA. There were also group conversations were <u>First Lady Jill Biden</u> was present and spoke. Witnesses can validate their voices.

**One can consider how quickly Newport, RI can be infiltrated by Ways and Means, sorcery, and secret societies for either political gain or as a playground to train new Ways and Means recruits through the art, the craft and the sorcery of <u>The Game.</u> After all, <u>Earl A. "Rusty" Powell III</u>, 79, former Director of the National Gallery, WDC and current appointed Chair US Commission of Fine Arts sits at the nexus of it all, so does <u>Jonathon Karp</u>, CEO Simon & Schuster, and billionaire <u>Grenville V. Craig</u>, 81 who always wanted this level of secret society recognition.**

Pamela Chapman
pamelachapman@cox.net
401-662-0846