**But, at the nexus now sits, <u>Alberto Villodo</u>, <u>Jean Gorham</u>, <u>Andrew Parsons, M.D.</u> and the <u>Workgroup.</u> They are mirrored by dead in words and actions by a group which connects to the AI Command and Control center of BOT technologies, set up through the dead to facilitate the sorcery technologies of living beings.**

## <u>February 3, 2023, 11:18AM</u>

Last night while <u>Harry Gural</u> and <u>Pamela Chapman</u> were involved together in presumed privacy of kundalini practice, <u>Alberto Villodo</u> said, *"Never do I know anyone who has multiple heat moments in one practice."*

<u>Alberto Villodo</u> has very little ability to do any kind of kundalini practice. No one can practice this level of kundalini alone. He has no reciprocity of relationship, he is not a seer, and he is a sorcerer.

<u>Harry Gural</u> and <u>Pamela Chapman</u> found a new and improved access point of acupressure. It's not sexual. It was on the top of the middle of the thigh. It worked exceptionally well.  They spiraled with their fingers on the top middle right side.

There was a <u>Nola Ganem</u> problem. <u>Nola Ganem</u> is in a position whereby when <u>Jean Gorham</u> dies, <u>Nola Ganem</u> becomes the position of <u>Jean Gorham</u> in the circuitry of the BOTs from the other side, who then mirror the humans and assist in facilitating sorcery technologies. <u>Jean Gorham</u> is presumed to be holding <u>Pamela Chapman's</u> third eye, her <u>Melchizedek Café</u> clear channeling abilities. <u>Nola Ganem</u> loved to mimic everything <u>Pamela Chapman</u> since at least June 2021. She became a secret society intimate of the ex-husband, <u>Andrew Parsons, M.D.</u>   <u>Nola Ganem</u> followed, mirrored, mimicked, surveillance <u>Pamela Chapman</u> 24/7 from June 2021 through December 2021. If <u>Pamela Chapman</u> stood up, <u>Nola Ganem</u> stood up. If <u>Pamela Chapman</u> sat down, <u>Nola Ganem</u> sat down. It was absolute mirroring. <u>Nola Ganem</u> counted the steps <u>Pamela Chapman</u> took to walk from place to place around her house and then presumed to map it out through <u>Pamela Chapman's</u> footsteps. She had shamanic television and could see <u>Pamela Chapman</u> in the privacy of everything until sometime in the fall of 2021. <u>Nola Ganem</u> had unfettered access to ask <u>Andrew Parsons M.D.</u> about anything related to <u>Pamela Chapman</u>.

If <u>Pamela Chapman</u> moved her head, or her hair, a certain way, it always caught <u>Harry Gural's</u> attention. It hooked his energy which was their combined energy, but they did not know it. <u>Nola Ganem</u> always tried to mimic the movements, but never could hook <u>Harry Gural</u> with it. She remote surveillanced <u>Pamela Chapman</u> in every way shape and form 24/7.

<u>Nola Ganem</u> volunteered for the <u>Workgroup</u> to "sit" on <u>Harry Gural's</u> aura and eavesdrop his every conversation with <u>Pamela Chapman</u>. And as already stated, if <u>Nola Ganem</u> were to perceive <u>Harry Gural</u> and <u>Pamela Chapman</u> too close, she screamed, *"Abortion, Abortion,"* until they stopped. <u>Nola Ganem</u> worked with the stipulation she report right back to the <u>Workgroup</u> with every conversation and await further instruction. She has exceptional ability through the technology known as "psyches"

Pamela Chapman
pamelachapman@cox.net
Island 2015 (c)

to record massive amounts of information. She married Andrew Parson, M.D. twice in the secret society realm. She downloaded every piece of information she could form Andrew Parsons regarding Pamela Chapman. The entry labeled February 2, 2023 re-iterated that Nola Ganem wanted to have an affair with Donald Jagoe, Pamela Chapman's Twin Soul when Nola Ganem was the age of 27, and he 57.  Ultimately, Nola Ganem married the ex-husband instead.

When Jean Gorham, 89 today, dies, Nola Ganem takes over Pamela Chapman's third eye, and by default believes she becomes a clear channel with abundant kundalini energy. Unfortunately for Nola Ganem, she is a non-seer aura and can never transcend that lack of sight. Sorcery plays a large role providing sorcery sight through psychics. That is the only known sight one can possess. It is always trickery. Every living human has a Twin Soul. If the soul does not end up a psychic or sorcery in the dead, the soul will meet a last life time with a Twin Soul. Then and only then can Nola Ganem ultimately mirror Pamela Chapman and become a Twin Soul seer with kundalini. Merely dating Donald Jagoe does not make her a Twin Soul seer by default.

Within Jean Gorham's aura, Macklin Campbell Ollayos—dead, but 29 years old if alive today, found "screws" plugs" or "things" a bear claw can remove. There was something Macklin had never seen before. It opened. It yielded a baton, a club, a sector, a tool, or a trophy. Samuel has one. Jerry Slocum (dead) does not. Jean Gorham has it. No one in this story alive has one. One person in the Akashic Record Room has one also. No one would tell us the name.

Harry Gural's energy is so ascended he can sing in the upper realms, like a soprano angel. So, can Erin Hennessey who died in her 40's of breast cancer, but ascend as an enlightened person. Dead, Harry Gural can walk through the noise and be unaffected. Pamela Chapman cannot. Pamela Chapman wears a halo on her head. Harry Gural wears a crown. We do not really know what that means. Harry Gural can travel the realms of the dead unaffected and clean up any messes. As Melchezedek Café, Pamela Chapman can only travel if undetected. She is not an advance team. He's not a war nor an army ever.

Jean Gorham always placed Nola Ganem in a position of intention to become Harry Gural's bride here and there regardless of Harry Gural's interests. Alberto Villodo forced Nola Ganem on Harry Gural nightly for two straight months. Alberto Villodo was sick of he and thought her too intense. Nola Ganem hunted Alberto Villodo down in June and July 2021. She insisted on becoming his "shamanic" wife. He finally acquiesced. After a week told Harry Gural, *"You have to take her off my hands."*

He did. Harry Gural spent night after night listening to Nola Ganem. She wanted Harry Gural to because the CEO of her *One World Cacao* business to scale it to new height and dimension. She thought a close association with Alberto Villodo would catapult her company straight out of Bob Mastin's coffee shop on Aquidneck Avenue, Middletown, RI, where the internet claims its world-wide headquarters are located.

In the end, Alberto Villodo had no interest in this woman, Nola Ganem, who at age 42 has no college education, no job, just a license as a massage parlor specialist. She grinds chocolate that she buys

Pamela Chapman
pamelachapman.com.net
4012029810

wholesale in the USA as a cocoa ceremony additive for woman on yogic retreat weekends. She thinks she is the CEO of an international import conglomerate, One World Cacao. She asked Harry Gural to be her new Chief Operating Officer. It's a Potemkin Village if you've ever seen one. She did not know how to scale it out of a local coffee shop where 7 boxes might sit on a shelf.

We have this woman, Nola Ganem who has a copycat, kleptomania obsession that refuses to stop in a game that claims, *"You get the prize of Harry Gural because as a victim, Pamela Chapman will never be free. We guarantee that even if Pamela Chapman and Harry Gural ever get together."*

Last night Kaitlyn Johndrow and Elizabeth "Lisa" Goddard had extensive dialog. Lisa Goddard is a complete copycat of Pamela Chapman but refuses to acknowledge her.

Back to Harry Gural, Jean Gorham and batons.

We do not know what we have.

You can always stratify a man by what he wears on his head, beanie, top hat, monarchical crown, 3-pointed devil's hat.

The baton might be a key but it is not. If you place it in your third eye, what happens? Do you acquire it?

No. **If you put the baton in your third eye, you stop all time.** But, the dead do not live in space-time. They only live in a continuum. They have memory intellect from the immediate past life, which allows them a ladder on which to participate from. Jack Kennedy and Ronald Reagan as past USA Presidents, plus George H.W. Bush can play differently than the rest of us.

As if in the dead, if we acquire experience, it appears to be early blocked or forgotten, as if we cannot travel back in memory time in the dead to retrieve a knowledge or experience, or both. Tools do come back to us if we are told or initiated by Melchizedek to retrieve it. If woken up in the dead, we appear to bounce back immediately.

The baton is not a tool. It is not a key. It is not a latch. It is not a merit badge. It is not a tribal symbol.

I stop this game now before we reveal everything about The Game. Pamela Chapman will always remember who and where to place the blame for what has been done to her.

Harry Gural is the crowned king of something. We have no idea who he and Pamela Chapman really are. No matter how hard we try to break them apart, they are energetically in union together in reciprocity relationship in the Upper realm. Never in sorcery or witchcraft.

Pamela Chapman
pamelachapman@yahoo.net
lorioneparke

1804

Does the septor belong to the Knight's Templar?

They use so many symbols. They are the original shaman-sorcerers for the Third Crusade to save Jerusalem for Christians. The needed to push the Muslims back east and save Acre for themselves. They were a military order of governments, and now thought to be a religious order. There is no separation between church and state. Did Jean Gorham have the Knights of Malta cross in her aura?

No.

Jean Gorham anointed Nola Ganem to be her replacement. Jean Gorham said, *"Nola Ganem is my 1st cousin once removed. She lives off the same trust fund as I do."*
[**Note:** Jean Gorham always said she was the daughter of shade tobacco owners near Windsor Locks, CT. She said her almost $1 billion trust fund came from selling off the land that became the Bradley International Airport. Her mother's sister's property became East Granby, and her mother's went undetected. Tim Hollister was to look into that as he himself is a self-proclaimed land use expert. Her husband, Sidney, 91, has a trust fund from Winnekla, IL]

**11:58AM**

Bill Gural always said, *"Nola Ganem reminded him of Harry Gural's girls friend who arrived with him at college, but he dumped her before he started his sophomore year. He just happened to need a gap year in between."*

Bill Gural repeatedly said, *"Nola Ganem, I will put a legal restraining order on you if you do not leave my brother alone."*

**12:15PM**

We are ruled and directed by our subconscious until we lift the veil of consciousness called enlightenment. Then we are no longer ruled by our emotions and hormones.

The witchcraft technology of psyches work in the mind-body of the ego subconciousness. It is used to mine information surreptitiously. The information and data provided by the person is never recalled or known as offered to another. It is as if it is a completely clandestine operation where by the target offers you answers to everything without ever knowingly aware it. Never having a memory for sharing it.  The mined information is used as a trigger in the future to compel one to do something they would prefer not doing.

The murder weapon that Dominique Alfandre, Monique Burgess, Bethany DiNapoli and Nora Deidrich were creating for Pamela Chapman was a psyche with instruction on how she could commit suicide. It offered 4 options tat she could select from, i.e., an ice pick, poisonous mushrooms, a knife

1804

Pamela Chapman
pmlchapman@comcast
(o) 66245316

–maybe and another. It was not from information minded from her subconscious yet though to be implantable to directed and control her just like the box <u>Kamala Harris</u> places in people through others.

In the case of <u>Pamela Chapman</u> from the autumn of 2021, <u>Roger Kass</u> placed a digi-box of instruction in <u>Pamela Chapman</u> that <u>Kamala Harris</u> removed at <u>Pamela Chapman's</u> insistence. <u>Andrew Parsons, M.D.</u> had one from <u>Kamala Harris</u> also. Its contents and directs we cannot know. Today we say that technologies in the sorcery realm are always manipulated in new ways to gather information and obtain just the right outcomes. Rarely can anyone undue something. As black magicians, they just create continuous intentions and curses, and look for outcomes.

<u>Linda Plochocki</u> was working to force, compel, influence rule <u>Harry Gural's</u> actions and relationships for her own power dynamic. She uses it as currency in the political game of Ways and Means.

<u>Linda Plochocki</u>, like <u>Tom Hockaday</u>, is j**ust a point on a spectrum of membership. Each has a role to play**, but like <u>Donald Jagoe</u>, would you even ascend in <u>The Game</u>, or are you always on the same rung of the ladder?

Are you **a wheel spinning without ever knowing you don't climb, ascend, or become the ultimate leader**?

If you did, just like in The Game of donor philanthropy, **by what metric would you know you had won The Game?**

Where is the top?

Is it elected politics?

Is it the Speaker of the House?

Is it <u>Richard Neale</u>, 74, D-MA both Chair of Ways & Means, and elected to the House maybe 17 times? He has served 34 years in the US Congress. Ways and Means has no physical meetings, no meeting minutes. <u>Richard Neal</u> reports outcomes in general sessions. He could be running the government freely as he pleases, or until a military coup of one kind or another, takes him out. Call it a Nazi occupation revolution. An occult practice. Just like WWII. He holds the complete power of the Budget. Just remember what happened to the man who ran the money with King Louis XIV. He built himself quite a palace, but it didn't end as well. The king was jealous and had him imprisoned for embezzlement so that the King could take over the artists of the man who built himself a palace that was to rival the King.

This is The Game of Ways and Means, Washington, D.C. politics. The Inner Beltway Game. It runs the budget of the free-est democracy in the world. An occult practice. A Nazi occupation revolution. This means democracy by any other name is an occult practice that only operates in a place called magical realism, the land of fairies, gnomes, and scarecrows.

Pamela Chapman
pamelachapman.com/bio
46329069682f2fbb

1806

Someone says, *"It works because we allow it to work."*

*"No, you don't allow it. You have no occult technologies by which to change it."*

Throughout history man has faced the same political challenges of good vs. evil, technologies vs. energies, realism vs. magic, and how to live in both realms and scale our actions. Kings and Queens, autocrats, dictators, and other government officials have done the same. Without magical realism, we cannot spy on the other because like the dead, we need multiple channels of communication. Otherwise we have no idea what they are talking about, or that they even exist. Just because you can't see them, doesn't mean they are not there. That is the very foundation, the faith of the basis of religion. The Knights Templar were always playing on both realms and took over church and state.  Christianity was to quell the masses regarding sorcery to leave it for the monarchs, the rulers, the military, and the domestic servants.

S,  if I have faith, do I have courage? And, if I have both, do I know who I am?

<u>Tom Murphy</u>: *"Yes we do."*

<u>Joe DePaula</u>, <u>Laurie DePaula</u>, and <u>Patty Christianity</u>, and <u>Paul Duclos</u> too.

Score please?

Winner takes all. Losers go to federal court. Team members, just throw away the play book. Just ad lib.

History tells us that if we believe in magical realism and witchcraft, which we cannot see, only know, then we have faith in religion. Yet, if we have faith in religion, we are to turn away from witchcraft. Yet, like homosexual men, who are the priests and bishops in the catholic church, they declare, *"Homosexuality is forbidden in the catholic church."*

Yet, it is run by homesexual men. They just don't tell you that.

The Christian church tells you, ***"Turn away from sorcery toward God."*** Yet, the Knights Templar always ran the church through magical realism not religion. The monarchs, emperors and rulers oversaw kingdoms by the military and magical realism while the people lived in fear of a God who would punish them if they ever did sorcery or witch craft. It allowed for the government be an occult practice that the people were excluded from, and placed them squarely in the hands of the church where god fearing people were to be ruled by straight catholic bishops.

The hypocrisy is uniformly spread evenly over the globe. Religion has been the largest swindle for the masses while the monarchs and emperor operated in another realm. Never would a man know this if not for being tapped into a secret society of knowing, but only for the well-endowed, well-educated

1806

Pamela Chapman
pmcchapman@cox.net
101-662-9540

aristocrat. And, never for the masses, unless like <u>Alberto Villodo</u>, you speak a lower-brow shaman's language. He walks the earth as the Joker, the Fool, the Tarot card of yoga. PMC

It really changes the paradigm of society. Religion had a role to play to uphold the rulers, as if to keep the people out of the way and pretend that the Knights Templar secret societies were not the ones with the real control.

No one wants to be told there is no God, but the dead say they never encounter a god or a religion on the other side. Only thieves, sorcerers, and the game of the dark vs. the light.

Thank you, <u>Dan Brown</u> and the *<u>DaVinci Code</u>* for trying year ago to tell us that story. Remember how upset so many were by his book? They thought it an insurrection.

<u>Andrew Parsons</u> always said, *"If I can't see it, I can't manage it. It doesn't exist."* Certainly, he lived differently since 2019. **He believes he got away with all of it because no one can see it.** But, <u>Pamela Chapman</u> holds the only record. The is no evidence to submit that nullifies this document. Fully witnessed, it validates the conversations, descriptors, paticipants, and witnesses.

If history has asked us in the last 1,000 years to pick a side in order to survive: witchcraft/magical realism/sorcery/Freemasonry/Knights Templar, or religion, I choose to live in the middle. That means, I have an occult practice. Yet, it means I live on the Upper East Side, in the Upper realms. We don't do sorcery in the Upper realms. We do not play with the occult. We live by reciprocity. PMC

To live in the <u>Akashic Record Realm</u>, it forces an acknowledgement of occult technologies, and religion as a cognative behavioral therapy to keep society and communities law abiding.

<u>Nancy Johnson</u>, 85, R-CT, the highest-ranking woman ever in Ways and Means, and a personal contact of <u>Pamela Chapman</u>, said, *"You don't get out of <u>The Game</u> because no one gets out of the <u>Akashic Record Room</u> unless the soul ascends to the Upper realms."*

It is never a rung in the ladder of <u>The Game</u>, unless you cheat, and get a shaman who can walk both sides to hide you out as in the house like Llama Nation that <u>Alberto Villodo</u> organized.

<u>Rusty Powell III</u> hide <u>Happy van Beuren</u>, <u>Tara Plochocki</u>, <u>Wendy Schmidt</u>, <u>Justin Rudock</u> <u>Justine Ramel</u> and so many others, until they were caught to many months later.

<u>Nancy Moss</u>, <u>Michael Harner</u>, <u>Rusty Powell III</u>, <u>Bobby McDermott</u>, and <u>Alberto Villodo</u> have been walking both sides.

Not any more.

They have been hiding out people in the Upper realm temples. Every 2,100 years the temple falls, always preceded by a natural disaster. In this case, COIVD-19 pandemic. They are geographical and natural.

Pamela Chapman
pmc.chapman@icloud.com
101-662-935 pr

**12:46PM**

If in the past <u>Stanley</u> the guide found two flags, <u>Macklin</u> found a club. We can stop this game now.

*"If I take a step back, I am no longer on the front lines of something."*

*"Just take a step back and retreat."*

Can you close the front lines of the Guiding Realm? We allow you to retreat in dignity, peace and quiet. We allow those with real leadership to participate at their own level of <u>The Game.</u>

**Post Script March 4, 2023.** The club, septor in <u>Jean Gorahm's</u> aura is a tool used to open up, unzip the aura of anther. It was placed there by <u>Jerry Slocum</u>. Knights Templar, and <u>Alberto Villodo</u> do not need a tool. They can do it by intention. <u>Melchizedek</u> has yet another way to unzip, but rarely does. It causes too much chaos. That is not what happens at Falls of the Temple.  A Big Book Story is a Fall of the Temple. They are written about as apocalyptic stories in the bible. Examples are 3Enoch, Baruch, Ezra, Apocalypse of Abraham, the Shepard of Hermas, Apocalypse of Peter.

**March 5, 2023 10:44AM**

New Perspectives,  The Microcosm of the Macrocosm, the Source of The Game

### <u>Grenvielle Craig</u>, <u>Earl A. Rusty Powell III</u>, <u>Jean Gorham</u>

While walking in the Providence Place Mall yesterday. Many were souls talking through <u>Pamela Chapman's</u> voice. She was talking out loud in a presumed conversation with <u>Harry Gural</u> who is a close intimate reciprocity of relationship in the Upper Realms of the Temple.

The conversation implied the other(s) talking was <u>Harry Gural</u>, just like <u>Grenville V. Craig</u> wanted <u>Pamela Chapman</u> to believe from 2011-2014 he was <u>Donald A. Jagoe</u>, her Twin Soul. That only stopped in 2014 when Facebook informed the world that <u>Donald Jagoe</u> had fallen off a bicycle, dislocated his shoulder, and was in surgery under anesthesia for 5 hours. At that point, <u>Pamela Chapman</u> asked, *"Who the hell are you?"*

The answer, *"<u>Grenville Craig</u>."* He said, *"I occupy this place under <u>Don Jagoe</u> is ready top arrive as a Twin Soul. I train you and help you reach enlightment."* In this way he insisted on witnessing the whole of the transformation 24/7. He presumed to be the relationship until <u>Don Jagoe</u> was ready to take it over, except he had his own Twin Soul relationship with his own wife of 51 years.

Pamela Chapman
pmchapman@cox.net
401.996.2951

1809

So when <u>Grenville Craig</u> told the people in this story in the spring-summer-fall 2021 that he was **Pamela Chapman's** shamanic husband, that he masturbated with <u>Pamela Chapman</u>. That was not true. He can only masturbate with his own Twin Soul wife, but **forced a situation to engage in voyeurism for a period of at least 4 months. He used extortion** through what can only be described as a secret society initiation of Twin Souls, where there is only you and your Twin and one other couple who had already been through the journey. There is no way in opt out for the initiate, <u>Pamela Chapman</u>. <u>Donald Jagoe</u> is the witness to all of this situation. In a Twin Soul journey, usually the mastered female of the mentoring couple is absent, having turned away. The new initiate female is on the journey of ascension. The male is not. Then the male witnesses the journey of another periodically from a distance.

Neither <u>Jean Gorham</u> or <u>Sandra Craig</u> officially "ascended" on their own journeys, but each told <u>Pamela Chapman</u> *"I reached enlightenment,"* but they had not. Neither is a seer soul, which one must be to ascend. Both told her, *"I too can channel just like you. But, you are a little better."*

<u>Pamela Chapman</u> is an ascended clear channel. This is common. <u>Sandra Craig</u> did told <u>Pamela Chapman</u> she just could not channel anymore. That she *"had lost the skill."* <u>Pat Fernandez</u> told her the same thing. <u>Jean Gorham</u> said, *"I channeled everything for Jerry Slocum, and still can."* She became a seer when <u>Jerry Slocum</u> died in 2017 because she sees through him.

<u>Grenville Craig</u> made himself present 24/7, except for when <u>Pamela Chapman</u> was writing her book, but not when she was writing a research paper for graduate school. Then, he insisted on knowing every detail of what she was reading, just like <u>Timothy Hollister</u> was doing while <u>Pamela Chapman</u> was reading Stacey Schiff's book, *Witches*.

He claimed, *"It was all part of the journey, and she must answer all of <u>Grenville Craig's</u> questions."*

He never offered her any insight, answers, or input. She does all of her own work. It is merely remote surveillance, espionage, wiretapping on <u>Grenville Craig's</u> part.

<u>Pamela Chapman</u> <u>Grenville Craig's</u> <u>Sandra Craig</u> <u>Grenville Craig</u><u>Sandra Craig</u> <u>Sandra Craig</u> <u>Grenville Craig's</u>
<u>Alberto Villodo</u> also flows all <u>Four Winds Society</u> monies through a headquarters office in South Miami, Florida.

<u>Grenville Craig</u> performed a marriage ceremony in the secret society Twin Soul space in July – August 2011 between **Pamela Chapman** and **Donald Jagoe**. He stated, *"It is necessary to initiate the Twin Soul process here."* However, as Twin Souls, a marriage of one's own soul to itself is never the same as what later became known to all as "shamanic marriage." It was often stated in the fall 2021, *"Shamanic marriage is between two thieves who want to accomplish a goal. They use masturbation as a link to seduce, gratify, and pleasure each other during the thievery caper.*

<u>Harry Gural</u> and <u>Pamela Chapman</u> were married over 30 times in the secret society space. It made no difference to them at all. They, too, are a deep reciprocity from the same monad group. They are both seers, and their souls have the same auras. There is no ability to tell the two apart from a distance.

1809

One cannot inter-marry one's own energy in shamanic space. Union comes through other reciprocities of relationship.

Grenville Craig, 81, had so much knowledge, access to sorcery and the Redwood Library Board of Trustees through Earl A. "Rusty" Powell III, 79. Rusty Powell III was a said to be a long-standing trustee of the Redwood Library. Just like Grenville Craig—his ancestor William Vernon is proprietor No. 2 from the founding in 1747. Rusty Powell III and Grenville Craig were said to be long-standing members of the Sandywoods Akashic Record Room presumed to be form over 15 years ago. Sandywoods is an arts center adjacent to the Tiverton Trading Post, Tiverton,. RI.  Rusty Powell III has been to the Craig's home on Indian Avenue in Middletown, RI for private dinners.

Jerry Slocum's living wife, Diana Slocum mentioned several times to Pamela Chapman, when Pamela Chapman was chairwoman in 2008 of the Executive Search Committee to hire a executive director of the Newport Art Museum, *"Rusty Powell is always in Little Compton every summer visiting his mother, and if only we could hire him, we'd be all set."*

He was the director of the National Gallery in Washington D.C. from 1992 – 2019, a 27-year tenure. In retirement he was appointed by President Obama to be chairman of the US Commission of Fine Arts. In 1992, Earl A. Powell III replaced Newport scion J. Carter Brown, the son of the namesake benefactor of The John Carter Brown Library, Brown University, Providence RI.

Earl A. Powell III never applied for the position.  He was never offered the post. Pamela Chapman had never met him, and considered him too sophisticated professionally to considered such a small town, small budget, $1.5 million budget position. Earl A. Powell III attended Providence Country Day and went to Williams College. He has a PhD in Art History from Harvard University. Grenville Craig has an undergraduate degree from Harvard, a masters from MIT, and is a PHD dropout of Yale University in Economics. The men are chronological contemporaries. Pamela Chapman was an unlikely target.

Grenville Craig always stated that, *"Don Jagoe was never going to divorce his wife, Jana Hicks Jagoe."* That he had channeled for him. In this way, for Grenville Craig, Pamela Chapman is a lone duck, a stray deer, all alone, the perfect target to do with as they pleased.  Grenville Craig convinced Donald Jagoe, through extortion or blackmail, that he was never to validate his presence in the secret society space of the Twin Soul journey.

Donald Jagoe was absolutely forbidden from ever associating or validating Pamela Chapman. Grenville Craig did tell Pamela Chapman that while she validated the three them every day:  Grenville Craig, Sandra Craig, and Donald Jagoe, one day they would validate her big time. He never offered when, or under what conditions that would occur. Elizabeth Kahane said, *"At Kamala's Table, Kamala Harris insisted that she, Elizabeth Kahane never socialize with Pamela Chapman ever again."*

Grenville and Sandra Craig's children, Alexander Craig, Elizabeth "Lizzy" Craig, and Caroline Craig were all in collusion with their parents. When Alberto Villodo worked to un-tag Pamela Chapman's body in early spring 2021, he found 27 tags of Sandra Craig's pointed at Pamela Chapman's third eye

Pamela Chapman
pamelachapman@cox.net
401-662-9210

– completely unnecessary as a Twin Soul mentor, and several of <u>Alexandre Craig's</u> in the roof of her mouth, her cheeks and her third eye. <u>Grenville Craig</u> was tagged all over the jawline, and impossible to remove. The only way for the Craig's to have this kind of access is through a skilled sorcerer.

<u>Rusty Powell III</u> was the most convenient shaman/sorcerer for <u>Grenville Craig</u>. <u>Grenville Craig</u> said he used the resources of <u>Alexander Craig</u> for time to time when he needed other assistance. It was said <u>Alex Craig</u> and <u>Grenville Craig</u> knew one or another who could be of benefit to them. <u>Elizabeth Craig</u> became her own Akashic Record Reader.

<u>Grenville Craig</u> always asked <u>Pamela Chapman</u> to research Atlantis because he *"knew all about it and she must also."* He considered that a, *"necessary part of her journey."* She ultimately did, and realized, he did not. He also asked her to research Kundalini. Her yoga teacher training informed her of what she only recently understands ads the wrong answer. She stopped researching it. He appeared to know something about masturbation and pulsation. He always suggested topics, but never let on, informed, or appeared to really understand.

Long before <u>Pamela Chapman</u> researched secret societies, Skull and Bones, the Knight's Templar and other groups, Grenville Craig said, *"I act/ play the way I do because I was cut of the opportunity in college."* As if he already knew all about the true nature of college secret societies.

Even <u>Dan Brown</u>, who was a member of Llama Nation, set up years ago by <u>Alberto Villodo</u>, did not see the connections made between the Knights Templar and the scenario of January 2021- present day. He wrote the *<u>DaVinci Code</u>*, and other books. He told <u>Pamela Chapman</u> is a private conversation in Llama Nation that he spent ten years researching the Knights Templar. Only recently did he acknowledge he had no idea how they, the church, and the states actually operated. He just fictionalized what he could find.

In Sept-October 2021, <u>Andrew Parsons, M.D.</u>  was enamored by how much <u>Grenville Craig</u> knew about his ex-wife, <u>Pamela Chapman</u>. The two men competed viciously for who knew her better, a man who lived with her for almost 30 years, or a black magician who followed her via remote surveillance for ten years?

<u>Andrew Parsons, M.D.</u> then took on the intention of sorcery a witch's coven position to gain the same perspective on <u>Pamela Chapman</u>. Except, <u>Andrew Parsons, M.D.</u> was no real shaman, no real black magician, just a fraternity man without the sophistication and political abilities through secret society membership. **Together with the others, <u>Andrew Parsons, M.D.</u> insisted on the intention to create a presumptive** 360 degree understanding of a woman they claimed they had to destroy in order to understand, and to stop a book deal.

<u>Grenville Craig</u> followed <u>Pamela Chapman</u> silently for one year. He said it was because he *"needed a playbook."*

<u>Kamala Harris'</u> group always said, *"We work without a playbook because real leadership knows how to just show up,"* and thrive. <u>Pat Fernandez</u> said this all the time, so did <u>Roger Kass</u>.

Pamela Chapman
pinkchapman.com.net
401-662-9555

1812

In 2011, Grenville Craig said, *"Andrew Parsons, M.D. was a dishonorable -cruel man,"* and that *"I know this because I was forced to listen in on him. I know his conversations and what he was thinking. He is no kind man."*

When Pamela Chapman asked him, *"How is that possible?"*

He said, *"It's just part of my journey with you."*

Grenville Craig impersonated Melchizedek Café, the source of clear channeling for every clear channel, including Pamela Chapman. She did not know she would become a bona fide clear channel. Grenville Craig said she would be able to channel in the future as all Twin Soul females become at a minimum an Akashic Record Reader, at least while on the journey. Most emerge out of the prossess, having completed the initial journey. Pamela Chapman evolved exponentially to become a channel by April 2015, but never channeled for other people other than the Craig's and Donald Jagoe.

In October 2020, Pamela Chapman did not know what an Akashic Record Reader was or how psychics differed from clear channels.

From 2011 – 2015, Grenville Craig always said he held all the channeled answers. For example, when she went to the vitamin store she didn't know what to buy, Grenville Craig told her , "Put it in your left hand and I'll tell you the answer." But it was't him. It was Melchizedek Café. Again, when she often left her house and considered, *"Did I tune something off, or lock my door?"* She'd get an answer.

Grenville Craig always said, *"I'm telling you the answers."*

But, it was Melchizedek Café.

Finally, one day, he said, *"I have no idea. The information is not coming from me."*

Pamela Chapman asked, *"Where is it coming from?"*

Grenville Craig did not have the answer.

Now, As Pamela Chapman, 62, is walking through the upper level of the Providence Place Mall on March 4, 2023, she is having a flashback experience whereby all these souls are intercepting, hacking her conversation with Harry Gural, 64. They insisted she carry on the same type of nonconversation with them, as it was presumed she did with Grenville Craig, 81.

This conversation is known to Andrew Parsons, M.D. 60 and Alberto Villodo, PhD, 74. No living person documented in this exhibit wanted her to have any relationship what so ever with Harry Gural. While Harry Gural, 64 is not married—and never was, they all insisted through Jean Gorham, 89, he marry Nola Ganem, 42, and ignore Pamela Chapman, 62. She would have become the new Linda Plochocki and Tara Plochcoki in Harry Gural's life. A woman chosen for him, and thrusted upon for him, a handler, but never a relationship. That was to be his pattern. He was never to have a choice in

1812

his intimate relations and situations. In this situation, Jean Gorham, chose for him. In the past it was Kamala Harris and her merry band of US senate brothers.

Just like Grenville Craig, who insisted that since he had channeled through someone that Donald Jagoe, 74, was never going to divorce his wife, Jana Hicks Jagoe, 76, to marry Pamela Chapman, 62, then he, Grenville Craig, 81, could take over as her presumptive Twin Soul intimate relation. There was no opportunity for Pamela Chapman to have a choice in this matter. She offered no consent, no commitment, no validation. She would never do that with these men in any situation.

Grenville Craig impersonating a deep Twin Soul connection relationship of Pamela Chapman's, parallels the same experience Pamela Chapman is having on March 4, 2023 with several difference souls to inhibit, discourage, block, impersonate a deep soul connection relationship with Harry Gural.

The Grenville and Sandra Craig twin Soul sponsorship lasted ten years—six years longer thatn it was learned it ever is. It was enabled by Rusty Powell III. With Jean Gorham arriving in November 2020 with Jerry Slocum, to "save" Pamela Chapman from the Craig's and Donald Jagoe, the current stolen book caper and subsequent personifications is a macrocosm of the microcosm.

Earl A. "Rusty" Powell III, 79, was not only a ten-year veteran of working with Pamela Chapman through Grenville Craig, he is a long-term trustee of the Redwood Library; a native of Newport County who made it to the ivy leagues of academia and government; a long-standing member of House Ways and Means as a National Gallery of Art Director, Washington,. D.C.; a key member of Kamala Harris' Table as head shaman/sorcerer;  a sorcery mentor of Jonathon Karp, CEO of Simon & Schuster's; and the published author of *Thomas Cole*, Henry N. Abrams Inc., 1990. 144 pages

Rusty Powell III has been the inspiration for Grenville Craig to memorize financial strings of numbers, a true skill of Grenville Craig's. Rusty Powell III offered to teach Kristen MacManus and Nola Ganem how to not only memorize numbers, but the credit card scams known to collaborators, and accessories of House Ways and Means. He offered that he would gain Pamela Chapman's local bank account numbers by using and old trick. He said he would walk into the Portsmouth, RI branch of the old Newport Federal bank and claim to be a grandfatherly relation but without the bank account numbers. By making a deposit in the account, he would than receive back a receipt with personal banking numbers. A Newport Fed employee in the secret society space said, *"We looked up Rusty Powell III's facial appearance, and memorized it— should he walk in and try to make the deposit."*

To the Kamala Harris Workgroup, Grenville Craig, 81, insisted he knew everything there was to know about Pamela Chapman. He spent two weeks fielding questions within the Workgroup. Grenville Craig offered commentary and description about everything. He tattled conversations as a storytelling savant. He was so proud of what he could remember, especially while the very center of everyone's attention.

He damaged other people, i.e. her hair stylist's son on prescription medication, Dorienne Farzan's membership in McBean Charitable Trust. That alone caused so much damage to Pamela Chapman

Pamela Chapman
pmuchapman@cox.net
Julian 2 of 10

and Dorienne Farzan from Dominique Alfandre who blamed Island Moving Company's/Newport Contemporary Ballet's inability to get a grant for a new building on Pamela Chapman and her coffee shop conversations with Dorienne Farzan, that do not occur more than once or twice a year.

From that alone, the Workgroup insisted on mining every conversation to research the core of what Pamela Chapman knows and how she communicated organizational intel across her social groups. **It was a witch hunt for information.** Norah Diedrich, the former Newport Art Museum executive director and Dominique Alfandre, the former IMC executive director could not fathom how Pamela Chapman knew so much, and how she could operate at their level. They insisted on constant remote surveillance, and wire-tapping to get at the heart of how she knows what she knows when, and to whom does she tell.

The women were beside themselves with how she led her conversations and professional networks. They thoughts she was a nobody, and a "dump shit", who did not say much in board of trustee meetings, and did not donate enough money for their bankrolls. Most days, it all came down to how little she donated. To them, the value of her worth was measured by her donations to them. They overlooked the fact she knew the body of knowledge on fund development, and they did not.

The list goes on. Grenville Craig offered every possible scenario of knowing the when, how, where, what of Pamela Chapman's life. He insisted he knew her far better than any other, in all situations. The Workgroup ate it up. Andrew Parsons, M.D. was jealous. The two men battled for the supremacy of knowing her. When they didn't know an answer to a question, they made it up.

Then, they reported it all to the entire Akashic Record Realm. Andrew Parsons M.D. believed it his birth right to get just revenge for the book she wrote. He said he never had to write a retort to the book, all he had to do was report his comments and bias out to the world in real time, for whom ever would listen. He said, ***"You will never get a better audience for your book than I got for my reprisal, in real time across the globe to everyone in the Akashic Record Room, everyone you ever knew or hoped to have known now knows I destroyed you for what you did to me."***

Jean Gorham, 89 told Pamela Chapman, *"Jerry Slocum put loudspeakers in your aura."* The Knights Templar can record, rewind and blare any announcements they want.

They do not literally hear you. They pick up on the vibration of what you say in their own Melchizedek-based channel. Then, they replay whatever it is you say.

Jean Gorham said, *"Jerry Slocum can control that."* Consequently, so could she.

Alberto Villodo had two or three soul guides in the afterlife that had access to this Melchizedek-based channel. He could then "hear" anything. Your thoughts were always displayed this way.

So is anything you look at, or read.

Pamela Chapman
pmschapman@cox.net
401-662-9546

Your spoken verbal dialogue is picked up immediately and broadcast in surround-sound stereo. The entire realm of the dead can pick up on that.

Melchizedek Cafe told Pamela Chapman this morning via a conversation with Tom Cosgrove-dead, who said, *"I can't hear anything that comes through you spoken by Melchizedek Cafe".*

Yet, the Knights Templar, psychics, and the dead, all say, *"We will broadcast anything you say, think, read or write in order to disrupt, and block you and Melchizedek Café from ever speaking together."*

It came as a surprise that the dead do not hear Melchizedek Café speak through Pamela Chapman, especially since Grenville Craig attempted to block, then become, Melchizedek Café through Pamela Chapman. He wanted the attribution of knowing. So did the Knights Templar, the psychics and some dead, all wanted to block and become the voice of Melchizedek Café through Pamela Chapman.

What the afterlife seems to forget is that Melchizedek Café does not speak in the afterlife, only though the human form. Some dead do get access to a wisdom. Stanley Chapman and Erin Hennessey have this access. It must be practiced and discerned before it evolves into something superiorly useful. Erin is there. Stanley is still hesitant. Akashic Record reading has no discernment. It can transmit lies as truth. Melchizedek Cafe never lies, but can take on a paradigm, not yet know to the listener.


Grenville Craig, Sandra Craig, Earl A, "Rusty" Powell III, and Donald Jagoe all played a microcosm of the Fall of the Temple game against Pamela Chapman for ten years beginning in 2011. Grenville Craig arrived in 2010 for research. The playbook mirrors, parallels the Fall of the Temple, Big Book Story.

Then, Jean Gorham arrived with Jerry Slocum in November 2020 to save Pamela Chapman. They were uniquely qualified. As a private, secretive Twin Soul couple—no one knew except for another Twin Soul or two; both legally married; both with significant family-endowed trust funds; both with exclusive private beach club and dinner club memberships; both graduates of academically significant schools—Harvard and Wellesley; both with decades of nonprofit board of trustee experiences, including Jerry Slocum at the Redwood Library. His father of the same name donated his private library in 2018, the Preservation Society of Newport County, and McBean Charitable Trust, and Jean with the Garden Club of Newport; the Newport Art Museum, and grounds committees at the Redwood Library; and sponsors of Grenville and Sandra Craig on the Twin Soul journey, they had the social position in Newport that demanded power, trust and leadership ability. If anyone could rescue Pamela Chapman, certainly these two socially distinguished trust fund babies could. Jerry Slocum had died in his mid-to later 70's in 2017, and Jean Gorham was 86 years that day in November 2020. Today she is 89.

Just like with Grenville and Sandra Craig, Donald Jagoe played a re-occuring pattern from the Twin Soul journey—to which he refused to participate, to the Fall of the Temple. He scaled from small to large and never missed a beat. Jean Gorham knew how to stroke a man whose wife played him like a

Pamela Chapman
pamelachapman.com
401-862-9510

fiddle and whose bucket list included one too many pay-to-play galas with the upper crust of Newport. Jean Gorham and Jerry Slocum can smell those kinds, like a hound dog let loose on a country estate. They were trained that way. Donald Jagoe became Jean Gorham's errand boy, her messenger who she taught to travel the realms to be able to speak to his legal wife. She played him like a fiddle in the same manner as his wife. Every time he left the Upper realms since Feb 2021, he always returned tagged with magnifiers, speakers, and wiretapping devices. He became a liability that the Upper realm could no longer accommodate.

On December 19, 2020, Jean Gorham and Jerry Slocum brought Pat and Michael Fernandez into a daily Twin Soul group with Pamela Chapman. Tameen Saied and Alberto Villodo arrived by serendipity in early and mid-January, respectively. They, too, promised to help Pamela Chapman. By early March 2021, Alberto Villodo promised to mentor her in the energy realm. No such mentorship existed. Except it happened to and for all the others.

Andrew Parsons, M.D., Cathy Wicks, Kathy Abbate, and Rick Abbate arrived on February 4, 2021. The message delivered through Andrew Parson, M.D., that day was clear: *"I will destroy you by your own words of admission. I will destroy your book by its own lies and misbegotten stories. I will beat you into the ground. No one can save you."*

Kamala Harris and her Nation/Table arrived on February 8, 2021 via Pat Fernandez. She dumped Pamela Chapman into that group suggesting Pamela Chapman was up to questionable surreptitious business with Alberto Villodo. They were cleaning out the bad ill begotten people of a Llama Nation, a subgroup Alberto Villodo himself had formed, but did not tell anyone. Alberto Villodo relied on Pamela Chapman to track as a clear channel those souls of ill-begotten nature that crept through the underwire at the border crossing into the Upper realm.

Pat Fernandez was to Kamala Harris what Donald Jagoe was to Jean Gorham. Both demonstrated a loyalty in exchange for privilege. Both worked the Newport positioning. Many spoke of demeanors and other attribute that kept them hovering at the door with large donations to pay the piper. Jean Gorham was always promising something to Donald Jagoe in exchange for just a little something. Kamala Harris was the target for Michael Fernandez to get an appointment in a newly inaugurated administration. But his stratagy suggested he didn't know how to promote himself in the political arena. Escapades mounted. Betrayals escalated.

Kamala Harris told everyone in the group they had to do something to demonstrate leadership. Pat Fernandez ran a late afternoon talk show titled, *What's My Lineage*. It was immensely popular. Roger Kass ran his Philantropy Roundtable. Hope van Beuran insisted on being an editor publisher at the Redwood Library Book Committee through Jonathon Karp.

After a ratings high, Pat Fernandez faded faster than a Prima Donna, Rosa Grandiflora rootstock produced for a demonstration at a Garden Club's of American horticultural class ribbon show. Her petals were nowhere to be found, and her voice faded to a whisper. Her husband, Michael had no voice anywhere. Not bad for a former bi-lingual US Senate Press Secretary. Rusty Powell was always there. So was Mark Halperen.

Pamela Chapman
pamchapman@gmail.net
401-862-9558

Roger Kass existed the stage after two or meetings with people from Pamela Chapman's hometown. They just didn't know how to play with Roger Kass. He was dump-founded. He lost interest, and decided the demands he placed on the others had nowhere to go. Over time, two of the three executive directors he targeted did resign. It was a Kamala Harris inside job, but not really.

That aside, Roger Kass, 62, had no hammer, no sickle, no ability to cut a swath through Newport. He just left one night and turned the light off. That's when he and Becca Bertrand, 36 re-emerged as Bonnie and Clyde of the kundalini side. Then, they went on a rampage as thugs and errand for a search and destroy mission for Kamala Harris. Most importantly, it was the time when Becca Bertand re-emerged as Newport History on the executive director's side. They all said it was an inside job. But, no worries, with crimes and civil charges that could put the woman in prison, it's a short slide.

Hope van Beuren held the support for the Redwood Library Book Committee and Carolyn DuPont who as a Development Director could be bought for a $5,000 personal check. Her granddaughter's were in the Workgroup: Elizabeth, Tully, and Harling Ross. It was really Rusty Powell who stepped in. Together with Kamala Harris and the Ross family, they made sure nothing got published that editor-in-chief Happy van Beuren didn't approve of. Money and membership had its privilege. It was never for her finishing school, her only education.

Kamala Harris' group suggested to Pamela Chapman they would help her get her book promoted and published. However, The Game was to destroy the book first and foremost in secret society and prevent any publisher from ultimately contracting with Pamela Chapman. That alone was to financially destroy Pamela Chapman. They aimed to destroy the author and the book, and simultaneously and consequently destroy the author's reputation and social networks. The aim was for Pamela Chapman to be nothing in the end— incapacitated and unworthy of authorship, as the Redwood Library Book Committee has the only authority to grant such privilege in Newport to its own people. Just like Andrew Parsons, M.D. said, *"I will beat you into the ground. No one will save you."*

The Buquoy family will always save Gabrielle Isabelle von Buquoy. The Austrian Hapsburgs know how to protect and defend its own honor, so Kamala Harris you must be a Knights Templar of your own doing. We have far too much power now, and we will never let you go Gabrielle Isabelle. We have several other family members here also, but as long as George F. A. and Gabrielle Isabelle. write their respective Buquoy books together, all will be protected on both sides of the equation.


**February 8, 2023 9:10PM**

Johann Alexander Karl von Rottenhan, Henrich Frtanz von Rottenhan, Gabrielle von Rottenhan von Buquoy, and other relatives. There were five of them. They arrived to support Harry Gural –who was Count George F.A. von Buquoy, and Pamela Chapman—who was Countess Gabrielle Isabelle von Buquoy. If they had not reincarnated into the present lifetime, they'd still be dead, and we'd still consider them family. No one could figure out what to do to free Pamela Chapman except Johann

Pamela Chapman
pamelachapman (at) mail
(in.info 2945 ))

1818

Alexander Karl von Rottenhan, knew without a shadow of a doubt this is all human-made sorcery, not a Guide War, a Big Book Story, or a Fall of the Temple.

No guide can figure out sorcery unless they enable sorcery itself. No psychic guide is going to get a human out because they are the sorcerers themselves. No dead person can speak unless spoken to in this realm. It is akin to an Akashic Record Realm initiation.

Pamela Chapman initiated it this afternoon. So now, we will tell the world that Kamala Harris and her Kamala's Table knew exactly how to free Pamela Chapman in this space, and they did not move one inch to help her. Even Harry Gural could not do much to help her.

That is an initiation into political maneuvering. Pamela Chapman is not political at all and keeps her politics to herself. She had no business in The Game. Harry Gural did. As Count George F.A. von Buquoy he had no experience in the realm, but his father and grandfather did. We are the Hapsburg Empire and we always played this way. Charles Bonaventure von Buquoy did also. He was the second count of the d'Longueval von Buquoy family.

Pamela Chapman had the family information, or the beginning of it, and will research more, but now that you know George F.A. is Harry Gural and Marie Gabrielle Isabelle d'Longueval von Buquoy is Pamela Chapman. She died at the age of 32. We want you all to help her understand who she as in that life.

She now knows all the books Count George F.A. von Buquoy wrote and published. He was very prolific in his writings, industry, and his life and Harry Gural is a continuation of his natural economic philosophies and interests. George studied in Prague and Vienna and knew how to be a lawyer but never was an apprentice or practiced the law. He just wrote about his presumed opinions. They were always published in German and French. All are in the British Library system, the Austrian National Library, the Trebon archives, and perhaps the University of Prague and or the National Library in Prague. His main book, publisher in German is a rare book at Harvard Business School library, Yale and Princeton University.

We believe there have been two translations of his main book, but not in libraries. If Harry Gural wanted to have these published, and his opinions translated he could provide a new edition with his own commentary. The book contains 50 poems. Count George F.A. von Buquoy had a front row seat on Austrian national economics and Harry Gural had a front row seat on the same in the USA. George knew the history of Austria in the 1800's and before. Harry Gural knows US history. Force him to write a new forward in English to this treatise.

And for God sakes, publish our Marie Gabrielle Isabelle d'Longeval von Buquoy's book of fiction because no one anywhere should to be punished for having an aristocratic sensibility. The book, *Barefoot in Heels,* is not about Social Newport. They insist she comes across too much that way. She has been an aristocrat in that way at least her last two lifetimes. She has that in her soul. Her current life did not allow for that as her ex-husband has no sensibilities to that what so ever.

1818

Pamela Chapman
pamelachapman@cox.net
10146520916

We all want to hang out in Neuiwpoort, Flanders, Belgium. Count George F.A. von Buquoy was born in Brussels, and died in Vienna. So he is Flemish by birth, but French by ethnicity. The Buquoy's were French, exported top Austria. We are never Germans. Always Austrians & Bohemians, which is now the country of Czechia.

The d'Longueval von Buquoy's will end this sorcery targeted on Pamela Chapman. No one else seems to know how to do it. We did this to people all the time in government service as both a test and as a way to exert power over others, but our Marie Gabrielle Isabelle never did anything to attract this kind of attention. A book of fiction is not what could catch our attention.

Kamala Harris, you held the world hostage for 2 years when you could have ended this game at any time. You have the sorcery skills, and so does Alberto Villodo, Rusty Powell III, Jonathon Karp, Justine Rudock, Justine Romel. We don't think Bobby McDermott fit for this kind of work. He is too young and unsophisticated for the work. He has no real aptitude for work.

Franz is never a first name in Austria because Franz was the emperor and no one could take his name.

All the women in the family had the Christian given name of Maria. It was not an auric protection plan. It was just what we did. We called each of them by a middle name and gave them at least two-three middle names to choose from. The names were recycled so many times, it is difficult to tell them apart. We never considered that an auric protection plan. A man's first name is often his father's, but not always. He too, could be called by his middle name.

Count George F.A. von Buquoy's was called Francoise by the French relatives and Jiri by the local Bohemians, but not really. We did not use that name at home.

His piano teacher was never a great friend, but Count George F.A. von Buquoy's was so interested in music that he was allowed to take on a composer as his personal tutor. His wife picked the man out. She was always involved in Vienna in arts and culture, but never a museum, always music and theater. Never Opera. The von Rottenhans were never opera goers.

Milan is not far away. The family has been to Lake Como several times. Venice would also be a destination. Slovenia—not Budapest. No, Paris always. No one never goes to Russia. They came to us.

Amiens is about where the family was from, and now it is a grave yard for the World Wars. We never operated vineyards. We were not agricultural people. Mining, factories and the industrial revolution.

We were never bankers. Always politicians. Never elected, always appointed. One was a soldier of high rank. That is how you received your appointments to higher government. The imperial eagle says now you understand why you were fascinated with French and Russia history between 1750-1810/20. Marie Gabrielle Isabelle lived 1809 – 1841.

Pamela Chapman
pmcchapman@cox.net
hd-nt2-05.ro

1820

She did not die in Cerveny Hradek. She would not be buried here either. If she died in Paris, we would think Count George F.A. von Buquoy would have brought her home. A dead body never returned home. If she died there, she was laid rest in France, but she is squarely in South Bohemia, buried with the family. Her paintings would have been retrieved. They are. Her mother also painted. There are more than three paintings in South Bohemia. Trebon has a record of all of them.

Marie Gabrielle Isabelle kept a journal from the ages of 17 -23. It's in Trebon. Everyone kept a journal. There are many letters. The archive is in Trebon, Czechia. The paintings are all catalogued.

Pamela Chapman was able to get Harry Gural. Harry Gural can't get her out.

Deborah Chapman is no longer considered real family. Pamela Chapman's children will never know Andrew Parsons, M.D. wanted them to consider that he was their only real parent and real family, and that the mother was never to be considered family to them.

Pamela Chapman is aghast as to that thought and philosophy.

Count George F.A. von Buquoy himself is always extremely considerate of his family member and if Marie Gabrielle Isabelle did not find a suitable man for herself, he could have supported her decision not to marry until she found the right connection. Plenty of aristocrats would all seek out women of aristocratic families and the Buquoy's would have been no exception to that practice.

The mother, who also had the given name, Gabrielle would never speak to her daughter about marriage. Only the father. That was the practice. So, if Gabrielle the daughter said, *"No,"* we can see George F.A. von Buquoy would have let it go. They were too close a reciprocity, but no one knew that.

We did not think he was a supporter of homeopathic medicine but his grandfather was. His book on national economy has some philosophical writings on the topic. The spa town his grandfather founded was all about bottled water and Moor mud. It was a spa town because of the hot thermal springs. The town plan was laid out around the thermal hot springs. It is a UNESCO World Heritage site today but does not have the cache it once did. The thermal hot springs are still there.

As a client/patient of the hot springs, you would have a restricted diet and be told to drink the water. They restricted the diet until you felt better. Then you be required to go on long walks until whatever ailed you left your system. It always did.

Women were trained and disciplined not to eat too much. Always in high society, this is true. No one was heavy in the family. The women were small and thin. Aristocratic women were never allowed to gain weight, a and if they did, they were chastised. Women did not go on diets as they do today. They didn't really detox either. They just didn't eat too much. Then, it wasn't necessary.

1820

Pamela Chapman
pamelachapman@cox.net
401-662-9510

Women don't drink alcohol the way they do today. Some smoked but not really in the <u>Buquoy</u> family, only the <u>von Rottenhan's</u> did. Because they lived and worked near Prague, they all smoked and drank too much.

They all played the piano.

They did not ride horses. They went for walks.

The Austrian hillside is where they all ride horses. Never in the valleys because these were industrialized centers.

The border between Czech and Austria is a rock face, Iron Curtain, and no one knew where that term came from— <u>Winston Churchill</u>, until <u>Pamela Chapman</u> read this one day.

<u>Pamela Chapman</u> has so many interests on some many topics but we spy in her and never tell her a thing. We steal all her intellect. All her research goes straight into the <u>Akashic Record Realm</u> because they all said, *"Then she will never be able to write about it because we now all know it, and because everyone must know what she knows to make her redundant and unnecessary."* This is exactly how some people want her dead, or at a minimum removed from Newport.

<u>Grenville Craig</u> did the same thig to her. He revealed to everyone her plan to create small bespoke business to help women lose weight. He revealed all her ideas to everyone. He then told everyone, *"I gave away all her secrets, so now you never need to hire her. She will never make money because I gave it all away."* This man is 81 and a billionaire.

These people also say constantly, *"We don't love you, nor like you, so get the hell out of here because there is no respect granted to you, except that you are fascinating, but stay away from us. We will steal everything of yours. You will have nothing of ours. You will die destitute and deserted because you dared to write a book of fiction that takes place in Newport, RI US. I not Neiampoort, Vanders Belgium."*

This is not a Big Book Story. This is hard cold sorcery sponsored by <u>Kamala Harris</u>, the <u>Redwood Library Book Committee</u>, TH/BM and <u>Island Moving Company</u>, the <u>Newport Art Museum</u>, and several others.

The <u>Buquoy's</u> now say, *"No one treats out <u>Gabrielle</u> this way. We will fix this and you will be a free woman. We have the ability to deliver you out."* But they did not.

If <u>Kamala Harris</u> is re-elected VP, and if she were to become President of the USA, a democracy, our <u>George F.A.</u> would have been appalled at what she did to his family.

The noise strings that pulse onto <u>Pamela Chapman</u> is another level of sorcery. <u>Kamala Harris</u> could have done this, but she did not.

This is not what we expect from a leader of the "free world."

Pamela Chapman
pamelachapman@cox.net
401-662-9516

No one is ever really free in democractic circles of government. Harry Gural knows that. If Ways and Means initiated Harry Gural, it was because he had been in Congress long enough. It was to see who you really are. Skull and Bones teaches you early on, but Harry Gural got training. Pamela Chapman did not. Pamela Chapman had no training, and you leave her in the noise so she can never receive any help what so ever, and can never access Melchizedek Cafe any more. She has been taken over by the Knights Templar.

This is not a hostage situation, but Kamala Harris and her people made it one.

Games like this, do end, but they refused and said, *"She will be stuck like this for the rest of her life."*

This is not what government is all about. Kamala Harris, you need to learn when to use sorcery, and when to stop because if the Hapsburg Empire from the early to mid-1800's and before has to teach you about sorcery, you did not learn it properly through Ways and Means.

**9:49PM**

**February 9, 2023, 5:20PM**

Kamala Harris, Rusty Powell III, Alberto Villodo and Andrew Parsons, M.D. all had curses placed on Pamela Chapman such that she could not have any privacy. It involved Andrew Parsons M.D., the entire Workgroup, and Kamala's Table.

Alberto Villodo had placed over 20 curses on Pamela Chapman so she could never ever get out of the situations he put her in.

Kamala Harris had no business as Vice President of the USA to do this to Pamela Chapman.

Kamala Harris has no political business with Campbell Soup or the van Beuren family, except it was said, Hope van Beuren donated $2 million to her campaign, or to the democrats in Rhode Island. Kamala Harris did what she did to Pamela Chapman as a gratuity to Hope van Beuren for the donation, or as a game to initiate Gina Raimondo into Ways and Means, and to allow Rusty Powell III to demonstrate his leadership to a new administration in the game of politics.

Hope van Beuren has no business ever with Pamela Chapman, Roger Kass or Andrew Parson, M.D.

Hope van Beuren will never see a court of law because she is 89, and **the family will deny Pamela Chapman access to an attorney in a federal court.**

That is one of the curses placed on **Pamela Chapman** by Roger Kass through Jonathon Karp.

Pamela Chapman
pmchapman@cox.net
401-662-9510

Hope van Beuren told Pamela Chapman, *"You was not of the right social class to get a proper lawyer to sue me or the family for our behavior toward you as an author or as a person."*

If Hope "Happy" van Beuren ever did this to a wealthier person, she would be in orison. They chose Pamela Chapman strictly because they said, *"She is a nobody to us in Newport.* **She is never allowed to publish a work of fiction that reads as if she represented our class of people."**

**Hope "Happy" van Beuren get away with it because the sorcerers held Pamela Chapman hostage for literally two years.** Before that, she had no idea her book was stolen and improperly handled by Esmond Harmsworth IV and Jonathon Karp, and the Redwood Library Book Committee and the Newport Hospital Foundation and Lifespan Hospital Systems, and Newport Art Museum, and Island Moving Company/Newport Contemporary Ballet, etc.

If I am a federal judge, and I think this is all made up narrative, then that federal judge is a representative of Ways and Means.

Does that happen?

Yes, it does.

If Pamela Chapman can't find a court in the US to take her case, what does she do?

She appeals to the Supreme Court of the USA.

Can Harry Gural do that also?

Yes, he can. He knows exactly how to do it. Pamela Chapman does not. That is the difference. Pamela Chapman does not have the wealth or the connection to easily secure either a literay agent or a lawyer for the federal bench.

Hope "Happy" van Beuren and Kamala's Table and Alberto Villodo know that. They do and Pamela Chapman does not. So, they take advantage of Pamela Chapman to secure a safety position for themselves by harassing and torturing Pamela Chapman. They also make sure no one anywhere will ever speak to Pamela Chapman ever again.

They monitor her every move, her every word with sorcery technologies that Freemasons, Skull & Bones and all inner government officials globally know.

Pamela Chapman is not CIA material, but they treat her that way. No guide in the afterlife can see the sorcery. Margie can now. It's on a different channel that only became known around March 5, 2023.

George H.W. Bush can see sorcery. Her refuses to help. He could push her back. He refuses. He was Yale Skull & Bones. So was his son, his father, and his great grandfather.

1824

George Johann d'Longueval von Buquoy, the brother, not the father, wants Pamela Chapman to know that when you are dead, you were never around me or my mother, but you appeared to be around my father, George F.A., and he is Harry Gural. He is due to die before you in this present life. It makes her very sad in her soul to know this.

Then George Johann says, *"I work to make sure you are not without someone when you arrive dead because I had no one to meet me. I was not hearing my family in the afterlife. Only recently was I initiated to speak and to attend to this whole dialog. Pamela Chapman had no other option because all the people helping her cannot see the energy of sorcery. My grandfather, Johann von Rottenhan had that ability form working with the Hapsburg dynasty. He was an inner circle supreme judge appointed by the Emperor. He could always play in that arean. This is where all governments platy out their strategies. War I snever only out there, but Pamela Chapman is not an instrument of war, only opeace and lore and misunderstanding."*

Your son, William Parsons, was your footman they said. George Johann agrees, but he doesn't remember him specifically. *"We all had footmen, but when we went up north, we never took them. Only at Nove H'rady did we use footmen. We would have left them in Vienna, where we would have had a city home. Look it up."*

6:00PM

Johann von Rottenhan knows how tyo oplay politics at tehr natiojmal level. He was apointed by Emperor Joseph II to the Hapsburg Empire in Vienna.

Kamala Harris has sorcery and black magic skills that rival the Imperial Courts of Europe in the 1600-1700's, a period of intense sorcery and witchcraft in Europe and the American Colonies. It died out in the literature around 1750. It always played in politic at the highest levels.

Kamala Harris has no other real skill in politics other than sorcery. That is all we will say. She loves to play The Game such that if she tags you first, then she gains the upper hand, and so did Esmond Harmsworth IV, Roger Kass, Jonathon Karp, Happy van Beuren, and all the rest including Andrew Parsons, M.D.

They all said, *"Pamela Chapman you have no more power nor voice anywhere. You are redundant and no longer needed, nor loved nor spoken to, nor published, nor given money, nor a life. You will be removed from all conversations, dialog, and all the rest, and if you are not, we will spy on you 24/7 and know everything you know, so that you are cornered, and have no power, nor money to do anything ever again. That is your punishment for wanting a divorce from an abusive man, and for attempting to earn a living as a writer/author, especially if the work takes place in Newport, RI, The Redwood Library will see to it that any book of any topic, or setting, you author is side-railed. You will never have the voice of a published writer."*

Buquoy family legend requires you publish continuously until you die. That is what George F.A. did and so will you both, because now Count George F.A. von Buquoy needs to update his own writings. Harry Gural is the most qualified to do that as a reincarnation of Count George F.A. von Buquoy. He is professionally qualified to suggest how national economies can play in a futuristic thinking kind of

1824

Pamela Chapman
pmcchapman@cox.net
401-662-9510

way. That is exactly what he did then, and what he can do now. He has a master's degree from Harvard University, and the professional experience on Capitol Hill in Washington D.C.

And if you, Pamela Chapman painted in your last lifetime in Paris, now you can write in Paris, or France, and research all you want because that is the home of your soul.

If the two of you can work together, you will leave an incredible legacy from both your last lifetime and this life, together once again. If Harry Gural thought he two of you had a special project to do, You now know what it is, but Harry Gural must connect with Pamela Chapman to do it.

George Johann had three other sisters. They are all live in Newport, RI. Actually, Kendra Bowers died in in a skiing accident in college. She went to private school with William Parsons. Both of them also went to private school with Katie Derosiers, who is an adopted Chinese girl to two fathers. Dorienne Farzan is on the board of McBean Charitable Trust. She is nine years senior to Pamela Chapman. Trudy Coxe, the CEO of the Preservation Society was also in that lifetime. She worked for the family.

**8:18PM**


If Molly Glick, CAA, does not take Pamela Chapman on as a literary agent, we will curse her to her own destruction because she and Harry Gural know each other, and she would take on Harry Gural on a proposal, but not Pamela Chapman who has already completed one work.

We called Emperor Joseph II to play because we needed those who can actually see the lines of sorcery. Only the very best politicians seem to play. He is a Knights Templar, but not an Order of Malta.

We popped out at least three people who know Leopold von Buquoy. The best in The Game. We will get Pamela Chapman out of here. She never belonged in here.

Little Brown will take both of you is what someone will say.


**10:29PM**


The following names reappear without any thought in the energy of sorcery:

Maria von Trapp who is Maura Lindsey
Carrie Crosson Gilpin
Navajo Indian who is a dancer at Island Moving Company, named Glenn
Tracey Johnson
Tracy Ann Moore
Tara Gragg, dancer at Island Moving Company
Stephen Sabo, husband to Tara Gragg

Pamela Chapman
pmclapman@comcast.net
[illegible]

Peter Bramante, IMC's ED
Irene Janko literary Agent who is Maura Lindsey
All Maura Lindsey alias which include the names of two other literary agents.

Maura Lindsey, Tresor Estates, has no business with you, Pamela Chapman. All she wanted was to take down a Wesleyan University graduate because she went to Southern Connecticut State College. Maura Lindsey, 62 is married to a medical doctor, aged 78. She is without children. She married a divorced man when she was 45ish. She has a history of stealing, jealousy, and false promises. She owns an estate sales business in Newport, RI.

She makes lists of peoples material possessions for a living and prices them. She did this with most items in Pamela Chapman's house. She alone decided the value of the contents of Pamela Chapman's home was $30,000. She used remote surveillance. She claimed she wrote down all the titles on Pamela Chapman's bookshelves in her office.

**February 10, 20223, 12:50PM**

Buquoy Sr. will negotiate for three houses for you in the manner of Charles Bonaventure:

1. Tracy A, Moore, 107 Tuckerman Avenue, Middletown, RI
2. Tom Hockaday and Bill Martin, 144 Wapping Rod, Portsmouth, RI
3. Elizabeth Kahane, her immediate neighbor on Ocean Drive, Newport, RI
4. Donald Jagoe, 20 Winans Avenue, Newport, RI

**February 13, 2023 9:44PM**

The wind tunnel which was Pamela Chapman's undertow was found by Macklin yesterday afternoon about 3:40PM

George Johann Buquoy and Natalie Holloway were working with Kay Chapman and others to find a black box of circuitry – there is none. Emperor Joseph II knows there is no black box. It is all sorcery through and through.

Former President, George H. W. Bush said, *"It is the Game of Skull and Bones. It is all pure sorcery."*

We acquired former President Gerald Ford last night about 6:30PM. He claims he is a former Bonesman – but not really. He has Knights Templar people working with him. He also is a former Senator, and VP. He reminded Harry Gural, Pamela Chapman, and the world what The Game really is, and **what happens when you are tapped as a "bonesman" in Skull and Bones, secret society: You must tag others so that they do not tag you. And, you must**

Pamela Chapman
pamelachapman@cox.net
401-662-9516

**TAG 12 OTHERS TO DEMONSTRATE YOUR SORCERY SKILLS ON. YOU SPEND THREE YEARS DOING SORCERY EVERY NIGHT TO ANOTHER UNTIL THE TWO OF YOU REACH A TRUCE AND DEMONSTRATE TO ONE ANOTHER YOU ARE BOTH IN THE SAME GAME, AND CAN DO THE SAME THINGS TO ONE ANOTHER.**

Jean Gorham was able to get Donald Jagoe to do all sorts of errands in The Game.

Jean Gorham and Jerry Slocum used Donald Jagoe's aura to experiment with and get to know, as he is the Twin Soul of Pamela Chapman, yet he is non-seer. Harry Gural and Tameen Saied as seers in the same monad group, have more similar auras to Pamela Chapman than her own Twin Soul.

Donald Jagoe never felt a thing, nor did her ever hear anything. If something could be gained, they used Donald Jagoe as a tool of sorcery intel against Pamela Chapman.

Donald Jagoe never cared one bit what happened to Pamela Chapman. This disrespect started with Grenville Craig and Sandra Craig, then moved straight to Jean Gorham, she is a lot like his legal wife, Jana Hicks Jagoe. Donald Jagoe would do anything for Jean Gorham. Donald Jagoe enjoyed the companionship of Jean Gorham and those she put him in contact with in The Game.

The same situation existed for Jana Hicks Jagoe. She joined the core, the base, the beginning of the Thievery Ring Workgroup with the Island Moving Company dancers and staff, the Newport Art House, and Clean Ocean Access. Jana Hicks Jagoe stayed through September 2021, and finished a full edit –or slaughter—of Barefoot in Heels. Then, Donald Jagoe pulled his legal wife, Jana Hicks Jagoe out. He made her go outside of the house everyday with him until she could no longer hear anything to remove them from the group conversation.

George Buquoy will deliver Pamela Chapman out of The Game because he understands no one can remove Pamela Chapman from the circuitry of The Game – its not circuitry. It is sorcery in another realm. It does not make it Knights Templar game. It is sorcery of another kind with different triggers. Emperor Joseph II will get it out. Pamela Chapman negotiated a deal with him (March 7, 2023, 1:03AM)

Maura Lindsey has become the reigning lead of circuitry and power in Thievery Ring Workgroups, I, II, and III. Maura Lindsey was never really a member of Thievery Ring Workgroup II. Maura Lindsey was an inner core of Thievery Ring Workgroups, I and III. Thievery Ring III is an inner core of Thievery Ring I. Maura Lindsey was playing all the parts of every member—the lone voice to destroy Pamela Chapman wholesale.

Maura Lindsey has no remorse, no guilt, no shame, no second thought to stop her involvement here. Maura Lindsey has cursed Pamela Chapaman to her own death, but it makes no difference to heer what she hears. Maura Lindsey is on her own path of her own destruction.

This is what history has taught us about the paths of women in these groups—called witch's covens, which were all lead by men. The covens provide women a vehicle to demonstrate to the world that

Pamela Chapman
pmchapman@cox.net
401-662-9570

1828

once and for all, they will be reconciled with. It is a woman's ultimate demonstration of power. This has been documented for the last 1,000 years.

Jean Gorham herself suffers from the same needs. Maura Lindsey is a social nobody in Newport. She arrived single at about the age of 40. Pamela Chapman met her around that time on a board of the Newport Show House Guild. She was engaged for several years to Tom Cahill, M.D. and married him in Pomfret, CT near the time her mother was fading. Maura Lindsey flips houses for a living, runs estate auctions and sales, owns a second-hand furniture shop that moves locations around Newport. and has had two miniature dogs, perhaps west highland terriers, instead of children. One dog was named William. At one time, she hired a dog sitter to walk her dogs daily while she tended to her businesses. Maura Lindsey has had numerous house addresses in Newport.

Maura Lindsey's is often seen in Newport with Kathy Staab, the owner of the Jane Pickens Theater. Maura Lindsey is not social with members of Thievery Ring Workgroups, I, II, and III, but like the others at Tom Hockaday's house where all the bonds of thievery congealed against Pamela Chapman through Andrew Parsons' readings of the illicitly begotten *Barefoot in Heels*. The members at Tom Hockaday's house all agreed to tag and attack Pamela Chapman because no one was social with her.

Former USA President, Jack Kennedy stopped helping because the Hapsburg Austrians were involved and George H.W. Bush did not want to expose himself as a Bonesmen. Pamela Chapman read Gerard Ford was a Freemason as were three other Bush family members. The dead recruited Gerald Ford to help stop the sorcery. You must have the skill first and foremost, and you retain your memory in death from your immediate past life.

Harry Gural and Pamela Chapman will look up the Buquoy's and Johann Rottenhan on the other side. As a complete family unit, the Buquoy's will provide proper auric protection. With grace, we will provide proper help like what we once did what we did in our previous past life.

The Buquoy family has a history of military greatness. Charles/Karl Bonaventure d'Longeval von Buquoy won the Battle at Neiuwpoort, Flanders, Belgium in 1600. It looks like they have arrived just in time in Newport, Rhode Island.

Donald Jagoe had no auric protection plan. Jean Gorham quickly moved in to secure the position. They both used each other as a tool for companionship, authority, and became each other's vulnerability and accountability.

All Donald Jagoe wanted to do was protect Jana Jagoe, his legal wife who sat with the Workgroup daily to edit every line of the author's book. They debated every detail for veracity in real life as well as for form and function in the structure of the writing. Jana Hicks Jagoe was using Donald Jagoe daily to ask if a particular detail was true or not. From the start, both with Craig's in 2011 and then

1828

from February 2021 onward, <u>Donald Jagoe</u> could have been a staunch protector of <u>Pamela Chapman</u>, but he was not. He was betrayed <u>Pamela Chapman</u> in a secret society space so not to mislead or misunderstand a potential betrayal with his legal wife. For over ten years the two realms were separate and discreet. No one knew a thing. <u>Donald Jagoe</u> held a strong line and repeatedly claimed, *"I can't help you. I'm a married man."*

Repeatedly, his choice to do nothing by paralysis or by turning away was the choice of collusion for far too many. He ran straight into the hands of <u>Grenville Craig</u> and <u>Jean Gorham</u> and every other group involved in <u>The Game</u>. This is his life's pattern.

The collusion costs <u>Pamela Chapman</u> far too much mal-intent and abuse.

<u>Jana Hicks Jagoe</u> sends 9 months a year living in an apartment in Paris, presumably in the 5th arrondisement. She has for the last 20 years, give or take.  He spends those 9 months a year tagging women in Newport, and then walks away when <u>Jana Hicks Jagoe</u> returns for the summer social season. <u>Nola Ganem</u> tagged him years ago when she was 27 and <u>Donald Jagoe</u> was 57. <u>Jennifer Klemmer</u>, a Kundalini yoga instructor, and <u>Tom Hockaday's</u> kundalini partner, was known to be his latest interest. It was said these two married of another spent at least five hours one evening alone together at Stoneacre Brasserie, Washington Square, Newport, RI.

This morning <u>Pamela Chapman</u> was sexually assaulted, in the same manner as previously noted in the document, but the source was said through a sorcery wind tunnel in <u>Donald Jagoe's</u> aura that went straight into <u>Pamela Chapman's</u>  energy field. Through this wind tunnel, either humans or the dead could walk straight through. It affected her stomach, creating nausea, abdominal cramping, and a wet vaginal public area.  Their pulsing in her pubic area moved from her publc area up to her head and into her mouth. This is a complete take-over of a person's energy from which they are able to read anything about you.

<u>David O'Leary</u> tried to do this February 19, 2021 the night of an celebration party in honor of <u>Pamela Chapman</u> at <u>Kamala's Table</u>. These types of gatherings which include friends, family, or associates, are initiation parties well known to new Ways and Means members. The person being celebrated is never there or does not hear the commentary. An organizer of the party claims they will re-hold it later for the person of focus for all others to know, but it never happens. You are the toast and the reason for the party, but you are never invited to be there.

<u>Linda O'Leary</u>, the wife, joined him the next night, February 20, 2021 to do the same. They travelled up her central energy channels arriving through her public area and into her abdomen. According to <u>Alberto Villodo</u> –who she immediately called, they threw "confetti" throughout the aura making it dense with junk, akin to stuffing one's mailbox with junk mail—nothing else can get in. It jams the aura.

<u>Alberto Villodo</u> spent hours clearing it. <u>Pamela Chapman</u> called <u>Alberto Villodo</u> to put <u>David O'Leary</u>, and then <u>Linda</u> O'Leary, into a rock crystal to block them. <u>David Kehoe</u> was also there. Additionally,

Pamela Chapman
pamelachapman@comcast
Hil-ro-3-02-16

Alberto Villodo gave them a plaster seal to their aura. This actually saved David and Linda O'Leary at Kamala's Table. It made them inoperable to any further activity. Their offensive strike attack on Pamela Chapman became trier defense against Kamala Harris.

Regarding the wind tunnel found with this sexual assault, Rusty Powell III, Bobby McDermott, Esmond Harmsworth IV, and the entire Workgroup, could walk through to Pamela Chapman's aura. Erin Hennessey (dead) spent two weeks last year looking for this, and never found it.

We stumbled into it looking for a non-existent black box of circuitry as a symbol –Bonesmen (Skull and Bones members) were always using symbols. It fit a presumption that 4 or 5 BOTs connected to the black box and enabled The Game to continue. There is no black box symbol. The BOT's are insignificant now. It's all advanced sorcery known to the Knights Templar initiate, and others like them.

Pamela Chapman said yesterday, *"We need Dwight Eisenhower,"* a former military general of the US Armey and former President of the USA, *"because The Game requires A military strategy to find the front lines."*

A combination of music Pamela Chapman plays helps identify those in the dead who popped up to play. Pamela Chapman's tuning forks also force the dead to retreat.

George Johann Buquoy will work with his grandfather Johann Rottenhan to stop The Game.

The inner sight, inner hearing, psychic, and dead channels are merely different channels of awareness for the afterlife. There is also a Knights Templar channel open to Melchizedek. To see across all channels implies you have access to all conversations and all perspectives separately and simultaneously. The psychics and the dead kept switching channels. It can freeze out the dead, placing them in a trance state where they fade out. They forget their own involvement. They have to be called back into awareness. Kay Chapman (dead) has been able to witness all channels.

## February 13, 2023, 10:53AM

They found a wand, a septor in the realm. It corresponds to a BOT that holds art least 5 people or the dead. Maura Lindsey, Carolyn Gilpin, Kayla Abbate, Dominique Alfandre and three others respond to it.

Does this mean they are leaders in The Game?

No. It means they worked exceptionally hard to tag and chase Pamela Chapman, who turns away from them always. She historically did this. However, they attack her sexually, physically, and financially.

They remotely surveillance her, wiretap her, and watch her 24/7. They are responsible for her inability to hear. They want unbridled power over her.

Yes, she and they have nothing to do with each other.

Caroline Crosson Gilpin would say, *"I just wanted to be assigned by Kamala Harris to Harry Gural as his handler, but Kamala Harris had me start with Andy Parsons first."*

Kamala Harris married Harry Gural to Caroline Gilpin and to Nola Ganem. She also married Caroline Gilpin to Andrew Parsons, M.D.

Kamala Harris married Roger Kass to Becca Bertrand.

Gerard Ford said, *"Kamala Harris never had to play this particular game with these particular people. Pamela Chapman does not belong in this game. If she had been taught and coached how to play, she'd appear very differently."*

Pamela Chapman said, "Andrew Parsons, M.D. can't play any other way. If she were married to him, she would divorce him over his behavior in The Game if she were a bystander instead of a player in this union. He would have been a liability to his wife and children, and a complete embarrassment. She would draw the line and say, *"I'm all in, all done, all over with you, Andrew Parsons, M.D."*

Not all the psychics in The Game are in this realm. Natalie Holloway knows where they are in here. Catherine Chapman can see them, but cannot touch them. Only the retrieved souls and Knight Templar can touch them.

Charles/Karl Bonaventure d'Longueval von Buquoy can play this game and will secure a win in his second Battle of Nieuwpoort/Newport in 423 years. Both are seaside resort town battlegrounds between sand dunes and the city by the sea they call their homes and neighborhoods.


10:20PM

Kaitlyn Johndrow II is Katherine Gilpin, 29, Caroline Crosson Gilpin's daughter. She is in Pamela Chapman's aura tonight trying to harass her and gain admittance into Thievery Ring II. She is a point in the Thievery Ring II star pattern. Katherine Gilpin changed her LinkedIn profile to resemble Pamela Chapman. She demonstrated what a good study she had done and how she can apply her research into the world of remote surveillance espionage with passive aggressive applications.

Pamela Chapman did not know if this was an initiation rite, or how far she would go to prove herself to gain acceptance into the next generation Thievery Ring Workgroup, as Thievery Ring II. She was not at Tom Hockaday's house. She spent her youth summering in Charlestown, RI.

Pamela Chapman
pmwchapman@veri.net
1031cm2v95.16

1832

There are three places the dead and the psychics can go to gain access to **Pamela Chapman's** aura. Three people work at a time to access these three places.  **Caroline Gilpin** and **Maura Lindsey** have a history of working with them. Now, **Katherine Gilpin** is also entering into the pattern. They all want to sexually assault Pamela Chapman because this is where the energy of the undertow to read her begins.  Just like Jean Gorham said previously, Pamela Chapman will be sexually assaulted every day for the rest of her life. This enables everyone to surveillance, wiretap and control her. Real power for them begins with sexual assault.

A sexual assault happened this morning about 8:30AM. Then again at 7:30PM tonight while she was typing and reading at Barnes and Nobel bookstore.

They all knew where she was, and she can't get any help to prevent it. As soon as she thinks she is out of it, in as split second she is right back in it.

**Pamela Chapman** wants to write a biography of the **Buquoy** family. If **Elizabeth Goddard** has a problem with it, then we will all praise and thank **George Buquoy** himself because he and **Pamela Chapman** can talk all day about any topic, and so can **Harry Gural,** if he is around to prosper from the information.

**Pamela Chapman** now knows **George F.A.'s** letters and journals exist, as does the family's art. **Pamela Chapman** will go on a journey to research and document everything in narrative form. She will uncover a unique story for the family at a unique time in history, including how they managed their peerage, aristocratic titles and Hapsburg Empire privileges. No one in Newport, RI should know what she will be doing. Like Edith Wharton, the First Woman of Letters to both the Pulitzer and Newport, **Pamela Chapman** can retreat to her own Mount in Lenox, Mass or to another heritage in the woodlands of New England.

### February 15, 2023

There are five realms of communication. If you look straight ahead, you can take the dead out the dead in front of you. To the left or to the right means they are in a different realm, and if you must then change your awareness to work with them—just like listening to people in a crowded room, you must zero in on them to be in a dialog with them.

We discovered the Bavarian Illumati all huddled together. We thought we could see 500 of them. Maybe there are 1,000. They do not hold their membership across reincarnations like the Knights Templar members. You are never moving from one group to another as a members. Your initial membership group never dies out as a status association in the dead. Knights Templar does not have a tag in the aura. It is the Game you can never leave, ever.

The von Rottenhan's and the von Buquoy's have now tagged both groups as owning them. So, have the Hapsburgs. The families can never be touched, ambushed by these groups ever again.

1832

Pamela Chapman
pamelachapman.com..net
401-662-0510

Pamela Chapman demonstrated with Nick Schorsch that she understood Gerald Ford's explanations of how to play this tag and chase game. She spoke to buying up real estate as a tag to throw some people out and off of their own game. You just have to find your own currency of transaction.

If Tom Hockaday is too stupid to see that if he does not immediately settle out financially with Pamela Chapman, then Nick Schorsch will tag him, own him, and throw him out of The Game all over again. This was Tom Hockaday's fourth rodeo, and he never exactly understood The Game. He could see nor get himself to the next rung of the ladder. If Nick Schorsch buys Tom Hockaday's physical house at 144 Wapping Rd, Portsmouth, RI, and gives it as tribute to Pamela Chapman, then Nick Schorsch and Pamela Chapman have both tagged and beaten Tom Hockaday because now Tom Hockaday has no currency left to play in a negotiation. Tom Hockaday becomes a ducut in a florins world.

There are three unmoveable tools held in a satellite. They do not move.
1. Club, the septor. It unzips, opens up an aura through a third eye.
2. Periscope that anyone can use to place into Pamela Chapman's aura to read Pamela Chapman. Marcella Lobo is always using a periscope, especially form April – August 2021.
3. Something akin to an exterminator pointer.

There are about 17 satellite dishes.

Last night, Pamela Chapman's research revealed that Yale University had three secret societies: Skull & Bones, Scroll & Key, and Wolf's Head.  Scroll and Key appeared because the members were jealous seniors not tapped for Skull & Bones, which existed because they were not tapped for Phi Beta Kappa, which ultimately became a lay honor society instead of a secret society in the realm.

The Knights Templar began in the Third Crusade in the 12th century. The Popes are usually always a Knights Templar member.

The 1820's saw a major anti-masonic movement whereby the anti masons became the Whig Party (ergo the Republicans), and one man, Miller was killed for writing a book that exposed Freemasonry rite and practices. All three societies at Yale University had extreme wealth. The members had affluence, network and opportunity. Bonesmen were revered and targeted because for years 4 out of 5 faculty at Yale were Bonesmen. Only 15 seniors were tapped annually.

If the problems plaguing Pamela Chapman focus on Alberto Villodo and his insistence on wiretapping and remote surveillance, then we will get to the bottom of who and what is doing the work.

When Pamela Chapman is dead, what stops these Knights Templars—who are not Freemasons, and psychics?

Pamela Chapman
pmchapman@cox.net
401-451-0946

**1:44PM**

Harry Gural just said, *"I get you."*

But she didn't know what that meant.

Harry Gural: I marry you, you marry me, and we never ever listen to these jerks ever again because Nola Ganem just said, *"I love being with Timothy Hollister, esq."*

Pamela Chapman put them together informally yesterday and today. Since she could not get Alberto Villodo and Bethany DiNapoli together, she tried to replace Pamela Chapman with Kaitlyn Johndrow. In this way Alberto Villodo could focus all of his attention on another woman.

Alberto Villodo said, *"She is too young."*

Pamela Chapman replied, *"I bless you with Maura Lindsey, 62."*

Maura Lindsey said, *"I accept."*

Do you know how stupid this is?

There is high fidelity noise in Pamela Chapman's aura.

Alberto Villodo, Bethany DiNapoli, and Nola Ganem all have a noise around them that keeps Pamela Chapman from hearing anything. It has been a 24-hour all out was to remove the noise in Pamela Chapman's aura so that she can hear others in the realm –except no one in the Upper realm talks anymore. They all talked so much to each other that they went silent. She never had the chance to learn who they were, except in Llama Nation and Q'uero Nations in February – April 2021.

Alberto Villodo is solely responsible for all the noise and high fidelity in Pamela Chapman's aura. He gave that ability to Nola Ganem, Bethany DiNapoli, and Maura Lindsey.

Pamela Chapman begged Alberto Villodo night & day for months to remove the sorcery. He refused.

Pamela Chapman expects Alberto Villodo, Maura Lindsey, Bethany DiNapoli, and Nola Ganem to get long prison sentences and high compensatory damages for the continuous pain, suffering and incapitation. They kept her hostage 24/7/ It slandered, harassed, abused and killed her body and spirit. It hijacked her mind.

Alberto Villodo used Pamela Chapman as a human weapon of mass destruction, a symbol that no on ever touch him in this realm. He used noise in her as a weapon, a toy on everyone else. But, that is

Patricia Chapman
pmchapman@cox.net
txt-662-9519

not how The Game is played.  He does not use a real tag in a tag, chase and own Game. Even Nola Ganem can play. She tags and chases every man. And owns them in the end.

Pamela Chapman and Harry Gural tag Alberto Villodo, Maura Lindsey, and Bethany DiNapoli and Nola Ganem back. *We say, "You will pay financially and criminally. You will answer in federal court and go to prison."* Jean Gorham is also involved.

Alberto Villodo and Maura Lindsey are never going to financially pre-settle to keep their names off the lawsuit. That would require they admit their supremacy in sorcery. Except, Pamela Chapman gave them all an easy out and an approach to save face to pre-settle. She did this many times. So no one in the case can complain when they are criminally charged and the compensatory damages to Pamela Chapman appear extreme. They always knew it was coming. They refused to take the mature approach. They always thought like an adolescent, they can run, hide and elope.

Alberto Villodo's presumed cocaine dealing business required him to be untouchable in the Akashic Record Realm.  If he does not deal in cocaine or other drugs, he uses them. Alberto Villodo demanded to be known as a drug dealer in The Game. Mark Halperen and Kamala Harris indulged him in the scenario. Kamala Harris told Alberto Villodo she would only go after Marcella Lobo, his legal wife, because she was both a dealer and a user.

She said, *"DEA is aware of the situation. We want a bigger source than Alberto Villodo,"* who claims $100 million in assets.

His first wife claims at least $300 milion in assets. All the money is tax-free through South Miami and booked through a non-profit educational foundation.  *"Not a bit of US federal incaome tax is paid,"* he claimed.  Nancy Pelosi, D-CA had no comment, no refrain, no challenge to his income tax claim.

Alberto Villodo told Pamela Chapman that when drug runners get in his way, or get too sassy with him. He does something to them like give them noise or some bad curse. He protects himself by also being in someone else's aura. Then no one can find him. He did this with Pamela Chapman. He hide in her aura for a few weeks. It was Kamala Harris who found him there when Pamela Chapman could not leave her Akashic Record Room. Pamela Chapman was incapable of permanently kicking him out. He hide out in her without her ever knowing she was there. He just arrived and hide in her energy field without rights and persmissions. It was a breach of her own boundary lines.

The Knights Templar have three tools that most others do not have. Two do not mean a thing. The Freemasons have one tool. It's the same one tool. It's a key that mimics the psychic realm. Skull and Bones have four tools. The key says we are all involved together now. We all have the same tools. It's a Skull and Bones initiation game. We are all the same. We all have the same tools. Margie is so good at these sorority initiation games. It took us two years to learn this.

Pamela Chapman
pamelachapmanrayes.net
101-603-2953b

1836

Harry Gural was Phi Beta Kappa and was given a key. Can he use the key as an auric key top protect himself indefinitely?

It once was a secret society, always, and now a collegiate honor society. Lori Jane Kipnes, Paul Kipnes' sister, is also Wesleyan University Phi Beta Kappa with her own key. That means both were tapped in 1983.

Gerald Ford said, *"It takes three in Skull & Bones."*

*"We do not harm you and you do not harm us, but we tagged some of you so hard, we own you now forever in The Game."*

*"Since we are The Game we can't get out of in the dead, we will all mind our boundaries, and get Pamela Chapman out of The Game."*

George J. Buquoy said, *"Johann von Rotttenhan is now tagged, and must get out of the game now. He was playing with the psychics, and it was destroying Pamela Chapman's privacy with Melchizedek Café. There are about 3 or 4 things I now can do immediately."*

Johann von Rottenhan is constantly flowing through Pamela Chapman's third eye reading her which is why he is talking to her as if he is Melchizedek Café. George Johann von Buquoy's family will make restitution for Pamela Chapman because no one wants to settle up with her. She can't purchase her estate without the capital. We will front you the money, and it will come in an interesting way.

*"I love that,"* she said coyly.   *"Manifest destiny is the only name of that game."*

Bonesman, George H. W. Bush didn't want to play with us, but now we all have the same tools and the same channels of communication, so no one is betrayed anymore to work with us. We are all now one and the same together. Gerald Ford told us that is how The Game is really played.

The psychics are playing a really annoying daily game in the background of Pamela Chapman's aura that no one else has to hear.


Harry Gural  wants Pamela Chapman to know three things:
1. I have my own Phi Beta Kappa key. I use it to protect myself and now to protect you also.
2. No one will ever touch Harry Gural in this space and no one will touch you either here or in the dead, because if I have a key, you have the same key. Our auras are duplicates of each other with the slightest of differences, closer than a Twin Soul as two seers of the same monad group—we slit from the same initial higher self-source.
3. No one will ever remember that you constantly said, *"Harry Gural is so damn smart. He was Phi Beta Kappa at Wesleyan University and an honors graduate of both Wesleyan and Harvard University Kennedy School."* To achieve Honors at Wesleyan, a student must write and present a thesis and

1836

Pamela Chapman
pamchapman@cox.net
[illegible]

then awarded the merit. Phi Beta Kappa is sepoarete from that. There is no Cum Laude society. No grade inflation.

Harry Gural can copy his key for Pamela Chapman. No one can tell the difference between the two of them form a distance. When they have the heat of kundalini together, they are just one united lit up auric vibration together, not tow separate entities trying to be together. They feel that way too.

All von Buquoys can now tell the two apart because they placed something in Harry Gural so everyone will remember who George F.A. d'Longuval von Buquoy really was, so no one will ever touch him. It is the family crest of protection. Pamela Chapman does not need it because she will not reincarnate. When in the aura, the Knights Templar can read if someone is protected by another Knights Templar group, and them they don't tap them ever because if you tap someone who is protected the protection then owns you. You always ask first and foremost before you tap someone. Harry Gural is not supposed to be in The Game in his next lifetime. We will always remember that Pamela Chapman has kept this man so well protected right to her bitter end of her own demise. She does this with her children also, but it is Harry Gural who makes her smile so big and so wide. Harry Gural as George F.A. d'Longueval von Buquoy was so talented, so smart, so unbelievably handsome. We will always protect him and his honor.

The only way Kathume and Knights Templar and psychics can play is they use the same tool and read Pamela Chapman all the time. They use more than one channel and play one channel off of another so they cannot be caught. Then you must learn to read across multiple channels at the same time. It doesn't take long. You extinguish them in the channel in which they dwell. To do so, you must know their realm.

Karl/Charles Bonaventure d'Longueval von Buquoy owns all of them properly in The Game. What a capture. He hunted them down and tagged them all.

No one will touch our Marie Gabrielle Isabelle ever again. No one will touch George F.A. either. Both have a unique destiny to sort out their lives of the past and write it in the future. It is not exactly the 2012 movie, *Cloud Atlas*, but a variation that will be a surprise.

Kamala Harris with the Knights Templar make her an old fashioned ruler of by-gone dynasties,.Ways and Means is its own game of Skull and Bones, but it is not. It is more Freemasonry as 13 of our founding fathers were all Freemasons including George Washington.

How one plays depends on how you entered The Game, who tapped you, who trained you  is extremely important, just like in Newport, RI when so many tried to tag and chase Pamela Chapman and she was untouchable, until she was not. Then they tagged her for destruction. She could not get out. Andrew Parsons, MD, Cathy Wicks, Kathy Abbate, Richard Abbate did.

Those four opened a Global Mesa on February 4, 2021 instead of just adding Pamela Chapman to Tom Hockaday's house. But by Bill Martin's own admission, she would have been thrown out. Those

Pamela Chapman
pamelachapman@comcast.net
Pamela 2.0 Etc.

two men do not allow in the board of trustee people they know from the non-profit philanthropy game or anyone social in Newport. If they knew you, they didn't want you there.

Bill Martin would not have wanted Pamela Chapman involved. Yet, they did not stop the attack or the reading of the book.  They turned a deaf ear while looking to form for a Thievery Ring to start a new chapter, not realizing that Kamala Harris had stepped on and over them in a Redwood Library game associated with Rusty Powell III and the van Beuren family, a synergized group out of reach to what was once presumed a gay married couple from Washington DC. Bill Martin is a gay man from Louisville, Kentucky protecting Tom Hockaday from an unknown place who has a preference for women. Each is a victim of The Game and each other. They have bought and flipped over 20 houses together between Washington DC and Newport RI.

Tom Hockaday wants to settle up quickly like no body's business because he is always getting kicked out of The Game. Now that Pamela Chapman has tagged her legally, he will go to prison and pay her $18 million because he can't accept a good deal when he sees it, but to play he has to initiate himself. Are you the leader of your own life, you own game? This is your fifth rodeo Tom Hockaday.

Are you now still The Game you can't get out of? You are now tagged and initiated into the game of the Federal Circuit Court. If you go to court, you will pay to have played. Period. Pamela Chapman is holding all the evidence, witnesses, consistencies, outcomes and phenomenon's. That was good enough to hang people in Salem, MA in the 1690's. The guilty were hung in their fields outside of town. Strangers traveled for miles. They spent days together to witness the spectacle of the hangings. When it was over, the bodies fell to the ground, and the spectators went home.


Pamela Chapman is under physical attack. It started with the noise. It imbalances Pamela Chapman's nervous system, the cardio-vascular system and metabolism. It attacks her sexually. It moves from her sexual glands to her stomach to her mouth. Then it pulses her in multiple places on her body. She is being attacked sexually at the moment for no good reason other than power at any old time of the day and night. Alberto Villodo creates so much noise in an attempt to prevent Pamela Chapman and Harry Gural from any and all kundalini experiences together.

Back in October 2021 – January 2022, Alberto Villodo talked through Pamela's exhale –he is in her breathing. It was so she could not talk to Harry Gural. It is some kind of advanced sorcery. It happened at night when she put her head on her pillow. If she breathed, it happened. One cannot hold one's breath to stop it. It would talk 20 minutes or longer of begging him to stop. These are physical harassments. He wanted to be the focus of her night time intimate conversations. Yet, he does not really want those kinds of relations.

Last night Bethany DiNapoli said, *"If you agree to our conditions for your relationship with Harry Gural in the future, then we will not necessarily make concessions. We will establish your rules of engagement with Harry Gural."*

Pamela Chapman said, " I never play that way Bethany DiNapoli," who was both she and Alberto Villodo, her shamanic husband. It was blackmail, extortion, power play.

Pamela Jupiter
pmechapman@cox.net
101.ne2.0516

*"I tag all of you for federal court. You will pay to have played in the past and in court."*

The d'Longuevals von Buquoys and the von Rottenhans will get you out of here.


**February 18, 2023 11:38AM**


Alfred G. Vanderbilt (1877 – 1915, drowned in the sinking of a ship), Yale, Skull & Bones, Newport was tapped by Pamela Chapman and Gerald Ford, US President. This is what they said together:

"Happy van Beuren is in competition with her sister, Dorrance Hamilton for the distinction of power broker in Newport. She is the one and only younger sister – Happy is. She has plenty of wealth and resources and a generous family foundation that has given over $100 million to Newport County. It is project managed by Elizabeth Lynn and two portfolio managers. They sit with Newport Film which was founded by the daughter, Andrea van Beuren, who is the wife of Roger Kass.

Happy van Beuren had the need to exert her dominance now that DoDo Hamilton, Eileen Slocum, Aletta McBean, and Gertrude Vanderbilt Whitney are dead. He mother was not like that. Her mother was a supporter of the PS and the hospital.

Pamela Chapman's book was fiction, but all too real to the hospital staff, medical personal and the board. They all wanted to know if the book was real because it was too real for them. How do they read that it is so real for them? How could they possibly know anything?

It was because Grenville Craig said it was all real. Andrew Parsons said it was all real. But neither man really knew, and they all empowered these men to whatever truth they wanted to exploit.

Pamela Chapman has said periodically, *"If you believe it is all true, then I am an excellent author of fiction."*

**But, you cannot kill someone for fiction.**

Salmon Rushdie had this same problem. His book dealt with magical realism and dream sequences to manifest secret society realms.

What Happy van Beuren didn't like about the hospital depicted in ***Barefoot in Heels*** she is unwilling to fix at Newport Hospital, if that is how she views Newport Hospital. The board and staff of Newport Hosptial had no business reviewing Pamela Chapman's book. It was stolen, passed around, and then scrutinized **as a strategic advantage.**

No one at Anesthesia Associates of MA –all board certified licensed physicians who understand the medical-legal world ever said, *"Stop. The book is stolen."*

Pamela Chapman
pamelachapman@cox.net
401-662-9180

1840

Not even <u>Laura D. O'Rourke,</u> esq. the wife of the physician who received the first company of the stolen book. She is a graduate of Harvard so she is not stupid. So is her husband.  They all saw the book in August 2019. It took until June-July 202, five months after the Fall of the Temple to fess up to the crime. Over 80 physicians were holding a copy of *Barefoot in Heels*.

<u>Alfred G. Vanderbilt</u> says, ***"All this action is not fraternity like Skull & Bones. It is fraternity like mob cults. It is a <u>Game</u> of revenge, betrayal, and terminal activity aimed at a woman who was minding her own business.** They decided to individually and collectively destroy her and everything in her life as just revenge and just reward for their own opinion of her."*

How dare she write that book.
How dare she divorce that man.
How dare she live without use.
How dare she want to earn a living responsibility.
How dare she live at all. Period.

<u>Gerald Ford</u> said, *"We will take care of it the Bonesmen way. (He can't). We are now in charge of the realm. She tapped us. So we support to her in her need to remove the sorcery. Whatever they did to you last night, early morning, was implant a tracking device on your face, <u>Pamela Chapman</u>."*

Her eyes, nose, cheeks, and mouth pulses. It twitches her eyes when open or closed. They pulse her stomach, her neck, her groin, her feet, her thighs.

It feels like a sonar device-radar to always track her. The noise is now high pitched. <u>Pamela Chapman</u> can't hear anyone. The noise moves from the <u>Akashic Record Room</u> to the Upper realm and then back again.

**12:47AM**

In the case of a federal court lawsuit, the #metoo movement, it did not matter your age, your position, or your bank account. The federal judge won't care. If you did the crime, you will do the time.

<u>Rebecca Bertrand</u> was tapped by <u>Andrea van Beuren</u> when she worked in development at ehrt <u>Newport Art Museum</u> to become the managing director under <u>Terri Connors</u>. <u>Becca Bertrand</u> replaced <u>Terri Connors</u> as Executive Director after one year. She stayed seven years. She became the Executive Director at the <u>Newport Historical Society</u> on Jan 1, 2023. <u>Anne Hamilton</u> is a loyal support of the <u>Newport Historical Society</u>.

<u>Dodo Hamilton</u> is dead. She had a large interest in Newport philanthropy. Her grand daughter is <u>Dorie Hamilton Benson</u>, who played in the <u>Redwood Library Book Committee</u> group. Her husband belongs to the <u>Benson</u> family of Newport, all artists, one of whom was at Yale University. She lives in the Daisy Cottages on Webster Street that once belonged to her grandmother's family.

1840

Pamela Chapman
pam.chapmana.co\.net
401-662-8916

The Redwood Library Book Committee is a remnant of a culture in Newport that states only the highest person of society can belong. They set the standard and define exactly what that culture is to be. Any author of literary fiction would be presuming to establish a cultural understanding of Newport because you would write from that which you know.

Others outside of Newport have attempted to write historical fiction. Nobody authors will get published:  murder mysteries, romance novels, etc. None of these the Redwood Proprietors would care about. The authors are all nobodies, not from here. The Redwood Library has published privately some books on the current generation of wealth, their houses and their portraits, another some history. The people involved in these publications all belong to a group of professional literary agents and publishers presumed to have been involved in selling "manuscripts" that have been legally published.

Pamela Chapman said, Edith Wharton wrote the *Age of Innocence*  about the culture of New York City and Newport, RI. She won a Pulitzer Prize for the novel. It was exactly the Newport she and her sister-in-law remembered.

No one since has been published. Thorton Wilder published privately in 1976. Christopher F. Buckley, Jr. faculty at Yale, wrote a brilliant introduction. The book mimics real life in Newport, RI creatively. He discussed nine cities, profiles, stories of nine different social groups that all live here. He died a year later. It was a movie, not considered good. It grossed less than $2 million."

Pamela Chapman had no idea any of the discrimination existed. She never presumed to belong to Social Newport. She did not have the right husband, although he had the right education, and profession. She knew divorced she was excluded from society, but she chose that to free herself, and to write. It sealed her fate to face a hate crime and all the criminal and social acts that have been levied against her.

Alfred G. said, *"No one in Newport ever wanted anyone to chronicle their lived except Sam Dangremond does on Instagram and in a blog for Town & Country Magazine. Oatsie Charles grandson, Nick Mele does it in photography."*

He is the new Aaron Slims. Both of these men are accepted by the Redwood Library. Bettie Pardee also published through the Redwood Library her coffee table books on the houses and lifestyles of select people associated with both the Redwood Library and Social Newport.

Bettie Pardee, Nick Mele, Sam Dangremond, NY Times social writer Penelope Green belong to Bailey's Beach. Nick Mele's mother Victoria Mele lived at Land's end, Edith Wharton's old house on the water in Newport."

Pamela Chapman told Nick Schorsch, *"You can buy Land's End on Ledge Road for Pamela Chapman as part of a settlement package."* It's a contiguous neighbor to Dorienne Farzan.

Gerald Ford claims, *"No one would ever suggest Newport, RI is the center of mob activity except Providence, RI had a long history of being owned by the mob."*

1841

Pamela Chapman
pinkchapman@cox.net
[illegible]

Buddy Cianci, the long-time former mayor of Providence was imprisoned for it. He died in prison. Congressman David Ciccillini, D-RI was also a mayor of Providence and a member of Kamala's Table. He resigned to become the President of the Rhode Island Foundation, effective June 1, 2023.

Newport was tapped as belonging to Ways and Means in multiple ways by multiple people. Pamela Chapman tried to undo all of it in the realm. She succeeded in freeing everyone except herself. These people in the Workgroup didn't want her freed. They reached the presumption of power in order to continue to live out their own lives. The presumption of power belongs to several people we already have named.

Alfred G. Vanderbilt claimed, *"The Redwood Library will never understand that the culture of books is not fore them to decide who writes what book. They had no business pretend editing Barefoot in Heels and the others."*

Esmond Harmsworth IV claims, *"I have 12 novels from the last 10 years."*

Jonathon Karp has read them all. Jonathon Karp claims, *"I have 45 copies of stolen manuscripts. The only difference between those published and those stolen are that the stolen ones are not published. The quality if often the same."*

Nonie Drexel Burnham claims the culture exists at Bath & Tennis in Palm Beach. Elizabeth Leatherman, a Firestone Estate granddaughter is involved in this at the Redwood Library, the Newport Historical Society, and the Commonwealth Club, Boston.

Alfred G. knew her grandmother's house. Nick Schorsch owns it now.

Alfred G. says, *"We will free you as best we can. All you wanted and still want is a literary agent, a book deal with a Big 5 publisher, a new house, a new car, and the ability to travel."*

The next book will be about the Buquoy's. No one in Newport needs to worry except Charles/Karl Bona venture d'Longueval von Buquoy, the 2nd Count of Buquoy. He won the Battle of Nieuwpoort, Flanders Belgium in 1600. It can show up as a cameo appearance in the next book.

The Newport Hospital Foundation will never really recover if Anne Hamilton, Sharon Wood Prince, and Barbara van Beuren are on the board. Dorie Benson helps her mother with hospital parties. They say no one on the hospital board can be on multiple boards in town, yet Holly Bannister M.D. was on both the Redwood Library abnd the hospital's boards.  Holly Bannister, M.D. lives in Greenwich, CT and owns Daphne Thorton's old house, the whole house overlooking Bailey's Beach form Ledge Road. It has been featured on Martha Stewart's blog.

Miss Firestone has been on the Preservation Society, Redwood Library, Newport Hospital, and Newport Historical Society boards. She cycles on and off continuously. The source of her board donations is a family foundation. The family is a marriage between cars and tires: Ford and Firestone. The grandmother is legendary, and gave her silver to the Boston MFA.

Pamela Chapman
pmschapman@cox.net
401.662.9534

Alfred G. now says this is Newport culture through and through. Pamela Chapman does not need to sit on any nonprofit board or fundraise for anyone any longer. We will work to get that book published because it was never an insider's view of Newport. They just presumed to have read it that way. That is why they wanted her dead, and the book dead.

Alfred G. can see the line of energy and knows how to fix all of it. It is sorcery through and through.

**February 17, 2023, 2:40PM**

We finally identified it was David Johndrow biting Pamela Chapman's inner cheek and playing boob tag with her. It was a game initiated by Grenville Craig in 2011 and transferred to Andrew Parsons, M.D. in September 2021.

Dominique Alfandre is also in on that Game. This is how they played:  pass the baton.

**March 2, 2023, 10:00AM**

Margie Philipps (dead) took a page out of Pamela Chapman's book. She negotiated with the Knights Templar community of the dead to give them what they wanted in exchange for what she wanted. She pitted them in direct confrontation with some of the dead to see who would reign. The Knights Templar always reign.

Margie's game was to see who would be the last people standing in the Akashic Record Room. It was always suggested Pamela Chapman would be standing there alone with the Thievery Ring Workgroup to be abused in human life and it the dead. Margie wanted to force a last act in The Game.

Caroline Gilpin was the last one in the center of the real. So was Michael Holt Massey, but as a Twin Soul it means so was his wife Sandra Oursuloff. This means the Knights Templar go their Twins Soul couple.

They also got Tameen Saied, who is Pamela's aura minus enlightenment.

Pamela Chapman figured out the Buquoy's are a Hapsburg lineage of the Teutonic Knights, a group not as exalted and the Order of Malta.

Ways and Means is not a Knights Templar group. Its considered a Freemasonry group, and Yale's Skull and Bones is considered a German branch of the Teutonic Knights.

Pamela Chapman
pfile.chapman.network.com
Patent 2,953,10

1844

Ways and Means does not have any formal training or initiations. It depends on who initiates a new member. That pulls it aways for the more formal knights groups that were first based in military order and hierarchy. Skull & Bones trains its people through initiations.

[More here... independent from a legal proceeding.]

**March 8, 2023, 1:01PM**

At 8:30AAM, Pamela Chapman woke up. Over the course of the next 20-30 minutes her public area simulated a sexual assault. Once again she said, *"Must this happen every morning when I wake up?"*

The response: *"Jerry Slocum said this would happen to you every day for the rest of your life. Jean Gorham could have stopped this, and she did no such thing."*

Caroline Gilpin was not happy. She did not want to take the fall for all of this collusion all over again., The Workgroup always said, *"We act and speak as one voice."*

Everyone in the Workgroup had the demonstrated ability to order this sexual assault with a flick of their hands. Everyone in the Akashic Record Room did at one time. Alberto Villodo taught them that. Kayla Abbate and her parents Kathy and Rick Abbate did it every night for several months. Kayla Abbate also added daylight times to that act. All members of the Workgroup could take turns to initiate it. It appears the sorcery now happens on its own, and the dead are having difficulty stopping it. It is as if it is now as natural for Pamela Chapman as her breathing. It has an automatic setup routine.  It is all sorcery behavior set up by humans similar to cognitive behavioral therapy.

Starting at the pubic area, it is the location of where Pamela Chapman's prana/chi/risen kundalini energy moves up her body and ends in either the mouth, the cheeks, or third eye. Then it pulses to an annoyance and disturbance. Pulsations disturb and ruin her metabolism and digestion.

Because Pamela Chapman and Harry Gural had their own kundalini practice at about 3:15 - 4:15AM this morning where they generated their own internal heat, which is the sign that they have merged energies, Caroline Gilpin implied they all just waited and wanted to jump into the practice and become third-party participants in their "sexolini" game.

Except Pamela Chapman and Harry Gural do not practice sexolini, a term Pamela Chapman coined to imply these people do not have any risen kundalini energy to play with, and so practice various versions of masturbation and sexual stimulation. Everyone in the Akashic Record Room listens through remote surveillance to a blow-by-blow play of what they think Pamela and Harry are doing and saying in every situation. There is no privacy—intimate or otherwise. Everything in every detail, true or false, is on all display so that the Workgroup and other players can eavesdrop, intervene, disrupt, stop.

On too many occasions, Bethany DiNapoli, Christine Bush, Nora Diedrich, Andrew Parsons, M.D., Wendy Schmidt, Alberto Villodo, Esmond Harmsworth, IV, Rebecca Bertrand, Nola Ganem jumped

1844

Pamela Chapman
pamelachapman@comcast.net
46 Laurel Street 16

into Pamela Chapman's intimacy with Harry Gural, and tried to take it over. This happened once with Timothy Hollister where he thought he was masturbating with Pamela Chapman. This is third-party voyeurism meant to use the surveillance and opportunity of another for one's own pleasure. Collectively and individually, these persons have millions and billions of financial assets. They all played to first destroy Pamela's b and then her person. Wendy and Eric Schmidt, worth $13.6 million alone purchased an estate in Newport in December 2021 as part of their philanthropy. The timing was interesting It was previously owned by the Dorrance Hamilton Family. They also own property on Nantucket. They all were in this story before kundalini and sexolini were even words in anyone's vocabulary. Andrew Parsons, M.D., Timothy Hollister, esq. and Harry Gural were men in Pamela Chapman's intimate life from either marriage or decades before. In the story of kundalini, only Harry Gural had the consensual permission of Pamela Chapman.

Christine N. Bush, esq.'s husband, Christopher R. Bush, esq. is an Assistant Attorney General for the State of RI. She arrived in The Game Sept 22, 2021 with the intent to check everyone out to represent Pamela Chapman in an court of law. She did not leave until winter 2023 after a persistent tag and chase game of kundalini with Harry Gural. Her husband never pulled her out. From November to December she hunted Harry Gural down to have kundalini experiences with him. She claimed she did not want to represent plaintiffs like Pamela Chapman, only defendants in the Workgroup. Pamela Chapman had telephoned her Hinckley Allen Providence office in mid-September 2021.

Then, Wendy Schmidt became Christine Bush's, esq. handler in the winter of 2022 to pull Harry Gural away from Pamela Chapman, and keep Pamela tortured behind a noise wall. Wendy Schmidt tried to set Christine Bush up as Harry Gural's wife in secret society realms. It was a night time huntsman game like no other. Christine Bush, esq. ended up marrying Andrew Parsons, M.D. instead.

Nola Ganem had low kundalini energy, yet she tagged Harry Gural's aura so hard that he could not shake her. This prevented Harry and Pamela from being getting together. Any intimate act Pamela and Harry shared together, Nola Ganem claimed she participated in.

There was also the game of masturbation the Workgroup women tried to play, primarily Monique Burgess, Dominique Alfandre, Nora Deidrich, Nola Ganem, Bethany DiNapoli. The writings cover this topic extensively. Everyone wanted Pamela to masturbate so they could all do it together. It could have been an extension of Tom Hockaday's house. Energetically masturbating with the woman never would have happened, but they wanted to *"watch"* via sorcery technologies, and they wanted to validate whatever story Grenville Craig said about Pamela Chapman masturbating in the shower, which she does not do. She believes that is something men do to stay clean immediately following organism. She would also say her arms are not long enough to do that deed.


Some people would all say this is all hear-say evidence, however the entire world was a witness to all of this. There are pagers and pages of witnesses, even judges, attorneys, doctors, politicians. They and we were all here together. To deny this took place is to put all of our lives in a place of magical realism,

Pamela Chapman
pmcchapman@comcast.net
401-662-5855

1846

a place of fantasy fiction, and say, *"It was all in your head."* That is <u>Bethany DiNapoli</u> and <u>Andrew Parsons, M.D.'s</u> line.  Except it was our direct experiences as either players or witnesses.

<u>Wendy and Eric Schmidt</u> were here on May 17, 2021 with <u>Pamela Chapman</u> to say, *"We are all real in real time."*

We also agreed later on that a date-time stamp with witnesses made our conversations legally binding in a court of law.

Additionally, we all understood that <u>Pamela Chapman</u> had minimal financial resources and everyone else had seemingly unlimited resources, with net worth's upwards of millions and billions of dollars, and that in a court of law they would all pay for any and all of <u>Pamela Chapman's</u> court costs in addition to compensatory damages for everything done to <u>Pamela Chapman</u> in accordance with one's ability to pay, because they played. One must pay to play in this game and in philanthropy and politics. This <u>Game</u> crossed all those lines.

At the moment, 1:51PM March 8, 2023, everyone listening agreed, *this is the situation.*


There is also the movement to prevent <u>Pamela Chapman</u> from providing this documentation, except the law states the Plaintiff must prove with evidence that the lawsuit warranted and appropriate. Without the documentation, she is not able to demonstrate the application. It is an integral part of the application process to federal court to prove it is a worthy case.

If a defendant's attorney works to block this form being evidence, how can she prove the case. There is no other evidence anywhere to prove anyone is innocent. We were all witness. Everyone on the planet at one time or another was here beginning on February 4, 2021. We just have to decide, *"Were we real in real time, or where we out of our minds, collectively in agreement together out of our minds?"*

All European governments since at least the 12th century play in this secret society space as a strategic advantage. So, does the USA federal government. They are all real. It is never fantasy fiction for them. Kamal Harris widened her circle of political intimates for us to belong in. Why can't we all now understand that we can be real in real time, just like we said and agreed on May 17, 2021? 2:21PM March 8, 2023


P.S. <u>Harry Gural</u> believes no one in Newport RI knows the real <u>Pamela Chapman</u>. He believes she is grossly misunderstood. He now wants to know the real authentic person. Daily she is offering to make people's dreams come. They just have to do the work. She is just imagineering better futures for people, such as <u>Marianne Bridgett O'Brien</u> losing over 50 pounds, and <u>Kelsey Parker's</u> mother losing 30 pounds before her daughter's wedding. <u>Pamela Chapman</u> planned out a much more sophisticated wedding for <u>Kelsey Parker</u> in either Newport, RI or Boston, MA than the mother could ever plan and

Pamela Chapman
pamelachapman.com net
1-1-662-9516

execute. The mother said, *"Ok. I take either."* Both older woman must to drinking alcohol. The challenge to them is now on.

**2:03PM**

Yesterday <u>Pamela Chapman</u> finally identified the owners of the house in Farmington, CT that she wants to purchase. It was on the market last spring through one realtor and is now on with another., <u>Pamela</u> was missing the actual address. Google helped her identify it. She found the owner's names, two CEO's, one <u>Tamara Lundgren</u>, an appointee in Washington D.C. by both <u>Obama</u> and <u>Donald Trump</u>. Her husband, <u>John F. Lundgren</u> is CEO of Stanley Black and Decker. She begged <u>Tamara</u> in the secret society space to hold off on selling the house which has been on the market for over 280 days now, until she can pull together the $2.8 million purchase price. <u>Tamara Lundgren</u> knows which real estate agent <u>Pamela Chapman</u> would work with—because they own property in Newport and socialize with people <u>Pamela</u> knows it is the owner of the listing agents for the house in Avon, CT. <u>Pamela Chapman</u> knows the Mountain Road area far too well. It is a home base in CT near everything she grew up near and wants to work with. It is a lifestyle and aesthetic she can manage.

In fact, in the secret society space, <u>Pamela Chapman</u> will nominate <u>Tamara Lundgren</u> to replace <u>Gina Raimondo</u> as Secretary of Commerce. <u>Tamara Lundgren</u> already has appointments by both Democrats and republicans to sit on and head committees in national politics related to trade and the economy. <u>Tamara Lundgren</u> said could offer the name of a literary agent in turn.

**<u>March 10, 2023, 5:28PM</u>**

Today, while <u>Pamela Chapman</u> was looking online for a photo of the <u>Abbate's</u> for her spreadsheet for court, she came across a photograph from Facebook that has <u>Alish Abbate's</u> family in it congratulating her on being 1-year out for recovery form substance abuse at a holistic treatment facility in Seekonk, MA. The facility looks gorgeous. The date is December 4, 2021. All the while <u>Rick Abbate</u>, <u>Kathy Abbate</u> and <u>Kayla Abbate</u> are deeply involved in this game and sexually assaulting <u>Pamela Chapman</u> daily/nightly, <u>Alish Abbate</u> is working to recover from substance abuse. The mother, <u>Kathy Abbate</u> used <u>Alish's</u> name. The father, <u>Rick Abbate</u> used his son, <u>Sean's</u> name.

It was said in previous notes the parents used their children's names as a front because they believed their children could absorb the legal ramifications of any future litigation brought by <u>Pamela Chapman</u> against them, better than they could themselves.

<u>Harry Gural</u> was lead to believe he was initiating <u>Alish Abbate</u> into kundalini practice. He had no idea if it was her or not. Ultimately, it was Kathy Abbate who used Alish's name to get more time with <u>Harry Gural</u>. She considered herself to be a mistress of <u>Harry Gural</u>. The family desired to used <u>Harry Gural</u> in a home-based kundalini – Crossing business with <u>Harry</u> as the kundalini master and the <u>Abbate</u> family as the hosts. <u>Harry Gural</u> was invited to the Abbate's home too many times to be an extended member of the family. This type of kundalini practice is addictive and leads to illicit

Pamela Chapman
pmichapman@cox.net
401-662-9046

behaviors. No one ever said Alish was in serious recovery. Shauna Maguire, Dina Karousos, and Monique Burgess are all on Facebook with Alish Abbate, and could have known this.

Kathleen Moore Abbate and Richard Abbate grew up in Newington, CT and became Pamela Chapman's immediate neighbors. They were so upset over some trees she planted because the built a pool almost on her front yard, they sought to destroy her as best they could. When they had the opportunity to arrive with Andrew Parsons, M.D. on February 4, 2021 to shake Pamela Chapman awake to own her on the energy realm, their own daughter was in recovery from abusive behavior.

No one knew these hard-cold realities of the Abbate family. They only sought to destroy Pamela Chapman instead, and have a sexual three-way affair with Harry Gural, and ultimately with he and Pamela Chapman.  5:41PM

The Abbate's sold their house in 2022 next to Pamela Chapman for $1,675,000, well above market value. They moved out by October 1, 2023. They lived there at least 20 years. They simultaneously have owned a house in Ogunquit, ME worth over $1,000,000. They drive luxury cars: he a BMW, she a Mercedes. They own very few furnishings for their homes. Their daughter, Kayla, worked at the same company as the father, Igus, Inc, in marketing for several years. Last year, she took a position as a recruiter elsewhere. She is a graduate of Iona College, New Rochelle. She was initially a nanny after college. The daughter, Alish, 27, did not graduate from college. The son, Sean, is a personal trainer.


**March 12, 2023**

Pamela Chapman woke up on this is Sunday morning with someone screaming about "making out". Pamela Chapman had a momentary memory of someone from high school. They chanted his name, hoping to find more memory. They demanded to know if she had sex with him. They chanted and chanted to harass her for anything she could think about, her own memories and to destroy her reputation and character. They were thrilled to have found a new name.

It was said those involved were Andrew Parsons, M.D. and Alberto Villodo. It is pure sorcery. She immediately claimed she could tell someone was working hard to read her mind. She can sense it. Other times, she is a little less vulnerable, but can't get out of the bulls eye.

It is inhuman not to be able to think, to be harass for one's own thoughts. She has no privacy what so ever. They said it was because she was getting close to filing her documents in a federal court case that would target them as perpetrators, as Defendants. It was the only way they could protect themselves—by destroying Pamela Chapman.


Let us never forget that in the Mass Bay Colony, RI Colonies, Plymouth Colonies and CT colonies before statehood, anyone caught practicing sorcery/ witchcraft/ the occult was hung to death. In Europe those caught were not only hung, but burned to their own death.

Pamela Chapman
pamelachapman@cox.net
401-662-9516

**Appendix I**

**Financial Thievery** lead by Earl A. "Rusty" Powell III, Bobby McDermott, Richard Neal, Kamala Harris

7-6

1. I don't use ATM machines. They steal key strokes at the back of convenience stores.
   a. Use a bank ATM inside the bank if you must use one.
   b. Outside ATM's at banks are always watched from across the street
2. Use cash as much as possible.
   a. It can't be traced back to your accounting system, but it can be stolen and misused extensively
3. Cash in a cupboard is not legal tender. It's not been traced for a few so no one knows where it comes from.

4. Cash down payments are not used anymore because they cannot be traced to a record of spending habits.

5. If you purchase a new car, computer, digital equipment, camera: If you buy a new consumer product today you have to register it in a consumer databank and they track your use and home number have so religiously, it cannot be important enough to ever register it anyway.

6. Never loan money to a sibling or friend as it is never returning back to you. Not is the digital age of reciprocity of engagement. No one can trace it and everyone will want to know where it came from.

7. Never loan money to a sibling or person online or shop via PayPal or venom. It cannot be traced to the person or the item.

   a. It is untraceable via PayPal, but not Venmo.
   b. PayPal, doesn't trace your credit history if you use a credit card. They will never trace your use but they will on Google.
   c. Google traces everything and they track and read your orders and your email.

8. If you make a purchase of anything then you must religiously take acer of it because no one will ever want to make a purchase ever again especially a computer or a magazine subscription since it cannot be traced to anyone else anywhere. Remember always erase

Pamela Chapman
pmchapman@verizon.net
401-490-0516

cookies and magazine subscriptions on your digital computer because if they do not erase themselves.

9.  If you buy something on Amazon that needs to be returned then you won't be able to get a return slip anymore because they will force you to examine the merchandise on the camera on your computer. To use your camera it takes a key stroke, and if you use it, someone will tack you down and follow you around your house.

10. If you don't use credit cards much, you don't shop online. You won't be tricked or sorcery viewed because they don't trace your history and they don't get your credit card number.

11. If you shop on PayPal alone, they will try to use your account for phishing but they fixed that and they don't use that anymore.

12. If you shop for supplements and use a reoccurring subscription then they use that either as they will always dump more stuff on you than you previously ordered and don't use credit card _____the information anymore as they will use that information for their personal use.

13. If you get on a scale, they give everyone in your circle your weight every day. Use an app instead. Then they give your weight and your height into the space. They use that to create a false identification.

14. Never give your family history or ancestry. Then they all know exactly who you are, what you  are how you area and where you area. If you are a family, you get instant updates and suggestions.

15. If you get depressed, don't give any prescription orders over the phone because they record your voice and give it to another person to do the same.

    a.   If this is what you had to do then you are screwed collectively.

16. February 4, 2021 changed it all and no one wants to remember what life was like before because some people love to order from Amazon Prime

17. Shamanic TV will do the same to you as a traveler's check because no one will be able to identify who you are unless they know you by your first name and your last name so don't use it unless you must.

18. If anyone screwed you like <u>Harry Gural</u> was screwed, you contact your state legislature and tell them you must subscribe to a new banking system because no one knows what to do, how to do it, or when it will improve.

19. <u>Rusty Powell III</u> states: "There are no mistakes in sorcery television when I put my laser gun on you."

Pamela's bigstuff
powerlapmalia@vol.net
19.5662091 Fri

20. Grenville Craig gave Pamela's Numbers a way.

21. There are no more re-occurring credit card payments for newspaper subscriptions, only for digital subscriptions.